UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

    Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
and John Does 1-20,

    Defendants.
_____/

## NOTICE OF REQUEST FOR CLERK TO ISSUE SUMMONSES

    NOTICE IS HEREBY GIVEN by undersigned counsel for Plaintiff, HYDENTRA HLP INT. LIMITED d/b/a METART, that it is hereby requesting that the Clerk of this Court issue the attached Summonses so that service of process of Plaintiff's Complaint can be attempted on all Defendants.

1

Respectfully submitted,

BeharBehar
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: AB@BeharBehar.com

By: */s/Aaron Behar, Esquire*
Aaron Behar, Esquire
Florida Bar No.: 166286
Jaclyn Behar, Esquire
Florida Bar No.: 63833
***Counsel for Plaintiff***

And: Spencer D. Freeman
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
E-mail: sfreeman@freemanlawfirm.org
***Counsel for Plaintiff***
(Moving for Admission pro hac vice)

2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART, <br><br> *Plaintiff(s)* <br> v. <br> CONSTANTIN LUCHIAN, KONSTANTIN BOLOTIN, SUN SOCIAL MEDIA, INC., d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM, FEEDVID.COM, ~~PLAYVIDS.COM, PEEKVIDS.COM and John Does~~ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:15-cv-22134-UU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CONSTANTIN LUCHIAN
1001 Brickell Bay Drive, #2700
Miami, Florida 33131
-OR-
c/o WZ Communications Inc. / Webzilla, Inc.
110 East Broward Boulevard, Suite 1700
Ft. Lauderdale, Florida 33301-3500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron Behar, Esq.
Jaclyn Behar, Esq.
BeharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 33326
Telephone: (954) 688-7642

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-22134-UU

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

- • I personally served the summons on the individual at *(place)* _____
  on *(date)* _____ ; or

- • I left the summons at the individual's residence or usual place of abode with *(name)* _____
  , a person of suitable age and discretion who resides there,
  on *(date)* _____ , and mailed a copy to the individual's last known address; or

- • I served the summons on *(name of individual)* _____ , who is
  designated by law to accept service of process on behalf of *(name of organization)* _____
  on *(date)* _____ ; or

- • I returned the summons unexecuted because _____ ; or

- • Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART,

*Plaintiff(s)*

v.

CONSTANTIN LUCHIAN, KONSTANTIN BOLOTIN, SUN SOCIAL MEDIA, INC., d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM, PEEKVIDS.COM and John Does

*Defendant(s)*

Civil Action No. 1:15-cv-22134-UU

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KONSTANTIN BOLOTIN
1001 Brickell Bay Drive, #2700
Miami, Florida 33131
-OR-
c/o WZ Communications Inc. / Webzilla, Inc.
110 East Broward Boulevard, Suite 1700
Ft. Lauderdale, Florida 33301-3500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron Behar, Esq.
Jaclyn Behar, Esq.
BeharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 33326
Telephone: (954) 688-7642

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-22134-UU

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

- ☐ I personally served the summons on the individual at *(place)* _____
  on *(date)* _____ ; or

- ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
  , a person of suitable age and discretion who resides there,
  on *(date)* _____, and mailed a copy to the individual's last known address; or

- ☐ I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)* _____
  on *(date)* _____ ; or

- ☐ I returned the summons unexecuted because _____ ; or

- ☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART, <br><br> *Plaintiff(s)* <br> v. <br> CONSTANTIN LUCHIAN, KONSTANTIN BOLOTIN, SUN SOCIAL MEDIA, INC., d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM, FEEDVID.COM, ~~PLAYVIDS.COM, PEEKVIDS.COM and John Does~~ <br> *Defendant(s)* | Civil Action No. 1:15-cv-22134-UU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SUN SOCIAL MEDIA, INC. d/b/a Playvid.Com, etc.
c/o Constantin Luchian or Konstantin Bolotin
1001 Brickell Bay Drive, #2700
Miami, Florida 33131
-OR-
c/o WZ Communications Inc. / Webzilla, Inc.
110 East Broward Boulevard, Suite 1700
Ft. Lauderdale, Florida 33301-3500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Aaron Behar, Esq.
Jaclyn Behar, Esq.
BeharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 33326
Telephone: (954) 688-7642

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-22134-UU

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

- ☐ I personally served the summons on the individual at *(place)* _____
  on *(date)* _____ ; or

- ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
  , a person of suitable age and discretion who resides there,
  on *(date)* _____ , and mailed a copy to the individual's last known address; or

- ☐ I served the summons on *(name of individual)* _____ , who is
  designated by law to accept service of process on behalf of *(name of organization)* _____
  on *(date)* _____ ; or

- ☐ I returned the summons unexecuted because _____ ; or

- ☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $     0     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART,

*Plaintiff(s)*

v.

