AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART, <br><br> *Plaintiff(s)* <br> v. <br> CONSTANTIN LUCHIAN, KONSTANTIN BOLOTIN, SUN SOCIAL MEDIA, INC., d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM, FEEDVID.COM, ~~PLAYVIDS.COM, PEEKVIDS.COM and John Does~~ <br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 1:15-cv-22134-UU ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    CONSTANTIN LUCHIAN
1001 Brickell Bay Drive, #2700
Miami, Florida 33131
-OR-
c/o WZ Communications Inc. / Webzilla, Inc.
110 East Broward Boulevard, Suite 1700
Ft. Lauderdale, Florida 33301-3500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
            Aaron Behar, Esq.
            Jaclyn Behar, Esq.
            BeharBehar
            1840 North Commerce Parkway, Suite 1
            Weston, FL 33326
            Telephone: (954) 688-7642

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:    June 08, 2015

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ C. Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART, <br><br> *Plaintiff(s)* <br> v. <br> CONSTANTIN LUCHIAN, KONSTANTIN BOLOTIN, SUN SOCIAL MEDIA, INC., d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM, PEEKVIDS.COM and John Does <br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 1:15-cv-22134-UU ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KONSTANTIN BOLOTIN
1001 Brickell Bay Drive, #2700
Miami, Florida 33131
-OR-
c/o WZ Communications Inc. / Webzilla, Inc.
110 East Broward Boulevard, Suite 1700
Ft. Lauderdale, Florida 33301-3500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron Behar, Esq.
Jaclyn Behar, Esq.
BeharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 33326
Telephone: (954) 688-7642

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: June 08, 2015

Steven M. Larimore
Clerk of Court

s/ C. Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART, | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:15-cv-22134-UU |
| CONSTANTIN LUCHIAN, KONSTANTIN BOLOTIN, SUN SOCIAL MEDIA, INC., d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM, PEEKVIDS.COM and John Does | ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SUN SOCIAL MEDIA, INC. d/b/a Playvid.Com, etc.
c/o Constantin Luchian or Konstantin Bolotin
1001 Brickell Bay Drive, #2700
Miami, Florida 33131
-OR-
c/o WZ Communications Inc. / Webzilla, Inc.
110 East Broward Boulevard, Suite 1700
Ft. Lauderdale, Florida 33301-3500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Aaron Behar, Esq.
Jaclyn Behar, Esq.
BeharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 33326
Telephone: (954) 688-7642

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: June 08, 2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ C. Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART,

*Plaintiff(s)*

v.

CONSTANTIN LUCHIAN, KONSTANTIN BOLOTIN, SUN SOCIAL MEDIA, INC., d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM, PEEKVIDS.COM and John Does

*Defendant(s)*

Civil Action No. 1:15-cv-22134-UU

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PLAYVID.COM
c/o Constantin Luchian or Konstantin Bolotin
1001 Brickell Bay Drive, #2700
Miami, Florida 33131
-OR-
c/o WZ Communications Inc. / Webzilla, Inc.
110 East Broward Boulevard, Suite 1700
Ft. Lauderdale, Florida 33301-3500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron Behar, Esq.
Jaclyn Behar, Esq.
BeharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 33326
Telephone: (954) 688-7642

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: June 08, 2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ C. Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART, <br><br> *Plaintiff(s)* <br> v. <br> CONSTANTIN LUCHIAN, KONSTANTIN BOLOTIN, SUN SOCIAL MEDIA, INC., d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM, PEEKVIDS.COM and John Does <br> *Defendant(s)* | Civil Action No. 1:15-cv-22134-UU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   FEEDVID.COM
c/o Constantin Luchian or Konstantin Bolotin
1001 Brickell Bay Drive, #2700
Miami, Florida 33131
-OR-
c/o WZ Communications Inc. / Webzilla, Inc.
110 East Broward Boulevard, Suite 1700
Ft. Lauderdale, Florida 33301-3500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron Behar, Esq.
Jaclyn Behar, Esq.
BeharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 33326
Telephone: (954) 688-7642

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: June 08, 2015

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ C. Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART, <br><br> _Plaintiff(s)_ <br> v. <br> CONSTANTIN LUCHIAN, KONSTANTIN BOLOTIN, SUN SOCIAL MEDIA, INC., d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM, FEEDVID.COM, ~~PLAYVIDS.COM, PEEKVIDS.COM and John Does~~ <br> _Defendant(s)_ | Civil Action No. 1:15-cv-22134-UU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PLAYVIDS.COM
c/o Constantin Luchian or Konstantin Bolotin
1001 Brickell Bay Drive, #2700
Miami, Florida 33131
-OR-
c/o WZ Communications Inc. / Webzilla, Inc.
110 East Broward Boulevard, Suite 1700
Ft. Lauderdale, Florida 33301-3500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron Behar, Esq.
Jaclyn Behar, Esq.
BeharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 33326
Telephone: (954) 688-7642

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: June 08, 2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ C. Barnes-Butler
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART, <br><br> *Plaintiff(s)* <br> v. <br> CONSTANTIN LUCHIAN, KONSTANTIN BOLOTIN, SUN SOCIAL MEDIA, INC., d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM, PEEKVIDS.COM and John Does <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:15-cv-22134-UU |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  PEEKVIDS.COM
c/o Constantin Luchian or Konstantin Bolotin
1001 Brickell Bay Drive, #2700
Miami, Florida 33131
-OR-
c/o WZ Communications Inc. / Webzilla, Inc.
110 East Broward Boulevard, Suite 1700
Ft. Lauderdale, Florida 33301-3500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Aaron Behar, Esq.
Jaclyn Behar, Esq.
BeharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 33326
Telephone: (954) 688-7642

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: June 08, 2015

Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ C. Barnes-Butler
Deputy Clerk
U.S. District Courts