UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

        Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
and John Does 1-20,

        Defendants.

_____/

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT SCHEDULING REPORT

    Plaintiff, HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART, (hereinafter referred to as "HYNDENTRA" or "Plaintiff"), by and through its undersigned counsel, and pursuant to the applicable Federal Rules of Civil Procedure, files this, its Motion for Enlargement of Time to File *Joint* Scheduling Report, and states as follows:

    1.    Plaintiff filed the instant lawsuit on June 4, 2015.

BeharBehar ◆ 1840 North Commerce Parkway ◆ Suite One ◆ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

1 of 4

2.     The Clerk issued Summonses for all seven (7) Defendants on June 8, 2015 (D.E. 7).

3.     Subsequently, the undersigned counsel for Plaintiff forwarded the issued Summonses to ABC Legal (hereinafter referred to as "process server"), with two addresses for each subpoena, to wit: 1001 Brickell Bay Drive, Suite 2700, Miami, Florida 33131; and 110 East Broward Boulevard, 33301.

4.     The process server attempted service for each Defendant at each of these addresses; however it appears the Defendants were at neither of those locations. Attached is a copy of the process server's Executed Returns of Non-Service for the Defendants, as Exhibit "A".

5.     The undersigned thereafter secured an additional three (3) addresses for the process server to continue his attempts at service, to wit: 20801 Biscayne Boulevard, Suite 403, Miami, Florida 33180; 1451 West Cypress Creek Road, Suite 300, Ft. Lauderdale, Florida 33309; and 1007 North Federal Highway, Suite 240, Ft. Lauderdale, Florida 33304.

6.     Once again, the process server's attempts at each additional address were unsuccessful. Attached is a copy of the process server's Executed Returns of Non-Service for the Defendants, as Exhibit "B".

7.     At this time, the undersigned counsel is conferring with his clients to explore other options at achieving service on Defendants, including "service by publication".

8.     The deadline for effectuating service on Defendants is October 2, 2015.

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

2 of 4

9.      In the meantime, on June 9, 2015 (D.E. 8), this Honorable Court entered a Scheduling Order with a deadline of June 17, 2015, for the Parties to file a *Joint Scheduling Report.*

10.     Defendants have not yet been served with this lawsuit, and therefore, a *Joint* Scheduling Report cannot be filed.

11.     Once Defendants have been served and appear in this case, counsel will immediately meet for the preparation and filing of a *Joint* Scheduling Report.

WHEREFORE, undersigned counsel for Plaintiff respectfully requests this Honorable Court enlarge the deadline to file a Joint Scheduling Report and enter an Order requiring the Parties to file a Joint Scheduling Report within thirty (30) days of Defendants' appearance.

Respectfully submitted,
BeharBehar
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: AB@BeharBehar.com


By:     */s/Aaron Behar, Esquire*
        Aaron Behar, Esquire
        Florida Bar No.: 166286
        Jaclyn Behar, Esquire
        Florida Bar No.: 63833
        ***Counsel for Plaintiff***

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

3 of 4

And: *Spencer D. Freeman, Esq.*

Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone:  (253) 383-4500
Facsimile:  (253) 383-4501
E-mail:
sfreeman@freemanlawfirm.org
***Counsel for Plaintiff***
(Moving for Admission pro hac vice)

BeharBehar ◆ 1840 North Commerce Parkway ◆ Suite One ◆ Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

4 of 4

# EXHIBIT "A"

## <u>SERVICE ATTEMPT AT:</u>

**110  East Broward Boulevard
Suite 1700
Ft. Lauderdale, Florida 33301**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**HYDENTRA HLP INT LIMITED a foreign corporation
d/b/a METART**

Plaintiff/Petitioner

vs.
**CONSTANTIN LUCHIAN, ET AL**

Defendant/Respondent

CASE NO:        1:15 CV 22134 UU
FILING DATE:
DIVISION:

RETURN OF NON-SERVICE

Received by **Robin Pennington**, on the **10th day of June, 2015 at 1:58 PM** to be served upon **CONSTANTIN LUCHIAN** at **1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131**.

On the **11th day of June, 2015 at 10:46 AM, I**, Robin Pennington, **NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at c/o WZ COMMUNICATION INC / WEBZILLA INC, **110 EAST BROWARD BLVD SUITE 1700, FORT LAUDERDALE, Broward County, FL 33301, I** have been unable to effect process upon the person/entity being served due to the following reason(s):

6/11/2015 10:46 AM: Per **TRUDY SAYRE, RECEPTIONIST**, a blonde-haired white female contact approx. 55-65 years of age, 5'-5'4" tall and weighing 120-140 lbs with glasses; subject unknown. REGUS EXECUTIVE OFFICE SUITES. Defendant has not had an office here in approximately six months.

**Documents Served:** **Summons in a Civil Action; Complaint**, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

NAME: _____      727                    6·11·15
Robin Pennington                      Server ID #            Date

Page 1 of 1

REF: LUCHIAN

Tracking #: 0007367521

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **HYDENTRA HLP INT LIMITED a foreign corporation d/b/a METART**<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>**CONSTANTIN LUCHIAN, ET AL**<br><br>Defendant/Respondent | CASE NO:      1:15 CV 22134 UU<br>FILING DATE:<br>DIVISION: |

RETURN OF NON-SERVICE

Received by **Robin Pennington**, on the **10th day of June, 2015 at 1:58 PM** to be served upon **FEEDVID.COM c/o CONSTANTIN LUCHIAN OR KONSTANTIN BOTOTIN** at 1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131.

On the **11th day of June, 2015 at 10:46 AM**, I, **Robin Pennington**, NON-SERVED the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at c/o **WZ COMMUNICATION INC / WEBZILLA INC, 110 EAST BROWARD BLVD SUITE 1700, FORT LAUDERDALE, Broward County, FL 33301**, I have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/11/2015 10:46 AM:** Per TRUDY SAYRE, RECEPTIONIST, a blonde-haired white female contact approx. 55-65 years of age, 5'-5'4" tall and weighing 120-140 lbs with glasses; subject unknown. REGUS EXECUTIVE OFFICE SUITES. Defendant has not had an office here in approximately six months.

<u>Documents Served:</u> Summons in a Civil Action; Complaint, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

| | | |
|---|---|---|
| NAME:  _Robin Pennington_ | 727<br>Server ID # | 6-11-15<br>Date |

REF: **LUCHIAN**

Page 1 of 1
Tracking #: 0007367525

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**HYDENTRA HLP INT LIMITED a foreign corporation**
**d/b/a METART**

Plaintiff/Petitioner

vs.

**CONSTANTIN LUCHIAN, ET AL**

Defendant/Respondent

CASE NO:        1:15 CV 22134 UU
FILING DATE:
DIVISION:

RETURN OF NON-SERVICE

Received by **Robin Pennington**, on the **10th day of June, 2015 at 1:58 PM** to be served upon **KONSTANTIN BOLOTIN** at **1001 BRICKELL BAY DRIVE # 2700, MIAMI**, Miami-Dade County, FL 33131.

On the **11th day of June, 2015 at 10:46 AM**, I, Robin Pennington, **NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **c/o WZ COMMUNICATION INC / WEBZILLA INC, 110 EAST BROWARD BLVD SUITE 1700, FORT LAUDERDALE, Broward County, FL 33301,** I have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/11/2015 10:46 AM: Per TRUDY SAYRE, RECEPTIONIST, a blonde-haired white female contact approx. 55-65 years of age, 5'-5'4" tall and weighing 120-140 lbs with glasses; subject unknown. REGUS EXECUTIVE OFFICE SUITES. Defendant has not had an office here in approximately six months.**

<u>Documents Served:</u> **Summons in a Civil Action; Complaint**, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

NAME: _____        727                        6·11·15
            Robin Pennington                    Server ID #                Date

Page 1 of 1

REF: **LUCHIAN**

Tracking #: **0007367535**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**HYDENTRA HLP INT LIMITED a foreign corporation
d/b/a METART**

Plaintiff/Petitioner

vs.

**CONSTANTIN LUCHIAN, ET AL**

Defendant/Respondent

CASE NO:      **1:15 CV 22134 UU**
FILING DATE:
DIVISION:

RETURN OF NON-SERVICE

Received by **Robin Pennington**, on the **10th day of June, 2015 at 1:58 PM** to be served upon **PEEKVIDS.COM c/o CONSTANTIN LUCHIAN OR KONSTANTIN BOTOTIN** at 1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131.

On the **11th day of June, 2015 at 10:46 AM**, I, **Robin Pennington**, **NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **c/o WZ COMMUNICATION INC / WEBZILLA INC, 110 EAST BROWARD BLVD SUITE 1700, FORT LAUDERDALE, Broward County, FL 33301**, I have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/11/2015 10:46 AM: Per TRUDY SAYRE, RECEPTIONIST, a blonde-haired white female contact approx. 55-65 years of age, 5'-5'4" tall and weighing 120-140 lbs with glasses; subject unknown. REGUS EXECUTIVE OFFICE SUITES. Defendant has not had an office here in approximately six months.**

**Documents Served:** **Summons in a Civil Action; Complaint**, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

NAME: _____          727                  6·11·15
        Robin Pennington                Server ID #            Date

REF: **LUCHIAN**

Page 1 of 1
Tracking #: **0007367515**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **HYDENTRA HLP INT LIMITED a foreign corporation d/b/a METART** | CASE NO:     **1:15 CV 22134 UU** |
| Plaintiff/Petitioner | FILING DATE: |
| vs. | DIVISION: |
| **CONSTANTIN LUCHIAN, ET AL** | |
| Defendant/Respondent | |

RETURN OF NON-SERVICE

Received by **Robin Pennington**, on the **12th day of June, 2015 at 1:24 PM** to be served up**on PLAYVID.COM c/o** **CONSTANTIN LUCHIAN OR KONSTANTIN BOTOTIN at 1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131.**

On the **11th day of June, 2015 at 10:46 AM**, I, **Robin Pennington**, NON-SERVED the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **c/o WZ COMMUNICATION INC / WEBZILLA INC, 110 EAST BROWARD BLVD SUITE 1700, FORT LAUDERDALE, Broward County, FL 33301. I** have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/11/2015 10:46 AM: Per TRUDY SAYRE, RECEPTIONIST, a blonde-haired white female contact approx. 55-65 years of age, 5'-5'4" tall and weighing 120-140 lbs with glasses; subject unknown. REGUS EXECUTIVE SUITES. Defendant has not had an office here in approximately six months.**

**Documents Served:** **Summons in a Civil Action; Complaint**, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

| | | |
|---|---|---|
| NAME: | | 6·15·15 |
| Robin Pennington | 727 | Date |
| | Server ID # | |

Page 1 of 1

REF: **LUCHIAN**

Tracking #: **0007395993**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**HYDENTRA HLP INT LIMITED a foreign corporation
d/b/a METART**

Plaintiff/Petitioner

vs.

**CONSTANTIN LUCHIAN, ET AL**

Defendant/Respondent

CASE NO:      1:15 CV 22134 UU
FILING DATE:
DIVISION:

RETURN OF NON-SERVICE

Received by **Robin Pennington**, on the **10th day of June, 2015 at 1:58 PM** to be served upon **PLAYVIDS.COM c/o CONSTANTIN LUCHIAN OR KONSTANTIN BOTOTIN at 1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131.**

On the **11th day of June, 2015 at 10:46 AM**, I, Robin Pennington, **NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **c/o WZ COMMUNICATION INC / WEBZILLA INC, 110 EAST BROWARD BLVD SUITE 1700, FORT LAUDERDALE, Broward County, FL 33301,** I have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/11/2015 10:46 AM: Per TRUDY SAYRE, RECEPTIONIST**, a blonde-haired white female contact approx. 55-65 years of age, 5'-5'4" tall and weighing 120-140 lbs with glasses; subject unknown. **REGUS EXECUTIVE OFFICE SUITES.** Defendant has not had an office here in approximately six months.

**Documents Served:** **Summons in a Civil Action; Complaint**, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

NAME: _____            727                    6·11·15
       Robin Pennington                          Server ID #              Date

Page 1 of 1

REF: LUCHIAN

Tracking #: 0007367510

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **HYDENTRA HLP INT LIMITED a foreign corporation d/b/a METART** | CASE NO:      **1:15 CV 22134 UU** |
| Plaintiff/Petitioner | FILING DATE: |
| | DIVISION: |
| vs. | |
| **CONSTANTIN LUCHIAN, ET AL** | |
| Defendant/Respondent | |

RETURN OF NON-SERVICE

Received by Robin Pennington, on the **10th day of June, 2015 at 1:59 PM** to be served upon **SUN SOCIAL MEDIA , INC d/b/a PLAYVID.COM, ETC c/o CONSTANTIN LUCHIAN OR KONSTANTIN BOTOTIN** at **1001 BRICKELL BAY DRIVE # 2700, MIAMI,** Miami-Dade County, FL 33131.

On the **11th day of June, 2015 at 10:46 AM**, I, **Robin Pennington**, **NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **c/o WZ COMMUNICATION INC / WEBZILLA INC, 110 EAST BROWARD BLVD SUITE 1700, FORT LAUDERDALE, Broward County, FL 33301,** I have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/11/2015 10:46 AM:** Per TRUDY SAYRE, RECEPTIONIST, a blonde-haired white female contact approx. 55-65 years of age, 5'-5'4" tall and weighing 120-140 lbs with glasses; subject unknown. REGUS EXECUTIVE OFFICE SUITES.  Defendant has not had an office here in approximately six months.

**Documents Served:** **Summons in a Civil Action; Complaint**, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

| | | |
|---|---|---|
| NAME: | 727 | 6·11·15 |
| Robin Pennington | Server ID # | Date |

REF: **LUCHIAN**

# SERVICE ATTEMPT AT:

**1001 Brickell Bay Drive
Suite 2700
Miami, Florida 33131**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **HYDENTRA HLP INT LIMITED a foreign corporation** **d/b/a METART** | CASE NO:      1:15 CV 22134 UU |
| Plaintiff/Petitioner | FILING DATE: |
| | DIVISION: |
| vs. | |
| **CONSTANTIN LUCHIAN, ET AL** | |
| Defendant/Respondent | |

RETURN OF NON-SERVICE

Received by **Jose Garcell**, on the **10th day of June, 2015 at 5:35 AM** to be served upon **CONSTANTIN LUCHIAN at 1001 BRICKELL BAY DRIVE # 2700, MIAMI**, Miami-Dade County, FL 33131.

On the **10th day of June, 2015 at 12:02 PM**, I, **Jose Garcell**, **NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131**, I have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/10/2015 12:02 PM: Per ASHLEY PENA, RECEPTIONIST, a black-haired Hispanic female contact approx. 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs; subject moved.**

**Documents Served: Summons in a Civil Action; Complaint**, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

| | | |
|---|---|---|
| NAME: | 1172 | 6/11/19 |
| Jose Garcell | Server ID # | Date |

REF: LUCHIAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**HYDENTRA HLP INT LIMITED a foreign corporation**
**d/b/a METART**

Plaintiff/Petitioner

vs.

**.CONSTANTIN LUCHIAN, ET AL**

Defendant/Respondent

CASE NO:     1:15 CV 22134 UU
FILING DATE:
DIVISION:

RETURN OF NON-SERVICE

Received by **Jose Garcell**, on the **10th day of June, 2015 at 5:34 AM** to be served upon FEEDVID.COM c/o **CONSTANTIN LUCHIAN OR KONSTANTIN BOTOTIN** at **1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131**.

On the **10th day of June, 2015 at 12:02 PM**, I, Jose Garcell, NON-SERVED the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131**, I have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/10/2015 12:02 PM:** Per ASHLEY PENA, RECEPTIONIST, a black-haired Hispanic female contact approx. 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs; subject moved.no forwarding address known

**Documents Served:** Summons in a Civil Action; Complaint, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

NAME: _____          1172          _____   6/11/18
        Jose Garcell                          Server ID #              Date

REF: **LUCHIAN**

Page 1 of 1
Tracking #: **0007354615**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**HYDENTRA HLP INT LIMITED a foreign corporation**
**d/b/a METART**
Plaintiff/Petitioner

vs.

**CONSTANTIN LUCHIAN, ET AL**
Defendant/Respondent

CASE NO:      1:15 CV 22134 UU
FILING DATE:
DIVISION:

RETURN OF NON-SERVICE

Received by **Jose Garcell**, on the **10th day of June, 2015 at 5:33 AM** to be served upon **KONSTANTIN BOLOTIN at 1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131**.

On the **10th day of June, 2015 at 12:02 PM**, I, Jose Garcell, **NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131**, I have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/10/2015 12:02 PM: Per ASHLEY PENA, RECEPTIONIST, a black-haired Hispanic female contact approx. 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs; subject moved.this is annex offices they had a virtual office here moved three months ago no forwarding addresses known**

<u>**Documents Served:**</u> **Summons in a Civil Action; Complaint**, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

NAME: _____          1172          _____
              Jose Garcell                          Server ID #                         Date

REF: **LUCHIAN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**HYDENTRA HLP INT LIMITED a foreign corporation
d/b/a METART**

Plaintiff/Petitioner

vs.

**CONSTANTIN LUCHIAN, ET AL**

Defendant/Respondent

CASE NO:      1:15 CV 22134 UU
FILING DATE:
DIVISION:

RETURN OF NON-SERVICE

Received by **Jose Garcell**, on the **10th day of June, 2015 at 5:34 AM** to be served upon **PEEKVIDS.COM c/o CONSTANTIN LUCHIAN OR KONSTANTIN BOTOTIN at 1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131.**

On the **10th day of June, 2015 at 12:02 PM**, I, Jose Garcell, **NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts **at 1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131, I** have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/10/2015 12:02 PM:** Per ASHLEY PENA, RECEPTIONIST, a black-haired Hispanic female contact approx. 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs; subject moved.

**Documents Served: Summons in a Civil Action; Complaint**, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

NAME:  _____          1172          _____
          Jose Garcell                      Server ID #           Date

REF: LUCHIAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**HYDENTRA HLP INT LIMITED a foreign corporation**
**d/b/a METART**                          | CASE NO:      1:15 CV 22134 UU
                         Plaintiff/Petitioner | FILING DATE:
                                              | DIVISION:
vs.
**CONSTANTIN LUCHIAN, ET AL**

                         Defendant/Respondent |

RETURN OF NON-SERVICE

Received by **Jose Garcell**, on the **10th day of June, 2015 at 2:34 AM** to be served upon **PLAYVID.COM c/o**
**CONSTANTIN LUCHIAN OR KONSTANTIN BOTOTIN at 1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade**
**County, FL 33131.**

On the **10th day of June, 2015 at 12:02 PM**, I, **Jose Garcell**, **NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **1001 BRICKELL BAY DRIVE # 2700, MIAMI,**
**Miami-Dade County, FL 33131,** I have been unable to effect process upon the person/entity being served due to the
following reason(s):

**6/10/2015 12:02 PM: Per receptionist, subject moved locations.**

**Documents Served: Summons in a Civil Action; Complaint**, with the date and hour of service endorsed thereon by
me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and
have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes.
Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and
accurate.

Notary not required pursuant to F.S. 92.525(2).

NAME: _____        1172            _____
        Jose Garcell                  Server ID #           Date  6/12/15

                                                                    Page 1 of 1

REF: **LUCHIAN**                                      Tracking #: **0007379829**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **HYDENTRA HLP INT LIMITED a foreign corporation d/b/a METART** | CASE NO:       **1:15 CV 22134 UU** |
| Plaintiff/Petitioner | FILING DATE: |
| | DIVISION: |
| vs. | |
| **CONSTANTIN LUCHIAN, ET AL** | |
| Defendant/Respondent | |

### RETURN OF NON-SERVICE

Received by **Jose Garcell**, on the **10th day of June, 2015 at 5:35 AM** to be served upon **PLAYVIDS.COM c/o CONSTANTIN LUCHIAN OR KONSTANTIN BOTOTIN at 1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131**.

On the **10th day of June, 2015 at 12:02 PM**, I, Jose Garcell, **NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131,** I have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/10/2015 12:02 PM: Per ASHLEY PENA, RECEPTIONIST, a black-haired Hispanic female contact approx. 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs; subject moved.**

**Documents Served:** **Summons in a Civil Action; Complaint**, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

| NAME: | | |
|---|---|---|
| Jose Garcell | 1172 | 6/11/15 |
| | Server ID # | Date |

REF: LUCHIAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**HYDENTRA HLP INT LIMITED a foreign corporation**
**d/b/a METART**

Plaintiff/Petitioner

vs.

**CONSTANTIN LUCHIAN, ET AL**

Defendant/Respondent

CASE NO:       1:15 CV 22134 UU
FILING DATE:
DIVISION:

RETURN OF NON-SERVICE

Received by **Jose Garcell**, on the **10th day of June, 2015 at 5:35 AM** to be served upon **SUN SOCIAL MEDIA , INC** d/b/a PLAYVID.COM, ETC c/o CONSTANTIN LUCHIAN OR KONSTANTIN BOTOTIN at **1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131.

On the **10th day of June, 2015 at 12:02 PM**, I, **Jose Garcell, NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts **at 1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131, I have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/10/2015 12:02 PM:** Per ASHLEY PENA, RECEPTIONIST, a black-haired Hispanic female contact approx. 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs; subject moved.

**Documents Served:** Summons in a Civil Action; Complaint, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

| NAME: | | | |
|---|---|---|---|
| Jose Garcell | 1172 Server ID # | Date | |

REF: **LUCHIAN**

# EXHIBIT "B"

## SERVICE ATTEMPT AT:

**20801 Biscayne Boulevard
Suite 403
Miami, Florida 33180**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**HYDENTRA HLP INT LIMITED a foreign corporation**
**d/b/a METART**

         Plaintiff/Petitioner

vs.
**CONSTANTIN LUCHIAN, ET AL**

       Defendant/Respondent

CASE NO:  **1:15 CV 22134 UU**
FILING DATE:
DIVISION:

RETURN OF NON-SERVICE

Received by **Juan Barroso**, on the **15th day of June, 2015 at 10:29 AM** to be served upon **CONSTANTIN LUCHIAN at 1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131.**

On the **16th day of June, 2015 at 12:15 PM, I, Juan Barroso, NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts **at 20801 Biscayne Boulevard #403, Aventura, Miami-Dade County, FL 33180,** I have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/16/2015 12:15 PM: Per BECKY I., PERSON IN CHARGE, a blonde-haired white female contact approx. 45-55 years of age, 5'6"-5'8" tall and weighing 160-180 lbs with glasses; subject moved. They had a virtual office over 1yr ago.**

**Documents Served: Summons in a Civil Action; Complaint,** with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

NAME: _____    2148      6-17-15
   Juan Barroso        Server ID #      Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**HYDENTRA HLP INT LIMITED a foreign corporation
d/b/a METART**

Plaintiff/Petitioner

vs.

**CONSTANTIN LUCHIAN, ET AL**

Defendant/Respondent

CASE NO:        1:15 CV 22134 UU
FILING DATE:
DIVISION:

RETURN OF NON-SERVICE

Received by **Juan Barroso**, on the **15th day of June, 2015 at 10:29 AM** to be served upon **FEEDVID.COM c/o** CONSTANTIN LUCHIAN OR KONSTANTIN BOTOTIN at 1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131.

On the **16th day of June, 2015 at 12:15 PM**, I, Juan Barroso, **NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **20801 Biscayne Boulevard #403, Aventura, Miami-Dade County, FL 33180**, I have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/16/2015 12:15 PM:** Per BECKY I., PERSON IN CHARGE, a blonde-haired white female contact approx. 45-55 years of age, 5'6"-5'8" tall and weighing 160-180 lbs with glasses; subject moved. They had a virtual office over 1yr ago.

**Documents Served:** Summons in a Civil Action; Complaint, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

NAME:  _____          2148                    _6-17-15_
        Juan Barroso                   Server ID #                    Date

Page 1 of 1

REF: LUCHIAN

Tracking #: 0007442209

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**HYDENTRA HLP INT LIMITED a foreign corporation
d/b/a METART**
                                    Plaintiff/Petitioner

vs.

**CONSTANTIN LUCHIAN, ET AL**

                                    Defendant/Respondent

CASE NO:        **1:15 CV 22134 UU**
FILING DATE:
DIVISION:

RETURN OF NON-SERVICE

Received by **Juan Barroso**, on the **15th day of June, 2015 at 10:29 AM** to be served upon **KONSTANTIN BOLOTIN** at **1001 BRICKELL BAY DRIVE # 2700, MIAMI**, Miami-Dade County, FL 33131.

On the **16th day of June, 2015 at 12:15 PM**, I, Juan Barroso, **NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **20801 Biscayne Boulevard #403, Aventura, Miami-Dade County, FL 33180,** I have been unable to effect process upon the person/entity being served due to the following reason(s):
6/16/2015 12:15 PM: Per BECKY I., PERSON IN CHARGE, a blonde-haired white female contact approx. 45-55 years of age, 5'6"-5'8" tall and weighing 160-180 lbs with glasses; subject moved. They had a virtual office over 1yr ago.

**Documents Served:** Summons in a Civil Action; Complaint, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

NAME: _____        2148                    6-17-15
        Juan Barroso                          Server ID #              Date



REF: **LUCHIAN**

                                                                Page 1 of 1
                                                    Tracking #: **0007442185**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **HYDENTRA HLP INT LIMITED a foreign corporation d/b/a METART** | CASE NO:  **1:15 CV 22134 UU** |
| Plaintiff/Petitioner | FILING DATE: |
| VS. | DIVISION: |
| **CONSTANTIN LUCHIAN, ET AL** | |
| Defendant/Respondent | |

RETURN OF NON-SERVICE

Received by **Juan Barroso**, on the **15th day of June, 2015 at 10:28 AM** to be served upon PEEKVIDS.COM c/o **CONSTANTIN LUCHIAN OR KONSTANTIN BOTOTIN** at 1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131.

On the **16th day of June, 2015 at 12:15 PM**, I, **Juan Barroso**, **NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at 20801 Biscayne Boulevard #403, Aventura, Miami-Dade County, FL 33180, I have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/16/2015 12:15 PM:** Per BECKY I., PERSON IN CHARGE, a blonde-haired white female contact approx. 45-55 years of age, 5'6"-5'8" tall and weighing 160-180 lbs with glasses; subject moved. They had a virtual office over 1yr ago.

**Documents Served:** Summons in a Civil Action; Complaint, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

| | | |
|---|---|---|
| NAME: _____ | 2148 | 6-17-15 |
| Juan Barroso | Server ID # | Date |

REF: LUCHIAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**HYDENTRA HLP INT LIMITED a foreign corporation**
**d/b/a METART**

Plaintiff/Petitioner

vs.

**CONSTANTIN LUCHIAN, ET AL**

Defendant/Respondent

CASE NO:      **1:15 CV 22134 UU**
FILING DATE:
DIVISION:

RETURN OF NON-SERVICE

Received by Juan Barroso, on the **15th day of June, 2015 at 10:30 AM** to be served up**on PLAYVID.COM c/o CONSTANTIN LUCHIAN OR KONSTANTIN BOTOTIN at 1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131.**

On the **16th day of June, 2015 at 12:12 PM**, I, Juan Barroso, **NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts **at 20801 Biscayne Blvd #403, Aventura, Miami-Dade County, FL 33180,** I have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/16/2015 12:12 PM:** Per **BECKY I., PERSON IN CHARGE,** a blonde-haired white female contact approx. 45-55 years of age, 5'6"-5'8" tall and weighing 160-180 lbs with glasses; subject moved. They use to have a virtual office over 1yr ago.

**Documents Served:** Summons in a Civil Action; Complaint, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

| NAME: | | |
|---|---|---|
| _Juan Barroso_ | 2148 | 6-17-15 |
| Juan Barroso | Server ID # | Date |

REF: **LUCHIAN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**HYDENTRA HLP INT LIMITED a foreign corporation**
**d/b/a METART**

Plaintiff/Petitioner

vs.

**CONSTANTIN LUCHIAN, ET AL**

Defendant/Respondent

CASE NO:      **1:15 CV 22134 UU**
FILING DATE:
DIVISION:

RETURN OF NON-SERVICE

Received by **Juan Barroso**, on the **15th day of June, 2015 at 10:30 AM** to be served upon **PLAYVIDS.COM c/o**
**CONSTANTIN LUCHIAN OR KONSTANTIN BOTOTIN** at 1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade
County, FL 33131.

On the **16th day of June, 2015 at 12:15 PM**, I, Juan Barroso, **NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **20801 Biscayne Boulevard #403, Aventura,**
**Miami-Dade County, FL 33180**, I have been unable to effect process upon the person/entity being served due to the
following reason(s):

**6/16/2015 12:15 PM: Per BECKY I., PERSON IN CHARGE**, a blonde-haired white female contact approx. 45-55
years of age, 5'6"-5'8" tall and weighing 160-180 lbs with glasses; subject moved. They had a virtual office over
1yr ago.

**Documents Served:** **Summons in a Civil Action; Complaint**, with the date and hour of service endorsed thereon by
me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and
have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes.
Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and
accurate.

Notary not required pursuant to F.S. 92.525(2).

NAME: _____
Juan Barroso

2148
Server ID #

6-17-15
Date

REF: LUCHIAN



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

HYDENTRA HLP INT LIMITED a foreign corporation
d/b/a METART

Plaintiff/Petitioner

vs.

CONSTANTIN LUCHIAN, ET AL

Defendant/Respondent

CASE NO:     1:15 CV 22134 UU
FILING DATE:
DIVISION:

RETURN OF NON-SERVICE

Received by **Juan Barroso**, on the **15th day of June, 2015 at 10:28 AM** to be served upon **SUN SOCIAL MEDIA , INC** d/b/a PLAYVID.COM, ETC c/o CONSTANTIN LUCHIAN OR KONSTANTIN BOTOTIN at **1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131.**

On the **16th day of June, 2015 at 12:15 PM**, I, **Juan Barroso, NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **20801 Biscayne Boulevard #403, Aventura, Miami-Dade County, FL 33180.** I have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/16/2015 12:15 PM:** Per BECKY I., PERSON IN CHARGE, a blonde-haired white female contact approx. 45-55 years of age, 5'6''-5'8'' tall and weighing 160-180 lbs with glasses; subject moved. They had a virtual office over 1yr ago.

**Documents Served:** Summons in a Civil Action; Complaint, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

NAME: _____     2148                          6 -17-18
        Juan Barroso                  Server ID #                  Date

REF: LUCHIAN

Page 1 of 1
Tracking #: 0007442087

## SERVICE ATTEMPT AT:

**1451 West Cypress Creek Road**
**Suite 300**
**Ft. Lauderdale, Florida 33309**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

HYDENTRA HLP INT LIMITED a foreign corporation
d/b/a METART
Plaintiff/Petitioner

vs.

CONSTANTIN LUCHIAN, ET AL
Defendant/Respondent

CASE NO: 1:15 CV 22134 UU
FILING DATE:
DIVISION:

RETURN OF NON-SERVICE

Received by **Leonard Gartman**, on the **17th day of June, 2015 at 1:17 PM** to be served upon **CONSTANTIN LUCHIAN** at **1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131**.

On the **18th day of June, 2015 at 1:53 PM**, I, **Leonard Gartman**, **NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **1451 West Cypress Creek Road Suite 300, Ft. Lauderdale, Broward County, FL 33309**, I have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/17/2015 5:50 PM: Per JANE DOE, WHO REFUSED TO GIVE NAME, PERSON OF UNKNOWN RELATION TO ADDRESS, a black female contact approx. with black hair... Need to come back before 5 to check with receptionist.**
**6/18/2015 1:53 PM: Subject is unknown per receptionist Linda Mercado.**

**Documents Served:** Summons in a Civil Action; Complaint, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

NAME: _____     SPS1365            6-19-15
         Leonard Gartman                    Server ID #            Date

REF: LUCHIAN

Page 1 of 1
Tracking #: 0007479775

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **HYDENTRA HLP INT LIMITED a foreign corporation d/b/a METART** | **CASE NO:**   **1:15 CV 22134 UU** |
| Plaintiff/Petitioner | **FILING DATE:** |
| VS. | **DIVISION:** |
| **CONSTANTIN LUCHIAN, ET AL** | |
| Defendant/Respondent | |

RETURN OF NON-SERVICE

Received by **Leonard Gartman**, on the **17th day of June, 2015 at 1:17 PM** to be served upon **FEEDVID.COM c/o CONSTANTIN LUCHIAN OR KONSTANTIN BOTOTIN** at 1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131.

On the **18th day of June, 2015 at 1:53 PM**, I, **Leonard Gartman**, NON-SERVED the within named defendant.

NON-SERVICE after due search, careful inquiry and diligent attempts at **1451 West Cypress Creek Road Suite 300, Ft. Lauderdale, Broward County, FL 33309, I** have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/17/2015 5:50 PM:** Per JANE DOE, PERSON OF UNKNOWN RELATION TO ADDRESS, a black female contact approx. with black hair... Business not opened . Need to come back before 5 pm and check with receptionist. This is a virtual office
**6/18/2015 1:53 PM:** Subject unknown per receptionist Linda Mercado also not in directory

**Documents Served:** Summons in a Civil Action; Complaint, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

| NAME: | | | |
|---|---|---|---|
| | Leonard Gartman | SPS1365 | 6-19-15 |
| | | Server ID # | Date |

Page 1 of 1

**REF: LUCHIAN**

Tracking #: **0007479805**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**HYDENTRA HLP INT LIMITED a foreign corporation**
**d/b/a METART**
                                              Plaintiff/Petitioner

vs.

**CONSTANTIN LUCHIAN, ET AL**
                                          Defendant/Respondent

CASE NO:       **1:15 CV 22134 UU**
FILING DATE:
DIVISION:

RETURN OF NON-SERVICE

Received by **Leonard Gartman**, on the **17th day of June, 2015 at 1:18 PM** to be served upon **KONSTANTIN BOLOTIN** at 1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131.

On the **18th day of June, 2015 at 1:53 PM**, I, **Leonard Gartman**, NON-SERVED the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **1451 West Cypress Creek Road Suite 300, Ft. Lauderdale, Broward County, FL 33309, I** have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/17/2015 5:50 PM: Per JANE DOE, WHO REFUSED TO GIVE NAME, PERSON OF UNKNOWN RELATION TO ADDRESS, a black female contact approx. with black hair...need to come back before 5 to check with receptionist.**
**6/18/2015 1:53 PM: Subject is unknown per receptionist Linda Mercado.**

**Documents Served:** Summons in a Civil Action; Complaint, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

NAME: _____          SPS1365          6 - 19 - 15
         Leonard Gartman                        Server ID #              Date

REF: **LUCHIAN**

Page 1 of 1
Tracking #: **0007479785**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **HYDENTRA HLP INT LIMITED a foreign corporation d/b/a METART** | CASE NO:     1:15 CV 22134 UU |
|                                          Plaintiff/Petitioner | FILING DATE: |
| vs. | DIVISION: |
| **CONSTANTIN LUCHIAN, ET AL** | |
|                                          Defendant/Respondent | |

RETURN OF NON-SERVICE

Received by **Leonard Gartman**, on the **17th day of June, 2015 at 1:16 PM** to be served upon **PEEKVIDS.COM c/o CONSTANTIN LUCHIAN OR KONSTANTIN BOTOTIN** at 1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131.

On the **18th day of June, 2015 at 1:53 PM**, I, **Leonard Gartman**, **NON-SERVED** the within named defendant.

NON-SERVICE after due search, careful inquiry and diligent attempts at **1451 West Cypress Creek Road Suite 300, Ft. Lauderdale, Broward County, FL 33309,** I have been unable to effect process upon the person/entity being served due to the following reason(s):

6/17/2015 5:50 PM: Per JANE DOE, WHO REFUSED TO GIVE NAME, PERSON OF UNKNOWN RELATION TO ADDRESS, a black female contact approx. with black hair... Need to come back before 5 to check with receptionist
6/18/2015 1:53 PM: Subject unknown per receptionist Linda Mercado also not in directory

**Documents Served:** Summons in a Civil Action; Complaint, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

| | | |
|---|---|---|
| NAME: _____ | SPS1365 | 6-19-15 |
|            Leonard Gartman | Server ID # | Date |

Page 1 of 1

REF: **LUCHIAN**

Tracking #: 0007479831



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **HYDENTRA HLP INT LIMITED a foreign corporation d/b/a METART** | CASE NO:   **1:15 CV 22134 UU** |
| Plaintiff/Petitioner | FILING DATE: |
| | DIVISION: |
| vs. | |
| **CONSTANTIN LUCHIAN, ET AL** | |
| Defendant/Respondent | |

RETURN OF NON-SERVICE

Received by Leonard Gartman, on the **18th day of June, 2015 at 2:06 PM** to be served upon **PLAYVID.COM c/o CONSTANTIN LUCHIAN OR KONSTANTIN BOTOTIN** at 1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131.

On the **18th day of June, 2015 at 1:53 PM, I, Leonard Gartman, NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **1451 West Cypress Creek Road Suite 300, Ft. Lauderdale, Broward County, FL 33309,** I have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/18/2015 1:53 PM: Subject unknown per receptionist Linda Mercado also not in directory**

<u>**Documents Served:**</u> **Summons in a Civil Action; Complaint**, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

| | | |
|---|---|---|
| NAME: _____ | SPS1365 | 6-19-15 |
| Leonard Gartman | Server ID # | Date |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **HYDENTRA HLP INT LIMITED a foreign corporation d/b/a METART** <br> Plaintiff/Petitioner <br><br> vs. <br><br> **CONSTANTIN LUCHIAN, ET AL** <br> Defendant/Respondent | CASE NO:  1:15 CV 22134 UU <br> FILING DATE: <br> DIVISION: |

RETURN OF NON-SERVICE

Received by **Leonard Gartman**, on the **17th day of June, 2015 at 1:17 PM** to be served upon **PLAYVIDS.COM c/o CONSTANTIN LUCHIAN OR KONSTANTIN BOTOTIN at 1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131.**

On the **18th day of June, 2015 at 1:53 PM**, I, **Leonard Gartman**, **NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **1451 West Cypress Creek Road Suite 300, Ft. Lauderdale, Broward County, FL 33309,** I have been unable to effect process upon the person/entity being served due to the following reason(s):

6/17/2015 5:50 PM: Per JANE DOE, WHO REFUSED TO GIVE NAME, PERSON OF UNKNOWN RELATION TO ADDRESS, a black female contact approx. with black hair...need to come back before 5 to check with receptionist
6/18/2015 1:53 PM: Subject unknown per receptionist Linda Mercado also not in directory

**Documents Served:** Summons in a Civil Action; Complaint, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

| | | |
|---|---|---|
| NAME: _____ <br> Leonard Gartman | SPS1365 <br> Server ID # | 6-19-15 <br> Date |

Page 1 of 1

REF: **LUCHIAN**

Tracking #: **0007479812**

# SERVICE ATTEMPT AT:

**1007 North Federal Highway
Suite 240
Ft. Lauderdale, Florida 33304**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**HYDENTRA HLP INT LIMITED a foreign corporation d/b/a METART**

                Plaintiff/Petitioner

vs.

**CONSTANTIN LUCHIAN, ET AL**

                Defendant/Respondent

CASE NO:    **1:15 CV 22134 UU**
FILING DATE:
DIVISION:

RETURN OF NON-SERVICE

Received by **Leonard Gartman**, on the **19th day of June, 2015 at 2:39 PM** to be served upon **FEEDVID.COM c/o CONSTANTIN LUCHIAN OR KONSTANTIN BOTOTIN** at **1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131.**

On the **22nd day of June, 2015 at 5:38 PM**, I, **Leonard Gartman**, **NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **1007 North Federal Highway Suite 240, Fort Lauderdale, Broward County, FL 33304,** I have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/22/2015 5:38 PM: PMB/PO Box. Box is vacant**

<u>**Documents Served:**</u> **Summons in a Civil Action; Complaint**, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

NAME: _____    SPS1365

       Leonard Gartman             Server ID #              Date



REF: **LUCHIAN**

Page 1 of 1
Tracking #: **0007527379**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

HYDENTRA HLP INT LIMITED a foreign corporation
d/b/a METART
Plaintiff/Petitioner

vs.

CONSTANTIN LUCHIAN, ET AL
Defendant/Respondent

CASE NO:        1:15 CV 22134 UU
FILING DATE:
DIVISION:

### RETURN OF NON-SERVICE

Received by **Leonard Gartman**, on the **17th day of June, 2015 at 1:16 PM** to be served up**on PLAYVID.COM c/o CONSTANTIN LUCHIAN OR KONSTANTIN BOTOTIN** at **1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131**.

On the **17th day of June, 2015 at 4:59 PM**, I, **Leonard Gartman**, **NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **1007 North Federal Highway Suite 240, Fort Lauderdale, Broward County, FL 33304,** I have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/17/2015 4:59 PM: PMB/PO Box. This is a ups store. Box is vacant per Eric Zinn**

**Documents Served:** **Summons in a Civil Action; Complaint**, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

NAME: _____        SPS1365              6-18-15
Leonard Gartman                      Server ID #           Date

Page 1 of 1

REF: LUCHIAN                                      Tracking #: 0007468229

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| HYDENTRA HLP INT LIMITED a foreign corporation d/b/a METART | CASE NO: | 1:15 CV 22134 UU |
|---|---|---|
| Plaintiff/Petitioner | FILING DATE: | |
| vs. | DIVISION: | |
| **CONSTANTIN LUCHIAN, ET AL** | | |
| Defendant/Respondent | | |

RETURN OF NON-SERVICE

Received by **Leonard Gartman**, on the **19th day of June, 2015 at 2:39 PM** to be served upon **PLAYVIDS.COM** c/o **CONSTANTIN LUCHIAN OR KONSTANTIN BOTOTIN at 1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131.**

On the **22nd day of June, 2015 at 5:38 PM**, I, **Leonard Gartman**, **NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **1007 North Federal Highway Suite 240, Fort Lauderdale, Broward County, FL 33304,** I have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/22/2015 5:38 PM: PMB/PO Box. Box is vacant**

**Documents Served:** **Summons in a Civil Action; Complaint**, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

| NAME: | SPS1365 | |
|---|---|---|
| Leonard Gartman | Server ID # | Date |



REF: **LUCHIAN**

Page 1 of 1
Tracking #: **0007527389**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **HYDENTRA HLP INT LIMITED a foreign corporation d/b/a METART** | CASE NO:       **1:15 CV 22134 UU** |
| Plaintiff/Petitioner | FILING DATE: |
| vs. | DIVISION: |
| **CONSTANTIN LUCHIAN, ET AL** | |
| Defendant/Respondent | |

RETURN OF NON-SERVICE

Received by **Leonard Gartman**, on the **17th day of June, 2015 at 1:17 PM** to be served up on **SUN SOCIAL MEDIA ,** **INC d/b/a PLAYVID.COM, ETC c/o CONSTANTIN LUCHIAN OR KONSTANTIN BOTOTIN** at **1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131.**

On the **17th day of June, 2015 at 4:59 PM**, I, **Leonard Gartman**, NON-SERVED the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts **at 1007 North Federal Highway Suite 240, Fort Lauderdale, Broward County, FL 33304, I** have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/17/2015 4:59 PM: PMB/PO Box. This is a ups store. Box is vacant per Eric Zinn**

**Documents Served: Summons in a Civil Action; Complaint**, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

| NAME: | | | |
|---|---|---|---|
| | Leonard Gartman | SPS1365 | 6-18-15 |
| | | Server ID # | Date |

REF: **LUCHIAN**

Page 1 of 1
Tracking #: **0007468241**