UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

      Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
and John Does 1-20,

      Defendants.
_____/

## ORDER ON PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE JOINT SCHEDULING REPORT

**THIS CAUSE**, having come to be heard upon Plaintiff's Motion for Enlargement of Time to File Joint Scheduling Report, and the Court having reviewed the file in this case, and being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1.     Plaintiff's motion is hereby GRANTED.

CASE NO.: 1:15-CV-22134-UU

2. The Parties shall file a Joint Scheduling Report within thirty (30) days of Defendants' appearance.

**DONE AND ORDERED** in Chambers, at Miami-Dade County, Florida this ____ day of _____, 2015.

_____
The Honorable Ursula Ungaro
UNITED STATES DISTRICT JUDGE

*Copies furnished to:*
All counsel of record.