UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,

    Plaintiff,

v.

CONSTANTIN LUCHIAN, *et al.*,

    Defendants.
_____/

### ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Extension of Time. D.E. 9.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises.

On June 9, 2015, the Court ordered the parties to file a Joint Planning and Scheduling Report by July 17, 2015. D.E. 8. The Order further required Plaintiff to file verified proof of service by that date. *Id.* at 2. Due to difficulties in effectuating service of process, Plaintiff seeks an extension of time within which to file a Joint Planning and Scheduling Report and verified proof of service. D.E. 9. It is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion, (D.E. 9), is GRANTED IN PART and DENIED IN PART. Plaintiff SHALL file verified proof of service by **Friday, August 14, 2015**. If service of process has not been effectuated by that date, Plaintiff SHALL, by **Friday, August 14, 2015**, file a report describing in detail the efforts already taken and expected to be taken to effectuate service of process. Further, it is hereby

ORDERED AND ADJUDGED that the Initial Planning and Scheduling Conference in

this matter is re-set to **Friday, <u>September 4, 2015, at 10:00 AM</u>**. The Joint Planning and Scheduling Report SHALL be filed by **Friday, <u>August 21, 2015</u>**

DONE AND ORDERED in Chambers at Miami, Florida, this _14th__ day of July, 2015.

*Ursulalazaro*
_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf