# Affidavit of Process Server

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

| HYDENTRA HLP INT., LIMITED | VS | CONSTANTIN LUCHIAN et al | 1:15-cv-22134- UU |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I KEVIN S. DUNN being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 7/16/15

Service: I served SUN SOCIAL MEDIA, INC., a corporation, individually and d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM, and PEEKVIDS.COM, PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM, PEEKVIDS.COM
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS & COMPLAINT

by leaving with GARY DAMIANICI         (AUTHORIZED PERSON)        At
                      NAME                   RELATIONSHIP

☐ Residence _____
               ADDRESS                  CITY / STATE

☒ Business C/O HARVARD BUSINESS SERVICES, INC (REGISTERED AGENT) AT 16192 COASTAL HWY. LEWES, DE 19958
               ADDRESS                  CITY / STATE

On 7/16/15                        AT 1:00 PM
     DATE                              TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                     DATE
from _____
       CITY          STATE          ZIP

Manner of Service:
☒ CORPORATION
☐ Personal: By personally delivering copies to the person being served.
☐ Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☐ Substituted at Business: By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ Posting: By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ Non-Service: After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other

Service Attempts: Service was attempted on: (1) _____ _____ (2) _____ _____
                                                 DATE   TIME        DATE   TIME
(3) _____ _____ (4) _____ _____ (5) _____ _____
    DATE   TIME       DATE   TIME       DATE   TIME

AGE  35  Sex M  Race W  Height 5'6  Weight 170  HAIR BALD

SIGNATURE OF PROCESS SERVER
KEVIN S. DUNN

SUBSCRIBED AND SWORN in the State of Delaware, New Castle County before me this 16TH day of July, 2015.

MELISSA HARMON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 12/29/2015

SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS