## VERIFIED RETURN OF SERVICE

### UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE# 1:15 CV 22134 UU**

HYDENTRA HLP INT. LIMITED A FOREIGN CORPORATION D/B/A METART,

PLAINTIFF,

VS

CONSTATIN LUCHIAN, KONSTATIN BOLOTIN, SUN SOCIAL MEDIA, INC. D/B/A PLAYVID.COM FEEDVID.COM, PLAYVIDS.COM AND PEEKVIDS.COM; PLAYVID.COM FEEDVID.COM et, al,

DEFENDANTS,

Attorney:    AARON BEHAR, ESQ
             1840 N COMMERCE PARKWAY, STE 1
             WESTON FL 33326

Received on 7/14/15 AT 12:20 PM, A SUMMONS IN A CIVIL ACTION AND ATTACHED COMPLAINT, TO BE SERVED ON:

KONSTANT BOLOTIN
20225 NE 34TH COURT
MIAMI FL 33180

I, ED GORMAN #026, SERVED PERSONAL SERVICE ON, KONSTANTIN BOLOTIN, ON 7/15/15 AT 6:15 PM, AT THE ABOVE GIVEN ADDRESS.

I acknowledge that I am a CERTIFIED Process Server in the Circuit in which this Defendant was served.

I acknowledge that I have no interest in above action. Facts contained herein are true and correct and signed under the penalty of perjury and in accordance with state statutes.

ED GORMAN #026

Authorized Process Servers LLC
1830 N University Drive Ste155
Plantation, Florida 33322

Authorized Process Servers LLC
1830 N University Drive Ste155
Plantation Florida 33322