UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,

     Plaintiff,

v.

CONSTANTIN LUCHIAN, *et al.*,

     Defendants.

_____/

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

Defendant, Hydentra HLP Int. Limited ("Hydentra") was served process on July 14, 2015, D.E. 12, and responsive pleadings were therefore due on August 5, 2015. Defendant, Hydentra has yet to file a responsive pleading. Accordingly, it is hereby

ORDERED and ADJUDGED that Hydentra SHALL show good cause in writing by **Monday, August 10, 2015**, as to why the Court should not order the clerk's entry of default against Hydentra. In addition, Hydentra shall file a responsive pleading by that date. Failure to comply with this Order will result in the entry of default without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this _6th__ day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf