UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,

    Plaintiff,

v.

CONSTANTIN LUCHIAN, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

Defendant, Konstantin Bolotin ("Bolotin") was served process on July 15, 2015, D.E. 13, and responsive pleadings were therefore due on August 5, 2015. Defendants, Feedvid.Com, Peekvids.Com, Playvid.Com, Playvids.Com, and Sun Social Media, Inc., were served process on July 16, 2015, D.E. 11, and responsive pleadings were therefore due on August 6, 2015. Fed. R. Civ. P. 12(a)(1)(A)(i). To date, these Defendants have yet to file a responsive pleading. Accordingly, it is hereby

ORDERED AND ADJUDGED that the Clerk of the Court SHALL enter a Default against Defendants. Further, it is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL file a Motion for Final Default Judgment against Defendants, duly supported by affidavits and other documentation and a proposed Final Order

by **Wednesday, August 19, 2015**.  Failure to comply with this Order will result in the immediate dismissal of this action.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf