## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

HYDENTRA HLP INT. LIMITED

PLAINTIFF(S)

CASE NUMBER
1:15−cv−22134−UU

v.

CONSTANTIN LUCHIAN, et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Konstantin Bolotin**
**Peekvids.Com**
**Playvid.Com**
**Playvids.Com**
**Sun Social Media, Inc.**

as of course, on the date August 17, 2015.

**STEVEN M. LARIMORE**
CLERK OF COURT

By  _/s/ Crystal Barnes−Butler_
Deputy Clerk

cc: Judge Ursula Ungaro
    Hydentra HLP Int. Limited

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)