UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

       Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
and John Does 1-20,

       Defendants.
_____/

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR FINAL DEFAULT JUDGMENT AGAINST DEFENDANTS

Plaintiff, HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART, (hereinafter referred to as "HYNDENTRA" or "Plaintiff"), by and through its undersigned counsel, and pursuant to the applicable Federal Rules of Civil Procedure, files this, its Motion for Enlargement of Time to a Motion for Final Default Judgment against Defendants, and states as follows:

1.    Plaintiff filed the instant lawsuit on June 4, 2015.

2.    Defendant, Konstantin Bolotin ("Bolotin"), was served with process on July 15, 2015, thereby making his responsive pleading due on or before August 5, 2015.

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

1 of 4

3. Defendants Feedvid.Com, Peekvids.Com, Playvid.Com, Playvids.Com, and Sun Social Media, Inc., were served with process on July 16, 2015, thereby making their respective responsive pleadings due on or before August 6, 2015.

4. Initially, Plaintiff encountered several issues with obtaining service of Process on Defendant Constantin Luchian ("Luchian"), as Plaintiff was unable to locate Luchian after extensive efforts.

5. However, Plaintiff has been contacted by and has been in continuous communication with Boston Law Group, PC, the law firm with which Luchian and the other Defendants are negotiating representation.

6. In an effort to efficiently litigate this claim, Plaintiff conferred with Defendants' prospective counsel and agreed to provide Defendants with an extension to respond to the Complaint through **September 4, 2015**.

7. Pursuant to the agreement, Defendant Luchian must also file a responsive pleading on or before September 4, 2015.

8. The parties agreed that said extension is conditioned on Luchian's acceptance of service of process in this matter.

9. Pursuant to the agreement, on August 5, 2015, Matther Shayefar, Esq. on behalf of the Boston Law Group, PC, executed a document titled "Acceptance of Service," thereby accepting service of process on behalf of Luchian. (*See* Exhibit "A").

10. On August 17, 2015, this Court entered an Order providing that Plaintiff must file its Motion for Default Judgment against Defendants, duly supported by affidavits and other documentation and a proposed Final Order by Wednesday August 19, 2015.

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

2 of 4

11. The August 19 deadline forces Plaintiff to move for default judgment prior to the expiration of the agreed extension, which is a condition of Lucian's acceptance of service.

12. Furthermore, it has recently come to Plaintiff's attention that Defendants are still working out the details of the representation agreement with their prospective counsel.

13. Accordingly, Defendants prospective counsel have been unable to seek an extension of Defendants' deadlines in this case given the ongoing negotiations between Defendants and their prospective counsel.

14. Plaintiff requests an enlargement of time before it is required to file the Motion for Default Judgment so that Defendants have an opportunity to finalize their representation and file responsive pleadings on or before September 4, 2015 in exchange for Luchian's acceptance of service of process.

15. In light of the foregoing, Plaintiff respectfully requests that this Honorable Court grant the instant Motion and provide Plaintiff an enlargement of time to file a Motion for Default Judgment against Defendants.

16. This Motion is not being filed for the purpose of delay and its entry will not result in prejudice to the parties.

WHEREFORE, undersigned counsel for Plaintiff respectfully requests this Honorable Court enlarge the deadline to file a Motion for Default Judgment against Defendants, duly supported by affidavits and other documentation and a proposed Final Order at a time that is no sooner than **September 5, 2015**, and afford any other relief that this Court deems just and appropriate.

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

3 of 4

Respectfully submitted,

BeharBehar
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: AB@BeharBehar.com

By:   /s/*Aaron Behar, Esquire*
Aaron Behar, Esquire
Florida Bar No.: 166286
Jaclyn Behar, Esquire
Florida Bar No.: 63833
*Counsel for Plaintiff*

And:   Spencer D. Freeman
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone:  (253) 383-4500
Facsimile:  (253) 383-4501
E-mail: sfreeman@freemanlawfirm.org
*Counsel for Plaintiff*
(Moving for Admission pro hac vice)

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

4 of 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

       Plaintiff,

v.

CONSTANTIN LUCHIAN, KONSTANTIN BOLOTIN,
SUN SOCIAL MEDIA, INC., et al.,

       Defendants.
_____/

### ORDER ON PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR FINAL DEFAULT JUDGMENT AGAINST DEFENDANTS

**THIS CAUSE**, having come to be heard upon Plaintiff's Motion for Enlargement of Time to File Motion for Final Default Judgment Against Defendants, and the Court having reviewed the file in this case, and being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's motion is hereby GRANTED.
2. Plaintiff shall file a Motion for Default Judgment Against Defendants no later than September 5, 2015.

**DONE AND ORDERED** in Chambers, at Miami-Dade County, Florida this ___ day of _____, 2015.

                                                                               The Honorable Ursula Ungaro
                                                                               DISTRICT COURT JUDGE

*Copies furnished to:*
Aaron Behar, Esq. (ab@beharbehar.com)
Jaclyn Behar, Esq. (jb@beharbehar.com)
Spencer D. Freeman, Esq. (sfreeman@freemanlawfirm.org)

# EXHIBIT "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
and John Does 1-20,

Defendants.
_____/

## ACCEPTANCE OF SERVICE

I, the undersigned, attorney for the defendant, Constantin Luchian, do hereby accept service of the Summons and Complaint on behalf of such defendant as of August 5, 2015, to the same effect as if said defendant was personally served.

**DATED** this 5th day of August, 2015.

Matthew Shayefar
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Attorneys for Constantin Luchian

1