UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,

    Plaintiff,

v.

CONSTANTIN LUCHIAN, *et al.*,

    Defendants.
_____/

### ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Enlargement of Time to File Motion for Final Default Judgment Against Defendants. D.E. 18.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

Defendant, Konstantin Bolotin ("Bolotin") was served process on July 15, 2015, D.E. 13, and responsive pleadings were therefore due on August 5, 2015. Defendants, Feedvid.Com, Peekvids.Com, Playvid.Com, Playvids.Com, and Sun Social Media, Inc., were served process on July 16, 2015, D.E. 11, and responsive pleadings were therefore due on August 6, 2015. Fed. R. Civ. P. 12(a)(1)(A)(i). To date, no responsive pleading has been filed. In addition, no attorney or law firm has made an appearance on behalf of any Defendant. On August 17, 2015, the Court ordered the Clerk of the Court to enter a default judgment against Defendants and ordered Plaintiff to file a Motion for Final Default Judgment by August 19, 2015. D.E. 16.

Plaintiff is now requesting an extension of time to file its Motion for Final Default Judgment

because it allegedly conferred with Defendants' prospective counsel and provided Defendants with an extension of time to respond to the Complaint through September 4, 2015.  D.E. 18.  The time in which a responsive pleading must be filed is governed by the Federal Rules of Civil Procedure, specifically Rule 12(a)(1)(A), not through an informal agreement amongst counsel.  The plain language of Rule 12 mandates that a responsive pleading be filed within the applicable time period; it is not an option for the parties to consider.  Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion for Enlargement of Time to File Motion for Final Default Judgment Against Defendants (D.E. 18) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 18th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf