UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

       Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
and John Does 1-20,

       Defendants.

_____/

## NOTICE OF FILING

    NOTICE IS HEREBY GIVEN by Plaintiff, that the attached Affidavit is being

filed with the Court in support of its Motion for Entry of Judgment After Default filed on

this date.

                                Respectfully submitted,

                                BeharBehar
                                1840 North Commerce Parkway
                                Suite One
                                Weston, Florida 33326
                                Telephone: (954) 688-7642
                                Facsimile: (954) 332-9260
                                E-mail: AB@BeharBehar.com

By:     */s/Aaron Behar, Esquire*
        Aaron Behar, Esquire
        Florida Bar No.: 166286
        Jaclyn Behar, Esquire
        Florida Bar No.: 63833
        **Counsel for Plaintiff**


And:    Spencer D. Freeman
        Freeman Law Firm, Inc.
        1107 ½ Tacoma Avenue South
        Tacoma, WA 98402
        Telephone:  (253) 383-4500
        Facsimile:  (253) 383-4501
        E-mail:
        sfreeman@freemanlawfirm.org
        **Counsel for Plaintiff**
        (Moving for Admission pro hac vice)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

       Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
and John Does 1-20,

       Defendants.

_____/

## AFFIDAVIT OF JONATHAN KROGMAN

**STATE OF CALIFORNIA**   )
                       )   ss
**COUNTY OF LOS ANGELES**  )

      BEFORE ME, the undersigned authority duly licensed to administer oaths of the State of

California, personally appeared, JONATHAN KROGMAN, who after being duly sworn deposes

and states as follows:

    1.     My name is JONATHAN KROGMAN and I am over the age of eighteen.

    2.     My business address is18034 Ventura Boulevard, Suite 181, Encino, CA 91316.

3.    I am Partner in Hydentra HLP Int. Limited d/b/a MetArt ("Hydentra" or "Plaintiff").

4.    Plaintiff filed an eight (8) count complaint against Defendants, Konstantin Bolotin; Sun Social Media, Inc., individually and d/b/a Playvid.com, Feedvid.com, Playvids.com, and Peekvids.com; as well as Playvid.com; Feedvid.com; Playvids.com; and Peekvids.com (collectively hereinafter referred to as "Defendant" or "Defendants").[1]

5.    The Complaint seeks equitable and legal relief for copyright infringement 17 U.S.C. §§ 101 *et. seq.*, contributory copyright infringement, vicarious copyright infringement, inducement of copyright infringement, unauthorized publication of name and likeness in violation of Fla. Stat. §540.08, trademark infringement 15 U.S.C. §§ 111 *et. seq.*, contributory trademark infringement, false designation of origin under the Lanham Act, and attorney's fees, among other things.

6.    Upon information and belief, Playvid.com, Feedvid.com, Playvids.com, and Peekvids.com are pirate websites displaying copyrighted adult entertainment content without license or authority for free viewing to the public.

7.    Defendants failed to respond to take-down notices regarding infringing materials. To date, Defendants continue to fail to respond to take-down notices.

8.    In or about January 2015, and for an unknown time before and up to the present, Defendants' website Playvid.com displayed 37 of Plaintiff's copyright registered works over 70 separate and distinct URLs  - each a part of Playvid.com.  These copyrighted works and their corresponding Playvid.com page are listed in Exhibit "A", attached hereto. Defendants have no authority or license to display or distribute any portion of Plaintiffs' copyrighted works.

---

[1] Plaintiff notes that the lawsuit also lists Constantin Luchian ("Luchian"), as a Defendant. However, service of process has not been obtained as to Luchian. This affidavit is intended to address those Defendants for which a default has been entered against.

Defendants failed to remove the copyrighted works despite having received DMCA compliant take-down notices.

9.      In or about February 2015, and for an unknown time before and up to the present, Defendants' website Feedvid.com displayed 2 of Plaintiff's copyright registered works over 2 separate and distinct URLs - each a part of Feedvid.com.  These copyrighted works and their corresponding Feedvid.com page are listed in Exhibit "A", attached hereto.  Defendants have no authority or license to display or distribute any portion of Plaintiffs' copyrighted works.

10.     In or about May 2015, and for an unknown time before and up to the present, Defendants' website Playvids.com displayed 28 of Plaintiff's copyright registered works over 36 separate and distinct URLs  - each a part of Playvids.com.  These copyrighted works and their corresponding Playvids.com page are listed in Exhibit "A", attached hereto.  Defendants have no authority or license to display or distribute any portion of Plaintiffs' copyrighted works.

11.     In or about February 2015, and for an unknown time before and up to the present, Defendants' website Peekvids.com displayed 5 of Plaintiff's copyright registered works over 6 separate and distinct URLs  - each a part of Peekvids.com.  These copyrighted works and their corresponding Peekvids.com page are listed in Exhibit "A", attached hereto.  Defendants have no authority or license to display or distribute any portion of Plaintiffs' copyrighted works.

12.     Upon information and belief, Defendants knowingly promote, participate in, facilitate, assist, enable, materially contribute to, encourage, and induce copyright infringement, and thereby have infringed, secondarily infringed, and induced infringement by others, the copyrights in Plaintiff's copyrighted work.

13.     Defendants deprived Plaintiff of the lawful monetary rewards that accompany its rights in the copyrighted works. Defendants' disregard for copyright and trademark laws threaten Plaintiff's business.

14.     Upon information and belief, Defendants avoided reasonable precautions to deter rampant copyright infringement on their websites. Upon information and belief, Defendants make no attempt to identify any individual providing the works, where the individual obtained the works, whether the individuals had authority to further reproduce and distribute the works or if such parties even exist.

15.     Defendants' acts and omissions allow them to profit from their infringement while imposing the burden of monitoring Defendants' website onto copyright holders, without sufficient means to prevent continued and unabated infringement.

16.     Defendants have infringed on Plaintiff's copyrights by reproducing and distributing works through Defendants' websites without property approval, authorization, or license of Plaintiff.

17.     Plaintiff suffers and will continue to suffer irreparable harm and substantial losses, including, but not limited to, damage to its business reputation and goodwill. Plaintiff has no other adequate remedy at law. These damages are continuing into the future as a result of Defendants' actions, including that Plaintiff cannot control its content and intellectual property.

18.     Plaintiff's works include erotic photographs and motion pictures, which depicts models who performed under contract. Said contract contains a release of each model's rights and interest for their appearance in an erotic motion picture, and an assignment in ownership of the same to Plaintiff. Defendants published, printed, displayed or otherwise used public images that depict numerous models that signed Plaintiff's release agreement. Defendants' websites commercially exploit Plaintiff's images without the Plaintiff's knowledge or consent. Defendants gained pecuniary benefit from the unauthorized use of Plaintiff's name, images and likeness. The Defendants use of Plaintiff's name, images and likeness was not part of a bona fide news report, nor did it have a legitimate public interest, but rather, was used by Defendants for their sole commercial benefit.

19.    In addition to the unlawful display of Plaintiff's copyrighted works, Defendants have violated Plaintiff's intellectual property rights because they infringed Plaintiff's registered trademarks. For Plaintiff's videos that are displayed without authority on Playvid.com, Feedvid.com, Playvids.com, and Peekvids.com, the Defendants have caused Plaintiff's trademarks to be used in the meta tags and/or meta descriptions for the URL of the infringing video on Playvid.com, Feedvid.com, Playvids.com, and Peekvids.com. Meta tags and/or meta descriptions are used by Internet search engines as an indexing tool to determine which web sites correspond to search terms provided by a user. By using Plaintiff's trademarks in Defendants' meta tags and/or meta descriptions, Defendants use Plaintiff's trademarks in commerce and in connection with their promotions, sales, and advertising.

20.    Plaintiff has been obligated to retain undersigned counsel for the filing and prosecution of this action, and has agreed to pay its counsel reasonable attorneys' fees, including costs and litigation expenses incurred in this action.

21.    Hydentra has suffered irreparable harm as a direct result of the Defendants' various violations of its intellectual property rights.

22.    Hydentra has suffered and will continue to suffer monetary damages as a result of Defendants' conduct.

23.    In the Complaint, Plaintiff requested a trial for all issues so triable. Accordingly, all issues regarding monetary damages must be determined at trial.

24.    Plaintiff is unable to determine the exact amount of damages it is entitled to without first conducting discovery.

25.    The undersigned hereby certifies that he has reviewed this affidavit and believes that the facts herein are true and correct as stated and to the best of his knowledge.

**Further Affiant Sayeth Naught.**

STATE OF CALIFORNIA )
)SS
COUNTY OF Los Angeles )

By: **JONATHAN KROGMAN**

BEFORE ME personally appeared _Jonathan Krogman_ who is [personally known to me] or [who has provided US Passport as identification] deposes and says that the facts set forth in the foregoing are true and correct to the best of his/her knowledge and belief.

SWORN TO and subscribed before me this _19th_ day of _August_, 2015.

See CA Jurat
NOTARY PUBLIC, State of California

Sandra Cisneros
Notary Printed Name

My Commission Expires: _04 | 11 | 2018_

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_____          _____
*Signature of Document Signer No. 1*          *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of Los Angeles

Subscribed and sworn to (or affirmed) before me

on this __19th__ day of __August__, 20 _15_,
       *Date*            *Month*         *Year*

by

(1)_____ Jonathan Krogman _____

(and (2)_____ ),
                    *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

SANDRA CISNEROS
Commission # 2061156
Notary Public · California
Los Angeles County
My Comm. Expires Apr 11, 2018

Signature_____
              *Signature of Notary Public*

*Place Notary Seal Above*

―――――――――――――――― *OPTIONAL* ――――――――――――――――

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____ Affidavit _____   Document Date: __8/19/2015__

Number of Pages: _X_ Signer(s) Other Than Named Above: _____ X _____

©2014 National Notary Association · www.NationalNotary.org · 1-800-US NOTARY (1-800-876-6827)   Item #5910

# EXHIBIT "A"

EXHIBIT A

**SITE: PLAYVID.COM**

| Title of Work | Copyright Registration Number | Infringing Link |
|---|---|---|
| Anna AJ in Oriente | PA0001922450 | http://www.playvid.com/watch/4hfFIQ73lw3 |
| Approaching | PA0001922433 | http://www.playvid.com/watch/LfSNZEwTHML |
| Approaching | PA0001922433 | http://www.playvid.com/watch/JB4Tp9G9TA5 |
| At The Movies | PA0001922464 | http://www.playvid.com/watch/zBRxc3zHsNJ |
| At The Movies | PA0001922464 | http://www.playvid.com/watch/TaSWqOaO0Pw |
| Be My Slave | PA0001922430 | http://www.playvid.com/watch/g7ihsgUTVyX |
| Be My Slave | PA0001922430 | http://www.playvid.com/watch/E8wWFJAvmxd |
| Be My Slave | PA0001922430 | http://www.playvid.com/watch/rg1mS3IbFDf |
| Be My Slave | PA0001922430 | http://www.playvid.com/watch/yttkFdcOyIP |
| Book of Love | PA0001922654 | http://www.playvid.com/watch/-XUczyUSK0d |
| Concierge | PA0001922664 | http://www.playvid.com/watch/GK2T5kx6MDy |
| Concierge | PA0001922664 | http://www.playvid.com/watch/H7q5c5W4NuW |
| Cybersex | PA0001917321 | http://www.playvid.com/watch/i0xYBmuJiwc |
| Desire | PA0001922694 | http://www.playvid.com/watch/Gt2gj-9EttM |
| Draw Me | PA0001923131 | http://www.playvid.com/watch/Wt7G50XHulS |
| Draw Me | PA0001923131 | http://www.playvid.com/watch/v4EQRXdmENS |
| Draw Me | PA0001923131 | http://www.playvid.com/watch/4_9X1Iytnd5 |
| Finish Me | PA0001923130 | http://www.playvid.com/watch/Td-duKpbHva |
| Finish Me | PA0001923130 | http://www.playvid.com/watch/lScLvm4yyzY |
| Finish Me | PA0001923130 | http://www.playvid.com/watch/DaaFFs1bE3a |
| First | PA0001917312 | http://www.playvid.com/watch/g9vulPunyiE |
| Gypsy Fortune | PA0001923127 | http://www.playvid.com/watch/TKZ42SVOeTX |
| Hielo Caliente | PA0001917310 | http://www.playvid.com/watch/OidBcPl0l4r |
| Hielo Caliente | PA0001917310 | http://www.playvid.com/watch/o9JpOCDUVO7 |
| Hollywood Royale | PA0001922475 | http://www.playvid.com/watch/px7nfEIheZA |
| Hollywood Royale | PA0001922475 | http://www.playvid.com/watch/F-UyjFozl0u |
| Hollywood Royale | PA0001922475 | http://www.playvid.com/watch/7xq2e8j8_s9 |
| Il Lungo Addio | PA0001917306 | http://www.playvid.com/watch/RIuYxh_LdLC |
| Kamasutra | PA0001922480 | http://www.playvid.com/watch/Dckl8Umdvol |
| Kamasutra | PA0001922480 | http://www.playvid.com/watch/MNdS53pJbWq |
| Kamasutra | PA0001922480 | http://www.playvid.com/watch/k8dSYHTadav |

| Kamasutra | PA0001922480 | http://www.playvid.com/watch/MXt5KXvieF8 |
|---|---|---|
| Le Café | PA0001922479 | http://www.playvid.com/watch/MXt5KXvieF8 |
| Like Snow | PA0001922519 | http://www.playvid.com/watch/0Q5cz4_fgpL |
| Like Snow | PA0001922519 | http://www.playvid.com/watch/XbzAwreVAUg |
| Love Beats | PA0001922514 | http://www.playvid.com/watch/Dnh5yuZflat |
| Love Beats | PA0001922514 | http://www.playvid.com/watch/ISflb9y7mg7 |
| Our Time | PA0001923133 | http://www.playvid.com/watch/eHe6347hTen |
| Our Time | PA0001923133 | http://www.playvid.com/watch/7bmcoBYarHC |
| Right Now | PA0001922630 | http://www.playvid.com/watch/yR-ffYjwO5F |
| Secret Love | PA0001917311 | http://www.playvid.com/watch/ys6v6JsUPwU |
| Secret Love | PA0001917311 | http://www.playvid.com/watch/iEj0THoclTo |
| Secret Love | PA0001917311 | http://www.playvid.com/watch/N0dk5mdmzch |
| Secret Love | PA0001917311 | http://www.playvid.com/watch/5mGSKxpwqrZ |
| Senora and Jorge | PA0001922631 | http://www.playvid.com/watch/zyFowLKIn8o |
| Siesta | PA0001922635 | http://www.playvid.com/watch/pRLacuTsx7y |
| Siesta | PA0001922635 | http://www.playvid.com/watch/wGhC7wInXw5 |
| Siesta | PA0001922635 | http://www.playvid.com/watch/GfoWO-xTZt3 |
| Snow Fun XI | PA0001922633 | http://www.playvid.com/watch/8zhUksT3ZHu |
| Snow Fun XI | PA0001922633 | http://www.playvid.com/watch/Xy_IqczYn5y |
| Snow Fun XI | PA0001922633 | http://www.playvid.com/watch/0taOxejlYOd |
| Spanglish | PA0001922536 | http://www.playvid.com/watch/nJJnBd2EJ5U |
| Tantra Imaginations | PA0001922543 | http://www.playvid.com/watch/Olxgg0Z0S0I |
| The Date | PA0001922537 | http://www.playvid.com/watch/IsbFogKclkD |
| The Game VIII - Winner Takes All | PA0001922549 | http://www.playvid.com/watch/TXg_pPTuXq8 |
| The Game VIII - Winner Takes All | PA0001922549 | http://www.playvid.com/watch/I8B7d6pZ8_P |
| The Writer | PA0001916915 | http://www.playvid.com/watch/LOj245sj8Pk |
| The Writer | PA0001916915 | http://www.playvid.com/watch/H0lu23XSBxA |
| The Writer | PA0001916915 | http://www.playvid.com/watch/P7DNLh5yBzN |
| The Writer - Sex Therapy | PA0001922428 | http://www.playvid.com/watch/MUHATU0l38u |
| The Writer - Sex Therapy | PA0001922428 | http://www.playvid.com/watch/NfFi_roUe1v |
| Tone of Love | PA0001922431 | http://www.playvid.com/watch/K9mZKZdHwCs |
| Tone of Love | PA0001922431 | http://www.playvid.com/watch/akd9tliWbua |
| True Love | PA0001922436 | http://www.playvid.com/watch/HyoDdggNWT2 |
| Under the Elle Tree | PA0001922444 | http://www.playvid.com/watch/aSPucxgoiBE |
| Under the Elle Tree | PA0001922444 | http://www.playvid.com/watch/qDGQJRzRppK |
| Upper West Side | PA0001922429 | http://www.playvid.com/watch/TiEJNLyG-4O |
| Vintage Collection - Seduction | PA0001917318 | http://www.playvid.com/watch/6vKzEmkeo0O |

| Vintage Collection - Seduction | PA0001917318 | http://www.playvid.com/watch/HVJCWWwVJDI |
| Vintage Collection - Seduction | PA0001917318 | http://www.playvid.com/watch/HVJCWWwVJDI |
| Yes | PA0001917316 | http://www.playvid.com/watch/k_i8oHtmOsn |
| MetArt Channel | MetArt Channel | http://www.playvid.com/channel/Met-Art |
| Search MetArt | SEARCH METART | http://www.playvid.com/search?q=metart |
| Search SexArt | SEARCH SEX ART | http://www.playvid.com/search?q=sexart |
| SexArt Channel | SexArt Channel | http://www.playvid.com/channel/Sex-Art |

## SITE: PEEKVIDS.COM

| Title of Work | Copyright Registration Number | Infringing Link |
| --- | --- | --- |
| La Dolce Vita | PA0001922495 | https://www.peekvids.com/watch?v=EBJYQZOT-Lm |
| Saturday Night | PA0001916892 | https://www.peekvids.com/watch?v=sBAcmatntmq |
| Snow Fun XI | PA0001922633 | https://www.peekvids.com/watch?v=pgwY3aGYzpX |
| Snow Fun XI | PA0001922633 | https://www.peekvids.com/watch?v=8dz0Vx56Ay6 |
| Tantra Imaginations | PA0001922543 | https://www.peekvids.com/watch?v=f02HxoNNYIW |
| Waltz With Me - Spring | PA0001931987 | https://www.peekvids.com/watch?v=E98QhLqNJXc |

## SITE: FEEDVID.COM

| Title of Work | Copyright Registration Number | Infringing Link |
| --- | --- | --- |
| Saturday Night | PA0001916892 | https://www.feedvid.com/watch/3mPqoCL29WO |
| Sweet Morning | PA0001916913 | https://www.feedvid.com/watch/wle6rwfPdhJ |

## SITE: PLAYVIDS.COM

| Title of Work | Copyright Registration Number | Infringing Link |
| --- | --- | --- |
| At The Movies | PA0001922464 | https://www.playvids.com/v/zBRxc3zHsNJ |
| Be My Slave II | PA0001922430 | https://www.playvids.com/v/g7ihsgUTVyX |
| Cellist | PA0001931426 | https://www.playvids.com/v/R-AcQVxEChf |
| Concierge | PA0001922664 | https://www.playvids.com/v/GK2T5kx6MDy |
| Cybersex | PA0001917321 | https://www.playvids.com/v/i0xYBmuJiwc |
| Desire | PA0001922694 | https://www.playvids.com/v/Gt2gj-9EttM |
| Draw Me | PA0001923131 | https://www.playvids.com/v/Wt7G50XHulS |
| Draw Me | PA0001923131 | https://www.playvids.com/v/v4EQRXdmENS |
| Draw Me | PA0001923131 | https://www.playvids.com/v/4_9X1lytndS |
| Finish Me | PA0001923130 | https://www.playvids.com/v/DaaFFs1bE3a |
| Gypsy Fortune | PA0001923127 | https://www.playvids.com/v/6PPiC0qcoOa |
| Gypsy Fortune | PA0001923127 | https://www.playvids.com/v/ywoFDVbxsWz |
| Hielo Caliente | PA0001917310 | https://www.playvids.com/v/OidBcPl0l4r |
| Hollywood Royale | PA0001922475 | https://www.playvids.com/v/px7nfFIhe7A |

| | | |
|---|---|---|
| Hollywood Royale | PA0001922475 | https://www.playvids.com/v/px7wFEineZA |
| Il Lungo Addio | PA0001917306 | https://www.playvids.com/v/RIuYxh_LdLC |
| Kamasutra | PA0001922480 | https://www.playvids.com/v/DckI8UmdvoI |
| Kamasutra | PA0001922480 | https://www.playvids.com/v/DckI8UmdvoI |
| Lazy Sunday | PA0001931433 | https://www.playvids.com/v/azOWBYeCWTV |
| Our Time | PA0001923133 | https://www.playvids.com/v/3NoHbyVZ0nc |
| Right Now | PA0001922630 | https://www.playvids.com/v/yR-ffYjwO5F |
| Secret Love | PA0001917311 | https://www.playvids.com/v/ys6v6JsUPwU |
| Secret Love | PA0001917311 | https://www.playvids.com/v/iEj0THocITo |
| Senora and Jorge | PA0001922631 | https://www.playvids.com/v/zyFowLKIn8o |
| SexArt | PA0001931425 | https://www.playvids.com/v/4yoxQxw8izY |
| Siesta | PA0001922635 | https://www.playvids.com/v/pRLacuTsx7y |
| Snow Fun XI | PA0001922633 | https://www.playvids.com/v/Xy_IqczYn5y |
| Snow Fun XI | PA0001922633 | https://www.playvids.com/v/BxXwHXvUysa |
| Spanglish | PA0001922536 | https://www.playvids.com/v/nJJnBd2EJ5U |
| Tantra Imaginations | PA0001922543 | https://www.playvids.com/v/Olxgg0Z0S0I |
| Tantra Imaginations | PA0001922543 | https://www.playvids.com/v/sHSmjyas3bn |
| Tone of Love | PA0001922431 | https://www.playvids.com/v/K9mZKZdHwCs |
| Tone of Love | PA0001922431 | https://www.playvids.com/v/akd9tliWbua |
| Turning Point | PA0001931440 | https://www.playvids.com/v/8dfH9e2OBND |
| Upper West Side | PA0001922429 | https://www.playvids.com/v/TiEJNLyG-4O |
| Vintage Collection - Seduction | PA0001917318 | https://www.playvids.com/v/HVJCWWwVJDl |
| White Room | PA0001931431 | https://www.playvids.com/v/hQC9o0nsghr |
| SexArt Search | PA0001922543<br>PA0001922536<br>PA0001917311<br>PA0001931425<br>PA0001922431<br>PA0001922633<br>PA0001922694<br>PA0001923131<br>PA0001922664<br>PA0001931426<br>PA0001931433<br>PA0001931431 | https://www.playvids.com/s?q=sexart |
| MetArt Search | PA0001931425<br>PA0001922430 | https://www.playvids.com/s?q=metart |
| | PA0001922694<br>PA0001922431 | |

| SexArt Channel | PA0001922431<br>PA0001922543<br>PA0001923131<br>PA0001931427<br>PA0001922536 | https://www.playvids.com/channel/SexArt |
|---|---|---|
| MetArt Channel | PA0001931430<br>PA0001917306<br>PA0001922450 | https://www.playvids.com/channel/Met-Art |

Page 1 of 1