UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HYDENTRA HLP INT. LIMITED

    PLAINTIFF(S)

v.

CONSTANTIN LUCHIAN, et al.,

    DEFENDANT(S).

CASE NUMBER
1:15−cv−22134−UU

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Feedvid.Com**

as of course, on the date August 25, 2015.

**STEVEN M. LARIMORE**
CLERK OF COURT

By  /s/ *Crystal Barnes−Butler*
Deputy Clerk

cc: Judge Ursula Ungaro
    Hydentra HLP Int. Limited

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)