UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,

    Plaintiff,

v.

CONSTANTIN LUCHIAN, *et al.*,

    Defendants.

_____/

## **ORDER**

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.

On July 14, 2015, the Court issued an Amended Planning and Scheduling Order requiring the parties to file a Joint Planning and Scheduling Report by August 21, 2015.  D.E. 10.  The Order also required that Plaintiff shall file verified proof of service by Friday, August 14, 2015, or if service of process had not been effectuated, then Plaintiff was required to file a report describing in detail the efforts already taken and expected to be taken to effectuate service of process.  *Id.*  While Plaintiff has filed verified proof of service as to a number of defendants, Plaintiff has not filed verified proof of service as to Defendant, Constantin Luchian.  It is hereby

ORDERED AND ADJUDGED that Plaintiff SHALL show good cause in writing by **Thursday, August 27, 2015**, as to why this case should not be dismissed for failure to file verified proof of service of Constantin Luchian.  In so doing, Plaintiff SHALL describe efforts taken and

expected to be taken in effectuating service.  <u>Failure to comply with this Order will result in the in the imposition of sanctions without further notice, including dismissal of this action</u>.

DONE AND ORDERED in Chambers at Miami, Florida, this _25th__ day of August, 2015.

*[signature]*

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf