UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

      Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
and John Does 1-20,

      Defendants.

_____/

**PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE
DATED AUGUST 25, 2015 [D.E. #23]**

**--AND--**

**PLAINTIFF'S MOTION FOR
ALTERNATIVE SERVICE OF PROCESS**

      Plaintiff, HYDENTRA HLP INT. LIMITED ("Plaintiff"), through its undersigned

counsel, files this Response to the Court's Order to Show Cause dated August 25, 2015

[D.E. #23] and its Motion for Alternative Service of Process (pursuant to FRCP 4 and

FLA. STAT. 49.041), and states the following as to its attempts to effectuate process of

service on Constantin Luchian ("CL") and basis for an Order permitting alternative

service be effectuated on CL.

Plaintiff filed the above-styled lawsuit on June 4, 2015 [DE #1]. The Clerk of the court issued a Summons for CL, among others, on June 8, 2015 [DE #7]. Prior to filing the Complaint and following the receipt of the Clerk's Summonses, Plaintiff together with the undersigned counsel conducted extensive research into the whereabouts of CL. This included consulting with investigators, online databases, Lexis-Nexis background search, the U.S. Copyright Office Service Provider, the Florida Division of Corporations, and a seasoned and highly qualified process server. The undersigned's and Plaintiff's research yielded a list of approximately 12 possible addresses (some of which were duplicates with minor unsubstantial changes in the address or entirely irrelevant). On June 10, 2015, the undersigned forwarded to its process server the issued Summons for CL, and request to attempt service at the viable addresses.

## TIMELINE OF ATTEMPTED SERVICE
## BASED ON RESEARCH RESULTS

The following timeline sets forth each address identified and the results of further investigation and attempted service of process:

- **6750 North Andrews Avenue, Suite 200**
  **Fort Lauderdale, FL 33309**

The Florida Division of Corporations reflects that CL serves as the Vice President and Registered Agent for an entity known as Incorporate Now, Inc., and may be located at this entity's principal address and mailing address. *See Exhibit "A"*. On August 26, 2015, the undersigned's process server attempted service at this address and learned from the front desk receptionist that the office space is a virtual office and CL "comes and goes without notice." The process server inquired as to a forwarding address or other information but the receptionist had no such information on file. The process server left

2

his business card and copy of the Complaint with the receptionist to provide to CL upon his next visit to the virtual office. Following the attempted service, the process server contacted the undersigned to advise of all other companies located at the address as reflected on the lobby directory, but unfortunately none of the listed businesses were known to have any connection with CL. *See Exhibit "B"*.

- **2944 NW 69th Court
  Fort Lauderdale, FL 33309**

Service of process was attempted on August 21, 2015 and August 22, 2015. On August 21, 2015 at 1:30pm, the undersigned's process server knocked on the front door of the property but there was no answer. Later at 8:45pm, the process server attempted service again but there was no answer at the door. On August 22, 2015, at 7:40am, the process server again tried service at the property and a woman named Elena Waikova answered the door. Ms. Waikova stated that she does not know Constantin Luchian and no one by that name resides at the property. The undersigned researched the identity of Ms. Waikova to determine whether there is a connection between her and CL, which proved inconclusive. *See Exhibit "C"*.

> **1001 Brickell Bay Drive
> Suite 2700
> Miami, FL 33131**

The website for Sun Social Media reflects this address on its Contact page (http://sunsocialmedia.com/index.php?contact), which the undersigned most recently confirmed was posted on the page as of August 25 and 26, 2015. *See Composite Exhibits "D"*. On June 10, 2015, the undersigned's process server attempted to serve CL at this address but was told that the "subject moved". *See Exhibit "E"*.

3

- **110 East Broward Boulevard**
  **Suite 17**
  **Fort Lauderdale, FL 33301**

On June 11, 2015, the undersigned's process server attempted service at this address, but was told by the tenants of the Suite that CL "has not had an office here in approximately six months." *See Exhibit "F".*

- **20801 Biscayne Boulevard**
  **Miami, FL 33180**

On June 16, 2015, the undersigned's process server attempted to serve CL at this address, but was informed by the present tenant that the "subject moved". It appears CL maintained a virtual office at this address over one year ago. *See Exhibit "G".*

- **1451 West Cypress Creek Road**
  **Suite 300**
  **Fort Lauderdale, FL 33309**

On June 17, 2015, the undersigned's process server attempted to serve CL at this address but was told by a receptionist (named Linda Mercado) that the "subject is unknown." *See Exhibit "H".*

- **21218 Saint Andrews Boulevard**
  **Suite 114**
  **Boca Raton, FL 33433**

Upon further research, the undersigned identified this location as a UPS center, and therefore service was not attempted.

- **21218 Andrews Street**
  **Suite 114**
  **Boca Raton, FL 33433**

The undersigned determined this address was substantially similar to the prior address obtained (set forth above), and serves as a UPS center.

4

- **3015 North Ocean Boulevard**
  **Apartment 18E – N**
  **Fort Lauderdale, FL 33308**

Upon further research, the undersigned determined this property to be either a hotel or motel, and therefore service was not attempted at this time. Additionally, the property records for this address reflect that the numerical units on the 18th floor range from "E" to "L", but do not include unit "N". *See Exhibit "I"*.

- **210 174th Street**
  **Apartment 1107**
  **Sunny Isles Beach, FL 33160**

Upon further research, the undersigned determined this property is owned by Rima Krigsman. Additional research revealed there is no known connection between Ms. Krigsman and CL, and therefore service was not attempted at this time. *See Exhibit "J"*.

- **1902 SW 30th Terrace**
  **Cape Coral, FL 33914**

The undersigned researched the ownership records of this address and learned that the property is owned by Eugene Fedorovich. Additional research revealed there is no known connection between Ms. Fedorovich and CL, and therefore service was not attempted at this time. *See Exhibit "K"*.

- **1217 Cape Coral Parkway East**
  **Cape Coral, FL 33904**

The undersigned researched the ownership records of this address and learned that the property is owned by Big John of Cape Coral, Inc, c/o Wonderland Realty, Inc. Additional research revealed there is no known connection between this corporate entity and CL, and therefore service was not attempted at this time. *See Exhibit "L"*.

### ACCEPTANCE OF SERVICE ON BEHALF
### OF CONSTANTIN LUCHIAN

Despite continued efforts to serve CL, it is the Plaintiff's position that CL has already been served. Specifically, while Plaintiff and the undersigned together continued investigating CL's possible whereabouts, attorney Matthew Shayefar communicated with Plaintiff's Counsel as early as July 30, 2015 via email where Mr. Shayefar stated,

> As discussed on the phone the other day, *we confirm that we can accept service of process on behalf of Constantin Luchian*. Please confirm that you will give us one month from the date of service to respond on behalf of all of the served defendants in this action.

*See Exhibit "M".*

After several other email exchanges, an email dated July 31, 2015 was sent from Plaintiff's counsel to Mr. Shayefar, which stated,

> I did not mean to limit your ability to respond to the complaint to only an Answer. Rather, the deadline for filing and [sic.] answer OR responsive pleading will be 30 days from receipt of the complaint – *for Luchian and all other defendants. Here is the complaint.* I will get you an Acceptance of Service form on Monday.

*See Exhibit "N" (also reflecting the Complaint was attached as a PDF).*

Subsequently, and consistent with his representations on several occasions, on August 6, 2015, Mr. Shayefar communicated via email with Plaintiff's counsel in which he stated, "I've attached an executed acceptance of service" (*See Exhibit "O"),* although arguably such acceptance of service on behalf of CL was conditioned upon the undersigned's granting all Defendants an extension of time in which to respond to the Complaint. *As proof that Mr. Shayefar received the Complaint (and thus CL had notice of the lawsuit as Mr. Shayefar is his agent), represented CL, and would accept service*, he provided Plaintiff's counsel a document entitled "Acceptance of Service" in which Mr.

Shayefar stated,

> *"I, the undersigned, attorney for the defendant, Constantin Luchian, [does] hereby accept service of the Summons and Complaint on behalf of such defendant as of August 5, 2015, to the same effect as if defendant was personally served."*

*See Exhibit "P".*

Mr. Shayefar failed to file the Acceptance of Service or even file a Notice of Appearance on behalf of *any* Defendant, which caused the Court to require Plaintiff to file a Motion for Default Judgment. At no time since August 6, 2015 has Mr. Shayefar notified Plaintiff or its counsel that he no longer represents CL.

Accordingly, because Mr. Shayefar serves as counsel to CL (and thus CL's agent), his actions in accepting service are binding upon CL. It is well settled that, "[g]enerally, an attorney serves as agent for his client; the attorney's acts are the acts of the principal, the client." *Chamberlain v. Integraclick, Inc.*, 2011 U.S. Dist. LEXIS 42645, 11 (N.D. Fla. Apr. 15, 2011) (quoting *Andres H. Boros, P.A. v. Arnold P. Carter, M.D. P.A.*, 537 So.2d 1134 (Fla. 3rd DCA 1989)). Once Mr. Shayefar represented that he would accept service of process on behalf of CL and submitted an "Acceptance of Service", Mr. Shayefar effectively waived service of the Complaint, or at a minimum made it clear that CL had the Complaint in his possession.

The goal of service under Rule 4 of the Federal Rules of Civil Procedure is to provide *notice* that a legal action has been filed to allow the defending party to have a fair opportunity to respond to the pleading. *See Henderson v. U.S.*, 517 U.S. 654,672 (1996). Once CL has adequate notice of the lawsuit, he should not be rewarded for playing games with service. *See Willie McCormick & Assocs. v. Lakeshore Eng'g Servs.*, 2013 U.S. Dist. LEXIS 158125, 5 (E.D. Mich. Nov. 5, 2013) (When evading defendant was deemed by

7

court to have adequate notice of suit, court issued order that defendant was deemed served). *See also Gaffigan v. Doe*, 689 F. Supp. 2d 1332, 1342 (S.D. Fla. 2009) (citing *Rio Properties, Inc. v. Rio International Interlink*, 284 F.3d 1007, 1018 (9th Cir. 2002) *("[W]hen faced with an international e-business scofflaw, playing hide-and-seek with the federal court, e-mail may be the only means of effecting service of process")).* Accordingly, Plaintiff requests that despite its ongoing efforts to effectuate service by traditional means, this court deem CL served as of August 5, 2015, the date Mr. Shayefar submitted the Acceptance of Service to Plaintiff's counsel.

## PLAINTIFF'S MOTION FOR ORDER PERMITTING CONSTANTIN LUCHIAN TO BE SERVED BY ALTERNATIVE MEANS

In the event this Court does not deem CL to have been served on August 5, 2015, Plaintiff then requests that it be permitted to effectuate service by alternative means, including publication and email.

"[T]he decision to issue an order allowing service by alternate means lies solely within the discretion of the district court." *Chanel, Inc. v. Lin*, 2009 U.S. Dist. LEXIS 36741, 2009 WL 1034627, at *1 (S.D. Fla. Apr. 16, 2009). Under Rule 4(e) Plaintiff may effect service on Defendant "pursuant to the law of the state in which the district court is located." Therefore, the Court may authorize service in any form contemplated under Florida law.

Florida Rule of Civil Procedure 1.290(a)(2) allows a court to "make an order for service by publication or otherwise" when "service cannot with due diligence be made upon any expected adverse party named in the petition." Service of process by publication may be allowed where Plaintiff has made "an honest and conscientious effort . . . to acquire information necessary to fully comply with controlling statutes." *Cook v.*

8

*Smith*, 2005 WL 1345741, at *1 (M.D. Fla. June 3, 2005) (*citing Gans v. Heathgate-Sunflower Homeowners Ass'n*, 593 So.2d 549 (Fla. 4th DCA 1992)).

Consistent with Florida Statute 49.041, Plaintiff further provides the following statutory requirements necessary for alternative service to be ordered: (1) Diligent search and inquiry has been made to discovery the residence of CL as demonstrated herein; (2) upon information and belief, CL is over the age of 18 years; and (3) CL's residence is unknown.

Plaintiff here has made more than an honest and conscientious effort to serve CL. So long as Defendant continues to evade service, more diligence on Plaintiff's part is not likely to yield new results. No traditional means of service will be successful for as long as CL continues to hide behind unknown doors, remain absent from last know addresses, and use counsel to obtain an extension in the very proceeding he has been avoiding.

## THE EMAIL ADDRESSES FOR
## CONSTANTIN LUCHIAN ARE RELIABLE

Again, in the event this Court does not deem CL to have been served on August 5, 2015, Plaintiff then requests it be permitted to effectuate service by email. The email addresses that the undersigned discovered as belonging to CL are indeed reliable, and thus may be appropriate to use for service of process. In its research, the undersigned located U.S. Copyright Office Service Provider filings, which identify CL as the "Agent Designated to Receive Notification of Claimed Infringement," together with CL's email address where such notifications are to be directed. For example, the following chart illustrates: (a) name of service provider; (b) alternative names of service provider (reflects the website provides content similar to that at issue in the present lawsuit, thus demonstrating the strong connection between the service provider and CL); (c) agent

designated to receive notification of claimed infringement; (d) address of designated

agent; and (e) email address of designated agent. *Supporting documents for each Service*

*Provider is attached as Composite Exhibit "Q".*

| Service Provider | Alternative Names of Service Providers | Agent to Receive Notice of Infringement | Address of Designated Agent | Email Address of Designated Agent |
|---|---|---|---|---|
| International Media, Inc. | youjizz.com, jizzhut.com, jizzonline.com, moviesguy.com, jizzbo.com, onlyjizz.com, hotfunhouse.com | Constantin Luchian | 6750 N. Andrews Ave., Suite 200, Fort Lauderdale, FL 33309 | youjizzadmin@gmail.com |
| Fil.io Inc. | Fil.io | Constantin Luchian | 6750 N. Andrews Ave., Suite 200, Fort Lauderdale, FL 33309 | support@fil.io abuse@fil.io |
| pCloud Ltd. | Pcloud.com Pc.cd | Constantin Luchian | 6750 N. Andrews Ave., Suite 200, Fort Lauderdale, FL 33309 | abuse@pcloud.com |

Similarly, Plaintiff also identified the "Whois Data" (reflects information for all

registered domains) for an entity named ecofile.net. *See Exhibit "R"* . The Registrant of

this domain is listed as Constantin Luchian, located at 21218 St. Andrews Blvd, Suite

114, Boca Raton, FL 33433. The Administrative Email associated with this domain for

CL is listed as cluchian@gmail.com. Notably, given the source of information of the

above-referenced email addresses, such are reliable and reflect a substantial likelihood

that Defendant, Constantin Luchian, will indeed receive any service of process made through one of the referenced email addresses.

WHEREFORE, for the reasons set forth in response to the Court's Order to Show Cause and Plaintiff's Motion herein, Plaintiff respectfully requests this Court not dismiss the lawsuit against Constantin Luchian and instead enter an Order that:

(i)     Deems Constantin Luchian served as of August 5, 2015; or alternatively

(ii)    Grant Plaintiff's Motion for Alternative Service of Process, including by email and publication; and in the event such Motion is denied, then

(iii)   Permit Plaintiff additional time to continue attempts to effectuate service on Constantin Luchian.

## PLAINTIFF'S COUNSEL'S VERIFICATION
## PURSUANT TO FLA. STAT. 49.041

Plaintiff, HYDENTRA HLP INT. LIMITED, through its attorney, pursuant to Fla. Stat. 49.041 being duly sworn, deposes and says: I am the attorney of record of the Plaintiff in the above-entitled action. I have read the foregoing Response to the Order to Show Cause and Motion for Alternative Service and know the contents to be true from my own knowledge and research, except as to those matter stated on information and belief, and as to those matter I believe them to be true.

STATE OF FLORIDA     )
                     ) SS
COUNTY OF BROWN      )          By:  **AARON BEHAR, ESQ.**

BEFORE ME personally appeared _AARON BEHAR_____

who is [personally known to me] or [who has provided _____ as identification] deposes and says that the facts set forth in the foregoing are true and correct to the best of his/her knowledge and belief.

SWORN TO and subscribed before me this 26th day of August, 2015.

NOTARY PUBLIC, State of Florida

CHRISTINE K. SPIRE

Notary Printed Name

CHRISTINE K. SPIRE
MY COMMISSION # EE 843589
EXPIRES: February 14, 2017
Bonded Thru Budget Notary Services

My Commission Expires:

Respectfully submitted,

BeharBehar
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: AB@BeharBehar.com

By:     /s/Aaron Behar, Esquire
        Aaron Behar, Esquire
        Florida Bar No.: 166286
        Jaclyn Behar, Esquire
        Florida Bar No.: 63833
        *Counsel for Plaintiff*

And:    Spencer D. Freeman
        Freeman Law Firm, Inc.
        1107 ½ Tacoma Avenue South
        Tacoma, WA 98402
        Telephone:  (253) 383-4500
        Facsimile:  (253) 383-4501
        E-mail:
        sfreeman@freemanlawfirm.org
        *Counsel for Plaintiff*
        (Moving for Admission pro hac vice)

12



"EXHIBIT A"



# Detail by Officer/Registered Agent Name

**Florida Profit Corporation**

INCORPORATE NOW INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P09000080446 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 09/28/2009 |
| **Effective Date** | 10/01/2009 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

6750 N. Andrews Ave.
Suite 200
Fort Lauderdale, FL 33309

Changed: 04/01/2013

**Mailing Address**

6750 N. Andrews Ave.
Suite 200
Fort Lauderdale, FL 33309

Changed: 04/01/2013

**Registered Agent Name & Address**

LUCHIAN, CONSTANTIN
6750 N. Andrews Ave.
Suite 200
Fort Lauderdale, FL 33309

Address Changed: 04/01/2013

**Officer/Director Detail**

**Name & Address**

Title VP

BOCA RATON, FL 33433

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2013 | 04/01/2013 |
| 2014 | 01/18/2014 |
| 2015 | 02/04/2015 |

### Document Images

| | |
|---|---|
| 02/04/2015 -- ANNUAL REPORT | View image in PDF format |
| 01/18/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/01/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/20/2012 -- ANNUAL REPORT | View image in PDF format |
| 06/14/2011 -- ANNUAL REPORT | View image in PDF format |
| 02/18/2010 -- ANNUAL REPORT | View image in PDF format |
| 12/15/2009 -- ADDRESS CHANGE | View image in PDF format |
| 09/28/2009 -- Domestic Profit | View image in PDF format |

# "EXHIBIT B"

# Verified Return of Non Service

United States District Court

For the Southern District of Florida

Hydentra HLP Int. Limited d/b/a Metart

Case No.: 1:15-cv-22134-UU

Plaintiff,

Original Summons_____

VS

Other_____

Constantin Luchian, et al.

Defendant,

Court Date:

Client/Law Firm:

Internal Reference #: 15102079

Behar Behar PA

I, Virgil Ulman, received this process on August 26, 2015 at 10:30 A.M. to be served on Constantin Luchian a/k/a Kostya Luk at 6750 N. Andrews Ave., Suite 200; Fort Lauderdale, FL 33309 and return the same as UNEXECUTED for the reason that after due diligence to serve the above named person to wit: Constantin Luchian, could not be found at the above address. It is a virtual Office.

_____ Individual Service _____ Substitute Service _____ Posted Service

_____ Corporate Service _____ Other Service _____/_____ Non service

_____ Military Status _____ Marital Status _____ Name of Person Served

_____ Vitals: M F Age_____ Race_____ Hair_____ Wgt_____ Hgt_____ Glasses Y N

__/__ Service Attempts 8/26/15 at 11:15 2)_____ at _____ 3)_____ at _____

Supplemental Data Appropriate to this Case:

Could not be found at the above address. It is a virtual office.

I am appointed in good standing in the Judicial Circuit wherein this was served and have no interest in the above action. Under penalty of perjury I Declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. Notary not required pursuant to F.S. 92.525 (2)

Virgil Ulman    Special Process Server # 1124

954 851-5555

Authorized Process Servers LLC

1830 N. University Drive  Suite 155

Plantation, Florida 33322

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

HYDENTRA HLP INT. LIMITED, a foreign corporation
d/b/a METART,

_Plaintiff(s)_

v.

Civil Action No. 1:15-cv-22134-UU

CONSTANTIN LUCHIAN, KONSTANTIN BOLOTIN,
SUN SOCIAL MEDIA, INC., d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM and
PEEKVIDS.COM; PLAYWD.COM, FEEDVID.COM,
PLAYVIDS.COM, PEEKVIDS.COM and John Does 1-20

_Defendant(s)_

954 257-7735

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

CONSTANTIN LUCHIAN
1001 Brickell Bay Drive, #2705
Miami, Florida 33131

_AKA_ Kostya Luk
2944 N.W. 69 COURT
FT. LAUD., FL. 33309-1351

750 N. Andrews Ave
FT Lauderdale FL 33309
Suite 200

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron Behar, Esq.
Jaclyn Behar, Esq.
BaharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 32326
Telephone: (954) 688-7642

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: June 08, 2015

_s/ C. Barnes-Butler_
Deputy Clerk
U.S. District Courts

SUMMONS

Steven M. Larimore
Clerk of Court

"EXHIBIT C"

**AUTHORIZED PROCESS SERVERS LLC**
1830 N. University Dr., Suite 155 - Plantation, FL 33322
954-851-5555

**VERIFIED RETURN OF SERVICE**

Assignment:                                                          Service Sheet #

Hydentra HLP Int. Limited d/b/a Metart   Constantin Luchian     1:15-CV-22134-UU
**PLAINTIFF**              vs.        **DEFENDANT**              **CASE**
Summonses et al        Southern District of Florida
**TYPE OF WRIT**                    **COURT**                  **HEARING DATE**
Constantin Luchian    2949 N.W. 67th Court Ft. Lauderdale, FL 33309-1351
**SERVE**

Received this process on
Aavo behar, Esq                      8/21/15        4:00 P.M
Jaclyn Behar, Esq                              **Date**
Behar/Behar
1840 N. Commerce Parkway, Suite 7    ☐ Served
Weston, FL 33326                     ☑ Not Served - see comments
**Attorney**                          8/22/15        at    8:41 A.M
                                     **Date**              **Time**

On Constantin Luchian , in Broward County, Florida, by serving the within named person a true copy of the writ, with the date and time of service endorsed thereon by me, and a copy of the complaint, petition, or initial pleading, by the following method:

☐ **INDIVIDUAL SERVICE**

**SUBSTITUTE SERVICE:**
☐ At the defendant's usual place of abode on "any person residing therein who is 15 years of age or older", to wit:

_____, in accordance with F.S. 48.031(1)(a)

☐ To _____, the defendant's spouse, at _____ in accordance with F.S. 48.031(2)(a)

☐ To _____, the person in charge of the defendant's business in accordance with F.S. 48.031(2)(b), after two or more attempts to serve the defendant have been made at the place of business

**CORPORATE SERVICE:**
☐ To _____, holding the following position of said corporation _____ in the absence of any superior officer in accordance with F.S. 48.081

☐ To _____, an employee of defendant corporation in accordance with F.S. 48.081(3)

☐ To _____, as registered agent of said corporation in accordance with F.S. 48.091c

☐ **PARTNERSHIP SERVICE:** To _____, partner, or to _____ designated employee or person in charge of partnership, in accordance with F.S. 48.061(1)

☐ **POSTED RESIDENTIAL:** By attaching a true copy to a conspicuous place on the property described in the complaint or summons. Neither the tenant nor a person residing therein 15 years of age or older could be found at the defendant's usual place of abode in accordance with F.S. 48.183

1st attempt date/time: _____     2nd attempt date/time: _____

☐ **POSTED COMMERCIAL:** By attaching a true copy to a conspicuous place on the property in accordance with F.S. 48.183

1st attempt date/time: _____     2nd attempt date/time: _____

☑ M☐ F Age 30 Race WHT Hair blonde Wgt 130 Hgt 5'7 Glasses Y N

COMMENTS: 8/22/15  8:41  Nissan, Sentra, black; H88-4XS; Ford, Van, white, Banana Joes Tours (305)652-7469, CJY-A09; Blinds open, knocked, Female white blonde hair, Elena Waikova, says defendant never lived there, doesn't know

I am appointed in a good standing in the Judicial Circuit wherein this process was served and have no interest in the above action. Under penalty of perjury I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true. Notary not required pursuant to F.S. 92.525 (2)

where defendant is

BY: _____ #B24
SPS/CPS #

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

HYDENTRA HLP INT. LIMITED, a foreign corporation
d/b/a METART,

_____
Plaintiff(s)

v.

CONSTANTIN LUCHIAN, KONSTANTIN BOLOTIN,
SUN SOCIAL MEDIA, INC., d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM and
PEEKVIDS.COM; PLAYVID.COM, FEEDVID.COM,
PLAYVIDS.COM, PEEKVIDS.COM and John Does 1-20
Defendant(s)

Civil Action No. 1:15-cv-22134-UU

_V. U, # 1124_
_8/26/15_

_954 257-7735_

## SUMMONS IN A CIVIL ACTION

_AKA Kostya Luk_

To: (Defendant's name and address)
CONSTANTIN LUCHIAN
1091 Brickell Bay Drive, #2703
Miami, Florida 65191

_2944 N. W. 69 COURT_
_FT. LAUD., FL. 33309 - 1351_

_6750 N. Andrews An_
_Ft Lauderdale Fl 33309_
_SUITE 200_

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Aaron Behar, Esq.
Jaclyn Behar, Esq.
BeharBehar
1840 North Commerce Parkway, Suite 1
Weston, FL 33326
Telephone: (954) 688-7642

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: June 08, 2015
_____

**SUMMONS**

a/ C. Barnes-Butler
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

# "EXHIBIT D"





HOME PROJECTS CONTACT

1001 BRICKELL BAY DR STE 2700
MIAMI, FL 33131
United States

WORK WITH US

Sun Social Media Inc. is actively seeking partnership opportunities with other innovative social media companies. We welcome the opportunity to speak with industry colleagues about potential ventures and alliances. Those interested are encouraged to visit the business development section of the web site by clicking the button below.

WORK WITH US

Send us A Message

If you would like to contact Sun Social Media, you may call us at 1 (954) 769 0088. Or, if you prefer, you may send us a message by completing the brief form below.

Your Name

Your Email

Type Your Message Here

SUBMIT

Sun Social Media Inc

[redacted]

HOME PROJECTS CONTACT

©2012 Sun Social Media, Inc. All Rights Reserved



## WORK WITH US

Sun Social Media Inc. is actively seeking partnership opportunities with other innovative social media companies. We welcome the opportunity to speak with industry colleagues about potential ventures and alliances. Those interested are encouraged to visit the business development section of the web site by clicking the button below.

WORK WITH US

## Send us A Message

If you would like to contact Sun Social Media, you may call us at 1 (954) 769 0088. Or, if you prefer, you may send us a message by completing the brief form below.

| Your Name |
| --- |

| Your Email |
| --- |

| Type Your Message Here |
| --- |

SUBMIT



©2012 Sun Social Media, Inc. All Rights

HOME     PROJECTS     CONT

# "EXHIBIT E"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **HYDENTRA HLP INT LIMITED a foreign corporation d/b/a METART** | CASE NO:      **1:15 CV 22134 UU** |
| Plaintiff/Petitioner | FILING DATE: |
| VS. | DIVISION: |
| **CONSTANTIN LUCHIAN, ET AL** | |
| Defendant/Respondent | |

RETURN OF NON-SERVICE

Received by Jose Garcell, on the **10th** day of **June, 2015** at **5:35 AM** to be served upon **CONSTANTIN LUCHIAN** at **1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131.**

On the **10th** day of **June, 2015** at **12:02 PM**, I, Jose Garcell, **NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131**, I have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/10/2015 12:02 PM:** Per ASHLEY PENA, RECEPTIONIST, a black-haired Hispanic female contact approx. 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs; subject moved.

**Documents Served:** Summons in a Civil Action; Complaint, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

| | | |
|---|---|---|
| NAME: | 1172 | Date |
| Jose Garcell | Server ID # | |

REF: LUCHIAN

# "EXHIBIT F"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**HYDENTRA HLP INT LIMITED a foreign corporation**
**d/b/a METART**
                              **Plaintiff/Petitioner**

vs.

**CONSTANTIN LUCHIAN, ET AL**
                          **Defendant/Respondent**

**CASE NO:**    **1:15 CV 22134 UU**
**FILING DATE:**
**DIVISION:**

### RETURN OF NON-SERVICE

Received by Robin Pennington, on the 10th day of June, 2015 at 1:58 PM to be served upon **CONSTANTIN LUCHIAN** at **1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131.**

On the 11th day of June, 2015 at 10:46 AM, I, Robin Pennington, **NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at c/o **WZ COMMUNICATION INC / WEBZILLA INC, 110 EAST BROWARD BLVD SUITE 1700, FORT LAUDERDALE, Broward County, FL 33301,** I have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/11/2015 10:46 AM: Per TRUDY SAYRE, RECEPTIONIST, a blonde-haired white female contact approx. 55-65 years of age, 5'-5'4" tall and weighing 120-140 lbs with glasses; subject unknown. REGUS EXECUTIVE OFFICE SUITES. Defendant has not had an office here in approximately six months.**

**Documents Served: Summons in a Civil Action; Complaint,** with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92,525(2).

NAME: _____         427                 *6·11·15*
       Robin Pennington              Server ID #               Date



REF: LUCHIAN

# "EXHIBIT G"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

HYDENTRA HLP INT LIMITED a foreign corporation
d/b/a METART

Plaintiff/Petitioner

vs.

CONSTANTIN LUCHIAN, ET AL

Defendant/Respondent

CASE NO:     1:15 CV 22134 UU
FILING DATE:
DIVISION:

RETURN OF NON-SERVICE

Received by Juan Barroso, on the 15th day of June, 2015 at 10:29 AM to be served upon **CONSTANTIN LUCHIAN** at **1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131.**

On the 16th day of June, 2015 at 12:15 PM, I, Juan Barroso, **NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **20801 Biscayne Boulevard #403, Aventura, Miami-Dade County, FL 33180,** I have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/16/2015 12:15 PM: Per BECKY I., PERSON IN CHARGE,** a blonde-haired white female contact approx. 45-55 years of age, 5'6"-5'8" tall and weighing 160-180 lbs with glasses; subject moved. They had a virtual office over 1yr ago.

**Documents Served: Summons in a Civil Action; Complaint,** with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

NAME: _____        2148              6-17-15
          Juan Barroso                          Server ID #           Date

REF: LUCHIAN                                          Tracking #: 0007442238

# "EXHIBIT H"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| **HYDENTRA HLP INT LIMITED a foreign corporation d/b/a METART**<br><br>                         Plaintiff/Petitioner<br><br>**vs.**<br><br>**CONSTANTIN LUCHIAN, ET AL**<br><br>                    Defendant/Respondent | CASE NO:    **1:15 CV 22134 UU**<br>FILING DATE:<br>DIVISION: |

### RETURN OF NON-SERVICE

Received by Leonard Gartman, on the 17th day of June, 2015 at 1:17 PM to be served upon **CONSTANTIN LUCHIAN at 1001 BRICKELL BAY DRIVE # 2700, MIAMI, Miami-Dade County, FL 33131**.

On the **18th day of June, 2015 at 1:53 PM**, I, Leonard Gartman, **NON-SERVED** the within named defendant.

**NON-SERVICE** after due search, careful inquiry and diligent attempts at **1451 West Cypress Creek Road Suite 300, Ft. Lauderdale, Broward County, FL 33309**, I have been unable to effect process upon the person/entity being served due to the following reason(s):

**6/17/2015 5:50 PM: Per JANE DOE, WHO REFUSED TO GIVE NAME, PERSON OF UNKNOWN RELATION TO ADDRESS**, a black female contact approx. with black hair... Need to come back before 5 to check with receptionist.
**6/18/2015 1:53 PM:** Subject is unknown per receptionist Linda Mercado.

<u>Documents Served:</u> **Summons in a Civil Action; Complaint**, with the date and hour of service endorsed thereon by me.

I am a citizen of the United States, over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

Notary not required pursuant to F.S. 92.525(2).

| | | |
|---|---|---|
| NAME: _____ | SPS1365 | 6-19-15 |
|      Leonard Gartman | Server ID # | Date |

REF: LUCHIAN

# "EXHIBIT I"

3015 N OCEAN BOULEVARD 18E

8/24/15, 4:30 PM





*18*

*UNITS = E THRU L*

| Site Address | 3015 N OCEAN BOULEVARD 18E, FORT LAUDERDALE | ID # | 4943 30 AM 1800 |
|---|---|---|---|
| Property Owner | MILLER,ROGER | Millage | 0312 |
| Mailing Address | 8902 TAWES ST FULTON MD 20759 2600 | Use | 04 |

| Abbreviated Legal Description | BERKLEY SOUTH CONDO UNIT 18E   *BUT NO 18E-N* |
|---|---|

The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).

### Property Assessment Values
Click here to see 2014 Exemptions and Taxable Values as reflected on the Nov. 1, 2014 tax bill.

| Year | Land | Building | Just / Market Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|
| 2015 | $18,220 | $164,010 | $182,230 | $167,720 | |
| 2014 | $16,770 | $150,920 | $167,690 | $152,480 | $3,384.23 |
| 2013 | $14,080 | $126,680 | $140,760 | $138,620 | $3,043.68 |

### 2015 Exemptions and Taxable Values by Taxing Authority

| | County | School Board | Municipal | Independent |
|---|---|---|---|---|
| Just Value | $182,230 | $182,230 | $182,230 | $182,230 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH | $167,720 | $182,230 | $167,720 | $167,720 |
| Homestead | 0 | 0 | 0 | 0 |
| Add. Homestead | 0 | 0 | 0 | 0 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $167,720 | $182,230 | $167,720 | $167,720 |

### Sales History

| Date | Type | Price | Book/Page or CIN |
|---|---|---|---|
| 10/13/2009 | WD-D | $176,000 | 46607 / 1801 |
| 7/15/1998 | WD | $100,000 | 28575 / 891 |
| 3/1/1988 | WD | $70,000 | 15305 / 498 |
| 7/1/1980 | WD | $94,000 | |
| 2/1/1975 | WD | $34,300 | |

Test: Click for new maps.

### Land Calculations

| Price | Factor | Type |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Adj. Bldg. S.F. | | 935 |
| Units/Beds/Baths | | 1/1/1.5 |

### Special Assessments

| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

3015 N OCEAN BOULEVARD 18F                                                                 8/24/15, 4:30 PM



| Site Address | 3015 N OCEAN BOULEVARD 18F, FORT LAUDERDALE | ID # | 4943 30 AM 1810 |
|---|---|---|---|
| Property Owner | ROCCO,ANTHONY J & MARIA P | Millage | 0312 |
| Mailing Address | 538 LAKE TRAIL DR PALOS PARK IL 60464-2542 | Use | 04 |

| Abbreviated Legal Description | BERKLEY SOUTH CONDO UNIT 18F |
|---|---|

The just values displayed below were set In compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).

### Property Assessment Values
Click here to see 2014 Exemptions and Taxable Values as reflected on the Nov. 1, 2014 tax bill.

| Year | Land | Building | Just / Market Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|
| 2015 | $29,150 | $262,380 | $291,530 | $268,380 | |
| 2014 | $26,830 | $241,430 | $268,260 | $243,990 | $5,279.70 |
| 2013 | $22,520 | $202,690 | $225,210 | $221,810 | $4,735.07 |

### 2015 Exemptions and Taxable Values by Taxing Authority

| | County | School Board | Municipal | Independent |
|---|---|---|---|---|
| Just Value | $291,530 | $291,530 | $291,530 | $291,530 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH | $268,380 | $291,530 | $268,380 | $268,380 |
| Homestead | 0 | 0 | 0 | 0 |
| Add. Homestead | 0 | 0 | 0 | 0 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $268,380 | $291,530 | $268,380 | $268,380 |

### Sales History

| Date | Type | Price | Book/Page or CIN |
|---|---|---|---|
| 5/1/1980 | WD | $68,400 | 8899 / 177 |
| | | | |
| | | | |
| | | | |

Test: Click for new maps.

### Land Calculations

| Price | Factor | Type |
|---|---|---|
| | | |
| | | |
| | | |
| | Adj. Bldg. S.F. | 1328 |
| | Units/Beds/Baths | 1/2/2 |

### Special Assessments

| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |



LORI PARRISH
BROWARD
COUNTY
PROPERTY APPRAISER

| Site Address | 3015 N OCEAN BOULEVARD 18G, FORT LAUDERDALE | ID # | 4943 30 AM 1820 |
|---|---|---|---|
| Property Owner | THAKKAR,NIRU<br>THAKKAR,VARSHA | Millage | 0312 |
| Mailing Address | 3015 N OCEAN BLVD #18G FORT LAUDERDALE FL 33305 | Use | 04 |

| Abbreviated Legal Description | BERKLEY SOUTH CONDO UNIT 18G |
|---|---|

**The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).**

| | Property Assessment Values | | | | |
|---|---|---|---|---|---|
| | Click here to see 2014 Exemptions and Taxable Values as reflected on the Nov. 1, 2014 tax bill. | | | | |
| Year | Land | Building | Just / Market Value | Assessed / SOH Value | Tax |
| 2015 | $27,830 | $250,430 | $278,260 | $278,260 | |
| 2014 | $25,600 | $230,440 | $256,040 | $256,040 | $5,339.89 |
| 2013 | $21,500 | $193,460 | $214,960 | $214,960 | $4,571.14 |

| 2015 Exemptions and Taxable Values by Taxing Authority | | | | |
|---|---|---|---|---|
| | County | School Board | Municipal | Independent |
| Just Value | $278,260 | $278,260 | $278,260 | $278,260 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH | $278,260 | $278,260 | $278,260 | $278,260 |
| Homestead | 0 | 0 | 0 | 0 |
| Add. Homestead | 0 | 0 | 0 | 0 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $278,260 | $278,260 | $278,260 | $278,260 |

| Sales History | | | | Land Calculations | | |
|---|---|---|---|---|---|---|
| Date | Type | Price | Book/Page or CIN | Price | Factor | Type |
| 9/14/2012 | WD-Q | $250,000 | 49100 / 642 | | | |
| 9/1/1991 | WD | $100,000 | 18802 / 797 | | | |
| 5/1/1980 | WD | $151,000 | | | | |
| 9/1/1979 | WD | $114,000 | | | | |
| | | | | Adj. Bldg. S.F. | | 1198 |
| | | | | Units/Beds/Baths | | 1/2/2 |

Test: Click for new maps.

| Special Assessments | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |

 

**LORI PARRISH BROWARD COUNTY PROPERTY APPRAISER**

| Site Address | 3015 N OCEAN BOULEVARD 18H, FORT LAUDERDALE | ID # | 4943 30 AM 1830 |
|---|---|---|---|
| Property Owner | LAZ,MEDARD P | Millage | 0312 |
| Mailing Address | 3015 N OCEAN BLVD #18H FORT LAUDERDALE FL 33308 | Use | 04 |

| Abbreviated Legal Description | BERKLEY SOUTH CONDO UNIT 18H |
|---|---|

The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).

### Property Assessment Values
Click here to see 2014 Exemptions and Taxable Values as reflected on the Nov. 1, 2014 tax bill.

| Year | Land | Building | Just / Market Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|
| 2015 | $25,880 | $232,930 | $258,810 | $160,910 | |
| 2014 | $23,810 | $214,330 | $238,140 | $159,640 | $2,601.23 |
| 2013 | $19,990 | $179,940 | $199,930 | $157,290 | $2,581.24 |

### 2015 Exemptions and Taxable Values by Taxing Authority

| | County | School Board | Municipal | Independent |
|---|---|---|---|---|
| Just Value | $258,810 | $258,810 | $258,810 | $258,810 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH 03 | $160,910 | $160,910 | $160,910 | $160,910 |
| Homestead 100% | $25,000 | $25,000 | $25,000 | $25,000 |
| Add. Homestead | $25,000 | 0 | $25,000 | $25,000 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $110,910 | $135,910 | $110,910 | $110,910 |

| Sales History | | | |
|---|---|---|---|
| Date | Type | Price | Book/Page or CIN |
| 2/1/1975 | WD | $41,700 | 6126 / 28 |
| | | | |
| | | | |
| | | | |
| | | | |

Test: Click for new maps.

| Land Calculations | | |
|---|---|---|
| Price | Factor | Type |
| | | |
| | | |
| | | |
| Adj. Bldg. S.F. | | 1144 |
| Units/Beds/Baths | | 1/2/2 |

### Special Assessments

| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

 

**LORI PARRISH**
**BROWARD COUNTY**
**P R O P E R T Y**
**A P P R A I S E R**

| Site Address | 3015 N OCEAN BOULEVARD 18I, FORT LAUDERDALE | ID # | 4943 30 AM 1840 |
|---|---|---|---|
| Property Owner | DEPPEN,DIANE | Millage | 0312 |
| Mailing Address | 3015 N OCEAN BLVD # 18I FORT LAUDERDALE FL 33308 | Use | 04 |

| Abbreviated Legal Description | BERKLEY SOUTH CONDO UNIT 18I |
|---|---|

The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).

| Property Assessment Values |
|---|
| Click here to see 2014 Exemptions and Taxable Values as reflected on the Nov. 1, 2014 tax bill. |

| Year | Land | Building | Just / Market Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|
| 2015 | $25,880 | $232,930 | $258,810 | $174,570 | |
| 2014 | $23,810 | $214,330 | $238,140 | $173,190 | $2,871.91 |
| 2013 | $19,990 | $179,940 | $199,930 | $170,640 | $2,851.14 |

| 2015 Exemptions and Taxable Values by Taxing Authority | | | | |
|---|---|---|---|---|
| | County | School Board | Municipal | Independent |
| Just Value | $258,810 | $258,810 | $258,810 | $258,810 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH  10 | $174,570 | $174,570 | $174,570 | $174,570 |
| Homestead  100% | $25,000 | $25,000 | $25,000 | $25,000 |
| Add. Homestead | $25,000 | 0 | $25,000 | $25,000 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $124,570 | $149,570 | $124,570 | $124,570 |

| Sales History | | | |
|---|---|---|---|
| Date | Type | Price | Book/Page or CIN |
| 12/8/2009 | SWD-Q | $190,000 | 46754 / 1730 |
| 10/1/2009 | CET-T | | 46598 / 1867 |
| 7/3/2001 | WD | $175,500 | 31995 / 908 |
| 3/1/1989 | PRD | $94,000 | 16260 / 52 |
| 10/1/1979 | WD | $92,000 | |

Test: Click for new maps.

| Land Calculations | | |
|---|---|---|
| Price | Factor | Type |
| | | |
| | | |
| | | |
| Adj. Bldg. S.F. | | 1144 |
| Units/Beds/Baths | | 1/2/2 |

| Special Assessments | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
| | | | | | | | | |

8/24/15, 4:31 PM



LORI PARRISH
BROWARD
COUNTY
PROPERTY
APPRAISER

| Site Address | 3015 N OCEAN BOULEVARD 18J, FORT LAUDERDALE | ID # | 4943 30 AM 1850 |
|---|---|---|---|
| Property Owner | FASS,HARRIET  FASS,PAUL | Millage | 0312 |
| Mailing Address | 409 NE 29 ST WILTON MANORS FL 33334-2045 | Use | 04 |

| Abbreviated Legal Description | BERKLEY SOUTH CONDO UNIT 18J |
|---|---|

The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).

### Property Assessment Values
**Click here to see 2014 Exemptions and Taxable Values as reflected on the Nov. 1, 2014 tax bill.**

| Year | Land | Building | Just / Market Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|
| 2015 | $25,880 | $232,930 | $258,810 | $241,910 | |
| 2014 | $23,810 | $214,330 | $238,140 | $219,920 | $4,753.84 |
| 2013 | $19,990 | $179,940 | $199,930 | $199,930 | $4,267.28 |

### 2015 Exemptions and Taxable Values by Taxing Authority

| | County | School Board | Municipal | Independent |
|---|---|---|---|---|
| Just Value | $258,810 | $258,810 | $258,810 | $258,810 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH | $241,910 | $258,810 | $241,910 | $241,910 |
| Homestead | 0 | 0 | 0 | 0 |
| Add. Homestead | 0 | 0 | 0 | 0 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $241,910 | $258,810 | $241,910 | $241,910 |

### Sales History

| Date | Type | Price | Book/Page or CIN |
|---|---|---|---|
| 5/1/2011 | WD-Q | $270,000 | 47916 / 468 |
| 8/21/2003 | WD | $255,000 | 36077 / 61 |
| 6/24/2002 | WD | $224,500 | 33357 / 1500 |
| 4/20/1999 | WD | $135,000 | 29403 / 1937 |
| 12/1/1986 | QCD | $100 | 14028 / 751 |

Test: Click for new maps.

### Land Calculations

| Price | Factor | Type |
|---|---|---|
| | | |
| | | |
| | | |
| Adj. Bldg. S.F. | | 1144 |
| Units/Beds/Baths | | 1/2/2 |

### Special Assessments

| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
|---|---|---|---|---|---|---|---|---|



LORI PARRISH
BROWARD COUNTY
P R O P E R T Y
A P P R A I S E R

| Site Address | 3015 N OCEAN BOULEVARD 18K, FORT LAUDERDALE | ID # | 4943 30 AM 1860 |
|---|---|---|---|
| Property Owner | COWENS,DAVID W | Millage | 0312 |
| Mailing Address | 132 DEEP CV RAYMOND ME 04071-6523 | Use | 04 |

| Abbreviated Legal Description | BERKLEY SOUTH CONDO UNIT 18K |
|---|---|

The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).

### Property Assessment Values
Click here to see 2014 Exemptions and Taxable Values as reflected on the Nov. 1, 2014 tax bill.

| Year | Land | Building | Just / Market Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|
| 2015 | $31,390 | $282,510 | $313,900 | $313,900 | |
| 2014 | $23,810 | $214,330 | $238,140 | $238,140 | $4,169.41 |
| 2013 | $19,990 | $179,940 | $199,930 | $199,930 | $4,267.28 |

### 2015 Exemptions and Taxable Values by Taxing Authority

| | County | School Board | Municipal | Independent |
|---|---|---|---|---|
| Just Value | $313,900 | $313,900 | $313,900 | $313,900 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH | $313,900 | $313,900 | $313,900 | $313,900 |
| Homestead | 0 | 0 | 0 | 0 |
| Add. Homestead | 0 | 0 | 0 | 0 |
| Wid/Vet/Dis | 0 | 0 | 0 | 0 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $313,900 | $313,900 | $313,900 | $313,900 |

### Sales History

| Date | Type | Price | Book/Page or CIN |
|---|---|---|---|
| 7/10/2014 | WD-Q | $365,000 | 112439621 |
| 11/8/2012 | WD-Q | $230,000 | 49244 / 1140 |
| 9/15/2010 | WD-Q | $245,000 | 47444 / 976 |
| 10/3/2005 | WD | $445,000 | 40694 / 42 |
| 2/25/2003 | WD | $240,000 | 34847 / 1492 |

Test: Click for new maps.

### Land Calculations

| Price | Factor | Type |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Adj. Bldg. S.F. | | 1144 |
| Units/Beds/Baths | | 1/2/2 |

### Special Assessments

| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

3015 N OCEAN BOULEVARD 18L                                                                  8/24/15, 4:31 PM




LORI PARRISH
BROWARD
COUNTY
PROPERTY
APPRAISER

| Site Address | 3015 N OCEAN BOULEVARD 18L, FORT LAUDERDALE | ID # | 4943 30 AM 1870 |
|---|---|---|---|
| Property Owner | WALSH,MARIA A | Millage | 0312 |
| Mailing Address | 3015 N OCEAN BLVD UNIT 18-L FORT LAUDERDALE FL 33308-7337 | Use | 04 |

| Abbreviated Legal Description | BERKLEY SOUTH CONDO UNIT 18L |
|---|---|

The just values displayed below were set in compliance with Sec. 193.011, Fla. Stat., and include a reduction for costs of sale and other adjustments required by Sec. 193.011(8).

### Property Assessment Values
Click here to see 2014 Exemptions and Taxable Values as reflected on the Nov. 1, 2014 tax bill.

| Year | Land | Building | Just / Market Value | Assessed / SOH Value | Tax |
|---|---|---|---|---|---|
| 2015 | $29,640 | $266,720 | $296,360 | $184,270 | |
| 2014 | $27,270 | $245,420 | $272,690 | $182,810 | $3,054.09 |
| 2013 | $22,890 | $206,030 | $228,920 | $180,110 | $3,032.51 |

### 2015 Exemptions and Taxable Values by Taxing Authority

| | County | School Board | Municipal | Independent |
|---|---|---|---|---|
| Just Value | $296,360 | $296,360 | $296,360 | $296,360 |
| Portability | 0 | 0 | 0 | 0 |
| Assessed/SOH 07 | $184,270 | $184,270 | $184,270 | $184,270 |
| Homestead 100% | $25,000 | $25,000 | $25,000 | $25,000 |
| Add. Homestead | $25,000 | 0 | $25,000 | $25,000 |
| Wid/Vet/Dis 1 | $500 | $500 | $500 | $500 |
| Senior | 0 | 0 | 0 | 0 |
| Exempt Type | 0 | 0 | 0 | 0 |
| Taxable | $133,770 | $158,770 | $133,770 | $133,770 |

### Sales History

| Date | Type | Price | Book/Page or CIN |
|---|---|---|---|
| 8/30/2002 | WD | $255,000 | 33743 / 1400 |
| 8/14/2001 | WD | $199,900 | 32137 / 1986 |
| 10/28/1996 | QCD | $100 | 25755 / 326 |
| 9/26/1996 | WD | $125,000 | 25468 / 818 |
| 6/6/1995 | SWD | $100 | 23663 / 41 |

Test: Click for new maps.

### Land Calculations

| Price | Factor | Type |
|---|---|---|
| | | |
| | | |
| | | |
| Adj. Bldg. S.F. | | 1328 |
| Units/Beds/Baths | | 1/2/2 |

### Special Assessments

| Fire | Garb | Light | Drain | Impr | Safe | Storm | Clean | Misc |
|---|---|---|---|---|---|---|---|---|

# "EXHIBIT J"

Property Search Application - Miami-Dade County                                                8/24/15, 4:25 PM

 # OFFICE OF THE PROPERTY APPRAISER

## Detailed Report

Generated On : 8/24/2015

| Property Information | |
|---|---|
| Folio: | 31-2211-046-1390 |
| Property Address: | 210 174 ST 1107 |
| Owner | RIMA KRIGSMAN |
| Mailing Address | 210 174 ST #1107 SUNNY ISLES BEACH , FL 33160-3340 |
| Primary Zone | 4000 MULTI-FAMILY - 63-100 U/A |
| Primary Land Use | 0407 RESIDENTIAL - TOTAL VALUE : CONDOMINIUM - RESIDENTIAL |
| Beds / Baths / Half | 2 / 2 / 0 |
| Floors | 0 |
| Living Units | 0 |
| Actual Area | Sq.Ft |
| Living Area | 1,232 Sq.Ft |
| Adjusted Area | 1,232 Sq.Ft |
| Lot Size | 0 Sq.Ft |
| Year Built | 1981 |

| Assessment Information | | | |
|---|---|---|---|
| Year | 2015 | 2014 | 2013 |
| Land Value | $0 | $0 | $0 |
| Building Value | $0 | $0 | $0 |
| XF Value | $0 | $0 | $0 |
| Market Value | $282,670 | $245,800 | $204,830 |
| Assessed Value | $282,670 | $173,582 | $171,017 |

| Benefits Information | | | | |
|---|---|---|---|---|
| Benefit | Type | 2015 | 2014 | 2013 |
| Save Our Homes Cap | Assessment Reduction | | $72,218 | $33,813 |
| Homestead | Exemption | | $25,000 | $25,000 |
| Second Homestead | Exemption | | $25,000 | $25,000 |
| Note: Not all benefits are applicable to all Taxable Values (i.e. County, School Board, City, Regional). | | | | |

| Taxable Value Information | | | |
|---|---|---|---|
| | 2015 | 2014 | 2013 |
| County | | | |
| Exemption Value | $0 | $50,000 | $50,000 |
| Taxable Value | $282,670 | $123,582 | $121,017 |
| School Board | | | |
| Exemption Value | $0 | $25,000 | $25,000 |
| Taxable Value | $282,670 | $148,582 | $146,017 |
| City | | | |
| Exemption Value | $0 | $50,000 | $50,000 |
| Taxable Value | $282,670 | $123,582 | $121,017 |
| Regional | | | |
| Exemption Value | $0 | $50,000 | $50,000 |
| Taxable Value | $282,670 | $123,582 | $121,017 |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:

Property Search Application - Miami-Dade County

8/24/15, 4:25 PM



**OFFICE OF THE PROPERTY APPRAISER**

Generated On : 8/24/2015

**Property Information**

Folio: 31-2211-046-1390

Property Address:   210 174 ST 1107

# Roll Year **2015** Land, Building and Extra-Feature Details

| Land Information | | | | | |
|---|---|---|---|---|---|
| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |

| Building Information | | | | | | |
|---|---|---|---|---|---|---|
| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |

| Extra Features | | | |
|---|---|---|---|
| Description | Year Built | Units | Calc Value |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:



# OFFICE OF THE PROPERTY APPRAISER

Generated On : 8/24/2015

**Property Information**

**Folio:** 31-2211-046-1390

**Property Address:**   210 174 ST 1107

## Roll Year **2014** Land, Building and Extra-Feature Details

| Land Information | | | | | |
|---|---|---|---|---|---|
| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |

| Building Information | | | | | | |
|---|---|---|---|---|---|---|
| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |

| Extra Features | | | |
|---|---|---|---|
| Description | Year Built | Units | Calc Value |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:

Property Search Application - Miami-Dade County                                    8/24/15, 4:25 PM

 **OFFICE OF THE PROPERTY APPRAISER**

Generated On : 8/24/2015

**Property Information**

Folio: 31-2211-046-1390

Property Address:   210 174 ST 1107

# Roll Year **2013** Land, Building and Extra-Feature Details

| Land Information | | | | | |
|---|---|---|---|---|---|
| Land Use | Muni Zone | PA Zone | Unit Type | Units | Calc Value |

| Building Information | | | | | |
|---|---|---|---|---|---|
| Building Number | Sub Area | Year Built | Actual Sq.Ft. | Living Sq.Ft. | Adj Sq.Ft. | Calc Value |

| Extra Features | | | |
|---|---|---|---|
| Description | Year Built | Units | Calc Value |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:

Property Search Application - Miami-Dade County                                    8/24/15, 4:25 PM


# OFFICE OF THE PROPERTY APPRAISER

Generated On : 8/24/2015

**Property Information**

Folio: 31-2211-046-1390

Property Address:   210 174 ST 1107

| Full Legal Description |
|---|
| WINSTON TOWERS 600 CONDO |
| UNIT 1107 |
| UNDIV .2108% |
| INT IN COMMON ELEMENTS |
| OFF REC 11332-2016 |
| OR 17746-0789 0697 1 |
| F/A/U 30-2211-046-1390 |
| COC 22336-4057 05 2004 1 |

| Sales Information | | | |
|---|---|---|---|
| Previous Sale | Price | OR Book-Page | Qualification Description |
| 05/01/2004 | $235,000 | 22336-4057 | 2008 and prior year sales; Qual by exam of deed |
| 06/01/1997 | $105,000 | 17746-0789 | 2008 and prior year sales; Qual by exam of deed |
| 03/01/1994 | $85,000 | 16315-0061 | 2008 and prior year sales; Qual by exam of deed |
| 05/01/1983 | $90,400 | 11857-2791 | 2008 and prior year sales; Qual by exam of deed |

The Office of the Property Appraiser is continually editing and updating the tax roll. This website may not reflect the most current information on record. The Property Appraiser and Miami-Dade County assumes no liability, see full disclaimer and User Agreement at http://www.miamidade.gov/info/disclaimer.asp

Version:

# "EXHIBIT K"

## Property Data
### STRAP: 33-44-23-C3-06064.0120  Folio ID: 10089868

| Owner Of Record | [ Tax Map Viewer ] [ View Comparables ] | Image of Structure |
|---|---|---|
| FEDOROVICH EUGENE<br>1217 E CAPE CORAL PKWY # 212<br>CAPE CORAL FL 33904 |  |  |

| Site Address |
|---|
| 1902 SW 30TH TER<br>CAPE CORAL FL 33914 |

**Legal Description**

CAPE CORAL UNIT 96
BLK 6064 PB 25 PG 48
LOTS 12 + 13

**Classification / DOR Code**

SINGLE FAMILY RESIDENTIAL / 01

10089868 1 01/18/2008

Photo Date January of 2008

[ Pictometry Aerial Viewer ]

### Property Values (2015 TRIM)

| | |
|---|---|
| Just | 220,585 |
| Assessed | 220,585 |
| Portability Applied | 0 |
| Cap Assessed | 220,585 |
| Taxable | 220,585 |
| Cap Difference | 0 |

### Exemptions

| | |
|---|---|
| Homestead / Additional | 0 / 0 |
| Widow / Widower | 0 / 0 |
| Disability | 0 |
| Wholly | 0 |
| Senior | 0 |
| Agriculture | 0 |

### Attributes
(See Appraisal Details below for current values)

| | |
|---|---|
| Land Units Of Measure | UT |
| Units | 1.00 |
| Frontage | 0 |
| Depth | 0 |
| Total Number of Buildings | 1 |
| Total Bedrooms / Bathrooms | 4 / 2.0 |
| Total Living Area | 2,098 |
| 1st Year Building on Tax Roll | 2002 |
| Historic District | No |

### Property Value History

| Tax Year | Just | Market Assessed | Capped Assessed | Taxable |
|---|---|---|---|---|
| 1992 | 16,940 | 16,940 | 16,940 | 16,940 |
| 1993 | 16,940 | 16,940 | 16,940 | 16,940 |
| 1994 | 16,940 | 16,940 | 16,940 | 16,940 |
| 1995 | 16,940 | 16,940 | 16,940 | 16,940 |
| 1996 | 8,080 | 8,080 | 8,080 | 8,080 |
| 1997 | 7,430 | 7,430 | 7,430 | 7,430 |
| 1998 | 7,430 | 7,430 | 7,430 | 7,430 |
| 1999 | 7,430 | 7,430 | 7,430 | 7,430 |
| 2000 | 7,430 | 7,430 | 7,430 | 7,430 |
| 2001 | 6,460 | 6,460 | 6,460 | 6,460 |
| 2002 | 15,470 | 15,470 | 15,470 | 15,470 |
| 2003 | 168,180 | 168,180 | 168,180 | 168,180 |
| 2004 | 230,360 | 230,360 | 230,360 | 205,360 |
| 2005 | 285,870 | 285,870 | 237,270 | 212,270 |
| 2006 | 409,160 | 409,160 | 244,390 | 219,390 |
| 2007 | 338,780 | 338,780 | 250,500 | 225,500 |
| 2008 | 229,150 | 229,150 | 229,150 | 179,150 |
| 2009 | 209,230 | 209,230 | 209,230 | 159,230 |
| 2010 | 157,856 | 157,856 | 157,856 | 107,856 |
| 2011 | 167,026 | 167,026 | 160,224 | 110,224 |
| 2012 | 201,596 | 201,596 | 165,031 | 115,031 |
| 2013 | 186,516 | 186,516 | 167,837 | 117,837 |
| 2014 | 229,018 | 229,018 | 170,355 | 120,355 |

8/24/15, 4:14 PM

| 2015 | | 220,585 | 220,585 | 220,585 | 220,585 |

The **Just** value is the total parcel assessment (less any considerations for the cost of sale). This is the closest value to *Fair Market Value* we produce and is dated as of January 1st of the tax year in question (F.A.C. 12D-1.002).

The **Market Assessed** value is the total parcel assessment (less any considerations for the cost of sale) based upon the assessment standard. Most parcels are assessed based either upon the *Highest and Best Use* standard or the *Present Use* standard (F.S. 193.011). For *Agriculturally Classified* parcels (or parts thereof), only agricultural uses are considered in the assessment (F.S. 193.461 (6) (a)). The difference between the *Highest and Best Use/Present Use* and the *Agricultural Use* is often referred to as the *Agricultural Exemption*.
(i.e. Market Assessed = Just - Agricultural Exemption)

The **Capped Assessed** value is the *Market Assessment* after any *Save Our Homes* or *10% Assessment Limitation* cap is applied. This assessment cap is applied to all properties and limits year-to-year assessment increases to either the *Consumer Price Index* or 3%, whichever is lower for Homestead properties OR 10% for non-Homestead properties.

The **Taxable** value is the *Capped Assessment* after exemptions (*Homestead, etc.*) are applied to it. This is the value that most taxing authorities use to calculate a parcel's taxes.
(i.e. Taxable = Capped Assessed - Exemptions)

## Taxing Authorities
### CITY OF CAPE CORAL / 057

| Name / Code | Category | Mailing Address |
|---|---|---|
| LEE CO GENERAL REVENUE / 044 | County | LEE COUNTY BUDGET SERVICES PO BOX 398 FORT MYERS FL 33902-0398 |
| LEE CO ALL HAZARDS PROTECTION DIST / 101 | Dependent District | LEE COUNTY BUDGET SERVICES PO BOX 398 FORT MYERS FL 33902-0398 |
| LEE CO LIBRARY DIST / 052 | Dependent District | LEE COUNTY BUDGET SERVICES PO BOX 398 FORT MYERS FL 33902-0398 |
| MUNICIPAL SOLID WASTE DISPOSAL MSTU / 116 | Dependent District | LEE COUNTY BUDGET SERVICES PO BOX 398 FORT MYERS FL 33902-0398 |
| LEE CO HYACINTH CONTROL DIST / 051 | Independent District | RUSSELL BAKER 15191 HOMESTEAD RD LEHIGH ACRES FL 33971 |
| LEE CO MOSQUITO CONTROL DIST / 053 | Independent District | RUSSELL BAKER 15191 HOMESTEAD RD LEHIGH ACRES FL 33971 |
| WEST COAST INLAND NAVIGATION DIST / 098 | Independent District | CHARLES W LISTOWSKI EXECUTIVE DIRECTOR 200 MIAMI AVE E VENICE FL 34285-2408 |
| CITY OF CAPE CORAL / 014 | Municipal | VICTORIA BATEMAN FINANCIAL SERVICES DIRECTOR PO BOX 150027 CAPE CORAL FL 33915-0027 |
| PUBLIC SCHOOL - BY LOCAL BOARD / 012 | Public Schools | AMI DESAMOURS BUDGET DEPARTMENT 2855 COLONIAL BLVD FORT MYERS FL 33966 |
| PUBLIC SCHOOL - BY STATE LAW / 013 | Public Schools | AMI DESAMOURS BUDGET DEPARTMENT 2855 COLONIAL BLVD FORT MYERS FL 33966 |
| CITY OF CAPE CORAL FIRE ASMT / 312 | Voter Approved | VICTORIA BATEMAN FINANCIAL SERVICES DIRECTOR PO BOX 150027 CAPE CORAL FL 33915-0027 |
| SFWMD-DISTRICT-WIDE / 110 | Water District | MICHELLE QUIGLEY 3301 GUN CLUB RD WEST PALM BEACH, FL 33406 |
| SFWMD-EVERGLADES CONSTRUCTION PROJECT / 084 | Water District | MICHELLE QUIGLEY 3301 GUN CLUB RD WEST PALM BEACH, FL 33406 |

| SFWMD-OKEECHOBEE BASIN / 308 | | | Water District | MICHELLE QUIGLEY<br>3301 GUN CLUB RD<br>WEST PALM BEACH FL  33406 | |

## Sales / Transactions

| Sale Price | Date | OR Number | Type | Description | Vacant/Improved |
|---|---|---|---|---|---|
| 103,884.00 | 10/19/2012 | 2013000060724 | 11 | **Sales disqualified as a result of examination of the deed**<br>Corrective deed, quit claim deed, or tax deed; Deed bearing Florida Documentary Stamp at the minimum rate prescribed under Chapter 201, F.S.; Transfer of ownership where no doc stamps were paid. | V |
| 100.00 | 10/19/2012 | 2012000232650 | 11 | **Sales disqualified as a result of examination of the deed**<br>Corrective deed, quit claim deed, or tax deed; Deed bearing Florida Documentary Stamp at the minimum rate prescribed under Chapter 201, F.S.; Transfer of ownership where no doc stamps were paid. | I |
| 172,300.00 | 12/06/2002 | 3793/2621 | 06 | **Sales qualified and included for sales ratio analysis**<br>Qualified (Fair Market Value / Arms Length / One STRAP #) | I |
| 100.00 | 02/26/2002 | 3586/26 | 01 | **Sales disqualified as a result of examination of the deed**<br>Disqualified (Doc Stamp .70 / SP less th $100 / Other Disq) | V |
| 17,500.00 | 08/06/2001 | 3467/4467 | 06 | **Sales qualified and included for sales ratio analysis**<br>Qualified (Fair Market Value / Arms Length / One STRAP #) | V |
| 4,685,000.00 | 06/30/1999 | 3141/523 | 04 | **Sales disqualified as a result of examination of the deed**<br>Disqualified (Multiple STRAP # - 01;03,04,07) | V |

## Building/Construction Permit Data

| Permit Number | Permit Type | Date |
|---|---|---|
| B01-15920 | Plumbing | 11/30/2001 |
| 0100015920 | Boathouse, Dock & Shoreline | 11/30/2001 |
| B02-8557 | Pool & Spa | 06/04/2002 |
| B01-15717 | Building New Construction | 02/28/2002 |

**IMPORTANT INFORMATION: THIS MAY NOT BE A COMPREHENSIVE OR TIMELY LISTING OF PERMITS ISSUED FOR THIS PROPERTY.**

Note: The Lee County Property Appraiser's Office does not issue or maintain any permit information. The Building/Construction permit data displayed here represents only those records this Office may find necessary to conduct Property Appraiser business. Use of this information is with the understanding that in no way is this to be considered a comprehensive listing of permits for this or any other parcel.

The Date field represents the date the property appraiser received information regarding permit activity; it may or not represent the actual date of permit issuance or completion.

Full, accurate, active and valid permit information for parcels can only be obtained from the appropriate permit issuing agency.

## Parcel Numbering History

| Prior STRAP | Prior Folio ID | Renumber Reason | Renumber Date |
|---|---|---|---|
| 33-44-23-A4-06064.0100 | N/A | Split (From another Parcel) | |
| 33-44-23-A4-06064.0120 | N/A | Reserved for Renumber ONLY | 01/26/1997 |

## Location Information

| Township | Range | Section | Block | Lot |
|---|---|---|---|---|
| 44 | 23E | 33 | | |
| **Municipality** | | **Latitude** | **Longitude** | |

| City of Cape Coral | 26.59578 | -82.01346 |
|---|---|---|

| Links | |
|---|---|
| View Parcel on Google Maps | View Parcel on GeoView |

## Solid Waste (Garbage) Roll Data

| Solid Waste District | Roll Type | Category | Unit / Area | Tax Amount |
|---|---|---|---|---|

## Flood and Storm Information

| Storm Surge Zone | Evacuation Zone | Flood Insurance [ FIRM Look-up ] | | | |
|---|---|---|---|---|---|
| | | Community | Panel | Version | Date |
| B | B | 125095 | 0385 | F | 8/28/2008 |

## Appraisal Details

### Land

#### Land Tracts

| Use Code | Use Code Description | Depth | Frontage | Number of Units | Unit of Measure |
|---|---|---|---|---|---|
| 131 | Single Family Residential, Canal | 0 | 0 | 1.00 | Units |

#### Land Features

| Description | Year Added | Units |
|---|---|---|
| SEAWALL - CONCRETE | 2002 | 80 |

## Buildings

### Building 1 of 1

#### Building Characteristics

| Improvement Type | Model Type | Stories | Living Units |
|---|---|---|---|
| 102 - Ranch | 1 - single family residential | 1.0 | 1 |
| Bedrooms | Bathrooms | Year Built | Effective Year Built |
| 4 | 2.0 | 2002 | 2002 |

#### Building Subareas

| Description | Heated / Under Air | Area (Sq Ft) |
|---|---|---|
| BAS - BASE | Y | 2,098 |
| FGR - FINISHED GARAGE | N | 391 |
| FOP - FINISHED OPEN PORCH | N | 307 |
| FOP - FINISHED OPEN PORCH | N | 39 |
| PS1 - 1 STORY SCREEN ENCL | N | 490 |
| PS1 - 1 STORY SCREEN ENCL | N | 392 |

#### Building Features

| Description | Year Added | Units |
|---|---|---|
| POOL - RESIDENTIAL | 2002 | 392 |
| PATIO - CONCRETE | 2002 | 490 |

| Building Front Photo | Building Footprint |
|---|---|



10089868 1 01/18/2008

Photo Date : January of 2008

# "EXHIBIT L"

1217 CITY P.O...
CORAL PKWY E
CAPE CORAL, FL.

Lee County Property Appraiser - Online Parcel Inquiry

8/24/15, 4:15 PM

## Property Data
### STRAP: 18-45-24-C2-01064.0010  Folio ID: 10110268

| Owner Of Record | [ Tax Map Viewer ] | Image of Structure |
|---|---|---|
| BIG JOHN OF CAPE CORAL INC<br>c/o WONDERLAND REALTY INC<br>4731 VINCENNES BLVD<br>CAPE CORAL FL 33904 |  |  |

### Site Address
1201-1317 CAPE CORAL PKWY E
CAPE CORAL FL 33904

### Legal Description
CAPE CORAL UNIT 6 PART 1 BLK 64 PB 11 PG 47
LOTS 1 THRU 25

### Classification / DOR Code
COMMUNITY SHOPPING CENTER / 16

[ Pictometry Aerial Viewer ]    Photo Date March of 2010

| Property Values (2015 TRIM) | | Exemptions | | Attributes (See Appraisal Details below for current values) | |
|---|---|---|---|---|---|
| Just | 3,540,720 | Homestead / Additional | 0 / 0 | Land Units Of Measure | SF |
| Assessed | 3,540,720 | Widow / Widower | 0 / 0 | Units | 87516.00 |
| Portability Applied | 0 | Disability | 0 | Frontage | 663 |
| Cap Assessed | 2,719,619 | Wholly | 0 | Depth | 132 |
| Taxable | 2,719,619 | Senior | 0 | Total Number of Buildings | 5 |
| Cap Difference | 821,101 | Agriculture | 0 | Total Bedrooms / Fixtures | 0 / 62.0 |
| | | | | Total Living Area | 53,488 |
| | | | | 1st Year Building on Tax Roll | 1960 |
| | | | | Historic District | No |

## Property Value History

| Tax Year | Just | Market Assessed | Capped Assessed | Taxable |
|---|---|---|---|---|
| 1992 | 1,578,420 | 1,578,420 | 1,578,420 | 1,578,420 |
| 1993 | 1,732,260 | 1,732,260 | 1,732,260 | 1,732,260 |
| 1994 | 1,854,410 | 1,854,410 | 1,854,410 | 1,854,410 |
| 1995 | 1,980,100 | 1,980,100 | 1,980,100 | 1,980,100 |
| 1996 | 2,126,550 | 2,126,550 | 2,126,550 | 2,126,550 |
| 1997 | 2,242,050 | 2,242,050 | 2,242,050 | 2,242,050 |
| 1998 | 2,358,580 | 2,358,580 | 2,358,580 | 2,358,580 |
| 1999 | 2,574,810 | 2,574,810 | 2,574,810 | 2,574,810 |
| 2000 | 3,052,550 | 3,052,550 | 3,052,550 | 3,052,550 |
| 2001 | 3,062,860 | 3,062,860 | 3,062,860 | 3,062,860 |
| 2002 | 3,078,460 | 3,078,460 | 3,078,460 | 3,078,460 |
| 2003 | 3,517,900 | 3,517,900 | 3,517,900 | 3,517,900 |
| 2004 | 3,686,400 | 3,686,400 | 3,686,400 | 3,686,400 |
| 2005 | 4,072,430 | 4,072,430 | 4,072,430 | 4,072,430 |
| 2006 | 4,662,100 | 4,662,100 | 4,662,100 | 4,662,100 |
| 2007 | 5,917,690 | 5,917,690 | 5,917,690 | 5,917,690 |
| 2008 | 5,258,530 | 5,258,530 | 5,258,530 | 5,258,530 |
| 2009 | 3,902,230 | 3,902,230 | 3,902,230 | 3,902,230 |
| 2010 | 3,384,066 | 3,384,066 | 3,384,066 | 3,384,066 |
| 2011 | 2,466,977 | 2,466,977 | 2,466,977 | 2,466,977 |
| 2012 | 2,179,306 | 2,179,306 | 2,179,306 | 2,179,306 |
| 2013 | 2,247,619 | 2,247,619 | 2,247,619 | 2,247,619 |
| 2014 | 3,215,305 | 3,215,305 | 2,472,381 | 2,472,381 |

| 2015 | 3,540,720 | 3,540,720 | 2,719,619 | 2,719,619 |

The **Just** value is the total parcel assessment (less any considerations for the cost of sale). This is the closest value to *Fair Market Value* we produce and is dated as of January 1st of the tax year in question (F.A.C. 12D-1.002).

The **Market Assessed** value is the total parcel assessment (less any considerations for the cost of sale) based upon the assessment standard. Most parcels are assessed based either upon the *Highest and Best Use* standard or the *Present Use* standard (F.S. 193.011) . For *Agriculturally Classified* parcels (or parts thereof), only agricultural uses are considered in the assessment (F.S. 193.461 (6) (a)). The difference between the *Highest and Best Use/Present Use* and the *Agricultural Use* is often referred to as the *Agricultural Exemption*.
(i.e. Market Assessed = Just - Agricultural Exemption)

The **Capped Assessed** value is the *Market Assessment* after any *Save Our Homes* or *10% Assessment Limitation* cap is applied. This assessment cap is applied to all properties and limits year-to-year assessment increases to either the *Consumer Price Index* or 3%, whichever is lower for Homestead properties OR 10% for non-Homestead properties.

The **Taxable** value is the *Capped Assessment* after exemptions (*Homestead, etc.*) are applied to it. This is the value that most taxing authorities use to calculate a parcel's taxes.
(i.e. Taxable = Capped Assessed - Exemptions)

## Taxing Authorities
### CITY OF CAPE CORAL / REDEVELOPMENT AREA / 056

| Name / Code | Category | Mailing Address |
|---|---|---|
| LEE CO GENERAL REVENUE / 044 | County | LEE COUNTY BUDGET SERVICES<br>PO BOX 398<br>FORT MYERS FL  33902-0398 |
| LEE CO ALL HAZARDS PROTECTION DIST / 101 | Dependent District | LEE COUNTY BUDGET SERVICES<br>PO BOX 398<br>FORT MYERS FL  33902-0398 |
| LEE CO LIBRARY DIST / 052 | Dependent District | LEE COUNTY BUDGET SERVICES<br>PO BOX 398<br>FORT MYERS FL  33902-0398 |
| MUNICIPAL SOLID WASTE DISPOSAL MSTU / 116 | Dependent District | LEE COUNTY BUDGET SERVICES<br>PO BOX 398<br>FORT MYERS FL  33902-0398 |
| LEE CO HYACINTH CONTROL DIST / 051 | Independent District | RUSSELL BAKER<br>15191 HOMESTEAD RD<br>LEHIGH ACRES FL  33971 |
| LEE CO MOSQUITO CONTROL DIST / 053 | Independent District | RUSSELL BAKER<br>15191 HOMESTEAD RD<br>LEHIGH ACRES FL  33971 |
| WEST COAST INLAND NAVIGATION DIST / 098 | Independent District | CHARLES W LISTOWSKI EXECUTIVE DIRECTOR<br>200 MIAMI AVE E<br>VENICE FL  34285-2408 |
| CITY OF CAPE CORAL / 014 | Municipal | VICTORIA BATEMAN FINANCIAL SERVICES DIRECTOR<br>PO BOX 150027<br>CAPE CORAL FL  33915-0027 |
| PUBLIC SCHOOL - BY LOCAL BOARD / 012 | Public Schools | AMI DESAMOURS BUDGET DEPARTMENT<br>2855 COLONIAL BLVD<br>FORT MYERS FL  33966 |
| PUBLIC SCHOOL - BY STATE LAW / 013 | Public Schools | AMI DESAMOURS BUDGET DEPARTMENT<br>2855 COLONIAL BLVD<br>FORT MYERS FL  33966 |
| CITY OF CAPE CORAL FIRE ASMT / 312 | Voter Approved | VICTORIA BATEMAN FINANCIAL SERVICES DIRECTOR<br>PO BOX 150027<br>CAPE CORAL FL  33915-0027 |
| SFWMD-DISTRICT-WIDE / 110 | Water District | MICHELLE QUIGLEY<br>3301 GUN CLUB RD<br>WEST PALM BEACH, FL 33406 |
| SFWMD-EVERGLADES CONSTRUCTION PROJECT / 084 | Water District | MICHELLE QUIGLEY<br>3301 GUN CLUB RD<br>WEST PALM BEACH, FL 33406 |

| SFWMD-OKEECHOBEE BASIN / 308 | | Water District | MICHELLE QUIGLEY 3301 GUN CLUB RD WEST PALM BEACH FL 33406 |
|---|---|---|---|

## Sales / Transactions

| Sale Price | Date | OR Number | Type | Description | Vacant/Improved |
|---|---|---|---|---|---|
| 1,745,200.00 | 03/01/1990 | 2134/223 | 06 | Sales qualified and included for sales ratio analysis Qualified (Fair Market Value / Arms Length / One STRAP #) | I |
| 2,600,000.00 | 10/01/1984 | 1749/2261 | 01 | Sales disqualified as a result of examination of the deed Disqualified (Doc Stamp .70 / SP less th $100 / Other Disq) | I |

## Building/Construction Permit Data

| Permit Number | Permit Type | Date |
|---|---|---|
| B98-4854 | Electric | 05/15/1998 |
| B99-8028 | Commercial | 09/14/1999 |
| B05-23792 | Electric | 07/26/2005 |
| B07-17926 | Electric | 12/05/2007 |
| B95-17641 | Building Miscellaneous | 11/20/1995 |
| B01-3062 | Electric | 03/15/2001 |
| B98-6790 | Building Remodel / Repair | 07/27/1998 |
| B07-13420 | Electric | 08/14/2007 |
| B14-06547 | Building Remodel / Repair | 06/09/2014 |
| B00-5930 | Commercial | 06/29/2000 |
| B94-9015 | Building Remodel / Repair | 11/28/1994 |
| B06-22878 | Electric | 09/26/2006 |
| B11-10169 | Site Development - Driveway / Sidewalks | 09/21/2011 |
| B98-5452 | Building Remodel / Repair | 07/06/1998 |
| B06-23340 | Commercial | 10/25/2006 |
| B01-528 | Building Remodel / Repair | 01/23/2001 |
| B99-30 | Electric | 01/04/1999 |
| B01-9237 | Electric | 07/19/2001 |
| B15-00202 | Electric | 01/07/2015 |
| B06-25530 | Building Miscellaneous | 01/04/2007 |
| B96-9868 | Building Remodel / Repair | 12/10/1996 |
| B05-30917 | Plumbing | 09/23/2005 |
| B14-14143 | Site Development - Driveway / Sidewalks | 11/26/2014 |
| B04-18032 | Building Remodel / Repair | 11/03/2004 |
| B07-4321 | AC New / Change out | 03/06/2007 |
| B07-15170 | C/O BLDG COMPLIANCE & HANDICAP | 09/25/2007 |
| B06-17947 | Commercial | 08/09/2006 |
| B05-25756 | C/O BLDG COMPLIANCE & HANDICAP | 08/05/2005 |
| B07-6822 | Electric | 04/12/2007 |
| B06-27810 | Commercial | 01/04/2007 |
| B94-10596 | Electric | 12/01/1994 |

| B03-1483 | AC New / Change out | 01/27/2003 |
| B07-18391 | C/O BLDG COMPLIANCE & HANDICAP | 12/14/2007 |
| B98-9686 | Building Remodel / Repair | 11/10/1998 |
| B06-22542 | C/O BLDG COMPLIANCE & HANDICAP | 09/20/2006 |
| B12-05806 | Building Remodel / Repair | 06/22/2012 |
| B94-8506 | Building Remodel / Repair | 10/24/1994 |
| B08-14191 | C/O BLDG COMPLIANCE & HANDICAP | 12/17/2008 |
| B05-31374 | C/O BLDG COMPLIANCE & HANDICAP | 09/28/2005 |
| B07-18392 | C/O BLDG COMPLIANCE & HANDICAP | 12/14/2007 |
| B95-12637 | Building Remodel / Repair | 07/12/1995 |
| B99-6988 | Electric | 06/25/1999 |
| B97-7867 | Electric | 09/09/1997 |
| B02-2733 | Building Remodel / Repair | 03/08/2002 |
| B07-5109 | Building Move | 04/02/2007 |
| B06-2585 | C/O BLDG COMPLIANCE & HANDICAP | 02/01/2006 |
| B01-3380 | AC New / Change out | 03/21/2001 |
| B07-6505 | Electric | 04/06/2007 |
| B96-8136 | Commercial | 09/20/1996 |
| B01-15412 | Electric | 12/12/2001 |
| B02-14890 | Building Remodel / Repair | 10/22/2002 |
| B97-7708 | AC New / Change out | 09/03/1997 |
| B03-15155 | AC New / Change out | 07/14/2003 |
| B11-07502 | Site Development - Driveway / Sidewalks | 07/13/2011 |
| 98009687 | Commercial | 11/10/1998 |
| B94-9493 | Commercial | 01/11/1995 |
| B94-9488 | Commercial | 01/03/1995 |
| B01-14798 | AC New / Change out | 11/13/2001 |
| B03-1738 | Electric | 01/30/2003 |
| B04-16475 | AC New / Change out | 07/14/2004 |
| B02-16292 | Electric | 11/06/2002 |
| B94-11240 | Commercial | 12/21/1994 |
| B94-8505 | Building Remodel / Repair | 10/24/1994 |
| B11-07622 | AC New / Change out | 07/12/2011 |
| 948506 | Commercial | 10/24/1994 |
| B12-11035 | Site Development - Driveway / Sidewalks | 10/04/2012 |
| B02-3637 | AC New / Change out | 02/28/2002 |
| 9512637 | Commercial | 07/12/1995 |
| B04-15054 | Electric | 06/30/2004 |
| B12-12782 | Site Development - Driveway / Sidewalks | 11/13/2012 |
| 9800006790 | Commercial | 07/27/1998 |
| B07-17680 | Electric | 11/29/2007 |
| B99-1982 | Electric | 02/25/1999 |
| B14-05787 | Site Development - Driveway / Sidewalks | 05/06/2014 |

| B05-29468 | Building Remodel / Repair | 10/28/2005 |
| B07-17770 | C/O BLDG COMPLIANCE & HANDICAP | 12/18/2007 |
| B00-8288 | Electric | 07/11/2000 |
| B93-41 | Building Remodel / Repair | 10/15/1993 |
| B04-30307 | Roof | 11/18/2004 |
| B94-3231 | Electric | 05/09/1994 |
| B01-4219 | Electric | 04/09/2001 |
| B95-18179 | Commercial | 12/11/1995 |
| B99-10704 | Plumbing | 10/01/1999 |
| B11-11049 | AC New / Change out | 10/13/2011 |
| B05-23795 | Electric | 07/26/2005 |
| B95-12698 | Plumbing | 06/19/1995 |
| B13-12436 | Site Development - Driveway / Sidewalks | 10/01/2013 |
| B07-17656 | Building Remodel / Repair | 12/26/2007 |
| B98-11622 | Electric | 11/25/1998 |
| B14-14203 | Site Development - Driveway / Sidewalks | 11/26/2014 |
| B09-2235 | Building Remodel / Repair | 03/11/2009 |
| B14-10018 | Site Development - Driveway / Sidewalks | 08/11/2014 |
| B95-15016 | Commercial | 09/08/1995 |
| B09-14003 | Plumbing | 12/11/2009 |
| B05-29426 | Building Remodel / Repair | 02/10/2006 |
| B06-23325 | C/O BLDG COMPLIANCE & HANDICAP | 10/03/2006 |
| B12-11737 | Building Remodel / Repair | 10/26/2012 |
| B08-10199 | C/O BLDG COMPLIANCE & HANDICAP | 08/08/2008 |
| B99-10914 | Commercial | 10/21/1999 |
| B06-13208 | Electric | 07/17/2006 |
| B12-09721 | Site Development - Driveway / Sidewalks | 08/29/2012 |
| B94-7896 | Building Miscellaneous | 10/20/1994 |
| B06-24543 | Electric | 10/17/2006 |
| B94-10951 | Building Miscellaneous | 12/02/1994 |
| B99-6183 | AC New / Change out | 06/08/1999 |
| B07-11068 | C/O BLDG COMPLIANCE & HANDICAP | 06/25/2007 |
| B07-16322 | C/O BLDG COMPLIANCE & HANDICAP | 10/22/2007 |
| B07-4670 | C/O BLDG COMPLIANCE & HANDICAP | 03/12/2007 |
| B15-15881 | AC New / Change out | 08/18/2015 |
| B14-05837 | AC New / Change out | 05/01/2014 |
| B06-1682 | Plumbing | 01/23/2006 |
| B01-8101 | Electric | 06/27/2001 |
| B07-264 | Building Move | 01/11/2007 |
| B13-09835 | Utilities | 08/20/2013 |
| B15-12199 | AC New / Change out | 07/09/2015 |
| B95-14077 | Building Miscellaneous | 08/07/1995 |
| B05-29462 | Building Remodel / Repair | 12/06/2005 |

Lee County Property Appraiser - Online Parcel Inquiry                                          8/24/15, 4:15 PM

| B06-22637 | C/O BLDG COMPLIANCE & HANDICAP | 09/21/2006 |
| B03-14896 | Electric | 07/10/2003 |
| B04-27312 | Electric | 10/28/2004 |
| B98-9687 | Building Remodel / Repair | 11/10/1998 |
| B06-21794 | Roof | 09/12/2006 |
| B11-10022 | Site Development - Driveway / Sidewalks | 09/21/2011 |
| B98-7556 | Commercial | 08/14/1998 |
| B12-01785 | Site Development - Driveway / Sidewalks | 02/23/2012 |
| B01-9310 | Building Remodel / Repair | 08/30/2001 |
| B01-530 | Building Remodel / Repair | 01/25/2001 |
| B03-16342 | AC New / Change out | 07/24/2003 |
| B01-8007 | AC New / Change out | 06/25/2001 |
| B10-03244 | Electric | 03/29/2010 |
| B03-16343 | AC New / Change out | 07/24/2003 |
| B98-7671 | Electric | 07/28/1998 |
| B05-34080 | C/O BLDG COMPLIANCE & HANDICAP | 10/26/2005 |
| B09-6899 | C/O BLDG COMPLIANCE & HANDICAP | 06/02/2009 |
| B09-14575 | Building Miscellaneous | 12/31/2009 |

**IMPORTANT INFORMATION: THIS MAY NOT BE A COMPREHENSIVE OR TIMELY LISTING OF PERMITS ISSUED FOR THIS PROPERTY.**

Note: The Lee County Property Appraiser's Office does not issue or maintain any permit information. The Building/Construction permit data displayed here represents only those records this Office may find necessary to conduct Property Appraiser business. Use of this information is with the understanding that in no way is this to be considered a comprehensive listing of permits for this or any other parcel.

The Date field represents the date the property appraiser received information regarding permit activity; it may or not represent the actual date of permit issuance or completion.

Full, accurate, active and valid permit information for parcels can only be obtained from the appropriate permit issuing agency.

## Parcel Numbering History

| Prior STRAP | Prior Folio ID | Renumber Reason | Renumber Date |
| --- | --- | --- | --- |
| 13-45-23-A5-01064.0010 | N/A | Reserved for Renumber ONLY | 01/26/1997 |

## Location Information

| Township | Range | Section | Block | Lot |
| --- | --- | --- | --- | --- |
| 45 | 24E | 18 | | |
| **Municipality** | **Latitude** | | **Longitude** | |
| City of Cape Coral | 26.56295 | | -81.94901 | |

### Links

| View Parcel on Google Maps | · | View Parcel on GeoView |
| --- | --- | --- |

## Solid Waste (Garbage) Roll Data

| Solid Waste District | Roll Type | Category | Unit / Area | Tax Amount |
| --- | --- | --- | --- | --- |

## Flood and Storm Information

| Storm Surge Zone | Evacuation Zone | Flood Insurance [ FIRM Look-up ] | | | |
|---|---|---|---|---|---|
| | | Community | Panel | Version | Date |
| A | B | 125095 | 0405 | F | 8/28/2008 |

## Appraisal Details

### Land

#### Land Tracts

| Use Code | Use Code Description | Depth | Frontage | Number of Units | Unit of Measure |
|---|---|---|---|---|---|
| 1600 | Shopping Center, Community | 132 | 663 | 87516.00 | Square Feet |

#### Land Features

| Description | Year Added | Units |
|---|---|---|
| BLACK TOP - IMPROVED | 1960 | 11,880 |

### Buildings

#### Building 1 of 5

#### Building Characteristics

| Improvement Type | Model Type | Stories | Living Units |
|---|---|---|---|
| 39 - Shopping Center - Community | 4 - commercial | 1.0 | 0 |

| Bedrooms | Fixtures | Year Built | Effective Year Built |
|---|---|---|---|
| 0 | 4.0 | 1968 | 1980 |

#### Building Subareas

| Description | Heated / Under Air | Area (Sq Ft) |
|---|---|---|
| BAS - BASE | Y | 7,125 |
| FOP - FINISHED OPEN PORCH | N | 180 |
| FOP - FINISHED OPEN PORCH | N | 170 |
| FOP - FINISHED OPEN PORCH | N | 763 |
| FOP - FINISHED OPEN PORCH | N | 32 |

| Building Front Photo | Building Footprint |
|---|---|



Photo Date : March of 2010



| Building 2 of 5 | | | |
|---|---|---|---|
| **Building Characteristics** | | | |
| Improvement Type | Model Type | Stories | Living Units |
| 39 - Shopping Center - Community | 4 - commercial | 1.0 | 0 |
| **Bedrooms** | **Fixtures** | **Year Built** | **Effective Year Built** |
| 0 | 11.0 | 1961 | 1980 |
| **Building Subareas** | | | |
| Description | | Heated / Under Air | Area (Sq Ft) |
| BAS - BASE | | Y | 6,720 |
| FOP - FINISHED OPEN PORCH | | N | 2,704 |
| **Building Front Photo** | | **Building Footprint** | |



Photo Date : February of 2003



| Building 3 of 5 | | | |
| --- | --- | --- | --- |
| **Building Characteristics** | | | |
| **Improvement Type** | **Model Type** | **Stories** | **Living Units** |
| 39 - Shopping Center - Community | 4 - commercial | 1.0 | 0 |
| **Bedrooms** | **Fixtures** | **Year Built** | **Effective Year Built** |
| 0 | 19.0 | 1962 | 1980 |
| **Building Subareas** | | | |
| **Description** | | **Heated / Under Air** | **Area (Sq Ft)** |
| BAS - BASE | | Y | 1,620 |
| BAS - BASE | | Y | 3,000 |
| FOP - FINISHED OPEN PORCH | | N | 2,240 |
| RSA - RESTAURANT - AVERAGE | | Y | 2,100 |
| **Building Features** | | | |
| **Description** | | **Year Added** | **Units** |
| UTILITY - UNFINISHED | | 1991 | 150 |
| **Building Front Photo** | | **Building Footprint** | |



**Photo Date : February of 2003**



| Building 4 of 5 | | | |
|---|---|---|---|
| **Building Characteristics** | | | |
| **Improvement Type** | **Model Type** | **Stories** | **Living Units** |
| 39 - Shopping Center - Community | 4 - commercial | 1.0 | 0 |
| **Bedrooms** | **Fixtures** | **Year Built** | **Effective Year Built** |
| 0 | 12.0 | 1960 | 1980 |
| **Building Subareas** | | | |
| **Description** | | **Heated / Under Air** | **Area (Sq Ft)** |
| BAS - BASE | | Y | 11,295 |
| FOP - FINISHED OPEN PORCH | | N | 2,325 |
| FOP - FINISHED OPEN PORCH | | N | 400 |
| FST - FINISHED UTILITY | | N | 160 |
| **Building Features** | | | |
| **Description** | | **Year Added** | **Units** |
| SPRINKLER SYSTEM (INTERIOR) | | 1991 | 500 |
| **Building Front Photo** | | **Building Footprint** | |



**Photo Date : February of 2003**



| Building 5 of 5 | | | |
| --- | --- | --- | --- |
| **Building Characteristics** | | | |
| Improvement Type | Model Type | Stories | Living Units |
| 39 - Shopping Center - Community | 4 - commercial | 1.0 | 0 |
| **Bedrooms** | **Fixtures** | **Year Built** | **Effective Year Built** |
| 0 | 16.0 | 1960 | 1980 |

| Building Subareas | | |
| --- | --- | --- |
| Description | Heated / Under Air | Area (Sq Ft) |
| BAS - BASE | Y | 10,711 |
| BAS - BASE | Y | 10,917 |
| FOP - FINISHED OPEN PORCH | N | 4,634 |

| Building Features | | |
| --- | --- | --- |
| Description | Year Added | Units |
| SPRINKLER SYSTEM (INTERIOR) | 1991 | 21,628 |

| Building Front Photo | Building Footprint |
| --- | --- |



Photo Date : February of 2003



# "EXHIBIT M"

From: **Spencer Freeman** sfreeman@freemanlawfirm.org 📎
Subject: FW: Hydentra HLP Int. Limited v. Luchian et al, S.D. Fla, Case No. 1:15-cv-22134-UU
Date: August 26, 2015 at 11:59 AM
To: Aaron Behar ab@beharbehar.com

Spencer D. Freeman
Freeman Law Firm, Inc.
1107 1/2 Tacoma Avenue South
Tacoma, Washington 98402
253-383-4500
253-383-4501 (facsimile)

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged information generated by the Freeman Law Firm, Inc. that is protected by attorney-client, work product, and/or other privileges. If you are not the intended recipient, you are hereby notified that any review, disclosure, or taking of any action in reliance on the contents is strictly prohibited. Therefore, if you are not the intended recipient please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.

---

**From:** Spencer Freeman [mailto:sfreeman@freemanlawfirm.org]
**Sent:** Friday, July 31, 2015 4:37 PM
**To:** 'Matthew Shayefar'
**Cc:** 'Val Gurvits'
**Subject:** RE: Hydentra HLP Int. Limited v. Luchian et al, S.D. Fla, Case No. 1:15-cv-22134-UU

Matt,

I did not mean to limit your ability to respond to the complaint to only an Answer. Rather, the deadline for filing and answer OR responsive pleading will be 30 days from receipt of the complaint – for Luchian and all other defendants. Here is the complaint. I will get you an Acceptance of Service form on Monday.

Thank you!

Spencer

Spencer D. Freeman
Freeman Law Firm, Inc.
1107 1/2 Tacoma Avenue South
Tacoma, Washington 98402
253-383-4500
253-383-4501 (facsimile)

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged information generated by the Freeman Law Firm, Inc. that is protected by attorney-client, work product, and/or other privileges. If you are not the intended recipient, you are hereby notified that any review, disclosure, or taking of any action in reliance on the contents is strictly prohibited. Therefore, if you are not the intended recipient please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the

e-mail and its attachments from your system. Thank you.

**From:** Matthew Shayefar [mailto:matt@bostonlawgroup.com]
**Sent:** Thursday, July 30, 2015 12:17 PM
**To:** Spencer Freeman
**Cc:** Val Gurvits
**Subject:** RE: Hydentra HLP Int. Limited v. Luchian et al, S.D. Fla, Case No. 1:15-cv-22134-UU

Spencer,

For the sake of clarity, and because we have not yet reviewed the complaint, we may respond with a motion to dismiss rather than an Answer. Although I can't think of any reason to move to dismiss off the top of my head and certainly we will not be challenging jurisdiction, because we have not yet reviewed the complaint I must reserve the right to respond to the complaint with something other than an answer.

Thanks,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

-----------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

**From:** Spencer Freeman [mailto:sfreeman@freemanlawfirm.org]
**Sent:** Thursday, July 30, 2015 1:56 PM
**To:** Matthew Shayefar
**Cc:** Val Gurvits
**Subject:** RE: Hydentra HLP Int. Limited v. Luchian et al, S.D. Fla, Case No. 1:15-cv-22134-UU

That is confirmed – one month past date of service to Luchian for all defendants to Answer. I will get you copies of the summons and complaint for Luchian later today.

Thank you!

Spencer

Spencer D. Freeman
Freeman Law Firm, Inc.
1107 1/2 Tacoma Avenue South
Tacoma, Washington 98402
253-383-4500
253-383-4501 (facsimile)

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged
information generated by the Freeman Law Firm, Inc. that is protected by attorney-client, work

information generated by the Freeman Law Firm, Inc. that is protected by attorney-client, work product, and/or other privileges. If you are not the intended recipient, you are hereby notified that any review, disclosure, or taking of any action in reliance on the contents is strictly prohibited. Therefore, if you are not the intended recipient please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.

---

**From:** Matthew Shayefar [mailto:matt@bostonlawgroup.com]
**Sent:** Thursday, July 30, 2015 10:50 AM
**To:** Spencer Freeman
**Cc:** Val Gurvits
**Subject:** RE: Hydentra HLP Int. Limited v. Luchian et al, S.D. Fla, Case No. 1:15-cv-22134-UU

Hi Spencer,

As discussed by phone the other day, we confirm that we can accept service of process on behalf of Constantin Luchian. Please confirm that you will give us one month from the date of service to respond on behalf of all of the served defendants in the action.

Thanks,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

---

The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law Group, PC | Tel. (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

**From:** Spencer Freeman [mailto:sfreeman@freemanlawfirm.org]
**Sent:** Monday, July 27, 2015 10:06 AM
**To:** Matthew Shayefar
**Subject:** Re: Hydentra HLP Int. Limited v. Luchian et al, S.D. Fla, Case No. 1:15-cv-22134-UU

Matt,

I will discuss with my client and get back to you.

Regards,

Spencer

Sent from my iPhone

On Jul 27, 2015, at 6:35 AM, Matthew Shayefar <matt@bostonlawgroup.com> wrote:

Dear Spencer,

We will be representing the served defendants in the above referenced case.  Val is leaving the country tonight for a week, and I will be working on other matters this week and leaving for LA on Friday, so we write to request an extension to respond to the complaint on behalf of the served defendants through August 18, 2015.

Please let us know whether you consent to the same.

Thanks,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

---------------------------------------------------------------------

The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel  (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.



20150605
Complaint.pdf

# "EXHIBIT N"

**From:** Spencer Freeman sfreeman@freemanlawfirm.org 📎
**Subject:** FW: Hydentra HLP Int. Limited v. Luchian et al, S.D. Fla, Case No. 1:15-cv-22134-UU
**Date:** August 26, 2015 at 11:59 AM
**To:** Aaron Behar ab@beharbehar.com

Spencer D. Freeman
Freeman Law Firm, Inc.
1107 1/2 Tacoma Avenue South
Tacoma, Washington 98402
253-383-4500
253-383-4501 (facsimile)

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged
information generated by the Freeman Law Firm, Inc. that is protected by attorney-client, work
product, and/or other privileges.  If you are not the intended recipient, you are hereby notified that
any review, disclosure, or taking of any action in reliance on the contents is strictly prohibited.
Therefore, if you are not the intended recipient please do not read or review this e-mail or its
attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the
e-mail and its attachments from your system. Thank you.

---

**From:** Spencer Freeman [mailto:sfreeman@freemanlawfirm.org]
**Sent:** Friday, July 31, 2015 4:37 PM
**To:** 'Matthew Shayefar'
**Cc:** 'Val Gurvits'
**Subject:** RE: Hydentra HLP Int. Limited v. Luchian et al, S.D. Fla, Case No. 1:15-cv-22134-UU

Matt,

I did not mean to limit your ability to respond to the complaint to only an Answer.  Rather, the deadline for
filing and answer OR responsive pleading will be 30 days from receipt of the complaint – for Luchian and all
other defendants.  Here is the complaint.  I will get you an Acceptance of Service form on Monday.

Thank you!

Spencer

Spencer D. Freeman
Freeman Law Firm, Inc.
1107 1/2 Tacoma Avenue South
Tacoma, Washington 98402
253-383-4500
253-383-4501 (facsimile)

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged
information generated by the Freeman Law Firm, Inc. that is protected by attorney-client, work
product, and/or other privileges.  If you are not the intended recipient, you are hereby notified that
any review, disclosure, or taking of any action in reliance on the contents is strictly prohibited.
Therefore, if you are not the intended recipient please do not read or review this e-mail or its
attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the

e-mail and its attachments from your system. Thank you.

**From:** Matthew Shayefar [mailto:matt@bostonlawgroup.com]
**Sent:** Thursday, July 30, 2015 12:17 PM
**To:** Spencer Freeman
**Cc:** Val Gurvits
**Subject:** RE: Hydentra HLP Int. Limited v. Luchian et al, S.D. Fla, Case No. 1:15-cv-22134-UU

Spencer,

For the sake of clarity, and because we have not yet reviewed the complaint, we may respond with a motion to dismiss rather than an Answer. Although I can't think of any reason to move to dismiss off the top of my head and certainly we will not be challenging jurisdiction, because we have not yet reviewed the complaint I must reserve the right to respond to the complaint with something other than an answer.

Thanks,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

-----------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

**From:** Spencer Freeman [mailto:sfreeman@freemanlawfirm.org]
**Sent:** Thursday, July 30, 2015 1:56 PM
**To:** Matthew Shayefar
**Cc:** Val Gurvits
**Subject:** RE: Hydentra HLP Int. Limited v. Luchian et al, S.D. Fla, Case No. 1:15-cv-22134-UU

That is confirmed – one month past date of service to Luchian for all defendants to Answer. I will get you copies of the summons and complaint for Luchian later today.

Thank you!

Spencer

Spencer D. Freeman
Freeman Law Firm, Inc.
1107 1/2 Tacoma Avenue South
Tacoma, Washington 98402
253-383-4500
253-383-4501 (facsimile)

**CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged**
~~information generated by the Freeman Law Firm, Inc. that is protected by attorney-client work~~

information generated by the Freeman Law Firm, Inc. that is protected by attorney-client, work product, and/or other privileges.  If you are not the intended recipient, you are hereby notified that any review, disclosure, or taking of any action in reliance on the contents is strictly prohibited. Therefore, if you are not the intended recipient please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.

---

**From:** Matthew Shayefar [mailto:matt@bostonlawgroup.com]
**Sent:** Thursday, July 30, 2015 10:50 AM
**To:** Spencer Freeman
**Cc:** Val Gurvits
**Subject:** RE: Hydentra HLP Int. Limited v. Luchian et al, S.D. Fla, Case No. 1:15-cv-22134-UU

Hi Spencer,

As discussed by phone the other day, we confirm that we can accept service of process on behalf of Constantin Luchian.  Please confirm that you will give us one month from the date of service to respond on behalf of all of the served defendants in the action.

Thanks,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

---
The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law Group, PC | Tel. (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

**From:** Spencer Freeman [mailto:sfreeman@freemanlawfirm.org]
**Sent:** Monday, July 27, 2015 10:06 AM
**To:** Matthew Shayefar
**Subject:** Re: Hydentra HLP Int. Limited v. Luchian et al, S.D. Fla, Case No. 1:15-cv-22134-UU

Matt,

I will discuss with my client and get back to you.

Regards,

Spencer

Sent from my iPhone

On Jul 27, 2015, at 6:35 AM, Matthew Shayefar <matt@bostonlawgroup.com> wrote:

Dear Spencer,

We will be representing the served defendants in the above referenced case.  Val is leaving the country tonight for a week, and I will be working on other matters this week and leaving for LA on Friday, so we write to request an extension to respond to the complaint on behalf of the served defendants through August 18, 2015.

Please let us know whether you consent to the same.

Thanks,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 ¦ Newton Centre, MA 02459
Direct: (617) 928-1806 ¦ Tel: (617) 928-1800 ¦ Fax: (617) 928-1802
matt@bostonlawgroup.com

The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law Group, PC ¦ Tel: (617) 928-1800 ¦ E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.



20150605
Complaint.pdf

# "EXHIBIT O"

From: **Spencer Freeman** sfreeman@freemanlawfirm.org 
Subject: **FW: Acceptance of Service - Constantin Luchian**
Date: August 25, 2015 at 1:06 PM
To: Aaron Behar ab@beharbehar.com

Spencer D. Freeman
Freeman Law Firm, Inc.
1107 1/2 Tacoma Avenue South
Tacoma, Washington 98402
253-383-4500
253-383-4501 (facsimile)

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged
information generated by the Freeman Law Firm, Inc. that is protected by attorney-client, work
product, and/or other privileges. If you are not the intended recipient, you are hereby notified that
any review, disclosure, or taking of any action in reliance on the contents is strictly prohibited.
Therefore, if you are not the intended recipient please do not read or review this e-mail or its
attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the
e-mail and its attachments from your system. Thank you.

**From:** Matthew Shayefar [mailto:matt@bostonlawgroup.com]
**Sent:** Thursday, August 06, 2015 11:25 AM
**To:** Spencer Freeman
**Cc:** Val Gurvits
**Subject:** RE: Acceptance of Service - Constantin Luchian

Hi Spencer,

I've attached an executed acceptance of service.

Best,

Matthew Shayefar

Boston Law Group, PC
825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802
matt@bostonlawgroup.com

-----------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s). This message may also be subject to attorney-
client privilege. If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message. Boston Law
Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com
In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by
you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter
addressed.

**From:** Spencer Freeman [mailto:sfreeman@freemanlawfirm.org]
**Sent:** Wednesday, August 05, 2015 6:45 PM
**To:** Matthew Shayefar
**Subject:** Acceptance of Service - Constantin Luchian

Matt,
Here is a draft acceptance of service.  Let me know your thoughts.

Regards,

Spencer

Spencer D. Freeman
Freeman Law Firm, Inc.
1107 1/2 Tacoma Avenue South
Tacoma, Washington 98402
253-383-4500
253-383-4501 (facsimile)

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged information generated by the Freeman Law Firm, Inc. that is protected by attorney-client, work product, and/or other privileges.  If you are not the intended recipient, you are hereby notified that any review, disclosure, or taking of any action in reliance on the contents is strictly prohibited. Therefore, if you are not the intended recipient please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED.
a foreign corporation d/b/a METART.

            Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS COM;
PEEKVIDS.COM and;
and John Docs 1-20,

            Defendants.

_____    _____

            ACCEPTANCE OF SERVICE

---

I, the undersigned, attorney for the defendant, Constantin Luchian, do hereby accept service of the Summons and Complaint on behalf of such defendant as of August 5, 2015, to the same effect as if said defendant was personally served.

DATED this 5th day of August, 2015.

Matthew Shayefar
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Attorneys for Constantin Luchian

# "EXHIBIT P"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

        Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
and John Does 1-20,

        Defendants.
_____/

## ACCEPTANCE OF SERVICE

        I, the undersigned, attorney for the defendant, Constantin Luchian, do hereby accept

service of the Summons and Complaint on behalf of such defendant as of August 5, 2015, to

the same effect as if said defendant was personally served.

        **DATED** this 5th day of August, 2015.

Matthew Shayefar
Boston Law Group, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Attorneys for Constantin Luchian

1

# "EXHIBIT Q"

# Amended Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** International Media Inc.

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** youjizz.com, jizzhut.com, jizzonline.com, moviesguy.com jizzbo.com, onlyjizz.com, hotfunhouse.com, International Media, Ltd.

Address of Service Provider: 303 Shirley Street, PO Box N-492, Nassau, Bahamas

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Constantin Luchian

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location):
6750 N. Andrews Ave., Suite 200, Fort Lauderdale, FL 33309

**Telephone Number of Designated Agent:** (954) 773 8743

**Facsimile Number of Designated Agent:** (954) 414 0865

**Email Address of Designated Agent:** youjizzadmin@gmail.com

Identify the Interim Designation to be Amended, by Service Provider Name and Filing Date, so that it may be Readily Located in the Directory Maintained by the Copyright Office: International Media, Ltd., received 5/5/2011; scanned 6/27/2012

[signature redacted] esignating Service Provider:
Date: 9/23/13

Typed or Printed Name and Title: Valentin Gurvits, Attorney

Note: This Amended Interim Designation Must be Accompanied by a Filing Fee* Made Payable to the Register of Copyrights.
*Note: Current and adjusted fees are available on the Copyright website at www.copyright.gov/docs/fees.html

Mail the form to:
**Copyright I&R/Recordation**
**P.O. Box 71537**
**Washington, DC 20024**

162732515

**Scanned**
OCT 25 2013

**Received**
OCT 18 2013
Copyright Office

# Interim Designation of Agent to Receive Notification
## of Claimed Infringement

**Full Legal Name of Service Provider:** Fil.io Inc.

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** fil.io

**Address of Service Provider:** 501 Silverside Road, Suite 105, Wilmington, DE 19809

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Constantin Luchian

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): 6750 N. Andrews Ave., Suite 200, Fort Lauderdale, FL 33309

**Telephone Number of Designated Agent:** (954) 773 8743

**Facsimile Number of Designated Agent:** (954) 414 0865

**Email Address of Designated Agent:** support@fil.io, abuse@fil.io

▮▮▮▮▮▮▮▮▮▮▮presentative of the Designating Service Provider:
**Date:** 03/18/2013

**Typed or Printed Name and Title:** Dmytro Tsokur, Director

**Note: This Interim Designation Must be Accompanied by a Filing Fee\* Made Payable to the Register of Copyrights.**
**\*Note: Current and adjusted fees are available on the Copyright website at www.copyright.gov/docs/fees.html**

Scanned
MAR 29 2013

Mail the form to:
**Copyright I&R/Recordation**
**P.O. Box 71537**
**Washington, DC 20024**



162641963

Received
MAR 2 7 2013
Copyright Office

## Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** pCloud Ltd

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** pcloud.com, pc.cd

**Address of Service Provider:** Studentski Grad, ul. Akad. Boris Stefanov 17, Ofis 2 Sofia, 1700, Bulgaria

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Constantin Luchian

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): 6750 N. Andrews Ave., Suite 200, Fort Lauderdale FL 33309

**Telephone Number of Designated Agent:** (954) 773 8743

**Facsimile Number of Designated Agent:** (954) 414 0865

**Email Address of Designated Agent:** abuse@pcloud.com

████████████ ignating Service Provider:
Date: 9/10/2013

**Typed or Printed Name and Title:** Valentin Gurvits, Attorney

**Note: This Interim Designation Must be Accompanied by a Filing Fee\***
**Made Payable to the Register of Copyrights.**
**\*Note: Current and adjusted fees are available on the Copyright website at**
**www.copyright.gov/docs/fees.html**

Mail the form to:
**Copyright I&R/Recordation**
**P.O. Box 71537**
**Washington, DC 20024**

162732763

162732763

Scanned

OCT 3 1 2013

Received

OCT 2 2 2013

Copyright Office

# "EXHIBIT R"

Domain Tools     Plugins     Advertise     FAQ     Contact Us     *powered by ApiWhois.com*

Lookup:  [                    ]     Whois?

# Ecofile.net - Whois Data

| Whois data | Whois History (1) | SEO Report |

Last check: Today     Refresh

## Whois Data

Whois Alert
[alert me@example.org]     Submit     SPAM
submit your email and we'll get in touch if this when data changes

| | |
|---|---|
| Domain-name: | ecofile.net   Buy this Domain via Broker |
| Similar-domains: | ecofile.com   ecofile.org |
| Domain-ip | 🖥 184.168.221.96   🌎 United States |
| Domain-tld. | NET (Top Level Domain) |
| Domain-locked. | LOCKED |
| Creation date: | 20120627TZ  (3 years) |
| Last update: | 20140611TZ |
| Expiration date: | 2015-06-27  (expired) |
| Nameservers: | 🖥 NS01.CASHPARKING.COM   🖥 216.69.185.38   ▦ United States |
| | 🖥 NS02.CASHPARKING.COM   🖥 208.109.255.38   ▦ United States |

Domain record:

Domain Name: ECOFILE.NET
Registrar: GODADDY.COM, LLC
Whois Server: whois.godaddy.com
Referral URL: http://registrar.godaddy.com
Name Server: NS01.CASHPARKING.COM
Name Server: NS02.CASHPARKING.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 11-jun-2014
Creation Date: 27-jun-2012
Expiration Date: 27-jun-2015

Elite Ads
Lyrics Search
Wordpress Plugins
DNS Stuff
Torrent Sites
WordPress App Store
Your site HERE - Buy an Ad Spot

Best SEO
Company

Affordable SEO with Proven
Results. Want #1 Ranking? Get
SEO Quote Now!



**Protect my Privacy**
Is it your Personal Information below?
Click here to Hide it Now!

Whois data:

Domain Name: ECOFILE.NET
Registry Domain ID: 1729988823_DOMAIN_NET-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-06-11T22:55:01Z
Creation Date: 2012-06-27T14:42:23Z
Registrar Registration Expiration Date: 2015-06-27T14:42:23Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Constantin Luchian
Registrant Organization:
Registrant Street: 21218 St. Andrews Blvd.
Registrant Street: Suite 114
Registrant City: Boca Raton
Registrant State/Province: Florida
Registrant Postal Code: 33433
Registrant Country: United States

UPS.

Registrant Phone: 9542577735
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: cluchian@gmail.com
Registry Admin ID:
Admin Name: Constantin Luchian
Admin Organization:
Admin Street: 21218 St. Andrews Blvd.
Admin Street: Suite 114
Admin City: Boca Raton
Admin State/Province: Florida
Admin Postal Code: 33433
Admin Country: United States
Admin Phone: 9542577735
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: cluchian@gmail.com
Registry Tech ID:
Tech Name: Constantin Luchian
Tech Organization:
Tech Street: 21218 St. Andrews Blvd.
Tech Street: Suite 114
Tech City: Boca Raton
Tech State/Province: Florida
Tech Postal Code: 33433
Tech Country: United States
Tech Phone: 9542577735
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: cluchian@gmail.com
Name Server: NS01.CASHPARKING.COM
Name Server: NS02.CASHPARKING.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
Last update of WHOIS database: 2015-01-06T02:00:00Z

For more information on Whois status codes, please visit https://www.icann.org/resources/pages/epp-status-codes-2014-06-16-en

Actions:    You want to buy the domain ecofile.net ?    Hire a Domain Broker

# Hosted Business VoIP

No Expensive Phone System, Remote Support, Plus a Free Buyers' Guide.

---

Homepage - Plugins - Domain Tools - Privacy - Terms of use - Advertise - About us - Contact us - Mobile

© Copyright 2010-2015

Whois data proudly provided by ApiWhois.com