# Hydentra HLP Int. Limited v. Luchian et al, S.D. Fla, Case No. 1:15-cv-22134-UU

**Matthew Shayefar** <matt@bostonlawgroup.com>     Mon, Aug 3, 2015 at 4:19 PM
To: Spencer Freeman <sfreeman@freemanlawfirm.org>
Cc: Val Gurvits <vgurvits@bostonlawgroup.com>

Thanks Spencer.  Looking forward to acceptance of service form.

Best,

Matthew Shayefar

Boston Law Group, PC

825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802

matt@bostonlawgroup.com

---
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com

In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

**From:** Spencer Freeman [mailto:sfreeman@freemanlawfirm.org]
**Sent:** Friday, July 31, 2015 7:37 PM
**To:** Matthew Shayefar <matt@bostonlawgroup.com>
**Cc:** Val Gurvits <vgurvits@bostonlawgroup.com>
**Subject:** RE: Hydentra HLP Int. Limited v. Luchian et al, S.D. Fla, Case No. 1:15-cv-22134-UU

Matt,

I did not mean to limit your ability to respond to the complaint to only an Answer.  Rather, the deadline for filing and answer OR responsive pleading will be 30 days from receipt of the complaint – for Luchian and all other defendants.  Here is the complaint.  I will get you an Acceptance of Service form on Monday.

Thank you!

Spencer

Spencer D. Freeman
Freeman Law Firm, Inc.
1107 1/2 Tacoma Avenue South
Tacoma, Washington 98402
253-383-4500
253-383-4501 (facsimile)

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged information generated by the Freeman Law Firm, Inc. that is protected by attorney-client, work product, and/or other privileges.  If you are not the intended recipient, you are hereby notified that any review, disclosure, or taking of any action in reliance on the contents is strictly prohibited.  Therefore, if you are not the intended recipient please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.

---

**From:** Matthew Shayefar [mailto:matt@bostonlawgroup.com]
**Sent:** Thursday, July 30, 2015 12:17 PM
**To:** Spencer Freeman
**Cc:** Val Gurvits
**Subject:** RE: Hydentra HLP Int. Limited v. Luchian et al, S.D. Fla, Case No. 1:15-cv-22134-UU

Spencer,


For the sake of clarity, and because we have not yet reviewed the complaint, we may respond with a motion to dismiss rather than an Answer. Although I can't think of any reason to move to dismiss off the top of my head and certainly we will not be challenging jurisdiction, because we have not yet reviewed the complaint I must reserve the right to respond to the complaint with something other than an answer.


Thanks,


Matthew Shayefar


Boston Law Group, PC

825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802

matt@bostonlawgroup.com

---------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com

In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

---

**From:** Spencer Freeman [mailto:sfreeman@freemanlawfirm.org]
**Sent:** Thursday, July 30, 2015 1:56 PM

**To:** Matthew Shayefar
**Cc:** Val Gurvits
**Subject:** RE: Hydentra HLP Int. Limited v. Luchian et al, S.D. Fla, Case No. 1:15-cv-22134-UU

That is confirmed – one month past date of service to Luchian for all defendants to Answer. I will get you copies of the summons and complaint for Luchian later today.

Thank you!

Spencer

Spencer D. Freeman
Freeman Law Firm, Inc.
1107 1/2 Tacoma Avenue South
Tacoma, Washington 98402
253-383-4500
253-383-4501 (facsimile)

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged information generated by the Freeman Law Firm, Inc. that is protected by attorney-client, work product, and/or other privileges. If you are not the intended recipient, you are hereby notified that any review, disclosure, or taking of any action in reliance on the contents is strictly prohibited. Therefore, if you are not the intended recipient please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.

---

**From:** Matthew Shayefar [mailto:matt@bostonlawgroup.com]
**Sent:** Thursday, July 30, 2015 10:50 AM
**To:** Spencer Freeman
**Cc:** Val Gurvits
**Subject:** RE: Hydentra HLP Int. Limited v. Luchian et al, S.D. Fla, Case No. 1:15-cv-22134-UU

Hi Spencer,

As discussed by phone the other day, we confirm that we can accept service of process on behalf of Constantin Luchian. Please confirm that you will give us one month from the date of service to respond on behalf of all of the served defendants in the action.

Thanks,

Matthew Shayefar

Boston Law Group, PC

825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802

matt@bostonlawgroup.com

----------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail:info@bostonlawgroup.com

In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

**From:** Spencer Freeman [mailto:sfreeman@freemanlawfirm.org]
**Sent:** Monday, July 27, 2015 10:06 AM
**To:** Matthew Shayefar
**Subject:** Re: Hydentra HLP Int. Limited v. Luchian et al, S.D. Fla, Case No. 1:15-cv-22134-UU

Matt,

I will discuss with my client and get back to you.

Regards,

Spencer

Sent from my iPhone

On Jul 27, 2015, at 6:35 AM, Matthew Shayefar <matt@bostonlawgroup.com> wrote:

> Dear Spencer,
>
> We will be representing the served defendants in the above referenced case.  Val is leaving the country tonight for a week, and I will be working on other matters this week and leaving for LA on Friday, so we write to request an extension to respond to the complaint on behalf of the served defendants through August 18, 2015.
>
> Please let us know whether you consent to the same.
>
> Thanks,
>
> Matthew Shayefar

Boston Law Group, PC

825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802

matt@bostonlawgroup.com

---------------------------------------------------------------------------
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com

In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.