# Playvid

**Matthew Shayefar** <matt@bostonlawgroup.com>   Fri, Aug 7, 2015 at 3:41 PM
To: Spencer Freeman <sfreeman@freemanlawfirm.org>
Cc: Val Gurvits <vgurvits@bostonlawgroup.com>

Thank you Spencer, I appreciate it.

Have a nice weekend,

Matthew Shayefar

Boston Law Group, PC

825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802

matt@bostonlawgroup.com

---
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail: info@bostonlawgroup.com

In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

---

**From:** Spencer Freeman [mailto:sfreeman@freemanlawfirm.org]
**Sent:** Friday, August 07, 2015 3:36 PM
**To:** Matthew Shayefar
**Subject:** Playvid

Matt,

Per our discussion, we are working to fix the default entries in the case.  I was notified this morning of the issue and I have local counsel working to fix it.  As I indicated on the phone, I have never seen a court proactively enter defaults (let alone against the wrong party).  We will get this fixed and honor our agreement to extend time to Answer the complaint for all Defendants.

Regards,

Spencer

Spencer D. Freeman
Freeman Law Firm, Inc.
1107 1/2 Tacoma Avenue South
Tacoma, Washington 98402
253-383-4500
253-383-4501 (facsimile)

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged information generated by the Freeman Law Firm, Inc. that is protected by attorney-client, work product, and/or other privileges.  If you are not the intended recipient, you are hereby notified that any review, disclosure, or taking of any action in reliance on the contents is strictly prohibited.  Therefore, if you are not the intended recipient please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.