**Jason Tucker**
Offline



 Hi, I think it might be good if we talk. I dont want to see you swept up in the same mess as Bolotin.

You may not believe me but I am approaching to help.

1:21 PM

Jason Tucker would like to add you on Skype.

Hi Constantin, I'd like to add you as a contact.

1:24 PM

[ Block ]   [ Decline ]   [ Accept ]

Hello! Have we met?    1:43 PM

 If you have gone to shows, we might have, if not, you have certainly received lettes from me.

we have mutual friends if you are the right CL

Work at or for WZ?

with Val

know Theo, et al

Do you see what happened with the case yesterday?

Hello

1:44 PM