UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART

    Plaintiff,

v.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM and
PEEKVIDS.COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS.COM;
PEEKVIDS.COM; and
John Does 1-20,

    Defendants.

Case No.
1:15-cv-22134-UU

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-STYLED COURT:

YOU ARE HEREBY NOTIFIED that the undersigned attorney does hereby enter his appearance as attorney of record and local counsel for the Defendants Konstantin Bolotin and Sun Social Media, Inc. (collectively, the "Defendants"), in the above-styled cause and you are hereby requested to furnish the said attorney with copies of all future motions, orders, etc., in this cause.

Respectfully submitted this 27th day of August, 2015.

        COBB EDDY, PLLC
        *Attorneys for Defendants*
        642 Northeast Third Avenue
        Fort Lauderdale, Florida 33304
        Telephone (954) 527-4111
        Facsimile  (954) 900-5507

        **By: ___/s/ BRADY J. COBB_____**
        BRADY J. COBB, ESQUIRE
        Florida Bar No. 031018
        bcobb@cobbeddy.com

## **CERTIFICATE OF SERVICE**

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below this 27th day of August, 2015.

/s/ Brady J. Cobb
Brady J. Cobb

**SERVICE LIST**
**1:15-cv-22134-UU**

Aaron Behar, Esquire
Jaclyn Behar, Esquire
BEHARBEHAR
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
AB@BeharBehar.com
jb@jaclynbentley.com