UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART<br><br>    Plaintiff,<br><br>v.<br><br>CONSTANTIN LUCHIAN, an individual, KONSTANTIN BOLOTIN, an individual, SUN SOCIAL MEDIA, INC., a corporation, individually and d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM; FEEDVID.COM; PLAYVIDS.COM; PEEKVIDS.COM; and John Does 1-20,<br><br>    Defendants. | **Case No.**<br>**1:15-cv-22134-UU** |

### NOTICE OF FILING RETURN OF SERVICE FOR DEFENDANT MICHAEL LANDA

Defendants Konstantin Bolotin and Sun Social Media, Inc. (hereinafter referred to as "Defendants"), by and through its undersigned counsel and hereby files this Proposed Order Granting Defendants Unopposed Motion to Set Aside Default Judgment.

Respectfully submitted this 27th day of August, 2015.

                    COBB EDDY, PLLC
                    *Attorneys for Defendants*
                    642 Northeast Third Avenue
                    Fort Lauderdale, Florida 33304
                    Telephone (954) 527-4111
                    Facsimile  (954) 900-5507

                    **By:  ___/s/ BRADY J. COBB_____**
                    BRADY J. COBB, ESQUIRE
                    Florida Bar No. 031018
                    bcobb@cobbeddy.com

1

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below this 27th day of August, 2015.

/s/ Brady J. Cobb
Brady J. Cobb

**SERVICE LIST**
**1:15-cv-22134-UU**

Aaron Behar, Esquire
Jaclyn Behar, Esquire
BEHARBEHAR
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
AB@BeharBehar.com
jb@jaclynbentley.com