UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART<br><br>    Plaintiff,<br><br>v.<br><br>CONSTANTIN LUCHIAN, an individual, KONSTANTIN BOLOTIN, an individual, SUN SOCIAL MEDIA, INC., a corporation, individually and d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM; FEEDVID.COM; PLAYVIDS.COM; PEEKVIDS.COM; and John Does 1-20,<br><br>    Defendants. | Case No.<br>1:15-cv-22134-UU |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED
MOTION TO SET ASIDE DEFAULT**

This cause came before the Court upon Defendants Konstantin Bolotin and Sun Social Media, Inc's Unopposed Motion to Set Aside Default, and, this Court, having reviewed the pleadings herein and being otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES:

The Motion is granted.

The defaults against Defendants Konstantin Bolotin and Sun Social Media, Inc. (also doing business as PlayVid.com, FeedVid.com, PlayVids.com and PeekVids.com) are hereby set aside.

1

Defendants Konstantin Bolotin and Sun Social Media, Inc. shall file their responses to the Complaint by September 4, 2015.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE