UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

        Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
and John Does 1-20,

        Defendants.
_____/

## JOINT SCHEDULING REPORT

Plaintiff and Defendants (collectively, the "Parties"), pursuant to Fed. R. Civ. P. 26(f), and S.D. Fla. L. R. 16.1.B, hereby file this Joint Scheduling Report and proposed Order.

**Rule 16.1 (B) DISCLOSURES**

1. **The Likelihood of Settlement.**

    The Parties agree to discuss settlement of this action as discovery proceeds.

2. **The Likelihood of Appearance of Additional Parties.**

    At this time, the Parties do not anticipate the appearance of any additional parties.

1

3. **Proposed Limits on Time.**

   a) The proposed deadline to amend the pleadings and join other parties is **November 8, 2015**.

   b) The proposed deadline to file dispositive motions is **August 1, 2016**; and

   c) The proposed deadline for the completion of fact discovery is **June 15, 2016**.

4. **Proposals for the Formulation and Simplification of Issues.**

   The Parties jointly believe that certain issues, claims, and defenses in dispute will be narrowed through the ordinary course of discovery. The Parties will continue to consult so as to facilitate the formulation and simplification of issues in this case.

5. **Amendments to the Pleadings.**

   The proposed deadline to amend the pleadings and join other parties is **November 8, 2016**.

6. **Admissions of Fact and Stipulations Regarding Authenticity.**

   The Parties are confident that they will be able to concur on several issues of fact and law, and enter into stipulations regarding tangible evidence that will avoid the necessity of certain proof and serve to expedite the presentation of evidence and simplify the trial of this cause.

7. **Suggestions for Avoiding Unnecessary Proof and Cumulative Evidence.**

   At the present time, the Parties do not have any suggestions for avoiding unnecessary proof and cumulative evidence.

8. **Referral of Matters to Magistrate Judge.**

   The Parties do not agree to allow the Magistrate to rule on dispositive motions. The Parties do not agree to a trial by the U.S. Magistrate Judge.

9. **Estimate of Time Required for Trial.**

   The Parties estimate that this action may take up to seven (7) days to try. Pursuant to S.D. Fla. L.R. 16.1.A.2, the Parties believe that this case should be assigned to the "Standard Track," given the potential number of witnesses and the time estimated for discovery.

10. **Requested Dates for Pre-trial Conference and Trial.**

The Parties request that the Court's Pretrial Conference be scheduled on or about **August 22, 2016**, and the proposed trial date be scheduled for the two-week period commence on **September 12, 2016**.

11. **Additional Matters.**

There are no additional matters.

Dated: September 1, 2015

| Brady J. Cobb, Esq. | /s/Aaron Behar, Esq. |
|---|---|
| Brady J. Cobb, Esq. | Aaron Behar, Esq. |
| Cobb Eddy, PLLC | BeharBehar |
| 642 Northeast Third Avenue | 1840 North Commerce Parkway, Suite 1 |
| Ft. Lauderdale, Florida 33304 | Weston, Florida 33326 |
| Telephone: (954) 527- 4111 | Telephone: (954) 688-7642 |
| Facsimile: (954) 900-5507 | Facsimile: (954) 332-9260 |
| E-mail: bcobb@cobbeddy.com | E-mail: ab@beharbehar.com |
| ***Counsel for Defendants, Konstantin Bolotin and Sun Social Media, Inc.*** | Florida Bar No.: 166286 |
| | ***Counsel for Plaintiff*** |

## PRETRIAL DEADLINES AND TRIAL DATE

| | |
|---|---|
| November 8, 2015 | Joinder of Additional Parties and motions for class certification. |
| March 14, 2016 | Parties shall exchange expert witness summaries and reports as required by Local Rule 16.1.K. |
| July 18, 2016 | Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |
| July 15, 2016 | Parties exchange rebuttal expert witness summaries and reports as required by Local Rule 16.1.K. Note: These provisions pertaining to expert witnesses do not apply to treating physicians, psychologists or other health providers (if a *Daubert* or *Markman* hearing may be necessary, the parties are to add that as an additional deadline at the bottom of Attachment A). |
| June 15, 2016 | All discovery, including expert discovery, shall be completed. A mediator must be selected. |
| August 1, 2016 | All summary judgment, *Daubert*, and other dispositive motions must be filed. A **minimum of eight (8) weeks** is required for the Court to review dispositive motions prior to filing of the joint pretrial stipulation. **If no dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report.** |
| August 15, 2016 | Mediation shall be completed. |
| August 8, 2016 | All Pretrial Motions and Memoranda of Law must be filed. |
| July 18, 2016 | Joint Pretrial Stipulation must be filed. |
| July 18, 2016 | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| September 12, 2016 | Deposition designations must be filed. Beginning of Trial Period. Pretrial Hearing. |