UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,

    Plaintiff,

v.

CONSTANTIN LUCHIAN, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filing.  D.E. 35.

THE COURT has considered the Motion and the pertinent portions of the record, and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 35) is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th_ day of September, 2015.

*[signature]*
UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf