UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

        Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
and John Does 1-20,

        Defendants.

_____/

## JOINT NOTICE OF MEDIATOR DESIGNATION

    Plaintiff, HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART

and Defendants, by and through their respective counsel, hereby file this Joint Notice of

Mediator Designation pursuant to this Court's Order Referring Case to Mediation. The

parties to this action have conferred and have agreed upon the following mediator:

**John S. Freud**
Mediation Solutions, Inc.
Museum Tower
150 West Flagler Street, Suite 2700
Miami, FL 33130

1

Dated this 29th day of September, 2015.

Respectfully submitted,

| | |
|---|---|
| /s/Brady J. Cobb, Esq. | /s/Aaron Behar, Esq. |
| Brady J. Cobb, Esq. | Aaron Behar, Esq. |
| Tripp Scott | /s/Jaclyn Behar, Esq. |
| 110 S.E. 6th Street, 15th Floor | Jaclyn Behar, Esq. |
| Ft. Lauderdale, Florida 33302-4245 | BeharBehar |
| Telephone: (954) 527-4111 | 1840 North Commerce Parkway |
| Facsimile: (954) 900-5507 | Suite 1 |
| E-mail: bcobb@cemlaw.net | Weston, Florida 33326 |
| /s/Valentin Gurvits, Esq. | Telephone: (954) 688-7642 |
| Valentin Gurvits, Esq. *(pro hac vice application forthcoming)* | Facsimile: (954) 3323-9260 |
| /s/Matthew Shayefar, Esq. | E-mail: ab@beharbehar.com |
| Matthew Shayefar, Esq. *(pro hac vice application forthcoming)* |        jb@beharbehar.com |
| BOSTON LAW GROUP, PC | *Counsel for Plaintiff* |
| 825 Beacon Street, Suite 20 | |
| Newton Centre, MA 02459 | /s/Spencer D. Freeman, Esq. |
| Telephone: (617) 928-1804 | Spencer D. Freeman, Esq. |
| Facsimile: (617) 928-1802 | Freeman Law Firm, Inc. |
| Email: vgurvits@bostonlawgroup.com | 1107 ½ Tacoma Avenue South |
|        matt@bostonlawgroup.com | Tacoma, WA 98402 |
| *Counsel for Defendants,* | Telephone: (253) 383-4500 |
| *Constantin Luchian, Konstantin* | Facsimile: (253) 383-4501 |
| *Bolotin and Sun Social Media, Inc.* | E-mail: sfreeman@freemanlawfirm.org |
| | *Counsel for Plaintiff (Pro Hac Vice)* |