# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART<br><br>    Plaintiff,<br><br>v.<br><br>CONSTANTIN LUCHIAN, an individual, KONSTANTIN BOLOTIN, an individual, SUN SOCIAL MEDIA, INC., a corporation, individually and d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM; FEEDVID.COM; PLAYVIDS.COM; PEEKVIDS.COM; and John Does 1-20,<br><br>    Defendants. | **Case No. 1:15-cv-22134-UU** |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER AND AFFIRMATIVE DEFENSES

This cause came before the Court upon Defendants Constantin Luchian, Konstantin Bolotin, and Sun Social Media, Inc.'s Motion for Leave to Amend Answer and Affirmative Defenses.  This Court, having reviewed the Motion and being otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES:

The Motion is granted and the First Amended Answer to Complain and First Amended Affirmative Defenses attached as Exhibit 1 to the Motion shall be deemed filed and served as of the date of this Order.

1

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE