UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,

    Plaintiff,

v.

CONSTANTIN LUCHIAN, *et al.*,

    Defendants.
_____/

### ORDER

THIS CAUSE comes before the Court upon Defendants' Motion for Leave to Amend Answer and Affirmative Defenses.  D.E. 38.

THE COURT has considered the Motion and the pertinent portions of the record, and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that Defendants' Motion for Leave to Amend Answer and Affirmative Defenses (D.E. 38) is GRANTED.  Defendants' proposed Amended Answer to Complaint and First Amended Affirmative Defenses (D.E. 38-1), is hereby deemed effective.

DONE AND ORDERED in Chambers at Miami, Florida, this 16th day of October, 2015.

*[signature]*
_____
UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf