UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

        Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
*and John Does 1-20,*

        Defendants.
_____/

## PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE [DE 42] AND MOTION FOR ENLARGEMENT OF MEDIATION DEADLINE

COMES NOW, Plaintiff, by and through undersigned counsel, and files this Response to the Court's Order to Show Cause [DE 42] and Motion for Enlargement of Mediation Deadline, and as grounds therefore, states as follows:

1. The Court's Trial Order provides that mediation shall be conducted by February 8, 2016.

2. On September 30, 2015, the Parties submitted a Notice of Mediator Selection in which they agreed to retain John Freud as mediator [DE 37].

1

3. Since that time, the undersigned has been trying to coordinate the mediation with all Parties to this action, as well as with Mr. Freud's office.

4. Mr. Freud's demanding schedule prohibits him from conducting the mediation prior to February 8, 2015.

5. The parties have each conferred and agree that Mr. Freud is best suited to mediate this matter and the Parties are amenable to conducting mediation on a date and time on which Mr. Freud is available.

6. Accordingly, Plaintiff requests this Court enlarge the mediation deadline to April 15, 2016, which will provide the Parties an opportunity to secure a mediation date with Mr. Freud on a day on which he is available.

7. The requested enlargement of time will not prejudice any of the Parties and is not being submitted for purposes of delay. To the contrary, each of the Parties has agreed to this necessary enlargement of time.

8. Alternatively, should this Court not be inclined to grant the requested enlargement of time, then Plaintiff submits that the Parties be given an additional seven (7) days in which to confer and select a new mediator, and an additional five (5) days thereafter to coordinate a new mediation date.

WHEREFORE, Plaintiff respectfully requests this Honorable Court enter an Order enlarging the deadline to conduct mediation to April 15, 2016. Alternatively, Plaintiff requests the Court order the Parties to select a new mediator within seven (7) days and file a proposed order scheduling mediation within five (5) days thereafter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of November, 2015 we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brady J. Cobb, Esq.; Valentin Gurvits, Esq.; and Matthew Shayefar, Esq.

                Respectfully submitted,

                BeharBehar
                1840 North Commerce Parkway
                Suite One
                Weston, Florida 33326
                Telephone: (954) 688-7642
                Facsimile: (954) 332-9260
                E-mail: AB@BeharBehar.com

By:    */s/Aaron Behar, Esq.*
          Aaron Behar, Esq.
          Florida Bar No.: 166286
          */s/Jaclyn Behar, Esq.*
          Jaclyn Behar, Esq.
          Florida Bar No.: 63833
          ***Counsel for Plaintiff***

And:   */s/Spencer D. Freeman, Esq.*
          Spencer D. Freeman, Esq.
          Freeman Law Firm, Inc.
          1107 ½ Tacoma Avenue South
          Tacoma, WA 98402
          Telephone: (253) 383-4500
          Facsimile: (253) 383-4501
          E-mail: sfreeman@freemanlawfirm.org
          ***Counsel for Plaintiff (Pro Hac Vice)***

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-CV-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

    Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
et al.,

    Defendant.
_____/

## ORDER ON PLAINTIFF'S MOTION FOR ENLARGEMENT OF MEDIATION DEADLINE

**THIS CAUSE** having come before this Court upon Plaintiff's Motion for Enlargement of Mediation Deadline, and the Court having been fully advised in the premises, it is hereby

**ORDERED and ADJUDGED** as follows:

1. Plaintiff's motion is hereby **GRANTED**.

2. The mediation deadline is hereby extended from February 8, 2016 to _____.

**DONE and ORDERED** in Chambers at Miami-Dade, Florida, on this ___ day of _____, 2015.

                                                      _____
                                                      THE HONORABLE URSULA UNGARO
                                                      UNITED STATES DISTRICT JUDGE

***Copies furnished to:***
All counsel of record.