UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,

    Plaintiff,

v.

CONSTANTIN LUCHIAN, *et al.*,

    Defendants.
_____/

### ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon Plaintiff's Response to the Court's Order to Show Cause [D.E. 42] and Motion for Enlargement of Mediation Deadline. D.E. 44.

THE COURT has considered the Motion and the pertinent portions of the record, and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that Plaintiff's Response to the Court's Order to Show Cause [D.E. 42] and Motion for Enlargement of Mediation Deadline (D.E. 44) is GRANTED IN PART and DENIED IN PART. Plaintiff's Motion for Enlargement of Mediation Deadline is DENIED. The parties SHALL have until **Wednesday, November 25, 2015** to select an alternative mediator and file a Proposed Order Scheduling Mediation with the Court.

DONE AND ORDERED in Chambers, Miami, Florida, this _17th_ day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record.