UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

        Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
and John Does 1-20,

        Defendants.
_____/

## NOTICE OF SCHEDULING MEDIATION

The mediation conference in this matter shall be held with John Freud, Mediation Solutions, Inc., on **February 5, 2016 at 1:00pm** at 150 West Flagler Street, Suite 2700, Miami, Florida 33130. [1]

---

[1] On November 17, 2015, this Honorable Court entered an Order, D.E. 45, permitting the Parties to select a new mediator because Mr. Freud's schedule did not permit mediation to be coordinated prior to the deadline. Since then, Mr. Freud had a cancellation for February 5, 2016 and the Parties are able to proceed with Mr. Freud as their selected mediator.

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

1 of 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November, 2015 we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brady J. Cobb, Esq.; Valentin Gurvits, Esq.; and Matthew Shayefar, Esq.

          Respectfully submitted,

          BeharBehar
          1840 North Commerce Parkway
          Suite One
          Weston, Florida 33326
          Telephone: (954) 688-7642
          Facsimile: (954) 332-9260
          E-mail: AB@BeharBehar.com

By:   */s/Aaron Behar, Esq.*
       Aaron Behar, Esq.
       Florida Bar No.: 166286
       */s/Jaclyn Behar, Esq.*
       Jaclyn Behar, Esq.
       Florida Bar No.: 63833
       ***Counsel for Plaintiff***

And:  */s/Spencer D. Freeman, Esq.*
       Spencer D. Freeman, Esq.
       Freeman Law Firm, Inc.
       1107 ½ Tacoma Avenue South
       Tacoma, WA 98402
       Telephone: (253) 383-4500
       Facsimile: (253) 383-4501
       E-mail: sfreeman@freemanlawfirm.org
       ***Counsel forPlaintiff (Pro Hac Vice)***

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

2 of 3