UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,

    Plaintiff,

v.

CONSTANTIN LUCHIAN, *et al.*,

    Defendants.
_____/

## ORDER SCHEDULING MEDIATION

The Mediation Conference in this matter shall be held with John Freud with Mediation Solutions, Inc. on February 5, 2016 at 1:00 p.m. at 150 West Flagler Street, Suite 2700 Miami, Florida 33130.  It is hereby

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of November, 2015.

*[signature]*

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf