UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

      Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
and John Does 1-20,

      Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO STRIKE AMENDED AFFIRMATIVE DEFENSES WITH SUPPORTING MEMORANDUM OF LAW (D.E. #43)**

    Plaintiff, HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART, (hereinafter referred to as "HYNDENTRA" or "Plaintiff"), by and through its undersigned counsel, and pursuant to the applicable Federal Rules of Civil Procedure, files this, its Motion for Enlargement of Time to File Reply to Defendants' Response to Plaintiff's Motion to Strike Amended Affirmative Defenses with Supporting Memorandum of Law, and states as follows:

BeharBehar ⬥ 1840 North Commerce Parkway ⬥ Suite One ⬥ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

**1 of 3**

1. Defendant filed the aforementioned Response on November 16, 2015, thereby making Plaintiff's Reply in Support of its Motion to Strike Affirmative Defenses due on or before November 27, 2015.[1]

2. Due to the intervening Court Holidays, scheduling conflicts and the undersigned's travel plans, Plaintiff respectfully requests an additional ten (10) days to reply to Defendants' Response to Plaintiff's Motion to Strike Amended Affirmative Defenses. If this Motion were granted, Plaintiff would be required to file a reply by December 10, 2015.

3. In light of the foregoing, Plaintiff respectfully requests that this Honorable Court grant the instant Motion and provide Plaintiff an enlargement of time to file its Reply memorandum.

4. This Motion is not being filed for the purpose of delay and its entry will not result in prejudice to the parties.

5. Counsel for all parties have conferred and agreed to the relief sought herein.

WHEREFORE, undersigned counsel for Plaintiff respectfully request that this Honorable Court grant the instant Motion, and afford any other relief this Court deems just and appropriate.

---

[1] While the docket states that the Reply is due on November 27, 2015, November 27, 2015 is a Court holiday and therefore the response is due on November 30, 2015.

BeharBehar ⬥ 1840 North Commerce Parkway ⬥ Suite One ⬥ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

**2 of 3**

        Respectfully submitted,

        BeharBehar
        1840 North Commerce Parkway
        Suite One
        Weston, Florida 33326
        Telephone: (954) 688-7642
        Facsimile: (954) 332-9260
        E-mail: AB@BeharBehar.com

By:   */s/Aaron Behar, Esquire*
        Aaron Behar, Esquire
        Florida Bar No.: 166286
        Jaclyn Behar, Esquire
        Florida Bar No.: 63833
        ***Counsel for Plaintiff***

And:   Spencer D. Freeman
        Freeman Law Firm, Inc.
        1107 ½ Tacoma Avenue South
        Tacoma, WA 98402
        Telephone:  (253) 383-4500
        Facsimile:  (253) 383-4501
        E-mail: sfreeman@freemanlawfirm.org
        ***Counsel for Plaintiff***
        (Moving for Admission pro hac vice)

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

3 of 3