UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,

    Plaintiff,

v.

CONSTANTIN LUCHIAN, *et al.*,

    Defendants.
_____/

### ORDER

THIS CAUSE is before the Court upon Plaintiff's Unopposed Motion for Enlargement of Time to File Reply to Defendants' Response to Plaintiff's Motion to Strike Amended Affirmative Defenses.  D.E. 48.

THE COURT has considered the Motion and the pertinent portions of the record, and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that Plaintiff's Unopposed Motion for Enlargement of Time to File Reply to Defendants' Response to Plaintiff's Motion to Strike Amended Affirmative Defenses (D.E. 48) is GRANTED IN PART and DENIED IN PART.  Plaintiff SHALL file its Reply by **Tuesday, December 1, 2015**.

DONE AND ORDERED in Chambers, Miami, Florida, this 30th\_\_ day of November, 2015.

                                                                           */s/ Ursula Ungaro*
                                                       UNITED STATES DISTRICT JUDGE

cc: counsel of record.