UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

      Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
*and John Does 1-20,*

      Defendants.
_____/

## INTERIM JOINT STATUS REPORT

COME NOW, the Parties, in compliance with the Court's Order dated September 14, 2015 (DE 33), and file this, their Joint Status Report, and states as follows:

1. Have all the Defendants been served and answered the Complaint? If not, state the reason(s) for the failure to do so.

**ANSWER:**

Yes, all Defendants have been served in this matter, and have filed a response to Plaintiff's Complaint.

1

2. If this is a class action, has a motion for class certification been filed? If so, what is its status?

**ANSWER:** N/A

3. If discovery is not closed, what is the parties' agreed upon plan for the completion of discovery by the deadline, including but not limited to the exchange of all relevant electronically stored information?

**ANSWER:**

Discovery is not closed. Plaintiff served its first discovery requests on October 5, 2015, and Defendants served their responses onto Plaintiff on November 11, 2015 and November 17, 2015. Plaintiff emailed Defendant with a draft of a Motion to Compel Discovery Responses on December 1, 2015, and counsel for Defendant stated they stood by their objections. As such, Plaintiff filed its Motion to Compel Discovery Responses (D.E. 51) on December 2, 2015. Plaintiff's Motion to Compel is currently set for hearing on December 16, 2015 before Magistrate Judge Alicia M. Otazao-Reyes. Plaintiff served second discovery requests on Sun Social, Inc. on December 1, 2015. The parties will continue to engage in discovery and attempt to resolve any discovery issues without court intervention.

Because discovery is still pending, the parties have not identified individuals to be deposed. However, the parties will work to schedule all necessary depositions before the close of discovery pursuant to the Trial Order.

4. Are there any motions pending? If so, indicate the status of each motion separately.

**ANSWER:**

2

Plaintiff's Motion to Compel discovery (D.E. 51) from Sun Social. A hearing has been scheduled for December 16, 2015.

5. Have the parties filed their Notice of Selection of Mediator as required by the Court's Order of Referral to Mediator?

**ANSWER:**

Yes, the Notice of Selection of Mediator was filed with the Court on September 30, 2015 (DE 37).

6. Have the parties agreed to a place, date and time for mediation and has the lead attorney for the plaintiff(s) completed the form Order Scheduling Mediation and submitted it to the Court? If not, state the reason(s) for the failure to do so.

**ANSWER:**

Yes, the Order Scheduling Mediation was filed with the Court on November 18, 2015 (DE 46); mediation is currently scheduled for February 6, 2016.

7. Have the parties engaged in informal settlement negotiations? If so, explain the extent of the negotiations. If not, explain the reason(s) for the failure to do so.

**ANSWER:**

The parties have not engaged in meaningful settlement discussions as of this time, as discovery is still ongoing.

8. If the case is less than five (5) days to try, have the parties conferred and have they agreed to trial before a U.S. Magistrate Judge, wherein a date certain for trial may be given?

**ANSWER:**

This matter is scheduled for the two-week period commencing May 2, 2016, pursuant to the Court's Trial Order dated September 14, 2015 (D.E. 33). The parties do not consent to a trial before the Magistrate Judge.

Dated this 10th day of December, 2015.

| | |
|---|---|
| /s/Brady J. Cobb, Esq. <br> Brady J. Cobb, Esq. <br> Tripp Scott <br> 110 S.E. 6th Street, 15th Floor <br> Ft. Lauderdale, Florida 33302-4245 <br> Telephone: (954) 527-4111 <br> Facsimile: (954) 900-5507 <br> E-mail: bcobb@cemlaw.net <br> /s/Valentin Gurvits, Esq. <br> Valentin Gurvits, Esq. <br> /s/Matthew Shayefar, Esq. <br> Matthew Shayefar, Esq. <br> BOSTON LAW GROUP, PC <br> 825 Beacon Street, Suite 20 <br> Newton Centre, MA 02459 <br> Telephone: (617) 928-1804 <br> Facsimile: (617) 928-1802 <br> Email: vgurvits@bostonlawgroup.com <br>     matt@bostonlawgroup.com <br> ***Counsel for Defendants,*** <br> ***Constantin Luchian, Konstantin*** <br> ***Bolotin and Sun Social Media, Inc.*** | /s/Aaron Behar, Esq. <br> Aaron Behar, Esq. <br> /s/Jaclyn Behar, Esq. <br> Jaclyn Behar, Esq. <br> BeharBehar <br> 1840 North Commerce Parkway <br> Suite 1 <br> Weston, Florida 33326 <br> Telephone: (954) 688-7642 <br> Facsimile: (954) 3323-9260 <br> E-mail: ab@beharbehar.com <br>     jb@beharbehar.com <br> ***Counsel for Plaintiff*** <br> <br> /s/Spencer D. Freeman, Esq. <br> Spencer D. Freeman, Esq. <br> Freeman Law Firm, Inc. <br> 1107 ½ Tacoma Avenue South <br> Tacoma, WA 98402 <br> Telephone: (253) 383-4500 <br> Facsimile: (253) 383-4501 <br> E-mail: sfreeman@freemanlawfirm.org <br> ***Counsel for Plaintiff (Pro Hac Vice)*** |