UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22134-CIV-UNGARO/OTAZO-REYES

HYDENTRA HLP INT. LIMITED
a foreign corporation
d/b/a Metart d/b/a Sexart,

    Plaintiff,

v.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS.COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS.COM;
PEEKVIDS.COM; and
John Does 1-20,

    Defendants.

_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff Hydentra HLP Int. Limited's ("Plaintiff") Motion to Compel Defendant Sun Social Media, Inc.'s ("Defendant") Answers to Plaintiff's Request for Production (hereafter, "Motion to Compel") [D.E. 51]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Ursula Ungaro, United States District Judge [D.E. 52]. The undersigned held a hearing on this matter on December 16, 2015. At the hearing, Plaintiff's counsel represented to the Court that the Motion to Compel was withdrawn as to Request for Production No. 4. In accordance with the undersigned's rulings at the hearing, it is

    ORDERED AND ADJUDGED as follows:

- The Motion to Compel is GRANTED IN PART as to Requests for Production Nos. 9 and 17. Defendant shall supplement its responses to: Request for Production No. 9 with Defendant's year end financials from 2009-2015; and Request for Production No. 17 with corporate documents available on Sunbiz.org.

- The Motion to Compel is DENIED WITHOUT PREJUDICE as to:

  - Requests for Production Nos. 6-8 and 10-16, based on Defense counsel's representation that there are no additional communications beyond those produced relating to uploading materials onto Defendant's websites. Plaintiff may inquire further into these matters at deposition.

  - Request for Production No. 5, based on the production of SSM30001, SSM50628 through SSM51571, and Defense counsel's representation that there are no additional responsive documents.

  - Request for Production No. 18. Plaintiff may seek information regarding ownership of Defendant via interrogatories.

  - Request for Production No. 19, based on the representation that Defendant has only filed tax returns for 2009-2010, which were produced, subject to supplementation when tax returns for 2011-2015 are filed.

- The Motion to Compel is DENIED as to Request for Production No. 20, given that Defendant's supplementation for Request for Production No. 9 encompasses this request.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of December, 2015.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:   United States District Ursula Ungaro
      Counsel of Record