UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART

    Plaintiff,

v.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM and
PEEKVIDS.COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS.COM;
PEEKVIDS.COM; and
John Does 1-20,

    Defendants.

Case No.
1:15-cv-22134-UU

**AFFIDAVIT OF KONSTANTIN BOLOTIN
IN SUPPORT OF
DEFENDANTS' MOTION TO BIFURCATE**

I, Konstantin Bolotin, do affirm and state as follows:

    1.    I am a Director of Defendant Sun Social Media, Inc. ("SSM") and a named defendant in the above captioned action. Unless otherwise stated, this declaration is based on my personal knowledge, my consultation with other SSM employees and managers, and my review of SSM's business records. All statements contained in this declaration are true and correct to the best of my knowledge. If called as a witness, I could and would testify as to the facts set forth in this affidavit.

1

2. The allegedly infringing files that form the basis for Plaintiff Hydentra HLP Int. Limited's ("Hydentra") Complaint were not uploaded onto the websites by SSM, myself or Constantin Luchian. They were uploaded by unrelated third party users of the websites.

3. SSM did not have actual knowledge that the allegedly infringing materials on SSM's websites were infringing, or, in the absence of such actual knowledge, was not aware of facts or circumstances from which the allegedly infringing activity was apparent, or, upon obtaining such knowledge or awareness, acted expeditiously to remove, or disable access to, the allegedly infringing material.

4. SSM does not receive a financial benefit directly attributable to any allegedly infringing activity.

5. Upon notification of claimed infringement, SSM acts expeditiously to remove, or disable access to, the material that is claimed to be infringing (usually within 48 business hours).

6. SSM has, at all relevant times, designated an agent to receive notifications of claimed infringement by making available through its Websites and by providing to the Copyright Office the information for its agent. Attached hereto as Exhibit 1 are copies of all designation forms that SSM has filed with the United States Copyright Office.

7. SSM has adopted and reasonable implemented, and has informed users of SSM's websites of, a policy that provides for the termination in appropriate circumstances of users who are repeat infringers. That policy is stated in the Terms of Use for the websites and was produced to Plaintiff in the course of this litigation. Moreover, SSM has produced to Plaintiff in the course of this litigation hundreds of pages of information about users that have been terminated in accordance with the repeat infringement policy.

8. SSM accommodates and does not interfere with standard technical measures that are used by copyright owners to identify or protect copyrighted works.

Signed under the pains and penalties of perjury this 30th day of December, 2015.

RAYMOND A. DEQUARTO
Notary Public, State of Florida
Commission# FF 123597
My comm. expires June 2, 2018

12/30/2015

Konstantin Bolotin, individually and as Director of Sun Social Media, Inc.

3

# Exhibit 1

# Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** Sun Social Media, Inc.

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** findandtry.com, findandtry.me, findandtry.br.com

**Address of Service Provider:** 21218 St. Andrews Blvd., Suite 114, Boca Raton, FL 33433

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Constantin Luchian

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): 1007 N. Federal Hwy., Suite 240, Fort Lauderdale, FL 33304

**Telephone Number of Designated Agent:** (954) 773-8743

**Facsimile Number of Designated Agent:** (954) 414-0865

**Email Address of Designated Agent:** abuse@findandtry.com

**Signature of Officer or Representative of the Designating Service Provider:** _____  **Date:** 8/31/2010

**Typed or Printed Name and Title:** Konstantin Bolotin, President

Note: This Interim Designation Must be Accompanied by a Filing Fee* Made Payable to the Register of Copyrights.
*Note: Current and adjusted fees are available on the Copyright website at www.copyright.gov/docs/fees.html

Scanned
SEP 17 2010

Mail the form to:
Copyright RRP
P.O. Box 71537
Washington, DC 20024


162689620

Library of Congress Received
SEP 0 2 2010
U.S. Copyright Office

# Amended Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** Sun Social Media Inc

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** findandtry.com, playvid.com

**Address of Service Provider:** 1001 Brickell Bay Dr., Suite 2700, Miami FL 33131

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Constantin Luchian

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): 6750 N. Andrews Ave., Suite 200, Fort Lauderdale FL 33309

**Telephone Number of Designated Agent:** (954) 773 8743

**Facsimile Number of Designated Agent:** (954) 414 0865

**Email Address of Designated Agent:** abuse@findandtry.com; abuse@playvid.com

Identify the Interim Designation to be Amended, by Service Provider Name and Filing Date, so that it may be Readily Located in the Directory Maintained by the Copyright Office: Sun Social Media Inc; 9/2/2010

Signature of Officer or Representative of the Designating Service Provider:  Date: 1/1/2013

Typed or Printed Name and Title: Konstantin Bolotin, President

Scanned
MAR 1 5 2013

Note: This Amended Interim Designation Must be Accompanied by a Filing Fee*
Made Payable to the Register of Copyrights.
*Note: Current and adjusted fees are available on the Copyright website at www.copyright.gov/docs/fees.html

Mail the form to:
**Copyright I&R/Recordation**
P.O. Box 71537
Washington, DC 20024

164198302

Received
FEB 2 7 2013
Copyright Office

# Amended Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** Sun Social Media Inc

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** findandtry.com, playvid.com

**Address of Service Provider:** 1001 Brickell Bay Dr., Suite 2700, Miami, FL 33131

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Constantin Luchian

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): 6750 N. Andrews Ave., Suite 200, Fort Lauderdale FL 33309

**Telephone Number of Designated Agent:** (954) 773 8743

**Facsimile Number of Designated Agent:** (954) 414 0865

**Email Address of Designated Agent:** abuse@findandtry.com, abuse@playvid.com

Identify the Interim Designation to be Amended, by Service Provider Name and Filing Date, so that it may be Readily Located in the Directory Maintained by the Copyright Office: Sun Social Media Inc, received 2/27/2013; scanned 3/15/2013

[signature redacted] esignating Service Provider:
Date: 1/19/2014

Typed or Printed Name and Title: Valentin Gurvits, Attorney

Note: This Amended Interim Designation Must be Accompanied by a Filing Fee*
Made Payable to the Register of Copyrights.
*Note: Current and adjusted fees are available on the Copyright website at www.copyright.gov/docs/fees.html

Mail the form to:
Copyright I&R/Recordation
P.O. Box 71537


164370561

Received
JAN 2 3 2014
Copyright Office

 INCORPORATE**NOW**  incorporatenow.com

# Amended Interim Designation of Agent to Receive Notification of Claimed Infringement

| | |
|---|---|
| Full Legal Name of Service Provider | Sun Social Media Inc |
| Alternative Name(s) of Service Provider (including all names under which the serviceprovider is doing business) | findandtry.com, playvids.com, playvid.com, peekvids.com, sunsocialmedia.com |
| Address of Service Provider | 1001 Brickell Bay Dr., Suite 2700<br>Miami, FL 33131<br>United States |
| Name of Agent Designated to Receive Notification of Claimed Infringement | Copyright Agent |
| Full Address of Designated Agent to which Notification Should be Sent<br>(a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location) | 6750 N. Andrews Ave., Suite 200<br>Fort Lauderdale FL 33309 |
| Telephone Number of Designated Agent : | (800) 371-1217 |
| Facsimile Number of Designated Agent : | (800) 371-0235 |
| Email Address of Designated Agent : | legal@sunsocialmedia.com |
| Identify the Interim Designation to be Amended, by Service Provider Name and Filing Date, so that it may be Readily Located in the Directory Maintained by the Copyright Office | Sun Social Media Inc<br>1/23/2014 |
| Signature of Officer or Representative of the Designating Service Provider | [redacted] |
| Date | 7-30-15 |
| Typed or Printed Name and Title: | Valentin Gurvits, Attorney |

Scanned
AUG 2 4 2015

Received
AUG 03 2015
Copyright Office

 incorporatenow.com

# Amended Interim Designation of Agent to Receive Notification of Claimed Infringement

| | |
|---|---|
| Full Legal Name of Service Provider | Sun Social Media Inc |
| Alternative Name(s) of Service Provider (including all names under which the serviceprovider is doing business) | findandtry .com, playvids.com , playvid.com , peekvids.com, sunsocialmedia.com, feedvid.com |
| Address of Service Provider | 1001 Brickell Bay Dr., Suite 2700<br>Miami, FL33131<br>United States |
| Name of Agent Designated to Receive Notification of Claimed Infringement | Copyright Agent |
| Full Address of Designated Agent to which Notification Should be Sent<br><br>(a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location) | 6750 N. Andrews Ave., Suite 200<br>Fort Lauderdale FL 33309 |
| Telephone Number of Designated Agent : | (800) 371-1217 |
| Facsimile Number of Designated Agent : | (800) 371-0235 |
| Email Address of Designated Agent : | legal@sunsocialmedia.com |
| Identify the Interim Designation to be Amended, by Service Provider Name and Filing Date, so that it may be Readily Located in the Directory Maintained by the Copyright Office | Sun Social Media Inc<br>8/03/2015 |
| Signature of Officer or Representative of the Designating Service Provider | *[signature]* |
| Date | 10-8-15 |
| Typed or Printed Name and Title: | Valentin Gurvits, Attorney |