UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

      Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
and John Does 1-20,

      Defendants.
_____/

## NOTICE OF FIRM NAME CHANGE

NOTICE IS HEREBY GIVEN by undersigned counsel for Plaintiff, that the correct Firm name for Jaclyn A. Behar, Esq. is **BeharBehar**, not Jaclyn A. Bentley, P.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of January, 2016 we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brady J. Cobb, Esq.; Valentin Gurvits, Esq.; and Matthew Shayefar, Esq.

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

1 of 2

|       | Respectfully submitted, |
|-------|-------------------------|
|       | BeharBehar<br>1840 North Commerce Parkway<br>Suite One<br>Weston, Florida 33326<br>Telephone: (954) 688-7642<br>Facsimile: (954) 332-9260<br>E-mail: AB@BeharBehar.com |
| By:   | */s/Aaron Behar, Esq.*<br>Aaron Behar, Esq.<br>Florida Bar No.: 166286<br>*/s/Jaclyn Behar, Esq.*<br>Jaclyn Behar, Esq.<br>Florida Bar No.: 63833<br>***Counsel for Plaintiff*** |
| And:  | */s/Spencer D. Freeman, Esq.*<br>Spencer D. Freeman, Esq.<br>Freeman Law Firm, Inc.<br>1107 ½ Tacoma Avenue South<br>Tacoma, WA 98402<br>Telephone: (253) 383-4500<br>Facsimile: (253) 383-4501<br>E-mail: sfreeman@freemanlawfirm.org<br>***Counsel forPlaintiff (Pro Hac Vice)*** |

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

2 of 2