```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
                                    MIAMI DIVISION

                                    CASE NO: 1:15-CV-22134-UU
```

Hydentra HLP Int. Limited d/b/a
Metart,

    Plaintiff,

v.                                               MEDIATOR'S REPORT

Constantin Luchian, et al.,

    Defendants.
_____/

Mediator, John S. Freud, files this Mediator's Report, and states:

1. The parties and/or their respective counsel and/or representative(s), attended mediation on 2/5/2016.

2. The above matter did not settle.

3. All matters discussed at the mediation shall remain privileged and confidential, unless otherwise agreed by all parties. Each party and/or counsel shall pay their agreed share of the Mediation fees and costs. The Court shall retain jurisdiction concerning the Mediation process and/or Mediation fees/costs.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served this 5th day of February, 2015, upon counsel of record.

```
                         MEDIATION SOLUTIONS, INC.
                         Museum Tower, Suite 2700
                         150 West Flagler Street
                         Miami, FL 33130
                         Telephone: (305) 371-9120
                         Facsimile: (305) 371-9197
                         Cell: (305) 725-0827
                         Jfreud@msolinc.net

                         By:  /s/ John S. Freud
                              JOHN S. FREUD - Mediator
                              FL BAR NO. 328308
```

10600-238-jsf