UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

      Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
and John Does 1-20,

      Defendants.

_____/

## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER PROTECTING PLAINTIFF FROM RESPONDING TO DEFENDANTS' INTERROGATORIES SERVED JANUARY 6, 2016

Pursuant to Federal Rules of Civil Procedure 26, Plaintiff, HYDENTRA HLP INT. LIMITED d/b/a METART (hereinafter "Plaintiff"), through its undersigned counsel, moves for entry of an order protecting it from responding to Defendants', KONSTANTIN BOLOTIN AND SUN SOCIAL MEDIA INC., Interrogatories served on January 6, 2016 and in support thereof states the following:

1

1.      On September 14, 2015, this Court entered a Trial Order, requiring that "[a]ll discovery *must be completed by* January 22, 2016". (D.E. #33) (emphasis added)[1].

2.      On January 6, 2016, Konstantin Bolotin served his First Set of Interrogatories, and Sun Social Media, Inc. served its First Set of Interrogatories and First Request for Production.

3.      The deadline for Plaintiff to respond to Defendants' discovery is February 8, 2016, which notably falls outside the discovery deadline.

4.      Defendants' discovery is inappropriate and objectionable as it requires responses that would fall outside of the period permitted for discovery.

5.      Without prejudice to the relief sought in this Motion and in the spirit of good faith and fair disclosure prior to trial, Plaintiff will be responding, in part, to Sun Social Media's Request for Production of documents. However, Plaintiff objects to the Defendants' Interrogatories for the reasons set forth herein.

6.      Undersigned counsel for Plaintiff has conferred with counsel for Defendants who opposes the relief sought in this motion.

        WHEREFORE, Plaintiff moves for a Protective Order protecting it from responding to Defendants' Konstantin Bolotin and Sun Social Media, Inc., Interrogatories served on January 6, 2016.

## MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

        A scheduling order "may be modified only for good cause and with the judge's consent". Fed. R. Civ. P. 16(b)(4). The Court also has authority under Rules 33(b)(2) and

---

[1] Pursuant to the Court's Order to Show Cause, the deadline for discovery is January 29, 2016. (D.E. # 42).

34(b)(2)(A) to shorten response times. To meet the good cause standard, Defendants must show that, despite their diligence, they could not reasonably have met the deadlines imposed in the scheduling order. *See S&W Enters., L.L.C. v. SouthTrust Bank of Ala., N.A.*, 315 F.3d 533, 535 (5th Cir. 2003).

Defendants have not made this showing. Specifically, all Defendants responded to Plaintiff's Complaint on September 1, 2015. Plaintiff then timely served Requests for Production and Interrogatories on October 5, 2015 and December 2, 2015, respectively. Defendants have not shown good cause as to why their first discovery requests were not served on Plaintiff until January 6, 2016. Moreover, Defendants never sought relief from this Court prior to the discovery deadline in an effort to extend such deadline. Plaintiff should not be prejudiced by Defendants' handling of this action, and their late inclination to serve discovery on Plaintiff for the first time.

## CERTIFICATION OF 7.1 CONFERENCE

Counsel for Plaintiff has conferred with counsel for Defendants, Brady J. Cobb, Esq., and represents that Mr. Cobb *opposes* the relief requested herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of February, 2016 we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brady J. Cobb, Esq.

Respectfully submitted,

BeharBehar
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: AB@BeharBehar.com

By:   */s/Aaron Behar, Esquire*
Aaron Behar, Esquire
Florida Bar No.: 166286
Jaclyn Behar, Esquire
Florida Bar No.: 63833
            ***Counsel for Plaintiff***

And:   Spencer D. Freeman
            Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone:  (253) 383-4500
Facsimile:  (253) 383-4501
E-mail:
sfreeman@freemanlawfirm.org
***Counsel for Plaintiff***
(Moving for Admission pro hac vice)

4