UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,

    Plaintiff,

v.

CONSTANTIN LUCHIAN, *et al.*,

    Defendants.
_____/

## ORDER

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate Judge ALICIA M. OTAZO-REYES to take all necessary and proper action as required by law with respect to Plaintiff's Motion for Protective Order Protecting Plaintiff from Responding to Defendants' Interrogatories Served January 6, 2016 (D.E. 65), and any motions for extension or enlargement of time that relate to such motions. Pursuant to this referral order, it is also

ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties in this case to note that courtesy copies of all materials necessary to the resolution of the referred matter shall be directed to the magistrate judge's chambers.

DONE AND ORDERED in Chambers at Miami, Florida, this 8th__ day of February, 2016.

                                                                      _____
                                                                      UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf