**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART, <br><br>    Plaintiff, <br><br> v. <br><br> CONSTANTIN LUCHIAN, an individual, KONSTANTIN BOLOTIN, an individual, SUN SOCIAL MEDIA, INC., a corporation, individually and d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM; FEEDVID.COM; PLAYVIDS.COM; PEEKVIDS.COM; and John Does 1-20, <br><br>    Defendants. | **Case No.** <br> **1:15-cv-22134-UU** |

**STATEMENT OF MATERIAL FACTS AS TO WHICH IT IS CONTENDED THAT THERE DOES NOT EXIST A GENUINE ISSUE TO BE TRIED IN SUPPORT OF CONSTANTIN LUCHIAN'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1(a), Defendant Constantin Luchian ("Mr. Luchian") submits this statement of material facts to which SSM contends there does not exist a genuine issue to be tried.

1. Mr. Luchian is an owner, employee, and director of IncorporateNow, Inc. ("INI"), a company that provides certain administrative and financial services to its clients. Declaration of Constantin Luchian in Support of Motion for Summary Judgment ["Luchian Decl."], ¶ 1.

1

2. INI provides services to its clients in four broad categories: corporate formation and compliance, financial services (such as bookkeeping), DMCA agent services, and trademark registration services.  Luchian Decl., ¶ 3.

3. INI provides such services to its clients strictly on a service provider model.  Luchian Decl., ¶ 4.

4. INI has more than 75 clients to which it provides services of one kind or another.  Luchian Decl., ¶ 5.

5. Defendant Sun Social Media, Inc. ("SSM") has utilized INI's services in three areas: (1) INI assisted SSM in the preparation and filing of SSM's incorporation papers; (2) IMI provides bookkeeping services to SSM, and (3) INI serves as the designated DMCA agent for receipt of takedown notices for SSM.  Luchian Decl., ¶ 6.

6. SSM and INI have no common ownership.  Luchian Decl., ¶ 7.

7. Neither INI nor Mr. Luchian are employees of SSM.  Luchian Decl., ¶ 8.

8. Neither INI nor Mr. Luchian are owners of SSM.  Luchian Decl., ¶ 8.

9. Neither INI nor Mr. Luchian are directors of SSM.  Luchian Decl., ¶ 8.

10. Neither INI nor Mr. Luchian exercise any control over the operations of SSM.  Luchian Decl., ¶ 8.

11. The only relationship between SSM and INI is that SSM pays IMI to provide the services listed above.  Luchian Decl., ¶ 9.

12. Neither INI nor Mr. Luchian have any control over the websites playvid.com, feedvid.com, playvids.com or peekvids.com (the "Websites").  Luchian Decl., ¶ 10.

13. INI and Mr. Luchian have no access or control over what is posted on the Websites; nor can they remove materials from the Websites; nor do they have access to the servers on which the Websites are hosted. Luchian Decl., ¶ 11.

14. Neither INI nor Mr. Luchian have any financial interest in the performance of SSM or the Websites. Luchian Decl., ¶ 12.

15. INI charges SSM for services rendered in the same manner in which it charges all of its other clients. Luchian Decl., ¶ 13.

16. Mr. Luchian did not upload any of the files-in-suit in this matter. Luchian Decl., ¶ 14.

17. Mr. Luchian did not upload any vides at all onto the Websites. Luchian Decl., ¶ 15.

18. Mr. Luchian did not have any actual knowledge of infringement on the Websites. Luchian Decl., ¶ 16.

19. Mr. Luchian was not aware of any facts that would have made specific infringement obvious to a reasonable person. Luchian Decl., ¶ 17.

**Respectfully submitted:**

/s/ Brady J. Cobb
Brady J. Cobb, Esquire
Florida Bar No. 031018
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile (954) 900-5507
bcobb@cobbeddy.com

*Attorney for Defendants*
*Constantin Luchian,*
*Konstantin Bolotin and*
*Sun Social Media Inc.*

Dated: February 12, 2016

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below this 12th day of February, 2016.

/s/ Brady J. Cobb
Brady J. Cobb

## SERVICE LIST

Aaron Behar, Esquire
Jaclyn Behar, Esquire
BEHARBEHAR
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
AB@BeharBehar.com
JB@BeharBehar.com

Spencer D. Freeman
Freeman Law Firm, Inc.
1107 1/2 Tacoma Avenue South
Tacoma, Washington 98402
Telephone: (206) 516-3800
Facsimile: (206) 516-3888
sfreeman@freemanlawfirm.org