UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART<br><br>Plaintiff,<br><br>v.<br><br>CONSTANTIN LUCHIAN, an individual, KONSTANTIN BOLOTIN, an individual, SUN SOCIAL MEDIA, INC., a corporation, individually and d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM; FEEDVID.COM; PLAYVIDS.COM; PEEKVIDS.COM; and John Does 1-20,<br><br>Defendants. | Case No.<br>1:15-cv-22134-UU |

DECLARATION OF CONSTANTIN LUCHIAN
IN SUPPORT OF
MOTIONS FOR SUMMARY JUDGMENT

I, Constantin Luchian, do declare and state as follows:

1. I am an owner, employee and director of IncorporateNow, Inc. ("INI") and a named defendant in the above captioned action. Unless otherwise stated, this declaration is based on my personal knowledge and my review of INI's business records. All statement contained in this declaration are true and correct to the best of my knowledge. If called as a witness, I could and would testify as to the facts set forth in this declaration.

2. INI provides certain administrative and financial services to its clients.

1

3. INI provides services to its clients in four broad categories: corporate formation and compliance, financial services (such as bookkeeping), DMCA agent services, and trademark registration services.

4. INI provides such services to its clients strictly on a service provider model.

5. INI has more than 75 clients to which it provides services of one kind or another.

6. Defendant Sun Social Media, Inc. ("SSM") has utilized INI's services in three areas: (1) INI assisted SSM in the preparation and filing of SSM's incorporation papers; (2) INI has provided bookkeeping services to SSM, and (3) INI serves as the designated DMCA agent for receipt of takedown notices for SSM.

7. SSM and INI have no common ownership.

8. Neither INI nor I are employees of SSM. Neither INI nor I are owners of SSM. Neither INI nor I are directors of SSM. Neither INI nor I exercise any control over the operations of SSM.

9. The only relationship between SSM and INI is that SSM pays INI to provide the services listed above.

10. Neither INI nor I have any control over the websites playvid.com, feedvid.com, playvids.com or peekvids.com (the "Websites").

11. INI and I have no access or control over what is posted on the Websites. Neither INI nor I can remove material from the Websites. Neither INI nor I have access to the servers on which the Websites are hosted.

12. Neither INI nor I have any financial interest in the performance of SSM or the Websites.

13. INI charges SSM for services rendered in the same manner in which it charges all of its other clients.

14. I did not upload any of the files-in-suit in this above captioned matter.

15. I did not upload any videos at all onto the Websites.

16. I did not have any actual knowledge of infringement on the Websites.

17. I was not aware of any facts that would have made specific infringement obvious to a reasonable person.

18. INI uses "Regus" at its Regus Cypress Park West #1870 office at 6750 North Andrews Avenue, 2nd Floor in Fort Lauderdale, Florida (the "Office") for "virtual" office space services.

19. When packages and mail for INI are delivered to Regus at the Office, they are delivered to a receptionist in the waiting room of the Office.

20. In my discussions with staff at the Regus, particularly a woman named Carmen Jusino, I understand that when they receive packages and mail, the staff store them in a particular space mixed with the packages and mail of the other tenants of Regus at the Office.

21. Ms. Jusino told me that she did not remember receiving any package from Jason S. Tucker for Battleship Stance LLC sent by USPS with tracking number 9468 7036 9930 0000 6353 65 on behalf of INI in or about January of 2015.

22. Ms. Jusino also told me that the space where packages and mail are stored is used by other tenants who pick up a lot of mail as well, so it is possible that if she did receive the package from Mr. Tucker that she placed it into the common holding space and it was unintentionally given or taken by another tenant.

23. I never personally received any package from Jason S. Tucker for Battleship Stance LLC sent by USPS with tracking number 9468 7036 9930 0000 6353 65.

Signed under the paints and penalties of perjury this 12th day of February, 2016.

_____
Constantin Luchian

STATE OF FLORIDA
COUNTY OF ____PALM BEACH____

    I hereby certify that on February 12, 2016, personally appeared before me, an officer duly authorized to administer oaths and take acknowledgments, Constantin Luchian, to me well known to be the person described or who has produced ____FL /DL____ as identification and who did take an oath and who executed the foregoing document, acknowledging before me that he executed the same freely and voluntarily for the purposes therein expressed.

_____
Notary Public

**JULIA VARGAS**
Notary Public, State of Florida
Commission# FF 242251
My comm. expires June 21, 2019

____Julia Vargas____
Notary Public Printed Name

5