# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### MIAMI DIVISION

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART

    Plaintiff,

v.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM and
PEEKVIDS.COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS.COM;
PEEKVIDS.COM; and
John Does 1-20,

    Defendants.

**Case No.
1:15-cv-22134-UU**

## DECLARATION OF KONSTANTIN BOLOTIN
## IN SUPPORT OF
## MOTIONS FOR SUMMARY JUDGMENT

I, Konstantin Bolotin, do declare and state as follows:

    1.    I am a Director of Defendant Sun Social Media, Inc. ("SSM") and a named

defendant in the above captioned action. Unless otherwise stated, this declaration is based on my

personal knowledge, my consultation with other SSM personnel, and my review of SSM's

business records. All statements contained in this declaration are true and correct to the best of

my knowledge. If called as a witness, I could and would testify as to the facts set forth in this

declaration.

1

2.      SSM is a provider of online service at its websites PlayVid.com, FeedVid.com, PlayVids.com and PeekVids.com (the "Websites").

3.      SSM is an online social media company that started in or about 2010 by operating an online dating website called FindandTry.com.

4.      In approximately 2013, SSM started developing a video hosting website, Playvid.com, to satisfy the desire of some FindandTry.com users to share their videos.

5.      Since 2013, SSM has created its other video sharing websites PlayVids.com, PeekVids.com and FeedVid.com.

6.      SSM (including its agents and contractors) does no upload any of the videos available on the Websites – they are all uploaded by SSM's users.  The only exception is with videos uploaded as part of SSM's affiliate relationship with Mindgeek's affiliate program ("Brazzers").

7.      SSM hosts more than 475,000 videos which have been uploaded to the Websites by its users.

8.      Pursuant to the Terms of Use/Terms of Service on each of the Websites, SSM requires that its users only upload videos which do not improperly contain the intellectual property of anyone other than the person uploading the file or of a person who has given the uploader appropriate permission to upload the file.

9.      Pursuant to the Terms of Use/Terms of Service on each of the Websites, SSM requires that the uploader of a video affirm that he or she owns the intellectual property to the video (or has the necessarily licenses) to upload the video to the Websites.  This is also confirmed each time a user tries to upload a video.

10.     A true and correct copy of the Terms of Use/Terms of Service for each of the Websites at the current time is attached hereto as Exhibit 1.

11.     Users must agree to these terms before they upload videos to the Websites.

12.     SSM maintains a designated agent for the receipt of claims of infringement, posting its agent's information both on its Websites and by filing the required form with the United States Copyright Office.

13.     SSM adopted and reasonably implements, and has informed users of, a policy under which it terminates repeat infringers.

14.     SSM acts expeditiously to remove files upon receiving any form of notification that they may be infringing.

15.     When SSM receives notification that any of the content on its websites allegedly infringes a third party's trademark rights, SSM promptly removes such content.

16.     All of the allegedly infringing uses of Plaintiff's trademarks as alleged in the Complaint were as a result of information input by users.

17.     Neither myself nor any agent, employee or contractor of SSM uploaded any of the files-in-suit in this matter.

18.     Neither myself nor any agent, employee or contractor of SSM uploaded any videos at all onto the Websites, with the exception of videos uploaded as part of SSM's affiliate relationship with Brazzers, a content producer.

19.     In addition to the revenue that SSM makes from the advertisements on its Websites, as discussed in detail in SSM's responses to Plaintiff's interrogatories, SSM has recently also made a small amount of revenue from the affiliate relationship it has entered into

with Brazzers.  This money is generated when a user of the Website purchases a subscription from Brazzers after following a link to Brazzers from the Website.

20.     Dating back to September of 2010, SSM has designated a "DMCA Agent" by making available on the Websites (as they were created) and by providing to the Copyright Office the contact information for its DMCA Agent.

21.     At all relevant times, every page of each of the Websites contained a link to a copyright notification page listing SSM's DMCA Agent's contact information.

22.     The copyright notification pages were regularly updated in case any of the contact information for the DMCA Agent changed.

23.     A true and correct copy of the copyright notification page for each of the Websites at the current time is attached hereto as Exhibit 2.

24.     In or about September of 2010, SSM filed its first "Interim Designation of Agent to Receive Notification of Claimed Infringement" with the United States Copyright Office in the form as provided by the Copyright Office.

25.     Since September of 2010, SSM has periodically filed amended designations with the Copyright Office to indicate changes in the contact information for the DMCA Agent and other relevant information.

26.     A true and correct copy of each designation form filed by SSM with the Copyright Office is attached hereto as Exhibit 3.

27.     Neither I nor SSM had any actual knowledge of infringement on the Websites.

28.     Neither I nor SSM were aware of any facts that would have made specific infringement obvious to a reasonable person.

29.     When SSM receives notices of alleged copyright infringement by email, SSM generally disables access to the allegedly infringing file within 48 business hours of receipt.

30.     Attached hereto as <u>Exhibit 4</u> are screenshots of SSM's Blocking Tools System being used on a test file to show how files that are alleged to be infringing copyright are removed from the Websites.

31.     Attached hereto as <u>Exhibit 5</u> are excerpts from the source-code for SSM's Blocking Tools System (including its automated repeat infringer policy test and implementation).

32.     SSM has produced well over fifteen thousand pages of DMCA takedown notices that it has received (Bates stamped SSM40001 through SSM47871 and SSM-b-4001 through SSM-b-48853) and has expeditiously responded to by removing the complained of files and terminating in appropriate circumstances repeat infringers.

33.     Until such time as SSM received the Complaint in this matter, SSM was unaware that the files listed in Exhibit A to the Complaint were alleged to be infringing.

34.     Upon receiving a copy of Exhibit A to the Complaint, SSM promptly disabled access to and/or removed the files referenced thereon from the Websites.

35.     SSM never received the takedown notices referenced in paragraphs 61 and 64 of the Complaint purportedly sent in or about January of 2015.

36.     The only person to ever send SSM paper DMCA notices is Hydentra's agent Jason Tucker.

37.     Hydentra has sent copyright notices to SSM, both before and after January of 2015, which SSM has promptly responded to by disabling access to the complained of files and by terminating appropriate users in accordance with the repeat infringer policy, including pursuant to notices sent on October 13, 2013 (sent by email, by Hydentra's agent Nate Glass),

March 10, 2014 (sent by email, by Mr. Glass), March 4, 2015 (sent by email, by Mr. Glass), October 20, 2015 (sent by physical mail, by Mr. Tucker), and February 3, 2016 (sent by physical mail, by Mr. Tucker).

38.     SSM has terminated well over a thousand users pursuant to its repeat infringer policy and SSM has produced documents to evidence the same (Bates stamped documents SSM50628 through SSM51571).

39.     SSM does not advise or encourage users to conceal a work's copyrighted status.

40.     SSM has not induced or encouraged any user to engage in direct infringement.

Signed under the paints and penalties of perjury this 12th day of February, 2016.

Konstantin Bolotin,
Personally and on behalf of
Sun Social Media, Inc.

STATE OF FLORIDA
COUNTY OF  MIAMI DADE

I hereby certify that on February 12, 2016, personally appeared before me, an officer duly authorized to administer oaths and take acknowledgments, Konstantin Bolotin, to me well known to be the person described or who has produced B435 500 85 298-9 as identification and who did take an oath and who executed the foregoing document, acknowledging before me that he executed the same freely and voluntarily for the purposes therein expressed.

EXP 08/18/2...

S-O

RUBEN CUBAS
Notary Public - State of Florida
My Comm. Expires Feb 27, 2018
Commission # FF 096902

Notary Public

RUBEN CUBAS
Notary Public Printed Name

7

# EXHIBIT 1

## To Bolotin Declaration



Help | Legal

### Terms of Service

**Terms of Service**

Privacy Policy

DMCA/Copyright

2257

Please review these terms and conditions of use carefully before using PeekVids.com.

This document states the terms and conditions ("Terms") upon which Sun Social Media, Inc., ("we" or "us") will provide service to you on peekvids.com (the "Website"). These Terms constitute a contractual agreement between you and us. By visiting, accessing, using, and/or joining (collectively "using") the Website, you express your understanding and acceptance of these Terms. If you do not agree to be bound by these Terms, navigate away from the Website and cease using it. As used in this document, the terms "you" or "your" refers to you, any entity you represent, your or its representatives, successors, assigns and affiliates, and any of your or their devices.

**1. Eligibility**
You must be at least eighteen (18) years of age to use the Website, unless the age of majority in your jurisdiction is greater than eighteen (18) years of age, in which case you must be at least the age of majority in your jurisdiction. Use of the Website is not permitted where prohibited by law.

**2. Grant of Use**
We grant you a non-exclusive, non-transferable and limited right to access, non-publicly display, and use the Website including all content available therein (the "Content") on your computer consistent with these Terms.

This grant is terminable by us at will for any reason and at our sole discretion, with or without prior notice.  Upon termination, we may, but shall not be obligated to: (i) delete or deactivate your account, (ii) block your e-mail and/or IP addresses or otherwise terminate your access to or use of the Website, and/or (iii) remove and/or delete any of your User Submissions (defined below). You agree not to use or attempt to use the Website after said termination. Upon termination, the grant of your right to use the Website shall terminate, but all other portions of these Terms shall survive.  You acknowledge that we are not responsible to you or any third party for the termination of your grant of use.

**3. Intellectual Property**
The Content, with the exception of User Submissions and Third Party Content (defined below), including text, graphical images, photographs, music, video, software, scripts and trademarks, service marks and logos contained therein (collectively "Proprietary Materials"), are owned by and/or licensed to us. All Proprietary Materials are subject to copyright, trademark and/or other rights under the laws of applicable jurisdictions, including the United States, foreign laws, and international conventions. We reserve all our rights over our Proprietary Materials.

Except as otherwise explicitly permitted, you agree not to copy, modify, publish, transmit, distribute, participate in the transfer or sale of, create derivative works of, or in any other way exploit, in whole or in part, any Content.

**4. User Submissions**
You are entirely responsible for any and all materials you submit or otherwise make available via the Website, including videos or any other communications or profile information, (collectively, "User Submissions").  User Submissions cannot always be withdrawn. You acknowledge that any disclosure of personal information in User Submissions may make you personally identifiable and that we do not guarantee any confidentiality with respect to User Submissions.

You shall be solely responsible for any and all of your own User Submissions and any and all consequences of positing, uploading, publishing or otherwise making them available.  For any of your User Submissions, you affirm, represent and warrant that:

- You own or have the necessary licenses, permissions, rights or consents to use and authorize us to use all trademarks, copyrights, trade secrets or other proprietary rights in and to User Submissions for any and all uses contemplated by the Website and these Terms;
- You will not post, or allow anyone else to post, any material that depicts any individual under the age of eighteen (18) years and that you have inspected and are maintaining written documentation, pursuant to 18 U.S.C. 2257 and other laws, to confirm that all individuals in your User Submission are, in fact, over the age of eighteen (18) years; and
- You have written consent, release, and/or permission from each and every identifiable individual in the User Submission to use the name and/or likeness of each and every such identifiable individual to enable use of the User Submission for any and all uses contemplated by the Website and these Terms.

You further agree that you shall not submit material that:

- Is copyrighted, protected by trade secret or trademark laws, or otherwise subject to third party proprietary rights, including privacy and publicity rights, unless you are the owner of such rights or have permission from the rightful owner to submit the material and to grant us all of the license rights granted herein;
- Is obscene, vulgar, illegal, unlawful, defamatory, fraudulent, libelous, harmful, harassing, abusive, threatening, invasive of privacy or publicity rights, hateful, racially or ethnically offensive, inflammatory, or otherwise inappropriate as decided by us in our sole discretion;
- Depicts illegal activities, promotes or depicts physical harm or injury against any group or individual, or promotes or depicts any act of cruelty to animals;
- Impersonates any person or entity or otherwise misrepresents you in any way, including creating a false identity;
- Would constitute, encourage or provide instructions for a criminal offense, a violation of the rights of any party, or that would otherwise create liability or violate any local, state, national or international law; or
- Is unsolicited or unauthorized advertising, promotion, "spam" or any other form of solicitation;

We claim no ownership or control over User Submissions or Third Party Content.  You or a third party licensor, as appropriate, retain all copyrights to User Submissions and you are responsible for protecting those rights as appropriate.  You irrevocably grant us a world-wide, non-exclusive, royalty-free, perpetual, non-cancelable, sub-licenseable license to reproduce, publicly perform, publicly display, distribute, adapt, modify, publish, translate and create derivative works of User Submissions for any purpose, including without limitation any purpose contemplated by the Website and these Terms. Furthermore, you also grant other users of the Website a right and license to display, stream and download UserSubmissions in connection with their use of the Website and for other personal use.  You also irrevocably waive and cause to be waived against us and any of our users any claims and assertions of moral rights or attribution with respect to User Submissions.

You represent and warrant that you have all the rights, power and authority necessary to grant the rights granted herein to User Submissions.  Specifically, you represent and warrant that you own the title to the User Submissions, that you have the right to upload the User Submissions to the Website, and that uploading the User Submissions will not infringe upon any other party's rights or your contractual obligations to other parties.

You acknowledge that we may at our sole discretion refuse to publish, remove, or block access to any User Submission for any reason, or for no reason at all, with or without notice.

You agree to defend us against any claim, demand, suit or proceeding made or brought against us by a third-party alleging that your User Submissions or your use of the Website in violation of these Terms infringes or misappropriates the intellectual property rights of a third-party or violates applicable law and you shall indemnify us for any damages finally awarded against and for reasonable attorney's fees incurred by us in connection with any such claim, demand, suit or proceeding provided that we (a) promptly give you written notice of the claim, demand, suit or proceeding, (b) give you sole control of the defense and settlement of the claim, demand, suit or proceeding (provided that you do not settle unless the settlement unconditionally releases us of all liability), and (c) provide you with all reasonable assistance, at your expense.

**5. Content on the Website**
You understand and acknowledge that, when using the Website, you will be exposed to Content from a variety of sources including content uploaded to the Website by other users (collectively, "Third Party Content") and that we do not control and are not responsible for any Third Party Contentor User Submissions. You understand and acknowledge that you may be exposed to Contentthat is inaccurate, offensive, indecent or otherwise objectionable and you agree to waive, and hereby do waive, any legal or equitable rights or remedies you may have against us with respect thereto.

You understand and acknowledge that we assume no responsibility whatsoever for monitoring the Website for inappropriate Content or conduct. If at any time we choose, in our sole discretion, to monitor such Content, we assume no responsibility for such Content, have no obligation to modify or remove any such Content(including User Submissions or Third Party Content), and assume no responsibility for the conduct of the users submitting any such Content (including User Submissions or Third Party Content).

All Content on the Website is provided to you "AS-IS" for your information and personal use only and you shall not use, copy, reproduce, distribute, transmit, broadcast, display, sell, license or otherwise exploit for any other purpose whatsoever that Content without the prior written consent of the respective owners/licensors of the Content.

**6. User Conduct**
You represent and warrant that all the information provided by you to us is accurate and current and that you have all necessary rights, power and authority to agree to these Terms and to perform the acts required of you under these Terms.

As a condition of your use of the Website:

- You agree not to use the Website for any unlawful purpose or in any way that is prohibited by these Terms;

- You agree to abide by all applicable local, state, national and international laws and regulations;
- You agree not to use the Website in any way that exposes us to criminal or civil liability;
- You agree that you are solely responsible for all acts and omissions that occur as a result of your use of the Website;
- You agree that all your User Submissionsthat you provide to us belongs to you and that you have the right and authority to provide it to us;
- You agree to maintain the security of your login password and to be fully responsible for any and all use of your account;
- You agree not to use or attempt to use any other party's account on the Website without authorization;
- You agree not to use any automated means, including robots, crawlers, data mining tools or the like, to download, monitor or use data or content from the Website;
- You agree not to use the Website to collect usernames and/or e-mail addresses for sending unsolicited messages of any kind;
- You agree not to take any action that imposes, or may impose, in our sole discretion, an unreasonable or disproportionately large load on our technology infrastructure or otherwise make excessive demands on it;
- You agree not to "stalk" or otherwise harass anyone on the Website;
- You agree not to post, link to, or otherwise make available on the Website any material that contains software viruses or any computer code, file or program designed to interrupt, destroy, limit or monitor the functionality of any computer software or hardware or any telecommunications equipment;
- You agree not to forge headers or otherwise manipulate identifiers in order to disguise the origin of any information you transmit;
- You agree not to disable, circumvent, or otherwise interfere with security related features of the Website or features that prevent or restrict use or copying of any Content or which enforce limitations on the use of the Website or the Content therein;
- You agree not to license, sublicense, sell, resell, transfer, assign, distribute or otherwise in any way commercially exploit or make available the Website or any of its Contents to any third party;
- You agree not to "frame" or "mirror" the Website; and
- You agree not to reverse engineer any portion of the Website.

We reserve the right to take appropriate action against any user for any unauthorized use of the Website, including civil, criminal and injunctive redress and the termination of any user's use of the Website.  Any use of the Website and our computer systems not authorized by these Terms is a violation of these Terms and certain domestic and internationalcivil and criminal laws.

**7. Embeddable Player**
We provide an "Embeddable Player" feature which you may use consistent with these Terms.  You may only incorporate the Embeddable Player into your own personal, non-commercial website for use in accessing materials on the Website.  Anytime you use the Embeddable Player, you must include a prominent hyperlink on the page containing the Embeddable Player back to this Website.  You may not build upon or alter any portion of the Embeddable Player in any way.

**8. Fees**
You acknowledge that we reserve the right to charge for any or all of our services and to change our fees from time to time in our sole discretion. If at any time we terminate your rights to use the Website because of a breach of these Terms, you shall not be entitled to a refund of any portion of your fees.  In all other respects, such fees shall be governed by additional rules posted on the Website as may be amended from time to time.

**9. Privacy Policy**
We retain a separate Privacy Policy and your assent to these Terms also signifies your assent to these Terms.  We reserve the right to amend the Privacy Policy at any time by posting such amendments to the Website.  The top of the Privacy Policy page will indicate the date that revisions were last made.  No other notification may be made to you about any amendments.  Your continued use of the Website following such amendments will constitute your acceptance of such amendments, regardless of whether you have actually read them.

**10. Modification of These Terms**
We reserve the right to amend these Terms at any time by posting such amended Terms to the Website.  The top of the Terms will indicate the date that revisions were last made. No other notification may be made to you about any amendments. YOU ACKNOWLEDGE THAT YOUR CONTINUED USE OF THE WEBSITE FOLLOWING SUCH AMENDMENTS WILL CONSTITUTE YOUR ACCEPTANCE OF SUCH AMENDMENTS, REGARDLESS OF WHETHER YOU HAVE ACTUALLY READ THEM.

**11. Digital Millennium Copyright Act**
We respect the intellectual property rights of others. You may not infringe the copyright, trademark or other proprietary informational rights of any party. We may in our sole discretion remove any Content,User Submissions or Third Party Content we have reason to believe violates any of the intellectual property rights of others and may terminate your use of the Websiteif you repeatedly submit any such Content.

Repeat Infringer Policy:As part of our repeat-infringement policy, any user for whose User Submissions or Third Party Content we receive three good-faith and effective complaints within a six-month period will be barred from using the Website.

Pursuant to Title 17, Section 512(c)(2) of the United States Code, if you believe that any of your copyrighted material is being infringed on the Website, we have designated an agent to receive notifications of claimed copyright infringement. Notifications should be e-mailed to legal@peekvids.com.

All notifications not relevant to us or ineffective under the law will receive no response or action thereupon. Pursuant to Title 17, Section 512(c)(3) of the United States Code, an effective notification of claimed infringement must be a written communication to our agent that includes substantially the following:

- Identification of the copyrighted work that is believed to be infringed. Please describe the work and, where possible, include a copy or the location (e.g., a URL) of an authorized version of the work;
- Identification of the material that is believed to be infringing and its location. Please describe the material and provide a URL or any other pertinent information that will allow us to locate the material on the Website;
- Information that will allow us to contact you, including your address, telephone number and, if available, your e-mail address;
- A statement that you have a good faith belief that the use of the material complained of is not authorized by you, your agent or the law;
- A statement that the information in the notification is accurate and that under penalty of perjury that you are the owner or are authorized to act on behalf of the owner of the work that is allegedly infringed; and
- A physical or electronic signature from the copyright holder or an authorized representative.

**12. Indemnification and Release**
You hereby agree to indemnify us and hold us harmless from any and all third-party claims and expenses, including attorney's fees, arising from your use of the Website or from your breach of these Terms.

In the event that you have a dispute with one of more other users or any third parties, you hereby release us, our officers,employees, agents and successors-in-right from claims, demands and damages (actual and consequential) of every kind or nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way related to such disputes and/or the Website.

If you are a California resident, you waive California Civil Code Section 1542, which states: "A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."

**13. Disclaimer of Warranties and Limitations of Liabilities**
READ THIS SECTION CAREFULLY AS IT LIMITS OUR LIABILITY TO THE MAXIMUM EXTENT PERMITTED UNDER APPLICABLE LAW.

The Website may contain links to third-party websites which are completely independent of us. We assume no responsibility for the content, privacy policies, or practices of and make no representation or warranty as to the accuracy, completeness or authenticity of information contained in any third party websites. We have no right or ability to edit the content of any third party websites. You acknowledge that we shall not be liable for any and all liability arising from your use of any third party websites.

The Website is provided "AS-IS" and without any warranty or condition, express, implied or statutory. We specifically disclaim to the fullest extent any implied warranties of merchantability, fitness for a particular purpose, non-infringement, information accuracy, integration, interoperability or quiet enjoyment. We disclaim any warranties for viruses or other harmful components in connection with the Website. Some jurisdictions do not allow the disclaimer of implied warranties. In such jurisdictions, some of the foregoing disclaimers may not apply to you insofar as they relate to implied warranties.

UNDER NO CIRCUMSTANCES SHALL WE BE LIABLE FOR DIRECT, INDIRECT INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES (EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES) RESULTING FROM ANY ASPECT OF YOUR USE OF THE WEBSITE, WHETHER SUCH DAMAGES ARISE FROM YOUR USE, MISURE OR INABILITY TO USE THE WEBSITE, FROM YOUR RELIANCE ON ANY CONTENT ON THE WEBSITE, FROM THE INTERRUPTION SUSPENSION, MODIFICATION, ALTERATION OR COMPLETE DISCONTINUANCE OF THE WEBSITE OR THE TERMINATION OF SERVICE BY US. THESE LIMITATIONS ALSO APPLY WITH RESPECT TO DAMAGES INCURRED BY REASON OF OTHER SERVICES OR PRODUCTS RECEIVED OR ADVERTISED IN CONNECTION WITH THE WEBSITE. SOME JURISDICTIONS DO NOT ALLOW LIMITATIONS OF LIABILITY. IN SUCH JURISDICTIONS, SOME OF THE FOREGOING LIMITATIONS MAY NOT APPLY TO YOU.

YOUR SOLE AND EXCLUSIVE RIGHT AND REMEDY IN CASE OF DISSATISFACTION WITH THE WEBSITE OR ANY OTHER GRIEVANCE SHALL BE THE TERMINATION OF YOUR USE OF THE WEBSITE. IN NO CASE SHALL THE MAXIMUM LIABILITY OF US ARISING FROM OR RELATING TO YOUR USE OF THE SERVICE EXCEED THE AMOUNT PAID BY YOU TO US, OR OWED BY USTO YOU, PURSUANT TO THESE TERMS.

**14. Venue**

FOR ANY CLAIM BROUGHT BY EITHER PARTY, YOU AGREE TO SUBMIT AND CONSENT TO THE PERSONAL AND EXCLUSIVE JURISDICTION IN, AND THE EXCLUSIVE VENUE OF,ANGUILLA.

**15. General Terms**

- These Terms, as amended from time to time, constitute the entire agreement between you and us and supersede all prior agreements between you and us and may not be modified without our written consent.
- Our failure to enforce any provision of these Terms will not be construed as a waiver of any provision or right.
- If any part of these Terms is determined to be invalid or unenforceable pursuant to applicable law, then the invalid and unenforceable provision will be deemed superseded by a valid, enforceable provision that most closely matches the intent of the original provision and the remainder of the agreement shall continue in effect.
- Nothing herein is intended, nor will be deemed to confer rights or remedies upon any third party.
- These Terms are not assignable, transferable or sublicensable by you except with our prior written consent, but may be assigned or transferred by us without restriction.
- You agree that we may provide you with notices by e-mail, regular mail, or postings to the Website.
- The section titles in these Terms are for convenience only and have no legal or contractual effect.
- As used in these Terms, the term "including" is illustrative and not limitative.

**Effective: November 24, 2014**

 PEEKVIDS

Contact Us    FAQ    Terms of Use    Privacy Policy    DMCA/Copyright    18 USC 2257 Statement

©2016 PeekVids. All Rights Reserved.

2/12/2016                                                    Terms of use - FeedVid

 FEEDVID                   Log In    Sign Up    

# Terms of Use

Please review these terms and conditions of use carefully before using Feedvid.com.

This document states the terms and conditions ("Terms") upon which Sun Social Media, Inc., ("we" or "us") will provide service to you on Feedvid.com (the "Website"). These Terms constitute a contractual agreement between you and us. By visiting, accessing, using, and/or joining (collectively "using") the Website, you express your understanding and acceptance of these Terms. If you do not agree to be bound by these Terms, navigate away from the Website and cease using it. As used in this document, the terms "you" or "your" refers to you, any entity you represent, your or its representatives, successors, assigns and affiliates, and any of your or their devices.

## 1. Eligibility

You must beat least eighteen (18) years of age to use the Website, unless the age of majority in your jurisdiction is greater than eighteen (18) years of age, in which case you must be at least the age of majority in your jurisdiction. Use of the Website is not permitted where prohibited by law.

## 2. Grant of Use

We grant you a non-exclusive, non-transferable and limited right to access, non-publicly display, and use the Website including all content available therein (the â€œContentâ€) on your computer consistent with these Terms.

This grant is terminable by us at will for any reason and at our sole discretion, with or without prior notice. Upon termination, we may, but shall not be obligated to: (i)delete or deactivate your account, (ii) block your e-mail and/or IP addresses or otherwise terminate your access to or use of the Website, and/or (iii) remove and/or delete any of your User Submissions (defined below). You agree not to use or attempt to use the Website after said termination. Upon termination, the grant of your right to use the Website shall terminate, but all other portions of these Terms shall survive. You acknowledge that we are not responsible to you or any third party for the termination of your grant of use.

## 3. Intellectual Property

The Content, with the exception of User Submissions and Third Party Content (defined below), including text, graphical images, photographs, music, video, software, scripts and trademarks, service marks and logos contained therein (collectively "Proprietary Materials"), are owned by and/or licensed to us. All Proprietary Materials are subject to copyright, trademark and/or other rights under the laws of applicable jurisdictions, including the United States, foreign laws, and international conventions. We reserve all our rights over our Proprietary Materials.

Except as otherwise explicitly permitted, you agree not to copy, modify, publish, transmit, distribute, participate in the transfer or sale of, create derivative works of, or in any other way exploit, in whole or in part, any Content.

## 4. User Submissions

You are entirely responsible for any and all materials you submit or otherwise make available via the Website, including videos or any other communications or profile information, (collectively, "User Submissions"). User Submissions cannot always be withdrawn. You acknowledge that any disclosure of personal information in User Submissions may make you personally identifiable and that we do not guarantee any confidentiality with respect to User Submissions.

You shall be solely responsible for any and all of your own User Submissions and any and all consequences of positing, uploading, publishing or otherwise making them available. For any of your User Submissions, you affirm, represent and warrant that:

(a) You own or have the necessary licenses, permissions, rights or consents to use and authorize us to use all trademarks, copyrights, trade secrets or other proprietary rights in and to User Submissions for any and all uses contemplated by the Website and these Terms;

(b) You will not post, or allow anyone else to post, any material that depicts any individual under the age of eighteen (18) years and that you have inspected and are maintaining written documentation, pursuant to 18 U.S.C. 2257 and other laws, to confirm that all individuals in your User Submission are, in fact, over the age of eighteen (18) years; and

(c) You have written consent, release, and/or permission from each and every identifiable individual in the User Submission to use the name and/or likeness of each and every such identifiable individual to enable use of the User Submission for any and all uses contemplated by the Website and these Terms.

You further agree that you shall not submit material that:

(d) Is copyrighted, protected by trade secret or trademark laws, or otherwise subject to third party proprietary rights, including privacy and publicity rights, unless you are the owner of such rights or have permission from the rightful owner to submit the material and to grant us all of the license rights granted herein;

(e) Is obscene, vulgar, illegal, unlawful, defamatory, fraudulent, libelous, harmful, harassing, abusive, threatening, invasive of privacy or publicity rights,

hateful, racially or ethnically offensive, inflammatory, or otherwise inappropriate as decided by us in our sole discretion;

(f) Depicts illegal activities, promotes or depicts physical harm or injury against any group or individual, or promotes or depicts any act of cruelty to animals;

(g) Impersonates any person or entity or otherwise misrepresents you in any way, including creating a false identity;

(h) Would constitute, encourage or provide instructions for a criminal offense, a violation of the rights of any party, or that would otherwise create liability or violate any local, state, national or international law; or

(i) Is unsolicited or unauthorized advertising, promotion, "spam" or any other form of solicitation;

We claim no ownership or control over User Submissions or Third Party Content. You or a third party licensor, as appropriate, retain all copyrights to User Submissions and you are responsible for protecting those rights as appropriate. You irrevocably grant us a world-wide, non-exclusive, royalty-free, perpetual, non-cancelable, sub-licenseable license to reproduce, publicly perform, publicly display, distribute, adapt, modify, publish, translate and create derivative works of User Submissions for any purpose, including without limitation any purpose contemplated by the Website and these Terms. Furthermore, you also grant other users of the Website a right and license to display, stream and download UserSubmissions in connection with their use of the Website and for other personal use. You also irrevocably waive and cause to be waived against us and any of our users any claims and assertions of moral rights or attribution with respect to User Submissions.

You represent and warrant that you have all the rights, power and authority necessary to grant the rights granted herein to User Submissions. Specifically, you represent and warrant that you own the title to the User Submissions, that you have the right to upload the User Submissions to the Website, and that uploading the User Submissions will not infringe upon any other party's rights or your contractual obligations to other parties.

You acknowledge that we may at our sole discretion refuse to publish, remove, or block access to any User Submission for any reason, or for no reason at all, with or without notice.

You agree to defend us against any claim, demand, suit or proceeding made or brought against us by a third-party alleging that your User Submissions or your use of the Website in violation of these Terms infringes or misappropriates the intellectual property rights of a third-party or violates applicable law and you shall indemnify us for any damages finally awarded against and for reasonable attorney's fees incurred by us in connection with any such claim, demand, suit or proceeding provided that we (a) promptly give you written notice of the claim, demand, suit or proceeding, (b) give you sole control of the defense and settlement of the claim, demand, suit or proceeding (provided that you do not settle unless the settlement unconditionally releases us of all liability), and (c) provide you with all reasonable assistance, at your expense.

## 5. Content on the Website

You understand and acknowledge that, when using the Website, you will be exposed to Content from a variety of sources including content uploaded to the Website by other users (collectively, "Third Party Content") and that we do not control and are not responsible for any Third Party Contentor User Submissions. You understand and acknowledge that you may be exposed to Content that is inaccurate, offensive, indecent or otherwise objectionable and you agree to waive, and hereby do waive, any legal or equitable rights or remedies you may have against us with respect thereto.

You understand and acknowledge that we assume no responsibility whatsoever for monitoring the Website for inappropriate Content or conduct. If at any time we choose, in our sole discretion, to monitor such Content, we assume no responsibility for such Content, have no obligation to modify or remove any such Content(including User Submissions or Third Party Content), and assume no responsibility for the conduct of the users submitting any such Content (including User Submissions or Third Party Content).

All Content on the Website is provided to you "AS-IS" for your information and personal use only and you shall not use, copy, reproduce, distribute, transmit, broadcast, display, sell, license or otherwise exploit for any other purpose whatsoever that Content without the prior written consent of the respective owners/licensors of the Content.

## 6. User Conduct

You represent and warrant that all the information provided by you to us is accurate and current and that you have all necessary rights, power and authority to agree to these Terms and to perform the acts required of you under these Terms.

As a condition of your use of the Website:

(a) You agree not to use the Website for any unlawful purpose or in any way that is prohibited by these Terms;

(b) You agree to abide by all applicable local, state, national and international laws and regulations;

(c) You agree not to use the Website in any way that exposes us to criminal or civil liability;

(d) You agree that you are solely responsible for all acts and omissions that occur as a result of your use of the Website;

(e) You agree that all your User Submissionsthat you provide to us belongs to you and that you have the right and authority to provide it to us;

(f) You agree to maintain the security of your login password and to be fully responsible for any and all use of your account;

(g) You agree not to use or attempt to use any other party's account on the Website without authorization;

(h) You agree not to use any automated means, including robots, crawlers, data mining tools or the like, to download, monitor or use data or content from the Website;

(i) You agree not to use the Website to collect usernames and/or e-mail addresses for sending unsolicited messages of any kind;

(j) You agree not to take any action that imposes, or may impose, in our sole discretion, an unreasonable or disproportionately large load on our technology infrastructure or otherwise make excessive demands on it;

(k) You agree not to "stalk" or otherwise harass anyone on the Website;

(l) You agree not to post, link to, or otherwise make available on the Website any material that contains software viruses or any computer code, file or program designed to interrupt, destroy, limit or monitor the functionality of any computer software or hardware or any telecommunications equipment;

(m) You agree not to forge headers or otherwise manipulate identifiers in order to disguise the origin of any information you transmit;

(n) You agree not to disable, circumvent, or otherwise interfere with security related features of the Website or features that prevent or restrict use or copying of any Content or which enforce limitations on the use of the Website or the Content therein;

(o) You agree not to license, sublicense, sell, resell, transfer, assign, distribute or otherwise in any way commercially exploit or make available the Website or any of its Contents to any third party;

(p) You agree not to "frame" or "mirror" the Website; and

(q) You agree not to reverse engineer any portion of the Website.

We reserve the right to take appropriate action against any user for any unauthorized use of the Website, including civil, criminal and injunctive redress and the termination of any user's use of the Website.  Any use of the Website and our computer systems not authorized by these Terms is a violation of these Terms and certain domestic and international civil and criminal laws.

## 7. Embeddable Player

We provide an "Embeddable Player" feature which you may use consistent with these Terms. You may only incorporate the Embeddable Player into your own personal, non-commercial website for use in accessing materials on the Website. Anytime you use the Embeddable Player, you must include a prominent hyperlink on the page containing the Embeddable Player back to this Website. You may not build upon or alter any portion of the Embeddable Player in any way.

## 8. Fees

You acknowledge that we reserve the right to charge for any or all of our services and to change our fees from time to time in our sole discretion. If at any time we terminate your rights to use the Website because of a breach of these Terms, you shall not be entitled to a refund of any portion of your fees. In all other respects, such fees shall be governed by additional rules posted on the Website as may be amended from time to time.

## 9. Privacy Policy

We retain a separate Privacy Policy and your assent to these Terms also signifies your assent to the Privacy Policy. We reserve the right to amend the Privacy Policy at any time by posting such amendments to the Website. The top of the Privacy Policy page will indicate the date that revisions were last made. No other notification may be made to you about any amendments. Your continued use of the Website following such amendments will constitute your acceptance of such amendments, regardless of whether you have actually read them.

## 10. Modification of These Terms

We reserve the right to amend these Terms at any time by posting such amended Terms to the Website. The top of the Terms will indicate the date that revisions were last made. No other notification may be made to you about any amendments. YOU ACKNOWLEDGE THAT YOUR CONTINUED USE OF THE WEBSITE FOLLOWING SUCH AMENDMENTS WILL CONSTITUTE YOUR ACCEPTANCE OF SUCH AMENDMENTS, REGARDLESS OF WHETHER YOU HAVE ACTUALLY READ THEM.

## 11. Digital Millennium Copyright Act

We respect the intellectual property rights of others. You may not infringe the copyright, trademark or other proprietary informational rights of any party. We may in our sole discretion remove any Content,User Submissions or Third Party Content we have reason to believe violates any of the intellectual property rights of others and may terminate your use of the Websiteif you repeatedly submit any such Content.

**Repeat Infringer Policy:As part of our repeat-infringement policy, any user for whose User Submissions or Third Party Content we receive three good-faith and effective complaints within a six-month period will be barred from using the Website.**

Pursuant to Title 17, Section 512(c)(2) of the United States Code, if you believe that any of your copyrighted material is being infringed on the Website, we have designated an agent to receive notifications of claimed copyright infringement. Notifications should be e-mailed to legal@Feedvid.com.

All notifications not relevant to us or ineffective under the law will receive no response or action thereupon. Pursuant to Title 17, Section 512(c)(3) of the United States Code, an effective notification of claimed infringement must be a written communication to our agent that includes substantially the following:

(a) Identification of the copyrighted work that is believed to be infringed. Please describe the work and, where possible, include a copy or the location (e.g., a URL) of an authorized version of the work;

(b) Identification of the material that is believed to be infringing and its location. Please describe the material and provide a URL or any other pertinent information that will allow us to locate the material on the Website;

(c) Information that will allow us to contact you, including your address, telephone number and, if available, your e-mail address;

(d) A statement that you have a good faith belief that the use of the material complained of is not authorized by you, your agent or the law;

(e) A statement that the information in the notification is accurate and that under penalty of perjury that you are the owner or are authorized to act on behalf of the owner of the work that is allegedly infringed; and

(f) A physical or electronic signature from the copyright holder or an authorized representative.

## 12. Indemnification and Release

You hereby agree to indemnify us and hold us harmless from any and all third-party claims and expenses, including attorney's fees, arising from your use ofthe Website or from your breach of these Terms.

In the event that you have a dispute with one of more other users or any third parties, you hereby release us, our officers,employees, agents and successors-in-right from claims, demands and damages (actual and consequential) of every kind or nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way related to such disputes and/or the Website.

If you are a California resident, you waive California Civil Code Section 1542, which states: "A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."

## 13. Disclaimer of Warranties and Limitations of Liabilities

READ THIS SECTION CAREFULLY AS IT LIMITS OUR LIABILITY TO THE MAXIMUM EXTENT PERMITTED UNDER APPLICABLE LAW.

The Website may contain links to third-party websites which are completely independent of us. We assume no responsibility for the content, privacy policies, or practices of and make no representation or warranty as to the accuracy, completeness or authenticity of information contained in any third party websites. We have no right or ability to edit the content of any third party websites. You acknowledge that we shall not be liable for any and all liability arising from your use of any third party websites.

The Website is provided "AS-IS" and without any warranty or condition, express, implied or statutory. We specifically disclaim to the fullest extent any implied warranties of merchantability, fitness for a particular purpose, non-infringement, information accuracy, integration, interoperability or quiet enjoyment. We disclaim any warranties for viruses or other harmful components in connection with the Website. Some jurisdictions do not allow the disclaimer of implied warranties. In such jurisdictions, some of the foregoing disclaimers may not apply to you insofar as they relate to implied warranties.

UNDER NO CIRCUMSTANCES SHALL WE BE LIABLE FOR DIRECT, INDIRECT INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES (EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES) RESULTING FROM ANY ASPECT OF YOUR USE OF THE WEBSITE, WHETHER SUCH DAMAGES ARISE FROM YOUR USE, MISURE OR INABILITY TO USE THE WEBSITE, FROM YOUR RELIANCE ON ANY CONTENT ON THE WEBSITE, FROM THE INTERRUPTION SUSPENSION, MODIFICATION, ALTERATION OR COMPLETE DISCONTINUANCE OF THE WEBSITE OR THE TERMINATION OF SERVICE BY US. THESE LIMITATIONS ALSO APPLY WITH RESPECT TO DAMAGES INCURRED BY REASON OF OTHER SERVICES OR PRODUCTS RECEIVED OR ADVERTISED IN CONNECTION WITH THE WEBSITE. SOME JURISDICTIONS DO NOT ALLOW LIMITATIONS OF LIABILITY. IN SUCH JURISDICTIONS, SOME OF THE FOREGOING LIMITATIONS MAY NOT APPLY TO YOU.

YOUR SOLE AND EXCLUSIVE RIGHT AND REMEDY IN CASE OF DISSATISFACTION WITH THE WEBSITE OR ANY OTHER GRIEVANCE SHALL BE THE TERMINATION OF YOUR USE OF THE WEBSITE. IN NO CASE SHALL THE MAXIMUM LIABILITY OF US ARISING FROM OR RELATING TO YOUR USE OF THE SERVICE EXCEED THE AMOUNT PAID BY YOU TO US, OR OWED BY USTO YOU, PURSUANT TO THESE TERMS.

## 14. Venue

FOR ANY CLAIM BROUGHT BY EITHER PARTY, YOU AGREE TO SUBMIT AND CONSENT TO THE PERSONAL AND EXCLUSIVE JURISDICTION IN, AND THE EXCLUSIVE VENUE OF,ANGUILLA.

## 15. General Terms

(a) These Terms, as amended from time to time, constitute the entire agreement between you and us and supersede all prior agreements between you and us and may not be modified without our written consent.

(b) Our failure to enforce any provision of these Terms will not be construed as a waiver of any provision or right.

(c) If any part of these Terms is determined to be invalid or unenforceable pursuant to applicable law, then the invalid and unenforceable provision will be deemed superseded by a valid, enforceable provision that most closely matches the intent of the original provision and the remainder of the agreement shall continue in effect.

(d) Nothing herein is intended, nor will be deemed to confer rights or remedies upon any third party.

(e) These Terms are not assignable, transferable or sublicensable by you except with our prior written consent, but may be assigned or transferred by us without restriction.

(f) You agree that we may provide you with notices by e-mail, regular mail, or postings to the Website.

(g) The section titles in these Terms are for convenience only and have no legal or contractual effect.

(h) As used in these Terms, the term "including" is illustrative and not limitative.

*Effective: December 20, 2014*

Advertise    Terms    Privacy    Copyright                                                                                           Newest    FAQ    Contact Us

Terms of Use - PlayVid

## Terms of Use

Please review these terms and conditions of use carefully before using PlayVid.com.

This document states the terms and conditions ("Terms") upon which Sun Social Media, Inc., ("we" or "us") will provide service to you on PlayVid.com (the "Website"). These Terms constitute a contractual agreement between you and us. By visiting, accessing, using, and/or joining (collectively "using") the Website, you express your understanding and acceptance of these Terms. If you do not agree to be bound by these Terms, navigate away from the Website and cease using it. As used in this document, the terms "you" or "your" refers to you, any entity you represent, your or its representatives, successors, assigns and affiliates, and any of your or their devices.

### 1. Eligibility

You must be at least eighteen (18) years of age to use the Website, unless the age of majority in your jurisdiction is greater than eighteen (18) years of age, in which case you must be at least the age of majority in your jurisdiction. Use of the Website is not permitted where prohibited by law.

### 2. Grant of Use

We grant you a non-exclusive, non-transferable and limited right to access, non-publicly display, and use the Website including all content available therein (the "Content") on your computer consistent with these Terms.

This grant is terminable by us at will for any reason and at our sole discretion, with or without prior notice. Upon termination, we may, but shall not be obligated to: (i) delete or deactivate your account, (ii) block your e-mail and/or IP addresses or otherwise terminate your access to or use of the Website, and/or (iii) remove and/or delete any of your User Submissions (defined below). You agree not to use or attempt to use the Website after said termination. Upon termination, the grant of your right to use the Website shall terminate, but all other portions of these Terms shall survive. You acknowledge that we are not responsible to you or any third party for the termination of your grant of use.

### 3. Intellectual Property

The Content, with the exception of User Submissions and Third Party Content (defined below), including text, graphical images, photographs, music, video, software, scripts and trademarks, service marks and logos contained therein (collectively "Proprietary Materials"), are owned by and/or licensed to us. All Proprietary Materials are subject to copyright, trademark and/or other rights under the laws of applicable jurisdictions, including the United States, foreign laws, and international conventions. We reserve all our rights over our Proprietary Materials.

Except as otherwise explicitly permitted, you agree not to copy, modify, publish, transmit, distribute, participate in the transfer or sale of, create derivative works of, or in any other way exploit, in whole or in part, any Content.

### 4. User Submissions

You are entirely responsible for any and all materials you submit or otherwise make available via the Website, including videos or any other communications or profile information, (collectively, "User Submissions"). User Submissions cannot always be withdrawn. You acknowledge that any disclosure of personal information in User Submissions may make you personally identifiable and that we do not guarantee any confidentiality with respect to User Submissions.

You shall be solely responsible for any and all of your own User Submissions and any and all consequences of positing, uploading, publishing or otherwise making them available. For any of your User Submissions, you affirm, represent and warrant that:

(a) You own or have the necessary licenses, permissions, rights or consents to use and authorize us to use all trademarks, copyrights, trade secrets or other proprietary rights in and to User Submissions for any and all uses contemplated by the Website and these Terms;

(b) You will not post, or allow anyone else to post, any material that depicts any individual under the age of eighteen (18) years and that you have inspected and are maintaining written documentation, pursuant to 18 U.S.C. 2257 and other laws, to confirm that all individuals in your User Submission are, in fact, over the age of eighteen (18) years; and

(c) You have written consent, release, and/or permission from each and every identifiable individual in the User Submission to use the name and/or likeness of each and every such identifiable individual to enable use of the User Submission for any and all uses contemplated by the Website and these Terms.

You further agree that you shall not submit material that:

(d) Is copyrighted, protected by trade secret or trademark laws, or otherwise subject to third party proprietary rights, including privacy and publicity rights, unless you are the owner of such rights or have permission from the rightful owner to submit the material and to grant us all of the license rights granted herein;

(e) Is obscene, vulgar, illegal, unlawful, defamatory, fraudulent, libelous, harmful, harassing, abusive, threatening, invasive of privacy or publicity rights, hateful, racially or ethnically offensive, inflammatory, or otherwise inappropriate as decided by us in our sole discretion;

(f) Depicts illegal activities, promotes or depicts physical harm or injury against any group or individual, or promotes or depicts any act of cruelty to animals;

(g) Impersonates any person or entity or otherwise misrepresents you in any way, including creating a false identity;

(h) Would constitute, encourage or provide instructions for a criminal offense, a violation of the rights of any party, or that would otherwise create liability or violate any local, state, national or international law; or

(i) Is unsolicited or unauthorized advertising, promotion, "spam" or any other form of solicitation;

We claim no ownership or control over User Submissions or Third Party Content. You or a third party licensor, as appropriate, retain all copyrights to User Submissions and you are responsible for protecting those rights as appropriate. You irrevocably grant us a world-wide, non-exclusive, royalty-free, perpetual, non-cancelable, sub-licenseable license to reproduce, publicly perform, publicly display, distribute, adapt, modify, publish, translate and create derivative works of User Submissions for any purpose, including without limitation any purpose contemplated by the Website and these Terms. Furthermore, you also grant other users of the Website a right and license to display, stream and download UserSubmissions in connection with their use of the Website and for other personal use. You also irrevocably waive and cause to be waived against us and any of our users any claims and assertions of moral rights or attribution with respect to User Submissions.

You represent and warrant that you have all the rights, power and authority necessary to grant the rights granted herein to User Submissions. Specifically, you represent and warrant that you own the title to the User Submissions, that you have the right to upload the User Submissions to the Website, and that uploading the User Submissions will not infringe upon any other party's rights or your contractual obligations to other parties.

You acknowledge that we may at our sole discretion refuse to publish, remove, or block access to any User Submission for any reason, or for no reason at all, with or without notice.

You agree to defend us against any claim, demand, suit or proceeding made or brought against us by a third-party alleging that your User Submissions or your use of the Website in violation of these Terms infringes or misapproriates the intellectual property rights of a third-party or violates applicable law and you shall indemnify us for any damages finally awarded against and for reasonable attorney's fees incurred by us in connection with any such claim, demand, suit or proceeding provided that we (a) promptly give you written notice of the claim, demand, suit or proceeding, (b) give you sole control of the defense and settlement of the claim, demand, suit or proceeding (provided that you do not settle unless the settlement unconditionally releases us of all liability), and (c) provide you with all reasonable assistance, at your expense.

## 5. Content on the Website

You understand and acknowledge that, when using the Website, you will be exposed to Content from a variety of sources including content uploaded to the Website by other users (collectively, "Third Party Content") and that we do not control and are not responsible for any Third Party Contentor User Submissions. You understand and acknowledge that you may be exposed to Content that is inaccurate, offensive, indecent or otherwise objectionable and you agree to waive, and hereby do waive, any legal or equitable rights or remedies you may have against us with respect thereto.

You understand and acknowledge that we assume no responsibility whatsoever for monitoring the Website for inappropriate Content or conduct. If at any time we choose, in our sole discretion, to monitor such Content, we assume no responsibility for such Content, have no obligation to modify or remove any such Content(including User Submissions or Third Party Content), and assume no responsibility for the conduct of the users submitting any such Content (including User Submissions or Third Party Content).

All Content on the Website is provided to you "AS-IS" for your information and personal use only and you shall not use, copy, reproduce, distribute, transmit, broadcast, display, sell, license or otherwise exploit for any other purpose whatsoever that Content without the prior written consent of the respective owners/licensors of the Content.

## 6. User Conduct

You represent and warrant that all the information provided by you to us is accurate and current and that you have all necessary rights, power and authority to agree to these Terms and to perform the acts required of you under these Terms.

As a condition of your use of the Website:

(a) You agree not to use the Website for any unlawful purpose or in any way that is prohibited by these Terms;

(b) You agree to abide by all applicable local, state, national and international laws and regulations;

(c) You agree not to use the Website in any way that exposes us to criminal or civil liability;

(d) You agree that you are solely responsible for all acts and omissions that occur as a result of your use of the Website;

(e) You agree that all your User Submissionsthat you provide to us belongs to you and that you have the right and authority to provide it to us;

(f) You agree to maintain the security of your login password and to be fully responsible for any and all use of your account;

(g) You agree not to use or attempt to use any other party's account on the Website without authorization;

(h) You agree not to use any automated means, including robots, crawlers, data mining tools or the like, to download, monitor or use data or content from the Website;

(i) You agree not to use the Website to collect usernames and/or e-mail addresses for sending unsolicited messages of any kind;

(j) You agree not to take any action that imposes, or may impose, in our sole discretion, an unreasonable or disproportionately large load on our technology infrastructure or otherwise make excessive demands on it;

(k) You agree not to "stalk" or otherwise harass anyone on the Website;

(l) You agree not to post, link to, or otherwise make available on the Website any material that contains software viruses or any computer code, file or program designed to interrupt, destroy, limit or monitor the functionality of any computer software or hardware or any telecommunications equipment;

(m) You agree not to forge headers or otherwise manipulate identifiers in order to disguise the origin of any information you transmit;

(n) You agree not to disable, circumvent, or otherwise interfere with security related features of the Website or features that prevent or restrict use or copying of any Content or which enforce limitations on the use of the Website or the Content therein;

(o) You agree not to license, sublicense, sell, resell, transfer, assign, distribute or otherwise in any way commercially exploit or make available the Website or any of its Contents to any third party;

(p) You agree not to "frame" or "mirror" the Website; and

(q) You agree not to reverse engineer any portion of the Website.

We reserve the right to take appropriate action against any user for any unauthorized use of the Website, including civil, criminal and injunctive redress and the termination of any user's use of the Website. Any use of the Website and our computer systems not authorized by these Terms is a violation of these Terms and certain domestic and international civil and criminal laws.

## 7. Embeddable Player

We provide an "Embeddable Player" feature which you may use consistent with these Terms. You may only incorporate the Embeddable Player into your own personal, non-commercial website for use in accessing materials on the Website. Anytime you use the Embeddable Player, you must include a prominent hyperlink on the page containing the Embeddable Player back to this Website. You may not build upon or alter any portion of the Embeddable Player in any way.

## 8. Fees

You acknowledge that we reserve the right to charge for any or all of our services and to change our fees from time to time in our sole discretion. If at any time we terminate your rights to use the Website because of a breach of these Terms, you shall not be entitled to a refund of any portion of your fees. In all other respects, such fees shall be governed by additional rules posted on the Website as may be amended from time to time.

## 9. Privacy Policy

We retain a separate Privacy Policy and your assent to these Terms also signifies your assent to the Privacy Policy. We reserve the right to amend the Privacy Policy at any time by posting such amendments to the Website. The top of the Privacy Policy page will indicate the date that revisions were last made. No other notification may be made to you about any amendments. Your continued use of the Website following such amendments will constitute your acceptance of such amendments, regardless of whether you have actually read them.

## 10. Modification of These Terms

We reserve the right to amend these Terms at any time by posting such amended Terms to the Website. The top of the Terms will indicate the date that revisions were last made. No other notification may be made to you about any amendments. YOU ACKNOWLEDGE THAT YOUR CONTINUED USE OF THE WEBSITE FOLLOWING SUCH AMENDMENTS WILL CONSTITUTE YOUR ACCEPTANCE OF SUCH AMENDMENTS, REGARDLESS OF WHETHER YOU HAVE ACTUALLY READ THEM.

## 11. Digital Millennium Copyright Act

We respect the intellectual property rights of others. You may not infringe the copyright, trademark or other proprietary informational rights of any party. We may in our sole discretion remove any Content,User Submissions or Third Party Content we have reason to believe violates any of the intellectual property rights of others and may terminate your use of the Websiteif you repeatedly submit any such Content.

**Repeat Infringer Policy:As part of our repeat-infringement policy, any user for whose User Submissions or Third Party Content we receive three good-faith and effective complaints within a six-month period will be barred from using the Website.**

Pursuant to Title 17, Section 512(c)(2) of the United States Code, if you believe that any of your copyrighted material is being infringed on the Website, we have designated an agent to receive notifications of claimed copyright infringement. Notifications should be e-mailed to legal@PlayVid.com.

All notifications not relevant to us or ineffective under the law will receive no response or action thereupon. Pursuant to Title 17, Section 512(c)(3) of the United States Code, an effective notification of claimed infringement must be a written communication to our agent that includes substantially the following:

(a) Identification of the copyrighted work that is believed to be infringed. Please describe the work and, where possible, include a copy or the location

(e.g., a URL) of an authorized version of the work;

(b) Identification of the material that is believed to be infringing and its location. Please describe the material and provide a URL or any other pertinent information that will allow us to locate the material on the Website;

(c) Information that will allow us to contact you, including your address, telephone number and, if available, your e-mail address;

(d) A statement that you have a good faith belief that the use of the material complained of is not authorized by you, your agent or the law;

(e) A statement that the information in the notification is accurate and that under penalty of perjury that you are the owner or are authorized to act on behalf of the owner of the work that is allegedly infringed; and

(f) A physical or electronic signature from the copyright holder or an authorized representative.

## 12. Indemnification and Release

You hereby agree to indemnify us and hold us harmless from any and all third-party claims and expenses, including attorney's fees, arising from your use of the Website or from your breach of these Terms.

In the event that you have a dispute with one of more other users or any third parties, you hereby release us, our officers, employees, agents and successors-in-right from claims, demands and damages (actual and consequential) of every kind or nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way related to such disputes and/or the Website.

If you are a California resident, you waive California Civil Code Section 1542, which states: "A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."

## 13. Disclaimer of Warranties and Limitations of Liabilities

READ THIS SECTION CAREFULLY AS IT LIMITS OUR LIABILITY TO THE MAXIMUM EXTENT PERMITTED UNDER APPLICABLE LAW.

The Website may contain links to third-party websites which are completely independent of us. We assume no responsibility for the content, privacy policies, or practices of and make no representation or warranty as to the accuracy, completeness or authenticity of information contained in any third party websites. We have no right or ability to edit the content of any third party websites. You acknowledge that we shall not be liable for any and all liability arising from your use of any third party websites.

The Website is provided "AS-IS" and without any warranty or condition, express, implied or statutory. We specifically disclaim to the fullest extent any implied warranties of merchantability, fitness for a particular purpose, non-infringement, information accuracy, integration, interoperability or quiet enjoyment. We disclaim any warranties for viruses or other harmful components in connection with the Website. Some jurisdictions do not allow the disclaimer of implied warranties. In such jurisdictions, some of the foregoing disclaimers may not apply to you insofar as they relate to implied warranties.

UNDER NO CIRCUMSTANCES SHALL WE BE LIABLE FOR DIRECT, INDIRECT INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES (EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES) RESULTING FROM ANY ASPECT OF YOUR USE OF THE WEBSITE, WHETHER SUCH DAMAGES ARISE FROM YOUR USE, MISURE OR INABILITY TO USE THE WEBSITE, FROM YOUR RELIANCE ON ANY CONTENT ON THE WEBSITE, FROM THE INTERRUPTION SUSPENSION, MODIFICATION, ALTERATION OR COMPLETE DISCONTINUANCE OF THE WEBSITE OR THE TERMINATION OF SERVICE BY US. THESE LIMITATIONS ALSO APPLY WITH RESPECT TO DAMAGES INCURRED BY REASON OF OTHER SERVICES OR PRODUCTS RECEIVED OR ADVERTISED IN CONNECTION WITH THE WEBSITE. SOME JURISDICTIONS DO NOT ALLOW LIMITATIONS OF LIABILITY. IN SUCH JURISDICTIONS, SOME OF THE FOREGOING LIMITATIONS MAY NOT APPLY TO YOU.

YOUR SOLE AND EXCLUSIVE RIGHT AND REMEDY IN CASE OF DISSATISFACTION WITH THE WEBSITE OR ANY OTHER GRIEVANCE SHALL BE THE TERMINATION OF YOUR USE OF THE WEBSITE. IN NO CASE SHALL THE MAXIMUM LIABILITY OF US ARISING FROM OR RELATING TO YOUR USE OF THE SERVICE EXCEED THE AMOUNT PAID BY YOU TO US, OR OWED BY USTO YOU, PURSUANT TO THESE TERMS.

## 14. Venue

FOR ANY CLAIM BROUGHT BY EITHER PARTY, YOU AGREE TO SUBMIT AND CONSENT TO THE PERSONAL AND EXCLUSIVE JURISDICTION IN, AND THE EXCLUSIVE VENUE OF, ANGUILLA.

## 15. General Terms

(a) These Terms, as amended from time to time, constitute the entire agreement between you and us and supersede all prior agreements between you and us and may not be modified without our written consent.

(b) Our failure to enforce any provision of these Terms will not be construed as a waiver of any provision or right.

(c) If any part of these Terms is determined to be invalid or unenforceable pursuant to applicable law, then the invalid and unenforceable provision will be deemed superseded by a valid, enforceable provision that most closely matches the intent of the original provision and the remainder of the agreement shall continue in effect.

(d) Nothing herein is intended, nor will be deemed to confer rights or remedies upon any third party.

(e) These Terms are not assignable, transferable or sublicensable by you except with our prior written consent, but may be assigned or transferred by us without restriction.

(f) You agree that we may provide you with notices by e-mail, regular mail, or postings to the Website.

(g) The section titles in these Terms are for convenience only and have no legal or contractual effect.

(h) As used in these Terms, the term "including" is illustrative and not limitative.

*Effective: November 24, 2013*

© 2016 PlayVid     Advertise  |  Terms  |  Privacy  |  Copyright  |  18 USC 2257 Statement  |  Contact Us      FAQ   En  ∧   

  CATEGORIES    CHANNELS    Search for videos, people and things    UPLOAD

# Terms of Use

Please review these terms and conditions of use carefully before using PlayVids.com.

This document states the terms and conditions ("Terms") upon which Sun Social Media, Inc., ("we" or "us") will provide service to you on PlayVids.com (the "Website"). These Terms constitute a contractual agreement between you and us. By visiting, accessing, using, and/or joining (collectively "using") the Website, you express your understanding and acceptance of these Terms. If you do not agree to be bound by these Terms, navigate away from the Website and cease using it. As used in this document, the terms "you" or "your" refers to you, any entity you represent, your or its representatives, successors, assigns and affiliates, and any of your or their devices.

## 1. Eligibility

You must beat least eighteen (18) years of age to use the Website, unless the age of majority in your jurisdiction is greater than eighteen (18) years of age, in which case you must be at least the age of majority in your jurisdiction. Use of the Website is not permitted where prohibited by law.

## 2. Grant of Use

We grant you a non-exclusive, non-transferable and limited right to access, non-publicly display, and usethe Websiteincluding all content available therein (the â€œContentâ€) on your computer consistent with these Terms.

This grant is terminable by us at will for any reason and at our sole discretion, with or without prior notice. Upon termination, we may, but shall not be obligated to: (i)delete or deactivate your account, (ii) block your e-mail and/or IP addresses or otherwise terminate your access to or use ofthe Website, and/or (iii) remove and/or delete any of your User Submissions (defined below). You agree not to use or attempt to use the Website after said termination. Upon termination, the grant of your right to use the Website shall terminate, but all other portions of these Terms shall survive. You acknowledge that we are not responsible to you or any third party for the termination of your grant of use.

## 3. Intellectual Property

The Content, with the exception of User Submissions and Third Party Content (defined below), including text, graphical images, photographs, music, video, software, scripts and trademarks, service marks and logos contained therein (collectively "Proprietary Materials"), are owned by and/or licensed to us. All Proprietary Materials are subject to copyright, trademark and/or other rights under the laws of applicable jurisdictions, including the United States, foreign laws, and international conventions. We reserve all our rights over our Proprietary Materials.

Except as otherwise explicitly permitted, you agree not to copy, modify, publish, transmit, distribute, participate in the transfer or sale of, create derivative works of, or in any other way exploit, in whole or in part, any Content.

## 4. User Submissions

You are entirely responsible for any and all materials you submit or otherwise make available via the Website, including videos or any other communications or profile information, (collectively, "User Submissions"). User Submissions cannot always be withdrawn. You acknowledge that any disclosure of personal information in User Submissions may make you personally identifiable and that we do not guarantee any confidentiality with respect to User Submissions.

You shall be solely responsible for any and all of your own User Submissions and any and all consequences of positing, uploading, publishing or

otherwise making them available. For any of your User Submissions, you affirm, represent and warrant that:

(a) You own or have the necessary licenses, permissions, rights or consents to use and authorize us to use all trademarks, copyrights, trade secrets or other proprietary rights in and to User Submissions for any and all uses contemplated by the Website and these Terms;

(b) You will not post, or allow anyone else to post, any material that depicts any individual under the age of eighteen (18) years and that you have inspected and are maintaining written documentation, pursuant to 18 U.S.C. 2257 and other laws, to confirm that all individuals in your User Submission are, in fact, over the age of eighteen (18) years; and

(c) You have written consent, release, and/or permission from each and every identifiable individual in the User Submission to use the name and/or likeness of each and every such identifiable individual to enable use of the User Submission for any and all uses contemplated by the Website and these Terms.

You further agree that you shall not submit material that:

(d) Is copyrighted, protected by trade secret or trademark laws, or otherwise subject to third party proprietary rights, including privacy and publicity rights, unless you are the owner of such rights or have permission from the rightful owner to submit the material and to grant us all of the license rights granted herein;

(e) Is obscene, vulgar, illegal, unlawful, defamatory, fraudulent, libelous, harmful, harassing, abusive, threatening, invasive of privacy or publicity rights, hateful, racially or ethnically offensive, inflammatory, or otherwise inappropriate as decided by us in our sole discretion;

(f) Depicts illegal activities, promotes or depicts physical harm or injury against any group or individual, or promotes or depicts any act of cruelty to animals;

(g) Impersonates any person or entity or otherwise misrepresents you in any way, including creating a false identity;

(h) Would constitute, encourage or provide instructions for a criminal offense, a violation of the rights of any party, or that would otherwise create liability or violate any local, state, national or international law; or

(i) Is unsolicited or unauthorized advertising, promotion, "spam" or any other form of solicitation;

We claim no ownership or control over User Submissions or Third Party Content. You or a third party licensor, as appropriate, retain all copyrights to User Submissions and you are responsible for protecting those rights as appropriate. You irrevocably grant us a world-wide, non-exclusive, royalty-free, perpetual, non-cancelable, sub-licenseable license to reproduce, publicly perform, publicly display, distribute, adapt, modify, publish, translate and create derivative works of User Submissions for any purpose, including without limitation any purpose contemplated by the Website and these Terms. Furthermore, you also grant other users of the Website a right and license to display, stream and download UserSubmissions in connection with their use of the Website and for other personal use. You also irrevocably waive and cause to be waived against us and any of our users any claims and assertions of moral rights or attribution with respect to User Submissions.

You represent and warrant that you have all the rights, power and authority necessary to grant the rights granted herein to User Submissions. Specifically, you represent and warrant that you own the title to the User Submissions, that you have the right to upload the User Submissions to the Website, and that uploading the User Submissions will not infringe upon any other party's rights or your contractual obligations to other parties.

You acknowledge that we may at our sole discretion refuse to publish, remove, or block access to any User Submission for any reason, or for no reason at all, with or without notice.

You agree to defend us against any claim, demand, suit or proceeding made or brought against us by a third-party alleging that your User Submissions or your use of the Website in violation of these Terms infringes or misappropriates the intellectual property rights of a third-party or violates applicable law and you shall indemnify us for any damages finally awarded against and for reasonable attorney's fees incurred by us in connection with any such claim, demand, suit or proceeding provided that we (a) promptly give you written notice of the claim, suit or

connection with any such claim, demand, suit or proceeding provided that we (a) promptly give you written notice of the claim, demand, suit or proceeding, (b) give you sole control of the defense and settlement of the claim, demand, suit or proceeding (provided that you do not settle unless the settlement unconditionally releases us of all liability), and (c) provide you with all reasonable assistance, at your expense.

## 5. Content on the Website

You understand and acknowledge that, when using the Website, you will be exposed to Content from a variety of sources including content uploaded to the Website by other users (collectively, "Third Party Content") and that we do not control and are not responsible for any Third Party Contentor User Submissions. You understand and acknowledge that you may be exposed to Content that is inaccurate, offensive, indecent or otherwise objectionable and you agree to waive, and hereby do waive, any legal or equitable rights or remedies you may have against us with respect thereto.

You understand and acknowledge that we assume no responsibility whatsoever for monitoring the Website for inappropriate Content or conduct. If at any time we choose, in our sole discretion, to monitor such Content, we assume no responsibility for such Content, have no obligation to modify or remove any such Content(including User Submissions or Third Party Content), and assume no responsibility for the conduct of the users submitting any such Content (including User Submissions or Third Party Content).

All Content on the Website is provided to you "AS-IS" for your information and personal use only and you shall not use, copy, reproduce, distribute, transmit, broadcast, display, sell, license or otherwise exploit for any other purpose whatsoever that Content without the prior written consent of the respective owners/licensors of the Content.

## 6. User Conduct

You represent and warrant that all the information provided by you to us is accurate and current and that you have all necessary rights, power and authority to agree to these Terms and to perform the acts required of you under these Terms.

As a condition of your use of the Website:

(a) You agree not to use the Website for any unlawful purpose or in any way that is prohibited by these Terms;

(b) You agree to abide by all applicable local, state, national and international laws and regulations;

(c) You agree not to use the Website in any way that exposes us to criminal or civil liability;

(d) You agree that you are solely responsible for all acts and omissions that occur as a result of your use of the Website;

(e) You agree that all your User Submissionsthat you provide to us belongs to you and that you have the right and authority to provide it to us;

(f) You agree to maintain the security of your login password and to be fully responsible for any and all use of your account;

(g) You agree not to use or attempt to use any other party's account on the Website without authorization;

(h) You agree not to use any automated means, including robots, crawlers, data mining tools or the like, to download, monitor or use data or content from the Website;

(i) You agree not to use the Website to collect usernames and/or e-mail addresses for sending unsolicited messages of any kind;

(j) You agree not to take any action that imposes, or may impose, in our sole discretion, an unreasonable or disproportionately large load on our technology infrastructure or otherwise make excessive demands on it;

(k) You agree not to "stalk" or otherwise harass anyone on the Website;

(l) You agree not to post, link to, or otherwise make available on the Website any material that contains software viruses or any computer code, file or program designed to interrupt, destroy, limit or monitor the functionality of any computer software or hardware or any telecommunications equipment;

(m) You agree not to forge headers or otherwise manipulate identifiers in order to disguise the origin of any information you transmit;

(n) You agree not to disable, circumvent, or otherwise interfere with security related features of the Website or features that prevent or restrict use or copying of any Content or which enforce limitations on the use of the Website or the Content therein;

(o) You agree not to license, sublicense, sell, resell, transfer, assign, distribute or otherwise in any way commercially exploit or make available the Website or any of its Contents to any third party;

(p) You agree not to "frame" or "mirror" the Website; and

(q) You agree not to reverse engineer any portion of the Website.

We reserve the right to take appropriate action against any user for any unauthorized use of the Website, including civil, criminal and injunctive redress and the termination of any user's use of the Website.  Any use of the Website and our computer systems not authorized by these Terms is a violation of these Terms and certain domestic and international civil and criminal laws.

## 7. Embeddable Player

We provide an "Embeddable Player" feature which you may use consistent with these Terms. You may only incorporate the Embeddable Player into your own personal, non-commercial website for use in accessing materials on the Website. Anytime you use the Embeddable Player, you must include a prominent hyperlink on the page containing the Embeddable Player back to this Website. You may not build upon or alter any portion of the Embeddable Player in any way.

## 8. Fees

You acknowledge that we reserve the right to charge for any or all of our services and to change our fees from time to time in our sole discretion. If at any time we terminate your rights to use the Website because of a breach of these Terms, you shall not be entitled to a refund of any portion of your fees. In all other respects, such fees shall be governed by additional rules posted on the Website as may be amended from time to time.

## 9. Privacy Policy

We retain a separate Privacy Policy and your assent to these Terms also signifies your assent to the Privacy Policy. We reserve the right to amend the Privacy Policy at any time by posting such amendments to the Website. The top of the Privacy Policy page will indicate the date that revisions were last made. No other notification may be made to you about any amendments. Your continued use of the Website following such amendments will constitute your acceptance of such amendments, regardless of whether you have actually read them.

## 10. Modification of These Terms

We reserve the right to amend these Terms at any time by posting such amended Terms to the Website. The top of the Terms will indicate the date that revisions were last made. No other notification may be made to you about any amendments. YOU ACKNOWLEDGE THAT YOUR CONTINUED USE OF THE WEBSITE FOLLOWING SUCH AMENDMENTS WILL CONSTITUTE YOUR ACCEPTANCE OF SUCH AMENDMENTS. REGARDLESS OF WHETHER

YOU HAVE ACTUALLY READ THEM.

## 11. Digital Millennium Copyright Act

We respect the intellectual property rights of others. You may not infringe the copyright, trademark or other proprietary informational rights of any party. We may in our sole discretion remove any Content,User Submissions or Third Party Content we have reason to believe violates any of the intellectual property rights of others and may terminate your use of the Websiteif you repeatedly submit any such Content.

**Repeat Infringer Policy:As part of our repeat-infringement policy, any user for whose User Submissions or Third Party Content we receive three good-faith and effective complaints within a six-month period will be barred from using the Website.**

Pursuant to Title 17, Section 512(c)(2) of the United States Code, if you believe that any of your copyrighted material is being infringed on the Website, we have designated an agent to receive notifications of claimed copyright infringement. Notifications should be e-mailed to legal@PlayVids.com.

All notifications not relevant to us or ineffective under the law will receive no response or action thereupon. Pursuant to Title 17, Section 512(c)(3) of the United States Code, an effective notification of claimed infringement must be a written communication to our agent that includes substantially the following:

(a) Identification of the copyrighted work that is believed to be infringed. Please describe the work and, where possible, include a copy or the location (e.g., a URL) of an authorized version of the work;

(b) Identification of the material that is believed to be infringing and its location. Please describe the material and provide a URL or any other pertinent information that will allow us to locate the material on the Website;

(c) Information that will allow us to contact you, including your address, telephone number and, if available, your e-mail address;

(d) A statement that you have a good faith belief that the use of the material complained of is not authorized by you, your agent or the law;

(e) A statement that the information in the notification is accurate and that under penalty of perjury that you are the owner or are authorized to act on behalf of the owner of the work that is allegedly infringed; and

(f) A physical or electronic signature from the copyright holder or an authorized representative.

## 12. Indemnification and Release

You hereby agree to indemnify us and hold us harmless from any and all third-party claims and expenses, including attorneyâ€™s fees, arising from your use ofthe Website or from your breach of these Terms.

In the event that you have a dispute with one of more other users or any third parties, you hereby release us, our officers,employees, agents and successors-in-right from claims, demands and damages (actual and consequential) of every kind or nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way related to such disputes and/or the Website.

If you are a California resident, you waive California Civil Code Section 1542, which states: â€œA general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.â€

## 13. Disclaimer of Warranties and Limitations of Liabilities

## 13. Disclaimer of Warranties and Limitations of Liabilities

READ THIS SECTION CAREFULLY AS IT LIMITS OUR LIABILITY TO THE MAXIMUM EXTENT PERMITTED UNDER APPLICABLE LAW.

The Website may contain links to third-party websites which are completely independent of us. We assume no responsibility for the content, privacy policies, or practices of and make no representation or warranty as to the accuracy, completeness or authenticity of information contained in any third party websites. We have no right or ability to edit the content of any third party websites. You acknowledge that we shall not be liable for any and all liability arising from your use of any third party websites.

The Website is provided "AS-IS" and without any warranty or condition, express, implied or statutory. We specifically disclaim to the fullest extent any implied warranties of merchantability, fitness for a particular purpose, non-infringement, information accuracy, integration, interoperability or quiet enjoyment. We disclaim any warranties for viruses or other harmful components in connection with the Website. Some jurisdictions do not allow the disclaimer of implied warranties. In such jurisdictions, some of the foregoing disclaimers may not apply to you insofar as they relate to implied warranties.

UNDER NO CIRCUMSTANCES SHALL WE BE LIABLE FOR DIRECT, INDIRECT INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES (EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES) RESULTING FROM ANY ASPECT OF YOUR USE OF THE WEBSITE, WHETHER SUCH DAMAGES ARISE FROM YOUR USE, MISURE OR INABILITY TO USE THE WEBSITE, FROM YOUR RELIANCE ON ANY CONTENT ON THE WEBSITE, FROM THE INTERRUPTION SUSPENSION, MODIFICATION, ALTERATION OR COMPLETE DISCONTINUANCE OF THE WEBSITE OR THE TERMINATION OF SERVICE BY US. THESE LIMITATIONS ALSO APPLY WITH RESPECT TO DAMAGES INCURRED BY REASON OF OTHER SERVICES OR PRODUCTS RECEIVED OR ADVERTISED IN CONNECTION WITH THE WEBSITE. SOME JURISDICTIONS DO NOT ALLOW LIMITATIONS OF LIABILITY. IN SUCH JURISDICTIONS, SOME OF THE FOREGOING LIMITATIONS MAY NOT APPLY TO YOU.

YOUR SOLE AND EXCLUSIVE RIGHT AND REMEDY IN CASE OF DISSATISFACTION WITH THE WEBSITE OR ANY OTHER GRIEVANCE SHALL BE THE TERMINATION OF YOUR USE OF THE WEBSITE. IN NO CASE SHALL THE MAXIMUM LIABILITY OF US ARISING FROM OR RELATING TO YOUR USE OF THE SERVICE EXCEED THE AMOUNT PAID BY YOU TO US, OR OWED BY USTO YOU, PURSUANT TO THESE TERMS.

## 14. Venue

FOR ANY CLAIM BROUGHT BY EITHER PARTY, YOU AGREE TO SUBMIT AND CONSENT TO THE PERSONAL AND EXCLUSIVE JURISDICTION IN, AND THE EXCLUSIVE VENUE OF,ANGUILLA.

## 15. General Terms

(a) These Terms, as amended from time to time, constitute the entire agreement between you and us and supersede all prior agreements between you and us and may not be modified without our written consent.

(b) Our failure to enforce any provision of these Terms will not be construed as a waiver of any provision or right.

(c) If any part of these Terms is determined to be invalid or unenforceable pursuant to applicable law, then the invalid and unenforceable provision will be deemed superseded by a valid, enforceable provision that most closely matches the intent of the original provision and the remainder of the agreement shall continue in effect.

(d) Nothing herein is intended, nor will be deemed to confer rights or remedies upon any third party.

(e) These Terms are not assignable, transferable or sublicensable by you except with our prior written consent, but may be assigned or transferred by us without restriction.

(f) You agree that we may provide you with notices by e-mail, regular mail, or postings to the Website.

(g) The section titles in these Terms are for convenience only and have no legal or contractual effect.

(h) As used in these Terms, the term "including" is illustrative and not limitative.

*Effective: November 24, 2013*

---

ADVERTISE   |   TERMS   |   PRIVACY   |   COPYRIGHT   |   18 USC 2257 STATEMENT   |   FAQ   |   CONTACT US

 

© 2016 PlayVids

Language: En ▾

# EXHIBIT 2

**To Bolotin Declaration**



# DMCA NOTICE OF COPYRIGHT INFRINGEMENT

We respect the intellectual property rights of others. You may not infringe the copyright, trademark or other proprietary informational rights of any party. We may in our sole discretion remove any Content, User Submissions or Third Party Content we have reason to believe violates any of the intellectual property rights of others and may terminate your use of the Website if you repeatedly submit any such Content.

**Repeat Infringer Policy: As part of our repeat-infringement policy, any user for whose User Submissions or Third Party Content we receive three good-faith and effective complaints within a six-month period will be barred from using the Website.**

Pursuant to Title 17, Section 512(c)(2) of the United States Code, if you believe that any of your copyrighted material is being infringed on the Website, we have designated an agent to receive notifications of claimed copyright infringement. Notifications should be e-mailed to legal@Feedvid.com or to:

Copyright Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309
United States of America
Fax: (800) 371 0235

All notifications not relevant to us or ineffective under the law will receive no response or action thereupon. Pursuant to Title 17, Section 512(c)(3) of the United States Code, an effective notification of claimed infringement must be a written communication to our agent that includes substantially the following:

(a) Identification of the copyrighted work that is believed to be infringed. Please describe the work and, where possible, include a copy or the location (e.g., a URL) of an authorized version of the work;

(b) Identification of the material that is believed to be infringing and its location. Please describe the material and provide a URL or any other pertinent information that will allow us to locate the material on the Website;

(c) Information that will allow us to contact you, including your address, telephone number and, if available, your e-mail address;

(d) A statement that you have a good faith belief that the use of the material complained of is not authorized by you, your agent or the law;

(e) A statement that the information in the notification is accurate and that under penalty of perjury that you are the owner or are authorized to act on behalf of the owner of the work that is allegedly infringed; and

(f) A physical or electronic signature from the copyright holder or an authorized representative.

Advertise    Terms    Privacy    Copyright                    Newest    FAQ    Contact Us

2/12/2016                            Copyright Infringement Notification : DMCA Violation | PlayVid

## DMCA NOTICE OF COPYRIGHT INFRINGEMENT

We respect the intellectual property rights of others. You may not infringe the copyright, trademark or other proprietary informational rights of any party. We may in our sole discretion remove any Content, User Submissions or Third Party Content we have reason to believe violates any of the intellectual property rights of others and may terminate your use of the Website if you repeatedly submit any such Content.

**Repeat Infringer Policy: As part of our repeat-infringement policy, any user for whose User Submissions or Third Party Content we receive three good-faith and effective complaints within a six-month period will be barred from using the Website.**

Pursuant to Title 17, Section 512(c)(2) of the United States Code, if you believe that any of your copyrighted material is being infringed on the Website, we have designated an agent to receive notifications of claimed copyright infringement. Notifications should be e-mailed to legal@playvid.com or to:

Copyright Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309
United States of America
Fax: (800) 371 0235

All notifications not relevant to us or ineffective under the law will receive no response or action thereupon. Pursuant to Title 17, Section 512(c)(3) of the United States Code, an effective notification of claimed infringement must be a written communication to our agent that includes substantially the following:

(a) Identification of the copyrighted work that is believed to be infringed. Please describe the work and, where possible, include a copy or the location (e.g., a URL) of an authorized version of the work;

(b) Identification of the material that is believed to be infringing and its location. Please describe the material and provide a URL or any other pertinent information that will allow us to locate the material on the Website;

(c) Information that will allow us to contact you, including your address, telephone number and, if available, your e-mail address;

(d) A statement that you have a good faith belief that the use of the material complained of is not authorized by you, your agent or the law;

(e) A statement that the information in the notification is accurate and that under penalty of perjury that you are the owner or are authorized to act on behalf of the owner of the work that is allegedly infringed; and

(f) A physical or electronic signature from the copyright holder or an authorized representative.

 

CATEGORIES    CHANNELS     Search for videos, people and things

UPLOAD

# DMCA NOTICE OF COPYRIGHT INFRINGEMENT

We respect the intellectual property rights of others. You may not infringe the copyright, trademark or other proprietary informational rights of any party. We may in our sole discretion remove any Content, User Submissions or Third Party Content we have reason to believe violates any of the intellectual property rights of others and may terminate your use of the Website if you repeatedly submit any such Content.

**Repeat Infringer Policy: As part of our repeat-infringement policy, any user for whose User Submissions or Third Party Content we receive three good-faith and effective complaints within a six-month period will be barred from using the Website.**

Pursuant to Title 17, Section 512(c)(2) of the United States Code, if you believe that any of your copyrighted material is being infringed on the Website, we have designated an agent to receive notifications of claimed copyright infringement. Notifications should be e-mailed to legal@playvids.com or to:

Copyright Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309
United States of America
Fax: (800) 371 0235

All notifications not relevant to us or ineffective under the law will receive no response or action thereupon. Pursuant to Title 17, Section 512(c)(3) of the United States Code, an effective notification of claimed infringement must be a written communication to our agent that includes substantially the following:

(a) Identification of the copyrighted work that is believed to be infringed. Please describe the work and, where possible, include a copy or the location (e.g., a URL) of an authorized version of the work;

(b) Identification of the material that is believed to be infringing and its location. Please describe the material and provide a URL or any other pertinent information that will allow us to locate the material on the Website;

(c) Information that will allow us to contact you, including your address, telephone number and, if available, your e-mail address;

(d) A statement that you have a good faith belief that the use of the material complained of is not authorized by you, your agent or the law;

(e) A statement that the information in the notification is accurate and that under penalty of perjury that you are the owner or are authorized to act on behalf of the owner of the work that is allegedly infringed; and

(f) A physical or electronic signature from the copyright holder or an authorized representative.

---

ADVERTISE   |   TERMS   |   PRIVACY   |   COPYRIGHT   |   18 USC 2257 STATEMENT   |   FAQ   |   CONTACT US

 

© 2016 PlayVids

Language: En



Categories

Help    Legal

Terms of Service

Privacy Policy

DMCA/Copyright

2257

## Submit a copyright takedown notice

We respect the intellectual property rights of others. You may not infringe the copyright, trademark or other proprietary informational rights of any party. We may in our sole discretion remove any Content, User Submissions or Third Party Content we have reason to believe violates any of the intellectual property rights of others and may terminate your use of the Website if you repeatedly submit any such Content.

Repeat Infringer Policy:  As part of our repeat-infringement policy, any user for whose User Submissions or Third Party Content we receive three good-faith and effective complaints within a six-month period will be barred from using the Website.

Pursuant to Title 17, Section 512(c)(2) of the United States Code, if you believe that any of your copyrighted material is being infringed on the Website, we have designated an agent to receive notifications of claimed copyright infringement. Notifications should be e-mailed to legal@peekvids.com or to:

Copyright Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309
United States of America
Fax: (800) 371 0235

All notifications not relevant to us or ineffective under the law will receive no response or action thereupon. Pursuant to Title 17, Section 512(c)(3) of the United States Code, an effective notification of claimed infringement must be a written communication to our agent that includes substantially the following:

- Identification of the copyrighted work that is believed to be infringed. Please describe the work and, where possible, include a copy or the location (e.g., a URL) of an authorized version of the work;
- Identification of the material that is believed to be infringing and its location. Please describe the material and provide a URL or any other pertinent information that will allow us to locate the material on the Website;
- Information that will allow us to contact you, including your address, telephone number and, if available, your e-mail address
- A statement that you have a good faith belief that the use of the material complained of is not authorized by you, your agent or the law;
- A statement that the information in the notification is accurate and that under penalty of perjury that you are the owner or are authorized to act on behalf of the owner of the work that is allegedly infringed; and
- A physical or electronic signature from the copyright holder or an authorized representative.



Contact Us    FAQ    Terms of Use    Privacy Policy    DMCA/Copyright    18 USC 2257 Statement

©2016 PeekVids. All Rights Reserved.

# EXHIBIT 3

**To Bolotin Declaration**

# Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider**: Sun Social Media, Inc.

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business)**: findandtry.com, findandtry.me
findandtry.br.com

Address of Service Provider: 21218 St. Andrews Blvd., Suite 114, Boca Raton, FL 33433

**Name of Agent Designated to Receive Notification of Claimed Infringement**: Constantin Luchian

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location):
1007 N. Federal Hwy., Suite 240, Fort Lauderdale, FL 33304

**Telephone Number of Designated Agent**: (954) 773-8743

**Facsimile Number of Designated Agent**: (954) 414-0865

**Email Address of Designated Agent**: abuse@findandtry.com

Signature of Officer or Representative of the Designating Service Provider:
                                              Date: 8/31/2010

Typed or Printed Name and Title: Konstantin Bolotin, President

**Note: This Interim Designation Must be Accompanied by a Filing Fee***
**Made Payable to the Register of Copyrights.**
***Note: Current and adjusted fees are available on the Copyright website at**
**www.copyright.gov/docs/fees.html**

Scanned
SEP 17 2010

Library of Congress
Received

SEP 0 2 2010

U.S. Copyright Office

Mail the form to:
**Copyright RRP**
**P.O. Box 71537**
**Washington, DC 20024**


162689620
162689620

SSM210013

# Amended Interim Designation of Agent to Receive Notification
## of Claimed Infringement

**Full Legal Name of Service Provider:** Sun Social Media Inc

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** findandtry.com, playvid.com

Address of Service Provider: 1001 Brickell Bay Dr., Suite 2700, Miami FL 33131

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Constantin Luchian

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): 6750 N. Andrews Ave., Suite 200, Fort Lauderdale FL 33309

**Telephone Number of Designated Agent:** (954) 773 8743

**Facsimile Number of Designated Agent:** (954) 414 0865

**Email Address of Designated Agent:** abuse@findandtry.com; abuse@playvid.com

Identify the Interim Designation to be Amended, by Service Provider Name and Filing Date, so that it may be Readily Located in the Directory Maintained by the Copyright Office: Sun Social Media Inc; 9/2/2010

**Signature of Officer or Representative** of the Designating Service Provider:

Date: 1/1/2013

Scanned

MAR 1 5 2013

Typed or Printed Name and Title: Konstantin Bolotin, President

Note: This Amended Interim Designation Must be Accompanied by a Filing Fee*
Made Payable to the Register of Copyrights.
*Note: Current and adjusted fees are available on the Copyright website at www.copyright.gov/docs/fees.html

Mail the form to:
**Copyright I&R/Recordation**
**P.O. Box 71537**
**Washington, DC 20024**

Received

FEB 2 7 2013

Copyright Office

164198302
164198302

SSM210014

# Amended Interim Designation of Agent to Receive Notification
## of Claimed Infringement

**Full Legal Name of Service Provider**: Sun Social Media Inc

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business)**: findandtry.com, playvid.com

Address of Service Provider: 1001 Brickell Bay Dr., Suite 2700
Miami, FL 33131

**Name of Agent Designated to Receive Notification of Claimed Infringement**: Constantin Luchian

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): 6750 N. Andrews Ave., Suite 200, Fort Lauderdale FL 33309

**Telephone Number of Designated Agent**: (954) 773 8743

**Facsimile Number of Designated Agent**: (954) 414 0865

**Email Address of Designated Agent**: abuse@findandtry.com
abuse@playvid.com

Identify the Interim Designation to be Amended, by Service Provider Name and Filing Date, so that it may be Readily Located in the Directory Maintained by the Copyright Office: Sun Social Media Inc, received 2/27/2013; scanned 3/15/2013

esignating Service Provider:
Date: 1/19/2014

Typed or Printed Name and Title: Valentin Gurvits, Attorney

Note: This Amended Interim Designation Must be Accompanied by a Filing Fee*
Made Payable to the Register of Copyrights.
*Note: Current and adjusted fees are available on the Copyright website at www.copyright.gov/docs/fees.html

Mail the form to:
**Copyright I&R/Recordation**
**P.O. Box 71537**



164370561

Received

JAN 2 3 2014

Copyright Office

SSM240015

 INCORPORATE**NOW**

**incorporatenow.com**

# Amended Interim Designation of Agent to Receive Notification of Claimed Infringement

Full Legal Name of Service Provider

Sun Social Media Inc

Alternative Name(s) of Service Provider (including all names under which the serviceprovider is doing business)

findandtry.com, playvids.com, playvid.com, peekvids.com, sunsocialmedia.com

Address of Service Provider

1001 Brickell Bay Dr., Suite 2700
Miami, FL 33131
United States

Name of Agent Designated to Receive Notification of Claimed Infringement

Copyright Agent

Full Address of Designated Agent to which Notification Should be Sent

6750 N. Andrews Ave., Suite 200
Fort Lauderdale FL 33309

(a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location)

Telephone Number of Designated Agent :

(800) 371-1217

Facsimile Number of Designated Agent :

(800) 371-0235

Email Address of Designated Agent :

legal@sunsocialmedia.com

Identify the Interim Designation to be Amended, by Service Provider Name and Filing Date, so that it may be Readily Located in the Directory Maintained by the Copyright Office

Sun Social Media Inc
1/23/2014

Signature of Officer or Representative of the Designating Service Provider

**Scanned**

AUG 2 4 2015

Date

7-30-15

Typed or Printed Name and Title:

Valentin Gurvits, Attorney

Received

AUG 0 3 2015

Copyright Office

SSM210016

 INCORPORATE**NOW**

**incorporatenow.com**

# Amended Interim Designation of Agent to Receive Notification of Claimed Infringement

| | |
|---|---|
| Full Legal Name of Service Provider | Sun Social Media Inc |
| Alternative Name(s) of Service Provider (including all names under which the serviceprovider is doing business) | findandtry .com, playvids.com , playvid.com , peekvids.com, sunsocialmedia.com, feedvid.com |
| Address of Service Provider | 1001 Brickell Bay Dr., Suite 2700 Miami, FL33131 United States |
| Name of Agent Designated to Receive Notification of Claimed Infringement | Copyright Agent |
| Full Address of Designated Agent to which Notification Should be Sent (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location) | 6750 N. Andrews Ave., Suite 200 Fort Lauderdale FL 33309 |
| Telephone Number of Designated Agent : | (800) 371-1217 |
| Facsimile Number of Designated Agent : | (800) 371-0235 |
| Email Address of Designated Agent : | legal@sunsocialmedia.com |
| Identify the Interim Designation to be Amended, by Service Provider Name and Filing Date, so that it may be Readily Located in the Directory Maintained by the Copyright Office | Sun Social Media Inc 8/03/2015 |
| Signature of Officer or Representative of the Designating Service Provider | |
| Date | 10-8-15 |
| Typed or Printed Name and Title: | Valentin Gurvits, Attorney |

# EXHIBIT 4

## To Bolotin Declaration



SSM210001



SSM210002



SSM210003

**CREATE REQUEST**
Copyright or Terms Request Creation Wizard.

Dashboard / Blocking Tool / Create Request

Request Wizard



| Step 1 - Complaint Type | Step 2 - Complaint Details | Step 3 - Complaint Review | Step 4 - Confirmation |

Copyright

| | |
|---|---|
| **Notice Date** | Today   2016-01-04 |
| **Reporter Email** | info@sunsocialmedia.com |
| **Reporting Organization** | SSM Test |
| **Ticket Id** | 2036 |

| # | URL | Title | Duration | Views | | Action | |
|---|-----|-------|----------|-------|---|--------|---|
| 1 | https://www.playvids.com/v/Wv2x-ge7GG8 | SSM blocking tool test video | 02:38 | | 41 | No action | Delete |

| # | URL | Notes | Action |
|---|-----|-------|--------|
| | | 📊 No Data Available | |

Previous   Next

SSM210004

**CREATE REQUEST**
Copyright or Terms Request Creation Wizard.

Dashboard  /  Blocking Tool  /  Create Request



Request Wizard

| Step 1 - Complaint Type | Step 2 - Complaint Details | Step 3 - Complaint Review | Step 4 - Confirmation |

| | |
|---|---|
| Type | dmca |
| Notice Date | 2016-01-04 |
| Reporter Email | info@sunsocialmedia.com |
| Reporting Organization | SSM Test |
| Ticket Id | 2036 |
| Urls | 1 URL |

| # | URL | Title | Duration | Views | |
|---|---|---|---|---|---|
| 1 | https://www.playvids.com/v/Wv2x-ge7GG8 | SSM blocking tool test video | 02:38 | | 41 |

Previous    Submit

SSM210005

**CREATE REQUEST**
Copyright or Terms Request Creation Wizard.

Dashboard  /  Blocking Tool  /  Create Request



SSM210006

**VIEW REQUEST**
Copyright or Terms Request Creation Wizard.

Dashboard  /  Blocking Tool  /  View Request

**Request #1775**



| Type | dmca |
|------|------|
| Notice Date | 01/04/2016 |
| Processed on | 01/04/2016 |
| Reporter Email | info@sunsocialmedia.com |
| Reporting Organization | SSM Test |
| Ticket Id | 2034 |
| URLs | 1 URL |

**Processed**

| # | URL | Title | | | Duration | Views | |
|---|-----|-------|---|---|----------|-------|---|
| 1 | https://www.playvids.com/v/Tu7Lmp1Xf-k | SSM blocking tool test video | | | 01:03 | | 1 |

SSM210007

# EXHIBIT 5

**To Bolotin Declaration**

**After the form data is received for a request POST-request is sent to server**

**processing of data for a new request:**

```
$type = _post('type');
$notice_date = _post('notice_date');
$organization = _post('organization');
$email = _post('email');
$ticket_id = _post('ticket_id');
$urls = _post_json('urls');
```

**initialization of the service and data transfer**

```
$srvBlockingTool = $project->serviceFactory('BlockingTool');

$result = $srvBlockingTool->postCreateForm([
    'type' => $type,
    'notice_date' => $notice_date,
    'organization' => $organization,
    'email' => $email,
    'ticket_id' => $ticket_id,
    'urls' => $urls,
]);
```

**service, method** `postCreateForm` **- first checking of the data**

```
$test_form = $this->validateForm($form, 'blocking_tool/new');

if($test_form instanceof \Sunsocial\Data\Errors)
{
    return $test_form->errorsAll(true);
}
```

**continuation of the method** `postCreateForm` **- determination of request type which will be assigned to the request**

```
switch($form['type'])
{
    case 'dmca':
        $video_change_status = 'copyright';
        break;

    case 'terms':
        $video_change_status = 'terms';
        break;

    default:
        return [ 'type' => [ 'Something went wrong' ] ];
}
```

**continuation of the method** `postCreateForm` **- creation of blocking request**

SSM210008

```php
$model_db = $this->getModel('db');

$ticket_id = get_opt($form, 'ticket_id', 0) ? : 0;

$request_id = $model_db->create($form['type'], $form['notice_date'], get_opt($form,
'organization', ''), get_opt($form, 'email', ''), $ticket_id);
```

**continuation of the method** `postCreateForm` **- operations with URLs from the request**
`$remote_calls` **- this variable collects quantity of URLs which needs to be terminated
via request jsonrpc.**
**Calling** `setVideoStatus`  **- to changes status of the each video in the request**

```php
$srvRemote = $this->_project->serviceFactory('Remote');

$pvProject = $srvRemote->remoteProject('Playvid');

$srvPvVideos = $pvProject->serviceFactory('Videos');

$remote_calls = 0;

$block_video_ids = [];

foreach ($form['urls'] as $url_data)
{
    switch ($url_data['action'])
    {
        case 0:

            $block_video_ids[] = $url_data['video_id'];

            $remote_res = $srvPvVideos->setVideoStatus($url_data['video_id'],
$video_change_status);

            $pvProject->addRemoteCallOutput('video_' . $url_data['video_id'],
$remote_res);

            ++$remote_calls;

            $action = 'banned';

            break;

        case -1:
            $action = 'n/a';
            break;

        case -2:
            $action = 'not_proper';
            break;

        case -3:
            $action = 'already_removed';
            break;

        case -4:
            $action = 'duplicated';
            break;
```

SSM210009

```php
        case -5:
            $action = 'sponsored';
            break;

        default: // greater than 0; $action >= 1

            $action = 'duplicated';
    }

    $model_db->appendUrl($request_id, $url_data['url'], get_opt($url_data,
'video_id') ? : 0, $action);
}
```

**continuation of the method** `postCreateForm`
**URL(s) (videos) are being banned (removed)**
**then performing jsonrpc-call which gathers user id's of all users associated with the**
**URL(s) in the request**

```php
if($remote_calls > 0)
{
    // perform remote (json rpc) call, change video statuses
    $pvProject->performRemoteCall();

    if(!empty($block_video_ids) && $form['type'] == 'dmca')
    {
        $pvProject = $srvRemote->remoteProject('Playvid');

        $srvPvVideos = $pvProject->serviceFactory('Videos');

        $pv_user_ids = $pv_videos = $srvPvVideos->get([ 'video.video_id IN (?)' =>
$block_video_ids ])->demand('user_id')->singleAll('user_id');

        $pvProject->addRemoteCallOutput('user_ids', $pv_user_ids);

        // perform remote (json rpc) call, fetch unique user ids
        $results = $pvProject->performRemoteCall();

        // - - - - - - -

        $user_ids = $results['user_ids'];

        $pvProject = $srvRemote->remoteProject('Playvid');

        $srvPvUsers = $pvProject->serviceFactory('Users');

        $pvProject->addRemoteCallOutput('claims',
$srvPvUsers->createUserClaims($user_ids, $request_id, $ticket_id));

        // perform remote (json rpc) call, create claims/ban users
        $results = $pvProject->performRemoteCall();
    }
}
```

**service for user on Playvids. method** `createUserClaims`

SSM210010

**for each user perform a call method** `addUserClaim`

```php
$result = 0;
$date_on = $date_on ? : date('Y-m-d');

foreach ($user_ids as $user_id)
{
    if($this->addUserClaim($user_id, $request_id, $ticket_id, $date_on))
        ++$result;
}
```

**method** `addUserClaim`
**creating claim (strike) for user**

```php
$model = $this->getModel('model');

$result = $model->addUserClaim($user_id, $request_id, $ticket_id, $date_on ? :
date('Y-m-d'));
```

**method** `addUserClaim`
**creating the claim (strike)**

```php
$zdb = $this->_component;

$updated = $zdb->insert(static::TABLE_CLAIMS, [
    'date_on' => $date_on,
    'user_id' => $user_id,
    'expire_on' => new \Zend_Db_Expr($zdb->quoteInto('? + INTERVAL 6 MONTH',
$date_on)),
    'request_id' => $request_id,
    'ticket_id' => $ticket_id,
]);
```

**continuing method** `addUserClaim`
**calculating number of claims (strikes) for user for the last 6 month**
**The result** `true` **return if the user has 3 claims (strikes)**

```php
$current_claims_count = $zdb->select()
->from(static::TABLE_CLAIMS, 'SUM(1)')
->where('user_id = ?', $user_id)
->where('date_on > NOW() - INTERVAL 6 MONTH')
->query()->fetchColumn();

if($current_claims_count >= 3)
{
    return true;
}

return $updated;
```

**continuing method** `addUserClaim`

SSM210011

**if result `true` is displayed from previous function - user is banned with status** `copyright`

```php
if($result === true)
{
        $this->suspendUsers([ $user_id ], 'copyright');
}
```

**continuing method** `postCreateForm`
**after successful processing of the request, the ticket status is marked as** `resolved`, **if exist.**

```php
if(!empty($ticket_id))
{
    $srvTickets = $this->_project->serviceFactory('Tickets');

    $srvTickets->updateTicket($ticket_id, [ 'status' => 'resolved' ]);
    $srvTickets->updateTicketFlag($ticket_id, 'unread', false);
}
```

SSM210012