UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

        Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
*and John Does 1-20,*

        Defendants.

_____/

**NOTICE OF FILING DEPOSITION TRANSCRIPTS OF**
**CORPORATE REPRESENTATIVE OF SUN SOCIAL MEDIA, INC. /**
**KONSTANTIN BOLOTIN TAKEN JANUARY 18 & 19, 2016**

    NOTICE IS HEREBY GIVEN by Plaintiff, that on this date, it has filed the

deposition transcripts of the Corporate Representative of Sun Social Media, Inc. /

Konstantin Bolotin, taken on January 18 & 19, 2016, attached hereto.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 12th day of February, 2016 we served the

foregoing with the Clerk of the Court by using the CM/ECF system which will send a

notice of electronic filing to the following:  Brady J. Cobb, Esq.

Respectfully submitted,


By:     /s/Aaron Behar, Esq.
        Aaron Behar, Esq.
        Florida Bar No.: 166286
        E-mail: AB@BeharBehar.com
        /s/Jaclyn Behar, Esq.
        Jaclyn Behar, Esq.
        Florida Bar No.: 63833
        E-mail: JB@BeharBehar.com
        BeharBehar
        1840 North Commerce Parkway
        Suite 1
        Weston, Florida 33326
        Telephone:  (954) 688-7642
        Facsimile: (954) 332-9260
        E-mail: ab@beharbehar.com
        *Counsel for Plaintiff*


        /s/Spencer D. Freeman, Esq.
        Spencer D. Freeman, Esq.
        Freeman Law Firm, Inc.
        1107 ½ Tacoma Avenue South
        Tacoma, WA 98402
        Telephone:  (253) 383-4500
        Facsimile:  (253) 383-4501
        E-mail:
        sfreeman@freemanlawfirm.org
        *Counsel forPlaintiff (Pro Hac Vice)*