IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN AND FOR MIAMI-DADE  COUNTY, FLORIDA

CASE NO. 15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

     Plaintiff,
vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
Sun Social Media, INC., a corporation,
individually and d/b/a Playvid.com,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; Playvid.com;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and; and John Does 1-20,

     Defendants.
_____/

CORRECTED TRANSCRIPT AS TO TIME STAMP ONLY

VOLUME I

VIDEOTAPED DEPOSITION OF KONSTANTIN BOLOTIN

TAKEN ON BEHALF OF THE PLAINTIFF

JANUARY 18, 2016
10:01 A.M. TO 6:24 P.M.

BRYN & ASSOCIATES, P.A.
2 SOUTH BISCAYNE BLVD.
SUITE 2680
MIAMI, FLORIDA 33131

REPORTED BY:
MELISSA KALLAS
NOTARY PUBLIC, STATE OF FLORIDA



Bolotin, Konstantin   01-18-2016

**Page 2**

1   APPEARANCES OF COUNSEL
2  ON BEHALF OF THE PLAINTIFFS:
3      AARON BEHAR, ESQUIRE
       BEHAR BEHAR
4      1840 NORTH COMMERCE PARKWAY
       SUITE ONE
5      WESTON, FLORIDA 33326
       TELEPHONE: (954) 688-7642
6      AB@BEHARBEHAR.COM
7      SPENCER D. FREEMAN, ESQ.
       FREEMAN LAW FIRM, INC.
8      1107 1/2 TACOMA AVENUE SOUTH
       TACOMA, WA 98402
9      TELEPHONE: (253) 383-4500
       E-MAIL: SFREEMAN@FREEMANLAWFIRM.ORG
10
11  ON BEHALF OF THE DEFENDANTS:
12     BRADY COBB, ESQUIRE
       COBB EDDY, PLLC
       642 NORTHEAST THIRD AVENUE
13     FT. LAUDERDALE, FLORIDA 33304
       954.527.4111
14     BCOBB@COBBEDDY.COM
15
16  ALSO PRESENT:
       CONSTANTIN LUCHIAN, DEFENDANT.
17
18
19
20
21
22
23
24
25

**Page 3**

1          INDEX OF EXAMINATION
2  WITNESS: KONSTANTIN BOLOTIN
                                PAGE
3  DIRECT EXAMINATION BY
       By MR. SPENCER FREEMAN, Esquire        5
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 4**

1              INDEX OF EXHIBITS
2  EXHIBITS      DESCRIPTION          PAGE
3    1      Exhibit A              16
4    2      Form                   45
5    3      Wikipedia Page            56
6    4      Reddit Page               56
7    5      Amended Claim of Infringement   203
8    6      DMCA Notice from PlayVid      205
9
10
11
12  Instruction not to answer on Pages 24, 88, and 89.
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 5**

1              VOLUME I
2      VIDEOTAPED DEPOSITION OF KONSTANTIN BOLOTIN
3      JANUARY 18, 2016
4  Thereupon,
5          KONSTANTIN BOLOTIN,
6  was called as a witness and having been first duly
7  sworn, was examined and testified as follows:
8              DIRECT EXAMINATION
9  BY MR. FREEMAN:
10     **Q.  Can you state your name and spell it for the**
11  **record.**
12     A.  Konstantin, Well -- not C, K first.
13     **Q.  Spell your last name?**
14     A.  B-O-L-O-T-I-N.
15         MR. COBB:  Speak up as much as you can, for
16     our court report I remember.  She has to type it
17     all.
18  BY MR. FREEMAN:
19     **Q.  Okay.  Mr. Bolotin, my name is Spencer**
20  **Freeman.  I represent the Plaintiffs in this lawsuit.**
21  **You and I have not met.  I'm going to go over a couple**
22  **of ground rules.  I'm sure your attorney who is present**
23  **here has gone over some of these Rules with you, but I'm**
24  **going to make sure that you and I are on the same page**
25  **and understand some of the ground rules for the**



6

1 deposition. Okay?
2    A.  Okay.
3    Q.  Have you ever had your deposition taken
4 before?
5    A.  No.
6    Q.  Have you ever been involved in a lawsuit
7 before?
8    A.  No.
9    Q.  Now during the deposition you may hear your
10 attorney object, you still need to answer the question,
11 unless your attorney specifically told you not to
12 answer.  Do you understand that?
13    A.  Yes.
14    Q.  And we have a court reporter here, which
15 means, she's taking down everything that I say and
16 everything that you say.  One of common human nature is
17 to interrupt each other, so it's important that I not
18 interrupt your answer.  And it's also important that you
19 not interrupt my question.  Let me finish my question
20 before you answer.  Is that fair?
21    A.  Yes.
22    Q.  It's also human nature to give "yes" and "no"
23 answers with a "uh-huh" or "um-huh" type of remark, it
24 doesn't translate well onto paper.  So if it's a "yes"
25 or "no" answer, I would like you to say "yes" or "no."

7

1 Do you understand?
2    A.  Yes.
3    Q.  If there's a question that I don't -- that you
4 don't understand from me, if I haven't made something
5 clear, I would appreciate if you tell me that don't
6 understand and ask me to reask the question.  Is that
7 fair?
8    A.  Yes.
9    Q.  If you're going to speculate about an answer,
10 I would ask you to tell me that that's what you're
11 doing.  Okay?
12    A.  Okay.
13    Q.  Do you know the difference between guessing
14 and speculation?
15    A.  Not really.
16    Q.  So, if I asked you to give me the measurements
17 of the table in this conference room, you could probably
18 speculate about that; is that fair?
19    A.  No.
20    Q.  You've -- you've measured things before, you
21 can kind of --
22    A.  Because I've not measured this table.
23    Q.  Okay.
24    A.  So I can't say -- I can't say exactly yes. So,
25 because, like I said, I didn't measure this table.

8

1    Q.  Okay.
2    A.  I will --
3    Q.  You can estimate, though, you can give me an
4 estimate, you think, of this table?
5    A.  Only visual estimate.
6    Q.  Fair enough.  But if I asked you to do the
7 same thing in the conference room in my office, you
8 couldn't do that?
9    A.  In your office?
10    Q.  Right?
11    A.  No, I've not seen your office.
12    Q.  Right.  You've never seen it?
13    A.  No.
14    Q.  You would be completely guessing?
15    A.  Yes.
16    Q.  Okay.  I don't want you to guess on anything.
17    A.  No.
18    Q.  Okay.  But if you're going to estimate or
19 speculate, I want you to tell me that's what you're
20 doing?
21    A.  Yes.
22    Q.  Okay.  Where are you from?
23    A.  Originally?
24    Q.  Yes.
25    A.  Kazakhstan.

9

1    Q.  Okay.  And how long have you been in the
2 United States?
3    A.  Since 2008.
4    Q.  2008.
5       Are you a U.S. citizen?
6    A.  No.
7    Q.  What's your status here?
8    A.  Green card.
9    Q.  And how long have you had a green card?
10    A.  Since 2012.
11    Q.  2012.
12       Did you go straight from Kazakhstan to the
13 United States in 2008?
14    A.  Yes.
15    Q.  Where did you come to when you came to the
16 United States in 2008?
17    A.  Miami.
18    Q.  Have you been in -- lived in Miami the whole
19 time?
20    A.  Yes.
21    Q.  Where do you live?
22    A.  Now?
23    Q.  Yes.
24    A.  In Aventura.
25    Q.  Aventura?



Bolotin, Konstantin   01-18-2016

10

1    A.   Um-huh.
2    **Q.   And what's your address?**
3    A.   20225 Northeast 34th Court, Apartment 2514,
4    Aventura.
5    **Q.   And was that --**
6    A.   Aventura.
7    **Q.   How long have you been there?**
8    A.   Since 2009.
9    **Q.   2009.**
10   **Who do you live with?**
11   A.   I'm sorry?
12   **Q.   Who do you live with?**
13   A.   With my family.
14   **Q.   Your family.**
15   **Are you married?**
16   A.   Yes.
17   **Q.   Do you have kids?**
18   A.   Yes.
19   **Q.   How old are your kids?**
20   A.   Four and two.
21   **Q.   How long have you been married?**
22   A.   Since 2005.
23   **Q.   Your wife come here with you in 2008?**
24   A.   Yes.
25   **Q.   Why did you come to the United States?**

11

1    A.   I'm not going to answer this question.  It's
2    not related to the case.  It's not related to the case.
3    **Q.   That's not for you to decide.  I asked you a**
4    **question, you need to answer the question.**
5    A.   I'm not going to answer this question.
6    **Q.   Why?**
7    A.   Because it's not related to the case at all.
8    How is it related to the case?
9    **Q.   So, in due respect, sir, I understand your**
10   **statement, but that's not a decision for you to make.**
11   **You need to answer the question.  It's a simple**
12   **question.  Why did you come to the United States?**
13   A.   I'm not going to answer this question.
14   **Q.   Okay.**
15   A.   Because, like I said, it's not related to the
16   case.
17   **Q.   That's not a decision that you get to make,**
18   **sir.  That's a decision the Judge gets to make, whether**
19   **or not --**
20   A.   Then the Judge will decide, then I will
21   definitely answer this question.  But I'm not going to
22   answer it.
23   **Q.   So you're telling me that I need to go to the**
24   **Judge and get an order from the Judge --**
25   A.   Yes.

12

1    **Q.   -- to answer the question?**
2    A.   Of course, because it's personal.
3    **Q.   You understand that there could be sanctions**
4    **against you to force me to do that?**
5    A.   Yes.
6    **Q.   Do you have a criminal record?**
7    A.   No.
8    **Q.   Have you ever been arrested?**
9    A.   No.
10   **Q.   How old were you -- what's your date of birth?**
11   A.   August, 18 1985.
12   **Q.   August 18, 1995?**
13   A.   1985.
14   **Q.   '85.**
15   **And how old were you here when you came to the**
16   **United States?**
17   A.   I'm sorry?
18   **Q.   How old were you when you came to the United**
19   **States?**
20   A.   I can't remember.  I have to calculate.
21   **Q.   Do the math.**
22   A.   Yeah.
23   **Q.   About 23 years old?**
24   A.   Probably, not sure.
25   **Q.   What's your education?**

13

1    A.   College degree.
2    **Q.   From?**
3    A.   Kazakhstan.
4    **Q.   What year did you graduate from college?**
5    A.   When?
6    **Q.   Yes.  What year?**
7    A.   I'm not remember.  I don't remember that.
8    **Q.   What degree?  You said college degree, what**
9    **did you study?**
10   A.   Yes, three-and-a-half year.  Three-and-a-half-
11   year.
12   **Q.   What did you receive?**
13   A.   IT manager.
14   **Q.   You have a college degree in IT --**
15   A.   Yes.
16   **Q.   -- management?**
17   A.   Yes.
18   **Q.   Would it be equivalent to a bachelors of arts**
19   **or bachelors of science here in the United States?**
20   A.   Not really.  I'm not too sure, because I'm not
21   sure what equivalent or not with the United States
22   university, or the equivalent of the United States.  I
23   never, you know, try to get that information.  I
24   understand the question very clear, you know, so I don't
25   want to confuse you.



Bolotin, Konstantin    01-18-2016

14

1    Q.   When you were in Kazakhstan, did you work?
2    A.   Yes, I did.
3    Q.   What type of job?
4    A.   IT.
5    Q.   And when you say "IT," it can mean a lot of
6    things?
7    A.   Okay.  Doing the websites, software, software
8    engineering.
9    Q.   And you came to the United States, did you
10   work?
11   A.   Yes.
12   Q.   When did you first start working in the United
13   States?
14   A.   2009, I believe, but it's not 100 percent.
15   Q.   All right.  That's fair.
16        And what was your first job in the United
17   States?
18   A.   A very good job.
19   Q.   A very good job, is that what you said?  What
20   was it?
21   A.   Director.
22   Q.   Director of?
23   A.   Operations.
24   Q.   For what company?
25   A.   Webzilla.

15

1    Q.   Your first job in the United States was
2    director of operations at Webzilla?
3    A.   Yes.
4    Q.   And you started that had in about 2009?
5    A.   Probably, yes, I can't say exact.
6    Q.   Approximately?
7    A.   Approximately, yes.
8    Q.   Fair enough.
9        And how long were you director of operations
10   for Webzilla?
11   A.   Until 2013, I believe.  It's not 100 percent
12   accurate, too.
13   Q.   Fair enough.
14        And in 2013, why did you stop working as a
15   director of operations for Webzilla?
16   A.   Doing my business.
17   Q.   Your own business.  And what's your own
18   business?
19   A.   Sun Social Media.
20   Q.   How did you get your job, your job at
21   Webzilla?
22   A.   I don't remember.
23   Q.   You don't remember if you sent in an
24   application or resume?
25   A.   I didn't send anything.

16

1    Q.   You didn't do what?
2    A.   I didn't send anything to Webzilla or any
3    application or anything.  I just send the passport when
4    I was recruited.
5    Q.   Who hired you?
6    A.   You mean the person?
7    Q.   Yes, yes.
8    A.   Alexy Goubarev.
9    Q.   And did you know him from before or did you
10   meet him --
11   A.   No, never.
12   Q.   Okay.  So you've been appointed by Sun Social
13   Media as the corporate rep for today's deposition; is
14   that right?
15   A.   Yes.
16        MR. FREEMAN:  Is that the right one?
17        MR. COBB:  That's 17 topics.  There were 17
18   topics.  There were so many.  The most recent one I
19   think was 17, because 11 wasn't enough, we had to
20   bump it up.
21        THE WITNESS:  This is right?
22        (Plaintiff's Exhibit No. 1, EXHIBIT A, was
23        Marked for identification.)
24   BY MR. FREEMAN:
25   Q.   Have you seen this document before?  You've

17

1    been handed what's been marked as Exhibit No. 1 for
2    purpose of identification to the deposition.
3    A.   Yes.
4    Q.   Have you seen that document before?
5    A.   Yes.
6    Q.   Have you gone through the Exhibit A of that
7    document?
8    A.   Yes.
9    Q.   And there's -- if I can see it real quick?
10   A.   (Handing.)
11   Q.   Okay.  And you've been appointed by Sun Social
12   Media as the person knowledgeable on each of these
13   topics; is that right?
14   A.   Yes.
15   Q.   And you're prepared to answer on behalf of the
16   corporation on each of these topics today?
17   A.   Yes.
18   Q.   What sort of -- without discussing any
19   conversations that you had with your attorneys, what
20   have you done to prepare for today's testimony?
21   A.   With who?
22   Q.   No. What have you done?  I don't want, you
23   know, conversations with Mr. Cobb or any of the other
24   attorneys, I don't want -- I don't -- don't tell me any
25   of that.



Bolotin, Konstantin   01-18-2016

18

1    A.   Um-huh.
2       Q.   But have you reviewed any documents, have you
3    talked to anybody other than your attorneys?
4    A.   Yes.
5       Q.   Okay.  So what documents have you reviewed?
6    A.   My sequel documents, database documents.  I
7    mean, database system.  Our sequel in our system.  Then,
8    our software code.
9       Q.   When you say "our," you mean Sun Social
10   Media's software code?
11   A.   Yes.
12   Q.   Okay.
13   A.   And go through the Interrogatories, as well,
14   and Plaintiff's Complaint, I mean, your complaint.
15      Q.   All right, so you have reviewed Sun Social
16   Media's MySQL database?  Sun Social Media --
17   A.   Yes.
18   Q.   Sun Social Media software code?
19   A.   Yes.
20   Q.   Interrogatories in this case?
21   A.   Yes.
22   Q.   And the Complaint in this case?
23   A.   Yes.
24      Q.   Anything else that you can recall reviewing in
25   preparation for today?

19

1    A.   Response, our response to you and the
2    Plaintiff's company.
3       Q.   If you -- during this deposition, if you
4    recall other documents that you've reviewed in
5    preparation for today, if you would please tell me.
6    A.   I don't understand the question.
7       Q.   If during my questioning of you, you're
8    reminded of other documents that you reviewed in
9    preparation for today, please tell me that you -- of
10   them.
11   A.   No, nothing more.
12   Q.   Okay.
13      Other than your attorneys, who did you speak
14   with today in preparation?
15   A.   Brady.
16      Q.   Other -- I don't want to hear any
17   conversations about lawyers.
18      MR. COBB:  No lawyers.
19      THE WITNESS:  With Constantin.
20   BY MR. FREEMAN:
21   Q.   Luchian?
22   A.   Luchian.
23   Q.   Luchian.
24      Anyone else?
25   A.   No, that's all.

20

1       Q.   Okay.  You said you left --
2    A.   One more thing.
3    Q.   Sure.
4    A.   I'm not spoke any details with my wife, but I
5    said I'm going to the deposition for this case.  Just in
6    case, I spoke with my wife about the deposition that I'm
7    going to.
8       Q.   I'm not 100 percent familiar with the marital
9    protections in Florida, but I'm not asking you questions
10   --
11   A.   Okay.
12      Q.   -- about conversations about your wife in
13   Washington.  She's absolutely protected.  And I'm going
14   to presume there's parallel --
15   A.   I try to be honest with my wife.  Today is not
16   working day.  Where are you going?
17   Q.   The old deposition excuse, again?
18      You can't reach, me, either, because I'll be
19   in a deposition.
20      You left Webzilla in, I think you said in 2013
21   to Sun Social Media.  Did you start Sun Social Media in
22   2013, or was it already in existence?
23   A.   It was already in existence.
24      Q.   Can you explain your -- the beginning of your
25   involvement with Sun Social Media in 2013?

21

1    A.   I worked for Sun Social Media half and half.  I
2    mean, I worked at the same time at Webzilla and I run
3    Sun Social Media, as well, since the same time, since
4    2010.
5       Q.   Since 2010, you'd split your time between the
6    two?
7    A.   Probably, yes.  I can't remember exact day we
8    opened Sun Social Media, but it was probably 2010.
9       Q.   Were you involved in the initial opening of
10   Sun Social Media then?
11   A.   I was involved.
12   Q.   And what was your involvement?
13   A.   I opened the company.
14   Q.   In approximately 2010?
15   A.   Yes.  May.
16   Q.   In May?
17   A.   Yes.  That question will be in Exhibit A,
18   actually.  In the folders.
19   Q.   Right.
20   A.   Let's move forward.
21   Q.   I may or may not follow the same order of
22   that.  Okay.
23   A.   Okay.
24      MR. COBB:  He may bounce around and he can
25   bounce around.



877.291.3376
www.UCRinc.com

Bolotin, Konstantin   01-18-2016

22

1 BY MR. FREEMAN:
2     Q.  You don't never know what's going to go on in
3 my head.  Just go with it.
4     A.  Okay.  All right.  Just ask me questions.
5     Q.  Yeah, yeah.
6        So the purpose of Sun Social Media when it was
7 first opened, what was its purpose?
8     A.  The purpose of Sun Social Media, their website
9 findandtry.com, it's a dating site.
10     Q.  Is findandtry.com still active today?
11     A.  Yes.  Not -- I mean, not so much advertise
12 this site, because the business is not going well on
13 that part.
14     Q.  Okay.
15     A.  But it's still, you know, it's still open for
16 the public.
17     Q.  At the initial opening of Sun Social Media,
18 findandtry was its -- was its sole aspect of the
19 business?
20     A.  Yes.
21     Q.  At some point in time, Sun Social Media moved
22 over into tube sites?
23     A.  Sun Social Media opened a tube site after the
24 -- 2013, I believe.
25     Q.  Had you made your transfer -- transfer to Sun

23

1 Social Media full-time by that -- at that point?
2     A.  From Sun Social Media to.
3     Q.  I'll -- I'll reask the question.  I think it's
4 -- you said in 2013, you left your duties as director of
5 operations at Webzilla?
6     A.  Oh, yeah, Webzilla.  I left Webzilla and then
7 I started working on full-time, you know, with the Sun
8 Social.  I was more focused on the Sun Social Media.
9     Q.  When you did that move, had Sun Social Media
10 started any tube sites yet?
11     A.  When -- when I moved?
12     Q.  Yeah, at the point that you moved, had the
13 tube sites been opened by Sun Social Media yet?
14     A.  I don't remember when we opened the tube site.
15     Q.  Okay.
16     A.  I mean, it's not the tube site, it's video
17 hosting.
18     Q.  Okay.  So rather than calling it a tube site,
19 you call it video hosting?
20     A.  Yes.
21     Q.  Sun Social Media first got into video hosting
22 in 2013, approximately; is that correct?
23     A.  Probably, yes, but I can't say exact date.
24     Q.  Are you one of the owners of Sun Social Media
25 today?

24

1     A.  Yes.
2     Q.  Is there other -- any other there owners
3 besides you?
4     A.  No.
5     Q.  Do you own a hundred --
6        MR. COBB:  I want to put on objection on the
7     record.  I don't think there's a sufficient
8     predicate laid, based on the court's order and
9     motion to compel.  If I recall, the court stated
10     that you could ask questions of ownership, if you
11     could first establish that ownership was involved
12     in the alleged infringing activity.  I don't think
13     there's been any predicate laid.  Without that, I'm
14     going to instruct him not to answer the question.
15        MR. FREEMAN:  Fair enough.
16        THE WITNESS:  I'm the only one, one owner of
17     Sun Social, no other shareholders with Sun Social.
18 BY MR. FREEMAN:
19     Q.  You own 100 percent of the stock?
20     A.  Yes.
21     Q.  Back in, starting in about 2010, when you
22 split your time between your duties as director of
23 operations at Webzilla and Sun Social Media, were you
24 also then the sole owner of a hundred percent of the
25 stock?

25

1     A.  Yes.
2     Q.  Has anybody --
3     A.  No.
4     Q.  -- since the -- since the inception of -- to
5 your knowledge, since the inception Sun Social Media,
6 has anybody owned any stock besides yourself?
7     A.  No.
8     Q.  Okay.  So the video hosting for Sun Social
9 Media, started -- which started in approximately 2013,
10 what was the first video hosting site?
11     A.  What was?  PlayVid.com.
12     Q.  PlayVid?
13     A.  Yes.  PlayVid.com.
14     Q.  And today, how many video hosting sites are
15 owned by Sun Social Media?
16     A.  May I count?
17     Q.  Yes.
18     A.  FeedVid.com.  F-E-E-D-V-I-D.com.  Then
19 PlayVid.
20        THE REPORTER:  It will probably be helpful if
21     you spell the websites for me.
22 BY MR. FREEMAN:
23     Q.  Yes, just so we have that in our records.
24     A.  Okay.
25     Q.  So PlayVid.



26

1    A.  Sure.  No problem.  P-L-A-Y-V-I-D.com.
2  P-L-A-Y-V-I-D-S.com.  It's a mirror of the site, so it's
3  the same site.  Then P-E-E-K-V-I-D-S.com.  What else?
4  That's all, probably.
5    **Q.  For video hosting sites?**
6    A.  For video hosting sites.
7    **Q.  The dating site Findandtry --**
8    A.  Findandtry.
9    **Q.  -- is still owned?**
10       Any other websites that are owned or operated
11  **by --**
12    A.  Sunsocialmedia.com.  Sunsocialmedia.com.
13    **Q.  And I know that you are thus far doing an**
14  **accurate job anticipating my question, but I'm going to**
15  **remind you to let me finish the question.**
16    A.  I'm sorry.
17    **Q.  No, it's just human nature, I get it.  But**
18  **later when we go back and read it, it makes it very**
19  **difficult, and in addition, it's really hard on her.**
20  **That's probably the most important thing, is she's**
21  **trying to listen to both of us, so...**
22    A.  Okay.
23    **Q.  Okay.  So Sun Social Media, what type of site**
24  **is that?**
25    A.  Sunsocialmedia.com is the corporate website.

27

1    **Q.  What's your current role at Sun Social Media?**
2    A.  Director of operations.
3    **Q.  Does Sun Social Media --**
4    A.  And owner.
5    **Q.  Does Sun Social Media have any employees?**
6    A.  No.  Independent contractors only.
7    **Q.  What roles at Sun Social Media are fulfilled**
8  **by independent contractors?**
9    A.  Different.
10    **Q.  Sun Social Media is incorporated with the**
11  **State of -- State of Florida; is that right?**
12    A.  No.
13    **Q.  It's not incorporated?**
14    A.  It's not incorporated in Florida.
15    **Q.  It's incorporated in Delaware?**
16    A.  In Delaware.  It's a Delaware corporation.
17    **Q.  Delaware corporation, my apologies.**
18       **Is there a president?**
19    A.  Me.
20    **Q.  You're the president?**
21    A.  I am the president.
22    **Q.  Is there a vice-president?**
23    A.  There is no vice-president.  I don't -- I'm
24  not sure 100 percent what's in the corporate document,
25  once the title comes, it's called, because it's state to

28

1  state it's different.  Here in Florida, for example,
2  LLC, it's a manager or something like that.  In a C
3  corporation, it's a president and a vice-president.  I'm
4  not sure how they call it in Delaware, probably
5  president.  In a corporation, that is.
6    **Q.  Okay.  Do you have a treasurer?**
7    A.  No.
8    **Q.  How about a secretary?**
9    A.  I -- I can't answer this question, because I'm
10  not the corporate, you know.  I'm not involved in this
11  renewals and corporate things, like, I mean -- there is
12  no, probably.
13    **Q.  Okay.**
14       **Fair to say that you're not specifically,**
15  **personally involved in maintaining corporate records?**
16    A.  Corporate records, yes, because we do have
17  incorporate now, renewals, and every year renewals and
18  all of that stuff.  To make, you know --
19    **Q.  The company name incorporated now maintains**
20  **your corporate records on behalf of Sun Social Media?**
21    A.  Yes.  They actually incorporated, probably.  I
22  can't tell you 100 percent, you know, accurate how it
23  works.  But you know, we pay in corporate now, you know,
24  every year renewal fees and all that stuff.
25    **Q.  Do you receive a salary as director of Sun**

29

1  Social Media?
2    A.  No.
3    **Q.  Do you receive compensation?  Payroll at Sun**
4  **Social Media?**
5    A.  There's no payroll or anything like that.  Just
6  some -- some compensation, yes.
7    **Q.  And how is that compensation calculated?**
8    A.  It's -- it depends month to month, how much
9  money the company is making, you know, has made for the
10  previous month.  But for the last years, it's not so
11  good.
12    **Q.  Fair to say it is the -- your compensation is**
13  **what's left over after business expenses are paid?**
14    A.  Of course.
15    **Q.  Okay.**
16    A.  I mean, my compensation is a business expense,
17  too, from bookkeeping --
18    **Q.  Right.**
19    A.  But then try to, you know, first paid out all
20  expenses at Sun Social Media.  And then I will try to
21  see how much I can get from Sun Social Media for
22  compensation for my job.
23    **Q.  Are you working anywhere else?**
24    A.  No.
25    **Q.  Do you get any compensation for job duties**



Bolotin, Konstantin   01-18-2016

30

1  anywhere else?
2     A.  No. No.
3     Q.  Your sole source of revenue in your life is
4  Sun Social Media?
5     A.  Yes.
6     Q.  How does Sun Social Media make its money?
7     A.  How Sun Social Media making money,
8  advertisers.  And we do video hosting sites.
9     Q.  Does it earn any revenue from the Findandtry
10  website?
11    A.  No.
12    Q.  That's another thing, you did say "no," but a
13  lot of times people shake and their heads, "yes" or
14  "no," again, just, I need a response.
15    A.  No.
16    Q.  Is there any revenue generated from the social
17  media dot com website?
18    A.  Findandtry did some revenue, but it's so
19  little.  It had more losses than revenue, didn't profit.
20  Sunsocialmedia.com, is not doing nothing for that,
21  getting revenue or profit for social media.
22    Q.  How is revenue generated through the
23  Findandtry website?
24    A.  Findandtry, originally, the scheme was changed
25  -- I mean, what kind of -- it's different, how we can

31

1  get money.  First of all, that was a premium
2  subscription from the users.  So it's not free, you can
3  register, but premium memberships, you have to pay.
4  Then, we experiment with the Google, we put the Google
5  advertised into add-words.
6     Q.  And with the add-words, you didn't -- it
7  wasn't a premium membership site anymore?
8     A.  No.  And also, we have -- Apple up in the app
9  store, so it's also in our purchase.
10    Q.  How much was the app in the app store?
11    A.  I can't say exactly.
12    Q.  Can you give me, like a dollar, $2, $20, give
13  me an approximate?
14    A.  That was a subscription, approximately, a
15  maximum $30, in that range.  From $1 to, it depends on
16  how long the period of the membership.
17    Q.  Today, Findandtry is not a membership website
18  or it is?
19    A.  I can't answer it, this question, exactly,
20  because I'm not too sure.  Like I said, it's not so
21  profitable, not focused on this site.  As far as I
22  remember, it's not.  But app, probably, still has the
23  ability to charge users, because this old version.  And
24  from the while ago we submit the app, it's still there.
25  So, we did not update the application, so we can

32

1  probably charge users.  Yes, I can, no.
2     Q.  You're not actively marketing it as a premium
3  membership website?
4     A.  What do you mean?  Rephrase please.
5     Q.  Fair enough.  I just want to make sure I'm
6  understanding what you're saying.
7        The -- there's still an application that can
8  be purchased through the app store --
9     A.  Yes.
10    Q.  -- that would be a subscription based
11  application?
12    A.  It's -- the app itself is free, but you can --
13  you can download the app on your phone and then you can
14  purchase the subscription base, yes.
15    Q.  And that's still functioning?
16    A.  Probably, yes, because I didn't check what's
17  the status with the Apple store with this stuff.
18        MR. FREEMAN:  Anybody getting a call they need
19    to take?
20  BY MR. FREEMAN:
21    Q.  All right.  You're not actively promoting it
22  at this point?
23    A.  No.
24    Q.  Or even, it sounds, monitoring it closely?
25    A.  It's not monitoring closely, it's not -- you

33

1  know, we're not promoting anymore, the Findandtry, so...
2  we're planning to close this website.
3     Q.  Okay.
4        Did you ever have advertisers on the
5  Findandtry website?
6     A.  Only Google.
7     Q.  Only Google.
8     A.  Yeah.  Only Google.
9     Q.  Okay.  The first video hosting site that was
10  started through Sun Social Media was PlayVid.com; is
11  that right?
12    A.  Yes.
13    Q.  And do you recall, approximately, when in 2003
14  that was started?
15    A.  2013.
16    Q.  I'm sorry, 2013.
17    A.  I don't remember when, probably the beginning
18  of the year.  Maybe we start -- it's very -- maybe we
19  release it in late 2012, but did not promote.  In 2013,
20  we start to promote.
21    Q.  Okay.
22        Who was involved in the creation of the
23  website PlayVid.com?
24    A.  Me, and programers, designers, and the
25  technical team.



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

Bolotin, Konstantin   01-18-2016

34

1    Q.  How many people were on your technical team?
2    A.  Right now?
3    Q.  No, I want at the beginning when this started.
4    A.  I can't say exactly, but about 40.
5    Q.  40?
6    A.  Yeah.  I mean, it's ongoing.  You know, some
7  people come, some people, in and out, so...
8    Q.  Can you give me an understanding of the
9  creation of PlayVid.com, kind of start to finish?
10    A.  I don't understand the question, please
11  rephrase.
12    Q.  The -- is it fair to say that the concept of
13  PlayVid.com was thought of by somebody, was that you,
14  you thought of the idea first?
15    A.  Yes.
16    Q.  And then, once you came up with the idea, what
17  steps were taken to make the website a reality?
18    A.  It's more technical steps.  I started doing
19  the mockups, logic, and all those things.  Then
20  programers, then designers, the design, and then
21  programers do the code, you know, did the code.  It's
22  usual workflow to build a website.
23  BY MR. FREEMAN:
24    Q.  So, Mr. Bolotin, what -- what may seem rather
25  like run of the mill, average creation of a website to

35

1  you, imagine that I don't know anything about it. Okay?
2    A.  Okay.
3    Q.  I'm going through -- I want -- I don't need to
4  know specifically the exact code that was written, but I
5  need to know conceptually what steps were taken.  Now
6  the first thing mentioned was that you created the
7  logics, I think you said?
8    A.  Originally, when the idea is come, to create
9  web hosting -- video hosting site, I did the work -- I
10  did the workflow process.
11    How the functions work, what functions will be
12  -- functionality, pretty much.  Then I did mockups,
13  mockups is.
14    Q.  Can you spell that for me?
15    A.  Mockups, M-O-C-K-U-P-S.
16    Q.  Mockups.
17    A.  I'm sorry for my English.
18    Q.  Don't be sorry for your English, you do -- you
19  do very well.  Sometimes I have a hard -- it's me.
20  Sometimes I have a hard time deciphering accents.
21  Mockups, mockups, got it.
22    A.  So I did -- it's pretty much, how the site
23  will be, you know.  Then designer to do mockups, made
24  the design, visual, you know, more beautiful for the
25  people.  Then programers, did the code for the -- for

36

1  the design, pd files.
2    Q.  So the programers put into function of what
3  you imagined in your workflow process and put into
4  function those things that were designed by the design
5  crew?
6    A.  Yes.
7    Q.  Okay.
8    So fair to say that the website yourself is
9  your creation from your workflow process?
10    A.  Yes.
11    Q.  What was the intention of the website, when
12  you sat down and said -- started doing the workflow,
13  what was the intention of the website?
14    A.  Can you rephrase the question?
15    Q.  Maybe, I'll try.
16    A.  Please.
17    Q.  Would -- it was your intention to create a
18  website that hosted other videos, was that your
19  intention?
20    A.  Users videos, yes.
21    Q.  That -- so the intention of Sun Social Media
22  was solely to present a space for users to post videos?
23    A.  Pretty much the idea was first, when we see,
24  on the Findandtry, you know, needs for the users, they
25  want to share videos.  They want to upload their own

37

1  videos, because it's a dating website.  And the people
2  want to show up, not only on the photos, you know, they
3  also want to upload the videos.  That was my first idea,
4  why do I need the video hosting.  So -- and I start
5  building the -- you know, improve the idea in my brain,
6  then.  That was first idea.
7    Originally, PlayVid was the idea for videos
8  for Findandtry, like YouTube and Google plus.  So I was
9  I was, you know, good idea to build something similar.
10    (Discussion held off the record.)
11  BY MR. FREEMAN:
12    Q.  Okay.  So PlayVid stemmed from what you
13  perceived to be a desire from your Findandtry members;
14  is that right?
15    A.  Yes.  But it's not exactly, but what was
16  happened after, you know.  So it never implemented -- I
17  mean, it never merged with and not integrated with the
18  Findandtry.  So -- because it was more -- it was more
19  difficult to do this, this integration with the users
20  and all that stuff.
21    Q.  Okay.
22    A.  And we didn't -- we didn't, you know, complete
23  this idea.
24    Q.  Okay.
25    A.  100 percent.

Bolotin, Konstantin   01-18-2016

38

1    Q.  When you initially had conceptualized PlayVid
2  as fulfilling the desire of the Findandtry members, had
3  you intended to make money from PlayVid to monetize it?
4    A.  No.
5    Q.  When did the intention to monetize PlayVid.com
6  come in?
7    A.  I can't say.  I can't remember to be honest
8  with you.
9    Q.  When did PlayVid.com first start generating
10  revenue, not profits, but revenue?
11    A.  I can't say exactly when, but in 2013, in the
12  middle of the year, maybe in July, August, so, we launch
13  website beginning of the year.  It start growing, but we
14  didn't do any money from that time -- for that time.
15  And then, when we start realizing that we are getting
16  more debts, we have to put advertisement.
17    Q.  I'm sorry, you said when you realized what you
18  needed to?
19    A.  When we started getting a lot of debts,
20  because it's expensive to maintain.
21    Q.  A lot of debts?
22    A.  Yes.  A lot of debts, like, you have to pay
23  every month for the hosting, because it's very expensive
24  to host.  It's then -- it's not free.
25    Q.  How did you go about -- at this point in time,

39

1  was this -- were you the sole person of Sun Social
2  Media?  Other than -- I mean, I understand you had a
3  design team, but were you the sole person running and
4  operating --
5    A.  Yes.
6    Q.  -- Sun Social Media?
7    A.  Yes.
8    Q.  How did you go about locating advertisers for
9  the website?
10    A.  We got e-mails from the advertisers,
11  advertisers mail us every week -- every week pretty much
12  and asking, can you -- let's do a deal.  They pretty
13  much first come to us, and offer to us to generate money
14  on our users.
15    Q.  How were you promoting PlayVid.com on the
16  Internet?
17    A.  Originally, when we launched PlayVid.com, we
18  did a news letter to our Findandtry users, that we
19  opened video hosting.  You know, and a lot of users that
20  I deal with, we did some integration with PlayVid and
21  Findandtry.  And a lot of the users -- they -- they got
22  the bulletin to activate their accounts from Findandtry
23  to PlayVid.  And it was simple, just go to PlayVid, put
24  your working credential from Findandtry and activate
25  your account on there.  Single open again.

40

1    Q.  The login credentials for Findandtry would
2  work parallel with or mirrored with PlayVid?
3    A.  Login credentials, yes, because they have --
4  we merged database.  We designed the database, you know,
5  like using the single database, or credentials -- I
6  mean, we have different projects, and every single
7  project has detailed information about users, just
8  specifics for this project.  But we have global database
9  login credentials, like login, password, e-mail, this
10  certain information.
11    Q.  I'm going to make sure that I understand what
12  you just said.  Each project that Sun Social Media has,
13  has its own database, and each project also shares some
14  aspects of one other database?
15    A.  No.
16    Q.  Okay.
17    A.  Not share, using, as the login credentials.
18    Q.  Can I ask you why you distinguished the words
19  "share" versus "using"?
20    A.  Because when you share, you copy pretty much
21  information, we don't copy.  We are using the single
22  location for the login credentials.
23    Q.  Any other functionality that is utilized by
24  all projects from that one location besides login
25  credentials?

41

1    A.  I can't say right now, because I'm not so
2  prepared for that question.
3    Q.  Fair enough.
4      Who authored the login credentials
5  programming?
6    A.  Login credentials programming?
7    Q.  Yes.
8    A.  Who -- I mean, who made the system -- the
9  system, or which side offered that?
10    Q.  No.  Right.
11    A.  You confuse me.
12    Q.  I don't mean to.
13      Speaking about, just focusing specifically on
14  the login credentials.  The login credentials, is that
15  something you had put on your workflow process?
16    A.  One of the parts.
17    Q.  One of the parts, right.
18      And then in the mockup, there was an aspect of
19  the mockup that was specific to login credentials?
20    A.  I can't answer that question, because I don't
21  remember.
22    Q.  Fair enough.
23      But it would make sense that that would be
24  part of it?
25    A.  It makes sense, but I can't answer it "yes" or



42

1  "no." I don't remember.
2      **Q.  Fair enough.**
3          **Somebody then took the idea from the workflow**
4  **process of the login credentials and made it functional**
5  **through computer programming, right?**
6      A.  Yes.
7      **Q.  Do you remember who wrote that aspect of the**
8  **program?**
9      A.  Who did -- who built my idea?
10     **Q.  Yes.**
11     A.  I can -- I don't remember, because that built
12  a lot of people.  We hired a lot of people.  You know,
13  like I said before it's ongoing.  It's an ongoing
14  process.  Some people come -- we improve our system
15  everyday pretty much.  We -- every week, we try to
16  making the updates.  So during those updates on the
17  websites, all of our websites, working different people.
18  I can't say who was implemented that particular feature,
19  because the whole team working on it.
20     **Q.  Okay.**
21     A.  It's not one people working on this, because
22  all software we have, is custom built system.
23     **Q.  And -- so you ultimately could not pin down**
24  **which programmer that had done work for Sun Social Media**
25  **may have done certain aspects of work on the**

43

1  **functionality of the login process?**
2      A.  No.
3      **Q.  If the Sun Social Media software is all custom**
4  **built, who has the final say in whether or not to make**
5  **something live on the Internet?**
6      A.  Me.
7      **Q.  So, you would have had the final say to make**
8  **the functionality of the login credentials active,**
9  **right?**
10     A.  Yes.
11     **Q.  Can you explain for me initially, with**
12  **Findandtry, what was the login credential process?**
13     A.  When you go to the findandtry.com, then you go
14  to the registration form, fill out all fills required
15  for registered user -- user account.  Then you now --
16  you now are part of the site.  You now have an account.
17     **Q.  Do you remember what information was required**
18  **in order to -- for that registration form?**
19     A.  No.
20     **Q.  Was there --**
21     A.  I'm sorry to interrupt you.
22     **Q.  That's fair.**
23     A.  Because it's so much time changed, because we
24  try to find out what we want to ask users, what we don't
25  want to ask users, how the users fill out this

44

1  information.  We always try to figure out the best for
2  users, and the privacy, actually, of our users is, we
3  respect their privacy.  So we're not asking them, you
4  know, so much information, private information, you
5  know.
6      **Q.  Is it fair to say is that the -- these**
7  **websites, these video hosting sites, their functionality**
8  **and their aspect is more of a fluid process, it changes**
9  **overtime, as you adapt to either of your users needs or**
10  **the marketplace?**
11     A.  Yes.
12     **Q.  And I understand the difficulty of me asking**
13  **you to comment on a what would be a snapshot in time, so**
14  **I appreciate the manner in which you answer these**
15  **questions.  But I do need to go through, at least**
16  **approximations, of certain functionality at certain**
17  **times.  Can we -- is that fair?**
18     A.  Yes.
19     **Q.  To the best of your ability?**
20         **Today --**
21     A.  For which website, I'm sorry.
22     **Q.  Well, right now, let's talk about PlayVid.**
23         **Today, what is the -- what are the login**
24  **credentials required?**
25     A.  User name.

45

1      **Q.  And you're looking at a document?**
2      A.  I can share all this stuff.
3      **Q.  Yeah.  I just want -- so the record is clear,**
4  **what's your --**
5      A.  It's my -- my simple database.
6      **Q.  Do you have your own copy there?**
7      A.  I do.
8      **Q.  Okay.**
9      A.  I have four copies.
10         MR. FREEMAN:  Brady, do you mind if we mark
11  this as an exhibit.
12         MR. COBB:  Go ahead.
13         MR. FREEMAN:  We can talk about.
14         (Discussion held off the record.)
15         (Plaintiff's Exhibit No. 2, FORM, was marked
16         for identification.)
17  BY MR. FREEMAN:
18     **Q.  Okay.  So we were talking about login**
19  **credentials today on PlayVid, right?**
20     A.  Um-huh.
21     **Q.  And you had referenced to a document in front**
22  **of you that we have now marked --**
23     A.  I'm not referencing, I'm using it to help me,
24  you know, to remember what exactly PlayVid is required.
25  But it's, like I said, user name, password, you have to



46

1  confirm your password, e-mail, date of birth, gender,
2  and location.
3      **Q.  Location?**
4      A.  Um-huh.  City.  I mean, we have city field,
5  which combines state and city, because two different
6  cities in one state.  I mean -- you understand, right?
7      **Q.  I do.**
8          **The user name is something that's chosen by**
9  **the individual user?**
10     A.  Yes.
11     **Q.  As is the password?**
12     A.  Yes.
13     **Q.  As is confirming the password?**
14     A.  Yes.
15     **Q.  I take it that the -- the program is written**
16 **so that the password and confirming the password are**
17 **compared in order for them to be valid?**
18     A.  Yes.
19     **Q.  And I would also assume that in regard to user**
20 **name, the software program compares with other users**
21 **associated with --**
22     A.  Yes.  It's -- I check our database, if the
23  user already exists.  If the user already exists, we
24  tell the user, the user name is already taken, and you
25  cannot use it.

47

1      **Q.  How about with regards to password, can -- can**
2  **one password be used by multiple?**
3      A.  We do not check, because we don't have a -- we
4  don't keep passwords in open -- if all passwords is
5  encrypted in our database.  We don't see what user...
6      **Q.  You use the MySQL database?**
7      A.  Yes.
8      **Q.  For everything?**
9      A.  We migrate, I can't -- I can't tell you
10  exactly yes, because sometimes we use MySQL, sometimes
11  we use process, but I can't say exactly.  Now, yes,
12  probably yes.
13     **Q.  Okay.**
14     A.  MySQL.
15     **Q.  The e-mail address, is that verified in any**
16 **way by the program?**
17     A.  The system will check, so if the e-mail is
18  exist in our system.  And also -- it's probably check, I
19  can't say a hundred percent, the mask.  You can't put it
20  in the e-mail, if the e-mail is valid, there is no mask.
21  The basic foundation, like, you can put without at Yahoo
22  or at any e-mail.  If you put some without any
23  validation, and without any extension, it will also
24  notice to the user, please send a valid e-mail address.
25     **Q.  So the e-mails are checked in several ways;**

48

1  one, is to ensure that that e-mail address is not
2  already associated with that account?
3      A.  Yes.
4      **Q.  And it's also checked to make sure that it has**
5  **basic e-mail construct requirements, including an "@"**
6  **and then a "dot.com, net" or one of those, right?**
7      A.  Yes.
8      **Q.  There is no other e-mail verification process?**
9      A.  No.
10     **Q.  So PlayVid or your Sun Social Media doesn't**
11 **send the user an e-mail to the listed e-mail address for**
12 **that user to verify it's a working e-mail address?**
13     A.  No.  We don't send anything to the user after
14  registration, for PlayVid.com.
15     **Q.  Do you for PlayVids.com?**
16     A.  No.
17     **Q.  Do you for PeekVid.com?**
18     A.  No.
19     **Q.  Do you for FeedVid.com?**
20     A.  They use the same registration form.  Like I
21  said, single again.  The rules of the form.
22     **Q.  I'm following up with you, because you drew a**
23 **distinction.  How about for findandtry.com, is there**
24 **things that are sent to the users?**
25     A.  Findandtry, originally, we probably sent, but

49

1  I can't say exactly it was implemented or not.  It's
2  very hard with e-mails.  We all of the time try to
3  balance, you know, because we don't want to be penalized
4  by big players like Google, Yahoo.  If you start sending
5  them a lot of mail, it start going to the junk e-mail.
6  So pretty much it's a very hard question about e-mail,
7  because it's not easy to implement.  It's not just send
8  out hundreds of e-mails, you do have a lot of volume,
9  you know, all the user's traffic.
10     **Q.  Sun Social Media asks for its users date of**
11 **birth, is that to ensure that they're over the age of**
12 **18?**
13     A.  Yes.  We do not allow users under 18.
14     **Q.  What's to stop me if I'm a user and I'm under**
15 **the age of 18 if I'm lying about my age?**
16     A.  It will say, if you like and put a different
17  date of birth, we have confirm just, with the people
18  sworn, stuff like that.  I mean, we -- we can't check
19  it, that field.
20     **Q.  You -- are you familiar with websites who use**
21 **credit card verification --**
22     A.  No.
23     **Q.  -- for age verification?**
24     A.  No.  Originally, the date of birth we implement
25  to see if user is complying with the 18 years old rule.



Bolotin, Konstantin  01-18-2016

50

1  And also, to show on Findandtry what user age right now.
2  We are not showing that exact date of birth, but our
3  system calculates what the age right now.  And every --
4  everyday basis, we recalculate this age, actually, for
5  each user.
6      Q.  It was specific to findandtry.com, that's
7  because the users are searching for people and making
8  looking for specific age ranges, right?
9      A.  That was two points.  First, like I said, 18
10  plus users, should be 18 plus.  And then to show users
11  what age, actually, they are.
12      Q.  If I am a user of one of the Sun Social sites,
13  PlayVid, PlayVids, PeekVids or FeedVid, what's to stop
14  me from giving those sites a fake e-mail address when I
15  sign up as a member?
16      A.  We are not check the e-mail address in any
17  way.  We do have --
18      Q.  Is there anything that stops me?
19      A.  It's very hard to say, because if you -- if
20  your e-mail address is already bad, it's not going
21  through.  So for example, if we ban this address -- I
22  mean, if we ban the user with that -- with this e-mail
23  address, it's not complete registration, because it's
24  already taken.  So -- and also, we don't validate the e-
25  mail address.  We do have one feature, when we got

51

1  bounce -- we mark e-mail that we got bounce on this e-
2  mail.  That's all we got.  But it's not usable at this
3  time.  We just see that the e-mail is bounce, that's
4  all.  Probably.  I can't say exactly, maybe we use --
5  some of the party is using, but they don't want to give
6  the wrong information.
7      Q.  Okay.
8          I want to make sure that I understand the last
9  thing that you said.
10          E-mail is checked, and this is specific to
11  video host -- Sun Social Media's video hosting sites. E-
12  mail is checked against the already existing database to
13  ensure it's not already been used, right?
14      A.  Yes.
15      Q.  It's therefore, also, checked to make sure
16  it's not a banned e-mail address; meaning, Sun Social
17  Media somehow terminated --
18      A.  No.  Wrong.
19      Q.  Okay.
20      A.  We not -- we check e-mail address, if it's
21  already assigned to the user for not.
22      Q.  Okay.  That's it.  All right.
23      A.  In that part -- in that part of registration.
24  In that step of registration.
25      Q.  Right.

52

1      A.  As I said.
2      Q.  You said that if Sun Social Media had sent an
3  e-mail to a user through a registered e-mail address and
4  that e-mail got bounced back to Sun Social Media, that's
5  marked somehow?
6      A.  It's not how the system works.  If we got
7  bounced e-mail in our -- in our mail, we try to find out
8  this mail in database.  If any e-mail is matched, we
9  mark this mail as a bounced mail.
10      Q.  How do you -- how is it marked?
11      A.  I can show you.  In -- so global users, in
12  here, so e-mails in MySQL database, so, they marked --
13  no, probably no, I don't know what the field is exactly
14  in data.
15      Q.  Okay.
16          THE REPORTER:  Going off the record.
17          (Recess taken.)
18          THE REPORTER:  We're back on the record.
19  BY MR. FREEMAN:
20      Q.  So when an e-mail is sent from social media to
21  a member, and that e-mail is bounced back as being
22  invalid, it's my understanding that that's marked
23  somehow; is that right?
24      A.  No.
25      Q.  Okay, how have I misunderstood?

53

1      A.  Everything pretty much.  How it works, now, a
2  lot of e-mail bouncing is not for the members.  For
3  example, we do have some feature, share feature, for if
4  you go to the video, we have share button over there, so
5  you can e-mail to your friends.  From day one, we do
6  have one -- this feature available.  So the people start
7  sending a lot of e-mails to their friends and the Google
8  start bouncing those e-mails.  We got a lot of bounce.
9  We got a lot of problem with this.
10          We try to markup every single e-mail, but it's
11  not exist in the database, because this e-mail is not
12  the -- is a member e-mail.  So if the system not find
13  out e-mail, the system not doing anything with this e-
14  mail.  If the system find out -- finds this e-mail in
15  our database, it's definitely marked, this is not --
16  this is the bounced e-mail.
17      Q.  Okay.
18          So when you were talking about bounced e-mails
19  being marked before we took our break, you were
20  referring to and are now talking about e-mails that are
21  bounced through the share function of the -- of the
22  video hosting sites.  Is that right?
23      A.  Yes.
24      Q.  Okay.
25          So in that process, if a member or really



54

1  **anybody, sends a viewer of the video hosting site, wants**
2  **to share -- strike that.**
3       **In order to utilize the share function on one**
4  **of Sun Social Media's video hosting sites, would I have**
5  **to be a member?**
6    A.  I can't say -- I can't say -- I can't answer
7  this question for sure, because I'm not prepared.  I'm
8  not too sure how the process -- we try to.  You know, we
9  try to play, like I said, with the -- in the e-mails,
10 because it's very -- it's very hard topic for us.
11 **Q.  I'm sorry, what's a hard topic for you?**
12   A.  The e-mails, because a lot of e-mails, we
13 don't want to be penalized by Google or Yahoo.  Like I
14 said, because in order to deliver that volume of e-mails
15 to the users, to the end users, and to the e-mails, you
16 have to be very, very careful and you have to build a
17 very good system.  You know, you can't just send a bunch
18 of e-mails to the Google, and it will be delivered.  You
19 get penalized in a minute, you know, when you try to do
20 this.  So all the time we try to -- we got a lot of --
21 and try to, a lot of time, to stable this system and put
22 our -- our sites, some social sites, to the wide list --
23 to the Google and Yahoo, but it's not so easy.
24       And also, I noticed Google and Yahoo has the
25 filters, which filtering all -- all e-mails from porn

55

1  sites.  And the sites -- and e-mails, which contain any
2  phrases like sex or anything familiar with those words,
3  so it's -- it's very hard to, you know, running that
4  system and you know, and maintain ongoing system.  I
5  mean, on day-to-day.  That's why we are not sending a
6  verified e-mail.  And also, to respect the user's
7  privacy, because it's porn sites, right, any video
8  hosting, which contain user's personal adult videos,
9  right.  So, we -- we're not pushing the users to put the
10 right e-mail.
11      Sometimes we get bounced e-mails, e-mails,
12 very different e-mails, everything that they put, e-mail
13 dot com or something like that.  We are not forcing
14 them, because, also, the big companies like Wikipedia,
15 for example, they ask e-mail.  But it's optional, as you
16 can not mention on this.
17      (Handing.)  On the first page you will see the
18 registration process for Wikipedia.
19 Wikipedia, it's an optional field.
20      Also, the second page is the ranking of
21 Wikipedia in global rank of the websites and Alexa, it's
22 public information.  And the second big website, user
23 respect privacy of their e-mails, is the Reddit.  Reddit,
24 R-E-D-D-I-T, is in top 40 website, which is also using
25 e-mail as an optional field.  They are not trying to

56

1  force user to put legitimate e-mail.  All of those kinds
2  of things, you know, that we mentioned in our system, so
3  we not try to for -- force the users.  I think it's
4  understandable.
5       MR. FREEMAN:  I'm going to have these two
6  documents marked as 3 and 4.
7       (Plaintiff's Exhibit No. 3, Wikipedia Page,
8       was marked for identification.)
9       (Plaintiff's Exhibit No. 4, Reddit Page, was
10      marked for identification.)
11 BY MR. FREEMAN:
12   **Q.  All right, Mr. Bolotin, you just --**
13      MR. COBB:  Three and four we're on now?
14      MR. FREEMAN:  We are.
15 BY MR. FREEMAN:
16   **Q.  You said a lot, so I'm going to go back and go**
17 **through some things with you.  I know you want to talk**
18 **about Exhibits 3 and 4 right now, but we're going to get**
19 **to them in a minute.**
20      MR. BEHAR:  What exhibits --
21      MR. COBB:  No, no, no, those documents are
22 marked as 3 and 4.
23 BY MR. FREEMAN:
24   **Q.  You just handed me these documents.  I've had**
25 **them marked as --**

57

1    A.  I just want to --
2    **Q.  I -- I know, I know.  And we're going to get**
3  **to them in a minute.  Okay?  But I want to go back and**
4  **make sure that I correctly understand some aspects of**
5  **what you just -- you had just testified to.**
6       **As it relates to -- you talked about the**
7  **problem of e-mail for Sun Social Media, and I want to**
8  **make sure I understand the aspects of what those**
9  **problems are.  One of them is the concerns that search**
10 **engines will take issue with multiple e-mails being**
11 **sent.**
12   A.  Mail providers.
13   **Q.  Mail providers, will take issue with volume e-**
14 **mails being sent by anybody, right?**
15   A.  Yes.
16   **Q.  And that's a problem, potential problem?  Is**
17 **it fair to say that the concern is about spamming?**
18   A.  It's -- yes, everybody concerned with the
19 spamming, yes.
20   **Q.  Right.**
21      **Do you know how many e-mails would need to be**
22 **sent in a 24-hour period before the e-mail providers**
23 **generally get concerned about spamming?**
24   A.  I can't tell you exactly volume, but if
25 compared with our volume, it's -- it's very hard to.



58

1    Q.  What do you mean, "compared with your volume"?
2    A.  Our volume of e-mails.  For example, we -- we
3  do have some needs to be sent to the users that -- that
4  much, for example.  I mean, thousands, a hundred
5  thousand or tens of thousands, I can't tell you exact
6  volume, but it's huge.  In order to deliver that, it's
7  very hard to say how much we can deliver, maybe 200 in
8  the first hour, and another hour another 200, that
9  portion.  I can't tell you, because this knows how many
10  e-mail providers.
11    Q.  Do you know how many, approximately how many
12  members Sun Social Media has amongst its video hosting
13  sites?
14    A.  All over the -- how many users, approximately,
15  are on the social websites?
16    Q.  Yes, the web video hosting sites.
17    A.  I can't say you the exact number, but it's
18  between 200,000, 300,000, in that range, but it's
19  combined, all -- all sites.
20    Q.  When you give me that number, does that
21  include Findandtry?
22    A.  Yes.
23    Q.  If I were to become a member of FeedVid.com,
24  does that automatically make me a member of
25  PlayVids.com?

59

1    A.  No, you have to activate your account.  You
2  just create the login credentials in the global
3  database.  The login credentials.
4    Q.  So those same login credentials will -- will
5  allow me to become a member of one of the other sites,
6  but I have to actually go do it?
7    A.  Yes.
8    Q.  The -- except the PlayVid and the PlayVids
9  sites, their mirrors of each other?
10    A.  Yes.
11    Q.  You said that there's occasions for the need
12  of Sun Social Media to send its members e-mails.  Can
13  you give me a general outline of what those occasions
14  may be?
15    A.  What kind of e-mails we are sending?
16    Q.  Yes.
17    A.  How that works?
18        Any identifications, like, you got a new
19  follower, you're a follower, upload new e-mail -- I mean
20  new -- new video.  The guy who you follow, upload new
21  video, those kind of e-mails.  I mean, basically, it's
22  identification that users from the site.  But I just
23  want to say a little bit more.  Like I said, as we had a
24  lot of problems with the mail providers, they are all
25  the time switch on those notifications, settings of the

60

1  user, because we are not sending the e-mails, because
2  it's very hard to deliver.
3    Q.  So you said all of the time you're adjusting
4  the notifications in the settings?
5    A.  Not adjusting, we're not sending, whether or
6  not the user check or not, this feature is not working,
7  because it's very hard to deliver.
8    Q.  So you're not sending notifications to users
9  right now at all?
10    A.  Yes -- yes and no.  We try to -- first, we try
11  to get our e-mails to the inbox.  Once we get a good
12  result, it will -- it will work.  We can turn on, turn
13  off, so we try to, you know.
14    Q.  When you say you first try to get the e-mail
15  into the inbox, you mean the inbox of the user?
16    A.  Yes.  Any users, yes.
17    Q.  In what situations, would you be sending one
18  of the members an e-mail.  I know you just said that
19  they may receive an e-mail notice that someone, a member
20  that they follow has uploaded a new video.  That might
21  be one type of notification; is that right?
22    A.  It's one -- one type of notification.
23    Q.  What are the other types of notifications?
24    A.  It's -- it's very different on every single
25  website, it's different.

61

1    Q.  So --
2    A.  For example, on PlayVids, we have -- you have
3  a new message.
4    Q.  A new message?
5    A.  Yeah.  Another -- another person send message
6  to you, so you -- we notify you that you got a new
7  message from another user.  So we have -- we have shout
8  for the users, so the users can exchange the messages.
9    Q.  And which site is that on?
10    A.  PlayVids.
11    Q.  With an "S"?
12    A.  Yes.
13    Q.  And therefore, also, PlayVid, because they're
14  mirrored?
15    A.  PlayVid, when we -- we move pretty much,
16  PlayVid to the PlayVids, but e still maintain the
17  PlayVid.  But it not have ability to PlayVid users on
18  Playvid.com.  When you try on Playvid.com, it will
19  direct you to the PlayVids login credentials on PlayVid
20  sites.  So users from play individual are not able to
21  login.
22    Q.  All right.  So what other sort of
23  notifications are sent?  I understand the different ones
24  for each website, but outline them for me.
25    A.  I don't remember more.



62

1    Q.   You don't remember any other types of
2 notifications?
3    A.   No, I wasn't prepared for that.
4    Q.   Yeah.
5    A.   I just want to add, we try to add and remove
6 different kind of notification during that problem of
7 delivery e-mails, because value is very depends on what
8 kind of notification it is.  So you understand that,
9 right?
10   Q.   I do.
11       How many -- approximately how many new members
12 do the video hosting -- Sun Social Media video hosting
13 sites get on a daily basis?
14   A.   I can't say exactly.  I can't answer you,
15 because I'm not prepared.  I'm not watching that
16 statistics closely.
17       And also, I would like to notice that, as a
18 business man, I did some decision, also.  When I'm going
19 to stop users to create the accounts just because we
20 don't want to lose them as a customers -- I mean, as our
21 members.  We want to see every single user be our
22 registered user.  And it means that a lot of users who
23 sign in, they register an account with us, not actually
24 wants to upload video or anything like that.  They just
25 want to organize their -- the videos on website.  They

63

1 want to use some features, like -- that we have, like
2 watch later playlist --
3    Q.   You mean like watch later?
4    A.   Watch later, every single video they can watch
5 later.  You can click on this and watch later, like
6 YouTube does.  It has the same feature.  You cannot save
7 the playlist to their videos in that playlist.
8       So users pretty much, most of the users,
9 create the accounts for all of those kinds of things.
10 And we don't want to stop them, hey, look, just go to
11 your e-mail and validate, because we don't want to lose
12 customers -- I mean, not the customers, users.
13   Q.   Do you think that by requiring your users to
14 validate an e-mail address, that you would lose
15 memberships?  Or stop some users from becoming
16 members?
17   A.   I believe so.
18       MR. FREEMAN:  Do you want to take a break?
19       MR. COBB:  Perfect.
20       THE REPORTER:  Going off the record.
21       (Recess taken.)
22       THE REPORTER:  We're back on the record.
23 BY MR. FREEMAN:
24   Q.   I'm going to ask you about the benefits of
25 becoming a member.  What functionality is available to a
26 member that's not available to a non member viewer of

64

1 the Sun Social Media video hosting sites?
2    A.   I can't answer this expression, because it's
3 not very specific a lot.  I didn't, you know, prepare
4 for that question.
5    Q.   But as director of operations and owner of Sun
6 Social Media, you don't know?
7    A.   We have so much websites, I can't know any and
8 everything.
9    Q.   By "so many websites," you mean the PlayVid,
10 PlayVids, PeekVid, and Findandtry websites?  Are those
11 the websites you're referring to?
12   A.   I already said about the sites.
13   Q.   I'm sorry?
14   A.   I already mentioned what sites we have.
15   Q.   Okay.
16       I just want to make sure that you -- when you
17 say we have so many sites, that we're talking about five
18 sites?
19   A.   If you're talking about the sites which I
20 mentioned, yes.
21   Q.   Are there any other sites that you own?
22   A.   No, probably -- no sites.  I mean, no except
23 those sites that I already mentioned.
24   Q.   Is there a reason why you're not wanting to
25 confirm the five I just listed again?

65

1    A.   No reason.
2    Q.   Okay.
3    A.   Because you was right -- you was wrong.
4    Q.   I was wrong?
5    A.   Yes.
6    Q.   How was I wrong?
7    A.   You said "PeekVid," as opposed to PeekVids.
8    Q.   It's PeekVids?
9    A.   PeekVids.
10   Q.   Okay.
11   A.   That's why I didn't confirm.
12   Q.   I see.
13       You have mentioned a few things this morning,
14 of functionalities that are available to a member, such
15 as uploading videos, that's a functionality that's
16 available to a member of these sites; is that right?
17   A.   Yes.
18   Q.   But a general and non-member viewer would not
19 be able to upload a video, correct?
20   A.   Yes.
21   Q.   There's a watch later function that you
22 mentioned, is that a function that's available to a
23 member that is not available to a non member viewer?
24   A.   Yes.
25   Q.   The ability to organize videos, that's a



Bolotin, Konstantin   01-18-2016

66

1 functionality, also, that is available to the members,
2 that is not available to non member viewers, correct?
3    A.  Yes.
4    Q.  How about the ability to share the video, is
5 that something specifically to members?
6    A.  I can't answer this question.
7    Q.  You can't, because you don't know?
8    A.  Because I don't remember and I didn't prepare
9 for that question.
10    Q.  Can you think of any other functions that are
11 available to --
12    A.  I'm not thinking.  I'm just answering your
13 questions.
14    Q.  Well, I hope on some level you're thinking.
15 I'm asking you to think and try to remember if there are
16 any other functions available to a member that is not
17 available to a non member viewer by the Sun Social Media
18 video hosing sites?
19    A.  I don't remember.
20    Q.  Do the sun social -- do the Sun Social Media
21 video hosting sites display in high definition?
22    A.  I can't answer this question.
23    Q.  You can't because you don't know or --
24    A.  Specify, please specify.  What do you mean HD
25 videos?  720, 1080, 4K, 270 K?

67

1    Q.  Does -- does Sun Social Media offer videos on
2 its video hosting sites in any aspect of high
3 definition?
4    A.  Any aspect?  Yes.
5    Q.  Is it available to general viewers or only
6 members?
7    A.  I don't remember.
8    Q.  You talked about one of the notifications that
9 Sun Social Media will send its members, it's a new
10 message notification; is that right?
11    A.  I mentioned, yes.
12    Q.  Yeah.  And that new message notification is a
13 notice to one member that another Sun Social Media video
14 hosting site member has sent the first member a message?
15    A.  It's too much complicated, I can't confirm
16 that.  I think you don't understand what you're saying.
17    Q.  Why don't you tell me what a new message
18 notification is for?
19    A.  Just because -- I mean, just for exchange
20 messages between users.
21    Q.  So the idea is to exchange messages between
22 users?
23    A.  Yes.
24    Q.  So if I am a member of, let's say, FeedVid and
25 I want to send you, who is also a member of FeedVid, a

68

1 message, I can do that?
2    A.  I can't confirm that.
3    Q.  Why not?
4    A.  I don't remember.  I'm not prepared for that
5 question.
6    Q.  Same question as it -- as it relates to
7 PeekVids?
8    A.  I can't confirm that.
9    Q.  So, Mr. Bolotin, you're the one that brought
10 up the new message notification as a function, and I'm
11 just trying to ask about it.
12    A.  If I mentioned it, and I said it involved
13 PlayVid.  I didn't mention about another site.
14    Q.  Okay.
15       So let's talk about specifically PlayVids.
16 PlayVids has the functionality of permitting the users
17 to send each other messages?
18    A.  Confirm.
19    Q.  Okay.
20       So, back to my example, if I am a member of
21 PlayVids and you are a member of PlayVids, I can send
22 you a message directly?
23    A.  Confirm.
24    Q.  And can you explain to me the process on
25 PlayVids that this can occur?

69

1    A.  Rephrase, please.  Rephrase the question,
2 please.
3    Q.  So, I sign into PlayVids with my account
4 membership, how -- how would I, from a practical step-
5 by-step basis, send you a message?
6    A.  On PlayVids?
7    Q.  Yes.
8    A.  You need to go to the member page, which you -
9 - which user you want to send message.
10    Q.  And then?
11    A.  Then, you will find their button, send
12 message.
13    Q.  Send message button or something like that?
14    A.  I can't visually, you know, see how it looks
15 like.  I don't remember, because we just changed daily
16 out our new website.
17    Q.  Now, when I send you that message, say I send
18 "Hi, Mr. Bolotin, how are you."  Is that content, what
19 is sent to you in this new -- in the new message
20 notification that you previously mentioned?
21    A.  Uh, one more time?  I'm sorry.
22    Q.  If I sent you a message, I went to -- I went
23 to the login page, put in my login credentials, pushed
24 the send message button or whatever variation of that
25 currently exists, I type a message, I type it to you.



70

1 First of all, what address do I put in the message, just
2 to a certain user?
3     A.   When you click on the button on the user page,
4 that you want to send to, it will automatically open the
5 chart -- chart window.
6     Q.   So I will --
7     A.   It's automatically addressed to the user which
8 you clicked to send message to.
9     Q.   I don't need to know your e-mail address, I
10 just need to know your user name?
11     A.   You would have to do it to -- send message to
12 particular e-mail address. Something like that. We
13 have only one way to use message, messenger.
14     Q.   And you're using instant messenger to do this,
15 or what? You're using the term messenger, is that a
16 specific program? Is that what you mean?
17     A.   It's instant messenger -- it's custom built
18 instant messenger.
19     Q.   So Sun Social Media has put into the
20 Playvids.com website a custom instant messenger; is that
21 right?
22     A.   Yes.
23     Q.   And if I was to instant message you to
24 whatever your user name is, once I send that message, an
25 e-mail is sent to your e-mail address to notify you that

71

1 you have an instant message waiting for you on PlayVids;
2 is that right?
3     A.   No.
4     Q.   Okay. Explain the process, then.
5     A.   It's -- well, I would rather not confirm this
6 statement, because two different situations can be.
7 First, if the user is not checked in the settings, his
8 allowance to receive the messages, he never get this
9 notification first.
10     Q.   The notification, but he can still in that
11 scenario receive the instant message?
12     A.   He still receive the message, but he's not
13 getting any e-mail notification from our website. The
14 second scenario is, if our system will send this
15 notification. Because I already explained that we have
16 problems for delivery e-mails to the receivers, so that
17 not working properly. So if some day all of those two
18 things, the notification is checked and our system is
19 working, the user and user will receive the
20 notification, an e-mail, and if not, something happen,
21 he's not going to receive it.
22     Q.   So when an instant message is sent from user A
23 to user B, user B may receive an e-mail notification,
24 if, one, user B has confirmed in their settings, the
25 receipt of such e-mails; and two, the system is working

72

1 properly such that these notification e-mails are
2 actually being processed by the e-mail carrier?
3     A.   No.
4     Q.   How is that wrong?
5     A.   Wrong, because the second part, our system,
6 our mail server is up. If our mail server is up, our --
7 the mail server will send. If it's shutdown, the
8 notification is not going to be delivered.
9     Q.   Who decides in whether or not your mail server
10 is up or down?
11     A.   Several people.
12     Q.   Who?
13     A.   Me, system administrator.
14     Q.   System administrator?
15     A.   Yes.
16     Q.   Who else?
17     A.   That's all.
18     Q.   Okay.
19          So "several" to me usually means three or
20 more, so just two people?
21     A.   Yes.
22     Q.   And who is the systems' administrator?
23     A.   The people, the guy, Alex Tihonov.
24     Q.   Who?
25     A.   We have -- we have the contractor who works

73

1 with us for the -- he's an independent contractors. I
2 mean, the company who is working to maintain our stuff.
3     Q.   Your system administrator is an independent
4 contractor; is that right?
5     A.   He work -- we work with the company. We work
6 with the company, we pay the company. He works for that
7 company.
8     Q.   Who is that company?
9     A.   Support Tech.
10     Q.   Support Tech?
11     A.   Supporttech.net, probably, website address,
12 but I can't confirm what exact e-mail his company name.
13     Q.   And who is he that works for Supporttech.net
14 that acts as your systems administrator?
15     A.   Alex Tihonov, T-I-H-O-N-O-V.
16     Q.   Have you or anybody at Sun Social Media
17 instructed Mr. Tihonov -- is that how you pronounce it?
18     A.   Yes.
19     Q.   Instructed Mr. Tihonov when it's acceptable to
20 shutdown the mail server?
21     A.   Can you rephrase one more time.
22     Q.   Have you instructed Mr. Tihonov regarding when
23 it is acceptable to shutdown the mail server?
24     A.   I did.
25     Q.   And what instructions did you give him?



74

1    A.  Shutdown the mail -- mail server.
2    **Q.  You told him to shut it down?**
3    A.  Yes.
4    **Q.  When?**
5    A.  I don't remember.
6    **Q.  Is it shutdown right now?**
7    A.  I can't say yes, because it's not confirmed.
8    **Q.  You have told him in the past to shutdown the**
9    **mail server; is that correct?**
10   A.  Yes.
11   **Q.  Did you tell him that once or have you told**
12   **him that more than once?**
13   A.  More than once.
14   **Q.  How many times?**
15   A.  I don't remember.
16   **Q.  More than ten times?**
17   A.  Maybe.
18   **Q.  More than a hundred times?**
19   A.  I don't remember.
20   **Q.  Generally speaking, under what circumstances**
21   **-- well, let me ask you this:  Specifically,**
22   **do you recall under what circumstances you instructed**
23   **Mr. Tihonov to shutdown the mail server?**
24   A.  The reasons?
25   **Q.  Yes.**

75

1    A.  Or what?  The reasons to shutdown the server?
2    **Q.  Yes.**
3    A.  Different -- I can't answer this question,
4    because I can't tell you so much information which, you
5    know, based on the technical weather in our servers --
6    **Q.  The technical weather?**
7    A.  Yes, the technical weather.  Some servers can
8    be overloaded, it's different reasons.  I can't tell you
9    why exactly.  But most of the time we turn off the
10   servers because of the mail delivery.
11   **Q.  Most of the time you turn off the mail servers**
12   **because of the mail delivery; meaning that Sun Social**
13   **Media has attempted to send out some e-mails and they**
14   **were problematic, they didn't go through?**
15   A.  It go through, but it's not going to inbox.
16   It's probably --
17   **Q.  It's going to a --**
18   A.  Junk, spam.
19   **Q.  How do you -- you know when e-mails from**
20   **social -- Sun Social Media are being sent to a junk or**
21   **spam folder?**
22   A.  I experiment on my personal e-mail.
23   **Q.  So, when Sun Social Media sends bulk e-mails**
24   **or numerous e-mails, you send one to yourself?**
25   A.  When the Sun Social Media experience a problem

76

1    -- I don't understand the question, one more time.
2    **Q.  How do -- I asked you how did you know or how**
3    **do you know when e-mails sent by Sun Social Media are**
4    **being delivered to spam or junk folders.  And you told**
5    **me because you receive them to your own personal -- to**
6    **your own e-mail address?**
7    A.  Time to time, I'm doing that.
8    **Q.  How?**
9    A.  But it's not life every -- every time.  I
10   mean, our servers not like every time just sending the
11   e-mails.
12   **Q.  Will you instruct Mr. Tihonov to shutdown the**
13   **mail server every time you receive one in your junk or**
14   **spam folder?**
15   A.  No.
16   **Q.  What differentiates those times when you do**
17   **employed Mr. Tihonov such instructions and when you**
18   **don't?**
19   A.  It depends on the weather in the industry.
20   **Q.  So, if you want to talk about the weather**
21   **that's outside this window, that I get that, because I**
22   **know what clouds are and rain is and snow is.  I**
23   **understand what you mean by "weather."  What do you mean**
24   **by "weather" when you're talking about Sun Social**
25   **Media's servers?**

77

1    A.  It means that I don't want to shutdown just
2    because a I don't want -- in some cases, I check every
3    single servers and see if it's overloaded or not, what
4    the traffic is.  And why I mentioned the weather on the
5    street, because your question is not very specific.  I
6    can't say how my -- how my decision on -- on what facts
7    I used to build that decision, because it's so -- it's
8    so different situation.  Which I don't explain and
9    confirm right now in this conversation.
10   **Q.  So -- and I'm just trying to gain an**
11   **understanding.  Okay?  So, what you're telling me is**
12   **that a decision to turn down -- to shut off the mail**
13   **servers is one that involves a lot of variables?**
14   A.  Yes.
15   **Q.  And some of those variables, you would use the**
16   **term "weather" to describe them?**
17   A.  I mentioned "weather" just to show you that
18   the situations can be so, so different.  But your
19   question is not correct.  You can't ask me why today you
20   turn off your mail server and why you turn off today or
21   yesterday, it's completely different.  It's day-to-day,
22   very different situation.  But the main problem,
23   usually, if you're asking this question, is delivery
24   problem.
25   **Q.  It's a delivery problem, meaning, the e-mails**



78

1  that are sent and received go into junk or spam folders?
2      A.  Yes.
3      Q.  So does Mr. Tihonov have a discretion to make
4  a decision on his own without consulting with you?
5      A.  Yes.
6      Q.  And did you give him specific instructions --
7  and actually let me finish the question because I need
8  to finish, so you and are clear with it each and I need
9  to make sure the record is clear.  Mr. Tihonov has the
10  discretion to turn off the mail server for Sun Social
11  Media without consulting with you, correct?
12      A.  Yes.
13      Q.  Have you given him previous instructions about
14  when those circumstances exist or he can make such
15  decisions or does he just have full discretion?
16      A.  I don't remember.
17      Q.  Have you ever been in any arguments with him
18  when he turned off the mail server and you think he
19  should not have?
20      A.  I don't know what you say your question is.
21      Q.  Let's say -- have you ever had a situation
22  where he turned off the mail server and you think he
23  should not have?
24      A.  I don't remember.
25      Q.  Since -- over the past, let's say two years,

79

1  do you have any way to estimate how often the mail
2  server has been shut down?
3      A.  I don't remember.  I can't estimate or give
4  you approximately.  You asking the questions, very good
5  questions.  It can't be explained in few words.  And how
6  many times?  I don't know.
7      Q.  Is there anywhere within any of the databases,
8  Sun Social Media databases, that it is recorded that the
9  mail servers are shutdown?
10      A.  I don't know.  I don't remember.
11      Q.  So MySQL server is a -- is a database that's
12  programmable, correct?
13      A.  What do you mean "MySQL server is
14  programmable"?
15      Q.  You utilize MySQL server databases, correct?
16      A.  Yes, we do.
17      Q.  And MySQL server database only records data
18  that it is instructed to record, correct?
19      A.  I can't confirm.
20      Q.  Are you a computer programer?
21      A.  I do understand the code, but I can't confirm
22  that it exists in our system.
23      Q.  Okay.
24          So I want you to actually listen to my
25  question and answer the question, because otherwise,

80

1  it's going to be very confusing later.  You're right now
2  answering a question I asked you two or three questions
3  ago.  Okay?
4          You can't confirm -- and I want to make sure
5  it's clear what you mean -- you can't confirm whether
6  the database, Sun Social Media's databases records when
7  the mail services are shutdown?
8      A.  I can't confirm that.
9      Q.  Do you know who can?
10      A.  At this time, I can't confirm, but we -- we
11  can find out this information with our system
12  administrator and programer team.
13      Q.  Is that something you can do on a break?
14      A.  Today?
15      Q.  Yes.
16      A.  And tomorrow, too, no, too.
17      Q.
18          MR. FREEMAN:  You want to take a break now for
19  lunch.
20          MR. COBB:  It's up to you.
21          MR. FREEMAN:  It's a good transition time as
22  far as topics.
23          MR. COBB:  Come back at 1:15.
24          THE REPORTER:  Going off the record.
25          (Lunch recess was taken at 1:29p.m.)

81

1          THE REPORTER:  We're back on the record.
2  BY MR. FREEMAN:
3      Q.  You wanted to show me a couple of documents,
4  I'm handing you those and they're marked as Exhibit No.
5  3.  That's one of the documents you brought with you
6  today to show me; is that right?
7      A.  Yes.
8      Q.  And that's a -- if I understand it correct,
9  that's a printout from a joint page for Wikipedia?
10      A.  Yes.
11      Q.  And your point, with regard to that, is to
12  show me that -- or show the Plaintiff that Wikipedia
13  does not require e-mail or e-mail verification to join
14  as a member of Wikipedia, correct?
15      A.  Yes.
16      Q.  Okay.
17          I'm going to show you what's been marked as
18  Exhibit No. 4, and that's also a document you brought to
19  show me today?
20      A.  Yes.
21      Q.  And that's a joint page from the website
22  Reddit?
23      A.  Yes.
24      Q.  And again, that you brought that to illustrate
25  that on Reddit there is no requirement to provide a



82

1  valid e-mail address to become a member, correct?
2      A.  Yes.
3      Q.  And these are both illustrative to you,
4  because they're both very popular sites in the United
5  States, correct?
6      A.  In the global.
7      Q.  In global, fair enough.
8          Is there anything else that you want me to
9  know or be aware of with regard to these two exhibits?
10     A.  No.  I just wanted to show you how the big
11  players deal with the e-mails, users' e-mails.
12     Q.  Would you draw a parallel between the services
13  or purposes of some social media's video hosting sites
14  and the services and purposes of Wikipedia?
15     A.  Can you rephrase, please?
16     Q.  Probably not.
17     A.  Don't ask me this question, if not.
18     Q.  Do you draw a parallel between the services --
19     A.  The service?
20     Q.  No.  You ask me to read the question, you've
21  got to let me finish.
22          Do you draw a parallel between the services or
23  purposes of Sun Social Media's video hosting sites and
24  that of Wikipedia?
25     A.  Yes, very clear.  Both this users-generated

83

1  content.
2      Q.  User-generated content?
3      A.  Yes.  Both -- both service providers.
4      Q.  Do you have, anything other than besides them
5  both being Internet service providers and both having
6  user-generated content?
7      A.  For now, no.  But if you give me another hour,
8  I will give you more arguments, what, you know, the same
9  we have with them.
10     Q.  Are you aware of Wikipedia's Copyright
11  infringement policies?
12     A.  I never checked.
13     Q.  So no?
14     A.  No.
15     Q.  Are you aware of how they handle -- how they
16  handle DMCA takedown notices?
17     A.  No.
18     Q.  And with regard to Reddit, do you draw a
19  parallel between the services or purposes of Sun Social
20  Media's video hosting sites and the services and
21  purposes of Reddit?
22     A.  Rephrase, please.
23     Q.  Same question as it was with Wikipedia?
24     A.  No.  Same answer.
25     Q.  That's -- and that answer being that the

84

1  Reddit website is user-generated content?
2      A.  Yes, and a Internet service provider.
3      Q.  And is an Internet service provider?
4      A.  Yes.
5      Q.  Are you familiar with the way that Reddit
6  handles DMCA takedown notices?
7      A.  No.
8      Q.  Okay.
9          Again, I'm not trying to be rude, but wait
10  until I'm done.  I know you know what question I'm going
11  to ask, but for her purposes, she's going to get the
12  ruler out in a minute.
13          Mr. Bolotin, if it was just you and I sitting
14  and having coffee I would have no problem with it, but
15  we just need to be mindful of her.
16     A.  Okay.
17     Q.  You had drawn a distinction earlier today
18  about -- between a tube site and a video hosting site,
19  why did you draw that distinction?  What's the
20  difference for you?
21     A.  What's the difference for me?
22     Q.  Yes.
23     A.  I don't like the -- the term "tube," and for
24  me, it's video hosting, pretty much, so, because we host
25  user's videos.  So -- and, this, you know, I know this

85

1  is very common to call the sites, like Sun Social Media
2  sites tube sites.  But always, you know, by me, I prefer
3  to call it video hosting.
4      Q.  It sounds like the term "tube site" almost
5  offends you, is that?
6      A.  I don't like this word, that's what I want to
7  say.
8      Q.  Is there something -- and that's fair.  It
9  seems "video hosting" just seems to be more descriptive
10  about what your site does?
11     A.  YouTube, you know, video hosting tube, so they
12  use that word too.  They use the tube site in the
13  phrases, but it's video hosting, so...
14     Q.  What I want to make sure is this:  Is there
15  something about -- is there something about, what is
16  referred to commonly in the industry as tube sites
17  that's different than what you refer to as a video
18  hosting site?
19     A.  I don't know.
20     Q.  Okay.  I just wanted to know whether or not
21  you were drawing a distinction about the services or
22  purposes of the Sun Social Media video hosting sites by
23  referring to them as the Sun Social -- as referring to
24  them as video hosting sites as opposed to tube sites?
25  But it sounds like you just don't like the term?

86

1    A.  Um-huh, I don't like the term.
2    **Q.  Okay.**
3    A.  And originally, is that the idea was that when
4  we start the business for one of the sites and that
5  this, actually, PlayVid was the hosting of videos that
6  was the original idea for video hosting for Findandtry.
7  So that's why I am calling it.  I just want you to
8  understand pretty clear that what was the original idea
9  and why I refer to that -- to that term, because as an
10 original idea, is host videos of the users on the
11 Findandtry.  So...
12   **Q.  The -- when you had started the Findandtry; is**
13 **that correct, you were a part -- you started Findandtry?**
14   A.  Yes.
15   **Q.  And you did that while you were working for**
16 **director of operations for Webzilla?**
17   A.  Yes, I guess.  I probably worked at Webzilla,
18 too.
19   **Q.  Did anyone start Findandtry with you?**
20   A.  No.
21   **Q.  Where did you get the funding to start**
22 **Findandtry?**
23   MR. COBB:  Objection; relevance; form.  You
24 can answer.
25   THE WITNESS:  I got a loan through Sun Social

87

1    Media, so that's the first -- I mean, that's the
2    main source of loans on social media.
3  BY MR. FREEMAN:
4    **Q.  Was this a bank loan?**
5    A.  No.
6    **Q.  Was it a personal loan?**
7    A.  It's corporate loan.
8    **Q.  Corporate loan.**
9    **Where did you get the loan?**
10   MR. COBB:  Objection; outside the scope of the
11 Court's order, it was addressed in one of the
12 discovery requests for Request for Production.  I'm
13 going to instruct him not to answer the question.
14 We took this up at the hearing.
15   MR. FREEMAN:  I don't think that was what the
16 Judge's ruling was, not that I have a right to it,
17 it was that there was no documents that existed.
18 It was her ruling that no documents were
19 represented to her.
20   MR. COBB:  I reviewed it last night
21 anticipating we would go there, and any evidence in
22 Request for Production and we'll have to take that
23 one up.
24   MR. FREEMAN:  So you're instructing him not to
25 answer on where he got -- where he got his loan?

88

1    MR. COBB:  It's not relevant to the case.
2    MR. FREEMAN:  I'm just asking you what you
3    were doing.
4    MR. COBB:  I'm instructing him not to answer
5    the question.
6    MR. FREEMAN:  Okay.
7    MR. COBB:  I'm instructing him not to answer
8    the question.
9  BY MR. FREEMAN:
10   **Q.  Where you got this loan, did it give whoever**
11 **gave you the loan any financial interest in Sun Social**
12 **Media?**
13   A.  Is this not the same question, as the loan
14 question?  I don't want to -- I don't want to release
15 any information -- I mean, disclose any information of
16 the loan if it's not related to the case.  That's why I
17 don't want to -- I mean, I don't see any point to give
18 you details on the loan.
19   **Q.  In all due respect, that's not your decision**
20 **to make.  Okay?  That's the Judge's decision to make.**
21 **Your attorney has instructed you not to answer one**
22 **specific question and I understand, although I may not**
23 **agree with him, I understand why he's giving you that**
24 **instruction.  This is a different question, and whether**
25 **or not it's ultimately relevant, we'll go to the Judge**

89

1  and you have to answer this question.
2    A.  Okay.
3    THE WITNESS:  Do I have to answer?
4    MR. COBB:  Can you read the question back?
5    (Whereupon, the requested portion of the
6    record was read back by the court reporter at this
7    time 1:39p.m.)
8    THE WITNESS:  Should I answer?
9    MR. COBB:  I'm thinking.  I'm going to again
10 instruct him not to answer the question, based on
11 the same objection raised previously and we can
12 address it with the Court.  My recollection of the
13 Court's ruling as to this evidence is different
14 than yours.  But on this basis, more specifically,
15 as it pertains to the term "financial interest."
16 If you're referring to something outside of the
17 lender-debtor relationship, I believe it's off --
18 off limits.  You established that a loan was made,
19 I don't know what "financial interest" means.
20   THE WITNESS:  So, what's the?
21   MR. FREEMAN:  Let's take a little break.
22   THE REPORTER:  Going off the record.
23   (Discussion held off the record.)
24   THE REPORTER:  We're back on the record.
25   THE WITNESS:  So what do I do?



90

1          MR. COBB:  He's going to ask you a question.
2  BY MR. FREEMAN:
3          Q.  From the inception of when you started Sun
4  Social Media until currently, on how many occasions has
5  there -- has Sun Social Media borrowed money?
6          A.  How many times?
7          Q.  Yes.
8          A.  I don't know.  I don't know.
9          Q.  So this was one of the specific topics on the
10  Notice of Deposition today, right?
11         A.  Specifically to No. 11?
12         Q.  Yes.
13         THE WITNESS:  Should I answer it?
14         MR. COBB:  Yes.
15         THE WITNESS:  I don't know.  I don't know.
16  BY MR. FREEMAN:
17         Q.  More than once?
18         A.  More than once, I don't know.  I don't know
19  how many times.  Really.
20         Q.  So just so you know, when we issue a notice of
21  dep of corporate representative, the representative is
22  here to find the corporation to talk -- answer questions
23  on topics specifically listed in the Notice of
24  Deposition.  So today it is my chance to ask these
25  questions, not withstanding some of your attorneys

91

1  objections and the instructions not to answer, he and I
2  will deal with that at a later time.  It's for you to
3  answer "I don't know," finds the corporation to an
4  answer of "I don't know," and it prohibits me from
5  gaining information that we noticed.
6          Is it that -- is it an answer that you could
7  make a couple phone calls or do some research on the
8  Internet or tap into something --
9          MR. COBB:  Let's go off the record and let him
10  check.
11         THE REPORTER:  Going off the record.
12         (DISCUSSION HELD OFF THE RECORD.)
13         (End of Volume I)
14
15
16
17
18
19
20
21
22
23
24
25

92

1          CERTIFICATE OF REPORTER
2  STATE OF FLORIDA
3  COUNTY OF BROWARD
4
5      I, MELISSA KALLAS, Court Reporter and Notary
6  Public for the State of Florida, do hereby certify that
7  I was authorized to and did stenographically report the
8  deposition of KONSTANTIN BOLOTIN;  the foregoing
9  testimony was taken before me; that a review of the
10  transcript was requested; and that the transcript is a
11  true and correct record of my stenographic notes.
12
       I further certify that I am not a relative,
13
employee, attorney or counsel of any of the parties,
14
nor am I a relative or employee of any of the parties'
15
attorney or counsel connected with the action, nor am I
16
financially interested in the action. Dated this 26th
17
day of January, 2016.
18
19
20  _____
21
    MELISSA KALLAS, COURT REPORTER
22  NOTARY PUBLIC, STATE OF FLORIDA
23
24
25

93

1          CERTIFICATE OF OATH
2  STATE OF FLORIDA
3  COUNTY OF MIAMI-DADE
4
5      I, MELISSA KALLAS, the undersigned authority,
6  certify that KONSTANTIN BOLOTIN, personally appeared
7  before me and  was duly sworn.
8
   Witness my hand and official seal this 18th day of
9
January, 2016.
10
11
12
13
   _____
14  MELISSA KALLAS
    NOTARY PUBLIC, STATE OF FLORIDA
15  Commission No.:  EE 206253
    Commission Exp:  6/10/2017
16
17
18
19
20
21
22
23
24
25



Bolotin, Konstantin   01-18-2016

94

1  DATE:   January 26, 2016
        Name    KONSTANTIN BOLOTIN
2  c/o    BRADY COBB, ESQUIRE
3  IN RE: HYDENTRA V. LUCHIAN, ET AL
4  Dear Mr. Bolotin,
5  Please take notice that on January 18, 2016, you gave
        your deposition in the above-referenced matter.  At
6  that time, you did not waive signature.  It is now
        necessary that you sign your deposition.  You may do so
7  by contacting your own attorney or the attorney who
        took your deposition and make an appointment to do so
8  at their office.  You may also contact our office at
        the below number, Monday - Friday, 9:00 AM - 5:00 PM,
9  for further information and assistance.
10  If you do not read and sign your deposition within
        thirty (30) days, the original, which has already been
11  forwarded to the ordering attorney, may be filed with
        the Clerk of Court.
12
        If you wish to waive your signature, sign your name in
13  the blank at the bottom of this letter and promptly
        return it to us.
14
        Very truly yours,
15
        _____
16  Melissa Kallas
        Universal Court Reporting
17  (954) 712-2600
        I do hereby waive my signature.
18
        _____
19  Konstantin Bolotin
        cc:  via transcript:        Brady Cobb, Esquire
20
21
22
23
24
25

95

1          ERRATA SHEET
2  I wish to make the following changes, for the following
        reasons:
3  PAGE NO.  LINE NO.
4  _____ _____ CHANGE_____
5              REASON_____
6  _____ _____ CHANGE_____
7              REASON_____
8  _____ _____ CHANGE_____
9              REASON_____
10  _____ _____ CHANGE_____
11              REASON_____
12  _____ _____ CHANGE_____
13              REASON_____
14  _____ _____ CHANGE_____
15              REASON_____
16  _____ _____ CHANGE_____
17              REASON_____
18  _____ _____ CHANGE_____
19              REASON_____
20  _____ _____ CHANGE_____
21              REASON_____
22  _____ _____ CHANGE_____
23              REASON_____
24  _____
25  SIGNATURE              DATE



877.291.3376
www.UCRinc.com

**$**

**$1** 31:15

**$2** 31:12

**$20** 31:12

**$30** 31:15

**@**

**@** 48:5

**1**

**1** 4:3 16:22 17:1

**1/2** 2:8

**1:15** 80:23

**1:29p.m** 80:25

**1:39p.m** 89:7

**10:01** 1:17

**100** 14:14 15:11
20:8 24:19 27:24
28:22 37:25

**1080** 66:25

**11** 16:19 90:11

**1107** 2:8

**1-20** 1:10

**15-cv-22134-UU**
1:3

**16** 4:3

**17** 16:17,19

**18** 1:17 5:3
12:11,12
49:12,13,15,25
50:9,10 94:5

**1840** 2:4

**18th** 93:8

**1985** 12:11,13

**1995** 12:12

**2**

**2** 1:19 4:4 45:15

**200** 58:7,8

**200,000** 58:18

**2003** 33:13

**2005** 10:22

**2008** 9:3,4,13,16
10:23

**2009** 10:8,9 14:14
15:4

**2010** 21:4,5,8,14
24:21

**2012** 9:10,11 33:19

**2013** 15:11,14
20:20,22,25 22:24
23:4,22 25:9
33:15,16,19 38:11

**2016** 1:17 5:3 92:17
93:9 94:1,5

**20225** 10:3

**203** 4:7

**205** 4:8

**206253** 93:15

**23** 12:23

**24** 4:12

**24-hour** 57:22

**2514** 10:3

**253** 2:9

**26** 94:1

**2680** 1:19

**26th** 92:16

**270** 66:25

**3**

**3** 4:5 56:6,7,18,22
81:5

**30** 94:10

**300,000** 58:18

**33131** 1:20

**33304** 2:13

**33326** 2:5

**34th** 10:3

**383-4500** 2:9

**4**

**4** 4:6 56:6,9,18,22
81:18

**40** 34:4,5 55:24

**45** 4:4

**4K** 66:25

**5**

**5** 3:3 4:7

**5:00** 94:8

**56** 4:5,6

**6**

**6** 4:8

**6/10/2017** 93:15

**6:24** 1:17

**642** 2:12

**688-7642** 2:5

**7**

**712-2600** 94:17

**720** 66:25

**8**

**85** 12:14

**88** 4:12

**89** 4:12

**9**

**9:00** 94:8

**954** 2:5 94:17

**954.527.4111** 2:13

**98402** 2:8

**A**

**A.M** 1:17

**AARON** 2:3

**AB@BEHARBEH
AR.COM** 2:6

**ability** 31:23 44:19
61:17 65:25 66:4

**able** 61:20 65:19

**above-referenced**
94:5

**absolutely** 20:13

**accents** 35:20

**acceptable** 73:19,23

**account** 39:25
43:15,16 48:2
59:1 62:23 69:3

**accounts** 39:22
62:19 63:9

**accurate** 15:12
26:14 28:22

**action** 92:15,16

**activate** 39:22,24
59:1

**active** 22:10 43:8

**actively** 32:2,21

**activity** 24:12

**acts** 73:14

**actually** 21:18
28:21 44:2
50:4,11 59:6
62:23 72:2 78:7
79:24 86:5

**adapt** 44:9

**add** 62:5

**addition** 26:19

**address** 10:2
47:15,24
48:1,11,12



877.291.3376
www.UCRinc.com

50:14,16,20,21,23,25 51:16,20 52:3 63:14 70:1,9,12,25 73:11 76:6 82:1 89:12

**addressed** 70:7 87:11

**add-words** 31:5,6

**adjusting** 60:3,5

**administrator** 72:13,14,22 73:3,14 80:12

**adult** 55:8

**advertise** 22:11

**advertised** 31:5

**advertisement** 38:16

**advertisers** 30:8 33:4 39:8,10,11

**against** 12:4 51:12

**age** 49:11,15,23 50:1,3,4,8,11

**ago** 31:24 80:3

**ahead** 45:12

**AL** 94:3

**Alex** 72:23 73:15

**Alexa** 55:21

**Alexy** 16:8

**alleged** 24:12

**allow** 49:13 59:5

**allowance** 71:8

**already** 20:22,23 46:23,24 48:2 50:20,24 51:12,13,21 64:12,14,23 71:15 94:10

**am** 27:21 50:12

67:24 68:20 86:7 92:12,14,15 94:8

**Amended** 4:7

**amongst** 58:12

**answer** 4:12 6:10,12,18,20,25 7:9 11:1,4,5,11,13,21,22 12:1 17:15 24:14 28:9 31:19 41:20,25 44:14 54:6 62:14 64:2 66:6,22 75:3 79:25 83:24,25 86:24 87:13,25 88:4,7,21 89:1,3,8,10 90:13,22 91:1,3,4,6

**answering** 66:12 80:2

**answers** 6:23

**anticipating** 26:14 87:21

**anybody** 18:3 25:2,6 32:18 54:1 57:14 73:16

**anymore** 31:7 33:1

**anyone** 19:24 86:19

**anything** 8:16 15:25 16:2,3 18:24 29:5 35:1 48:13 50:18 53:13 55:2 62:24 82:8 83:4

**anywhere** 29:23 30:1 79:7

**Apartment** 10:3

**apologies** 27:17

**app** 31:8,10,22,24 32:8,12,13

**APPEARANCES**

2:1

**appeared** 93:6

**Apple** 31:8 32:17

**application** 15:24 16:3 31:25 32:7,11

**appointed** 16:12 17:11

**appointment** 94:7

**appreciate** 7:5 44:14

**approximate** 31:13

**approximately** 15:6,7 21:14 23:22 25:9 31:14 33:13 58:11,14 62:11 79:4

**approximations** 44:16

**arguments** 78:17 83:8

**arrested** 12:8

**arts** 13:18

**aspect** 22:18 41:18 42:7 44:8 67:2,4

**aspects** 40:14 42:25 57:4,8

**assigned** 51:21

**assistance** 94:9

**associated** 46:21 48:2

**ASSOCIATES** 1:18

**assume** 46:19

**attempted** 75:13

**attorney** 5:22 6:10,11 88:21 92:13,15 94:7,11

**attorneys** 17:19,24

18:3 19:13 90:25

**August** 12:11,12 38:12

**authored** 41:4

**authority** 93:5

**authorized** 92:7

**automatically** 58:24 70:4,7

**available** 53:6 63:24,25 65:14,16,22,23 66:1,2,11,16,17 67:5

**Aventura** 9:24,25 10:4,6

**AVENUE** 2:8,12

**average** 34:25

**aware** 82:9 83:10,15

---

**B**

**bachelors** 13:18,19

**bad** 50:20

**balance** 49:3

**ban** 50:21,22

**bank** 87:4

**banned** 51:16

**base** 32:14

**based** 24:8 32:10 75:5 89:10

**basic** 47:21 48:5

**basically** 59:21

**basis** 50:4 62:13 69:5 89:14

**BCOBB@COBBE DDY.COM** 2:14

**beautiful** 35:24

**become** 58:23 59:5



82:1

**becoming** 63:15,24

**beginning** 20:24
33:17 34:3 38:13

**behalf** 1:16 2:2,10
17:15 28:20

**BEHAR** 2:3 56:20

**believe** 14:14 15:11
22:24 63:16 89:17

**benefits** 63:23

**besides** 24:3 25:6
40:24 83:4

**best** 44:1,19

**birth** 12:10 46:1
49:11,17,24 50:2

**BISCAYNE** 1:19

**bit** 59:23

**blank** 94:13

**BLVD** 1:19

**Bolotin** 1:7,15 3:2
5:2,5,19 34:24
56:12 68:9 69:18
84:13 92:8 93:6
94:1,4,19

**B-O-L-O-T-I-N**
5:14

**bookkeeping** 29:17

**borrowed** 90:5

**bottom** 94:13

**bounce** 21:24,25
51:1,3 53:8

**bounced**
52:4,7,9,21
53:16,18,21 55:11

**bouncing** 53:2,8

**Brady** 2:11 19:15
45:10 94:2,19

**brain** 37:5

**break** 53:19 63:17
80:13,18 89:21

**brought** 68:9
81:5,18,24

**BROWARD** 92:3

**BRYN** 1:18

**build** 34:22 37:9
54:16 77:7

**building** 37:5

**built** 42:9,11,22
43:4 70:17

**bulk** 75:23

**bulletin** 39:22

**bump** 16:20

**bunch** 54:17

**business**
15:16,17,18
22:12,19 29:13,16
62:18 86:4

**button** 53:4
69:11,13,24 70:3

**by-step** 69:5

---

### C

**c/o** 94:2

**calculate** 12:20

**calculated** 29:7

**calculates** 50:3

**card** 9:8,9 49:21

**careful** 54:16

**carrier** 72:2

**case** 1:3 11:2,7,8,16
18:20,22 20:5,6
88:1,16

**cases** 77:2

**cc** 94:19

**certain** 40:10 42:25
44:16 70:2

**CERTIFICATE**
92:1 93:1

**certify** 92:6,12 93:6

**chance** 90:24

**CHANGE**
95:4,6,8,10,12,14,
16,18,20,22

**changed** 30:24
43:23 69:15

**changes** 44:8 95:2

**charge** 31:23 32:1

**chart** 70:5

**check** 32:16 46:22
47:3,17,18 49:18
50:16 51:20 60:6
77:2 91:10

**checked** 47:25 48:4
51:10,12,15
71:7,18 83:12

**chosen** 46:8

**circumstances**
74:20,22 78:14

**cities** 46:6

**citizen** 9:5

**city** 46:4,5

**Claim** 4:7

**clear** 7:5 13:24 45:3
78:8,9 80:5 82:25
86:8

**Clerk** 94:11

**click** 63:5 70:3

**clicked** 70:8

**close** 33:2

**closely** 32:24,25
62:16

**clouds** 76:22

**Cobb** 2:11,12 5:15
16:17 17:23 19:18
21:24 24:6 45:12

**56:13,21** 63:18
80:20,23 86:23
87:10,20 88:1,4,7
89:4,9 90:1,14
91:9 94:2,19

**code** 18:8,10,18
34:21 35:4,25
79:21

**coffee** 84:14

**college** 13:1,4,8,14

**com** 1:9,10 30:17
55:13

**combined** 58:19

**combines** 46:5

**comes** 27:25

**comment** 44:13

**COMMERCE** 2:4

**Commission** 93:15

**common** 6:16 85:1

**commonly** 85:16

**companies** 55:14

**company** 14:24
19:2 21:13 28:19
29:9
73:2,5,6,7,8,12

**compared** 46:17
57:25 58:1

**compares** 46:20

**compel** 24:9

**compensation**
29:3,6,7,12,16,22,
25

**complaint** 18:14,22

**complete** 37:22
50:23

**completely** 8:14
77:21

**complicated** 67:15



complying 49:25

computer 42:5
79:20

concept 34:12

conceptualized
38:1

conceptually 35:5

concern 57:17

concerned 57:18,23

concerns 57:9

conference 7:17 8:7

confirm 46:1 49:17
64:25 65:11 67:15
68:2,8,18,23 71:5
73:12 77:9
79:19,21
80:4,5,8,10

confirmed 71:24
74:7

confirming
46:13,16

confuse 13:25 41:11

confusing 80:1

connected 92:15

Constantin 1:7 2:16
19:19

construct 48:5

consulting 78:4,11

contact 94:8

contacting 94:7

contain 55:1,8

content 69:18
83:1,2,6 84:1

contractor 72:25
73:4

contractors 27:6,8
73:1

conversation 77:9

conversations
17:19,23 19:17
20:12

copies 45:9

copy 40:20,21 45:6

Copyright 83:10

corporate 16:13
26:25 27:24
28:10,11,15,16,20
,23 87:7,8 90:21

corporation 1:4,8
17:16 27:16,17
28:3,5 90:22 91:3

correct 23:22 65:19
66:2 74:9 77:19
78:11 79:12,15,18
81:8,14 82:1,5
86:13 92:11

CORRECTED
1:13

correctly 57:4

counsel 2:1
92:13,15

count 25:16

COUNTY 1:2 92:3
93:3

couple 5:21 81:3
91:7

course 12:2 29:14

court 1:1 5:16 6:14
10:3 24:9 89:6,12
92:5,21 94:11,16

court's 24:8 87:11
89:13

create 35:8 36:17
59:2 62:19 63:9

created 35:6

creation 33:22
34:9,25 36:9

credential 39:24

43:12

credentials
40:1,3,5,9,17,22,2
5 41:4,6,14,19
42:4 43:8 44:24
45:19 59:2,3,4
61:19 69:23

credit 49:21

crew 36:5

criminal 12:6

current 27:1

currently 69:25
90:4

custom 42:22 43:3
70:17,20

customers 62:20
63:12

_____
D
_____

d/b/a 1:4,8

daily 62:13 69:15

data 52:14 79:17

database 18:6,7,16
40:4,5,8,13,14
45:5 46:22 47:5,6
51:12 52:8,12
53:11,15 59:3
79:11,17 80:6

databases 79:7,8,15
80:6

date 12:10 23:23
46:1 49:10,17,24
50:2 94:1 95:25

Dated 92:16

dating 22:9 26:7
37:1

day 20:16 21:7 53:5
71:17 92:17 93:8

days 94:10

day-to-day 55:5

77:21

deal 39:12,20 82:11
91:2

Dear 94:4

debts
38:16,19,21,22

decide 11:3,20

decides 72:9

deciphering 35:20

decision
11:10,17,18 62:18
77:6,7,12 78:4
88:19,20

decisions 78:15

DEFENDANT 2:16

Defendants 1:11
2:10

definitely 11:21
53:15

definition 66:21
67:3

degree 13:1,8,14

Delaware
27:15,16,17 28:4

deliver 54:14 58:6,7
60:2,7

delivered 54:18
72:8 76:4

delivery 62:7 71:16
75:10,12 77:23,25

dep 90:21

depends 29:8 31:15
62:7 76:19

deposition 1:15 5:2
6:1,3,9 16:13 17:2
19:3 20:5,6,17,19
90:10,24 92:8
94:5,6,7,10

describe 77:16



**DESCRIPTION** 4:2

**descriptive** 85:9

**design** 34:20 35:24 36:1,4 39:3

**designed** 36:4 40:4

**designer** 35:23

**designers** 33:24 34:20

**desire** 37:13 38:2

**detailed** 40:7

**details** 20:4 88:18

**difference** 7:13 84:20,21

**different** 27:9 28:1 30:25 40:6 42:17 46:5 49:16 55:12 60:24,25 61:23 62:6 71:6 75:3,8 77:8,18,21,22 85:17 88:24 89:13

**differentiates** 76:16

**difficult** 26:19 37:19

**difficulty** 44:12

**direct** 3:3 5:8 61:19

**directly** 68:22

**director** 14:21,22 15:2,9,15 23:4 24:22 27:2 28:25 64:5 86:16

**disclose** 88:15

**discovery** 87:12

**discretion** 78:3,10,15

**discussing** 17:18

**Discussion** 37:10 45:14 89:23 91:12

**display** 66:21

**distinction** 48:23 84:17,19 85:21

**distinguished** 40:18

**DISTRICT** 1:1

**DMCA** 4:8 83:16 84:6

**document** 16:25 17:4,7 27:24 45:1,21 81:18

**documents** 18:2,5,6 19:4,8 56:6,21,24 81:3,5 87:17,18

**dollar** 31:12

**done** 17:20,22 42:24,25 84:10

**dot** 30:17 55:13

**dot.com** 48:6

**download** 32:13

**draw** 82:12,18,22 83:18 84:19

**drawing** 85:21

**drawn** 84:17

**drew** 48:22

**due** 11:9 88:19

**duly** 5:6 93:7

**during** 6:9 19:3,7 42:16 62:6

**duties** 23:4 24:22 29:25

---
E
---

**earlier** 84:17

**earn** 30:9

**easy** 49:7 54:23

**EDDY** 2:12

**education** 12:25

**EE** 93:15

**either** 20:18 44:9

**else** 18:24 19:24 26:3 29:23 30:1 72:16 82:8

**e-mail** 2:9 40:9 46:1 47:15,17,20,22,24 48:1,5,8,11,12 49:5,6 50:14,16,20,22 51:1,3,10,16,20 52:3,4,7,8,20,21 53:2,5,10,11,12,1 3,14,16 55:6,10,12,15,25 56:1 57:7,22 58:10 59:19 60:14,18,19 63:11,14 70:9,12,25 71:13,20,23 72:2 73:12 75:22 76:6 81:13 82:1

**e-mails** 39:10 47:25 49:2,8 52:12 53:7,8,18,20 54:9,12,14,15,18, 25 55:1,11,12,23 57:10,21 58:2 59:12,15,21 60:1,11 62:7 71:16,25 72:1 75:13,19,23,24 76:3,11 77:25 82:11

**employed** 76:17

**employee** 92:13,14

**employees** 27:5

**encrypted** 47:5

**engineering** 14:8

**engines** 57:10

**English** 35:17,18

**ensure** 48:1 49:11 51:13

**equivalent**

13:18,21,22

**ERRATA** 95:1

**ESQ** 2:7

**Esquire** 2:3,11 3:3 94:2,19

**establish** 24:11

**established** 89:18

**estimate** 8:3,4,5,18 79:1,3

**ET** 94:3

**everybody** 57:18

**everyday** 42:15 50:4

**everything** 6:15,16 47:8 53:1 55:12 64:8

**evidence** 87:21 89:13

**exact** 15:5 21:7 23:23 35:4 50:2 58:5,17 73:12

**exactly** 7:24 31:11,19 34:4 37:15 38:11 45:24 47:10,11 49:1 51:4 52:13 57:24 62:14 75:9

**EXAMINATION** 3:1,3 5:8

**examined** 5:7

**example** 28:1 50:21 53:3 55:15 58:2,4 61:2 68:20

**except** 59:8 64:22

**exchange** 61:8 67:19,21

**excuse** 20:17

**exhibit** 4:3 16:22 17:1,6 21:17 45:11,15 56:7,9



81:4,18

**exhibits** 4:1,2 56:18,20 82:9

**exist** 47:18 53:11 78:14

**existed** 87:17

**existence** 20:22,23

**existing** 51:12

**exists** 46:23 69:25 79:22

**Exp** 93:15

**expense** 29:16

**expenses** 29:13,20

**expensive** 38:20,23

**experience** 75:25

**experiment** 31:4 75:22

**explain** 20:24 43:11 68:24 71:4 77:8

**explained** 71:15 79:5

**expression** 64:2

**extension** 47:23

―――――――

F

**facts** 77:6

**fair** 6:20 7:7,18 8:6 14:15 15:8,13 24:15 28:14 29:12 32:5 34:12 36:8 41:3,22 42:2 43:22 44:6,17 57:17 82:7 85:8

**fake** 50:14

**familiar** 20:8 49:20 55:2 84:5

**family** 10:13,14

**feature** 42:18 50:25 53:3,6 60:6 63:6

**features** 63:1

**FeedVid** 50:13 67:24,25

**FeedVid.com** 25:18 48:19 58:23

**F-E-E-D-V-I-D.com** 25:18

**FEEDVID.COM** 1:9,10

**fees** 28:24

**field** 46:4 49:19 52:13 55:19,25

**figure** 44:1

**filed** 94:11

**files** 36:1

**fill** 43:14,25

**fills** 43:14

**filtering** 54:25

**filters** 54:25

**final** 43:4,7

**financial** 88:11 89:15,19

**financially** 92:16

**findandtry** 22:18 26:7,8 30:9,18,23,24 31:17 33:1,5 36:24 37:8,13,18 38:2 39:18,21,22,24 40:1 43:12 48:25 50:1 58:21 64:10 86:6,11,12,13,19, 22

**findandtry.com** 22:9,10 43:13 48:23 50:6

**finds** 53:14 91:3

**finish** 6:19 26:15

34:9 78:7,8 82:21

**FIRM** 2:7

**first** 5:6,12 14:12,16 15:1 22:7 23:21 24:11 25:10 29:19 31:1 33:9 34:14 35:6 36:23 37:3,6 38:9 39:13 50:9 55:17 58:8 60:10,14 67:14 70:1 71:7,9 87:1

**five** 64:17,25

**Florida** 1:1,2,20,25 2:5,13 20:9 27:11,14 28:1 92:2,6,22 93:2,14

**fluid** 44:8

**focused** 23:8 31:21

**focusing** 41:13

**folder** 75:21 76:14

**folders** 21:18 76:4 78:1

**follower** 59:19

**force** 12:4 56:1,3

**forcing** 55:13

**foregoing** 92:8

**foreign** 1:4

**form** 4:4 43:14,18 45:15 48:20,21 86:23

**forward** 21:20

**forwarded** 94:11

**foundation** 47:21

**free** 31:2 32:12 38:24

**Freeman** 2:7 3:3 5:9,18,20 16:16,24 19:20 22:1 24:15,18

25:22 32:18,20 34:23 37:11 45:10,13,17 52:19 56:5,11,14,15,23 63:17,22 80:18,21 81:2 87:3,15,24 88:2,6,9 89:21 90:2,16

**Friday** 94:8

**friends** 53:5,7

**front** 45:21

**FT** 2:13

**fulfilled** 27:7

**fulfilling** 38:2

**full** 78:15

**full-time** 23:1,7

**function** 36:2,4 53:21 54:3 65:21,22 68:10

**functional** 42:4

**functionalities** 65:14

**functionality** 35:12 40:23 43:1,8 44:7,16 63:24 65:15 66:1 68:16

**functioning** 32:15

**functions** 35:11 66:10,16

**funding** 86:21

―――――――

G

**gain** 77:10

**gaining** 91:5

**gender** 46:1

**general** 59:13 65:18 67:5

**generally** 57:23 74:20



generate 39:13

generated 30:16,22

generating 38:9

gets 11:18

getting 30:21 32:18
    38:15,19 71:13

given 78:13

giving 50:14 88:23

global 40:8 52:11
    55:21 59:2 82:6,7

gone 5:23 17:6

Google 31:4
    33:6,7,8 37:8 49:4
    53:7
    54:13,18,23,24

Goubarev 16:8

graduate 13:4

green 9:8,9

ground 5:22,25

growing 38:13

guess 8:16 86:17

guessing 7:13 8:14

guy 59:20 72:23

### H

half 21:1

hand 93:8

handed 17:1 56:24

handing 17:10
    55:17 81:4

handle 83:15,16

handles 84:6

happen 71:20

happened 37:16

hard 26:19
    35:19,20 49:2,6
    50:19 54:10,11
    55:3 57:25 58:7

60:2,7

haven't 7:4

having 5:6 83:5
    84:14

HD 66:24

head 22:3

heads 30:13

hear 6:9 19:16

hearing 87:14

held 37:10 45:14
    89:23 91:12

help 45:23

helpful 25:20

hereby 92:6 94:17

he's 71:12,21 73:1
    88:23 90:1

hey 63:10

Hi 69:18

high 66:21 67:2

hired 16:5 42:12

HLP 1:4

honest 20:15 38:7

hope 66:14

hosing 66:18

host 38:24 51:11
    84:24 86:10

hosted 36:18

hosting 23:17,19,21
    25:8,10,14 26:5,6
    30:8 33:9 35:9
    37:4 38:23 39:19
    44:7 51:11 53:22
    54:1,4 55:8
    58:12,16 62:12
    64:1 66:21
    67:2,14 82:13,23
    83:20 84:18,24
    85:3,9,11,13,18,2

2,24 86:5,6

hour 58:8 83:7

huge 58:6

human 6:16,22
    26:17

hundred 24:5,24
    47:19 58:4 74:18

hundreds 49:8

HYDENTRA 1:4
    94:3

### I

idea 34:14,16 35:8
    36:23
    37:3,5,6,7,9,23
    42:3,9 67:21
    86:3,6,8,10

identification 16:23
    17:2 45:16
    56:8,10 59:22

identifications
    59:18

I'll 20:18 23:3
    36:15

illustrate 81:24

illustrative 82:3

I'm 5:21,22,23
    10:11
    11:1,5,13,21
    12:17 13:7,20
    20:4,5,6,8,9,13
    24:13,16 26:14,16
    27:23 28:3,9,10
    31:20 32:5 33:16
    35:3,17 38:17
    40:11 41:1 43:21
    44:21 45:23 48:22
    49:14,15 54:7,11
    56:5,16 62:15,18
    63:23 64:13
    66:12,15 68:4,10
    69:21 76:7 77:10

81:4,17 84:9,10
    87:12 88:2,4,7
    89:9

imagine 35:1

imagined 36:3

implement 49:7,24

implemented 37:16
    42:18 49:1

important 6:17,18
    26:20

improve 37:5 42:14

inbox 60:11,15
    75:15

INC 1:8 2:7

inception 25:4,5
    90:3

include 58:21

including 48:5

incorporate 28:17

incorporated
    27:10,13,14,15
    28:19,21

independent 27:6,8
    73:1,3

INDEX 3:1 4:1

individual 1:7 46:9
    61:20

individually 1:8

industry 76:19
    85:16

information 13:23
    40:7,10,21 43:17
    44:1,4 51:6 55:22
    75:4 80:11 88:15
    91:5 94:9

infringement 4:7
    83:11

infringing 24:12

initial 21:9 22:17



initially 38:1 43:11

instant
70:14,17,18,20,23
71:1,11,22

instruct 24:14
76:12 87:13 89:10

instructed
73:17,19,22 74:22
79:18 88:21

instructing 87:24
88:4,7

instruction 4:12
88:24

instructions 73:25
76:17 78:6,13
91:1

INT 1:4

integrated 37:17

integration 37:19
39:20

intended 38:3

intention
36:11,13,17,19,21
38:5

interest 88:11
89:15,19

interested 92:16

Internet 39:16 43:5
83:5 84:2,3 91:8

Interrogatories
18:13,20

interrupt
6:17,18,19 43:21

invalid 52:22

involved 6:6
21:9,11 24:11
28:10,15 33:22
68:12

involvement 20:25
21:12

involves 77:13

issue 57:10,13
90:20

it's 6:17,18,22,24
11:1,2,7,11,15
12:2 14:14 15:11
22:9,15 23:3,16
26:2,17,19
27:13,14,15,16,25
28:1,2,3 29:8,10
30:18,25
31:2,9,20,22,24
32:12,25 33:18
34:6,18,21
35:19,22 37:1,15
38:20,23,24
42:13,21 43:23
45:5,25 46:22
47:18 48:4,12
49:1,6,7
50:19,20,23
51:2,13,15,16,20
52:6,22 53:10,15
54:10,23
55:3,7,15,19,21
56:3 57:18,25
58:6,17,18 59:21
60:2,7,22,24,25
64:2 65:8 67:9,15
70:7,17 71:5 72:7
73:19 74:7
75:8,15,16,17
76:9 77:3,7,21,25
80:1,5,20,21
84:24 85:13 87:7
88:1,16,25 89:17
91:2

I've 7:22 8:11 56:24

_____

J

January 1:17 5:3
92:17 93:9 94:1,5

job 14:3,16,18,19
15:1,20 26:14
29:22,25

John 1:10

join 81:13

joint 81:9,21

Judge 11:18,20,24
88:25

Judge's 87:16 88:20

July 38:12

junk 49:5 75:18,20
76:4,13 78:1

_____

K

Kallas 1:24 92:5,21
93:5,14 94:16

Kazakhstan 8:25
9:12 13:3 14:1

kids 10:17,19

kinds 56:1 63:9

knowledge 25:5

knowledgeable
17:12

Konstantin 1:7,15
3:2 5:2,5,12 92:8
93:6 94:1,19

_____

L

laid 24:8,13

last 5:13 29:10 51:8
87:20

late 33:19

later 26:18
63:2,3,4,5 65:21
80:1 91:2

LAUDERDALE
2:13

launch 38:12

launched 39:17

LAW 2:7

lawsuit 5:20 6:6

lawyers 19:17,18

least 44:15

legitimate 56:1

lender-debtor
89:17

let's 21:20 39:12
44:22 67:24 68:15
78:21,25 89:21
91:9

letter 39:18 94:13

level 66:14

life 30:3 76:9

LIMITED 1:4

limits 89:18

LINE 95:3

list 54:22

listed 48:11 64:25
90:23

listen 26:21 79:24

little 30:19 59:23
89:21

live 9:21 10:10,12
43:5

lived 9:18

LLC 28:2

loan 86:25
87:4,6,7,8,9,25
88:10,11,13,16,18
89:18

loans 87:2

locating 39:8

location 40:22,24
46:2,3

logic 34:19

logics 35:7

login
40:1,3,9,17,22,24
41:4,6,14,19 42:4



43:1,8,12 44:23
45:18 59:2,3,4
61:19,21 69:23

**long** 9:1,9 10:7,21
15:9 31:16

**lose** 62:20 63:11,14

**losses** 30:19

**lot** 14:5 30:13
38:19,21,22
39:19,21 42:12
49:5,8 53:2,7,8,9
54:12,20,21 56:16
59:24 62:22 64:3
77:13

**Luchian** 1:7 2:16
19:21,22,23 94:3

**lunch** 80:19,25

**lying** 49:15

———————
M
**mail** 39:11 49:5
50:25 51:2,12
52:7,8,9 53:14
57:12,13 59:24
72:6,7,9 73:20,23
74:1,9,23
75:10,11,12 76:13
77:12,20
78:10,18,22
79:1,9 80:7

**mails** 57:14

**main** 77:22 87:2

**maintain** 38:20
55:4 61:16 73:2

**maintaining** 28:15

**maintains** 28:19

**man** 62:18

**management** 13:16

**manager** 13:13
28:2

**manner** 44:14

**marital** 20:8

**mark** 45:10 51:1
52:9

**marked** 16:23 17:1
45:15,22
52:5,10,12,22
53:15,19
56:6,8,10,22,25
81:4,17

**marketing** 32:2

**marketplace** 44:10

**markup** 53:10

**married** 10:15,21

**mask** 47:19,20

**matched** 52:8

**math** 12:21

**matter** 94:5

**maximum** 31:15

**may** 6:9
21:15,16,21,24
25:16 34:24 42:25
59:14 60:19 71:23
88:22 94:6,8,11

**maybe** 33:18 36:15
38:12 51:4 58:7
74:17

**mean** 14:5 16:6
18:7,9,14 21:2
22:11 23:16 28:11
29:16 30:25 32:4
34:6 37:17 39:2
40:6 41:8,12
46:4,6 49:18
50:22 55:5 58:1,4
59:19,21 60:15
62:20 63:3,12
64:9,22 66:24
67:19 70:16 73:2
76:10,23 79:13
80:5 87:1
88:15,17

**meaning** 51:16

75:12 77:25

**means** 6:15 62:22
72:19 77:1 89:19

**measure** 7:25

**measured** 7:20,22

**measurements** 7:16

**media** 1:8 15:19
16:13 17:12
18:16,18 20:21,25
21:1,3,8,10
22:6,8,17,21,23
23:1,2,8,9,13,21,2
4 24:23 25:5,9,15
26:23
27:1,3,5,7,10
28:20
29:1,4,20,21
30:4,6,7,17,21
33:10 36:21
39:2,6 40:12
42:24 43:3 48:10
49:10 51:17
52:2,4,20 57:7
58:12 59:12 62:12
64:1,6 66:17,20
67:1,9,13 70:19
73:16
75:13,20,23,25
76:3 78:11 79:8
85:1,22 87:1,2
88:12 90:4,5

**media's** 18:10,16
51:11 54:4 76:25
80:6 82:13,23
83:20

**meet** 16:10

**Melissa** 1:24
92:5,21 93:5,14
94:16

**member** 50:15
52:21 53:12,25
54:5 58:23,24
59:5 60:19
63:24,25

65:14,16,23
66:2,16,17
67:13,14,24,25
68:20,21 69:8
81:14 82:1

**members** 37:13
38:2 53:2 58:12
59:12 60:18
62:11,21 63:15
66:1,5 67:6,9

**membership**
31:7,16,17 32:3
69:4

**memberships** 31:3
63:15

**mention** 55:16
68:13

**mentioned** 35:6
56:2 64:14,20,23
65:13,22 67:11
68:12 69:20
77:4,17

**merged** 37:17 40:4

**message** 61:3,4,5,7
67:10,12,14,17
68:1,10,22
69:5,9,12,13,17,1
9,22,24,25
70:1,8,11,13,23,2
4 71:1,11,12,22

**messages** 61:8
67:20,21 68:17
71:8

**messenger**
70:13,14,15,17,18
,20

**met** 5:21

**METART** 1:4

**Miami** 1:20 9:17,18

**MIAMI-DADE** 1:2
93:3

**middle** 38:12



migrate 47:9

mill 34:25

mind 45:10

mindful 84:15

minute 54:19 56:19 57:3 84:12

mirror 26:2

mirrored 40:2 61:14

mirrors 59:9

misunderstood 52:25

mockup 41:18,19

mockups 34:19 35:12,13,15,16,21,23

M-O-C-K-U-P-S 35:15

Monday 94:8

monetize 38:3,5

money 29:9 30:6,7 31:1 38:3,14 39:13 90:5

monitoring 32:24,25

month 29:8,10 38:23

morning 65:13

motion 24:9

move 21:20 23:9 61:15

moved 22:21 23:11,12

multiple 47:2 57:10

MySQL 18:16 47:6,10,14 52:12 79:11,13,15,17

---

N

---

nature 6:16,22 26:17

necessary 94:6

net 48:6

news 39:18

night 87:20

non 63:25 65:23 66:2,17

non-member 65:18

nor 92:14,15

NORTH 2:4

Northeast 2:12 10:3

Notary 1:25 92:5,22 93:14

notes 92:11

nothing 19:11 30:20

notice 4:8 47:24 60:19 62:17 67:13 90:10,20,23 94:5

noticed 54:24 91:5

notices 83:16 84:6

notification 60:21,22 62:6,8 67:10,12,18 68:10 69:20 71:9,10,13,15,18,20,23 72:1,8

notifications 59:25 60:4,8,23 61:23 62:2 67:8

notify 61:6 70:25

numerous 75:24

---

O

---

OATH 93:1

object 6:10

objection 24:6 86:23 87:10 89:11

objections 91:1

occasions 59:11,13 90:4

occur 68:25

offends 85:5

offer 39:13 67:1

offered 41:9

office 8:7,9,11 94:8

official 93:8

Oh 23:6

Okay 5:19 6:1,2 7:11,12,23 8:1,16,18,22 9:1 11:14 14:7 16:12 17:11 18:5,12 19:12 20:1,11 21:22,23 22:4,14 23:15,18 25:8,24 26:22,23 28:6,13 29:15 33:3,9,21 35:1,2 36:7 37:12,21,24 40:16 42:20 45:8,18 47:13 51:7,19,22 52:15,25 53:17,24 57:3 64:15 65:2,10 68:14,19 71:4 72:18 77:11 79:23 80:3,17 81:16 84:8,16 85:20 86:2 88:6,20 89:2

old 10:19 12:10,15,18,23 20:17 31:23 49:25

ones 61:23

ongoing 34:6 42:13 55:4

onto 6:24

open 22:15 39:25 47:4 70:4

opened 21:8,13

22:7,23 23:13,14 39:19

opening 21:9 22:17

operated 26:10

operating 39:4

operations 14:23 15:2,9,15 23:5 24:23 27:2 64:5 86:16

opposed 65:7 85:24

optional 55:15,19,25

order 11:24 21:21 24:8 43:18 46:17 54:3,14 58:6 87:11

ordering 94:11

organize 62:25 65:25

original 86:6,8,10 94:10

originally 8:23 30:24 35:8 37:7 39:17 48:25 49:24 86:3

otherwise 79:25

outline 59:13 61:24

outside 76:21 87:10 89:16

overloaded 75:8 77:3

overtime 44:9

owned 25:6,15 26:9,10

owner 24:16,24 27:4 64:5

owners 23:24 24:2

ownership 24:10,11



---
P
---

**P.A** 1:18

**P.M** 1:17

**page** 3:2 4:2,5,6
5:24 55:17,20
56:7,9 69:8,23
70:3 81:9,21 95:3

**Pages** 4:12

**paid** 29:13,19

**paper** 6:24

**parallel** 20:14 40:2
82:12,18,22 83:19

**PARKWAY** 2:4

**particular** 42:18
70:12

**parties** 92:13,14

**party** 51:5

**passport** 16:3

**password** 40:9
45:25
46:1,11,13,16
47:1,2

**passwords** 47:4

**past** 74:8 78:25

**pay** 28:23 31:3
38:22 73:6

**payroll** 29:3,5

**pd** 36:1

**PeekVid** 64:10 65:7

**PeekVid.com** 48:17

**PeekVids** 1:9 50:13
65:7,8,9 68:7

**P-E-E-K-V-I-D-
S.com** 26:3

**PEEKVIDS.COM**
1:10

**penalized** 49:3

54:13,19

**people** 30:13 34:1,7
35:25 37:1
42:12,14,17,21
49:17 50:7 53:6
72:11,20,23

**perceived** 37:13

**percent** 14:14 15:11
20:8 24:19,24
27:24 28:22 37:25
47:19

**Perfect** 63:18

**period** 31:16 57:22

**permitting** 68:16

**person** 16:6 17:12
39:1,3 61:5

**personal** 12:2 55:8
75:22 76:5 87:6

**personally** 28:15
93:6

**pertains** 89:15

**phone** 32:13 91:7

**photos** 37:2

**phrases** 55:2 85:13

**pin** 42:23

**Plaintiff** 1:5,16
81:12

**Plaintiffs** 5:20

**Plaintiff's** 16:22
18:14 19:2 45:15
56:7,9

**PLAINTIFFS** 2:2

**planning** 33:2

**play** 54:9 61:20

**players** 49:4 82:11

**playlist** 63:2,7

**PlayVid** 4:8
25:12,19,25
37:7,12 38:1,3

39:20,23 40:2
44:22 45:19,24
48:10 50:13 59:8
61:13,15,16,17,19
64:9 68:13 86:5

**playvid.com**
25:11,13 33:10,23
34:9,13 38:5,9
39:15,17 48:14

**Playvid.com** 1:8,9
61:18

**P-L-A-Y-V-I-
D.com** 26:1

**PlayVids** 1:10
50:13 59:8
61:2,10,16,19
64:10
68:15,16,21,25
69:3,6 71:1

**playvids.com** 48:15
58:25

**Playvids.com** 70:20

**P-L-A-Y-V-I-D-
S.com** 26:2

**PLAYVIDS.COM**
1:9

**please** 19:5,9 32:4
34:10 36:16 47:24
66:24 69:1,2
82:15 83:22 94:5

**PLLC** 2:12

**plus** 37:8 50:10

**PM** 94:8

**point** 22:21 23:1,12
32:22 38:25 81:11
88:17

**points** 50:9

**policies** 83:11

**popular** 82:4

**porn** 54:25 55:7

**portion** 58:9 89:5

**post** 36:22

**potential** 57:16

**practical** 69:4

**predicate** 24:8,13

**prefer** 85:2

**premium** 31:1,3,7
32:2

**preparation** 18:25
19:5,9,14

**prepare** 17:20 64:3
66:8

**prepared** 17:15
41:2 54:7 62:3,15
68:4

**present** 2:15 5:22
36:22

**president**
27:18,20,21
28:3,5

**presume** 20:14

**pretty** 35:12,22
36:23 39:11,12
40:20 42:15 49:6
53:1 61:15 63:8
84:24 86:8

**previous** 29:10
78:13

**previously** 69:20
89:11

**printout** 81:9

**privacy** 44:2,3
55:7,23

**private** 44:4

**probably** 7:17
12:24 15:5 21:7,8
23:23 25:20
26:4,20
28:4,12,21 31:22
32:1,16 33:17



47:12,18 48:25 51:4 52:13 64:22 73:11 75:16 82:16 86:17

**problem** 26:1 53:9 57:7,16 62:6 75:25 77:22,24,25 84:14

**problematic** 75:14

**problems** 57:9 59:24 71:16

**process** 35:10 36:3,9 41:15 42:4,14 43:1,12 44:8 47:11 48:8 53:25 54:8 55:18 68:24 71:4

**processed** 72:2

**Production** 87:12,22

**profit** 30:19,21

**profitable** 31:21

**profits** 38:10

**program** 42:8 46:15,20 47:16 70:16

**programer** 79:20 80:12

**programers** 33:24 34:20,21 35:25 36:2

**programmable** 79:12,14

**programmer** 42:24

**programming** 41:5,6 42:5

**prohibits** 91:4

**project** 40:7,8,12,13

**projects** 40:6,24

**promote** 33:19,20

**promoting** 32:21 33:1 39:15

**promptly** 94:13

**pronounce** 73:17

**properly** 71:17 72:1

**protected** 20:13

**protections** 20:9

**provide** 81:25

**provider** 84:2,3

**providers** 57:12,13,22 58:10 59:24 83:3,5

**public** 1:25 22:16 55:22 92:6,22 93:14

**purchase** 31:9 32:14

**purchased** 32:8

**purpose** 17:2 22:6,7,8

**purposes** 82:13,14,23 83:19,21 84:11 85:22

**pushed** 69:23

**pushing** 55:9

--------- Q ---------

**question** 6:10,19 7:3,6 11:1,4,5,11,12,13, 21 12:1 13:24 19:6 21:17 23:3 24:14 26:14,15 28:9 31:19 34:10 36:14 41:2,20 49:6 54:7 64:4 66:6,9,22 68:5,6 69:1 75:3 76:1 77:5,19,23

78:7,20 79:25 80:2 82:17,20 83:23 84:10 87:13 88:5,8,13,14,22,2 4 89:1,4,10 90:1

**questioning** 19:7

**questions** 20:9 22:4 24:10 44:15 66:13 79:4,5 80:2 90:22,25

**quick** 17:9

--------- R ---------

**rain** 76:22

**raised** 89:11

**range** 31:15 58:18

**ranges** 50:8

**rank** 55:21

**ranking** 55:20

**rather** 23:18 34:24 71:5

**RE** 94:3

**reach** 20:18

**real** 17:9

**reality** 34:17

**realized** 38:17

**realizing** 38:15

**really** 7:15 13:20 26:19 53:25 90:19

**reask** 7:6 23:3

**reason** 64:24 65:1 95:5,7,9,11,13,15, 17,19,21,23

**reasons** 74:24 75:1,8 95:2

**recalculate** 50:4

**recall** 18:24 19:4 24:9 33:13 74:22

**receipt** 71:25

**receive** 13:12 28:25 29:3 60:19 71:8,11,12,19,21, 23 76:5,13

**received** 78:1

**receivers** 71:16

**recent** 16:18

**recess** 52:17 63:20 80:25

**recollection** 89:12

**record** 5:11 12:6 24:7 37:10 45:3,14 52:16,18 63:19,21 78:9 79:18 80:24 81:1 89:6,22,23,24 91:9,11,12 92:11

**recorded** 79:8

**records** 25:23 28:15,16,20 79:17 80:6

**recruited** 16:4

**Reddit** 4:6 55:23 56:9 81:22,25 83:18,21 84:1,5

**R-E-D-D-I-T** 55:24

**refer** 85:17 86:9

**referenced** 45:21

**referencing** 45:23

**referred** 85:16

**referring** 53:20 64:11 85:23 89:16

**regard** 46:19 81:11 82:9 83:18

**regarding** 73:22

**regards** 47:1

**register** 31:3 62:23

**registered** 43:15



52:3 62:22

**registration**
43:14,18 48:14,20
50:23 51:23,24
55:18

**related** 11:2,7,8,15
88:16

**relates** 57:6 68:6

**relationship** 89:17

**relative** 92:12,14

**release** 33:19 88:14

**relevance** 86:23

**relevant** 88:1,25

**remark** 6:23

**remember** 5:16
12:20 13:7
15:22,23 21:7
23:14 31:22 33:17
38:7 41:21
42:1,7,11 43:17
45:24 61:25 62:1
66:8,15,19 67:7
68:4 69:15
74:5,15,19
78:16,24 79:3,10

**remind** 26:15

**reminded** 19:8

**remove** 62:5

**renewal** 28:24

**renewals** 28:11,17

**rep** 16:13

**rephrase** 32:4
34:11 36:14 69:1
73:21 82:15 83:22

**report** 5:16 92:7

**REPORTED** 1:24

**reporter** 6:14 25:20
52:16,18 63:19,21
80:24 81:1
89:6,22,24 91:11

92:1,5,21

**Reporting** 94:16

**represent** 5:20

**representative**
90:21

**represented** 87:19

**Request** 87:12,22

**requested** 89:5
92:10

**requests** 87:12

**require** 81:13

**required** 43:14,17
44:24 45:24

**requirement** 81:25

**requirements** 48:5

**requiring** 63:13

**research** 91:7

**respect** 11:9 44:3
55:6,23 88:19

**response** 19:1 30:14

**result** 60:12

**resume** 15:24

**return** 94:13

**revenue**
30:3,9,16,18,19,2
1,22 38:10

**review** 92:9

**reviewed** 18:2,5,15
19:4,8 87:20

**reviewing** 18:24

**role** 27:1

**roles** 27:7

**room** 7:17 8:7

**rude** 84:9

**rule** 49:25

**ruler** 84:12

**rules** 5:22,23,25

48:21

**ruling** 87:16,18
89:13

**run** 21:2 34:25

**running** 39:3 55:3

_____
S
_____

**salary** 28:25

**sanctions** 12:3

**sat** 36:12

**save** 63:6

**scenario** 71:11,14

**scheme** 30:24

**science** 13:19

**scope** 87:10

**seal** 93:8

**search** 57:9

**searching** 50:7

**second** 55:20,22
71:14 72:5

**secretary** 28:8

**seem** 34:24

**seems** 85:9

**seen** 8:11,12 16:25
17:4

**send** 15:25 16:2,3
47:24 48:11,13
49:7 54:17 59:12
61:5 67:9,25
68:17,21
69:5,9,11,13,17,2
4 70:4,8,11,24
71:14 72:7
75:13,24

**sending** 49:4 53:7
55:5 59:15
60:1,5,8,17 76:10

**sends** 54:1 75:23

**sense** 41:23,25

**sent** 15:23 48:24,25
52:2,20
57:11,14,22 58:3
61:23 67:14
69:19,22 70:25
71:22 75:20 76:3
78:1

**sequel** 18:6,7

**server** 72:6,7,9
73:20,23
74:1,9,23 75:1
76:13 77:20
78:10,18,22
79:2,11,13,15,17

**servers**
75:5,7,10,11
76:10,25 77:3,13
79:9

**service** 82:19 83:3,5
84:2,3

**services** 80:7
82:12,14,18,22
83:19,20 85:21

**settings** 59:25 60:4
71:7,24

**several** 47:25
72:11,19

**sex** 55:2

**SFREEMAN@FR
EEMANLAWFI
RM.ORG** 2:9

**shake** 30:13

**share** 36:25
40:17,19,20 45:2
53:3,4,21 54:2,3
66:4

**shareholders** 24:17

**shares** 40:13

**SHEET** 95:1

**she's** 6:15 20:13



26:20 84:11

**shout** 61:7

**showing** 50:2

**shut** 74:2 77:12
79:2

**shutdown** 72:7
73:20,23
74:1,6,8,23 75:1
76:12 77:1 79:9
80:7

**sign** 50:15 62:23
69:3 94:6,10,12

**signature**
94:6,12,17 95:25

**similar** 37:9

**simple** 11:11 39:23
45:5

**single** 39:25
40:5,6,21 48:21
53:10 60:24 62:21
63:4 77:3

**sir** 11:9,18

**site** 22:9,12,23
23:14,16,18 25:10
26:2,3,7,23
31:7,21 33:9
35:9,22 43:16
54:1 59:22 61:9
67:14 68:13 84:18
85:4,10,12,18

**sites** 22:22 23:10,13
25:14 26:5,6 30:8
44:7 50:12,14
51:11 53:22
54:4,22 55:1,7
58:13,16,19
59:5,9 61:20
62:13
64:1,12,14,17,18,
19,21,22,23 65:16
66:18,21 67:2
82:4,13,23 83:20
85:1,2,16,22,24

86:4

**sitting** 84:13

**situation** 77:8,22
78:21

**situations** 60:17
71:6 77:18

**snapshot** 44:13

**snow** 76:22

**social** 1:8 15:19
16:12 17:11
18:9,15,16,18
20:21,25
21:1,3,8,10
22:6,8,17,21,23
23:1,2,8,9,13,21,2
4 24:17,23
25:5,8,15 26:23
27:1,3,5,7,10
28:20
29:1,4,20,21
30:4,6,7,16,21
33:10 36:21
39:1,6 40:12
42:24 43:3 48:10
49:10 50:12
51:11,16
52:2,4,20 54:4,22
57:7 58:12,15
59:12 62:12
64:1,6 66:17,20
67:1,9,13 70:19
73:16
75:12,20,23,25
76:3,24 78:10
79:8 80:6
82:13,23 83:19
85:1,22,23 86:25
87:2 88:11 90:4,5

**software** 14:7
18:8,10,18 42:22
43:3 46:20

**sole** 22:18 24:24
30:3 39:1,3

**solely** 36:22

**somebody** 34:13
42:3

**somehow** 51:17
52:5,23

**someone** 60:19

**sorry** 10:11 12:17
26:16 33:16
35:17,18 38:17
43:21 44:21 54:11
64:13 69:21

**sort** 17:18 61:22

**sounds** 32:24
85:4,25

**source** 30:3 87:2

**SOUTH** 1:19 2:8

**SOUTHERN** 1:1

**space** 36:22

**spam** 75:18,21
76:4,14 78:1

**spamming**
57:17,19,23

**speak** 5:15 19:13

**speaking** 41:13
74:20

**specific** 41:19
50:6,8 51:10 64:3
70:16 77:5 78:6
88:22 90:9

**specifically** 6:11
28:14 35:4 41:13
66:5 68:15 74:21
89:14 90:11,23

**specifics** 40:8

**specify** 66:24

**speculate** 7:9,18
8:19

**speculation** 7:14

**spell** 5:10,13 25:21

35:14

**Spencer** 2:7 3:3
5:19

**split** 21:5 24:22

**spoke** 20:4,6

**stable** 54:21

**STAMP** 1:13

**start** 14:12 20:21
33:18,20 34:9
37:4 38:9,13,15
49:4,5 53:6,8
86:4,19,21

**started** 15:4 23:7,10
25:9 33:10,14
34:3,18 36:12
38:19 86:12,13
90:3

**starting** 24:21

**state** 1:25 5:10
27:11,25 28:1
46:5,6 92:2,6,22
93:2,14

**stated** 24:9

**statement** 11:10
71:6

**States** 1:1 9:2,13,16
10:25 11:12
12:16,19
13:19,21,22
14:9,13,17 15:1
82:5

**statistics** 62:16

**status** 9:7 32:17

**stemmed** 37:12

**stenographic** 92:11

**stenographically**
92:7

**step** 51:24 69:4

**steps** 34:17,18 35:5



**stock** 24:19,25 25:6

**stop** 15:14 49:14
50:13 62:19
63:10,15

**stops** 50:18

**store** 31:9,10
32:8,17

**straight** 9:12

**street** 77:5

**strike** 54:2

**stuff** 28:18,24 32:17
37:20 45:2 49:18
73:2

**submit** 31:24

**subscription**
31:2,14 32:10,14

**sufficient** 24:7

**SUITE** 1:19 2:4

**sun** 1:8 15:19 16:12
17:11
18:9,15,16,18
20:21,25
21:1,3,8,10
22:6,8,17,21,23,2
5
23:2,7,8,9,13,21,2
4 24:17,23
25:5,8,15 26:23
27:1,3,5,7,10
28:20,25
29:3,20,21
30:4,6,7 33:10
36:21 39:1,6
40:12 42:24 43:3
48:10 49:10 50:12
51:11,16 52:2,4
54:4 57:7 58:12
59:12 62:12
64:1,5 66:17,20
67:1,9,13 70:19
73:16
75:12,20,23,25
76:3,24 78:10

79:8 80:6 82:23
83:19 85:1,22,23
86:25 88:11
90:3,5

**Sunsocialmedia.co
m** 26:12,25 30:20

**Support** 73:9,10

**Supporttech.net**
73:11,13

**sure** 5:22,24 12:24
13:20,21 20:3
26:1 27:24 28:4
31:20 32:5 40:11
48:4 51:8,15
54:7,8 57:4,8
64:16 78:9 80:4
85:14

**switch** 59:25

**sworn** 5:7 49:18
93:7

**system** 18:7 41:8,9
42:14,22 47:17,18
50:3 52:6
53:12,13,14
54:17,21 55:4
56:2 71:14,18,25
72:5,13,14 73:3
79:22 80:11

**systems** 72:22
73:14

---

**T**

**table** 7:17,22,25 8:4

**TACOMA** 2:8

**takedown** 83:16
84:6

**taking** 6:15

**talk** 44:22 45:13
56:17 68:15 76:20
90:22

**talked** 18:3 57:6
67:8

**talking** 45:18
53:18,20 64:17,19
76:24

**tap** 91:8

**team** 33:25 34:1
39:3 42:19 80:12

**Tech** 73:9,10

**technical** 33:25
34:1,18 75:5,6,7

**TELEPHONE**
2:5,9

**ten** 74:16

**tens** 58:5

**term** 70:15 77:16
84:23 85:4,25
86:1,9 89:15

**terminated** 51:17

**testified** 5:7 57:5

**testimony** 17:20
92:9

**that's** 7:10 8:19
11:3,10,17,18
14:15 16:17 19:25
26:4,20 30:12
32:15 43:22 46:8
50:6 51:2,3,22
52:4,22 55:5
57:16 63:25
65:11,15,22,25
72:17 76:21 79:11
81:5,8,9,18,21
83:25 85:6,8,17
86:7 87:1
88:16,19,20

**therefore** 51:15
61:13

**there's** 7:3 17:9
20:14 24:7,13
29:5 32:7 59:11
65:21

**Thereupon** 5:4

**they're** 49:11 61:13
81:4 82:4

**THIRD** 2:12

**thirty** 94:10

**thousand** 58:5

**thousands** 58:4,5

**three-and-a-half**
13:10

**thus** 26:13

**Tihonov** 72:23
73:15,17,19,22
74:23 76:12,17
78:3,9

**T-I-H-O-N-O-V**
73:15

**title** 27:25

**today** 17:16 18:25
19:5,9,14 20:15
22:10 23:25 25:14
31:17 44:20,23
45:19 77:19,20
80:14 81:6,19
84:17 90:10,24

**today's** 16:13 17:20

**tomorrow** 80:16

**top** 55:24

**topic** 54:10,11

**topics** 16:17,18
17:13,16 80:22
90:9,23

**traffic** 49:9 77:4

**transcript** 1:13
92:10 94:19

**transfer** 22:25

**transition** 80:21

**translate** 6:24

**treasurer** 28:6

**true** 92:11



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

truly 94:14

try 13:23 20:15
  29:19,20 36:15
  42:15 43:24 44:1
  49:2 52:7 53:10
  54:8,9,19,20,21
  56:3 60:10,13,14
  61:18 62:5 66:15

trying 26:21 55:25
  68:11 77:10 84:9

tube 22:22,23
  23:10,13,14,16,18
  84:18,23
  85:2,4,11,12,16,2
  4

turn 60:12 75:9,11
  77:12,20 78:10

turned 78:18,22

type 5:16 6:23 14:3
  26:23 60:21,22
  69:25

types 60:23 62:1

_____

U

U.S 9:5

Uh 69:21

uh-huh 6:23

ultimately 42:23
  88:25

um-huh 6:23 10:1
  18:1 45:20 46:4
  86:1

undersigned 93:5

understand 5:25
  6:12 7:1,4,6 11:9
  12:3 13:24 19:6
  34:10 39:2 40:11
  44:12 46:6 51:8
  57:4,8 61:23 62:8
  67:16 76:1,23
  79:21 81:8 86:8
  88:22,23

understandable
  56:4

understanding 32:6
  34:8 52:22 77:11

United 1:1
  9:2,13,16 10:25
  11:12 12:16,18
  13:19,21,22
  14:9,12,16 15:1
  82:4

Universal 94:16

university 13:22

unless 6:11

update 31:25

updates 42:16

upload 36:25 37:3
  59:19,20 62:24
  65:19

uploaded 60:20

uploading 65:15

usable 51:2

user 43:15 44:25
  45:25
  46:8,9,19,23,24
  47:5,24
  48:11,12,13
  49:14,25
  50:1,5,12,22
  51:21 52:3 55:22
  56:1 60:1,6,15
  61:7 62:21,22
  69:9
  70:2,3,7,10,24
  71:7,19,22,23,24

user-generated
  83:2,6 84:1

users 31:2,23 32:1
  36:22,24 37:19
  39:14,18,19,21
  40:7 43:24,25
  44:2,9 46:20
  48:24 49:10,13

50:7,10 52:11
  54:15 55:9 56:3
  58:3,14 59:22
  60:8,16
  61:8,17,20
  62:19,22
  63:8,12,13,15
  67:20,22 68:16
  82:11 86:10

user's 49:9 55:6,8
  84:25

Users 36:20

users-generated
  82:25

usual 34:22

usually 72:19 77:23

utilize 54:3 79:15

utilized 40:23

_____

V

valid 46:17
  47:20,24 82:1

validate 50:24
  63:11,14

validation 47:23

value 62:7

variables 77:13,15

variation 69:24

verification 48:8
  49:21,23 81:13

verified 47:15 55:6

verify 48:12

version 31:23

versus 40:19

via 94:19

vice-president
  27:22,23 28:3

video 23:16,19,21
  25:8,10,14 26:5,6

30:8 33:9 35:9
  37:4 39:19 44:7
  51:11 53:4,22
  54:1,4 55:7
  58:12,16 59:20,21
  60:20 62:12,24
  63:4 64:1 65:19
  66:4,18,21
  67:2,13 82:13,23
  83:20 84:18,24
  85:3,9,11,13,17,2
  2,24 86:6

videos
  36:18,20,22,25
  37:1,3,7 55:8
  62:25 63:7
  65:15,25 66:25
  67:1 84:25
  86:5,10

VIDEOTAPED
  1:15 5:2

viewer 54:1 63:25
  65:18,23 66:17

viewers 66:2 67:5

visual 8:5 35:24

visually 69:14

volume 1:14 5:1
  49:8 54:14
  57:13,24,25
  58:1,2,6 91:13

vs 1:6

_____

W

WA 2:8

wait 84:9

waiting 71:1

waive 94:6,12,17

Washington 20:13

wasn't 16:19 31:7
  62:3

watch 63:2,3,4,5



65:21

**watching** 62:15

**ways** 47:25

**weather** 75:5,6,7
76:19,20,23,24
77:4,16,17

**web** 35:9 58:16

**website** 22:8 26:25
30:10,17,23 31:17
32:3 33:2,5,23
34:17,22,25
36:8,11,13,18
37:1 38:13 39:9
44:21 55:22,24
60:25 61:24 62:25
69:16 70:20 71:13
73:11 81:21 84:1

**websites** 14:7 25:21
26:10 42:17 44:7
49:20 55:21 58:15
64:7,9,10,11

**Webzilla** 14:25
15:2,10,15,21
16:2 20:20 21:2
23:5,6 24:23
86:16,17

**week** 39:11 42:15

**we'll** 87:22 88:25

**we're** 33:1,2 44:3
52:18 55:9
56:13,18 57:2
60:5 63:21 64:17
81:1 89:24

**WESTON** 2:5

**whatever** 69:24
70:24

**Whereupon** 89:5

**whether** 11:18 43:4
60:5 72:9 80:5
85:20 88:24

**whoever** 88:10

**whole** 9:18 42:19

**wide** 54:22

**wife** 10:23
20:4,6,12,15

**Wikipedia** 4:5
55:14,18,19,21
56:7 81:9,12,14
82:14,24 83:23

**Wikipedia's** 83:10

**window** 70:5 76:21

**wish** 94:12 95:2

**withstanding** 90:25

**witness** 3:2 5:6
16:21 19:19 24:16
86:25
89:3,8,20,25
90:13,15 93:8

**work** 14:1,10
35:9,11 40:2
42:24,25 60:12
73:5

**worked** 21:1,2
86:17

**workflow** 34:22
35:10 36:3,9,12
41:15 42:3

**working** 14:12
15:14 20:16 23:7
29:23 39:24
42:17,19,21 48:12
60:6 71:17,19,25
73:2 86:15

**works** 28:23 52:6
53:1 59:17 72:25
73:6,13

**written** 35:4 46:15

**wrong** 51:6,18
65:3,4,6 72:4,5

**wrote** 42:7

———————
Y
———————

**Yahoo** 47:21 49:4
54:13,23,24

**yesterday** 77:21

**yet** 23:10,13

**yours** 89:14 94:14

**yourself** 25:6 36:8
75:24

**YouTube** 37:8 63:6
85:11

**you've** 7:20 8:12
16:12,25 17:11
19:4 82:20



UNIVERSAL
Court Reporting

877.291.3376
www.UCRinc.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN AND FOR MIAMI-DADE  COUNTY, FLORIDA

CASE NO. 15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

     Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
Sun Social Media, INC., a corporation,
individually and d/b/a Playvid.com,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; Playvid.com;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and; and John Does 1-20,

     Defendants.
_____/

CORRECTED TRANSCRIPT AS TO TIME STAMP ONLY

VOLUME II

VIDEOTAPED DEPOSITION OF KONSTANTIN BOLOTIN

TAKEN ON BEHALF OF THE PLAINTIFF

JANUARY 18, 2016
10:01 A.M. TO 6:24 P.M.

BRYN & ASSOCIATES, P.A.
2 SOUTH BISCAYNE BLVD.
SUITE 2680
MIAMI, FLORIDA 33131

REPORTED BY:
MELISSA KALLAS
NOTARY PUBLIC, STATE OF FLORIDA



UNIVERSAL Court Reporting

877.291.3376
www.UCRinc.com

Bolotin, Konstantin Vol. II   01-18-2016

---

97

```
1              APPEARANCES OF COUNSEL
2  ON BEHALF OF THE PLAINTIFFS:
3        AARON BEHAR, ESQUIRE
         BEHAR BEHAR
4        1840 NORTH COMMERCE PARKWAY
         SUITE ONE
5        WESTON, FLORIDA 33326
         TELEPHONE: (954) 688-7642
6        AB@BEHARBEHAR.COM
7        SPENCER D. FREEMAN, ESQ.
         FREEMAN LAW FIRM, INC.
8        1107 1/2 TACOMA AVENUE SOUTH
         TACOMA, WA 98402
9        TELEPHONE: (253) 383-4500
         E-MAIL: SFREEMAN@FREEMANLAWFIRM.ORG
10
11  ON BEHALF OF THE DEFENDANTS:
12       BRADY COBB, ESQUIRE
         COBB EDDY, PLLC
13       642 NORTHEAST THIRD AVENUE
         FT. LAUDERDALE, FLORIDA 33304
14       954.527.4111
         BCOBB@COBBEDDY.COM
15
16  ALSO PRESENT:
17       CONSTANTIN LUCHIAN, DEFENDANT.
18
19
20
21
22
23
24
25
```

---

99

```
1              INDEX OF EXHIBITS
2  EXHIBITS          DESCRIPTION          PAGE
3  1        Exhibit A                16
4  2        Form                     45
5  3        Wikipedia Page            56
6  4        Reddit Page               56
7  5        Amended Claim of Infringement   203
8  6        DMCA Notice from PlayVid        205
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

98

```
1              INDEX OF EXAMINATION
2  WITNESS: KONSTANTIN BOLOTIN
                                  PAGE
3  DIRECT EXAMINATION BY
      By MR. SPENCER FREEMAN, Esquire      5
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

100

```
1              VOLUME II
2      VIDEOTAPED DEPOSITION OF KONSTANTIN BOLOTIN
3              JANUARY 18, 2016
4      (Depsition Resumed)
5      THE REPORTER:  We're back on the record.
6      THE WITNESS:  I'm sorry.  I was a little bit
7  confused.
8  BY MR. FREEMAN:
9      Q.  It's okay.
10     A.  Because it's not so clear a question, because
11  you guys had the objections, you know, back and forth.
12  So outside lenders, we have just one lender, one loan.
13  So -- but we got this loan in portions.  So it's --
14  that's why I'm confused, too.
15     Q.  Okay.
16     A.  So how many times -- how many loans we have, I
17  said to you how many times?  You know.  So, the loan is
18  one, the lender is one, outside lender.  And also, by
19  myself, when we need the money in the company, I was
20  supporting the company for short-term loans.  I -- I
21  don't say how many times, but this was very small
22  amount, a thousand or 2,000.  So --
23     Q.  I'm sorry to cut you off, but I want to make
24  sure you don't get too far down before I miss this
25  point.
```

---



877.291.3396
www.UCRinc.com

101

1   A.  Okay.
2       Q.  You're now talking about money that you
3   personally would give to the corporation --
4   A.  Yes.
5       Q.  -- because the corporation needed money?
6   A.  Yes, I give --
7   Q.  Fair enough.
8   A.  So -- and lender was just one.
9       Q.  So -- and I'm going to ask you some questions
10  and we're going to see how -- which questions draw --
11  your attorney's objection or not.
12      With regard to this one loan, one lender, my
13  understanding is that there was multiple disbursements
14  overtime; is that right?
15      A.  Multiple receivers for this have loan,
16  multiple portions receiving of this loan.
17      Q.  Do you know over what time periods?
18      A.  That's a very good question.  Let me think
19  about it.  I don't want to give you the wrong
20  information.  That was for like two years or three
21  years.
22      Q.  Has this loan been paid back at this point?
23      A.  No, not yet, because the company is not
24  feeling well it should pay those back.
25      Q.  The company doesn't have the money to pay back

102

1   debt?
2   A.  Yeah.
3       Q.  Has any payments been made on the loan?
4   A.  No, not yet.
5       Q.  Is there any pressure from the lender with
6   regard to having this loan paid?
7   A.  No.
8       Q.  Is this loan paid pursuant to interest?
9       MR. COBB:  Objection, the terms of the loan
10      and the identity of the lender.  If you want to try
11      and lay a predicate as to what, if anything, the
12      loan would have to do with the claims or whether
13      the lender itself could be somebody that was
14      involved in the day-to-day operations and related
15      to the allegations of your Complaint, good by me.
16      Anything related to the terms of the loan, the
17      nature of the loan, the lender himself, the amount
18      of the loan, or herself, all of which we're
19      objecting to, and we can take up with the Court
20      based on the prior rulings.
21      MR. FREEMAN:  Okay.
22      MR. COBB:  Any of those subjects, I'm going to
23      instruct him not to answer.
24      MR. FREEMAN:  Understood.  And understand that
25      some of my questions will still go to those, they

103

1   need to be asked in order to have your objection so
2   that we can --
3       MR. COBB:  Understood.
4       MR. FREEMAN:  And some I will --
5       MR. COBB:  And for the purposes of our court
6   reporter, I'm going to say same objection, and
7   instruct him not to answer.
8       MR. FREEMAN:  Fine.
9   BY MR. FREEMAN:
10      Q.  Okay.  So, do you remember when the loan,
11  first payment on the loan was received by Sun Social
12  Media?  First dispersement of the loan.
13      A.  In 2010.  I don't remember exact date.
14      Q.  Fair enough.
15      How about the last dispersement, when was
16  that?
17      A.  I can't say, maybe in 2012, or 2013.
18      Q.  Okay.
19      But as far as you can remember, there was not
20  a dispersement in 2014 or 2015?
21      A.  I don't want to give you wrong information.  I
22  don't remember.  And it's -- it's very hard to say right
23  now.
24      Q.  Is the -- the person who entity that gave you
25  this loan, a regular person in your life?

104

1       MR. COBB:  Instruct you not to answer the
2       question.  And I'm going to object to form as to
3       the term "regular."  That person can be very
4       offended by being described as "regular."
5       (Discussion held off the record.)
6   BY MR. FREEMAN:
7       Q.  So let me rephrase the question to address the
8   seemingly valid objection about the form of the word
9   "regular."
10      A.  What's funny?
11      Q.  The word regular and how it could have tied
12  to --
13      A.  Okay.
14      Q.  Did the loan come from somebody involved in
15  companies you were also involved with?
16      A.  I don't know.  Rephrase, please.
17      Q.  So I have -- do you still currently have any
18  role with Webzilla?
19      A.  No.
20      Q.  Are you aware that there's a listing that you
21  are currently their vice-president?
22      A.  What?  I'm sorry.
23      Q.  You're currently listed as their
24  vice-president?
25      A.  Where?  Try and rephrase the question.



105

1     Q.   Staying corporate for corporation filings?
2     A.   Which filings, for which company?
3     Q.   For Webzilla?
4     A.   For Webzilla, I can't say, because I don't
5   know.
6     Q.   How about Webazilla, do you have any --
7     A.   I don't know.  I haven't checked.  Webzilla, I
8   don't know if they changed when -- they should take care
9   of it.
10     Q.   How about Dedicated Servers, are you still
11   with them?
12     A.   I don't know.  I didn't check if they took me
13   off or not.  I don't know if I was there.
14     Q.   How about E Corporate, Inc.?
15     A.   E Corporate, Inc.?  I don't know.  I don't
16   know.
17     Q.   At some point in time you've been associated
18   with these companies?
19     A.   I was -- I was associated with these
20   companies.  I'm familiar with these companies, before
21   the 13th.  But after the 13th, when I cutoff any
22   relationship with Webzilla I had, and related to
23   companies, I stopped doing many things for these
24   companies.
25     Q.   Does Sun Social Media have any relationship

106

1   with Webzilla?
2     A.   We do.  They are our web hosting.
3     Q.   And does Sun Social Media have any
4   relationship with Webazilla?
5     A.   Webazilla, for now?
6     Q.   For now.
7     A.   For now?
8     Q.   Yes.
9     A.   No.
10     Q.   But in the past?
11     A.   In the past, probably, yes, but I don't -- I
12   don't know.  I don't remember.  I can't recall, you
13   know.  Maybe because Webzilla changed the name to
14   Webzilla -- Webazilla changed to Webzilla, you know.  So,
15   I mean, maybe we had some invoices or something like
16   that from Webazilla.  I don't want to give you wrong.
17     Q.   And Dedicated Servers, does Sun Social Media
18   have any relationship with them?
19     A.   We did in the past.
20     Q.   And what was that relationship?
21     A.   We purchased the servers through the Dedicated
22   Servers.
23     Q.   Your physical servers that you purchased?
24     A.   Through the physical equipment, yes.
25     Q.   And then E Corporate, Inc., does Sun Social

107

1   Media --
2     A.   No.
3     Q.   -- have a relationship with them?
4     A.   No.
5     Q.   How about with IP Transit, did Sun Social
6   Media have a relationship with IP Transit?
7     A.   I have to check, but as far as I remember
8   right now, no.
9     Q.   How about WEB Communications, Inc., did Sun
10   Social Media have a relationship with them?
11     A.   Directly, maybe no.  But Webzilla might
12   utilize that, may use communication for their purposes.
13     Q.   So, based on what an indirect --
14     A.   Direct -- which we have some business with --
15   or we don't.
16     Q.   Okay.
17     A.   Maybe we --
18     Q.   Did the loan come from anybody associated with
19   Webzilla, Inc.?
20     A.   No.
21     Q.   Did the loan come from anybody associated with
22   WZ Communications, Inc.?
23     A.   Associated, you mean who works at those
24   companies.
25     Q.   Yes.

108

1     A.   No.
2     Q.   Or owns those companies?
3     A.   No.  Not owners, not associated with this
4   company, no.
5     Q.   Chairman, CEO?
6     A.   No.
7          MR. COBB:  Again, same objection.
8          MR. FREEMAN:  So would you -- if you're
9   instructing him not to answer, also say "instruct
10   him not to answer."
11          MR. COBB:  Anything with respect to the
12   identity of the lender, the nature of the loan, the
13   amount of the loan.
14          THE WITNESS:  Okay.
15   BY MR. FREEMAN:
16     Q.   And I'm just going to say -- all right.
17     A.   It not comes from Webzilla or any familiar
18   company.
19     Q.   Okay.
20          What was the -- what was the --
21          MR. FREEMAN:  They're making googly eyes at
22   each other.
23   BY MR. FREEMAN:
24     Q.   What was the money used for -- with regard to
25   the disbursement in this loan?



109

1    A.  How we use this money?
2    **Q.  Yes.**
3    A.  To pay independent contractors, purchasing web
4  servers, I mean, for equipment, day to day operations,
5  pretty much, and for everything.  This money cover
6  everything.  I mean day-to-day independent contractors,
7  equipment, all of that stuff.
8    **Q.  How much money is owed currently?**
9    MR. COBB:  Same objection.  Instruct him not
10  to answer.
11  BY MR. FREEMAN:
12   **Q.  Is the amount that's owed currently, more than**
13  **a year's operating costs?**
14    MR. COBB:  Same objection.  Instruct him not
15   to answer.
16  BY MR. FREEMAN:
17   **Q.  Do you have daily contact with the person that**
18  **lent this money?**
19    A.  What do you mean?  If I called him yesterday
20  or I mean, everyday?  No, not everyday, that I speak
21  with him.
22   **Q.  Do you speak every week?**
23    A.  I don't know.  I can't -- I can't recall if I
24  spoke with him.  I don't want to give you any wrong
25  information, you know.

110

1    **Q.  And this is -- and this is where at the very**
2  **beginning of our deposition when I told -- asked you,**
3  **you know, let me know when you're estimating.  This is**
4  **what -- it's fine to estimate, and you can say I'm**
5  **estimating, I'm not going to hold you to a specific**
6  **number.  But do you talk every week, upon your**
7  **estimation, do you talk every week?**
8    A.  I will not guess, no.
9    **Q.  Do you talk every month?**
10    A.  Every month?
11    **Q.  Yes.**
12    A.  I can't say that.  I don't know.  I don't
13  really remember.  Why should I say yes, if I don't
14  remember.
15    **Q.  But again, Topic No. 11 today was be prepared**
16  **to discuss all aspects of debt.  So you were to be**
17  **prepared for the discussion today.**
18    MR. COBB:  Part of the preparation was -- it
19   was because it was our position, that even though
20   received the Subpoena for the deposition, was the
21   attached Duces Tecum information, we didn't believe
22   that there was -- that that item was one, hence,
23   discoverable.  And he's here today to answer
24   questions, he's answered some questions that I
25   believe were sufficient with respect to the loan.

111

1    I think, again, we don't believe it's relevant.  I
2    believe the Court addressed it.  And we'll see
3    another motion to compel.  We'll have the Court
4    sort it out.
5      THE WITNESS:  I don't -- I don't really
6    remember when I spoke with him last time.  You
7    know. And I'm not thinking about when I speak
8    before, you know, like I speak with this person.
9  BY MR. FREEMAN:
10   **Q.  Let's talk about your relationship with him.**
11  **Or her.  Or him.  I'm going to go with the him.**
12     **So this person, him, you have a relationship**
13  **with this person that goes beyond the scope of this**
14  **loan; is that right?**
15     MR. COBB:  Can I hear that one more time?
16     MR. FREEMAN:  I don't know that I can.
17  BY MR. FREEMAN:
18   **Q.  Did you have a relationship with the lender**
19  **that goes beyond the scope of the loan?**
20     MR. COBB:  Can you read that first one.
21     (Whereupon, the court reporter read back the
22     requested material at 2:06 p.m.)
23     MR. COBB:  Aside from it being leading.
24     THE WITNESS:  What's funny.
25     MR. COBB:  It's just lawyer stuff.  You can

112

1    answer the question.
2      THE WITNESS:  Please rephrase that -- this
3    question to me.
4  BY MR. FREEMAN:
5    **Q.  You want me to restate it or rephrase it?**
6    A.  Rephrase it.
7    **Q.  Is the loan the only reason why you would have**
8  **any interaction with this person?**
9    A.  If the loan is the reason why I stopped
10  communicating with this person?  Is this the question
11  that you're asking or what?
12   **Q.  No, but interesting.  No.**
13     **If you have communication with this person, is**
14  **-- would the loan be the only reason why you would have**
15  **communication with this person?**
16    A.  No.
17   **Q.  You would have other reasons besides the loan**
18  **to communicate with this person?**
19    A.  Yes.
20   **Q.  Okay.**
21     **Business reasons or personal reasons?**
22    A.  Reasons to communicate with this person are
23  personal, because I -- I'm a very open kind of guy, you
24  know.
25   **Q.  I get that.**



113

1    A.  You know, I try get my relationship with
2  everybody altogether.  No matter what business.
3    Q.  Outside of the terms of this loan, do you have
4  another business relationship with this person?
5    A.  No.
6    Q.  Okay.
7        So outside of the terms of this loan, you have
8  a friendship with this person?
9        MR. COBB:  You can answer.
10       THE WITNESS:  I have.  I do have.  I mean,
11  he's also my friend.
12  BY MR. FREEMAN:
13    Q.  Yeah.  And, but, so -- I'm trying to
14  understand the relationship you have with this person.
15    A.  Of course, you're not getting -- if he's not
16  my -- my friend, you know, it's not easy to get money,
17  so...
18    Q.  He was your friend even before -- before the
19  loan?
20    A.  Yes.
21    Q.  Okay.
22    A.  Sometimes, you know, it happened, bad times,
23  you know, you need to pay this and that, so you come to
24  the friends and then --
25    Q.  Of course.

114

1    A.  -- you get the money.  You know, the people
2  help you.
3    Q.  Of course.
4    A.  But details, I don't really watch it this
5  close.
6    Q.  The -- and your attorney is going to prevent
7  you from disclosing certain details, and that there are
8  certain things, at least from a foundational aspect, he
9  would agree that I have to ask.
10       So, has this loan become an issue between you
11  two?
12    A.  No.  We don't have any issue with this person.
13    Q.  Do you talk to this person about the business
14  of Sun Social Media?
15    A.  Yes.
16    Q.  And in those conversations, do this -- does
17  this person give you any input about how Sun Social
18  Media should operate in any way?
19    A.  No.
20    Q.  Do you ask this person for any advice with
21  regard to the operation of Sun Social Media?
22    A.  No.  He's pretty liable.
23    Q.  He's what?
24    A.  Liable.  He has not tried to put his --
25  himself, you know, you have to do this, you have to do

115

1  that, because of the law.  No, nothing like that.
2    Q.  He doesn't do that at all?
3    A.  Not at all.
4    Q.  Does he have any other, other than this loan,
5  does he have any other aspects of involvement with Sun
6  Social Media's video hosting sites?
7    A.  Any other loans?
8    Q.  Any other -- any other involvement?
9    A.  Involvement?  This person?
10    Q.  Yes.
11    A.  No.
12    Q.  Did he act -- did this person act as an
13  independent contractor in any way?
14    A.  No, no, no, no.
15    Q.  Did this person review any of the video
16  hosting sites of Sun Social Media and give you advice on
17  maybe how they should layout different advice on any,
18  whether the videos were good or anything like that?
19    A.  I don't know if he read it or not, but he
20  didn't give me any advice.
21    Q.  Okay.
22    A.  Like I said, just again, he never put himself
23  to force me to have do this and that, you know.  So he
24  just, you know, listen to me, give me money, because he
25  and I'm a simple guy.  And that's all.

116

1    Q.  Did you carry that -- that debt on the profit
2  and loss statements?
3    A.  If -- if -- yes, for sure, there's debt on the
4  profit and loss.  But let me -- let me confirm that.
5        MR. COBB:  Can we take a break?  Or do you
6  want it on the record?
7        MR. FREEMAN:  Or maybe even in front of us.
8        MR. COBB:  Yeah.  If you want to ask him a
9  question, step outside and go off the record.
10       THE WITNESS:  Can we get a break?  I'm sorry
11  guys.
12       (Recess taken.)
13       THE REPORTER:  On the record.
14  BY MR. FREEMAN:
15    Q.  You wanted to explain?
16    A.  Yes, I just want to explain.  I just want to
17  refer this question to Constantin.  He's the
18  representative for Incorporate Now, Inc.  Incorporate
19  Now, Inc., doing the bookkeeping for us.  So he can
20  explain to you why I didn't answer it right away, just
21  because I don't know if he puts it on the balance sheet
22  or on the profit and loss statement.  So I just asked
23  him, and he said it should be on the balance sheet, not
24  the profit and loss.  But he can explain.  Please
25  address -- refer this question to him.



117

1     Q.  So Incorporate Now, Inc., does several things
2  for Sun Social Media; is that right?
3     A.  Yes.
4     Q.  And as an independent contractor?
5     A.  Yes.
6     Q.  One of them I think you talked about earlier
7  today, was corporate formation docs and updating
8  corporate filings with the state?
9     A.  Yes.
10    Q.  And now you're telling me also bookkeeping
11 services; is that right?
12    A.  Yes.
13    Q.  What other tasks or services does Incorporate
14 Now provide Sun Social Media?
15    A.  DMCA notices, they are -- they are our
16 corporate agent.
17    Q.  Receipt of DMCA takedown notices?
18    A.  Via regular mail.
19    Q.  As opposed to takedown notices received
20 electronically over the Internet?
21    A.  We're responsible for those kind of notices.
22    Q.  Any other services provided by Incorporate
23 Now?
24    A.  Corporate registration, DMCA, bookkeeping.  I
25 do remember maybe more, but I have to take a look --

118

1     Q.  Okay.
2     A.  -- at invoices and current services.  That's -
3  - that's pretty much it that I can remember for now.
4     Q.  Fair enough.
5        Has anybody or any entity provided Sun Social
6  Media with services for free?
7     A.  Very good question.  No, everybody is charging
8  all of the time.  We're doing the free job.  No. I would
9  say no.
10    Q.  Currently, what -- in addition to Incorporate
11 Now, what independent contractors are utilized by Sun
12 Social Media?
13    A.  Like, how many or what?  Or can you specify
14 the question?
15    Q.  Who is -- well, how many would be a part of
16 it, but who is really what I want to know.
17    A.  Designer, he's an independent contractor.
18 Then, the guy responsible for the DMCA notices and the
19 user mails.  Receiving the --
20    Q.  The electronic versions?
21    A.  Yes, electronic versions, right.  Thank you.
22 Then programers, two back-end programmers.
23    Q.  Two back end programmers?
24    A.  Yes.  One back-end programmers and one front
25 end programmer.  Six administrators, we use in the

119

1  company.  They do monitoring services and they have more
2  stuff.  But on a day-to-day basis, we do it with one
3  person who maintains and monitoring our service.  I
4  mean, I'm talking about the system of who is dealing
5  with Sun Social Media websites.
6     Q.  Okay.  Anybody -- anybody else --
7     A.  Anybody else?  Let me think of more.
8  Incorporate Now as I mentioned before.
9     Q.  Yeah.
10    A.  I think that's all -- that's all we have.  And
11 we had, like I said, in the past, a lot of people who
12 work and was fired, you know, but I don't recall right
13 now.  So how many people was there, in the past, and --
14 but the current, yes.
15    Q.  So, but of those people that were fired or
16 left their -- their roles or positions, did they all
17 fall into one of these categories of service providers;
18 that being Incorporate Now, design --
19    A.  Most of the time those people are programers.
20    Q.  Programmers.
21    A.  Programmers, because they lazy.
22    Q.  They're lazy, is that what you said?
23    A.  Yes.
24    Q.  Right now, you have two back-end programmers
25 and one front-end programer.  What do your back-end

120

1  programmers do for the Social Media?
2     A.  Back-end?
3     Q.  Back-end, yeah.  What did I say?
4     A.  I don't know.
5     Q.  Yeah, back-end.
6     A.  Okay.  They -- they improve and build our
7  system, new features, so, and they maintain day to day.
8     Q.  So I want to make sure that you and I are
9  having the same conversation about front-end versus
10 back-end.  By front-end programmer, that would be more
11 of the user's experience?
12    A.  The front-end programer, do more stuff with
13 each e-mail.  He doing -- correction, usually, yes, for
14 the users.  The back-end programmer is doing the PHB
15 scripts and Java script.  And Java script is front-end
16 programmer is doing, too.
17    Q.  So the -- your back-end programers, is that
18 something that requires, like, daily activity?
19    A.  Yes.
20    Q.  On back-end programming, why?
21    A.  To maintain -- they always improve our system.
22 They're doing -- they're doing tests all of the time on
23 a daily basis.  Yes.
24    Q.  And who currently are your two back-end
25 programers?



121

1    A.   Two back-end programers?
2    **Q.   Yes.**
3    A.   You need the name?
4    **Q.   Yes.**
5    A.   Vladimir Konovalov and Mickolai Andreev.
6    **Q.   Can you spell both of their last names?**
7    A.   Can I -- can I have a pen?
8    **Q.   Sure.**
9    A.   It's easier to write out.
10   **Q.   Don't write on those, those are exhibits.**
11   A.   Give me a paper.
12   **Q.   (Handing.)**
13   A.   So the first programmer I will spell the first
14   name is V, as in Victor, L as in Larry, A as in apple,
15   D-I-M-I-R, last name, Konovalov, K-O-N-O-V-A-L-O-V,
16   that's the first programer.  The second programer's
17   first name, M-I-C-K-O-L-A-I, last name, A-N-D-R-E-E-V.
18   This is the back-end programers.
19      **Q.   Are they both working for you -- they're both**
20   **working for you every day?**
21   A.   For the Sun Social Media, everyday, yes.
22   **Q.   Sun Social Media.**
23      **Do they give Sun Social Media a hundred**
24   **percent of their time?**
25      A.   They do have them 100 percent of the time,

123

1    **Q.   Konovalov.**
2    A.   Konovalov.
3    **Q.   Konovalov.  How long has Mr. Konovalov worked**
4    **for Sun Social Media?**
5    A.   About five years, but I can't tell you
6    exactly.
7    **Q.   Fair enough.**
8    A.   An exact amount of time.
9    **Q.   Throughout most of the time, that's been full-**
10   **time or has he done part-time for Sun Social and done**
11   **other things?**
12   A.   No, no, no, full-time.
13   **Q.   And how about Mr. Andreev?**
14   A.   He's also full-time.  He worked with us more
15   than a year.  So, but I can't tell you the exact date
16   that he start working.
17   **Q.   Do you know where they live?**
18   A.   Both?
19   **Q.   Well, yes.  Do you know where both of them**
20   **live?**
21   A.   Yes.
22   **Q.   Where?**
23   A.   Ukraine and Russia.
24   **Q.   Is 1250 and 1500 dollars a month, is that good**
25   **money where they live?**

122

1    full day.
2       **Q.   Do you pay them a salary or do you pay them**
3    **hourly?**
4    A.   We pay them as -- as per invoices.  They
5    invoice us every -- every month.  They -- it's pretty
6    much a fixed price per month.
7       **Q.   Okay.  It's a fixed price that they invoice**
8    **you as paid.**
9       **Do you remember what they invoice you?  What's**
10   **-- how much you pay them per month?**
11   A.   Last -- last month or the usual?
12   **Q.   Is there a difference?**
13   A.   I mean, in December, the last time was
14   December.  Usually, people getting their bonuses.  I
15   didn't want to confuse you.
16   **Q.   Yeah.  Without bonuses, what is usual?**
17   A.   1250 and 1500.
18   **Q.   1250 and 1500.**
19   A.   Yes.
20   **Q.   And did they receive a year-end bonus?**
21   A.   In this year, no.  Last year, one of the
22   programers received small bonds, $300, no more.
23   **Q.   How long as Mr. -- I'm going to start with the**
24   **last name.  I apologize.**
25   A.   That's okay.

124

1    A.   In the current dollar exchange, that's good --
2    very good salary.
3    **Q.   Okay.**
4       **Because in Miami that would be nothing, right?**
5    A.   Of course, that's why -- that's why we use the
6    outsourcing, because our, like I said, our company is
7    not doing well at this time.
8    **Q.   Did you know them personally --**
9    A.   No.
10   **Q.   -- before they started working for you?**
11   A.   I never them.
12   **Q.   Okay.**
13      **Your front-end programmer, who is that?**
14   A.   It's a new guy.
15   **Q.   Are you saying he's a new guy?**
16   A.   Yes, he's a new guy.  He just started.  He
17   doing some part-time job, he's not a full-time employee.
18   **Q.   Can you write his name down also, because I'm**
19   **never going to be able to phonetically spell it.**
20   A.   I can't remember his last name.  I don't
21   remember his last name.  Because he's very new, so... I
22   -- I know his first name, but I don't --
23   **Q.   That's okay, you can only give me what you**
24   **remember.  His name is Pavil?**
25   A.   Pavil, yes.



125

1    Q.   And Pavil just started with you.  What are the
2  terms of -- of his employment?
3    A.   His terms is on a scope, so what scope we
4  have.  For example, you need to do this, that, and that.
5  He says, Look, this will cost you, so it will cost
6  that much.  So -- and he gives us the invoice and we pay
7  it.
8    Q.   Who was your front-end programer before Pavil?
9    A.   Before Pavil, I don't -- I don't remember.
10  Because we're not using so much.  Usually, our front-end
11  programers, they can do, and the front-end, too.  I try
12  to separate and focus on the, you know, people.
13    Q.   Do you mean to say that your back-end
14  programers can sometimes do some front-end work for you
15  also?
16    A.   They can do it, and sometimes they do.
17    Q.   But you try to keep them separate?
18    A.   Yes, I try to keep them separate.
19    Q.   What's the importance of keeping them
20  separate?
21    A.   To -- not to losing their skills, because HTML
22  -- they don't like to do HTML.  But fair enough, where
23  you don't like to read some stuff, you know, in what you
24  do, but you can, right?
25    Q.   Yeah.

126

1    A.   That's the same reason.  It's very, very good
2  to know in training the programers.  So I don't want to
3  focus on the features that they don't really want to do.
4  For HTML.
5    Q.   Okay.  And on your profit and loss sheet
6  there's a different line item between HTML programming
7  and programming.  And so the difference between those
8  would be front-end versus back-end programmers?
9    A.   Yes.  It's a very big difference.  Like I
10  said, the guy who doing the HTML, he's cheaper, and he -
11  - he works at -- like freelancer.  How you say?
12    Q.   It would also appear by looking at your profit
13  and loss statement that you -- your need for the HTML
14  programmer is much.  Much less than your need for your
15  back-end programmers.  Is that fair to say?
16    A.   Yes.
17    Q.   In fact, in 2015, from January 1 to November
18  2, you spent $45 on an HTML programmer as opposed to
19  $30,250 during the same time period.
20    A.   Because HTML, it's really -- I would say it's
21  more seasonal -- seasonal work, you know.  It's not day
22  to day.  They build, once you building the site, at
23  launch time you need to create the whole bunch of the
24  word to create the HTML, and then the back-end
25  programers start -- start doing that.  You know, all

127

1  this stuff because it is work, steady work.
2    Q.   You like these weather metaphors?
3    A.   What?
4    Q.   I said do you like these weather metaphors?
5  The seasonal HTML programers?
6    A.   Yeah, I like to compare the weather, as you
7  can mention.
8    Q.   Okay.
9         So you have the four video hosting sites, two
10  of them are mirrors of each other, PeekVid and PeekVids.
11  Why the four sites?  They don't share the same database.
12    A.   We don't share databases.
13    Q.   Right.
14    A.   Database.
15    Q.   Right.
16    A.   I will say you a very interesting thing about
17  this.  When we started the PlayVid, we got a very old
18  design.  Then PlayVid, we changed the whole layout,
19  probably three times.  So some people liked the old
20  design, so we recreated -- some people like new design,
21  so we created another website.  So we also give our
22  users an opportunity to using that -- I mean, for using
23  another site, too.
24    Q.   So the different sites of Sun Social Media
25  intended to essentially reach different markets, like

128

1  different types of users?
2    A.   No, no.  We just want to increase our traffic.
3  First, we want to -- more stability from the Google
4  because from the primary source, our traffic is Google.
5  Search engine traffic.  So for example, it happened with
6  -- a lot.  The Google penalize us and we sit without
7  money.  S0 -- and we now -- you know, when you creating
8  another site, it's going slowly but surely.  I mean...
9    Q.   What do you mean Google penalized you?
10    A.   Google changing their -- their algorithm all
11  of the time.  You know, they can apply to you filters.
12    Q.   So -- and -- you didn't mean to say that
13  Google specifically sought you out and penalized you,
14  one of your sites, but that was the effect of them
15  changing the algorithm?
16    A.   Google, usually change the algorithm, and also
17  in the sites, itself, not only ours.
18    Q.   Right, right.  It wasn't penalizing you
19  specifically?
20    A.   Yeah.
21    Q.   Okay.
22    A.   So it's penalizing -- usually Google, after
23  all the updates, Panda and other stuff.
24    Q.   So, this -- so you created several sites in
25  order to --



Bolotin, Konstantin Vol. II   01-18-2016

129

1   A.  In order to --
2   Q.  -- address Google traffic?
3   A.  In order to protect our receivables, because
4   we have so much money to pay every month to month, you
5   know.  We have to be more stable.
6   Q.  Your receivables come from your advertisers,
7   right?
8   A.  Our advertisers, yes.
9   Q.  And how do you -- I think when I asked you
10  before, you said that your advertisers initially sought
11  you out and offered you deals to advertise?
12  A.  Yes.
13  Q.  Is that still true?  How do you get your
14  advertisers today?
15  A.  Same thing.  We're not looking at particular
16  advertisers in order to now -- to get the better rate.
17  No.  We do have -- we have three or four, if you would
18  like to talk about the advertisers, we can.  But, we
19  have some particular advertisers for the long term, so
20  they continue to work with us for several years.  And we
21  have --
22  Q.  Are those the only advertisers that you have?
23  A.  What?
24  Q.  The ones that you just mentioned that have
25  been with you for a number of years, are those the only

130

1   advertisers you have?
2   A.  Yes.  Only advertisers we have.
3   Q.  And how --
4   A.  It's about three, probably about three
5   advertisers.
6   Q.  And who are they?
7   A.  It's broker -- broker companies.  ExoClick,
8   E-X-O-Click, Grand Slam Media, and then Repro,
9   R-E-P-R-O.
10  Q.  And these are brokers, they're not --
11  A.  Yes, those are brokers, yes.
12  Q.  Okay.
13  A.  So they bought out all -- all of our traffic,
14  so.  And they rotate the advertisers on their end.
15  Q.  So you don't necessarily have any control over
16  who's being rotated through your website as advertisers?
17  A.  No, we -- we not control, we delegate that to
18  the brokers.  So, we trust them, they pay us, and -- but
19  if we don't know or don't like any advertisers, we can
20  fight -- I mean, we have ability to do that.
21  Q.  What are the terms of your financial
22  relationship with your advertising brokers?
23  A.  We usually -- it's different.  Usually, it's for
24  every single advertiser is different.  Usually, it's for
25  delivery traffic.  We deliver in the past month, the

131

1   last month, that much traffic to them, and they pay
2   that.
3   Q.  So let me -- I want to stop you.  So I want to
4   make sure that you and I are using the correct terms.
5   When I say "advertiser," I mean the entity that is
6   actually -- so strike that.
7       I want to know about the terms of your
8   relationship with the advertising broker.  When you use
9   the word "advertiser," I think of the entity that
10  actually shows up on the screen of your -- the pages of
11  your website, but that's not who we're talking about.
12  We're talking the broker --
13  A.  No, we're not talking about -- we're talking
14  about the broker.
15  Q.  Yeah, okay.  So what -- so each one has --
16  you've got different terms with each one of the three?
17  A.  Yes.
18  Q.  Okay.  So I'm forgetting who they are, but the
19  first one?
20  A.  Exo -- ExoClick.
21  Q.  What -- what are the general terms of
22  ExoClick?
23  A.  They pay in advance.  We have discussed some
24  daily volume.  They calculate the daily volume for 31
25  days.  And then we invoice them in advance.  For

132

1   example, on the first day of the month, I invoiced them
2   for the whole month, which will come.  I mean, for the
3   current.  So on delivers of traffic, we give them a
4   credit loan, because they overpaid us, if we deliver
5   less.  Because then you have some current -- do you
6   understand what I'm saying?
7   Q.  Yes.  But if you have more traffic than had
8   been contracted for do you charge more?
9   A.  We charge over, yes.
10  Q.  Is there a range?
11  A.  We do have a range with him.  If it's less or
12  more in 10 percent, I mean, we don't credit them and
13  they don't credit us.
14  Q.  Okay.
15  A.  Next, we have two more?
16  Q.  Yes.  But before we go onto those other two,
17  do you have any clue how much ExoClick then charges the
18  advertisers to advertise?
19  A.  I don't know.
20  Q.  You don't know.  Okay, so the next one.
21  A.  Grand Slam Media.
22  Q.  Yeah.  And what's your terms and relationship
23  with them?
24  A.  I mean, and the rest they're charging for the
25  past month.  We charge them for delivery traffic.  We



133

1 calculate how much we delivered to -- to them for the --
2 the month, which, you know, just passed. So -- and we
3 invoice, that's all. And they pay.
4    Q. And then the third?
5    A. What?
6    Q. The third entity.
7    A. I mean, the second and third -- and third are
8 the same.
9    Q. The same thing?
10   A. Yes.
11   Q. Okay.
12   A. But the difference is rates.
13   Q. So different rates meaning, it's still a --
14 you pay per amount of traffic you send over --
15   A. Usually, it pays per -- per thousand traffic.
16 So -- for one company, we -- we have rates, one rates,
17 for another company, we have another rates. You know.
18   Q. How are you getting your traffic to your
19 sites, the Sun Social Media sites?
20   A. How does Sun Social Media get its traffic?
21   Q. Yes.
22   A. Organically.
23   Q. So I understand --
24   A. Search engines.
25   Q. Search engines. I understand that means

134

1 you're not buying your traffic, right?
2    A. No.
3    Q. But who is in charge of search engine
4 optimization for purposes of bringing traffic to --
5    A. Me.
6    Q. You are.
7       And how do you do that?
8    A. I mean, I don't use any black SEO, it's germs.
9 So -- actually what we're doing, I don't want to
10 disclose.
11      MR. COBB: I would object to that as, I
12   believe our client are in some respect competitors.
13      THE WITNESS: Of course. This is not --
14   should get -- I mean, it's not related to the case
15   at all.
16      MR. COBB: Objection.
17 BY MR. FREEMAN:
18   Q. The metadata of the website, the Sun Social
19 Media video hosting sites, what role do they play in
20 your ability to effectively do search engine
21 optimization?
22   A. I don't know. Because -- only Google knows.
23 It's fair. It's very important thing, but only Google
24 knows if it's working for him. It's -- it's basic
25 things, what every site use, including YouTube. But you

135

1 know, I can't say what portion and how it's important
2 for the Google search engines.
3    Q. Your agreements with your advertising brokers,
4 are they in writing?
5    A. Yes. From the -- all the three, we have a
6 writing agreement, for sure with ExoClick. I'm not sure
7 exactly for the rest of the -- for another two. Maybe --
8 I can't tell you exactly, yes or no, on this question.
9 I don't know. But we do have invoice them every month.
10      I -- I don't like any contracts with the
11 advertisers. I want to be freedom. So because, you
12 know, they can't --
13   Q. To move on to somebody else, better deal, that
14 type of thing?
15   A. Exactly.
16   Q. Yeah.
17      How important is unique and quality content to
18 SEO?
19   A. How important quality content? I don't know,
20 because only Google knows.
21   Q. Well, from your experience with these sites --
22 so let me ask you this: You -- the profit ability of
23 your site, depends on upon gaining traffic and then
24 sending that traffic onto your advertisers, correct?
25   A. To the brokers. We're not sending the traffic

136

1 to the brokers. We do a little bit more than this.
2    Q. Okay.
3    A. And to answer your question, I don't know how
4 it's important to quality content or it's important that
5 you -- it's only Google knows. But what I would like to
6 add for that, that the trending is probably important
7 and the users are doing credit stuff. I mean
8 --
9    Q. Do -- do you follow any of the trends in the
10 market place?
11   A. What?
12   Q. Do you follow any of the trends in the
13 marketplace?
14   A. No.
15   Q. What's trending?
16   A. No. We -- we don't follow any trendings or --
17 I just want to explain on your question.
18   Q. Yes.
19   A. I don't really know what the trend -- trends
20 is important as of today or yesterday. We don't keep
21 that.
22   Q. So trending doesn't play a part in your search
23 engine optimization?
24   A. We don't use that. We're not using that
25 information. We're not keeping that information.



Bolotin, Konstantin Vol. II   01-18-2016

137

1    Q.  Which is more profitable for Sun Social Media,
2  the -- the fixed rate or the invoicing at the end of the
3  month for their -- for their advertisers?
4    A.  I don't know, and I didn't compare.
5    Q.  How long has the site been posted on Webzilla?
6    A.  From day one.  Or with Webazilla or Webzilla,
7  or other company names, I don't remember.  I can't tell
8  you.  But from day one.
9    Q.  What -- does Sun Social Media receive any now
10  or at any point, any discount in the hosting fees,
11  because of your relationship with them, previous
12  relationship with them?
13    A.  It's a very good question.  I don't know how
14  to answer you.  We don't have any best, you know, best
15  prices.  But we do, you know, we -- it would have a very
16  fair rate, which I don't complain.
17    Q.  Are you in a written contractual agreement
18  with them?
19    A.  With Webzilla?
20    Q.  Yes.
21    A.  I don't remember.  I don't recall.  I have to
22  check if we have we have something like that.  Yes,
23  probably, yes, we do, because we have a commitment.  And
24  we have a commitment with Webzilla.
25    Q.  For how long?

138

1    A.  It's probably renew every year, but I -- I
2  can't tell you because I don't see another member if I
3  do have a contract.  But for sure, we have to pay, you
4  know, for our commitment, for the bandwidth.
5    Q.  Commitment for the what?
6    A.  For the bandwidth.
7      MR. COBB:  Bandwidth.
8      THE WITNESS:  Bandwidth.
9  BY MR. FREEMAN:
10    Q.  Bandwidth.
11      So to the best of your recollection would be,
12  probably a yearly commitment that's on an automatic
13  renewal unless there's no --
14    A.  It's -- it's common to the business in those
15  kind of things.  But I can't tell you, yes, because I
16  can't recall.  I don't remember that, exactly, you know.
17    Q.  Are all of the sites posted on Webzilla?
18    A.  All of the sites posted -- on Webzilla.  Yes,
19  Webzilla using now.  I'm using that infrastructure.  I
20  don't want to say, look, we're using Webzilla, but
21  tomorrow, you look, say, you know what, IB Transit, you
22  utilized them this time.  Webzilla -- so we're using
23  their infrastructure.
24    Q.  And their infrastructure may utilize IB
25  Transit?

139

1    A.  They can make -- they can utilize their -- I
2  can't talk about Webzilla's infrastructure right now.
3    Q.  Fair enough.
4      You had said earlier that the software
5  utilized by the Sun Social Media video hosting sites are
6  -- is all custom made; is that right?
7    A.  Yes.
8    Q.  Is it custom from scratch or is it -- was it
9  based off of an open-source program that's been
10  modified?
11    A.  It's a very good question.  We're using some
12  software -- open-sourced software, like NGIX Servers.
13  It's a web server.  Then we use FFMPEG for convert --
14  the videos, converting videos.  It's open sourced.
15    Q.  Any other open-source software that you guys
16  utilize, obviously customizing it to your needs?
17    A.  I don't know.  I don't remember.  Most of the
18  software, the major software to deliver user -- to user,
19  videos are discussed.
20    Q.  Who determines what ads are placed in which
21  locations on the sites?
22    A.  Who?  I mean, different -- again, it's very --
23  I can't answer in one answer this question, because it's
24  very different advertisers.  For example, Rapport, the
25  company who working, with mobile -- mobile traffic, they

140

1  were -- they dealing with our mobile traffic.  I decide,
2  me, me decide, so who going to be work with -- with us
3  on different kind of traffic, mobile or desktop or each
4  zone, you know, I decide.
5    Q.  If an advertiser, through your ad brokers
6  purchase advertisement, does that give them access to
7  all sites or is it a site specific sale?
8    A.  A site specific sale.  They don't access any
9  sites we have.
10    Q.  So, in order to determine payment invoicing,
11  there would need to be some sort of code, a code or some
12  sort of code that gets attached to the traffic, if the
13  then traffic ends up at whatever the advertisement is,
14  so that that can be accounted for in your billing,
15  right?
16    A.  I don't understand this question.  Rephrase
17  the question.  It's not -- I can't answer it.
18    Q.  Your -- you invoice the advertisers based off
19  the amount of traffic sent to their --
20    A.  Brokers, yes.
21    Q.  Say that again.
22    A.  Brokers.
23    Q.  The brokers, right.
24      So broker A, you -- you charge -- charge them
25  per 1,000 visitors in a month or per 1,000 visitors and

UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

141

1  you charge them monthly, right?  So you have to keep
2  track, how do you keep -- how do you keep track of how
3  many visitors are sent through that brokers line?
4      A.  We using their system.
5      Q.  You use their system.
6      A.  To see statistics.  How much traffic we
7  delivered.
8      Q.  So their system tracks traffic coming from
9  your site, as opposed to your site keeping track of how
10 much traffic is sent to their site?
11     A.  I don't know.
12     Q.  Do you understand the defense that I'm making?
13     A.  I -- I understand.  But your -- your question
14 is not correct.  And I don't -- I don't want to --
15     Q.  How is my correction -- question not correct?
16     A.  Advertisers, it depends on what kind of
17 advertisement we have.  We have different kind of spot,
18 you know.  But pretty much, the bottom line, they --
19 they collect all statistics, which we referring to
20 invoicing them.
21     Q.  Yes.
22         So you rely on their statistics to invoice
23 them?
24     A.  Yes.
25     Q.  You don't keep any statistics yourself?

142

1      A.  No.  We will build that, but --
2      Q.  Say that again.
3      A.  We will build, you know, some system to keep
4  track of how much traffic we deliver to the advertisers.
5  For now, no.  That is why the back-end programers work
6  everyday, improving and improving and improving.
7      Q.  Who drafts the copy for the ads?
8      A.  Who drafts the copy of the ads?
9      Q.  Yeah, that wasn't a very good question.
10     A.  I don't understand the question.  Rephrase,
11 please.
12     Q.  How do I say this.
13         Who writes the ad or who designs the ad?
14     A.  I don't know.  The broker knows.
15     Q.  The broker does, it takes care of that.
16     A.  I don't know.
17     Q.  Would he come to Sun Social Media from the
18 broker?
19     A.  We -- we don't know.  Nobody comes through Sun
20 Social Media and -- we don't know who designed those
21 ads.
22     Q.  How do you -- how is it insured that those ads
23 are going to be able to be implemented with the Sun
24 Social Media site?
25     A.  They give us iframe code, and this code

143

1  actually load from their servers, all advertising, where
2  they go.
3      Q.  And it's -- you said it was I code?
4      A.  Iframe.
5      Q.  Iframe.  Iframe is compatible with what's
6  being used on Sun Social Media websites?
7      A.  Comparable.
8      Q.  Compatible?
9      A.  I don't understand the question.
10     Q.  Do you -- does your programers have to do any
11 work to be able to adjust or modify the ads --
12     A.  No.
13     Q.  -- in order to be able to post them --
14     A.  No.
15     Q.  -- and display them?
16     A.  No.  One time we put their quote, and they
17 can, you know -- one time they put the code into our
18 code, iframe, and they, you know, rotate the advertisers
19 on their -- they rotate.
20     Q.  Yes.
21         So Sun Social Media database's difference,
22 other than the iframe code, doesn't store any of the
23 advertising data?
24     A.  No. Except the iframe codes.
25     Q.  Right, the iframe codes.

144

1          And where are those iframe codes stored?
2      A.  In our, MySQL database.
3      Q.  In one database, or does each website have its
4  own MySQL database?
5      A.  Each website -- website's database.
6      THE WITNESS:  Can we take a break?
7      MR. FREEMAN:  You bet, absolutely.
8      (Recess taken.)
9      THE REPORTER:  We're back on the record.
10 BY MR. FREEMAN:
11     Q.  Okay.  I want to clarify a couple of things.
12 When you say SEO, you mean search engine optimization,
13 right?
14     A.  Yes.
15     Q.  You were having difficulties with Google, and
16 is it because you were having difficulties with Google
17 that Sun Social Media started the other websites in
18 addition to PlayVid?
19     A.  We had in the past problems with the Google,
20 that's why, for more stable, we opened another site.
21 It's one of the reasons; it's not the main reason.
22     Q.  One of the reasons, what's the main reason?
23     A.  I mean, it's not down to one.  What I'm trying
24 to say, all reasons are important.  The first was the
25 stability; the second is user experience, some people



145

1  like different design, we try to are experiment, you
2  know, which one is better, you know, different things.
3      Q.  Were the problems that you did have with
4  Google, stem from the number of DMCA notices that Google
5  had on record for PlayVid?
6      A.  No.  No.
7      Q.  Are you aware that --
8      A.  We know exact reason why we got penalized by
9  Google.
10     Q.  What was the exact reason?
11     A.  When we -- in February 2014, we released new
12  design, that was one of my horrible first experience
13  with the CO.  So the first time when we released a new
14  design --
15     Q.  A new design, for PlayVid?
16     A.  For PlayVid, yes.  They have so much problem
17  with CO.  We got a lot of duplicate content, just because
18  programers' errors.  I didn't check at that time, what
19  the programers did.  I didn't check it by myself, you
20  know.  I didn't check the -- the new design before it's
21  released to the, you know, to the public.
22          So Google took a lot of duplicate pages, the
23  same pages that we have.  But now, it's in Google index,
24  in Google cash.  It's four times more than we had
25  usually, so -- and when we got that, they were allowed

147

1  to -- to your sites?
2      A.  I don't remember.  I can't tell you yes,
3  because I -- I can't recall right now about this.
4      Q.  Are you aware that Google literature says that
5  multiple takedown notices are viewed as a negative
6  signal toward the site?
7      A.  Can you rephrase, please?
8      Q.  Are you aware that Google, in literature,
9  makes a statement that multiple takedown notices renders
10  negative signals for a site?
11     A.  I never search on this.
12     Q.  You know, you didn't research that issue, is
13  that what you mean?
14     A.  No.  It's not a issue of -- I mean, this is
15  the Google issue, pretty much, not ours.  So if Google
16  received a takedown notice for -- for Google, this is
17  actually Google's problem, probably not ours.  We didn't
18  --
19     Q.  If Google has a problem with the site, doesn't
20  that render a problem for you?
21     A.  How it's linking.  If the Google is receiver
22  of the takedown notices, that they address it to Google,
23  not to us.  It's Google problem.
24     Q.  Do you think Google might penalize a site --
25     A.  I don't know.

146

1  every -- some period of time, they were allowed Google
2  Panda algorithm.  And Google Panda algorithm penalized
3  our site.  So we got, for the two days, Google lose 45
4  percent or 50 percent of our traffic.  But that was from
5  the Google just for two days.
6      Q.  And that's because of the way that Google's
7  Panda algorithm dealt with your duplicate pages?
8      A.  Duplicate pages, exactly.  Yes, we got
9  penalized.  At that time, it was horrible.  So, after
10  that, I start working more careful on the inside
11  optimization.  I did mistake, and we got more debts, a
12  lot of debts, because we have to pay, because every
13  month, the bill is not changed, but the income dropped
14  more than 45 percent.  So -- and we got very hard
15  situation in that time.  That's -- that was happened.
16     Q.  Do you know what Google transparency reports
17  are?
18     A.  No.  What -- what are transparency reports?  I
19  know that Google has that report, but I never--
20     Q.  Well, one aspect of the transparency reports
21  would be, it shows how many takedown notices they
22  received specific to websites.
23     A.  88,000.
24     Q.  Well, they do have them for you, yes, but I'm
25  just talking generally.  Have you read them with regard

148

1      Q.  -- for having too many takedown notices?
2      A.  No.
3          MR. COBB:  Objection, calls for speculation.
4      You can answer.
5  BY MR. FREEMAN:
6      Q.  You don't think so?
7      A.  I can't answer this question, but, you know,
8  Google --
9          MR. COBB:  Off the record for a second.
10         (Discussion held off the record.)
11         THE WITNESS:  I can't, you know, say about
12     Google, but from my research, I didn't do anything,
13     you know, anything involved the DMCA notices for
14     the Google.  I don't think that, you know, would be
15     the issue because, every single site, non service
16     provider getting the same notice -- I mean, not the
17     site, Google, receiving the DMCA notices.  So I did
18     not hear about this.  It was not addressed to us.
19  BY MR. FREEMAN:
20     Q.  I'm going to make sure I understand.  You
21  think Google receives the same number of DMCA takedown
22  notices for every site?
23     A.  For every single site on the Internet.  So, I
24  mean, not every single, but a lot of websites, like
25  YouTube, Reddit, and Instagram.  Every big -- every big



149

1  site, which has, you know, has the user generated
2  content, Google receives the takedown notices on behalf.
3  I mean, it's addresses to the Google, again, it's not
4  addressed to the -- this site directly.
5      **Q.  With regard to search engine optimization,**
6  **would you agree that it's the general belief that the**
7  **quality of the content has a direct -- on the site has a**
8  **direct effect on the search engine optimization?**
9      A.  No.  I will not confirm that.
10     **Q.  You will not confirm that, because you don't**
11 **agree to that?**
12     A.  It's --
13     **Q.  Go ahead.**
14     A.  It's, you know -- I can't answer and be sure
15 to answer on this, because the Google.  Because the
16 Google, you can go through the report, what the ranking,
17 how the Google ranks the pages.  It's a -- it's huge
18 document, how the people, you know, the people who
19 create the report, it's maybe 15 to 18 pages report of
20 how Google using the algorithm to ranking that.  You
21 know, that site, that page, for whatever.  And I'm not
22 confirming that it can be, you know, the quality of the
23 content is the major thing.  I can't confirm that.
24     For example, big sites, like Twitter,
25 receiving traffic and common traffic, you know, which is

150

1  not very popular, so I'm not confirming this.
2      **Q.  So, you've drawn a comparison to DMCA takedown**
3  **notices that Google may be seeing with regard to YouTube**
4  **versus your site.  I'm wondering if you're aware that**
5  **Playvid.com, according to your Google transparency**
6  **report, has received 18,000 DMCA takedown notices --**
7      A.  I can't confirm that because --
8      **Q.  -- while YouTube has received 426?**
9      A.  I can't -- first, I can't confirm that
10 information, the first.  The second, Google, YouTube is
11 a Google company, and we don't know how the Google is
12 using that information.  And how it can be, you know,
13 useful for us.  We don't really know how much DMAC
14 notices they get.  It's just, you know, it's just for
15 education purposes, not more.  You can't say that it's
16 really, really true.  I can tell you one thing, that
17 YouTube gets much, much more than our sites, just
18 because they're huge.
19     **Q.  So hold on.  But that's not the comparison**
20 **that you made.  You made a comparison with what takedown**
21 **notices Google receives specific to these sites.  You**
22 **made -- you made a clear point before, that's Google's**
23 **responsibility versus the other site's responsibility,**
24 **right?**
25     **So we're -- I just want to talk about your**

151

1  **choice to compare the takedown notices that Google**
2  **received with regard to your site as opposed to what**
3  **they would receive with regard to YouTube.  And I'm**
4  **wondering if you were aware of the information, and**
5  **you're telling me you're not?**
6      A.  I'm not.  I'm not confirming this.  I -- I
7  didn't check that information.
8      **Q.  Okay.**
9      So the content on the site, on the Sun Social
10 Media video hosting sites, all of the content is third-
11 party uploads?
12     A.  Yes.
13     **Q.  You personally, have you loaded any videos**
14 **onto those sites?**
15     A.  No.
16     **Q.  Have you ever had anybody upload any videos on**
17 **those sites on your behalf?**
18     A.  On my behalf?
19     **Q.  Yes.**
20     A.  No.
21     **Q.  How about on behalf of Sun Social Media?**
22     A.  No.
23     **Q.  So, do you personally know anybody that's**
24 **posted site -- any videos on your site?**
25     A.  What?

152

1      **Q.  Do you personally know anybody that's posted**
2  **videos on any of the Sun Social Media video hosting**
3  **sites?**
4      A.  No.
5      **Q.  If I were to post a video on, let's say,**
6  **FeedVid, would Sun Social Media or one of those**
7  **independent contractors, take that video and place it on**
8  **any of the other Sun Social Media video hosting sites?**
9      A.  We don't copy any videos from one to the
10 other.  If the user uploads on the PlayVid account and
11 uploads over there, we're not take this video and copy
12 it.  It's horrible.  It's not ours.
13     **Q.  It's not yours, but according to the terms of**
14 **service, when a user uploads a video, the terms of**
15 **service says that user automatically grants Sun Social**
16 **Media a non exclusive irrevocable license to display it,**
17 **correct?**
18     A.  I'm not an attorney to, you know, spoke about
19 how the terms works and all of that stuff.  If you would
20 like to address this question, you can address that to
21 our lawyers.  So I can't say specifically what -- what
22 exactly it means, some terms, you know, in our terms and
23 conditions.
24     **Q.  But I -- I do get to examine you on your**
25 **understanding of them and your understanding of the**



Bolotin, Konstantin Vol. II   01-18-2016

153

1 processes and the reasons why you have the processes.
2     So, you made a statement a second ago, that
3 it's -- would be horrible to take a video from -- as
4 posted on one of the Sun Social Media video hosting
5 sites and then copy it over onto another one, because
6 it's not yours and you can't do that.  Is that what you
7 said?
8     A.  Yes, yes.
9     Q.  So when you very first started PlayVid, where
10 did the content come from and how much content did you
11 have when you first displayed it to the public?
12     A.  I will -- I will explain you how it was my
13 first time.  Like I said, we built video hosting, the
14 original idea for the findandtry, right?  I already
15 explained that.
16     Q.  Yes?
17     A.  So, when we build the PlayVid, we did -- we
18 did send out a newsletter to our users, all our users
19 that we opened up a website.  And please go, you know,
20 you can activate your account over there and you can
21 migrate your videos.  So, that's -- that's what we did,
22 pretty much.  So the users was informed that new site,
23 you know, is now alive and ready to use it.  So the
24 people going there and you know, start uploading their
25 videos.

154

1     Q.  So how did it work, you made the site a lot
2 active and live for the public viewing and then waited
3 for people to post videos, or did you not make it live
4 and just have people post something, and then once you
5 reach a certain number, you make it viewable?
6     A.  We -- we open the site live, and it was live.
7 And we send the e-mails through the newsletter, to our
8 users.  So -- and we're waiting to what is going to
9 happen, you know, that was -- that how it was.
10     Q.  Did you have advertisers yet?
11     A.  No.  There was no advertisers on the site from
12 day one.  We opened without any advertising.
13     Q.  So when you first displayed this to the
14 public, it was essentially a blank screen?
15     A.  Exactly.
16     Q.  Other than tabs --
17     A.  Nothing was there.
18     Q.  -- and sign up and --
19     A.  Nothing was there.  That was clear and, you
20 know -- and also, I purchased some traffic to the site
21 from brokers.  I don't remember what was the broker, but
22 they purchased for a few days, a lot of traffic.  So a
23 lot of traffic comes to the site.  But I'm not sure what
24 was the result of this, but it is, what it is.
25     Q.  That initial newsletter that you sent out to

155

1 findandtry, what e-mail account did you use to send that
2 out?
3     A.  I can't tell you exactly what it was, but
4 maybe it was no reply at findandtry.com.  From the
5 findandtry domain.
6     Q.  And -- so those e-mails would have been stored
7 in a database somewhere?
8     A.  No.
9     Q.  Why not?
10     A.  We -- at that time, we didn't have a very good
11 system that should keep the records.  It's to build the
12 system, to sending the newsletter, it's not so easy.
13 Like I mentioned now before, it's very hard to deliver.
14 So --
15     Q.  Was it a merge document?
16     A.  That was HTML document, which we -- which are
17 system administrator and programers need some script for
18 the new e-mail newsletter send out, you know.  So the
19 first time when we did some newsletter, was very, very,
20 very simple script to do that.
21     Q.  But you sent -- did you send a newsletter to
22 actual e-mail accounts, or did you send it via some
23 instant message function?
24     A.  Via e-mails, user's e-mail accounts.
25     Q.  When I send somebody, and let's say I was

156

1 going to send your attorney here an e-mail, there's a
2 send folder.  But if I want to go back and find it,
3 because I want to argue with him about something I think
4 he said to me or I said to him, I can find it because
5 it's saved in a sent file on my computer.  Was there no
6 sent folders or anything like that for yours?
7     A.  Yes, because you're using the e-mail client.
8 So that's why you're storing it in the send folder.  When
9 you're using the post fix mail server, so it's -- it's
10 not -- it depends on how you -- how you set up this and
11 setting, this mail server.  So, but usually how it
12 works, when you send out e-mail, there's no -- any send
13 folder or anything like that.  So you just -- so just
14 sign the, sign the e-mail.  It's DKIM signing.  Ishmael
15 and send out.  That's all.
16     Q.  Was it sent out as one mass e-mail or were
17 there multiple e-mails sent out over time?
18     A.  That was the -- as I remember how it was, we -
19 - we delivered to the user portions of the e-mail.  For
20 that hour, we delivered maybe a hundred e-mail.  Next
21 hour, another 200.  We didn't try to deliver in the same
22 time a bunch of e-mails, more than 45,000 an hour, you
23 know.  We split the whole amount for the time -- for the
24 period of time.  I don't remember what exactly, how much
25 time it was, but it was, you know, more than one day.

157

1    Q.   You had 45,000 members to findandtry?
2    A.   I can't remember.  I just estimate how much it
3  was, maybe between 45 to a hundred thousand.
4    Q.   Okay.
5    A.   Something like that.  But I just want to show
6  up what the volume was, you know, in that time.
7    Q.   Did the sending of that e-mail to the
8  findandtry users, introducing them to Playvid.com, did
9  the sending of that e-mail get recorded to somewhere in
10  any of the findandtry databases?
11    A.   In our databases, the findandtry databases, we
12  didn't import anything, because we were using post fix,
13  like I mentioned before.
14    Q.   I don't mean to interrupt you, but post fix,
15  you could have chosen to record the sending of it within
16  the construct of post fix, couldn't you have?
17    A.   Can you rephrase, please?
18    Q.   You said that you chose -- you used post fix,
19  and it was a very simple program and it didn't record,
20  but -- post fix could have been utilized in a manner to
21  record the sending of those e-mails?
22    A.   Maybe.  But we didn't, you know -- we didn't
23  focus on this, because what -- what's the point?  What
24  is the reason to keep -- to keep, you know, any record
25  and why should we, you know, increase our database with

158

1  the e-mails we sent, you know?  It's not usable
2  information, you know.  We just send it out.  We see the
3  -- it's going out, that's all we need to know, we need
4  to see.  So I'm the reason why we're not storing this
5  information, because it's -- unhelpful in the future.
6    Q.   To -- to your knowledge, did the sending of
7  those e-mails get recorded anywhere?
8    A.   From my knowledge, I can't assume that the
9  users who receive that e-mail, some users still has that
10  mail.
11    Q.   Let me rephrase the question.
12        To your knowledge, was the sending of those e-
13  mails recorded anywhere in a medium or forum that is
14  accessible or controllable by Sun Social Media?
15    A.   I don't think so.  But my mail service, mail
16  provider, should have that information.
17    Q.   Of your members?
18    A.   Of my -- our findandtry members actually.
19    Q.   Now what if those e-mails had gotten bounced
20  back?  What if those e-mail addresses were invalid?
21    A.   In that time?
22    Q.   In that time.
23    A.   When we send them the newsletters?
24    Q.   Um-huh.
25    A.   We didn't implement, in that time, you know,

159

1  any system like that.  We just got the bounces.
2    Q.   What did you do, delete them?
3    A.   Yes, we delete them.  Probably delete them.  I
4  don't know.  I never hear about that, because you know,
5  I didn't have so much experience, you know.  You're
6  learning all of the time.
7    Q.   Sure.
8    A.   So that's exactly what was happening.  And we
9  didn't try to -- maybe system administrator saw that and
10  deleted it.  But you know, from my knowledge of today,
11  we didn't, you know, notice or focus on that problem at
12  that time.
13    Q.   But today, if you get an e-mail bounced back,
14  you have some policies and procedures about that?
15    A.   Policies or procedures?  We do have some
16  procedures.
17    Q.   What are the procedures?
18    A.   When we get -- we have some script that
19  connect to e-mail address, and then he grab --
20    Q.   He who?
21    A.   The script.
22    Q.   Who?
23    A.   Running every five minutes, I believe, or ten
24  minutes.  I don't remember what exactly the period is.
25  It's connected to the e-mail.  Then, he is writing four

160

1  e-mails from --
2    Q.   When you say "he," do you mean the script,
3  again?  I'm sorry, are you using a pronoun, a masculine
4  pronoun, I'm thinking of a person.
5    A.   The script.
6    Q.   The script.
7    A.   The script connecting automatically, without
8  being personal.
9    Q.   It records it automatically?
10    A.   He -- script, he get in a specific folder,
11  bounced e-mail.  And then script, parsing every e-mail
12  to find out, through -- from which e-mail it has come
13  from.  So which e-mail is actually bouncing.  Then what
14  the script is doing.  The script going into the database
15  and find out which user has this e-mail.
16    Q.   Okay.
17    A.   If the user -- if the script finds anything,
18  it's marked -- like it's flagged that this e-mail is
19  bounce.
20    Q.   What do you mean it's "flagged," is there a
21  notation put somewhere in the database --
22    A.   Yes.
23    Q.   -- is it like highlighted, is there a little
24  American flag put over somewhere?  What do you mean?
25    A.   Good example, American flag.



161

1    **Q. All right. What --**
2    A. Okay. In the database, we have -- we have
3  column in the database, in the table. So it's actually
4  global users, Exhibit 2.
5    **Q. Yes.**
6    A. Global users e-mail valid field. This name
7  was, you know, from our developers. So they --
8    **Q. Just so I am clear that you and I are on the**
9  **same page here, figuratively and literally, you're**
10 **looking -- you're talking about Page 1 of Exhibit 2.**
11 **There's global users --**
12   A. Primary.
13   **Q. -- primary -- primary, end parenthesis. And**
14 **then the last e-mail underscore valid is an e-mail**
15 **bouncing flag, that means that e-mail has bounced?**
16   A. Yes.
17   **Q. Well, when was this script drafted?**
18   A. After he -- after the script is red in the e-
19 mails, for us. As far as this e-mail, in order to find
20 out what to look in the database, so when the script --
21 if the script find anything, like I said, he flag in the
22 database.
23   **Q. He puts a check on that area or an X or**
24 **whatever --**
25   A. He's doing the table update. Sending the --

162

1  sending the update in the field, e-mail valid. I don't
2  know what 0 or 1 or no, yes, I don't know, or what flag
3  they are dating. If not -- if not -- if the script is
4  not finding anything, just skip -- I mean, deleting this
5  e-mail from the e-mail, that's all.
6    **Q. When the -- when was this script authored, I**
7  **take the position they custom-drafted the script for Sun**
8  **Social Media?**
9    A. Yes.
10   **Q. And it's a script that runs on all four video**
11 **hosting sites?**
12   A. For the video hosting sites, yes.
13   **Q. And when was it authored?**
14   A. I can't tell you exactly, because I don't
15 remember.
16   **Q. Can you give me an approximation of when?**
17   A. No. Maybe this year -- I mean, maybe the top
18 of '16 or '14. I can't tell you exactly.
19   **Q. Is there a way for you -- it's actually a**
20 **really important piece of this puzzle. Is there a way**
21 **for you to make this determination?**
22   A. We have to find -- we have to check this, but,
23 you know, for now, in this -- in this room, I can't
24 tell.
25   **Q. I understand. If you were going to go check**

163

1  and find out that information, how would you do that?
2    A. I would have to ask our programers and -- when
3  we implement that feature.
4      It's just because we try to improve our e-mail
5  delivery system, you know, in order for our, you know,
6  e-mails come to the inbox.
7    **Q. Is there a name for this script?**
8    A. I don't know. I can't --
9    **Q. Are you fine if I refer to it as the "bouncing**
10 **script"?**
11   A. I can't tell you right now, because I don't
12 have a -- the script next to me.
13   **Q. Okay.**
14     MR. COBB: He's saying, are you okay, if he
15 calls it the bouncing script?
16     MR. FREEMAN: If I call it that.
17     MR. COBB: If he calls it that.
18     THE WITNESS: If he wants to.
19 BY MR. FREEMAN:
20   **Q. So I'll tell you what, I'm going to call it**
21 **the "bouncing script" until you tell me otherwise, and**
22 **we're almost done talking about it for now. But I would**
23 **like for you to figure out a way to get an answer to**
24 **this question about when the bouncing script was**
25 **implemented and became functional on the sites.**

164

1      MR. FREEMAN: Mr. Cobb, is there any
2  suggestions on how to get that information?
3      MR. COBB: What you just described, we'll make
4  the request and we'll supplement.
5      MR. FREEMAN: Yeah, that's great. That's
6  perfect.
7      MR. COBB: Okay.
8  BY MR. FREEMAN:
9    **Q. What software is used -- or user utilized when**
10 **a member is going to upload a video?**
11   A. What software is using for uploading the
12 video?
13   **Q. Yes.**
14   A. By users?
15   **Q. Yes.**
16   A. It's custom made script and software.
17   **Q. Is it custom made from an open source software**
18 **or is it truly from a scratch custom made?**
19   A. From the scratch, we don't use -- I mean, in
20 one part, we're using some of the parts, it's a huge
21 system.
22   **Q. Yeah, and I get that. And it's hard to**
23 **describe which part of the system is completely custom**
24 **and which part is based off of software, because they**
25 **start to build on each other. I get that.**



Bolotin, Konstantin Vol. II   01-18-2016

165

1   A.  Yeah, because it's really a very complicated
2 system.  It's not -- I can't answer for you, you know,
3 in a short answer.  It's a huge system.
4   Q.  Have you ever heard of scraper?
5     MR. COBB:  Sounds painful.
6     THE WITNESS:  What?
7     (Miscellaneous comments.)
8 BY MR. FREEMAN:
9   Q.  Have you ever heard of a scraper?
10   A.  No.
11   Q.  Have you heard of a software program that will
12 search Internet sites and grab certain rated videos and
13 download them onto a server?
14   A.  They don't have anything like that.
15   Q.  I didn't ask if you had it yet.  I'm going to,
16 but I've asked if you've heard of it?
17   A.  No, I never heard of it.
18   Q.  And you don't have anything that does that?
19   A.  No.  I don't have it.
20   Q.  When an uploader or a member is uploading a
21 video, what information is collected by your databases?
22   A.  All information is referred to the Exhibit
23 Exhibit 2.  Which I already provide.
24   Q.  Great.
25   A.  This is what we have in MySQL database.

166

1   Q.  So, let's do this:  Let's go through this on
2 Exhibit 2 specifically.  What's the strikes table?
3   A.  It's one of the parts of repeating
4 infringements.
5   Q.  It's related to the repeating infringement
6 policy?
7   A.  Yes.
8   Q.  The user's table, primarily, what's that?
9   A.  The users table primary is -- like I said,
10 every project has their own tables, database, and tables
11 pretty much.  This is related to the user, what
12 information we collect about user.  It does not mean
13 that it's collected from him when he's registered,
14 because as you can see, it's very different columns in
15 the table.
16   Q.  There's two different users tables, there's a
17 primary and a secondary?
18   A.  Yes.
19   Q.  And each one had specific data, unrelated to a
20 database, it's going to be a specific column or field in
21 the database.  Right?
22   A.  Yes.
23   Q.  Some of these I'm going to take that are
24 recorded, the data is recorded upon the new member
25 initially signing up and then some is going to change

167

1 over the course of time; is that right?
2   A.  Yes.
3   Q.  Okay.  Such as on user table primary, public
4 video's count, that was something that's going to change
5 over time, right?
6   A.  User stable primary, I mean, both tables use
7 day-to-day.
8   Q.  Right.  But --
9   A.  I can't tell you, you know, we update one
10 table and not update another table.
11   Q.  I understand.  But certain fields are going to
12 be updated and certain fields are not.  For instance,
13 the user IP, when registered, that's going to be a
14 static data, right?
15   A.  Yes.  And the user ID, too.
16   Q.  Right.  As will be the registration time
17 stamp, that's going to be static data, right?
18   A.  Yes.
19   Q.  It's not going to change.  Okay.
20     Why -- do you understand and can you explain
21 to me --
22   A.  The difference between the two tables --
23   Q.  Primary and secondary.
24   A.  Of course I can explain it.
25   Q.  Just talk to me, don't worry -- don't worry

168

1 about them.
2   A.  Okay.  Because our project, our site is very
3 loaded sites, this needs to be -- we're sending our -- I
4 mean, our scripts sending a lot of inquiries to the
5 request to the database.  In order to optimize, you
6 can't keep one table up with all information, because
7 first of all, it will be huge, secondary, it will not be
8 optimized.
9   Q.  So when you say "optimized" in this particular
10 concept, you're not talking about search engine
11 optimization --
12   A.  No.
13   Q.  -- you're talking about database optimization
14 to make sure that the database is stable and runs quick,
15 right?
16   A.  Runs quick.
17   Q.  Yes.
18   A.  That's right.  That's why we separate.
19 Sometimes it's not logic to keep the information, like I
20 said, subscribers come to the primary, you know, to the
21 primary table.
22   Q.  Who makes the decision about data is held in
23 primary versus what data is held in secondary?
24   A.  The programers, they do -- the architect.  I'm
25 not --

169

1     Q.  Are you trained in MySQL database at all?
2     A.  What?
3     Q.  Are you trained in MySQL database?
4     A.  I'm not training, but I know how it works. How
5  that -- I can read the code.
6     Q.  And conceptually, you can agree it's more of
7  three dimensional database, as opposed to a file
8  cabinet, which may be only two dimensions?
9     A.  I can read easily and understand what's going
10  on.
11     Q.  Is there any significance between what is held
12  in primary versus what is held in secondary, other than
13  ensuring the database runs efficiently?
14     A.  No, only the optimization, code optimization,
15  the system optimization, nothing more.
16     Q.  When you look at the user's table secondary on
17  that list, second from the bottom it lists,
18  "Claims_count-strikes count."  What is strikes count?
19     A.  Strikes count, it means how many strikes user
20  has for repeat infringement.
21     Q.  Repeat infringement strikes?
22     A.  Yeah.  If you -- I mean, very first strikes
23  stable, you know, it's also, like I said, repeat
24  infringement.  And user tables they count too.
25     Q.  And below that it says, "suspended_on-date of

171

1     Q.  Right.  And I'm talking about your awareness.
2  I wanted to -- I wanted to know --
3     A.  Yes.
4     Q.  -- about your awareness.
5        At the time, what was your understanding of
6  DMCA requirements?
7     A.  At that time, I read everything about the
8  repeat infringement, DMCA rules, and I spoke with an
9  attorney about this issue and then I build the system in
10  order to keep us on the safe site.
11     Q.  What made you go and speak with attorneys and
12  do some research on the DMCA requirements?
13     A.  Why?
14     Q.  Yes.
15     A.  Because it's an important thing in our
16  business.  I mean --
17     Q.  I don't disagree with you, but how did you
18  know that it was important?
19     A.  How I was known?
20     Q.  Yeah.
21     A.  I can't remember.  I can't recall right now,
22  but I was knowing that.
23     Q.  Your experience is what --
24     A.  Maybe -- maybe I heard some problems in
25  Webzilla.  Like I said, I worked parallel, part-time.  So

170

1  third notice if exist"?
2     A.  Yes.  Once we got the third notice against the
3  user, we update and have that information.
4     Q.  Do you know when the strikes count field was
5  implemented into this database?
6     A.  From day one.
7     Q.  And do you know when the date of third notice
8  field was implement in this database?
9     A.  Date of the third notice.  From day one,
10  probably.  I can't tell you exactly, but I would say
11  from day one.
12     Q.  So when you started Playvid.com, you were
13  aware of copyright infringement issues?
14     A.  We never had the copyright before we the
15  starting the PlayVid account, we don't have any
16  copyright infringement issues.
17     Q.  Meaning, you didn't have it on findandtry?
18     A.  No.
19     Q.  Right.  I get that.
20        You would have only included a strikes count
21  for repeat infringements and a date of third notice if
22  you had some knowledge of potential copyright
23  infringement issues, right?
24     A.  For the potential, in order to keep the rules,
25  DMCA rules.

172

1  Webzilla, it's very important thing, you know, which I
2  have to know before doing the business.  It's also the
3  same as terms and conditions.
4     Q.  Oh.
5     A.  We're launching the site with the terms and
6  conditions, because it should be, you know, one of the
7  requirements.  What should be from the day one.
8     Q.  In your role as director of operations at
9  Webzilla, did you have a chance to gain an understanding
10  of adult entertainment websites?
11     A.  I don't remember.  I don't recall.  That was
12  so much time ago.  So Webzilla, I -- I was knowing that
13  Webzilla had a lot of clients, adult clients.  But you
14  the know...
15     Q.  Do you know whether or not Webzilla received
16  takedown notices?
17     A.  Maybe, but I can't recall right now this
18  information.
19     Q.  Were -- were the takedown notices at Webzilla
20  part of your job duties?
21     A.  In Webzilla?
22     Q.  Yeah.
23     A.  No.
24     Q.  So the -- on Exhibit 2, the user's table, both
25  primary and secondary, show what data is collected, both



Bolotin, Konstantin Vol. II   01-18-2016

173

1 initially and overtime with regard to specific users; is
2 that right?
3     A.  Users, yes, primary and secondary.
4     Q.  And the global users, primary and secondary,
5 what -- which data is collected in that?
6     A.  It's login credential, like I said.  So like I
7 said, we're using single login for every single project.
8 So when the people count, you know --
9     Q.  So your e-mail bouncing flag, for the data
10 collected as a result of the bouncing script, is
11 actually held in the global user's data portion of the
12 database, right?
13     A.  Yes, because it's one of the -- one of the
14 parts which is mutual with the different portions.
15     Q.  Oh, okay.
16         So one of the differences here is the global
17 user's database is part of the database that's shared by
18 all four video hosting sites?
19     A.  Not shared, "used" --
20     Q.  Sorry.
21     A.  It's really different.
22     Q.  It's very important to you that the different
23 word be "shared" and "used;" is that right?
24     A.  Yes.
25     Q.  And tell me why.

174

1     A.  When you're saying "share," you copy.  I mean,
2 we don't copy anything.  We do have one --
3     Q.  Okay.
4     A.  -- only one copy.  When you share, you copy
5 that information.  As you can see, we don't share
6 anything.
7     Q.  All right, and I appreciate that.  You told me
8 that before, so I appreciate you reminding me.
9         So the global users are -- is the database
10 that's used by all four video hosting sites, correct?
11     A.  Yes.
12     Q.  So the strikes count and the date of third
13 notice would only apply to actions on one of the
14 websites, right?
15     A.  Yes, because user table, it's tables, it's
16 primary, secondary.
17     Q.  Yeah.
18     A.  It's dedicated on each.
19     Q.  So if we have user, whatever name we want to
20 throw, user A, and user A is registered with all four
21 Sun Social Media's video hosting websites --
22     A.  It's not registered.  I'm sure you're using
23 the wrong phrase.  The user is not registered.  The user
24 registers only once.  If the user is active --
25     Q.  Got it.

175

1         So if I'm user A and I'm active on all four
2 Sun Social Media video hosting sites, I can post an
3 infringing video on all four sites and not be in
4 violation of your repeat infringer policy, because I
5 would only have one strike on each site, correct?
6     A.  It's -- it's not very good.  Can you rephrase,
7 because this question is not a very good question to
8 ask, you know.
9     Q.  I think it's a great question to ask, to be
10 honest with you.
11     A.  For you.  Why you try to say "infringement"?
12 BY MR. FREEMAN:
13     Q.  So you said it's not a very good question, why
14 is it not a very good question?
15     A.  Because you're using the term, which I don't
16 like to -- to be applied, you know, "infringement," if
17 we don't know.
18     Q.  So let me --
19     A.  Just specify and rephrase the question, more
20 specifically.
21     Q.  I'm going to be, in my example here, I'm going
22 to user A.  Okay.  And as user A I'm going to post an
23 infringing video on PeekVids and I'm going to post
24 another infringing video on FeedVid and I'm going to
25 post another one on PeekVid -- PlayVid.  Okay?  So I

176

1 post three infringing videos on three different Sun
2 Social Media video hosting sites.  Fair?  Understood?
3     A.  No.
4     Q.  What's misunderstood about that?
5     A.  Because we don't know if you post it.
6     Q.  That was my example though.  What's not fair
7 about it?
8     A.  Because we don't know if the video is
9 infringed.
10     Q.  Okay.  So I'm not done with my example yet.
11 Now, Sun Social Media receives a takedown notice for all
12 three videos I posted.  Right, okay, for my example,
13 understood?
14     A.  For your example, I understood that.
15     Q.  Okay.  Now, your -- your takedown notice --
16 I'm sorry, your repeat infringer policy, is if Sun
17 Social Media receives three takedown notices on a user
18 within six months, they will be terminated.  Is that
19 fair?  Is that correct?
20     A.  Within six months, yes.
21     Q.  But that would be three takedown notices
22 within six months on one of the -- on the same one site,
23 correct?
24     A.  Yes, against that site, so...
25     Q.  Because all three infringement notices must be

177

1  related to --
2      A.  A particular site.
3      Q.  -- one particular site.  So theoretically me
4  being user A, could post every six months to
5  infringements on each of Sun Social Media's video
6  hosting sites and Sun Social Media gets notice, takedown
7  notices on that, and I'm not infringing, I'm not
8  violating your repeat infringer policy, correct?
9      A.  Yes.  For that particular site -- I mean,
10  repeat infringement on each site, like I said.  In your
11  -- in your particular example, again, you're not
12  infringing.
13      Q.  Because Sun Social Media draws a distinctive
14  line between each of their --
15      A.  We're not penalized the user, if the user is
16  doing the bad things on one site, and not doing bad
17  things on another site, we're not penalized.
18          THE WITNESS:  Can we take a break.
19          MR. FREEMAN:  You bet.
20          THE REPORTER:  Going off the record.
21          (Recess taken.)
22          THE REPORTER:  We're back on the record.
23          THE WITNESS:  I just want to add something
24  else.
25  BY MR. FREEMAN:

178

1      Q.  Sure.
2      A.  To your example.
3      Q.  Okay.  Just so you and I are clear, with
4  regard to the example, you mean the example that I gave
5  of if I posted videos, different infringing videos on
6  your different websites, is that the example that you're
7  talking about?
8      A.  Yes.
9      Q.  Yeah, okay.
10      A.  If you put the videos, which after that, you
11  get the notice.
12      Q.  Yeah, correct.
13      A.  In that case, the user, like I said, not
14  terminate, the repeat infringement policy.  Just because
15  when the user create his account, we not -- we not
16  activate his accounts on every single project.  Every
17  single project doesn't really know, but which user has
18  another project.  I mean, in other website, doesn't
19  really know, but some user doesn't exist in another
20  website.
21      Q.  If I can stop you just for a second.  But
22  that's the choice of Sun Social that the other ones
23  don't know, right?
24      A.  Let me -- let me complete my answer.
25      Q.  Okay.

179

1      A.  So, as also, what the Facebook do, and
2  Facebook.
3      Q.  Okay.
4      A.  So, when you -- a lot of websites can create
5  login accounts using their Facebook.  So you get
6  Facebook credentials, right?  So they can use these
7  credentials and if you terminate in one place, another
8  place doesn't really know.  So, in our case, the same
9  scenario.  So...
10      Q.  Here's something that's different from -- from
11  your case versus the scenario using Facebook login
12  credentials.  And that is that you and your programers
13  are 100 percent in control about what data is housed in
14  which database, whether it's a global database or a
15  site-specific database?
16      A.  Correct, yes.
17      Q.  Okay.
18      A.  But like I said, when a user goes to another
19  website, another Sun Social Media website, he can
20  activate his account, but when he activate, he will --
21  he will see some small window, which is saying that,
22  would you like to activate your account here, PeekVids
23  for example.  PeekVids, particular website, where the
24  user activate his account, create all data.  Is how it
25  works.

180

1      Q.  Mr. Bolotin, understand, I'm not trying to
2  make you wrong for having them separate like that, I
3  just want to be clear that Sun Social Media
4  intentionally separates those websites and doesn't share
5  that data, correct?
6      A.  Yes.
7      Q.  That's all I want to be clear about.
8      A.  Yes.
9      Q.  Okay.
10          When a member uploads a video, what happens
11  with that video?  Does it stay attached to a database?
12  What happens to it?
13      A.  It's -- it's work flow.  I mean, it's not --
14  it's the whole process is going on, on the back-end.  So,
15  as you understand two parts is going out.  First on the
16  user's part, what the user go through some procedures
17  before uploading the website.  And after that, once our
18  system getting the files, the videos that the user
19  uploaded, they start, you know, working with this file,
20  you know, start doing the specific procedure steps on
21  the back-end.
22      Q.  What procedures are done on the back-end to
23  the video file from the time that the user --
24      A.  On the back-end?
25      Q.  -- is uploaded until it's displayed?



Bolotin, Konstantin Vol. II   01-18-2016

181

1     A.  On the back-end?
2     **Q.  Yes.**
3     A.  First, user uploading on the uploading server,
4  on one server, and then the system will decide which --
5  which storage, video storage it should go.  We're using
6  primary storage and the secondary storage.
7     **Q.  So it goes to -- as it's being uploaded it**
8  **goes to the upload -- upload server?**
9     A.  Yes.  And we're receiving that file, the
10  original file from the user.
11     **Q.  And then it goes to a primary storage or**
12  **secondary storage?**
13     A.  The system, yes, will decide which -- on which
14  storage it's going to.
15     **Q.  And what criteria is the system using to make**
16  **that decision?**
17     A.  Based on the low -- how low the server.  It
18  depends on how much storage is -- for example, the
19  storage can be 10% of available space, so in other
20  storage has 50 percent available space.  So the system
21  will -- will pick the better server for storage.
22     **Q.  What's the difference between the primary**
23  **storage and the secondary storage?**
24     A.  Primary storage keeping all qualities of the
25  file.

182

1     **Q.  Keeping what?**
2     A.  Keeping all quality of the file.
3     **Q.  All quality of the file.**
4     A.  Of the original, yes.  For example, user
5  uploaded 720 P file.  We did three different files,
6  different qualities.  360 480 and 720.  All of those
7  qualities, keeping them in the primary storage.
8        Then we're using the second storage for a 360
9  quality.  We're not keeping the old quality in the
10  second storage, just because, the reason why we're
11  keeping two for the load balancing of the traffic.  You
12  know, in order to streaming files.  We do, as well, you
13  know, if we see that one server is overloaded, we have
14  ability to move more traffic to another storage.  So it
15  balances the system.
16     **Q.  Will you ever keep a 720 file in the secondary**
17  **storage?**
18     A.  No, we don't keep in the secondary storage.  We
19  keep only 360 in the secondary storage.  And also, for
20  back up reasons, if the first server isn't down, we have
21  ability to stream at least this video in 360 quality,
22  you know.  So for example, if the hardware is having
23  technical problem, it's not working, it turns off, for
24  some reason, so if we -- we switch all traffic from this
25  server to another, just because we have second storage.

183

1  The user will not be able to see the 720 quality, but he
2  will at least be able to see 360.
3     **Q.  So the differentiation between the upload**
4  **server transferring something to primary storage versus**
5  **secondary storage, literally has to do with the quality**
6  **of the file that was uploaded?  720, 360, 480?**
7     A.  Yes.
8     **Q.  Okay.**
9        **There's no other criteria such as how highly-**
10  **rated the video may be, the length of the video --**
11     A.  No.
12     **Q.  -- anything like that, that determines whether**
13  **it goes to primary or secondary storage?**
14     A.  No.
15     **Q.  Okay.**
16        **So once it's in primary, secondary storage,**
17  **what happens in the next step of the process?**
18     A.  The next step of the process, once we sent
19  original file to storage, the storage convert the video
20  into the final files.
21     **Q.  So the storage itself converts the --**
22     A.  Converts the videos from the original to the
23  different qualities, using the FFMPEG -- FFMPEG.  Once
24  they convert, the video has the status, the status from
25  --  they have a different status for their video.  You

184

1  want every single step, the status of the video database
2  is changing.  For example, when the video is uploading
3  to upload servers, uploading server, we put the status
4  for this video.
5        Let me see here.  If you go to Exhibit 2, on
6  the second page.
7     **Q.  Yeah.**
8     A.  We have different statuses for the videotape
9  primary.
10     **Q.  Okay.**
11     A.  Once the video is uploading to an upload
12  server, it's getting the uploading stars.  Once the
13  uploading is completed, it's going to the new.  Once
14  it's converted, it's going to the pending status.  So,
15  that's how the system works.
16        Once the video is pending, it's in our admin
17  panel, we see old pending reduced.  And we moderate
18  every single pending we use.  So --
19     **Q.  Where on -- in this video table, I apologize,**
20  **are the different steps, the statuses, in primary or**
21  **secondary or are they mixed?**
22     A.  Primary.
23     **Q.  Okay.  So current video status is right in**
24  **that first group and I just put my pen around it, right?**
25     A.  Yes.



185

1      Q.  Convert area, copyright, deleted user, error,
2  new pending, terms and conditions.
3      A.  It's all different statuses for the videos.
4      Q.  So the convert "under_error," what status is
5  that?
6      A.  If for example, the user uploaded, not the
7  video file, upload, for example, the archive.
8      Q.  Or any file not JPEG?
9      A.  JPEG, whatever, it's convertible error.
10     Q.  What's copyright, what's that status?
11     A.  You want to explain how I go through every
12  single status?
13     Q.  I do.
14     A.  Copyright means once we get the notice against
15  the video, it will change to the copyright.
16     Q.  And how about deleted user?
17     A.  When the user is deleting his video by
18  himself, we -- we change the status on that, deleted
19  user.
20     Q.  And error?
21     A.  Error, it's probably the same thing with the
22  error and converter error -- I made a mistake. Converter
23  error means it's video file, but it's not -- we're not
24  able to convert the file. Error, means that the archive
25  word --

186

1      Q.  Archive file?
2      A.  Yes.
3      Q.  And new?
4      A.  New, once we get -- once the video uploaded to
5  the uploaded server, it has the new status.
6      Q.  And pending?
7      A.  Pending, when the video is converted, it's
8  going to the pending status.
9      Q.  Converted.  Doesn't mean that it has already
10  been through primary storage and status and the FFMPEG,
11  right?
12     A.  Yes, after the FFMPEG. After that, once the
13  primary storage got at least one video, 360. So, it
14  will get the pending status.
15     Q.  And then terms?
16     A.  Terms, it means, for example, the users
17  complain about the video. The video is -- it's actually
18  violate our terms and condition. So it's not the
19  copyright. It's just violation of the terms that we
20  mark.
21     Q.  Okay.  Then uploading?
22     A.  The uploading, it's when the user is
23  uploading, to uploading server, we use the uploading
24  server status, uploading status.
25     Q.  Temporary?

187

1      A.  Temporary, it means the video is temporary
2  unavailable due to some technical problems. So it -- it
3  automatically updates in MySQL database video with a
4  temporary status. It will be available in a little bit
5  more, when we, you know, fix that problem.
6      Q.  Somebody has to actively fix the problem with
7  that particular video file in order for it --
8      A.  Yes, it's a -- it's a lot of problems coming
9  up with the files and we, you know, have a lot of files,
10  a lot of videos. So sometimes things happen and we keep
11  this status just in case for that, that the user will
12  see in the -- in the player that video temporarily
13  unavailable. So it's saying to the user, it will be
14  available after that.
15     Q.  How about permanent?
16     A.  It means that we lose the file. For example--
17     Q.  Lose the file?
18     A.  Yeah, lose the file. For example, if the
19  server -- if the server burned down, and it burned, or
20  something happened with the file, and we are not able to
21  recover the file, we mark this -- we update this video
22  with a permanent.
23     Q.  How about approved?
24     A.  Approved. Approved.
25     Q.  Approved.

188

1      A.  Excellent word, probably.
2      Q.  So that would be displayed?
3      A.  It means the file moderated -- moderated by
4  our team. Through the our moderating system.
5      Q.  So your team is moderating it while it's
6  pending, right?
7      A.  Yes.
8      Q.  And then once that process is, it's been
9  approved, it gets changed to approved.  Is there any --
10  right?
11     A.  Yes.
12     Q.  And is there any status after it's approved,
13  like after it's put it up to display?
14     A.  If something -- I mean, the status is like
15  deleted user, temporary, permanent, and those statuses
16  can be applied and the terms also can be applied after
17  that, after they're approved.
18     Q.  Okay.
19     A.  For example, if I approve we get complaint on
20  the video, we definitely flag down the video.
21     Q.  If a video is currently on public display,
22  what -- what status does it have?  Approved?
23     A.  I can't answer that question in a short
24  answer, because it's -- it's a big system. Every
25  different situation. So once the user is upload the



189

1 file, it's pending, user can see that video in my
2 uploads videos. But in other users, not sure 100
3 percent, but I'm not able to see this video. And the
4 whole page, where the search or whatever.
5 **Q. What does it say for the general public to**
6 **view the video?**
7 A. After they're approved.
8 **Q. After it's been approved?**
9 A. Yes, after they're approved. And also, you
10 have some -- if the video -- we have different flag in
11 our video table, which calls --
12 **Q. Is that visible?**
13 A. Let's see here. Different things, visible,
14 site mapped. Also, the flag, maybe -- I mean, it's all
15 different.
16 **Q. So this video table, it says "visible-public**
17 **and approved or pending." What does that mean?**
18 A. Public and -- and this is the conditions. What
19 means the visible, for example, user put the private.
20 It's not going to be visible and nobody can see that
21 video. It will say to the users, other users, "this
22 video is private." Also, in order to be visible, it
23 should be public, and the second condition is approved
24 or pending.
25 **Q. So when a video is marked as pending, it can**

190

1 **be viewed by the general public?**
2 A. I can't tell you 100 percent, but for the user
3 who uploaded that video, he can -- he watch it.
4 **Q. But I mean, like the general viewer who is not**
5 **a member?**
6 A. A general user are not able to see on the home
7 page, for sure, or in the search results.
8 **Q. You indicated that -- that during the pending**
9 **process, the video is going to be reviewed and moderated**
10 **by the Sun Social Media people, right?**
11 A. Yes.
12 **Q. Who?**
13 A. We have a dedicated guy, you want the name.
14 **Q. Name and job title?**
15 A. Roman.
16 **Q. What's Roman's last name?**
17 A. Shevchenko, S-H-E-V-C-H-E-N-K-O.
18 **Q. Where does Roman live?**
19 A. In Russia.
20 **Q. How long has he -- what's his job title?**
21 A. Support group.
22 **Q. And he's an independent contractor?**
23 A. Yes.
24 He doing the moderation and he's responsible
25 for the notices.

191

1 **Q. How do you communicate with Roman?**
2 A. Via Skype.
3 **Q. Do you save your Skype conversations with**
4 **Roman?**
5 A. He usually call me. I don't have time to type
6 any message.
7 **Q. Do you talk over Skype's audio?**
8 A. Yes, audio.
9 **Q. Over video, but you're not typing?**
10 A. No, I don't type. I don't have time for
11 typing.
12 **Q. How long has Roman been an independent**
13 **contractor?**
14 A. Probably from day one, I guess, for a long
15 time.
16 **Q. Roman gets compensated?**
17 A. Yes.
18 **Q. How much?**
19 A. From the beginning, he got probably, I don't
20 remember exactly, but for now, he getting 700.
21 **Q. 700 a month?**
22 A. Yes.
23 **Q. Does he have a another job or is he full-time?**
24 A. He's full-time.
25 **Q. All right, so, what are Roman's job duties?**

192

1 A. Moderating the videos, reviewing.
2 **Q. Reviewing?**
3 A. Reviewing.
4 **Q. What else? Is that it?**
5 A. He's responsible for the tickets -- tickets
6 related to takedown notices.
7 **Q. What are "tickets related to takedown**
8 **notices," what is that?**
9 A. We have a ticket system in our in-house, which
10 -- which connect to each e-mail we have for -- for the
11 particular website. The system is downloading from
12 different e-mails and convert those e-mails into the
13 ticket. So he go through the tickets and he take -- he
14 take the tickets which contains related to the takedown
15 notices.
16 Sometimes he try to resolve some issue,
17 support matter, like, you know, "Look, this guy
18 complaining about the, you know, the video is not
19 working." I tell him, "This is not your job."
20 **Q. The tickets that relate to takedown notices,**
21 **would those be any takedown notice or just the takedown**
22 **notices received by the Sun Social Media video hosting**
23 **site via electronic format?**
24 A. Via e-mails.
25 **Q. Via e-mails.**



Bolotin, Konstantin Vol. II   01-18-2016

193

1     So the takedown notices that are received in
2 paper copy would not be subject to the tickets addressed
3 by Roman?
4     A.  Yes.
5     Q.  Correct?
6     A.  Yes.
7     Q.  What criteria does Roman use -- strike that.
8     What criteria is Roman an instructed to use
9 when reviewing videos that are marked pending?
10     A.  Child pornography, it's the main problem.  And
11 spam videos.  Users upload to us spam videos.  I mean,
12 not the videos.
13     Q.  What's a spam video?
14     A.  For example, it's a video file, but what this
15 video file, there's a picture, and huge in the center
16 label, go to this site, that's all the video.  We
17 consider those videos spam videos.
18     Q.  Is Roman instructed to review any of the
19 videos by way of content producer, quality, actor, video
20 length?
21     A.  No.
22     Q.  Any of those criteria?
23     A.  No.
24     Q.  Any other criteria besides child porn and spam
25 videos?

194

1     A.  No.
2     Q.  You to make sure it's adult related, though,
3 right?
4     A.  Yeah, I'm responsible for this.
5     Q.  If I uploaded a video of my dog catching a
6 Frisbee, would that pass through the moderator process
7 and become displayed on one of Sun Social Media's video
8 hosting sites?
9     A.  Yes.  He also instructed to see some
10 violations, like, it should be adult-oriented videos.  So
11 we don't allow to submit kids or ducks, or any animal
12 porn.  It's junk, you know.
13     (Miscellaneous comments.)
14 BY MR. FREEMAN:
15     Q.  Okay.  But he's not giving any instructions
16 with regard to in this case besides what you discussed?
17     A.  No.  We can't instruct him.
18     Q.  Say it again.
19     A.  We can't.  I mean, we can't instruct him
20 anything more.
21     Q.  Why not?
22     A.  Why we can't?  Because he don't know anything
23 about the videos.
24     Q.  You can't from a practical standpoint, you
25 mean?  There's no point in it, or you can't because you

195

1 think somebody is prohibiting you from doing that?
2     A.  It means that we -- nothing can be -- we don't
3 know what this video are and permitted or not, uploaded
4 by the producer or who upload that video, we don't know.
5 We can't find out.  We don't have a way to find out.
6     It's not possible to instruct him, because
7 there's no way to do this.
8     Q.  So how are the videos -- once they become --
9 go from pending to approved, they're, then, displayed on
10 one of the video -- one of the sites, the video hosting
11 sites for Sun Social Media?
12     A.  Every single site has different admin panel,
13 so it depends on the moderation process.  Is the
14 following, like I said, different videos -- one site has
15 one videos, another site another videos, so if he
16 approves it on a particular site, it will finally show
17 up on a particular site.
18     Q.  Okay.
19     But my question more goes to:  Once it's
20 through the moderator, will it then show up on the site
21 that the user intended to post it on?
22     A.  Yes.
23     Q.  How?
24     A.  It depends, again.
25     Q.  Dependent on?

196

1     A.  It depends on if it will appear for the public
2 or not.  It's very different situation can be.  If the
3 guy, Roman, is mark -- is mark the site map, it means
4 ranking, it will not show in the search result.  For
5 example, if the user will prefer to send privacy of the
6 video, it will also, after the approval process, it's
7 also not be visible for in other users, in the usual
8 ways that the user try to see the, you know, videos.
9     It's completely -- a lot of factors can be,
10 you know, which video available for public or not.  But
11 user can see his own videos.
12     Q.  His own videos.
13     So how many people have the ability to affect
14 whether or not a video is displayed to the public once
15 the uploader has uploaded it?  At least two?  The
16 uploader choose it for public viewing and then the
17 moderator.  Who else can -- generally speaking, who else
18 has a play in the role of making it display to the
19 public that could stop it?
20     A.  In the -- usually, who has access to the admin
21 panel or, you know, some factors can be system
22 administrator.  It's possible that the system
23 administrator, they can delete the file.  But if error
24 or programer, they remove some very important
25 information from the database.  I mean, it's kind of



Bolotin, Konstantin Vol. II   01-18-2016

197

1 different, but usually, like I said, Roman, first, who
2 is seeing them and reviewing the videos.
3     Q.   Does the system administrator look at every
4 video before it becomes public?
5     A.   Automatically?
6     Q.   Yes.
7     A.   No.  The system does not.
8     Q.   But Roman does?
9     A.   Roman.
10        Another thing, the video can be rejected by
11 Roman, if the video violate the terms and conditions,
12 and the stars will be converted from pending to terms.
13    Q.   Who decides what goes into the text associated
14 with associated?
15    A.   Meta text, you Metadata.
16    Q.   Metadata, yes.
17    A.   Which piece?  Can you specify, exactly.
18    Q.   Which Metadata we're talking about?
19    A.   Yes.  They're different, that's why I'm
20 asking.
21    Q.   The tags, the descriptions?
22    A.   Descriptions?
23    Q.   Yes.
24    A.   Description of the video --
25    Q.   Yes.

198

1     A.   -- is put by the user and we're not able to
2 change or do any correction in description.
3     Q.   Why not?
4     A.   We can just remove the hold description.  We
5 have the button in the moderation process.  I mean, one
6 moderating screen to remove the whole description.
7     Q.   You could remove the whole description?
8     A.   We can, but we can't modify in the -- in the
9 screening process.
10    Q.   Why not?  You get this as custom software
11 drafted specifically for you.  Why not draft that in the
12 end?
13    A.   Because this is not -- this is not our
14 content.  I mean, this is the user's content.  If he put
15 a description over there, so he's responsible for those
16 description, and we don't have a rights to do any
17 corrections.  We can only remove the whole thing in the
18 -- in the spam cases.  For example, the users can put in
19 description different multiple websites, you know, in
20 order to get links, sort of things like that.
21    Q.   What about if you were notified that a certain
22 word or terms violate trademark?
23    A.   What violation?  If we got some notice about
24 trade violations?
25    Q.   Yes.

199

1     A.   I don't think we got any yet.  And we don't
2 have any trademark violations, notices to us.
3     Q.   You're saying that you did not receive any
4 trademark violation notices from the Plaintiff in this
5 case in January of 2015?
6     A.   Yes.  We didn't receive.
7     Q.   Can you explain to me how those exact notices
8 were then produced to me during discovery from you?
9     A.   Can you rephrase, please?
10    Q.   Can you explain how those exact notices were
11 recently produced to me, those exact letters, were
12 produced to me, from you?
13    A.   We produced to you our trademark notices?
14    Q.   Yes.
15    A.   I can't confirm that information, because I
16 don't know what you're talking about.  What -- what
17 particular.  I give you a lot of DMCA notices to your
18 company during the request, but that was the DMCA
19 notices.
20    Q.   So, you acknowledge receipt of the DMCA
21 notices?
22    A.   DMCA notices.
23    Q.   And your company received those in January of
24 2015?
25    A.   We produced a lot of notices to you, but from

200

1 a different time -- time period, you know.
2     Q.   But I'm asking you if you recall your company
3 receiving DMCA notices from Hydentra in January of
4 2015?
5     A.   I was -- we don't receive any notices from you
6 -- I mean, against those links in your complaint in
7 January.  If you're talking about those notices, we
8 didn't receive those notices.  I can't tell you -- I can
9 confirm that fact.
10    Q.   How can you confirm that fact?
11    A.   I am confirming that fact, that we don't
12 receive that, those notices, that you mentioned in
13 Exhibit A in Complaint, Plaintiff Complaint.
14    Q.   Did you receive any notices in January of
15 2015?
16    A.   We did receive a lot of notices from the
17 different -- different companies, you know.
18    Q.   Did you receive any notices from Hydentra in
19 2015?
20    A.   No -- I can't recall right now, but I can
21 definitely check.  But we don't receive notices from the
22 Plaintiff complaint in Exhibit A.  And probably, you
23 mentioned not the '14 -- '15, right, 2015.  We're
24 talking about 2015?
25    Q.   January of 2015.





201

1    A.  Why are you saying 2014?
2    Q.  I'm sorry, did I say 2014?
3        So let me rephrase that.  Did you receive any
4    notices from Hydentra in January of 2015?
5    A.  We don't receive from Hydentra we also put
6    this in the Interrogatory.
7    Q.  Right.  And I've got proof that your company
8    was served with these notices, and you sent them back to
9    me in discovery.  So I'm wondering why you answered
10   interrogatories such as that?
11   A.  You know, I can't confirm that information
12   because I have to check first.
13       MR. COBB:  You want to take a little break?
14       MR. FREEMAN:  Sure.
15       MR. COBB:  How much longer are you thinking?
16       THE REPORTER:  Going off the record.
17       (Recess taken.)
18       THE REPORTER:  Back on the record.
19       THE WITNESS:  Okay.  Let me, if I may return
20   to the question.
21   BY MR. FREEMAN:
22   Q.  Um-huh.
23   A.  Let me add some additional information.  So I
24   didn't -- maybe I tired a little bit after so much time.
25   Q.  Yeah.

202

1    A.  Maybe we do some confusion, or I don't
2    understand your question was clear.
3    Q.  Okay.
4    A.  Very clear.
5    Q.  Okay.
6    A.  But, whatever we receive in the -- whenever we
7    receive any notices, we produce to Hydentra, as for
8    request and discovery, right.  So I mentioned several
9    times, important things that the links in the Complaint
10   in Exhibit A, we did not receive any notices against
11   those videos.
12   Q.  So, let's --
13   A.  That is all I was meaning.
14   Q.  I got you.  I know and I took that.  I -- I
15   understood that.
16       Let's take a step back and talk about your
17   DMCA takedown notice process.  Specific to paper
18   notices, go through with me what that process is for Sun
19   Social Media.
20   A.  So, first of all, the paper notices, come to
21   the -- our DMCA agent.
22   Q.  Yeah.
23   A.  Incorporate Now.  Once the DMCA agent got
24   these notices, he instructed to forward those notices to
25   our e-mail.  Once we got e-mail from the Incorporate

203

1    Now, with the takedown notices, we process those
2    notices.
3    Q.  In January of 2015, who was your -- Sun Social
4    Media's DMCA agent?
5    A.  Incorporate Now.
6    Q.  On Playvid, did it give Incorporate Now as
7    the registered DMCA agent?
8    A.  Yes.
9        (Miscellaneous comments.)
10   BY MR. FREEMAN:
11   Q.  With the United States Copyright office,
12   specific to Playvid.com in January of 2015, who was
13   listed as your DMCA agent?
14   A.  Who was listed?
15   Q.  Yes.
16   A.  For which site?
17   Q.  PlayVid?
18   A.  Sun Social?  We do have -- we did -- we had
19   the Incorporate Now all of the time for Sun Social
20   websites, for Sun Social Media.
21       MR. FREEMAN:  Please mark that as 5.
22       (Plaintiff's Exhibit No. 5, Amended interim
23       designation of agent to receive notification
24       of claims of infringement, was marked for
25       identification.)

204

1    BY MR. FREEMAN:
2    Q.  Mr. Bowl, that's -- you're looking at what has
3    been marked as Exhibit No. 5 for purposes of
4    identification in this deposition.  That's an amended
5    interim designation of agent to receive notification of
6    claims of infringement, filed with the United States
7    Copyright office January 23, 2014.  Do you recognize --
8    have you seen this document before?
9    A.  I can't recall.
10   Q.  You can't recall if you've seen it before?
11   A.  No, because I just want to say that we have
12   update the record with the Copyright office sometimes,
13   so, but, I can't say if I was saw that exact document, I
14   can't say.  I can't recall that.
15   Q.  But this document right here lists Constantine
16   Luchian -- I apologize if I mispronounced that last name
17   -- as the Copyright agent, not Incorporate Now; is that
18   correct?
19   A.  According to this document (indicating), yes.
20   Q.  Also, on this document, it lists alternative
21   names of service provider as findandtry.com and
22   Playvid.com; is that correct?
23   A.  According to this document, yes.
24   Q.  It does not list PlayVids, PeekVid -- sorry,
25   PeekVids or FeedVid, correct?



Bolotin, Konstantin Vol. II   01-18-2016

205

1   A. It's according to this document, it's not
2   contained this.
3       Q. Right. And isn't it true that the
4   documentation with the United States Copyright office
5   that lists PlayVid -- sorry, I don't remember which ones
6   have the S, PlayVids, PeekVids, and FeedVid, as the
7   alternative name of service provider Sun Social Media
8   wasn't filed with the Copyright office until after this
9   particular lawsuit was served on Sun Social Media; is
10  that right?
11      A. According to this document, it's not listed
12  here.
13      Q. And it wasn't list with the United States
14  Copyright office until after this lawsuit was filed,
15  correct?
16      A. We update our records with the Copyright
17  office and add the names to that document -- I mean, to
18  that corporate office.
19      Q. And that update wasn't --
20      A. After the lawsuit is filed.
21          (Plaintiff's Exhibit No. 6, DMCA notification
22          page from Playvid.com, was marked for
23          identification.)
24  BY MR. FREEMAN:
25      Q. Mr. Bolotin, you and your attorney have what's

206

1   been marked as Exhibit 6 for purposes of identification
2   to this deposition. That is a printout dated January
3   11, 2015, of the DMCA notification page from
4   Playvid.com. Do you recognize that?
5       A. I can't confirm that. But according to this
6   document, it looks very close to our form. I can't
7   confirm that it's the form from our site.
8       Q. And that lists Constantin Luchian as the
9   copyright agent; is that correct?
10      A. According to this document, it's saying yes.
11      Q. So I now have presented you two documents that
12  listed Constantin Luchian as your copyright agent, not
13  Incorporate Now as your Copyright agent; is that right?
14      A. According to those two documents, yes.
15      Q. Are you saying that the documents I have
16  presented to you are false or misrepresent the DMCA
17  agent?
18      A. Can you rephrase please?
19      Q. Are you -- is it your insertion that the
20  documents that I have shown you are somehow false or
21  misrepresent who was the appointed agents?
22      A. I don't know.
23      Q. If Hydentra had sent takedown notices to
24  Constantin Luchian in January of 2015, would it have
25  been your expectation that those takedown notices would

207

1   have been treated under Sun Social Media's procedures
2   for paper takedown notices?
3       A. It will treat it -- Incorporate Now should
4   forward any notice which Incorporate received on behalf
5   of us and should forward it to us.
6       Q. What if it was addressed to Mr. Luchian?
7       A. To the Sun Social Media.
8       Q. What if it was addressed to Mr. Luchian?
9       A. If it's addressed to Mr. Luchian, it's
10  probably a relationship with Incorporate Now and Mr.
11  Luchian. We have a contract with Incorporate Now.
12      Q. You have a written contract with Incorporate
13  Now as far as a DMCA agent services?
14      A. I can't recall now, probably yes, because we
15  pay for that service to Incorporate Now.
16      Q. How long have you been paying that service to
17  Incorporate Now?
18      A. I can't remember, but a long, long time.
19      Q. More than a year?
20      A. More than a year, more than two years.
21      Q. So, I'm wondering why Mr. Luchian was listed
22  as the Copyright agent with the United States Copyright
23  office if he was -- are you saying he himself wasn't the
24  Copyright agent?
25      A. I didn't say that.

208

1       Q. Okay.
2           Was Mr. Luchian your assigned Copyright agent
3   for Sun Social Media in January of 2014?
4       A. According to these documents?
5       Q. Yeah.
6       A. It says yes, but I can't confirm those
7   documents.
8       Q. So if my client got that document from the
9   United States Copyright office and confirmed an address
10  and name with a page from Playvid.com, it would be
11  reasonable for them to send takedown notices to
12  Constantin Luchian at 6750 North Andrews Avenue, Suite
13  200, Ft. Lauderdale, Florida, right?
14      A. If those documents is our documents?
15      Q. Yes.
16      A. In our sites? Your client can -- can use all
17  of the information, which is on this form. But like I
18  said, I can't confirm those documents. I just confirm,
19  according -- I mean, not confirm -- according to those
20  documents, it should have been addressed to Constantin
21  Luchian.
22      Q. Do you think these documents are wrong?
23      A. I'm not saying that. I wouldn't guess, I will
24  -- I will not guess in this.
25      Q. Well, and again, this is one of those topics,



Bolotin, Konstantin Vol. II   01-18-2016

209

1  it was specifically listed on the -- on the corporate
2  rep notice.  And I'm trying to reconcile what you're
3  saying, which is Incorporate Now was the DMCA agent and
4  the documents that we presented, you showed Mr. Luchian
5  was, can you reconcile that?
6      A.  I can't confirm those documents, but I --
7      Q.  Who could?
8      A.  What?
9      Q.  Who could?
10     A.  Probably you.
11     Q.  I know where I got the documents, yes.
12         Who was in charge of the text that was on the
13  PlayVid websites?
14     A.  Text?
15     Q.  The written words that were displayed to the
16  public on the PlayVid websites, who was in charge of
17  that?
18     A.  (Indicating.)
19     Q.  Yes.
20     A.  Those texts (indicating)?
21     Q.  Yes.
22     A.  If you're talking about Incorporate page on
23  Playvid.com sites, those were made by our attorney.
24  Those documents made by our attorney, and then, you
25  know, we create the page.

210

1      Q.  Okay.
2          If notices had been sent to Constantin Luchian
3  in January of 2015, would it be your expectation that
4  Sun Social Media would have received e-mails from Mr.
5  Luchian regarding the takedown notices?
6      A.  If Constantin Luchian is appear and the
7  address on behalf of us as a registered agent on our
8  form, I -- I expect the e-mail from Incorporate Now in
9  anyways from Incorporate Now.
10     Q.  Not from Mr. Luchian?
11     A.  Right, because we -- not from Mr. Luchian,
12  because we have our relationship with Incorporate Now.
13     Q.  And what's your understanding of Mr. Luchian's
14  relationship with Incorporate Now?
15     A.  He may doing some job.  He's doing a job with
16  Incorporate Now.  We're not going to hide this.  So,
17  he's working on Incorporate Now.  So, and you know, he
18  doing the services for Incorporate Now.
19     Q.  You -- you never received -- who would receive
20  the e-mail from Incorporate Now with regard to takedown
21  notices?
22     A.  We have corporate e-mail, which is instructed
23  to Incorporate Now send notices to us.  So Incorporate
24  Now knows which e-mail to use in order to forward any
25  notices.  Incorporate Now got as a registered agent on

211

1  behalf of Sun Social Media.
2      Q.  Which e-mail is that that they use?
3      A.  Legal@SunSocialMedia.com.
4      Q.  And who does that go to?  Who monitors that e-
5  mail address?
6      A.  Me, personally.
7      Q.  Did you receive an e-mail from Incorporate Now
8  in January of 2015 with regard to takedown notices from
9  Hydentra?
10     A.  You probably know my answer.  I don't know.  I
11  can't -- I can't recall that information.  I can't
12  confirm anything like that, because I have to check
13  first.
14     Q.  You didn't check before you came today?
15     A.  Legal@sunsocial?  No, I didn't check this e-
16  mail.
17     Q.  So you don't know whether or not as you sit
18  here right now --
19     A.  I only --
20     Q.  Let me finish.
21         You don't know as you sit here today whether
22  or not Mr. Luchian had e-mailed you takedown notices for
23  Sun Social Media's video hosting site sent in January of
24  2015?
25     A.  I can't confirm that.

212

1      Q.  You can or cannot?
2      A.  I can not confirm that.  That's all I can say
3  about this.
4      Q.  If I have proof of delivery of takedown
5  notices to Mr. Luchian at the address, 6750 North
6  Andrews Avenue, Suite 200, Fort Lauderdale, Florida, you
7  don't have any personal knowledge about what Mr. Luchian
8  would have done with that delivery or if he sent it to
9  you.  You don't know what he would have done with it
10  unless he sent it to you and you recall him sending it
11  to you, correct?
12     A.  I only can -- I only can say, we do have
13  knowledge once we got from him.
14     Q.  The e-mail from him?
15     A.  Yes.  But beside that, if he receive it, once
16  it's not forwarded to us -- Incorporate Now knows his
17  address.
18     Q.  And once you receive -- once you receive an e-
19  mail from Mr. Luchian with the takedown notices, what do
20  you do?
21     A.  I forward -- I forward -- as I remember -- as
22  I remember several times, I did the process by myself.
23  It's usually complicated to process, preparing notices
24  that we receive from Incorporate Now.  So I process by
25  myself in order to, you know, be more careful and not do

Bolotin, Konstantin Vol. II   01-18-2016

213

1  any mistakes. I'm not trust this kind of work to Roman,
2  just because it's -- it's very different type of
3  notices. Yes, it's both the DMCA notices, but it's not
4  readable. It's mean --
5      Q. You mean searchable, like electronically?
6      A. Yeah. It's not -- when you sent -- for
7  example, we got the notice via e-mail, our system
8  downloaded the e-mail and parsing this e-mail. So --
9      Q. Can I talk to you about that real quick? What
10  if you are in a time period where you've actually turned
11  off your mail server?
12     A. No. We turn off -- to be clear with you.
13     Q. Yes.
14     A. You should understand how this system works.
15  When we shutdown the post fix mail server, it does not
16  mean that the whole -- it's not mean that the whole e-
17  mail server is down. We're using the separate system
18  for the same e-mails, we're using the post fix for the
19  receiving and -- and storing e-mails. We're using the
20  different servers.
21     Q. Which server?
22     A. Google.
23     Q. Why don't you use Google servers to send?
24     A. Why we using --
25     Q. Why do you not use Google servers to send?

214

1      A. Originally, Google not create the ability to
2  do this. So to send -- in using the Google in that
3  manner, in that way, it's not the right way to use
4  Google, because it's not like used as a service to send
5  out. So that's why we using that post fix server to
6  send out notification.
7          So, for example, in this case, Google
8  receiving the notices as mail provider for our e-mails
9  for each project. Each project has dedicated e-mails,
10  which oddly were dedicated for a particular part, for a
11  particular website, for Sun Social Media websites.
12     Q. Okay.
13         So you received an e-mail from Incorporate Now
14  with some takedown notices, and walk me through the
15  process, and what do you do?
16     A. Okay. Now, so once I got the notice from the
17  Incorporate Now, I get every single page and put, you
18  know, put the links in manually in the text editor.
19  Then, I go to our back-end -- I mean, our admin panel,
20  we do have -- we do have blocking tools. Then, I go
21  through the process to, you know, the old process, to
22  block and create request, and shut down the videos.
23     Q. You shutdown the videos based off of the
24  takedown notice?
25     A. Based on the takedown notices.

215

1      Q. So -- and Roman's process, would that be
2  somewhat similar, although it would be an electronic
3  process, because he's receiving it electronically?
4      A. Yes.
5      Q. And -- but again, he's going to go to this,
6  you called it a blocking tools to make a request based
7  off of?
8      A. He uses the blocking tools, too, but it's a
9  different way to create a request with blocking tools.
10     Q. Because it's electronic format?
11     A. Exactly.
12     Q. At that point, is a notification sent to your
13  member that they have -- a takedown notice has been
14  received specific to a video they posted?
15     A. Can you rephrase, please.
16     Q. When you block -- rather you disable. If you
17  do a request to disable that video, do you send the
18  member that posted that video a notice that they've
19  received a takedown notice with regard to one of their
20  videos?
21     A. We don't send to the user any notice that we
22  receive on behalf of their videos.
23     Q. And you don't provide them an opportunity for
24  a counter notice to establish that it was -- that they
25  do have a license or they --

216

1      A. We do -- we do have ability, we don't delete -
2  - we don't videos for 30 days and give the user
3  opportunity to submit to us counterclaim in order to,
4  you know, to partake his rights.
5      Q. But your user would only know if he tried to
6  go view his posted videos that it's been deleted?
7      A. When he go to my videos, he will see that the
8  -- his videos, he will see the thumbnail, which layout
9  with the label, corporated video, so he see that it
10  happened.
11     Q. Why don't you send them an e-mail notice that
12  they received a takedown notice on one of their videos?
13     A. We're working on it.
14     Q. Okay.
15     A. It's still on the way. It will, but right
16  now, it's not working for now.
17     Q. Okay.
18         So when you do the request, I presume that
19  there is a -- somewhere at some point in time, it's
20  recorded that there's been a strike against that user,
21  right? According to your secondary user's table on
22  Exhibit 2, there's a strikes count, right?
23     A. Claims count, strikes count, yes.
24     Q. And that gets a mark or gets added to amended,
25  modified, upon the disabling of one of those videos; is



217

1 **that right?  Or is that a second manual step that needs**
2 **to be done?**
3    A.  It's automatic.  It's automatic with that
4 process.
5    **Q.  Okay.**
6       **Now, with regard to your repeat infringe**
7 **policy, what is your repeat infringer policy?**
8    A.  The user can't get more than three strikes.
9 So, for example, if user got three strikes, three
10 takedown notices, three different takedown notices, so
11 valid for six months, we terminate the user.
12    **Q.  Per site?**
13    A.  Per site.
14    **Q.  So when you get your third strike, is there a**
15 **manual review at some point before the user is**
16 **terminated?**
17    A.  No.
18    **Q.  It's programatically done?**
19    A.  Automatically.
20    **Q.  And is a notice sent to the user?**
21    A.  No.
22    **Q.  Never?**
23    A.  We don't send any notice to the user that the
24 user terminated.  But when he login to his account, he's
25 not able to login.  He's seeing that some, whatever,

218

1 some window that says your account is suspended.
2       MR. FREEMAN:  (Phone ringing.)  Can we take a
3 two seconds.
4       (Recess taken.)
5       THE WITNESS:  And the same functionality on
6 each site that we have.
7 BY MR. FREEMAN:
8    **Q.  Do you know how much you pay for your DMCA**
9 **agent services?**
10    A.  I can't recall.  I can't recall it right now.
11 I have to take a look.  But we're -- we're not hiding,
12 if you need it, I will definitely respond.
13    **Q.  Generally speaking, how long will it take to**
14 **remove, disable a video upon receipt of the takedown**
15 **notice?**
16    A.  It depends on the type of takedown.  For
17 example, if it's paper, it takes more, more time.  If
18 it's electronic, our goal is 48 hours to disable,
19 business hours.  To disable -- to access the video.
20    **Q.  And on paper, I get that it's -- that if you**
21 **have five sheets of paper versus a thousand sheets of**
22 **paper, there's a significant difference, but what's the**
23 **goal, generally speaking, to get the paper notifications**
24 **responded to?**
25    A.  If it's going to be -- paper, we do more -- I

219

1 mean, priority for the paper in order to process the
2 paper, because it's more complicated and we have to
3 process as soon as possible.
4    **Q.  How long does one take you?  One paper**
5 **notification take you?  You said it's more complicated,**
6 **does it take 20 minutes per notice, does it take two**
7 **minutes?**
8    A.  How much time do I need for process one page
9 of the notice?
10    **Q.  Yes.**
11    A.  About five minutes.
12    **Q.  Five minutes?**
13    A.  Not more.
14    **Q.  Okay.**
15    A.  But like I said, it's a whole process.  I put
16 in the editor, all links from each pages.  Once I
17 complete this, I start creating the requests, you know,
18 it's tough.
19    **Q.  Is it tough or just tedious and boring?**
20    A.  It's very -- it's very complicated.
21       Let me ask you this:  For example, I will send
22 you a thousand notices on the paper, a thousand.  Can
23 you imagine how much work you have to do?  We don't have
24 any technician system which you know, will take every
25 page and convert it into the text.  We do it all

220

1 manually.
2    **Q.  Right.  So you know, there's a difference**
3 **between -- just because something is simple, doesn't**
4 **mean it's easy, right.  That was kind of more my point.**
5 **It doesn't matter.**
6       **Have you thought about using a conversion**
7 **system that would convert it to some sort of --**
8    A.  I was trying to, in order to, you know,
9 expedite the process, but it's not so good.
10    **Q.  Yeah.**
11    A.  It's not recognize 100 percent.  And the
12 bottom line, it takes more time, when I'm using the
13 manual.
14       Again, I process those notices from the past,
15 I remember by myself, because I paid more attention on
16 this.  I don't want to try to do any mistakes, because
17 it's going to hurt us.
18    **Q.  You received some takedown notices from**
19 **Hydentra in October of this past year, October 2015?**
20    A.  I can't confirm that fact, but I -- I remember
21 that we received something from Hydentra and we
22 immediately, you know, processed them.
23    **Q.  Did you know how long those particular notices**
24 **took you?  Did you process them personally?**
25    A.  I was processing some notices.  I remember the



221

1 notices from Hydentra and processed them myself -- by
2 myself.
3    **Q.  You didn't delegate those to anybody else?**
4    A.  No.  It doesn't matter, any paper notice I
5 don't delegate, because it's -- it's very important
6 things.  I don't want to do mistakes.
7    **Q.  And how long did those particular notices from**
8 **Hydentra --**
9    A.  I don't know.
10   **Q.  -- take you to do?**
11   A.  I don't remember.
12   **Q.  The -- you said the termination of a repeat**
13 **infringer is automatic, programmatically, upon the**
14 **receipt of the third takedown notice in six months.  Does**
15 **the receipt date, then, correspond with the termination**
16 **date, the receipt date of the third notice?**
17   A.  Can you rephrase, please?
18   **Q.  Yeah.**
19      **If I -- if you received a third notice on day**
20 **X, whatever that date is and that third notice violates**
21 **your repeat infringer policy, is that the date the**
22 **system automatically terminates the user?**
23   A.  The system, I will explain how it works.
24   **Q.  Okay.**
25   A.  Once the system put the claim on the user, the

222

1 system is check if it's the third notice or not.  If
2 it's the third notice, it automatically terminate the
3 user.  So, pretty much, it's the date that --
4    **Q.  You said Roman would put it into the system --**
5    A.  Yes.
6    **Q.  He would put it in the system so you can see**
7 **it.**
8    A.  We don't try to terminate, or this is the
9 three-day notice, or this is the second day notice.  All
10 of this is done in the automatic system in blocking
11 tools, the system.
12   **Q.  Your company had produced to us member**
13 **information specific to the videos, Hydentra videos that**
14 **had been posted on your sites, as well as uploader**
15 **information on terminated members.  We ran, and are in**
16 **the process of running checks on those e-mail addresses**
17 **and it appears that about 90 percent of those e-mail**
18 **addresses are invalid; meaning, they've never been**
19 **created.**
20      **Is that consistent with your experience of**
21 **your users, that they would input fake e-mail address**
22 **when they sign up as a member of your site?**
23   A.  I don't know.  But like I said -- I'll be
24 getting home late.  We don't force users to verify, we
25 don't know which e-mail is valid during that.  So if

223

1 you're saying that 90 percent or whatever percent is
2 invalid, but you also should mention that ten percent is
3 valid, right?  It makes sense?  So the rest of the time,
4 which means that some percentage of the users put the
5 right e-mail.  So what --
6    **Q.  Let me clarify that.  Is that ten percent of**
7 **valid e-mails, I'm not saying that those e-mail**
8 **addresses actually exists, I'm not saying that those**
9 **users were actually associated with your website, so**
10 **don't confuse me.**
11   A.  But look --
12      MR. COBB:  Object to the form.
13 BY MR. FREEMAN:
14   **Q.  I just want to make sure you understand what**
15 **I'm saying, and you're not leaving here with a belief**
16 **that I -- we've got e-mail addresses from folks with**
17 **valid e-mail addresses that tell they've never been**
18 **to your site.**
19   A.  But you also notice that you scare our users,
20 several -- I mean, a few times, from the users, which
21 was scared by you.  Because you sent subpoenas to the
22 Google in order to get information that's valid or not.
23 So -- and they are scared users back to us, with scared
24 e-mails, but you know, please stop them, you know.
25   **Q.  How many such e-mails have you received?**

224

1    A.  We do have two incidents with two different
2 people.
3    **Q.  I know of one that we were provided, a guy**
4 **named Joseph?**
5    A.  Joseph, that is probably the first person who
6 got that.  And second guy, also, complained with the two
7 different e-mail to us.
8    **Q.  When was that?  Do you recall?**
9    A.  What?
10   **Q.  Do you recall when that was?**
11   A.  In December, by the end of December, probably,
12 I don't recall.
13   **Q.  We'll get that updated at some point.**
14   A.  But the user very scared for his life, for
15 everything.
16   **Q.  For his life?**
17   A.  His life, yes.
18   **Q.  Do you think that's a rational reaction?**
19   A.  I don't know.  I'm very scared for the users.
20   **Q.  Why?**
21   A.  Why am I scared for the users?
22   **Q.  Yes.**
23   A.  Because I'm human.
24   **Q.  What are you afraid that my client is going to**
25 **do to them, hurt them?**



225

1    A. Why you hurt the users, why you hurt the
2  people? You scare the people because the users --
3    Q. We did what to the people, scare them, is that
4  what you said?
5    A. Yes, scare.
6    Q. So --
7    A. The users are not --
8    Q. Those e-mail addresses were provided to us by
9  you in association with actual infringements?
10   A. Actual, the users which were terminated. But
11 I also, I want to add to this, yes, users, I didn't
12 submit any counterclaim. But it's not mean that they
13 don't have any -- that's actually can be applied to the
14 user. We -- we can't, you know, establish the fact that
15 user really infringed the videos. They can only not
16 responding to, you know. Do you understand what I'm
17 saying?
18   Q. You don't even give them a chance to respond.
19 You don't give them a notice.
20   A. But we give them a notice as a -- as a window
21 when they get --
22   Q. You don't give them a notice. You give them a
23 window with no notice that there's a window, correct?
24   A. This is -- maybe it's not notice, but it's
25 kind of knowledge to the user that his account is

226

1  terminated, and he can't do anything, pretty much, he
2  can't upload any video or anything like that. He can't
3  get into his account anymore once he terminated. So --
4    Q. Does that bother you? If he's really
5  infringing, does it bother you that he's terminated?
6    A. Me, infringing?
7    Q. No. If your members are posting infringing
8  works on your website, do you think they deserve to be
9  terminated?
10   A. Some people, I will tell you a little bit more
11 from my experience. We got a lot of wrong and mistake
12 notices from the DMCA agent which complained some of the
13 links on our site, which we have rights. For example,
14 they complained, DMCA -- DMCA page, so it means that we
15 can't say exactly every notice is valid for sure. We
16 can also --
17   Q. By that token, do you presume that a notice is
18 invalid?
19   A. I assume a lot of notices is generated by
20 automatic system and never --- never examined by the
21 people. So --
22   Q. If that's the case, why don't you send your
23 users a notice that you received -- you received a
24 takedown notice with regard to a video that --
25   A. Well --

227

1    Q. Let me finish. That you've brought to them in
2  regard to a video that they've posted and you give them
3  an opportunity to provide a counter-notice or provide
4  some support for why you shouldn't remove it. If you
5  question the validity of these notices why aren't you
6  automatically reviewing them?
7    A. It's coming. It's coming soon. I mean, not
8  soon, but --
9    Q. But why haven't you before?
10   A. Because we do have -- a lot of work to do
11 this, I mean, to improve our system. So user is
12 terminated, but it not means it's legitimate terminated,
13 not due to legitimate notices. And some users are very
14 scared to file counterclaim or anything like that, you
15 know. Do you understand the point?
16   Q. Yeah. But the feeling that I'm getting from
17 you, is that your -- your members are somehow victims in
18 this?
19   A. Not the member. I based my statement on the -
20 - on the e-mails we got, you know, just recently.
21   Q. Two E-mails?
22   A. No, we got, yes, two regarding this particular
23 that the user is scared. But we got another one, what
24 information you collect, you know, for example, from the
25 watchers, you know, what -- what information our system

228

1  is collect and the users for which in the videos without
2  --
3    Q. From the watchers?
4    A. Yes, from the watchers. So based on that and
5  also based on the wrong DMCA notices in the past, we got
6  from that, you know, like I said, unclear DMCA agent.
7  So, based on those, I can say that -- now we can't say
8  exactly that everything is going, is very truth, and the
9  people who was terminated is legitimately terminated,
10 you know. But, so that's what I can say.
11   Q. Other than the e-mails that we've talked about
12 with people, some of your members who received
13 notification from Google about our subpoenas, have you
14 received any other concerns from your members, about
15 Hydentra's works or Hydentra's actions?
16   A. I can't recall right now.
17   Q. But you mentioned a couple of other things?
18   A. Because it's close.
19   Q. I'm sorry?
20   A. Because it's close --
21   Q. Close in time too having dealt with those
22 things?
23   A. Yes.
24   Q. Okay. Those things had nothing to do with
25 Hydentra, right?



Bolotin, Konstantin Vol. II   01-18-2016

229

1    A.  It's nothing to do -- I mean, this is your
2  job, probably.  I mean --
3    Q.  I don't know what e-mails you've received?
4       MR. COBB:  Let me ask you a question.
5       MR. FREEMAN:  Yeah.
6       MR. COBB:  If we're going to go another 30, 45
7  minutes, I'm going to stop and get some water.
8       THE REPORTER:  Off the record.
9       (Recess taken.)
10      THE REPORTER:  Back on the record.
11  BY MR. FREEMAN:
12   Q.  Usually, you have some clarification for me,
13  I'm just offering that time now.
14      What do you think would be a reasonable amount
15  of time for a takedown notice to be responded to and the
16  video taken down?
17   A.  Well, the goal is 48 hours.
18   Q.  Okay.
19      You think anymore is reasonable or do you
20  think that's it, 48 hours is being reasonable?
21   A.  Sometimes it takes more if you got -- but it's
22  not happen everyday, because we have -- it depends on
23  the volume that you get of the DMCA notices.
24   Q.  Yeah.
25   A.  So it depends on the volume.

230

1    Q.  Yeah.
2    A.  And also the holidays, it's also can be, you
3  know.
4    Q.  The timing, then, as well?
5    A.  Yes.
6    Q.  On the Exhibit A, back to the Plaintiff's
7  Complaint, were there any videos on there that you
8  believe are not infringed?
9    A.  I don't understand question.
10   Q.  So my client has alleged that all of those
11  videos, URLs listed on Exhibit A of the Complaint, do
12  you know what I'm talking about?
13   A.  Yes.
14   Q.  That all of the videos at that locations
15  infringed my -- my client's copyrights.  Do you think my
16  client is wrong with regard to any of those specific
17  videos?
18   A.  I am not saying wrong, because we didn't
19  know --
20   Q.  You get it that's a different question,
21  though, right?  Whether or not -- whether or not there's
22  liability, is a different question.
23      My question is:  Do you think that any of
24  those videos really weren't being infringed?
25   A.  I don't know.

231

1    Q.  Do you think any of your members had a right
2  to display any of those videos listed in Exhibit A of
3  the Complaint?
4    A.  I don't know.
5    Q.  Have you done any research or looking into
6  that at all?
7    A.  We don't look closely, we didn't share any --
8  any of the DMCA notices.  It's not contained,
9  particularly yours.  Once we got the DMCA notice or the
10  agent or Copyright owner sworn, that his notice is true,
11  and we just take down, take down the video.  We didn't
12  check.
13   Q.  So you did disable those videos in Exhibit A?
14   A.  We did.
15   Q.  Did you do that personally?
16   A.  Me, yes.
17   Q.  And do you recall when you did that?
18   A.  I don't recall.
19   Q.  Sometime after the lawsuit was filed?
20   A.  Sometime after I got -- been served.
21   Q.  Okay.
22   A.  Once the service was made, you know, I go to
23  the claim through the company, and find the links and
24  made -- I don't remember what time frame it was, but
25  exactly what happens right after that series.  That was

232

1  happened.
2    Q.  And do you have any reason to contest whether
3  or not the Plaintiff has copyright registrations on
4  those works?
5    A.  Contest, can you rephrase please?
6    Q.  Any reason to disagree that Plaintiffs have
7  registered copyrights on each of those works?
8    A.  This is not our business.  Either you --
9    Q.  As you sit here today, you can't give me any
10  reason why you would think that that's not true?
11   A.  What?
12   Q.  As you sit here today, you can't -- can you
13  think of a reason why you would disagree with the
14  assertion that the Plaintiff has the copyright on those
15  works?
16   A.  I -- I don't know if the Plaintiff has rights.
17  I didn't research if Plaintiff has the rights.  We
18  just took off to terminate those videos, that's all.
19   Q.  So, your defenses, Sun Social Media's defenses
20  in this case would be that the DMCA safe harbor
21  provisions protect Sun Social Media from liability?
22   A.  Yes, we do.
23   Q.  And that defense is asserted specific to
24  videos found on all four video hosting sites, right?
25   A.  No.  Can you rephrase, please?



233

1   **Q.  That defense is made with regard to videos**
2   **found on all four video hosting sites?  PeekVids,**
3   **FeedVid --**
4       A.  For all of our branches?
5   **Q.  Yes.**
6       A.  For all our websites.
7   **Q.  Do you agree or disagree with the assertion**
8   **that the website FeedVid was not specifically listed**
9   **with US Copyright office as an Internet service provider**
10  **when this lawsuit was filed?**
11      A.  Well, I don't know.  I can't say anything.
12  It's Sun Social Media is a service provider and --
13  **Q.  Do you see on that form, where it says**
14  **"alternate names of service providers"?**
15      A.  According to this form, yes, I see.  And I do
16  not see the FeedVid here.
17  **Q.  At some point in time, is it your**
18  **understanding that FeedVid was added as an alternative**
19  **name for Sun Social Media for the United States**
20  **Copyright office?**
21      A.  We update and add FeedVid, PeekVids, to that
22  form, to the Copyright office.
23  **Q.  And that occurred after this lawsuit was**
24  **filed?**
25      A.  After the lawsuit.

234

1   **Q.  And nonetheless, you assert the safe harbor**
2   **defenses with regard to the videos found on those two**
3   **websites?**
4       A.  The four websites.
5   **Q.  Have you done any research or investigations**
6   **with regard to affirmative defenses asserted by Sun**
7   **Social Media in this case?**
8       MR. COBB:  Objection, as it pertains to any
9       attorney/client work product or communications with
10      your attorneys.  Otherwise, you can answer it.
11      THE WITNESS:  If I did some research on the
12      Affirmative Defense?
13  BY MR. FREEMAN:
14  **Q.  Yeah.  Do you know what the Affirmative**
15  **Defenses in this case are?**
16      A.  Yes, I know.
17  **Q.  What are they?**
18      A.  What?
19  **Q.  What's your understanding of them?**
20      A.  That we do not agree with any of your
21  allegations, you know, anything from your complaint, we
22  disagree with everything.
23  **Q.  You disagree with all of the allegations in**
24  **the Complaint?**
25      A.  You can refer to the Affirmative Defense.

235

1   **Q.  Well, that's fine.  I'm following your**
2   **understanding, that it was alleged in the Complaint that**
3   **the Plaintiff has registered the copyrights and the**
4   **works at issue in this case.  Do you disagree with that?**
5       A.  You know, I can't answer this question.  This
6   is attorney language, you know, so -- and I don't want
7   to give you anymore information than this.  I'm confused
8   and also, I'm not a 100 percent your question.
9   **Q.  Okay.**
10      **Are you aware of the Affirmative Defense of**
11  **Copyright misuse?**
12      A.  Same answer.
13  **Q.  You don't know?**
14      A.  I don't know.
15  **Q.  You don't know what that is?**
16      A.  I can't -- I can't answer this question,
17  because I don't understand very clearly.
18  **Q.  So if I can't ask you any questions, rather --**
19  **Strike that.**
20      **I can ask you lots of different questions.**
21      **But you can't answer any questions regarding**
22  **the factual basis for the Affirmative Defense of**
23  **copyright misuse, correct?**
24      A.  You already asked me a lot of questions, which
25  probably can support our Affirmative Defense.

236

1   **Q.  I've asked you zero questions.  Let's address**
2   **the Affirmative Defenses copyright misuse.**
3       **I get that.  We're here, you're appointed to**
4   **be able to talk about the factual basis for the**
5   **Affirmative Defenses.  I'm just verifying that you're**
6   **not able to do that today.**
7       A.  I don't understand the question.
8       **I try to explain as much as I can, but you're**
9   speaking with your attorney's language, which can
10  confuse me.  I'm not answering it 100 percent accurate
11  information.  Which I tried to say before.
12      THE REPORTER:  We're off the record.
13      (Recess taken.)
14      THE REPORTER:  We're back on the record.
15  BY MR. FREEMAN:
16  **Q.  In the Affirmative Defenses, Sun Social Media**
17  **has alleged wrongdoing by Hydentra.  What's the factual**
18  **basis of that wrongdoing?**
19      A.  What's the factual basis on that?  It's
20  different, different basis, which I have to clarify.
21  **Q.  Hit me with them all.**
22      A.  Hit them all.
23      MR. COBB:  Don't actually hit him.  You may
24  want to, don't do it.
25      THE WITNESS:  First, we didn't receive your



237

1    DMCA notices.
2 BY MR. FREEMAN:
3    **Q.  Okay.**
4    A.  So we don't know what to, you know, what to
5 takedown, first of all.  Second, you -- you go to us the
6 second time or send any way to give us the knowledge --
7 in order to take down those links, if you're really
8 interesting to do this.  So you prefer to go to the
9 Court and ask us.  So, that, I don't like, I mean, this
10 is unfair.  Send us notice which -- which I don't know
11 what notice are incomplete, but anyway.
12    We disagree with any complaint -- I mean, with
13 the Complaint itself.
14    **Q.  So, listen, you say that and we can go back in**
15 **a bit because there's valid things in there, you make a**
16 **blanket statement like that and I can go through and**
17 **there's things in there that you're not going to**
18 **disagree with.  Okay.  But it doesn't respond to my**
19 **question.**
20    **My question was:  What do you think Hydentra**
21 **has done wrong as it relates to Sun Social Media?  You**
22 **told me, you didn't receive takedown notices and when**
23 **they took -- when Hydentra went to court rather than**
24 **trying a second round of takedown notices.  Those are**
25 **two things that I've heard so far.**

238

1    **Is there anything else that you think that**
2 **Hydentra has done wrong as it relates to Sun Social**
3 **Media?**
4    A.  In order to answer this question I have to
5 have more time to think about it.  So -- but, our
6 Interrogatories are very clear, you know, to saying what
7 we disagree with the Plaintiff's Complaint.
8    **Q.  Did you write those Interrogatories?**
9    A.  Of course, I did -- I did prepare a lot of
10 information for that.
11    **Q.  You prepared a lot of information for that,**
12 **but did you write that answer to that particular**
13 **interrogatory?**
14    A.  Yes.
15    **Q.  So am I going to see you tomorrow?**
16    A.  Well, what -- what do you want to see
17 tomorrow?
18    **Q.  I'm going to see you tomorrow?**
19    A.  Oh, yes.
20    **Q.  Okay.  So you say you wanted some more time,**
21 **can I just ask you this question tomorrow?**
22    A.  Okay.
23    **Q.  Okay.**
24    A.  Yeah, let's ask this question tomorrow.  You
25 know.  I will be thinking more time, to say what we

239

1 disagree on, what you did wrong, because I'm tired to
2 answer you.  There's so much time, a little bit tired
3 now.
4    **Q.  You're too tired to mess with me, is that what**
5 **you're saying?**
6    MR. COBB:  He's tired of you, I think he said.
7    MR. FREEMAN:  All right, let's stop.
8    THE WITNESS:  You're done?
9    MR. FREEMAN:  We're done.
10    MR. COBB:  We're done.
11    THE WITNESS:  Thank you.
12    THE REPORTER:  We're going off the record.
13    (CONCLUDED: 6:24 P.M.)
14
15
16
17
18
19
20
21
22
23
24
25

240

1            CERTIFICATE OF REPORTER
2 STATE OF FLORIDA
3 COUNTY OF BROWARD
4
5    I, MELISSA KALLAS, Court Reporter and Notary
6 Public for the State of Florida, do hereby certify that
7 I was authorized to and did stenographically report the
8 deposition of KONSTANTIN BOLOTIN;  the foregoing
9 testimony was taken before me; that a review of the
10 transcript was requested; and that the transcript is a
11 true and correct record of my stenographic notes.
12
13    I further certify that I am not a relative,
   employee, attorney or counsel of any of the parties,
14
   nor am I a relative or employee of any of the parties'
15
   attorney or counsel connected with the action, nor am I
16
   financially interested in the action. Dated this 26th
17
   day of January, 2016.
18
19
20 _____
21
   MELISSA KALLAS, COURT REPORTER
22 NOTARY PUBLIC, STATE OF FLORIDA
23
24
25



877.291.3376
www.UCRinc.com

Bolotin, Konstantin Vol. II   01-18-2016

241

1           CERTIFICATE OF OATH
2  STATE OF FLORIDA
3  COUNTY OF MIAMI-DADE
4
5     I, MELISSA KALLAS, the undersigned authority,
6  certify that KONSTANTIN BOLOTIN, personally appeared
7  before me and  was duly sworn.
8
   Witness my hand and official seal this 18th day of
9
   January, 2016.
10
11
12
13
   _____
14  MELISSA KALLAS
   NOTARY PUBLIC, STATE OF FLORIDA
15  Commission No.:  EE 206253
   Commission Exp:  6/10/2017
16
17
18
19
20
21
22
23
24
25

243

1                ERRATA SHEET
2  I wish to make the following changes, for the following
   reasons:
3
   PAGE NO.  LINE NO.
4
   _____ _____ CHANGE_____
5
   _____ REASON_____
6
   _____ _____ CHANGE_____
7
   _____ REASON_____
8
   _____ _____ CHANGE_____
9
   _____ REASON_____
10
   _____ _____ CHANGE_____
11
   _____ REASON_____
12
   _____ _____ CHANGE_____
13
   _____ REASON_____
14
   _____ _____ CHANGE_____
15
   _____ REASON_____
16
   _____ _____ CHANGE_____
17
   _____ REASON_____
18
   _____ _____ CHANGE_____
19
   _____ REASON_____
20
   _____ _____ CHANGE_____
21
   _____ REASON_____
22
   _____ _____ CHANGE_____
23
   _____ REASON_____
24
   _____     _____
25   SIGNATURE              DATE

242

1  DATE:   January 26, 2016
   Name    KONSTANTIN BOLOTIN
2  c/o    BRADY COBB, ESQUIRE
3  IN RE:  HYDENTRA V. LUCHIAN, ET AL
4  Dear Mr. Bolotin,
5  Please take notice that on January 18, 2016, you gave
   your deposition in the above-referenced matter.  At
6  that time, you did not waive signature.  It is now
   necessary that you sign your deposition.  You may do so
7  by contacting your own attorney or the attorney who
   took your deposition and make an appointment to do so
8  at their office.  You may also contact our office at
   the below number, Monday - Friday, 9:00 AM - 5:00 PM,
9  for further information and assistance.
10  If you do not read and sign your deposition within
   thirty (30) days, the original, which has already been
11  forwarded to the ordering attorney, may be filed with
   the Clerk of Court.
12
   If you wish to waive your signature, sign your name in
13  the blank at the bottom of this letter and promptly
   return it to us.
14
   Very truly yours,
15
   _____
16  Melissa Kallas
   Universal Court Reporting
17  (954) 712-2600
   I do hereby waive my signature.
18
   _____
19  Konstantin Bolotin
   cc:  via transcript:         Brady Cobb, Esquire
20
21
22
23
24
25



877.291.3376
www.UCRinc.com

**$**

**$30,250** 126:19

**$300** 122:22

**$45** 126:18

**0**

**0** 162:2

**1**

**1** 99:3 126:17
    161:10 162:2

**1,000** 140:25

**1/2** 97:8

**10** 132:12

**10%** 181:19

**10:01** 96:17

**100** 121:25 179:13
    189:2 190:2
    220:11 235:8
    236:10

**11** 110:15 206:3

**1107** 97:8

**1-20** 96:10

**1250** 122:17,18
    123:24

**13th** 105:21

**14** 162:18 200:23

**15** 149:19 200:23

**1500** 122:17,18
    123:24

**15-cv-22134-UU**
    96:3

**16** 99:3 162:18

**18** 96:17 100:3
    149:19 242:5

**18,000** 150:6

**1840** 97:4

**18th** 241:8

**2**

**2** 96:19 99:4 126:18
    161:4,10 165:23
    166:2 172:24
    184:5 216:22

**2,000** 100:22

**2:06** 111:22

**20** 219:6

**200** 156:21 208:13
    212:6

**2010** 103:13

**2012** 103:17

**2013** 103:17

**2014** 103:20 145:11
    201:1,2 204:7
    208:3

**2015** 103:20 126:17
    199:5,24
    200:4,15,19,23,24
    ,25 201:4
    203:3,12 206:3,24
    210:3 211:8,24
    220:19

**2016** 96:17 100:3
    240:17 241:9
    242:1,5

**203** 99:7

**205** 99:8

**206253** 241:15

**23** 204:7

**253** 97:9

**26** 242:1

**2680** 96:19

**26th** 240:16

**3**

**3** 99:5

**30** 216:2 229:6

242:10

**31** 131:24

**33131** 96:20

**33304** 97:13

**33326** 97:5

**360** 182:6,8,19,21
    183:2,6 186:13

**383-4500** 97:9

**4**

**4** 99:6

**426** 150:8

**45** 99:4 146:3,14
    157:3 229:6

**45,000** 156:22 157:1

**48** 218:18 229:17,20

**480** 182:6 183:6

**5**

**5** 98:3 99:7
    203:21,22 204:3

**5:00** 242:8

**50** 146:4 181:20

**56** 99:5,6

**6**

**6** 99:8 205:21 206:1

**6/10/2017** 241:15

**6:24** 96:17 239:13

**642** 97:12

**6750** 208:12 212:5

**688-7642** 97:5

**7**

**700** 191:20,21

**712-2600** 242:17

**720** 182:5,6,16
    183:1,6

**8**

**88,000** 146:23

**9**

**9:00** 242:8

**90** 222:17 223:1

**954** 97:5 242:17

**954.527.4111** 97:13

**98402** 97:8

**A**

**A.M** 96:17

**AARON** 97:3

**AB@BEHARBEH
AR.COM** 97:6

**ability** 130:20
    134:20 135:22
    182:14,21 196:13
    214:1 216:1

**able** 124:19 142:23
    143:11,13 183:1,2
    185:24 187:20
    189:3 190:6 198:1
    217:25 236:4,6

**above-referenced**
    242:5

**absolutely** 144:7

**access** 140:6,8
    196:20 218:19

**accessible** 158:14

**according** 150:5
    152:13 204:19,23
    205:1,11
    206:5,10,14
    208:4,19 216:21
    233:15

**account** 152:10
    153:20 155:1
    170:15 178:15
    179:20,22,24



217:24 218:1 225:25 226:3

**accounted** 140:14

**accounts** 155:22,24 178:16 179:5

**accurate** 236:10

**acknowledge** 199:20

**act** 115:12

**action** 240:15,16

**actions** 174:13 228:15

**activate** 153:20 178:16 179:20,22,24

**active** 154:2 174:24 175:1

**actively** 187:6

**activity** 120:18

**actor** 193:19

**actual** 155:22 225:9,10

**actually** 131:6,10 134:9 143:1 147:17 158:18 160:13 161:3 162:19 173:11 186:17 213:10 223:8,9 225:13 236:23

**ad** 140:5 142:13

**add** 136:6 177:23 201:23 205:17 225:11 233:21

**added** 216:24 233:18

**addition** 118:10 144:18

**additional** 201:23

**address** 104:7

116:25 129:2 147:22 152:20 159:19 208:9 210:7 211:5 212:5,17 222:21 236:1

**addressed** 111:2 148:18 149:4 193:2 207:6,8,9 208:20

**addresses** 149:3 158:20 222:16,18 223:8,16,17 225:8

**adjust** 143:11

**admin** 184:16 195:12 196:20 214:19

**administrator** 155:17 159:9 196:22,23 197:3

**administrators** 118:25

**ads** 139:20 142:7,8,21,22 143:11

**adult** 172:10,13 194:2

**adult-oriented** 194:10

**advance** 131:23,25

**advertise** 129:11 132:18

**advertisement** 140:6,13 141:17

**advertiser** 130:24 131:5,9 140:5

**advertisers** 129:6,8,10,14,16, 18,19,22 130:1,2,5,14,16,1 9 132:18 135:11,24 137:3

139:24 140:18 141:16 142:4 143:18 154:10,11

**advertising** 130:22 131:8 135:3 143:1,23 154:12

**advice** 114:20 115:16,17,20

**affect** 196:13

**affirmative** 234:6,12,14,25 235:10,22,25 236:2,5,16

**afraid** 224:24

**against** 170:2 176:24 185:14 200:6 202:10 216:20

**agent** 117:16 202:21,23 203:4,7,13,23 204:5,17 206:9,12,13,17 207:13,22,24 208:2 209:3 210:7,25 218:9 226:12 228:6 231:10

**agents** 206:21

**ago** 153:2 172:12

**agreement** 135:6 137:17

**agreements** 135:3

**ahead** 149:13

**AL** 242:3

**algorithm** 128:10,15,16 146:2,7 149:20

**alive** 153:23

**allegations** 102:15 234:21,23

**alleged** 230:10 235:2 236:17

**allow** 194:11

**allowed** 145:25 146:1

**already** 153:14 165:23 186:9 235:24 242:10

**alternate** 233:14

**alternative** 204:20 205:7 233:18

**altogether** 113:2

**am** 161:8 200:11 224:21 230:18 238:15 240:12,14,15 242:8

**amended** 99:7 203:22 204:4 216:24

**American** 160:24,25

**amount** 100:22 102:17 108:13 109:12 123:8 133:14 140:19 156:23 229:14

**Andreev** 121:5 123:13

**A-N-D-R-E-E-V** 121:17

**Andrews** 208:12 212:6

**animal** 194:11

**answer** 102:23 103:7 104:1 108:9,10 109:10,15 110:23 112:1 113:9 116:20 136:3 137:14 139:23 140:17 148:4,7



149:14,15 163:23
165:2,3 178:24
188:23,24 211:10
234:10
235:5,12,16,21
238:4,12 239:2

**answered** 110:24
201:9

**answering** 236:10

**anybody** 107:18,21
118:5 119:6,7
151:16,23 152:1
221:3

**anymore** 226:3
229:19 235:7

**anything** 102:11,16
108:11 115:18
148:12,13
156:6,13 157:12
160:17 161:21
162:4 165:14,18
174:2,6 183:12
194:20,22 211:12
226:1,2 227:14
233:11 234:21
238:1

**anyway** 237:11

**anyways** 210:9

**anywhere** 158:7,13

**apologize** 122:24
184:19 204:16

**appear** 126:12
196:1 210:6

**APPEARANCES**
97:1

**appeared** 241:6

**appears** 222:17

**apple** 121:14

**applied** 175:16
188:16 225:13

**apply** 128:11

174:13

**appointed** 206:21
236:3

**appointment** 242:7

**appreciate** 174:7,8

**approval** 196:6

**approve** 188:19

**approved**
187:23,24,25
188:9,12,17,22
189:7,8,9,17,23
195:9

**approves** 195:16

**approximation**
162:16

**architect** 168:24

**archive** 185:7,24
186:1

**area** 161:23 185:1

**aren't** 227:5

**argue** 156:3

**Aside** 111:23

**aspect** 114:8 146:20

**aspects** 110:16
115:5

**assert** 234:1

**asserted** 232:23
234:6

**assertion** 232:14
233:7

**assigned** 208:2

**assistance** 242:9

**associated**
105:17,19
107:18,21,23
108:3 197:13,14
223:9

**ASSOCIATES**

96:18

**association** 225:9

**assume** 158:8
226:19

**attached** 110:21
140:12 180:11

**attention** 220:15

**attorney** 114:6
152:18 156:1
171:9 205:25
209:23,24 235:6
240:13,15
242:7,11

**attorney/client**
234:9

**attorneys** 171:11
234:10

**attorney's** 101:11
236:9

**audio** 191:7,8

**authored** 162:6,13

**authority** 241:5

**authorized** 240:7

**automatic** 138:12
217:3 221:13
222:10 226:20

**automatically**
152:15 160:7,9
187:3 197:5
217:19 221:22
222:2 227:6

**available** 181:19,20
187:4,14 196:10

**Avenue** 97:8,12
208:12 212:6

**aware** 104:20 145:7
147:4,8 150:4
151:4 170:13
235:10

**awareness** 171:1,4

**away** 116:20

_____

B

**back-end** 118:22,24
119:24,25
120:2,3,5,10,14,1
7,20,24 121:1,18
125:13
126:8,15,24 142:5
180:14,21,22,24
181:1 214:19

**bad** 113:22 177:16

**balance** 116:21,23

**balances** 182:15

**balancing** 182:11

**bandwidth**
138:4,6,7,8,10

**based** 102:20
107:13 139:9
140:18 164:24
181:17 214:23,25
215:6 227:19
228:4,5,7

**basic** 134:24

**basis** 119:2 120:23
235:22
236:4,18,19,20

**BCOBB@COBBE
DDY.COM**
97:14

**became** 163:25

**become** 114:10
194:7 195:8

**becomes** 197:4

**beginning** 110:2
191:19

**behalf** 96:16
97:2,10 149:2
151:17,18,21
207:4 210:7 211:1
215:22



**BEHAR** 97:3

**belief** 149:6 223:15

**believe** 110:21,25
 111:1,2 134:12
 159:23 230:8

**beside** 212:15

**besides** 112:17
 193:24 194:16

**best** 137:14 138:11

**bet** 144:7 177:19

**better** 129:16
 135:13 145:2
 181:21

**beyond** 111:13,19

**bill** 146:13

**billing** 140:14

**BISCAYNE** 96:19

**bit** 100:6 136:1
 187:4 201:24
 226:10 237:15
 239:2

**black** 134:8

**blank** 154:14
 242:13

**blanket** 237:16

**block** 214:22
 215:16

**blocking** 214:20
 215:6,8,9 222:10

**BLVD** 96:19

**Bolotin** 96:7,15
 98:2 100:2 180:1
 205:25 240:8
 241:6 242:1,4,19

**bonds** 122:22

**bonus** 122:20

**bonuses** 122:14,16

**bookkeeping**

116:19 117:10,24

**boring** 219:19

**bother** 226:4,5

**bottom** 141:18
 169:17 220:12
 242:13

**bought** 130:13

**bounce** 160:19

**bounced** 158:19
 159:13 160:11
 161:15

**bounces** 159:1

**bouncing** 160:13
 161:15
 163:9,15,21,24
 173:9,10

**Bowl** 204:2

**Brady** 97:11
 242:2,19

**branches** 233:4

**break** 116:5,10
 144:6 177:18
 201:13

**bringing** 134:4

**broker** 130:7
 131:8,12,14
 140:24
 142:14,15,18
 154:21

**brokers**
 130:10,11,18,22
 135:3,25 136:1
 140:5,20,22,23
 141:3 154:21

**brought** 227:1

**BROWARD** 240:3

**BRYN** 96:18

**build** 120:6 126:22
 142:1,3 153:17
 155:11 164:25

171:9

**building** 126:22

**built** 153:13

**bunch** 126:23
 156:22

**burned** 187:19

**business** 107:14
 112:21 113:2,4
 114:13 138:14
 171:16 172:2
 218:19 232:8

**button** 198:5

**buying** 134:1

———————

——— C ———

**c/o** 242:2

**cabinet** 169:8

**calculate** 131:24
 133:1

**care** 105:8 142:15

**careful** 146:10
 212:25

**carry** 116:1

**case** 96:3 134:14
 178:13 179:8,11
 187:11 194:16
 199:5 214:7
 226:22 232:20
 234:7,15 235:4

**cases** 198:18

**cash** 145:24

**catching** 194:5

**categories** 119:17

**cc** 242:19

**center** 193:15

**CEO** 108:5

**certain** 114:7,8
 154:5 165:12
 167:11,12 198:21

**CERTIFICATE**
 240:1 241:1

**certify** 240:6,12
 241:6

**Chairman** 108:5

**chance** 172:9
 225:18

**change** 128:16
 166:25 167:4,19
 185:15,18 198:2
 243:4,6,8,10,12,1
 4,16,18,20,22

**changed** 105:8
 106:13,14 127:18
 146:13 188:9

**changes** 243:2

**changing** 128:10,15
 184:2

**charge** 132:8,9,25
 134:3 140:24
 141:1 209:12,16

**charges** 132:17

**charging** 118:7
 132:24

**cheaper** 126:10

**check** 105:12 107:7
 137:22
 145:18,19,20
 151:7 161:23
 162:22,25 200:21
 201:12
 211:12,14,15
 222:1 231:12

**checked** 105:7

**checks** 222:16

**child** 193:10,24

**choice** 151:1 178:22

**choose** 196:16

**chose** 157:18

**chosen** 157:15



claim 99:7 221:25
231:23

claims 102:12
203:24 204:6
216:23

Claims_count-
strikes 169:18

clarification 229:12

clarify 144:11
223:6 236:20

clear 100:10 150:22
154:19 161:8
178:3 180:3,7
202:2,4 213:12
238:6

clearly 235:17

Clerk 242:11

client 134:12 156:7
208:8,16 224:24
230:10,16

clients 172:13

client's 230:15

close 114:5 206:6
228:18,20,21

closely 231:7

clue 132:17

CO 145:13,17

Cobb 97:11,12
102:9,22 103:3,5
104:1 108:7,11
109:9,14 110:18
111:15,20,23,25
113:9 116:5,8
134:11,16 138:7
148:3,9 163:14,17
164:1,3,7 165:5
201:13,15 223:12
229:4,6 234:8
236:23 239:6,10
242:2,19

code 140:11,12

142:25
143:3,17,18,22
169:5,14

codes 143:24,25
144:1

collect 141:19
166:12 227:24
228:1

collected 165:21
166:13 172:25
173:5,10

column 161:3
166:20

columns 166:14

COM 96:9,10

comes 108:17
142:19 154:23

coming 141:8 187:8
227:7

comments 165:7
194:13 203:9

COMMERCE 97:4

Commission 241:15

commitment
137:23,24
138:4,5,12

common 138:14
149:25

communicate
112:18,22 191:1

communicating
112:10

communication
107:12 112:13,15

communications
107:9,22 234:9

companies 104:15
105:18,20,23,24
107:24 108:2
130:7 200:17

company 100:19,20
101:23,25 105:2
108:4,18 119:1
124:6 133:16,17
137:7 139:25
150:11 199:18,23
200:2 201:7
222:12 231:23

Comparable 143:7

compare 127:6
137:4 151:1

comparison
150:2,19,20

compatible 143:5,8

compel 111:3

compensated
191:16

competitors 134:12

complain 137:16
186:17

complained 224:6
226:12,14

complaining 192:18

complaint 102:15
188:19
200:6,13,22 202:9
230:7,11 231:3
234:21,24 235:2
237:12,13 238:7

complete 178:24
219:17

completed 184:13

completely 164:23
196:9

complicated 165:1
212:23 219:2,5,20

computer 156:5

concept 168:10

conceptually 169:6

concerns 228:14

CONCLUDED
239:13

condition 186:18
189:23

conditions 152:23
172:3,6 185:2
189:18 197:11

confirm 116:4
149:9,10,23
150:7,9 199:15
200:9,10 201:11
206:5,7
208:6,18,19 209:6
211:12,25 212:2
220:20

confirmed 208:9

confirming 149:22
150:1 151:6
200:11

confuse 122:15
223:10 236:10

confused 100:7,14
235:7

confusion 202:1

connect 159:19
192:10

connected 159:25
240:15

connecting 160:7

consider 193:17

consistent 222:20

Constantin 96:7
97:16 116:17
206:8,12,24
208:12,20 210:2,6

Constantine 204:15

construct 157:16

contact 109:17
242:8

contacting 242:7



contained 205:2
231:8

contains 192:14

content 135:17,19
136:4 145:17
149:2,7,23
151:9,10 153:10
193:19 198:14

contest 232:2,5

continue 129:20

contract 138:3
207:11,12

contracted 132:8

contractor 115:13
117:4 118:17
190:22 191:13

contractors 109:3,6
118:11 152:7

contracts 135:10

contractual 137:17

control 130:15,17
179:13

controllable 158:14

conversation 120:9

conversations
114:16 191:3

conversion 220:6

convert 139:13
183:19,24
185:1,4,24 192:12
219:25 220:7

converted 184:14
186:7,9 197:12

converter 185:22

convertible 185:9

converting 139:14

converts 183:21,22

copy 142:7,8
152:9,11 153:5

174:1,2,4 193:2

copyright
170:13,14,16,22
185:1,10,14,15
186:19 203:11
204:7,12,17
205:4,8,14,16
206:9,12,13
207:22,24 208:2,9
231:10 232:3,14
233:9,20,22
235:11,23 236:2

copyrights 230:15
232:7 235:3

corporate
105:1,14,15
106:25
117:7,8,16,24
205:18 209:1
210:22

corporated 216:9

corporation 96:4,8
101:3,5 105:1

correct 131:4
135:24 141:14,15
152:17 174:10
175:5 176:19,23
177:8 178:12
179:16 180:5
193:5
204:18,22,25
205:15 206:9
212:11 225:23
235:23 240:11

CORRECTED
96:13

correction 120:13
141:15 198:2

corrections 198:17

correspond 221:15

cost 125:5

costs 109:13

counsel 97:1
240:13,15

count 167:4
169:18,19,24
170:4,20 173:8
174:12 216:22,23

counter 215:24

counterclaim 216:3
225:12 227:14

counter-notice
227:3

COUNTY 96:2
240:3 241:3

couple 144:11
228:17

course 113:15,25
114:3 124:5
134:13 167:1,24
238:9

court 96:1 102:19
103:5 111:2,3,21
237:9,23 240:5,21
242:11,16

cover 109:5

create 126:23,24
149:19 178:15
179:4,24 209:25
214:1,22 215:9

created 127:21
128:24 222:19

creating 128:7
219:17

credential 173:6

credentials
179:6,7,12

credit 132:4,12,13
136:7

criteria 181:15
183:9
193:7,8,22,24

current 118:2

119:14 124:1
132:3,5 184:23

currently
104:17,21,23
109:8,12 118:10
120:24 188:21

custom 139:6,8
164:16,17,18,23
198:10

custom-drafted
162:7

customizing 139:16

cut 100:23

cutoff 105:21

―――――――
D
―――――――

d/b/a 96:4,8

daily 109:17
120:18,23 131:24

data 143:23
166:19,24
167:14,17
168:22,23 172:25
173:5,9,11
179:13,24 180:5

database 127:11,14
144:2,3,4,5 155:7
157:25 160:14,21
161:2,3,20,22
165:25
166:10,20,21
168:5,13,14
169:1,3,7,13
170:5,8 173:12,17
174:9 179:14,15
180:11 184:1
187:3 196:25

databases 127:12
157:10,11 165:21

database's 143:21

date 103:13 123:15
170:7,9,21 174:12



221:15,16,20,21 222:3 242:1 243:25

**dated** 206:2 240:16

**dating** 162:3

**day** 109:4 120:7 121:20 122:1 126:21,22 132:1 137:6,8 154:12 156:25 170:6,9,11 172:7 191:14 221:19 222:9 240:17 241:8

**days** 131:25 146:3,5 154:22 216:2 242:10

**day-to-day** 102:14 109:6 119:2 167:7

**deal** 135:13

**dealing** 119:4 140:1

**deals** 129:11

**dealt** 146:7 228:21

**Dear** 242:4

**debt** 102:1 110:16 116:1,3

**debts** 146:11,12

**December** 122:13,14 224:11

**decide** 140:1,2,4 181:4,13

**decides** 197:13

**decision** 168:22 181:16

**dedicated** 105:10 106:17,21 174:18 190:13 214:9,10

**DEFENDANT** 97:16

**Defendants** 96:11 97:10

**defense** 141:12 232:23 233:1 234:12,25 235:10,22,25

**defenses** 232:19 234:2,6,15 236:2,5,16

**definitely** 188:20 200:21 218:12

**delegate** 130:17 221:3,5

**delete** 159:2,3 196:23 216:1

**deleted** 159:10 185:1,16,18 188:15 216:6

**deleting** 162:4 185:17

**deliver** 130:25 132:4 139:18 142:4 155:13 156:21

**delivered** 133:1 141:7 156:19,20

**delivers** 132:3

**delivery** 130:25 132:25 163:5 212:4,8

**Dependent** 195:25

**depends** 135:23 141:16 156:10 181:18 195:13,24 196:1 218:16 229:22,25

**deposition** 96:15 100:2 110:2,20 204:4 206:2 240:8 242:5,6,7,10

**Depsition** 100:4

**describe** 164:23

**described** 104:4

164:3

**description** 99:2 197:24 198:2,4,6,7,15,16, 19

**descriptions** 197:21,22

**deserve** 226:8

**design** 119:18 127:18,20 145:1,12,14,15,20

**designation** 203:23 204:5

**designed** 142:20

**Designer** 118:17

**designs** 142:13

**desktop** 140:3

**details** 114:4,7

**determination** 162:21

**determine** 140:10

**determines** 139:20 183:12

**developers** 161:7

**difference** 122:12 126:7,9 133:12 143:21 167:22 181:22 218:22 220:2

**differences** 173:16

**different** 115:17 126:6 127:24,25 128:1 130:23,24 131:16 133:13 139:22,24 140:3 141:17 145:1,2 166:14,16 173:14,21,22 176:1 178:5,6 179:10 182:5,6 183:23,25

184:8,20 185:3 188:25 189:10,13,15 192:12 195:12,14 196:2 197:1,19 198:19 200:1,17 213:2,20 215:9 217:10 224:1,7 230:20,22 235:20 236:20

**differentiation** 183:3

**difficulties** 144:15,16

**dimensional** 169:7

**dimensions** 169:8

**D-I-M-I-R** 121:15

**direct** 98:3 107:14 149:7,8

**directly** 107:11 149:4

**director** 172:8

**disable** 215:16,17 218:14,18,19 231:13

**disabling** 216:25

**disagree** 171:17 232:6,13 233:7 234:22,23 235:4 237:12,18 238:7 239:1

**disbursement** 108:25

**disbursements** 101:13

**disclose** 134:10

**disclosing** 114:7

**discount** 137:10

**discoverable** 110:23



discovery 199:8
201:9 202:8

discuss 110:16

discussed 131:23
139:19 194:16

discussion 104:5
110:17 148:10

dispersement
103:12,15,20

display 143:15
152:16 188:13,21
196:18 231:2

displayed 153:11
154:13 180:25
188:2 194:7 195:9
196:14 209:15

distinctive 177:13

DISTRICT 96:1

DKIM 156:14

DMAC 150:13

DMCA 99:8
117:15,17,24
118:18 145:4
148:13,17,21
150:2,6 170:25
171:6,8,12
199:17,18,20,22
200:3
202:17,21,23
203:4,7,13 205:21
206:3,16 207:13
209:3 213:3 218:8
226:12,14 228:5,6
229:23 231:8,9
232:20 237:1

docs 117:7

document 149:18
155:15,16
204:8,13,15,19,20
,23 205:1,11,17
206:6,10 208:8

documentation

205:4

documents
206:11,14,15,20
208:4,7,14,18,20,
22 209:4,6,11,24

dog 194:5

dollar 124:1

dollars 123:24

domain 155:5

done 123:10 163:22
176:10 180:22
212:8,9 217:2,18
222:10 231:5
234:5 237:21
238:2 239:8,9,10

download 165:13

downloaded 213:8

downloading
192:11

draft 198:11

drafted 161:17
198:11

drafts 142:7,8

draw 101:10

drawn 150:2

draws 177:13

dropped 146:13

Duces 110:21

ducks 194:11

due 187:2 227:13

duly 241:7

duplicate 145:17,22
146:7,8

during 126:19
190:8 199:8,18
222:25

duties 172:20
191:25

———————
E
———————

earlier 117:6 139:4

easier 121:9

easily 169:9

easy 113:16 155:12
220:4

EDDY 97:12

editor 214:18
219:16

education 150:15

EE 241:15

effect 128:14 149:8

effectively 134:20

efficiently 169:13

Either 232:8

electronic
118:20,21 192:23
215:2,10 218:18

electronically
117:20 213:5
215:3

else 119:6,7 135:13
177:24 192:4
196:17 221:3
238:1

e-mail 97:9 120:13
155:1,18,22,24
156:1,7,12,14,16,
19,20 157:7,9
158:9,20
159:13,19,25
160:11,12,13,15,1
8 161:6,14,15,19
162:1,5 163:4
173:9 192:10
202:25
210:8,20,22,24
211:2,7 212:14
213:7,8 214:13
216:11
222:16,17,21,25

223:5,7,16,17
224:7 225:8

e-mailed 211:22

e-mails 154:7
155:6,24
156:17,22 157:21
158:1,7,19 160:1
163:6
192:12,24,25
210:4 213:18,19
214:8,9
223:7,24,25
227:20,21 228:11
229:3

employee 124:17
240:13,14

employment 125:2

engine 128:5
134:3,20 136:23
144:12 149:5,8
168:10

engines 133:24,25
135:2

ensuring 169:13

entertainment
172:10

entity 103:24 118:5
131:5,9 133:6

equipment 106:24
109:4,7

ERRATA 243:1

error
185:1,9,20,21,22,
23,24 196:23

errors 145:18

ESQ 97:7

Esquire 97:3,11
98:3 242:2,19

essentially 127:25
154:14

establish 215:24



225:14

**estimate** 110:4
157:2

**estimating** 110:3,5

**estimation** 110:7

**ET** 242:3

**everybody** 113:2
118:7

**everyday** 109:20
121:21 142:6
229:22

**everything** 109:5,6
171:7 224:15
228:8 234:22

**exact** 103:13
123:8,15 145:8,10
199:7,10,11
204:13

**exactly** 123:6
135:7,8,15 138:16
146:8 152:22
154:15 155:3
156:24 159:8,24
162:14,18 170:10
191:20 197:17
215:11 226:15
228:8 231:25

**EXAMINATION**
98:1,3

**examine** 152:24

**examined** 226:20

**example** 125:4
128:5 132:1
139:24 149:24
160:25 175:21
176:6,10,12,14
177:11 178:2,4,6
179:23 181:18
182:4,22 184:2
185:6,7 186:16
187:16,18 188:19
189:19 193:14

196:5 198:18
213:7 214:7 217:9
218:17 219:21
226:13 227:24

**Excellent** 188:1

**Except** 143:24

**exchange** 124:1

**exclusive** 152:16

**Exhibit** 99:3
161:4,10
165:22,23 166:2
172:24 184:5
200:13,22 202:10
203:22 204:3
205:21 206:1
216:22 230:6,11
231:2,13

**exhibits** 99:1,2
121:10

**exist** 170:1 178:19

**exists** 223:8

**Exo** 131:20

**ExoClick** 130:7
131:20,22 132:17
135:6

**E-X-O-Click** 130:8

**Exp** 241:15

**expect** 210:8

**expectation** 206:25
210:3

**expedite** 220:9

**experience** 120:11
135:21 144:25
145:12 159:5
171:23 222:20
226:11

**experiment** 145:1

**explain**
116:15,16,20,24
136:17 153:12

167:20,24 185:11
199:7,10 221:23
236:8

**explained** 153:15

**eyes** 108:21

———————

F

**Facebook**
179:1,2,5,6,11

**fact** 126:17
200:9,10,11
220:20 225:14

**factors** 196:9,21

**factual** 235:22
236:4,17,19

**fair** 101:7 103:14
118:4 123:7
125:22 126:15
134:23 137:16
139:3 176:2,6,19

**fake** 222:21

**fall** 119:17

**false** 206:16,20

**familiar** 105:20
108:17

**feature** 163:3

**features** 120:7
126:3

**February** 145:11

**FeedVid** 152:6
175:24 204:25
205:6
233:3,8,16,18,21

**FEEDVID.COM**
96:9,10

**feeling** 101:24
227:16

**fees** 137:10

**FFMPEG** 139:13
183:23 186:10,12

**field** 161:6 162:1
166:20 170:4,8

**fields** 167:11,12

**fight** 130:20

**figuratively** 161:9

**figure** 163:23

**file** 156:5 169:7
180:19,23
181:9,10,25
182:2,3,5,16
183:6,19
185:7,8,23,24
186:1
187:7,16,17,18,20
,21 188:3 189:1
193:14,15 196:23
227:14

**filed** 204:6
205:8,14,20
231:19 233:10,24
242:11

**files** 180:18
182:5,12 183:20
187:9

**filings** 105:1,2
117:8

**filters** 128:11

**final** 183:20

**finally** 195:16

**financial** 130:21

**financially** 240:16

**findandtry** 153:14
155:1,5
157:1,8,10,11
158:18 170:17

**findandtry.com**
155:4 204:21

**finding** 162:4

**finds** 160:17

**fine** 103:8 110:4



**UNIVERSAL**
**COURT REPORTING**

877.291.3376
www.UCRinc.com

163:9 235:1

**finish** 211:20 227:1

**fired** 119:12,15

**FIRM** 97:7

**first** 103:11,12
111:20
121:13,16,17
124:22 128:3
131:19 132:1
144:24 145:12,13
150:9,10
153:9,11,13
154:13 155:19
168:7 169:22
180:15 181:3
182:20 184:24
197:1 201:12
202:20 211:13
224:5 236:25
237:5

**five** 123:5 159:23
218:21 219:11,12

**fix** 156:9
157:12,14,16,18,2
0 187:5,6
213:15,18 214:5

**fixed** 122:6,7 137:2

**flag** 160:24,25
161:15,21 162:2
173:9 188:20
189:10,14

**flagged** 160:18,20

**Florida**
96:1,2,20,25
97:5,13 208:13
212:6 240:2,6,22
241:2,14

**flow** 180:13

**focus** 125:12 126:3
157:23 159:11

**folder** 156:2,8,13
160:10

**folders** 156:6

**folks** 223:16

**force** 115:23 222:24

**foregoing** 240:8

**foreign** 96:4

**forgetting** 131:18

**form** 99:4 104:2,8
206:6,7 208:17
210:8 223:12
233:13,15,22

**format** 192:23
215:10

**formation** 117:7

**Fort** 212:6

**forth** 100:11

**forum** 158:13

**forward** 202:24
207:4,5 210:24
212:21

**forwarded** 212:16
242:11

**foundational** 114:8

**frame** 231:24

**free** 118:6,8

**freedom** 135:11

**freelancer** 126:11

**FREEMAN** 97:7
98:3 100:8
102:21,24
103:4,8,9 104:6
108:8,15,21,23
109:11,16
111:9,16,17 112:4
113:12 116:7,14
134:17 138:9
144:7,10 148:5,19
163:16,19
164:1,5,8 165:8
175:12 177:19,25
194:14 201:14,21

203:10,21 204:1
205:24 218:2,7
223:13 229:5,11
234:13 236:15
237:2 239:7,9

**Friday** 242:8

**friend** 113:11,16,18

**friends** 113:24

**friendship** 113:8

**Frisbee** 194:6

**front** 116:7 118:24

**front-end** 119:25
120:9,10,12,15
124:13
125:8,10,11,14
126:8

**Ft** 97:13 208:13

**full** 122:1 123:9

**full-time** 123:12,14
124:17 191:23,24

**function** 155:23

**functional** 163:25

**functionality** 218:5

**funny** 104:10
111:24

**future** 158:5

---

**G**

**gain** 172:9

**gaining** 135:23

**general** 131:21
149:6 189:5
190:1,4,6

**generally** 146:25
196:17 218:13,23

**generated** 149:1
226:19

**germs** 134:8

**gets** 140:12 150:17

177:6 188:9
191:16 216:24

**getting** 113:15
122:14 133:18
148:16 180:18
184:12 191:20
222:24 227:16

**gives** 125:6

**giving** 194:15

**global** 161:4,6,11
173:4,11,16 174:9
179:14

**goal** 218:18,23
229:17

**Google**
128:3,4,6,9,10,13,
16,22 129:2
134:22,23
135:2,20 136:5
144:15,16,19
145:4,9,22,23,24
146:1,2,3,5,16,19
147:4,8,15,16,19,
21,22,23,24
148:8,12,14,17,21
149:2,3,15,16,17,
20
150:3,5,10,11,21
151:1
213:22,23,25
214:1,2,4,7
223:22 228:13

**Google's** 146:6
147:17 150:22

**googly** 108:21

**gotten** 158:19

**grab** 159:19 165:12

**Grand** 130:8
132:21

**grants** 152:15

**great** 164:5 165:24
175:9



**group** 184:24
190:21

**guess** 110:8 191:14
208:23,24

**guy** 112:23 115:25
118:18
124:14,15,16
126:10 190:13
192:17 196:3
224:3,6

**guys** 100:11 116:11
139:15

---

### H

**hand** 241:8

**Handing** 121:12

**happen** 154:9
187:10 229:22

**happened** 113:22
128:5 146:15
187:20 216:10
232:1

**happens** 180:10,12
183:17 231:25

**harbor** 232:20
234:1

**hard** 103:22 146:14
155:13 164:22

**hardware** 182:22

**haven't** 105:7 227:9

**having** 102:6 120:9
144:15,16 148:1
180:2 182:22
228:21

**hear** 111:15 148:18
159:4

**heard**
165:4,9,11,16,17
171:24 237:25

**held** 104:5 148:10
168:22,23

169:11,12 173:11

**help** 114:2

**hence** 110:22

**hereby** 240:6
242:17

**Here's** 179:10

**herself** 102:18

**he's** 110:23,24
113:11,15
114:22,23 116:17
118:17 123:14
124:15,16,17,21
126:10 161:25
163:14 166:13
190:22,24 191:24
192:5 194:15
198:15 210:15,17
215:3,5 217:24,25
226:4,5 239:6

**hide** 210:16

**hiding** 218:11

**highlighted** 160:23

**highly** 183:9

**hit** 236:21,22,23

**HLP** 96:4

**hold** 110:5 150:19
198:4

**holidays** 230:2

**home** 190:6 222:24

**honest** 175:10

**horrible** 145:12
146:9 152:12
153:3

**hosting** 106:2
115:6,16 127:9
134:19 137:10
139:5 151:10
152:2,8 153:4,13
162:11,12 173:18
174:10,21 175:2

176:2 177:6
192:22 194:8
195:10 211:23
232:24 233:2

**hour** 156:20,21,22

**hourly** 122:3

**hours** 218:18,19
229:17,20

**housed** 179:13

**HTML** 125:21,22
126:4,6,10,13,18,
20,24 127:5
155:16

**huge** 149:17 150:18
164:20 165:3
168:7 193:15

**human** 224:23

**hundred** 121:23
156:20 157:3

**hurt** 220:17 224:25
225:1

**Hydentra** 96:4
200:3,18 201:4,5
202:7 206:23
211:9 220:19,21
221:1,8 222:13
228:25 236:17
237:20,23 238:2
242:3

**Hydentra's** 228:15

---

### I

**IB** 138:21,24

**ID** 167:15

**idea** 153:14

**identification**
203:25 204:4
205:23 206:1

**identity** 102:10
108:12

**iframe** 142:25

143:4,5,18,22,24,
25 144:1

**II** 96:14 100:1

**I'll** 163:20 222:23

**I'm** 100:6,14,23
101:9 102:22
103:6 104:2,22
105:20 108:16
110:4,5 111:7,11
112:23 113:13
115:25 116:10
119:4 122:23
124:18 131:18
132:6 135:6
138:19 141:12
144:23 146:24
148:20 149:21
150:1,4 151:3,6
152:18 154:23
158:4 160:3,4
163:20 165:15
166:23 168:24
169:4 171:1
174:22
175:1,21,22,23,24
176:10,16 177:7
180:1 189:3 194:4
197:19 200:2
201:2,9 207:21
208:23 209:2
213:1 220:12
223:7,8,15
224:19,23 225:16
227:16 228:19
229:7,13 230:12
235:1,7,8
236:5,10 238:18
239:1

**imagine** 219:23

**immediately** 220:22

**implement** 158:25
163:3 170:8

**implemented**
142:23 163:25



170:5

**import** 157:12

**importance** 125:19

**important** 134:23 135:1,17,19 136:4,6,20 144:24 162:20 171:15,18 172:1 173:22 196:24 202:9 221:5

**improve** 120:6,21 163:4 227:11

**improving** 142:6

**inbox** 163:6

**Inc** 96:8 97:7 105:14,15 106:25 107:9,19,22 116:18,19 117:1

**incidents** 224:1

**included** 170:20

**including** 134:25

**income** 146:13

**incomplete** 237:11

**Incorporate** 116:18 117:1,13,22 118:10 119:8,18 202:23,25 203:5,6,19 204:17 206:13 207:3,4,10,11,12, 15,17 209:3,22 210:8,9,12,14,16, 17,18,20,23,25 211:7 212:16,24 214:13,17

**increase** 128:2 157:25

**independent** 109:3,6 115:13 117:4 118:11,17 152:7 190:22

**index** 98:1 99:1 145:23

**indicated** 190:8

**indicating** 204:19 209:18,20

**indirect** 107:13

**individual** 96:7

**individually** 96:8

**information** 101:20 103:21 109:25 110:21 136:25 150:10,12 151:4,7 158:2,5,16 163:1 164:2 165:21,22 166:12 168:6,19 170:3 172:18 174:5 196:25 199:15 201:11,23 208:17 211:11 222:13,15 223:22 227:24,25 235:7 236:11 238:10,11 242:9

**informed** 153:22

**infrastructure** 138:19,23,24 139:2

**infringe** 217:6

**infringed** 176:9 225:15 230:8,15,24

**infringement** 99:7 166:5 169:20,21,24 170:13,16,23 171:8 175:11,16 176:25 177:10 178:14 203:24 204:6

**infringements** 166:4 170:21

177:5 225:9

**infringer** 175:4 176:16 177:8 217:7 221:13,21

**infringing** 175:3,23,24 176:1 177:7,12 178:5 226:5,6,7

**in-house** 192:9

**initial** 154:25

**initially** 129:10 166:25 173:1

**input** 114:17 222:21

**inquiries** 168:4

**insertion** 206:19

**inside** 146:10

**Instagram** 148:25

**instance** 167:12

**instant** 155:23

**instruct** 102:23 103:7 104:1 108:9 109:9,14 194:17,19 195:6

**instructed** 193:8,18 194:9 202:24 210:22

**instructing** 108:9

**instructions** 194:15

**insured** 142:22

**INT** 96:4

**intended** 127:25 195:21

**intentionally** 180:4

**interaction** 112:8

**interest** 102:8

**interested** 240:16

**interesting** 112:12

127:16 237:8

**interim** 203:22 204:5

**Internet** 117:20 148:23 165:12 233:9

**interrogatories** 201:10 238:6,8

**interrogatory** 201:6 238:13

**interrupt** 157:14

**introducing** 157:8

**invalid** 158:20 222:18 223:2 226:18

**investigations** 234:5

**invoice** 122:5,7,9 125:6 131:25 133:3 135:9 140:18 141:22

**invoiced** 132:1

**invoices** 106:15 118:2 122:4

**invoicing** 137:2 140:10 141:20

**involved** 102:14 104:14,15 148:13

**involvement** 115:5,8,9

**IP** 107:5,6 167:13

**irrevocable** 152:16

**Ishmael** 156:14

**isn't** 182:20 205:3

**issue** 114:10,12 147:12,14,15 148:15 171:9 192:16 235:4

**issues** 170:13,16,23



**item** 110:22 126:6

**it's** 100:9,10,13
    103:22 110:4
    111:1,25 113:16
    121:9 122:5,7
    124:14
    126:1,9,20,21
    128:8,22
    130:4,7,23,24
    132:11 133:13
    134:8,14,23,24
    135:1 136:4,5
    137:13 138:1,14
    139:11,13,14,22,2
    3 140:17 143:3
    144:21,23
    145:20,23,24
    147:14,21,23
    149:3,6,12,14,17,
    19 150:14,15
    152:12,13 153:3,6
    155:11,12,13
    156:5,9,14
    158:1,3,5 159:25
    160:18,20 161:3
    162:10,19 163:4
    164:16,20,22
    165:1,2,3
    166:3,5,13,14,20
    167:19 168:19
    169:6,23 171:15
    172:1,2
    173:6,13,21,22
    174:15,18,22
    175:6,9,13 179:14
    180:13,14,25
    181:7,14 182:23
    183:16
    184:12,13,14,16
    185:3,9,21,23
    186:7,17,18,19,22
    187:8,13
    188:5,8,12,13,24
    189:1,8,14,20
    193:10,14
    194:2,12 195:6,19

196:2,6,9,22,25
    205:1,11 206:7,10
    207:9 212:16,23
    213:2,3,4,6,16
    214:3,4 215:8,10
    216:6,15,16,19
    217:3,18
    218:17,18,20,25
    219:2,5,15,18,20
    220:4,9,11,17
    221:5 222:1,2,3
    225:12,24
    227:7,12
    228:18,20
    229:1,21 230:2
    231:8 233:12
    236:19

**I've** 165:16 201:7
    236:1 237:25

_____

**J**

**January** 96:17
    100:3 126:17
    199:5,23
    200:3,7,14,25
    201:4 203:3,12
    204:7 206:2,24
    208:3 210:3
    211:8,23 240:17
    241:9 242:1,5

**Java** 120:15

**job** 118:8 124:17
    172:20 190:14,20
    191:23,25 192:19
    210:15 229:2

**John** 96:10

**Joseph** 224:4,5

**JPEG** 185:8,9

**junk** 194:12

_____

**K**

**Kallas** 96:24
    240:5,21 241:5,14

242:16

**kids** 194:11

**knowledge**
    158:6,8,12 159:10
    170:22 212:7,13
    225:25 237:6

**known** 171:19

**Konovalov**
    121:5,15
    123:1,2,3

**K-O-N-O-V-A-L-
O-V** 121:15

**Konstantin** 96:7,15
    98:2 100:2 240:8
    241:6 242:1,19

_____

**L**

**label** 193:16 216:9

**language** 235:6
    236:9

**Larry** 121:14

**last** 103:15 111:6
    121:6,15,17
    122:11,13,21,24
    124:20,21 131:1
    161:14 190:16
    204:16

**late** 222:24

**Lauderdale** 97:13
    208:13 212:6

**launch** 126:23

**launching** 172:5

**law** 97:7 115:1

**lawsuit** 205:9,14,20
    231:19
    233:10,23,25

**lawyer** 111:25

**lawyers** 152:21

**lay** 102:11

**layout** 115:17

127:18 216:8

**lazy** 119:21,22

**leading** 111:23

**learning** 159:6

**least** 114:8 182:21
    183:2 186:13
    196:15

**leaving** 223:15

**Legal@sunsocial**
    211:15

**Legal@SunSocial
    Media.com** 211:3

**legitimate**
    227:12,13

**legitimately** 228:9

**lender** 100:12,18
    101:8,12
    102:5,10,13,17
    108:12 111:18

**lenders** 100:12

**length** 183:10
    193:20

**lent** 109:18

**less** 126:14 132:5,11

**let's** 111:10 152:5
    155:25 166:1
    189:13 202:12,16
    236:1 238:24
    239:7

**letter** 242:13

**letters** 199:11

**liability** 230:22
    232:21

**liable** 114:22,24

**license** 152:16
    215:25

**life** 103:25
    224:14,16,17

**LIMITED** 96:4



**line** 126:6 141:3,18
177:14 220:12
243:3

**linking** 147:21

**links** 198:20 200:6
202:9 214:18
219:16 226:13
231:23 237:7

**list** 169:17 204:24
205:13

**listed** 104:23
203:13,14 205:11
206:12 207:21
209:1 230:11
231:2 233:8

**listen** 115:24
237:14

**listing** 104:20

**lists** 169:17
204:15,20 205:5
206:8

**literally** 161:9
183:5

**literature** 147:4,8

**little** 100:6 136:1
160:23 187:4
201:13,24 226:10
239:2

**live** 123:17,20,25
154:2,3,6 190:18

**load** 143:1 182:11

**loaded** 151:13
168:3

**loan** 100:12,13,17
101:12,15,16,22
102:3,6,8,9,12,16,
17,18
103:10,11,12,25
104:14 107:18,21
108:12,13,25
110:25 111:14,19
112:7,9,14,17

113:3,7,19 114:10
115:4 132:4

**loans** 100:16,20
115:7

**locations** 139:21
230:14

**logic** 168:19

**login** 173:6,7
179:5,11
217:24,25

**long** 122:23 123:3
129:19 137:5,25
190:20 191:12,14
207:16,18 218:13
219:4 220:23
221:7

**longer** 201:15

**lose** 146:3
187:16,17,18

**losing** 125:21

**loss** 116:2,4,22,24
126:5,13

**lot** 119:11 128:6
145:17,22 146:12
148:24
154:1,22,23 168:4
172:13 179:4
187:8,9,10 196:9
199:17,25 200:16
226:11,19 227:10
235:24 238:9,11

**lots** 235:20

**low** 181:17

**Luchian** 96:7 97:16
204:16
206:8,12,24
207:6,8,9,11,21
208:2,12,21 209:4
210:2,5,6,10,11
211:22 212:5,7,19
242:3

**Luchian's** 210:13

---
M
---

**mail** 117:18
156:9,11
158:10,15
211:5,16 212:19
213:11,15,17
214:8

**mails** 118:19
158:13 161:19

**main** 144:21,22
193:10

**maintain** 120:7,21

**maintains** 119:3

**major** 139:18
149:23

**manner** 157:20
214:3

**manual** 217:1,15
220:13

**manually** 214:18
220:1

**map** 196:3

**mapped** 189:14

**mark** 187:21 196:3
203:21 216:24

**marked** 160:18
189:25 193:9
203:24 204:3
205:22 206:1

**market** 136:10

**marketplace**
136:13

**markets** 127:25

**masculine** 160:3

**mass** 156:16

**material** 111:22

**matter** 113:2
192:17 220:5
221:4 242:5

**may** 107:12 138:24
150:3 169:8
183:10 201:19
210:15 236:23
242:6,8,11

**maybe** 103:17
106:13,15
107:11,17 115:17
116:7 117:25
135:7 149:19
155:4 156:20
157:3,22 159:9
162:17 171:24
172:17 189:14
201:24 202:1
225:24

**mean** 106:15
107:23
109:4,6,19,20
113:10 119:4
122:13 125:13
127:22 128:8,9,12
130:20 131:5
132:2,12,24 133:7
134:8,14 136:7
139:22 144:12,23
147:13,14
148:16,24 149:3
157:14
160:2,20,24
162:4,17 164:19
166:12 167:6
168:4 169:22
171:16 174:1
177:9 178:4,18
180:13 186:9
188:14 189:14,17
190:4 193:11
194:19,25 196:25
198:5,14 200:6
205:17 208:19
213:4,5,16 214:19
219:1 220:4
223:20 225:12
227:7,11 229:1,2
237:9,12



**meaning** 133:13
170:17 202:13
222:18

**means** 133:25
152:22 161:15
169:19
185:14,23,24
186:16 187:1,16
188:3 189:19
195:2 196:3 223:4
226:14 227:12

**Media** 96:8 103:12
105:25 106:3,17
107:1,6,10
114:14,18,21
115:16 117:2,14
118:6,12 119:5
120:1
121:21,22,23
123:4 127:24
130:8 132:21
133:19,20 134:19
137:1,9 139:5
142:17,20,24
143:6,21 144:17
151:10,21
152:2,6,8,16
153:4 158:14
162:8 175:2
176:2,11,17
177:6,13 179:19
180:3 190:10
192:22 195:11
202:19 203:20
205:7,9 207:7
208:3 210:4 211:1
214:11 232:21
233:12,19 234:7
236:16 237:21
238:3

**Media's** 115:6
174:21 177:5
194:7 203:4 207:1
211:23 232:19

**medium** 158:13

**Melissa** 96:24
240:5,21 241:5,14
242:16

**member** 138:2
164:10 165:20
166:24 180:10
190:5 215:13,18
222:12,22 227:19

**members** 157:1
158:17,18 222:15
226:7 227:17
228:12,14 231:1

**mention** 127:7
223:2

**mentioned** 119:8
129:24 155:13
157:13 200:12,23
202:8 228:17

**merge** 155:15

**mess** 239:4

**message** 155:23
191:6

**Meta** 197:15

**metadata** 134:18
197:15,16,18

**metaphors** 127:2,4

**METART** 96:4

**Miami** 96:20 124:4

**MIAMI-DADE**
96:2 241:3

**Mickolai** 121:5

**M-I-C-K-O-L-A-I**
121:17

**migrate** 153:21

**minutes** 159:23,24
219:6,7,11,12
229:7

**mirrors** 127:10

**Miscellaneous**
165:7 194:13

203:9

**mispronounced**
204:16

**misrepresent**
206:16,21

**miss** 100:24

**mistake** 146:11
185:22 226:11

**mistakes** 213:1
220:16 221:6

**misunderstood**
176:4

**misuse** 235:11,23
236:2

**mixed** 184:21

**mobile** 139:25
140:1,3

**moderate** 184:17

**moderated** 188:3
190:9

**moderating** 188:4,5
192:1 198:6

**moderation** 190:24
195:13 198:5

**moderator** 194:6
195:20 196:17

**modified** 139:10
216:25

**modify** 143:11
198:8

**Monday** 242:8

**money** 100:19
101:2,5,25 108:24
109:1,5,8,18
113:16 114:1
115:24 123:25
128:7 129:4

**monitoring** 119:1,3

**monitors** 211:4

**month** 110:9,10
122:5,6,10,11
123:24 129:4
130:25 131:1
132:1,2,25 133:2
135:9 137:3
140:25 146:13
191:21

**monthly** 141:1

**months**
176:18,20,22
177:4 217:11
221:14

**motion** 111:3

**move** 135:13
182:14

**multiple**
101:13,15,16
147:5,9 156:17
198:19

**mutual** 173:14

**myself** 100:19
145:19 212:22,25
220:15 221:1,2

**MySQL** 144:2,4
165:25 169:1,3
187:3

_____

N

_____

**nature** 102:17
108:12

**necessarily** 130:15

**necessary** 242:6

**negative** 147:5,10

**newsletter** 153:18
154:7,25
155:12,18,19,21

**newsletters** 158:23

**NGIX** 139:12

**nobody** 142:19
189:20



**non** 148:15 152:16

**nonetheless** 234:1

**nor** 240:14,15

**North** 97:4 208:12
212:5

**NORTHEAST**
97:12

**Notary** 96:25
240:5,22 241:14

**notation** 160:21

**notes** 240:11

**nothing** 115:1
124:4 154:17,19
169:15 195:2
228:24 229:1

**notice** 99:8 147:16
148:16 159:11
170:1,2,7,9,21
174:13 176:11,15
177:6 178:11
185:14 192:21
198:23 202:17
207:4 209:2 213:7
214:16,24
215:13,18,19,21,2
4 216:11,12
217:20,23 218:15
219:6,9
221:4,14,16,19,20
222:1,2,9 223:19
225:19,20,22,23,2
4 226:15,17,23,24
229:15 231:9,10
237:10,11 242:5

**notices**
117:15,17,19,21
118:18 145:4
146:21 147:5,9,22
148:1,13,17,22
149:2
150:3,6,14,21
151:1 172:16,19
176:17,21,25

177:7 190:25
192:6,8,15,20,22
193:1
199:2,4,7,10,13,1
7,19,21,22,25
200:3,5,7,8,12,14,
16,18,21 201:4,8
202:7,10,18,20,24
203:1,2 206:23,25
207:2 208:11
210:2,5,21,23,25
211:8,22
212:5,19,23 213:3
214:8,14,25
217:10 219:22
220:14,18,23,25
221:1,7 226:12,19
227:5,13 228:5
229:23 231:8
237:1,22,24

**notification** 203:23
204:5 205:21
206:3 214:6
215:12 219:5
228:13

**notifications**
218:23

**notified** 198:21

**November** 126:17

---

## O

**OATH** 241:1

**object** 104:2 134:11
223:12

**objecting** 102:19

**objection** 101:11
102:9 103:1,6
104:8 108:7
109:9,14 134:16
148:3 234:8

**objections** 100:11

**obviously** 139:16

**occurred** 233:23

**October** 220:19

**oddly** 214:10

**offended** 104:4

**offered** 129:11

**offering** 229:13

**office** 203:11
204:7,12
205:4,8,14,17,18
207:23 208:9
233:9,20,22 242:8

**official** 241:8

**Oh** 172:4 173:15
238:19

**okay** 100:9,15
101:1 102:21
103:10,18 104:13
107:16 108:14,19
112:20 113:6,21
115:21 118:1
119:6 120:6
122:7,25
124:3,12,23 126:5
127:8 128:21
130:12 131:15,18
132:14,20 133:11
136:2 144:11
151:8 157:4
160:16 161:2
163:13,14 164:7
167:3,19 168:2
173:15 174:3
175:22,25
176:10,12,15
178:3,9,25
179:3,17 180:9
183:8,15
184:10,23 186:21
188:18 194:15
195:18 201:19
202:3,5 208:1
210:1 214:12,16
216:14,17 217:5
219:14 221:24
228:24 229:18

**231:21 235:9**
237:3,18
238:20,22,23

**old** 127:17,19 182:9
184:17 214:21

**ones** 129:24 178:22
205:5

**onto** 132:16 135:24
151:14 153:5
165:13

**open** 112:23 139:14
154:6 164:17

**opened** 144:20
153:19 154:12

**open-source**
139:9,15

**open-sourced**
139:12

**operate** 114:18

**operating** 109:13

**operation** 114:21

**operations** 102:14
109:4 172:8

**opportunity** 127:22
215:23 216:3
227:3

**opposed** 117:19
126:18 141:9
151:2 169:7

**optimization**
134:4,21 136:23
144:12 146:11
149:5,8 168:11,13
169:14,15

**optimize** 168:5

**optimized** 168:8,9

**order** 103:1 128:25
129:1,3,16 140:10
143:13 161:19
163:5 168:5
170:24 171:10



182:12 187:7
189:22 198:20
210:24 212:25
216:3 219:1 220:8
223:22 237:7
238:4

**ordering** 242:11

**Organically** 133:22

**original** 153:14
181:10 182:4
183:19,22 242:10

**Originally** 214:1

**otherwise** 163:21
234:10

**ours** 128:17
147:15,17 152:12

**outside** 100:12,18
113:3,7 116:9

**outsourcing** 124:6

**overloaded** 182:13

**overpaid** 132:4

**overtime** 101:14
173:1

**owed** 109:8,12

**owner** 231:10

**owners** 108:3

**owns** 108:2

————————
P
————————

**P.A** 96:18

**p.m** 96:17 111:22
239:13

**page** 98:2 99:2,5,6
149:21 161:9,10
184:6 189:4 190:7
205:22 206:3
208:10 209:22,25
214:17 219:8,25
226:14 243:3

**pages** 131:10

145:22,23 146:7,8
149:17,19 219:16

**paid** 101:22 102:6,8
122:8 220:15

**painful** 165:5

**Panda** 128:23
146:2,7

**panel** 184:17
195:12 196:21
214:19

**paper** 121:11 193:2
202:17,20 207:2
218:17,20,21,22,2
3,25 219:1,2,4,22
221:4

**parallel** 171:25

**parenthesis** 161:13

**PARKWAY** 97:4

**parsing** 160:11
213:8

**partake** 216:4

**particular**
129:15,19 168:9
177:2,3,9,11
179:23 187:7
192:11 195:16,17
199:17 205:9
214:10,11 220:23
221:7 227:22
238:12

**particularly** 231:9

**parties** 240:13,14

**part-time** 123:10
124:17 171:25

**party** 151:11

**pass** 194:6

**passed** 133:2

**past** 106:10,11,19
119:11,13 130:25
132:25 144:19

220:14,19 228:5

**Pavil** 124:24,25
125:1,8,9

**pay** 101:24,25
109:3 113:23
122:2,4,10 125:6
129:4 130:18
131:1,23 133:3,14
138:3 146:12
207:15 218:8

**paying** 207:16

**payment** 103:11
140:10

**payments** 102:3

**pays** 133:15

**PeekVid** 127:10
175:25 204:24

**PeekVids** 96:9
127:10 175:23
179:22,23 204:25
205:6 233:2,21

**PEEKVIDS.COM**
96:10

**pen** 121:7 184:24

**penalize** 128:6
147:24

**penalized** 128:9,13
145:8 146:2,9
177:15,17

**penalizing**
128:18,22

**pending**
184:14,16,17,18
185:2
186:6,7,8,14
188:6
189:1,17,24,25
190:8 193:9 195:9
197:12

**people** 114:1
119:11,13,15,19
122:14 125:12

127:19,20 144:25
149:18 153:24
154:3,4 173:8
190:10 196:13
224:2 225:2,3
226:10,21
228:9,12

**per** 122:4,6,10
133:14,15 140:25
217:12,13 219:6

**percent** 121:24,25
132:12 146:4,14
179:13 181:20
189:3 190:2
220:11 222:17
223:1,2,6 235:8
236:10

**percentage** 223:4

**perfect** 164:6

**period** 126:19
146:1 156:24
159:24 200:1
213:10

**periods** 101:17

**permanent**
187:15,22 188:15

**permitted** 195:3

**person** 103:24,25
104:3 109:17
111:8,12,13
112:8,10,13,15,18
,22 113:4,8,14
114:12,13,17,20
115:9,12,15 119:3
160:4 224:5

**personal** 112:21,23
160:8 212:7

**personally** 101:3
124:8 151:13,23
152:1 211:6
220:24 231:15
241:6



pertains 234:8

PHB 120:14

Phone 218:2

phonetically 124:19

phrase 174:23

physical 106:23,24

pick 181:21

picture 193:15

piece 162:20 197:17

placed 139:20

Plaintiff 96:5,16
  199:4 200:13,22
  232:3,14,16,17
  235:3

Plaintiffs 232:6

Plaintiff's 203:22
  205:21 230:6
  238:7

PLAINTIFFS 97:2

play 134:19 136:22
  196:18

player 187:12

PlayVid 99:8
  127:17,18 144:18
  145:5,15,16
  152:10 153:9,17
  170:15 175:25
  203:17 205:5
  209:13,16

Playvid.com 96:8,9
  150:5 157:8
  170:12 203:6,12
  204:22 205:22
  206:4 208:10
  209:23

PlayVids 96:10
  204:24 205:6

PLAYVIDS.COM
  96:9

please 104:16 112:2

116:24 142:11
147:7 153:19
157:17 199:9
203:21 206:18
215:15 221:17
223:24 232:5,25
242:5

PLLC 97:12

PM 242:8

point 100:25 101:22
  105:17 137:10
  150:22 157:23
  194:25 215:12
  216:19 217:15
  220:4 224:13
  227:15 233:17

policies 159:14,15

policy 166:6 175:4
  176:16 177:8
  178:14 217:7
  221:21

popular 150:1

porn 193:24 194:12

pornography
  193:10

portion 135:1
  173:11

portions 100:13
  101:16 156:19
  173:14

position 110:19
  162:7

positions 119:16

possible 195:6
  196:22 219:3

post 143:13 152:5
  154:3,4 156:9
  157:12,14,16,18,2
  0 175:2,22,23,25
  176:1,5 177:4
  195:21 213:15,18
  214:5

posted 137:5
  138:17,18 151:24
  152:1 153:4
  176:12 178:5
  215:14,18 216:6
  222:14 227:2

posting 226:7

potential 170:22,24

practical 194:24

predicate 102:11

prefer 196:5 237:8

preparation 110:18

prepare 238:9

prepared 110:15,17
  238:11

preparing 212:23

PRESENT 97:15

presented
  206:11,16 209:4

pressure 102:5

presume 216:18
  226:17

pretty 109:5 114:22
  118:3 122:5
  141:18 147:15
  153:22 166:11
  222:3 226:1

prevent 114:6

previous 137:11

price 122:6,7

prices 137:15

primarily 166:8

primary 128:4
  161:12,13
  166:9,17
  167:3,6,23
  168:20,21,23
  169:12 172:25
  173:3,4 174:16
  181:6,11,22,24

182:7 183:4,13,16
184:9,20,22
186:10,13

printout 206:2

prior 102:20

priority 219:1

privacy 196:5

private 189:19,22

probably 106:11
  127:19 130:4
  136:6 137:23
  138:1,12 147:17
  159:3 170:10
  185:21 188:1
  191:14,19 200:22
  207:10,14 209:10
  211:10 224:5,11
  229:2 235:25

problem 145:16
  147:17,19,20,23
  159:11 182:23
  187:5,6 193:10

problems 144:19
  145:3 171:24
  187:2,8

procedure 180:20

procedures
  159:14,15,16,17
  180:16,22 207:1

process 180:14
  183:17,18 188:8
  190:9 194:6
  195:13 196:6
  198:5,9 202:17,18
  203:1
  212:22,23,24
  214:15,21 215:1,3
  217:4
  219:1,3,8,15
  220:9,14,24
  222:16

processed 220:22



221:1

**processes** 153:1

**processing** 220:25

**produce** 202:7

**produced**
199:8,11,12,13,25
222:12

**producer** 193:19
195:4

**product** 234:9

**profit** 116:1,4,22,24
126:5,12 135:22

**profitable** 137:1

**program** 139:9
157:19 165:11

**programatically**
217:18

**programer** 119:25
120:12 121:16
125:8 196:24

**programers** 118:22
119:19,24
120:17,25
121:1,18 122:22
125:11,14
126:2,25 127:5
142:5 143:10
145:18,19 155:17
163:2 168:24
179:12

**programer's**
121:16

**programmatically**
221:13

**programmer**
118:25
120:10,14,16
121:13 124:13
126:14,18

**programmers**
118:23,24

119:20,21 120:1
126:8,15

**programming**
120:20 126:6,7

**prohibiting** 195:1

**project** 166:10
168:2 173:7
178:16,17,18
214:9

**promptly** 242:13

**pronoun** 160:3,4

**proof** 201:7 212:4

**protect** 129:3
232:21

**provide** 117:14
165:23 215:23
227:3

**provided** 117:22
118:5 224:3 225:8

**provider** 148:16
158:16 204:21
205:7 214:8
233:9,12

**providers** 119:17
233:14

**provisions** 232:21

**public** 96:25 145:21
153:11 154:2,14
167:3 188:21
189:5,18,23 190:1
196:1,10,14,16,19
197:4 209:16
240:6,22 241:14

**purchase** 140:6

**purchased**
106:21,23
154:20,22

**purchasing** 109:3

**purposes** 103:5
107:12 134:4
150:15 204:3

206:1

**pursuant** 102:8

**puts** 116:21 161:23

**puzzle** 162:20

---
Q
---

**qualities** 181:24
182:6,7 183:23

**quality** 135:17,19
136:4 149:7,22
182:2,3,9,21
183:1,5 193:19

**question** 100:10
101:18 104:2,7,25
112:1,3,10
116:9,17,25
118:7,14 135:8
136:3,17 137:13
139:11,23
140:16,17
141:13,15
142:9,10 143:9
148:7 152:20
158:11 163:24
175:7,9,13,14,19
188:23 195:19
201:20 202:2
227:5 229:4
230:9,20,22,23
235:5,8,16 236:7
237:19,20
238:4,21,24

**questions** 101:9,10
102:25 110:24
235:18,20,21,24
236:1

**quick** 168:14,16
213:9

**quote** 143:16

---
R
---

**ran** 222:15

**range** 132:10,11

**ranking** 149:16,20
196:4

**ranks** 149:17

**Rapport** 139:24

**rate** 129:16
137:2,16

**rated** 165:12
183:10

**rates**
133:12,13,16,17

**rather** 215:16
235:18 237:23

**rational** 224:18

**RE** 242:3

**reach** 127:25 154:5

**reaction** 224:18

**readable** 213:4

**ready** 153:23

**real** 213:9

**really** 110:13 111:5
114:4 118:16
126:3,20 136:19
150:13,16 162:20
165:1 173:21
178:17,19 179:8
225:15 226:4
230:24 237:7

**reason** 112:7,9,14
126:1 144:21,22
145:8,10 157:24
158:4 182:10,24
232:2,6,10,13
243:5,7,9,11,13,1
5,17,19,21,23

**reasonable** 208:11
229:14,19,20

**reasons**
112:17,21,22
144:21,22,24
153:1 182:20



243:2

**recall** 106:12
  109:23 119:12
  137:21 138:16
  147:3 171:21
  172:11,17
  200:2,20
  204:9,10,14
  207:14 211:11
  212:10 218:10
  224:8,10,12
  228:16 231:17,18

**receipt** 117:17
  199:20 218:14
  221:14,15,16

**receivables** 129:3,6

**receive** 122:20
  137:9 151:3 158:9
  199:3,6
  200:5,8,12,14,16,
  18,21 201:3,5
  202:6,7,10 203:23
  204:5 210:19
  211:7
  212:15,18,24
  215:22 236:25
  237:22

**received** 103:11
  110:20 117:19
  122:22 146:22
  147:16 150:6,8
  151:2 172:15
  192:22 193:1
  199:23 207:4
  210:4,19 214:13
  215:14,19 216:12
  220:18,21 221:19
  223:25 226:23
  228:12,14 229:3

**receiver** 147:21

**receivers** 101:15

**receives** 148:21
  149:2 150:21
  176:11,17

**receiving** 101:16
  118:19 148:17
  149:25 181:9
  200:3 213:19
  214:8 215:3

**recently** 199:11
  227:20

**Recess** 116:12
  144:8 177:21
  201:17 218:4
  229:9 236:13

**recognize** 204:7
  206:4 220:11

**recollection** 138:11

**reconcile** 209:2,5

**record** 100:5 104:5
  116:6,9,13 144:9
  145:5 148:9,10
  157:15,19,21,24
  177:20,22
  201:16,18 204:12
  229:8,10
  236:12,14 239:12
  240:11

**recorded** 157:9
  158:7,13 166:24
  216:20

**records** 155:11
  160:9 205:16

**recover** 187:21

**recreated** 127:20

**red** 161:18

**Reddit** 99:6 148:25

**reduced** 184:17

**refer** 116:17,25
  163:9 234:25

**referred** 165:22

**referring** 141:19

**regard** 101:12
  102:6 108:24
  114:21 146:25

149:5 150:3
  151:2,3 173:1
  178:4 194:16
  210:20 211:8
  215:19 217:6
  226:24 227:2
  230:16 233:1
  234:2,6

**regarding** 210:5
  227:22 235:21

**registered** 166:13
  167:13
  174:20,22,23
  203:7 210:7,25
  232:7 235:3

**registers** 174:24

**registration** 117:24
  167:16

**registrations** 232:3

**regular** 103:25
  104:3,4,9,11
  117:18

**rejected** 197:10

**relate** 192:20

**related** 102:14,16
  105:22 134:14
  166:5,11 177:1
  192:6,7,14 194:2

**relates** 237:21
  238:2

**relationship**
  105:22,25
  106:4,18,20
  107:3,6,10
  111:10,12,18
  113:1,4,14 130:22
  131:8 132:22
  137:11,12 207:10
  210:12,14

**relative** 240:12,14

**released**
  145:11,13,21

**relevant** 111:1

**rely** 141:22

**remember**
  103:10,13,19,22
  106:12 107:7
  110:13,14 111:6
  117:25 118:3
  122:9
  124:20,21,24
  125:9 137:7,21
  138:16 139:17
  147:2 154:21
  156:18,24 157:2
  159:24 162:15
  171:21 172:11
  191:20 205:5
  207:18 212:21,22
  220:15,20,25
  221:11 231:24

**reminding** 174:8

**remove** 196:24
  198:4,6,7,17
  218:14 227:4

**render** 147:20

**renders** 147:9

**renew** 138:1

**renewal** 138:13

**rep** 209:2

**repeat** 169:20,21,23
  170:21 171:8
  175:4 176:16
  177:8,10 178:14
  217:6,7 221:12,21

**repeating** 166:3,5

**rephrase**
  104:7,16,25
  112:2,5,6 140:16
  142:10 147:7
  157:17 158:11
  175:6,19 199:9
  201:3 206:18
  215:15 221:17



232:5,25

**reply** 155:4

**report** 146:19
149:16,19 150:6
240:7

**REPORTED** 96:24

**reporter** 100:5
103:6 111:21
116:13 144:9
177:20,22
201:16,18
229:8,10
236:12,14 239:12
240:1,5,21

**Reporting** 242:16

**reports**
146:16,18,20

**representative**
116:18

**Repro** 130:8

**R-E-P-R-O** 130:9

**request** 164:4 168:5
199:18 202:8
214:22 215:6,9,17
216:18

**requested** 111:22
240:10

**requests** 219:17

**requirements**
171:6,12 172:7

**requires** 120:18

**research** 147:12
148:12 171:12
231:5 232:17
234:5,11

**resolve** 192:16

**respect** 108:11
110:25 134:12

**respond** 218:12
225:18 237:18

**responded** 218:24
229:15

**responding** 225:16

**responsibility**
150:23

**responsible** 117:21
118:18 190:24
192:5 194:4
198:15

**rest** 132:24 135:7
223:3

**restate** 112:5

**result** 154:24
173:10 196:4

**results** 190:7

**Resumed** 100:4

**return** 201:19
242:13

**review** 115:15
193:18 217:15
240:9

**reviewed** 190:9

**reviewing** 192:1,2,3
193:9 197:2 227:6

**rights** 198:16 216:4
226:13 232:16,17

**ringing** 218:2

**role** 104:18 134:19
172:8 196:18

**roles** 119:16

**Roman** 190:15,18
191:1,4,12,16
193:3,7,8,18
196:3
197:1,8,9,11
213:1 222:4

**Roman's** 190:16
191:25 215:1

**room** 162:23

**rotate** 130:14

143:18,19

**rotated** 130:16

**round** 237:24

**rules** 170:24,25
171:8

**rulings** 102:20

**running** 159:23
222:16

**runs** 162:10
168:14,16 169:13

**Russia** 123:23
190:19

─────────────
**S**
**S0** 128:7

**safe** 171:10 232:20
234:1

**salary** 122:2 124:2

**sale** 140:7,8

**save** 191:3

**saved** 156:5

**saw** 159:9 204:13

**scare** 223:19
225:2,3,5

**scared** 223:21,23
224:14,19,21
227:14,23

**scenario** 179:9,11

**scope** 111:13,19
125:3

**scraper** 165:4,9

**scratch** 139:8
164:18,19

**screen** 131:10
154:14 198:6

**screening** 198:9

**script** 120:15
155:17,20
159:18,21

160:2,5,6,7,10,11,
14,17
161:17,18,20,21
162:3,6,7,10
163:7,10,12,15,21
,24 164:16 173:10

**scripts** 120:15
168:4

**seal** 241:8

**search** 128:5
133:24,25
134:3,20 135:2
136:22 144:12
147:11 149:5,8
165:12 168:10
189:4 190:7 196:4

**searchable** 213:5

**seasonal** 126:21
127:5

**second** 121:16
133:7 144:25
148:9 150:10
153:2 169:17
178:21
182:8,10,25 184:6
189:23 217:1
222:9 224:6
237:5,6,24

**secondary** 166:17
167:23 168:7,23
169:12,16 172:25
173:3,4 174:16
181:6,12,23
182:16,18,19
183:5,13,16
184:21 216:21

**seconds** 218:3

**seeing** 150:3 197:2
217:25

**seemingly** 104:8

**seen** 204:8,10

**send** 133:14 153:18
154:7



155:1,18,21,22,25
156:1,2,8,12,15
158:2,23 196:5
208:11 210:23
213:23,25
214:2,4,6
215:17,21 216:11
217:23 219:21
226:22 237:6,10

**sending** 135:24,25
155:12
157:7,9,15,21
158:6,12 161:25
162:1 168:3,4
212:10

**sense** 223:3

**sent** 140:19
141:3,10 154:25
155:21
156:5,6,16,17
158:1 183:18
201:8 206:23
210:2 211:23
212:8,10 213:6
215:12 217:20
223:21

**SEO** 134:8 135:18
144:12

**separate**
125:12,17,18,20
168:18 180:2
213:17

**separates** 180:4

**series** 231:25

**served** 201:8 205:9
231:20

**server** 139:13
156:9,11 165:13
181:3,4,8,17,21
182:13,20,25
183:4 184:3,12
186:5,23,24
187:19
213:11,15,17,21

214:5

**servers** 105:10
106:17,21,22,23
109:4 139:12
143:1 184:3
213:20,23,25

**service** 119:3,17
148:15 152:14,15
158:15 204:21
205:7 207:15,16
214:4 231:22
233:9,12,14

**services**
117:11,13,22
118:2,6 119:1
207:13 210:18
218:9

**setting** 156:11

**several** 117:1
128:24 129:20
202:8 212:22
223:20

**SFREEMAN@FR
EEMANLAWFI
RM.ORG** 97:9

**share** 127:11,12
174:1,4,5 180:4
231:7

**shared**
173:17,19,23

**sheet** 116:21,23
126:5 243:1

**sheets** 218:21

**Shevchenko** 190:17

**S-H-E-V-C-H-E-N-
K-O** 190:17

**short** 165:3 188:23

**short-term** 100:20

**showed** 209:4

**shown** 206:20

**shows** 131:10

146:21

**shut** 214:22

**shutdown** 213:15
214:23

**sign** 154:18 156:14
222:22
242:6,10,12

**signal** 147:6

**signals** 147:10

**signature**
242:6,12,17
243:25

**significance** 169:11

**significant** 218:22

**signing** 156:14
166:25

**similar** 215:2

**simple** 115:25
155:20 157:19
220:3

**single** 130:24
148:15,23,24
173:7 178:16,17
184:1,18 185:12
195:12 214:17

**sit** 128:6 211:17,21
232:9,12

**site** 126:22 127:23
128:8 134:25
135:23 137:5
140:7,8 141:9,10
142:24 144:20
146:3
147:6,10,19,24
148:15,17,22,23
149:1,4,7,21
150:4 151:2,9,24
153:22
154:1,6,11,20,23
168:2 171:10
172:5 175:5
176:22,24

177:2,3,9,10,16,1
7 189:14 192:23
193:16
195:12,14,15,16,1
7,20 196:3 203:16
206:7 211:23
217:12,13 218:6
222:22 223:18
226:13

**sites** 115:6,16
127:9,11,24
128:14,17,24
133:19 134:19
135:21 138:17,18
139:5,21 140:7,9
147:1 149:24
150:17,21
151:10,14,17
152:3,8 153:5
162:11,12 163:25
165:12 168:3
173:18 174:10
175:2,3 176:2
177:6 194:8
195:10,11 208:16
209:23 222:14
232:24 233:2

**site's** 150:23

**site-specific** 179:15

**situation** 146:15
188:25 196:2

**six** 118:25
176:18,20,22
177:4 217:11
221:14

**skills** 125:21

**skip** 162:4

**Skype** 191:2,3

**Skype's** 191:7

**Slam** 130:8 132:21

**slowly** 128:8

**small** 100:21



122:22 179:21

**Social** 96:8 103:11
105:25
106:3,17,25
107:5,10
114:14,17,21
115:6,16 117:2,14
118:5,12 119:5
120:1
121:21,22,23
123:4,10 127:24
133:19,20 134:18
137:1,9 139:5
142:17,20,24
143:6,21 144:17
151:9,21
152:2,6,8,15
153:4 158:14
162:8 174:21
175:2 176:2,11,17
177:5,6,13 178:22
179:19 180:3
190:10 192:22
194:7 195:11
202:19
203:3,18,19,20
205:7,9 207:1,7
208:3 210:4
211:1,23 214:11
232:19,21
233:12,19 234:7
236:16 237:21
238:2

**software**
139:4,12,15,18
164:9,11,16,17,24
165:11 198:10

**somebody** 102:13
104:14 135:13
155:25 187:6
195:1

**somehow** 206:20
227:17

**Sometime**
231:19,20

**somewhat** 215:2

**somewhere** 155:7
157:9 160:21,24
216:19

**sorry** 100:6,23
104:22 116:10
160:3 173:20
176:16 201:2
204:24 205:5
228:19

**sort** 111:4
140:11,12 198:20
220:7

**sought** 128:13
129:10

**Sounds** 165:5

**source** 128:4
164:17

**sourced** 139:14

**SOUTH** 96:19 97:8

**SOUTHERN** 96:1

**space** 181:19,20

**spam**
193:11,13,17,24
198:18

**speak** 109:20,22
111:7,8 171:11

**speaking** 196:17
218:13,23 236:9

**specific** 110:5
140:7,8 146:22
150:21 160:10
166:19,20 173:1
180:20 202:17
203:12 215:14
222:13 230:16
232:23

**specifically**
128:13,19 152:21
166:2 175:20
198:11 209:1

233:8

**specify** 118:13
175:19 197:17

**speculation** 148:3

**spell** 121:6,13
124:19

**SPENCER** 97:7
98:3

**spent** 126:18

**split** 156:23

**spoke** 109:24 111:6
152:18 171:8

**spot** 141:17

**stability** 128:3
144:25

**stable** 129:5 144:20
167:6 168:14
169:23

**stamp** 96:13 167:17

**standpoint** 194:24

**stars** 184:12 197:12

**start** 122:23 123:16
126:25 146:10
153:24 164:25
180:19,20 219:17

**started** 124:10,16
125:1 127:17
144:17 153:9
170:12

**starting** 170:15

**state** 96:25 117:8
240:2,6,22
241:2,14

**statement** 116:22
126:13 147:9
153:2 227:19
237:16

**statements** 116:2

**States** 96:1 203:11
204:6 205:4,13

207:22 208:9
233:19

**static** 167:14,17

**statistics**
141:6,19,22,25

**status** 183:24,25
184:1,3,14,23
185:4,10,12,18
186:5,8,10,14,24
187:4,11
188:12,14,22

**statuses** 184:8,20
185:3 188:15

**stay** 180:11

**Staying** 105:1

**steady** 127:1

**stem** 145:4

**stenographic**
240:11

**stenographically**
240:7

**step** 116:9
183:17,18 184:1
202:16 217:1

**steps** 180:20 184:20

**stop** 131:3 178:21
196:19 223:24
229:7 239:7

**stopped** 105:23
112:9

**storage**
181:5,6,11,12,14,
18,19,20,21,23,24
182:7,8,10,14,17,
18,19,25
183:4,5,13,16,19,
21 186:10,13

**store** 143:22

**stored** 144:1 155:6

**storing** 156:8 158:4



213:19

**stream** 182:21

**streaming** 182:12

**strike** 131:6 175:5
193:7 216:20
217:14 235:19

**strikes** 166:2
169:18,19,21,22
170:4,20 174:12
216:22,23 217:8,9

**stuff** 109:7 111:25
119:2 120:12
125:23 127:1
128:23 136:7
152:19

**subject** 193:2

**subjects** 102:22

**submit** 194:11
216:3 225:12

**Subpoena** 110:20

**subpoenas** 223:21
228:13

**subscribers** 168:20

**sufficient** 110:25

**suggestions** 164:2

**Suite** 96:19 97:4
208:12 212:6

**Sun** 96:8 103:11
105:25
106:3,17,25
107:5,9
114:14,17,21
115:5,16 117:2,14
118:5,11 119:5
121:21,22,23
123:4,10 127:24
133:19,20 134:18
137:1,9 139:5
142:17,19,23
143:6,21 144:17
151:9,21
152:2,6,8,15

153:4 158:14
162:7 174:21
175:2 176:1,11,16
177:5,6,13 178:22
179:19 180:3
190:10 192:22
194:7 195:11
202:18
203:3,18,19,20
205:7,9 207:1,7
208:3 210:4
211:1,23 214:11
232:19,21
233:12,19 234:6
236:16 237:21
238:2

**supplement** 164:4

**support** 190:21
192:17 227:4
235:25

**supporting** 100:20

**sure** 100:24 116:3
120:8 121:8 131:4
135:6 138:3
148:20 149:14
154:23 159:7
168:14 174:22
178:1 189:2 190:7
194:2 201:14
223:14 226:15

**surely** 128:8

**suspended** 218:1

**suspended_on-date**
169:25

**switch** 182:24

**sworn** 231:10 241:7

**system** 119:4
120:7,21
141:4,5,8 142:3
155:11,12,17
159:1,9 163:5
164:21,23 165:2,3
169:15 171:9

180:18
181:4,13,15,20
182:15 184:15
188:4,24 192:9,11
196:21,22 197:3,7
213:7,14,17
219:24 220:7
221:22,23,25
222:1,4,6,10,11
226:20 227:11,25

---

### T

**table** 161:3,25
166:2,8,9,15
167:3,10 168:6,21
169:16 172:24
174:15 184:19
189:11,16 216:21

**tables** 166:10,16
167:6,22 169:24
174:15

**tabs** 154:16

**TACOMA** 97:8

**tags** 197:21

**takedown**
117:17,19 146:21
147:5,9,16,22
148:1,21 149:2
150:2,6,20 151:1
172:16,19
176:11,15,17,21
177:6
192:6,7,14,20,21
193:1 202:17
203:1 206:23,25
207:2 208:11
210:5,20 211:8,22
212:4,19
214:14,24,25
215:13,19 216:12
217:10 218:14,16
220:18 221:14
226:24 229:15
237:5,22,24

**talk** 110:6,7,9
111:10 114:13
129:18 139:2
150:25 167:25
191:7 202:16
213:9 236:4

**talked** 117:6 228:11

**talking** 101:2 119:4
131:11,12,13
146:25 161:10
163:22 168:10,13
171:1 178:7
197:18 199:16
200:7,24 209:22
230:12

**tasks** 117:13

**team** 188:4,5

**technical** 182:23
187:2

**technician** 219:24

**Tecum** 110:21

**tedious** 219:19

**TELEPHONE**
97:5,9

**temporarily** 187:12

**temporary** 186:25
187:1,4 188:15

**ten** 159:23 223:2,6

**term** 104:3 129:19
175:15

**terminate** 178:14
179:7 217:11
222:2,8 232:18

**terminated** 176:18
217:16,24 222:15
225:10
226:1,3,5,9
227:12 228:9

**terminates** 221:22

**termination**



221:12,15

terms 102:9,16
113:3,7 125:2,3
130:21
131:4,7,16,21
132:22
152:13,14,19,22
172:3,5 185:2
186:15,16,18,19
188:16 197:11,12
198:22

testimony 240:9

tests 120:22

text 197:13,15
209:12,14 214:18
219:25

texts 209:20

Thank 118:21
239:11

that's 100:14
101:18 109:12
115:25 118:2,3
119:10 121:16
122:25 123:9
124:1,5,23 126:1
131:11 133:3
138:12 139:9
144:20 146:6,15
150:19,22 151:23
152:1 153:21
156:8,15 158:3
159:8 162:5 164:5
167:4,13,17
168:18 173:17
174:10 178:22
179:10 180:7
184:15 193:16
197:19 204:2,4
212:2 214:5
223:22 224:18
225:13 226:22
228:10 229:20
230:20 232:10,18
235:1

theoretically 177:3

there's 104:20
116:3 126:6
138:13 156:1,12
161:11 166:16
183:9 193:15
194:25 195:7
216:20,22 218:22
220:2 225:23
230:21 237:15,17
239:2

they're 108:21
119:22 120:22
121:19 130:10
132:24 150:18
188:17 189:7,9
195:9 197:19

they've 215:18
222:18 223:17
227:2

third 97:12
133:4,6,7 151:10
170:1,2,7,9,21
174:12 217:14
221:14,16,19,20
222:1,2

thirty 242:10

thousand 100:22
133:15 157:3
218:21 219:22

three-day 222:9

Throughout 123:9

throw 174:20

thumbnail 216:8

ticket 192:9,13

tickets
192:5,7,13,14,20
193:2

tied 104:11

tired 201:24
239:1,2,4,6

title 190:14,20

today 110:15,17,23
117:7 129:14
136:20 159:10,13
211:14,21
232:9,12 236:6

token 226:17

tomorrow 138:21
238:15,17,18,21,2
4

tools 214:20
215:6,8,9 222:11

top 162:17

Topic 110:15

topics 208:25

tough 219:18,19

toward 147:6

track 141:2,9 142:4

tracks 141:8

trade 198:24

trademark 198:22
199:2,4,13

traffic 128:2,4,5
129:2 130:13,25
131:1 132:3,7,25
133:14,15,18,20
134:1,4
135:23,24,25
139:25
140:1,3,12,13,19
141:6,8,10 142:4
146:4 149:25
154:20,22,23
182:11,14,24

trained 169:1,3

training 126:2
169:4

transcript 96:13
240:10 242:19

transferring 183:4

Transit 107:5,6
138:21,25

transparency
146:16,18,20
150:5

treat 207:3

treated 207:1

trend 136:19

trending
136:6,15,22

trendings 136:16

trends 136:9,12,19

tried 114:24 216:5
236:11

true 129:13 150:16
205:3 231:10
232:10 240:11

truly 164:18 242:14

trust 130:18 213:1

truth 228:8

try 102:10 104:25
113:1
125:11,17,18
145:1 156:21
159:9 163:4
175:11 192:16
196:8 220:16
222:8 236:8

trying 113:13
144:23 180:1
209:2 220:8
237:24

turn 213:12

turned 213:10

turns 182:23

Twitter 149:24

type 135:14
191:5,10 213:2
218:16



types 128:1

typing 191:9,11

_____
U
_____

Ukraine 123:23

Um-huh 158:24
201:22

unavailable
187:2,13

unclear 228:6

under_error 185:4

underscore 161:14

undersigned 241:5

understand 102:24
113:14 132:6
133:23,25 140:16
141:12,13 142:10
143:9 148:20
162:25 167:11,20
169:9 180:1,15
202:2 213:14
223:14 225:16
227:15 230:9
235:17 236:7

understanding
101:13 152:25
171:5 172:9
210:13 233:18
234:19 235:2

understood 102:24
103:3 176:2,13,14
202:15

unfair 237:10

unhelpful 158:5

unique 135:17

United 96:1 203:11
204:6 205:4,13
207:22 208:9
233:19

Universal 242:16

unless 138:13

212:10

unrelated 166:19

update 161:25
162:1 167:9,10
170:3 187:21
204:12 205:16,19
233:21

updated 167:12
224:13

updates 128:23
187:3

updating 117:7

upload 151:16
164:10 181:8
183:3 184:3,11
185:7 188:25
193:11 195:4
226:2

uploaded 180:19,25
181:7 182:5 183:6
185:6 186:4,5
190:3 194:5 195:3
196:15

uploader 165:20
196:15,16 222:14

uploading 153:24
164:11 165:20
180:17 181:3
184:2,3,11,12,13
186:21,22,23,24

uploads 151:11
152:10,11,14
180:10 189:2

upon 110:6 135:23
166:24 216:25
218:14 221:13

URLs 230:11

usable 158:1

useful 150:13

user 118:19 139:18
144:25 149:1
152:10,14,15

156:19 160:15,17
164:9 166:11,12
167:3,6,13,15
169:19,24 170:3
174:15,19,20,23,2
4 175:1,22 176:17
177:4,15
178:13,15,17,19
179:18,24
180:16,18,23
181:3,10 182:4
183:1
185:1,6,16,17,19
186:22 187:11,13
188:15,25
189:1,19 190:2,6
195:21 196:5,8,11
198:1 215:21
216:2,5,20
217:8,9,11,15,20,
23,24 221:22,25
222:3 224:14
225:14,15,25
227:11,23

users 120:14 127:22
128:1 136:7
153:18,22 154:8
157:8 158:9
161:4,6,11 164:14
166:9,16 173:1,4
174:9 186:16
189:2,21 196:7
198:18 222:21,24
223:4,9,19,20,23
224:19,21
225:1,2,7,10,11
226:23 227:13
228:1

user's 120:11
155:24 166:8
169:16 172:24
173:11,17 180:16
198:14 216:21

Users 173:3 193:11

usual 122:11,16

196:7

usually 120:13
122:14 125:10
128:16,22
130:23,24 133:15
145:25 156:11
191:5 196:20
197:1 212:23
229:12

utilize 107:12
138:24 139:1,16

utilized 118:11
138:22 139:5
157:20 164:9

_____
V
_____

valid 104:8
161:6,14 162:1
217:11 222:25
223:3,7,17,22
226:15 237:15

validity 227:5

verify 222:24

verifying 236:5

versions 118:20,21

versus 120:9 126:8
150:4,23 168:23
169:12 179:11
183:4 218:21

via 117:18
155:22,24 191:2
192:23,24,25
213:7 242:19

vice-president
104:21,24

victims 227:17

Victor 121:14

video 115:6,15
127:9 134:19
139:5 151:10
152:2,5,7,8,11,14
153:3,4,13



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

162:10,12
164:10,12 165:21
173:18 174:10,21
175:2,3,23,24
176:2,8 177:5
180:10,11,23
181:5 182:21
183:10,19,24,25
184:1,2,4,11,16,1
9,23
185:7,15,17,23
186:4,7,13,17
187:1,3,7,12,21
188:20,21
189:1,3,6,10,11,1
6,21,22,25
190:3,9 191:9
192:18,22
193:13,14,15,16,1
9 194:5,7
195:3,4,10
196:6,10,14
197:4,10,11,24
211:23
215:14,17,18
216:9 218:14,19
226:2,24 227:2
229:16 231:11
232:24 233:2

**videos** 115:18
139:14,19
151:13,16,24
152:2,9 153:21,25
154:3 165:12
176:1,12 178:5,10
180:18 183:22
185:3 187:10
189:2 192:1
193:9,11,12,17,19
,25 194:10,23
195:8,14,15
196:8,11,12 197:2
202:11 214:22,23
215:20,22
216:2,6,7,8,12,25
222:13 225:15

228:1
230:7,11,14,17,24
231:2,13
232:18,24 233:1
234:2

**video's** 167:4

**videotape** 184:8

**VIDEOTAPED**
96:15 100:2

**view** 189:6 216:6

**viewable** 154:5

**viewed** 147:5 190:1

**viewer** 190:4

**viewing** 154:2
196:16

**violate** 186:18
197:11 198:22

**violates** 221:20

**violating** 177:8

**violation** 175:4
186:19 198:23
199:4

**violations** 194:10
198:24 199:2

**visible**
189:12,13,19,20,2
2 196:7

**visible-public**
189:16

**visitors** 140:25
141:3

**Vladimir** 121:5

**volume** 96:14 100:1
131:24 157:6
229:23,25

**vs** 96:6

_____
W
_____
**WA** 97:8

**waited** 154:2

**waiting** 154:8

**waive** 242:6,12,17

**walk** 214:14

**wasn't** 128:18
142:9 205:8,13,19
207:23

**watch** 114:4 190:3

**watchers** 227:25
228:3,4

**water** 229:7

**ways** 196:8

**weather** 127:2,4,6

**web** 106:2 107:9
109:3 139:13

**Webazilla** 105:6
106:4,5,14,16
137:6

**website** 127:21
130:16 131:11
134:18 144:3,5
153:19 178:18,20
179:19,23 180:17
192:11 214:11
223:9 226:8 233:8

**websites** 119:5
143:6 144:17
146:22 148:24
172:10 174:14,21
178:6 179:4 180:4
198:19 203:20
209:13,16 214:11
233:6 234:3,4

**website's** 144:5

**Webzilla** 104:18
105:3,4,7,22
106:1,13,14
107:11,19 108:17
137:5,6,19,24
138:17,18,19,20,2
2 171:25
172:1,9,12,13,15,

19,21

**Webzilla's** 139:2

**week** 109:22
110:6,7

**we'll** 111:2,3
164:3,4 224:13

**we're** 100:5 101:10
102:18 117:21
118:8 125:10
129:15
131:11,12,13
134:9 135:25
136:24,25
138:20,22 139:11
144:9 150:25
152:11 154:8
158:4 163:22
164:20 168:3
172:5 173:7
177:15,17,22
181:5,9
182:8,9,10 185:23
197:18 198:1
200:23 210:16
213:17,18,19
216:13 218:11
229:6 236:3,12,14
239:9,10,12

**WESTON** 97:5

**we've** 223:16
228:11

**whatever** 140:13
149:21 161:24
174:19 185:9
189:4 202:6
217:25 221:20
223:1

**whenever** 202:6

**Whereupon** 111:21

**whether** 102:12
115:18 172:15
179:14 183:12
196:14 211:17,21



230:21 232:2

**whole** 126:23
  127:18 132:2
  156:23 180:14
  189:4 198:6,7,17
  213:16 219:15

**who's** 130:16

**Wikipedia** 99:5

**window** 179:21
  218:1 225:20,23

**wish** 242:12 243:2

**Witness** 98:2 100:6
  108:14 111:5,24
  112:2 113:10
  116:10 134:13
  138:8 144:6
  148:11 163:18
  165:6 177:18,23
  201:19 218:5
  234:11 236:25
  239:8,11 241:8

**wondering** 150:4
  151:4 201:9
  207:21

**work** 119:12 125:14
  126:21 127:1
  129:20 140:2
  142:5 143:11
  154:1 180:13
  213:1 219:23
  227:10 234:9

**worked** 123:3,14
  171:25

**working** 121:19,20
  123:16 124:10
  134:24 139:25
  146:10 180:19
  182:23 192:19
  210:17 216:13,16

**works** 107:23
  126:11 152:19
  156:12 169:4
  179:25 184:15

213:14 221:23
  226:8 228:15
  232:4,7,15 235:4

**worry** 167:25

**write** 121:9,10
  124:18 238:8,12

**writes** 142:13

**writing** 135:4,6
  159:25

**written** 137:17
  207:12 209:15

**wrong** 101:19
  103:21 106:16
  109:24 174:23
  180:2 208:22
  226:11 228:5
  230:16,18 237:21
  238:2 239:1

**wrongdoing**
  236:17,18

**WZ** 107:22

———————
Y
**year-end** 122:20

**yearly** 138:12

**year's** 109:13

**yesterday** 109:19
  136:20

**yet** 101:23 102:4
  154:10 165:15
  176:10 199:1

**yours** 152:13 153:6
  156:6 231:9
  242:14

**yourself** 141:25

**YouTube** 134:25
  148:25
  150:3,8,10,17
  151:3

**you've** 105:17
  131:16 150:2

165:16 204:10
  213:10 227:1
  229:3

———————
Z
**zero** 236:1

**zone** 140:4

