UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

      Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
*and John Does 1-20,*

      Defendants.
_____/

## NOTICE OF FILING DEPOSITION TRANSCRIPT OF CONSTANTIN LUCHIAN TAKEN JANUARY 19, 2016

NOTICE IS HEREBY GIVEN by Plaintiff, that on this date, it has filed the deposition transcript of Constantin Luchian, taken on January 19, 2016, attached hereto.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of February, 2016 we served the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brady J. Cobb, Esq.

1

                                                      Respectfully submitted,

By:    */s/Aaron Behar, Esq.*
         Aaron Behar, Esq.
         Florida Bar No.: 166286
         E-mail: AB@BeharBehar.com
         */s/Jaclyn Behar, Esq.*
         Jaclyn Behar, Esq.
         Florida Bar No.: 63833
         E-mail: JB@BeharBehar.com
         BeharBehar
         1840 North Commerce Parkway
         Suite 1
         Weston, Florida 33326
         Telephone: (954) 688-7642
         Facsimile: (954) 332-9260
         E-mail: ab@beharbehar.com
         **Counsel for Plaintiff**

         */s/Spencer D. Freeman, Esq.*
         Spencer D. Freeman, Esq.
         Freeman Law Firm, Inc.
         1107 ½ Tacoma Avenue South
         Tacoma, WA 98402
         Telephone: (253) 383-4500
         Facsimile: (253) 383-4501
         E-mail: sfreeman@freemanlawfirm.org
         **Counsel for Plaintiff (Pro Hac Vice)**