# EXHIBIT "1"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

               Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
and John Does 1-20,

               Defendants.

_____/

## DECLARATION OF JON KROGMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

I, Jon Krogman, declare:

1.      I am over the age of 18, a resident of Los Angeles, California, and citizen of the United States.  I make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2.      I am the President of Hydentra HLP Int. Limited and its subsidiaries and am involved in the day to day operation of the company, including the production of movies, operation of paid membership sites, and the protection of the company's intellectual property.

3.      Hydentra is the producer, distributor, and exclusive licensor of its own motion pictures that explore and deliver sensuality and sexuality through artistic photography, video, and erotic stories. Hydentra is well known in the industry for producing high quality content. In fact, SexArt.com was just won 2016 XBiz Adult Site of the Year and 2016 AVN Best Director & Film. Plaintiff prides itself on high quality movies, often spending six times more than industry standards in production costs.

4.      Since 1999, Hydentra has grown its trademark brands into a globally recognized leader of sensual art garnering numerous industry awards through the use of studios around the globe, exotic locations, high budget productions, engaging storylines, famed photographers and directors coupled with the dedication from its artists and technicians.

5.      Hydentra owns and/or operates by license a group of erotic web sites, commonly known as the MetArt Network of adult entertainment properties. These websites include MetArt.com, SexArt.com, Errotica-Archives.com, EroticBeauty.com, TheLifeErotic.com, RylskyArt.com, ALSScan.com, VivThomas.com, EternalDesire.com, Stunning18.com, HollyRandall.com, domai.com, goddessnudes.com, bbfilms.com, and more. Some of these websites contain Hydentra produced content while others contain content for which Hydentra has obtained exclusive licensing rights.

6.      The Hydentra websites are paid membership sites. Hydentra's movies are intended to be available only through its paid membership sites or purchase by scene, set, or asset. The Hydentra business model is simply that a user must be pay Hydentra to view Hydentra's movies.

7.      The display and viewing of Hydentra's movies for free results in a direct loss of revenue for Hydentra.

8.      Hydentra engages in extremely limited licensing of its content to other entities or websites for viewing, in addition to the small sample of promotional materials provided to Hydentra affiliates for the sole purpose of the affiliates' promoting Hydentra's web sites. All licensing is done with the intent for brand exposure and is limited to a small subset of hand-selected content.

9.      Hydentra registers the movies it produces with the United States Copyright Office. Hydentra produced all movies at issue here and owns the copyrights to each. In addition, Hydentra filed trademark registrations for "MetArt," used in commerce since May 2002, and "SexArt," used in commerce since April 2011.  Attached hereto as Exhibit A is a true and correct copy of Hydentra's registered trade mark for "MetArt."  Attached hereto as Exhibit B is a true and correct copy of Hydentra's registered trade mark for "SexArt."

10.     Numerous websites operate under the guise of Internet Service Providers while displaying free copyrighted adult content without license or authority. Commonly referred to as "tube sites," these sites often portray themselves as third party upload sites, analogous to Youtube.com. The existence of tube sites damages paid membership sites as users are less likely to pay a monthly membership fee when they can access a producer's movies for free.

11.     Given the prevalence of tube sites and the damage such sites do to paid membership sites, we retained the services of several vendors to investigate copyright infringement, send takedown notices for detected infringement of Hydentra copyright, and document infringements when takedown notices are ignored and/or websites do not qualify for DMCA safe harbor protections.

12.     Hydentra produced the movie *Approaching.*  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright.

Attached hereto as Exhibit C is a true and correct copy of the copyright registration for this movie.

13.    Hydentra produced the movie *At The Movies*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright. Attached hereto as Exhibit D is a true and correct copy of the copyright registration for this movie.

14.    Hydentra produced the movie *Be My Slave* and *Be My Slave II*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright.  Attached hereto as Exhibit E is a true and correct copy of the copyright registration for these movies.

15.    Hydentra produced the movie *Book of Love*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright. Attached hereto as Exhibit F is a true and correct copy of the copyright registration for this movie.

16.    Hydentra produced the movie *Concierge*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright. Attached hereto as Exhibit G is a true and correct copy of the copyright registration for this movie.

17.    Hydentra produced the movie *Cybersex*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright. Attached hereto as Exhibit H is a true and correct copy of the copyright registration for this movie.

18.     Hydentra produced the movie *Desire.*  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright.  Attached hereto as Exhibit I is a true and correct copy of the copyright registration for this movie.

19.     Hydentra produced the movie *Draw Me.*  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright. Attached hereto as Exhibit J is a true and correct copy of the copyright registration for this movie.

20.     Hydentra produced the movie *Finish Me.*  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright. Attached hereto as Exhibit K is a true and correct copy of the copyright registration for this movie.

21.     Hydentra produced the movie *First.*  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright.  Attached hereto as Exhibit L is a true and correct copy of the copyright registration for this movie.

22.     Hydentra produced the movie *Gypsy Fortune.*  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright. Attached hereto as Exhibit M is a true and correct copy of the copyright registration for this movie.

23.     Hydentra produced the movie *Heilo Caliente.*  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright. Attached hereto as Exhibit N is a true and correct copy of the copyright registration for this movie.

24.     Hydentra produced the movie *Hollywood Royale*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright. Attached hereto as Exhibit O is a true and correct copy of the copyright registration for this movie.

25.     Hydentra produced the movie *Il Lungo Addio*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright. Attached hereto as Exhibit P is a true and correct copy of the copyright registration for this movie.

26.     Hydentra produced the movie *Kamasutra*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright. Attached hereto as Exhibit Q is a true and correct copy of the copyright registration for this movie.

27.     Hydentra produced the movie *Le Café*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright.  Attached hereto as Exhibit R is a true and correct copy of the copyright registration for this movie.

28.     Hydentra produced the movie *Like Snow*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright. Attached hereto as Exhibit S is a true and correct copy of the copyright registration for this movie.

29.     Hydentra produced the movie *Love Beats*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright. Attached hereto as Exhibit T is a true and correct copy of the copyright registration for this movie.

30.     Hydentra produced the movie *Our Time*.   Hydentra filed for a copyright registration with the United States Copyright Office.   Hydentra currently owns this copyright. Attached hereto as Exhibit U is a true and correct copy of the copyright registration for this movie.

31.     Hydentra produced the movie *Right Now*.   Hydentra filed for a copyright registration with the United States Copyright Office.   Hydentra currently owns this copyright. Attached hereto as Exhibit V is a true and correct copy of the copyright registration for this movie.

32.     Hydentra produced the movie *Secret Love*.   Hydentra filed for a copyright registration with the United States Copyright Office.   Hydentra currently owns this copyright. Attached hereto as Exhibit W is a true and correct copy of the copyright registration for this movie.

33.     Hydentra produced the movie *Senora and Jorge*.   Hydentra filed for a copyright registration with the United States Copyright Office.   Hydentra currently owns this copyright. Attached hereto as Exhibit X is a true and correct copy of the copyright registration for this movie.

34.     Hydentra produced the movie *Siesta*.   Hydentra filed for a copyright registration with the United States Copyright Office.   Hydentra currently owns this copyright.   Attached hereto as Exhibit Y is a true and correct copy of the copyright registration for this movie.

35.     Hydentra produced the movie *Snow Fun XI*.   Hydentra filed for a copyright registration with the United States Copyright Office.   Hydentra currently owns this copyright. Attached hereto as Exhibit Z is a true and correct copy of the copyright registration for this movie.

36.     Hydentra produced the movie *Spanglish*.   Hydentra filed for a copyright registration with the United States Copyright Office.   Hydentra currently owns this copyright. Attached hereto as Exhibit AA is a true and correct copy of the copyright registration for this movie.

37.     Hydentra produced the movie *Tantra Imaginations*.   Hydentra filed for a copyright registration with the United States Copyright Office.   Hydentra currently owns this copyright.   Attached hereto as Exhibit BB is a true and correct copy of the copyright registration for this movie.

38.     Hydentra produced the movie *The Date*.   Hydentra filed for a copyright registration with the United States Copyright Office.   Hydentra currently owns this copyright. Attached hereto as Exhibit CC is a true and correct copy of the copyright registration for this movie.

39.     Hydentra produced the movie *The Game VIII – Winner Takes All*.   Hydentra filed for a copyright registration with the United States Copyright Office.   Hydentra currently owns this copyright.   Attached hereto as Exhibit DD is a true and correct copy of the copyright registration for this movie.

40.     Hydentra produced the movie *The Writer*.   Hydentra filed for a copyright registration with the United States Copyright Office.   Hydentra currently owns this copyright. Attached hereto as Exhibit EE is a true and correct copy of the copyright registration for this movie.

41.     Hydentra produced the movie *The Writer – Sex Therapy*.   Hydentra filed for a copyright registration with the United States Copyright Office.   Hydentra currently owns this

copyright.  Attached hereto as Exhibit FF is a true and correct copy of the copyright registration for this movie.

42.     Hydentra produced the movie *Tone of Love*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright. Attached hereto as Exhibit GG is a true and correct copy of the copyright registration for this movie.

43.     Hydentra produced the movie *True Love*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright. Attached hereto as Exhibit HH is a true and correct copy of the copyright registration for this movie.

44.     Hydentra produced the movie *Under the Elle Tree*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright. Attached hereto as Exhibit II is a true and correct copy of the copyright registration for this movie.

45.     Hydentra produced the movie *Upper West Side*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright. Attached hereto as Exhibit JJ is a true and correct copy of the copyright registration for this movie.

46.     Hydentra produced the movie *Vintage Collection*, also referred to as *Vintage Collection - Seduction*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright.  Attached hereto as Exhibit KK is a true and correct copy of the copyright registration for this movie.

47.     Hydentra produced the movie *Yes*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright.  Attached hereto as Exhibit LL is a true and correct copy of the copyright registration for this movie.

48.     Hydentra produced the movie *Saturday Night*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright.  Attached hereto as Exhibit MM is a true and correct copy of the copyright registration for this movie.

49.     Hydentra produced the movie *Sweet Morning*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright.  Attached hereto as Exhibit NN is a true and correct copy of the copyright registration for this movie.

50.     Hydentra produced the movie *La Dolce Vita*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright.  Attached hereto as Exhibit OO is a true and correct copy of the copyright registration for this movie.

51.     Hydentra produced the movie *Waltz With Me - Spring*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright.  Attached hereto as Exhibit PP is a true and correct copy of the copyright registration for this movie.

52.     Hydentra produced the movie *Cellist*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright.  Attached hereto as Exhibit QQ is a true and correct copy of the copyright registration for this movie.

53.     Hydentra produced the movie *Cybersex*.   Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright. Attached hereto as Exhibit RR is a true and correct copy of the copyright registration for this movie.

54.     Hydentra produced the movie *Lazy Sunday*.   Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright. Attached hereto as Exhibit SS is a true and correct copy of the copyright registration for this movie.

55.     Hydentra produced the movie *SexArt*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright.  Attached hereto as Exhibit TT is a true and correct copy of the copyright registration for this movie.

56.     Hydentra produced the movie *Tone of Love*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright. Attached hereto as Exhibit UU is a true and correct copy of the copyright registration for this movie.

57.     Hydentra produced the movie *Turning Point*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright. Attached hereto as Exhibit VV is a true and correct copy of the copyright registration for this movie.

58.     Hydentra produced the movie *White Room*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright. Attached hereto as Exhibit WW is a true and correct copy of the copyright registration for this movie.

59.     Hydentra produced the movie *Anna AJ in the Oriente*.  Hydentra filed for a copyright registration with the United States Copyright Office.  Hydentra currently owns this copyright.  Attached hereto as Exhibit XX is a true and correct copy of the copyright registration for this movie.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the __12__ day of February, 2016 at <u>Los Angeles</u>, California.

_____
Jon Krogman

# EXHIBIT A



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Feb 8 03:21:01 EST 2016*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST |
| FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:     OR  Jump  to record:     **Record 1 out of 2**

| TSDR |  ASSIGN Status  |  TTAB Status  | *( Use the "Back" button of the Internet Browser to return to TESS)*

# Typed Drawing

| | |
|---|---|
| **Word Mark** | **METART** |
| **Goods and Services** | IC 041. US 100 101 107. G & S: PROVIDING ADULT-ORIENTED ENTERTAINMENT VIA THE GLOBAL ONLINE COMPUTER NETWORK, NAMELY, PROVIDING WEBSITES FEATURING ADULT-ORIENTED INFORMATION AND IMAGES; PROVIDING ONLINE PUBLICATIONS VIA THE GLOBAL COMPUTER NETWORK, NAMELY ONLINE MAGAZINES WITH SUBJECT MATTER RELATED TO ADULT ENTERTAINMENT AND OTHER ADULT-THEMED TOPICS. FIRST USE: 20020501. FIRST USE IN COMMERCE: 20020501 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 78312615 |
| **Filing Date** | October 13, 2003 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 6, 2004 |
| **Registration Number** | 3152759 |
| **Registration Date** | October 10, 2006 |
| **Owner** | (REGISTRANT) Hydentra, L.P. HLP General Partner, Inc., its sole general partner, a Texas corporation LIMITED PARTNERSHIP DELAWARE 1717 Fourth Street, 3rd Floor Santa Monica CALIFORNIA 90401 |
| **Attorney of Record** | Todd Braverman, Esq. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20160102. |
| **Renewal** | 1ST RENEWAL 20160102 |
| **Live/Dead Indicator** | LIVE |

SUNSM - 00258

Trademark Electronic Search System (TESS)  http://tmsearch.uspto.gov/bin/showfield?f=toc&state=4806:qr3d3.2.1

**TESS HOME** | **NEW USER** | **STRUCTURED** | **FREE FORM** | BROWSE DICT | **SEARCH OG** | **TOP** | **HELP** | PREV LIST | **CURR LIST** | NEXT LIST
FIRST DOC | PREV DOC | **NEXT DOC** | **LAST DOC**

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

SUNSM - 00259

# EXHIBIT B

Trademark Electronic Search System (TESS)    http://tmsearch.uspto.gov/bin/showfield?f=doc&state=4806:qr3d3.3.1



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Feb 8 03:21:01 EST 2016*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# SEXART

| Word Mark | **SEXART** |
|---|---|
| Goods and Services | IC 041. US 100 101 107. G & S: Entertainment services, namely, providing a website featuring adult-themed photographs and videos; online magazines with subject matter related to adult entertainment and adult-themed topics. FIRST USE: 20110412. FIRST USE IN COMMERCE: 20110412 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 85339871 |
| Filing Date | June 7, 2011 |
| Current Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | October 25, 2011 |
| Registration Number | 4191754 |
| Registration Date | August 14, 2012 |
| Owner | (REGISTRANT) Hydentra, L.P. HLP General Partner, Inc., its sole general partner, a Texas Corporation LIMITED PARTNERSHIP DELAWARE 1717 Fourth Street, 3rd Floor Santa Monica CALIFORNIA 90401 |
| Attorney of Record | Todd Braverman, Esq. |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

SUNSM - 00263

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

---

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

SUNSM - 00264

# EXHIBIT C

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-922-433**

**Effective date of registration:**

November 17, 2014

---

## Title ──────────────────────────────

Title of Work: Approaching

## Completion/Publication ──────────────

Year of Completion: 2013

Date of 1st Publication: January 17, 2014          Nation of 1st Publication: United States

## Author ─────────────────────────────

Author: Hydentra HLP Int Limited

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: United States          Domiciled in: United States

## Copyright claimant ─────────────────

Copyright Claimant: Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions ─────────────

Organization Name: Hydentra HLP Int Limited

Address: 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification ──────────────────────

Name: Jason Tucker

Date: November 17, 2014

Applicant's Tracking Number: Approaching

# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-464

**Effective date of registration:**

November 17, 2014

---

## Title

**Title of Work:** At The Movies

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** September 23, 2012       **Nation of 1st Publication:** United States

## Author

■    **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** At The Movies

---

# EXHIBIT E

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-922-430**

**Effective date of registration:**

November 17, 2014

---

**Title** ——————————————————————————

Title of Work: Be My Slave II

**Completion/Publication** ——————————————

Year of Completion: 2014

Date of 1st Publication: April 11, 2014     Nation of 1st Publication: United States

**Author** ——————————————————————————

■   Author: Hydentra HLP Int Limited

Author Created: entire motion picture

Work made for hire: Yes

Citizen of: United States     Domiciled in: United States

**Copyright claimant** ————————————————

Copyright Claimant: Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

**Rights and Permissions** ——————————————

Organization Name: Hydentra HLP Int Limited

Address: 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

**Certification** ——————————————————————

Name: Jason Tucker

Date: November 17, 2014

Applicant's Tracking Number:  Be My Slave II

# EXHIBIT F

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-922-654**

**Effective date of registration:**

November 17, 2014

---

## Title

**Title of Work:** Book of Love

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** September 18, 2013    **Nation of 1st Publication:** United States

## Author

■    **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** Book of Love

# EXHIBIT G

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-922-664**

**Effective date of registration:**

November 17, 2014

---

## Title

**Title of Work:** Concierge

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** July 29, 2012      **Nation of 1st Publication:** United States

## Author

■   **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** Concierge

---

# EXHIBIT H

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-917-321

**Effective date of registration:**

October 13, 2014

---

## Title

**Title of Work:** Cybersex

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** August 14, 2013    **Nation of 1st Publication:** United States

## Author

■  **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** October 9, 2014

**Applicant's Tracking Number:** Cybersex

# EXHIBIT I

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-694

**Effective date of registration:**

November 17, 2014

---

## Title

**Title of Work:** Desire

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** May 11, 2013    **Nation of 1st Publication:** United States

## Author

■ **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** Desire

---

# EXHIBIT J

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-923-131

**Effective date of registration:**

November 17, 2014

---

## Title

**Title of Work:** Draw Me

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** December 13, 2012        **Nation of 1st Publication:** United States

## Author

■        **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316 United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** Draw Me

# EXHIBIT K

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-923-130

**Effective date of registration:**

November 17, 2014

## Title

**Title of Work:** Finish Me

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** December 22, 2013    **Nation of 1st Publication:** United States

## Author

■ **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** Finish Me

# EXHIBIT L

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-917-312

**Effective date of registration:**

October 13, 2014

---

## Title
**Title of Work:** First

## Completion/Publication
**Year of Completion:** 2014

**Date of 1st Publication:** August 31, 2014        **Nation of 1st Publication:** United States

## Author
■   **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions
**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification
**Name:** Jason Tucker

**Date:** October 9, 2014

**Applicant's Tracking Number:** First

---

# EXHIBIT M

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-923-127

**Effective date of
registration:**

November 17, 2014

---

## Title

**Title of Work:** Gypsy Fortune

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** September 9, 2012    **Nation of 1st Publication:** United States

## Author

■    **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** Gypsy Fortune

# EXHIBIT N

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-917-310

**Effective date of
registration:**

October 13, 2014

---

## Title

**Title of Work:** Hielo Caliente

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** December 15, 2013      **Nation of 1st Publication:** United States

## Author

■     **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** October 9, 2014

**Applicant's Tracking Number:** Hielo Caliente

---

# EXHIBIT O

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-475

**Effective date of
registration:**

November 17, 2014

---

## Title

**Title of Work:** Hollywood Royale

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** September 2, 2012 **Nation of 1st Publication:** United States

## Author

■ **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316 United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** Hollywood Royale

# EXHIBIT P

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

PA 1-917-306

**Effective date of registration:**

October 13, 2014

## Title

**Title of Work:** Il Lungo Addio

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** April 20, 2014       **Nation of 1st Publication:** United States

## Author

- **Author:** Hydentra HLP Int Limited

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316 United States

## Certification

**Name:** Jason Tucker

**Date:** October 9, 2014

**Applicant's Tracking Number:** Il Lungo Addio

# EXHIBIT Q

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-480

**Effective date of
registration:**

November 17, 2014

---

## Title

**Title of Work:** Kamasutra

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** January 12, 2014   **Nation of 1st Publication:** United States

## Author

■   **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** Kamasutra

---

# EXHIBIT R

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-479

**Effective date of registration:**

November 17, 2014

---

## Title

**Title of Work:** Le Cafe

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** June 14, 2012          **Nation of 1st Publication:** United States

## Author

■ **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** Le CafÃ©

# EXHIBIT S

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-922-519**

**Effective date of
registration:**

November 17, 2014

---

## Title

**Title of Work:** Like Snow

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** February 12, 2014        **Nation of 1st Publication:** United States

## Author

- **Author:** Hydentra HLP Int Limited

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** Like Snow

---

# EXHIBIT T

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-514

**Effective date of registration:**

November 17, 2014

---

## Title

**Title of Work:** Love Beats

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** January 15, 2013      **Nation of 1st Publication:** United States

## Author

■ **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** Love Beats

# EXHIBIT U

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-923-133

**Effective date of
registration:**

November 17, 2014

---

## Title

**Title of Work:** Our Time

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** July 2, 2013     **Nation of 1st Publication:** United States

## Author

- **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** Our Time

---

# EXHIBIT V

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-922-630**

**Effective date of registration:**

November 17, 2014

---

## Title

**Title of Work:** Right Now

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** July 24, 2013     **Nation of 1st Publication:** United States

## Author

■   **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316 United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** Right Now

---

# EXHIBIT W

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-917-311

**Effective date of registration:**

October 13, 2014

---

## Title

**Title of Work:** Secret Love

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 13, 2012          **Nation of 1st Publication:** United States

## Author

■          **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** October 9, 2014

**Applicant's Tracking Number:** Secret Love

# EXHIBIT X

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-631

**Effective date of
registration:**

November 17, 2014

---

## Title

**Title of Work:** Senora and Jorge

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** May 21, 2013          **Nation of 1st Publication:** United States

## Author

■   **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** Senora and Jorge

---

# EXHIBIT Y

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-635

**Effective date of registration:**

November 17, 2014

---

### Title

**Title of Work:** Siesta

### Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** December 13, 2013   **Nation of 1st Publication:** United States

### Author

■ **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

### Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

### Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** Siesta

---

# EXHIBIT Z

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-633

**Effective date of registration:**

November 17, 2014

---

## Title

**Title of Work:** Snow Fun XI

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 18, 2013          **Nation of 1st Publication:** United States

## Author

■          **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** Snow Fun XI

---

# EXHIBIT AA

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-536

**Effective date of registration:**

November 17, 2014

---

## Title

**Title of Work:** Spanglish

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** July 6, 2013        **Nation of 1st Publication:** United States

## Author

■        **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** Spanglish

---

# EXHIBIT BB

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-543

**Effective date of registration:**

November 17, 2014

---

## Title

**Title of Work:** Tantra Imaginations

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** November 29, 2012       **Nation of 1st Publication:** United States

## Author

■   **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** Tantra Imaginations

# EXHIBIT CC

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-537

**Effective date of
registration:**

November 17, 2014

---

### Title

**Title of Work:** The Date

### Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** August 12, 2012      **Nation of 1st Publication:** United States

### Author

■ **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

### Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

### Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** The Date

---

# EXHIBIT DD

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-922-549**

**Effective date of
registration:**

November 17, 2014

---

## Title

**Title of Work:** The Game VIII - Winner Takes All

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** November 24, 2013     **Nation of 1st Publication:** United States

## Author

■     **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** The Game VIII - Winner Takes A

---

# EXHIBIT EE

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-916-915

**Effective date of
registration:**

October 13, 2014

---

## Title

**Title of Work:** The Writer - Brave New World

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** February 9, 2014      **Nation of 1st Publication:** United States

## Author

■ **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** October 9, 2014

**Applicant's Tracking Number:** The Writer - Brave New World

# EXHIBIT FF

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-428

**Effective date of registration:**

November 17, 2014

---

## Title

**Title of Work:** The Writer - Sex Therapy

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** March 2, 2014     **Nation of 1st Publication:** United States

## Author

■     **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** The Writer - Sex Therapy

---

# EXHIBIT GG

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-431

**Effective date of registration:**

November 17, 2014

---

## Title

**Title of Work:** Tone of Love

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 27, 2013  **Nation of 1st Publication:** United States

## Author

■  **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** Tone of Love

---

# EXHIBIT HH

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-436

**Effective date of registration:**

November 17, 2014

## Title

**Title of Work:** True Love

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** July 13, 2013      **Nation of 1st Publication:** United States

## Author

- **Author:** Hydentra HLP Int Limited

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** True Love

# EXHIBIT II

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-922-444**

**Effective date of registration:**

November 17, 2014

---

## Title

**Title of Work:** Under the Elle Tree

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 13, 2012    **Nation of 1st Publication:** United States

## Author

■   **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** Under the Elle Tree

# EXHIBIT JJ

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-922-429**

**Effective date of registration:**

November 17, 2014

---

### Title

**Title of Work:** Upper West Side

### Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** March 16, 2013    **Nation of 1st Publication:** United States

### Author

■    **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

### Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

### Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** Upper West Side

---

# EXHIBIT KK

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-917-318**

**Effective date of registration:**

October 13, 2014

---

## Title

**Title of Work:** Vintage Collection - Seduction

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** February 2, 2014   **Nation of 1st Publication:** United States

## Author

■ **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** October 9, 2014

**Applicant's Tracking Number:** Vintage Collection - Seduction

# EXHIBIT LL

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-917-316

**Effective date of
registration:**

October 13, 2014

---

## Title

**Title of Work:** Yes

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** December 20, 2012   **Nation of 1st Publication:** United States

## Author

- **Author:** Hydentra HLP Int Limited

  **Author Created:** entire motion picture

  **Work made for hire:** Yes

  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** October 9, 2014

**Applicant's Tracking Number:** Yes

---

# EXHIBIT MM

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-916-892

**Effective date of registration:**

October 13, 2014

---

## Title

**Title of Work:** Saturday Night

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** September 7, 2014       **Nation of 1st Publication:** United States

## Author

- **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** October 9, 2014

**Applicant's Tracking Number:** Saturday Night

---

# EXHIBIT NN



| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Copyright Number = PA0001916913

Search Results: Displaying 1 of 1 entries

◀ previous    next ▶



*Sweet Morning .*

| | |
|---|---|
| **Type of Work:** | Motion Picture |
| **Registration Number / Date:** | PA0001916913 / 2014-10-13 |
| **Application Title:** | Sweet Morning . |
| **Title:** | Sweet Morning . |
| **Description:** | Electronic Deposit. |
| **Copyright Claimant:** | Hydentra HLP Int Limited. Address: 18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2013-02-12 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Hydentra HLP Int Limited, employer for hire; Domicile: United States; Citizenship: United States. Authorship: entire motion picture. |
| **Rights and Permissions:** | Hydentra HLP Int Limited, 18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States |
| **Names:** | Hydentra HLP Int Limited |

◀ previous    next ▶

| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format Full Record | Format for Print/Save |
| Enter your email address: | Email |

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# EXHIBIT OO

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-495

**Effective date of registration:**

November 17, 2014

---

## Title

**Title of Work:** La Dolce Vita Turisti Per Caso

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** May 7, 2013  **Nation of 1st Publication:** United States

## Author

■ **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316 United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** La Dolce Vita Turisti Per Caso

---

# EXHIBIT PP

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-931-987

**Effective Date of Registration:**
February 10, 2015

---

## Title

| | |
|---|---|
| **Title of Work:** | Waltz With Me - Spring |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | July 27, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **• Author:** | Hydentra HLP Int Limited |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Hydentra HLP Int Limited |
| | 18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Hydentra HLP Int Limited |
| **Address:** | 18034 Ventura Blvd |
| | Suite 181 |
| | Encino, CA 91316 United States |

## Certification

| | |
|---|---|
| **Name:** | Jason Tucker |
| **Date:** | February 10, 2015 |
| **Applicant's Tracking Number:** | Waltz With Me - Spring |

# EXHIBIT QQ

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-931-426

**Effective Date of Registration:**
February 10, 2015

---

## Title _____

**Title of Work:**   Cellist

## Completion/Publication _____

**Year of Completion:**   2012
**Date of 1st Publication:**   April 13, 2012
**Nation of 1ˢᵗ Publication:**   United States

## Author _____

• **Author:**   Hydentra HLP Int Limited
**Author Created:**   entire motion picture
**Work made for hire:**   Yes
**Citizen of:**   United States
**Domiciled in:**   United States

## Copyright Claimant _____

**Copyright Claimant:**   Hydentra HLP Int Limited
18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions _____

**Organization Name:**   Hydentra HLP Int Limited
**Address:**   18034 Ventura Blvd
Suite 181
Encino, CA 91316 United States

## Certification _____

**Name:**   Jason Tucker
**Date:**   February 10, 2015
**Applicant's Tracking Number:**   Cellist

Page 1 of 1

# EXHIBIT RR

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-917-321

**Effective date of registration:**

October 13, 2014

---

## Title

**Title of Work:** Cybersex

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** August 14, 2013

**Nation of 1st Publication:** United States

## Author

■ **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316 United States

## Certification

**Name:** Jason Tucker

**Date:** October 9, 2014

**Applicant's Tracking Number:** Cybersex

---

# EXHIBIT SS

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# PA 1-931-433

**Effective Date of Registration:**
February 10, 2015

---

### Title

**Title of Work:** Lazy Sunday

### Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** June 25, 2012
**Nation of 1st Publication:** United States

### Author

- **Author:** Hydentra HLP Int Limited
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

### Copyright Claimant

**Copyright Claimant:** Hydentra HLP Int Limited
18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

### Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited
**Address:** 18034 Ventura Blvd
Suite 181
Encino, CA 91316 United States

### Certification

**Name:** Jason Tucker
**Date:** February 10, 2015
**Applicant's Tracking Number:** Lazy Sunday

# EXHIBIT TT

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-931-425

**Effective Date of Registration:**
February 10, 2015

---

## Title
_____

**Title of Work:** Sexart

## Completion/Publication
_____

**Year of Completion:** 2012
**Date of 1st Publication:** April 13, 2012
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Hydentra HLP Int Limited
**Author Created:** entire motion picture
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Hydentra HLP Int Limited
18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions
_____

**Organization Name:** Hydentra HLP Int Limited
**Address:** 18034 Ventura Blvd
Suite 181
Encino, CA 91316 United States

## Certification
_____

**Name:** Jason Tucker
**Date:** February 10, 2015
**Applicant's Tracking Number:** SexArt

Page 1 of 1

# EXHIBIT UU

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-431

**Effective date of registration:**

November 17, 2014

---

## Title

**Title of Work:** Tone of Love

## Completion/Publication

**Year of Completion:** 2012

**Date of 1st Publication:** April 27, 2013

**Nation of 1st Publication:** United States

## Author

■ **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** Tone of Love

# EXHIBIT VV

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-931-440

**Effective Date of Registration:**
February 10, 2015

---

## Title

| | |
|---|---|
| **Title of Work:** | Turning Point |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2013 |
| **Date of 1st Publication:** | May 25, 2013 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Hydentra HLP Int Limited |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Hydentra HLP Int Limited |
| | 18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Hydentra HLP Int Limited |
| **Address:** | 18034 Ventura Blvd |
| | Suite 181 |
| | Encino, CA 91316 United States |

## Certification

| | |
|---|---|
| **Name:** | Jason Tucker |
| **Date:** | February 10, 2015 |
| **Applicant's Tracking Number:** | Turning Point |

# EXHIBIT WW

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-931-431

**Effective Date of Registration:**
February 10, 2015

---

## Title

**Title of Work:** White Room

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** October 21, 2012
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Hydentra HLP Int Limited
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Hydentra HLP Int Limited
18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited
**Address:** 18034 Ventura Blvd
Suite 181
Encino, CA 91316 United States

## Certification

**Name:** Jason Tucker
**Date:** February 10, 2015
**Applicant's Tracking Number:** White Room

# <u>EXHIBIT XX</u>

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-922-450

**Effective date of registration:**

November 17, 2014

---

## Title

**Title of Work:** Anna AJ in Oriente

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 6, 2009        **Nation of 1st Publication:** United States

## Author

■        **Author:** Hydentra HLP Int Limited

**Author Created:** entire motion picture

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Hydentra HLP Int Limited

18034 Ventura Blvd, Suite 181, Encino, CA, 91316, United States

## Rights and Permissions

**Organization Name:** Hydentra HLP Int Limited

**Address:** 18034 Ventura Blvd

Suite 181

Encino, CA 91316  United States

## Certification

**Name:** Jason Tucker

**Date:** November 17, 2014

**Applicant's Tracking Number:** Anna AJ in Oriente

---