# EXHIBIT "2"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

          Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
and John Does 1-20,

          Defendants.

_____/

**DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT**

      I, Jason Tucker, declare:

      1.      I am a United States Citizen, over the age of 18 years old, make this declaration

based upon personal knowledge and, if called to testify could and would testify competently to

the facts set forth herein.

      2.      I am a Director of Battleship Stance LLC, a leading intellectual property

management and on-line piracy investigation company.  I have been and serve as a consultant

and Enforcement Officer for major award winning entertainment studios including the publicly

traded Private Media Groups' Fraserside IP LLC, Wicked Pictures, Channel One

Communications, Cybernet Entertainment d/b/a Kink.com, and Zero Tolerance Entertainment, Third Degree Films, Black Ice Limited and others.

3.      Hydentra retained Battleship Stance LLC to investigate copyright and trademark violations and assist in certain litigation to enforce its intellectual property rights.

4.      In January 2015, I discovered a total of 37 of Hydentra's copyrighted movies displayed for free on web site Playvid.com. These copyrighted movies were: *Anna AJ in the Oriente, Approaching, At The Movies, Be My Slave, Book of Love, Concierge, Cybersex, Desire, Draw Me, Finish Me, First, Gypsy Fortune, Hielo Caliente, Hollywood Royale, Il Lungo Addio, Kamasutra, Le Café, Like Snow, Love Beats, Our Time, Right Now, Secret Love, Senora and Jorge, Siesta, Snow Fun XI, Spanglish, Tantra Imaginations, The Date, The Game VIII - Winner Takes All, The Writer, The Writer - Sex Therapy, Tone of Love, True Love, Under the Elle Tree, Upper West Side, Vintage Collection – Seduction,* and *Yes.*  Attached hereto as Exhibit A is a spreadsheet that summarizes voluminous information and reflects the movies I found to be displayed on playvid.com and the corresponding URL where the movies were located.  Some of these movies were displayed on multiple URLs on Playvid.com, totaling 70 different URLs. Each video on the site included a "view count" which indicated the number of times the video had been viewed on the site.

5.      I searched the U.S. Copyright Office Internet Service provider database and discovered that Sun Social Media, Inc. filed a Designation of Agent to Receive Notification of Claimed Infringements, listing playvid.com to be operated as an Internet Service Provider. Attached hereto as Exhibit B is a true and correct copy of Amended Interim Designation of Agent to Receive Notification of Claimed Infringement, dated January 19, 2014, filed with the

United States Copyright Office.  The Designation lists the agent to be Constantin Luchian, with the address 6750 N. Andrews Ave., Suite 200, Fort Lauderdale, FL 33309.

6. The playvid.com website also listed Constantin Luchian, with the address 6750 N. Andrews Ave., Suite 200, Fort Lauderdale, FL 33309, as the agent to receive copyright infringement takedown notices.  Attached hereto as Exhibit C is a true and correct copy of the notice from playvid.com.

7. On January 15, 2015, I sent over 70 DMCA compliant takedown notices to the designated Agent specified with both the U.S. Copyright Office and the playvid.com web sites. The package containing these notices was addressed to Constantin Luchian, 6750 N. Andrews Ave., Suite 200, Fort Lauderdale, FL 33309.  Sufficient postage for this package was $16.50, which I paid.  The package was deposited in the mail.  Attached hereto as Exhibit D is a true and correct copy of my shipping invoice from the United States Postal Service.  I did not receive the package returned as undeliverable or have any other indication at any time that there was a problem with delivery.  In fact, I received a proof of delivery of the package.

8. On January 20, 2015, DMCA compliant take-down notices were delivered via United States Postal Service to Constantin Luchian, the agent registered with the U.S. Copyright Office, at the address listed with the United States Copyright Office.   Attached hereto as Exhibit D-1 is a true and correct copy of the delivery confirmation from the United States Postal Service.

9. Each take-down notice included the following information: a signature of person authorized to act on behalf of Hydentra; identification of Hydentra's copyrighted movie infringed; identification of the material on playvid.com that is infringing Hydentra's copyright that is to be removed or disabled, along with the exact URL of the material; contact information for Hydentra's agent; a statement that Hydentra has a good faith belief that use of the material is

not authorized; and a statement, under the penalty of perjury, that the information in the notification is accurate and the agent is authorized to act on behalf of Hydentra.

10.     The meta tags for the URLs displaying Hydentra's movies on Playvid.com included Hydentra's trademarks MetArt and SexArt. The import of such inclusion of the trademarks in the meta tags is that an Internet user utilizing any search engine, such as Google, BING or Yahoo, searching for "MetArt" or "SexArt" videos would discover the videos posted for free on Playvid.com.

11.     The DMCA take-down notices contained a cease and desist demand for the use of Hydentra's trademarks, "Metart" and "Sexart."

12.     I investigated the effect of Hydentra's trademarks in the meta tags of the Sun Social Media web sites.  To this, I did search using the Google search engine of the Sex Art trade name along with a known SexArt movie, including *Il Lungo Addio, Hielo Caliente, Secret Love, Cybersex, Be My Slave, Spanglish, Senora and Jorge, Snow Fun XI, Book of Love,* and *Desire.* Attached hereto as Exhibit BBBB are true and correct copies of the search results from these searches.

13.     In each search result for SexArt and a known SexArt movie, the playvid.com web site appeared on the first page of the result, as the top result and clearly noting that the video was available for free.   The playvid.com web site was listed in the search results even before sexart.com – where the movie is available with a paid subscription, as intended by Hydentra.

**Infringements on Playvid.com**

14.     For Hydentra's movie *Anna AJ In the Oriente* displayed on playvid.com: attached hereto as Exhibit E is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit E-1 is a true and correct copy of a

screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit E-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

15.     For Hydentra's movie *Approaching* displayed on playvid.com:  attached hereto as Exhibit F is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit F-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit F-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

16.     For Hydentra's movie *At The Movies* displayed on playvid.com:  attached hereto as Exhibit G is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit G-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit G-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

17.     For Hydentra's movie *Be My Slave* displayed on playvid.com:  attached hereto as Exhibit H is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit H-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit H-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

18.     For Hydentra's movie *Book of Love* displayed on playvid.com:  attached hereto as Exhibit I is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA

Agent; attached hereto as Exhibit I-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit I-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

19.     For Hydentra's movie *Concierge* displayed on playvid.com:  attached hereto as Exhibit J is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit J-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit J-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

20.     For Hydentra's movie *Cybersex* displayed on playvid.com:  attached hereto as Exhibit K is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit K-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit K-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

21.     For Hydentra's movie *Desire* displayed on playvid.com:  attached hereto as Exhibit L is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit L-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit L-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

22. For Hydentra's movie *Draw Me* displayed on playvid.com: attached hereto as Exhibit M is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit M-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit M-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

23. For Hydentra's movie *Finish Me* displayed on playvid.com: attached hereto as Exhibit N is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit N-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit N-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

24. For Hydentra's movie *First* displayed on playvid.com: attached hereto as Exhibit O is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit O-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit O-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

25. For Hydentra's movie *Gypsy Fortune* displayed on playvid.com: attached hereto as Exhibit P is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit P-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit P-2 is a

true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

26.     For Hydentra's movie *Hielo Caliente* displayed on playvid.com:  attached hereto as Exhibit Q is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit Q-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit Q-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

27.     For Hydentra's movie *Hollywood Royale* displayed on playvid.com:  attached hereto as Exhibit R is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit R-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit R-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

28.     For Hydentra's movie *Il Lungo Addio* displayed on playvid.com:  attached hereto as Exhibit S is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit S-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit S-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

29.     For Hydentra's movie *Kamasutra* displayed on playvid.com:  attached hereto as Exhibit T is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit T-1 is a true and correct copy of a screen shot of the movie

being displayed on playvid.com in January 2015; and attached hereto as Exhibit T-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

30.    For Hydentra's movie *Le Café* displayed on playvid.com:  attached hereto as Exhibit U is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit U-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit U-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

31.    For Hydentra's movie *Like Snow* displayed on playvid.com:  attached hereto as Exhibit V is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit V-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit V-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

32.    For Hydentra's movie *Love Beats* displayed on playvid.com:  attached hereto as Exhibit W is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit W-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit W-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

33.    For Hydentra's movie *Our Time* displayed on playvid.com:  attached hereto as Exhibit X is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA

Agent; attached hereto as Exhibit X-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit X-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

34.     For Hydentra's movie *Right Now* displayed on playvid.com:  attached hereto as Exhibit Y is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit Y-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit Y-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

35.     For Hydentra's movie *Secret Love* displayed on playvid.com:  attached hereto as Exhibit Z is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit Z-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit Z-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

36.     For Hydentra's movie *Senora and Jorge* displayed on playvid.com:  attached hereto as Exhibit AA is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit AA-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit AA-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

37.     For Hydentra's movie *Siesta* displayed on playvid.com:  attached hereto as Exhibit BB is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit BB-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit BB-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

38.     For Hydentra's movie *Snow Fun XI* displayed on playvid.com:  attached hereto as Exhibit CC is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit CC-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit CC-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

39.     For Hydentra's movie *Spanglish* displayed on playvid.com:  attached hereto as Exhibit DD is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit DD-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit DD-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

40.     For Hydentra's movie *Tantra Imaginations* displayed on playvid.com:  attached hereto as Exhibit EE is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit EE-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as

Exhibit EE-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

41.     For Hydentra's movie *The Date* displayed on playvid.com:  attached hereto as Exhibit FF is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit FF-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit FF-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

42.     For Hydentra's movie *The Game VIII – Winner Takes All* displayed on playvid.com:  attached hereto as Exhibit GG is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit GG-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit GG-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

43.     For Hydentra's movie *The Writer* displayed on playvid.com:  attached hereto as Exhibit HH is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit HH-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit HH-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

44.     For Hydentra's movie *The Writer – Sex Therapy* displayed on playvid.com: attached hereto as Exhibit II is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit II-1 is a true and correct copy of a

screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit II-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

45.     For Hydentra's movie *Tone of Love* displayed on playvid.com:  attached hereto as Exhibit JJ is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit JJ-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit JJ-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

46.     For Hydentra's movie *True Love* displayed on playvid.com:  attached hereto as Exhibit KK is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit KK-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit KK-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

47.     For Hydentra's movie *Under the Elle Tree* displayed on playvid.com:  attached hereto as Exhibit LL is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit LL-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit LL-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

48.     For Hydentra's movie *Upper West Side* displayed on playvid.com:  attached hereto as Exhibit MM is a true and correct copy of takedown notices delivered to Sun Social

Media's DMCA Agent; attached hereto as Exhibit MM-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit MM-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

49.     For Hydentra's movie *Vintage Collection - Seduction* displayed on playvid.com: attached hereto as Exhibit NN is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit NN-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit NN-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

50.     For Hydentra's movie *Yes* displayed on playvid.com:  attached hereto as Exhibit OO is a true and correct copy of takedown notices delivered to Sun Social Media's DMCA Agent; attached hereto as Exhibit OO-1 is a true and correct copy of a screen shot of the movie being displayed on playvid.com in January 2015; and attached hereto as Exhibit OO-2 is a true and correct copy of the source code of the movie displayed on playvid.com with Hydentra trademark in the meta tags.

**Infringements on Feedvid.com**

51.     In February 2015, I discovered two of Hydentra's copyrighted movies displayed for free on the web site Feedvid.com. These movies were: *Saturday Night* and *Sweet Morning*. Attached hereto as Exhibit PP is a spreadsheet representing the movies I found displayed on feedvid.com and the corresponding URL where the movie was located.  Each video on the site included a "view count" which indicated the number of times the video had been viewed on the site.

52.     Hydentra produced, copyrighted and currently owns the copyright to each of these movies. Feedvid.com was not registered with the United States Copyright Office as an Internet Service Provider.   (It has now been so registered). Because Feedvid.com was not registered, takedown notices were not sent. I discovered that Sun Social Media, Inc. owns and operates Feedvid.com.

53.     For Hydentra's movie *Saturday Night* displayed on feedvid.com:  attached hereto as Exhibit QQ is a true and correct copy of a screen shot of the movie being displayed on feevid.com in February 2015; and attached hereto as Exhibit QQ-1 is a true and correct copy of the source code of the movie displayed on feedvid.com with Hydentra trademark in the meta tags.

54.     For Hydentra's movie *Sweet Morning* displayed on feedvid.com:  attached hereto as Exhibit RR is a true and correct copy of a screen shot of the movie being displayed on feevid.com in February 2015; and attached hereto as Exhibit RR-1 is a true and correct copy of the source code of the movie displayed on feedvid.com with Hydentra trademark in the meta tags.

**Infringements on Peekvids.com**

55.     In February 2015, I discovered 5 of Hydentra's copyrighted movies on the web site Peekvids.com. These movies were: *La Dolce Vita, Saturday Night, Snow Fun XI, Tantra Imaginations,* and *Waltz With Me – Spring*.   Attached hereto as Exhibit SS is a spreadsheet representing the movies that I found displayed on peekvids.com and the corresponding ULR where each movie was located.   Each video on the site included a "view count" which indicated the number of times the video had been viewed on the site.

56.     Hydentra produced, copyrighted and currently owns the copyright to each of these movies. Some of these movies were displayed on multiple URLs on peekvid.com, totaling 6 different URLs.  Peekvids.com was not registered with the United States Copyright Office as an Internet Service Provider. (It has now been so registered). Because Peekvids.com was not registered, take-down notices were not sent. I discovered that Sun Social Mediaowns and operates Peekvids.com.

57.     For Hydentra's movie *La Dolce Vita* displayed on peekvids.com:  attached hereto as Exhibit TT is a true and correct copy of a screen shot of the movie being displayed on peekvids.com in February 2015; and attached hereto as Exhibit TT-1 is a true and correct copy of the source code of the movie displayed on peekvids.com with Hydentra trademark in the meta tags.

58.     For Hydentra's movie *Saturday Night* displayed on peekvids.com:  attached hereto as Exhibit UU is a true and correct copy of a screen shot of the movie being displayed on peekvids.com in February 2015; and attached hereto as Exhibit UU-1 is a true and correct copy of the source code of the movie displayed on peekvids.com with Hydentra trademark in the meta tags.

59.     For Hydentra's movie *Snow Fun XI* displayed on peekvids.com:  attached hereto as Exhibit VV is a true and correct copy of a screen shot of the movie being displayed on peekvids.com in February 2015; and attached hereto as Exhibit VV-1 is a true and correct copy of the source code of the movie displayed on peekvids.com with Hydentra trademark in the meta tags.

60.     For Hydentra's movie *Tantra Imaginations* displayed on peekvids.com: attached hereto as Exhibit WW is a true and correct copy of a screen shot of the movie being displayed on peekvids.com in February 2015.

61.     For Hydentra's movie *Waltz With Me - Spring* displayed on peekvids.com: attached hereto as Exhibit XX is a true and correct copy of a screen shot of the movie being displayed on peekvids.com in February 2015; and attached hereto as Exhibit XX-1 is a true and correct copy of the source code of the movie displayed on peekvids.com with Hydentra trademark in the meta tags.

**Infringements on Playvids.com**

62.     In May 2015, I discovered 28 of Hydentra's copyrighted movies displayed for free on the web site Playvids.com. These movies were: *At the Movies, Be My Slave II, Cellist, Concierge, Cybersex, Desire, Draw Me, Finish Me, Gypsy Fortune, Hielo Caliente, Hollywood Royale, Il Lungo Addio, Kamasutra, Lazy Sunday, Our Time, Right Now, Secret Love, Senora and Jorge, SexArt, Siesta, Snow Fun XI, Spanglish, Tantra Imaginations, Tone of Love, Turning Point, Upper West Side, Vintage Collection  - Seduction,* and *White Room.* Attached hereto as Exhibit YY is a spreadsheet representing the movies I found displayed on playvids.com and the corresponding URL where each movie was located.  Some of these movies were displayed on multiple URLs on Playvids.com, a total of 36 different URLs.  Each video on the site included a "view count" which indicated the number of times the video had been viewed on the site.

63.     Hydentra produced, copyrighted and currently owns the copyright to each of these movies. Playvids.com was not registered with the United States Copyright Office as an Internet Service Provider. (It has now been so registered). Because Playvids.com was not registered,

takedown notices were not sent. I discovered that Sun Social Media owns and operates Playvids.com.

64.    For Hydentra's movie *At The Movies* displayed on playvids.com:  attached hereto as Exhibit ZZ is a true and correct copy of a screen shot of the movie being displayed on feevid.com in May 2015; and attached hereto as Exhibit ZZ-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

65.    For Hydentra's movie *Be My Slave II* displayed on playvids.com:  attached hereto as Exhibit AAA is a true and correct copy of a screen shot of the movie being displayed on feevid.com in May 2015; and attached hereto as Exhibit AAA-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

66.    For Hydentra's movie *Cellist* displayed on playvids.com:  attached hereto as Exhibit BBB is a true and correct copy of a screen shot of the movie being displayed on feevid.com in May 2015; and attached hereto as Exhibit BBB-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

67.    For Hydentra's movie *Concierge* displayed on playvids.com:  attached hereto as Exhibit CCC is a true and correct copy of a screen shot of the movie being displayed on feevid.com in May 2015; and attached hereto as Exhibit CCC-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

68.    For Hydentra's movie *Cybersex* displayed on playvids.com:  attached hereto as Exhibit DDD is a true and correct copy of a screen shot of the movie being displayed on feevid.com in May 2015; and attached hereto as Exhibit DDD-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

69.     For Hydentra's movie *Desire* displayed on playvids.com:  attached hereto as Exhibit EEE is a true and correct copy of a screen shot of the movie being displayed on feevid.com in May 2015; and attached hereto as Exhibit EEE-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

70.     For Hydentra's movie *Draw Me* displayed on playvids.com:  attached hereto as Exhibit FFF is a true and correct copy of a screen shot of the movie being displayed on feevid.com in May 2015; and attached hereto as Exhibit FFF-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

71.     For Hydentra's movie *Finish Me* displayed on playvids.com:  attached hereto as Exhibit GGG is a true and correct copy of a screen shot of the movie being displayed on feevid.com in May 2015; and attached hereto as Exhibit GGG-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

72.     For Hydentra's movie *Gypsy Fortune* displayed on playvids.com:  attached hereto as Exhibit HHH is a true and correct copy of a screen shot of the movie being displayed on feevid.com in May 2015; and attached hereto as Exhibit HHH-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

73.     For Hydentra's movie *Hielo Caliente* displayed on playvids.com:  attached hereto as Exhibit III is a true and correct copy of a screen shot of the movie being displayed on feevid.com in May 2015; and attached hereto as Exhibit III-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

74.     For Hydentra's movie *Hollywood Royale* displayed on playvids.com:  attached hereto as Exhibit JJJ is a true and correct copy of a screen shot of the movie being displayed on

feevid.com in May 2015; and attached hereto as Exhibit JJJ-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

75. For Hydentra's movie *Il Lungo Addio* displayed on playvids.com: attached hereto as Exhibit KKK is a true and correct copy of a screen shot of the movie being displayed on feevid.com in May 2015; and attached hereto as Exhibit KKK-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

76. For Hydentra's movie *Kamasutra* displayed on playvids.com: attached hereto as Exhibit LLL is a true and correct copy of a screen shot of the movie being displayed on feevid.com in May 2015; and attached hereto as Exhibit LLL-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

77. For Hydentra's movie *Lazy Sunday* displayed on playvids.com: attached hereto as Exhibit MMM is a true and correct copy of a screen shot of the movie being displayed on feevid.com in May 2015; and attached hereto as Exhibit MMM-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

78. For Hydentra's movie *Our Time* displayed on playvids.com: attached hereto as Exhibit NNN is a true and correct copy of a screen shot of the movie being displayed on feevid.com in May 2015; and attached hereto as Exhibit NNN-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

79. For Hydentra's movie *Right Now* displayed on playvids.com: attached hereto as Exhibit OOO is a true and correct copy of a screen shot of the movie being displayed on feevid.com in May 2015; and attached hereto as Exhibit OOO-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

80.     For Hydentra's movie *Secret Love* displayed on playvids.com:  attached hereto as Exhibit PPP is a true and correct copy of a screen shot of the movie being displayed on feevid.com in May 2015; and attached hereto as Exhibit PPP-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

81.     For Hydentra's movie *Senora and Jorge* displayed on playvids.com:  attached hereto as Exhibit QQQ is a true and correct copy of a screen shot of the movie being displayed on feevid.com in May 2015; and attached hereto as Exhibit QQQ-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

82.     For Hydentra's movie *SexArt* displayed on playvids.com:  attached hereto as Exhibit RRR is a true and correct copy of a screen shot of the movie being displayed on feevid.com in May 2015; and attached hereto as Exhibit RRR-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

83.     For Hydentra's movie *Siesta* displayed on playvids.com:  attached hereto as Exhibit SSS is a true and correct copy of a screen shot of the movie being displayed on feevid.com in May 2015; and attached hereto as Exhibit SSS-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

84.     For Hydentra's movie *Snow Fun XI* displayed on playvids.com:  attached hereto as Exhibit TTT is a true and correct copy of a screen shot of the movie being displayed on feevid.com in May 2015; and attached hereto as Exhibit TTT-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

85.     For Hydentra's movie *Spanglish* displayed on playvids.com:  attached hereto as Exhibit UUU is a true and correct copy of a screen shot of the movie being displayed on

feevid.com in May 2015; and attached hereto as Exhibit UUU-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

86.     For Hydentra's movie *Tantra Inamingations* displayed on playvids.com: attached hereto as Exhibit VVV is a true and correct copy of a screen shot of the movie being displayed on feevid.com in May 2015; and attached hereto as Exhibit VVV-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

87.     For Hydentra's movie *Tone of Love* displayed on playvids.com: attached hereto as Exhibit WWW is a true and correct copy of a screen shot of the movie being displayed on feevid.com in May 2015; and attached hereto as Exhibit WWW-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

88.     For Hydentra's movie *Turning Point* displayed on playvids.com: attached hereto as Exhibit XXX is a true and correct copy of a screen shot of the movie being displayed on feevid.com in May 2015; and attached hereto as Exhibit XXX-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

89.     For Hydentra's movie *Upper West Side* displayed on playvids.com: attached hereto as Exhibit YYY is a true and correct copy of a screen shot of the movie being displayed on feevid.com in May 2015; and attached hereto as Exhibit YYY-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

90.     For Hydentra's movie *Vintage Collection - Seduction* displayed on playvids.com: attached hereto as Exhibit ZZZ is a true and correct copy of a screen shot of the movie being

displayed on feevid.com in May 2015; and attached hereto as Exhibit ZZZ-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

91.     For Hydentra's movie *White Room* displayed on playvids.com:  attached hereto as Exhibit AAAA is a true and correct copy of a screen shot of the movie being displayed on feevid.com in May 2015; and attached hereto as Exhibit AAAA-1 is a true and correct copy of the source code of the movie displayed on playvids.com with Hydentra trademark in the meta tags.

92.     With regard to the print outs of screen shots of the Hydentra movies and source code, each of them are screen shots from video documentation that I created at the time period I have indicated.  The video documentation is a recording of my activity on and observations of the Sun Social Media web sites.  The screen shots themselves include a date when I made the screen shot – which merely reflects the date that I printed a screen shot from the earlier documented video.

93.     In June 2015, *five months after* take-down notices were delivered to Sun Social Media, I observed that Hydentra's movies remained available for free public display on all Sun Social sites, including playvid.com – the site subject to the take-down notices, feedvid, peekvids, and playvids.com.  At that time, feedvid.com, peekvids.com, and playvids.com were still not registered with the U.S. Copyright Office as Internet Service Providers.

94.     I reviewed production from Sun Social Media, Inc. which included email addresses associated with members of the Sun Social websites purported to have uploaded Hydentra's videos and members of the Sun Social websites that were purported to have been terminated pursuant to a repeat infringer policy.

95.     I reviewed production from subpoenas to email vendors regarding the email addresses disclosed by Sun Social Media.

96.     I attempted to send emails to the email addresses disclosed by Sun Social Media.

97.     Based upon the production of the email vendors and my attempts to email the disclosed Sun Social Media members, I determined that approximately 90% of the email addresses disclosed by Sun Social are invalid and fake email addresses.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the _/2_ day of February, 2016 at _PHOENIX_, Arizona.


Jason Tucker

24