# EXHIBIT A

## SITE: PLAYVID.COM

| Title of Work | Copyright Registration Number | Infringing Link |
|---|---|---|
| Anna AJ in Oriente | PA0001922450 | http://www.playvid.com/watch/4hfFlQ73Iw3 |
| Approaching | PA0001922433 | http://www.playvid.com/watch/LfSNZEwTHML |
| Approaching | PA0001922433 | http://www.playvid.com/watch/JB4Tp9G9TA5 |
| At The Movies | PA0001922464 | http://www.playvid.com/watch/zBRxc3zHsNJ |
| At The Movies | PA0001922464 | http://www.playvid.com/watch/TaSWqOaO0Pw |
| Be My Slave | PA0001922430 | http://www.playvid.com/watch/g7ihsgUTVyX |
| Be My Slave | PA0001922430 | http://www.playvid.com/watch/E8wWFJAvmxd |
| Be My Slave | PA0001922430 | http://www.playvid.com/watch/rg1mS3IbFDf |
| Be My Slave | PA0001922430 | http://www.playvid.com/watch/ytkFdcOylP |
| Book of Love | PA0001922654 | http://www.playvid.com/watch/-XUczyUSK0d |
| Concierge | PA0001922664 | http://www.playvid.com/watch/GK2T5kx6MDy |
| Concierge | PA0001922664 | http://www.playvid.com/watch/H7q5c5W4NuW |
| Cybersex | PA0001917321 | http://www.playvid.com/watch/i0xYBmuJiwc |
| Desire | PA0001922694 | http://www.playvid.com/watch/Gt2gj-9EtM |
| Draw Me | PA0001923131 | http://www.playvid.com/watch/W17G50XHuIS |
| Draw Me | PA0001923131 | http://www.playvid.com/watch/v4EQRXdmENS |
| Draw Me | PA0001923131 | http://www.playvid.com/watch/4_9X11yndS |
| Finish Me | PA0001923130 | http://www.playvid.com/watch/Td-duKpbHva |
| Finish Me | PA0001923130 | http://www.playvid.com/watch/lScLvrn4yyzY |
| Finish Me | PA0001923130 | http://www.playvid.com/watch/DaaFFs1bE3a |
| First | PA0001917312 | http://www.playvid.com/watch/g9vulPunyiE |
| Gypsy Fortune | PA0001923127 | http://www.playvid.com/watch/TKZ42SVOeTX |
| Hielo Caliente | PA0001917310 | http://www.playvid.com/watch/OidBcPI0I4r |
| Hielo Caliente | PA0001917310 | http://www.playvid.com/watch/o9JpOCDUVO7 |
| Hollywood Royale | PA0001922475 | http://www.playvid.com/watch/px7nfElheZA |
| Hollywood Royale | PA0001922475 | http://www.playvid.com/watch/F-UyjFoz10u |
| Hollywood Royale | PA0001922475 | http://www.playvid.com/watch/7xq2e8j8_s9 |

| | | |
|---|---|---|
| Il Lungo Addio | PA0001917306 | http://www.playvid.com/watch/RIuYxh_LdLC |
| Kamasutra | PA0001922480 | http://www.playvid.com/watch/Dck18Umdvol |
| Kamasutra | PA0001922480 | http://www.playvid.com/watch/MNdS53pJbWq |
| Kamasutra | PA0001922480 | http://www.playvid.com/watch/k8dSYHTadav |
| Le Café | PA0001922479 | http://www.playvid.com/watch/MX5KXvieF8 |
| Like Snow | PA0001922519 | http://www.playvid.com/watch/0Q5cz4_fgpL |
| Like Snow | PA0001922519 | http://www.playvid.com/watch/XbzAwreVAUg |
| Love Beats | PA0001922514 | http://www.playvid.com/watch/Dnh5yuZfIat |
| Love Beats | PA0001922514 | http://www.playvid.com/watch/ISfIb9y7mg7 |
| Our Time | PA0001923133 | http://www.playvid.com/watch/eHe6347hTen |
| Our Time | PA0001923133 | http://www.playvid.com/watch/7bmcoBYarHC |
| Right Now | PA0001922630 | http://www.playvid.com/watch/yR-fYjwO5F |
| Secret Love | PA0001917311 | http://www.playvid.com/watch/ys6v6JsUPwU |
| Secret Love | PA0001917311 | http://www.playvid.com/watch/iEj0THoclTo |
| Secret Love | PA0001917311 | http://www.playvid.com/watch/N0dk5mdmzch |
| Secret Love | PA0001917311 | http://www.playvid.com/watch/5mGSKxpwqrZ |
| Senora and Jorge | PA0001922631 | http://www.playvid.com/watch/zyFowLKln8o |
| Siesta | PA0001922635 | http://www.playvid.com/watch/pRLacuTsx7y |
| Siesta | PA0001922635 | http://www.playvid.com/watch/wGhC7wlnXw5 |
| Siesta | PA0001922635 | http://www.playvid.com/watch/Gf6WO-xTZi3 |
| Snow Fun XI | PA0001922633 | http://www.playvid.com/watch/8zhUksT32Hu |
| Snow Fun XI | PA0001922633 | http://www.playvid.com/watch/XZy_IqczYn5y |
| Snow Fun XI | PA0001922633 | http://www.playvid.com/watch/0taOxejlYOd |
| Spanglish | PA0001922536 | http://www.playvid.com/watch/nJJmBd2EI5U |
| Tantra Imaginations | PA0001922543 | http://www.playvid.com/watch/Olxgg0Z0S0I |
| The Date | PA0001922537 | http://www.playvid.com/watch/IsbFogKcikD |
| The Game VIII - Winner Takes All | PA0001922549 | http://www.playvid.com/watch/TXg_pPTuXq8 |
| The Game VIII - Winner Takes All | PA0001922549 | http://www.playvid.com/watch/I8B7d6p2Z8_P |

| | | |
|---|---|---|
| The Writer | PA0001916915 | http://www.playvid.com/watch/LOj245sj8Pk |
| The Writer | PA0001916915 | http://www.playvid.com/watch/H0lu23XSBx-A |
| The Writer | PA0001916915 | http://www.playvid.com/watch/P7DNLh5yBzN |
| The Writer - Sex Therapy | PA0001922428 | http://www.playvid.com/watch/MUHATU0l38u |
| The Writer - Sex Therapy | PA0001922428 | http://www.playvid.com/watch/NfFi_roUe1v |
| Tone of Love | PA0001922431 | http://www.playvid.com/watch/K9mZKzIHwCs |
| Tone of Love | PA0001922431 | http://www.playvid.com/watch/akd9li Wbua |
| True Love | PA0001922436 | http://www.playvid.com/watch/HyoDdggNWT2 |
| Under the Elle Tree | PA0001922444 | http://www.playvid.com/watch/aSPucxgoiBE |
| Under the Elle Tree | PA0001922444 | http://www.playvid.com/watch/qDGQJRzRppK |
| Upper West Side | PA0001922429 | http://www.playvid.com/watch/TiEJNLyG-4O |
| Vintage Collection - Seduction | PA0001917318 | http://www.playvid.com/watch/6vKzEmkeo0O |
| Vintage Collection - Seduction | PA0001917318 | http://www.playvid.com/watch/HVJCWWwVJDl |
| Yes | PA0001917316 | http://www.playvid.com/watch/k_18oHtmOsn |
| MetArt Channel | MetArt Channel | http://www.playvid.com/channel/Met-Art |
| Search MetArt | SEARCH METART | http://www.playvid.com/search?q=metart |
| Search SexArt | SEARCH SEX ART | http://www.playvid.com/search?q=sexart |
| SexArt Channel | SexArt Channel | http://www.playvid.com/channel/Sex-Art |

# EXHIBIT B

## Amended Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** Sun Social Media Inc

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** findandtry.com, playvid.com

**Address of Service Provider:** 1001 Brickell Bay Dr., Suite 2700
Miami, FL 33131

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Constantin Luchian

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): 6750 N. Andrews Ave., Suite 200, Fort Lauderdale FL 33309

**Telephone Number of Designated Agent:** (954) 773 8743

**Facsimile Number of Designated Agent:** (954) 414 0865

**Email Address of Designated Agent:** abuse@findandtry.com
abuse@playvid.com

Identify the Interim Designation to be Amended, by Service Provider Name and Filing Date, so that it may be Readily Located in the Directory Maintained by the Copyright Office: Sun Social Media Inc, received 2/27/2013; scanned 3/15/2013

████████████████████████ esignating Service Provider:
Date: 1/19/2014

Typed or Printed Name and Title: Valentin Gurvits, Attorney

Note: This Amended Interim Designation Must be Accompanied by a Filing Fee*
Made Payable to the Register of Copyrights.
*Note: Current and adjusted fees are available on the Copyright website at www.copyright.gov/docs/fees.html

Mail the form to:
**Copyright I&R/Recordation**
P.O. Box 71537



Received

JAN 2 3 2014

SUN Copyright Office

# EXHIBIT C

Copyright Issues | Terms | Privacy - PlayVid Video Community http://playvid.com/copyright

🔍 Search for videos, people and things           Categories     Channels               Upload

# DMCA NOTICE OF COPYRIGHT INFRINGEMENT

We respect the intellectual property rights of others. You may not infringe the copyright, trademark or other proprietary informational rights of any party. We may in our sole discretion remove any Content, User Submissions or Third Party Content we have reason to believe violates any of the intellectual property rights of others and may terminate your use of the Website if you repeatedly submit any such Content.

**Repeat Infringer Policy:** As part of our repeat-infringement policy, any user for whose User Submissions or Third Party Content we receive three good-faith and effective complaints within a six-month period will be barred from using the Website.

Pursuant to Title 17, Section 512(c)(2) of the United States Code, if you believe that any of your copyrighted material is being infringed on the Website, we have designated an agent to receive notifications of claimed copyright infringement. Notifications should be e-mailed to legal@playvid.com or to:

Constantin Luchian
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309
United States of America
Fax: (954) 414 0865

All notifications not relevant to us or ineffective under the law will receive no response or action thereupon. Pursuant to Title 17, Section 512(c)(3) of the United States Code, an effective notification of claimed infringement must be a written communication to our agent that includes substantially the following:

(a) Identification of the copyrighted work that is believed to be infringed. Please describe the work and, where possible, include a copy or the location (e.g., a URL) of an authorized version of the work;

(b) Identification of the material that is believed to be infringing and its location. Please describe the material and provide a URL or any other pertinent information that will allow us to locate the material on the Website;

(c) Information that will allow us to contact you, including your address, telephone number and, if available, your e-mail address;

(d) A statement that you have a good faith belief that the use of the material complained of is not authorized by you, your agent or the law;

(e) A statement that the information in the notification is accurate and that under penalty of perjury that you are the owner or are authorized to act on behalf of the owner of the work that is allegedly infringed; and

(f) A physical or electronic signature from the copyright holder or an authorized representative.

The fastest and easiest way to notify PlayVid of alleged copyright infringement is via our webform:

Submit a copyright complaint

SUNSM - 00260

# EXHIBIT D

**Jason Tucker**

| | |
|---|---|
| **From:** | USPS_Shipping_Services@usps.com |
| **Sent:** | Wednesday, January 14, 2015 4:47 PM |
| **To:** | jason@battleshipstance.com |
| **Subject:** | USPS - Click-N-Ship(R) Payment Confirmation |

 Sign in  |  Shipping History  |  Manage Your Mail  |  Customer Service

## USPS-Click-N-Ship® Payment Confirmation

Thanks for shipping with us, JASON S TUCKER!

Additional information regarding your label(s) can be found in your Shipping History. From your Shipping History you can Ship Again, track your package, or request a refund.

**Click-N-Ship® Payment Details**
**Acct #:** 72896976
**Transaction Number:** 322983833
**Transaction Date/Time:** 01/14/2015 05:41 PM CST
**Transaction Amount:** $16.50
**Payment Method:** PayPal®

**Priority Mail® 2-Day**
**Medium Flat Rate Box**
9468 7036 9930 0000 6353 65 (Sequence Number 1 of 1)

**Scheduled Delivery Date:** 01/17/2015
**Shipped to:**   CONSTANTIN LUCHIAN
               6750 N ANDREWS AVE
               STE 200
               FT LAUDERDALE FL 33309-2180

Priority Mail Flat Rate™
Shipping

Get free Priority Mail® supplies ›



**Need help?**
Search FAQs
1-800-ASK-USPS

Privacy Policy



usps.com

1

SUNSM - 00148

This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

SUNSM - 00149

# EXHIBIT D-1



# ◢USPS.COM

## USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

Tracking Number: **9468703699300000635365**

**On Time**
**Expected Delivery Day: Tuesday, January 20, 2015**
**Signed for By: C JUSINO // FORT LAUDERDALE, FL 33309 // 4:57 pm**        ⟵

## Product & Tracking Information

| **Postal Product:** | **Features:** | |
|---|---|---|
| Priority Mail 2-Day™ | Adult Signature | Insured |

| **DATE & TIME** | **STATUS OF ITEM** | **LOCATION** |
|---|---|---|
| **January 20, 2015 , 4:57 pm** | **Delivered** | **FORT LAUDERDALE, FL 33309** |

Your item was delivered at 4:57 pm on January 20, 2015 in FORT LAUDERDALE, FL 33309. The item was signed for by C JUSINO.

| | | |
|---|---|---|
| January 20, 2015 , 8:12 am | Out for Delivery | FORT LAUDERDALE, FL 33310 |
| January 20, 2015 , 8:02 am | Sorting Complete | FORT LAUDERDALE, FL 33310 |
| January 20, 2015 , 6:09 am | Arrived at Post Office | FORT LAUDERDALE, FL 33310 |
| January 18, 2015 , 8:21 pm | Arrived at USPS Facility | OPA LOCKA, FL 33054 |
| January 17, 2015 , 4:23 am | Departed USPS Facility | PHOENIX, AZ 85043 |
| January 16, 2015 , 9:28 pm | Arrived at USPS Origin Facility | PHOENIX, AZ 85043 |
| January 16, 2015 , 5:21 pm | Departed Post Office | PHOENIX, AZ 85050 |
| January 16, 2015 , 3:17 pm | Acceptance | PHOENIX, AZ 85050 |
| January 14, 2015 | Pre-Shipment Info Sent to USPS | |

## Available Actions

Proof of Delivery

Text Updates

Email Updates        ⟵

## Track Another Package

**Tracking (or receipt) number**

[                                    ]        [ Track It ]

[ Search or Enter a Tracking Number  🔍 ]

SUMSM - 00149

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.

SUMSM - 00150

1/21/2015 9:19 AM

# **<u>EXHIBIT E</u>**



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Anna AJ in Oriente

Infringing material: http://www.playvid.com/watch/4hfFIQ73lw3

Location of original works: http://members.met-art.com/members/model/anna-aj/movie/20090806/ORIENTE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

SUNSM - 00001

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

DMCA and Trademark Takedown Notice                                    Page 2 of 2

SUNSM - 00002

# **<u>EXHIBIT E-1</u>**



# EXHIBIT E-2

# EXHIBIT F



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Approaching

Infringing material: http://www.playvid.com/watch/LfSNZEwTHML

Location of original works: http://members.sexart.com/members/model/luna-and-whitney-conroy/movie/20140117/APPROACHING/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                        Page 1 of 2

SUNSM - 00003

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:    Spencer Freeman
       Client File

DMCA and Trademark Takedown Notice                              Page 2 of 2

SUNSM - 00004



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Approaching

Infringing material: http://www.playvid.com/watch/JB4Tp9G9TA5

Location of original works: http://members.sexart.com/members/model/luna-and-
whitney-conroy/movie/20140117/APPROACHING/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003.  U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

SUNSM - 00005

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
          Client File

DMCA and Trademark Takedown Notice                                        Page 2 of 2

SUNSM - 00006

# <u>**EXHIBIT F-1**</u>





2/8/2016 3:52:21 PM

# EXHIBIT F-2



2/8/2016 3:29:25 PM



# EXHIBIT G



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: At The Movies

Infringing material: http://www.playvid.com/watch/zBRxc3zHsNJ

Location of original works: http://members.sexart.com/members/model/jasmine-w-and-
lily-love-and-malena-morgan/movie/20120923/AT_THE_MOVIES/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003.  U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

SUNSM - 00007

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com


JST/th
cc:     Spencer Freeman
        Client File


DMCA and Trademark Takedown Notice                                    Page 2 of 2

SUNSM - 00008



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: At The Movies

Infringing material: http://www.playvid.com/watch/TaSWqOaO0Pw

Location of original works: http://members.sexart.com/members/model/jasmine-w-and-lily-love-and-malena-morgan/movie/20120923/AT_THE_MOVIES/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

SUNSM - 00009

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com


JST/th
cc:     Spencer Freeman
        Client File

SUNSM - 00010