Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc: Spencer Freeman
Client File



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Finish Me

Infringing material: http://www.playvid.com/watch/lScLvm4yyzY

Location of original works: http://members.sexart.com/members/model/eveline-neill-and-marcel-lee/movie/20131222/FINISH_ME/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003. U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc: Spencer Freeman
Client File



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Finish Me

Infringing material: http://www.playvid.com/watch/DaaFFs1bE3a

Location of original works: http://members.sexart.com/members/model/eveline-neill-and-marcel-lee/movie/20131222/FINISH_ME/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003. U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc: Spencer Freeman
Client File

# **EXHIBIT N-1**

1 / 1

2/9/2016 3:26:12 PM

2/9/2016 3:29:13 PM

# EXHIBIT N-2

Finish Me - a Meta Data - 02262015

Source of: http://www.playvid.com/watch/lScLvm4yyzY - Mozilla Firefox

File Edit View Help

```
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <title>Eveline Neill Sex Art, dikitiki</title>

<link rel="alternate" media="handheld" href="http://m.playvid.com/watch/lScLvm4yyzY">
<link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/lScLvm4yyzY">
<meta name="description" content="Watch online Eveline Neill Sex Art absolutely free, uploaded by dikitiki - PlayVid"/>
<meta name="keywords" content="eveline neill, neill sex, sex art, eveline neill sex, neill sex art"/>

<meta property="og:image" content="http://img1.playvid.com/thumbs/201/201466/168.jpg"/>

<!--[if lt IE 9]>
<script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvid.com/js/lang/en.js?407"></script>
<script type="text/javascript" src="//www.playvid.com/js/all.js?407"></script>
    <link rel="stylesheet" type="text/css" href="/css/all.css?407" media="all">
    <link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&amp;subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
    <link rel="stylesheet" type="text/css" href="/add.css" media="all"> <link rel="icon" href="/favicon.ico">
    <link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<div class="header">
    <div class="header-holder">
            <h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
        <span class="btn-menu"></span>
        <span class="dynamic_title"></span>
        <div class="search">
            <form action="/search" method="GET" data-form-type="ajax" data-lock-nane="search" class="search-form" data-suggests="/search/suggests">
                <input type="button" value="Search" class="submit">
                <div class="text-holder">
                    <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
                </div>
            </form>
        </div>
                <button class="btn-upload" data-callback="AuthorizeNeed" data-cookie-set="pv-upload-popup" >Upload</button>
```

Line 10, Col 70

11:26 PM 2/26/2015

00:28

3:26 PM 2/9/2016

2/9/2016 3:26:33 PM

Finish Me - B - Meta Data - 02262015

Source of: http://www.playvid.com/watch/Td-duKpbHva - Mozilla Firefox

File Edit View Help

```
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <title>Eveline Neill SexArt com HD 720, tashka</title>

<link rel="alternate" media="handheld" href="http://m.playvid.com/watch/Td-duKpbHva">
<link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/Td-duKpbHva">
<meta name="description" content="Watch online Eveline Neill SexArt com HD 720 absolutely free, uploaded by tashka - PlayVid"/>
<meta name="keywords" content="eveline neill, neill sexart, sexart com, com hd, eveline neill sexart, neill sexart com"/>

<meta property="og:image" content="http://img1.playvid.com/thumbs/276/276457/728.jpg"/>

<!--[if lt IE 9]>
<script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvid.com/js/lang/en.js?407"></script>
<script type="text/javascript" src="//www.playvid.com/js/all.js?407"></script>
    <link rel="stylesheet" type="text/css" href="/css/all.css?407" media="all">
    <link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&amp;subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
    <link rel="stylesheet" type="text/css" href="/add.css" media="all"> <link rel="icon" href="/favicon.ico">
    <link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<div class="header">
    <div class="header-holder">
            <h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
        <span class="btn-menu"></span>
        <span class="dynamic_title"></span>
        <div class="search">
            <form action="/search" method="GET" data-form-type="ajax" data-lock-nane="search" class="search-form" data-suggests="/search/suggests">
                <input type="button" value="Search" class="submit">
                <div class="text-holder">
                    <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
                </div>
            </form>
        </div>
                <button class="btn-upload" data-callback="AuthorizeNeed" data-cookie-set="pv-upload-popup" >Upload</button>
```

Line 10, Col 15

11:21 PM
2/26/2015

00:22

3:29 PM
2/9/2016

2/9/2016 3:29:49 PM

2/9/2016 3:30:00 PM

# EXHIBIT O



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: First

Infringing material: http://www.playvid.com/watch/g9vuIPunyiE

Location of original works: http://members.sexart.com/members/model/iwia-a-and-johny-d/movie/20140831/FIRST/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003. U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc: Spencer Freeman
Client File

# EXHIBIT O-1

1 / 1

2/9/2016 3:33:19 PM

# EXHIBIT O-2

First - Meta Data - 02262015

Source of: http://www.playvid.com/watch/g9vulPunyiE - Mozilla Firefox

File Edit View Help

```
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <title>SEXART My First, kakadu</title>

<link rel="alternate" media="handheld" href="http://m.playvid.com/watch/g9vuIPunyiE">
<link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/g9vuIPunyiE">
<meta name="description" content="Watch online SEXART My First absolutely free, uploaded by kakadu - PlayVid"/>
<meta name="keywords" content="sexart first"/>

<meta property="og:image" content="http://img1.playvid.com/thumbs/130/130835/93.jpg"/>

<!--[if lt IE 9]>
<script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvid.com/js/lang/en.js?407"></script>
<script type="text/javascript" src="//www.playvid.com/js/all.js?407"></script>
    <link rel="stylesheet" type="text/css" href="/css/all.css?407" media="all">
    <link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&amp;subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
    <link rel="stylesheet" type="text/css" href="/add.css" media="all"> <link rel="icon" href="/favicon.ico">
    <link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<div class="header">
    <div class="header-holder">
            <h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
        <span class="btn-menu"></span>
        <span class="dynamic_title"></span>
        <div class="search">
            <form action="/search" method="GET" data-form-type="ajax" data-lock-nane="search" class="search-form" data-suggests="/search/suggests">
                <input type="button" value="Search" class="submit">
                <div class="text-holder">
                    <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
                </div>
            </form>
        </div>
                <button class="btn-upload" data-callback="AuthorizeNeed" data-cookie-set="pv-upload-popup" >Upload</button>
```

Line 11, Col 32

11:35 PM 2/26/2015

00:28

3:33 PM 2/9/2016

2/9/2016 3:33:36 PM

# EXHIBIT P



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Gypsy Fortune

Infringing material: http://www.playvid.com/watch/TKZ42SVOeTX

Location of original works: http://members.sexart.com/members/model/cindy-starfall-and-logan-pierce/movie/20120909/GYPSY_FORTUNE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003. U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc: Spencer Freeman
Client File

# EXHIBIT P-1

1 / 1

2/11/2016 6:46:52 PM

# EXHIBIT P-2

Gypsy Fortune

Source of: http://www.playvid.com/watch/TKZ42SVOeTX - Mozilla Firefox

File Edit View Help

```
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <title>Cindy Starfall 4, vertuha</title>
    <meta name="description" content=" Watch online Cindy Starfall 4 absolutely free, uploaded by vertuha - PlayVid"/>
    <meta name="keywords" content="cindy starfall"/>
    <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/TKZ42SVOeTX">
    <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/TKZ42SVOeTX">
    <meta property="og:image" content="http://img1.playvid.com/thumbs/319/319411/738.jpg"/>

        <!--[if lt IE 9]>
    <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
    <![endif]-->
    <!--[if gte IE 9]><!-->
    <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
    <!--<![endif]-->
    <script type="text/javascript" src="//www.playvid.com/js/lang/en.js?479"></script>
    <script type="text/javascript" src="//www.playvid.com/js/all.js?479"></script>
    <link rel="stylesheet" type="text/css" href="/css/all.css?479" media="all">
    <link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&amp;subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
    <link rel="stylesheet" type="text/css" href="/add.css" media="all">

    <link rel="icon" href="/favicon.ico">
    <link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<div class="header">
    <div class="header-holder">
            <h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
        <span class="btn-menu"></span>
        <span class="dynamic_title"></span>
        <div class="search">
            <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggests="/search/suggests">
                <input type="button" value="Search" class="submit">
                <div class="text-holder">
                    <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
                </div>
            </form>
```

11:37 PM 5/27/2015

00:28

6:44 PM 2/11/2016

2/11/2016 6:44:35 PM

1 / 1

2/11/2016 6:45:45 PM

# **EXHIBIT Q**



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Hielo Caliente

Infringing material: www.playvid.com/watch/OidBcPl0l4r

Location of original works: http://members.sexart.com/members/model/brandy-a-and-lorena-b/movie/20131215/HIELO_CALIENTE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003. U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc: Spencer Freeman
Client File



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Hielo Caliente

Infringing material: http://www.playvid.com/watch/o9JpOCDUVO7

Location of original works: http://members.sexart.com/members/model/brandy-a-and-lorena-b/movie/20131215/HIELO_CALIENTE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003. U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc: Spencer Freeman
Client File

# EXHIBIT Q-1

2/9/2016 3:38:12 PM

2/9/2016 3:41:16 PM

# EXHIBIT Q-2

Hielo Caliente - a Meta Data - 02262015

Source of: http://www.playvid.com/watch/o9JpOCDUVO7 - Mozilla Firefox

File Edit View Help

```
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <title>Brandy A and Lorena B SexArt, tashka</title>

<link rel="alternate" media="handheld" href="http://m.playvid.com/watch/o9JpOCDUVO7">
<link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/o9JpOCDUVO7">
<meta name="description" content="Watch online Brandy A and Lorena B SexArt absolutely free, uploaded by tashka - PlayVid"/>
<meta name="keywords" content="brandy and, and lorena, lorena sexart, brandy and lorena, and lorena sexart, brandy and lorena sexart"/>

<meta property="og:image" content="http://img1.playvid.com/thumbs/276/276707/1193.jpg"/>

<!--[if lt IE 9]>
<script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvid.com/js/lang/en.js?407"></script>
<script type="text/javascript" src="//www.playvid.com/js/all.js?407"></script>
    <link rel="stylesheet" type="text/css" href="/css/all.css?407" media="all">
    <link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&amp;subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
    <link rel="stylesheet" type="text/css" href="/add.css" media="all"> <link rel="icon" href="/favicon.ico">
    <link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<div class="header">
    <div class="header-holder">
            <h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
        <span class="btn-menu"></span>
        <span class="dynamic_title"></span>
        <div class="search">
            <form action="/search" method="GET" data-form-type="ajax" data-lock-nane="search" class="search-form" data-suggests="/search/suggests">
                <input type="button" value="Search" class="submit">
                <div class="text-holder">
                    <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
                </div>
            </form>
        </div>
                <button class="btn-upload" data-callback="AuthorizeNeed" data-cookie-set="pv-upload-popup" >Upload</button>
```

11:51 PM 2/26/2015

00:18

3:38 PM 2/9/2016

2/9/2016 3:38:24 PM

2/9/2016 3:38:45 PM

Hielo Caliente - B Meta Data - 02262015
Source of: http://www.playvid.com/watch/OidBcPl0l4r - Mozilla Firefox
File Edit View Help
<!DOCTYPE html>
<html lang="en">
<head>
<meta charset="utf-8">
<meta http-equiv="Content-Type" content="text/html; charset=utf-8">
<title>SexArt Brandy A Lorena B Hielo Caliente 2013 HD, zaymideneg</title>
<link rel="alternate" media="handheld" href="http://m.playvid.com/watch/OidBcPl014r">
<link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/OidBcPl014r">
<meta name="description" content="Watch online SexArt Brandy A Lorena B Hielo Caliente 2013 HD absolutely free, uploaded by zaymideneg - PlayVid"/>
<meta name="keywords" content="sexart brandy, brandy lorena, lorena hielo, hielo caliente, caliente 2013, 2013 hd, sexart brandy lorena, brandy lorena hielo"/>
<meta property="og:image" content="http://img1.playvid.com/thumbs/252/252757/718.jpg"/>
<!--[if lt IE 9]>
<script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvid.com/js/lang/en.js?407"></script>
<script type="text/javascript" src="//www.playvid.com/js/all.js?407"></script>
<link rel="stylesheet" type="text/css" href="/css/all.css?407" media="all">
<link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="/add.css" media="all"> <link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<div class="header">
<div class="header-holder">
<h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
<span class="btn-menu"></span>
<span class="dynamic_title"></span>
<div class="search">
<form action="/search" method="GET" data-form-type="ajax" data-lock-nane="search" class="search-form" data-suggests="/search/suggests">
<input type="button" value="Search" class="submit">
<div class="text-holder">
<input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
</div>
</form>
</div>
11:46 PM
2/26/2015
00:43
Firefox
3:40 PM
2/9/2016
2/9/2016 3:40:44 PM

2/9/2016 3:40:55 PM

# **EXHIBIT R**