

January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Hollywood Royale

Infringing material: http://www.playvid.com/watch/px7nfEIheZA

Location of original works: http://members.sexart.com/members/model/vanessa-cage-and-van-wyld/movie/20120902/HOLLYWOOD_ROYALE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                      Page 1 of 2

SUNSM - 00049

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:      Spencer Freeman
         Client File

SUNSM - 00050



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Hollywood Royale

Infringing material: http://www.playvid.com/watch/F-UyjFozl0u

Location of original works: http://members.sexart.com/members/model/vanessa-cage-
and-van-wyld/movie/20120902/HOLLYWOOD_ROYALE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003.  U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

SUNSM - 00051

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

DMCA and Trademark Takedown Notice                                    Page 2 of 2



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Hollywood Royale

Infringing material: http://www.playvid.com/watch/7xq2e8j8_s9

Location of original works: http://members.sexart.com/members/model/vanessa-cage-and-van-wyld/movie/20120902/HOLLYWOOD_ROYALE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

SUNSM - 00053

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com


JST/th
cc:     Spencer Freeman
        Client File

DMCA and Trademark Takedown Notice                              Page 2 of 2

SUNSM - 00054

# <u>EXHIBIT R-1</u>



# EXHIBIT R-2

Hollywood Royale - Meta Data - 02262015

Source of: http://www.playvid.com/watch/p2/ntf3bnZA - Mozilla Firefox

File  Edit  View  Help

```
1   <!DOCTYPE html>
2   <html lang="en">
3   <head>
4       <meta charset="utf-8">
5       <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
6
7       <title>SexArt Vanessa Cage Hollywood Royale Detective exposed his unfaithful wife she adela all that my husband or anything about it di, barminate</title>
8
9       <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/p2/ntf3bnZA">
10      <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/p2/ntf3bnZA">
11      <meta name="description" content="Watch online SexArt Vanessa Cage Hollywood Royale Detective exposed his unfaithful wife she adela all that my husband or anything
12      <meta name="keywords" content="sexart vanessa, vanessa cage, cage hollywood, hollywood royale, royale detective, detective exposed, exposed his, his unfaithful, u
13
14      <meta property="og:image" content="http://img1.playvid.com/thumbs/138/138623/153.jpg"/>
15
16      <!--[if lt IE 9]>
17      <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.8.1/jquery.min.js"></script>
18      <![endif]-->
19      <!--[if gte IE 9]><!-->
20      <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
21      <!--<![endif]-->
22      <script type="text/javascript" src="//www.playvid.com/js/lang/en_1p7407"></script>
23      <script type="text/javascript" src="//www.playvid.com/js/all_1p7407"></script>
24      <link rel="stylesheet" type="text/css" href="//css/all.css?407" media="all">
25      <link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&amp;subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
26      <link rel="stylesheet" type="text/css" href="/css/ads.css" media="all"> <link rel="icon" href="/favicon.ico">
27      <link rel="shortcut icon" href="/favicon.ico">
28  </head>
29  <body class="thumb-page">
30      <div class="header">
31      <div class="header-holder">
32          <h1><a class="logo sprw" href="/" title="Play">Play/Vid</a></h1>
33          <span class="btn-menu"></span>
34          <span class="dynamic_title"></span>
35      <div class="search">
36          <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggestor="/search/suggest">
37              <input type="button" value="Search" class="submit">
38          <div class="text-holder">
39              <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
40          </div>
41      </form>
42      </div>
43      </div>
```

# EXHIBIT S



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Il Lungo Addio

Infringing material: http://www.playvid.com/watch/RIuYxh_LdLC

Location of original works: http://members.sexart.com/members/model/cayenne-klein-and-juan-lucho/movie/20140420/IL_LUNGO_ADDIO/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                           Page 1 of 2

SUNSM - 00055

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

DMCA and Trademark Takedown Notice                                    Page 2 of 2

SUNSM - 00056

# <u>EXHIBIT S-1</u>



# EXHIBIT S-2

Il Lungo Addio - Meta Data - 02262015

Source of: http://www.playvid.com/watch/RiJYkh_LdiC - Mozilla Firefox

File   Edit   View   Help

```
<!DOCTYPE html>
<html lang="en">
<head>
  <meta charset="utf-8">

  <title>SexArt com Met Art com Cayenne Klein Il Lungo Addio 2014 HD, texmic</title>

  <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/RiJYkh_LdiC">
  <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/RiJYkh_LdiC">
  <meta name="description" content="Watch online SexArt com Met Art com Cayenne Klein Il Lungo Addio 2014 HD absolutely free, uploaded by texmic - PlayVid"/>
  <meta name="keywords" content="sexart com, com met, met art, art com, cayenne, cayenne klein, klein lungo, lungo addio, addio 2014, 2014 hd"/>

  <meta property="og:image" content="http://img1.playvid.com/thumbs/264/264078/938.jpg"/>

</head>
<body class="thumb-page">
<div class="header">
  <div class="header-holder">
    <span class="logo"><a class="logo" href="/" title="PlayVid">PlayVid</a></span>
    <span class="btn-menu"></span>
    <span class="dynamic_title"></span>
    <div class="search">
      <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggester="/search/suggests">
        <input type="button" value="Search" class="submit">
        <div class="text-holder">
          <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
        </div>
      </form>
    </div>
  </div>
</div>
```

2/9/2016 3:52:47 PM

3:52 PM
2/9/2016

2/9/2016 3:52:54 PM

1 / 1

# EXHIBIT T



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Kamasutra

Infringing material: http://www.playvid.com/watch/DckI8UmdvoI

Location of original works: http://members.sexart.com/members/model/ashley-woods-
and-matt-ice/movie/20140112/KAMASUTRA/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003. U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                          Page 1 of 2

SUNSM - 00057

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com


JST/th
cc:      Spencer Freeman
         Client File



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Kamasutra

Infringing material: http://www.playvid.com/watch/MNdS53pJbWq

Location of original works: http://members.sexart.com/members/model/ashley-woods-
and-matt-ice/movie/20140112/KAMASUTRA/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003.  U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

SUNSM - 00059

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

SUNSM - 00060



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Kamasutra

Infringing material: http://www.playvid.com/watch/k8dSYHTadav

Location of original works: http://members.sexart.com/members/model/ashley-woods-and-matt-ice/movie/20140112/KAMASUTRA/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

SUNSM - 00061

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

DMCA and Trademark Takedown Notice                                              Page 2 of 2

SUNSM - 00062

# EXHIBIT T-1







# EXHIBIT T-2

Kamasutra - a Meta Data - 02272015

Source of: http://www.playvid.com/watch/MN4S53pJbWg - Mozilla Firefox

File  Edit  View  Help

```
1  <!DOCTYPE html>
2  <html lang="en">
3  <head>
4    <meta charset="utf-8">
5    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
6    <title>Ashley Woods Matt Ice SexAct HD 720, good day</title>
7
8  <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/MN4S53pJbWg">
9  <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/MN4S53pJbWg">
10 <meta name="description" content="Watch online Ashley Woods Matt Ice SexAct HD 720 absolutely free, uploaded by good day - PlayVid"/>
11 <meta name="keywords" content="ashley woods, matt ice, ice sexact, sexact hd, ashley woods matt ice, matt ice sexact"/>
12
13 <meta property="og:image" content="http://img1.playvid.com/thumbs/303/303147/703.jpg"/>
14
15 <!--[if lt IE 9]>
16 <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
17 <![endif]-->
18 <!--[if gte IE 9]><!-->
19 <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
20 <!--<![endif]-->
21 <script type="text/javascript" src="//www.playvid.com/js/lang/en_js?407"></script>
22 <script type="text/javascript" src="//www.playvid.com/js/all.js?407"></script>
23 <link rel="stylesheet" type="text/css" href="/css/all.css?407" media="all">
24 <link href="http://fonts.googleapis.com/css?family=Lato:400,300,700&amp;subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
25 <link rel="stylesheet" type="text/css" href="/ads.css" media="all"> <link rel="icon" href="/favicon.ico">
26 <link rel="shortcut icon" href="/favicon.ico">
27 </head>
28 <body class="thumb-page">
29 <div class="header">
30 <div class="header-holder">
31 <h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
32 <span class="btn-menu"></span>
33 <span class="dynamic_title"></span>
34 <div class="search">
35 <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggester="/search//suggester">
36 <input type="button" value="Search" class="submit">
37 <div class="text-holder">
38 <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
39 </div>
40 </form>
41 </div>
```

2/9/2016 4:01:57 PM

Kamasutra - b Meta Data - 02272015

Source of: http://www.playvid.com/watch/kEd5YHTsldw - Mozilla Firefox

File Edit View Help

```html
<!DOCTYPE html>
<html lang="en">
<head>
<meta charset="utf-8">
<title>Ashley Woods Matt Ice Sex Art HD 720  ahmadsic</title>

<link rel="alternate" media="handheld" href="http://m.playvid.com/watch/kEd5YHTsldw">
<link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/kEd5YHTsldw">
<meta name="description" content="Watch online Ashley Woods Matt Ice Sex Art HD 720 absolutely free, uploaded by ahmadsic - PlayVid"/>
<meta name="keywords" content="Ashley woods, matt ice, ice sex, art hd, ashley woods matt, woods matt ice"/>

<meta property="og:image" content="http://img1.playvid.com/thumbs/223/223348/228.jpg"/>
```
```html
<!--[if lt IE 9]>
<script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvid.com/js/lang/en_197407"></script>
<script type="text/javascript" src="//www.playvid.com/js/all.js?407" media="all">
<link rel="stylesheet" type="text/css" href="//css/all.css?407" media="all">
<link rel="stylesheet" type="text/css" href="//www.playvid.com/subsets/latin_cyrillic-ext" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="//css/all.css" media="all"> <link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumb-page">
<div class="header">
<div class="header-holder">
<h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
<span class="btn-menu"></span>
<span class="dynamic_title"></span>
<div class="search">
<form action="/search" method="GET" data-form-type="ajax" data-look-name="search" class="search-form" data-suggests="/search//suggests">
<input type="button" value="Search" class="submit">
<div class="text-holder">
<input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
</div>
</form>
</div>
<button class="upload" data-call-back="/unload"...
```

1 / 1

2/9/2016 4:05:31 PM

2/9/2016 4:05:45 PM



# **EXHIBIT U**



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Le Café

Infringing material: http://www.playvid.com/watch/MXt5KXvieF8

Location of original works: http://members.sexart.com/members/model/riley-reid-and-william-corazon/movie/20120614/LE__CAFE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

SUNSM - 00063

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com


JST/th
cc:     Spencer Freeman
        Client File

SUNSM - 00064

# EXHIBIT U-1

