# EXHIBIT U-2



# **<u>EXHIBIT V</u>**



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Like Snow

Infringing material: http://www.playvid.com/watch/0Q5cz4_fgpL

Location of original works: http://members.sexart.com/members/model/sapphira-
a/movie/20140212/LIKE_SNOW/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003.  U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

SUNSM - 00065

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:    Spencer Freeman
        Client File

SUNSM - 00066



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Like Snow

Infringing material: http://www.playvid.com/watch/XbzAwreVAUg

Location of original works: http://members.sexart.com/members/model/sapphira-a/movie/20140212/LIKE_SNOW/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                          Page 1 of 2

SUNSM - 00067

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

DMCA and Trademark Takedown Notice                                    Page 2 of 2

SUNSM - 00068

# EXHIBIT V-1





# **<u>EXHIBIT V-2</u>**

Like Snow - a Meta Data - 02272015
Source of: http://www.playvid.com/watch/0Q5cz4_fgpL - Mozilla Firefox
File Edit View Help
<!DOCTYPE html>
<html lang="en">
<head>
<meta charset="utf-8">
<meta http-equiv="Content-Type" content="text/html; charset=utf-8">
<title>Sapphira A SexArt com HD 720, tashka</title>
<link rel="alternate" media="handheld" href="http://m.playvid.com/watch/0Q5cz4_fgpL">
<link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/0Q5cz4_fgpL">
<meta name="description" content="Watch online Sapphira A SexArt com HD 720 absolutely free, uploaded by tashka - PlayVid"/>
<meta name="keywords" content="sapphira sexart, sexart com, com hd, sapphira sexart com, sexart com hd"/>
<meta property="og:image" content="http://img1.playvid.com/thumbs/275/275138/293.jpg"/>
<!--[if lt IE 9]>
<script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvid.com/js/lang/en.js?407"></script>
<script type="text/javascript" src="//www.playvid.com/js/all.js?407"></script>
<link rel="stylesheet" type="text/css" href="/css/all.css?407" media="all">
<link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="/add.css" media="all"> <link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<div class="header">
<div class="header-holder">
<h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
<span class="btn-menu"></span>
<span class="dynamic_title"></span>
<div class="search">
<form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggests="/search/suggests">
<input type="button" value="Search" class="submit">
<div class="text-holder">
<input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
</div>
</form>
</div>
12:35 AM
2/27/2015
00:07
4:11 PM
2/9/2016
2/9/2016 4:12:00 PM

2/9/2016 4:12:29 PM

Like Snow - B Meta Data - 02272015

Source of: http://www.playvid.com/watch/QGScr4 fgg1 - Mozilla Firefox

File Edit View Help

```
<!DOCTYPE html>
<html lang="en">
<head>
  <meta charset="utf-8">
  <title>Sapphira A SexArt com HD 720, tanks</title>
  <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/QGScr4 fgg">
  <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/QGScr4 fgg">
  <meta name="description" content="Watch online Sapphira A SexArt com HD 720 absolutely free, uploaded by tanks - PlayVid"/>
  <meta name="keywords" content="Sapphira sexart, sexart com, com hd, sapphira sexart com, sexart com hd"/>
  <meta property="og:image" content="http://img1.playvid.com/thumbs/275/275138/293.jpg"/>
  <!--[if IE 9]>
  <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.8.1/jquery.min.js"></script>
  <!--[endif]-->
  <!--[if gte IE 9]><!-->
  <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
  <!--<![endif]-->
  <script type="text/javascript" src="//www.playvid.com/js/lang/en_1a7407"></script>
  <script type="text/javascript" src="//www.playvid.com/js/all_1a7407"></script>
  <link rel="stylesheet" type="text/css" href="/css/all.css?a7407" media="all">
  <link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700" rel="stylesheet-latin,cyrillic-ext" rel="stylesheet" type="text/css">
  <link rel="stylesheet" type="text/css" href="/css/ads1.css" media="all"> <link rel="icon" href="/favicon.ico">
  <link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumb-page">
  <div class="header">
    <div class="header-holder">
      <h1><a class="logo size" href="/"_ title="PlayVid">PlayVid</a></h1>
      <span class="bio-menu"></span>
      <span class="dynamic_title"></span>
      <div class="search">
        <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggester="/search//suggester">
          <input type="button" value="Search" class="submit">
          <div class="text-holder">
            <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
          </div>
        </form>
      </div>
      <button class="item"...
    </div>
  </div>
```

12:52 AM 2/27/2015

Teamspeak 2 RC2

2/9/2016 4:14:42 PM

4:14 PM 2/9/2016

2/9/2016 4:14:57 PM

1 / 1

# **<u>EXHIBIT W</u>**



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Love Beats

Infringing material: http://www.playvid.com/watch/Dnh5yuZfIat

Location of original works: http://members.sexart.com/members/model/victoria-blaze-and-matt-ice/movie/20131115/LOVE_BEATS/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                                    Page 1 of 2

SUNSM - 00069

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

DMCA and Trademark Takedown Notice                               Page 2 of 2



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Love Beats

Infringing material: http://www.playvid.com/watch/ISfIb9y7mg7

Location of original works: http://members.sexart.com/members/model/victoria-blaze-and-matt-ice/movie/20131115/LOVE_BEATS/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003. U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

SUNSM - 00071

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

SUNSM - 00072

# <u>EXHIBIT W-1</u>



# EXHIBIT W-2

Love Beats - Meta Data - 02272015
Source of: http://www.playvid.com/watch/Dnh5yuZflat - Mozilla Firefox
File Edit View Help
<!DOCTYPE html>
<html lang="en">
<head>
<meta charset="utf-8">
<meta http-equiv="Content-Type" content="text/html; charset=utf-8">
<title>Victoria Blaze SexArt, good_day</title>
<link rel="alternate" media="handheld" href="http://m.playvid.com/watch/Dnh5yuZfIat">
<link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/Dnh5yuZfIat">
<meta name="description" content="Watch online Victoria Blaze SexArt absolutely free, uploaded by good_day - PlayVid"/>
<meta name="keywords" content="victoria blaze, blaze sexart, victoria blaze sexart"/>
<meta property="og:image" content="http://img1.playvid.com/thumbs/321/321503/823.jpg"/>
<!--[if lt IE 9]>
<script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvid.com/js/lang/en.js?407"></script>
<script type="text/javascript" src="//www.playvid.com/js/all.js?407"></script>
<link rel="stylesheet" type="text/css" href="/css/all.css?407" media="all">
<link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="/add.css" media="all"> <link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<div class="header">
<div class="header-holder">
<h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
<span class="btn-menu"></span>
<span class="dynamic_title"></span>
<div class="search">
<form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggests="/search/suggests">
<input type="button" value="Search" class="submit">
<div class="text-holder">
<input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
</div>
</form>
</div>
12:58 AM
2/27/2015
00:15
4:19 PM
2/9/2016
2/9/2016 4:19:09 PM

1 / 1

2/9/2016 4:19:18 PM

# EXHIBIT X



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Our Time

Infringing material: http://www.playvid.com/watch/eHe6347hTen

Location of original works: members.sexart.com/members/model/amirah-abada-and-
matt-bird/movie/20130702/OUR_TIME/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003. U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

SUNSM - 00073

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

SUNSM - 00074



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Our Time

Infringing material: http://www.playvid.com/watch/7bmcoBYarHC

Location of original works: members.sexart.com/members/model/amirah-abada-and-
matt-bird/movie/20130702/OUR_TIME/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003. U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

SUNSM - 00075

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com


JST/th
cc:     Spencer Freeman
        Client File

DMCA and Trademark Takedown Notice                                    Page 2 of 2

SUNSM - 00076

# EXHIBIT X-1





# **<u>EXHIBIT X-2</u>**

Source of: http://www.playvid.com/watch/e4ed3A7hTen - Mozilla Firefox

File  Edit  View  Help

```
1   <!DOCTYPE html>
2   <html lang="en">
3   <head>
4   <meta charset="utf-8">
5   <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
6   <title>Amirah Adara Our Time - saniemax</title>
7   <meta name="description" content=" Watch online Amirah Adara Our Time absolutely free, uploaded by saniemax - PlayVid"/>
8   <meta name="keywords" content="amirah adara, adara our, our time, amirah adara our, adara our time"/>
9   <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/e4ed3A7hTen"/>
10  <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/e4ed3A7hTen">
11  <meta property="og:image" content="http://img1.playvid.com/thumbs/178/178031/618.jpg#"/>
12
13  <!--[if IE 9]>
14  <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.8.1/jquery.min.js"></script>
15  <![endif]-->
16  <!--[if gte IE 9]><!-->
17  <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
18  <!--<![endif]-->
19  <script type="text/javascript" src="//www.playvid.com/js/lang/en.js?440"></script>
20  <script type="text/javascript" src="//www.playvid.com/js/all.js?440"></script>
21  <link rel="stylesheet" type="text/css" href="//www.playvid.com/css/all.css?440" media="all">
22  <link rel="stylesheet" type="text/css" href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&amp;subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
23  <link rel="stylesheet" type="text/css" href="//www.playvid.com/css/ads.css" media="all">
24
25  <link rel="icon" href="/favicon.ico">
26  <link rel="shortcut icon" href="/favicon.ico">
27  </head>
28  <body class="thumbs-page">
29  <div class="header">
30  <div class="header-holder">
31  <span class="btn-menu"></span>
32  <a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
33  <span class="dynamic_title"></span>
34  <div class="search">
35  <form class="search" action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggester="/search/suggester">
36  <input type="button" value="Search" class="submit">
37  <div class="text-holder">
38  <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
39  </div>
40  </form>
```



```
1  <!DOCTYPE html>
2  <html lang="en">
3  <head>
4
5      <meta charset="utf-8">
6      <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
7      <title>Amirah Adara Our Time</title>
8      <meta name="description" content=" Watch online Amirah Adara Our Time absolutely free, uploaded by atrig - PlayVid"/>
9      <meta name="keywords" content="Amirah Adara, adara our, our time, amirah adara our, adara our time, amirah adara our time"/>
10     <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/TamcoBVzsHC">
11     <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/TamcoBVzsHC">
12     <meta property="og:image" content="http://img1.playvid.com/thumbs/303/303489/618.jpg#"/>
13
14
15     <!--[if IE 8]>
16     <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
17     <![endif]-->
18     <!--[if (gte IE 9)|<!]-->
19     <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
20     <!--<![endif]-->
21     <script type="text/javascript" src="//www.playvid.com/js/lang/en.js?440"></script>
22     <script type="text/javascript" src="//www.playvid.com/js/all.js?440"></script>
23     <link rel="stylesheet" type="text/css" href="//css/all.css?440" media="all">
24     <link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&amp;subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
25     <link rel="stylesheet" type="text/css" href="//css.css" media="all">
26
27     <link rel="icon" href="//favicon.ico">
28     <link rel="shortcut icon" href="//favicon.ico">
29  </head>
30  <body class="thumb-page">
31     <div class="header">
32         <div class="header-holder">
33             <span class="logo size" href="/" title="PlayVid">PlayVid</a></h1>
34             <span class="btn-menu"></span>
35             <span class="dynamic title"></span>
36             <div class="search">
37                 <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggeste="/search/suggest">
38                     <input type="button" value="Search" class="submit">
39                     <div class="text-holder">
40                         <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
41                     </div>
42                 </form>
```

# **EXHIBIT Y**



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Right Now

Infringing material: http://www.playvid.com/watch/yR-ffYjwO5F

Location of original works: http://members.sexart.com/members/model/connie-carter-
and-denson-carter/movie/20130724/RIGHT_NOW/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003. U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

SUNSM - 00077

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com


JST/th
cc:      Spencer Freeman
         Client File

SUNSM - 00078

# EXHIBIT Y-1