Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com


JST/th
cc:     Spencer Freeman
        Client File

SUNSM - 00109

# EXHIBIT FF-1



# **EXHIBIT FF-2**

The Date- 02272015

2/11/2016 6:57:54 PM

2/11/2016 6:58:06 PM

# EXHIBIT GG



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: The Game VIII - Winner Takes All

Infringing material: http://www.playvid.com/watch/TXg_pPTuXq8

Location of original works: http://members.sexart.com/members/model/alexis-crystal-and-alissia-loop-and-carla-cox/movie/20131124/THE_GAME_VIII___WINNER_TAKES_ALL/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

SUNSM - 00110

DMCA and Trademark Takedown Notice                                    Page 1 of 2
Trademark Serial Number 85339871 is a registered word mark for SEXART,
continuously used in commerce since at least June 2011.  U.S. Trademark Registration
Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int
Limited or any of their affiliated company's rights and remedies, all of which are
expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com


JST/th
cc:      Spencer Freeman
         Client File

SUNSM - 00111



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: The Game VIII - Winner Takes All

Infringing material: http://www.playvid.com/watch/I8B7d6pZ8_P

Location of original works: http://members.sexart.com/members/model/alexis-crystal-
and-alissia-loop-and-carla-
cox/movie/20131124/THE_GAME_VIII___WINNER_TAKES_ALL/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003.  U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

SUNSM - 00113

DMCA and Trademark Takedown Notice                                     Page 1 of 2

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:      Spencer Freeman
         Client File

# **<u>EXHIBIT GG-1</u>**





# EXHIBIT GG-2

The Game VIII - Winner Takes All B - 02272015

Source of: http://www.playvid.com/watch/7Xg_pP1uXg8 - Mozilla Firefox

File  Edit  View  Help

```html
<!DOCTYPE html>
<html lang="en">
<head>
  <meta charset="utf-8">
  <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
  <title>X Art The Game Part 8 Winner Takes All| pankrat</title>

  <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/7Xg_pP1uXg8">
  <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/7Xg_pP1uXg8">
  <meta name="description" content="Watch online X Art The Game Part 8 Winner Takes All absolutely free, uploaded by pankrat - PlayVid"/>
  <meta name="keywords" content="art the, the game, game part, part winner, winner takes, takes all, art the game"/>

  <meta property="og:image" content="http://img1.playvid.com/thumbs/254/254840/1423.jpg"/>

  <!--[if lt IE 9]>
  <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
  <![endif]-->
  <!--[if gte IE 9]><!-->
  <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
  <!--<![endif]-->
  <script type="text/javascript" src="//www.playvid.com/js/lang/en_1274077></script>
  <script type="text/javascript" src="//www.playvid.com/js/all.js?607"></script>
  <link rel="stylesheet" type="text/css" href="/css/all.css?607" media="all">
  <link rel="stylesheet" href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700|Open+Subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
  <link rel="stylesheet" type="text/css" href="/css/adi.css" media="all"> <link rel="icon" href="/favicon.ico">
  <link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumb-page">
  <div class="header">
    <div class="header-holder">
      <h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
      <span class="btn-menu"></span>
      <span class="dynamic_title"></span>
      <div class="search">
        <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggester="/search//suggest">
          <input type="button" value="Search" class="submit">
          <div class="text-holder">
            <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
          </div>
        </form>
        <button class=""><span class="upload" data-call-back="loadData-refresh" data-cookie-set="fpg_popload-once"></span></button>
      </div>
    </div>
  </div>
```

# EXHIBIT HH



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: The Writer

Infringing material: http://www.playvid.com/watch/LOj245sj8Pk

Location of original works: http://members.sexart.com/members/model/lindsey-olsen-and-luna-and-whitney-conroy/movie/20140209/THE_WRITER___BRAVE_NEW_WORLD/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

SUNSM - 00116

DMCA and Trademark Takedown Notice                                      Page 1 of 2

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: The Writer

Infringing material: http://www.playvid.com/watch/H0lu23XSBxA

Location of original works: http://members.sexart.com/members/model/lindsey-olsen-and-luna-and-whitney-conroy/movie/20140209/THE_WRITER___BRAVE_NEW_WORLD/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

SUNSM - 00119

DMCA and Trademark Takedown Notice                                        Page 1 of 2

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:      Spencer Freeman
         Client File



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: The Writer

Infringing material: http://www.playvid.com/watch/P7DNLh5yBzN

Location of original works: http://members.sexart.com/members/model/lindsey-olsen-
and-luna-and-whitney-
conroy/movie/20140209/THE_WRITER___BRAVE_NEW_WORLD/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003. U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

SUNSM - 00122

DMCA and Trademark Takedown Notice                                    Page 1 of 2

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:      Spencer Freeman
         Client File

# EXHIBIT HH-1







# EXHIBIT HH-2

The Writer - a Meta Data - 02272015

2/11/2016 11:16:29 AM

2/11/2016 11:16:59 AM

1 / 1

The Writer – b Meta Data - 02272015

Source of: http://www.playvid.com/watch/KBu23XXBxA - Mozilla Firefox

File   Edit   View   Help

```
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <title>SexAlert Dillion Harper, barabass</title>

    <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/KBu23XXBxA">
    <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/KBu23XXBxA">
    <meta name="description" content="Watch online SexArt Dillion Harper absolutely free, uploaded by barabass - PlayVid"/>
    <meta name="keywords" content="sexart dillion, dillion harper, sexart dillion harper"/>

    <meta property="og:image" content="http://img1.playvid.com/thumbs/131/13199/183.jpg"/>

<!--[if IE 9]>
<script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.8.1/jquery.min.js"></script>
<!--[endif]-->
<!--[if gte IE 9]><!-->
<script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvid.com/sf/lang/en_1234070"></script>
<script type="text/javascript" src="//www.playvid.com/sf/all.js?4070"></script>
    <link rel="stylesheet" type="text/css" href="//css/all.css?4070" media="all">
    <link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
    <link rel="stylesheet" type="text/css" href="/adsi.css" media="all"> <link rel="icon" href="/favicon.ico">
    <link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumb-page">
    <div class="header">
    <div class="header-holder">
        <span class="logo size" href="/"><h1>PlayVid</h1></span>
        <span class="btn-menu"></span>
        <span class="dynamic_title"></span>
        <div class="search">
        <form action="/search" method="GET" data-form="ajax" data-lock-name="search" class="search-form" data-suggester="/search//suggest">
            <input type="button" value="Search" class="submit">
            <div class="text-holder">
            <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
            </div>
        </form>
        </div>
```

The Writer - c Meta Data - 02272015
Source of: http://www.playvid.com/watch/P7DNLh5yBzN - Mozilla Firefox
File Edit View Help
<!DOCTYPE html>
<html lang="en">
<head>
<meta charset="utf-8">
<meta http-equiv="Content-Type" content="text/html; charset=utf-8">
<title>SexArt Dillon Harper, hokochoko</title>
<link rel="alternate" media="handheld" href="http://m.playvid.com/watch/P7DNLh5yBzN">
<link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/P7DNLh5yBzN">
<meta name="description" content="Watch online SexArt Dillon Harper absolutely free, uploaded by hokochoko - PlayVid"/>
<meta name="keywords" content="sexart dillon, dillon harper, sexart dillon harper"/>
<meta property="og:image" content="http://img1.playvid.com/thumbs/264/264910/583.jpg"/>
<!--[if lt IE 9]>
<script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvid.com/js/lang/en.js?407"></script>
<script type="text/javascript" src="//www.playvid.com/js/all.js?407"></script>
<link rel="stylesheet" type="text/css" href="/css/all.css?407" media="all">
<link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="/add.css" media="all"> <link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<div class="header">
<div class="header-holder">
<h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
<span class="btn-menu"></span>
<span class="dynamic_title"></span>
<div class="search">
<form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggests="/search/suggests">
<input type="button" value="Search" class="submit">
<div class="text-holder">
<input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
</div>
</form>
</div>
11:01 AM
2/27/2015
00:17
11:24 AM
2/11/2016
2/11/2016 11:24:35 AM

# EXHIBIT II



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: The Writer - Sex Therapy

Infringing material: http://www.playvid.com/watch/MUHATU0I38u

Location of original works: http://members.sexart.com/members/model/alexis-brill-and-luna-and-whitney-conroy/movie/20140302/THE_WRITER___SEX_THERAPY/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                      Page 1 of 2

SUNSM - 00125

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com


JST/th
cc:     Spencer Freeman
        Client File

SUNSM - 00126



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: The Writer - Sex Therapy

Infringing material: http://www.playvid.com/watch/NfFi_roUe1v

Location of original works: http://members.sexart.com/members/model/alexis-brill-and-
luna-and-whitney-conroy/movie/20140302/THE_WRITER___SEX_THERAPY/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003.  U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                  Page 1 of 2

SUNSM - 00127

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

DMCA and Trademark Takedown Notice                              Page 2 of 2

# **<u>EXHIBIT II-1</u>**

The Writer - Sex Therapy - a Meta Data - 02272015
File Edit View History Bookmarks Tools Help
The Official NIST US Time
Alexis Brill Luna Whitney C...
Search for videos, people and things
Categories
Channels
Upload
00:01 / 45:45
Alexis Brill Luna Whitney Conroy SexArt HD 720 all sex
3,557 views
About
Share
Add to
Report
By mavachi
Mar 12, 2014
Follow
No description available
Related videos
Alexis Brill Luna Whitney Conroy SexArt com H...
Luna Whitney Conroy SexArt com HD 720 lesbi
11:28 AM 2/27/2015
00:13
11:27 AM 2/11/2016
2/11/2016 11:27:46 AM

2/11/2016 11:27:55 AM

1 / 1