

**EXHIBIT EEE-1**

# **EXHIBIT FFF**

# EXHIBIT FFF-1





# EXHIBIT GGG



# EXHIBIT GGG-1

# **EXHIBIT HHH**





# EXHIBIT HHH-1

Gypsy Fortune
Source of: https://www.playvids.com/v/6PPiC0qcoOa - Mozilla Firefox
2/11/2016 7:25:24 PM

2/11/2016 7:25:44 PM

1 / 1