Gypsy Fortune

Source of: https://www.playvids.com/v/ywoFDVhsxWz - Mozilla Firefox

File  Edit  View  Help

```
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <title>Cindy Starfall Gypsy Fortune, cannabis</title>
    <meta name="description" content="Watch Cindy Starfall Gypsy Fortune, uploaded by cannabis"/>
    <meta name="keywords" content="cindy starfall, starfall gypsy, gypsy fortune, cindy starfall gypsy fortune, starfall gypsy fortune, cindy starfall gypsy fortune"/>
    <link rel="bookmark" href="https://m.playvids.com/v/ywoFDVhsxWz">
    <link rel="alternate" media="only screen and (max-width: 640px)" href="https://m.playvids.com/v/ywoFDVhsxWz">
    <meta property="og:image" content="https://img1.playvids.com/thumbs/852/85245/245.jpg"/>

    <!--[if lt IE 9]>
    <script type="text/javascript" src="https://ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
    <![endif]--><!-- Unchk -->
    <!--[if gte IE 9]><!-->
    <script src="https://ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
    <!--<![endif]-->
    <script type="text/javascript" src="//www.playvids.com/js/lang/en.1274799></script>
    <script type="text/javascript" src="//www.playvids.com/js/all.js?v19></script>

    <link rel="stylesheet" href="//cdn/css/all.css?419" media="all">
    <link href="https://fonts.googleapis.com/css?family=Open+Sans:400,300,700&amp;subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
    <link rel="stylesheet" href="//cdn.css?v19></script>
    <link rel="stylesheet" href="//cdn.css" media="all">

    <link rel="icon" href="/favicon.ico">
    <link rel="shortcut icon" href="/favicon.ico">
</head>
<body>
    <div class="header">
    <div class="header-holder">
        <span class="btn-menu"></span>
        <span class="logo"><a href="/" title="PlayVids">PlayVids</a></h1>
        <span class="dynamic title"></span>
    <div class="search">
        <form action="/" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggests="//s/suggests">
            <input type="button" value="Search" class="submit">
            <div class="text-holder">
            <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
        </form>
    </div>
```

# EXHIBIT III



# EXHIBIT III-1

Hielo Caliente - Metadata

Source of: https://www.playvids.com/v/OldBrF101kt - Mozilla Firefox

File   Edit   View   Help

```
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <title>Sexart Brandy A Lorena B Hielo Caliente 2013 HD, rapidsdneg</title>
    <meta name="description" content="Watch Sexart Brandy A Lorena B Hielo Caliente 2013 HD, uploaded by rapidsdneg"/>
    <meta name="keywords" content="sexart brandy, brandy lorena, lorena hielo, hielo caliente, caliente 2013, 2013 b, b hd, sexart brandy lorena"/>
    <link rel="alternate" media="handheld" href="https://m.playvids.com/v/OldBrF101kt"/>
    <link rel="alternate" media="only screen and (max-width: 640px)" href="https://m.playvids.com/v/OldBrF101kt"/>
    <meta property="og:image" content="https://img1.playvids.com/img1/thumbs/252/252757/958.jpg"/>

    <!--[if lt IE 9]>
    <script type="text/javascript" src="https://ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
    <![endif]-->
    <!--[if gte IE 9]><!-->
    <script src="https://ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
    <!--<![endif]-->
    <script type="text/javascript" src="//www.playvids.com/js/lang/en.123439"></script>
    <script type="text/javascript" src="//www.playvids.com/js/all.js?419"></script>

    <link rel="stylesheet" type="text/css" href="/css/all.css?459" media="all">
    <link href="https://fonts.googleapis.com/css?family=Open+Sans:400,300,700&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
    <link rel="stylesheet" type="text/css" href="/css/add.css" media="all">
    <link rel="icon" href="/favicon.ico">
    <link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumb-page">
<div class="header">
    <div class="header-holder">
        <h1 class="logo"><a href="/" title="Play">Play</a></h1>
        <span class="btn-menu"></span>
        <span class="dynamic_title"></span>
        <div class="search">
            <form action="/s" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggesta="/s/suggesta">
                <input type="button" value="Search" class="submit">
                <div class="text-holder">
                    <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
                </div>
            </form>
```

2/11/2016 1:24:34 PM

1:24 PM  2/11/2016

2/11/2016 1:24:58 PM

1 / 1

# EXHIBIT JJJ



# EXHIBIT JJJ-1



# EXHIBIT KKK



# EXHIBIT KKK-1



# **<u>EXHIBIT LLL</u>**



# **EXHIBIT LLL-1**



# EXHIBIT MMM



# EXHIBIT MMM- 1