

# EXHIBIT NNN



# **EXHIBIT NNN-1**



# **EXHIBIT OOO**



# EXHIBIT OOO-1



# EXHIBIT PPP





# EXHIBIT PPP-1

2/11/2016 2:07:27 PM

1 / 1

# **EXHIBIT QQQ**



# EXHIBIT QQQ-1

Senora and Jorge - Metadata
Source of: https://www.playvids.com/v/zyFowLKIn8o - Mozilla Firefox
File Edit View Help
<!DOCTYPE html>
<html lang="en">
<head>
<meta charset="utf-8">
<meta http-equiv="Content-Type" content="text/html; charset=utf-8">
<title>SexArt Senora and Jorge Silvie Deluxe Matt Ice, rawin</title>
<meta name="description" content="Watch SexArt Senora and Jorge Silvie Deluxe Matt Ice, uploaded by rawin"/>
<meta name="keywords" content="sexart senora, senora and, and jorge, jorge silvie, silvie deluxe, deluxe matt, matt ice, sexart senora and"/>
<link rel="alternate" media="handheld" href="https://m.playvids.com/v/zyFowLKIn8o">
<link rel="alternate" media="only screen and (max-width: 640px)" href="https://m.playvids.com/v/zyFowLKIn8o">
<meta property="og:image" content="https://img1.playvids.com/thumbs/266/266013/868.jpg"/>
<!--[if lt IE 9]>
<script type="text/javascript" src="https://ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="https://ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvids.com/js/lang/en.js?479"></script>
<script type="text/javascript" src="//www.playvids.com/js/all.js?479"></script>
<link rel="stylesheet" type="text/css" href="/css/all.css?479" media="all">
<link href="https://fonts.googleapis.com/css?family=Open+Sans:400,300,700&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="/add.css" media="all">
<link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<div class="header">
<div class="header-holder">
<h1><a class="logo ajax" href="/" title="PlayVids">PlayVids</a></h1>
<span class="btn-menu"></span>
<span class="dynamic_title"></span>
<div class="search">
<form action="/s" method="GET" data-form-type="ajax" data-lock-nane="search" class="search-form" data-suggests="/s/suggests">
<input type="button" value="Search" class="submit">
<div class="text-holder">
<input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
</div>
</form>
Teamspeak 2 RC2
Start
2:04 PM
6/1/2015
00:15
2:15 PM
2/11/2016
2/11/2016 2:15:54 PM

2/11/2016 2:17:23 PM

# EXHIBIT RRR