UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

      Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
*and John Does 1-20,*

      Defendants.
_____/

## NOTICE OF STRIKING D.E. 77 THROUGH D.E. 85

NOTICE IS HEREBY GIVEN by undersigned counsel for Plaintiff that D.E. 77 through D.E. 85 are hereby STRICKEN. These were exhibits filed as Supplements to Plaintiff's Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment filed on February 12, 2016 (D.E. 76). *Those exhibits will now be filed under a Notice of Filing, per Clerk's instruction of February 16, 2016 (D.E. 88).*

BeharBehar ⬥ 1840 North Commerce Parkway ⬥ Suite One ⬥ Weston, Florida 33326
**T:** 954-688-7642    **F:** 954-332-9260    **W:** BeharBehar.com

1 of 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of January, 2016 we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brady J. Cobb, Esq.

        Respectfully submitted,

        BeharBehar
        1840 North Commerce Parkway
        Suite One
        Weston, Florida 33326
        Telephone: (954) 688-7642
        Facsimile: (954) 332-9260
        E-mail: AB@BeharBehar.com

By:    */s/Aaron Behar, Esq.*
        Aaron Behar, Esq.
        Florida Bar No.: 166286
        */s/Jaclyn Behar, Esq.*
        Jaclyn Behar, Esq.
        Florida Bar No.: 63833
        **Counsel for Plaintiff**

And:   */s/Spencer D. Freeman, Esq.*
        Spencer D. Freeman, Esq.
        Freeman Law Firm, Inc.
        1107 ½ Tacoma Avenue South
        Tacoma, WA 98402
        Telephone:  (253) 383-4500
        Facsimile:  (253) 383-4501
        E-mail: sfreeman@freemanlawfirm.org
        **Counsel for Plaintiff**
        **(Admitted Pro Hac Vice)**

BeharBehar ⬥ 1840 North Commerce Parkway ⬥ Suite One ⬥ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

2 of 2