# **<u>EXHIBIT G-1</u>**





# EXHIBIT G-2

At The Movies - Meta Data - 02/26/2015

Source of: http://www.playvid.com/watch/2BKxc2eh4NJ - Mozilla Firefox

File Edit View Help

```
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <title>SexArt Lily Love At The Movies, parade</title>

    <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/2BKxc2eh4NJ">
    <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/2BKxc2eh4NJ">
    <meta name="description" content="Watch online SexArt Lily Love At The Movies absolutely free, uploaded by parade - PlayVid">
    <meta name="keywords" content="sexart lily, lily love, love the, the movies, sexart lily love, lily love the, love the movies">

    <meta property="og:image" content="http://img1.playvid.com/thumbs/272/272706/538.jpg"/>

    <!--[if lt IE 9]>
    <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.8.1/jquery.min.js"></script>
    <![endif]-->
    <!--[if gte IE 9]><!-->
    <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
    <!--<![endif]-->
    <script type="text/javascript" src="//www.playvid.com/js/lang/en_127407"></script>
    <script type="text/javascript" src="//www.playvid.com/js/all.js?407"></script>
    <link rel="stylesheet" type="text/css" href="/css/all.css?407" media="all">
    <link rel="stylesheet" type="text/css" href="//www.playvid.com/css/skin-cyrillic-ext" rel="stylesheet" type="text/css">
    <link rel="stylesheet" type="text/css" href="/css/skin-latin400_500_700-googleFonts.css?4.00_500_700-googleFonts.css" media="all">
    <link rel="icon" href="/favicon.ico">
</head>
<body class="thumb-page">
<div class="header">
    <div class="header-holder">
        <h1><a class="logo size" href="/" title="PlayVid">PlayVid</a></h1>
        <span class="btn-menu"></span>
        <span class="dynamic_title"></span>
    <div class="search">
        <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggester="/search//suggester">
            <input type="button" value="Search" class="submit">
            <div class="text-holder">
                <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
            </div>
            <button class="button btn-upload" data-call="hook=ajax;url=redirect" data-hook-in-get="from=/last>//body</button>
        </form>
    </div>
</div>
```

At The Movies - a Meta Data - 02262015

Source of: http://www.playvid.com/watch/7aSWgOuO0Pw - Mozilla Firefox

File  Edit  View  Help

```
1  <!DOCTYPE html>
2  <html lang="en">
3  <head>
4      <meta charset="utf-8">
5      <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
6      <title>At The Movies Jasmine W Lily Love Maiena Morgan 1080 - kratos300</title>
7
8      <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/7aSWgOuO0Pw">
9      <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/7aSWgOuO0Pw">
10     <meta name="description" content="Watch online At The Movies Jasmine W Lily Love Maiena Morgan 1080 absolutely free, uploaded by kratos300 - PlayVid"/>
11     <meta name="keywords" content="the movies, movies jasmine, jasmine lily, lily love, love maiena, maiena morgan, morgan meters, the movies jasmine, movies jasmine
12     <meta property="og:image" content="http://img1.playvid.com/thumbs/231/231555/538.jpg"/>
13  </head>
14
15  <!--[if lt IE 9]>
16  <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
17  <![endif]-->
18  <!--[if gte IE 9]><!-->
19  <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
20  <!--<![endif]-->
21  <script type="text/javascript" src="//www.playvid.com/js/lang/en_1g?407"></script>
22  <script type="text/javascript" src="//www.playvid.com/js/all.js?407" media="all">
23  <link rel="stylesheet" type="text/css" href="//css/all.css?407" media="all">
24  <link rel="stylesheet" type="text/css" href="//css/google:Actiin,Cyrillic-ext" rel="stylesheet" type="text/css">
25  <link rel="stylesheet" type="text/css" href="//css/add.css" media="all"> <link rel="icon" href="/favicon.ico">
26  <link rel="shortcut icon" href="/favicon.ico">
27  </head>
28  <body class="thumb-page">
29  <div class="header">
30     <div class="header-bolder">
31        <h1><a class="logo" href="/" title="PlayVid">PlayVid</a></h1>
32        <span class="btn-menu"></span>
33        <span class="dynamic_title"></span>
34     <div class="search">
35        <form action="/search" method="GET" data-form="ajax" data-lock-name="search" class="search-form" data-suggester="/search//suggests">
36           <input type="button" value="Search" class="submit">
37           <div class="text-holder">
38              <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
39           </div>
40        </form>
41     </div>
42  </div>
```

# EXHIBIT H



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Be My Slave

Infringing material: http://www.playvid.com/watch/g7ihsgUTVyX

Location of original works: http://members.sexart.com/members/model/mango-a-and-
tracy-lindsay/movie/20140411/BE_MY_SLAVE_II/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003.  U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

SUNSM - 00011

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com


JST/th
cc:     Spencer Freeman
        Client File

SUNSM - 00012



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Be My Slave

Infringing material: http://www.playvid.com/watch/E8wWFJAvmxd

Location of original works: http://members.sexart.com/members/model/mango-a-and-tracy-lindsay/movie/20140411/BE_MY_SLAVE_II/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

SUNSM - 00013

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:    Spencer Freeman
       Client File

SUNSM - 00014



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Be My Slave

Infringing material: http://www.playvid.com/watch/rg1mS3IbFDf

Location of original works: http://members.sexart.com/members/model/mango-a-and-
tracy-lindsay/movie/20140411/BE_MY_SLAVE_II/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003.  U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

SUNSM - 00015

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com


JST/th
cc:      Spencer Freeman
         Client File

SUNSM - 00016



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Be My Slave

Infringing material: http://www.playvid.com/watch/yttkFdcOyIP

Location of original works: http://members.sexart.com/members/model/mango-a-and-
tracy-lindsay/movie/20140411/BE_MY_SLAVE_II/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003.  U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

SUNSM - 00017

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com



JST/th
cc:     Spencer Freeman
        Client File

DMCA and Trademark Takedown Notice                                    Page 2 of 2

# EXHIBIT H-1









# EXHIBIT H-2

Be My Slave - a Meta Data - 02262015

Source of: http://www.playvid.com/watch/f8xdWF3knmsd - Mozilla Firefox

File   Edit   View   Help

```html
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <title>Watch Frida Lola E Be My Slave, casablanca07</title>
    <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/f8xdWF3knmsd">
    <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/f8xdWF3knmsd">
    <meta name="description" content="Watch online sexart Frida Lola E Be My Slave absolutely free, uploaded by casablanca07 - PlayVid"/>
    <meta name="keywords" content="sexart frida, frida lola, lola slave, sexart frida lola, frida lola slave, sexart frida lola slave"/>

    <meta property="og:image" content="http://img1.playvid.com/thumbs/272/272326/663.jpg"/>

    <!--[if lt IE 9]>
    <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.8.1/jquery.min.js"></script>
    <!endif]-->
    <!--[if gte IE 9]><!-->
    <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
    <!--<![endif]-->
    <script type="text/javascript" src="//www.playvid.com/js/lang/en_1574077"></script>
    <script type="text/javascript" src="//www.playvid.com/js/all_1574077"></script>
    <link rel="stylesheet" type="text/css" href="/css/all_1574077" media="all">
    <link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700,600&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
    <link rel="stylesheet" type="text/css" href="/ads.css" media="all"> <link rel="icon" href="/favicon.ico">
    <link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumb-page">
    <div class="header">
        <div class="header-holder">
            <h1><a class="logo" href="/" title="PlayVid">PlayVid</a></h1>
            <span class="btn-menu"></span>
            <span class="dynamic_title"></span>
            <div class="search">
                <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggester="/search/suggest">
                    <input type="text" value="Search" class="submit">
                    <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
                    <div class="text-holder">
                        <button type="button" name="b" data-call-back="submitRequest" data-cookie-set="true_onload_search" >Go</button>
                    </div>
                </form>
            </div>
        </div>
```

Line 6, Col 8

Be My Slave - b Meta Data - 02262015
Source of: http://www.playvid.com/watch/rglmS3IbFDf - Mozilla Firefox
File Edit View Help
<!DOCTYPE html>
<html lang="en">
<head>
<meta charset="utf-8">
<title>MetArt Frida Lola E Be My Slave, vizavi</title>
<link rel="alternate" media="handheld" href="http://m.playvid.com/watch/rglmS3IbFDf">
<meta name="description" content="Watch online MetArt Frida Lola E Be My Slave absolutely free, uploaded by vizavi - PlayVid"/>
<meta name="keywords" content="metart frida, frida lola, lola slave, metart frida lola, frida lola slave"/>
<meta property="og:image" content="http://img1.playvid.com/thumbs/249/249870/663.jpg"/>
<!--[if lt IE 9]>
<script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvid.com/js/lang/en.js?407"></script>
<script type="text/javascript" src="//www.playvid.com/js/all.js?407"></script>
<link rel="stylesheet" type="text/css" href="/css/all.css?407" media="all">
<link rel="stylesheet" type="text/css" href="/add.css" media="all"> <link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<div class="header">
<div class="header-holder">
<h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
<span class="btn-menu"></span>
<span class="dynamic_title"></span>
<div class="search">
<form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggests="/search/suggests">
<input type="button" value="Search" class="submit">
<div class="text-holder">
<input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
</div>
</form>
</div>
10:18 PM
2/26/2015
00:22
11:40 AM
2/9/2016
2/9/2016 11:40:48 AM

1 / 1

2/9/2016 11:41:02 AM

Be My Slave - c Meta Data - 02262015

Source of: http://www.playvid.com/watch/ytsF6dOjJP - Mozilla Firefox

File  Edit  View  Help

```
1  <!DOCTYPE html>
2  <html lang="en">
3  <head>
4    <meta charset="utf-8">
5    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
6
7    <title>MetArt Frida Lola E Be My Slave, horvat</title>
8
9    <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/ytsF6dOjJP">
10   <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/ytsF6dOjJP">
11   <meta name="description" content="Watch online MetArt Frida Lola E Be My Slave absolutely free, uploaded by horvat. - PlayVid"/>
12   <meta name="keywords" content="MetArt frida, frida lola, lola slave,  metart frida lola, frida lola slave,metart frida lola slave"/>
13
14   <meta property="og:image" content="http://img1.playvid.com/thumbs/250/250703/663.jpg"/>
15
16   <!--[if lt IE 9]>
17   <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.8.1/jquery.min.js"></script>
18   <![endif]-->
19   <!--[if gte IE 9]><!-->
20   <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
21   <!--<![endif]-->
22   <script type="text/javascript" src="//www.playvid.com/js/lang/en_1274077"></script>
23   <script type="text/javascript" src="//www.playvid.com/js/all_1374077" media="all">
24   <link href="http://cdn3.googleapis.com/css/all.css?ver=all.css_1374077" media="all">
25   <link rel="stylesheet" type="text/css" href="/css/all.css?ver=alll.css_1374077" media="all">
26   <link rel="stylesheet" type="text/css" href="/css/all.css?ver=all.css_1374077" media="all"/>  <link rel="icon" href="/favicon.ico">
27   <link rel="shortcut icon" href="/favicon.ico">
28   </head>
29   <body class="thumb-page">
30   <div class="header">
31   <div class="header-holder">
32     <h1><a class="logo" alt="" href="/"_ title="PlayVid">PlayVid</a></h1>
33     <span class="btn-menu"></span>
34     <span class="dynamic_title"></span>
35   <div class="search">
36     <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggester="/search//suggests">
37       <input type="button" value="Search" class="submit">
38     <div class="text-holder">
39       <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
40     </div>
41   </form>
42   </div>
```

Be My Slave - d Meta Data - 02262015
Source of: http://www.playvid.com/watch/g7ihsgUTVyX - Mozilla Firefox
File Edit View Help
<!DOCTYPE html>
<html lang="en">
<head>
<meta charset="utf-8">
<meta http-equiv="Content-Type" content="text/html; charset=utf-8">
<title>Dido and Frida Be My Slave SexArt, kakadu</title>
<link rel="alternate" media="handheld" href="http://m.playvid.com/watch/g7ihsgUTVyX">
<link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/g7ihsgUTVyX">
<meta name="description" content="Watch online Dido and Frida Be My Slave SexArt absolutely free, uploaded by kakadu - PlayVid"/>
<meta name="keywords" content="dido and, and frida, frida slave, slave sexart, dido and frida, and frida slave, frida slave sexart"/>
<meta property="og:image" content="http://img1.playvid.com/thumbs/133/133185/153.jpg"/>
<!--[if lt IE 9]>
<script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvid.com/js/lang/en.js?407"></script>
<script type="text/javascript" src="//www.playvid.com/js/all.js?407"></script>
<link rel="stylesheet" type="text/css" href="/css/all.css?407" media="all">
<link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="/add.css" media="all"> <link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<div class="header">
<div class="header-holder">
<h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
<span class="btn-menu"></span>
<span class="dynamic_title"></span>
<div class="search">
<form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggests="/search/suggests">
<input type="button" value="Search" class="submit">
<div class="text-holder">
<input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
</div>
</form>
</div>
Line 6, Col 39
10:10 PM
2/26/2015
00:57
12:06 PM
2/9/2016
2/9/2016 12:06:20 PM

1 / 1

2/9/2016 12:06:31 PM

# **EXHIBIT I**



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Book of Love

Infringing material: http://www.playvid.com/watch/-XUczyUSK0d

Location of original works: http://members.sexart.com/members/model/victoria-blaze-and-thomas-lee/movie/20130918/BOOK_OF_LOVE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003. U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                              Page 1 of 2

SUNSM - 00019

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:      Spencer Freeman
         Client File

DMCA and Trademark Takedown Notice                                    Page 2 of 2

# **<u>EXHIBIT I-1</u>**



# EXHIBIT I-2

Book of Love - Meta Data - 02262015

Source of: http://www.playvid.com/watch/Xlcgj0GQDr - Mozilla Firefox

File  Edit  View  Help

```html
<!DOCTYPE html>
<html lang="en">
<head>
  <meta charset="utf-8">
  <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
  <title>Victoria Blaze Thomas Lee Book of Love, Kamasivar</title>

  <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/Xlcgj0GQDr">
  <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/Xlcgj0GQDr">
  <meta name="description" content="Victoria Blaze Thomas Lee Book of Love Sexart"/>
  <meta name="keywords" content="Victoria blaze, Blaze thomas, thomas lee, lee book, book love, love sexart, victoria blaze thomas"/>

  <meta property="og:image" content="http://img1.playvid.com/thumbs/160/168552/228.jpg"/>

  <!--[if lt IE 9]>
  <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.8.1/jquery.min.js"></script>
  <![endif]-->
  <!--[if gte IE 9]><!-->
  <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
  <!--<![endif]-->
  <script type="text/javascript" src="//www.playvid.com/js/lang/en_197407"></script>
  <script type="text/javascript" src="//www.playvid.com/js/all.js?607" media="all">
  <link rel="stylesheet" type="text/css" href="//css/all.css?607" media="all">
  <link href="//fonts.googleapis.com/css?family=Open+Sans:400,300,700,600&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
  <link rel="stylesheet" type="text/css" href="/ads.css" media="all"> <link rel="icon" href="/favicon.ico">
  <link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumb-page">
<div class="header">
  <div class="header-holder">
    <h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
    <span class="btn-menu"></span>
    <span class="dynamic_title"></span>
    <div class="search">
      <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-lock-url=...>
        <input type="button" value="Search" class="submit">
        <div class="text-holder">
          <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
        </div>
      </form>
    </div>
```

# EXHIBIT J



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Concierge

Infringing material: http://www.playvid.com/watch/GK2T5kx6MDy

Location of original works: http://members.sexart.com/members/model/dani-jensen-and-tommy-reeves/movie/20120729/CONCIERGE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003. U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                    Page 1 of 2

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com


JST/th
cc:      Spencer Freeman
         Client File

SUNSM - 00022



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Concierge

Infringing material: http://www.playvid.com/watch/H7q5c5W4NuW

Location of original works: http://members.sexart.com/members/model/dani-jensen-and-
tommy-reeves/movie/20120729/CONCIERGE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003.  U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                      Page 1 of 2

SUNSM - 00023

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com


JST/th
cc:     Spencer Freeman
        Client File

DMCA and Trademark Takedown Notice                                    Page 2 of 2

SUNSM - 00024