# EXHIBIT J-1





# EXHIBIT J-2

Concierge - a Meta Data - 02262015
Source of: http://www.playvid.com/watch/H7q5c5W4NuW - Mozilla Firefox
File Edit View Help
<!DOCTYPE html>
<html lang="en">
<head>
<meta charset="utf-8">
<meta http-equiv="Content-Type" content="text/html; charset=utf-8">
<title>Sex Art Dani Jensen Concierge, whitebill</title>
<link rel="alternate" media="handheld" href="http://m.playvid.com/watch/H7q5c5W4NuW">
<link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/H7q5c5W4NuW">
<meta name="description" content="Watch online Sex Art Dani Jensen Concierge absolutely free, uploaded by whitebill - PlayVid"/>
<meta name="keywords" content="sex art, art dani, dani jensen, jensen concierge, sex art dani, art dani jensen"/>
<meta property="og:image" content="http://img1.playvid.com/thumbs/237/237689/513.jpg"/>
<!--[if lt IE 9]>
<script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvid.com/js/lang/en.js?407"></script>
<script type="text/javascript" src="//www.playvid.com/js/all.js?407"></script>
<link rel="stylesheet" type="text/css" href="/css/all.css?407" media="all">
<link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="/add.css" media="all"> <link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<div class="header">
<div class="header-holder">
<h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
<span class="btn-menu"></span>
<span class="dynamic_title"></span>
<div class="search">
<form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggests="/search/suggests">
<input type="button" value="Search" class="submit">
<div class="text-holder">
<input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
</div>
</form>
</div>
Line 11, Col 38
10:39 PM
2/26/2015
00:30
12:33 PM
2/9/2016
2/9/2016 12:33:28 PM

2/9/2016 12:33:41 PM

Concierge - B Meta Data - 02262015

2/9/2016 12:38:33 PM

2/9/2016 12:38:47 PM

# **EXHIBIT K**



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Cybersex

Infringing material: http://www.playvid.com/watch/i0xYBmuJiwc

Location of original works: http://members.sexart.com/members/model/sandra-luberec-
and-marcus-dupree/movie/20130814/CYBERSEX/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003.  U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

SUNSM - 00025

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:      Spencer Freeman
         Client File

DMCA and Trademark Takedown Notice                              Page 2 of 2

SUNSM - 00026

# EXHIBIT K-1

# EXHIBIT K-2

Cybersex - Meta Data - 02262015

Source of: http://www.playvid.com/watch/0kY8muUwc - Mozilla Firefox

File Edit View Help

```
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <title>Cybersex Sandra Lubetec and Marcus Dupree SexArt 14 08 2013, angrinesz</title>
    <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/0kY8muUwc">
    <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/0kY8muUwc">
    <meta name="description" content="Watch online 'Cybersex Sandra Lubetec and Marcus Dupree SexArt 14 08 2013 absolutely free, uploaded by angrinesz - PlayVid"/>
    <meta name="keywords" content="cybersex sandra, sandra lubetec, lubetec and, and marcus, marcus dupree, dupree sexart, sexart 720p, cybersex sandra lubetec"/>
    <meta property="og:image" content="http://img1.playvid.com/thumbs/142/142621/738.jpg"/>

<!--[if lt IE 9]>
<script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvid.com/sr/lang/en_1374077></script>
<script type="text/javascript" src="//www.playvid.com/sf/all.js?4077"></script>
    <link rel="stylesheet" type="text/css" href="/css/all.css?4077" media="all">
    <link rel="stylesheet" type="text/css" href="//fonts.googleapis.com/css?family=Open+Sans:400,300,700,600&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
    <link rel="stylesheet" type="text/css" href="/ads.css" media="all"> <link rel="icon" href="/favicon.ico">
    <link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumb-page">
<div class="header">
    <div class="header-holder">
        <h1><a class="logo" href="/" title="PlayVid">PlayVid</a></h1>
        <span class="btn-menu"></span>
        <span class="dynamic_title"></span>
    <div class="search">
        <form action="/search" method="GET" data-form="ajax" data-lock-name="search" class="search-form" data-suggester="/search/suggester">
            <input type="button" value="Search" class="submit">
            <div class="text-holder">
                <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
            </div>
        </form>
    </div>
    <!-- <button class="btn_upload" data-call back="Upload">Upload</button> -->
```

Line 13, Col 66

# EXHIBIT L



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Desire

Infringing material: http://www.playvid.com/watch/Gt2gj-9EttM

Location of original works: http://members.sexart.com/members/model/bella-baby-and-
mr.-jacob/movie/20130511/DESIRE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003.  U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

SUNSM - 00027

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:      Spencer Freeman
         Client File

DMCA and Trademark Takedown Notice                              Page 2 of 2

SUNSM - 00028

# EXHIBIT L-1



# EXHIBIT L-2

Desire - Meta Data - 02262015

Source of: http://www.playvid.com/watch/Qt2g-9ttM4 - Mozilla Firefox

File Edit View Help

```
1  <!DOCTYPE html>
2  <html lang="en">
3  <head>
4    <meta charset="utf-8">
5    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
6
7    <title>SexArt Bella Anne Desire, miniblikini</title>
8
9    <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/Qt2g-9ttM4">
10   <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/Qt2g-9ttM4">
11   <meta name="description" content="Watch online Bella Anne Desire absolutely free, uploaded by miniblikini - PlayVid"/>
12   <meta name="keywords" content="sexart bella, bella anne, anne desire, bella anne desire, sexart bella anne desire, sexart bella anne desire"/>
13
14   <meta property="og:image" content="http://img1.playvid.com/thumbs/115/11515147/468.jpg"/>
15
16   <!--[if lt IE 9]>
17   <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
18   <![endif]-->
19   <!--[if gte IE 9]><!-->
20   <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
21   <!--<![endif]-->
22   <script type="text/javascript" src="//www.playvid.com/js/lang/en_1274077></script>
23   <script type="text/javascript" src="//www.playvid.com/js/all.js?4077" media="all">
24   <link href="http://www.playvid.com/css/all.css?4077" media="all">
25   <link rel="stylesheet" type="text/css" href="//www.playvid.com/css/skin_cyrillic.css" rel="stylesheet" type="text/css"/>
26   <link rel="stylesheet" type="text/css" href="//fonts.googleapis.com/css?family=Open+Sans:400,300,700&subset=latin,cyrillic" media="all"> <link rel="icon" href="/favicon.ico">
27   <link rel="shortcut icon" href="/favicon.ico">
28   </head>
29   <body class="thumb-page">
30   <div class="header">
31     <div class="header-holder">
32       <h1><a class="logo" href="/" title="PlayVid">PlayVid</a></h1>
33       <span class="btn-menu"></span>
34       <span class="dynamic_title"></span>
35       <div class="search">
36         <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggester="/search/suggester">
37           <input type="text" value="Search" class="submit">
38           <div class="text-holder">
39             <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
40           </div>
41           <button class="button" data-callback="list=result_data-cookie-get="fny.onclick=get fny onclick button"></button></form>
42         </form>
43       </div>
44     </div>
```

Line 20, Col 54

2/9/2016 1:04:19 PM

# **<u>EXHIBIT M</u>**



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Draw Me

Infringing material: http://www.playvid.com/watch/Wt7G50XHulS

Location of original works: http://members.sexart.com/members/model/mia-manarote-and-thomas-lee/movie/20121213/DRAW_ME/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                             Page 1 of 2

SUNSM - 00029

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

SUNSM - 00030



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Draw Me

Infringing material: www.playvid.com/watch/v4EQRXdmENS

Location of original works: http://members.sexart.com/members/model/mia-manarote-and-thomas-lee/movie/20121213/DRAW_ME/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                        Page 1 of 2

SUNSM - 00031

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

DMCA and Trademark Takedown Notice                    Page 2 of 2

SUNSM - 00032



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Draw Me

Infringing material: http://www.playvid.com/watch/4_9X1IytndS

Location of original works: http://members.sexart.com/members/model/mia-manarote-and-thomas-lee/movie/20121213/DRAW_ME/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

SUNSM - 00033

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

DMCA and Trademark Takedown Notice                                    Page 2 of 2

SUNSM - 00034

# EXHIBIT M-1







# EXHIBIT M-2

Draw Me - a Meta Data - 02262015

Source of: http://www.playvid.com/watch/vHEQKm6mENS - Mozilla Firefox

File  Edit  View  Help

```
1  <!DOCTYPE html>
2  <html lang="en">
3  <head>
4      <meta charset="utf-8">
5      <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
6
7      <title>Sexart Mia Manarote Draw Me, barabasex</title>
8
9      <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/vHEQKm6mENS">
10     <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/vHEQKm6mENS">
11     <meta name="description" content="Watch online Sexart Mia Manarote Draw Me absolutely free, uploaded by barabasex - PlayVid"/>
12     <meta name="keywords" content="sexart mia, mia manarote, manarote draw, sexart mia manarote draw, sexart mia manarote draw"/>
13
14     <meta property="og:image" content="http://img1.playvid.com/thumbs/131/131201/213.jpg"/>
15  </head>
16
17     <!--[if IE 9]>
18     <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.8.1/jquery.min.js"></script>
19     <![endif]-->
20     <!--[if gte IE 9]><!-->
21     <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
22     <!--<![endif]-->
23     <script type="text/javascript" src="//www.playvid.com/js/lang/en_1274077"></script>
24     <script type="text/javascript" src="//www.playvid.com/js/all.js?407" media="all">
25     <link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&amp;subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
26     <link rel="stylesheet" type="text/css" href="/css/all.css?407" media="all"> <link rel="icon" href="/favicon.ico">
27     <link rel="shortcut icon" href="/favicon.ico">
28  </head>
29  <body class="thumb-page">
30     <div class="header">
31     <div class="header-holder">
32        <h1><a class="logo" a/a= href="/" title="PlayVid">PlayVid</a></h1>
33        <span class="btn-menu"></span>
34        <span class="dynamic_title"></span>
35     <div class="search">
36        <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggester="/search//suggester">
37           <input type="button" value="Search" class="submit">
38           <div class="text-holder">
39              <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
40           </div>
41        </form>
42     </div>
```

Line 6, Col 12

11:06 PM
2/26/2015

1:13 PM
2/9/2016

2/9/2016 1:13-43 PM

1 / 1

2/9/2016 1:13:54 PM

Source of: http://www.playvid.com/watch/d_9XIJynd5 - Mozilla Firefox

File  Edit  View  Help

```html
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <title>SexArt Draw Me Mia Manarote, pinkmann</title>
    <link rel="canonical" href="http://m.playvid.com/watch/d_9XIJynd5">
    <meta name="description" content="Watch online SexArt Draw Me Mia Manarote absolutely free, uploaded by pinkmann - PlayVid"/>
    <meta name="keywords" content="sexart draw, draw mia, mia manarote, sexart draw mia manarote,"/>

    <meta property="og:image" content="http://img1.playvid.com/thumbs/264/264515/433-3.jpg"/>

    <!--[if lt IE 9]>
    <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.8.1/jquery.min.js"></script>
    <![endif]-->
    <!--[if gte IE 9]><!-->
    <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
    <!--<![endif]-->
    <script type="text/javascript" src="//www.playvid.com/js/lang/en_js7407></script>
    <script type="text/javascript" src="//www.playvid.com/js/All.js7407></script>
    <link rel="stylesheet" type="text/css" href="/css/All.css7407" media="all">
    <link rel="stylesheet" type="text/css" href="//www.playvid.com/css/skin.cyrillic-ext" rel="stylesheet" type="text/css">
    <link rel="stylesheet" type="text/css" href="/css/All.css" media="all"> <link rel="icon" href="/favicon.ico">
    <link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
    <div class="header">
    <div class="header-holder">
        <h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
        <span class="btn-menu"></span>
        <span class="dynamic_title"></span>
    <div class="search">
        <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggester="/search/suggester">
            <input type="button" value="Search" class="submit">
            <div class="text-holder">
                <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
            </div>
        </form>
    </div>
```

Line 11, Col 75

11:15 PM  2/26/2015

Draw Me - b Meta Data - 02262015

2/9/2016 2:55:11 PM

2/9/2016 2:55:21 PM

1/1

Draw Me - C Meta Data - 02/26/2015

Source of: http://www.playvid.com/watch/Wi70S00HaJS - Mozilla Firefox

File   Edit   View   Help

```
1  <!DOCTYPE html>
2  <html lang="en">
3  <head>
4    <meta charset="utf-8">
5    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
6    <title>SexArt Draw Me Mia Manarote, secret</title>
7
8    <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/Wi70S00HaJS">
9    <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/Wi70S00HaJS">
10   <meta name="description" content="Watch online SexArt Draw Me Mia Manarote absolutely free, uploaded by secret - PlayVid"/>
11   <meta name="keywords" content="sexart draw, draw mia, mia manarote, sexart draw mia manarote, sexart draw mia manarote"/>
12   <meta property="og:image" content="http://img1.playvid.com/thumbs/830/83075/213.jpg"/>
13
14   <!--[if lt IE 9]>
15   <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.8.1/jquery.min.js"></script>
16   <![endif]-->
17   <!--[if gte IE 9]><!-->
18   <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
19   <!--<![endif]-->
20   <script type="text/javascript" src="//www.playvid.com/sr/lang/en_127407"></script>
21   <script type="text/javascript" src="//www.playvid.com/sr/all.js?407" media="all">
22   <link href="http://cdn2.playvid.com/css/all.css?407" rel="stylesheet" type="text/css">
23   <link rel="stylesheet" type="text/css" href="//cdn2.playvid.com/css/all.css?407" media="all">
24   <link rel="stylesheet" type="text/css" href="css/skin_subsets/skin_cyrillic-ext" rel="stylesheet" type="text/css">
25   <link rel="stylesheet" type="text/css" href="ads1.css" media="all"> <link rel="icon" href="/favicon.ico">
26   <link rel="shortcut icon" href="/favicon.ico">
27 </head>
28 <body class="thumb-page">
29   <div class="header">
30     <div class="header-bolder">
31       <h1><a class="logo size" href="/" title="PlayVid">PlayVid</a></h1>
32       <span class="btn-menu"></span>
33       <span class="dynamic_title"></span>
34     <div class="search">
35       <form action="/search" method="GET" data-form="ajax" data-lock-name="search" class="search-form" data-suggester="/search/suggester">
36         <input type="button" value="Search" class="submit">
37         <div class="text-bolder">
38           <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
39         </div>
40       </form>
41     </div>
42     <!--<button class="btn-upload" data-call">back</button>  data-cookie-get="src-get?" data-load-name="load-soon" />button</button-->
43   </div>
44 </div>
```

# EXHIBIT N



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Finish Me

Infringing material: http://www.playvid.com/watch/Td-duKpbHva

Location of original works: http://members.sexart.com/members/model/eveline-neill-and-marcel-lee/movie/20131222/FINISH_ME/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                        Page 1 of 2

SUNSM - 00035