Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:    Spencer Freeman
       Client File

DMCA and Trademark Takedown Notice                                    Page 2 of 2



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Finish Me

Infringing material: http://www.playvid.com/watch/lScLvm4yyzY

Location of original works: http://members.sexart.com/members/model/eveline-neill-and-marcel-lee/movie/20131222/FINISH_ME/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

SUNSM - 00037

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com


JST/th
cc:     Spencer Freeman
        Client File

DMCA and Trademark Takedown Notice                              Page 2 of 2



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Finish Me

Infringing material: http://www.playvid.com/watch/DaaFFs1bE3a

Location of original works: http://members.sexart.com/members/model/eveline-neill-and-marcel-lee/movie/20131222/FINISH_ME/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

SUNSM - 00039

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

DMCA and Trademark Takedown Notice                                      Page 2 of 2

SUNSM - 00040

# EXHIBIT N-1



# EXHIBIT N-2

Source of: http://www.playvid.com/watch/fsLcm6ycY - Mozilla Firefox

File  Edit  View  Help

```
1  <!DOCTYPE html>
2  <html lang="en">
3  <head>
4    <meta charset="utf-8">
5    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
6    <title>Eveline Neill Sex Art, @ikttiki</title>

7  <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/fsLcm6ycY">
8  <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/fsLcm6ycY">
9  <meta name="description" content="Watch online Eveline Neill Sex Art absolutely free, uploaded by @ikttiki - PlayVid"/>
10 <meta name="keywords" content="eveline neill, neill sex art, eveline neill sex, neill sex art"/>

11 <meta property="og:image" content="http://img1.playvid.com/thumbs/201/201466/168.jpg"/>

14 <!--[if IE 9]>
17 <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
18 <!--[endif]-->
19 <!--[if gte IE 9]><!-->
20 <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
21 <!--<![endif]-->
22 <script type="text/javascript" src="//www.playvid.com/js/lang/en_124017"></script>
23 <script type="text/javascript" src="//www.playvid.com/js/all.js?4017"></script>
24 <link rel="stylesheet" type="text/css" href="//cdn/all.css?4017" media="all">
25 <link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
26 <link rel="stylesheet" type="text/css" href="//cdn/all.css" media="all"> <link rel="icon" href="/favicon.ico">
27 <link rel="shortcut icon" href="/favicon.ico">
28 </head>
29 <body class="thumb-page">
30 <div class="header">
31 <div class="header-holder">
32 <h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
33 <span class="bto-menu"></span>
34 <span class="dynamic_title"></span>
35 <div class="search">
36 <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggester="/search/suggester">
37 <input type="button" value="Search" class="submit">
38 <div class="text-holder">
39 <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
40 </div>
41 </div>
42 </form>
43 </div>
```

Line 20, Col 70

Finish Me - B - Meta Data - 02262015

Source of: http://www.playvid.com/watch/7d-duKgsHva - Mozilla Firefox

File  Edit  View  Help

```
<!DOCTYPE html>
<html lang="en">
<head>
  <meta charset="utf-8">
  <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
  <title>Eveline Neill SexArt com HD 720 - tanka</title>

  <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/7d-duKgsHva">
  <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/7d-duKgsHva">
  <meta name="description" content="Watch online Eveline Neill SexArt com HD 720 Absolutely free, tanka - PlayVid"/>
  <meta name="keywords" content="eveline neill sexart, neill sexart, sexart com, com hd, eveline neill sexart, neill sexart com"/>

  <meta property="og:image" content="http://img1.playvid.com/thumbs/276/276457/728.jpg"/>

  <!--[if lt IE 9]>
  <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
  <![endif]-->
  <!--[if gte IE 9]><!-->
  <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
  <!--<![endif]-->
  <script type="text/javascript" src="//www.playvid.com/js/lang/en_1274077"></script>
  <script type="text/javascript" src="//www.playvid.com/js/all.js?4077"></script>
  <link rel="stylesheet" type="text/css" href="/css/all.css?4077" media="all">
  <link rel="stylesheet" type="text/css" href="/css/neill/vec-emodern-latin_cyrillic-ext" rel="stylesheet" type="text/css">
  <link rel="stylesheet" type="text/css" href="/ad5.css" media="all"> <link rel="icon" href="/favicon.ico">
  <link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumb-page">
  <div class="header">
    <div class="header-holder">
      <h1><a class="logo" ajax" href="/"_ title="PlayVid">PlayVid</a></h1>
      <span class="btn-menu"></span>
      <span class="dynamic_title"></span>
      <div class="search">
        <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggester="/search//suggester">
          <input type="button" value="Search" class="submit">
          <div class="text-holder">
            <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
          </div>
        </form>
      </div>
    </div>
  </div>
```

Line 20, Col 15

2/9/2016 3:29:49 PM

2/9/2016 3:30:00 PM

1 / 1

# **<u>EXHIBIT O</u>**



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: First

Infringing material: http://www.playvid.com/watch/g9vuIPunyiE

Location of original works: http://members.sexart.com/members/model/iwia-a-and-
johny-d/movie/20140831/FIRST/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003.  U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

SUNSM - 00041

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com


JST/th
cc:    Spencer Freeman
       Client File

SUNSM - 00042

# EXHIBIT O-1



# EXHIBIT O-2



# EXHIBIT P



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Gypsy Fortune

Infringing material: http://www.playvid.com/watch/TKZ42SVOeTX

Location of original works: http://members.sexart.com/members/model/cindy-starfall-
and-logan-pierce/movie/20120909/GYPSY_FORTUNE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003.  U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                              Page 1 of 2

SUNSM - 00043

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com


JST/th
cc:      Spencer Freeman
         Client File

DMCA and Trademark Takedown Notice                                    Page 2 of 2

# EXHIBIT P-1



# EXHIBIT P-2



Gypsy Fortune

Source of: http://www.playvid.com/watch/TKJ2sSVOwxTx - Mozilla Firefox

File  Edit  View  Help

```
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <title>Cindy Starfall 4 verruban</title>
    <meta name="description" content=" Watch online Cindy Starfall 4 absolutely free, uploaded by verruban - PlayVid"/>
    <meta name="keywords" content="cindy, starfall"/>
    <link rel="canonical" href="http://m.playvid.com/watch/TKJ2sSVOwxTx"/>
    <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/TKJ2sSVOwxTx">
    <meta property="og:image" content="http://img1.playvid.com/thumbs/319/319411/738.jpg"/>

    <!--[if lt IE 9]>
    <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
    <![endif]-->
    <!--[if gte IE 9]><!-->
    <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
    <!--<![endif]-->
    <script type="text/javascript" src="//www.playvid.com/javascript/en.js?479"></script>
    <script type="text/javascript" src="//www.playvid.com/js/all.js?479"></script>
    <link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&amp;subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
    <link rel="stylesheet" type="text/css" href="/css/all.css" media="all">

    <link rel="icon" href="/favicon.ico">
    <link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumb-page">
    <div class="header">
        <a href="/" title="PlayVid">PlayVid</a>
        <span class="btn-menu"></span>
        <span class="dynamic_title"></span>
        <div class="search">
            <form action="/search" method="GET" data-form-type="ajax" data-look-name="search" class="search-form" data-suggestion="/search/suggests">
                <input type="button" value="Search" class="submit">
                <div class="text-holder">
                    <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
                </div>
            </form>
        </div>
```

# **<u>EXHIBIT Q</u>**



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Hielo Caliente

Infringing material: www.playvid.com/watch/OidBcPl0l4r

Location of original works: http://members.sexart.com/members/model/brandy-a-and-lorena-b/movie/20131215/HIELO_CALIENTE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

SUNSM - 00045

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

DMCA and Trademark Takedown Notice                                          Page 2 of 2



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Hielo Caliente

Infringing material: http://www.playvid.com/watch/o9JpOCDUVO7

Location of original works: http://members.sexart.com/members/model/brandy-a-and-
lorena-b/movie/20131215/HIELO_CALIENTE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003.  U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com


JST/th
cc:     Spencer Freeman
        Client File

DMCA and Trademark Takedown Notice                                Page 2 of 2

# **EXHIBIT Q-1**





# EXHIBIT Q-2

Hielo Caliente - a Meta Data - 02262015

2/9/2016 3:38:45 PM

2/9/2016 3:38:24 PM

3:38 PM
2/9/2016

Hielo Caliente - B Meta Data - 02262015

Source of: http://www.playvid.com/watch/OidEcP6Nr - Mozilla Firefox

File  Edit  View  Help

```html
<!DOCTYPE html>
<html lang="en">
<head>
  <meta charset="utf-8">
  <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
  <title>SexArt Brandy A Lorena B Hielo Caliente 2013 HD, raymizdemop</title>

  <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/OidEcP1U14r">
  <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/OidEcP1U14r">
  <meta name="description" content="Watch online SexArt Brandy A Lorena B Hielo Caliente 2013 HD absolutely free, uploaded by raymizdemop - PlayVid"/>
  <meta name="keywords" content="sexart brandy, brandy lorena, lorena hielo, hielo caliente, caliente 2013, 2013 hd, sexart brandy lorena, brandy lorena hielo"/>

  <meta property="og:image" content="http://img1.playvid.com/thumbs/252/252757/718.jpg"/>

  <!--[if lt IE 9]>
  <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
  <![endif]-->
  <!--[if gte IE 9]><!-->
  <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
  <!--<![endif]-->
  <script type="text/javascript" src="//www.playvid.com/js/lang/en_1974077"></script>
  <script type="text/javascript" src="//www.playvid.com/js/all_1974077"></script>
  <link rel="stylesheet" type="text/css" href="/css/all_css#74077" media="all">
  <link href="http://cdns.googleapis/css/all?family=Open+Sans:400,300,700,600,800+subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
  <link rel="stylesheet" type="text/css" href="/ads.css" media="all"> <link rel="icon" href="/favicon.ico">
  <link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumb-page">
  <div class="header">
    <div class="header-bolder">
      <h1><a class="logo size" href="/" title="PlayVid">PlayVid</a></h1>
      <span class="btn-menu"></span>
      <span class="dynamic_title"></span>
      <div class="search">
        <form action="/search" method="GET" data-form="ajax" data-lock-name="search" class="search-form" data-suggester="/search//suggests">
          <input type="button" value="Search" class="submit">
          <div class="text-bolder">
            <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
          </div>
        </form>
      </div>
    </div>
  </div>
</body>
```

2/9/2016  3:40:44 PM

2/9/2016  3:40:55 PM

# EXHIBIT R