

# EXHIBIT Y-2

Right Now - Meta Data - 02272015

Source of: http://www.playvid.com/watch/R-fFyuOSF - Mozilla Firefox

File Edit View Help

```
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <title>Connie Carter SexArt, aurelie</title>

    <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/R-fFyuOSF">
    <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/R-fFyuOSF">
    <meta name="description" content="Watch online Connie Carter SexArt absolutely free, uploaded by aurelie - PlayVid"/>
    <meta name="keywords" content="Connie Carter, Carter sexart, Connie Carter sexart"/>

    <meta property="og:image" content="http://img1.playvid.com/thumbs/279/279119/1108.jpg"/>

<!--[if lt IE 9]>
<script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvid.com/sr/lang/en_1294077"></script>
<script type="text/javascript" src="//www.playvid.com/sr/all.1p74077"></script>
<link rel="stylesheet" type="text/css" href="/css/all.css?4077" media="all">
<link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700,600,800&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="/css/add.css" media="all"> <link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumb-page">
<div class="header">
<div class="header-holder">
    <h1><a class="logo size" href="/" title="PlayVid">PlayVid</a></h1>
<span class="btn-menu"></span>
<span class="dynamic_title"></span>
<div class="search">
    <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggester="/search/suggests">
        <input type="text" value="Search" class="submit">
        <div class="text-bolder">
            <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
        </div>
    </form>
</div>
```

# **EXHIBIT Z**



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Secret Love

Infringing material: http://www.playvid.com/watch/ys6v6JsUPwU

Location of original works: http://members.sexart.com/members/model/elle-alexandra-and-malena-morgan/movie/20120413/SECRET_LOVE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003. U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

SUNSM - 00079

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

SUNSM - 00080



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Secret Love

Infringing material: http://www.playvid.com/watch/iEj0THoclTo

Location of original works: http://members.sexart.com/members/model/elle-alexandra-and-malena-morgan/movie/20120413/SECRET_LOVE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003. U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                           Page 1 of 2

SUNSM - 00081

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

SUNSM - 00082



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Secret Love

Infringing material: http://www.playvid.com/watch/N0dk5mdmzch

Location of original works: http://members.sexart.com/members/model/elle-alexandra-
and-malena-morgan/movie/20120413/SECRET_LOVE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003.  U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                      Page 1 of 2

SUNSM - 00083

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

SUNSM - 00084



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Secret Love

Infringing material: http://www.playvid.com/watch/5mGSKxpwqrZ

Location of original works: http://members.sexart.com/members/model/elle-alexandra-and-malena-morgan/movie/20120413/SECRET_LOVE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                      Page 1 of 2

SUNSM - 00085

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

SUNSM - 00086

# EXHIBIT Z-1







Secret Love D - Meta Data - 02272015

# EXHIBIT Z-2

Secret Love - a Meta Data - 02272015

2/10/2016 2:13:06 PM

2/10/2016 2:13:32 PM

Source of: http://www.playvid.com/watch/fj011HoJTo - Mozilla Firefox

File Edit View Help

```
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <title>SeXArt Malena Morgan Elle Alexandra Secret Love, michy77</title>

<link rel="alternate" media="handheld" href="http://m.playvid.com/watch/fj011HoJTo">
<link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/fj011HoJTo">
<meta name="description" content="Watch online SeXArt Malena Morgan Elle Alexandra Secret Love absolutely free, uploaded by michy77 - PlayVid"/>
<meta name="keywords" content="sexart malena, malena morgan, morgan elle, elle alexandra, alexandra secret, secret love, sexart malena morgan, malena morgan elle"/>
<meta property="og:image" content="http://img1.playvid.com/thumbs/124/124069/78.jpg#"/>
</head>

<!--[if lt IE 9]>
<script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.8.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvid.com/js/lang/en_127407"></script>
<script type="text/javascript" src="//www.playvid.com/js/all.js?407" media="all">
<link rel="stylesheet" type="text/css" href="/css/all.css?407" media="all">
<link rel="stylesheet" type="text/css" href="/css/skin-cyrillic.css" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="/ads.css" media="all">   <link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumb-page">
<div class="header">
    <div class="header-holder">
        <h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
        <span class="btn-menu"></span>
        <span class="dynamic_title"></span>
        <div class="search">
            <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggester="/search//suggest">
                <input type="button" value="Search" class="submit">
                <div class="text-holder">
                    <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
                </div>
            </form>
        </div>
    </div>
</div>
```

Source of: http://www.playvid.com/watch/RdidSmdmcth - Mozilla Firefox

File   Edit   View   Help

```
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <title>SEXART Secret Love 2 paoliudc</title>

    <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/RdidSmdmcth">
    <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/RdidSmdmcth">
    <meta name="description" content="Watch online SEXART Secret Love 2 absolutely free, uploaded by paoliudc - PlayVid"/>
    <meta name="keywords" content="sexart secret, secret love, sexart secret love"/>

    <meta property="og:image" content="http://img1.playvid.com/thumbs/268/268194/443.jpg"/>

    <!--[if lt IE 9]>
    <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
    <![endif]-->
    <!--[if gte IE 9]><!-->
    <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
    <!--<![endif]-->
    <script type="text/javascript" src="//www.playvid.com/js/lang/en_1274077"></script>
    <script type="text/javascript" src="//www.playvid.com/js/all_1274077"></script>
    <link rel="stylesheet" type="text/css" href="/css/all.css?407" media="all">
    <link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700" rel="stylesheet" type="text/css">
    <link rel="stylesheet" type="text/css" href="/css/add.css" media="all"> <link rel="icon" href="/favicon.ico">
    <link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumb-page">
    <div class="header">
        <div class="header-holder">
            <h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
            <span class="btn-menu"></span>
            <span class="dynamic_title"></span>
            <div class="search">
                <form action="/search" method="GET" data-form="ajax" data-lock-name="search" class="search-form" data-suggester="/search//suggester">
                    <input type="text" value="Search" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search" data-cookie-set="true" data-nodle-get="true">
                    <input type="button" value="Search" class="submit">
                    <div class="text-holder">
                    </div>
                </form>
            </div>
        </div>
    </div>
```

Secret Love - b Meta Data - 02272015

2/10/2016 3:05:58 PM

2/10/2016 3:06:09 PM

1/1

Secret Love - c Meta Data - 02272015

2/10/2016 3:18:15 PM

3:18 PM
2/10/2016

1 / 1

2/10/2016 3:18:07 PM

Source of: http://www.playvid.com/watch/5mi06XqmxgZ - Mozilla Firefox

File  Edit  View  Help

```
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <title>SEXART Secret Love, pacoluchi</title>

    <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/5mi06XqmxgZ">
    <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/5mi06XqmxgZ">
    <meta name="description" content="Watch online SEXART Secret Love absolutely free, uploaded by pacoluchi - PlayVid"/>
    <meta name="keywords" content="sexart secret, secret love, sexart secret love"/>

    <meta property="og:image" content="http://img1.playvid.com/thumbs/268/268197/443.jpg"/>

    <!--[if lt IE 9]>
    <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.8.1/jquery.min.js"></script>
    <![endif]-->
    <!--[if gte IE 9]><!-->
    <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
    <!--<![endif]-->
    <script type="text/javascript" src="//www.playvid.com/js/lang/en_1274077"></script>
    <script type="text/javascript" src="//www.playvid.com/js/all.js?1274077"></script>
    <link rel="stylesheet" type="text/css" href="//css/all.css?1274077" media="all">
    <link rel="stylesheet" href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700:cyrillic,latin,cyrillic-ext" rel="stylesheet" type="text/css">
    <link rel="stylesheet" type="text/css" href="//add.css" media="all"> <link rel="icon" href="/favicon.ico">
    <link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumb-page">
    <div class="header">
        <div class="header-holder">
            <h1><a class="logo size" href="/" title="PlayVid">PlayVid</a></h1>
            <span class="btn-menu"></span>
            <span class="dynamic_title"></span>
            <div class="search">
                <form action="/search" method="GET" data-form="ajax" data-lock-name="search" class="search-form" data-suggests="/search//suggests">
                    <input type="button" value="Search" class="submit">
                    <div class="text-holder">
                        <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search" data-cookie-data="data-menu">
                    </div>
                </form>
            </div>
        </div>
```

Secret Love D - Meta Data - 02272015
Source of: http://www.playvid.com/watch/ys6v6JsUPwU - Mozilla Firefox
File Edit View Help
<!DOCTYPE html>
<html lang="en">
<head>
<meta charset="utf-8">
<meta http-equiv="Content-Type" content="text/html; charset=utf-8">
<title>SexArt Malena Morgan Elle Alexandra Secret Love, rondo</title>
<link rel="alternate" media="handheld" href="http://m.playvid.com/watch/ys6v6JsUPwU">
<link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/ys6v6JsUPwU">
<meta name="description" content="Watch online SexArt Malena Morgan Elle Alexandra Secret Love absolutely free, uploaded by rondo - PlayVid"/>
<meta name="keywords" content="sexart malena, malena morgan, morgan elle, elle alexandra, alexandra secret, secret love, sexart malena morgan"/>
<meta property="og:image" content="http://img1.playvid.com/thumbs/756/75667/78.jpg"/>
<!--[if lt IE 9]>
<script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvid.com/js/lang/en.js?407"></script>
<script type="text/javascript" src="//www.playvid.com/js/all.js?407"></script>
<link rel="stylesheet" type="text/css" href="/css/all.css?407" media="all">
<link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="/add.css" media="all"> <link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<div class="header">
<div class="header-holder">
<h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
<span class="btn-menu"></span>
<span class="dynamic_title"></span>
<div class="search">
<form action="/search" method="GET" data-form-type="ajax" data-lock-nane="search" class="search-form" data-suggests="/search/suggests">
<input type="button" value="Search" class="submit">
<div class="text-holder">
<input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
</div>
</form>
</div>
1:28 AM
2/27/2015
00:28
3:20 PM
2/10/2016
2/10/2016 3:20:47 PM

1 / 1

2/10/2016 3:20:54 PM

# EXHIBIT AA



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Senora and Jorge

Infringing material: http://www.playvid.com/watch/zyFowLKIn8o

Location of original works: http://members.sexart.com/members/model/silvie-deluxe-
and-matt-ice/movie/20130521/SENORA_AND_JORGE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003.  U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                     Page 1 of 2

SUNSM - 00087



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Senora and Jorge

Infringing material: http://www.playvid.com/watch/zyFowLKIn8o

Location of original works: http://members.sexart.com/members/model/silvie-deluxe-
and-matt-ice/movie/20130521/SENORA_AND_JORGE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003.  U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com


JST/th
cc:     Spencer Freeman
        Client File


DMCA and Trademark Takedown Notice                                    Page 2 of 2

SUNSM - 00088

# EXHIBIT AA-1



# EXHIBIT AA-2

2/10/2016 3:25:11 PM

Senora and Jorge - Meta Data - 02272015

Source of: http://www.playvid.com/watch/zfooLQsOo - Mozilla Firefox

File   Edit   View   Help

```
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <title>SexArt Senora and Jorge Silvie Deluxe Matt Ice, rawix</title>

    <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/zfooLQKZnSc">
    <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/zfooLQKZnSc">
    <meta name="description" content="Watch online SexArt Senora and Jorge Silvie Deluxe Matt Ice absolutely free, uploaded by rawix - PlayVid"/>
    <meta name="keywords" content="sexart senora, senora and, and jorge, jorge silvie, silvie deluxe, deluxe matt, matt ice, sexart senora and"/>

    <meta property="og:image" content="http://img1.playvid.com/thumbs/266/266013/653.jpg"/>
</head>

<!--[if lt IE 9]>
<script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvid.com/js/lang/en_1274077></script>
<script type="text/javascript" src="//www.playvid.com/js/all.js?407"></script>
<link rel="stylesheet" type="text/css" href="//css/all.css?407" media="all">
<link rel="stylesheet" href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&amp;subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="/adi.css" media="all"> <link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumb-page">
<div class="header">
    <div class="header-holder">
        <h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
        <span class="btn-menu"></span>
        <span class="dynamic_title"></span>
        <div class="search">
            <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggester="/search/suggester">
                <input type="button" value="Search" class="submit">
                <div class="text-holder">
                    <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
                </div>
            </form>
        </div>
        <button class="upload" data-call-back="/uploader/redirect" data-cookie-redirect-name="uploadcenter">Upload</button>
    </div>
</div>
```

2/10/2016 3:25:00 PM

1 / 1

3:24 PM 2/10/2016

# EXHIBIT BB



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Siesta

Infringing material: http://www.playvid.com/watch/pRLacuTsx7y

Location of original works: http://members.sexart.com/members/model/mima-a-and-victoria-blaze-and-matt-ice/movie/20131213/SIESTA/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003. U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                          Page 1 of 2

SUNSM - 00089

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com


JST/th
cc:     Spencer Freeman
        Client File

SUNSM - 00090



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Siesta

Infringing material: http://www.playvid.com/watch/wGhC7wInXw5

Location of original works: http://members.sexart.com/members/model/mima-a-and-victoria-blaze-and-matt-ice/movie/20131213/SIESTA/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

SUNSM - 00091

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

DMCA and Trademark Takedown Notice                                    Page 2 of 2



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Siesta

Infringing material: http://www.playvid.com/watch/GfoWO-xTZt3

Location of original works: http://members.sexart.com/members/model/mima-a-and-victoria-blaze-and-matt-ice/movie/20131213/SIESTA/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

SUNSM - 00093

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:      Spencer Freeman
         Client File

DMCA and Trademark Takedown Notice                                      Page 2 of 2