# **EXHIBIT BB-1**





# EXHIBIT BB-2

Siesta - a Meta Data - 02272015

Source of: http://www.playvid.com/watch/vGbCNdvVoS - Mozilla Firefox

File  Edit  View  Help

```html
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <title>Nima A and Victoria Blaze Sex Art   whitehead</title>

    <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/vGbCNdvVoS">
    <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/vGbCNdvVoS"/>
    <meta name="description" content="Watch online Nima A and Victoria Blaze Sex Art absolutely free, uploaded by whitehead - PlayVid"/>
    <meta name="keywords" content="nima and, and victoria, victoria blaze, blaze sex, sex art, nima and victoria, and victoria blaze"/>

    <meta property="og:image" content="http://img1.playvid.com/thumbs/200/200535/198.jpg2"/>

    <!--[if lt IE 9]>
    <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
    <![endif]-->
    <!--[if gte IE 9]><!-->
    <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
    <!--<![endif]-->
    <script type="text/javascript" src="//www.playvid.com/js/lang/en_127407"></script>
    <script type="text/javascript" src="//www.playvid.com/js/all.js?407" media="all">
    <link rel="stylesheet" type="text/css" href="/css/all.css?407" media="all">
    <link rel="stylesheet" type="text/css" href="//www.playvid.com/css/skin-cyrillic-ext" rel="stylesheet" type="text/css">
    <link rel="stylesheet" type="text/css" href="/css/400_500_700.css?subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
    <link rel="shortcut icon" href="/favicon.ico"> <link rel="icon" href="/favicon.ico">
</head>
<body class="thumb-page">
<div class="header">
    <div class="header-bolder">
        <h1><a class="logo size" href="/" title="PlayVid">PlayVid</a></h1>
        <span class="btn-menu"></span>
        <span class="dynamic_title"></span>
        <div class="search">
            <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggester="search/suggest">
                <input type="button" value="Search" class="submit">
                <div class="text-bolder">
                    <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
                </div>
            </form>
        </div>
    </div>
</div>
```

3:36 PM
2/10/2016

2/10/2016 3:36:11 PM

1/1

Siesta B - Meta Data - 02272015

Source of: http://www.playvid.com/watch/pJLxcuYaJy - Mozilla Firefox

File Edit View Help

```
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <title>Mima A and Victoria Blaze SexArt, tamtam</title>

    <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/pJLxcuYaJy">
    <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/pJLxcuYaJy"/>
    <meta name="description" content="Watch online Mima A and Victoria Blaze SexArt absolutely free, uploaded by tamtam - PlayVid"/>
    <meta name="keywords" content="mima and, and victoria, victoria blaze, blaze sexart, mima and victoria, and victoria blaze, victoria blaze sexart"/>

    <meta property="og:image" content="http://img1.playvid.com/thumbs/276/276822/828.jpg"/>

<!--[if lt IE 9]>
<script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1//jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvid.com/sf/lang/en_127407"></script>
<script type="text/javascript" src="//www.playvid.com/sf/all_127407"></script>
<link rel="stylesheet" type="text/css" href="//css/all.css?407" media="all">
<link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700,600,800" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="//css/subset-latin,cyrillic-ext" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="//css/all.css" media="all"> <link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumb-page">
    <div class="header">
    <div class="header-bolder">
        <h1><a class="logo size" href="/" title="PlayVid">PlayVid</a></h1>
    <span class="btn-menu"></span>
    <span class="dynamic_title"></span>
        <div class="search">
        <form action="/search" method="GET" data-form-ajax" data-lock-name="search" class="search-form" data-suggester="/search//suggester">
            <input type="button" value="Search" class="submit">
            <div class="text-bolder">
                <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
            </div>
        </form>
    </div>
```

# <u>EXHIBIT CC</u>



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Snow Fun XI

Infringing material: http://www.playvid.com/watch/8zhUksT3ZHu

Location of original works: http://members.sexart.com/members/model/carla-cox-and-emylia-argan-and-gabi-de-castello/movie/20130418/SNOW_FUN_XI___THE_LAST_NIGHT/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                        Page 1 of 2

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

SUNSM - 00096



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Snow Fun XI

Infringing material: http://www.playvid.com/watch/Xy_IqczYn5y

Location of original works: http://members.sexart.com/members/model/carla-cox-and-
emylia-argan-and-gabi-de-
castello/movie/20130418/SNOW_FUN_XI___THE_LAST_NIGHT/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003.  U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Snow Fun XI

Infringing material: http://www.playvid.com/watch/0taOxejlYOd

Location of original works: http://members.sexart.com/members/model/carla-cox-and-
emylia-argan-and-gabi-de-
castello/movie/20130418/SNOW_FUN_XI___THE_LAST_NIGHT/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003.  U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                      Page 1 of 2

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

# **EXHIBIT CC-1**



Snow Fun XI - b Meta Data - 02272015
File Edit View History Bookmarks Tools Help
The Official NIST US Time:
Grace C Pinky June Carla C...
www.playvid.com/watch/0taOxejIYOd
Search for videos, people and things
Categories
Channels
Upload
00:00 / 38:20
Grace C Pinky June Carla Cox Emylia Argan Gabi de Castello Terry Sullivan Snow Fun XI The Last Night SexArt com
963 Views
About
Share
Add to
Report
By boomroom
Dec 7, 2014
Follow
No description available
Related videos
Emylia Argan Breakfast In Bed
Grace C Pinky June Carla Cox Emylia Arg...
10:08 AM
2/27/2015
00:16
10:56 AM
2/11/2016
2/11/2016 10:56:12 AM

1 / 1

2/11/2016 10:56:22 AM

Snow Fun XI C - Meta Data - 02272015
File Edit View History Bookmarks Tools Help
The Official NIST US Time:
Grace C Pinky June Carla C...
www.playvid.com/watch/8zhUksT3ZHu
Search
Search for videos, people and things
Categories
Channels
Upload
00:00 / 38:20
HD
Grace C Pinky June Carla Cox Emylia Argan Gabi de Castello Terry Sullivan Snow Fun XI The Last Night SexArt com
55,632 Views
15
About
Share
Add to
Report
By lincoln
Jul 27, 2013
No description available
Related videos
18:58
Grace C Pinky June Carla Cox Gabi De C... 17
24:08
Emylia Argan Candle Romance
twitter.com/share?text=Grace C Pinky June Carla Cox Emylia Argan Gabi de Castello Terry Sullivan Snow Fun XI The Last Night SexArt com&url=http://www.playvid.com/watch/8zhUksT3ZHu&counturl=http://www.playvid.com/watch/8zhUksT3ZHu
9:56 AM
2/27/2015
00:18
10:59 AM
2/11/2016
2/11/2016 10:59:46 AM

2/11/2016 10:59:56 AM

# EXHIBIT CC-2

Snow Fun XI - a Meta Data - 02272015

Source of: http://www.playvid.com/watch/Xy_lgcrYuQy - Mozilla Firefox

File Edit View Help

```
<!DOCTYPE html>
<html lang="en">
<head>
<meta charset="utf-8">
<script type="text/javascript"></script>
<title>Grace C Pinky June Emylia Argan Gabi de Castello Terry Sullivan Snow Fun XI The Last Night SexArt com, surelia</title>

<link rel="alternate" media="handheld" href="http://m.playvid.com/watch/Xy_lgcrYuQy">
<link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/Xy_lgcrYuQy">
<meta name="description" content="Watch online Grace C Pinky June Carla Cox Emylia Argan Gabi de Castello Terry Sullivan Snow Fun XI The Last Night SexArt com abs
<meta name="keywords" content="grace pinky, pinky june, june carla, carla cox, cox emylia, emylia argan, argan gabi, gabi castello"/>

<meta property="og:image" content="http://img1.playvid.com/thumbs/250/250072/1153.jpg"/>
</head>

<!--[if IE 9]>
<script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<!--[endif]-->
<!--[if gte IE 9]><!-->
<script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvid.com/js/lang/en_1874077></script>
<script type="text/javascript" src="//www.playvid.com/js/all.js?4077" media="all">
<link rel="stylesheet" type="text/css" href="//css/all.css?4077" media="all">
<link rel="stylesheet" type="text/css" href="//css/all_subset=latin_cyrillic-ext" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="//css/adsl.css" media="all"> <link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumb-page">
<div class="header">
<div class="header-holder">
<h1><a class="logo" href="/" title="PlayVid">PlayVid</a></h1>
<span class="btn-menu"></span>
<span class="dynamic_title"></span>
<div class="search">
<form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggester="/search//suggests">
<input type="button" value="Search" class="submit">
<div class="text-holder">
<input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
</div>
</form>
```

Line 8, Col 85

Snow Fun XI - b Meta Data - 02272015

2/11/2016 10:55:52 AM

2/11/2016 10:55:42 AM

Source of: http://www.playvid.com/watch/0aOxg1YOd - Mozilla Firefox

File  Edit  View  Help

```html
<!DOCTYPE html>
<html lang="en">
<head>
  <meta charset="utf-8">
  <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
  <title>Grace C Pinky June Carla Cox Emylia Argan Gabi de Castello Terry Sullivan Snow Fun XI The Last Night SexArt com, boomxcome</title>

  <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/0aOxg1YOd">
  <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/0aOxg1YOd">
  <meta name="description" content="Watch online Grace C Pinky June Carla Cox Emylia Argan Gabi de Castello Terry Sullivan Snow Fun XI The Last Night SexArt com abs
  <meta name="keywords" content="grace pinky, pinky june, june carla, carla cox, cox emylia, emylia argan, argan gabi"/>

  <meta property="og:image" content="http://img1.playvid.com/thumbs/355/355733/1918.jpg"/>

  <!--[if lt IE 9]>
  <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.8.1/jquery.min.js"></script>
  <![endif]-->
  <!--[if gte IE 9]><!-->
  <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
  <!--<![endif]-->
  <script type="text/javascript" src="//www.playvid.com/js/lang/en_197407"></script>
  <script type="text/javascript" src="//www.playvid.com/js/all.js?407" media="all">
  <link rel="stylesheet" type="text/css" href="/css/all.css?407" rel="stylesheet" type="text/css">
  <link rel="stylesheet" type="text/css" href="//www.playvid.com/css/subnav/skin.grillic-ex?
  <link rel="stylesheet" type="text/css" href="/css/add.css" media="all"/> <link rel="icon" href="/favicon.ico">
  <link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumb-page">
  <div class="header-holder">
    <h1><a class="logo" href="/" title="Play">Play</a></h1>
    <span class="btc-menu"></span>
    <span class="dynamic_title"></span>
    <div class="search">
      <form action="/search" method="GET" data-form-type="ajax" data-look-name="search" class="search-form" data-suggest="/search//suggests">
        <input type="button" value="Search" class="submit">
        <div class="text-holder">
          <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
        </div>
      </form>
    </div>
    <button class="...
```

1055 AM 2/11/2016

Snow Fun XI C - Meta Data - 02272015

Source of: http://www.playvid.com/watch/8z4Uk7IZ24u - Mozilla Firefox

File Edit View Help

```
<!DOCTYPE html>
<html lang="en">
<head>
  <meta charset="utf-8">
  <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
  <title>Grace C Pinky June Carla Cox Emylia Argan Gabi de Castello Terry Sullivan Snow Fun XI The Last Night SexArt com, lincoln</title>

  <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/8z4Uk7IZ24u">
  <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/8z4Uk7IZ24u">
  <meta name="description" content="Watch online Grace C Pinky June Carla Cox Emylia Argan Gabi de Castello Terry Sullivan Snow Fun XI The Last Night SexArt com abs
  <meta name="keywords" content="Grace pinky, pinky june, june carla, carla cox, cox emylia, emylia argan, argan gabi, gabi castello"/>

  <meta property="og:image" content="http://img1.playvid.com/thumbs/77d/77d55/378.jpg"/>

  <!--if lt IE 9]>
  <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1//jquery.min.js"></script>
  <![endif]-->
  <!--if gte IE 9]><!-->
  <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0//jquery.min.js"></script>
  <!--<![endif]-->
  <script type="text/javascript" src="//www.playvid.com/js/lang/en_1274077"></script>
  <script type="text/javascript" src="//www.playvid.com/js/all_1274077"></script>
  <link rel="stylesheet" type="text/css" href="//css/all.css?407" media="all">
  <link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700,600&amp;subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
  <link rel="stylesheet" type="text/css" href="//css/add.css" media="all"> <link rel="icon" href="/favicon.ico">
  <link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumb-page">
  <div class="header">
    <div class="header-holder">
      <h1><a class="logo" href="/" title="PlayVid">PlayVid</a></h1>
      <span class="btn-menu"></span>
    <span class="dynamic_title"></span>
    <div class="search">
      <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggester="/search/suggests">
        <input type="button" value="Search" class="submit">
        <div class="text-holder">
          <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search" data-pool=-auto-data-attr="on">1oad==>" -/h1oad</button>
        </div>
      </form>
    </div>
```

# EXHIBIT DD



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Spanglish

Infringing material: http://www.playvid.com/watch/nJJnBd2EJ5U

Location of original works: http://members.sexart.com/members/model/samantha-bentley-and-franck-franco/movie/20130706/SPANGLISH/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

SUNSM - 00104

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

DMCA and Trademark Takedown Notice                                    Page 2 of 2

# EXHIBIT DD-1



# EXHIBIT DD-2

Spanglish - Meta Data - 02272015

# EXHIBIT EE



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Tantra Imaginations

Infringing material: http://www.playvid.com/watch/Olxgg0Z0S0I

Location of original works: http://members.sexart.com/members/model/connie-carter-and-denson-carter/movie/20121129/TANTRA_IMAGINATIONS/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003. U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                          Page 1 of 2

SUNSM - 00106

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:      Spencer Freeman
         Client File

SUNSM - 00107

# **<u>EXHIBIT EE-1</u>**



# EXHIBIT EE-2

Tantra Imaginations - Meta Data - 02272015

Source of: http://www.playvid.com/watch/Okggo2SO0Y - Mozilla Firefox

File  Edit  View  Help

```html
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <title>Connie Carter Tantra Imaginations SexArt 2012 HD, ferrariFF</title>

    <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/Okggo2SO0Y">
    <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/Okggo2SO0Y">
    <meta name="description" content="Watch online Connie Carter Tantra Imaginations SexArt 2012 HD absolutely free, uploaded by ferrariFF - PlayVid"/>
    <meta name="keywords" content="Connie carter, carter tantra, tantra imaginations, imaginations sexart, sexart 2012, 2012 hd, Connie carter tantra, carter tantra i"/>

    <meta property="og:image" content="http://img1.playvid.com/thumbs/513/51301/213.jpg#"/>

    <!--[if lt IE 9]>
    <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
    <![endif]-->
    <!--[if gte IE 9]><!-->
    <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
    <!--<![endif]-->
    <script type="text/javascript" src="//www.playvid.com/ss/lang/en_197407"></script>
    <script type="text/javascript" src="//www.playvid.com/js/all.js?407"></script>
    <link rel="stylesheet" type="text/css" href="/css/all.css?407" media="all">
    <link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
    <link rel="stylesheet" type="text/css" href="/ads.css" media="all"> <link rel="icon" href="/favicon.ico">
    <link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumb-page">
    <div class="header">
    <div class="header-holder">
        <h1><a class="logo" href="/" title="PlayVid">PlayVid</a></h1>
        <span class="bti-menu"></span>
        <span class="dynamic_title"></span>
    <div class="search">
        <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggester="/search//suggester">
            <input type="button" value="Search" class="submit">
            <div class="text-holder">
                <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
            </div>
        </form>
    </div>
```

# EXHIBIT FF



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: The Date

Infringing material: http://www.playvid.com/watch/lsbFogKclkD

Location of original works: http://members.sexart.com/members/model/lily-love-and-tyler-nixon/movie/20120812/THE_DATE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

SUNSM - 00108