

# EXHIBIT II-2

The Writer – Sex Therapy - a Meta Data - 02272015

Source of: http://www.playvid.com/watch/MUH4TU9SBu - Mozilla Firefox

File Edit View Help

```
1  <!DOCTYPE html>
2  <html lang="en">
3  <head>
4      <meta charset="utf-8">
5      <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
6      <title>Alexis Brill Luna Whitney Conroy SexArt HD 720 all sex, mavachi</title>
7
8      <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/MUH4TU9SBu">
9      <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/MUH4TU9SBu">
10     <meta name="description" content="Watch online Alexis Brill Luna Whitney Conroy SexArt HD 720 all sex absolutely free, uploaded by mavachi - PlayVid"/>
11     <meta name="keywords" content="Alexis Brill luna, luna whitney, Whitney Conroy, Conroy SexArt, sexart all, all sex, sex hd"/>
12
13     <meta property="og:image" content="http://img1.playvid.com/thumbs/285/285376/1835.jpg"/>
14  </head>
15
16  <!--[if lt IE 9]>
17  <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.8.1/jquery.min.js"></script>
18  <![endif]-->
19  <!--[if gte IE 9]><!-->
20  <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
21  <!--<![endif]-->
22  <script type="text/javascript" src="//www.playvid.com/js/lang/en_1g74077"></script>
23  <script type="text/javascript" src="//www.playvid.com/js/all.js74077"></script>
24  <link rel="stylesheet" type="text/css" href="/css/all.css74077" media="all">
25  <link rel="stylesheet" href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
26  <link rel="stylesheet" type="text/css" href="/adi.css" media="all"> <link rel="icon" href="/favicon.ico">
27  <link rel="shortcut icon" href="/favicon.ico">
28  </head>
29  <body class="thumb-page">
30  <div class="header">
31      <div class="header-holder">
32          <h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
33          <span class="btn-menu"></span>
34          <span class="dynamic_title"></span>
35          <div class="search">
36              <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggester="/search/suggest">
37                  <input type="text" value="Search" class="submit">
38                  <div class="text-holder">
39                      <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
40                  </div>
41              </form>
42          </div>
43          <button class="button" data-call-back="[burl:/search/load]"></button>
```

Line 3, Col 69

2/11/2016 11:26:51 AM

11:26 AM 2/11/2016

2/11/2016 11:27:21 AM

1/1

The Writer - Sex Therapy - b Meta Data - 02272015

Source of: http://www.playvid.com/watch/NfFi_roUelv - Mozilla Firefox

File Edit View Help

```
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <title>Alexis Brill Luna Whitney Conroy SexArt com HD 720 all sex, silvestor</title>

<link rel="alternate" media="handheld" href="http://m.playvid.com/watch/NfFi_roUelv">
<link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/NfFi_roUelv">
<meta name="description" content="Watch online Alexis Brill Luna Whitney Conroy SexArt com HD 720 all sex absolutely free, uploaded by silvestor - PlayVid"/>
<meta name="keywords" content="alexis brill, brill luna, luna whitney, whitney conroy, conroy sexart, sexart com, com all, all sex"/>

<meta property="og:image" content="http://img1.playvid.com/thumbs/298/298655/1373.jpg"/>

<!--[if lt IE 9]>
<script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvid.com/js/lang/en.js?407"></script>
<script type="text/javascript" src="//www.playvid.com/js/all.js?407"></script>
    <link rel="stylesheet" type="text/css" href="/css/all.css?407" media="all">
    <link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&amp;subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
    <link rel="stylesheet" type="text/css" href="/add.css" media="all"> <link rel="icon" href="/favicon.ico">
    <link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<div class="header">
    <div class="header-holder">
            <h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
        <span class="btn-menu"></span>
        <span class="dynamic_title"></span>
        <div class="search">
            <form action="/search" method="GET" data-form-type="ajax" data-lock-nane="search" class="search-form" data-suggests="/search/suggests">
                <input type="button" value="Search" class="submit">
                <div class="text-holder">
                    <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
                </div>
            </form>
        </div>
                <button class="btn-upload" data-callback="AuthorizeNeed" data-cookie-set="[illegible]">Upload</button>
```

11:36 AM 2/27/2015

00:23

11:30 AM 2/11/2016

2/11/2016 11:30:42 AM

1 / 1

2/11/2016 11:30:53 AM

# EXHIBIT JJ



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Tone of Love

Infringing material: http://www.playvid.com/watch/K9mZKZdHwCs

Location of original works: http://members.sexart.com/members/model/gina-devine-and-thomas-lee/movie/20130427/TONE_OF_LOVE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                   Page 1 of 2

SUNSM - 00129

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:      Spencer Freeman
         Client File

DMCA and Trademark Takedown Notice                          Page 2 of 2

SUNSM - 00130



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Tone of Love

Infringing material: www.playvid.com/watch/akd9tliWbua

Location of original works: http://members.sexart.com/members/model/gina-devine-and-thomas-lee/movie/20130427/TONE_OF_LOVE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003. U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

SUNSM - 00131

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com


JST/th
cc:     Spencer Freeman
        Client File

SUNSM - 00132

# EXHIBIT JJ-1





# EXHIBIT JJ-2

Tone of Love - a Meta Data - 02272015
Source of: http://www.playvid.com/watch/K9mZKZdHwCs - Mozilla Firefox
File Edit View Help
<!DOCTYPE html>
<html lang="en">
<head>
<meta charset="utf-8">
<meta http-equiv="Content-Type" content="text/html; charset=utf-8">
<title>SexArt Gina Devine Tone Of Love April 27 2013, all-in</title>
<link rel="alternate" media="handheld" href="http://m.playvid.com/watch/K9mZKZdHwCs">
<link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/K9mZKZdHwCs">
<meta name="description" content="Watch online SexArt Gina Devine Tone Of Love April 27 2013 absolutely free, uploaded by all-in - PlayVid"/>
<meta name="keywords" content="sexart gina, gina devine, devine tone, tone love, love april, april 2013, sexart gina devine"/>
<meta property="og:image" content="http://img1.playvid.com/thumbs/768/76843/213.jpg"/>
<!--[if lt IE 9]>
<script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvid.com/js/lang/en.js?407"></script>
<script type="text/javascript" src="//www.playvid.com/js/all.js?407"></script>
<link rel="stylesheet" type="text/css" href="/css/all.css?407" media="all">
<link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="/add.css" media="all"> <link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<div class="header">
<div class="header-holder">
<h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
<span class="btn-menu"></span>
<span class="dynamic_title"></span>
<div class="search">
<form action="/search" method="GET" data-form-type="ajax" data-lock-nane="search" class="search-form" data-suggests="/search/suggests">
<input type="button" value="Search" class="submit">
<div class="text-holder">
<input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
</div>
</form>
</div>
11:45 AM
2/27/2015
00:23
11:37 AM
2/11/2016
2/11/2016 11:37:16 AM

1 / 1

2/11/2016 11:37:26 AM

Tone of Love - b Meta Data - 02272015

Source of: http://www.playvid.com/watch/ak9BnhWoua - Mozilla Firefox

File  Edit  View  Help

```
</!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <title>SexArt Gina Devine Tone Of Love, Dr.coxx</title>

    <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/ak9BnhWoua">
    <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/ak9BnhWoua">
    <meta name="description" content="Watch online SexArt Gina Devine Tone Of Love absolutely free, uploaded by Dr.coxx - PlayVid"/>
    <meta name="keywords" content="sexart gina, gina devine, devine tone, tone love, sexart gina devine, gina devine tone"/>

    <meta property="og:image" content="http://img1.playvid.com/thumbs/110/110381/213.jpg"/>

    <!--[if lt IE 9]>
    <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.8.1/jquery.min.js"></script>
    <![endif]-->
    <!--[if gte IE 9]><!-->
    <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
    <!--<![endif]-->
    <script type="text/javascript" src="//www.playvid.com/js/lang/en_1274077></script>
    <script type="text/javascript" src="//www.playvid.com/js/all.js?1074077"></script>
    <link rel="stylesheet" type="text/css" href="//css/all.css?4077" media="all">
    <link rel="stylesheet" href="//www.playvid.com/css/all_1400_500.700.css?subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
    <link rel="stylesheet" type="text/css" href="//css/all.css" media="all"> <link rel="icon" href="//favicon.ico">
    <link rel="shortcut icon" href="//favicon.ico">
</head>
<body class="thumb-page">
    <div class="header">
    <div class="header-bolder">
        <h1><a class="logo size" href="/" title="PlayVid">PlayVid</a></h1>
        <span class="btn-menu"></span>
        <span class="dynamic_title"></span>
        <div class="search">
        <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggester="/search//suggester">
            <input type="button" value="Search" class="submit">
            <div class="text-bolder">
                <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
            </div>
        </form>
    </div>
```

2/11/2016 11:40:05 AM

# EXHIBIT KK



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: True Love

Infringing material: http://www.playvid.com/watch/HyoDdggNWT2

Location of original works: http://members.sexart.com/members/model/dido-a-and-
tommy-deer/movie/20130713/TRUE_LOVE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003.  U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

SUNSM - 00133

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

SUNSM - 00134

# **EXHIBIT KK-1**



# <u>EXHIBIT KK-2</u>

True Love - 02272015

Source of: http://www.playvid.com/watch/HycDdggUWY2 - Mozilla Firefox

File Edit View Help

```
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <title>Dido True Love, pinkmann</title>

    <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/HycDdggUWY2">
    <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/HycDdggUWY2">
    <meta name="description" content="Watch online Dido True Love absolutely free, uploaded by pinkmann - Play'Vid"/>
    <meta name="keywords" content="dido true, true love, dido true love"/>

    <meta property="og:image" content="http://img1.playvid.com/thumbs/263/263019/648.jpg"/>

    <!--[if lt IE 9]>
    <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.8.1/jquery.min.js"></script>
    <![endif]-->
    <!--[if gte IE 9]><!-->
    <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
    <!--<![endif]-->
    <script type="text/javascript" src="//www.playvid.com/sf/lang/en_1a74077></script>
    <script type="text/javascript" src="//www.playvid.com/sf/all_1a74077></script>
    <link rel="stylesheet" type="text/css" href="/css/all.css?407" media="all">
    <link rel="stylesheet" href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700,600" subset="latin,cyrillic-ext" rel="stylesheet" type="text/css">
    <link rel="stylesheet" type="text/css" href="/adi.css" media="all">  <link rel="icon" href="/favicon.ico">
    <link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumb-page">
    <div class="header">
    <div class="header-holder">
        <h1><a class="logo ajax" href="/" title="Play'Vid">Play'Vid</a></h1>
        <span class="btn-menu"></span>
        <span class="dynamic_title"></span>
    <div class="search">
        <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggester="/search//suggester">
            <input type="button" value="Search" class="submit">
            <div class="text-holder">
                <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search" data-cookie-setx="search"/>
            </div>
        </form>
    </div>
</div>
```

Line 11, Col 5

# EXHIBIT LL



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Under the Elle Tree

Infringing material: http://www.playvid.com/watch/aSPucxgoiBE

Location of original works: http://members.sexart.com/members/model/elle-alexandra-and-malena-morgan/movie/20120413/UNDER_THE_ELLE_TREE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

SUNSM - 00135

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

SUNSM - 00136



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Under the Elle Tree

Infringing material: http://www.playvid.com/watch/qDGQJRzRppK

Location of original works: http://members.sexart.com/members/model/elle-alexandra-and-malena-morgan/movie/20120413/UNDER_THE_ELLE_TREE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                        Page 1 of 2

SUNSM - 00137

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

SUNSM - 00138

# EXHIBIT LL-1

Under the Elle Tree - A - 02272015

2/11/2016 7:10:36 PM

2/11/2016 7:11:07 PM

1 / 1



# EXHIBIT LL-2

Source of: http://www.playvid.com/watch/xPsccpoSE - Mozilla Firefox

File  Edit  View  Help

```html
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8">
    <title>Under The File Tree Elle Alexandra Malena Morgan. rondo</title>
    <meta name="description" content=" Watch online Under The File Tree Elle Alexandra Malena Morgan absolutely free, uploaded by rondo - PlayVid"/>
    <meta name="keywords" content="under the, the elle, elle tree, tree alexandra, alexandra malena, malena morgan, under the elle"/>
    <link rel="alternate" media="handheld" href="http://m.playvid.com/watch/xPsccpoSE"/>
    <link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/xPsccpoSE"/>
    <meta property="og:image" content="http://img1.playvid.com/thumbs/759/75959/78.jpg"/>

    <!--[if lt IE 9]>
    <script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
    <![endif]-->
    <!--[if gte IE 9]><!-->
    <script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.1.0/jquery.min.js"></script>
    <!--<![endif]-->
    <script type="text/javascript" src="/www.playvid.com/js/lang/en.js?440"></script>
    <script type="text/javascript" src="/www.playvid.com/js/all.js?440"></script>
    <link rel="stylesheet" type="text/css" href="/css/all.css?440" media="all">
    <link rel="stylesheet" href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&amp;subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
    <link rel="stylesheet" type="text/css" href="/css/add.css" media="all">

    <link rel="icon" href="/favicon.ico">
    <link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumb-page">
    <div class="header">
        <div class="header-holder">
            <span class="logo-size"><a href="/" title="PlayVid">PlayVid</a></span>
            <span class="btn-menu"></span>
            <span class="dynamic_title"></span>
            <div class="search">
                <form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggester="/search/suggest">
                    <input type="button" value="Search" class="submit">
                    <div class="text-holder">
                        <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
                    </div>
                </form>
            </div>
```

# EXHIBIT MM



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Upper West Side

Infringing material: http://www.playvid.com/watch/TiEJNLyG-4O

Location of original works: http://members.sexart.com/members/model/capri-anderson-
and-tyler-nixon/movie/20130316/UPPER_WEST_SIDE/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003.  U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                    Page 1 of 2

SUNSM - 00139

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011. U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com


JST/th
cc:     Spencer Freeman
        Client File

SUNSM - 00140

# EXHIBIT MM-1

