# **<u>EXHIBIT MM-2</u>**



# **EXHIBIT NN**



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

### RE: DMCA Notice of Copyright and Trademark Infringement

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Vintage Collection - Seduction

Infringing material: http://www.playvid.com/watch/6vKzEmkeo0O

Location of original works: http://members.sexart.com/members/model/kattie-gold-and-kristof-cale/movie/20140202/VINTAGE_COLLECTION___SEDUCTION/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003.  U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                  Page 1 of 2

SUNSM - 00141

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com


JST/th
cc:     Spencer Freeman
        Client File

SUNSM - 00142



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United States of America that to the best of my knowledge and belief the foregoing is true and correct and I have the authority to act on behalf of the owner of the copyright(s) and trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by law for use by the owners and operators of www.playvid.com or their agents and therefore infringes the copyright and trademark owner's rights. I hereby demand that you act expeditiously to remove or disable access to the material or items claimed to be infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Vintage Collection - Seduction

Infringing material: http://www.playvid.com/watch/HVJCWWwVJDl

Location of original works: http://members.sexart.com/members/model/kattie-gold-and-kristof-cale/movie/20140202/VINTAGE_COLLECTION___SEDUCTION/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us with written proof of the removal from www.playvid.com, registration numbers 3152759 and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART, continuously used in commerce since at least October 2003. U.S. Trademark Registration Number 3152759 was registered on October 10, 2006.

SUNSM - 00143

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com


JST/th
cc:     Spencer Freeman
        Client File

SUNSM - 00144

# EXHIBIT NN-1





# EXHIBIT NN-2

Vintage Collection - Seduction - Meta Data - a 02272015

Source of: http://www.playvid.com/watch/kXsfmkedO - Mozilla Firefox

File  Edit  View  Help

```
<!DOCTYPE html>
<html lang="en">
<head>
<meta charset="utf-8">
<meta http-equiv="Content-Type" content="text/html; charset=utf-8">
<title>Adrianne Simpson Sexart com HD 720 all sex, tanka</title>

<link rel="alternate" media="handheld" href="http://m.playvid.com/watch/kXsfmkedO">
<link rel="canonical" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/kXsfmkedO">
<meta name="description" content="Watch online Adrianne Simpson Sexart com HD 720 all sex absolutely free, uploaded by tanka - PlayVid"/>
<meta name="keywords" content="Adrianne simpson, simpson sexart, sexart com, com all sex, all sex, sex hd, Adrianne simpson sexart"/>

<meta property="og:image" content="http://img1.playvid.com/thumbs/274/274997/623.jpg"/>

<!--[if lt IE 9]>
<script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.8.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvid.com/xr/lang/en_js?407"></script>
<script type="text/javascript" src="//www.playvid.com/xr/all.js?407"></script>
<link rel="stylesheet" type="text/css" href="/css/all.css?407" media="all">
<link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700,600&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="/ads.css" media="all"> <link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumb-page">
<div class="header">
<div class="header-holder">
<h1><a href="/" title="PlayVid">PlayVid</a></h1>
<span class="btn-menu"></span>
<span class="dynamic_title"></span>
<div class="search">
<form action="/search" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggester="/search/suggester">
<input type="button" value="Search" class="submit">
<div class="text-holder">
<input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search" data-cookie-sort="pv_upload-sort="pv_upload-sort="pv"/>
</div>
</form>
</div>
```

Vintage Collection - Seduction - Meta Data - b 02272015
Source of: http://www.playvid.com/watch/HVJCWWwVJDl - Mozilla Firefox
File Edit View Help
<!DOCTYPE html>
<html lang="en">
<head>
<meta charset="utf-8">
<meta http-equiv="Content-Type" content="text/html; charset=utf-8">
<title>Victoria Daniels SexArt, aurelia</title>
<link rel="alternate" media="handheld" href="http://m.playvid.com/watch/HVJCWWwVJDl">
<link rel="alternate" media="only screen and (max-width: 640px)" href="http://m.playvid.com/watch/HVJCWWwVJDl">
<meta name="description" content="Watch online Victoria Daniels SexArt absolutely free, uploaded by aurelia - PlayVid"/>
<meta name="keywords" content="victoria daniels, daniels sexart, victoria daniels sexart"/>
<meta property="og:image" content="http://img1.playvid.com/thumbs/279/279191/743.jpg"/>
<!--[if lt IE 9]>
<script type="text/javascript" src="//ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="//ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvid.com/js/lang/en.js?407"></script>
<script type="text/javascript" src="//www.playvid.com/js/all.js?407"></script>
<link rel="stylesheet" type="text/css" href="/css/all.css?407" media="all">
<link href="http://fonts.googleapis.com/css?family=Open+Sans:400,300,700&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="/add.css" media="all"> <link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<div class="header">
<div class="header-holder">
<h1><a class="logo ajax" href="/" title="PlayVid">PlayVid</a></h1>
<span class="btn-menu"></span>
<span class="dynamic_title"></span>
<div class="search">
<form action="/search" method="GET" data-form-type="ajax" data-lock-nane="search" class="search-form" data-suggests="/search/suggests">
<input type="button" value="Search" class="submit">
<div class="text-holder">
<input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
</div>
</form>
</div>
12:23 PM
2/27/2015
00:18
12:17 PM
2/11/2016
2/11/2016 12:17:58 PM

1 / 1

2/11/2016 12:18:08 PM

# EXHIBIT OO



January 14, 2015

Sun Social Media Inc.
Constantin Luchian, DMCA Agent
6750 N. Andrews Ave., Suite 200
Fort Lauderdale, FL 33309

**RE: DMCA Notice of Copyright and Trademark Infringement**

Dear Constantin Luchian,

I, Jason Tucker, hereby declare under penalty of perjury under the laws of the United
States of America that to the best of my knowledge and belief the foregoing is true and
correct and I have the authority to act on behalf of the owner of the copyright(s) and
trademark(s) involved.

I have a good faith belief that the items or materials listed below are not authorized by
law for use by the owners and operators of www.playvid.com or their agents and
therefore infringes the copyright and trademark owner's rights. I hereby demand that you
act expeditiously to remove or disable access to the material or items claimed to be
infringing.

My contact information is as follows:
Hydentra, Int. L.P. HLP
Attn: Jason Tucker
Address: 3104 E Camelback Road #538, Phoenix, AZ 85016 USA

Allegedly infringing items or materials: Yes

Infringing material: http://www.playvid.com/watch/k_i8oHtmOsn

Location of original works: http://members.sexart.com/members/model/lia-lor-and-
giovanni-francesco/movie/20121230/YES/

Furthermore, cease and desist use of the following exclusive Trademarks and provide us
with written proof of the removal from www.playvid.com, registration numbers 3152759
and 4191754.

Trademark Serial Number 78312615 is a registered word mark for METART,
continuously used in commerce since at least October 2003.  U.S. Trademark
Registration Number 3152759 was registered on October 10, 2006.

DMCA and Trademark Takedown Notice                                Page 1 of 2

SUNSM - 00145

Trademark Serial Number 85339871 is a registered word mark for SEXART, continuously used in commerce since at least June 2011.  U.S. Trademark Registration Number 4191754 was registered on August 14, 2012.

This correspondence and all of its contents is without prejudice to Hydentra HLP Int Limited or any of their affiliated company's rights and remedies, all of which are expressly reserved.

Sincerely,

Jason Tucker
Agent for Hydentra HLP Int. Limited, and/or
Hydentra, LP, and/or Tovia LLC and/or
MetArt Network and/or
MetArt.com and/or
SexArt.com and/or
VivThomas.com

JST/th
cc:     Spencer Freeman
        Client File

DMCA and Trademark Takedown Notice                                    Page 2 of 2

SUNSM - 00146

# EXHIBIT OO-1



# EXHIBIT OO-2



# **<u>EXHIBIT PP</u>**

**SITE: FEEDVID.COM**

| Title of Work | Copyright Registration Number | Infringing Link |
|---|---|---|
| Saturday Night | PA0001916892 | https://www.feedvid.com/watch/3mPqoCL29WO |
| Sweet Morning | PA0001916913 | https://www.feedvid.com/watch/wle6rwfPdhJ |

# EXHIBIT QQ



# EXHIBIT QQ-1

Saturday Night

2/4/2016 12:51:05 PM

2/4/2016 12:51:27 PM

```
Source of: https://www.feed4d.com/watch/3mKqoC2NVO - Mozilla Firefox
File  Edit  View  Help

    <var rel="spf" data-modules="forms pv_upper_tabs likes main pv_share custom_checks"></var>
    <span class="dynamic_title">
    </span>
    <var rel="dynamic page title">lola Taylor 3exArt com. realboy1</var>
    <div class="dynamic_content" data-main-class="main">

    <div class="block-video">
    <div class="block-player">
    <div itemprop="video" itemscope itemtype="http://schema.org/VideoObject" class="player">
    <link itemprop="url" href="https://www.feed4id.com/watch/3mKqoC2L9NVO">
    <meta itemprop="name" content="lola Taylor 3exArt com. realboy1" />
    <meta itemprop="description" content="" />
    <link itemprop="thumbnailUrl" content="https://img1.feed4vid.com/thumbs/386/386767/178.jpg">
    <span itemprop="thumbnail" content="https://img1.feed4vid.com/thumbs/386/386767/178.jpg">
    <link itemprop="url" href="https://img1.feed4vid.com/thumbs/386/386767/178.jpg">

    </span>

    <meta itemprop="duration" content="T17M455" />
    <link itemprop="embedURL" content="https://www.feed4id.com/embed/3mKqoC2L9NVO">
    <meta itemprop="uploadDate" content="2015-02-11T23:01:30+01:00" />
    <meta itemprop="keywords" content="lola taylor, taylor 3exart, 3exart com, lola taylor 3exart, taylor 3exart com" />

    <var rel="spf" data-modules="pv watch checkflash"></var>
    <embed type="application/x-shockwave-flash" src="/flash/player.swf?22" id="video_player" flashvars="video_id=3440&amp;embedded=0&amp;autoplay=1&amp;js
    <div class="block-icon">
    <div class="flash-error">
    <span class="flash-icon">FlK</span>
    <b class="title">Flash Player</b>
    <p>We have detected that your missing or need to update your Flash Player.</p>
    <span class="info">Please <a rel="nofollow" target="_blank" href="http://get.adobe.com/flashplayer/">click here</a> to install the latest Flash plugin
    </div>
    </div>
```

Line 3, Col 68

# EXHIBIT RR



# **EXHIBIT RR-1**



# **<u>EXHIBIT SS</u>**

**SITE: PEEKVIDS.COM**

| Title of Work | Copyright Registration Number | Infringing Link |
|---|---|---|
| La Dolce Vita | PA0001922495 | https://www.peekvids.com/watch?v=EBJYQZOT-Lm |
| Saturday Night | PA0001916892 | https://www.peekvids.com/watch?v=sBAcmatntmq |
| Snow Fun XI | PA0001922633 | https://www.peekvids.com/watch?v=pgwY3aGYzpX |
| Snow Fun XI | PA0001922633 | https://www.peekvids.com/watch?v=8dz0Vx56Ay6 |
| Tantra Imaginations | PA0001922543 | https://www.peekvids.com/watch?v=f02HxoNNYIW |
| Waltz With Me - Spring | PA0001931987 | https://www.peekvids.com/watch?v=E98QhLqNJXc |

# EXHIBIT TT



# EXHIBIT TT-1

La Dolce Vita - META
Source of: https://www.peekvids.com/watch?v=EBYQZOT-Lm - Mozilla Firefox
Line 6, Col 47
5:21 PM
2/26/2015
00:33
Teamspeak 2 RC2
3:05 PM
2/4/2016
2/4/2016 3:05:31 PM

2/4/2016 3:05:58 PM

1 / 1

# EXHIBIT UU