

**EXHIBIT EEE-1**



# **EXHIBIT FFF**







# EXHIBIT FFF-1



Draw Me - Metadata
Source of: https://www.playvids.com/v/Wt7G50XHulS - Mozilla Firefox
File Edit View Help
<!DOCTYPE html>
<html lang="en">
<head>
<meta charset="utf-8">
<meta http-equiv="Content-Type" content="text/html; charset=utf-8">
<title>SexArt Draw Me Mia Manarote, secret</title>
<meta name="description" content="Watch SexArt Draw Me Mia Manarote, uploaded by secret"/>
<meta name="keywords" content="sexart draw, draw mia, mia manarote, manarote me, sexart draw mia, draw mia manarote"/>
<link rel="alternate" media="handheld" href="https://m.playvids.com/v/Wt7G50XHulS">
<link rel="alternate" media="only screen and (max-width: 640px)" href="https://m.playvids.com/v/Wt7G50XHulS">
<meta property="og:image" content="https://img1.playvids.com/thumbs/830/83075/213.jpg"/>
<!--[if lt IE 9]>
<script type="text/javascript" src="https://ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="https://ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvids.com/js/lang/en.js?479"></script>
<script type="text/javascript" src="//www.playvids.com/js/all.js?479"></script>
<link rel="stylesheet" type="text/css" href="/css/all.css?479" media="all">
<link href="https://fonts.googleapis.com/css?family=Open+Sans:400,300,700&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="/add.css" media="all">
<link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<div class="header">
<div class="header-holder">
<h1><a class="logo ajax" href="/" title="PlayVids">PlayVids</a></h1>
<span class="btn-menu"></span>
<span class="dynamic_title"></span>
<div class="search">
<form action="/s" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggests="/s/suggests">
<input type="button" value="Search" class="submit">
<div class="text-holder">
<input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
</div>
</form>
Start
12:40 PM
6/1/2015
00:51
1:07 PM
2/11/2016
2/11/2016 1:07:05 PM

1 / 1

2/11/2016 1:07:13 PM

# EXHIBIT GGG



# EXHIBIT GGG-1



# **EXHIBIT HHH**





# EXHIBIT HHH-1

Gypsy Fortune
Source of: https://www.playvids.com/v/6PPiC0qcoOa - Mozilla Firefox
File Edit View Help
<!DOCTYPE html>
<html lang="en">
<head>
<meta charset="utf-8">
<meta http-equiv="Content-Type" content="text/html; charset=utf-8">
<title>Cindy Starfall Gypsy Fortune, twix</title>
<meta name="description" content="Watch Cindy Starfall Gypsy Fortune, uploaded by twix"/>
<meta name="keywords" content="cindy starfall, starfall gypsy, gypsy fortune, cindy starfall gypsy, starfall gypsy fortune, cindy starfall gypsy fortune"/>
<link rel="alternate" media="handheld" href="https://m.playvids.com/v/6PPiC0qcoOa">
<link rel="alternate" media="only screen and (max-width: 640px)" href="https://m.playvids.com/v/6PPiC0qcoOa">
<meta property="og:image" content="https://img1.playvids.com/thumbs/824/82445/243.jpg"/>
<!--[if lt IE 9]>
<script type="text/javascript" src="https://ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="https://ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvids.com/js/lang/en.js?479"></script>
<script type="text/javascript" src="//www.playvids.com/js/all.js?479"></script>
<link rel="stylesheet" type="text/css" href="/css/all.css?479" media="all">
<link href="https://fonts.googleapis.com/css?family=Open+Sans:400,300,700&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="/add.css" media="all">
<link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<div class="header">
<div class="header-holder">
<h1><a class="logo ajax" href="/" title="PlayVids">PlayVids</a></h1>
<span class="btn-menu"></span>
<span class="dynamic_title"></span>
<div class="search">
<form action="/s" method="GET" data-form-type="ajax" data-lock-nane="search" class="search-form" data-suggests="/s/suggests">
<input type="button" value="Search" class="submit">
<div class="text-holder">
<input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
</div>
</form>
Start
12:58 PM
6/1/2015
00:21
7:25 PM
2/11/2016
2/11/2016 7:25:24 PM

1 / 1

2/11/2016 7:25:44 PM