UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

       Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
*and John Does 1-20,*

       Defendants.

_____/

**PLAINTIFF'S NOTICE OF FILING EXHIBITS IN SUPPORT OF ITS
STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT FILED FEBRUARY 12, 2016 (D.E.76)**

      NOTICE IS HEREBY GIVEN by undersigned counsel for Plaintiff that the

attached exhibits are being filed this date as they pertain to Plaintiff's Statement of

Undisputed Material Facts in Support of its Motion for Summary Judgment filed on

February 12, 2016 (D.E. 76).

BeharBehar ◆ 1840 North Commerce Parkway ◆ Suite One ◆ Weston, Florida 33326
**T:** 954-688-7642    **F:** 954-332-9260    **W:** BeharBehar.com

1 of 2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 16th day of January, 2016 we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brady J. Cobb, Esq.

Respectfully submitted,

BeharBehar
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: AB@BeharBehar.com

By:     */s/Aaron Behar, Esq.*
Aaron Behar, Esq.
Florida Bar No.: 166286
*/s/Jaclyn Behar, Esq.*
Jaclyn Behar, Esq.
Florida Bar No.: 63833
***Counsel for Plaintiff***

And:    */s/Spencer D. Freeman, Esq.*
Spencer D. Freeman, Esq.
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone:  (253) 383-4500
Facsimile:  (253) 383-4501
E-mail:
sfreeman@freemanlawfirm.org
***Counsel for Plaintiff***
***(Admitted Pro Hac Vice)***

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
**T:** 954-688-7642   **F:** 954-332-9260   **W:** BeharBehar.com

2 of 2