# **EXHIBIT III**



# EXHIBIT III-1

Hielo Caliente - Metadata
Source of: https://www.playvids.com/v/OidBcPl0l4r - Mozilla Firefox
File Edit View Help
<!DOCTYPE html>
<html lang="en">
<head>
<meta charset="utf-8">
<meta http-equiv="Content-Type" content="text/html; charset=utf-8">
<title>SexArt Brandy A Lorena B Hielo Caliente 2013 HD, zaymideneg</title>
<meta name="description" content="Watch SexArt Brandy A Lorena B Hielo Caliente 2013 HD, uploaded by zaymideneg"/>
<meta name="keywords" content="sexart brandy, brandy lorena, lorena hielo, hielo caliente, caliente 2013, 2013 b, b hd, sexart brandy lorena"/>
<link rel="alternate" media="only screen and (max-width: 640px)" href="https://m.playvids.com/v/OidBcPl014r">
<meta property="og:image" content="https://img1.playvids.com/thumbs/252/252757/958.jpg"/>
<!--[if lt IE 9]>
<script type="text/javascript" src="https://ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="https://ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvids.com/js/lang/en.js?479"></script>
<script type="text/javascript" src="//www.playvids.com/js/all.js?479"></script>
<link rel="stylesheet" type="text/css" href="/css/all.css?479" media="all">
<link href="https://fonts.googleapis.com/css?family=Open+Sans:400,300,700&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="/add.css" media="all">
<link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<div class="header">
<div class="header-holder">
<h1><a class="logo ajax" href="/" title="PlayVids">PlayVids</a></h1>
<span class="btn-menu"></span>
<span class="dynamic_title"></span>
<div class="search">
<form action="/s" method="GET" data-form-type="ajax" data-lock-nane="search" class="search-form" data-suggests="/s/suggests">
<input type="button" value="Search" class="submit">
<div class="text-holder">
<input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
</div>
</form>
Start
1:02 PM
6/1/2015
00:12
1:24 PM
2/11/2016
2/11/2016 1:24:34 PM

1 / 1

2/11/2016 1:24:58 PM

# EXHIBIT JJJ



# EXHIBIT JJJ-1



# **EXHIBIT KKK**



# **EXHIBIT KKK-1**

Il Lungo Addio - Metadata
Source of: https://www.playvids.com/v/RIuYxh_LdLC - Mozilla Firefox
File Edit View Help
1:12 PM
6/1/2015
00:24
1:31 PM
2/11/2016
2/11/2016 1:31:56 PM

1 / 1

2/11/2016 1:32:04 PM

# **EXHIBIT LLL**



# EXHIBIT LLL-1

Kamasutra - Metadata
Source of: https://www.playvids.com/v/DckI8Umdvol - Mozilla Firefox
File Edit View Help
<!DOCTYPE html>
<html lang="en">
<head>
<meta charset="utf-8">
<meta http-equiv="Content-Type" content="text/html; charset=utf-8">
<title>Ashley Woods Matt Ice SexArt HD 720, chokzo</title>
<meta name="description" content="Watch Ashley Woods Matt Ice SexArt HD 720, uploaded by chokzo"/>
<meta name="keywords" content="ashley woods, woods matt, matt ice, ice sexart, sexart 720, 720 hd, ashley woods matt, woods matt ice"/>
<link rel="alternate" media="handheld" href="https://m.playvids.com/v/DckI8Umdvol">
<link rel="alternate" media="only screen and (max-width: 640px)" href="https://m.playvids.com/v/DckI8Umdvol">
<meta property="og:image" content="https://img1.playvids.com/thumbs/276/276420/933.jpg"/>
<!--[if lt IE 9]>
<script type="text/javascript" src="https://ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="https://ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvids.com/js/lang/en.js?479"></script>
<script type="text/javascript" src="//www.playvids.com/js/all.js?479"></script>
<link rel="stylesheet" type="text/css" href="/css/all.css?479" media="all">
<link href="https://fonts.googleapis.com/css?family=Open+Sans:400,300,700&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="/add.css" media="all">
<link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<div class="header">
<div class="header-holder">
<h1><a class="logo ajax" href="/" title="PlayVids">PlayVids</a></h1>
<span class="btn-menu"></span>
<span class="dynamic_title"></span>
<div class="search">
<form action="/s" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggests="/s/suggests">
<input type="button" value="Search" class="submit">
<div class="text-holder">
<input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
</div>
</form>
Start
1:17 PM
6/1/2015
00:13
1:34 PM
2/11/2016
2/11/2016 1:34:46 PM

2/11/2016 1:35:16 PM

# **EXHIBIT MMM**



# **EXHIBIT MMM- 1**