Lazy Sunday - Metadata
Source of: https://www.playvids.com/v/azOWBYeCWTV - Mozilla Firefox
File Edit View Help
<!DOCTYPE html>
<html lang="en">
<head>
<meta charset="utf-8">
<meta http-equiv="Content-Type" content="text/html; charset=utf-8">
<title>SexArt Lazy Sunday Rilee Marks 1080, kakadu</title>
<meta name="description" content="Watch SexArt Lazy Sunday Rilee Marks 1080, uploaded by kakadu"/>
<meta name="keywords" content="sexart lazy, lazy sunday, sunday rilee, rilee marks, marks 1080, sexart lazy sunday, lazy sunday rilee, sunday rilee marks"/>
<link rel="alternate" media="only screen and (max-width: 640px)" href="https://m.playvids.com/v/azOWBYeCWTV">
<meta property="og:image" content="https://img1.playvids.com/thumbs/130/130851/78.jpg"/>
<!--[if lt IE 9]>
<script type="text/javascript" src="https://ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="https://ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvids.com/js/lang/en.js?479"></script>
<script type="text/javascript" src="//www.playvids.com/js/all.js?479"></script>
<link rel="stylesheet" type="text/css" href="/css/all.css?479" media="all">
<link href="https://fonts.googleapis.com/css?family=Open+Sans:400,300,700&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="/add.css" media="all">
<link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<div class="header">
<div class="header-holder">
<h1><a class="logo ajax" href="/" title="PlayVids">PlayVids</a></h1>
<span class="btn-menu"></span>
<span class="dynamic_title"></span>
<div class="search">
<form action="/s" method="GET" data-form-type="ajax" data-lock-nane="search" class="search-form" data-suggests="/s/suggests">
<input type="button" value="Search" class="submit">
<div class="text-holder">
<input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
</div>
</form>
Start
1:22 PM
6/1/2015
00:19
1:40 PM
2/11/2016
2/11/2016 1:40:06 PM

1 / 1

2/11/2016 1:40:33 PM

# EXHIBIT NNN



# EXHIBIT NNN-1

screenshot of Mozilla Firefox view-source window showing HTML source of https://www.playvids.com/v/3NoHbyV2Onc, with a red box highlighting meta tags containing "Amirah Abada SexArt com HD 720 all sex, chokzo", "Watch Amirah Abada SexArt com HD 720 all sex, uploaded by chokzo", and "amirah abada, abada sexart, sexart com, com all, all sex, sex 720, 720 hd, amirah abada sexart"; timestamps 2/11/2016 1:54:06 PM and 1:54:15 PM visible

# **EXHIBIT OOO**



# EXHIBIT OOO-1

Screenshot of a Firefox view-source window showing HTML source for https://www.playvids.com/v/yR-ffYjwO5F, with lines 6-9 highlighted (title "Connie Carter SexArt, aurelia", meta description "Watch Connie Carter SexArt, uploaded by aurelia", meta keywords "connie carter, carter sexart, connie carter sexart", link alternate handheld href "https://m.playvids.com/v/yR-ffYjwO5F"). Windows taskbar shows 1:55 PM 6/1/2015 and 1:56 PM 2/11/2016.

# EXHIBIT PPP





# EXHIBIT PPP-1

Secret Love - Metadata
Source of: https://www.playvids.com/v/ys6v6JsUPwU - Mozilla Firefox
File Edit View Help
<!DOCTYPE html>
<html lang="en">
<head>
<meta charset="utf-8">
<meta http-equiv="Content-Type" content="text/html; charset=utf-8">
<title>SexArt Malena Morgan Elle Alexandra Secret Love, rondo</title>
<meta name="description" content="Watch SexArt Malena Morgan Elle Alexandra Secret Love, uploaded by rondo"/>
<meta name="keywords" content="sexart malena, malena morgan, morgan elle, elle alexandra, alexandra secret, secret love, sexart malena morgan"/>
<link rel="alternate" media="only screen and (max-width: 640px)" href="https://m.playvids.com/v/ys6v6JsUPwU">
<meta property="og:image" content="https://img1.playvids.com/thumbs/756/75667/78.jpg"/>
<!--[if lt IE 9]>
<script type="text/javascript" src="https://ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="https://ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvids.com/js/lang/en.js?479"></script>
<script type="text/javascript" src="//www.playvids.com/js/all.js?479"></script>
<link rel="stylesheet" type="text/css" href="/css/all.css?479" media="all">
<link href="https://fonts.googleapis.com/css?family=Open+Sans:400,300,700&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="/add.css" media="all">
<link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<div class="header">
<div class="header-holder">
<h1><a class="logo ajax" href="/" title="PlayVids">PlayVids</a></h1>
<span class="btn-menu"></span>
<span class="dynamic_title"></span>
<div class="search">
<form action="/s" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggests="/s/suggests">
<input type="button" value="Search" class="submit">
<div class="text-holder">
<input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
</div>
</form>
Start
2:01 PM
6/1/2015
00:14
2:06 PM
2/11/2016
2/11/2016 2:06:58 PM

1 / 1

2/11/2016 2:07:27 PM

Secret Love - Metadata
Source of: https://www.playvids.com/v/iEj0THoclTo - Mozilla Firefox
File Edit View Help
<!DOCTYPE html>
<html lang="en">
<head>
<meta charset="utf-8">
<meta http-equiv="Content-Type" content="text/html; charset=utf-8">
<title>SexArt Malena Morgan Elle Alexandra Secret Love, michy77</title>
<meta name="description" content="Watch SexArt Malena Morgan Elle Alexandra Secret Love, uploaded by michy77"/>
<meta name="keywords" content="sexart malena, malena morgan, morgan elle, elle alexandra, alexandra secret, secret love, sexart malena morgan"/>
<link rel="alternate" media="handheld" href="https://m.playvids.com/v/iEj0THoclTo">
<link rel="alternate" media="only screen and (max-width: 640px)" href="https://m.playvids.com/v/iEj0THoclTo">
<meta property="og:image" content="https://img1.playvids.com/thumbs/124/124069/78.jpg"/>
<!--[if lt IE 9]>
<script type="text/javascript" src="https://ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="https://ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvids.com/js/lang/en.js?479"></script>
<script type="text/javascript" src="//www.playvids.com/js/all.js?479"></script>
<link rel="stylesheet" type="text/css" href="/css/all.css?479" media="all">
<link href="https://fonts.googleapis.com/css?family=Open+Sans:400,300,700&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="/add.css" media="all">
<link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<div class="header">
<div class="header-holder">
<h1><a class="logo ajax" href="/" title="PlayVids">PlayVids</a></h1>
<span class="btn-menu"></span>
<span class="dynamic_title"></span>
<div class="search">
<form action="/s" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggests="/s/suggests">
<input type="button" value="Search" class="submit">
<div class="text-holder">
<input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
</div>
</form>
Start
2:02 PM
6/1/2015
00:53
2:12 PM
2/11/2016
2/11/2016 2:12:19 PM

1 / 1

2/11/2016 2:12:32 PM

# EXHIBIT QQQ



# EXHIBIT QQQ-1

Senora and Jorge - Metadata
Source of: https://www.playvids.com/v/zyFowLKIn8o - Mozilla Firefox
File Edit View Help
<!DOCTYPE html>
<html lang="en">
<head>
<meta charset="utf-8">
<meta http-equiv="Content-Type" content="text/html; charset=utf-8">
<title>SexArt Senora and Jorge Silvie Deluxe Matt Ice, rawin</title>
<meta name="description" content="Watch SexArt Senora and Jorge Silvie Deluxe Matt Ice, uploaded by rawin"/>
<meta name="keywords" content="sexart senora, senora and, and jorge, jorge silvie, silvie deluxe, deluxe matt, matt ice, sexart senora and"/>
<link rel="alternate" media="handheld" href="https://m.playvids.com/v/zyFowLKIn8o">
<link rel="alternate" media="only screen and (max-width: 640px)" href="https://m.playvids.com/v/zyFowLKIn8o">
<meta property="og:image" content="https://img1.playvids.com/thumbs/266/266013/868.jpg"/>
<script type="text/javascript" src="https://ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<script src="https://ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<link rel="stylesheet" type="text/css" href="/css/all.css?479" media="all">
<link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<h1><a class="logo ajax" href="/" title="PlayVids">PlayVids</a></h1>
<input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
Teamspeak 2 RC2
Start
2:04 PM
6/1/2015
00:15
2:15 PM
2/11/2016
2/11/2016 2:15:54 PM

2/11/2016 2:17:23 PM

# EXHIBIT RRR