

# **EXHIBIT AAAA**



# EXHIBIT AAAA-1

White Room - Metadata
Source of: https://www.playvids.com/v/hQC9o0nsghr - Mozilla Firefox
File Edit View Help
<!DOCTYPE html>
<html lang="en">
<head>
<meta charset="utf-8">
<meta http-equiv="Content-Type" content="text/html; charset=utf-8">
<title>SexArt Casey Calvert White Room, kolt900</title>
<meta name="description" content="Watch SexArt Casey Calvert White Room, uploaded by kolt900"/>
<meta name="keywords" content="sexart casey, casey calvert, calvert white, white room, sexart casey calvert, casey calvert white, calvert white room"/>
<link rel="alternate" media="handheld" href="https://m.playvids.com/v/hQC9o0nsghr">
<link rel="alternate" media="only screen and (max-width: 640px)" href="https://m.playvids.com/v/hQC9o0nsghr">
<meta property="og:image" content="https://img1.playvids.com/thumbs/131/131291/288.jpg"/>
<!--[if lt IE 9]>
<script type="text/javascript" src="https://ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
<![endif]-->
<!--[if gte IE 9]><!-->
<script src="https://ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
<!--<![endif]-->
<script type="text/javascript" src="//www.playvids.com/js/lang/en.js?479"></script>
<script type="text/javascript" src="//www.playvids.com/js/all.js?479"></script>
<link rel="stylesheet" type="text/css" href="/css/all.css?479" media="all">
<link href="https://fonts.googleapis.com/css?family=Open+Sans:400,300,700&subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
<link rel="stylesheet" type="text/css" href="/add.css" media="all">
<link rel="icon" href="/favicon.ico">
<link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumbs-page">
<div class="header">
<div class="header-holder">
<h1><a class="logo ajax" href="/" title="PlayVids">PlayVids</a></h1>
<span class="btn-menu"></span>
<span class="dynamic_title"></span>
<div class="search">
<form action="/s" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggests="/s/suggests">
<input type="button" value="Search" class="submit">
<div class="text-holder">
<input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
</div>
</form>
4:15 PM
6/1/2015
00:16
3:30 PM
2/11/2016
2/11/2016 3:30:45 PM

1 / 1

2/11/2016 3:30:53 PM

# EXHIBIT BBBB

Hielo Caliente - B Meta Data - 02262015
File Edit View History Bookmarks Tools Help
The Official NIST US Time:
sexart Hielo Caliente - Goo...
https://www.google.com/?gws_rd=ssl#q=sexart+Hielo+Caliente
sexart Hielo Caliente
Google
sexart Hielo Caliente
Sign in
Web Videos Images News Shopping More Search tools
About 2,930 results (0.25 seconds)
SexArt Brandy A Lorena B Hielo Caliente 2013 HD ... - PlayVid
www.playvid.com/watch/OidBcPI0I4r
Apr 11, 2014 - Watch online SexArt Brandy A Lorena B Hielo Caliente 2013 HD absolutely free, uploaded by zaymideneg - PlayVid.
Brandy A & Lorena B - "Hielo Caliente" :: SEXART Movie
www.sexart.com/model/brandy-a-and-lorena-b/.../HIELO_CALIENTE/
Dec 15, 2013 - Don Caravaggio's "Hielo Caliente" begins on a somewhat mysterious note. We see a shadow on a wall of a woman hard at work in a dimly lit ...
SexArt Brandy A And Lorena B Hielo Caliente XXX 1080p ...
https://www.limetorrents.cc/SexArt-Brandy-A-And-Lorena-B-Hielo-Calie...
Download SexArt Brandy A And Lorena B Hielo Caliente XXX 1080p seXyXpiXels mp4 torrent for free.
Download SexArt Brandy A And Lorena B Hielo Caliente ...
kickass.socialtorrent.net/sexart-brandy-a-and-lorena-b-hielo-caliente-xxx...
Dec 16, 2013 - Download SexArt Brandy A And Lorena B Hielo Caliente XXX 1080p seXyXpiXels mp4 torrent or any other torrent from HD Video category.
SexArt 13 12 15 Brandy A And Lorena B Hielo Caliente XXX ...
kickass.socialtorrent.net/sexart-13-12-15-brandy-a-and-lorena-b-hielo-ca...
Dec 15, 2013 - Download SexArt 13 12 15 Brandy A And Lorena B Hielo Caliente XXX 1080p MP4-KTR torrent or any other torrent from HD Video category.
11:46 PM
2/26/2015
00:09
3:40 PM
2/9/2016
2/9/2016 3:40:06 PM

1 / 1

2/9/2016 3:40:19 PM

Secret Love D - Meta Data - 02272015
File Edit View History Bookmarks Tools Help
The Official NIST US Time:
sexart Secret Love - Google...
https://www.google.com/?gws_rd=ssl#q=sexart+Secret+Love
Search
Google
sexart Secret Love
Sign in
Web Videos Images News Shopping More Search tools
About 227,000 results (0.26 seconds)
SexArt Malena Morgan Elle Alexandra Secret Love, rondo
www.playvid.com/watch/ys6v6JsUPwU
Jul 24, 2013 - Watch online SexArt Malena Morgan Elle Alexandra Secret Love absolutely free, uploaded by rondo - PlayVid.
SexArt Malena Morgan Elle Alexandra Secret Love, michy77
www.playvid.com/watch/iEj0THoclTo
Sep 10, 2013 - Watch online SexArt Malena Morgan Elle Alexandra Secret Love absolutely free, uploaded by michy77 - PlayVid.
Elle Alexandra & Malena Morgan - "Secret Love" :: SEXART ...
www.sexart.com/model/elle-alexandra-and-malena.../SECRET_LOVE/
Apr 13, 2012 - It's a rare thing when two people are in love, and it's even more rare to capture that honest love on film. What you are about to see is two women ...
SexArt - Kitty Jane & Johny Black - Secret Love - YouTube
www.youtube.com/watch?v=2tA42QTvbyU
Jun 27, 2014 - When her boyfriend arrives at her bedroom window — unexpected and unannounced — Kitty Jane finds herself in a tempting but tricky ...
SexArt – Elle Alexandra & Malena Morgan – Secret Love ...
artofero.com/sexart-elle-alexandra-malena-morgan-secret-love-13-04-20...
Secret Love It's a rare thing when two people are in love, and it's even
www.playvid.com/watch/iEj0THoclTo
1:27 AM
2/27/2015
00:10
3:19 PM
2/10/2016
2/10/2016 3:19:47 PM

2/10/2016 3:19:58 PM

Cybersex - Meta Data - 02262015
File Edit View History Bookmarks Tools Help
The Official NIST US Time
sexart cybersex - Google Se...
https://www.google.com/?gws_rd=ssl#q=sexart+cybersex
sexart cybersex
Sign in
Web Videos Images News Shopping More Search tools
About 38,400 results (0.22 seconds)
Cybersex Sandra Luberec and Marcus Dupree SexArt 14 08 ...
www.playvid.com/watch/i0xYBmuJiwc
Sep 26, 2013 - Watch online Cybersex Sandra Luberec and Marcus Dupree SexArt 14 08 2013 absolutely free. uploaded by angriness - PlayVid.
Sandra Luberec & Marcus Dupree - "Cybersex" :: SEXART ...
www.sexart.com/model/sandra-luberec-and-marcus.../CYBERSEX/
Aug 14, 2013 - Cybersex. Multi-talented model-performer-producer-art director, Ariel Piper Fawn, wrote the screenplay for this sensual and surprising science ...
Sex-art Girl Sandra Luberc – Cybersex ( Erotic Sex ) | Free ...
pornhdhdporn.com/sex-art-girl-sandra-luberc-cybersex-erotic-sex/
Sep 26, 2014 - Sex-art Girl Sandra Luberc - Cybersex ( Erotic Sex )
Sandra Luberec & Marcus In Cybersex in 15 photos from ...
www.girlsofdesire.org/galleries/sandra-luberec-marcus-in-cybersex/
See free 15 pics of Sandra Luberec & Marcus In Cybersex by Girls of Desire. ...
Sex-Art · Stunning18 · TeaseUm · Teen Mega World · Teen Sex Mania
[720p] SexArt - Sandra Luberec (Cybersex / 08.14.2013 ...
extratorrent.cc/.../%5B720p%5D+SexArt+-+Sandra+Luberec+(Cybersex
Aug 24, 2013 - Download torrent: Download [720p] SexArt - Sandra Luberec (Cybersex ... torrent Magnet link Bookmark Torrent: [720p] SexArt ...
www.playvid.com/watch/i0xYBmuJiwc
10:45 PM
2/26/2015
00:13
12:44 PM
2/9/2016
2/9/2016 12:44:51 PM

1 / 1

2/9/2016 12:45:32 PM

Be My Slave - d Meta Data - 02262015
File Edit View History Bookmarks Tools Help
The Official NIST US Time:
sexart Be My Slave - Googl...
https://www.google.com/?gws_rd=ssl#q=sexart+Be+My+Slave
Search
Google
sexart Be My Slave
Sign in
Web Videos Images News Shopping More Search tools
About 164,000 results (0.18 seconds)
SexArt - Be My Slave II - Pornhub.com
www.pornhub.com/view_video.php?viewkey=919512202
Watch SexArt - Be My Slave II. Pornhub is the ultimate xxx porn and sex site.
Dido and Frida Be My Slave SexArt, kakadu - PlayVid
www.playvid.com/watch/g7ihsgUTVyX
Sep 18, 2013 - Watch online Dido and Frida Be My Slave SexArt absolutely free, uploaded by kakadu - PlayVid.
Mango A & Tracy Lindsay - "Be My Slave II" :: SEXART Movie
www.sexart.com/model/mango-a-and-tracy.../BE_MY_SLAVE_II/
Apr 11, 2014 - Sexart director Alis Locanta begins "Be My Slave, Part Two" on a quiet, reflective note. Mango A, alone on a windy day, fondly remembers a ...
Aka Clover Be My Slave 2 Tracy Lindsay & Mango Sexart ...
spankbang.com/.../aka+clover+be+my+slave+2+tracy+lindsay+mango+se...
May 26, 2014 - Watch Aka Clover Be My Slave 2 Tracy Lindsay & Mango Sexart free HD porn video - 31 minutes - free adult movies.
SexArt 14 04 11 Mango A And Tracy Lindsay Be My Slave ...
musody.com/.../sexart-14-04-11-mango-a-and-tracy-l... Translate this page
24:54 SexArt 14 12 12 Amarna Miller And Silvie Luca B...1.4 GB; 26:43 SexArt 14 05 09 Iwia A And Tracy Lindsay Secretly1.5 GB; 24:12 VivThomas 14 01 11 ...
10:09 PM
2/26/2015
00:10
12:05 PM
2/9/2016
2/9/2016 12:05:15 PM

Senora and Jorge - Meta Data - 02272015
File Edit View History Bookmarks Tools Help
The Official NIST US Time:
sexart Senora and Jorge - G...
https://www.google.com/?gws_rd=ssl#q=sexart+Senora+and+Jorge
Search
Google
sexart Senora and Jorge
Sign in
Web Videos Images News Shopping More Search tools
About 4,320 results (0.22 seconds)
SexArt Senora and Jorge Silvie Deluxe Matt Ice, rawin
www.playvid.com/watch/zyFowLKln8o
May 4, 2014 - Watch online SexArt Senora and Jorge Silvie Deluxe Matt Ice absolutely free, uploaded by rawin - PlayVid.
Silvie Deluxe & Matt Ice - "Senora and Jorge" :: SEXART ...
www.sexart.com/model/silvie-deluxe-and.../SENORA_AND_JORGE/
May 21, 2013 - Senora and Jorge. It's a story nearly as old as the institution of marriage, and it has been the inspiration for everything from poems to plays, ...
SexArt.13.05.21.Silvie.Deluxe.Senora.And.Jorge.XXX ...
thepiratebay.se/torrent%2F8495761%2FSexArt.13.05.21.Silvie.Deluxe.S...
May 21, 2013 - Download
SexArt.13.05.21.Silvie.Deluxe.Senora.And.Jorge.XXX.1080p.MP4-KTR torrent or any other torrent from the Porn HD - Movies.
SexArt.13.05.21.Silvie.Deluxe.Senora.And.Jorge.XXX ...
extratorrent.cc/.../SexArt.13.05.21.Silvie.Deluxe.Senora.And.Jorge.XXX...
May 21, 2013 - Senora.And.Jorge Magnet link Bookmark Torrent:
SexArt.13.05.21.Silvie.Deluxe.Senora.And Send Torrent: SexArt.13.05.21.Silvie.Deluxe.
SexArt.13.05.21.Silvie.Deluxe.Senora.And.Jorge.XXX ...
www.playvid.com/watch/zyFowLKln8o
1:45 AM
2/27/2015
00:11
3:24 PM
2/10/2016
2/10/2016 3:24:15 PM

1 / 1

2/10/2016 3:24:49 PM

Book of Love - Meta Data - 02262015
The Official NIST US Time
sexart book of love - Googl...
https://www.google.com/?gws_rd=ssl#q=sexart+book+of+love
Google
sexart book of love
Sign in
Web
Videos
Images
Shopping
News
More
Search tools
About 330,000 results (0.39 seconds)
Victoria Blaze Thomas Lee Book of Love, Kanarius - PlayVid
www.playvid.com/watch/-XUczyUSK0d
Victoria Blaze & Thomas Lee - "Book of Love" :: SEXART ...
www.sexart.com/model/victoria-blaze-and...lee/.../BOOK_OF_LOVE/
SexArt - Book of Love - Victoria Blaze [1080p].mp4 torrent ...
SexArt - Victoria Blaze - Book of Love Torrent Download
Sex Art - Victoria Blaze (Book of Love) - Search Torrents
10:27 PM
2/26/2015
00:15
12:09 PM
2/9/2016
2/9/2016 12:09:22 PM

2/9/2016 12:09:58 PM

1 / 1

