UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

      Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
*and John Does 1-20,*

      Defendants.
_____/

### AMENDED RE-NOTICE OF TAKING DEPOSITION OF CORPORATE REPRESENTATIVE DUCES TECUM PURSUANT TO F.R.C.P. 30(b)(6)
*(Supersedes Notice of January 4, 2016)*

**PLEASE TAKE NOTICE** that the undersigned will take the video deposition of:

| | |
|---|---|
| **DEPONENT:** | **Corporate Representative of: Sun Social Media, Inc. to be deposed on the issues contained within the attached Exhibit "A".** |
| **DATE:** | **Monday, January 18, 2016** |
| **TIME:** | **10:00am** |
| **PLACE:** | **Bryn & Associates, P.A. One Biscayne Tower, 2 South Biscayne Blvd., #2680 Miami, Florida 33131** |

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

1 of 5

Upon oral examination before **UNIVERSAL COURT REPORTING**, or any other Notary Public or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed.

The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court, Rules 1.280, 1.310, 1.350, 1.360, 1.380 and 1.410.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of January, 2016 we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brady J. Cobb, Esq.; Valentin Gurvits, Esq.; and Matthew Shayefar, Esq.

Respectfully submitted,

BeharBehar
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: AB@BeharBehar.com

By: /s/*Aaron Behar, Esq.*
Aaron Behar, Esq.
Florida Bar No.: 166286
/s/*Jaclyn Behar, Esq.*
Jaclyn Behar, Esq.
Florida Bar No.: 63833
***Counsel for Plaintiff***

\

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

2 of 5

And:   */s/Spencer D. Freeman, Esq.*
Spencer D. Freeman, Esq.
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
E-mail: sfreeman@freemanlawfirm.org
***Counsel forPlaintiff (Pro Hac Vice)***

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

3 of 5

# EXHBIIT "A"

1. Pertaining to videos uploaded on Playvid.com, feedvid.com, playvids.com and peekvids.com, the specific information collected from the uploader and the manner, location, and parameters that the information is stored and maintained.

2. Pertaining to videos uploaded on Playvid.com, feedvid.com, playvids.com and peekvids.com, the entire process that a potential uploader must go through in order to upload a video on the web site(s).

3. Pertaining to videos uploaded on Playvid.com, feedvid.com, playvids.com and peekvids.com, all software used to complete the process of receiving the upload through public display on the web sites.

4. Pertaining to videos uploaded on Playvid.com, feedvid.com, playvids.com and peekvids.com, the process for a video to be reviewed by Sun Social Media, or any agent therefore, before being displayed on the web site(s).

5. Pertaining to videos uploaded on Playvid.com, feedvid.com, playvids.com and peekvids.com, all software used to keep track of videos posted by each user, the full functionality of the software, who authored the software, when the software was first utilized by Sun Social Media on the web sites.

6. All persons and processes involved in implementing repeat infringer policy, including but not limited to who reviews take down notices to determine whether discipline necessary, who determines discipline, who implements discipline, the procedure for implementing discipline, and if the discipline is implemented electronically the software used to implement the discipline and all data associated with the implementation of the discipline.

7. Identification of independent contractors used by Sun Social Media, Inc. for any tasks on Playvid.com, feedvid.com, playvids.com and peekvids.com.

8. Identification of programmers utilized by Sun Social Media, Inc. for any aspect of Playvid.com, feedvid.com, playvids.com and peekvids.com.

9. All persons and processes involved in receipt of take down notices and responding to take down notices.

10. Identification of all owners and/or shareholders of Sun Social Media, Inc. both current and from inception of the company, including names, roles, and current contact information.

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

4 of 5

11. Identification of all debt incurred by Sun Social Media, Inc., both current and from the inception of the company, including to whom the debt is owed, for what the debt was incurred, and the terms of the debt.

12. Identification of advertisers for Playvid.com, feedvid.com, playvids.com and peekvids.com, including the contractual obligations of Sun Social Media, Inc. and the advertisers.

13. All allegations in Plaintiff's Complaint.

14. All defenses raised in response to Plaintiff's Complaint.

15. The factual basis for the parts of Plaintiff's Complaint that Sun Social Media, Inc. denies.

16. The factual basis for each affirmative defense that Sun Social Media, Inc. intends to/has assert(ed).

17. The factual basis for all of Sun Social Media, Inc.'s responses and objections to Plaintiff's Interrogatories.

BeharBehar ◆ 1840 North Commerce Parkway ◆ Suite One ◆ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

5 of 5