**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART,<br><br>    Plaintiff,<br><br>v.<br><br>CONSTANTIN LUCHIAN, an individual, KONSTANTIN BOLOTIN, an individual, SUN SOCIAL MEDIA, INC., a corporation, individually and d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM; FEEDVID.COM; PLAYVIDS.COM; PEEKVIDS.COM; and John Does 1-20,<br><br>    Defendants. | Case No.<br>1:15-cv-22134-UU |

### Declaration of Brady J. Cobb

I, Brady J. Cobb, do declare and state as follows:

1. I am attorney licensed to practice law in the State of Florida. I am counsel for the Defendants in the above captioned matter. I have personal knowledge of the facts stated herein. If called upon to do so, I could and would testify to the truth hereof.

2. Prior to appearing at the mediation in the above captioned case, Attorney Valentin Gurvits consulted with me in coming to his conclusion that there was no prohibition on his appearing on behalf of the Defendants in the mediation.

1

3. The only reason that I did not attend the mediation was in order to conserve Defendants' legal costs – a major concern given that Plaintiff's sole strategy in this case is to bully Defendants into submission with high litigation costs.

4. Had the Plaintiff objected to my absence at any time during the mediation, I could have been at the mediation in Miami within an hour.

Signed under the pains and penalties of perjury, this 19th day of February, 2016.

_____
Brady J. Cobb, Esq.