UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART,<br><br>    Plaintiff,<br><br>v.<br><br>CONSTANTIN LUCHIAN, an individual, KONSTANTIN BOLOTIN, an individual, SUN SOCIAL MEDIA, INC., a corporation, individually and d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM; FEEDVID.COM; PLAYVIDS.COM; PEEKVIDS.COM; and John Does 1-20,<br><br>    Defendants. | **Case No.**<br>**1:15-cv-22134-UU** |

**DEFENDANTS' MOTION TO CONSOLIDATE THE HEARING FOR PLANTIFF'S MOTION FOR SANCTIONS AGAINST VALENTIN GURVITS WITH THE HEARINGS FOR PLAINTIFF'S OTHER MOTIONS PRESENTLY SCHEDULED FOR FEBRUARY 23, 2016.**

This Honorable Court has scheduled a hearing at 1:00 pm on February 23, 2016 to address [65] Plaintiff's Motion for Protective Order, [70] Plaintiff's MOTION for Sanctions and [71] Plaintiff's MOTION to Compel.

Defendants hereby move this Honorable Court to also address [69] Plaintiff's MOTION for Sanctions Against Valentin Gurvits during the same hearing at 1:00 pm on February 23, 2016.

As reasons therefore, Defendants state that all four of the above-referenced Plaintiff's Motions arise from the same set of facts and circumstances. It would therefore aid judicial

1

economy and efficiency for this Honorable Court to address all four Motions at the same time. Furthermore, Plaintiff will not be prejudiced by the granting of this motion.

### Certification of 7.1 Conference

Counsel for Defendants has conferred with counsel for Plaintiff and represents that counsel for Plaintiff did not consent the relief requested herein.

/s/ Brady J. Cobb
Brady J. Cobb, Esquire

**Respectfully submitted:**

/s/ Brady J. Cobb
Brady J. Cobb, Esquire
Florida Bar No. 031018
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile (954) 900-5507
bcobb@cobbeddy.com

*Attorney for Defendants
Constantin Luchian,
Konstantin Bolotin and
Sun Social Media Inc.*

Dated: February 19, 2016

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below this 19th day of February, 2016.

/s/ Brady J. Cobb
Brady J. Cobb

## SERVICE LIST

Aaron Behar, Esquire
Jaclyn Behar, Esquire
BEHARBEHAR
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
AB@BeharBehar.com
JB@BeharBehar.com

Spencer D. Freeman
Freeman Law Firm, Inc.
1107 1/2 Tacoma Avenue South
Tacoma, Washington 98402
Telephone: (206) 516-3800
Facsimile: (206) 516-3888
sfreeman@freemanlawfirm.org