# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO. 15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

Plaintiff,
vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
Sun Social Media, INC., a corporation,
individually and d/b/a Playvid.com,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; Playvid.com;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and; and John Does 1-20,

Defendants.
_________________________/

CORRECTED TRANSCRIPT AS TO TIME STAMP ONLY

VOLUME I

VIDEOTAPED DEPOSITION OF KONSTANTIN BOLOTIN

TAKEN ON BEHALF OF THE PLAINTIFF

JANUARY 18, 2016
10:01 A.M. TO 6:24 P.M.

BRYN & ASSOCIATES, P.A.
2 SOUTH BISCAYNE BLVD.
SUITE 2680
MIAMI, FLORIDA 33131

REPORTED BY:
MELISSA KALLAS
NOTARY PUBLIC, STATE OF FLORIDA



APPEARANCES OF COUNSEL

ON BEHALF OF THE PLAINTIFFS:

AARON BEHAR, ESQUIRE
BEHAR BEHAR
1840 NORTH COMMERCE PARKWAY
SUITE ONE
WESTON, FLORIDA 33326
TELEPHONE: (954) 688-7642
AB@BEHARBEHAR.COM

SPENCER D. FREEMAN, ESQ.
FREEMAN LAW FIRM, INC.
1107 1/2 TACOMA AVENUE SOUTH
TACOMA, WA 98402
TELEPHONE: (253) 383-4500
E-MAIL: SFREEMAN@FREEMANLAWFIRM.ORG

ON BEHALF OF THE DEFENDANTS:

BRADY COBB, ESQUIRE
COBB EDDY, PLLC
642 NORTHEAST THIRD AVENUE
FT. LAUDERDALE, FLORIDA 33304
954.527.4111
BCOBB@COBBEDDY.COM

ALSO PRESENT:

CONSTANTIN LUCHIAN, DEFENDANT.

INDEX OF EXAMINATION

WITNESS: KONSTANTIN BOLOTIN

| | PAGE |
|---|---|
| DIRECT EXAMINATION BY By MR. SPENCER FREEMAN, Esquire | 5 |

INDEX OF EXHIBITS

| EXHIBITS | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Exhibit A | 16 |
| 2 | Form | 45 |
| 3 | Wikipedia Page | 56 |
| 4 | Reddit Page | 56 |
| 5 | Amended Claim of Infringement | 203 |
| 6 | DMCA Notice from PlayVid | 205 |

Instruction not to answer on Pages 24, 88, and 89.

VOLUME I

VIDEOTAPED DEPOSITION OF KONSTANTIN BOLOTIN

JANUARY 18, 2016

Thereupon,

KONSTANTIN BOLOTIN,

was called as a witness and having been first duly sworn, was examined and testified as follows:

DIRECT EXAMINATION

BY MR. FREEMAN:

**Q. Can you state your name and spell it for the record.**

A. Konstantin, Well -- not C, K first.

**Q. Spell your last name?**

A. B-O-L-O-T-I-N.

MR. COBB: Speak up as much as you can, for our court report I remember. She has to type it all.

BY MR. FREEMAN:

**Q. Okay. Mr. Bolotin, my name is Spencer Freeman. I represent the Plaintiffs in this lawsuit. You and I have not met. I'm going to go over a couple of ground rules. I'm sure your attorney who is present here has gone over some of these Rules with you, but I'm going to make sure that you and I are on the same page and understand some of the ground rules for the**

**deposition. Okay?**
A. Okay.
**Q. Have you ever had your deposition taken before?**
A. No.
**Q. Have you ever been involved in a lawsuit before?**
A. No.
**Q. Now during the deposition you may hear your attorney object, you still need to answer the question, unless your attorney specifically told you not to answer. Do you understand that?**
A. Yes.
**Q. And we have a court reporter here, which means, she's taking down everything that I say and everything that you say. One of common human nature is to interrupt each other, so it's important that I not interrupt your answer. And it's also important that you not interrupt my question. Let me finish my question before you answer. Is that fair?**
A. Yes.
**Q. It's also human nature to give "yes" and "no" answers with a "uh-huh" or "um-huh" type of remark, it doesn't translate well onto paper. So if it's a "yes" or "no" answer, I would like you to say "yes" or "no."**

**Do you understand?**
A. Yes.
**Q. If there's a question that I don't -- that you don't understand from me, if I haven't made something clear, I would appreciate if you tell me that don't understand and ask me to reask the question. Is that fair?**
A. Yes.
**Q. If you're going to speculate about an answer, I would ask you to tell me that that's what you're doing. Okay?**
A. Okay.
**Q. Do you know the difference between guessing and speculation?**
A. Not really.
**Q. So, if I asked you to give me the measurements of the table in this conference room, you could probably speculate about that; is that fair?**
A. No.
**Q. You've -- you've measured things before, you can kind of --**
A. Because I've not measured this table.
**Q. Okay.**
A. So I can't say -- I can't say exactly yes. So, because, like I said, I didn't measure this table.

**Q. Okay.**
A. I will --
**Q. You can estimate, though, you can give me an estimate, you think, of this table?**
A. Only visual estimate.
**Q. Fair enough. But if I asked you to do the same thing in the conference room in my office, you couldn't do that?**
A. In your office?
**Q. Right?**
A. No, I've not seen your office.
**Q. Right. You've never seen it?**
A. No.
**Q. You would be completely guessing?**
A. Yes.
**Q. Okay. I don't want you to guess on anything.**
A. No.
**Q. Okay. But if you're going to estimate or speculate, I want you to tell me that's what you're doing?**
A. Yes.
**Q. Okay. Where are you from?**
A. Originally?
**Q. Yes.**
A. Kazakhstan.

**Q. Okay. And how long have you been in the United States?**
A. Since 2008.
**Q. 2008.**
**Are you a U.S. citizen?**
A. No.
**Q. What's your status here?**
A. Green card.
**Q. And how long have you had a green card?**
A. Since 2012.
**Q. 2012.**
**Did you go straight from Kazakhstan to the United States in 2008?**
A. Yes.
**Q. Where did you come to when you came to the United States in 2008?**
A. Miami.
**Q. Have you been in -- lived in Miami the whole time?**
A. Yes.
**Q. Where do you live?**
A. Now?
**Q. Yes.**
A. In Aventura.
**Q. Aventura?**

A. Um-huh.
**Q. And what's your address?**
A. 20225 Northeast 34th Court, Apartment 2514, Aventura.
**Q. And was that --**
A. Aventura.
**Q. How long have you been there?**
A. Since 2009.
**Q. 2009.**
**Who do you live with?**
A. I'm sorry?
**Q. Who do you live with?**
A. With my family.
**Q. Your family.**
**Are you married?**
A. Yes.
**Q. Do you have kids?**
A. Yes.
**Q. How old are your kids?**
A. Four and two.
**Q. How long have you been married?**
A. Since 2005.
**Q. Your wife come here with you in 2008?**
A. Yes.
**Q. Why did you come to the United States?**

A. I'm not going to answer this question. It's not related to the case. It's not related to the case.
**Q. That's not for you to decide. I asked you a question, you need to answer the question.**
A. I'm not going to answer this question.
**Q. Why?**
A. Because it's not related to the case at all. How is it related to the case?
**Q. So, in due respect, sir, I understand your statement, but that's not a decision for you to make. You need to answer the question. It's a simple question. Why did you come to the United States?**
A. I'm not going to answer this question.
**Q. Okay.**
A. Because, like I said, it's not related to the case.
**Q. That's not a decision that you get to make, sir. That's a decision the Judge gets to make, whether or not --**
A. Then the Judge will decide, then I will definitely answer this question. But I'm not going to answer it.
**Q. So you're telling me that I need to go to the Judge and get an order from the Judge --**
A. Yes.

**Q. -- to answer the question?**
A. Of course, because it's personal.
**Q. You understand that there could be sanctions against you to force me to do that?**
A. Yes.
**Q. Do you have a criminal record?**
A. No.
**Q. Have you ever been arrested?**
A. No.
**Q. How old were you -- what's your date of birth?**
A. August, 18 1985.
**Q. August 18, 1995?**
A. 1985.
**Q. '85.**
**And how old were you here when you came to the United States?**
A. I'm sorry?
**Q. How old were you when you came to the United States?**
A. I can't remember. I have to calculate.
**Q. Do the math.**
A. Yeah.
**Q. About 23 years old?**
A. Probably, not sure.
**Q. What's your education?**

A. College degree.
**Q. From?**
A. Kazakhstan.
**Q. What year did you graduate from college?**
A. When?
**Q. Yes. What year?**
A. I'm not remember. I don't remember that.
**Q. What degree? You said college degree, what did you study?**
A. Yes, three-and-a-half year. Three-and-a-half-year.
**Q. What did you receive?**
A. IT manager.
**Q. You have a college degree in IT --**
A. Yes.
**Q. -- management?**
A. Yes.
**Q. Would it be equivalent to a bachelors of arts or bachelors of science here in the United States?**
A. Not really. I'm not too sure, because I'm not sure what equivalent or not with the United States university, or the equivalent of the United States. I never, you know, try to get that information. I understand the question very clear, you know, so I don't want to confuse you.



**Q. When you were in Kazakhstan, did you work?**
A. Yes, I did.
**Q. What type of job?**
A. IT.
**Q. And when you say "IT," it can mean a lot of things?**
A. Okay. Doing the websites, software, software engineering.
**Q. And you came to the United States, did you work?**
A. Yes.
**Q. When did you first start working in the United States?**
A. 2009, I believe, but it's not 100 percent.
**Q. All right. That's fair.**
**And what was your first job in the United States?**
A. A very good job.
**Q. A very good job, is that what you said? What was it?**
A. Director.
**Q. Director of?**
A. Operations.
**Q. For what company?**
A. Webzilla.

**Q. Your first job in the United States was director of operations at Webzilla?**
A. Yes.
**Q. And you started that had in about 2009?**
A. Probably, yes, I can't say exact.
**Q. Approximately?**
A. Approximately, yes.
**Q. Fair enough.**
**And how long were you director of operations for Webzilla?**
A. Until 2013, I believe. It's not 100 percent accurate, too.
**Q. Fair enough.**
**And in 2013, why did you stop working as a director of operations for Webzilla?**
A. Doing my business.
**Q. Your own business. And what's your own business?**
A. Sun Social Media.
**Q. How did you get your job, your job at Webzilla?**
A. I don't remember.
**Q. You don't remember if you sent in an application or resume?**
A. I didn't send anything.

**Q. You didn't do what?**
A. I didn't send anything to Webzilla or any application or anything. I just send the passport when I was recruited.
**Q. Who hired you?**
A. You mean the person?
**Q. Yes, yes.**
A. Alexy Goubarev.
**Q. And did you know him from before or did you meet him --**
A. No, never.
**Q. Okay. So you've been appointed by Sun Social Media as the corporate rep for today's deposition; is that right?**
A. Yes.
MR. FREEMAN: Is that the right one?
MR. COBB: That's 17 topics. There were 17 topics. There were so many. The most recent one I think was 17, because 11 wasn't enough, we had to bump it up.
THE WITNESS: This is right?
(Plaintiff's Exhibit No. 1, EXHIBIT A, was Marked for identification.)
BY MR. FREEMAN:
**Q. Have you seen this document before? You've been handed what's been marked as Exhibit No. 1 for purpose of identification to the deposition.**

A. Yes.
**Q. Have you seen that document before?**
A. Yes.
**Q. Have you gone through the Exhibit A of that document?**
A. Yes.
**Q. And there's -- if I can see it real quick?**
A. (Handing.)
**Q. Okay. And you've been appointed by Sun Social Media as the person knowledgeable on each of these topics; is that right?**
A. Yes.
**Q. And you're prepared to answer on behalf of the corporation on each of these topics today?**
A. Yes.
**Q. What sort of -- without discussing any conversations that you had with your attorneys, what have you done to prepare for today's testimony?**
A. With who?
**Q. No. What have you done? I don't want, you know, conversations with Mr. Cobb or any of the other attorneys, I don't want -- I don't -- don't tell me any of that.**



A. Um-huh.
**Q. But have you reviewed any documents, have you talked to anybody other than your attorneys?**
A. Yes.
**Q. Okay. So what documents have you reviewed?**
A. My sequel documents, database documents. I mean, database system. Our sequel in our system. Then, our software code.
**Q. When you say "our," you mean Sun Social Media's software code?**
A. Yes.
**Q. Okay.**
A. And go through the Interrogatories, as well, and Plaintiff's Complaint, I mean, your complaint.
**Q. All right, so you have reviewed Sun Social Media's MySQL database? Sun Social Media --**
A. Yes.
**Q. Sun Social Media software code?**
A. Yes.
**Q. Interrogatories in this case?**
A. Yes.
**Q. And the Complaint in this case?**
A. Yes.
**Q. Anything else that you can recall reviewing in preparation for today?**

A. Response, our response to you and the Plaintiff's company.
**Q. If you -- during this deposition, if you recall other documents that you've reviewed in preparation for today, if you would please tell me.**
A. I don't understand the question.
**Q. If during my questioning of you, you're reminded of other documents that you reviewed in preparation for today, please tell me that you -- of them.**
A. No, nothing more.
**Q. Okay.**
**Other than your attorneys, who did you speak with today in preparation?**
A. Brady.
**Q. Other -- I don't want to hear any conversations about lawyers.**
MR. COBB: No lawyers.
THE WITNESS: With Constantin.
BY MR. FREEMAN:
**Q. Luchian?**
A. Luchian.
**Q. Luchian.**
**Anyone else?**
A. No, that's all.

**Q. Okay. You said you left --**
A. One more thing.
**Q. Sure.**
A. I'm not spoke any details with my wife, but I said I'm going to the deposition for this case. Just in case, I spoke with my wife about the deposition that I'm going to.
**Q. I'm not 100 percent familiar with the marital protections in Florida, but I'm not asking you questions --**
A. Okay.
**Q. -- about conversations about your wife in Washington. She's absolutely protected. And I'm going to presume there's parallel --**
A. I try to be honest with my wife. Today is not working day. Where are you going?
**Q. The old deposition excuse, again?**
**You can't reach, me, either, because I'll be in a deposition.**
**You left Webzilla in, I think you said in 2013 to Sun Social Media. Did you start Sun Social Media in 2013, or was it already in existence?**
A. It was already in existence.
**Q. Can you explain your -- the beginning of your involvement with Sun Social Media in 2013?**

A. I worked for Sun Social Media half and half. I mean, I worked at the same time at Webzilla and I run Sun Social Media, as well, since the same time, since 2010.
**Q. Since 2010, you'd split your time between the two?**
A. Probably, yes. I can't remember exact day we opened Sun Social Media, but it was probably 2010.
**Q. Were you involved in the initial opening of Sun Social Media then?**
A. I was involved.
**Q. And what was your involvement?**
A. I opened the company.
**Q. In approximately 2010?**
A. Yes. May.
**Q. In May?**
A. Yes. That question will be in Exhibit A, actually. In the folders.
**Q. Right.**
A. Let's move forward.
**Q. I may or may not follow the same order of that. Okay.**
A. Okay.
MR. COBB: He may bounce around and he can bounce around.



BY MR. FREEMAN:
**Q. You don't never know what's going to go on in my head. Just go with it.**
A. Okay. All right. Just ask me questions.
**Q. Yeah, yeah.**
**So the purpose of Sun Social Media when it was first opened, what was its purpose?**
A. The purpose of Sun Social Media, their website findandtry.com, it's a dating site.
**Q. Is findandtry.com still active today?**
A. Yes. Not -- I mean, not so much advertise this site, because the business is not going well on that part.
**Q. Okay.**
A. But it's still, you know, it's still open for the public.
**Q. At the initial opening of Sun Social Media, findandtry was its -- was its sole aspect of the business?**
A. Yes.
**Q. At some point in time, Sun Social Media moved over into tube sites?**
A. Sun Social Media opened a tube site after the -- 2013, I believe.
**Q. Had you made your transfer -- transfer to Sun**

**Social Media full-time by that -- at that point?**
A. From Sun Social Media to.
**Q. I'll -- I'll reask the question. I think it's -- you said in 2013, you left your duties as director of operations at Webzilla?**
A. Oh, yeah, Webzilla. I left Webzilla and then I started working on full-time, you know, with the Sun Social. I was more focused on the Sun Social Media.
**Q. When you did that move, had Sun Social Media started any tube sites yet?**
A. When -- when I moved?
**Q. Yeah, at the point that you moved, had the tube sites been opened by Sun Social Media yet?**
A. I don't remember when we opened the tube site.
**Q. Okay.**
A. I mean, it's not the tube site, it's video hosting.
**Q. Okay. So rather than calling it a tube site, you call it video hosting?**
A. Yes.
**Q. Sun Social Media first got into video hosting in 2013, approximately; is that correct?**
A. Probably, yes, but I can't say exact date.
**Q. Are you one of the owners of Sun Social Media today?**

A. Yes.
**Q. Is there other -- any other there owners besides you?**
A. No.
**Q. Do you own a hundred --**
MR. COBB: I want to put on objection on the record. I don't think there's a sufficient predicate laid, based on the court's order and motion to compel. If I recall, the court stated that you could ask questions of ownership, if you could first establish that ownership was involved in the alleged infringing activity. I don't think there's been any predicate laid. Without that, I'm going to instruct him not to answer the question.
MR. FREEMAN: Fair enough.
THE WITNESS: I'm the only one, one owner of Sun Social, no other shareholders with Sun Social.
BY MR. FREEMAN:
**Q. You own 100 percent of the stock?**
A. Yes.
**Q. Back in, starting in about 2010, when you split your time between your duties as director of operations at Webzilla and Sun Social Media, were you also then the sole owner of a hundred percent of the stock?**

A. Yes.
**Q. Has anybody --**
A. No.
**Q. -- since the -- since the inception of -- to your knowledge, since the inception Sun Social Media, has anybody owned any stock besides yourself?**
A. No.
**Q. Okay. So the video hosting for Sun Social Media, started -- which started in approximately 2013, what was the first video hosting site?**
A. What was? PlayVid.com.
**Q. PlayVid?**
A. Yes. PlayVid.com.
**Q. And today, how many video hosting sites are owned by Sun Social Media?**
A. May I count?
**Q. Yes.**
A. FeedVid.com. F-E-E-D-V-I-D.com. Then PlayVid.
THE REPORTER: It will probably be helpful if you spell the websites for me.
BY MR. FREEMAN:
**Q. Yes, just so we have that in our records.**
A. Okay.
**Q. So PlayVid.**

A. Sure. No problem. P-L-A-Y-V-I-D.com. P-L-A-Y-V-I-D-S.com. It's a mirror of the site, so it's the same site. Then P-E-E-K-V-I-D-S.com. What else? That's all, probably.

**Q. For video hosting sites?**

A. For video hosting sites.

**Q. The dating site Findandtry --**

A. Findandtry.

**Q. -- is still owned?**

**Any other websites that are owned or operated by --**

A. Sunsocialmedia.com. Sunsocialmedia.com.

**Q. And I know that you are thus far doing an accurate job anticipating my question, but I'm going to remind you to let me finish the question.**

A. I'm sorry.

**Q. No, it's just human nature, I get it. But later when we go back and read it, it makes it very difficult, and in addition, it's really hard on her. That's probably the most important thing, is she's trying to listen to both of us, so...**

A. Okay.

**Q. Okay. So Sun Social Media, what type of site is that?**

A. Sunsocialmedia.com is the corporate website.

**Q. What's your current role at Sun Social Media?**

A. Director of operations.

**Q. Does Sun Social Media --**

A. And owner.

**Q. Does Sun Social Media have any employees?**

A. No. Independent contractors only.

**Q. What roles at Sun Social Media are fulfilled by independent contractors?**

A. Different.

**Q. Sun Social Media is incorporated with the State of -- State of Florida; is that right?**

A. No.

**Q. It's not incorporated?**

A. It's not incorporated in Florida.

**Q. It's incorporated in Delaware?**

A. In Delaware. It's a Delaware corporation.

**Q. Delaware corporation, my apologies.**

**Is there a president?**

A. Me.

**Q. You're the president?**

A. I am the president.

**Q. Is there a vice-president?**

A. There is no vice-president. I don't -- I'm not sure 100 percent what's in the corporate document, once the title comes, it's called, because it's state to

state it's different. Here in Florida, for example, LLC, it's a manager or something like that. In a C corporation, it's a president and a vice-president. I'm not sure how they call it in Delaware, probably president. In a corporation, that is.

**Q. Okay. Do you have a treasurer?**

A. No.

**Q. How about a secretary?**

A. I -- I can't answer this question, because I'm not the corporate, you know. I'm not involved in this renewals and corporate things, like, I mean -- there is no, probably.

**Q. Okay.**

**Fair to say that you're not specifically, personally involved in maintaining corporate records?**

A. Corporate records, yes, because we do have incorporate now, renewals, and every year renewals and all of that stuff. To make, you know --

**Q. The company name incorporated now maintains your corporate records on behalf of Sun Social Media?**

A. Yes. They actually incorporated, probably. I can't tell you 100 percent, you know, accurate how it works. But you know, we pay in corporate now, you know, every year renewal fees and all that stuff.

**Q. Do you receive a salary as director of Sun**

**Social Media?**

A. No.

**Q. Do you receive compensation? Payroll at Sun Social Media?**

A. There's no payroll or anything like that. Just some -- some compensation, yes.

**Q. And how is that compensation calculated?**

A. It's -- it depends month to month, how much money the company is making, you know, has made for the previous month. But for the last years, it's not so good.

**Q. Fair to say it is the -- your compensation is what's left over after business expenses are paid?**

A. Of course.

**Q. Okay.**

A. I mean, my compensation is a business expense, too, from bookkeeping --

**Q. Right.**

A. But then try to, you know, first paid out all expenses at Sun Social Media. And then I will try to see how much I can get from Sun Social Media for compensation for my job.

**Q. Are you working anywhere else?**

A. No.

**Q. Do you get any compensation for job duties**

**anywhere else?**
A. No. No.
**Q. Your sole source of revenue in your life is Sun Social Media?**
A. Yes.
**Q. How does Sun Social Media make its money?**
A. How Sun Social Media making money, advertisers. And we do video hosting sites.
**Q. Does it earn any revenue from the Findandtry website?**
A. No.
**Q. That's another thing, you did say "no," but a lot of times people shake and their heads, "yes" or "no," again, just, I need a response.**
A. No.
**Q. Is there any revenue generated from the social media dot com website?**
A. Findandtry did some revenue, but it's so little. It had more losses than revenue, didn't profit. Sunsocialmedia.com, is not doing nothing for that, getting revenue or profit for social media.
**Q. How is revenue generated through the Findandtry website?**
A. Findandtry, originally, the scheme was changed -- I mean, what kind of -- it's different, how we can

get money. First of all, that was a premium subscription from the users. So it's not free, you can register, but premium memberships, you have to pay. Then, we experiment with the Google, we put the Google advertised into add-words.
**Q. And with the add-words, you didn't -- it wasn't a premium membership site anymore?**
A. No. And also, we have -- Apple up in the app store, so it's also in our purchase.
**Q. How much was the app in the app store?**
A. I can't say exactly.
**Q. Can you give me, like a dollar, $2, $20, give me an approximate?**
A. That was a subscription, approximately, a maximum $30, in that range. From $1 to, it depends on how long the period of the membership.
**Q. Today, Findandtry is not a membership website or it is?**
A. I can't answer it, this question, exactly, because I'm not too sure. Like I said, it's not so profitable, not focused on this site. As far as I remember, it's not. But app, probably, still has the ability to charge users, because this old version. And from the while ago we submit the app, it's still there. So, we did not update the application, so we can

probably charge users. Yes, I can, no.
**Q. You're not actively marketing it as a premium membership website?**
A. What do you mean? Rephrase please.
**Q. Fair enough. I just want to make sure I'm understanding what you're saying.**
**The -- there's still an application that can be purchased through the app store --**
A. Yes.
**Q. -- that would be a subscription based application?**
A. It's -- the app itself is free, but you can -- you can download the app on your phone and then you can purchase the subscription base, yes.
**Q. And that's still functioning?**
A. Probably, yes, because I didn't check what's the status with the Apple store with this stuff.
MR. FREEMAN: Anybody getting a call they need to take?
BY MR. FREEMAN:
**Q. All right. You're not actively promoting it at this point?**
A. No.
**Q. Or even, it sounds, monitoring it closely?**
A. It's not monitoring closely, it's not -- you

know, we're not promoting anymore, the Findandtry, so... we're planning to close this website.
**Q. Okay.**
**Did you ever have advertisers on the Findandtry website?**
A. Only Google.
**Q. Only Google.**
A. Yeah. Only Google.
**Q. Okay. The first video hosting site that was started through Sun Social Media was PlayVid.com; is that right?**
A. Yes.
**Q. And do you recall, approximately, when in 2003 that was started?**
A. 2013.
**Q. I'm sorry, 2013.**
A. I don't remember when, probably the beginning of the year. Maybe we start -- it's very -- maybe we release it in late 2012, but did not promote. In 2013, we start to promote.
**Q. Okay.**
**Who was involved in the creation of the website PlayVid.com?**
A. Me, and programers, designers, and the technical team.



**Q. How many people were on your technical team?**
A. Right now?
**Q. No, I want at the beginning when this started.**
A. I can't say exactly, but about 40.
**Q. 40?**
A. Yeah. I mean, it's ongoing. You know, some people come, some people, in and out, so...
**Q. Can you give me an understanding of the creation of PlayVid.com, kind of start to finish?**
A. I don't understand the question, please rephrase.
**Q. The -- is it fair to say that the concept of PlayVid.com was thought of by somebody, was that you, you thought of the idea first?**
A. Yes.
**Q. And then, once you came up with the idea, what steps were taken to make the website a reality?**
A. It's more technical steps. I started doing the mockups, logic, and all those things. Then programers, then designers, the design, and then programers do the code, you know, did the code. It's usual workflow to build a website.
BY MR. FREEMAN:
**Q. So, Mr. Bolotin, what -- what may seem rather like run of the mill, average creation of a website to**

**you, imagine that I don't know anything about it. Okay?**
A. Okay.
**Q. I'm going through -- I want -- I don't need to know specifically the exact code that was written, but I need to know conceptually what steps were taken. Now the first thing mentioned was that you created the logics, I think you said?**
A. Originally, when the idea is come, to create web hosting -- video hosting site, I did the work -- I did the workflow process.
How the functions work, what functions will be -- functionality, pretty much. Then I did mockups, mockups is.
**Q. Can you spell that for me?**
A. Mockups, M-O-C-K-U-P-S.
**Q. Mockups.**
A. I'm sorry for my English.
**Q. Don't be sorry for your English, you do -- you do very well. Sometimes I have a hard -- it's me. Sometimes I have a hard time deciphering accents. Mockups, mockups, got it.**
A. So I did -- it's pretty much, how the site will be, you know. Then designer to do mockups, made the design, visual, you know, more beautiful for the people. Then programers, did the code for the -- for

the design, pd files.
**Q. So the programers put into function of what you imagined in your workflow process and put into function those things that were designed by the design crew?**
A. Yes.
**Q. Okay.**
**So fair to say that the website yourself is your creation from your workflow process?**
A. Yes.
**Q. What was the intention of the website, when you sat down and said -- started doing the workflow, what was the intention of the website?**
A. Can you rephrase the question?
**Q. Maybe, I'll try.**
A. Please.
**Q. Would -- it was your intention to create a website that hosted other videos, was that your intention?**
A. Users videos, yes.
**Q. That -- so the intention of Sun Social Media was solely to present a space for users to post videos?**
A. Pretty much the idea was first, when we see, on the Findandtry, you know, needs for the users, they want to share videos. They want to upload their own

videos, because it's a dating website. And the people want to show up, not only on the photos, you know, they also want to upload the videos. That was my first idea, why do I need the video hosting. So -- and I start building the -- you know, improve the idea in my brain, then. That was first idea.
Originally, PlayVid was the idea for videos for Findandtry, like YouTube and Google plus. So I was I was, you know, good idea to build something similar.
(Discussion held off the record.)
BY MR. FREEMAN:
**Q. Okay. So PlayVid stemmed from what you perceived to be a desire from your Findandtry members; is that right?**
A. Yes. But it's not exactly, but what was happened after, you know. So it never implemented -- I mean, it never merged with and not integrated with the Findandtry. So -- because it was more -- it was more difficult to do this, this integration with the users and all that stuff.
**Q. Okay.**
A. And we didn't -- we didn't, you know, complete this idea.
**Q. Okay.**
A. 100 percent.

**Q. When you initially had conceptualized PlayVid as fulfilling the desire of the Findandtry members, had you intended to make money from PlayVid to monetize it?**
A. No.
**Q. When did the intention to monetize PlayVid.com come in?**
A. I can't say. I can't remember to be honest with you.
**Q. When did PlayVid.com first start generating revenue, not profits, but revenue?**
A. I can't say exactly when, but in 2013, in the middle of the year, maybe in July, August, so, we launch website beginning of the year. It start growing, but we didn't do any money from that time -- for that time. And then, when we start realizing that we are getting more debts, we have to put advertisement.
**Q. I'm sorry, you said when you realized what you needed to?**
A. When we started getting a lot of debts, because it's expensive to maintain.
**Q. A lot of debts?**
A. Yes. A lot of debts, like, you have to pay every month for the hosting, because it's very expensive to host. It's then -- it's not free.
**Q. How did you go about -- at this point in time,**

**was this -- were you the sole person of Sun Social Media? Other than -- I mean, I understand you had a design team, but were you the sole person running and operating --**
A. Yes.
**Q. -- Sun Social Media?**
A. Yes.
**Q. How did you go about locating advertisers for the website?**
A. We got e-mails from the advertisers, advertisers mail us every week -- every week pretty much and asking, can you -- let's do a deal. They pretty much first come to us, and offer to us to generate money on our users.
**Q. How were you promoting PlayVid.com on the Internet?**
A. Originally, when we launched PlayVid.com, we did a news letter to our Findandtry users, that we opened video hosting. You know, and a lot of users that I deal with, we did some integration with PlayVid and Findandtry. And a lot of the users -- they -- they got the bulletin to activate their accounts from Findandtry to PlayVid. And it was simple, just go to PlayVid, put your working credential from Findandtry and activate your account on there. Single open again.

**Q. The login credentials for Findandtry would work parallel with or mirrored with PlayVid?**
A. Login credentials, yes, because they have -- we merged database. We designed the database, you know, like using the single database, or credentials -- I mean, we have different projects, and every single project has detailed information about users, just specifics for this project. But we have global database login credentials, like login, password, e-mail, this certain information.
**Q. I'm going to make sure that I understand what you just said. Each project that Sun Social Media has, has its own database, and each project also shares some aspects of one other database?**
A. No.
**Q. Okay.**
A. Not share, using, as the login credentials.
**Q. Can I ask you why you distinguished the words "share" versus "using"?**
A. Because when you share, you copy pretty much information, we don't copy. We are using the single location for the login credentials.
**Q. Any other functionality that is utilized by all projects from that one location besides login credentials?**

A. I can't say right now, because I'm not so prepared for that question.
**Q. Fair enough.**
**Who authored the login credentials programming?**
A. Login credentials programming?
**Q. Yes.**
A. Who -- I mean, who made the system -- the system, or which side offered that?
**Q. No. Right.**
A. You confuse me.
**Q. I don't mean to.**
**Speaking about, just focusing specifically on the login credentials. The login credentials, is that something you had put on your workflow process?**
A. One of the parts.
**Q. One of the parts, right.**
**And then in the mockup, there was an aspect of the mockup that was specific to login credentials?**
A. I can't answer that question, because I don't remember.
**Q. Fair enough.**
**But it would make sense that that would be part of it?**
A. It makes sense, but I can't answer it "yes" or

"no." I don't remember.
**Q. Fair enough.**
**Somebody then took the idea from the workflow process of the login credentials and made it functional through computer programming, right?**
A. Yes.
**Q. Do you remember who wrote that aspect of the program?**
A. Who did -- who built my idea?
**Q. Yes.**
A. I can -- I don't remember, because that built a lot of people. We hired a lot of people. You know, like I said before it's ongoing. It's an ongoing process. Some people come -- we improve our system everyday pretty much. We -- every week, we try to making the updates. So during those updates on the websites, all of our websites, working different people. I can't say who was implemented that particular feature, because the whole team working on it.
**Q. Okay.**
A. It's not one people working on this, because all software we have, is custom built system.
**Q. And -- so you ultimately could not pin down which programmer that had done work for Sun Social Media may have done certain aspects of work on the**

**functionality of the login process?**
A. No.
**Q. If the Sun Social Media software is all custom built, who has the final say in whether or not to make something live on the Internet?**
A. Me.
**Q. So, you would have had the final say to make the functionality of the login credentials active, right?**
A. Yes.
**Q. Can you explain for me initially, with Findandtry, what was the login credential process?**
A. When you go to the findandtry.com, then you go to the registration form, fill out all fills required for registered user -- user account. Then you now -- you now are part of the site. You now have an account.
**Q. Do you remember what information was required in order to -- for that registration form?**
A. No.
**Q. Was there --**
A. I'm sorry to interrupt you.
**Q. That's fair.**
A. Because it's so much time changed, because we try to find out what we want to ask users, what we don't want to ask users, how the users fill out this

information. We always try to figure out the best for users, and the privacy, actually, of our users is, we respect their privacy. So we're not asking them, you know, so much information, private information, you know.
**Q. Is it fair to say is that the -- these websites, these video hosting sites, their functionality and their aspect is more of a fluid process, it changes overtime, as you adapt to either of your users needs or the marketplace?**
A. Yes.
**Q. And I understand the difficulty of me asking you to comment on a what would be a snapshot in time, so I appreciate the manner in which you answer these questions. But I do need to go through, at least approximations, of certain functionality at certain times. Can we -- is that fair?**
A. Yes.
**Q. To the best of your ability?**
**Today --**
A. For which website, I'm sorry.
**Q. Well, right now, let's talk about PlayVid.**
**Today, what is the -- what are the login credentials required?**
A. User name.

**Q. And you're looking at a document?**
A. I can share all this stuff.
**Q. Yeah. I just want -- so the record is clear, what's your --**
A. It's my -- my simple database.
**Q. Do you have your own copy there?**
A. I do.
**Q. Okay.**
A. I have four copies.
MR. FREEMAN: Brady, do you mind if we mark this as an exhibit.
MR. COBB: Go ahead.
MR. FREEMAN: We can talk about.
(Discussion held off the record.)
(Plaintiff's Exhibit No. 2, FORM, was marked for identification.)
BY MR. FREEMAN:
**Q. Okay. So we were talking about login credentials today on PlayVid, right?**
A. Um-huh.
**Q. And you had referenced to a document in front of you that we have now marked --**
A. I'm not referencing, I'm using it to help me, you know, to remember what exactly PlayVid is required. But it's, like I said, user name, password, you have to



confirm your password, e-mail, date of birth, gender, and location.
**Q. Location?**
A. Um-huh. City. I mean, we have city field, which combines state and city, because two different cities in one state. I mean -- you understand, right?
**Q. I do.**
**The user name is something that's chosen by the individual user?**
A. Yes.
**Q. As is the password?**
A. Yes.
**Q. As is confirming the password?**
A. Yes.
**Q. I take it that the -- the program is written so that the password and confirming the password are compared in order for them to be valid?**
A. Yes.
**Q. And I would also assume that in regard to user name, the software program compares with other users associated with --**
A. Yes. It's -- I check our database, if the user already exists. If the user already exists, we tell the user, the user name is already taken, and you cannot use it.

**Q. How about with regards to password, can -- can one password be used by multiple?**
A. We do not check, because we don't have a -- we don't keep passwords in open -- if all passwords is encrypted in our database. We don't see what user...
**Q. You use the MySQL database?**
A. Yes.
**Q. For everything?**
A. We migrate, I can't -- I can't tell you exactly yes, because sometimes we use MySQL, sometimes we use process, but I can't say exactly. Now, yes, probably yes.
**Q. Okay.**
A. MySQL.
**Q. The e-mail address, is that verified in any way by the program?**
A. The system will check, so if the e-mail is exist in our system. And also -- it's probably check, I can't say a hundred percent, the mask. You can't put it in the e-mail, if the e-mail is valid, there is no mask. The basic foundation, like, you can put without at Yahoo or at any e-mail. If you put some without any validation, and without any extension, it will also notice to the user, please send a valid e-mail address.
**Q. So the e-mails are checked in several ways;**

**one, is to ensure that that e-mail address is not already associated with that account?**
A. Yes.
**Q. And it's also checked to make sure that it has basic e-mail construct requirements, including an "@" and then a "dot.com, net" or one of those, right?**
A. Yes.
**Q. There is no other e-mail verification process?**
A. No.
**Q. So PlayVid or your Sun Social Media doesn't send the user an e-mail to the listed e-mail address for that user to verify it's a working e-mail address?**
A. No. We don't send anything to the user after registration, for PlayVid.com.
**Q. Do you for PlayVids.com?**
A. No.
**Q. Do you for PeekVid.com?**
A. No.
**Q. Do you for FeedVid.com?**
A. They use the same registration form. Like I said, single again. The rules of the form.
**Q. I'm following up with you, because you drew a distinction. How about for findandtry.com, is there things that are sent to the users?**
A. Findandtry, originally, we probably sent, but

I can't say exactly it was implemented or not. It's very hard with e-mails. We all of the time try to balance, you know, because we don't want to be penalized by big players like Google, Yahoo. If you start sending them a lot of mail, it start going to the junk e-mail. So pretty much it's a very hard question about e-mail, because it's not easy to implement. It's not just send out hundreds of e-mails, you do have a lot of volume, you know, all the user's traffic.
**Q. Sun Social Media asks for its users date of birth, is that to ensure that they're over the age of 18?**
A. Yes. We do not allow users under 18.
**Q. What's to stop me if I'm a user and I'm under the age of 18 if I'm lying about my age?**
A. It will say, if you like and put a different date of birth, we have confirm just, with the people sworn, stuff like that. I mean, we -- we can't check it, that field.
**Q. You -- are you familiar with websites who use credit card verification --**
A. No.
**Q. -- for age verification?**
A. No. Originally, the date of birth we implement to see if user is complying with the 18 years old rule.



And also, to show on Findandtry what user age right now. We are not showing that exact date of birth, but our system calculates what the age right now. And every -- everyday basis, we recalculate this age, actually, for each user.

**Q. It was specific to findandtry.com, that's because the users are searching for people and making looking for specific age ranges, right?**

A. That was two points. First, like I said, 18 plus users, should be 18 plus. And then to show users what age, actually, they are.

**Q. If I am a user of one of the Sun Social sites, PlayVid, PlayVids, PeekVids or FeedVid, what's to stop me from giving those sites a fake e-mail address when I sign up as a member?**

A. We are not check the e-mail address in any way. We do have --

**Q. Is there anything that stops me?**

A. It's very hard to say, because if you -- if your e-mail address is already bad, it's not going through. So for example, if we ban this address -- I mean, if we ban the user with that -- with this e-mail address, it's not complete registration, because it's already taken. So -- and also, we don't validate the e-mail address. We do have one feature, when we got

bounce -- we mark e-mail that we got bounce on this e-mail. That's all we got. But it's not usable at this time. We just see that the e-mail is bounce, that's all. Probably. I can't say exactly, maybe we use -- some of the party is using, but they don't want to give the wrong information.

**Q. Okay.**

**I want to make sure that I understand the last thing that you said.**

**E-mail is checked, and this is specific to video host -- Sun Social Media's video hosting sites. E-mail is checked against the already existing database to ensure it's not already been used, right?**

A. Yes.

**Q. It's therefore, also, checked to make sure it's not a banned e-mail address; meaning, Sun Social Media somehow terminated --**

A. No. Wrong.

**Q. Okay.**

A. We not -- we check e-mail address, if it's already assigned to the user for not.

**Q. Okay. That's it. All right.**

A. In that part -- in that part of registration. In that step of registration.

**Q. Right.**

A. As I said.

**Q. You said that if Sun Social Media had sent an e-mail to a user through a registered e-mail address and that e-mail got bounced back to Sun Social Media, that's marked somehow?**

A. It's not how the system works. If we got bounced e-mail in our -- in our mail, we try to find out this mail in database. If any e-mail is matched, we mark this mail as a bounced mail.

**Q. How do you -- how is it marked?**

A. I can show you. In -- so global users, in here, so e-mails in MySQL database, so, they marked -- no, probably no, I don't know what the field is exactly in data.

**Q. Okay.**

THE REPORTER: Going off the record.

(Recess taken.)

THE REPORTER: We're back on the record.

BY MR. FREEMAN:

**Q. So when an e-mail is sent from social media to a member, and that e-mail is bounced back as being invalid, it's my understanding that that's marked somehow; is that right?**

A. No.

**Q. Okay, how have I misunderstood?**

A. Everything pretty much. How it works, now, a lot of e-mail bouncing is not for the members. For example, we do have some feature, share feature, for if you go to the video, we have share button over there, so you can e-mail to your friends. From day one, we do have one -- this feature available. So the people start sending a lot of e-mails to their friends and the Google start bouncing those e-mails. We got a lot of bounce. We got a lot of problem with this.

We try to markup every single e-mail, but it's not exist in the database, because this e-mail is not the -- is a member e-mail. So if the system not find out e-mail, the system not doing anything with this e-mail. If the system find out -- finds this e-mail in our database, it's definitely marked, this is not -- this is the bounced e-mail.

**Q. Okay.**

**So when you were talking about bounced e-mails being marked before we took our break, you were referring to and are now talking about e-mails that are bounced through the share function of the -- of the video hosting sites. Is that right?**

A. Yes.

**Q. Okay.**

**So in that process, if a member or really**



**anybody, sends a viewer of the video hosting site, wants to share -- strike that.**

**In order to utilize the share function on one of Sun Social Media's video hosting sites, would I have to be a member?**

A. I can't say -- I can't say -- I can't answer this question for sure, because I'm not prepared. I'm not too sure how the process -- we try to. You know, we try to play, like I said, with the -- in the e-mails, because it's very -- it's very hard topic for us.

**Q. I'm sorry, what's a hard topic for you?**

A. The e-mails, because a lot of e-mails, we don't want to be penalized by Google or Yahoo. Like I said, because in order to deliver that volume of e-mails to the users, to the end users, and to the e-mails, you have to be very, very careful and you have to build a very good system. You know, you can't just send a bunch of e-mails to the Google, and it will be delivered. You get penalized in a minute, you know, when you try to do this. So all the time we try to -- we got a lot of -- and try to, a lot of time, to stable this system and put our -- our sites, some social sites, to the wide list -- to the Google and Yahoo, but it's not so easy.

And also, I noticed Google and Yahoo has the filters, which filtering all -- all e-mails from porn

sites. And the sites -- and e-mails, which contain any phrases like sex or anything familiar with those words, so it's -- it's very hard to, you know, running that system and you know, and maintain ongoing system. I mean, on day-to-day. That's why we are not sending a verified e-mail. And also, to respect the user's privacy, because it's porn sites, right, any video hosting, which contain user's personal adult videos, right. So, we -- we're not pushing the users to put the right e-mail.

Sometimes we get bounced e-mails, e-mails, very different e-mails, everything that they put, e-mail dot com or something like that. We are not forcing them, because, also, the big companies like Wikipedia, for example, they ask e-mail. But it's optional, as you can not mention on this.

(Handing.) On the first page you will see the registration process for Wikipedia.

Wikipedia, it's an optional field.

Also, the second page is the ranking of Wikipedia in global rank of the websites and Alexa, it's public information. And the second big website, user respect privacy of their e-mails, is the Reddit. Reddit, R-E-D-D-I-T, is in top 40 website, which is also using e-mail as an optional field. They are not trying to

force user to put legitimate e-mail. All of those kinds of things, you know, that we mentioned in our system, so we not try to for -- force the users. I think it's understandable.

MR. FREEMAN: I'm going to have these two documents marked as 3 and 4.

(Plaintiff's Exhibit No. 3, Wikipedia Page, was marked for identification.)

(Plaintiff's Exhibit No. 4, Reddit Page, was marked for identification.)

BY MR. FREEMAN:

**Q. All right, Mr. Bolotin, you just --**

MR. COBB: Three and four we're on now?

MR. FREEMAN: We are.

BY MR. FREEMAN:

**Q. You said a lot, so I'm going to go back and go through some things with you. I know you want to talk about Exhibits 3 and 4 right now, but we're going to get to them in a minute.**

MR. BEHAR: What exhibits --

MR. COBB: No, no, no, those documents are marked as 3 and 4.

BY MR. FREEMAN:

**Q. You just handed me these documents. I've had them marked as --**

A. I just want to --

**Q. I -- I know, I know. And we're going to get to them in a minute. Okay? But I want to go back and make sure that I correctly understand some aspects of what you just -- you had just testified to.**

**As it relates to -- you talked about the problem of e-mail for Sun Social Media, and I want to make sure I understand the aspects of what those problems are. One of them is the concerns that search engines will take issue with multiple e-mails being sent.**

A. Mail providers.

**Q. Mail providers, will take issue with volume e-mails being sent by anybody, right?**

A. Yes.

**Q. And that's a problem, potential problem? Is it fair to say that the concern is about spamming?**

A. It's -- yes, everybody concerned with the spamming, yes.

**Q. Right.**

**Do you know how many e-mails would need to be sent in a 24-hour period before the e-mail providers generally get concerned about spamming?**

A. I can't tell you exactly volume, but if compared with our volume, it's -- it's very hard to.



**Q. What do you mean, "compared with your volume"?**

A. Our volume of e-mails. For example, we -- we do have some needs to be sent to the users that -- that much, for example. I mean, thousands, a hundred thousand or tens of thousands, I can't tell you exact volume, but it's huge. In order to deliver that, it's very hard to say how much we can deliver, maybe 200 in the first hour, and another hour another 200, that portion. I can't tell you, because this knows how many e-mail providers.

**Q. Do you know how many, approximately how many members Sun Social Media has amongst its video hosting sites?**

A. All over the -- how many users, approximately, are on the social websites?

**Q. Yes, the web video hosting sites.**

A. I can't say you the exact number, but it's between 200,000, 300,000, in that range, but it's combined, all -- all sites.

**Q. When you give me that number, does that include Findandtry?**

A. Yes.

**Q. If I were to become a member of FeedVid.com, does that automatically make me a member of PlayVids.com?**

A. No, you have to activate your account. You just create the login credentials in the global database. The login credentials.

**Q. So those same login credentials will -- will allow me to become a member of one of the other sites, but I have to actually go do it?**

A. Yes.

**Q. The -- except the PlayVid and the PlayVids sites, their mirrors of each other?**

A. Yes.

**Q. You said that there's occasions for the need of Sun Social Media to send its members e-mails. Can you give me a general outline of what those occasions may be?**

A. What kind of e-mails we are sending?

**Q. Yes.**

A. How that works?

Any identifications, like, you got a new follower, you're a follower, upload new e-mail -- I mean new -- new video. The guy who you follow, upload new video, those kind of e-mails. I mean, basically, it's identification that users from the site. But I just want to say a little bit more. Like I said, as we had a lot of problems with the mail providers, they are all the time switch on those notifications, settings of the

user, because we are not sending the e-mails, because it's very hard to deliver.

**Q. So you said all of the time you're adjusting the notifications in the settings?**

A. Not adjusting, we're not sending, whether or not the user check or not, this feature is not working, because it's very hard to deliver.

**Q. So you're not sending notifications to users right now at all?**

A. Yes -- yes and no. We try to -- first, we try to get our e-mails to the inbox. Once we get a good result, it will -- it will work. We can turn on, turn off, so we try to, you know.

**Q. When you say you first try to get the e-mail into the inbox, you mean the inbox of the user?**

A. Yes. Any users, yes.

**Q. In what situations, would you be sending one of the members an e-mail. I know you just said that they may receive an e-mail notice that someone, a member that they follow has uploaded a new video. That might be one type of notification; is that right?**

A. It's one -- one type of notification.

**Q. What are the other types of notifications?**

A. It's -- it's very different on every single website, it's different.

**Q. So --**

A. For example, on PlayVids, we have -- you have a new message.

**Q. A new message?**

A. Yeah. Another -- another person send message to you, so you -- we notify you that you got a new message from another user. So we have -- we have shout for the users, so the users can exchange the messages.

**Q. And which site is that on?**

A. PlayVids.

**Q. With an "S"?**

A. Yes.

**Q. And therefore, also, PlayVid, because they're mirrored?**

A. PlayVid, when we -- we move pretty much, PlayVid to the PlayVids, but e still maintain the PlayVid. But it not have ability to PlayVid users on Playvid.com. When you try on Playvid.com, it will direct you to the PlayVids login credentials on PlayVid sites. So users from play individual are not able to login.

**Q. All right. So what other sort of notifications are sent? I understand the different ones for each website, but outline them for me.**

A. I don't remember more.



**Q. You don't remember any other types of notifications?**
A. No, I wasn't prepared for that.
**Q. Yeah.**
A. I just want to add, we try to add and remove different kind of notification during that problem of delivery e-mails, because value is very depends on what kind of notification it is. So you understand that, right?
**Q. I do.**
**How many -- approximately how many new members do the video hosting -- Sun Social Media video hosting sites get on a daily basis?**
A. I can't say exactly. I can't answer you, because I'm not prepared. I'm not watching that statistics closely.
And also, I would like to notice that, as a business man, I did some decision, also. When I'm going to stop users to create the accounts just because we don't want to lose them as a customers -- I mean, as our members. We want to see every single user be our registered user. And it means that a lot of users who sign in, they register an account with us, not actually wants to upload video or anything like that. They just want to organize their -- the videos on website. They

want to use some features, like -- that we have, like watch later playlist --
**Q. You mean like watch later?**
A. Watch later, every single video they can watch later. You can click on this and watch later, like YouTube does. It has the same feature. You cannot save the playlist to their videos in that playlist.
So users pretty much, most of the users, create the accounts for all of those kinds of things. And we don't want to stop them, hey, look, just go to your e-mail and validate, because we don't want to lose customers -- I mean, not the customers, users.
**Q. Do you think that by requiring your users to validate an e-mail address, that you would lose memberships? Or stop some users from becoming members?**
A. I believe so.
MR. FREEMAN: Do you want to take a break?
MR. COBB: Perfect.
THE REPORTER: Going off the record.
(Recess taken.)
THE REPORTER: We're back on the record.
BY MR. FREEMAN:
**Q. I'm going to ask you about the benefits of becoming a member. What functionality is available to a member that's not available to a non member viewer of**

**the Sun Social Media video hosting sites?**
A. I can't answer this expression, because it's not very specific a lot. I didn't, you know, prepare for that question.
**Q. But as director of operations and owner of Sun Social Media, you don't know?**
A. We have so much websites, I can't know any and everything.
**Q. By "so many websites," you mean the PlayVid, PlayVids, PeekVid, and Findandtry websites? Are those the websites you're referring to?**
A. I already said about the sites.
**Q. I'm sorry?**
A. I already mentioned what sites we have.
**Q. Okay.**
**I just want to make sure that you -- when you say we have so many sites, that we're talking about five sites?**
A. If you're talking about the sites which I mentioned, yes.
**Q. Are there any other sites that you own?**
A. No, probably -- no sites. I mean, no except those sites that I already mentioned.
**Q. Is there a reason why you're not wanting to confirm the five I just listed again?**

A. No reason.
**Q. Okay.**
A. Because you was right -- you was wrong.
**Q. I was wrong?**
A. Yes.
**Q. How was I wrong?**
A. You said "PeekVid," as opposed to PeekVids.
**Q. It's PeekVids?**
A. PeekVids.
**Q. Okay.**
A. That's why I didn't confirm.
**Q. I see.**
**You have mentioned a few things this morning, of functionalities that are available to a member, such as uploading videos, that's a functionality that's available to a member of these sites; is that right?**
A. Yes.
**Q. But a general and non-member viewer would not be able to upload a video, correct?**
A. Yes.
**Q. There's a watch later function that you mentioned, is that a function that's available to a member that is not available to a non member viewer?**
A. Yes.
**Q. The ability to organize videos, that's a**



**functionality, also, that is available to the members, that is not available to non member viewers, correct?**
A. Yes.
**Q. How about the ability to share the video, is that something specifically to members?**
A. I can't answer this question.
**Q. You can't, because you don't know?**
A. Because I don't remember and I didn't prepare for that question.
**Q. Can you think of any other functions that are available to --**
A. I'm not thinking. I'm just answering your questions.
**Q. Well, I hope on some level you're thinking. I'm asking you to think and try to remember if there are any other functions available to a member that is not available to a non member viewer by the Sun Social Media video hosing sites?**
A. I don't remember.
**Q. Do the sun social -- do the Sun Social Media video hosting sites display in high definition?**
A. I can't answer this question.
**Q. You can't because you don't know or --**
A. Specify, please specify. What do you mean HD videos? 720, 1080, 4K, 270 K?

**Q. Does -- does Sun Social Media offer videos on its video hosting sites in any aspect of high definition?**
A. Any aspect? Yes.
**Q. Is it available to general viewers or only members?**
A. I don't remember.
**Q. You talked about one of the notifications that Sun Social Media will send its members, it's a new message notification; is that right?**
A. I mentioned, yes.
**Q. Yeah. And that new message notification is a notice to one member that another Sun Social Media video hosting site member has sent the first member a message?**
A. It's too much complicated, I can't confirm that. I think you don't understand what you're saying.
**Q. Why don't you tell me what a new message notification is for?**
A. Just because -- I mean, just for exchange messages between users.
**Q. So the idea is to exchange messages between users?**
A. Yes.
**Q. So if I am a member of, let's say, FeedVid and I want to send you, who is also a member of FeedVid, a**

**message, I can do that?**
A. I can't confirm that.
**Q. Why not?**
A. I don't remember. I'm not prepared for that question.
**Q. Same question as it -- as it relates to PeekVids?**
A. I can't confirm that.
**Q. So, Mr. Bolotin, you're the one that brought up the new message notification as a function, and I'm just trying to ask about it.**
A. If I mentioned it, and I said it involved PlayVid. I didn't mention about another site.
**Q. Okay.**
**So let's talk about specifically PlayVids. PlayVids has the functionality of permitting the users to send each other messages?**
A. Confirm.
**Q. Okay.**
**So, back to my example, if I am a member of PlayVids and you are a member of PlayVids, I can send you a message directly?**
A. Confirm.
**Q. And can you explain to me the process on PlayVids that this can occur?**

A. Rephrase, please. Rephrase the question, please.
**Q. So, I sign into PlayVids with my account membership, how -- how would I, from a practical step-by-step basis, send you a message?**
A. On PlayVids?
**Q. Yes.**
A. You need to go to the member page, which you -- which user you want to send message.
**Q. And then?**
A. Then, you will find their button, send message.
**Q. Send message button or something like that?**
A. I can't visually, you know, see how it looks like. I don't remember, because we just changed daily out our new website.
**Q. Now, when I send you that message, say I send "Hi, Mr. Bolotin, how are you." Is that content, what is sent to you in this new -- in the new message notification that you previously mentioned?**
A. Uh, one more time? I'm sorry.
**Q. If I sent you a message, I went to -- I went to the login page, put in my login credentials, pushed the send message button or whatever variation of that currently exists, I type a message, I type it to you.**



**First of all, what address do I put in the message, just to a certain user?**

A. When you click on the button on the user page, that you want to send to, it will automatically open the chart -- chart window.

**Q. So I will --**

A. It's automatically addressed to the user which you clicked to send message to.

**Q. I don't need to know your e-mail address, I just need to know your user name?**

A. You would have to do it to -- send message to particular e-mail address. Something like that. We have only one way to use message, messenger.

**Q. And you're using instant messenger to do this, or what? You're using the term messenger, is that a specific program? Is that what you mean?**

A. It's instant messenger -- it's custom built instant messenger.

**Q. So Sun Social Media has put into the Playvids.com website a custom instant messenger; is that right?**

A. Yes.

**Q. And if I was to instant message you to whatever your user name is, once I send that message, an e-mail is sent to your e-mail address to notify you that**

**you have an instant message waiting for you on PlayVids; is that right?**

A. No.

**Q. Okay. Explain the process, then.**

A. It's -- well, I would rather not confirm this statement, because two different situations can be. First, if the user is not checked in the settings, his allowance to receive the messages, he never get this notification first.

**Q. The notification, but he can still in that scenario receive the instant message?**

A. He still receive the message, but he's not getting any e-mail notification from our website. The second scenario is, if our system will send this notification. Because I already explained that we have problems for delivery e-mails to the receivers, so that not working properly. So if some day all of those two things, the notification is checked and our system is working, the user and user will receive the notification, an e-mail, and if not, something happen, he's not going to receive it.

**Q. So when an instant message is sent from user A to user B, user B may receive an e-mail notification, if, one, user B has confirmed in their settings, the receipt of such e-mails; and two, the system is working**

**properly such that these notification e-mails are actually being processed by the e-mail carrier?**

A. No.

**Q. How is that wrong?**

A. Wrong, because the second part, our system, our mail server is up. If our mail server is up, our -- the mail server will send. If it's shutdown, the notification is not going to be delivered.

**Q. Who decides in whether or not your mail server is up or down?**

A. Several people.

**Q. Who?**

A. Me, system administrator.

**Q. System administrator?**

A. Yes.

**Q. Who else?**

A. That's all.

**Q. Okay.**

**So "several" to me usually means three or more, so just two people?**

A. Yes.

**Q. And who is the systems' administrator?**

A. The people, the guy, Alex Tihonov.

**Q. Who?**

A. We have -- we have the contractor who works

with us for the -- he's an independent contractors. I mean, the company who is working to maintain our stuff.

**Q. Your system administrator is an independent contractor; is that right?**

A. He work -- we work with the company. We work with the company, we pay the company. He works for that company.

**Q. Who is that company?**

A. Support Tech.

**Q. Support Tech?**

A. Supporttech.net, probably, website address, but I can't confirm what exact e-mail his company name.

**Q. And who is he that works for Supporttech.net that acts as your systems administrator?**

A. Alex Tihonov, T-I-H-O-N-O-V.

**Q. Have you or anybody at Sun Social Media instructed Mr. Tihonov -- is that how you pronounce it?**

A. Yes.

**Q. Instructed Mr. Tihonov when it's acceptable to shutdown the mail server?**

A. Can you rephrase one more time.

**Q. Have you instructed Mr. Tihonov regarding when it is acceptable to shutdown the mail server?**

A. I did.

**Q. And what instructions did you give him?**



A. Shutdown the mail -- mail server.
**Q. You told him to shut it down?**
A. Yes.
**Q. When?**
A. I don't remember.
**Q. Is it shutdown right now?**
A. I can't say yes, because it's not confirmed.
**Q. You have told him in the past to shutdown the mail server; is that correct?**
A. Yes.
**Q. Did you tell him that once or have you told him that more than once?**
A. More than once.
**Q. How many times?**
A. I don't remember.
**Q. More than ten times?**
A. Maybe.
**Q. More than a hundred times?**
A. I don't remember.
**Q. Generally speaking, under what circumstances -- well, let me ask you this: Specifically, do you recall under what circumstances you instructed Mr. Tihonov to shutdown the mail server?**
A. The reasons?
**Q. Yes.**

A. Or what? The reasons to shutdown the server?
**Q. Yes.**
A. Different -- I can't answer this question, because I can't tell you so much information which, you know, based on the technical weather in our servers --
**Q. The technical weather?**
A. Yes, the technical weather. Some servers can be overloaded, it's different reasons. I can't tell you why exactly. But most of the time we turn off the servers because of the mail delivery.
**Q. Most of the time you turn off the mail servers because of the mail delivery; meaning that Sun Social Media has attempted to send out some e-mails and they were problematic, they didn't go through?**
A. It go through, but it's not going to inbox. It's probably --
**Q. It's going to a --**
A. Junk, spam.
**Q. How do you -- you know when e-mails from social -- Sun Social Media are being sent to a junk or spam folder?**
A. I experiment on my personal e-mail.
**Q. So, when Sun Social Media sends bulk e-mails or numerous e-mails, you send one to yourself?**
A. When the Sun Social Media experience a problem

-- I don't understand the question, one more time.
**Q. How do -- I asked you how did you know or how do you know when e-mails sent by Sun Social Media are being delivered to spam or junk folders. And you told me because you receive them to your own personal -- to your own e-mail address?**
A. Time to time, I'm doing that.
**Q. How?**
A. But it's not life every -- every time. I mean, our servers not like every time just sending the e-mails.
**Q. Will you instruct Mr. Tihonov to shutdown the mail server every time you receive one in your junk or spam folder?**
A. No.
**Q. What differentiates those times when you do employed Mr. Tihonov such instructions and when you don't?**
A. It depends on the weather in the industry.
**Q. So, if you want to talk about the weather that's outside this window, that I get that, because I know what clouds are and rain is and snow is. I understand what you mean by "weather." What do you mean by "weather" when you're talking about Sun Social Media's servers?**

A. It means that I don't want to shutdown just because a I don't want -- in some cases, I check every single servers and see if it's overloaded or not, what the traffic is. And why I mentioned the weather on the street, because your question is not very specific. I can't say how my -- how my decision on -- on what facts I used to build that decision, because it's so -- it's so different situation. Which I don't explain and confirm right now in this conversation.
**Q. So -- and I'm just trying to gain an understanding. Okay? So, what you're telling me is that a decision to turn down -- to shut off the mail servers is one that involves a lot of variables?**
A. Yes.
**Q. And some of those variables, you would use the term "weather" to describe them?**
A. I mentioned "weather" just to show you that the situations can be so, so different. But your question is not correct. You can't ask me why today you turn off your mail server and why you turn off today or yesterday, it's completely different. It's day-to-day, very different situation. But the main problem, usually, if you're asking this question, is delivery problem.
**Q. It's a delivery problem, meaning, the e-mails**



**that are sent and received go into junk or spam folders?**
A. Yes.
**Q. So does Mr. Tihonov have a discretion to make a decision on his own without consulting with you?**
A. Yes.
**Q. And did you give him specific instructions -- and actually let me finish the question because I need to finish, so you and are clear with it each and I need to make sure the record is clear. Mr. Tihonov has the discretion to turn off the mail server for Sun Social Media without consulting with you, correct?**
A. Yes.
**Q. Have you given him previous instructions about when those circumstances exist or he can make such decisions or does he just have full discretion?**
A. I don't remember.
**Q. Have you ever been in any arguments with him when he turned off the mail server and you think he should not have?**
A. I don't know what you say your question is.
**Q. Let's say -- have you ever had a situation where he turned off the mail server and you think he should not have?**
A. I don't remember.
**Q. Since -- over the past, let's say two years,**

**do you have any way to estimate how often the mail server has been shut down?**
A. I don't remember. I can't estimate or give you approximately. You asking the questions, very good questions. It can't be explained in few words. And how many times? I don't know.
**Q. Is there anywhere within any of the databases, Sun Social Media databases, that it is recorded that the mail servers are shutdown?**
A. I don't know. I don't remember.
**Q. So MySQL server is a -- is a database that's programmable, correct?**
A. What do you mean "MySQL server is programmable"?
**Q. You utilize MySQL server databases, correct?**
A. Yes, we do.
**Q. And MySQL server database only records data that it is instructed to record, correct?**
A. I can't confirm.
**Q. Are you a computer programer?**
A. I do understand the code, but I can't confirm that it exists in our system.
**Q. Okay.**
**So I want you to actually listen to my question and answer the question, because otherwise,**

**it's going to be very confusing later. You're right now answering a question I asked you two or three questions ago. Okay?**
**You can't confirm -- and I want to make sure it's clear what you mean -- you can't confirm whether the database, Sun Social Media's databases records when the mail services are shutdown?**
A. I can't confirm that.
**Q. Do you know who can?**
A. At this time, I can't confirm, but we -- we can find out this information with our system administrator and programer team.
**Q. Is that something you can do on a break?**
A. Today?
**Q. Yes.**
A. And tomorrow, too, no, too.
**Q. Okay.**
MR. FREEMAN: You want to take a break now for lunch.
MR. COBB: It's up to you.
MR. FREEMAN: It's a good transition time as far as topics.
MR. COBB: Come back at 1:15.
THE REPORTER: Going off the record.
(Lunch recess was taken at 1:29p.m.).

THE REPORTER: We're back on the record.
BY MR. FREEMAN:
**Q. You wanted to show me a couple of documents, I'm handing you those and they're marked as Exhibit No. 3. That's one of the documents you brought with you today to show me; is that right?**
A. Yes.
**Q. And that's a -- if I understand it correct, that's a printout from a joint page for Wikipedia?**
A. Yes.
**Q. And your point, with regard to that, is to show me that -- or show the Plaintiff that Wikipedia does not require e-mail or e-mail verification to join as a member of Wikipedia, correct?**
A. Yes.
**Q. Okay.**
**I'm going to show you what's been marked as Exhibit No. 4, and that's also a document you brought to show me today?**
A. Yes.
**Q. And that's a joint page from the website Reddit?**
A. Yes.
**Q. And again, that you brought that to illustrate that on Reddit there is no requirement to provide a**



**valid e-mail address to become a member, correct?**
A. Yes.
**Q. And these are both illustrative to you, because they're both very popular sites in the United States, correct?**
A. In the global.
**Q. In global, fair enough.**
**Is there anything else that you want me to know or be aware of with regard to these two exhibits?**
A. No. I just wanted to show you how the big players deal with the e-mails, users' e-mails.
**Q. Would you draw a parallel between the services or purposes of some social media's video hosting sites and the services and purposes of Wikipedia?**
A. Can you rephrase, please?
**Q. Probably not.**
A. Don't ask me this question, if not.
**Q. Do you draw a parallel between the services --**
A. The service?
**Q. No. You ask me to read the question, you've got to let me finish.**
**Do you draw a parallel between the services or purposes of Sun Social Media's video hosting sites and that of Wikipedia?**
A. Yes, very clear. Both this users-generated

content.
**Q. User-generated content?**
A. Yes. Both -- both service providers.
**Q. Do you have, anything other than besides them both being Internet service providers and both having user-generated content?**
A. For now, no. But if you give me another hour, I will give you more arguments, what, you know, the same we have with them.
**Q. Are you aware of Wikipedia's Copyright infringement policies?**
A. I never checked.
**Q. So no?**
A. No.
**Q. Are you aware of how they handle -- how they handle DMCA takedown notices?**
A. No.
**Q. And with regard to Reddit, do you draw a parallel between the services or purposes of Sun Social Media's video hosting sites and the services and purposes of Reddit?**
A. Rephrase, please.
**Q. Same question as it was with Wikipedia?**
A. No. Same answer.
**Q. That's -- and that answer being that the**

**Reddit website is user-generated content?**
A. Yes, and a Internet service provider.
**Q. And is an Internet service provider?**
A. Yes.
**Q. Are you familiar with the way that Reddit handles DMCA takedown notices?**
A. No.
**Q. Okay.**
**Again, I'm not trying to be rude, but wait until I'm done. I know you know what question I'm going to ask, but for her purposes, she's going to get the ruler out in a minute.**
**Mr. Bolotin, if it was just you and I sitting and having coffee I would have no problem with it, but we just need to be mindful of her.**
A. Okay.
**Q. You had drawn a distinction earlier today about -- between a tube site and a video hosting site, why did you draw that distinction? What's the difference for you?**
A. What's the difference for me?
**Q. Yes.**
A. I don't like the -- the term "tube," and for me, it's video hosting, pretty much, so, because we host user's videos. So -- and, this, you know, I know this

is very common to call the sites, like Sun Social Media sites tube sites. But always, you know, by me, I prefer to call it video hosting.
**Q. It sounds like the term "tube site" almost offends you, is that?**
A. I don't like this word, that's what I want to say.
**Q. Is there something -- and that's fair. It seems "video hosting" just seems to be more descriptive about what your site does?**
A. YouTube, you know, video hosting tube, so they use that word too. They use the tube site in the phrases, but it's video hosting, so...
**Q. What I want to make sure is this: Is there something about -- is there something about, what is referred to commonly in the industry as tube sites that's different than what you refer to as a video hosting site?**
A. I don't know.
**Q. Okay. I just wanted to know whether or not you were drawing a distinction about the services or purposes of the Sun Social Media video hosting sites by referring to them as the Sun Social -- as referring to them as video hosting sites as opposed to tube sites? But it sounds like you just don't like the term?**



A. Um-huh, I don't like the term.

**Q. Okay.**

A. And originally, is that the idea was that when we start the business for one of the sites and that this, actually, PlayVid was the hosting of videos that was the original idea for video hosting for Findandtry. So that's why I am calling it. I just want you to understand pretty clear that what was the original idea and why I refer to that -- to that term, because as an original idea, is host videos of the users on the Findandtry. So...

**Q. The -- when you had started the Findandtry; is that correct, you were a part -- you started Findandtry?**

A. Yes.

**Q. And you did that while you were working for director of operations for Webzilla?**

A. Yes, I guess. I probably worked at Webzilla, too.

**Q. Did anyone start Findandtry with you?**

A. No.

**Q. Where did you get the funding to start Findandtry?**

MR. COBB: Objection; relevance; form. You can answer.

THE WITNESS: I got a loan through Sun Social

Media, so that's the first -- I mean, that's the main source of loans on social media.

BY MR. FREEMAN:

**Q. Was this a bank loan?**

A. No.

**Q. Was it a personal loan?**

A. It's corporate loan.

**Q. Corporate loan.**

**Where did you get the loan?**

MR. COBB: Objection; outside the scope of the Court's order, it was addressed in one of the discovery requests for Request for Production. I'm going to instruct him not to answer the question. We took this up at the hearing.

MR. FREEMAN: I don't think that was what the Judge's ruling was, not that I have a right to it, it was that there were no documents that existed. It was her ruling that no documents were represented to her.

MR. COBB: I reviewed it last night anticipating we would go there, and any evidence in Request for Production and we'll have to take that one up.

MR. FREEMAN: So you're instructing him not to answer on where he got -- where he got his loan?

MR. COBB: It's not relevant to the case.

MR. FREEMAN: I'm just asking you what you were doing.

MR. COBB: I'm instructing him not to answer the question.

MR. FREEMAN: Okay.

MR. COBB: I'm instructing him not to answer the question.

BY MR. FREEMAN:

**Q. Where you got this loan, did it give whoever gave you the loan any financial interest in Sun Social Media?**

A. Is this not the same question, as the loan question? I don't want to -- I don't want to release any information -- I mean, disclose any information of the loan if it's not related to the case. That's why I don't want to -- I mean, I don't see any point to give you details on the loan.

**Q. In all due respect, that's not your decision to make. Okay? That's the Judge's decision to make. Your attorney has instructed you not to answer one specific question and I understand, although I may not agree with him, I understand why he's giving you that instruction. This is a different question, and whether or not it's ultimately relevant, we'll go to the Judge**

**and you have to answer this question.**

A. Okay.

THE WITNESS: Do I have to answer?

MR. COBB: Can you read the question back?

(Whereupon, the requested portion of the record was read back by the court reporter at this time 1:39p.m.).

THE WITNESS: Should I answer?

MR. COBB: I'm thinking. I'm going to again instruct him not to answer the question, based on the same objection raised previously and we can address it with the Court. My recollection of the Court's ruling as to this evidence is different than yours. But on this basis, more specifically, as it pertains to the term "financial interest." If you're referring to something outside of the lender-debtor relationship, I believe it's off -- off limits. You established that a loan was made, I don't know what "financial interest" means.

THE WITNESS: So, what's the?

MR. FREEMAN: Let's take a little break.

THE REPORTER: Going off the record.

(Discussion held off the record.)

THE REPORTER: We're back on the record.

THE WITNESS: So what do I do?



MR. COBB: He's going to ask you a question.
BY MR. FREEMAN:
**Q. From the inception of when you started Sun Social Media until currently, on how many occasions has there -- has Sun Social Media borrowed money?**
A. How many times?
**Q. Yes.**
A. I don't know. I don't know.
**Q. So this was one of the specific topics on the Notice of Deposition today, right?**
A. Specifically to No. 11?
**Q. Yes.**
THE WITNESS: Should I answer it?
MR. COBB: Yes.
THE WITNESS: I don't know. I don't know.
BY MR. FREEMAN:
**Q. More than once?**
A. More than once, I don't know. I don't know how many times. Really.
**Q. So just so you know, when we issue a notice of dep of corporate representative, the representative is here to find the corporation to talk -- answer questions on topics specifically listed in the Notice of Deposition. So today it is my chance to ask these questions, not withstanding some of your attorneys**

**objections and the instructions not to answer, he and I will deal with that at a later time. It's for you to answer "I don't know," finds the corporation to an answer of "I don't know," and it prohibits me from gaining information that we noticed.**
**Is it that -- is it an answer that you could make a couple phone calls or do some research on the Internet or tap into something --**
MR. COBB: Let's go off the record and let him check.
THE REPORTER: Going off the record.
(DISCUSSION HELD OFF THE RECORD.)
(End of Volume I)

CERTIFICATE OF REPORTER

STATE OF FLORIDA
COUNTY OF BROWARD

I, MELISSA KALLAS, Court Reporter and Notary Public for the State of Florida, do hereby certify that I was authorized to and did stenographically report the deposition of KONSTANTIN BOLOTIN; the foregoing testimony was taken before me; that a review of the transcript was requested; and that the transcript is a true and correct record of my stenographic notes.

I further certify that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action. Dated this 26th day of January, 2016.

______________________________
MELISSA KALLAS, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA

CERTIFICATE OF OATH

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

I, MELISSA KALLAS, the undersigned authority, certify that KONSTANTIN BOLOTIN, personally appeared before me and was duly sworn.

Witness my hand and official seal this 18th day of January, 2016.

______________________________
MELISSA KALLAS
NOTARY PUBLIC, STATE OF FLORIDA
Commission No.: EE 206253
Commission Exp: 6/10/2017



DATE: January 26, 2016
Name KONSTANTIN BOLOTIN
c/o BRADY COBB, ESQUIRE
IN RE: HYDENTRA V. LUCHIAN, ET AL
Dear Mr. Bolotin,

Please take notice that on January 18, 2016, you gave your deposition in the above-referenced matter. At that time, you did not waive signature. It is now necessary that you sign your deposition. You may do so by contacting your own attorney or the attorney who took your deposition and make an appointment to do so at their office. You may also contact our office at the below number, Monday - Friday, 9:00 AM - 5:00 PM, for further information and assistance.

If you do not read and sign your deposition within thirty (30) days, the original, which has already been forwarded to the ordering attorney, may be filed with the Clerk of Court.

If you wish to waive your signature, sign your name in the blank at the bottom of this letter and promptly return it to us.

Very truly yours,

_________________________
Melissa Kallas
Universal Court Reporting
(954) 712-2600

I do hereby waive my signature.

_________________________
Konstantin Bolotin

cc: via transcript: Brady Cobb, Esquire

ERRATA SHEET

I wish to make the following changes, for the following reasons:

PAGE NO. LINE NO.

______ ______ CHANGE__________________________
REASON__________________________

______ ______ CHANGE__________________________
REASON__________________________

______ ______ CHANGE__________________________
REASON__________________________

______ ______ CHANGE__________________________
REASON__________________________

______ ______ CHANGE__________________________
REASON__________________________

______ ______ CHANGE__________________________
REASON__________________________

______ ______ CHANGE__________________________
REASON__________________________

______ ______ CHANGE__________________________
REASON__________________________

______ ______ CHANGE__________________________
REASON__________________________

______ ______ CHANGE__________________________
REASON__________________________

__________________ ____________
SIGNATURE DATE



$

**$1** 31:15
**$2** 31:12
**$20** 31:12
**$30** 31:15

@

**@** 48:5

1

**1** 4:3 16:22 17:1
**1/2** 2:8
**1:15** 80:23
**1:29p.m** 80:25
**1:39p.m** 89:7
**10:01** 1:17
**100** 14:14 15:11 20:8 24:19 27:24 28:22 37:25
**1080** 66:25
**11** 16:19 90:11
**1107** 2:8
**1-20** 1:10
**15-cv-22134-UU** 1:3
**16** 4:3
**17** 16:17,19
**18** 1:17 5:3 12:11,12 49:12,13,15,25 50:9,10 94:5
**1840** 2:4
**18th** 93:8
**1985** 12:11,13
**1995** 12:12

2

**2** 1:19 4:4 45:15
**200** 58:7,8
**200,000** 58:18
**2003** 33:13
**2005** 10:22
**2008** 9:3,4,13,16 10:23
**2009** 10:8,9 14:14 15:4
**2010** 21:4,5,8,14 24:21
**2012** 9:10,11 33:19
**2013** 15:11,14 20:20,22,25 22:24 23:4,22 25:9 33:15,16,19 38:11
**2016** 1:17 5:3 92:17 93:9 94:1,5
**20225** 10:3
**203** 4:7
**205** 4:8
**206253** 93:15
**23** 12:23
**24** 4:12
**24-hour** 57:22
**2514** 10:3
**253** 2:9
**26** 94:1
**2680** 1:19
**26th** 92:16
**270** 66:25

3

**3** 4:5 56:6,7,18,22 81:5
**30** 94:10
**300,000** 58:18
**33131** 1:20
**33304** 2:13
**33326** 2:5
**34th** 10:3
**383-4500** 2:9

4

**4** 4:6 56:6,9,18,22 81:18
**40** 34:4,5 55:24
**45** 4:4
**4K** 66:25

5

**5** 3:3 4:7
**5:00** 94:8
**56** 4:5,6

6

**6** 4:8
**6/10/2017** 93:15
**6:24** 1:17
**642** 2:12
**688-7642** 2:5

7

**712-2600** 94:17
**720** 66:25

8

**85** 12:14
**88** 4:12
**89** 4:12

9

**9:00** 94:8
**954** 2:5 94:17
**954.527.4111** 2:13
**98402** 2:8

A

**A.M** 1:17
**AARON** 2:3
**AB@BEHARBEHAR.COM** 2:6
**ability** 31:23 44:19 61:17 65:25 66:4
**able** 61:20 65:19
**above-referenced** 94:5
**absolutely** 20:13
**accents** 35:20
**acceptable** 73:19,23
**account** 39:25 43:15,16 48:2 59:1 62:23 69:3
**accounts** 39:22 62:19 63:9
**accurate** 15:12 26:14 28:22
**action** 92:15,16
**activate** 39:22,24 59:1
**active** 22:10 43:8
**actively** 32:2,21
**activity** 24:12
**acts** 73:14
**actually** 21:18 28:21 44:2 50:4,11 59:6 62:23 72:2 78:7 79:24 86:5
**adapt** 44:9
**add** 62:5
**addition** 26:19
**address** 10:2 47:15,24 48:1,11,12



50:14,16,20,21,23,25 51:16,20 52:3 63:14 70:1,9,12,25 73:11 76:6 82:1 89:12

**addressed** 70:7 87:11

**add-words** 31:5,6

**adjusting** 60:3,5

**administrator** 72:13,14,22 73:3,14 80:12

**adult** 55:8

**advertise** 22:11

**advertised** 31:5

**advertisement** 38:16

**advertisers** 30:8 33:4 39:8,10,11

**against** 12:4 51:12

**age** 49:11,15,23 50:1,3,4,8,11

**ago** 31:24 80:3

**ahead** 45:12

**AL** 94:3

**Alex** 72:23 73:15

**Alexa** 55:21

**Alexy** 16:8

**alleged** 24:12

**allow** 49:13 59:5

**allowance** 71:8

**already** 20:22,23 46:23,24 48:2 50:20,24 51:12,13,21 64:12,14,23 71:15 94:10

**am** 27:21 50:12

67:24 68:20 86:7 92:12,14,15 94:8

**Amended** 4:7

**amongst** 58:12

**answer** 4:12 6:10,12,18,20,25 7:9 11:1,4,5,11,13,21,22 12:1 17:15 24:14 28:9 31:19 41:20,25 44:14 54:6 62:14 64:2 66:6,22 75:3 79:25 83:24,25 86:24 87:13,25 88:4,7,21 89:1,3,8,10 90:13,22 91:1,3,4,6

**answering** 66:12 80:2

**answers** 6:23

**anticipating** 26:14 87:21

**anybody** 18:3 25:2,6 32:18 54:1 57:14 73:16

**anymore** 31:7 33:1

**anyone** 19:24 86:19

**anything** 8:16 15:25 16:2,3 18:24 29:5 35:1 48:13 50:18 53:13 55:2 62:24 82:8 83:4

**anywhere** 29:23 30:1 79:7

**Apartment** 10:3

**apologies** 27:17

**app** 31:8,10,22,24 32:8,12,13

**APPEARANCES** 2:1

**appeared** 93:6

**Apple** 31:8 32:17

**application** 15:24 16:3 31:25 32:7,11

**appointed** 16:12 17:11

**appointment** 94:7

**appreciate** 7:5 44:14

**approximate** 31:13

**approximately** 15:6,7 21:14 23:22 25:9 31:14 33:13 58:11,14 62:11 79:4

**approximations** 44:16

**arguments** 78:17 83:8

**arrested** 12:8

**arts** 13:18

**aspect** 22:18 41:18 42:7 44:8 67:2,4

**aspects** 40:14 42:25 57:4,8

**assigned** 51:21

**assistance** 94:9

**associated** 46:21 48:2

**ASSOCIATES** 1:18

**assume** 46:19

**attempted** 75:13

**attorney** 5:22 6:10,11 88:21 92:13,15 94:7,11

**attorneys** 17:19,24

18:3 19:13 90:25

**August** 12:11,12 38:12

**authored** 41:4

**authority** 93:5

**authorized** 92:7

**automatically** 58:24 70:4,7

**available** 53:6 63:24,25 65:14,16,22,23 66:1,2,11,16,17 67:5

**Aventura** 9:24,25 10:4,6

**AVENUE** 2:8,12

**average** 34:25

**aware** 82:9 83:10,15

B

**bachelors** 13:18,19

**bad** 50:20

**balance** 49:3

**ban** 50:21,22

**bank** 87:4

**banned** 51:16

**base** 32:14

**based** 24:8 32:10 75:5 89:10

**basic** 47:21 48:5

**basically** 59:21

**basis** 50:4 62:13 69:5 89:14

**BCOBB@COBBEDDY.COM** 2:14

**beautiful** 35:24

**become** 58:23 59:5



82:1
**becoming** 63:15,24
**beginning** 20:24 33:17 34:3 38:13
**behalf** 1:16 2:2,10 17:15 28:20
**BEHAR** 2:3 56:20
**believe** 14:14 15:11 22:24 63:16 89:17
**benefits** 63:23
**besides** 24:3 25:6 40:24 83:4
**best** 44:1,19
**birth** 12:10 46:1 49:11,17,24 50:2
**BISCAYNE** 1:19
**bit** 59:23
**blank** 94:13
**BLVD** 1:19
**Bolotin** 1:7,15 3:2 5:2,5,19 34:24 56:12 68:9 69:18 84:13 92:8 93:6 94:1,4,19
**B-O-L-O-T-I-N** 5:14
**bookkeeping** 29:17
**borrowed** 90:5
**bottom** 94:13
**bounce** 21:24,25 51:1,3 53:8
**bounced** 52:4,7,9,21 53:16,18,21 55:11
**bouncing** 53:2,8
**Brady** 2:11 19:15 45:10 94:2,19
**brain** 37:5
**break** 53:19 63:17 80:13,18 89:21
**brought** 68:9 81:5,18,24
**BROWARD** 92:3
**BRYN** 1:18
**build** 34:22 37:9 54:16 77:7
**building** 37:5
**built** 42:9,11,22 43:4 70:17
**bulk** 75:23
**bulletin** 39:22
**bump** 16:20
**bunch** 54:17
**business** 15:16,17,18 22:12,19 29:13,16 62:18 86:4
**button** 53:4 69:11,13,24 70:3
**by-step** 69:5

C

**c/o** 94:2
**calculate** 12:20
**calculated** 29:7
**calculates** 50:3
**card** 9:8,9 49:21
**careful** 54:16
**carrier** 72:2
**case** 1:3 11:2,7,8,16 18:20,22 20:5,6 88:1,16
**cases** 77:2
**cc** 94:19
**certain** 40:10 42:25 44:16 70:2
**CERTIFICATE** 92:1 93:1
**certify** 92:6,12 93:6
**chance** 90:24
**CHANGE** 95:4,6,8,10,12,14,16,18,20,22
**changed** 30:24 43:23 69:15
**changes** 44:8 95:2
**charge** 31:23 32:1
**chart** 70:5
**check** 32:16 46:22 47:3,17,18 49:18 50:16 51:20 60:6 77:2 91:10
**checked** 47:25 48:4 51:10,12,15 71:7,18 83:12
**chosen** 46:8
**circumstances** 74:20,22 78:14
**cities** 46:6
**citizen** 9:5
**city** 46:4,5
**Claim** 4:7
**clear** 7:5 13:24 45:3 78:8,9 80:5 82:25 86:8
**Clerk** 94:11
**click** 63:5 70:3
**clicked** 70:8
**close** 33:2
**closely** 32:24,25 62:16
**clouds** 76:22
**Cobb** 2:11,12 5:15 16:17 17:23 19:18 21:24 24:6 45:12 56:13,21 63:18 80:20,23 86:23 87:10,20 88:1,4,7 89:4,9 90:1,14 91:9 94:2,19
**code** 18:8,10,18 34:21 35:4,25 79:21
**coffee** 84:14
**college** 13:1,4,8,14
**com** 1:9,10 30:17 55:13
**combined** 58:19
**combines** 46:5
**comes** 27:25
**comment** 44:13
**COMMERCE** 2:4
**Commission** 93:15
**common** 6:16 85:1
**commonly** 85:16
**companies** 55:14
**company** 14:24 19:2 21:13 28:19 29:9 73:2,5,6,7,8,12
**compared** 46:17 57:25 58:1
**compares** 46:20
**compel** 24:9
**compensation** 29:3,6,7,12,16,22,25
**complaint** 18:14,22
**complete** 37:22 50:23
**completely** 8:14 77:21
**complicated** 67:15



**complying** 49:25

**computer** 42:5 79:20

**concept** 34:12

**conceptualized** 38:1

**conceptually** 35:5

**concern** 57:17

**concerned** 57:18,23

**concerns** 57:9

**conference** 7:17 8:7

**confirm** 46:1 49:17 64:25 65:11 67:15 68:2,8,18,23 71:5 73:12 77:9 79:19,21 80:4,5,8,10

**confirmed** 71:24 74:7

**confirming** 46:13,16

**confuse** 13:25 41:11

**confusing** 80:1

**connected** 92:15

**Constantin** 1:7 2:16 19:19

**construct** 48:5

**consulting** 78:4,11

**contact** 94:8

**contacting** 94:7

**contain** 55:1,8

**content** 69:18 83:1,2,6 84:1

**contractor** 72:25 73:4

**contractors** 27:6,8 73:1

**conversation** 77:9

**conversations** 17:19,23 19:17 20:12

**copies** 45:9

**copy** 40:20,21 45:6

**Copyright** 83:10

**corporate** 16:13 26:25 27:24 28:10,11,15,16,20 ,23 87:7,8 90:21

**corporation** 1:4,8 17:16 27:16,17 28:3,5 90:22 91:3

**correct** 23:22 65:19 66:2 74:9 77:19 78:11 79:12,15,18 81:8,14 82:1,5 86:13 92:11

**CORRECTED** 1:13

**correctly** 57:4

**counsel** 2:1 92:13,15

**count** 25:16

**COUNTY** 1:2 92:3 93:3

**couple** 5:21 81:3 91:7

**course** 12:2 29:14

**court** 1:1 5:16 6:14 10:3 24:9 89:6,12 92:5,21 94:11,16

**court's** 24:8 87:11 89:13

**create** 35:8 36:17 59:2 62:19 63:9

**created** 35:6

**creation** 33:22 34:9,25 36:9

**credential** 39:24 43:12

**credentials** 40:1,3,5,9,17,22,2 5 41:4,6,14,19 42:4 43:8 44:24 45:19 59:2,3,4 61:19 69:23

**credit** 49:21

**crew** 36:5

**criminal** 12:6

**current** 27:1

**currently** 69:25 90:4

**custom** 42:22 43:3 70:17,20

**customers** 62:20 63:12

D

**d/b/a** 1:4,8

**daily** 62:13 69:15

**data** 52:14 79:17

**database** 18:6,7,16 40:4,5,8,13,14 45:5 46:22 47:5,6 51:12 52:8,12 53:11,15 59:3 79:11,17 80:6

**databases** 79:7,8,15 80:6

**date** 12:10 23:23 46:1 49:10,17,24 50:2 94:1 95:25

**Dated** 92:16

**dating** 22:9 26:7 37:1

**day** 20:16 21:7 53:5 71:17 92:17 93:8

**days** 94:10

**day-to-day** 55:5 77:21

**deal** 39:12,20 82:11 91:2

**Dear** 94:4

**debts** 38:16,19,21,22

**decide** 11:3,20

**decides** 72:9

**deciphering** 35:20

**decision** 11:10,17,18 62:18 77:6,7,12 78:4 88:19,20

**decisions** 78:15

**DEFENDANT** 2:16

**Defendants** 1:11 2:10

**definitely** 11:21 53:15

**definition** 66:21 67:3

**degree** 13:1,8,14

**Delaware** 27:15,16,17 28:4

**deliver** 54:14 58:6,7 60:2,7

**delivered** 54:18 72:8 76:4

**delivery** 62:7 71:16 75:10,12 77:23,25

**dep** 90:21

**depends** 29:8 31:15 62:7 76:19

**deposition** 1:15 5:2 6:1,3,9 16:13 17:2 19:3 20:5,6,17,19 90:10,24 92:8 94:5,6,7,10

**describe** 77:16

**DESCRIPTION** 4:2

**descriptive** 85:9

**design** 34:20 35:24 36:1,4 39:3

**designed** 36:4 40:4

**designer** 35:23

**designers** 33:24 34:20

**desire** 37:13 38:2

**detailed** 40:7

**details** 20:4 88:18

**difference** 7:13 84:20,21

**different** 27:9 28:1 30:25 40:6 42:17 46:5 49:16 55:12 60:24,25 61:23 62:6 71:6 75:3,8 77:8,18,21,22 85:17 88:24 89:13

**differentiates** 76:16

**difficult** 26:19 37:19

**difficulty** 44:12

**direct** 3:3 5:8 61:19

**directly** 68:22

**director** 14:21,22 15:2,9,15 23:4 24:22 27:2 28:25 64:5 86:16

**disclose** 88:15

**discovery** 87:12

**discretion** 78:3,10,15

**discussing** 17:18

**Discussion** 37:10 45:14 89:23 91:12

**display** 66:21

**distinction** 48:23 84:17,19 85:21

**distinguished** 40:18

**DISTRICT** 1:1

**DMCA** 4:8 83:16 84:6

**document** 16:25 17:4,7 27:24 45:1,21 81:18

**documents** 18:2,5,6 19:4,8 56:6,21,24 81:3,5 87:17,18

**dollar** 31:12

**done** 17:20,22 42:24,25 84:10

**dot** 30:17 55:13

**dot.com** 48:6

**download** 32:13

**draw** 82:12,18,22 83:18 84:19

**drawing** 85:21

**drawn** 84:17

**drew** 48:22

**due** 11:9 88:19

**duly** 5:6 93:7

**during** 6:9 19:3,7 42:16 62:6

**duties** 23:4 24:22 29:25

E

**earlier** 84:17

**earn** 30:9

**easy** 49:7 54:23

**EDDY** 2:12

**education** 12:25

**EE** 93:15

**either** 20:18 44:9

**else** 18:24 19:24 26:3 29:23 30:1 72:16 82:8

**e-mail** 2:9 40:9 46:1 47:15,17,20,22,24 48:1,5,8,11,12 49:5,6 50:14,16,20,22 51:1,3,10,16,20 52:3,4,7,8,20,21 53:2,5,10,11,12,13,14,16 55:6,10,12,15,25 56:1 57:7,22 58:10 59:19 60:14,18,19 63:11,14 70:9,12,25 71:13,20,23 72:2 73:12 75:22 76:6 81:13 82:1

**e-mails** 39:10 47:25 49:2,8 52:12 53:7,8,18,20 54:9,12,14,15,18,25 55:1,11,12,23 57:10,21 58:2 59:12,15,21 60:1,11 62:7 71:16,25 72:1 75:13,19,23,24 76:3,11 77:25 82:11

**employed** 76:17

**employee** 92:13,14

**employees** 27:5

**encrypted** 47:5

**engineering** 14:8

**engines** 57:10

**English** 35:17,18

**ensure** 48:1 49:11 51:13

**equivalent** 13:18,21,22

**ERRATA** 95:1

**ESQ** 2:7

**Esquire** 2:3,11 3:3 94:2,19

**establish** 24:11

**established** 89:18

**estimate** 8:3,4,5,18 79:1,3

**ET** 94:3

**everybody** 57:18

**everyday** 42:15 50:4

**everything** 6:15,16 47:8 53:1 55:12 64:8

**evidence** 87:21 89:13

**exact** 15:5 21:7 23:23 35:4 50:2 58:5,17 73:12

**exactly** 7:24 31:11,19 34:4 37:15 38:11 45:24 47:10,11 49:1 51:4 52:13 57:24 62:14 75:9

**EXAMINATION** 3:1,3 5:8

**examined** 5:7

**example** 28:1 50:21 53:3 55:15 58:2,4 61:2 68:20

**except** 59:8 64:22

**exchange** 61:8 67:19,21

**excuse** 20:17

**exhibit** 4:3 16:22 17:1,6 21:17 45:11,15 56:7,9



81:4,18
**exhibits** 4:1,2 56:18,20 82:9
**exist** 47:18 53:11 78:14
**existed** 87:17
**existence** 20:22,23
**existing** 51:12
**exists** 46:23 69:25 79:22
**Exp** 93:15
**expense** 29:16
**expenses** 29:13,20
**expensive** 38:20,23
**experience** 75:25
**experiment** 31:4 75:22
**explain** 20:24 43:11 68:24 71:4 77:8
**explained** 71:15 79:5
**expression** 64:2
**extension** 47:23

F

**facts** 77:6
**fair** 6:20 7:7,18 8:6 14:15 15:8,13 24:15 28:14 29:12 32:5 34:12 36:8 41:3,22 42:2 43:22 44:6,17 57:17 82:7 85:8
**fake** 50:14
**familiar** 20:8 49:20 55:2 84:5
**family** 10:13,14
**feature** 42:18 50:25 53:3,6 60:6 63:6
**features** 63:1
**FeedVid** 50:13 67:24,25
**FeedVid.com** 25:18 48:19 58:23
**F-E-E-D-V-I-D.com** 25:18
**FEEDVID.COM** 1:9,10
**fees** 28:24
**field** 46:4 49:19 52:13 55:19,25
**figure** 44:1
**filed** 94:11
**files** 36:1
**fill** 43:14,25
**fills** 43:14
**filtering** 54:25
**filters** 54:25
**final** 43:4,7
**financial** 88:11 89:15,19
**financially** 92:16
**findandtry** 22:18 26:7,8 30:9,18,23,24 31:17 33:1,5 36:24 37:8,13,18 38:2 39:18,21,22,24 40:1 43:12 48:25 50:1 58:21 64:10 86:6,11,12,13,19, 22
**findandtry.com** 22:9,10 43:13 48:23 50:6
**finds** 53:14 91:3
**finish** 6:19 26:15
34:9 78:7,8 82:21
**FIRM** 2:7
**first** 5:6,12 14:12,16 15:1 22:7 23:21 24:11 25:10 29:19 31:1 33:9 34:14 35:6 36:23 37:3,6 38:9 39:13 50:9 55:17 58:8 60:10,14 67:14 70:1 71:7,9 87:1
**five** 64:17,25
**Florida** 1:1,2,20,25 2:5,13 20:9 27:11,14 28:1 92:2,6,22 93:2,14
**fluid** 44:8
**focused** 23:8 31:21
**focusing** 41:13
**folder** 75:21 76:14
**folders** 21:18 76:4 78:1
**follower** 59:19
**force** 12:4 56:1,3
**forcing** 55:13
**foregoing** 92:8
**foreign** 1:4
**form** 4:4 43:14,18 45:15 48:20,21 86:23
**forward** 21:20
**forwarded** 94:11
**foundation** 47:21
**free** 31:2 32:12 38:24
**Freeman** 2:7 3:3 5:9,18,20 16:16,24 19:20 22:1 24:15,18
25:22 32:18,20 34:23 37:11 45:10,13,17 52:19 56:5,11,14,15,23 63:17,22 80:18,21 81:2 87:3,15,24 88:2,6,9 89:21 90:2,16
**Friday** 94:8
**friends** 53:5,7
**front** 45:21
**FT** 2:13
**fulfilled** 27:7
**fulfilling** 38:2
**full** 78:15
**full-time** 23:1,7
**function** 36:2,4 53:21 54:3 65:21,22 68:10
**functional** 42:4
**functionalities** 65:14
**functionality** 35:12 40:23 43:1,8 44:7,16 63:24 65:15 66:1 68:16
**functioning** 32:15
**functions** 35:11 66:10,16
**funding** 86:21

G

**gain** 77:10
**gaining** 91:5
**gender** 46:1
**general** 59:13 65:18 67:5
**generally** 57:23 74:20



**generate** 39:13
**generated** 30:16,22
**generating** 38:9
**gets** 11:18
**getting** 30:21 32:18 38:15,19 71:13
**given** 78:13
**giving** 50:14 88:23
**global** 40:8 52:11 55:21 59:2 82:6,7
**gone** 5:23 17:6
**Google** 31:4 33:6,7,8 37:8 49:4 53:7 54:13,18,23,24
**Goubarev** 16:8
**graduate** 13:4
**green** 9:8,9
**ground** 5:22,25
**growing** 38:13
**guess** 8:16 86:17
**guessing** 7:13 8:14
**guy** 59:20 72:23

H

**half** 21:1
**hand** 93:8
**handed** 17:1 56:24
**handing** 17:10 55:17 81:4
**handle** 83:15,16
**handles** 84:6
**happen** 71:20
**happened** 37:16
**hard** 26:19 35:19,20 49:2,6 50:19 54:10,11 55:3 57:25 58:7 60:2,7
**haven't** 7:4
**having** 5:6 83:5 84:14
**HD** 66:24
**head** 22:3
**heads** 30:13
**hear** 6:9 19:16
**hearing** 87:14
**held** 37:10 45:14 89:23 91:12
**help** 45:23
**helpful** 25:20
**hereby** 92:6 94:17
**he's** 71:12,21 73:1 88:23 90:1
**hey** 63:10
**Hi** 69:18
**high** 66:21 67:2
**hired** 16:5 42:12
**HLP** 1:4
**honest** 20:15 38:7
**hope** 66:14
**hosing** 66:18
**host** 38:24 51:11 84:24 86:10
**hosted** 36:18
**hosting** 23:17,19,21 25:8,10,14 26:5,6 30:8 33:9 35:9 37:4 38:23 39:19 44:7 51:11 53:22 54:1,4 55:8 58:12,16 62:12 64:1 66:21 67:2,14 82:13,23 83:20 84:18,24 85:3,9,11,13,18,2 2,24 86:5,6
**hour** 58:8 83:7
**huge** 58:6
**human** 6:16,22 26:17
**hundred** 24:5,24 47:19 58:4 74:18
**hundreds** 49:8
**HYDENTRA** 1:4 94:3

I

**idea** 34:14,16 35:8 36:23 37:3,5,6,7,9,23 42:3,9 67:21 86:3,6,8,10
**identification** 16:23 17:2 45:16 56:8,10 59:22
**identifications** 59:18
**I'll** 20:18 23:3 36:15
**illustrate** 81:24
**illustrative** 82:3
**I'm** 5:21,22,23 10:11 11:1,5,13,21 12:17 13:7,20 20:4,5,6,8,9,13 24:13,16 26:14,16 27:23 28:3,9,10 31:20 32:5 33:16 35:3,17 38:17 40:11 41:1 43:21 44:21 45:23 48:22 49:14,15 54:7,11 56:5,16 62:15,18 63:23 64:13 66:12,15 68:4,10 69:21 76:7 77:10 81:4,17 84:9,10 87:12 88:2,4,7 89:9
**imagine** 35:1
**imagined** 36:3
**implement** 49:7,24
**implemented** 37:16 42:18 49:1
**important** 6:17,18 26:20
**improve** 37:5 42:14
**inbox** 60:11,15 75:15
**INC** 1:8 2:7
**inception** 25:4,5 90:3
**include** 58:21
**including** 48:5
**incorporate** 28:17
**incorporated** 27:10,13,14,15 28:19,21
**independent** 27:6,8 73:1,3
**INDEX** 3:1 4:1
**individual** 1:7 46:9 61:20
**individually** 1:8
**industry** 76:19 85:16
**information** 13:23 40:7,10,21 43:17 44:1,4 51:6 55:22 75:4 80:11 88:15 91:5 94:9
**infringement** 4:7 83:11
**infringing** 24:12
**initial** 21:9 22:17



**initially** 38:1 43:11

**instant** 70:14,17,18,20,23 71:1,11,22

**instruct** 24:14 76:12 87:13 89:10

**instructed** 73:17,19,22 74:22 79:18 88:21

**instructing** 87:24 88:4,7

**instruction** 4:12 88:24

**instructions** 73:25 76:17 78:6,13 91:1

**INT** 1:4

**integrated** 37:17

**integration** 37:19 39:20

**intended** 38:3

**intention** 36:11,13,17,19,21 38:5

**interest** 88:11 89:15,19

**interested** 92:16

**Internet** 39:16 43:5 83:5 84:2,3 91:8

**Interrogatories** 18:13,20

**interrupt** 6:17,18,19 43:21

**invalid** 52:22

**involved** 6:6 21:9,11 24:11 28:10,15 33:22 68:12

**involvement** 20:25 21:12

**involves** 77:13

**issue** 57:10,13 90:20

**it's** 6:17,18,22,24 11:1,2,7,11,15 12:2 14:14 15:11 22:9,15 23:3,16 26:2,17,19 27:13,14,15,16,25 28:1,2,3 29:8,10 30:18,25 31:2,9,20,22,24 32:12,25 33:18 34:6,18,21 35:19,22 37:1,15 38:20,23,24 42:13,21 43:23 45:5,25 46:22 47:18 48:4,12 49:1,6,7 50:19,20,23 51:2,13,15,16,20 52:6,22 53:10,15 54:10,23 55:3,7,15,19,21 56:3 57:18,25 58:6,17,18 59:21 60:2,7,22,24,25 64:2 65:8 67:9,15 70:7,17 71:5 72:7 73:19 74:7 75:8,15,16,17 76:9 77:3,7,21,25 80:1,5,20,21 84:24 85:13 87:7 88:1,16,25 89:17 91:2

**I've** 7:22 8:11 56:24

J

**January** 1:17 5:3 92:17 93:9 94:1,5

**job** 14:3,16,18,19 15:1,20 26:14 29:22,25

**John** 1:10

**join** 81:13

**joint** 81:9,21

**Judge** 11:18,20,24 88:25

**Judge's** 87:16 88:20

**July** 38:12

**junk** 49:5 75:18,20 76:4,13 78:1

K

**Kallas** 1:24 92:5,21 93:5,14 94:16

**Kazakhstan** 8:25 9:12 13:3 14:1

**kids** 10:17,19

**kinds** 56:1 63:9

**knowledge** 25:5

**knowledgeable** 17:12

**Konstantin** 1:7,15 3:2 5:2,5,12 92:8 93:6 94:1,19

L

**laid** 24:8,13

**last** 5:13 29:10 51:8 87:20

**late** 33:19

**later** 26:18 63:2,3,4,5 65:21 80:1 91:2

**LAUDERDALE** 2:13

**launch** 38:12

**launched** 39:17

**LAW** 2:7

**lawsuit** 5:20 6:6

**lawyers** 19:17,18

**least** 44:15

**legitimate** 56:1

**lender-debtor** 89:17

**let's** 21:20 39:12 44:22 67:24 68:15 78:21,25 89:21 91:9

**letter** 39:18 94:13

**level** 66:14

**life** 30:3 76:9

**LIMITED** 1:4

**limits** 89:18

**LINE** 95:3

**list** 54:22

**listed** 48:11 64:25 90:23

**listen** 26:21 79:24

**little** 30:19 59:23 89:21

**live** 9:21 10:10,12 43:5

**lived** 9:18

**LLC** 28:2

**loan** 86:25 87:4,6,7,8,9,25 88:10,11,13,16,18 89:18

**loans** 87:2

**locating** 39:8

**location** 40:22,24 46:2,3

**logic** 34:19

**logics** 35:7

**login** 40:1,3,9,17,22,24 41:4,6,14,19 42:4



43:1,8,12 44:23 45:18 59:2,3,4 61:19,21 69:23

**long** 9:1,9 10:7,21 15:9 31:16

**lose** 62:20 63:11,14

**losses** 30:19

**lot** 14:5 30:13 38:19,21,22 39:19,21 42:12 49:5,8 53:2,7,8,9 54:12,20,21 56:16 59:24 62:22 64:3 77:13

**Luchian** 1:7 2:16 19:21,22,23 94:3

**lunch** 80:19,25

**lying** 49:15

M

**mail** 39:11 49:5 50:25 51:2,12 52:7,8,9 53:14 57:12,13 59:24 72:6,7,9 73:20,23 74:1,9,23 75:10,11,12 76:13 77:12,20 78:10,18,22 79:1,9 80:7

**mails** 57:14

**main** 77:22 87:2

**maintain** 38:20 55:4 61:16 73:2

**maintaining** 28:15

**maintains** 28:19

**man** 62:18

**management** 13:16

**manager** 13:13 28:2

**manner** 44:14

**marital** 20:8

**mark** 45:10 51:1 52:9

**marked** 16:23 17:1 45:15,22 52:5,10,12,22 53:15,19 56:6,8,10,22,25 81:4,17

**marketing** 32:2

**marketplace** 44:10

**markup** 53:10

**married** 10:15,21

**mask** 47:19,20

**matched** 52:8

**math** 12:21

**matter** 94:5

**maximum** 31:15

**may** 6:9 21:15,16,21,24 25:16 34:24 42:25 59:14 60:19 71:23 88:22 94:6,8,11

**maybe** 33:18 36:15 38:12 51:4 58:7 74:17

**mean** 14:5 16:6 18:7,9,14 21:2 22:11 23:16 28:11 29:16 30:25 32:4 34:6 37:17 39:2 40:6 41:8,12 46:4,6 49:18 50:22 55:5 58:1,4 59:19,21 60:15 62:20 63:3,12 64:9,22 66:24 67:19 70:16 73:2 76:10,23 79:13 80:5 87:1 88:15,17

**meaning** 51:16

75:12 77:25

**means** 6:15 62:22 72:19 77:1 89:19

**measure** 7:25

**measured** 7:20,22

**measurements** 7:16

**media** 1:8 15:19 16:13 17:12 18:16,18 20:21,25 21:1,3,8,10 22:6,8,17,21,23 23:1,2,8,9,13,21,24 24:23 25:5,9,15 26:23 27:1,3,5,7,10 28:20 29:1,4,20,21 30:4,6,7,17,21 33:10 36:21 39:2,6 40:12 42:24 43:3 48:10 49:10 51:17 52:2,4,20 57:7 58:12 59:12 62:12 64:1,6 66:17,20 67:1,9,13 70:19 73:16 75:13,20,23,25 76:3 78:11 79:8 85:1,22 87:1,2 88:12 90:4,5

**media's** 18:10,16 51:11 54:4 76:25 80:6 82:13,23 83:20

**meet** 16:10

**Melissa** 1:24 92:5,21 93:5,14 94:16

**member** 50:15 52:21 53:12,25 54:5 58:23,24 59:5 60:19 63:24,25

65:14,16,23 66:2,16,17 67:13,14,24,25 68:20,21 69:8 81:14 82:1

**members** 37:13 38:2 53:2 58:12 59:12 60:18 62:11,21 63:15 66:1,5 67:6,9

**membership** 31:7,16,17 32:3 69:4

**memberships** 31:3 63:15

**mention** 55:16 68:13

**mentioned** 35:6 56:2 64:14,20,23 65:13,22 67:11 68:12 69:20 77:4,17

**merged** 37:17 40:4

**message** 61:3,4,5,7 67:10,12,14,17 68:1,10,22 69:5,9,12,13,17,19,22,24,25 70:1,8,11,13,23,24 71:1,11,12,22

**messages** 61:8 67:20,21 68:17 71:8

**messenger** 70:13,14,15,17,18,20

**met** 5:21

**METART** 1:4

**Miami** 1:20 9:17,18

**MIAMI-DADE** 1:2 93:3

**middle** 38:12



**migrate** 47:9
**mill** 34:25
**mind** 45:10
**mindful** 84:15
**minute** 54:19 56:19 57:3 84:12
**mirror** 26:2
**mirrored** 40:2 61:14
**mirrors** 59:9
**misunderstood** 52:25
**mockup** 41:18,19
**mockups** 34:19 35:12,13,15,16,21 ,23
**M-O-C-K-U-P-S** 35:15
**Monday** 94:8
**monetize** 38:3,5
**money** 29:9 30:6,7 31:1 38:3,14 39:13 90:5
**monitoring** 32:24,25
**month** 29:8,10 38:23
**morning** 65:13
**motion** 24:9
**move** 21:20 23:9 61:15
**moved** 22:21 23:11,12
**multiple** 47:2 57:10
**MySQL** 18:16 47:6,10,14 52:12 79:11,13,15,17

N

**nature** 6:16,22 26:17
**necessary** 94:6
**net** 48:6
**news** 39:18
**night** 87:20
**non** 63:25 65:23 66:2,17
**non-member** 65:18
**nor** 92:14,15
**NORTH** 2:4
**Northeast** 2:12 10:3
**Notary** 1:25 92:5,22 93:14
**notes** 92:11
**nothing** 19:11 30:20
**notice** 4:8 47:24 60:19 62:17 67:13 90:10,20,23 94:5
**noticed** 54:24 91:5
**notices** 83:16 84:6
**notification** 60:21,22 62:6,8 67:10,12,18 68:10 69:20 71:9,10,13,15,18, 20,23 72:1,8
**notifications** 59:25 60:4,8,23 61:23 62:2 67:8
**notify** 61:6 70:25
**numerous** 75:24

O

**OATH** 93:1
**object** 6:10
**objection** 24:6 86:23 87:10 89:11
**objections** 91:1
**occasions** 59:11,13 90:4
**occur** 68:25
**offends** 85:5
**offer** 39:13 67:1
**offered** 41:9
**office** 8:7,9,11 94:8
**official** 93:8
**Oh** 23:6
**Okay** 5:19 6:1,2 7:11,12,23 8:1,16,18,22 9:1 11:14 14:7 16:12 17:11 18:5,12 19:12 20:1,11 21:22,23 22:4,14 23:15,18 25:8,24 26:22,23 28:6,13 29:15 33:3,9,21 35:1,2 36:7 37:12,21,24 40:16 42:20 45:8,18 47:13 51:7,19,22 52:15,25 53:17,24 57:3 64:15 65:2,10 68:14,19 71:4 72:18 77:11 79:23 80:3,17 81:16 84:8,16 85:20 86:2 88:6,20 89:2
**old** 10:19 12:10,15,18,23 20:17 31:23 49:25
**ones** 61:23
**ongoing** 34:6 42:13 55:4
**onto** 6:24
**open** 22:15 39:25 47:4 70:4
**opened** 21:8,13 22:7,23 23:13,14 39:19
**opening** 21:9 22:17
**operated** 26:10
**operating** 39:4
**operations** 14:23 15:2,9,15 23:5 24:23 27:2 64:5 86:16
**opposed** 65:7 85:24
**optional** 55:15,19,25
**order** 11:24 21:21 24:8 43:18 46:17 54:3,14 58:6 87:11
**ordering** 94:11
**organize** 62:25 65:25
**original** 86:6,8,10 94:10
**originally** 8:23 30:24 35:8 37:7 39:17 48:25 49:24 86:3
**otherwise** 79:25
**outline** 59:13 61:24
**outside** 76:21 87:10 89:16
**overloaded** 75:8 77:3
**overtime** 44:9
**owned** 25:6,15 26:9,10
**owner** 24:16,24 27:4 64:5
**owners** 23:24 24:2
**ownership** 24:10,11



P

**P.A** 1:18
**P.M** 1:17
**page** 3:2 4:2,5,6 5:24 55:17,20 56:7,9 69:8,23 70:3 81:9,21 95:3
**Pages** 4:12
**paid** 29:13,19
**paper** 6:24
**parallel** 20:14 40:2 82:12,18,22 83:19
**PARKWAY** 2:4
**particular** 42:18 70:12
**parties** 92:13,14
**party** 51:5
**passport** 16:3
**password** 40:9 45:25 46:1,11,13,16 47:1,2
**passwords** 47:4
**past** 74:8 78:25
**pay** 28:23 31:3 38:22 73:6
**payroll** 29:3,5
**pd** 36:1
**PeekVid** 64:10 65:7
**PeekVid.com** 48:17
**PeekVids** 1:9 50:13 65:7,8,9 68:7
**P-E-E-K-V-I-D-S.com** 26:3
**PEEKVIDS.COM** 1:10
**penalized** 49:3
54:13,19
**people** 30:13 34:1,7 35:25 37:1 42:12,14,17,21 49:17 50:7 53:6 72:11,20,23
**perceived** 37:13
**percent** 14:14 15:11 20:8 24:19,24 27:24 28:22 37:25 47:19
**Perfect** 63:18
**period** 31:16 57:22
**permitting** 68:16
**person** 16:6 17:12 39:1,3 61:5
**personal** 12:2 55:8 75:22 76:5 87:6
**personally** 28:15 93:6
**pertains** 89:15
**phone** 32:13 91:7
**photos** 37:2
**phrases** 55:2 85:13
**pin** 42:23
**Plaintiff** 1:5,16 81:12
**Plaintiffs** 5:20
**Plaintiff's** 16:22 18:14 19:2 45:15 56:7,9
**PLAINTIFFS** 2:2
**planning** 33:2
**play** 54:9 61:20
**players** 49:4 82:11
**playlist** 63:2,7
**PlayVid** 4:8 25:12,19,25 37:7,12 38:1,3 39:20,23 40:2 44:22 45:19,24 48:10 50:13 59:8 61:13,15,16,17,19 64:9 68:13 86:5
**playvid.com** 25:11,13 33:10,23 34:9,13 38:5,9 39:15,17 48:14
**Playvid.com** 1:8,9 61:18
**P-L-A-Y-V-I-D.com** 26:1
**PlayVids** 1:10 50:13 59:8 61:2,10,16,19 64:10 68:15,16,21,25 69:3,6 71:1
**playvids.com** 48:15 58:25
**Playvids.com** 70:20
**P-L-A-Y-V-I-D-S.com** 26:2
**PLAYVIDS.COM** 1:9
**please** 19:5,9 32:4 34:10 36:16 47:24 66:24 69:1,2 82:15 83:22 94:5
**PLLC** 2:12
**plus** 37:8 50:10
**PM** 94:8
**point** 22:21 23:1,12 32:22 38:25 81:11 88:17
**points** 50:9
**policies** 83:11
**popular** 82:4
**porn** 54:25 55:7
**portion** 58:9 89:5
**post** 36:22
**potential** 57:16
**practical** 69:4
**predicate** 24:8,13
**prefer** 85:2
**premium** 31:1,3,7 32:2
**preparation** 18:25 19:5,9,14
**prepare** 17:20 64:3 66:8
**prepared** 17:15 41:2 54:7 62:3,15 68:4
**present** 2:15 5:22 36:22
**president** 27:18,20,21 28:3,5
**presume** 20:14
**pretty** 35:12,22 36:23 39:11,12 40:20 42:15 49:6 53:1 61:15 63:8 84:24 86:8
**previous** 29:10 78:13
**previously** 69:20 89:11
**printout** 81:9
**privacy** 44:2,3 55:7,23
**private** 44:4
**probably** 7:17 12:24 15:5 21:7,8 23:23 25:20 26:4,20 28:4,12,21 31:22 32:1,16 33:17



47:12,18 48:25 51:4 52:13 64:22 73:11 75:16 82:16 86:17

**problem** 26:1 53:9 57:7,16 62:6 75:25 77:22,24,25 84:14

**problematic** 75:14

**problems** 57:9 59:24 71:16

**process** 35:10 36:3,9 41:15 42:4,14 43:1,12 44:8 47:11 48:8 53:25 54:8 55:18 68:24 71:4

**processed** 72:2

**Production** 87:12,22

**profit** 30:19,21

**profitable** 31:21

**profits** 38:10

**program** 42:8 46:15,20 47:16 70:16

**programer** 79:20 80:12

**programers** 33:24 34:20,21 35:25 36:2

**programmable** 79:12,14

**programmer** 42:24

**programming** 41:5,6 42:5

**prohibits** 91:4

**project** 40:7,8,12,13

**projects** 40:6,24

**promote** 33:19,20

**promoting** 32:21 33:1 39:15

**promptly** 94:13

**pronounce** 73:17

**properly** 71:17 72:1

**protected** 20:13

**protections** 20:9

**provide** 81:25

**provider** 84:2,3

**providers** 57:12,13,22 58:10 59:24 83:3,5

**public** 1:25 22:16 55:22 92:6,22 93:14

**purchase** 31:9 32:14

**purchased** 32:8

**purpose** 17:2 22:6,7,8

**purposes** 82:13,14,23 83:19,21 84:11 85:22

**pushed** 69:23

**pushing** 55:9

Q

**question** 6:10,19 7:3,6 11:1,4,5,11,12,13, 21 12:1 13:24 19:6 21:17 23:3 24:14 26:14,15 28:9 31:19 34:10 36:14 41:2,20 49:6 54:7 64:4 66:6,9,22 68:5,6 69:1 75:3 76:1 77:5,19,23 78:7,20 79:25 80:2 82:17,20 83:23 84:10 87:13 88:5,8,13,14,22,2 4 89:1,4,10 90:1

**questioning** 19:7

**questions** 20:9 22:4 24:10 44:15 66:13 79:4,5 80:2 90:22,25

**quick** 17:9

R

**rain** 76:22

**raised** 89:11

**range** 31:15 58:18

**ranges** 50:8

**rank** 55:21

**ranking** 55:20

**rather** 23:18 34:24 71:5

**RE** 94:3

**reach** 20:18

**real** 17:9

**reality** 34:17

**realized** 38:17

**realizing** 38:15

**really** 7:15 13:20 26:19 53:25 90:19

**reask** 7:6 23:3

**reason** 64:24 65:1 95:5,7,9,11,13,15, 17,19,21,23

**reasons** 74:24 75:1,8 95:2

**recalculate** 50:4

**recall** 18:24 19:4 24:9 33:13 74:22

**receipt** 71:25

**receive** 13:12 28:25 29:3 60:19 71:8,11,12,19,21, 23 76:5,13

**received** 78:1

**receivers** 71:16

**recent** 16:18

**recess** 52:17 63:20 80:25

**recollection** 89:12

**record** 5:11 12:6 24:7 37:10 45:3,14 52:16,18 63:19,21 78:9 79:18 80:24 81:1 89:6,22,23,24 91:9,11,12 92:11

**recorded** 79:8

**records** 25:23 28:15,16,20 79:17 80:6

**recruited** 16:4

**Reddit** 4:6 55:23 56:9 81:22,25 83:18,21 84:1,5

**R-E-D-D-I-T** 55:24

**refer** 85:17 86:9

**referenced** 45:21

**referencing** 45:23

**referred** 85:16

**referring** 53:20 64:11 85:23 89:16

**regard** 46:19 81:11 82:9 83:18

**regarding** 73:22

**regards** 47:1

**register** 31:3 62:23

**registered** 43:15



52:3 62:22

**registration** 43:14,18 48:14,20 50:23 51:23,24 55:18

**related** 11:2,7,8,15 88:16

**relates** 57:6 68:6

**relationship** 89:17

**relative** 92:12,14

**release** 33:19 88:14

**relevance** 86:23

**relevant** 88:1,25

**remark** 6:23

**remember** 5:16 12:20 13:7 15:22,23 21:7 23:14 31:22 33:17 38:7 41:21 42:1,7,11 43:17 45:24 61:25 62:1 66:8,15,19 67:7 68:4 69:15 74:5,15,19 78:16,24 79:3,10

**remind** 26:15

**reminded** 19:8

**remove** 62:5

**renewal** 28:24

**renewals** 28:11,17

**rep** 16:13

**rephrase** 32:4 34:11 36:14 69:1 73:21 82:15 83:22

**report** 5:16 92:7

**REPORTED** 1:24

**reporter** 6:14 25:20 52:16,18 63:19,21 80:24 81:1 89:6,22,24 91:11

92:1,5,21

**Reporting** 94:16

**represent** 5:20

**representative** 90:21

**represented** 87:19

**Request** 87:12,22

**requested** 89:5 92:10

**requests** 87:12

**require** 81:13

**required** 43:14,17 44:24 45:24

**requirement** 81:25

**requirements** 48:5

**requiring** 63:13

**research** 91:7

**respect** 11:9 44:3 55:6,23 88:19

**response** 19:1 30:14

**result** 60:12

**resume** 15:24

**return** 94:13

**revenue** 30:3,9,16,18,19,21,22 38:10

**review** 92:9

**reviewed** 18:2,5,15 19:4,8 87:20

**reviewing** 18:24

**role** 27:1

**roles** 27:7

**room** 7:17 8:7

**rude** 84:9

**rule** 49:25

**ruler** 84:12

**rules** 5:22,23,25

48:21

**ruling** 87:16,18 89:13

**run** 21:2 34:25

**running** 39:3 55:3

S

**salary** 28:25

**sanctions** 12:3

**sat** 36:12

**save** 63:6

**scenario** 71:11,14

**scheme** 30:24

**science** 13:19

**scope** 87:10

**seal** 93:8

**search** 57:9

**searching** 50:7

**second** 55:20,22 71:14 72:5

**secretary** 28:8

**seem** 34:24

**seems** 85:9

**seen** 8:11,12 16:25 17:4

**send** 15:25 16:2,3 47:24 48:11,13 49:7 54:17 59:12 61:5 67:9,25 68:17,21 69:5,9,11,13,17,24 70:4,8,11,24 71:14 72:7 75:13,24

**sending** 49:4 53:7 55:5 59:15 60:1,5,8,17 76:10

**sends** 54:1 75:23

**sense** 41:23,25

**sent** 15:23 48:24,25 52:2,20 57:11,14,22 58:3 61:23 67:14 69:19,22 70:25 71:22 75:20 76:3 78:1

**sequel** 18:6,7

**server** 72:6,7,9 73:20,23 74:1,9,23 75:1 76:13 77:20 78:10,18,22 79:2,11,13,15,17

**servers** 75:5,7,10,11 76:10,25 77:3,13 79:9

**service** 82:19 83:3,5 84:2,3

**services** 80:7 82:12,14,18,22 83:19,20 85:21

**settings** 59:25 60:4 71:7,24

**several** 47:25 72:11,19

**sex** 55:2

**SFREEMAN@FREEMANLAWFIRM.ORG** 2:9

**shake** 30:13

**share** 36:25 40:17,19,20 45:2 53:3,4,21 54:2,3 66:4

**shareholders** 24:17

**shares** 40:13

**SHEET** 95:1

**she's** 6:15 20:13



26:20 84:11
**shout** 61:7
**showing** 50:2
**shut** 74:2 77:12 79:2
**shutdown** 72:7 73:20,23 74:1,6,8,23 75:1 76:12 77:1 79:9 80:7
**sign** 50:15 62:23 69:3 94:6,10,12
**signature** 94:6,12,17 95:25
**similar** 37:9
**simple** 11:11 39:23 45:5
**single** 39:25 40:5,6,21 48:21 53:10 60:24 62:21 63:4 77:3
**sir** 11:9,18
**site** 22:9,12,23 23:14,16,18 25:10 26:2,3,7,23 31:7,21 33:9 35:9,22 43:16 54:1 59:22 61:9 67:14 68:13 84:18 85:4,10,12,18
**sites** 22:22 23:10,13 25:14 26:5,6 30:8 44:7 50:12,14 51:11 53:22 54:4,22 55:1,7 58:13,16,19 59:5,9 61:20 62:13 64:1,12,14,17,18, 19,21,22,23 65:16 66:18,21 67:2 82:4,13,23 83:20 85:1,2,16,22,24
86:4
**sitting** 84:13
**situation** 77:8,22 78:21
**situations** 60:17 71:6 77:18
**snapshot** 44:13
**snow** 76:22
**social** 1:8 15:19 16:12 17:11 18:9,15,16,18 20:21,25 21:1,3,8,10 22:6,8,17,21,23 23:1,2,8,9,13,21,2 4 24:17,23 25:5,8,15 26:23 27:1,3,5,7,10 28:20 29:1,4,20,21 30:4,6,7,16,21 33:10 36:21 39:1,6 40:12 42:24 43:3 48:10 49:10 50:12 51:11,16 52:2,4,20 54:4,22 57:7 58:12,15 59:12 62:12 64:1,6 66:17,20 67:1,9,13 70:19 73:16 75:12,20,23,25 76:3,24 78:10 79:8 80:6 82:13,23 83:19 85:1,22,23 86:25 87:2 88:11 90:4,5
**software** 14:7 18:8,10,18 42:22 43:3 46:20
**sole** 22:18 24:24 30:3 39:1,3
**solely** 36:22
**somebody** 34:13 42:3
**somehow** 51:17 52:5,23
**someone** 60:19
**sorry** 10:11 12:17 26:16 33:16 35:17,18 38:17 43:21 44:21 54:11 64:13 69:21
**sort** 17:18 61:22
**sounds** 32:24 85:4,25
**source** 30:3 87:2
**SOUTH** 1:19 2:8
**SOUTHERN** 1:1
**space** 36:22
**spam** 75:18,21 76:4,14 78:1
**spamming** 57:17,19,23
**speak** 5:15 19:13
**speaking** 41:13 74:20
**specific** 41:19 50:6,8 51:10 64:3 70:16 77:5 78:6 88:22 90:9
**specifically** 6:11 28:14 35:4 41:13 66:5 68:15 74:21 89:14 90:11,23
**specifics** 40:8
**specify** 66:24
**speculate** 7:9,18 8:19
**speculation** 7:14
**spell** 5:10,13 25:21
35:14
**Spencer** 2:7 3:3 5:19
**split** 21:5 24:22
**spoke** 20:4,6
**stable** 54:21
**STAMP** 1:13
**start** 14:12 20:21 33:18,20 34:9 37:4 38:9,13,15 49:4,5 53:6,8 86:4,19,21
**started** 15:4 23:7,10 25:9 33:10,14 34:3,18 36:12 38:19 86:12,13 90:3
**starting** 24:21
**state** 1:25 5:10 27:11,25 28:1 46:5,6 92:2,6,22 93:2,14
**stated** 24:9
**statement** 11:10 71:6
**States** 1:1 9:2,13,16 10:25 11:12 12:16,19 13:19,21,22 14:9,13,17 15:1 82:5
**statistics** 62:16
**status** 9:7 32:17
**stemmed** 37:12
**stenographic** 92:11
**stenographically** 92:7
**step** 51:24 69:4
**steps** 34:17,18 35:5



**stock** 24:19,25 25:6
**stop** 15:14 49:14 50:13 62:19 63:10,15
**stops** 50:18
**store** 31:9,10 32:8,17
**straight** 9:12
**street** 77:5
**strike** 54:2
**stuff** 28:18,24 32:17 37:20 45:2 49:18 73:2
**submit** 31:24
**subscription** 31:2,14 32:10,14
**sufficient** 24:7
**SUITE** 1:19 2:4
**sun** 1:8 15:19 16:12 17:11 18:9,15,16,18 20:21,25 21:1,3,8,10 22:6,8,17,21,23,25 23:2,7,8,9,13,21,24 24:17,23 25:5,8,15 26:23 27:1,3,5,7,10 28:20,25 29:3,20,21 30:4,6,7 33:10 36:21 39:1,6 40:12 42:24 43:3 48:10 49:10 50:12 51:11,16 52:2,4 54:4 57:7 58:12 59:12 62:12 64:1,5 66:17,20 67:1,9,13 70:19 73:16 75:12,20,23,25 76:3,24 78:10 79:8 80:6 82:23 83:19 85:1,22,23 86:25 88:11 90:3,5
**Sunsocialmedia.com** 26:12,25 30:20
**Support** 73:9,10
**Supporttech.net** 73:11,13
**sure** 5:22,24 12:24 13:20,21 20:3 26:1 27:24 28:4 31:20 32:5 40:11 48:4 51:8,15 54:7,8 57:4,8 64:16 78:9 80:4 85:14
**switch** 59:25
**sworn** 5:7 49:18 93:7
**system** 18:7 41:8,9 42:14,22 47:17,18 50:3 52:6 53:12,13,14 54:17,21 55:4 56:2 71:14,18,25 72:5,13,14 73:3 79:22 80:11
**systems** 72:22 73:14

T

**table** 7:17,22,25 8:4
**TACOMA** 2:8
**takedown** 83:16 84:6
**taking** 6:15
**talk** 44:22 45:13 56:17 68:15 76:20 90:22
**talked** 18:3 57:6 67:8
**talking** 45:18 53:18,20 64:17,19 76:24
**tap** 91:8
**team** 33:25 34:1 39:3 42:19 80:12
**Tech** 73:9,10
**technical** 33:25 34:1,18 75:5,6,7
**TELEPHONE** 2:5,9
**ten** 74:16
**tens** 58:5
**term** 70:15 77:16 84:23 85:4,25 86:1,9 89:15
**terminated** 51:17
**testified** 5:7 57:5
**testimony** 17:20 92:9
**that's** 7:10 8:19 11:3,10,17,18 14:15 16:17 19:25 26:4,20 30:12 32:15 43:22 46:8 50:6 51:2,3,22 52:4,22 55:5 57:16 63:25 65:11,15,22,25 72:17 76:21 79:11 81:5,8,9,18,21 83:25 85:6,8,17 86:7 87:1 88:16,19,20
**therefore** 51:15 61:13
**there's** 7:3 17:9 20:14 24:7,13 29:5 32:7 59:11 65:21
**Thereupon** 5:4
**they're** 49:11 61:13 81:4 82:4
**THIRD** 2:12
**thirty** 94:10
**thousand** 58:5
**thousands** 58:4,5
**three-and-a-half** 13:10
**thus** 26:13
**Tihonov** 72:23 73:15,17,19,22 74:23 76:12,17 78:3,9
**T-I-H-O-N-O-V** 73:15
**title** 27:25
**today** 17:16 18:25 19:5,9,14 20:15 22:10 23:25 25:14 31:17 44:20,23 45:19 77:19,20 80:14 81:6,19 84:17 90:10,24
**today's** 16:13 17:20
**tomorrow** 80:16
**top** 55:24
**topic** 54:10,11
**topics** 16:17,18 17:13,16 80:22 90:9,23
**traffic** 49:9 77:4
**transcript** 1:13 92:10 94:19
**transfer** 22:25
**transition** 80:21
**translate** 6:24
**treasurer** 28:6
**true** 92:11



**truly** 94:14

**try** 13:23 20:15 29:19,20 36:15 42:15 43:24 44:1 49:2 52:7 53:10 54:8,9,19,20,21 56:3 60:10,13,14 61:18 62:5 66:15

**trying** 26:21 55:25 68:11 77:10 84:9

**tube** 22:22,23 23:10,13,14,16,18 84:18,23 85:2,4,11,12,16,24

**turn** 60:12 75:9,11 77:12,20 78:10

**turned** 78:18,22

**type** 5:16 6:23 14:3 26:23 60:21,22 69:25

**types** 60:23 62:1

U

**U.S** 9:5

**Uh** 69:21

**uh-huh** 6:23

**ultimately** 42:23 88:25

**um-huh** 6:23 10:1 18:1 45:20 46:4 86:1

**undersigned** 93:5

**understand** 5:25 6:12 7:1,4,6 11:9 12:3 13:24 19:6 34:10 39:2 40:11 44:12 46:6 51:8 57:4,8 61:23 62:8 67:16 76:1,23 79:21 81:8 86:8 88:22,23

**understandable** 56:4

**understanding** 32:6 34:8 52:22 77:11

**United** 1:1 9:2,13,16 10:25 11:12 12:16,18 13:19,21,22 14:9,12,16 15:1 82:4

**Universal** 94:16

**university** 13:22

**unless** 6:11

**update** 31:25

**updates** 42:16

**upload** 36:25 37:3 59:19,20 62:24 65:19

**uploaded** 60:20

**uploading** 65:15

**usable** 51:2

**user** 43:15 44:25 45:25 46:8,9,19,23,24 47:5,24 48:11,12,13 49:14,25 50:1,5,12,22 51:21 52:3 55:22 56:1 60:1,6,15 61:7 62:21,22 69:9 70:2,3,7,10,24 71:7,19,22,23,24

**user-generated** 83:2,6 84:1

**users** 31:2,23 32:1 36:22,24 37:19 39:14,18,19,21 40:7 43:24,25 44:2,9 46:20 48:24 49:10,13 50:7,10 52:11 54:15 55:9 56:3 58:3,14 59:22 60:8,16 61:8,17,20 62:19,22 63:8,12,13,15 67:20,22 68:16 82:11 86:10

**user's** 49:9 55:6,8 84:25

**Users** 36:20

**users-generated** 82:25

**usual** 34:22

**usually** 72:19 77:23

**utilize** 54:3 79:15

**utilized** 40:23

V

**valid** 46:17 47:20,24 82:1

**validate** 50:24 63:11,14

**validation** 47:23

**value** 62:7

**variables** 77:13,15

**variation** 69:24

**verification** 48:8 49:21,23 81:13

**verified** 47:15 55:6

**verify** 48:12

**version** 31:23

**versus** 40:19

**via** 94:19

**vice-president** 27:22,23 28:3

**video** 23:16,19,21 25:8,10,14 26:5,6 30:8 33:9 35:9 37:4 39:19 44:7 51:11 53:4,22 54:1,4 55:7 58:12,16 59:20,21 60:20 62:12,24 63:4 64:1 65:19 66:4,18,21 67:2,13 82:13,23 83:20 84:18,24 85:3,9,11,13,17,22,24 86:6

**videos** 36:18,20,22,25 37:1,3,7 55:8 62:25 63:7 65:15,25 66:25 67:1 84:25 86:5,10

**VIDEOTAPED** 1:15 5:2

**viewer** 54:1 63:25 65:18,23 66:17

**viewers** 66:2 67:5

**visual** 8:5 35:24

**visually** 69:14

**volume** 1:14 5:1 49:8 54:14 57:13,24,25 58:1,2,6 91:13

**vs** 1:6

W

**WA** 2:8

**wait** 84:9

**waiting** 71:1

**waive** 94:6,12,17

**Washington** 20:13

**wasn't** 16:19 31:7 62:3

**watch** 63:2,3,4,5

65:21
**watching** 62:15
**ways** 47:25
**weather** 75:5,6,7 76:19,20,23,24 77:4,16,17
**web** 35:9 58:16
**website** 22:8 26:25 30:10,17,23 31:17 32:3 33:2,5,23 34:17,22,25 36:8,11,13,18 37:1 38:13 39:9 44:21 55:22,24 60:25 61:24 62:25 69:16 70:20 71:13 73:11 81:21 84:1
**websites** 14:7 25:21 26:10 42:17 44:7 49:20 55:21 58:15 64:7,9,10,11
**Webzilla** 14:25 15:2,10,15,21 16:2 20:20 21:2 23:5,6 24:23 86:16,17
**week** 39:11 42:15
**we'll** 87:22 88:25
**we're** 33:1,2 44:3 52:18 55:9 56:13,18 57:2 60:5 63:21 64:17 81:1 89:24
**WESTON** 2:5
**whatever** 69:24 70:24
**Whereupon** 89:5
**whether** 11:18 43:4 60:5 72:9 80:5 85:20 88:24
**whoever** 88:10
**whole** 9:18 42:19
**wide** 54:22
**wife** 10:23 20:4,6,12,15
**Wikipedia** 4:5 55:14,18,19,21 56:7 81:9,12,14 82:14,24 83:23
**Wikipedia's** 83:10
**window** 70:5 76:21
**wish** 94:12 95:2
**withstanding** 90:25
**witness** 3:2 5:6 16:21 19:19 24:16 86:25 89:3,8,20,25 90:13,15 93:8
**work** 14:1,10 35:9,11 40:2 42:24,25 60:12 73:5
**worked** 21:1,2 86:17
**workflow** 34:22 35:10 36:3,9,12 41:15 42:3
**working** 14:12 15:14 20:16 23:7 29:23 39:24 42:17,19,21 48:12 60:6 71:17,19,25 73:2 86:15
**works** 28:23 52:6 53:1 59:17 72:25 73:6,13
**written** 35:4 46:15
**wrong** 51:6,18 65:3,4,6 72:4,5
**wrote** 42:7

Y

**Yahoo** 47:21 49:4 54:13,23,24
**yesterday** 77:21
**yet** 23:10,13
**yours** 89:14 94:14
**yourself** 25:6 36:8 75:24
**YouTube** 37:8 63:6 85:11
**you've** 7:20 8:12 16:12,25 17:11 19:4 82:20