# Exhibit
# 2

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN AND FOR MIAMI-DADE  COUNTY, FLORIDA

CASE NO. 15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

 Plaintiff,
vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
Sun Social Media, INC., a corporation,
individually and d/b/a Playvid.com,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; Playvid.com;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and; and John Does 1-20,

 Defendants.
_____/

CORRECTED TRANSCRIPT AS TO TIME STAMP ONLY

VOLUME II

VIDEOTAPED DEPOSITION OF KONSTANTIN BOLOTIN

TAKEN ON BEHALF OF THE PLAINTIFF

JANUARY 18, 2016
10:01 A.M. TO 6:24 P.M.

BRYN & ASSOCIATES, P.A.
2 SOUTH BISCAYNE BLVD.
SUITE 2680
MIAMI, FLORIDA 33131

REPORTED BY:
MELISSA KALLAS
NOTARY PUBLIC, STATE OF FLORIDA



877.291.3376
www.UCRinc.com

Bolotin, Konstantin Vol. II   01-18-2016

---

**97**

1         APPEARANCES OF COUNSEL
2 ON BEHALF OF THE PLAINTIFFS:
3     AARON BEHAR, ESQUIRE
      BEHAR BEHAR
4     1840 NORTH COMMERCE PARKWAY
      SUITE ONE
5     WESTON, FLORIDA 33326
      TELEPHONE: (954) 688-7642
6     AB@BEHARBEHAR.COM
7     SPENCER D. FREEMAN, ESQ.
      FREEMAN LAW FIRM, INC.
8     1107 1/2 TACOMA AVENUE SOUTH
      TACOMA, WA 98402
9     TELEPHONE: (253) 383-4500
      E-MAIL: SFREEMAN@FREEMANLAWFIRM.ORG
10
11 ON BEHALF OF THE DEFENDANTS:
12     BRADY COBB, ESQUIRE
      COBB EDDY, PLLC
      642 NORTHEAST THIRD AVENUE
13     FT. LAUDERDALE, FLORIDA 33304
      954.527.4111
14     BCOBB@COBBEDDY.COM
15
16 ALSO PRESENT:
      CONSTANTIN LUCHIAN, DEFENDANT.
17
18
19
20
21
22
23
24
25

---

**98**

1       INDEX OF EXAMINATION
2 WITNESS: KONSTANTIN BOLOTIN
             PAGE
3 DIRECT EXAMINATION BY
    By MR. SPENCER FREEMAN, Esquire     5
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**99**

1       INDEX OF EXHIBITS

| 2 EXHIBITS | DESCRIPTION | PAGE |
|---|---|---|
| 3  1 | Exhibit A | 16 |
| 4  2 | Form | 45 |
| 5  3 | Wikipedia Page | 56 |
| 6  4 | Reddit Page | 56 |
| 7  5 | Amended Claim of Infringement | 203 |
| 8  6 | DMCA Notice from PlayVid | 205 |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**100**

1         VOLUME II
2   VIDEOTAPED DEPOSITION OF KONSTANTIN BOLOTIN
3       JANUARY 18, 2016
4    (Depsition Resumed)
5    THE REPORTER:  We're back on the record.
6    THE WITNESS:  I'm sorry.  I was a little bit
7 confused.
8 BY MR. FREEMAN:
9    **Q.  It's okay.**
10    A.  Because it's not so clear a question, because
11 you guys had the objections, you know, back and forth.
12 So outside lenders, we have just one lender, one loan.
13 So -- but we got this loan in portions.  So it's --
14 that's why I'm confused, too.
15    **Q.  Okay.**
16    A.  So how many times -- how many loans we have, I
17 said to you how many times?  You know.  So, the loan is
18 one, the lender is one, outside lender.  And also, by
19 myself, when we need the money in the company, I was
20 supporting the company for short-term loans.  I -- I
21 don't say how many times, but this was very small
22 amount, a thousand or 2,000.  So --
23    **Q.  I'm sorry to cut you off, but I want to make**
24 **sure you don't get too far down before I miss this**
25 **point.**

---



101

1    A.  Okay.
2        **Q.  You're now talking about money that you**
**personally would give to the corporation --**
4    A.  Yes.
5        **Q.  -- because the corporation needed money?**
6    A.  Yes, I give --
7    **Q.  Fair enough.**
8    A.  So -- and lender was just one.
9        **Q.  So -- and I'm going to ask you some questions**
10   **and we're going to see how -- which questions draw --**
11   **your attorney's objection or not.**
12       **With regard to this one loan, one lender, my**
13   **understanding is that there was multiple disbursements**
14   **overtime; is that right?**
15   A.  Multiple receivers for this have loan,
16   multiple portions receiving of this loan.
17       **Q.  Do you know over what time periods?**
18   A.  That's a very good question.  Let me think
19   about it.  I don't want to give you the wrong
20   information.  That was for like two years or three
21   years.
22       **Q.  Has this loan been paid back at this point?**
23   A.  No, not yet, because the company is not
24   feeling well it should pay those back.
25       **Q.  The company doesn't have the money to pay back**

102

1    debt?
2    A.  Yeah.
3        **Q.  Has any payments been made on the loan?**
4    A.  No, not yet.
5        **Q.  Is there any pressure from the lender with**
**regard to having this loan paid?**
7    A.  No.
8        **Q.  Is this loan paid pursuant to interest?**
9        MR. COBB:  Objection, the terms of the loan
10   and the identity of the lender.  If you want to try
11   and lay a predicate as to what, if anything, the
12   loan would have to do with the claims or whether
13   the lender itself could be somebody that was
14   involved in the day-to-day operations and related
15   to the allegations of your Complaint, good by me.
16       Anything related to the terms of the loan, the
17   nature of the loan, the lender himself, the amount
18   of the loan, or herself, all of which we're
19   objecting to, and we can take up with the Court
20   based on the prior rulings.
21       MR. FREEMAN:  Okay.
22       MR. COBB:  Any of those subjects, I'm going to
23   instruct him not to answer.
24       MR. FREEMAN:  Understood.  And understand that
25   some of my questions will still go to those, they

103

1    need to be asked in order to have your objection so
2    that we can --
3        MR. COBB:  Understood.
4        MR. FREEMAN:  And some I will --
5        MR. COBB:  And for the purposes of our court
6    reporter, I'm going to say same objection, and
7    instruct him not to answer.
8        MR. FREEMAN:  Fine.
9    BY MR. FREEMAN:
10       **Q.  Okay.  So, do you remember when the loan,**
11   **first payment on the loan was received by Sun Social**
12   **Media?  First dispersement of the loan.**
13   A.  In 2010.  I don't remember exact date.
14   **Q.  Fair enough.**
15       **How about the last dispersement, when was**
16   **that?**
17   A.  I can't say, maybe in 2012, or 2013.
18       **Q.  Okay.**
19       **But as far as you can remember, there was not**
20   **a dispersement in 2014 or 2015?**
21   A.  I don't want to give you wrong information.  I
22   don't remember.  And it's -- it's very hard to say right
23   now.
24       **Q.  Is the -- the person who entity that gave you**
25   **this loan, a regular person in your life?**

104

1        MR. COBB:  Instruct you not to answer the
2    question.  And I'm going to object to form as to
3    the term "regular."  That person can be very
4    offended by being described as "regular."
5        (Discussion held off the record.)
6    BY MR. FREEMAN:
7        **Q.  So let me rephrase the question to address the**
8    **seemingly valid objection about the form of the word**
9    **"regular."**
10   A.  What's funny?
11       **Q.  The word regular and how it could have tied**
12   **to --**
13   A.  Okay.
14       **Q.  Did the loan come from somebody involved in**
15   **companies you were also involved with?**
16   A.  I don't know.  Rephrase, please.
17       **Q.  So I have -- do you still currently have any**
18   **role with Webzilla?**
19   A.  No.
20       **Q.  Are you aware that there's a listing that you**
21   **are currently their vice-president?**
22   A.  What?  I'm sorry.
23       **Q.  You're currently listed as their**
24   **vice-president?**
25   A.  Where?  Try and rephrase the question.



Bolotin, Konstantin Vol. II   01-18-2016

105

1    Q.   Staying corporate for corporation filings?
2    A.   Which filings, for which company?
3    Q.   For Webzilla?
4    A.   For Webzilla, I can't say, because I don't
5  know.
6    Q.   How about Webazilla, do you have any --
7    A.   I don't know.  I haven't checked.  Webzilla, I
8  don't know if they changed when -- they should take care
9  of it.
10   Q.   How about Dedicated Servers, are you still
11 with them?
12   A.   I don't know.  I didn't check if they took me
13 off or not.  I don't know if I was there.
14   Q.   How about E Corporate, Inc.?
15   A.   E Corporate, Inc.?  I don't know.  I don't
16 know.
17   Q.   At some point in time you've been associated
18 with these companies?
19   A.   I was -- I was associated with these
20 companies.  I'm familiar with these companies, before
21 the 13th.  But after the 13th, when I cutoff any
22 relationship with Webzilla I had, and related to
23 companies, I stopped doing many things for these
24 companies.
25   Q.   Does Sun Social Media have any relationship

106

1  with Webzilla?
2    A.   We do.  They are our web hosting.
3    Q.   And does Sun Social Media have any
4  relationship with Webazilla?
5    A.   Webazilla, for now?
6    Q.   For now.
7    A.   For now?
8    Q.   Yes.
9    A.   No.
10   Q.   But in the past?
11   A.   In the past, probably, yes, but I don't -- I
12 don't know.  I don't remember.  I can't recall, you
13 know.  Maybe because Webzilla changed the name to
14 Webazilla -- Webazilla changed to Webzilla, you know. So,
15 I mean, maybe we had some invoices or something like
16 that from Webazilla.  I don't want to give you wrong.
17   Q.   And Dedicated Servers, does Sun Social Media
18 have any relationship with them?
19   A.   We did in the past.
20   Q.   And what was that relationship?
21   A.   We purchased the servers through the Dedicated
22 Servers.
23   Q.   Your physical servers that you purchased?
24   A.   Through the physical equipment, yes.
25   Q.   And then E Corporate, Inc., does Sun Social

107

1  Media --
2    A.   No.
3    Q.   -- have a relationship with them?
4    A.   No.
5    Q.   How about with IP Transit, did Sun Social
6  Media have a relationship with IP Transit?
7    A.   I have to check, but as far as I remember
8  right now, no.
9    Q.   How about WEB Communications, Inc., did Sun
10 Social Media have a relationship with them?
11   A.   Directly, maybe no.  But Webzilla might
12 utilize that, may use communication for their purposes.
13   Q.   So, based on what an indirect --
14   A.   Direct -- which we have some business with --
15 or we don't.
16   Q.   Okay.
17   A.   Maybe we --
18   Q.   Did the loan come from anybody associated with
19 Webzilla, Inc.?
20   A.   No.
21   Q.   Did the loan come from anybody associated with
22 WZ Communications, Inc.?
23   A.   Associated, you mean who works at those
24 companies.
25   Q.   Yes.

108

1    A.   No.
2    Q.   Or owns those companies?
3    A.   No.  Not owners, not associated with this
4  company, no.
5    Q.   Chairman, CEO?
6    A.   No.
7    MR. COBB:   Again, same objection.
8    MR. FREEMAN:   So would you -- if you're
9  instructing him not to answer, also say "instruct
10 him not to answer."
11   MR. COBB:   Yes.  Anything with respect to the
12 identity of the lender, the nature of the loan, the
13 amount of the loan.
14   THE WITNESS:   Okay.
15 BY MR. FREEMAN:
16   Q.   And I'm just going to say -- all right.
17   A.   It not comes from Webzilla or any familiar
18 company.
19   Q.   Okay.
20   What was the -- what was the --
21   MR. FREEMAN:   They're making googly eyes at
22 each other.
23 BY MR. FREEMAN:
24   Q.   What was the money used for -- with regard to
25 the disbursement in this loan?



109

1    A.  How we use this money?
2    **Q.  Yes.**
3    A.  To pay independent contractors, purchasing web
4    servers, I mean, for equipment, day to day operations,
5    pretty much, and for everything.  This money cover
6    everything.  I mean day-to-day independent contractors,
7    equipment, all of that stuff.
8    **Q.  How much money is owed currently?**
9        MR. COBB:  Same objection.  Instruct him not
10   to answer.
11   BY MR. FREEMAN:
12   **Q.  Is the amount that's owed currently, more than**
13   **a year's operating costs?**
14       MR. COBB:  Same objection.  Instruct him not
15   to answer.
16   BY MR. FREEMAN:
17   **Q.  Do you have daily contact with the person that**
18   **lent this money?**
19   A.  What do you mean?  If I called him yesterday
20   or I mean, everyday?  No, not everyday, that I speak
21   with him.
22   **Q.  Do you speak every week?**
23   A.  I don't know.  I can't -- I can't recall if I
24   spoke with him.  I don't want to give you any wrong
25   information, you know.

110

1    **Q.  And this is -- and this is where at the very**
2    **beginning of our deposition when I told -- asked you,**
3    **you know, let me know when you're estimating.  This is**
4    **what -- it's fine to estimate, and you can say I'm**
5    **estimating, I'm not going to hold you to a specific**
6    **number.  But do you talk every week, upon your**
7    **estimation, do you talk every week?**
8    A.  I will not guess, no.
9    **Q.  Do you talk every month?**
10   A.  Every month?
11   **Q.  Yes.**
12   A.  I can't say that.  I don't know.  I don't
13   really remember.  Why should I say yes, if I don't
14   remember.
15   **Q.  But again, Topic No. 11 today was be prepared**
16   **to discuss all aspects of debt.  So you were to be**
17   **prepared for the discussion today.**
18       MR. COBB:  Part of the preparation was -- it
19   was because it was our position, that even though
20   received the Subpoena for the deposition, was the
21   attached Duces Tecum information, we didn't believe
22   that there was -- that that item was one, hence,
23   discoverable.  And he's here today to answer
24   questions, he's answered some questions that I
25   believe were sufficient with respect to the loan.

111

1    I think, again, we don't believe it's relevant.  I
2    believe the Court addressed it.  And we'll see
3    another motion to compel.  We'll have the Court
4    sort it out.
5        THE WITNESS:  I don't -- I don't really
6    remember when I spoke with him last time.  You
7    know.  And I'm not thinking about when I speak
8    before, you know, like I speak with this person.
9    BY MR. FREEMAN:
10   **Q.  Let's talk about your relationship with him.**
11   **Or her.  Or him.  I'm going to go with the him.**
12       **So this person, him, you have a relationship**
13   **with this person that goes beyond the scope of this**
14   **loan; is that right?**
15       MR. COBB:  Can I hear that one more time?
16       MR. FREEMAN:  I don't know that I can.
17   BY MR. FREEMAN:
18   **Q.  Did you have a relationship with the lender**
19   **that goes beyond the scope of the loan?**
20       MR. COBB:  Can you read that first one.
21       (Whereupon, the court reporter read back the
22       requested material at 2:06 p.m.)
23       MR. COBB:  Aside from it being leading.
24       THE WITNESS:  What's funny.
25       MR. COBB:  It's just lawyer stuff.  You can

112

1    answer the question.
2        THE WITNESS:  Please rephrase that -- this
3    question to me.
4    BY MR. FREEMAN:
5    **Q.  You want me to restate it or rephrase it?**
6    A.  Rephrase it.
7    **Q.  Is the loan the only reason why you would have**
8    **any interaction with this person?**
9    A.  If the loan is the reason why I stopped
10   communicating with this person?  Is this the question
11   that you're asking or what?
12   **Q.  No, but interesting.  No.**
13       **If you have communication with this person, is**
14   **-- would the loan the only reason why you would have**
15   **communication with this person?**
16   A.  No.
17   **Q.  You would have other reasons besides the loan**
18   **to communicate with this person?**
19   A.  Yes.
20   **Q.  Okay.**
21       **Business reasons or personal reasons?**
22   A.  Reasons to communicate with this person are
23   personal, because I -- I'm a very open kind of guy, you
24   know.
25   **Q.  I get that.**



113

1    A.  You know, I try get my relationship with
2  everybody altogether.  No matter what business.
3    Q.  Outside of the terms of this loan, do you have
4  another business relationship with this person?
5    A.  No.
6    Q.  Okay.
7        So outside of the terms of this loan, you have
8  a friendship with this person?
9        MR. COBB:  You can answer.
10       THE WITNESS:  I have.  I do have.  I mean,
11  he's also my friend.
12  BY MR. FREEMAN:
13    Q.  Yeah.  And, but, so -- I'm trying to
14  understand the relationship you have with this person.
15    A.  Of course, you're not getting -- if he's not
16  my -- my friend, you know, it's not easy to get money,
17  so...
18    Q.  He was your friend even before -- before the
19  loan?
20    A.  Yes.
21    Q.  Okay.
22    A.  Sometimes, you know, it happened, bad times,
23  you know, you need to pay this and that, so you come to
24  the friends and then --
25    Q.  Of course.

114

1    A.  -- you get the money.  You know, the people
2  help you.
3    Q.  Of course.
4    A.  But details, I don't really watch it this
5  close.
6    Q.  The -- and your attorney is going to prevent
7  you from disclosing certain details, and that there are
8  certain things, at least from a foundational aspect, he
9  would agree that I have to ask.
10       So, has this loan become an issue between you
11  two?
12    A.  No.  We don't have any issue with this person.
13    Q.  Do you talk to this person about the business
14  of Sun Social Media?
15    A.  Yes.
16    Q.  And in those conversations, do this -- does
17  this person give you any input about how Sun Social
18  Media should operate in any way?
19    A.  No.
20    Q.  Do you ask this person for any advice with
21  regard to the operation of Sun Social Media?
22    A.  No.  He's pretty liable.
23    Q.  He's what?
24    A.  Liable.  He has not tried to put his --
25  himself, you know, you have to do this, you have to do

115

1  that, because of the law.  No, nothing like that.
2    Q.  He doesn't do that at all?
3    A.  Not at all.
4    Q.  Does he have any other, other than this loan,
5  does he have any other aspects of involvement with Sun
6  Social Media's video hosting sites?
7    A.  Any other loans?
8    Q.  Any other -- any other involvement?
9    A.  Involvement?  This person?
10    Q.  Yes.
11    A.  No.
12    Q.  Did he act -- did this person act as an
13  independent contractor in any way?
14    A.  No, no, no, no.
15    Q.  Did this person review any of the video
16  hosting sites of Sun Social Media and give you advice on
17  maybe how they should layout different advice on any,
18  whether the videos were good or anything like that?
19    A.  I don't know if he read it or not, but he
20  didn't give me any advice.
21    Q.  Okay.
22    A.  Like I said, just again, he never put himself
23  to force me to have do this and that, you know.  So he
24  just, you know, listen to me, give me money, because he
25  and I'm a simple guy.  And that's all.

116

1    Q.  Did you carry that -- that debt on the profit
2  and loss statements?
3    A.  If -- if -- yes, for sure, there's debt on the
4  profit and loss.  But let me -- let me confirm that.
5        MR. COBB:  Can we take a break?  Or do you
6  want it on the record?
7        MR. FREEMAN:  Or maybe even in front of us.
8        MR. COBB:  Yeah.  If you want to ask him a
9  question, step outside and go off the record.
10       THE WITNESS:  Can we get a break?  I'm sorry
11  guys.
12       (Recess taken.)
13       THE REPORTER:  On the record.
14  BY MR. FREEMAN:
15    Q.  You wanted to explain?
16    A.  Yes, I just want to explain.  I just want to
17  refer this question to Constantin.  He's the
18  representative for Incorporate Now, Inc.  Incorporate
19  Now, Inc., doing the bookkeeping for us.  So he can
20  explain to you why I didn't answer it right away, just
21  because I don't know if he puts it on the balance sheet
22  or on the profit and loss statement.  So I just asked
23  him, and he said it should be on the balance sheet, not
24  the profit and loss.  But he can explain.  Please
25  address -- refer this question to him.



117

1      Q.  So Incorporate Now, Inc., does several things
2  for Sun Social Media; is that right?
3      A.  Yes.
4      Q.  And as an independent contractor?
5      A.  Yes.
6      Q.  One of them I think you talked about earlier
7  today, was corporate formation docs and updating
8  corporate filings with the state?
9      A.  Yes.
10     Q.  And now you're telling me also bookkeeping
11  services; is that right?
12     A.  Yes.
13     Q.  What other tasks or services does Incorporate
14  Now provide Sun Social Media?
15     A.  DMCA notices, they are -- they are our
16  corporate agent.
17     Q.  Receipt of DMCA takedown notices?
18     A.  Via regular mail.
19     Q.  As opposed to takedown notices received
20  electronically over the Internet?
21     A.  We're responsible for those kind of notices.
22     Q.  Any other services provided by Incorporate
23  Now?
24     A.  Corporate registration, DMCA, bookkeeping.  I
25  do remember maybe more, but I have to take a look --

118

1      Q.  Okay.
2      A.  -- at invoices and current services.  That's -
3  - that's pretty much it that I can remember for now.
4      Q.  Fair enough.
5          Has anybody or any entity provided Sun Social
6  Media with services for free?
7      A.  Very good question.  No, everybody is charging
8  all of the time.  We're doing the free job.  No. I would
9  say no.
10     Q.  Currently, what -- in addition to Incorporate
11  Now, what independent contractors are utilized by Sun
12  Social Media?
13     A.  Like, how many or what?  Or can you specify
14  the question?
15     Q.  Who is -- well, how many would be a part of
16  it, but who is really what I want to know.
17     A.  Designer, he's an independent contractor.
18  Then, the guy responsible for the DMCA notices and the
19  user mails.  Receiving the --
20     Q.  The electronic versions?
21     A.  Yes, electronic versions, right.  Thank you.
22  Then programers, two back-end programmers.
23     Q.  Two back end programmers?
24     A.  Yes.  One back-end programmers and one front
25  end programmer.  Six administrators, we use in the

119

1  company.  They do monitoring services and they have more
2  stuff.  But on a day-to-day basis, we do it with one
3  person who maintains and monitoring our service.  I
4  mean, I'm talking about the system of who is dealing
5  with Sun Social Media websites.
6      Q.  Okay.  Anybody -- anybody else --
7      A.  Anybody else?  Let me think of more.
8  Incorporate Now as I mentioned before.
9      Q.  Yeah.
10     A.  I think that's all -- that's all we have.  And
11  we had, like I said, in the past, a lot of people who
12  work and was fired, you know, but I don't recall right
13  now.  So how many people was there, in the past, and --
14  but the current, yes.
15     Q.  So, but of those people that were fired or
16  left their -- their roles or positions, did they all
17  fall into one of these categories of service providers;
18  that being Incorporate Now, design --
19     A.  Most of the time those people are programers.
20     Q.  Programmers.
21     A.  Programmers, because they lazy.
22     Q.  They're lazy, is that what you said?
23     A.  Yes.
24     Q.  Right now, you have two back-end programmers
25  and one front-end programer.  What do your back-end

120

1  programmers do for the Social Media?
2      A.  Back-end?
3      Q.  Back-end, yeah.  What did I say?
4      A.  I don't know.
5      Q.  Yeah, back-end.
6      A.  Okay.  They -- they improve and build our
7  system, new features, so, and they maintain day to day.
8      Q.  So I want to make sure that you and I are
9  having the same conversation about front-end versus
10  back-end.  By front-end programmer, that would be more
11  of the user's experience?
12     A.  The front-end programer, do more stuff with
13  each e-mail.  He doing -- correction, usually, yes, for
14  the users.  The back-end programmer is doing the PHB
15  scripts and Java script.  And Java script is front-end
16  programmer is doing, too.
17     Q.  So the -- your back-end programmers, is that
18  something that requires, like, daily activity?
19     A.  Yes.
20     Q.  On back-end programming, why?
21     A.  To maintain -- they always improve our system.
22  They're doing -- they're doing tests all of the time on
23  a daily basis.  Yes.
24     Q.  And who currently are your two back-end
25  programers?



121

1    A.  Two back-end programers?
2    **Q.  Yes.**
3    A.  You need the name?
4    **Q.  Yes.**
5    A.  Vladimir Konovalov and Mickolai Andreev.
6    **Q.  Can you spell both of their last names?**
7    A.  Can I -- can I have a pen?
8    **Q.  Sure.**
9    A.  It's easier to write out.
10   **Q.  Don't write on those, those are exhibits.**
11   A.  Give me a paper.
12   **Q.  (Handing.)**
13   A.  So the first programmer I will spell the first
14   name is V, as in Victor, L as in Larry, A as in apple,
15   D-I-M-I-R, last name, Konovalov, K-O-N-O-V-A-L-O-V,
16   that's the first programer.  The second programer's
17   first name, M-I-C-K-O-L-A-I, last name, A-N-D-R-E-E-V.
18   This is the back-end programers.
19      **Q.  Are they both working for you -- they're both**
20   **working for you every day?**
21   A.  For the Sun Social Media, everyday, yes.
22      **Q.  Sun Social Media.**
23      **Do they give Sun Social Media a hundred**
24   **percent of their time?**
25      A.  They do have them 100 percent of the time,

122

1    full day.
2       **Q.  Do you pay them a salary or do you pay them**
3    **hourly?**
4       A.  We pay them as -- as per invoices.  They
5    invoice us every -- every month.  They -- it's pretty
6    much a fixed price per month.
7       **Q.  Okay.  It's a fixed price that they invoice**
8    **you as paid.**
9       **Do you remember what they invoice you?  What's**
10   **-- how much you pay them per month?**
11   A.  Last -- last month or the usual?
12      **Q.  Is there a difference?**
13   A.  I mean, in December, the last time was
14   December.  Usually, people getting their bonuses.  I
15   didn't want to confuse you.
16      **Q.  Yeah.  Without bonuses, what is usual?**
17   A.  1250 and 1500.
18   **Q.  1250 and 1500.**
19   A.  Yes.
20   **Q.  And did they receive a year-end bonus?**
21   A.  In this year, no.  Last year, one of the
22   programers received small bonds, $300, no more.
23      **Q.  How long as Mr. -- I'm going to start with the**
24   **last name.  I apologize.**
25   A.  That's okay.

123

1    **Q.  Konovalov.**
2    A.  Konovalov.
3    **Q.  Konovalov.  How long has Mr. Konovalov worked**
4    **for Sun Social Media?**
5    A.  About five years, but I can't tell you
6    exactly.
7    **Q.  Fair enough.**
8    A.  An exact amount of time.
9    **Q.  Throughout most of the time, that's been full-**
10   **time or has he done part-time for Sun Social and done**
11   **other things?**
12   A.  No, no, no, full-time.
13   **Q.  And how about Mr. Andreev?**
14   A.  He's also full-time.  He worked with us more
15   than a year.  So, but I can't tell you the exact date
16   that he start working.
17   **Q.  Do you know where they live?**
18   A.  Both?
19   **Q.  Well, yes.  Do you know where both of them**
20   **live?**
21   A.  Yes.
22   **Q.  Where?**
23   A.  Ukraine and Russia.
24   **Q.  Is 1250 and 1500 dollars a month, is that good**
25   **money where they live?**

124

1    A.  In the current dollar exchange, that's good --
2    very good salary.
3    **Q.  Okay.**
4       **Because in Miami that would be nothing, right?**
5    A.  Of course, that's why -- that's why we use the
6    outsourcing, because our, like I said, our company is
7    not doing well at this time.
8    **Q.  Did you know them personally --**
9    A.  No.
10   **Q.  -- before they started working for you?**
11   A.  I never them.
12   **Q.  Okay.**
13      **Your front-end programmer, who is that?**
14   A.  It's a new guy.
15   **Q.  Are you saying he's a new guy?**
16   A.  Yes, he's a new guy.  He just started.  He
17   doing some part-time job, he's not a full-time employee.
18   **Q.  Can you write his name down also, because I'm**
19   **never going to be able to phonetically spell it.**
20   A.  I can't remember his last name.  I don't
21   remember his last name.  Because he's very new, so... I
22   -- I know his first name, but I don't --
23   **Q.  That's okay, you can only give me what you**
24   **remember.  His name is Pavil?**
25   A.  Pavil, yes.



125

1     Q.   And Pavil just started with you.  What are the
2  terms of -- of his employment?
3     A.   His terms is on a scope, so what scope we
4  have.  For example, you need to do this, that, and that.
5  He says, Look, this will cost you, so it will cost
6  that much.  So -- and he gives us the invoice and we pay
7  it.
8     Q.   Who was your front-end programer before Pavil?
9     A.   Before Pavil, I don't -- I don't remember.
10  Because we're not using so much.  Usually, our front-end
11  programers, they can do, and the front-end, too.  I try
12  to separate and focus on the, you know, people.
13     Q.   Do you mean to say that your back-end
14  programers can sometimes do some front-end work for you
15  also?
16     A.   They can do it, and sometimes they do.
17     Q.   But you try to keep them separate?
18     A.   Yes, I try to keep them separate.
19     Q.   What's the importance of keeping them
20  separate?
21     A.   To -- not to losing their skills, because HTML
22  -- they don't like to do HTML.  But fair enough, where
23  you don't like to read some stuff, you know, in what you
24  do, but you can, right?
25     Q.   Yeah.

126

1     A.   That's the same reason.  It's very, very good
2  to know in training the programers.  So I don't want to
3  focus on the features that they don't really want to do.
4  For HTML.
5     Q.   Okay.  And on your profit and loss sheet
6  there's a different line item between HTML programming
7  and programming.  And so the difference between those
8  would be front-end versus back-end programmers?
9     A.   Yes.  It's a very big difference.  Like I
10  said, the guy who doing the HTML, he's cheaper, and he -
11  - he works at -- like freelancer.  How you say?
12     Q.   It would also appear by looking at your profit
13  and loss statement that you -- your need for the HTML
14  programmer is much.  Much less than your need for your
15  back-end programmers.  Is that fair to say?
16     A.   Yes.
17     Q.   In fact, in 2015, from January 1 to November
18  2, you spent $45 on an HTML programmer as opposed to
19  $30,250 during the same time period.
20     A.   Because HTML, it's really -- I would say it's
21  more seasonal -- seasonal work, you know.  It's not day
22  to day.  They build, once you building the site, at
23  launch time you need to create the whole bunch of the
24  word to create the HTML, and then the back-end
25  programers start -- start doing that.  You know, all

127

1  this stuff because it is work, steady work.
2     Q.   You like these weather metaphors?
3     A.   What?
4     Q.   I said do you like these weather metaphors?
5  The seasonal HTML programers?
6     A.   Yeah, I like to compare the weather, as you
7  can mention.
8     Q.   Okay.
9          So you have the four video hosting sites, two
10  of them are mirrors of each other, PeekVid and PeekVids.
11  Why the four sites?  They don't share the same database.
12     A.   We don't share databases.
13     Q.   Right.
14     A.   Database.
15     Q.   Right.
16     A.   I will say you a very interesting thing about
17  this.  When we started the PlayVid, we got a very old
18  design.  Then PlayVid, we changed the whole layout,
19  probably three times.  So some people liked the old
20  design, so we recreated -- some people like new design,
21  so we created another website.  So we also give our
22  users an opportunity to using that -- I mean, for using
23  another site, too.
24     Q.   So the different sites of Sun Social Media
25  intended to essentially reach different markets, like

128

1  different types of users?
2     A.   No, no.  We just want to increase our traffic.
3  First, we want to -- more stability from the Google
4  because from the primary source, our traffic is Google.
5  Search engine traffic.  So for example, it happened with
6  -- a lot.  The Google penalize us and we sit without
7  money.  S0 -- and we now -- you know, when you creating
8  another site, it's going slowly but surely.  I mean...
9     Q.   What do you mean Google penalized you?
10     A.   Google changing their -- their algorithm all
11  of the time.  You know, they can apply to you filters.
12     Q.   So -- and -- you didn't mean to say that
13  Google specifically sought you out and penalized you,
14  one of your sites, but that was the effect of them
15  changing the algorithm?
16     A.   Google, usually change the algorithm, and also
17  in the sites, itself, not only ours.
18     Q.   Right, right.  It wasn't penalizing you
19  specifically?
20     A.   Yeah.
21     Q.   Okay.
22     A.   So it's penalizing -- usually Google, after
23  all the updates, Panda and other stuff.
24     Q.   So, this -- so you created several sites in
25  order to --



129

1    A.  In order to --
2    Q.  -- address Google traffic?
3    A.  In order to protect our receivables, because
4  we have so much money to pay every month to month, you
5  know.  We have to be more stable.
6    Q.  Your receivables come from your advertisers,
7  right?
8    A.  Our advertisers, yes.
9    Q.  And how do you -- I think when I asked you
10  before, you said that your advertisers initially sought
11  you out and offered you deals to advertise?
12    A.  Yes.
13    Q.  Is that still true?  How do you get your
14  advertisers today?
15    A.  Same thing.  We're not looking at particular
16  advertisers in order to now -- to get the better rate.
17  No.  We do have -- we have three or four, if you would
18  like to talk about the advertisers, we can.  But, we
19  have some particular advertisers for the long term, so
20  they continue to work with us for several years.  And we
21  have --
22    Q.  Are those the only advertisers that you have?
23    A.  What?
24    Q.  The ones that you just mentioned that have
25  been with you for a number of years, are those the only

130

1  advertisers you have?
2    A.  Yes.  Only advertisers we have.
3    Q.  And how --
4    A.  It's about three, probably about three
5  advertisers.
6    Q.  And who are they?
7    A.  It's broker -- broker companies.  ExoClick,
8  E-X-O-Click, Grand Slam Media, and then Repro,
9  R-E-P-R-O.
10    Q.  And these are brokers, they're not --
11    A.  Yes, those are brokers, yes.
12    Q.  Okay.
13    A.  So they bought out all -- all of our traffic,
14  so.  And they rotate the advertisers on their end.
15    Q.  So you don't necessarily have any control over
16  who's being rotated through your website as advertisers?
17    A.  No, we -- we not control, we delegate that to
18  the brokers.  So, we trust them, they pay us, and -- but
19  if we don't know or don't like any advertisers, we can
20  fight -- I mean, we have ability to do that.
21    Q.  What are the terms of your financial
22  relationship with your advertising brokers?
23    A.  We usually -- it's different.  Usually, it's for
24  every single advertiser is different.  Usually, it's for
25  delivery traffic.  We deliver in the past month, the

131

1  last month, that much traffic to them, and they pay
2  that.
3    Q.  So let me -- I want to stop you.  So I want to
4  make sure that you and I are using the correct terms.
5  When I say "advertiser," I mean the entity that is
6  actually -- so strike that.
7        I want to know about the terms of your
8  relationship with the advertising broker.  When you use
9  the word "advertiser," I think of the entity that
10  actually shows up on the screen of your -- the pages of
11  your website, but that's not who we're talking about.
12  We're talking the broker --
13    A.  No, we're not talking about -- we're talking
14  about the broker.
15    Q.  Yeah, okay.  So what -- so each one has --
16  you've got different terms with each one of the three?
17    A.  Yes.
18    Q.  Okay.  So I'm forgetting who they are, but the
19  first one?
20    A.  Exo -- ExoClick.
21    Q.  What -- what are the general terms of
22  ExoClick?
23    A.  They pay in advance.  We have discussed some
24  daily volume.  They calculate the daily volume for 31
25  days.  And then we invoice them in advance.  For

132

1  example, on the first day of the month, I invoiced them
2  for the whole month, which will come.  I mean, for the
3  current.  So on delivers of traffic, we give them a
4  credit loan, because they overpaid us, if we deliver
5  less.  Because then you have some current -- do you
6  understand what I'm saying?
7    Q.  Yes.  But if you have more traffic than had
8  been contracted for do you charge more?
9    A.  We charge over, yes.
10    Q.  Is there a range?
11    A.  We do have a range with him.  If it's less or
12  more in 10 percent, I mean, we don't credit them and
13  they don't credit us.
14    Q.  Okay.
15    A.  Next, we have two more?
16    Q.  Yes.  But before we go onto those other two,
17  do you have any clue how much ExoClick then charges the
18  advertisers to advertise?
19    A.  I don't know.
20    Q.  You don't know.  Okay, so the next one.
21    A.  Grand Slam Media.
22    Q.  Yeah.  And what's your terms and relationship
23  with them?
24    A.  I mean, and the rest they're charging for the
25  past month.  We charge them for delivery traffic.  We



133

1  calculate how much we delivered to -- to them for the --
2  the month, which, you know, just passed.  So -- and we
3  invoice, that's all.  And they pay.
4      Q.  And then the third?
5      A.  What?
6      Q.  The third entity.
7      A.  I mean, the second and third -- and third are
8  the same.
9      Q.  The same thing?
10     A.  Yes.
11     Q.  Okay.
12     A.  But the difference is rates.
13     Q.  So different rates meaning, it's still a --
14  you pay per amount of traffic you send over --
15     A.  Usually, it pays per -- per thousand traffic.
16  So -- for one company, we -- we have rates, one rates,
17  for another company, we have another rates.  You know.
18     Q.  How are you getting your traffic to your
19  sites, the Sun Social Media sites?
20     A.  How does Sun Social Media get its traffic?
21     Q.  Yes.
22     A.  Organically.
23     Q.  So I understand --
24     A.  Search engines.
25     Q.  Search engines.  I understand that means

134

1  you're not buying your traffic, right?
2      A.  No.
3      Q.  But who is in charge of search engine
4  optimization for purposes of bringing traffic to --
5      A.  Me.
6      Q.  You are.
7          And how do you do that?
8      A.  I mean, I don't use any black SEO, it's germs.
9  So -- actually what we're doing, I don't want to
10  disclose.
11         MR. COBB:  I would object to that as, I
12  believe our client are in some respect competitors.
13         THE WITNESS:  Of course.  This is not --
14  should get -- I mean, it's not related to the case
15  at all.
16         MR. COBB:  Objection.
17  BY MR. FREEMAN:
18     Q.  The metadata of the website, the Sun Social
19  Media video hosting sites, what role do they play in
20  your ability to effectively do search engine
21  optimization?
22     A.  I don't know.  Because -- only Google knows.
23  It's fair.  It's very important thing, but only Google
24  knows if it's working for him.  It's -- it's basic
25  things, what every site use, including YouTube.  But you

135

1  know, I can't say what portion and how it's important
2  for the Google search engines.
3      Q.  Your agreements with your advertising brokers,
4  are they in writing?
5      A.  Yes.  From the -- all the three, we have a
6  writing agreement, for sure with ExoClick.  I'm not sure
7  exactly for the rest of the -- for another two.  Maybe --
8  I can't tell you exactly, yes or no, on this question.
9  I don't know.  But we do have invoice them every month.
10         I -- I don't like any contracts with the
11  advertisers.  I want to be freedom.  So because, you
12  know, they can't --
13     Q.  To move on to somebody else, better deal, that
14  type of thing?
15     A.  Exactly.
16     Q.  Yeah.
17         How important is unique and quality content to
18  SEO?
19     A.  How important quality content?  I don't know,
20  because only Google knows.
21     Q.  Well, from your experience with these sites --
22  so let me ask you this:  You -- the profit ability of
23  your site, depends on upon gaining traffic and then
24  sending that traffic onto your advertisers, correct?
25     A.  To the brokers.  We're not sending the traffic

136

1  to the brokers.  We do a little bit more than this.
2      Q.  Okay.
3      A.  And to answer your question, I don't know how
4  it's important to quality content or it's important that
5  you -- it's only Google knows.  But what I would like to
6  add for that, that the trending is probably important
7  and the users are doing credit stuff.  I mean
8  --
9      Q.  Do -- do you follow any of the trends in the
10  market place?
11     A.  What?
12     Q.  Do you follow any of the trends in the
13  marketplace?
14     A.  No.
15     Q.  What's trending?
16     A.  No.  We -- we don't follow any trendings or --
17  I just want to explain on your question.
18     Q.  Yes.
19     A.  I don't really know what the trend -- trends
20  is important as of today or yesterday.  We don't keep
21  that.
22     Q.  So trending doesn't play a part in your search
23  engine optimization?
24     A.  We don't use that.  We're not using that
25  information.  We're not keeping that information.



Bolotin, Konstantin Vol. II   01-18-2016

137

1     Q.  Which is more profitable for Sun Social Media,
2  the -- the fixed rate or the invoicing at the end of the
3  month for their -- for their advertisers?
4     A.  I don't know, and I didn't compare.
5     Q.  How long has the site been posted on Webzilla?
6     A.  From day one.  Or with Webazilla or Webzilla,
7  or other company names, I don't remember.  I can't tell
8  you.  But from day one.
9     Q.  What -- does Sun Social Media receive any now
10  or at any point, any discount in the hosting fees,
11  because of your relationship with them, previous
12  relationship with them?
13     A.  It's a very good question.  I don't know how
14  to answer you.  We don't have any best, you know, best
15  prices.  But we do, you know, we -- it would have a very
16  fair rate, which I don't complain.
17     Q.  Are you in a written contractual agreement
18  with them?
19     A.  With Webzilla?
20     Q.  Yes.
21     A.  I don't remember.  I don't recall.  I have to
22  check if we have we have something like that.  Yes,
23  probably, we do, because we have a commitment.  And
24  we have a commitment with Webzilla.
25     Q.  For how long?

138

1     A.  It's probably renew every year, but I -- I
2  can't tell you because I don't see another member if I
3  do have a contract.  But for sure, we have to pay, you
4  know, for our commitment, for the bandwidth.
5     Q.  Commitment for the what?
6     A.  For the bandwidth.
7        MR. COBB:  Bandwidth.
8        THE WITNESS:  Bandwidth.
9  BY MR. FREEMAN:
10     Q.  Bandwidth.
11        So to the best of your recollection would be,
12  probably a yearly commitment that's on an automatic
13  renewal unless there's no --
14     A.  It's -- it's common to the business in those
15  kind of things.  But I can't tell you, yes, because I
16  can't recall.  I don't remember that, exactly, you know.
17     Q.  Are all of the sites posted on Webzilla?
18     A.  All of the sites posted -- on Webzilla.  Yes,
19  Webzilla using now.  I'm using that infrastructure.  I
20  don't want to say, look, we're using Webzilla, but
21  tomorrow, you look, say, you know what, IB Transit, you
22  utilized them this time.  Webzilla -- so we're using
23  their infrastructure.
24     Q.  And their infrastructure may utilize IB
25  Transit?

139

1     A.  They can make -- they can utilize their -- I
2  can't talk about Webzilla's infrastructure right now.
3     Q.  Fair enough.
4        You had said earlier that the software
5  utilized by the Sun Social Media video hosting sites are
6  -- is all custom made; is that right?
7     A.  Yes.
8     Q.  Is it custom from scratch or is it -- was it
9  based off of an open-source program that's been
10  modified?
11     A.  It's a very good question.  We're using some
12  software -- open-sourced software, like NGIX Servers.
13  It's a web server.  Then we use FFMPEG for convert --
14  the videos, converting videos.  It's open sourced.
15     Q.  Any other open-source software that you guys
16  utilize, obviously customizing it to your needs?
17     A.  I don't know.  I don't remember.  Most of the
18  software, the major software to deliver user -- to user,
19  videos are discussed.
20     Q.  Who determines what ads are placed in which
21  locations on the sites?
22     A.  Who?  I mean, different -- again, it's very --
23  I can't answer in one answer this question, because it's
24  very different advertisers.  For example, Rapport, the
25  company who working, with mobile -- mobile traffic, they

140

1  were -- they dealing with our mobile traffic.  I decide,
2  me, me decide, so who going to be work with -- with us
3  on different kind of traffic, mobile or desktop or each
4  zone, you know, I decide.
5     Q.  If an advertiser, through your ad brokers
6  purchase advertisement, does that give them access to
7  all sites or is it a site specific sale?
8     A.  A site specific sale.  They don't access any
9  sites we have.
10     Q.  So, in order to determine payment invoicing,
11  there would need to be some sort of code, a code or some
12  sort of code that gets attached to the traffic, if the
13  then traffic ends up at whatever the advertisement is,
14  so that that can be accounted for in your billing,
15  right?
16     A.  I don't understand this question.  Rephrase
17  the question.  It's not -- I can't answer it.
18     Q.  Your -- you invoice the advertisers based off
19  the amount of traffic sent to their --
20     A.  Brokers, yes.
21     Q.  Say that again.
22     A.  Brokers.
23     Q.  The brokers, right.
24        So broker A, you -- you charge -- charge them
25  per 1,000 visitors in a month or per 1,000 visitors and

141

1  you charge them monthly, right?  So you have to keep
2  track, how do you keep -- how do you keep track of how
3  many visitors are sent through that brokers line?
4      A.  We using their system.
5      Q.  You use their system.
6      A.  To see statistics.  How much traffic we
7  delivered.
8      Q.  So their system tracks traffic coming from
9  your site, as opposed to your site keeping track of how
10  much traffic is sent to their site?
11      A.  I don't know.
12      Q.  Do you understand the defense that I'm making?
13      A.  I -- I understand.  But your -- your question
14  is not correct.  And I don't -- I don't want to --
15      Q.  How is my correction -- question not correct?
16      A.  Advertisers, it depends on what kind of
17  advertisement we have.  We have different kind of spot,
18  you know.  But pretty much, the bottom line, they --
19  they collect all statistics, which we referring to
20  invoicing them.
21      Q.  Yes.
22          So you rely on their statistics to invoice
23  them?
24      A.  Yes.
25      Q.  You don't keep any statistics yourself?

142

1      A.  No.  We will build that, but --
2      Q.  Say that again.
3      A.  We will build, you know, some system to keep
4  track of how much traffic we deliver to the advertisers.
5  For now, no.  That is why the back-end programmers work
6  everyday, improving and improving and improving.
7      Q.  Who drafts the copy for the ads?
8      A.  Who drafts the copy of the ads?
9      Q.  Yeah, that wasn't a very good question.
10      A.  I don't understand the question.  Rephrase,
11  please.
12      Q.  How do I say this.
13          Who writes the ad or who designs the ad?
14      A.  I don't know.  The broker knows.
15      Q.  The broker does, it takes care of that.
16      A.  I don't know.
17      Q.  Would he come to Sun Social Media from the
18  broker?
19      A.  We -- we don't know.  Nobody comes through Sun
20  Social Media and -- we don't know who designed those
21  ads.
22      Q.  How do you -- how is it insured that those ads
23  are going to be able to be implemented with the Sun
24  Social Media site?
25      A.  They give us iframe code, and this code

143

1  actually load from their servers, all advertising, where
2  they go.
3      Q.  And it's -- you said it was I code?
4      A.  Iframe.
5      Q.  Iframe.  Iframe is compatible with what's
6  being used on Sun Social Media websites?
7      A.  Comparable.
8      Q.  Compatible?
9      A.  I don't understand the question.
10      Q.  Do you -- does your programers have to do any
11  work to be able to adjust or modify the ads --
12      A.  No.
13      Q.  -- in order to be able to post them --
14      A.  No.
15      Q.  -- and display them?
16      A.  No.  One time we put their quote, and they
17  can, you know -- one time they put the code into our
18  code, iframe, and they, you know, rotate the advertisers
19  on their -- they rotate.
20      Q.  Yes.
21          So Sun Social Media database's difference,
22  other than the iframe code, doesn't store any of the
23  advertising data?
24      A.  No. Except the iframe codes.
25      Q.  Right, the iframe codes.

144

1          And where are those iframe codes stored?
2      A.  In our, MySQL database.
3      Q.  In one database, or does each website have its
4  own MySQL database?
5      A.  Each website -- website's database.
6      THE WITNESS:  Can we take a break?
7      MR. FREEMAN:  You bet, absolutely.
8      (Recess taken.)
9      THE REPORTER:  We're back on the record.
10  BY MR. FREEMAN:
11      Q.  Okay.  I want to clarify a couple of things.
12  When you say SEO, you mean search engine optimization,
13  right?
14      A.  Yes.
15      Q.  You were having difficulties with Google, and
16  is it because you were having difficulties with Google
17  that Sun Social Media started the other websites in
18  addition to PlayVid?
19      A.  We had in the past problems with the Google,
20  that's why, for more stable, we opened another site.
21  It's one of the reasons; it's not the main reason.
22      Q.  One of the reasons, what's the main reason?
23      A.  I mean, it's not down to one.  What I'm trying
24  to say, all reasons are important.  The first was the
25  stability; the second is user experience, some people



145

1 like different design, we try to are experiment, you
2 know, which one is better, you know, different things.
3    **Q. Were the problems that you did have with**
4 **Google, stem from the number of DMCA notices that Google**
5 **had on record for PlayVid?**
6    A. No. No.
7    **Q. Are you aware that --**
8    A. We know exact reason why we got penalized by
9 Google.
10    **Q. What was the exact reason?**
11    A. When we -- in February 2014, we released new
12 design, that was one of my horrible first experience
13 with the CO. So the first time when we released a new
14 design --
15    **Q. A new design, for PlayVid?**
16    A. For PlayVid, yes. They have so much problem
17 with CO. We got a lot of duplicate content, just because
18 programers' errors. I didn't check at that time, what
19 the programers did. I didn't check it by myself, you
20 know. I didn't check the -- the new design before it's
21 released to the, you know, to the public.
22       So Google took a lot of duplicate pages, the
23 same pages that we have. But now, it's in Google index,
24 in Google cash. It's four times more than we had
25 usually, so -- and when we got that, they were allowed

146

1 every -- some period of time, they were allowed Google
2 Panda algorithm. And Google Panda algorithm penalized
3 our site. So we got, for the two days, Google lose 45
4 percent or 50 percent of our traffic. But that was from
5 the Google just for two days.
6    **Q. And that's because of the way that Google's**
7 **Panda algorithm dealt with your duplicate pages?**
8    A. Duplicate pages, exactly. Yes, we got
9 penalized. At that time, it was horrible. So, after
10 that, I start working more careful on the inside
11 optimization. I did mistake, and we got more debts, a
12 lot of debts, because we have to pay, because every
13 month, the bill is not changed, but the income dropped
14 more than 45 percent. So -- and we got very hard
15 situation in that time. That's -- that was happened.
16    **Q. Do you know what Google transparency reports**
17 **are?**
18    A. No. What -- what are transparency reports? I
19 know that Google has that report, but I never--
20    **Q. Well, one aspect of the transparency reports**
21 **would be, it shows how many takedown notices they**
22 **received specific to websites.**
23    A. 88,000.
24    **Q. Well, they do have them for you, yes, but I'm**
25 **just talking generally. Have you read them with regard**

147

1 to -- to your sites?
2    A. I don't remember. I can't tell you yes,
3 because I -- I can't recall right now about this.
4    **Q. Are you aware that Google literature says that**
5 **multiple takedown notices are viewed as a negative**
6 **signal toward the site?**
7    A. Can you rephrase, please?
8    **Q. Are you aware that Google, in literature,**
9 **makes a statement that multiple takedown notices renders**
10 **negative signals for a site?**
11    A. I never search on this.
12    **Q. You know, you didn't research that issue, is**
13 **that what you mean?**
14    A. No. It's not a issue of -- I mean, this is
15 the Google issue, pretty much, not ours. So if Google
16 received a takedown notice for -- for Google, this is
17 actually Google's problem, probably not ours. We didn't
18 --
19    **Q. If Google has a problem with the site, doesn't**
20 **that render a problem for you?**
21    A. How it's linking. If the Google is receiver
22 of the takedown notices, that they address it to Google,
23 not to us. It's Google problem.
24    **Q. Do you think Google might penalize a site --**
25    A. I don't know.

148

1    **Q. -- for having too many takedown notices?**
2    A. No.
3       MR. COBB: Objection, calls for speculation.
4    You can answer.
5 BY MR. FREEMAN:
6    **Q. You don't think so?**
7    A. I can't answer this question, but, you know,
8 Google --
9       MR. COBB: Off the record for a second.
10    (Discussion held off the record.)
11       THE WITNESS: I can't, you know, say about
12 Google, but from my research, I didn't do anything,
13 you know, anything involved the DMCA notices for
14 the Google. I don't think that, you know, would be
15 the issue because, every single site, non service
16 provider getting the same notice -- I mean, not the
17 site, Google, receiving the DMCA notices. So I did
18 not hear about this. It was not addressed to us.
19 BY MR. FREEMAN:
20    **Q. I'm going to make sure I understand. You**
21 **think Google receives the same number of DMCA takedown**
22 **notices for every site?**
23    A. For every single site on the Internet. So, I
24 mean, not every single, but a lot of websites, like
25 YouTube, Reddit, and Instagram. Every big -- every big



149

1 site, which has, you know, has the user generated
2 content, Google receives the takedown notices on behalf.
3 I mean, it's addresses to the Google, again, it's not
4 addressed to the -- this site directly.
5     Q.  With regard to search engine optimization,
6 would you agree that it's the general belief that the
7 quality of the content has a direct -- on the site has a
8 direct effect on the search engine optimization?
9     A.  No.  I will not confirm that.
10     Q.  You will not confirm that, because you don't
11 agree to that?
12     A.  It's --
13     Q.  Go ahead.
14     A.  It's, you know -- I can't answer and be sure
15 to answer on this, because the Google.  Because the
16 Google, you can go through the report, what the ranking,
17 how the Google ranks the pages.  It's a -- it's huge
18 document, how the people, you know, the people who
19 create the report, it's maybe 15 to 18 pages report of
20 how Google using the algorithm to ranking that.  You
21 know, that site, that page, for whatever.  And I'm not
22 confirming that it can be, you know, the quality of the
23 content is the major thing.  I can't confirm that.
24       For example, big sites, like Twitter,
25 receiving traffic and common traffic, you know, which is

150

1 not very popular, so I'm not confirming this.
2     Q.  So, you've drawn a comparison to DMCA takedown
3 notices that Google may be seeing with regard to YouTube
4 versus your site.  I'm wondering if you're aware that
5 Playvid.com, according to your Google transparency
6 report, has received 18,000 DMCA takedown notices --
7     A.  I can't confirm that because --
8     Q.  -- while YouTube has received 426?
9     A.  I can't -- first, I can't confirm that
10 information, the first.  The second, Google, YouTube is
11 a Google company, and we don't know how the Google is
12 using that information.  And how it can be, you know,
13 useful for us.  We don't really know how much DMAC
14 notices they get.  It's just, you know, it's just for
15 education purposes, not more.  You can't say that it's
16 really, really true.  I can tell you one thing, that
17 YouTube gets much, much more than our sites, just
18 because they're huge.
19     Q.  So hold on.  But that's not the comparison
20 that you made.  You made a comparison with what takedown
21 notices Google receives specific to these sites.  You
22 made -- you made a clear point before, that's Google's
23 responsibility versus the other site's responsibility,
24 right?
25       So we're -- I just want to talk about your

151

1 choice to compare the takedown notices that Google
2 received with regard to your site as opposed to what
3 they would receive with regard to YouTube.  And I'm
4 wondering if you were aware of the information, and
5 you're telling me you're not?
6     A.  I'm not.  I'm not confirming this.  I -- I
7 didn't check that information.
8     Q.  Okay.
9       So the content on the site, on the Sun Social
10 Media video hosting sites, all of the content is third-
11 party uploads?
12     A.  Yes.
13     Q.  You personally, have you loaded any videos
14 onto those sites?
15     A.  No.
16     Q.  Have you ever had anybody upload any videos on
17 those sites on your behalf?
18     A.  On my behalf?
19     Q.  Yes.
20     A.  No.
21     Q.  How about on behalf of Sun Social Media?
22     A.  No.
23     Q.  So, do you personally know anybody that's
24 posted site -- any videos on your site?
25     A.  What?

152

1     Q.  Do you personally know anybody that's posted
2 videos on any of the Sun Social Media video hosting
3 sites?
4     A.  No.
5     Q.  If I were to post a video on, let's say,
6 FeedVid, would Sun Social Media or one of those
7 independent contractors, take that video and place it on
8 any of the other Sun Social Media video hosting sites?
9     A.  We don't copy any videos from one to the
10 other.  If the user uploads on the PlayVid account and
11 uploads over there, we're not take this video and copy
12 it.  It's horrible.  It's not ours.
13     Q.  It's not yours, but according to the terms of
14 service, when a user uploads a video, the terms of
15 service says that user automatically grants Sun Social
16 Media a non exclusive irrevocable license to display it,
17 correct?
18     A.  I'm not an attorney to, you know, spoke about
19 how the terms works and all of that stuff.  If you would
20 like to address this question, you can address that to
21 our lawyers.  So I can't say specifically what -- what
22 exactly it means, some terms, you know, in our terms and
23 conditions.
24     Q.  But I -- I do get to examine you on your
25 understanding of them and your understanding of the



877.291.3376
www.UCRinc.com

Bolotin, Konstantin Vol. II   01-18-2016

153

1  processes and the reasons why you have the processes.
2         So, you made a statement a second ago, that
3  it's -- would be horrible to take a video from -- as
4  posted on one of the Sun Social Media video hosting
5  sites and then copy it over onto another one, because
6  it's not yours and you can't do that.  Is that what you
7  said?
8      A.  Yes, yes.
9      Q.  So when you very first started PlayVid, where
10  did the content come from and how much content did you
11  have when you first displayed it to the public?
12      A.  I will -- I will explain you how it was my
13  first time.  Like I said, we built video hosting, the
14  original idea for the findandtry, right?  I already
15  explained that.
16      Q.  Yes?
17      A.  So, when we build the PlayVid, we did -- we
18  did send out a newsletter to our users, all our users
19  that we opened up a website.  And please go, you know,
20  you can activate your account over there and you can
21  migrate your videos.  So, that's -- that's what we did,
22  pretty much.  So the users was informed that new site,
23  you know, is now alive and ready to use it.  So the
24  people going there and you know, start uploading their
25  videos.

154

1      Q.  So how did it work, you made the site a lot
2  active and live for the public viewing and then waited
3  for people to post videos, or did you not make it live
4  and just have people post something, and then once you
5  reach a certain number, you make it viewable?
6      A.  We -- we open the site live, and it was live.
7  And we send the e-mails through the newsletter, to our
8  users.  So -- and we're waiting to what is going to
9  happen, you know, that was -- that how it was.
10      Q.  Did you have advertisers yet?
11      A.  No.  There was no advertisers on the site from
12  day one.  We opened without any advertising.
13      Q.  So when you first displayed this to the
14  public, it was essentially a blank screen?
15      A.  Exactly.
16      Q.  Other than tabs --
17      A.  Nothing was there.
18      Q.  -- and sign up and --
19      A.  Nothing was there.  That was clear and, you
20  know -- and also, I purchased some traffic to the site
21  from brokers.  I don't remember what was the broker, but
22  they purchased for a few days, a lot of traffic.  So a
23  lot of traffic comes to the site.  But I'm not sure what
24  was the result of this, but it is, what it is.
25      Q.  That initial newsletter that you sent out to

155

1  findandtry, what e-mail account did you use to send that
2  out?
3      A.  I can't tell you exactly what it was, but
4  maybe it was no reply at findandtry.com.  From the
5  findandtry domain.
6      Q.  And -- so those e-mails would have been stored
7  in a database somewhere?
8      A.  No.
9      Q.  Why not?
10      A.  We -- at that time, we didn't have a very good
11  system that should keep the records.  It's to build the
12  system, to sending the newsletter, it's not so easy.
13  Like I mentioned now before, it's very hard to deliver.
14  So --
15      Q.  Was it a merge document?
16      A.  That was HTML document, which we -- which are
17  system administrator and programers need some script for
18  the new e-mail newsletter send out, you know.  So the
19  first time when we did some newsletter, was very, very,
20  very simple script to do that.
21      Q.  But you sent -- did you send a newsletter to
22  actual e-mail accounts, or did you send it via some
23  instant message function?
24      A.  Via e-mails, user's e-mail accounts.
25      Q.  When I send somebody, and let's say I was

156

1  going to send your attorney here an e-mail, there's a
2  send folder.  But if I want to go back and find it,
3  because I want to argue with him about something I think
4  he said to me or I said to him, I can find it because
5  it's saved in a sent file on my computer.  Was there no
6  sent folders or anything like that for yours?
7      A.  Yes, because you're using the e-mail client.
8  So that's why you're storing it in the send folder.  When
9  you're using the post fix mail server, so it's -- it's
10  not -- it depends on how you -- how you set up this and
11  setting, this mail server.  So, but usually how it
12  works, when you send out e-mail, there's no -- any send
13  folder or anything like that.  So you just -- so just
14  sign the, sign the e-mail.  It's DKIM signing.  Ishmael
15  and send out.  That's all.
16      Q.  Was it sent out as one mass e-mail or were
17  there multiple e-mails sent out over time?
18      A.  That was the -- as I remember how it was, we -
19  - we delivered to the user portions of the e-mail.  For
20  that hour, we delivered maybe a hundred e-mail.  Next
21  hour, another 200.  We didn't try to deliver in the same
22  time a bunch of e-mails, more than 45,000 an hour, you
23  know.  We split the whole amount for the time -- for the
24  period of time.  I don't remember what exactly, how much
25  time it was, but it was, you know, more than one day.

157

1     Q.   You had 45,000 members to findandtry?
2     A.   I can't remember.  I just estimate how much it
3  was, maybe between 45 to a hundred thousand.
4     Q.   Okay.
5     A.   Something like that.  But I just want to show
6  up what the volume was, you know, in that time.
7     Q.   Did the sending of that e-mail to the
8  findandtry users, introducing them to Playvid.com, did
9  the sending of that e-mail get recorded to somewhere in
10  any of the findandtry databases?
11     A.   In our databases, the findandtry databases, we
12  didn't import anything, because we were using post fix,
13  like I mentioned before.
14     Q.   I don't mean to interrupt you, but post fix,
15  you could have chosen to record the sending of it within
16  the construct of post fix, couldn't you have?
17     A.   Can you rephrase, please?
18     Q.   You said that you chose -- you used post fix,
19  and it was a very simple program and it didn't record,
20  but -- post fix could have been utilized in a manner to
21  record the sending of those e-mails?
22     A.   Maybe.  But we didn't, you know -- we didn't
23  focus on this, because what -- what's the point?  What
24  is the reason to keep -- to keep, you know, any record
25  and why should we, you know, increase our database with

158

1  the e-mails we sent, you know?  It's not usable
2  information, you know.  We just send it out.  We see the
3  -- it's going out, that's all we need to know, we need
4  to see.  So I'm the reason why we're not storing this
5  information, because it's -- unhelpful in the future.
6     Q.   To -- to your knowledge, did the sending of
7  those e-mails get recorded anywhere?
8     A.   From my knowledge, I can't assume that the
9  users who receive that e-mail, some users still has that
10  mail.
11     Q.   Let me rephrase the question.
12         To your knowledge, was the sending of those e-
13  mails recorded anywhere in a medium or forum that is
14  accessible or controllable by Sun Social Media?
15     A.   I don't think so.  But my mail service, mail
16  provider, should have that information.
17     Q.   Of your members?
18     A.   Of my -- our findandtry members actually.
19     Q.   Now what if those e-mails had gotten bounced
20  back?  What if those e-mail addresses were invalid?
21     A.   In that time?
22     Q.   In that time.
23     A.   When we send them the newsletters?
24     Q.   Um-huh.
25     A.   We didn't implement, in that time, you know,

159

1  any system like that.  We just got the bounces.
2     Q.   What did you do, delete them?
3     A.   Yes, we delete them.  Probably delete them.  I
4  don't know.  I never hear about that, because you know,
5  I didn't have so much experience, you know.  You're
6  learning all of the time.
7     Q.   Sure.
8     A.   So that's exactly what was happening.  And we
9  didn't try to -- maybe system administrator saw that and
10  deleted it.  But you know, from my knowledge of today,
11  we didn't, you know, notice or focus on that problem at
12  that time.
13     Q.   But today, if you get an e-mail bounced back,
14  you have some policies and procedures about that?
15     A.   Policies or procedures?  We do have some
16  procedures.
17     Q.   What are the procedures?
18     A.   When we get -- we have some script that
19  connect to e-mail address, and then he grab --
20     Q.   He who?
21     A.   The script.
22     Q.   Who?
23     A.   Running every five minutes, I believe, or ten
24  minutes.  I don't remember what exactly the period is.
25  It's connected to the e-mail.  Then, he is writing four

160

1  e-mails from --
2     Q.   When you say "he," do you mean the script,
3  again?  I'm sorry, are you using a pronoun, a masculine
4  pronoun, I'm thinking of a person.
5     A.   The script.
6     Q.   The script.
7     A.   The script connecting automatically, without
8  being personal.
9     Q.   It records it automatically?
10     A.   He -- script, he get in a specific folder,
11  bounced e-mail.  And then script, parsing every e-mail
12  to find out, through -- from which e-mail it has come
13  from.  So which e-mail is actually bouncing.  Then what
14  the script is doing.  The script going into the database
15  and find out which user has this e-mail.
16     Q.   Okay.
17     A.   If the user -- if the script finds anything,
18  it's marked -- like it's flagged that this e-mail is
19  bounce.
20     Q.   What do you mean it's "flagged," is there a
21  notation put somewhere in the database --
22     A.   Yes.
23     Q.   -- is it like highlighted, is there a little
24  American flag put over somewhere?  What do you mean?
25     A.   Good example, American flag.



161

1    **Q.  All right.  What --**
2    A.  Okay.  In the database, we have -- we have
3  column in the database, in the table.  So it's actually
4  global users, Exhibit 2.
5    **Q.  Yes.**
6    A.  Global users e-mail valid field.  This name
7  was, you know, from our developers.  So they --
8    **Q.  Just so I am clear that you and I are on the**
9  **same page here, figuratively and literally, you're**
10 **looking -- you're talking about Page 1 of Exhibit 2.**
11 **There's global users --**
12   A.  Primary.
13   **Q.  -- primary -- primary, end parenthesis.  And**
14 **then the last e-mail underscore valid is an e-mail**
15 **bouncing flag, that means that e-mail has bounced?**
16   A.  Yes.
17   **Q.  Well, when was this script drafted?**
18   A.  After he -- after the script is red in the e-
19 mails, for us.  As far as this e-mail, in order to find
20 out what to look in the database, so when the script --
21 if the script find anything, like I said, he flag in the
22 database.
23   **Q.  He puts a check on that area or an X or**
24 **whatever --**
25   A.  He's doing the table update.  Sending the --

162

1  sending the update in the field, e-mail valid.  I don't
2  know what 0 or 1 or no, yes, I don't know, or what flag
3  they are dating.  If not -- if not -- if the script is
4  not finding anything, just skip -- I mean, deleting this
5  e-mail from the e-mail, that's all.
6    **Q.  When the -- when was this script authored, I**
7  **take the position they custom-drafted the script for Sun**
8  **Social Media?**
9    A.  Yes.
10   **Q.  And it's a script that runs on all four video**
11 **hosting sites?**
12   A.  For the video hosting sites, yes.
13   **Q.  And when was it authored?**
14   A.  I can't tell you exactly, because I don't
15 remember.
16   **Q.  Can you give me an approximation of when?**
17   A.  No.  Maybe this year -- I mean, maybe the top
18 of '16 or '14.  I can't tell you exactly.
19   **Q.  Is there a way for you -- it's actually a**
20 **really important piece of this puzzle.  Is there a way**
21 **for you to make this determination?**
22   A.  We have to find -- we have to check this, but,
23 you know, for now, in this -- in this room, I can't
24 tell.
25   **Q.  I understand.  If you were going to go check**

163

1  and find out that information, how would you do that?
2    A.  I would have to ask our programers and -- when
3  we implement that feature.
4      It's just because we try to improve our e-mail
5  delivery system, you know, in order for our, you know,
6  e-mails come to the inbox.
7    **Q.  Is there a name for this script?**
8    A.  I don't know.  I can't --
9    **Q.  Are you fine if I refer to it as the "bouncing**
10 **script"?**
11   A.  I can't tell you right now, because I don't
12 have a -- the script next to me.
13   **Q.  Okay.**
14     MR. COBB:  He's saying, are you okay, if he
15 calls it the bouncing script?
16     MR. FREEMAN:  If I call it that.
17     MR. COBB:  If he calls it that.
18     THE WITNESS:  If he wants to.
19 BY MR. FREEMAN:
20   **Q.  So I'll tell you what, I'm going to call it**
21 **the "bouncing script" until you tell me otherwise, and**
22 **we're almost done talking about it for now.  But I would**
23 **like for you to figure out a way to get an answer to**
24 **this question about when the bouncing script was**
25 **implemented and became functional on the sites.**

164

1      MR. FREEMAN:  Mr. Cobb, is there any
2  suggestions on how to get that information?
3      MR. COBB:  What you just described, we'll make
4  the request and we'll supplement.
5      MR. FREEMAN:  Yeah, that's great.  That's
6  perfect.
7      MR. COBB:  Okay.
8  BY MR. FREEMAN:
9    **Q.  What software is used -- or user utilized when**
10 **a member is going to upload a video?**
11   A.  What software is using for uploading the
12 video?
13   **Q.  Yes.**
14   A.  By users?
15   **Q.  Yes.**
16   A.  It's custom made script and software.
17   **Q.  Is it custom made from an open source software**
18 **or is it truly from a scratch custom made?**
19   A.  From the scratch, we don't use -- I mean, in
20 one part, we're using some of the parts, it's a huge
21 system.
22   **Q.  Yeah, and I get that.  And it's hard to**
23 **describe which part of the system is completely custom**
24 **and which part is based off of software, because they**
25 **start to build on each other.  I get that.**



165

1    A.  Yeah, because it's really a very complicated
2  system.  It's not -- I can't answer for you, you know,
3  in a short answer.  It's a huge system.
4    Q.  Have you ever heard of scraper?
5      MR. COBB:  Sounds painful.
6      THE WITNESS:  What?
7      (Miscellaneous comments.)
8  BY MR. FREEMAN:
9    Q.  Have you ever heard of a scraper?
10    A.  No.
11    Q.  Have you heard of a software program that will
12  search Internet sites and grab certain rated videos and
13  download them onto a server?
14    A.  They don't have anything like that.
15    Q.  I didn't ask if you had it yet.  I'm going to,
16  but I've asked if you've heard of it?
17    A.  No, I never heard of it.
18    Q.  And you don't have anything that does that?
19    A.  No.  I don't have it.
20    Q.  When an uploader or a member is uploading a
21  video, what information is collected by your databases?
22    A.  All information is referred to the Exhibit
23  Exhibit 2.  Which I already provide.
24    Q.  Great.
25    A.  This is what we have in MySQL database.

166

1    Q.  So, let's do this:  Let's go through this on
2  Exhibit 2 specifically.  What's the strikes table?
3    A.  It's one of the parts of repeating
4  infringements.
5    Q.  It's related to the repeating infringement
6  policy?
7    A.  Yes.
8    Q.  The user's table, primarily, what's that?
9    A.  The users table primary is -- like I said,
10  every project has their own tables, database, and tables
11  pretty much.  This is related to the user, what
12  information we collect about user.  It does not mean
13  that it's collected from him when he's registered,
14  because as you can see, it's very different columns in
15  the table.
16    Q.  There's two different users tables, there's a
17  primary and a secondary?
18    A.  Yes.
19    Q.  And each one had specific data, unrelated to a
20  database, it's going to be a specific column or field in
21  the database.  Right?
22    A.  Yes.
23    Q.  Some of these I'm going to take that are
24  recorded, the data is recorded upon the new member
25  initially signing up then some is going to change

167

1  over the course of time; is that right?
2    A.  Yes.
3    Q.  Okay.  Such as on user table primary, public
4  video's count, that was something that's going to change
5  over time, right?
6    A.  User stable primary, I mean, both tables use
7  day-to-day.
8    Q.  Right.  But --
9    A.  I can't tell you, you know, we update one
10  table and not update another table.
11    Q.  I understand.  But certain fields are going to
12  be updated and certain fields are not.  For instance,
13  the user IP, when registered, that's going to be a
14  static data, right?
15    A.  Yes.  And the user ID, too.
16    Q.  Right.  As will be the registration time
17  stamp, that's going to be static data, right?
18    A.  Yes.
19    Q.  It's not going to change.  Okay.
20      Why -- do you understand and can you explain
21  to me --
22    A.  The difference between the two tables --
23    Q.  Primary and secondary.
24    A.  Of course I can explain it.
25    Q.  Just talk to me, don't worry -- don't worry

168

1  about them.
2    A.  Okay.  Because our project, our site is very
3  loaded sites, this needs to be -- we're sending our -- I
4  mean, our scripts sending a lot of inquiries to the
5  request to the database.  In order to optimize, you
6  can't keep one table up with all information, because
7  first of all, it will be huge, secondary, it will not be
8  optimized.
9    Q.  So when you say "optimized" in this particular
10  concept, you're not talking about search engine
11  optimization --
12    A.  No.
13    Q.  -- you're talking about database optimization
14  to make sure that the database is stable and runs quick,
15  right?
16    A.  Runs quick.
17    Q.  Yes.
18    A.  That's right.  That's why we separate.
19  Sometimes it's not logic to keep the information, like I
20  said, subscribers come to the primary, you know, to the
21  primary table.
22    Q.  Who makes the decision about data is held in
23  primary versus what data is held in secondary?
24    A.  The programers, they do -- the architect.  I'm
25  not --



169

1    Q.   Are you trained in MySQL database at all?
2    A.   What?
3    Q.   Are you trained in MySQL database?
4    A.   I'm not training, but I know how it works. How
5    that -- I can read the code.
6    Q.   And conceptually, you can agree it's more of
7    three dimensional database, as opposed to a file
8    cabinet, which may be only two dimensions?
9    A.   I can read easily and understand what's going
10   on.
11   Q.   Is there any significance between what is held
12   in primary versus what is held in secondary, other than
13   ensuring the database runs efficiently?
14   A.   No, only the optimization, code optimization,
15   the system optimization, nothing more.
16   Q.   When you look at the user's table secondary on
17   that list, second from the bottom it lists,
18   "Claims_count-strikes count."  What is strikes count?
19   A.   Strikes count, it means how many strikes user
20   has for repeat infringement.
21   Q.   Repeat infringement strikes?
22   A.   Yeah.  If you -- I mean, very first strikes
23   stable, you know, it's also, like I said, repeat
24   infringement.  And user tables they count too.
25   Q.   And below that it says, "suspended_on-date of

170

1    third notice if exist"?
2    A.   Yes.  Once we got the third notice against the
3    user, we update and have that information.
4    Q.   Do you know when the strikes count field was
5    implemented into this database?
6    A.   From day one.
7    Q.   And do you know when the date of third notice
8    field was implement in this database?
9    A.   Date of the third notice.  From day one,
10   probably.  I can't tell you exactly, but I would say
11   from day one.
12   Q.   So when you started Playvid.com, you were
13   aware of copyright infringement issues?
14   A.   We never had the copyright before we the
15   starting the PlayVid account, we don't have any
16   copyright infringement issues.
17   Q.   Meaning, you didn't have it on findandtry?
18   A.   No.
19   Q.   Right.  I get that.
20        You would have only included a strikes count
21   for repeat infringements and a date of third notice if
22   you had some knowledge of potential copyright
23   infringement issues, right?
24   A.   For the potential, in order to keep the rules,
25   DMCA rules.

171

1    Q.   Right.  And I'm talking about your awareness.
2    I wanted to -- I wanted to know --
3    A.   Yes.
4    Q.   -- about your awareness.
5        At the time, what was your understanding of
6    DMCA requirements?
7    A.   At that time, I read everything about the
8    repeat infringement, DMCA rules, and I spoke with an
9    attorney about this issue and then I build the system in
10   order to keep us on the safe site.
11   Q.   What made you go and speak with attorneys and
12   do some research on the DMCA requirements?
13   A.   Why?
14   Q.   Yes.
15   A.   Because it's an important thing in our
16   business.  I mean --
17   Q.   I don't disagree with you, but how did you
18   know that it was important?
19   A.   How I was known?
20   Q.   Yeah.
21   A.   I can't remember.  I can't recall right now,
22   but I was knowing that.
23   Q.   Your experience is what --
24   A.   Maybe -- maybe I heard some problems in
25   Webzilla.  Like I said, I worked parallel, part-time. So

172

1    Webzilla, it's very important thing, you know, which I
2    have to know before doing the business.  It's also the
3    same as terms and conditions.
4    Q.   Oh.
5    A.   We're launching the site with the terms and
6    conditions, because it should be, you know, one of the
7    requirements.  What should be from the day one.
8    Q.   In your role as director of operations at
9    Webzilla, did you have a chance to gain an understanding
10   of adult entertainment websites?
11   A.   I don't remember.  I don't recall.  That was
12   so much time ago.  So Webzilla, I -- I was knowing that
13   Webzilla had a lot of clients, adult clients.  But you
14   the know...
15   Q.   Do you know whether or not Webzilla received
16   takedown notices?
17   A.   Maybe, but I can't recall right now this
18   information.
19   Q.   Were -- were the takedown notices at Webzilla
20   part of your job duties?
21   A.   In Webzilla?
22   Q.   Yeah.
23   A.   No.
24   Q.   So the -- on Exhibit 2, the user's table, both
25   primary and secondary, show what data is collected, both



173

1  initially and overtime with regard to specific users; is
2  that right?
3      A.  Users, yes, primary and secondary.
4      Q.  And the global users, primary and secondary,
5  what -- which data is collected in that?
6      A.  It's login credential, like I said.  So like I
7  said, we're using single login for every single project.
8  So when the people count, you know --
9      Q.  So your e-mail bouncing flag, for the data
10  collected as a result of the bouncing script, is
11  actually held in the global user's data portion of the
12  database, right?
13     A.  Yes, because it's one of the -- one of the
14  parts which is mutual with the different portions.
15     Q.  Oh, okay.
16         So one of the differences here is the global
17  user's database is part of the database that's shared by
18  all four video hosting sites?
19     A.  Not shared, "used" --
20     Q.  Sorry.
21     A.  It's really different.
22     Q.  It's very important to you that the different
23  word be "shared" and "used;" is that right?
24     A.  Yes.
25     Q.  And tell me why.

174

1      A.  When you're saying "share," you copy.  I mean,
2  we don't copy anything.  We do have one --
3      Q.  Okay.
4      A.  -- only one copy.  When you share, you copy
5  that information.  As you can see, we don't share
6  anything.
7      Q.  All right, and I appreciate that.  You told me
8  that before, so I appreciate you reminding me.
9         So the global users are -- is the database
10  that's used by all four video hosting sites, correct?
11     A.  Yes.
12     Q.  So the strikes count and the date of third
13  notice would only apply to actions on one of the
14  websites, right?
15     A.  Yes, because user table, it's tables, it's
16  primary, secondary.
17     Q.  Yeah.
18     A.  It's dedicated on each.
19     Q.  So if we have user, whatever name we want to
20  throw, user A, and user A is registered with all four
21  Sun Social Media's video hosting websites --
22     A.  It's not registered.  I'm sure you're using
23  the wrong phrase.  The user is not registered.  The user
24  registers only once.  If the user is active --
25     Q.  Got it.

175

1         So if I'm user A and I'm active on all four
2  Sun Social Media video hosting sites, I can post an
3  infringing video on all four sites and not be in
4  violation of your repeat infringer policy, because I
5  would only have one strike on each site, correct?
6      A.  It's -- it's not very good.  Can you rephrase,
7  because this question is not a very good question to
8  ask, you know.
9      Q.  I think it's a great question to ask, to be
10  honest with you.
11     A.  For you.  Why you try to say "infringement"?
12 BY MR. FREEMAN:
13     Q.  So you said it's not a very good question, why
14  is it not a very good question?
15     A.  Because you're using the term, which I don't
16  like to -- to be applied, you know, "infringement," if
17  we don't know.
18     Q.  So let me --
19     A.  Just specify and rephrase the question, more
20  specifically.
21     Q.  I'm going to be, in my example here, I'm going
22  to user A.  Okay.  And as user A I'm going to post an
23  infringing video on PeekVids and I'm going to post
24  another infringing video on FeedVid and I'm going to
25  post another one on PeekVid -- PlayVid.  Okay?  So I

176

1  post three infringing videos on three different Sun
2  Social Media video hosting sites.  Fair?  Understood?
3      A.  No.
4      Q.  What's misunderstood about that?
5      A.  Because we don't know if you post it.
6      Q.  That was my example though.  What's not fair
7  about it?
8      A.  Because we don't know if the video is
9  infringed.
10     Q.  Okay.  So I'm not done with my example yet.
11  Now, Sun Social Media receives a takedown notice for all
12  three videos I posted.  Right, okay, for my example,
13  understood?
14     A.  For your example, I understood that.
15     Q.  Okay.  Now, your -- your takedown notice --
16  I'm sorry, your repeat infringer policy, is if Sun
17  Social Media receives three takedown notices on a user
18  within six months, they will be terminated.  Is that
19  fair?  Is that correct?
20     A.  Within six months, yes.
21     Q.  But that would be three takedown notices
22  within six months on one of the -- on the same one site,
23  correct?
24     A.  Yes, against that site, so...
25     Q.  Because all three infringement notices must be

177

1  related to --
2      A.  A particular site.
3      Q.  -- one particular site.  So theoretically me
4  being user A, could post every six months to
5  infringements on each of Sun Social Media's video
6  hosting sites and Sun Social Media gets notice, takedown
7  notices on that, and I'm not infringing, I'm not
8  violating your repeat infringer policy, correct?
9      A.  Yes.  For that particular site -- I mean,
10  repeat infringement on each site, like I said.  In your
11  -- in your particular example, again, you're not
12  infringing.
13      Q.  Because Sun Social Media draws a distinctive
14  line between each of their --
15      A.  We're not penalized the user, if the user is
16  doing the bad things on one site, and not doing bad
17  things on another site, we're not penalized.
18      THE WITNESS:  Can we take a break.
19      MR. FREEMAN:  You bet.
20      THE REPORTER:  Going off the record.
21      (Recess taken.)
22      THE REPORTER:  We're back on the record.
23      THE WITNESS:  I just want to add something
24  else.
25  BY MR. FREEMAN:

178

1      Q.  Sure.
2      A.  To your example.
3      Q.  Okay.  Just so you and I are clear, with
4  regard to the example, you mean the example that I gave
5  of if I posted videos, different infringing videos on
6  your different websites, is that the example that you're
7  talking about?
8      A.  Yes.
9      Q.  Yeah, okay.
10      A.  If you put the videos, which after that, you
11  get the notice.
12      Q.  Yeah, correct.
13      A.  In that case, the user, like I said, not
14  terminate, the repeat infringement policy.  Just because
15  when the user create his account, we not -- we not
16  activate his accounts on every single project.  Every
17  single project doesn't really know, but which user has
18  another project.  I mean, in other website, doesn't
19  really know, but some user doesn't exist in another
20  website.
21      Q.  If I can stop you just for a second.  But
22  that's the choice of Sun Social that the other ones
23  don't know, right?
24      A.  Let me -- let me complete my answer.
25      Q.  Okay.

179

1      A.  So, as also, what the Facebook do, and
2  Facebook.
3      Q.  Okay.
4      A.  So, when you -- a lot of websites can create
5  login accounts using their Facebook.  So you get
6  Facebook credentials, right?  So they can use these
7  credentials and if you terminate in one place, another
8  place doesn't really know.  So, in our case, the same
9  scenario.  So...
10      Q.  Here's something that's different from -- from
11  your case versus the scenario using Facebook login
12  credentials.  And that is that you and your programers
13  are 100 percent in control about what data is housed in
14  which database, whether it's a global database or a
15  site-specific database?
16      A.  Correct, yes.
17      Q.  Okay.
18      A.  But like I said, when a user goes to another
19  website, another Sun Social Media website, he can
20  activate his account, but when he activate, he will --
21  he will see some small window, which is saying that,
22  would you like to activate your account here, PeekVids
23  for example.  PeekVids, particular website, where the
24  user activate his account, create all data.  Is how it
25  works.

180

1      Q.  Mr. Bolotin, understand, I'm not trying to
2  make you wrong for having them separate like that, I
3  just want to be clear that Sun Social Media
4  intentionally separates those websites and doesn't share
5  that data, correct?
6      A.  Yes.
7      Q.  That's all I want to be clear about.
8      A.  Yes.
9      Q.  Okay.
10      When a member uploads a video, what happens
11  with that video?  Does it stay attached to a database?
12  What happens to it?
13      A.  It's -- it's work flow.  I mean, it's not --
14  it's the whole process is going on, on the back-end. So,
15  as you understand two parts is going out.  First on the
16  user's part, what the user go through some procedures
17  before uploading the website.  And after that, once our
18  system getting the files, the videos that the user
19  uploaded, they start, you know, working with this file,
20  you know, start doing the specific procedure steps on
21  the back-end.
22      Q.  What procedures are done on the back-end to
23  the video file from the time that the user --
24      A.  On the back-end?
25      Q.  -- is uploaded until it's displayed?



Bolotin, Konstantin Vol. II   01-18-2016

---

181

1    A. On the back-end?
2    **Q. Yes.**
3    A. First, user uploading on the uploading server,
4 on one server, and then the system will decide which --
5 which storage, video storage it should go. We're using
6 primary storage and the secondary storage.
7    **Q. So it goes to -- as it's being uploaded it**
8 **goes to the upload -- upload server?**
9    A. Yes. And we're receiving that file, the
10 original file from the user.
11    **Q. And then it goes to a primary storage or**
12 **secondary storage?**
13    A. The system, yes, will decide which -- on which
14 storage it's going to.
15    **Q. And what criteria is the system using to make**
16 **that decision?**
17    A. Based on the low -- how low the server. It
18 depends on how much storage is -- for example, the
19 storage can be 10% of available space, so in other
20 storage has 50 percent available space. So the system
21 will -- will pick the better server for storage.
22    **Q. What's the difference between the primary**
23 **storage and the secondary storage?**
24    A. Primary storage keeping all qualities of the
25 file.

---

182

1    **Q. Keeping what?**
2    A. Keeping all quality of the file.
3    **Q. All quality of the file.**
4    A. Of the original, yes. For example, user
5 uploaded 720 P file. We did three different files,
6 different qualities. 360 480 and 720. All of those
7 qualities, keeping them in the primary storage.
8       Then we're using the second storage for a 360
9 quality. We're not keeping the old quality in the
10 second storage, just because, the reason why we're
11 keeping two for the load balancing of the traffic. You
12 know, in order to streaming files. We do, as well, you
13 know, if we see that one server is overloaded, we have
14 ability to move more traffic to another storage. So it
15 balances the system.
16    **Q. Will you ever keep a 720 file in the secondary**
17 **storage?**
18    A. No, we don't keep in the secondary storage. We
19 keep only 360 in the secondary storage. And also, for
20 back up reasons, if the first server isn't down, we have
21 ability to stream at least this video in 360 quality,
22 you know. So for example, if the hardware is having
23 technical problem, it's not working, it turns off, for
24 some reason, so if we -- we switch all traffic from this
25 server to another, just because we have second storage.

---

183

1 The user will not be able to see the 720 quality, but he
2 will at least be able to see 360.
3    **Q. So the differentiation between the upload**
4 **server transferring something to primary storage versus**
5 **secondary storage, literally has to do with the quality**
6 **of the file that was uploaded? 720, 360, 480?**
7    A. Yes.
8    **Q. Okay.**
9       **There's no other criteria such as how highly-**
10 **rated the video may be, the length of the video --**
11    A. No.
12    **Q. -- anything like that, that determines whether**
13 **it goes to primary or secondary storage?**
14    A. No.
15    **Q. Okay.**
16       **So once it's in primary, secondary storage,**
17 **what happens in the next step of the process?**
18    A. The next step of the process, once we sent
19 original file to storage, the storage convert the video
20 into the final files.
21    **Q. So the storage itself converts the --**
22    A. Converts the videos from the original to the
23 different qualities, using the FFMPEG -- FFMPEG. Once
24 they convert, the video has the status, the status from
25 -- they have a different status for their video. You

---

184

1 want every single step, the status of the video database
2 is changing. For example, when the video is uploading
3 to upload servers, uploading server, we put the status
4 for this video.
5       Let me see here. If you go to Exhibit 2, on
6 the second page.
7    **Q. Yeah.**
8    A. We have different statuses for the videotape
9 primary.
10    **Q. Okay.**
11    A. Once the video is uploading to an upload
12 server, it's getting the uploading stars. Once the
13 uploading is completed, it's going to the new. Once
14 it's converted, it's going to the pending status. So,
15 that's how the system works.
16       Once the video is pending, it's in our admin
17 panel, we see old pending reduced. And we moderate
18 every single pending we use. So --
19    **Q. Where on -- in this video table, I apologize,**
20 **are the different steps, the statuses, in primary or**
21 **secondary or are they mixed?**
22    A. Primary.
23    **Q. Okay. So current video status is right in**
24 **that first group and I just put my pen around it, right?**
25    A. Yes.

---

185

1    Q.   Convert area, copyright, deleted user, error,
2  new pending, terms and conditions.
3    A.   It's all different statuses for the videos.
4    Q.   So the convert "under_error," what status is
5  that?
6    A.   If for example, the user uploaded, not the
7  video file, upload, for example, the archive.
8    Q.   Or any file not JPEG?
9    A.   JPEG, whatever, it's convertible error.
10    Q.   What's copyright, what's that status?
11    A.   You want to explain how I go through every
12  single status?
13    Q.   I do.
14    A.   Copyright means once we get the notice against
15  the video, it will change to the copyright.
16    Q.   And how about deleted user?
17    A.   When the user is deleting his video by
18  himself, we -- we change the status on that, deleted
19  user.
20    Q.   And error?
21    A.   Error, it's probably the same thing with the
22  error and converter error -- I made a mistake. Converter
23  error means it's video file, but it's not -- we're not
24  able to convert the file.  Error, means that the archive
25  word --

186

1    Q.   Archive file?
2    A.   Yes.
3    Q.   And new?
4    A.   New, once we get -- once the video uploaded to
5  the uploaded server, it has the new status.
6    Q.   And pending?
7    A.   Pending, when the video is converted, it's
8  going to the pending status.
9    Q.   Converted.  Doesn't mean that it has already
10  been through primary storage and status and the FFMPEG,
11  right?
12    A.   Yes, after the FFMPEG.  After that, once the
13  primary storage got at least one video, 360.  So, it
14  will get the pending status.
15    Q.   And then terms?
16    A.   Terms, it means, for example, the users
17  complain about the video.  The video is -- it's actually
18  violate our terms and condition.  So it's not the
19  copyright.  It's just violation of the terms that we
20  have.
21    Q.   Okay.  Then uploading?
22    A.   The uploading, it's when the user is
23  uploading, to uploading server, we use the uploading
24  server status, uploading status.
25    Q.   Temporary?

187

1    A.   Temporary, it means the video is temporary
2  unavailable due to some technical problems.  So it -- it
3  automatically updates in MySQL database video with a
4  temporary status.  It will be available in a little bit
5  more, when we, you know, fix that problem.
6    Q.   Somebody has to actively fix the problem with
7  that particular video file in order for it --
8    A.   Yes, it's a -- it's a lot of problems coming
9  up with the files and we, you know, have a lot of files,
10  a lot of videos.  So sometimes things happen and we keep
11  this status just in case for that, that the user will
12  see in the -- in the player that video temporarily
13  unavailable.  So it's saying to the user, it will be
14  available after that.
15    Q.   How about permanent?
16    A.   It means that we lose the file.  For example--
17    Q.   Lose the file?
18    A.   Yeah, lose the file.  For example, if the
19  server -- if the server burned down, and it burned, or
20  something happened with the file, and we are not able to
21  recover the file, we mark this -- we update this video
22  with a permanent.
23    Q.   How about approved?
24    A.   Approved.  Approved.
25    Q.   Approved.

188

1    A.   Excellent word, probably.
2    Q.   So that would be displayed?
3    A.   It means the file moderated -- moderated by
4  our team.  Through the our moderating system.
5    Q.   So your team is moderating it while it's
6  pending, right?
7    A.   Yes.
8    Q.   And then once that process is, it's been
9  approved, it gets changed to approved.  Is there any --
10  right?
11    A.   Yes.
12    Q.   And is there any status after it's approved,
13  like after it's put it up to display?
14    A.   If something -- I mean, the status is like
15  deleted user, temporary, permanent, and those statuses
16  can be applied and the terms also can be applied after
17  that, after they're approved.
18    Q.   Okay.
19    A.   For example, if I approve we get complaint on
20  the video, we definitely flag down the video.
21    Q.   If a video is currently on public display,
22  what -- what status does it have?  Approved?
23    A.   I can't answer that question in a short
24  answer, because it's -- it's a big system.  Every
25  different situation.  So once the user is upload the



Bolotin, Konstantin Vol. II   01-18-2016

189

1  file, it's pending, user can see that video in my
2  uploads videos.  But in other users, not sure 100
3  percent, but I'm not able to see this video.  And the
4  whole page, where the search or whatever.
5      **Q.  What does it say for the general public to**
6  **view the video?**
7      A.  After they're approved.
8      **Q.  After it's been approved?**
9      A.  Yes, after they're approved.  And also, you
10  have some -- if the video -- we have different flag in
11  our video table, which calls --
12      **Q.  Is that visible?**
13      A.  Let's see here.  Different things, visible,
14  site mapped.  Also, the flag, maybe -- I mean, it's all
15  different.
16      **Q.  So this video table, it says "visible-public**
17  **and approved or pending."  What does that mean?**
18      A.  Public and -- and this is the conditions.  What
19  means the visible, for example, user put the private.
20  It's not going to be visible and nobody can see that
21  video.  It will say to the users, other users, "this
22  video is private."  Also, in order to be visible, it
23  should be public, and the second condition is approved
24  or pending.
25      **Q.  So when a video is marked as pending, it can**

190

1  **be viewed by the general public?**
2      A.  I can't tell you 100 percent, but for the user
3  who uploaded that video, he can -- he watch it.
4      **Q.  But I mean, like the general viewer who is not**
5  **a member?**
6      A.  A general user are not able to see on the home
7  page, for sure, or in the search results.
8      **Q.  You indicated that -- that during the pending**
9  **process, the video is going to be reviewed and moderated**
10  **by the Sun Social Media people, right?**
11      A.  Yes.
12      **Q.  Who?**
13      A.  We have a dedicated guy, you want the name.
14      **Q.  Name and job title?**
15      A.  Roman.
16      **Q.  What's Roman's last name?**
17      A.  Shevchenko, S-H-E-V-C-H-E-N-K-O.
18      **Q.  Where does Roman live?**
19      A.  In Russia.
20      **Q.  How long has he -- what's his job title?**
21      A.  Support group.
22      **Q.  And he's an independent contractor?**
23      A.  Yes.
24      He doing the moderation and he's responsible
25  for the notices.

191

1      **Q.  How do you communicate with Roman?**
2      A.  Via Skype.
3      **Q.  Do you save your Skype conversations with**
4  **Roman?**
5      A.  He usually call me.  I don't have time to type
6  any message.
7      **Q.  Do you talk over Skype's audio?**
8      A.  Yes, audio.
9      **Q.  Over video, but you're not typing?**
10      A.  No, I don't type.  I don't have time for
11  typing.
12      **Q.  How long has Roman been an independent**
13  **contractor?**
14      A.  Probably from day one, I guess, for a long
15  time.
16      **Q.  Roman gets compensated?**
17      A.  Yes.
18      **Q.  How much?**
19      A.  From the beginning, he got probably, I don't
20  remember exactly, but for now, he getting 700.
21      **Q.  700 a month?**
22      A.  Yes.
23      **Q.  Does he have a another job or is he full-time?**
24      A.  He's full-time.
25      **Q.  All right, so, what are Roman's job duties?**

192

1      A.  Moderating the videos, reviewing.
2      **Q.  Reviewing?**
3      A.  Reviewing.
4      **Q.  What else?  Is that it?**
5      A.  He's responsible for the tickets -- tickets
6  related to takedown notices.
7      **Q.  What are "tickets related to takedown**
8  **notices," what is that?**
9      A.  We have a ticket system in our in-house, which
10  -- which connect to each e-mail we have for -- for the
11  particular website.  The system is downloading from
12  different e-mails and convert those e-mails into the
13  ticket.  So he go through the tickets and he take -- he
14  take the tickets which contains related to the takedown
15  notices.
16      Sometimes he try to resolve some issue,
17  support matter, like, you know, "Look, this guy
18  complaining about the, you know, the video is not
19  working."  I tell him, "This is not your job."
20      **Q.  The tickets that relate to takedown notices,**
21  **would those be any takedown notice or just the takedown**
22  **notices received by the Sun Social Media video hosting**
23  **site via electronic format?**
24      A.  Via e-mails.
25      **Q.  Via e-mails.**



193

1      So the takedown notices that are received in
2  paper copy would not be subject to the tickets addressed
3  by Roman?
4      A.  Yes.
5      Q.  Correct?
6      A.  Yes.
7      Q.  What criteria does Roman use -- strike that.
8      What criteria is Roman an instructed to use
9  when reviewing videos that are marked pending?
10     A.  Child pornography, it's the main problem.  And
11  spam videos.  Users upload to us spam videos.  I mean,
12  not the videos.
13     Q.  What's a spam video?
14     A.  For example, it's a video file, but what this
15  video file, there's a picture, and huge in the center
16  label, go to this site, that's all the video.  We
17  consider those videos spam videos.
18     Q.  Is Roman instructed to review any of the
19  videos by way of content producer, quality, actor, video
20  length?
21     A.  No.
22     Q.  Any of those criteria?
23     A.  No.
24     Q.  Any other criteria besides child porn and spam
25  videos?

194

1      A.  No.
2      Q.  You to make sure it's adult related, though,
3  right?
4      A.  Yeah, I'm responsible for this.
5      Q.  If I uploaded a video of my dog catching a
6  Frisbee, would that pass through the moderator process
7  and become displayed on one of Sun Social Media's video
8  hosting sites?
9      A.  Yes.  He also instructed to see some
10  violations, like, it should be adult-oriented videos.  So
11  we don't allow to submit kids or ducks, or any animal
12  porn.  It's junk, you know.
13     (Miscellaneous comments.)
14  BY MR. FREEMAN:
15     Q.  Okay.  But he's not giving any instructions
16  with regard to in this case besides what you discussed?
17     A.  No.  We can't instruct him.
18     Q.  Say it again.
19     A.  We can't.  I mean, we can't instruct him
20  anything more.
21     Q.  Why not?
22     A.  Why we can't?  Because he don't know anything
23  about the videos.
24     Q.  You can't from a practical standpoint, you
25  mean?  There's no point in it, or you can't because you

195

1  think somebody is prohibiting you from doing that?
2      A.  It means that we -- nothing can be -- we don't
3  know what this video are and permitted or not, uploaded
4  by the producer or who upload that video, we don't know.
5  We can't find out.  We don't have a way to find out.
6      It's not possible to instruct him, because
7  there's no way to do this.
8      Q.  So how are the videos -- once they become --
9  go from pending to approved, they're, then, displayed on
10  one of the video -- one of the sites, the video hosting
11  sites for Sun Social Media?
12     A.  Every single site has different admin panel,
13  so it depends on the moderation process.  Is the
14  following, like I said, different videos -- one site has
15  one videos, another site another videos, so if he
16  approves it on a particular site, it will finally show
17  up on a particular site.
18     Q.  Okay.
19     But my question more goes to:  Once it's
20  through the moderator, will it then show up on the site
21  that the user intended to post it on?
22     A.  Yes.
23     Q.  How?
24     A.  It depends, again.
25     Q.  Dependent on?

196

1      A.  It depends on if it will appear for the public
2  or not.  It's very different situation can be.  If the
3  guy, Roman, is mark -- is mark the site map, it means
4  ranking, it will not show in the search result.  For
5  example, if the user will prefer to send privacy of the
6  video, it will also, after the approval process, it's
7  also not be visible for in other users, in the usual
8  ways that the user try to see the, you know, videos.
9      It's completely -- a lot of factors can be,
10  you know, which video available for public or not.  But
11  user can see his own videos.
12     Q.  His own videos.
13     So how many people have the ability to affect
14  whether or not a video is displayed to the public once
15  the uploader has uploaded it?  At least two?  The
16  uploader choose it for public viewing and then the
17  moderator.  Who else can -- generally speaking, who else
18  has a play in the role of making it display to the
19  public that could stop it?
20     A.  In the -- usually, who has access to the admin
21  panel or, you know, some factors can be system
22  administrator.  It's possible that the system
23  administrator, they can delete the file.  But if error
24  or programer, they remove some very important
25  information from the database.  I mean, it's kind of



197

1  different, but usually, like I said, Roman, first, who
2  is seeing them and reviewing the videos.
3      Q.   Does the system administrator look at every
4  video before it becomes public?
5      A.   Automatically?
6      Q.   Yes.
7      A.   No.  The system does not.
8      Q.   But Roman does?
9      A.   Roman.
10          Another thing, the video can be rejected by
11  Roman, if the video violate the terms and conditions,
12  and the stars will be converted from pending to terms.
13      Q.   Who decides what goes into the text associated
14  with associated?
15      A.   Meta text, you Metadata.
16      Q.   Metadata, yes.
17      A.   Which piece?  Can you specify, exactly.
18      Q.   Which Metadata we're talking about?
19      A.   Yes.  They're different, that's why I'm
20  asking.
21      Q.   The tags, the descriptions?
22      A.   Descriptions?
23      Q.   Yes.
24      A.   Description of the video --
25      Q.   Yes.

198

1      A.   -- is put by the user and we're not able to
2  change or do any correction in description.
3      Q.   Why not?
4      A.   We can just remove the hold description.  We
5  have the button in the moderation process.  I mean, one
6  moderating screen to remove the whole description.
7      Q.   You could remove the whole description?
8      A.   We can, but we can't modify in the -- in the
9  screening process.
10      Q.   Why not?  You get this as custom software
11  drafted specifically for you.  Why not draft that in the
12  end?
13      A.   Because this is not -- this is not our
14  content.  I mean, this is the user's content.  If he put
15  a description over there, so he's responsible for those
16  description, and we don't have a rights to do any
17  corrections.  We can only remove the whole thing in the
18  -- in the spam cases.  For example, the users can put in
19  description different multiple websites, you know, in
20  order to get links, sort of things like that.
21      Q.   What about if you were notified that a certain
22  word or terms violate trademark?
23      A.   What violation?  If we got some notice about
24  trade violations?
25      Q.   Yes.

199

1      A.   I don't think we got any yet.  And we don't
2  have any trademark violations, notices to us.
3      Q.   You're saying that you did not receive any
4  trademark violation notices from the Plaintiff in this
5  case in January of 2015?
6      A.   Yes.  We didn't receive.
7      Q.   Can you explain to me how those exact notices
8  were then produced to me during discovery from you?
9      A.   Can you rephrase, please?
10      Q.   Can you explain how those exact notices were
11  recently produced to me, those exact letters, were
12  produced to me, from you?
13      A.   We produced to you our trademark notices?
14      Q.   Yes.
15      A.   I can't confirm that information, because I
16  don't know what you're talking about.  What -- what
17  particular.  I give you a lot of DMCA notices to your
18  company during the request, but that was the DMCA
19  notices.
20      Q.   So, you acknowledge receipt of the DMCA
21  notices?
22      A.   DMCA notices.
23      Q.   And your company received those in January of
24  2015?
25      A.   We produced a lot of notices to you, but from

200

1  a different time -- time period, you know.
2      Q.   But I'm asking you if you recall your company
3  receiving DMCA notices from Hydentra in January of
4  2015?
5      A.   I was -- we don't receive any notices from you
6  -- I mean, against those links in your complaint in
7  January.  If you're talking about those notices, we
8  didn't receive those notices.  I can't tell you -- I can
9  confirm that fact.
10      Q.   How can you confirm that fact?
11      A.   I am confirming that fact, that we don't
12  receive that, those notices, that you mentioned in
13  Exhibit A in Complaint, Plaintiff Complaint.
14      Q.   Did you receive any notices in January of
15  2015?
16      A.   We did receive a lot of notices from the
17  different -- different companies, you know.
18      Q.   Did you receive any notices from Hydentra in
19  2015?
20      A.   No -- I can't recall right now, but I can
21  definitely check.  But we don't receive notices from the
22  Plaintiff complaint in Exhibit A.  And probably, you
23  mentioned not the '14 -- '15, right, 2015.  We're
24  talking about 2015?
25      Q.   January of 2015.



201

1    A.  Why are you saying 2014?
2    Q.  I'm sorry, did I say 2014?
3        So let me rephrase that.  Did you receive any
4    notices from Hydentra in January of 2015?
5    A.  We don't receive from Hydentra we also put
6    this in the Interrogatory.
7    Q.  Right.  And I've got proof that your company
8    was served with these notices, and you sent them back to
9    me in discovery.  So I'm wondering why you answered
10   interrogatories such as that?
11   A.  You know, I can't confirm that information
12   because I have to check first.
13       MR. COBB:  You want to take a little break?
14       MR. FREEMAN:  Sure.
15       MR. COBB:  How much longer are you thinking?
16       THE REPORTER:  Going off the record.
17       (Recess taken.)
18       THE REPORTER:  Back on the record.
19       THE WITNESS:  Okay.  Let me, if I may return
20   to the question.
21   BY MR. FREEMAN:
22   Q.  Um-huh.
23   A.  Let me add some additional information.  So I
24   didn't -- maybe I tired a little bit after so much time.
25   Q.  Yeah.

202

1    A.  Maybe we do some confusion, or I don't
2    understand your question was clear.
3    Q.  Okay.
4    A.  Very clear.
5    Q.  Okay.
6    A.  But, whatever we receive in the -- whenever we
7    receive any notices, we produce to Hydentra, as for
8    request and discovery, right.  So I mentioned several
9    times, important things that the links in the Complaint
10   in Exhibit A, we did not receive any notices against
11   those videos.
12   Q.  So, let's --
13   A.  That is all I was meaning.
14   Q.  I got you.  I know and I took that.  I -- I
15   understood that.
16       Let's take a step back and talk about your
17   DMCA takedown notice process.  Specific to paper
18   notices, go through with me what that process is for Sun
19   Social Media.
20   A.  So, first of all, the paper notices, come to
21   the -- our DMCA agent.
22   Q.  Yeah.
23   A.  Incorporate Now.  Once the DMCA agent got
24   these notices, he instructed to forward those notices to
25   our e-mail.  Once we got e-mail from the Incorporate

203

1    Now, with the takedown notices, we process those
2    notices.
3    Q.  In January of 2015, who was your -- Sun Social
4    Media's DMCA agent?
5    A.  Incorporate Now.
6    Q.  On Playvid.com, did it give Incorporate Now as
7    the registered DMCA agent?
8    A.  Yes.
9        (Miscellaneous comments.)
10   BY MR. FREEMAN:
11   Q.  With the United States Copyright office,
12   specific to Playvid.com in January of 2015, who was
13   listed as your DMCA agent?
14   A.  Who was listed?
15   Q.  Yes.
16   A.  For which site?
17   Q.  PlayVid?
18   A.  Sun Social?  We do have -- we did -- we had
19   the Incorporate Now all of the time for Sun Social
20   websites, for Sun Social Media.
21       MR. FREEMAN:  Please mark that as 5.
22       (Plaintiff's Exhibit No. 5, Amended interim
23       designation of agent to receive notification
24       of claims of infringement, was marked for
25       identification.)

204

1    BY MR. FREEMAN:
2    Q.  Mr. Bowl, that's -- you're looking at what has
3    been marked as Exhibit No. 5 for purposes of
4    identification in this deposition.  That's an amended
5    interim designation of agent to receive notification of
6    claims of infringement, filed with the United States
7    Copyright office January 23, 2014.  Do you recognize --
8    have you seen this document before?
9    A.  I can't recall.
10   Q.  You can't recall if you've seen it before?
11   A.  No, because I just want to say that we have
12   update the record with the Copyright office sometimes,
13   so, but, I can't say if I was saw that exact document, I
14   can't say.  I can't recall that.
15   Q.  But this document right here lists Constantine
16   Luchian -- I apologize if I mispronounced that last name
17   -- as the Copyright agent, not Incorporate Now; is that
18   correct?
19   A.  According to this document (indicating), yes.
20   Q.  Also, on this document, it lists alternative
21   names of service provider as findandtry.com and
22   Playvid.com; is that correct?
23   A.  According to this document, yes.
24   Q.  It does not list PlayVids, PeekVid -- sorry,
25   PeekVids or FeedVid, correct?



205

1  A. It's according to this document, it's not
2  contained this.
3  Q. Right. And isn't it true that the
4  documentation with the United States Copyright office
5  that lists PlayVid -- sorry, I don't remember which ones
6  have the S, PlayVids, PeekVids, and FeedVid, as the
7  alternative name of service provider Sun Social Media
8  wasn't filed with the Copyright office until after this
9  particular lawsuit was served on Sun Social Media; is
10 that right?
11  A. According to this document, it's not listed
12 here.
13  Q. And it wasn't list with the United States
14 Copyright office until after this lawsuit was filed,
15 correct?
16  A. We update our records with the Copyright
17 office and add the names to that document -- I mean, to
18 that corporate office.
19  Q. And that update wasn't --
20  A. After the lawsuit is filed.
21     (Plaintiff's Exhibit No. 6, DCMA notification
22     page from Playvid.com, was marked for
23     identification.)
24 BY MR. FREEMAN:
25  Q. Mr. Bolotin, you and your attorney have what's

206

1  been marked as Exhibit 6 for purposes of identification
2  to this deposition. That is a printout dated January
3  11, 2015, of the DMCA notification page from
4  Playvid.com. Do you recognize that?
5  A. I can't confirm that. But according to this
6  document, it looks very close to our form. I can't
7  confirm that it's the form from our site.
8  Q. And that lists Constantin Luchian as the
9  copyright agent; is that correct?
10  A. According to this document, it's saying yes.
11  Q. So I now have presented you two documents that
12 listed Constantin Luchian as your copyright agent, not
13 Incorporate Now as your Copyright agent; is that right?
14  A. According to those two documents, yes.
15  Q. Are you saying that the documents I have
16 presented to you are false or misrepresent the DMCA
17 agent?
18  A. Can you rephrase please?
19  Q. Are you -- is it your insertion that the
20 documents that I have shown you are somehow false or
21 misrepresent who was the appointed agents?
22  A. I don't know.
23  Q. If Hydentra had sent takedown notices to
24 Constantin Luchian in January of 2015, would it have
25 been your expectation that those takedown notices would

207

1  have been treated under Sun Social Media's procedures
2  for paper takedown notices?
3  A. It will treat it -- Incorporate Now should
4  forward any notice which Incorporate received on behalf
5  of us and should forward it to us.
6  Q. What if it was addressed to Mr. Luchian?
7  A. To the Sun Social Media.
8  Q. What if it was addressed to Mr. Luchian?
9  A. If it's addressed to Mr. Luchian, it's
10 probably a relationship with Incorporate Now and Mr.
11 Luchian. We have a contract with Incorporate Now.
12  Q. You have a written contract with Incorporate
13 Now as far as a DMCA agent services?
14  A. I can't recall now, probably yes, because we
15 pay for that service to Incorporate Now.
16  Q. How long have you been paying that service to
17 Incorporate Now?
18  A. I can't remember, but a long, long time.
19  Q. More than a year?
20  A. More than a year, more than two years.
21  Q. So, I'm wondering why Mr. Luchian was listed
22 as the Copyright agent with the United States Copyright
23 office if he was -- are you saying he himself wasn't the
24 Copyright agent?
25  A. I didn't say that.

208

1  Q. Okay.
2     Was Mr. Luchian your assigned Copyright agent
3  for Sun Social Media in January of 2014?
4  A. According to these documents?
5  Q. Yeah.
6  A. It says yes, but I can't confirm those
7  documents.
8  Q. So if my client got that document from the
9  United States Copyright office and confirmed an address
10 and name with a page from Playvid.com, it would be
11 reasonable for them to send takedown notices to
12 Constantin Luchian at 6750 North Andrews Avenue, Suite
13 200, Ft. Lauderdale, Florida, right?
14  A. If those documents is our documents?
15  Q. Yes.
16  A. In our sites? Your client can -- can use all
17 of the information, which is on this form. But like I
18 said, I can't confirm those documents. I just confirm,
19 according -- I mean, not confirm -- according to those
20 documents, it should have been addressed to Constantin
21 Luchian.
22  Q. Do you think these documents are wrong?
23  A. I'm not saying that. I wouldn't guess, I will
24 -- I will not guess in this.
25  Q. Well, and again, this is one of those topics,



209

1 it was specifically listed on the -- on the corporate
2 rep notice. And I'm trying to reconcile what you're
3 saying, which is Incorporate Now was the DMCA agent and
4 the documents that we presented, you showed Mr. Luchian
5 was, can you reconcile that?
6     A. I can't confirm those documents, but I --
7     Q. Who could?
8     A. What?
9     Q. Who could?
10     A. Probably you.
11     Q. I know where I got the documents, yes.
12         Who was in charge of the text that was on the
13 PlayVid websites?
14     A. Text?
15     Q. The written words that were displayed to the
16 public on the PlayVid websites, who was in charge of
17 that?
18     A. (Indicating.)
19     Q. Yes.
20     A. Those texts (indicating)?
21     Q. Yes.
22     A. If you're talking about Incorporate page on
23 Playvid.com sites, those were made by our attorney.
24 Those documents made by our attorney, and then, you
25 know, we create the page.

210

1     Q. Okay.
2         If notices had been sent to Constantin Luchian
3 in January of 2015, would it be your expectation that
4 Sun Social Media would have received e-mails from Mr.
5 Luchian regarding the takedown notices?
6     A. If Constantin Luchian is appear and the
7 address on behalf of us as a registered agent on our
8 form, I -- I expect the e-mail from Incorporate Now in
9 anyways from Incorporate Now.
10     Q. Not from Mr. Luchian?
11     A. Right, because we -- not from Mr. Luchian,
12 because we have our relationship with Incorporate Now.
13     Q. And what's your understanding of Mr. Luchian's
14 relationship with Incorporate Now?
15     A. He may doing some job. He's doing a job with
16 Incorporate Now. We're not going to hide this. So,
17 he's working on Incorporate Now. So, and you know, he
18 doing the services for Incorporate Now.
19     Q. You -- you never received -- who would receive
20 the e-mail from Incorporate Now with regard to takedown
21 notices?
22     A. We have corporate e-mail, which is instructed
23 to Incorporate Now send notices to us. So Incorporate
24 Now knows which e-mail to use in order to forward any
25 notices. Incorporate Now got as a registered agent on

211

1 behalf of Sun Social Media.
2     Q. Which e-mail is that that they use?
3     A. Legal@SunSocialMedia.com.
4     Q. And who does that go to? Who monitors that e-
5 mail address?
6     A. Me, personally.
7     Q. Did you receive an e-mail from Incorporate Now
8 in January of 2015 with regard to takedown notices from
9 Hydentra?
10     A. You probably know my answer. I don't know. I
11 can't -- I can't recall that information. I can't
12 confirm anything like that, because I have to check
13 first.
14     Q. You didn't check before you came today?
15     A. Legal@sunsocial? No, I didn't check this e-
16 mail.
17     Q. So you don't know whether or not as you sit
18 here right now --
19     A. I only --
20     Q. Let me finish.
21         You don't know as you sit here today whether
22 or not Mr. Luchian had e-mailed you takedown notices for
23 Sun Social Media's video hosting site sent in January of
24 2015?
25     A. I can't confirm that.

212

1     Q. You can or cannot?
2     A. I can not confirm that. That's all I can say
3 about this.
4     Q. If I have proof of delivery of takedown
5 notices to Mr. Luchian at the address, 6750 North
6 Andrews Avenue, Suite 200, Fort Lauderdale, Florida, you
7 don't have any personal knowledge about what Mr. Luchian
8 would have done with that delivery or if he sent it to
9 you. You don't know what he would have done with it
10 unless he sent it to you and you recall him sending it
11 to you, correct?
12     A. I only can -- I only can say, we do have
13 knowledge once we got from him.
14     Q. The e-mail from him?
15     A. Yes. But beside that, if he receive it, once
16 it's not forwarded to us -- Incorporate Now knows his
17 address.
18     Q. And once you receive -- once you receive an e-
19 mail from Mr. Luchian with the takedown notices, what do
20 you do?
21     A. I forward -- I forward -- as I remember -- as
22 I remember several times, I did the process by myself.
23 It's usually complicated to process, preparing notices
24 that we receive from Incorporate Now. So I process by
25 myself in order to, you know, be more careful and not do

213

1 any mistakes. I'm not trust this kind of work to Roman,
2 just because it's -- it's very different type of
3 notices. Yes, it's both the DMCA notices, but it's not
4 readable. It's mean --
5     **Q. You mean searchable, like electronically?**
6     A. Yeah. It's not -- when you sent -- for
7 example, we got the notice via e-mail, our system
8 downloaded the e-mail and parsing this e-mail. So --
9     **Q. Can I talk to you about that real quick? What**
10 **if you are in a time period where you've actually turned**
11 **off your mail server?**
12    A. No. We turn off -- to be clear with you.
13    **Q. Yes.**
14    A. You should understand how this system works.
15 When we shutdown the post fix mail server, it does not
16 mean that the whole -- it's not mean that the whole e-
17 mail server is down. We're using the separate system
18 for the same e-mails, we're using the post fix for the
19 receiving and -- and storing e-mails. We're using the
20 different servers.
21    **Q. Which server?**
22    A. Google.
23    **Q. Why don't you use Google servers to send?**
24    A. Why we using --
25    **Q. Why do you not use Google servers to send?**

214

1    A. Originally, Google not create the ability to
2 do this. So to send -- in using the Google in that
3 manner, in that way, it's not the right way to use
4 Google, because it's not like used as a service to send
5 out. So that's why we using that post fix server to
6 send out notification.
7       So, for example, in this case, Google
8 receiving the notices as mail provider for our e-mails
9 for each project. Each project has dedicated e-mails,
10 which oddly were dedicated for a particular part, for a
11 particular website, for Sun Social Media websites.
12    **Q. Okay.**
13       So you received an e-mail from Incorporate Now
14 **with some takedown notices, and walk me through the**
15 **process, and what do you do?**
16    A. Okay. Now, so once I got the notice from the
17 Incorporate Now, I get every single page and put, you
18 know, put the links in manually in the text editor.
19 Then, I go to our back-end -- I mean, our admin panel,
20 we do have -- we do have blocking tools. Then, I go
21 through the process to, you know, the old process, to
22 block and create request, and shut down the videos.
23    **Q. You shutdown the videos based off of the**
24 **takedown notice?**
25    A. Based on the takedown notices.

215

1    **Q. So -- and Roman's process, would that be**
2 **somewhat similar, although it would be an electronic**
3 **process, because he's receiving it electronically?**
4    A. Yes.
5    **Q. And -- but again, he's going to go to this,**
6 **you called it a blocking tools to make a request based**
7 **off of?**
8    A. He uses the blocking tools, too, but it's a
9 different way to create a request with blocking tools.
10    **Q. Because it's electronic format?**
11    A. Exactly.
12    **Q. At that point, is a notification sent to your**
13 **member that they have -- a takedown notice has been**
14 **received specific to a video they posted?**
15    A. Can you rephrase, please.
16    **Q. When you block -- rather you disable. If you**
17 **do you a request to disable that video, do you send the**
18 **member that posted that video a notice that they've**
19 **received a takedown notice with regard to one of their**
20 **videos?**
21    A. We don't send to the user any notice that we
22 receive on behalf of their videos.
23    **Q. And you don't provide them an opportunity for**
24 **a counter notice to establish that it was -- that they**
25 **do have a license or they --**

216

1    A. We do -- we do have ability, we don't delete -
2 - we don't videos for 30 days and give the user
3 opportunity to submit to us counterclaim in order to,
4 you know, to partake his rights.
5    **Q. But your user would only know if he tried to**
6 **go view his posted videos that it's been deleted?**
7    A. When he go to my videos, he will see that the
8 -- his videos, he will see the thumbnail, which layout
9 with the label, corporated video, so he see that it
10 happened.
11    **Q. Why don't you send them an e-mail notice that**
12 **they received a takedown notice on one of their videos?**
13    A. We're working on it.
14    **Q. Okay.**
15    A. It's still on the way. It will, but right
16 now, it's not working for now.
17    **Q. Okay.**
18       So when you do the request, I presume that
19 **there is a -- somewhere at some point in time, it's**
20 **recorded that there's been a strike against that user,**
21 **right? According to your secondary user's table on**
22 **Exhibit 2, there's a strikes count, right?**
23    A. Claims count, strikes count, yes.
24    **Q. And that gets a mark or gets added to amended,**
25 **modified, upon the disabling of one of those videos; is**



217

1 that right?  Or is that a second manual step that needs
2 to be done?
3     A.  It's automatic.  It's automatic with that
4 process.
5     Q.  Okay.
6         Now, with regard to your repeat infringe
7 policy, what is your repeat infringer policy?
8     A.  The user can't get more than three strikes.
9 So, for example, if user got three strikes, three
10 takedown notices, three different takedown notices, so
11 valid for six months, we terminate the user.
12    Q.  Per site?
13    A.  Per site.
14    Q.  So when you get your third strike, is there a
15 manual review at some point before the user is
16 terminated?
17    A.  No.
18    Q.  It's programatically done?
19    A.  Automatically.
20    Q.  And is a notice sent to the user?
21    A.  No.
22    Q.  Never?
23    A.  We don't send any notice to the user that the
24 user terminated.  But when he login to his account, he's
25 not able to login.  He's seeing that some, whatever,

218

1 some window that says your account is suspended.
2         MR. FREEMAN:  (Phone ringing.)  Can we take a
3 two seconds.
4         (Recess taken.)
5         THE WITNESS:  And the same functionality on
6 each site that we have.
7 BY MR. FREEMAN:
8     Q.  Do you know how much you pay for your DMCA
9 agent services?
10    A.  I can't recall.  I can't recall it right now.
11 I have to take a look.  But we're -- we're not hiding,
12 if you need it, I will definitely respond.
13    Q.  Generally speaking, how long will it take to
14 remove, disable a video upon receipt of the takedown
15 notice?
16    A.  It depends on the type of takedown.  For
17 example, if it's paper, it takes more, more time.  If
18 it's electronic, our goal is 48 hours to disable,
19 business hours.  To disable -- to access the video.
20    Q.  And on paper, I get that it's -- that if you
21 have five sheets of paper versus a thousand sheets of
22 paper, there's a significant difference, but what's the
23 goal, generally speaking, to get the paper notifications
24 responded to?
25    A.  If it's going to be -- paper, we do more -- I

219

1 mean, priority for the paper in order to process the
2 paper, because it's more complicated and we have to
3 process as soon as possible.
4     Q.  How long does one take you?  One paper
5 notification take you?  You said it's more complicated,
6 does it take 20 minutes per notice, does it take two
7 minutes?
8     A.  How much time do I need for process one page
9 of the notice?
10    Q.  Yes.
11    A.  About five minutes.
12    Q.  Five minutes?
13    A.  Not more.
14    Q.  Okay.
15    A.  But like I said, it's a whole process.  I put
16 in the editor, all links from each pages.  Once I
17 complete this, I start creating the requests, you know,
18 it's tough.
19    Q.  Is it tough or just tedious and boring?
20    A.  It's very -- it's very complicated.
21        Let me ask you this:  For example, I will send
22 you a thousand notices on the paper, a thousand.  Can
23 you imagine how much work you have to do?  We don't have
24 any technician system which you know, will take every
25 page and convert it into the text.  We do it all

220

1 manually.
2     Q.  Right.  So you know, there's a difference
3 between -- just because something is simple, doesn't
4 mean it's easy, right.  That was kind of more my point.
5 It doesn't matter.
6         Have you thought about using a conversion
7 system that would convert it to some sort of --
8     A.  I was trying to, in order to, you know,
9 expedite the process, but it's not so good.
10    Q.  Yeah.
11    A.  It's not recognize 100 percent.  And the
12 bottom line, it takes more time, when I'm using the
13 manual.
14        Again, I process those notices from the past,
15 I remember by myself, because I paid more attention on
16 this.  I don't want to try to do any mistakes, because
17 it's going to hurt us.
18    Q.  You received some takedown notices from
19 Hydentra in October of this past year, October 2015?
20    A.  I can't confirm that fact, but I -- I remember
21 that we received something from Hydentra and we
22 immediately, you know, processed them.
23    Q.  Did you know how long those particular notices
24 took you?  Did you process them personally?
25    A.  I was processing some notices.  I remember the



Bolotin, Konstantin Vol. II   01-18-2016

221

1 notices from Hydentra and processed them myself -- by
2 myself.
3     **Q. You didn't delegate those to anybody else?**
4     A. No. It doesn't matter, any paper notice I
5 don't delegate, because it's -- it's very important
6 things. I don't want to do mistakes.
7     **Q. And how long did those particular notices from**
8 **Hydentra --**
9     A. I don't know.
10     **Q. -- take you to do?**
11     A. I don't remember.
12     **Q. The -- you said the termination of a repeat**
13 **infringer is automatic, programmatically, upon the**
14 **receipt of the third takedown notice in six months. Does**
15 **the receipt date, then, correspond with the termination**
16 **date, the receipt date of the third notice?**
17     A. Can you rephrase, please?
18     **Q. Yeah.**
19     **If I -- if you received a third notice on day**
20 **X, whatever that date is and that third notice violates**
21 **your repeat infringer policy, is that the date the**
22 **system automatically terminates the user?**
23     A. The system, I will explain how it works.
24     **Q. Okay.**
25     A. Once the system put the claim on the user, the

222

1 system is check if it's the third notice or not. If
2 it's the third notice, it automatically terminate the
3 user. So, pretty much, it's the date that --
4     **Q. You said Roman would put it into the system --**
5     A. Yes.
6     **Q. He would put it in the system so you can see**
7 **it.**
8     A. We don't try to terminate, or this is the
9 three-day notice, or this is the second day notice. All
10 of this is done in the automatic system in blocking
11 tools, the system.
12     **Q. Your company had produced to us member**
13 **information specific to the videos, Hydentra videos that**
14 **had been posted on your sites, as well as uploader**
15 **information on terminated members. We ran, and are in**
16 **the process of running checks on those e-mail addresses**
17 **and it appears that about 90 percent of those e-mail**
18 **addresses are invalid; meaning, they've never been**
19 **created.**
20     **Is that consistent with your experience of**
21 **your users, that they would input fake e-mail address**
22 **when they sign up as a member of your site?**
23     A. I don't know. But like I said -- I'll be
24 getting home late. We don't force users to verify, we
25 don't know which e-mail is valid during that. So if

223

1 you're saying that 90 percent or whatever percent is
2 invalid, but you also should mention that ten percent is
3 valid, right? It makes sense? So the rest of the time,
4 which means that some percentage of the users put the
5 right e-mail. So what --
6     **Q. Let me clarify that. Is that ten percent of**
7 **valid e-mails, I'm not saying that those e-mail**
8 **addresses actually exists, I'm not saying that those**
9 **users were actually associated with your website, so**
10 **don't confuse me.**
11     A. But look --
12     MR. COBB: Object to the form.
13 BY MR. FREEMAN:
14     **Q. I just want to make sure you understand what**
15 **I'm saying, and you're not leaving here with a belief**
16 **that I -- we've got e-mail addresses from folks with**
17 **valid e-mail addresses that tell they've never been**
18 **to your site.**
19     A. But you also notice that you scare our users,
20 several -- I mean, a few times, from the users, which
21 was scared by you. Because you sent subpoenas to the
22 Google in order to get information that's valid or not.
23 So -- and they are scared users back to us, with scared
24 e-mails, but you know, please stop them, you know.
25     **Q. How many such e-mails have you received?**

224

1     A. We do have two incidents with two different
2 people.
3     **Q. I know of one that we were provided, a guy**
4 **named Joseph?**
5     A. Joseph, that is probably the first person who
6 got that. And second guy, also, complained with the two
7 different e-mail to us.
8     **Q. When was that? Do you recall?**
9     A. What?
10     **Q. Do you recall when that was?**
11     A. In December, by the end of December, probably,
12 I don't recall.
13     **Q. We'll get that updated at some point.**
14     A. But the user very scared for his life, for
15 everything.
16     **Q. For his life?**
17     A. His life, yes.
18     **Q. Do you think that's a rational reaction?**
19     A. I don't know. I'm very scared for the users.
20     **Q. Why?**
21     A. Why am I scared for the users?
22     **Q. Yes.**
23     A. Because I'm human.
24     **Q. What are you afraid that my client is going to**
25 **do to them, hurt them?**



Bolotin, Konstantin Vol. II   01-18-2016

225

1    A.  Why you hurt the users, why you hurt the
2    people?  You scare the people because the users --
3    Q.  We did what to the people, scare them, is that
4    what you said?
5    A.  Yes, scare.
6    Q.  So --
7    A.  The users are not --
8    Q.  Those e-mail addresses were provided to us by
9    you in association with actual infringements?
10   A.  Actual, the users which were terminated.  But
11   I also, I want to add to this, yes, users, I didn't
12   submit any counterclaim.  But it's not mean that they
13   don't have any -- that's actually can be applied to the
14   user.  We -- we can't, you know, establish the fact that
15   user really infringed the videos.  They can only not
16   responding to, you know.  Do you understand what I'm
17   saying?
18   Q.  You don't even give them a chance to respond.
19   You don't give them a notice.
20   A.  But we give them a notice as a -- as a window
21   when they get --
22   Q.  You don't give them a notice.  You give them a
23   window with no notice that there's a window, correct?
24   A.  This is -- maybe it's not notice, but it's
25   kind of knowledge to the user that his account is

226

1    terminated, and he can't do anything, pretty much, he
2    can't upload any video or anything like that.  He can't
3    get into his account anymore once he terminated.  So --
4    Q.  Does that bother you?  If he's really
5    infringing, does it bother you that he's terminated?
6    A.  Me, infringing?
7    Q.  No.  If your members are posting infringing
8    works on your website, do you think they deserve to be
9    terminated?
10   A.  Some people, I will tell you a little bit more
11   from my experience.  We got a lot of wrong and mistake
12   notices from the DMCA agent which complained some of the
13   links on our site, which we have rights.  For example,
14   they complained, DMCA -- DMCA page, so it means that we
15   can't say exactly every notice is valid for sure.  We
16   can also --
17   Q.  By that token, do you presume that a notice is
18   invalid?
19   A.  I assume a lot of notices is generated by
20   automatic system and never --- never examined by the
21   people.  So --
22   Q.  If that's the case, why don't you send your
23   users a notice that you received -- you received a
24   takedown notice with regard to a video that --
25   A.  Well --

227

1    Q.  Let me finish.  That you've brought to them in
2    regard to a video that they've posted and you give them
3    an opportunity to provide a counter-notice or provide
4    some support for why you shouldn't remove it.  If you
5    question the validity of these notices why aren't you
6    automatically reviewing them?
7    A.  It's coming.  It's coming soon.  I mean, not
8    soon, but --
9    Q.  But why haven't you before?
10   A.  Because we do have -- a lot of work to do
11   this, I mean, to improve our system.  So user is
12   terminated, but it not means it's legitimate terminated,
13   not due to legitimate notices.  And some users are very
14   scared to file counterclaim or anything like that, you
15   know.  Do you understand the point?
16   Q.  Yeah.  But the feeling that I'm getting from
17   you, is that your -- your members are somehow victims in
18   this?
19   A.  Not the member.  I based my statement on the -
20   - on the e-mails which we got, you know, just recently.
21   Q.  Two E-mails?
22   A.  No, we got, yes, two regarding this particular
23   that the user is scared.  But we got another one, what
24   information you collect, you know, for example, from the
25   watchers, you know, what -- what information our system

228

1    is collect and the users for which in the videos without
2    --
3    Q.  From the watchers?
4    A.  Yes, from the watchers.  So based on that and
5    also based on the wrong DMCA notices in the past, we got
6    from that, you know, like I said, unclear DMCA agent.
7    So, based on those, I can say that -- now we can't say
8    exactly that everything is going, is very truth, and the
9    people who was terminated is legitimately terminated,
10   you know.  But, so that's what I can say.
11   Q.  Other than the e-mails that we've talked about
12   with people, some of your members who received
13   notification from Google about our subpoenas, have you
14   received any other concerns from your members, about
15   Hydentra's works or Hydentra's actions?
16   A.  I can't recall right now.
17   Q.  But you mentioned a couple of other things?
18   A.  Because it's close.
19   Q.  I'm sorry?
20   A.  Because it's close --
21   Q.  Close in time too having dealt with those
22   things?
23   A.  Yes.
24   Q.  Okay.  Those things had nothing to do with
25   Hydentra, right?

UNIVERSAL
COURT REPORTING

Bolotin, Konstantin Vol. II   01-18-2016

229

1    A.  It's nothing to do -- I mean, this is your
2  job, probably.  I mean --
3    Q.  I don't know what e-mails you've received?
4        MR. COBB:  Let me ask you a question.
5        MR. FREEMAN:  Yeah.
6        MR. COBB:  If we're going to go another 30, 45
7  minutes, I'm going to stop and get some water.
8        THE REPORTER:  Off the record.
9        (Recess taken.)
10       THE REPORTER:  Back on the record.
11 BY MR. FREEMAN:
12   Q.  Usually, you have some clarification for me,
13 I'm just offering that time now.
14       What do you think would be a reasonable amount
15 of time for a takedown notice to be responded to and the
16 video taken down?
17   A.  Well, the goal is 48 hours.
18   Q.  Okay.
19       You think anymore is reasonable or do you
20 think that's it, 48 hours is being reasonable?
21   A.  Sometimes it takes more if you got -- but it's
22 not happen everyday, because we have -- it depends on
23 the volume that you get of the DMCA notices.
24   Q.  Yeah.
25   A.  So it depends on the volume.

230

1    Q.  Yeah.
2    A.  And also the holidays, it's also can be, you
3  know.
4    Q.  The timing, then, as well?
5    A.  Yes.
6    Q.  On the Exhibit A, back to the Plaintiff's
7  Complaint, were there any videos on there that you
8  believe are not infringed?
9    A.  I don't understand question.
10   Q.  So my client has alleged that all of those
11 videos, URLs listed on Exhibit A of the Complaint, do
12 you know what I'm talking about?
13   A.  Yes.
14   Q.  That all of the videos at that locations
15 infringed my -- my client's copyrights.  Do you think my
16 client is wrong with regard to any of those specific
17 videos?
18   A.  I am not saying wrong, because we didn't
19 know --
20   Q.  You get it that's a different question,
21 though, right?  Whether or not -- whether or not there's
22 liability, is a different question.
23       My question is:  Do you think that any of
24 those videos really weren't being infringed?
25   A.  I don't know.

231

1    Q.  Do you think any of your members had a right
2  to display any of those videos listed in Exhibit A of
3  the Complaint?
4    A.  I don't know.
5    Q.  Have you done any research or looking into
6  that at all?
7    A.  We don't look closely, we didn't share any --
8  any of the DMCA notices.  It's not contained,
9  particularly yours.  Once we got the DMCA notice or the
10 agent or Copyright owner sworn, that his notice is true,
11 and we just take down, take down the video.  We didn't
12 check.
13   Q.  So you did disable those videos in Exhibit A?
14   A.  We did.
15   Q.  Did you do that personally?
16   A.  Me, yes.
17   Q.  And do you recall when you did that?
18   A.  I don't recall.
19   Q.  Sometime after the lawsuit was filed?
20   A.  Sometime after I got -- been served.
21   Q.  Okay.
22   A.  Once the service was made, you know, I go to
23 the claim through the company, and find the links and
24 made -- I don't remember what time frame it was, but
25 exactly what happens right after that series.  That was

232

1  happened.
2    Q.  And do you have any reason to contest whether
3  or not the Plaintiff has copyright registrations on
4  those works?
5    A.  Contest, can you rephrase please?
6    Q.  Any reason to disagree that Plaintiffs have
7  registered copyrights on each of those works?
8    A.  This is not our business.  Either you --
9    Q.  As you sit here today, you can't give me any
10 reason why you would think that that's not true?
11   A.  What?
12   Q.  As you sit here today, you can't -- can you
13 think of a reason why you would disagree with the
14 assertion that the Plaintiff has the copyright on those
15 works?
16   A.  I -- I don't know if the Plaintiff has rights.
17 I didn't research if Plaintiff has the rights.  We
18 just took off to terminate those videos, that's all.
19   Q.  So, your defenses, Sun Social Media's defenses
20 in this case would be that the DMCA safe harbor
21 provisions protect Sun Social Media from liability?
22   A.  Yes, we do.
23   Q.  And that defense is asserted specific to
24 videos found on all four video hosting sites, right?
25   A.  No.  Can you rephrase, please?



233

1    Q.  That defense is made with regard to videos
2  found on all four video hosting sites?  PeekVids,
3  FeedVid --
4    A.  For all of our branches?
5    Q.  Yes.
6    A.  For all our websites.
7    Q.  Do you agree or disagree with the assertion
8  that the website FeedVid was not specifically listed
9  with US Copyright office as an Internet service provider
10  when this lawsuit was filed?
11    A.  Well, I don't know.  I can't say anything.
12  It's Sun Social Media is a service provider and --
13    Q.  Do you see on that form, where it says
14  "alternate names of service providers"?
15    A.  According to this form, yes, I see.  And I do
16  not see the FeedVid here.
17    Q.  At some point in time, is it your
18  understanding that FeedVid was added as an alternative
19  name for Sun Social Media for the United States
20  Copyright office?
21    A.  We update and add FeedVid, PeekVids, to that
22  form, to the Copyright office.
23    Q.  And that occurred after this lawsuit was
24  filed?
25    A.  After the lawsuit.

234

1    Q.  And nonetheless, you assert the safe harbor
2  defenses with regard to the videos found on those two
3  websites?
4    A.  The four websites.
5    Q.  Have you done any research or investigations
6  with regard to affirmative defenses asserted by Sun
7  Social Media in this case?
8      MR. COBB:  Objection, as it pertains to any
9      attorney/client work product or communications with
10      your attorneys.  Otherwise, you can answer it.
11      THE WITNESS:  If I did some research on the
12      Affirmative Defense?
13  BY MR. FREEMAN:
14    Q.  Yeah.  Do you know what the Affirmative
15  Defenses in this case are?
16    A.  Yes, I know.
17    Q.  What are they?
18    A.  What?
19    Q.  What's your understanding of them?
20    A.  That we do not agree with any of your
21  allegations, you know, anything from your complaint, we
22  disagree with everything.
23    Q.  You disagree with all of the allegations in
24  the Complaint?
25    A.  You can refer to the Affirmative Defense.

235

1    Q.  Well, that's fine.  I'm following your
2  understanding, that it was alleged in the Complaint that
3  the Plaintiff has registered the copyrights and the
4  works at issue in this case.  Do you disagree with that?
5    A.  You know, I can't answer this question.  This
6  is attorney language, you know, so -- and I don't want
7  to give you anymore information than this.  I'm confused
8  and also, I'm not a 100 percent your question.
9    Q.  Okay.
10      Are you aware of the Affirmative Defense of
11  Copyright misuse?
12    A.  Same answer.
13    Q.  You don't know?
14    A.  I don't know.
15    Q.  You don't know what that is?
16    A.  I can't -- I can't answer this question,
17  because I don't understand very clearly.
18    Q.  So if I can't ask you any questions, rather --
19  Strike that.
20      I can ask you lots of different questions.
21      But you can't answer any questions regarding
22  the factual basis for the Affirmative Defense of
23  copyright misuse, correct?
24    A.  You already asked me a lot of questions, which
25  probably can support our Affirmative Defense.

236

1    Q.  I've asked you zero questions.  Let's address
2  the Affirmative Defenses copyright misuse.
3      I get that.  We're here, you're appointed to
4  be able to talk about the factual basis for the
5  Affirmative Defenses.  I'm just verifying that you're
6  not able to do that today.
7    A.  I don't understand the question.
8      I try to explain as much as I can, but you're
9  speaking with your attorney's language, which can
10  confuse me.  I'm not answering it 100 percent accurate
11  information.  Which I tried to say before.
12      THE REPORTER:  We're off the record.
13      (Recess taken.)
14      THE REPORTER:  We're back on the record.
15  BY MR. FREEMAN:
16    Q.  In the Affirmative Defenses, Sun Social Media
17  has alleged wrongdoing by Hydentra.  What's the factual
18  basis of that wrongdoing?
19    A.  What's the factual basis on that?  It's
20  different, different basis, which I have to clarify.
21    Q.  Hit me with them all.
22    A.  Hit them all.
23      MR. COBB:  Don't actually hit him.  You may
24      want to, don't do it.
25      THE WITNESS:  First, we didn't receive your



237

1   DMCA notices.
2 BY MR. FREEMAN:
3       Q.  Okay.
4       A.  So we don't know what to, you know, what to
5 takedown, first of all.  Second, you -- you go to us the
6 second time or send any way to give us the knowledge --
7 in order to take down those links, if you're really
8 interesting to do this.  So you prefer to go to the
9 Court and ask us.  So, that, I don't like, I mean, this
10 is unfair.  Send us notice which -- which I don't know
11 what notice are incomplete, but anyway.
12      We disagree with any complaint -- I mean, with
13 the Complaint itself.
14      **Q.  So, listen, you say that and we can go back in**
15 **a bit because there's valid things in there, you make a**
16 **blanket statement like that and I can go through and**
17 **there's things in there that you're not going to**
18 **disagree with.  Okay.  But it doesn't respond to my**
19 **question.**
20      **My question was:  What do you think Hydentra**
21 **has done wrong as it relates to Sun Social Media?  You**
22 **told me, you didn't receive takedown notices and when**
23 **they took -- when Hydentra went to court rather than**
24 **trying a second round of takedown notices.  Those are**
25 **two things that I've heard so far.**

238

1       **Is there anything else that you think that**
2 **Hydentra has done wrong as it relates to Sun Social**
3 **Media?**
4       A.  In order to answer this question I have to
5 have more time to think about it.  So -- but, our
6 Interrogatories are very clear, you know, to saying what
7 we disagree with the Plaintiff's Complaint.
8       **Q.  Did you write those Interrogatories?**
9       A.  Of course, I did -- I did prepare a lot of
10 information for that.
11      **Q.  You prepared a lot of information for that,**
12 **but did you write that answer to that particular**
13 **interrogatory?**
14      A.  Yes.
15      **Q.  So am I going to see you tomorrow?**
16      A.  Well, what -- what do you want to see
17 tomorrow?
18      **Q.  I'm going to see you tomorrow?**
19      A.  Oh, yes.
20      **Q.  Okay.  So you say you wanted some more time,**
21 **can I just ask you this question tomorrow?**
22      A.  Okay.
23      **Q.  Okay.**
24      A.  Yeah, let's ask this question tomorrow.  You
25 know.  I will be thinking more time, to say what we

239

1 disagree on, what you did wrong, because I'm tired to
2 answer you.  There's so much time, a little bit tired
3 now.
4       **Q.  You're too tired to mess with me, is that what**
5 **you're saying?**
6       MR. COBB:  He's tired of you, I think he said.
7       MR. FREEMAN:  All right, let's stop.
8       THE WITNESS:  You're done?
9       MR. FREEMAN:  We're done.
10      MR. COBB:  We're done.
11      THE WITNESS:  Thank you.
12      THE REPORTER:  We're going off the record.
13      (CONCLUDED: 6:24 P.M.)
14
15
16
17
18
19
20
21
22
23
24
25

240

1           CERTIFICATE OF REPORTER
2 STATE OF FLORIDA
3 COUNTY OF BROWARD
4
5       I, MELISSA KALLAS, Court Reporter and Notary
6 Public for the State of Florida, do hereby certify that
7 I was authorized to and did stenographically report the
8 deposition of KONSTANTIN BOLOTIN;  the foregoing
9 testimony was taken before me; that a review of the
10 transcript was requested; and that the transcript is a
11 true and correct record of my stenographic notes.
12
      I further certify that I am not a relative,
13
employee, attorney or counsel of any of the parties,
14
nor am I a relative or employee of any of the parties'
15
attorney or counsel connected with the action, nor am I
16
financially interested in the action.  Dated this 26th
17
day of January, 2016.
18
19
20
21 _____
   MELISSA KALLAS, COURT REPORTER
22 NOTARY PUBLIC, STATE OF FLORIDA
23
24
25



241

```
1              CERTIFICATE OF OATH
2  STATE OF FLORIDA
3  COUNTY OF MIAMI-DADE
4
5      I, MELISSA KALLAS, the undersigned authority,
6  certify that KONSTANTIN BOLOTIN, personally appeared
7  before me and  was duly sworn.
8
   Witness my hand and official seal this 18th day of
9
   January, 2016.
10
11
12
13
   _____
14 MELISSA KALLAS
   NOTARY PUBLIC, STATE OF FLORIDA
15 Commission No.:  EE 206253
   Commission Exp:  6/10/2017
16
17
18
19
20
21
22
23
24
25
```

243

```
1              ERRATA SHEET
2  I wish to make the following changes, for the following
   reasons:
3
   PAGE NO.  LINE NO.
4
   _____ _____ CHANGE_____
5
              REASON_____
6
   _____ _____ CHANGE_____
7
              REASON_____
8
   _____ _____ CHANGE_____
9
              REASON_____
10
   _____ _____ CHANGE_____
11
              REASON_____
12
   _____ _____ CHANGE_____
13
              REASON_____
14
   _____ _____ CHANGE_____
15
              REASON_____
16
   _____ _____ CHANGE_____
17
              REASON_____
18
   _____ _____ CHANGE_____
19
              REASON_____
20
   _____ _____ CHANGE_____
21
              REASON_____
22
   _____ _____ CHANGE_____
23
              REASON_____
24
   _____       _____
25 SIGNATURE               DATE
```

242

```
1  DATE:   January 26, 2016
   Name    KONSTANTIN BOLOTIN
2  c/o    BRADY COBB, ESQUIRE
3  IN RE:  HYDENTRA V. LUCHIAN, ET AL
4  Dear Mr. Bolotin,
5  Please take notice that on January 18, 2016, you gave
   your deposition in the above-referenced matter.  At
6  that time, you did not waive signature.  It is now
   necessary that you sign your deposition.  You may do so
7  by contacting your own attorney or the attorney who
   took your deposition and make an appointment to do so
8  at their office.  You may also contact our office at
   the below number, Monday - Friday, 9:00 AM - 5:00 PM,
9  for further information and assistance.
10 If you do not read and sign your deposition within
   thirty (30) days, the original, which has already been
11 forwarded to the ordering attorney, may be filed with
   the Clerk of Court.
12
   If you wish to waive your signature, sign your name in
13 the blank at the bottom of this letter and promptly
   return it to us.
14
   Very truly yours,
15
   _____
16 Melissa Kallas
   Universal Court Reporting
17 (954) 712-2600
   I do hereby waive my signature.
18
   _____
19 Konstantin Bolotin
   cc:  via transcript:        Brady Cobb, Esquire
20
21
22
23
24
25
```



877.291.3376
www.UCRinc.com

**$**

**$30,250** 126:19

**$300** 122:22

**$45** 126:18

**0**

**0** 162:2

**1**

**1** 99:3 126:17
  161:10 162:2

**1,000** 140:25

**1/2** 97:8

**10** 132:12

**10%** 181:19

**10:01** 96:17

**100** 121:25 179:13
  189:2 190:2
  220:11 235:8
  236:10

**11** 110:15 206:3

**1107** 97:8

**1-20** 96:10

**1250** 122:17,18
  123:24

**13th** 105:21

**14** 162:18 200:23

**15** 149:19 200:23

**1500** 122:17,18
  123:24

**15-cv-22134-UU**
  96:3

**16** 99:3 162:18

**18** 96:17 100:3
  149:19 242:5

**18,000** 150:6

**1840** 97:4

**18th** 241:8

**2**

**2** 96:19 99:4 126:18
  161:4,10 165:23
  166:2 172:24
  184:5 216:22

**2,000** 100:22

**2:06** 111:22

**20** 219:6

**200** 156:21 208:13
  212:6

**2010** 103:13

**2012** 103:17

**2013** 103:17

**2014** 103:20 145:11
  201:1,2 204:7
  208:3

**2015** 103:20 126:17
  199:5,24
  200:4,15,19,23,24
  ,25 201:4
  203:3,12 206:3,24
  210:3 211:8,24
  220:19

**2016** 96:17 100:3
  240:17 241:9
  242:1,5

**203** 99:7

**205** 99:8

**206253** 241:15

**23** 204:7

**253** 97:9

**26** 242:1

**2680** 96:19

**26th** 240:16

**3**

**3** 99:5

**30** 216:2 229:6

242:10

**31** 131:24

**33131** 96:20

**33304** 97:13

**33326** 97:5

**360** 182:6,8,19,21
  183:2,6 186:13

**383-4500** 97:9

**4**

**4** 99:6

**426** 150:8

**45** 99:4 146:3,14
  157:3 229:6

**45,000** 156:22 157:1

**48** 218:18 229:17,20

**480** 182:6 183:6

**5**

**5** 98:3 99:7
  203:21,22 204:3

**5:00** 242:8

**50** 146:4 181:20

**56** 99:5,6

**6**

**6** 99:8 205:21 206:1

**6/10/2017** 241:15

**6:24** 96:17 239:13

**642** 97:12

**6750** 208:12 212:5

**688-7642** 97:5

**7**

**700** 191:20,21

**712-2600** 242:17

**720** 182:5,6,16
  183:1,6

**8**

**88,000** 146:23

**9**

**9:00** 242:8

**90** 222:17 223:1

**954** 97:5 242:17

**954.527.4111** 97:13

**98402** 97:8

**A**

**A.M** 96:17

**AARON** 97:3

**AB@BEHARBEH
  AR.COM** 97:6

**ability** 130:20
  134:20 135:22
  182:14,21 196:13
  214:1 216:1

**able** 124:19 142:23
  143:11,13 183:1,2
  185:24 187:20
  189:3 190:6 198:1
  217:25 236:4,6

**above-referenced**
  242:5

**absolutely** 144:7

**access** 140:6,8
  196:20 218:19

**accessible** 158:14

**according** 150:5
  152:13 204:19,23
  205:1,11
  206:5,10,14
  208:4,19 216:21
  233:15

**account** 152:10
  153:20 155:1
  170:15 178:15
  179:20,22,24



217:24 218:1
225:25 226:3

**accounted** 140:14

**accounts** 155:22,24
178:16 179:5

**accurate** 236:10

**acknowledge**
199:20

**act** 115:12

**action** 240:15,16

**actions** 174:13
228:15

**activate** 153:20
178:16
179:20,22,24

**active** 154:2 174:24
175:1

**actively** 187:6

**activity** 120:18

**actor** 193:19

**actual** 155:22
225:9,10

**actually** 131:6,10
134:9 143:1
147:17 158:18
160:13 161:3
162:19 173:11
186:17 213:10
223:8,9 225:13
236:23

**ad** 140:5 142:13

**add** 136:6 177:23
201:23 205:17
225:11 233:21

**added** 216:24
233:18

**addition** 118:10
144:18

**additional** 201:23

**address** 104:7

116:25 129:2
147:22 152:20
159:19 208:9
210:7 211:5
212:5,17 222:21
236:1

**addressed** 111:2
148:18 149:4
193:2 207:6,8,9
208:20

**addresses** 149:3
158:20 222:16,18
223:8,16,17 225:8

**adjust** 143:11

**admin** 184:16
195:12 196:20
214:19

**administrator**
155:17 159:9
196:22,23 197:3

**administrators**
118:25

**ads** 139:20
142:7,8,21,22
143:11

**adult** 172:10,13
194:2

**adult-oriented**
194:10

**advance** 131:23,25

**advertise** 129:11
132:18

**advertisement**
140:6,13 141:17

**advertiser** 130:24
131:5,9 140:5

**advertisers**
129:6,8,10,14,16,
18,19,22
130:1,2,5,14,16,1
9 132:18
135:11,24 137:3

139:24 140:18
141:16 142:4
143:18 154:10,11

**advertising** 130:22
131:8 135:3
143:1,23 154:12

**advice** 114:20
115:16,17,20

**affect** 196:13

**affirmative**
234:6,12,14,25
235:10,22,25
236:2,5,16

**afraid** 224:24

**against** 170:2
176:24 185:14
200:6 202:10
216:20

**agent** 117:16
202:21,23
203:4,7,13,23
204:5,17
206:9,12,13,17
207:13,22,24
208:2 209:3
210:7,25 218:9
226:12 228:6
231:10

**agents** 206:21

**ago** 153:2 172:12

**agreement** 135:6
137:17

**agreements** 135:3

**ahead** 149:13

**AL** 242:3

**algorithm**
128:10,15,16
146:2,7 149:20

**alive** 153:23

**allegations** 102:15
234:21,23

**alleged** 230:10
235:2 236:17

**allow** 194:11

**allowed** 145:25
146:1

**already** 153:14
165:23 186:9
235:24 242:10

**alternate** 233:14

**alternative** 204:20
205:7 233:18

**altogether** 113:2

**am** 161:8 200:11
224:21 230:18
238:15
240:12,14,15
242:8

**amended** 99:7
203:22 204:4
216:24

**American**
160:24,25

**amount** 100:22
102:17 108:13
109:12 123:8
133:14 140:19
156:23 229:14

**Andreev** 121:5
123:13

**A-N-D-R-E-E-V**
121:17

**Andrews** 208:12
212:6

**animal** 194:11

**answer** 102:23
103:7 104:1
108:9,10
109:10,15 110:23
112:1 113:9
116:20 136:3
137:14 139:23
140:17 148:4,7



149:14,15 163:23
165:2,3 178:24
188:23,24 211:10
234:10
235:5,12,16,21
238:4,12 239:2

**answered** 110:24
201:9

**answering** 236:10

**anybody** 107:18,21
118:5 119:6,7
151:16,23 152:1
221:3

**anymore** 226:3
229:19 235:7

**anything** 102:11,16
108:11 115:18
148:12,13
156:6,13 157:12
160:17 161:21
162:4 165:14,18
174:2,6 183:12
194:20,22 211:12
226:1,2 227:14
233:11 234:21
238:1

**anyway** 237:11

**anyways** 210:9

**anywhere** 158:7,13

**apologize** 122:24
184:19 204:16

**appear** 126:12
196:1 210:6

**APPEARANCES**
97:1

**appeared** 241:6

**appears** 222:17

**apple** 121:14

**applied** 175:16
188:16 225:13

**apply** 128:11

174:13

**appointed** 206:21
236:3

**appointment** 242:7

**appreciate** 174:7,8

**approval** 196:6

**approve** 188:19

**approved**
187:23,24,25
188:9,12,17,22
189:7,8,9,17,23
195:9

**approves** 195:16

**approximation**
162:16

**architect** 168:24

**archive** 185:7,24
186:1

**area** 161:23 185:1

**aren't** 227:5

**argue** 156:3

**Aside** 111:23

**aspect** 114:8 146:20

**aspects** 110:16
115:5

**assert** 234:1

**asserted** 232:23
234:6

**assertion** 232:14
233:7

**assigned** 208:2

**assistance** 242:9

**associated**
105:17,19
107:18,21,23
108:3 197:13,14
223:9

**ASSOCIATES**

96:18

**association** 225:9

**assume** 158:8
226:19

**attached** 110:21
140:12 180:11

**attention** 220:15

**attorney** 114:6
152:18 156:1
171:9 205:25
209:23,24 235:6
240:13,15
242:7,11

**attorney/client**
234:9

**attorneys** 171:11
234:10

**attorney's** 101:11
236:9

**audio** 191:7,8

**authored** 162:6,13

**authority** 241:5

**authorized** 240:7

**automatic** 138:12
217:3 221:13
222:10 226:20

**automatically**
152:15 160:7,9
187:3 197:5
217:19 221:22
222:2 227:6

**available** 181:19,20
187:4,14 196:10

**Avenue** 97:8,12
208:12 212:6

**aware** 104:20 145:7
147:4,8 150:4
151:4 170:13
235:10

**awareness** 171:1,4

**away** 116:20

───────────

B

**back-end** 118:22,24
119:24,25
120:2,3,5,10,14,1
7,20,24 121:1,18
125:13
126:8,15,24 142:5
180:14,21,22,24
181:1 214:19

**bad** 113:22 177:16

**balance** 116:21,23

**balances** 182:15

**balancing** 182:11

**bandwidth**
138:4,6,7,8,10

**based** 102:20
107:13 139:9
140:18 164:24
181:17 214:23,25
215:6 227:19
228:4,5,7

**basic** 134:24

**basis** 119:2 120:23
235:22
236:4,18,19,20

**BCOBB@COBBE
DDY.COM**
97:14

**became** 163:25

**become** 114:10
194:7 195:8

**becomes** 197:4

**beginning** 110:2
191:19

**behalf** 96:16
97:2,10 149:2
151:17,18,21
207:4 210:7 211:1
215:22



**BEHAR** 97:3

**belief** 149:6 223:15

**believe** 110:21,25
111:1,2 134:12
159:23 230:8

**beside** 212:15

**besides** 112:17
193:24 194:16

**best** 137:14 138:11

**bet** 144:7 177:19

**better** 129:16
135:13 145:2
181:21

**beyond** 111:13,19

**bill** 146:13

**billing** 140:14

**BISCAYNE** 96:19

**bit** 100:6 136:1
187:4 201:24
226:10 237:15
239:2

**black** 134:8

**blank** 154:14
242:13

**blanket** 237:16

**block** 214:22
215:16

**blocking** 214:20
215:6,8,9 222:10

**BLVD** 96:19

**Bolotin** 96:7,15
98:2 100:2 180:1
205:25 240:8
241:6 242:1,4,19

**bonds** 122:22

**bonus** 122:20

**bonuses** 122:14,16

**bookkeeping**

116:19 117:10,24

**boring** 219:19

**bother** 226:4,5

**bottom** 141:18
169:17 220:12
242:13

**bought** 130:13

**bounce** 160:19

**bounced** 158:19
159:13 160:11
161:15

**bounces** 159:1

**bouncing** 160:13
161:15
163:9,15,21,24
173:9,10

**Bowl** 204:2

**Brady** 97:11
242:2,19

**branches** 233:4

**break** 116:5,10
144:6 177:18
201:13

**bringing** 134:4

**broker** 130:7
131:8,12,14
140:24
142:14,15,18
154:21

**brokers**
130:10,11,18,22
135:3,25 136:1
140:5,20,22,23
141:3 154:21

**brought** 227:1

**BROWARD** 240:3

**BRYN** 96:18

**build** 120:6 126:22
142:1,3 153:17
155:11 164:25

171:9

**building** 126:22

**built** 153:13

**bunch** 126:23
156:22

**burned** 187:19

**business** 107:14
112:21 113:2,4
114:13 138:14
171:16 172:2
218:19 232:8

**button** 198:5

**buying** 134:1

———————
——— C ———

**c/o** 242:2

**cabinet** 169:8

**calculate** 131:24
133:1

**care** 105:8 142:15

**careful** 146:10
212:25

**carry** 116:1

**case** 96:3 134:14
178:13 179:8,11
187:11 194:16
199:5 214:7
226:22 232:20
234:7,15 235:4

**cases** 198:18

**cash** 145:24

**catching** 194:5

**categories** 119:17

**cc** 242:19

**center** 193:15

**CEO** 108:5

**certain** 114:7,8
154:5 165:12
167:11,12 198:21

**CERTIFICATE**
240:1 241:1

**certify** 240:6,12
241:6

**Chairman** 108:5

**chance** 172:9
225:18

**change** 128:16
166:25 167:4,19
185:15,18 198:2
243:4,6,8,10,12,1
4,16,18,20,22

**changed** 105:8
106:13,14 127:18
146:13 188:9

**changes** 243:2

**changing** 128:10,15
184:2

**charge** 132:8,9,25
134:3 140:24
141:1 209:12,16

**charges** 132:17

**charging** 118:7
132:24

**cheaper** 126:10

**check** 105:12 107:7
137:22
145:18,19,20
151:7 161:23
162:22,25 200:21
201:12
211:12,14,15
222:1 231:12

**checked** 105:7

**checks** 222:16

**child** 193:10,24

**choice** 151:1 178:22

**choose** 196:16

**chose** 157:18

**chosen** 157:15



claim 99:7 221:25 231:23

claims 102:12 203:24 204:6 216:23

Claims_count-strikes 169:18

clarification 229:12

clarify 144:11 223:6 236:20

clear 100:10 150:22 154:19 161:8 178:3 180:3,7 202:2,4 213:12 238:6

clearly 235:17

Clerk 242:11

client 134:12 156:7 208:8,16 224:24 230:10,16

clients 172:13

client's 230:15

close 114:5 206:6 228:18,20,21

closely 231:7

clue 132:17

CO 145:13,17

Cobb 97:11,12 102:9,22 103:3,5 104:1 108:7,11 109:9,14 110:18 111:15,20,23,25 113:9 116:5,8 134:11,16 138:7 148:3,9 163:14,17 164:1,3,7 165:5 201:13,15 223:12 229:4,6 234:8 236:23 239:6,10 242:2,19

code 140:11,12

142:25 143:3,17,18,22 169:5,14

codes 143:24,25 144:1

collect 141:19 166:12 227:24 228:1

collected 165:21 166:13 172:25 173:5,10

column 161:3 166:20

columns 166:14

COM 96:9,10

comes 108:17 142:19 154:23

coming 141:8 187:8 227:7

comments 165:7 194:13 203:9

COMMERCE 97:4

Commission 241:15

commitment 137:23,24 138:4,5,12

common 138:14 149:25

communicate 112:18,22 191:1

communicating 112:10

communication 107:12 112:13,15

communications 107:9,22 234:9

companies 104:15 105:18,20,23,24 107:24 108:2 130:7 200:17

company 100:19,20 101:23,25 105:2 108:4,18 119:1 124:6 133:16,17 137:7 139:25 150:11 199:18,23 200:2 201:7 222:12 231:23

Comparable 143:7

compare 127:6 137:4 151:1

comparison 150:2,19,20

compatible 143:5,8

compel 111:3

compensated 191:16

competitors 134:12

complain 137:16 186:17

complained 224:6 226:12,14

complaining 192:18

complaint 102:15 188:19 200:6,13,22 202:9 230:7,11 231:3 234:21,24 235:2 237:12,13 238:7

complete 178:24 219:17

completed 184:13

completely 164:23 196:9

complicated 165:1 212:23 219:2,5,20

computer 156:5

concept 168:10

conceptually 169:6

concerns 228:14

CONCLUDED 239:13

condition 186:18 189:23

conditions 152:23 172:3,6 185:2 189:18 197:11

confirm 116:4 149:9,10,23 150:7,9 199:15 200:9,10 201:11 206:5,7 208:6,18,19 209:6 211:12,25 212:2 220:20

confirmed 208:9

confirming 149:22 150:1 151:6 200:11

confuse 122:15 223:10 236:10

confused 100:7,14 235:7

confusion 202:1

connect 159:19 192:10

connected 159:25 240:15

connecting 160:7

consider 193:17

consistent 222:20

Constantin 96:7 97:16 116:17 206:8,12,24 208:12,20 210:2,6

Constantine 204:15

construct 157:16

contact 109:17 242:8

contacting 242:7



contained 205:2
231:8

contains 192:14

content 135:17,19
136:4 145:17
149:2,7,23
151:9,10 153:10
193:19 198:14

contest 232:2,5

continue 129:20

contract 138:3
207:11,12

contracted 132:8

contractor 115:13
117:4 118:17
190:22 191:13

contractors 109:3,6
118:11 152:7

contracts 135:10

contractual 137:17

control 130:15,17
179:13

controllable 158:14

conversation 120:9

conversations
114:16 191:3

conversion 220:6

convert 139:13
183:19,24
185:1,4,24 192:12
219:25 220:7

converted 184:14
186:7,9 197:12

converter 185:22

convertible 185:9

converting 139:14

converts 183:21,22

copy 142:7,8
152:9,11 153:5

174:1,2,4 193:2

copyright
170:13,14,16,22
185:1,10,14,15
186:19 203:11
204:7,12,17
205:4,8,14,16
206:9,12,13
207:22,24 208:2,9
231:10 232:3,14
233:9,20,22
235:11,23 236:2

copyrights 230:15
232:7 235:3

corporate
105:1,14,15
106:25
117:7,8,16,24
205:18 209:1
210:22

corporated 216:9

corporation 96:4,8
101:3,5 105:1

correct 131:4
135:24 141:14,15
152:17 174:10
175:5 176:19,23
177:8 178:12
179:16 180:5
193:5
204:18,22,25
205:15 206:9
212:11 225:23
235:23 240:11

CORRECTED
96:13

correction 120:13
141:15 198:2

corrections 198:17

correspond 221:15

cost 125:5

costs 109:13

counsel 97:1
240:13,15

count 167:4
169:18,19,24
170:4,20 173:8
174:12 216:22,23

counter 215:24

counterclaim 216:3
225:12 227:14

counter-notice
227:3

COUNTY 96:2
240:3 241:3

couple 144:11
228:17

course 113:15,25
114:3 124:5
134:13 167:1,24
238:9

court 96:1 102:19
103:5 111:2,3,21
237:9,23 240:5,21
242:11,16

cover 109:5

create 126:23,24
149:19 178:15
179:4,24 209:25
214:1,22 215:9

created 127:21
128:24 222:19

creating 128:7
219:17

credential 173:6

credentials
179:6,7,12

credit 132:4,12,13
136:7

criteria 181:15
183:9
193:7,8,22,24

current 118:2

119:14 124:1
132:3,5 184:23

currently
104:17,21,23
109:8,12 118:10
120:24 188:21

custom 139:6,8
164:16,17,18,23
198:10

custom-drafted
162:7

customizing 139:16

cut 100:23

cutoff 105:21

——————————

D

d/b/a 96:4,8

daily 109:17
120:18,23 131:24

data 143:23
166:19,24
167:14,17
168:22,23 172:25
173:5,9,11
179:13,24 180:5

database 127:11,14
144:2,3,4,5 155:7
157:25 160:14,21
161:2,3,20,22
165:25
166:10,20,21
168:5,13,14
169:1,3,7,13
170:5,8 173:12,17
174:9 179:14,15
180:11 184:1
187:3 196:25

databases 127:12
157:10,11 165:21

database's 143:21

date 103:13 123:15
170:7,9,21 174:12



221:15,16,20,21
222:3 242:1
243:25

**dated** 206:2 240:16

**dating** 162:3

**day** 109:4 120:7
121:20 122:1
126:21,22 132:1
137:6,8 154:12
156:25 170:6,9,11
172:7 191:14
221:19 222:9
240:17 241:8

**days** 131:25 146:3,5
154:22 216:2
242:10

**day-to-day** 102:14
109:6 119:2 167:7

**deal** 135:13

**dealing** 119:4 140:1

**deals** 129:11

**dealt** 146:7 228:21

**Dear** 242:4

**debt** 102:1 110:16
116:1,3

**debts** 146:11,12

**December**
122:13,14 224:11

**decide** 140:1,2,4
181:4,13

**decides** 197:13

**decision** 168:22
181:16

**dedicated** 105:10
106:17,21 174:18
190:13 214:9,10

**DEFENDANT**
97:16

**Defendants** 96:11
97:10

**defense** 141:12
232:23 233:1
234:12,25
235:10,22,25

**defenses** 232:19
234:2,6,15
236:2,5,16

**definitely** 188:20
200:21 218:12

**delegate** 130:17
221:3,5

**delete** 159:2,3
196:23 216:1

**deleted** 159:10
185:1,16,18
188:15 216:6

**deleting** 162:4
185:17

**deliver** 130:25
132:4 139:18
142:4 155:13
156:21

**delivered** 133:1
141:7 156:19,20

**delivers** 132:3

**delivery** 130:25
132:25 163:5
212:4,8

**Dependent** 195:25

**depends** 135:23
141:16 156:10
181:18 195:13,24
196:1 218:16
229:22,25

**deposition** 96:15
100:2 110:2,20
204:4 206:2 240:8
242:5,6,7,10

**Depsition** 100:4

**describe** 164:23

**described** 104:4

164:3

**description** 99:2
197:24
198:2,4,6,7,15,16,
19

**descriptions**
197:21,22

**deserve** 226:8

**design** 119:18
127:18,20
145:1,12,14,15,20

**designation** 203:23
204:5

**designed** 142:20

**Designer** 118:17

**designs** 142:13

**desktop** 140:3

**details** 114:4,7

**determination**
162:21

**determine** 140:10

**determines** 139:20
183:12

**developers** 161:7

**difference** 122:12
126:7,9 133:12
143:21 167:22
181:22 218:22
220:2

**differences** 173:16

**different** 115:17
126:6 127:24,25
128:1 130:23,24
131:16 133:13
139:22,24 140:3
141:17 145:1,2
166:14,16
173:14,21,22
176:1 178:5,6
179:10 182:5,6
183:23,25

184:8,20 185:3
188:25
189:10,13,15
192:12 195:12,14
196:2 197:1,19
198:19 200:1,17
213:2,20 215:9
217:10 224:1,7
230:20,22 235:20
236:20

**differentiation**
183:3

**difficulties**
144:15,16

**dimensional** 169:7

**dimensions** 169:8

**D-I-M-I-R** 121:15

**direct** 98:3 107:14
149:7,8

**directly** 107:11
149:4

**director** 172:8

**disable** 215:16,17
218:14,18,19
231:13

**disabling** 216:25

**disagree** 171:17
232:6,13 233:7
234:22,23 235:4
237:12,18 238:7
239:1

**disbursement**
108:25

**disbursements**
101:13

**disclose** 134:10

**disclosing** 114:7

**discount** 137:10

**discoverable**
110:23



**discovery** 199:8
201:9 202:8

**discuss** 110:16

**discussed** 131:23
139:19 194:16

**discussion** 104:5
110:17 148:10

**dispersement**
103:12,15,20

**display** 143:15
152:16 188:13,21
196:18 231:2

**displayed** 153:11
154:13 180:25
188:2 194:7 195:9
196:14 209:15

**distinctive** 177:13

**DISTRICT** 96:1

**DKIM** 156:14

**DMAC** 150:13

**DMCA** 99:8
117:15,17,24
118:18 145:4
148:13,17,21
150:2,6 170:25
171:6,8,12
199:17,18,20,22
200:3
202:17,21,23
203:4,7,13 205:21
206:3,16 207:13
209:3 213:3 218:8
226:12,14 228:5,6
229:23 231:8,9
232:20 237:1

**docs** 117:7

**document** 149:18
155:15,16
204:8,13,15,19,20
,23 205:1,11,17
206:6,10 208:8

**documentation**

205:4

**documents**
206:11,14,15,20
208:4,7,14,18,20,
22 209:4,6,11,24

**dog** 194:5

**dollar** 124:1

**dollars** 123:24

**domain** 155:5

**done** 123:10 163:22
176:10 180:22
212:8,9 217:2,18
222:10 231:5
234:5 237:21
238:2 239:8,9,10

**download** 165:13

**downloaded** 213:8

**downloading**
192:11

**draft** 198:11

**drafted** 161:17
198:11

**drafts** 142:7,8

**draw** 101:10

**drawn** 150:2

**draws** 177:13

**dropped** 146:13

**Duces** 110:21

**ducks** 194:11

**due** 187:2 227:13

**duly** 241:7

**duplicate** 145:17,22
146:7,8

**during** 126:19
190:8 199:8,18
222:25

**duties** 172:20
191:25

—————————— E ——————————

**earlier** 117:6 139:4

**easier** 121:9

**easily** 169:9

**easy** 113:16 155:12
220:4

**EDDY** 97:12

**editor** 214:18
219:16

**education** 150:15

**EE** 241:15

**effect** 128:14 149:8

**effectively** 134:20

**efficiently** 169:13

**Either** 232:8

**electronic**
118:20,21 192:23
215:2,10 218:18

**electronically**
117:20 213:5
215:3

**else** 119:6,7 135:13
177:24 192:4
196:17 221:3
238:1

**e-mail** 97:9 120:13
155:1,18,22,24
156:1,7,12,14,16,
19,20 157:7,9
158:9,20
159:13,19,25
160:11,12,13,15,1
8 161:6,14,15,19
162:1,5 163:4
173:9 192:10
202:25
210:8,20,22,24
211:2,7 212:14
213:7,8 214:13
216:11
222:16,17,21,25

223:5,7,16,17
224:7 225:8

**e-mailed** 211:22

**e-mails** 154:7
155:6,24
156:17,22 157:21
158:1,7,19 160:1
163:6
192:12,24,25
210:4 213:18,19
214:8,9
223:7,24,25
227:20,21 228:11
229:3

**employee** 124:17
240:13,14

**employment** 125:2

**engine** 128:5
134:3,20 136:23
144:12 149:5,8
168:10

**engines** 133:24,25
135:2

**ensuring** 169:13

**entertainment**
172:10

**entity** 103:24 118:5
131:5,9 133:6

**equipment** 106:24
109:4,7

**ERRATA** 243:1

**error**
185:1,9,20,21,22,
23,24 196:23

**errors** 145:18

**ESQ** 97:7

**Esquire** 97:3,11
98:3 242:2,19

**essentially** 127:25
154:14

**establish** 215:24



225:14

**estimate** 110:4
157:2

**estimating** 110:3,5

**estimation** 110:7

**ET** 242:3

**everybody** 113:2
118:7

**everyday** 109:20
121:21 142:6
229:22

**everything** 109:5,6
171:7 224:15
228:8 234:22

**exact** 103:13
123:8,15 145:8,10
199:7,10,11
204:13

**exactly** 123:6
135:7,8,15 138:16
146:8 152:22
154:15 155:3
156:24 159:8,24
162:14,18 170:10
191:20 197:17
215:11 226:15
228:8 231:25

**EXAMINATION**
98:1,3

**examine** 152:24

**examined** 226:20

**example** 125:4
128:5 132:1
139:24 149:24
160:25 175:21
176:6,10,12,14
177:11 178:2,4,6
179:23 181:18
182:4,22 184:2
185:6,7 186:16
187:16,18 188:19
189:19 193:14

196:5 198:18
213:7 214:7 217:9
218:17 219:21
226:13 227:24

**Excellent** 188:1

**Except** 143:24

**exchange** 124:1

**exclusive** 152:16

**Exhibit** 99:3
161:4,10
165:22,23 166:2
172:24 184:5
200:13,22 202:10
203:22 204:3
205:21 206:1
216:22 230:6,11
231:2,13

**exhibits** 99:1,2
121:10

**exist** 170:1 178:19

**exists** 223:8

**Exo** 131:20

**ExoClick** 130:7
131:20,22 132:17
135:6

**E-X-O-Click** 130:8

**Exp** 241:15

**expect** 210:8

**expectation** 206:25
210:3

**expedite** 220:9

**experience** 120:11
135:21 144:25
145:12 159:5
171:23 222:20
226:11

**experiment** 145:1

**explain**
116:15,16,20,24
136:17 153:12

167:20,24 185:11
199:7,10 221:23
236:8

**explained** 153:15

**eyes** 108:21

_____

F

**Facebook**
179:1,2,5,6,11

**fact** 126:17
200:9,10,11
220:20 225:14

**factors** 196:9,21

**factual** 235:22
236:4,17,19

**fair** 101:7 103:14
118:4 123:7
125:22 126:15
134:23 137:16
139:3 176:2,6,19

**fake** 222:21

**fall** 119:17

**false** 206:16,20

**familiar** 105:20
108:17

**feature** 163:3

**features** 120:7
126:3

**February** 145:11

**FeedVid** 152:6
175:24 204:25
205:6
233:3,8,16,18,21

**FEEDVID.COM**
96:9,10

**feeling** 101:24
227:16

**fees** 137:10

**FFMPEG** 139:13
183:23 186:10,12

**field** 161:6 162:1
166:20 170:4,8

**fields** 167:11,12

**fight** 130:20

**figuratively** 161:9

**figure** 163:23

**file** 156:5 169:7
180:19,23
181:9,10,25
182:2,3,5,16
183:6,19
185:7,8,23,24
186:1
187:7,16,17,18,20
,21 188:3 189:1
193:14,15 196:23
227:14

**filed** 204:6
205:8,14,20
231:19 233:10,24
242:11

**files** 180:18
182:5,12 183:20
187:9

**filings** 105:1,2
117:8

**filters** 128:11

**final** 183:20

**finally** 195:16

**financial** 130:21

**financially** 240:16

**findandtry** 153:14
155:1,5
157:1,8,10,11
158:18 170:17

**findandtry.com**
155:4 204:21

**finding** 162:4

**finds** 160:17

**fine** 103:8 110:4



163:9 235:1

**finish** 211:20 227:1

**fired** 119:12,15

**FIRM** 97:7

**first** 103:11,12
111:20
121:13,16,17
124:22 128:3
131:19 132:1
144:24 145:12,13
150:9,10
153:9,11,13
154:13 155:19
168:7 169:22
180:15 181:3
182:20 184:24
197:1 201:12
202:20 211:13
224:5 236:25
237:5

**five** 123:5 159:23
218:21 219:11,12

**fix** 156:9
157:12,14,16,18,2
0 187:5,6
213:15,18 214:5

**fixed** 122:6,7 137:2

**flag** 160:24,25
161:15,21 162:2
173:9 188:20
189:10,14

**flagged** 160:18,20

**Florida**
96:1,2,20,25
97:5,13 208:13
212:6 240:2,6,22
241:2,14

**flow** 180:13

**focus** 125:12 126:3
157:23 159:11

**folder** 156:2,8,13
160:10

**folders** 156:6

**folks** 223:16

**force** 115:23 222:24

**foregoing** 240:8

**foreign** 96:4

**forgetting** 131:18

**form** 99:4 104:2,8
206:6,7 208:17
210:8 223:12
233:13,15,22

**format** 192:23
215:10

**formation** 117:7

**Fort** 212:6

**forth** 100:11

**forum** 158:13

**forward** 202:24
207:4,5 210:24
212:21

**forwarded** 212:16
242:11

**foundational** 114:8

**frame** 231:24

**free** 118:6,8

**freedom** 135:11

**freelancer** 126:11

**FREEMAN** 97:7
98:3 100:8
102:21,24
103:4,8,9 104:6
108:8,15,21,23
109:11,16
111:9,16,17 112:4
113:12 116:7,14
134:17 138:9
144:7,10 148:5,19
163:16,19
164:1,5,8 165:8
175:12 177:19,25
194:14 201:14,21

203:10,21 204:1
205:24 218:2,7
223:13 229:5,11
234:13 236:15
237:2 239:7,9

**Friday** 242:8

**friend** 113:11,16,18

**friends** 113:24

**friendship** 113:8

**Frisbee** 194:6

**front** 116:7 118:24

**front-end** 119:25
120:9,10,12,15
124:13
125:8,10,11,14
126:8

**Ft** 97:13 208:13

**full** 122:1 123:9

**full-time** 123:12,14
124:17 191:23,24

**function** 155:23

**functional** 163:25

**functionality** 218:5

**funny** 104:10
111:24

**future** 158:5

_____
G
_____

**gain** 172:9

**gaining** 135:23

**general** 131:21
149:6 189:5
190:1,4,6

**generally** 146:25
196:17 218:13,23

**generated** 149:1
226:19

**germs** 134:8

**gets** 140:12 150:17

177:6 188:9
191:16 216:24

**getting** 113:15
122:14 133:18
148:16 180:18
184:12 191:20
222:24 227:16

**gives** 125:6

**giving** 194:15

**global** 161:4,6,11
173:4,11,16 174:9
179:14

**goal** 218:18,23
229:17

**Google**
128:3,4,6,9,10,13,
16,22 129:2
134:22,23
135:2,20 136:5
144:15,16,19
145:4,9,22,23,24
146:1,2,3,5,16,19
147:4,8,15,16,19,
21,22,23,24
148:8,12,14,17,21
149:2,3,15,16,17,
20
150:3,5,10,11,21
151:1
213:22,23,25
214:1,2,4,7
223:22 228:13

**Google's** 146:6
147:17 150:22

**googly** 108:21

**gotten** 158:19

**grab** 159:19 165:12

**Grand** 130:8
132:21

**grants** 152:15

**great** 164:5 165:24
175:9



**group** 184:24
190:21

**guess** 110:8 191:14
208:23,24

**guy** 112:23 115:25
118:18
124:14,15,16
126:10 190:13
192:17 196:3
224:3,6

**guys** 100:11 116:11
139:15

---

### H

**hand** 241:8

**Handing** 121:12

**happen** 154:9
187:10 229:22

**happened** 113:22
128:5 146:15
187:20 216:10
232:1

**happens** 180:10,12
183:17 231:25

**harbor** 232:20
234:1

**hard** 103:22 146:14
155:13 164:22

**hardware** 182:22

**haven't** 105:7 227:9

**having** 102:6 120:9
144:15,16 148:1
180:2 182:22
228:21

**hear** 111:15 148:18
159:4

**heard**
165:4,9,11,16,17
171:24 237:25

**held** 104:5 148:10
168:22,23

169:11,12 173:11

**help** 114:2

**hence** 110:22

**hereby** 240:6
242:17

**Here's** 179:10

**herself** 102:18

**he's** 110:23,24
113:11,15
114:22,23 116:17
118:17 123:14
124:15,16,17,21
126:10 161:25
163:14 166:13
190:22,24 191:24
192:5 194:15
198:15 210:15,17
215:3,5 217:24,25
226:4,5 239:6

**hide** 210:16

**hiding** 218:11

**highlighted** 160:23

**highly** 183:9

**hit** 236:21,22,23

**HLP** 96:4

**hold** 110:5 150:19
198:4

**holidays** 230:2

**home** 190:6 222:24

**honest** 175:10

**horrible** 145:12
146:9 152:12
153:3

**hosting** 106:2
115:6,16 127:9
134:19 137:10
139:5 151:10
152:2,8 153:4,13
162:11,12 173:18
174:10,21 175:2

176:2 177:6
192:22 194:8
195:10 211:23
232:24 233:2

**hour** 156:20,21,22

**hourly** 122:3

**hours** 218:18,19
229:17,20

**housed** 179:13

**HTML** 125:21,22
126:4,6,10,13,18,
20,24 127:5
155:16

**huge** 149:17 150:18
164:20 165:3
168:7 193:15

**human** 224:23

**hundred** 121:23
156:20 157:3

**hurt** 220:17 224:25
225:1

**Hydentra** 96:4
200:3,18 201:4,5
202:7 206:23
211:9 220:19,21
221:1,8 222:13
228:25 236:17
237:20,23 238:2
242:3

**Hydentra's** 228:15

---

### I

**IB** 138:21,24

**ID** 167:15

**idea** 153:14

**identification**
203:25 204:4
205:23 206:1

**identity** 102:10
108:12

**iframe** 142:25

143:4,5,18,22,24,
25 144:1

**II** 96:14 100:1

**I'll** 163:20 222:23

**I'm** 100:6,14,23
101:9 102:22
103:6 104:2,22
105:20 108:16
110:4,5 111:7,11
112:23 113:13
115:25 116:10
119:4 122:23
124:18 131:18
132:6 135:6
138:19 141:12
144:23 146:24
148:20 149:21
150:1,4 151:3,6
152:18 154:23
158:4 160:3,4
163:20 165:15
166:23 168:24
169:4 171:1
174:22
175:1,21,22,23,24
176:10,16 177:7
180:1 189:3 194:4
197:19 200:2
201:2,9 207:21
208:23 209:2
213:1 220:12
223:7,8,15
224:19,23 225:16
227:16 228:19
229:7,13 230:12
235:1,7,8
236:5,10 238:18
239:1

**imagine** 219:23

**immediately** 220:22

**implement** 158:25
163:3 170:8

**implemented**
142:23 163:25



170:5

**import** 157:12

**importance** 125:19

**important** 134:23
135:1,17,19
136:4,6,20 144:24
162:20 171:15,18
172:1 173:22
196:24 202:9
221:5

**improve** 120:6,21
163:4 227:11

**improving** 142:6

**inbox** 163:6

**Inc** 96:8 97:7
105:14,15 106:25
107:9,19,22
116:18,19 117:1

**incidents** 224:1

**included** 170:20

**including** 134:25

**income** 146:13

**incomplete** 237:11

**Incorporate** 116:18
117:1,13,22
118:10 119:8,18
202:23,25
203:5,6,19 204:17
206:13
207:3,4,10,11,12,
15,17 209:3,22
210:8,9,12,14,16,
17,18,20,23,25
211:7 212:16,24
214:13,17

**increase** 128:2
157:25

**independent**
109:3,6 115:13
117:4 118:11,17
152:7 190:22

**index** 98:1 99:1
145:23

**indicated** 190:8

**indicating** 204:19
209:18,20

**indirect** 107:13

**individual** 96:7

**individually** 96:8

**information** 101:20
103:21 109:25
110:21 136:25
150:10,12 151:4,7
158:2,5,16 163:1
164:2 165:21,22
166:12 168:6,19
170:3 172:18
174:5 196:25
199:15 201:11,23
208:17 211:11
222:13,15 223:22
227:24,25 235:7
236:11 238:10,11
242:9

**informed** 153:22

**infrastructure**
138:19,23,24
139:2

**infringe** 217:6

**infringed** 176:9
225:15
230:8,15,24

**infringement** 99:7
166:5
169:20,21,24
170:13,16,23
171:8 175:11,16
176:25 177:10
178:14 203:24
204:6

**infringements**
166:4 170:21

177:5 225:9

**infringer** 175:4
176:16 177:8
217:7 221:13,21

**infringing**
175:3,23,24 176:1
177:7,12 178:5
226:5,6,7

**in-house** 192:9

**initial** 154:25

**initially** 129:10
166:25 173:1

**input** 114:17
222:21

**inquiries** 168:4

**insertion** 206:19

**inside** 146:10

**Instagram** 148:25

**instance** 167:12

**instant** 155:23

**instruct** 102:23
103:7 104:1 108:9
109:9,14
194:17,19 195:6

**instructed** 193:8,18
194:9 202:24
210:22

**instructing** 108:9

**instructions** 194:15

**insured** 142:22

**INT** 96:4

**intended** 127:25
195:21

**intentionally** 180:4

**interaction** 112:8

**interest** 102:8

**interested** 240:16

**interesting** 112:12

127:16 237:8

**interim** 203:22
204:5

**Internet** 117:20
148:23 165:12
233:9

**interrogatories**
201:10 238:6,8

**interrogatory** 201:6
238:13

**interrupt** 157:14

**introducing** 157:8

**invalid** 158:20
222:18 223:2
226:18

**investigations**
234:5

**invoice** 122:5,7,9
125:6 131:25
133:3 135:9
140:18 141:22

**invoiced** 132:1

**invoices** 106:15
118:2 122:4

**invoicing** 137:2
140:10 141:20

**involved** 102:14
104:14,15 148:13

**involvement**
115:5,8,9

**IP** 107:5,6 167:13

**irrevocable** 152:16

**Ishmael** 156:14

**isn't** 182:20 205:3

**issue** 114:10,12
147:12,14,15
148:15 171:9
192:16 235:4

**issues** 170:13,16,23



**item** 110:22 126:6

**it's** 100:9,10,13
103:22 110:4
111:1,25 113:16
121:9 122:5,7
124:14
126:1,9,20,21
128:8,22
130:4,7,23,24
132:11 133:13
134:8,14,23,24
135:1 136:4,5
137:13 138:1,14
139:11,13,14,22,2
3 140:17 143:3
144:21,23
145:20,23,24
147:14,21,23
149:3,6,12,14,17,
19 150:14,15
152:12,13 153:3,6
155:11,12,13
156:5,9,14
158:1,3,5 159:25
160:18,20 161:3
162:10,19 163:4
164:16,20,22
165:1,2,3
166:3,5,13,14,20
167:19 168:19
169:6,23 171:15
172:1,2
173:6,13,21,22
174:15,18,22
175:6,9,13 179:14
180:13,14,25
181:7,14 182:23
183:16
184:12,13,14,16
185:3,9,21,23
186:7,17,18,19,22
187:8,13
188:5,8,12,13,24
189:1,8,14,20
193:10,14
194:2,12 195:6,19

196:2,6,9,22,25
205:1,11 206:7,10
207:9 212:16,23
213:2,3,4,6,16
214:3,4 215:8,10
216:6,15,16,19
217:3,18
218:17,18,20,25
219:2,5,15,18,20
220:4,9,11,17
221:5 222:1,2,3
225:12,24
227:7,12
228:18,20
229:1,21 230:2
231:8 233:12
236:19

**I've** 165:16 201:7
236:1 237:25

---

## J

**January** 96:17
100:3 126:17
199:5,23
200:3,7,14,25
201:4 203:3,12
204:7 206:2,24
208:3 210:3
211:8,23 240:17
241:9 242:1,5

**Java** 120:15

**job** 118:8 124:17
172:20 190:14,20
191:23,25 192:19
210:15 229:2

**John** 96:10

**Joseph** 224:4,5

**JPEG** 185:8,9

**junk** 194:12

---

## K

**Kallas** 96:24
240:5,21 241:5,14

242:16

**kids** 194:11

**knowledge**
158:6,8,12 159:10
170:22 212:7,13
225:25 237:6

**known** 171:19

**Konovalov**
121:5,15
123:1,2,3

**K-O-N-O-V-A-L-
O-V** 121:15

**Konstantin** 96:7,15
98:2 100:2 240:8
241:6 242:1,19

---

## L

**label** 193:16 216:9

**language** 235:6
236:9

**Larry** 121:14

**last** 103:15 111:6
121:6,15,17
122:11,13,21,24
124:20,21 131:1
161:14 190:16
204:16

**late** 222:24

**Lauderdale** 97:13
208:13 212:6

**launch** 126:23

**launching** 172:5

**law** 97:7 115:1

**lawsuit** 205:9,14,20
231:19
233:10,23,25

**lawyer** 111:25

**lawyers** 152:21

**lay** 102:11

**layout** 115:17

127:18 216:8

**lazy** 119:21,22

**leading** 111:23

**learning** 159:6

**least** 114:8 182:21
183:2 186:13
196:15

**leaving** 223:15

**Legal@sunsocial**
211:15

**Legal@SunSocial
Media.com** 211:3

**legitimate**
227:12,13

**legitimately** 228:9

**lender** 100:12,18
101:8,12
102:5,10,13,17
108:12 111:18

**lenders** 100:12

**length** 183:10
193:20

**lent** 109:18

**less** 126:14 132:5,11

**let's** 111:10 152:5
155:25 166:1
189:13 202:12,16
236:1 238:24
239:7

**letter** 242:13

**letters** 199:11

**liability** 230:22
232:21

**liable** 114:22,24

**license** 152:16
215:25

**life** 103:25
224:14,16,17

**LIMITED** 96:4



**line** 126:6 141:3,18
177:14 220:12
243:3

**linking** 147:21

**links** 198:20 200:6
202:9 214:18
219:16 226:13
231:23 237:7

**list** 169:17 204:24
205:13

**listed** 104:23
203:13,14 205:11
206:12 207:21
209:1 230:11
231:2 233:8

**listen** 115:24
237:14

**listing** 104:20

**lists** 169:17
204:15,20 205:5
206:8

**literally** 161:9
183:5

**literature** 147:4,8

**little** 100:6 136:1
160:23 187:4
201:13,24 226:10
239:2

**live** 123:17,20,25
154:2,3,6 190:18

**load** 143:1 182:11

**loaded** 151:13
168:3

**loan** 100:12,13,17
101:12,15,16,22
102:3,6,8,9,12,16,
17,18
103:10,11,12,25
104:14 107:18,21
108:12,13,25
110:25 111:14,19
112:7,9,14,17

113:3,7,19 114:10
115:4 132:4

**loans** 100:16,20
115:7

**locations** 139:21
230:14

**logic** 168:19

**login** 173:6,7
179:5,11
217:24,25

**long** 122:23 123:3
129:19 137:5,25
190:20 191:12,14
207:16,18 218:13
219:4 220:23
221:7

**longer** 201:15

**lose** 146:3
187:16,17,18

**losing** 125:21

**loss** 116:2,4,22,24
126:5,13

**lot** 119:11 128:6
145:17,22 146:12
148:24
154:1,22,23 168:4
172:13 179:4
187:8,9,10 196:9
199:17,25 200:16
226:11,19 227:10
235:24 238:9,11

**lots** 235:20

**low** 181:17

**Luchian** 96:7 97:16
204:16
206:8,12,24
207:6,8,9,11,21
208:2,12,21 209:4
210:2,5,6,10,11
211:22 212:5,7,19
242:3

**Luchian's** 210:13

————————
M
————————

**mail** 117:18
156:9,11
158:10,15
211:5,16 212:19
213:11,15,17
214:8

**mails** 118:19
158:13 161:19

**main** 144:21,22
193:10

**maintain** 120:7,21

**maintains** 119:3

**major** 139:18
149:23

**manner** 157:20
214:3

**manual** 217:1,15
220:13

**manually** 214:18
220:1

**map** 196:3

**mapped** 189:14

**mark** 187:21 196:3
203:21 216:24

**marked** 160:18
189:25 193:9
203:24 204:3
205:22 206:1

**market** 136:10

**marketplace**
136:13

**markets** 127:25

**masculine** 160:3

**mass** 156:16

**material** 111:22

**matter** 113:2
192:17 220:5
221:4 242:5

**may** 107:12 138:24
150:3 169:8
183:10 201:19
210:15 236:23
242:6,8,11

**maybe** 103:17
106:13,15
107:11,17 115:17
116:7 117:25
135:7 149:19
155:4 156:20
157:3,22 159:9
162:17 171:24
172:17 189:14
201:24 202:1
225:24

**mean** 106:15
107:23
109:4,6,19,20
113:10 119:4
122:13 125:13
127:22 128:8,9,12
130:20 131:5
132:2,12,24 133:7
134:8,14 136:7
139:22 144:12,23
147:13,14
148:16,24 149:3
157:14
160:2,20,24
162:4,17 164:19
166:12 167:6
168:4 169:22
171:16 174:1
177:9 178:4,18
180:13 186:9
188:14 189:14,17
190:4 193:11
194:19,25 196:25
198:5,14 200:6
205:17 208:19
213:4,5,16 214:19
219:1 220:4
223:20 225:12
227:7,11 229:1,2
237:9,12



**meaning** 133:13
170:17 202:13
222:18

**means** 133:25
152:22 161:15
169:19
185:14,23,24
186:16 187:1,16
188:3 189:19
195:2 196:3 223:4
226:14 227:12

**Media** 96:8 103:12
105:25 106:3,17
107:1,6,10
114:14,18,21
115:16 117:2,14
118:6,12 119:5
120:1
121:21,22,23
123:4 127:24
130:8 132:21
133:19,20 134:19
137:1,9 139:5
142:17,20,24
143:6,21 144:17
151:10,21
152:2,6,8,16
153:4 158:14
162:8 175:2
176:2,11,17
177:6,13 179:19
180:3 190:10
192:22 195:11
202:19 203:20
205:7,9 207:7
208:3 210:4 211:1
214:11 232:21
233:12,19 234:7
236:16 237:21
238:3

**Media's** 115:6
174:21 177:5
194:7 203:4 207:1
211:23 232:19

**medium** 158:13

**Melissa** 96:24
240:5,21 241:5,14
242:16

**member** 138:2
164:10 165:20
166:24 180:10
190:5 215:13,18
222:12,22 227:19

**members** 157:1
158:17,18 222:15
226:7 227:17
228:12,14 231:1

**mention** 127:7
223:2

**mentioned** 119:8
129:24 155:13
157:13 200:12,23
202:8 228:17

**merge** 155:15

**mess** 239:4

**message** 155:23
191:6

**Meta** 197:15

**metadata** 134:18
197:15,16,18

**metaphors** 127:2,4

**METART** 96:4

**Miami** 96:20 124:4

**MIAMI-DADE**
96:2 241:3

**Mickolai** 121:5

**M-I-C-K-O-L-A-I**
121:17

**migrate** 153:21

**minutes** 159:23,24
219:6,7,11,12
229:7

**mirrors** 127:10

**Miscellaneous**
165:7 194:13

203:9

**mispronounced**
204:16

**misrepresent**
206:16,21

**miss** 100:24

**mistake** 146:11
185:22 226:11

**mistakes** 213:1
220:16 221:6

**misunderstood**
176:4

**misuse** 235:11,23
236:2

**mixed** 184:21

**mobile** 139:25
140:1,3

**moderate** 184:17

**moderated** 188:3
190:9

**moderating** 188:4,5
192:1 198:6

**moderation** 190:24
195:13 198:5

**moderator** 194:6
195:20 196:17

**modified** 139:10
216:25

**modify** 143:11
198:8

**Monday** 242:8

**money** 100:19
101:2,5,25 108:24
109:1,5,8,18
113:16 114:1
115:24 123:25
128:7 129:4

**monitoring** 119:1,3

**monitors** 211:4

**month** 110:9,10
122:5,6,10,11
123:24 129:4
130:25 131:1
132:1,2,25 133:2
135:9 137:3
140:25 146:13
191:21

**monthly** 141:1

**months**
176:18,20,22
177:4 217:11
221:14

**motion** 111:3

**move** 135:13
182:14

**multiple**
101:13,15,16
147:5,9 156:17
198:19

**mutual** 173:14

**myself** 100:19
145:19 212:22,25
220:15 221:1,2

**MySQL** 144:2,4
165:25 169:1,3
187:3

_____

_____
N

**nature** 102:17
108:12

**necessarily** 130:15

**necessary** 242:6

**negative** 147:5,10

**newsletter** 153:18
154:7,25
155:12,18,19,21

**newsletters** 158:23

**NGIX** 139:12

**nobody** 142:19
189:20



**non** 148:15 152:16

**nonetheless** 234:1

**nor** 240:14,15

**North** 97:4 208:12 212:5

**NORTHEAST** 97:12

**Notary** 96:25 240:5,22 241:14

**notation** 160:21

**notes** 240:11

**nothing** 115:1 124:4 154:17,19 169:15 195:2 228:24 229:1

**notice** 99:8 147:16 148:16 159:11 170:1,2,7,9,21 174:13 176:11,15 177:6 178:11 185:14 192:21 198:23 202:17 207:4 209:2 213:7 214:16,24 215:13,18,19,21,2 4 216:11,12 217:20,23 218:15 219:6,9 221:4,14,16,19,20 222:1,2,9 223:19 225:19,20,22,23,2 4 226:15,17,23,24 229:15 231:9,10 237:10,11 242:5

**notices** 117:15,17,19,21 118:18 145:4 146:21 147:5,9,22 148:1,13,17,22 149:2 150:3,6,14,21 151:1 172:16,19 176:17,21,25

177:7 190:25 192:6,8,15,20,22 193:1 199:2,4,7,10,13,1 7,19,21,22,25 200:3,5,7,8,12,14, 16,18,21 201:4,8 202:7,10,18,20,24 203:1,2 206:23,25 207:2 208:11 210:2,5,21,23,25 211:8,22 212:5,19,23 213:3 214:8,14,25 217:10 219:22 220:14,18,23,25 221:1,7 226:12,19 227:5,13 228:5 229:23 231:8 237:1,22,24

**notification** 203:23 204:5 205:21 206:3 214:6 215:12 219:5 228:13

**notifications** 218:23

**notified** 198:21

**November** 126:17

---

**O**

**OATH** 241:1

**object** 104:2 134:11 223:12

**objecting** 102:19

**objection** 101:11 102:9 103:1,6 104:8 108:7 109:9,14 134:16 148:3 234:8

**objections** 100:11

**obviously** 139:16

**occurred** 233:23

**October** 220:19

**oddly** 214:10

**offended** 104:4

**offered** 129:11

**offering** 229:13

**office** 203:11 204:7,12 205:4,8,14,17,18 207:23 208:9 233:9,20,22 242:8

**official** 241:8

**Oh** 172:4 173:15 238:19

**okay** 100:9,15 101:1 102:21 103:10,18 104:13 107:16 108:14,19 112:20 113:6,21 115:21 118:1 119:6 120:6 122:7,25 124:3,12,23 126:5 127:8 128:21 130:12 131:15,18 132:14,20 133:11 136:2 144:11 151:8 157:4 160:16 161:2 163:13,14 164:7 167:3,19 168:2 173:15 174:3 175:22,25 176:10,12,15 178:3,9,25 179:3,17 180:9 183:8,15 184:10,23 186:21 188:18 194:15 195:18 201:19 202:3,5 208:1 210:1 214:12,16 216:14,17 217:5 219:14 221:24 228:24 229:18

231:21 235:9 237:3,18 238:20,22,23

**old** 127:17,19 182:9 184:17 214:21

**ones** 129:24 178:22 205:5

**onto** 132:16 135:24 151:14 153:5 165:13

**open** 112:23 139:14 154:6 164:17

**opened** 144:20 153:19 154:12

**open-source** 139:9,15

**open-sourced** 139:12

**operate** 114:18

**operating** 109:13

**operation** 114:21

**operations** 102:14 109:4 172:8

**opportunity** 127:22 215:23 216:3 227:3

**opposed** 117:19 126:18 141:9 151:2 169:7

**optimization** 134:4,21 136:23 144:12 146:11 149:5,8 168:11,13 169:14,15

**optimize** 168:5

**optimized** 168:8,9

**order** 103:1 128:25 129:1,3,16 140:10 143:13 161:19 163:5 168:5 170:24 171:10



182:12 187:7
189:22 198:20
210:24 212:25
216:3 219:1 220:8
223:22 237:7
238:4

**ordering** 242:11

**Organically** 133:22

**original** 153:14
181:10 182:4
183:19,22 242:10

**Originally** 214:1

**otherwise** 163:21
234:10

**ours** 128:17
147:15,17 152:12

**outside** 100:12,18
113:3,7 116:9

**outsourcing** 124:6

**overloaded** 182:13

**overpaid** 132:4

**overtime** 101:14
173:1

**owed** 109:8,12

**owner** 231:10

**owners** 108:3

**owns** 108:2

―――――――
P
―――――――

**P.A** 96:18

**p.m** 96:17 111:22
239:13

**page** 98:2 99:2,5,6
149:21 161:9,10
184:6 189:4 190:7
205:22 206:3
208:10 209:22,25
214:17 219:8,25
226:14 243:3

**pages** 131:10

145:22,23 146:7,8
149:17,19 219:16

**paid** 101:22 102:6,8
122:8 220:15

**painful** 165:5

**Panda** 128:23
146:2,7

**panel** 184:17
195:12 196:21
214:19

**paper** 121:11 193:2
202:17,20 207:2
218:17,20,21,22,2
3,25 219:1,2,4,22
221:4

**parallel** 171:25

**parenthesis** 161:13

**PARKWAY** 97:4

**parsing** 160:11
213:8

**partake** 216:4

**particular**
129:15,19 168:9
177:2,3,9,11
179:23 187:7
192:11 195:16,17
199:17 205:9
214:10,11 220:23
221:7 227:22
238:12

**particularly** 231:9

**parties** 240:13,14

**part-time** 123:10
124:17 171:25

**party** 151:11

**pass** 194:6

**passed** 133:2

**past** 106:10,11,19
119:11,13 130:25
132:25 144:19

220:14,19 228:5

**Pavil** 124:24,25
125:1,8,9

**pay** 101:24,25
109:3 113:23
122:2,4,10 125:6
129:4 130:18
131:1,23 133:3,14
138:3 146:12
207:15 218:8

**paying** 207:16

**payment** 103:11
140:10

**payments** 102:3

**pays** 133:15

**PeekVid** 127:10
175:25 204:24

**PeekVids** 96:9
127:10 175:23
179:22,23 204:25
205:6 233:2,21

**PEEKVIDS.COM**
96:10

**pen** 121:7 184:24

**penalize** 128:6
147:24

**penalized** 128:9,13
145:8 146:2,9
177:15,17

**penalizing**
128:18,22

**pending**
184:14,16,17,18
185:2
186:6,7,8,14
188:6
189:1,17,24,25
190:8 193:9 195:9
197:12

**people** 114:1
119:11,13,15,19
122:14 125:12

127:19,20 144:25
149:18 153:24
154:3,4 173:8
190:10 196:13
224:2 225:2,3
226:10,21
228:9,12

**per** 122:4,6,10
133:14,15 140:25
217:12,13 219:6

**percent** 121:24,25
132:12 146:4,14
179:13 181:20
189:3 190:2
220:11 222:17
223:1,2,6 235:8
236:10

**percentage** 223:4

**perfect** 164:6

**period** 126:19
146:1 156:24
159:24 200:1
213:10

**periods** 101:17

**permanent**
187:15,22 188:15

**permitted** 195:3

**person** 103:24,25
104:3 109:17
111:8,12,13
112:8,10,13,15,18
,22 113:4,8,14
114:12,13,17,20
115:9,12,15 119:3
160:4 224:5

**personal** 112:21,23
160:8 212:7

**personally** 101:3
124:8 151:13,23
152:1 211:6
220:24 231:15
241:6



pertains 234:8

PHB 120:14

Phone 218:2

phonetically 124:19

phrase 174:23

physical 106:23,24

pick 181:21

picture 193:15

piece 162:20 197:17

placed 139:20

Plaintiff 96:5,16
199:4 200:13,22
232:3,14,16,17
235:3

Plaintiffs 232:6

Plaintiff's 203:22
205:21 230:6
238:7

PLAINTIFFS 97:2

play 134:19 136:22
196:18

player 187:12

PlayVid 99:8
127:17,18 144:18
145:5,15,16
152:10 153:9,17
170:15 175:25
203:17 205:5
209:13,16

Playvid.com 96:8,9
150:5 157:8
170:12 203:6,12
204:22 205:22
206:4 208:10
209:23

PlayVids 96:10
204:24 205:6

PLAYVIDS.COM
96:9

please 104:16 112:2

116:24 142:11
147:7 153:19
157:17 199:9
203:21 206:18
215:15 221:17
223:24 232:5,25
242:5

PLLC 97:12

PM 242:8

point 100:25 101:22
105:17 137:10
150:22 157:23
194:25 215:12
216:19 217:15
220:4 224:13
227:15 233:17

policies 159:14,15

policy 166:6 175:4
176:16 177:8
178:14 217:7
221:21

popular 150:1

porn 193:24 194:12

pornography
193:10

portion 135:1
173:11

portions 100:13
101:16 156:19
173:14

position 110:19
162:7

positions 119:16

possible 195:6
196:22 219:3

post 143:13 152:5
154:3,4 156:9
157:12,14,16,18,2
0 175:2,22,23,25
176:1,5 177:4
195:21 213:15,18
214:5

posted 137:5
138:17,18 151:24
152:1 153:4
176:12 178:5
215:14,18 216:6
222:14 227:2

posting 226:7

potential 170:22,24

practical 194:24

predicate 102:11

prefer 196:5 237:8

preparation 110:18

prepare 238:9

prepared 110:15,17
238:11

preparing 212:23

PRESENT 97:15

presented
206:11,16 209:4

pressure 102:5

presume 216:18
226:17

pretty 109:5 114:22
118:3 122:5
141:18 147:15
153:22 166:11
222:3 226:1

prevent 114:6

previous 137:11

price 122:6,7

prices 137:15

primarily 166:8

primary 128:4
161:12,13
166:9,17
167:3,6,23
168:20,21,23
169:12 172:25
173:3,4 174:16
181:6,11,22,24

182:7 183:4,13,16
184:9,20,22
186:10,13

printout 206:2

prior 102:20

priority 219:1

privacy 196:5

private 189:19,22

probably 106:11
127:19 130:4
136:6 137:23
138:1,12 147:17
159:3 170:10
185:21 188:1
191:14,19 200:22
207:10,14 209:10
211:10 224:5,11
229:2 235:25

problem 145:16
147:17,19,20,23
159:11 182:23
187:5,6 193:10

problems 144:19
145:3 171:24
187:2,8

procedure 180:20

procedures
159:14,15,16,17
180:16,22 207:1

process 180:14
183:17,18 188:8
190:9 194:6
195:13 196:6
198:5,9 202:17,18
203:1
212:22,23,24
214:15,21 215:1,3
217:4
219:1,3,8,15
220:9,14,24
222:16

processed 220:22



221:1

**processes** 153:1

**processing** 220:25

**produce** 202:7

**produced**
199:8,11,12,13,25
222:12

**producer** 193:19
195:4

**product** 234:9

**profit** 116:1,4,22,24
126:5,12 135:22

**profitable** 137:1

**program** 139:9
157:19 165:11

**programatically**
217:18

**programer** 119:25
120:12 121:16
125:8 196:24

**programers** 118:22
119:19,24
120:17,25
121:1,18 122:22
125:11,14
126:2,25 127:5
142:5 143:10
145:18,19 155:17
163:2 168:24
179:12

**programer's**
121:16

**programmatically**
221:13

**programmer**
118:25
120:10,14,16
121:13 124:13
126:14,18

**programmers**
118:23,24

119:20,21 120:1
126:8,15

**programming**
120:20 126:6,7

**prohibiting** 195:1

**project** 166:10
168:2 173:7
178:16,17,18
214:9

**promptly** 242:13

**pronoun** 160:3,4

**proof** 201:7 212:4

**protect** 129:3
232:21

**provide** 117:14
165:23 215:23
227:3

**provided** 117:22
118:5 224:3 225:8

**provider** 148:16
158:16 204:21
205:7 214:8
233:9,12

**providers** 119:17
233:14

**provisions** 232:21

**public** 96:25 145:21
153:11 154:2,14
167:3 188:21
189:5,18,23 190:1
196:1,10,14,16,19
197:4 209:16
240:6,22 241:14

**purchase** 140:6

**purchased**
106:21,23
154:20,22

**purchasing** 109:3

**purposes** 103:5
107:12 134:4
150:15 204:3

206:1

**pursuant** 102:8

**puts** 116:21 161:23

**puzzle** 162:20

---

**Q**

**qualities** 181:24
182:6,7 183:23

**quality** 135:17,19
136:4 149:7,22
182:2,3,9,21
183:1,5 193:19

**question** 100:10
101:18 104:2,7,25
112:1,3,10
116:9,17,25
118:7,14 135:8
136:3,17 137:13
139:11,23
140:16,17
141:13,15
142:9,10 143:9
148:7 152:20
158:11 163:24
175:7,9,13,14,19
188:23 195:19
201:20 202:2
227:5 229:4
230:9,20,22,23
235:5,8,16 236:7
237:19,20
238:4,21,24

**questions** 101:9,10
102:25 110:24
235:18,20,21,24
236:1

**quick** 168:14,16
213:9

**quote** 143:16

---

**R**

**ran** 222:15

**range** 132:10,11

**ranking** 149:16,20
196:4

**ranks** 149:17

**Rapport** 139:24

**rate** 129:16
137:2,16

**rated** 165:12
183:10

**rates**
133:12,13,16,17

**rather** 215:16
235:18 237:23

**rational** 224:18

**RE** 242:3

**reach** 127:25 154:5

**reaction** 224:18

**readable** 213:4

**ready** 153:23

**real** 213:9

**really** 110:13 111:5
114:4 118:16
126:3,20 136:19
150:13,16 162:20
165:1 173:21
178:17,19 179:8
225:15 226:4
230:24 237:7

**reason** 112:7,9,14
126:1 144:21,22
145:8,10 157:24
158:4 182:10,24
232:2,6,10,13
243:5,7,9,11,13,1
5,17,19,21,23

**reasonable** 208:11
229:14,19,20

**reasons**
112:17,21,22
144:21,22,24
153:1 182:20



243:2

recall 106:12
109:23 119:12
137:21 138:16
147:3 171:21
172:11,17
200:2,20
204:9,10,14
207:14 211:11
212:10 218:10
224:8,10,12
228:16 231:17,18

receipt 117:17
199:20 218:14
221:14,15,16

receivables 129:3,6

receive 122:20
137:9 151:3 158:9
199:3,6
200:5,8,12,14,16,
18,21 201:3,5
202:6,7,10 203:23
204:5 210:19
211:7
212:15,18,24
215:22 236:25
237:22

received 103:11
110:20 117:19
122:22 146:22
147:16 150:6,8
151:2 172:15
192:22 193:1
199:23 207:4
210:4,19 214:13
215:14,19 216:12
220:18,21 221:19
223:25 226:23
228:12,14 229:3

receiver 147:21

receivers 101:15

receives 148:21
149:2 150:21
176:11,17

receiving 101:16
118:19 148:17
149:25 181:9
200:3 213:19
214:8 215:3

recently 199:11
227:20

Recess 116:12
144:8 177:21
201:17 218:4
229:9 236:13

recognize 204:7
206:4 220:11

recollection 138:11

reconcile 209:2,5

record 100:5 104:5
116:6,9,13 144:9
145:5 148:9,10
157:15,19,21,24
177:20,22
201:16,18 204:12
229:8,10
236:12,14 239:12
240:11

recorded 157:9
158:7,13 166:24
216:20

records 155:11
160:9 205:16

recover 187:21

recreated 127:20

red 161:18

Reddit 99:6 148:25

reduced 184:17

refer 116:17,25
163:9 234:25

referred 165:22

referring 141:19

regard 101:12
102:6 108:24
114:21 146:25

149:5 150:3
151:2,3 173:1
178:4 194:16
210:20 211:8
215:19 217:6
226:24 227:2
230:16 233:1
234:2,6

regarding 210:5
227:22 235:21

registered 166:13
167:13
174:20,22,23
203:7 210:7,25
232:7 235:3

registers 174:24

registration 117:24
167:16

registrations 232:3

regular 103:25
104:3,4,9,11
117:18

rejected 197:10

relate 192:20

related 102:14,16
105:22 134:14
166:5,11 177:1
192:6,7,14 194:2

relates 237:21
238:2

relationship
105:22,25
106:4,18,20
107:3,6,10
111:10,12,18
113:1,4,14 130:22
131:8 132:22
137:11,12 207:10
210:12,14

relative 240:12,14

released
145:11,13,21

relevant 111:1

rely 141:22

remember
103:10,13,19,22
106:12 107:7
110:13,14 111:6
117:25 118:3
122:9
124:20,21,24
125:9 137:7,21
138:16 139:17
147:2 154:21
156:18,24 157:2
159:24 162:15
171:21 172:11
191:20 205:5
207:18 212:21,22
220:15,20,25
221:11 231:24

reminding 174:8

remove 196:24
198:4,6,7,17
218:14 227:4

render 147:20

renders 147:9

renew 138:1

renewal 138:13

rep 209:2

repeat 169:20,21,23
170:21 171:8
175:4 176:16
177:8,10 178:14
217:6,7 221:12,21

repeating 166:3,5

rephrase
104:7,16,25
112:2,5,6 140:16
142:10 147:7
157:17 158:11
175:6,19 199:9
201:3 206:18
215:15 221:17



232:5,25

**reply** 155:4

**report** 146:19
149:16,19 150:6
240:7

**REPORTED** 96:24

**reporter** 100:5
103:6 111:21
116:13 144:9
177:20,22
201:16,18
229:8,10
236:12,14 239:12
240:1,5,21

**Reporting** 242:16

**reports**
146:16,18,20

**representative**
116:18

**Repro** 130:8

**R-E-P-R-O** 130:9

**request** 164:4 168:5
199:18 202:8
214:22 215:6,9,17
216:18

**requested** 111:22
240:10

**requests** 219:17

**requirements**
171:6,12 172:7

**requires** 120:18

**research** 147:12
148:12 171:12
231:5 232:17
234:5,11

**resolve** 192:16

**respect** 108:11
110:25 134:12

**respond** 218:12
225:18 237:18

**responded** 218:24
229:15

**responding** 225:16

**responsibility**
150:23

**responsible** 117:21
118:18 190:24
192:5 194:4
198:15

**rest** 132:24 135:7
223:3

**restate** 112:5

**result** 154:24
173:10 196:4

**results** 190:7

**Resumed** 100:4

**return** 201:19
242:13

**review** 115:15
193:18 217:15
240:9

**reviewed** 190:9

**reviewing** 192:1,2,3
193:9 197:2 227:6

**rights** 198:16 216:4
226:13 232:16,17

**ringing** 218:2

**role** 104:18 134:19
172:8 196:18

**roles** 119:16

**Roman** 190:15,18
191:1,4,12,16
193:3,7,8,18
196:3
197:1,8,9,11
213:1 222:4

**Roman's** 190:16
191:25 215:1

**room** 162:23

**rotate** 130:14

143:18,19

**rotated** 130:16

**round** 237:24

**rules** 170:24,25
171:8

**rulings** 102:20

**running** 159:23
222:16

**runs** 162:10
168:14,16 169:13

**Russia** 123:23
190:19

--------

**S**

**S0** 128:7

**safe** 171:10 232:20
234:1

**salary** 122:2 124:2

**sale** 140:7,8

**save** 191:3

**saved** 156:5

**saw** 159:9 204:13

**scare** 223:19
225:2,3,5

**scared** 223:21,23
224:14,19,21
227:14,23

**scenario** 179:9,11

**scope** 111:13,19
125:3

**scraper** 165:4,9

**scratch** 139:8
164:18,19

**screen** 131:10
154:14 198:6

**screening** 198:9

**script** 120:15
155:17,20
159:18,21

160:2,5,6,7,10,11,
14,17
161:17,18,20,21
162:3,6,7,10
163:7,10,12,15,21
,24 164:16 173:10

**scripts** 120:15
168:4

**seal** 241:8

**search** 128:5
133:24,25
134:3,20 135:2
136:22 144:12
147:11 149:5,8
165:12 168:10
189:4 190:7 196:4

**searchable** 213:5

**seasonal** 126:21
127:5

**second** 121:16
133:7 144:25
148:9 150:10
153:2 169:17
178:21
182:8,10,25 184:6
189:23 217:1
222:9 224:6
237:5,6,24

**secondary** 166:17
167:23 168:7,23
169:12,16 172:25
173:3,4 174:16
181:6,12,23
182:16,18,19
183:5,13,16
184:21 216:21

**seconds** 218:3

**seeing** 150:3 197:2
217:25

**seemingly** 104:8

**seen** 204:8,10

**send** 133:14 153:18
154:7



155:1,18,21,22,25
156:1,2,8,12,15
158:2,23 196:5
208:11 210:23
213:23,25
214:2,4,6
215:17,21 216:11
217:23 219:21
226:22 237:6,10

**sending** 135:24,25
155:12
157:7,9,15,21
158:6,12 161:25
162:1 168:3,4
212:10

**sense** 223:3

**sent** 140:19
141:3,10 154:25
155:21
156:5,6,16,17
158:1 183:18
201:8 206:23
210:2 211:23
212:8,10 213:6
215:12 217:20
223:21

**SEO** 134:8 135:18
144:12

**separate**
125:12,17,18,20
168:18 180:2
213:17

**separates** 180:4

**series** 231:25

**served** 201:8 205:9
231:20

**server** 139:13
156:9,11 165:13
181:3,4,8,17,21
182:13,20,25
183:4 184:3,12
186:5,23,24
187:19
213:11,15,17,21

214:5

**servers** 105:10
106:17,21,22,23
109:4 139:12
143:1 184:3
213:20,23,25

**service** 119:3,17
148:15 152:14,15
158:15 204:21
205:7 207:15,16
214:4 231:22
233:9,12,14

**services**
117:11,13,22
118:2,6 119:1
207:13 210:18
218:9

**setting** 156:11

**several** 117:1
128:24 129:20
202:8 212:22
223:20

**SFREEMAN@FR
EEMANLAWFI
RM.ORG** 97:9

**share** 127:11,12
174:1,4,5 180:4
231:7

**shared**
173:17,19,23

**sheet** 116:21,23
126:5 243:1

**sheets** 218:21

**Shevchenko** 190:17

**S-H-E-V-C-H-E-N-
K-O** 190:17

**short** 165:3 188:23

**short-term** 100:20

**showed** 209:4

**shown** 206:20

**shows** 131:10

146:21

**shut** 214:22

**shutdown** 213:15
214:23

**sign** 154:18 156:14
222:22
242:6,10,12

**signal** 147:6

**signals** 147:10

**signature**
242:6,12,17
243:25

**significance** 169:11

**significant** 218:22

**signing** 156:14
166:25

**similar** 215:2

**simple** 115:25
155:20 157:19
220:3

**single** 130:24
148:15,23,24
173:7 178:16,17
184:1,18 185:12
195:12 214:17

**sit** 128:6 211:17,21
232:9,12

**site** 126:22 127:23
128:8 134:25
135:23 137:5
140:7,8 141:9,10
142:24 144:20
146:3
147:6,10,19,24
148:15,17,22,23
149:1,4,7,21
150:4 151:2,9,24
153:22
154:1,6,11,20,23
168:2 171:10
172:5 175:5
176:22,24

177:2,3,9,10,16,1
7 189:14 192:23
193:16
195:12,14,15,16,1
7,20 196:3 203:16
206:7 211:23
217:12,13 218:6
222:22 223:18
226:13

**sites** 115:6,16
127:9,11,24
128:14,17,24
133:19 134:19
135:21 138:17,18
139:5,21 140:7,9
147:1 149:24
150:17,21
151:10,14,17
152:3,8 153:5
162:11,12 163:25
165:12 168:3
173:18 174:10
175:2,3 176:2
177:6 194:8
195:10,11 208:16
209:23 222:14
232:24 233:2

**site's** 150:23

**site-specific** 179:15

**situation** 146:15
188:25 196:2

**six** 118:25
176:18,20,22
177:4 217:11
221:14

**skills** 125:21

**skip** 162:4

**Skype** 191:2,3

**Skype's** 191:7

**Slam** 130:8 132:21

**slowly** 128:8

**small** 100:21



122:22 179:21

**Social** 96:8 103:11
105:25
106:3,17,25
107:5,10
114:14,17,21
115:6,16 117:2,14
118:5,12 119:5
120:1
121:21,22,23
123:4,10 127:24
133:19,20 134:18
137:1,9 139:5
142:17,20,24
143:6,21 144:17
151:9,21
152:2,6,8,15
153:4 158:14
162:8 174:21
175:2 176:2,11,17
177:5,6,13 178:22
179:19 180:3
190:10 192:22
194:7 195:11
202:19
203:3,18,19,20
205:7,9 207:1,7
208:3 210:4
211:1,23 214:11
232:19,21
233:12,19 234:7
236:16 237:21
238:2

**software**
139:4,12,15,18
164:9,11,16,17,24
165:11 198:10

**somebody** 102:13
104:14 135:13
155:25 187:6
195:1

**somehow** 206:20
227:17

**Sometime**
231:19,20

**somewhat** 215:2

**somewhere** 155:7
157:9 160:21,24
216:19

**sorry** 100:6,23
104:22 116:10
160:3 173:20
176:16 201:2
204:24 205:5
228:19

**sort** 111:4
140:11,12 198:20
220:7

**sought** 128:13
129:10

**Sounds** 165:5

**source** 128:4
164:17

**sourced** 139:14

**SOUTH** 96:19 97:8

**SOUTHERN** 96:1

**space** 181:19,20

**spam**
193:11,13,17,24
198:18

**speak** 109:20,22
111:7,8 171:11

**speaking** 196:17
218:13,23 236:9

**specific** 110:5
140:7,8 146:22
150:21 160:10
166:19,20 173:1
180:20 202:17
203:12 215:14
222:13 230:16
232:23

**specifically**
128:13,19 152:21
166:2 175:20
198:11 209:1

233:8

**specify** 118:13
175:19 197:17

**speculation** 148:3

**spell** 121:6,13
124:19

**SPENCER** 97:7
98:3

**spent** 126:18

**split** 156:23

**spoke** 109:24 111:6
152:18 171:8

**spot** 141:17

**stability** 128:3
144:25

**stable** 129:5 144:20
167:6 168:14
169:23

**stamp** 96:13 167:17

**standpoint** 194:24

**stars** 184:12 197:12

**start** 122:23 123:16
126:25 146:10
153:24 164:25
180:19,20 219:17

**started** 124:10,16
125:1 127:17
144:17 153:9
170:12

**starting** 170:15

**state** 96:25 117:8
240:2,6,22
241:2,14

**statement** 116:22
126:13 147:9
153:2 227:19
237:16

**statements** 116:2

**States** 96:1 203:11
204:6 205:4,13

207:22 208:9
233:19

**static** 167:14,17

**statistics**
141:6,19,22,25

**status** 183:24,25
184:1,3,14,23
185:4,10,12,18
186:5,8,10,14,24
187:4,11
188:12,14,22

**statuses** 184:8,20
185:3 188:15

**stay** 180:11

**Staying** 105:1

**steady** 127:1

**stem** 145:4

**stenographic**
240:11

**stenographically**
240:7

**step** 116:9
183:17,18 184:1
202:16 217:1

**steps** 180:20 184:20

**stop** 131:3 178:21
196:19 223:24
229:7 239:7

**stopped** 105:23
112:9

**storage**
181:5,6,11,12,14,
18,19,20,21,23,24
182:7,8,10,14,17,
18,19,25
183:4,5,13,16,19,
21 186:10,13

**store** 143:22

**stored** 144:1 155:6

**storing** 156:8 158:4



213:19

**stream** 182:21

**streaming** 182:12

**strike** 131:6 175:5
193:7 216:20
217:14 235:19

**strikes** 166:2
169:18,19,21,22
170:4,20 174:12
216:22,23 217:8,9

**stuff** 109:7 111:25
119:2 120:12
125:23 127:1
128:23 136:7
152:19

**subject** 193:2

**subjects** 102:22

**submit** 194:11
216:3 225:12

**Subpoena** 110:20

**subpoenas** 223:21
228:13

**subscribers** 168:20

**sufficient** 110:25

**suggestions** 164:2

**Suite** 96:19 97:4
208:12 212:6

**Sun** 96:8 103:11
105:25
106:3,17,25
107:5,9
114:14,17,21
115:5,16 117:2,14
118:5,11 119:5
121:21,22,23
123:4,10 127:24
133:19,20 134:18
137:1,9 139:5
142:17,19,23
143:6,21 144:17
151:9,21
152:2,6,8,15

153:4 158:14
162:7 174:21
175:2 176:1,11,16
177:5,6,13 178:22
179:19 180:3
190:10 192:22
194:7 195:11
202:18
203:3,18,19,20
205:7,9 207:1,7
208:3 210:4
211:1,23 214:11
232:19,21
233:12,19 234:6
236:16 237:21
238:2

**supplement** 164:4

**support** 190:21
192:17 227:4
235:25

**supporting** 100:20

**sure** 100:24 116:3
120:8 121:8 131:4
135:6 138:3
148:20 149:14
154:23 159:7
168:14 174:22
178:1 189:2 190:7
194:2 201:14
223:14 226:15

**surely** 128:8

**suspended** 218:1

**suspended_on-date**
169:25

**switch** 182:24

**sworn** 231:10 241:7

**system** 119:4
120:7,21
141:4,5,8 142:3
155:11,12,17
159:1,9 163:5
164:21,23 165:2,3
169:15 171:9

180:18
181:4,13,15,20
182:15 184:15
188:4,24 192:9,11
196:21,22 197:3,7
213:7,14,17
219:24 220:7
221:22,23,25
222:1,4,6,10,11
226:20 227:11,25

─────── T ───────

**table** 161:3,25
166:2,8,9,15
167:3,10 168:6,21
169:16 172:24
174:15 184:19
189:11,16 216:21

**tables** 166:10,16
167:6,22 169:24
174:15

**tabs** 154:16

**TACOMA** 97:8

**tags** 197:21

**takedown**
117:17,19 146:21
147:5,9,16,22
148:1,21 149:2
150:2,6,20 151:1
172:16,19
176:11,15,17,21
177:6
192:6,7,14,20,21
193:1 202:17
203:1 206:23,25
207:2 208:11
210:5,20 211:8,22
212:4,19
214:14,24,25
215:13,19 216:12
217:10 218:14,16
220:18 221:14
226:24 229:15
237:5,22,24

**talk** 110:6,7,9
111:10 114:13
129:18 139:2
150:25 167:25
191:7 202:16
213:9 236:4

**talked** 117:6 228:11

**talking** 101:2 119:4
131:11,12,13
146:25 161:10
163:22 168:10,13
171:1 178:7
197:18 199:16
200:7,24 209:22
230:12

**tasks** 117:13

**team** 188:4,5

**technical** 182:23
187:2

**technician** 219:24

**Tecum** 110:21

**tedious** 219:19

**TELEPHONE**
97:5,9

**temporarily** 187:12

**temporary** 186:25
187:1,4 188:15

**ten** 159:23 223:2,6

**term** 104:3 129:19
175:15

**terminate** 178:14
179:7 217:11
222:2,8 232:18

**terminated** 176:18
217:16,24 222:15
225:10
226:1,3,5,9
227:12 228:9

**terminates** 221:22

**termination**



221:12,15

terms 102:9,16
113:3,7 125:2,3
130:21
131:4,7,16,21
132:22
152:13,14,19,22
172:3,5 185:2
186:15,16,18,19
188:16 197:11,12
198:22

testimony 240:9

tests 120:22

text 197:13,15
209:12,14 214:18
219:25

texts 209:20

Thank 118:21
239:11

that's 100:14
101:18 109:12
115:25 118:2,3
119:10 121:16
122:25 123:9
124:1,5,23 126:1
131:11 133:3
138:12 139:9
144:20 146:6,15
150:19,22 151:23
152:1 153:21
156:8,15 158:3
159:8 162:5 164:5
167:4,13,17
168:18 173:17
174:10 178:22
179:10 180:7
184:15 193:16
197:19 204:2,4
212:2 214:5
223:22 224:18
225:13 226:22
228:10 229:20
230:20 232:10,18
235:1

theoretically 177:3

there's 104:20
116:3 126:6
138:13 156:1,12
161:11 166:16
183:9 193:15
194:25 195:7
216:20,22 218:22
220:2 225:23
230:21 237:15,17
239:2

they're 108:21
119:22 120:22
121:19 130:10
132:24 150:18
188:17 189:7,9
195:9 197:19

they've 215:18
222:18 223:17
227:2

third 97:12
133:4,6,7 151:10
170:1,2,7,9,21
174:12 217:14
221:14,16,19,20
222:1,2

thirty 242:10

thousand 100:22
133:15 157:3
218:21 219:22

three-day 222:9

Throughout 123:9

throw 174:20

thumbnail 216:8

ticket 192:9,13

tickets
192:5,7,13,14,20
193:2

tied 104:11

tired 201:24
239:1,2,4,6

title 190:14,20

today 110:15,17,23
117:7 129:14
136:20 159:10,13
211:14,21
232:9,12 236:6

token 226:17

tomorrow 138:21
238:15,17,18,21,2
4

tools 214:20
215:6,8,9 222:11

top 162:17

Topic 110:15

topics 208:25

tough 219:18,19

toward 147:6

track 141:2,9 142:4

tracks 141:8

trade 198:24

trademark 198:22
199:2,4,13

traffic 128:2,4,5
129:2 130:13,25
131:1 132:3,7,25
133:14,15,18,20
134:1,4
135:23,24,25
139:25
140:1,3,12,13,19
141:6,8,10 142:4
146:4 149:25
154:20,22,23
182:11,14,24

trained 169:1,3

training 126:2
169:4

transcript 96:13
240:10 242:19

transferring 183:4

Transit 107:5,6
138:21,25

transparency
146:16,18,20
150:5

treat 207:3

treated 207:1

trend 136:19

trending
136:6,15,22

trendings 136:16

trends 136:9,12,19

tried 114:24 216:5
236:11

true 129:13 150:16
205:3 231:10
232:10 240:11

truly 164:18 242:14

trust 130:18 213:1

truth 228:8

try 102:10 104:25
113:1
125:11,17,18
145:1 156:21
159:9 163:4
175:11 192:16
196:8 220:16
222:8 236:8

trying 113:13
144:23 180:1
209:2 220:8
237:24

turn 213:12

turned 213:10

turns 182:23

Twitter 149:24

type 135:14
191:5,10 213:2
218:16



types 128:1

typing 191:9,11

**U**

Ukraine 123:23

Um-huh 158:24
201:22

unavailable
187:2,13

unclear 228:6

under_error 185:4

underscore 161:14

undersigned 241:5

understand 102:24
113:14 132:6
133:23,25 140:16
141:12,13 142:10
143:9 148:20
162:25 167:11,20
169:9 180:1,15
202:2 213:14
223:14 225:16
227:15 230:9
235:17 236:7

understanding
101:13 152:25
171:5 172:9
210:13 233:18
234:19 235:2

understood 102:24
103:3 176:2,13,14
202:15

unfair 237:10

unhelpful 158:5

unique 135:17

United 96:1 203:11
204:6 205:4,13
207:22 208:9
233:19

Universal 242:16

unless 138:13

212:10

unrelated 166:19

update 161:25
162:1 167:9,10
170:3 187:21
204:12 205:16,19
233:21

updated 167:12
224:13

updates 128:23
187:3

updating 117:7

upload 151:16
164:10 181:8
183:3 184:3,11
185:7 188:25
193:11 195:4
226:2

uploaded 180:19,25
181:7 182:5 183:6
185:6 186:4,5
190:3 194:5 195:3
196:15

uploader 165:20
196:15,16 222:14

uploading 153:24
164:11 165:20
180:17 181:3
184:2,3,11,12,13
186:21,22,23,24

uploads 151:11
152:10,11,14
180:10 189:2

upon 110:6 135:23
166:24 216:25
218:14 221:13

URLs 230:11

usable 158:1

useful 150:13

user 118:19 139:18
144:25 149:1
152:10,14,15

156:19 160:15,17
164:9 166:11,12
167:3,6,13,15
169:19,24 170:3
174:15,19,20,23,2
4 175:1,22 176:17
177:4,15
178:13,15,17,19
179:18,24
180:16,18,23
181:3,10 182:4
183:1
185:1,6,16,17,19
186:22 187:11,13
188:15,25
189:1,19 190:2,6
195:21 196:5,8,11
198:1 215:21
216:2,5,20
217:8,9,11,15,20,
23,24 221:22,25
222:3 224:14
225:14,15,25
227:11,23

users 120:14 127:22
128:1 136:7
153:18,22 154:8
157:8 158:9
161:4,6,11 164:14
166:9,16 173:1,4
174:9 186:16
189:2,21 196:7
198:18 222:21,24
223:4,9,19,20,23
224:19,21
225:1,2,7,10,11
226:23 227:13
228:1

user's 120:11
155:24 166:8
169:16 172:24
173:11,17 180:16
198:14 216:21

Users 173:3 193:11

usual 122:11,16

196:7

usually 120:13
122:14 125:10
128:16,22
130:23,24 133:15
145:25 156:11
191:5 196:20
197:1 212:23
229:12

utilize 107:12
138:24 139:1,16

utilized 118:11
138:22 139:5
157:20 164:9

**V**

valid 104:8
161:6,14 162:1
217:11 222:25
223:3,7,17,22
226:15 237:15

validity 227:5

verify 222:24

verifying 236:5

versions 118:20,21

versus 120:9 126:8
150:4,23 168:23
169:12 179:11
183:4 218:21

via 117:18
155:22,24 191:2
192:23,24,25
213:7 242:19

vice-president
104:21,24

victims 227:17

Victor 121:14

video 115:6,15
127:9 134:19
139:5 151:10
152:2,5,7,8,11,14
153:3,4,13


UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

162:10,12
164:10,12 165:21
173:18 174:10,21
175:2,3,23,24
176:2,8 177:5
180:10,11,23
181:5 182:21
183:10,19,24,25
184:1,2,4,11,16,1
9,23
185:7,15,17,23
186:4,7,13,17
187:1,3,7,12,21
188:20,21
189:1,3,6,10,11,1
6,21,22,25
190:3,9 191:9
192:18,22
193:13,14,15,16,1
9 194:5,7
195:3,4,10
196:6,10,14
197:4,10,11,24
211:23
215:14,17,18
216:9 218:14,19
226:2,24 227:2
229:16 231:11
232:24 233:2

**videos** 115:18
139:14,19
151:13,16,24
152:2,9 153:21,25
154:3 165:12
176:1,12 178:5,10
180:18 183:22
185:3 187:10
189:2 192:1
193:9,11,12,17,19
,25 194:10,23
195:8,14,15
196:8,11,12 197:2
202:11 214:22,23
215:20,22
216:2,6,7,8,12,25
222:13 225:15

228:1
230:7,11,14,17,24
231:2,13
232:18,24 233:1
234:2

**video's** 167:4

**videotape** 184:8

**VIDEOTAPED**
96:15 100:2

**view** 189:6 216:6

**viewable** 154:5

**viewed** 147:5 190:1

**viewer** 190:4

**viewing** 154:2
196:16

**violate** 186:18
197:11 198:22

**violates** 221:20

**violating** 177:8

**violation** 175:4
186:19 198:23
199:4

**violations** 194:10
198:24 199:2

**visible**
189:12,13,19,20,2
2 196:7

**visible-public**
189:16

**visitors** 140:25
141:3

**Vladimir** 121:5

**volume** 96:14 100:1
131:24 157:6
229:23,25

**vs** 96:6

――――――――――
W
――――――――――
**WA** 97:8

**waited** 154:2

**waiting** 154:8

**waive** 242:6,12,17

**walk** 214:14

**wasn't** 128:18
142:9 205:8,13,19
207:23

**watch** 114:4 190:3

**watchers** 227:25
228:3,4

**water** 229:7

**ways** 196:8

**weather** 127:2,4,6

**web** 106:2 107:9
109:3 139:13

**Webazilla** 105:6
106:4,5,14,16
137:6

**website** 127:21
130:16 131:11
134:18 144:3,5
153:19 178:18,20
179:19,23 180:17
192:11 214:11
223:9 226:8 233:8

**websites** 119:5
143:6 144:17
146:22 148:24
172:10 174:14,21
178:6 179:4 180:4
198:19 203:20
209:13,16 214:11
233:6 234:3,4

**website's** 144:5

**Webzilla** 104:18
105:3,4,7,22
106:1,13,14
107:11,19 108:17
137:5,6,19,24
138:17,18,19,20,2
2 171:25
172:1,9,12,13,15,

19,21

**Webzilla's** 139:2

**week** 109:22
110:6,7

**we'll** 111:2,3
164:3,4 224:13

**we're** 100:5 101:10
102:18 117:21
118:8 125:10
129:15
131:11,12,13
134:9 135:25
136:24,25
138:20,22 139:11
144:9 150:25
152:11 154:8
158:4 163:22
164:20 168:3
172:5 173:7
177:15,17,22
181:5,9
182:8,9,10 185:23
197:18 198:1
200:23 210:16
213:17,18,19
216:13 218:11
229:6 236:3,12,14
239:9,10,12

**WESTON** 97:5

**we've** 223:16
228:11

**whatever** 140:13
149:21 161:24
174:19 185:9
189:4 202:6
217:25 221:20
223:1

**whenever** 202:6

**Whereupon** 111:21

**whether** 102:12
115:18 172:15
179:14 183:12
196:14 211:17,21



230:21 232:2

**whole** 126:23
127:18 132:2
156:23 180:14
189:4 198:6,7,17
213:16 219:15

**who's** 130:16

**Wikipedia** 99:5

**window** 179:21
218:1 225:20,23

**wish** 242:12 243:2

**Witness** 98:2 100:6
108:14 111:5,24
112:2 113:10
116:10 134:13
138:8 144:6
148:11 163:18
165:6 177:18,23
201:19 218:5
234:11 236:25
239:8,11 241:8

**wondering** 150:4
151:4 201:9
207:21

**work** 119:12 125:14
126:21 127:1
129:20 140:2
142:5 143:11
154:1 180:13
213:1 219:23
227:10 234:9

**worked** 123:3,14
171:25

**working** 121:19,20
123:16 124:10
134:24 139:25
146:10 180:19
182:23 192:19
210:17 216:13,16

**works** 107:23
126:11 152:19
156:12 169:4
179:25 184:15

213:14 221:23
226:8 228:15
232:4,7,15 235:4

**worry** 167:25

**write** 121:9,10
124:18 238:8,12

**writes** 142:13

**writing** 135:4,6
159:25

**written** 137:17
207:12 209:15

**wrong** 101:19
103:21 106:16
109:24 174:23
180:2 208:22
226:11 228:5
230:16,18 237:21
238:2 239:1

**wrongdoing**
236:17,18

**WZ** 107:22

_____
Y
**year-end** 122:20

**yearly** 138:12

**year's** 109:13

**yesterday** 109:19
136:20

**yet** 101:23 102:4
154:10 165:15
176:10 199:1

**yours** 152:13 153:6
156:6 231:9
242:14

**yourself** 141:25

**YouTube** 134:25
148:25
150:3,8,10,17
151:3

**you've** 105:17
131:16 150:2

165:16 204:10
213:10 227:1
229:3

_____
Z
**zero** 236:1

**zone** 140:4