CONSTANTIN LUCHIAN, KONSTANTIN BOLOTIN, SUN SOCIAL MEDIA, INC., d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM, PEEKVIDS.COM and John Does

*Defendant(s)*

Civil Action No. 1:15-cv-22134-UU

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   PLAYVID.COM
c/o Constantin Luchian or Konstantin Bolotin
1001 Brickell Bay Drive, #2700
Miami, Florida 33131
-OR-
c/o WZ Communications Inc. / Webzilla, Inc.
110 East Broward Boulevard, Suite 1700
Ft. Lauderdale, Florida 33301-3500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Aaron Behar, Esq.
Jaclyn Behar, Esq.
BeharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 33326
Telephone: (954) 688-7642

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-22134-UU

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

- ☐ I personally served the summons on the individual at *(place)* _____
  on *(date)* _____ ; or

- ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
  _____ , a person of suitable age and discretion who resides there,
  on *(date)* _____ , and mailed a copy to the individual's last known address; or

- ☐ I served the summons on *(name of individual)* _____ , who is
  designated by law to accept service of process on behalf of *(name of organization)* _____
  _____ on *(date)* _____ ; or

- ☐ I returned the summons unexecuted because _____ ; or

- ☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART, <br><br> *Plaintiff(s)* <br> v. <br> CONSTANTIN LUCHIAN, KONSTANTIN BOLOTIN, SUN SOCIAL MEDIA, INC., d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM, PEEKVIDS.COM and John Does <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:15-cv-22134-UU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FEEDVID.COM
c/o Constantin Luchian or Konstantin Bolotin
1001 Brickell Bay Drive, #2700
Miami, Florida 33131
-OR-
c/o WZ Communications Inc. / Webzilla, Inc.
110 East Broward Boulevard, Suite 1700
Ft. Lauderdale, Florida 33301-3500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Aaron Behar, Esq.
Jaclyn Behar, Esq.
BeharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 33326
Telephone: (954) 688-7642

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-22134-UU

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

- • I personally served the summons on the individual at *(place)* _____
  on *(date)* _____ ; or

- • I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
  on *(date)* _____ , and mailed a copy to the individual's last known address; or

- • I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
  on *(date)* _____ ; or

- • I returned the summons unexecuted because _____ ; or

- • Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ 0 .

I declare under penalty of perjury that this information is true.

Date: _____
    _____
    *Server's signature*

    _____
    *Printed name and title*

    _____
    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART, <br><br> *Plaintiff(s)* <br> v. <br> CONSTANTIN LUCHIAN, KONSTANTIN BOLOTIN, SUN SOCIAL MEDIA, INC., d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM, PEEKVIDS.COM and John Does <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:15-cv-22134-UU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PLAYVIDS.COM
c/o Constantin Luchian or Konstantin Bolotin
1001 Brickell Bay Drive, #2700
Miami, Florida 33131
-OR-
c/o WZ Communications Inc. / Webzilla, Inc.
110 East Broward Boulevard, Suite 1700
Ft. Lauderdale, Florida 33301-3500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Aaron Behar, Esq.
Jaclyn Behar, Esq.
BeharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 33326
Telephone: (954) 688-7642

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-22134-UU

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

- • I personally served the summons on the individual at *(place)* _____
  on *(date)* _____ ; or

- • I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
  on *(date)* _____ , and mailed a copy to the individual's last known address; or

- • I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
  on *(date)* _____ ; or

- • I returned the summons unexecuted because _____ ; or

- • Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART,

*Plaintiff(s)*

v.

CONSTANTIN LUCHIAN, KONSTANTIN BOLOTIN, SUN SOCIAL MEDIA, INC., d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM, FEEDVID.COM, ~~PLAYVIDS.COM, PEEKVIDS.COM and John Does~~

*Defendant(s)*

Civil Action No. 1:15-cv-22134-UU

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PEEKVIDS.COM
c/o Constantin Luchian or Konstantin Bolotin
1001 Brickell Bay Drive, #2700
Miami, Florida 33131
-OR-
c/o WZ Communications Inc. / Webzilla, Inc.
110 East Broward Boulevard, Suite 1700
Ft. Lauderdale, Florida 33301-3500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron Behar, Esq.
Jaclyn Behar, Esq.
BeharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 33326
Telephone: (954) 688-7642

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-22134-UU

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

- ☐ I personally served the summons on the individual at *(place)* _____
  on *(date)* _____ ; or

- ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
  , a person of suitable age and discretion who resides there,
  on *(date)* _____ , and mailed a copy to the individual's last known address; or

- ☐ I served the summons on *(name of individual)* _____ , who is
  designated by law to accept service of process on behalf of *(name of organization)* _____
  on *(date)* _____ ; or

- ☐ I returned the summons unexecuted because _____ ; or

- ☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: