Exhibit
3

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
IN AND FOR MIAMI-DADE  COUNTY, FLORIDA

CASE NO. 15-cv-22134-UU

HYDENTRA HLP INT. LIMITED, a foreign
corporation d/b/a METART,

       Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
Sun Social Media, INC., a corporation,
individually and d/b/a Playvid.com,
FEEDVID.COM, PLAYVIDS.COM,

and

PEEKVIDS. COM; Playvid.com; FEEDVID.COM;
PLAYVIDS. COM; PEEKVIDS.COM and; and
John Does 1-20,

       Defendants.
_____/


CORRECTED TRANSCRIPT AS TO TIME STAMP ONLY

VIDEOTAPED DEPOSITION OF KONSTANTIN BOLOTIN

TAKEN ON BEHALF OF THE PLAINTIFF
JANUARY 19, 2016
10:14 A.M. TO 2:11 P.M.

BRYN & ASSOCIATES, P.A.
ONE BISCAYNE TOWER
2 SOUTH BISCAYNE BLVD.
#2680
MIAMI, FLORIDA 33131


REPORTED BY:
MELISSA KALLAS
NOTARY PUBLIC, STATE OF FLORIDA



877.291.3376
www.UCRinc.com

Bolotin, Konstantin  01-19-2016

2

1       APPEARANCES OF COUNSEL
2  ON BEHALF OF THE PLAINTIFFS:
3       AARON BEHAR, ESQUIRE
        BEHAR BEHAR
4       1840 NORTH COMMERCE PARKWAY
        SUITE ONE
5       WESTON, FLORIDA 33326
        TELEPHONE: (954) 688-7642
6       AB@BEHARBEHAR.COM
7       SPENCER D. FREEMAN, ESQ.
        FREEMAN LAW FIRM, INC.
8       1107 1/2 TACOMA AVENUE SOUTH
        TACOMA, WASHINGTON 98402
9       TELEPHONE: (253) 383-4500
        E-MAIL: SFREEMAN@FREEMANLAWFIRM.ORG
10
    ON BEHALF OF THE DEFENDANTS:
11
        BRADY COBB, ESQUIRE
12      COBB EDDY, PLLC
        642 NORTHEAST 3RD AVENUE
13      FT. LAUDERDALE, FLORIDA 33304
        954.527.4111
14      BCOBB@COBBEDDY.COM
15
16
17
18
19
20
21
22
23
24
25

4

1           INDEX OF EXHIBITS
2  EXHIBITS        DESCRIPTION              PAGE
3  NO EXHIBITS MARKED
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

3

1           INDEX OF EXAMINATION
2  WITNESS: KONSTANTIN BOLOTIN
                                        PAGE
3  DIRECT EXAMINATION BY
        By MR. SPENCER FREEMAN, ESQUIRE      5
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

5

1           KONSTANTIN BOLOTIN,
2  Being called as a Witness in his Individual Capacity,
3  was duly sworn at this time by the court stenographer
4  and testified as follows:
5           DIRECT EXAMINATION
6  BY MR. FREEMAN:
7       Q.  All right, Mr. Bolotin, this is now your
8  deposition, as opposed to the deposition as the
9  corporate representative, understood?
10      A.  Yes.
11      Q.  Do we need to go through the ground rules we
12  went through yesterday?
13      A.  No.
14      Q.  We did end yesterday, correct me if I'm wrong,
15  because I know you will, with you needing some time to
16  think about what facts there may be related to things
17  that you think Hydentra has done wrong as it related to
18  this lawsuit.  Do you remember our conversation about
19  that?
20      A.  Of course.
21      Q.  Of course.
22          MR. COBB:  That was a good answer.
23          MR. FREEMAN:  At least we are laughing and not
24  tearing each other up on this one.
25  BY MR. FREEMAN:



Bolotin,  Konstantin  01-19-2016

6

1    Q.   So you had an opportunity to think about that?
2    A.   Yes, I did.
3    Q.   So I'm going to ask you again:  What facts are
4    there that you are aware of that be the basis for you to
5    believe that Hydentra did something wrong as it relates
6    to this lawsuit?
7    A.   First of all, please refer to the
8    Interrogatory No. 5, especially.  So I was very clear
9    what you did wrong.
10   Q.   You mean in your response to our Interrogatory
11   No. 5, you outlined what you believed to be very clear
12   what Hydentra did wrong.
13   A.   Yes.
14   Q.   All right, why don't we go through it.  I take
15   it you are relying on that right now?
16   A.   What?
17   Q.   Are you relying on what is in that response
18   right now, rather than from your organic?
19   A.   What is in this.
20   Q.   So, to your knowledge, what is "Copyright
21   trolling"?
22   A.   What you guys do, that is exactly what you do.
23   Q.   Which is what, what is "Copyright trolling"?
24   A.   Please refer to Interrogatory No. 5, it is
25   very clear.

7

1    Q.   I'm asking you right now, what you believe
2    "Copyright trolling" is?
3    A.   What you are doing.
4    Q.   Which is what?  Tell me.
5    A.   Open the whole case without any reason for
6    that, I believe.
7    Q.   Opening a lawsuit without any reason for it?
8    A.   For it, yes.  I believe.
9    Q.   Generally speaking, you think that is
10   Copyright trolling, that is fine, I just want to
11   understand what you believe "Copyright trolling" is.
12   A.   Yes, and also, try to open other lawsuits in
13   other companies a lot.
14   Q.   Do you have personally any idea whether or not
15   there's valid claims in other lawsuits?
16   A.   Um, I haven't checked, but...
17   Q.   What I need are your answers to my questions
18   go to or what you have personal knowledge of.  You can
19   speculate about who I am and all of that other stuff,
20   but I'm just asking what you know.
21        MR. COBB:  Keep it to this case.
22   BY MR. FREEMAN:
23   Q.   Based off what you believe and what you
24   believe based off of what you know, not what somebody
25   else told you, right?  We are talking about this case,

8

1    too, right.  Listen, let me ask you generally speaking.
2    A.   Okay.
3    Q.   Do you think it is wrong for a company to file
4    a lawsuit if it has served takedown notices as required
5    by law, and those takedown notices are ignored and the
6    company's content is still being displayed on the site,
7    do you think that in general is wrong?
8    A.   Um, I can't answer this question, but I will
9    be clear with you, so what you are doing is not
10   something right, I believe, because we comply with the
11   DMCA, with the Safe Harbor, so we have taken down all of
12   the videos, which we got noticed about the infringement
13   of InCorporate.  So in the past, we did an excellent
14   job, we built a lot of systems to do that, to prevent
15   repeat infringement from our users.  Also, we did an
16   excellent job on the takedown notices, which we provided
17   thousands of pages in the response of discovery, so
18   pretty much, respond on the -- on your request, the
19   discovery is our proof of our Safe Harbor provision and
20   our defense pretty much.  And also, it is proof of that
21   we complying with the DMCA 100 percent.
22   Q.   Everything you said is predicated off the
23   belief that Hydentra did not serve takedown notices on
24   your DMCA agent in January of 2015, isn't that correct?
25   A.   I didn't receive --

9

1    Q.   Listen, I didn't ask you about you.
2    A.   Okay.
3    Q.   Understand?
4    A.   Um-huh.
5    Q.   I asked you about whether or not your position
6    is predicated off the belief that DMCA takedown notices
7    were not delivered to your DMCA agent in January of
8    2015?
9    A.   I can't confirm that information.
10   Q.   So you are here during Mr. Luchian's
11   deposition, correct?
12   A.   I was here.
13   Q.   Do you recall questions and testimony with
14   regard to a package that was sent referencing Playvid
15   and delivered to Mr. Luchian's address on January 20,
16   2015, do you recall that?
17   A.   I recall that.
18   Q.   Is it your position that that is -- that
19   document doesn't reflect the delivery of DMCA takedown
20   notices to Mr. Luchian?
21   A.   I can't firm that fact.
22   Q.   What do you believe about it?
23   A.   I can only believe, I can only think, I mean,
24   I can confirm that Sun Social Media didn't get that
25   notice.



**Q. As I sit here right now, I'm not going to argue with you about that, for right now, fine, Sun Social Media did not receive the notices that were delivered to the DMCA agent. If they were delivered to the DMCA agent, wouldn't you agree that your DMCA agent messed up, made a mistake, if they didn't get them delivered to you?**
A. I can't confirm that fact, because the human facts can be, you know, can be happened.
**Q. As opposed to an intentional mistake where he meant to mess things up?**
A. Everybody do mistakes.
**Q. It is possible that he made a mistake?**
A. I can't honestly say that the Postal Service made the mistake, because in my personal mailbox, I got a lot of mail from my neighbors, you know, that is one of the facts.
**Q. Before you get into that type of thing, let's look at Exhibit 5. (Handing.) That has the DMCA agent listed as Constantin Luchian at the North Andrews address, correct?**
A. According to this document, yes.
**Q. According to Exhibit 7, on January 14th, documents were placed in the mail to Mr. Luchian on to the North Andrews address referencing Playvid, correct?**

A. According to this document, yes.
**Q. Then according to this (Handing), someone signed for that exact package on the 20th in Fort Lauderdale, correct?**
A. According to this document, someone signed.
**Q. So, they were delivered to the North Andrews address as mandated, pursuant to the Copyright infringement?**
A. According to this document, yes, some mail was delivered to the -- to that address.
**Q. That is the same address that was on your website at that time?**
A. I can't confirm that the page printout exactly from our site, I can't confirm this document (indicating), from where.
**Q. I printed it out were your website in February of 2013?**
A. That is what you are saying, but I don't know.
**Q. I printed it out.**
A. Okay. I'm waiting for your affidavit for that.
**Q. Do you have a reason to think that there was some different information on your website than what is on that paper?**
A. I don't know. I don't know. I don't know

what from where did you get this paper (indicating).
**Q. I'm asking you if you have reason to believe that there was different information available on your website than what you represented on that piece of paper in January of 2015?**
A. I'm not try to strike any facts on our side, but I can't confirm that that was took from our site (indicating). I don't know. I can't.
**Q. What is the URL on that printout say?**
A. You can put the URL image in any image editor, you know. So I'm not going to tell you that you are a liar or something like that, I just tell you that I can't confirm the fact that this is took from my site.
**Q. I understand. I want to know whether or not you have reason to believe that your site has different information then what is represented on that page?**
A. If you want me to confirm that fact, you have to take more time, investigate was June of 2015.
**Q. Why June?**
A. January.
MR. COBB: January.
BY MR. FREEMAN:
**Q. How would you do that?**
A. I will check the different things.
**Q. Let's not beat a dead horse over an issue. Did**

**you receive anything from InCorporate Now in January of 2015?**
A. I can't recall. I can't give you confirmed information, because I have to check.
**Q. E-mails that you would have received from InCorporate Now, would you have saved those?**
A. Yes, yes we do.
**Q. So Mr. Cobb will make a request for discovery to be supplemented with regard to e-mails from InCorporate Now?**
MR. COBB: I think we went through that yesterday. I had a couple of other items.
MR. FREEMAN: I'm older than you, I have senior moments. I may have forgotten we went over it yesterday.
MR. COBB: Any complaints, yes, there's a bunch of stuff.
THE WITNESS: I want to add, that again, we didn't receive any takedown notices contained the URL's which is in the Plaintiff'S Complaint in Exhibit A. If we does receive that, those notices, we definitely processed this, as the same notices we processed in the past, which we already proved you, produced that in discovery, a lot bunch of information, thousands of pages, all of those



Bolotin,  Konstantin  01-19-2016

14

1   notices was processed, so just that.
2       Q.  In your response to the Interrogatory No. 5
3   here, did you write this?
4       A.  Um, yes, I prepared a lot of stuff for the
5   interrogatory, but I prepare.
6       Q.  Listen to my question:  My question was did
7   you write this (indicating)?  I'm going to tell you how
8   interrogatories are commonly answered.  I get some
9   information from a client, I draft the response, they
10  read the response, and then they get delivered out.  I
11  want to know whether or not you wrote this or somebody
12  else wrote it, maybe based off information that you have
13  but it makes a difference on how I'm going to question
14  you as to whether or not this was your writing or
15  drafted off of your input?
16      A.  I prepare a lot of information and our lawyer
17  serve you with the final document.
18      Q.  So these are not necessarily your words?  You
19  may have adopted them, but you didn't necessarily write
20  them?
21      A.  Maybe not 100 percent.
22      Q.  It makes a difference, because if they are
23  your words, I will ask different questions.
24      A.  Because they should translate my words into
25  your lawyer's language.  I'm not educated for those

15

1   kinds of things to write.
2       Q.  You are fine.  Did you do the research on the
3   other lawsuits filed by Hydentra?
4       A.  I did research.
5       Q.  What research?
6       A.  When?
7       Q.  When?
8       A.  What?
9       Q.  Yes.
10      A.  I went through the pacer.gov all cases you
11  opened for the last maybe 15 months or so.
12      Q.  How long have you had a PACER account?
13      A.  I can't say, I don't remember.
14      Q.  Did you have it before this lawsuit?
15      A.  Um, I can't remember.  I really can't
16  remember.
17      Q.  Did you read the cases in these cases?
18      A.  Complaint?
19      Q.  Did you read the complaints in these cases?
20      A.  What do you mean "complaint."
21      Q.  You got served with a complaint?
22      A.  Yes.
23      Q.  Did you read the complaints in these cases?
24      A.  Of course.
25      Q.  Did you have any personal knowledge as to the

16

1   validity of the allegations in the other complaints that
2   you read?
3       A.  Yes.
4       Q.  What is the basis of your personal knowledge?
5       A.  My personal knowledge that -- just can you
6   rephrase?
7       Q.  Do you have personal knowledge with regard to
8   the validity of plaintiff's allegations in these other
9   complaints that you read?
10      A.  I do, but I have to take a look at the whole
11  complaint one more time and think more.
12      Q.  What is the basis of your personal knowledge
13  about the allegations against K Porno?
14      A.  K Porno?  My personal knowledge?
15      Q.  Yes?
16      A.  I don't have any knowledge about a particular
17  case of Hydentra, exactly every single point you
18  mention.
19      Q.  I'm not asking about every single point, do
20  you have any personal knowledge about K Porno and the
21  allegations against it?
22      A.  No.
23      Q.  Do you have any personal knowledge about the
24  other websites in the complaints that you read and the
25  allegations against them?

17

1       A.  No.
2       Q.  Okay.
3       A.  Sometimes I don't understand what you are
4   asking for.  Now, I have knowledge about a new case.
5           MR. COBB:  (Indicating).
6           THE WITNESS:  It is not recorded properly.
7   BY MR. FREEMAN:
8       Q.  What is not recorded properly?
9       A.  (LAUGHTER).
10      Q.  A joke?
11          In response to Interrogatory No. 5 which you
12  referenced the statement with regard to Hydentra
13  exhibiting bad faith in attempts to misuse its
14  Copyrights.  Do you have any factual basis for the
15  belief that Hydentra misuses its Copyrights?
16      A.  All factual basis is not response and
17  discovery, we provide you thousands of pages which prove
18  all of my response in the Interrogatory No. 5.
19      Q.  So listen.  You are answering something very
20  generally, I'm asking something very specific.  What
21  facts, even if you have to reference pages in thousands
22  of pages of documents, what facts support the belief
23  that Hydentra misuses its Copyrights?
24          Strike that, let me ask you this:  What do you
25  mean that Hydentra misuses its Copyrights?  I don't know



18

1  what that means.  Can you explain that to me?
2      A.  It means that you did something wrong.
3      Q.  What?
4      A.  You already asked that.
5      Q.  I have not had an answer.
6      A.  Sorry, you ask about what Hydentra did wrong
7  in this case.
8      Q.  That is true.
9      A.  In the InCorporate, from my vision, my belief
10  that you didn't try to contact us several times and you
11  not thinking that something can happen with that mail or
12  the takedown notices that you send.  You just open
13  lawsuit.
14      Q.  Can you accept the premise that Hydentra
15  believed it served takedown notices on your DMCA agent?
16      A.  One more time, please.
17      Q.  Can you accept the premise that Hydentra
18  believed it had served takedown notices on your DMCA
19  agent in January of 2015?
20      A.  If I can accept?
21      Q.  Can you accept that for purposes of this
22  conversation, I'm not asking you to acquiesce it for the
23  purposes of the entire lawsuit, but for purposes of this
24  lawsuit, can you accept the premise that they delivered
25  the DMCA notice to your DMCA agent?

19

1      A.  It can be, but like I said, we didn't receive
2  it.
3      Q.  I understand you are saying you didn't
4  personally?
5      A.  Sun Social, too.
6      Q.  Okay.  Can you accept the premise that they
7  were delivered to the DMCA agent?
8      A.  No.
9      Q.  You can't accept that?
10      A.  No, I can't.
11      Q.  Why?
12      A.  Because we didn't receive it.
13      Q.  Because you didn't receive it?
14      A.  Sun Social Media didn't receive it.
15      Q.  Couldn't your DMCA agent have messed up?
16      A.  I can't confirm that.
17      MR. COBB:  I'm calling PETA for that horse, it
18  is being bludgeoned at this point.
19      MR. FREEMAN:  Yes.
20  BY MR. FREEMAN:
21      Q.  Do you think Hydentra has the legal
22  responsibility to contact a DMCA agent more than once?
23      A.  I don't know how it is from the legal vision,
24  but I think it is very fair to try to contact us again,
25  if we are not doing any action on the notices that you

20

1  sent.
2      Q.  Have you ever had the experience of producing
3  content?
4      A.  What?
5      Q.  Have you ever had the experience of being a
6  content producer?
7      A.  We work now with the content producers.
8      Q.  But you are not a content producer yourself?
9      A.  We don't.
10      Q.  So you have not gone to the process of
11  producing the content and the Copyrighting the content,
12  trying to protect the content?
13      A.  No.
14      Q.  Do you have any other facts that you want to
15  state with regard to the allegation that Hydentra has
16  misused its Copyrights?  I still don't know what that
17  means.  I'm asking you to clarify.
18      A.  You are the lawyer and asking me that
19  question, what that is?
20      Q.  I'm asking what facts exist.
21      A.  You just asked me what that is?
22      Q.  What are you alleging when you say Hydentra
23  misuses its Copyrights, that is correct?
24      A.  No, you asked me what is InCorporate.
25      Q.  Strike all of this.

21

1      I'm asking you what facts you allege that
2  support the allegation that Hydentra has misused its
3  Copyrights?
4      A.  We sent, like I said, we provide you in
5  discovery thousands of pages.
6      Q.  And I'm asking you what in those thousands of
7  pages you believe supports the allegation that the
8  Copyrights have been misused?  Can you point to any
9  facts as you sit here?  We are just going around in
10  circles.
11      A.  You too.
12      Q.  But I'm not the one that needs to provide
13  answers, I'm just asking the questions.
14      Can you point to any facts or all of your
15  answers going to be "somewhere in those thousands of
16  pages"?
17      A.  We didn't receive any notices.
18      Q.  That is the fact in regard for the misusing
19  the Copyright?
20      A.  It is.
21      Q.  That is fine if it is?
22      A.  It is.
23      Q.  Interrogatory 5, relating to Affirmative
24  Defense No. 2, Unclean Hands.  You stated that "It is
25  possible that Hydentra and its agents uploaded some of



Bolotin,  Konstantin  01-19-2016

22

1  the content onto Sun Social Media's websites itself to
2  manufacture fraudulently just to file the suit."
3        Do you have any personal knowledge of facts
4  that lead to you belief that Hydentra uploaded the
5  content listed in Exhibit A of the Complaint?
6      A.  Personal knowledge?  No, but we believe.
7      Q.  Why?
8      A.  Because you opened the lawsuit.
9      Q.  That is the only reason?
10     A.  I also want to refer that to Interrogatory No.
11  5, Affirmative Defense No. 1, Corporate.
12     Q.  Corporate what?
13     A.  Corporate Copyright misuse.
14     Q.  Mr. Bolotin, we just spent the last 15 minutes
15  going round and round Copyright misuse, are you --
16     A.  I refer to the misuse.  You asked me why you
17  believe, what did you ask?
18     Q.  My question only goes to what facts lead you
19  to believe that Hydentra uploaded content, the content
20  listed in Exhibit A, onto Sun Social's websites?
21        Mr. Bolotin, if you don't know, "I don't know"
22  is an acceptable answer.
23     A.  Um, I already answered that question, because
24  we believed that you guys uploading those videos.
25     Q.  Why do you believe that?

23

1      A.  Why?
2      Q.  Do you have any evidence to support that
3  belief?
4      A.  I don't have any evidence with me, any
5  evidence.
6      Q.  Do you have any knowledge of any evidence that
7  supports that belief?
8      A.  Um, not in this particular conversation.
9      Q.  Do you believe that you will have an
10  opportunity to present such evidence?
11     A.  I don't know.
12     Q.  Were you involved in the process of producing
13  the information with regard to the uploaders on -- in
14  response to discovery requests?
15     A.  Sorry, can you rephrase this?
16     Q.  Were you involved in the process of providing
17  the information relating to the uploaders of the content
18  in response to the discovery request?
19     A.  Yes.
20     Q.  So one of the requests for production, asked
21  for Sun Social to produce documentation regarding
22  uploader's user name, IP address, the date of upload,
23  that type of information, do you recall that?
24     A.  Um, not 100 percent.  Yes, I do prepare and I
25  was involved in that process, and so, but I don't

24

1  remember exactly right now what exactly was in the
2  request.
3      Q.  Fair enough.
4        In response to the request relating it to
5  those users that uploaded Hydentra's content as
6  exhibited in Exhibit A of the Complaint, I received
7  hundreds of pages of documents containing information
8  pertaining to each video, okay.  Were you involved in
9  preparing that?
10     A.  Yes.
11     Q.  Do you recall as you sit here right now, which
12  of those videos you believe were uploaded by Hydentra or
13  on Hydentra's behalf?
14     A.  I believe all videos in Exhibit A, Plaintiff's
15  Complaint, is your job, well, not your personal job,
16  somehow related to Hydentra.
17     Q.  Why do you believe that, other than the fact
18  that Hydentra filed a lawsuit?
19     A.  Why I believe -- sorry?  Can you rephrase one
20  more time?
21        MR. FREEMAN:  Just read back the question,
22     please.
23        (Whereupon, the requested portion of the
24        record was read back by the court reporter at
25        this time 2:52 p.m.).

25

1        THE WITNESS:  I don't understand this
2     question.
3  BY MR. FREEMAN:
4      Q.  Let's take a few minute break.
5        (Recess taken.)
6  BY MR. FREEMAN:
7      Q.  As you sit here today, can you point to any of
8  the specific pages that you produced /-D in discovery
9  that supports your belief that Hydentra uploaded any of
10  the videos listed in Exhibit A to the complaint?
11     A.  I can't tell you exactly which page on the
12  response, I can't supporting our Interrogatory No. 5,
13  but I will generally referring to our discovery response
14  to support the whole interrogatory answer.
15     Q.  Can you give me a classification of pages of
16  documents that were produced during discovery that may
17  contain evidence supporting the belief that Hydentra
18  uploaded any or some of the videos listed in Exhibit A
19  to the Complaint?
20     A.  Right now?
21     Q.  Yes.
22     A.  Right now, no, because it is not next to me, I
23  can't recall where anything like that.
24     Q.  You couldn't point out to me the type of
25  documents that would be there to support this belief?



Bolotin, Konstantin  01-19-2016

26

1    A.  I will tell you very assuredly, a lot of
2  things in my head is going on, I can't think and
3  remember everything that is going yesterday or before
4  yesterday, so, in that portion of time which we passed,
5  that we produced, we produced thousands of pages.  I'm
6  going to say to you to please refer to our response to
7  the request.
8    **Q.  If I were to tell you that you reviewed all of**
9  **the pages that you produced and I can't find anything in**
10 **there that supports the belief that Hydentra uploaded**
11 **these videos listed in Exhibit A the Complaint, what**
12 **would be your response to that?**
13       MR. COBB:  Object to the form.
14       You can answer.
15       THE WITNESS:  We will see in the Summary
16    Judgment.  Not at this time.  If you can't find, it
17    doesn't mean it is not there.
18  BY MR. FREEMAN:
19    **Q.  As you sit here today, the only reason that**
20 **you believe Hydentra uploaded that themselves is because**
21 **they filed this complaint and you didn't receive the**
22 **DMCA notices?**
23    A.  It is a very good strategy, you know, it is my
24  believing, it is very nice to upload and open the
25  lawsuit without second notice or second attempt after

27

1  six months, how do you protect your corporate
2  infringement materials?  It is very sure for me if after
3  six months, it is not took off from our side, shut down
4  the videos which you sent and after six months, you come
5  and say look, and open the case, for me, it looks like
6  you did that.  And I believe that.  Because I'm pretty
7  sure, that me personally or someone in some Sun Social
8  Media didn't do anything to upload videos or any
9  materials on the site.
10   **Q.  What sort of connections do you have in the**
11 **industry with video hosting sites of adult content?**
12       MR. COBB:  Object to the form.
13       You can answer.
14       THE WITNESS:  What kind of connection do I
15    have to other sites?
16  BY MR. FREEMAN:
17   **Q.  Any connection to other people that run sites**
18 **like you do?**
19    A.  I can't recall right now, maybe I do have some
20  persons, but I can't recall exactly who it was.  I do
21  have a lot of people who I know and the people do a lot
22  of businesses.  I don't remember who does exact
23  business.
24   **Q.  How would you meet these folks?**
25    A.  I usually come to the -- some AVN Show.

28

1    **Q.  You go to the AVN Show?**
2    A.  In the past I went.
3    **Q.  How many times have you been to the AVN Show?**
4    A.  For several years ongoing, so, 2014, 2013, I
5  don't remember exactly.
6    **Q.  Why go to the shows?**
7    A.  Why?
8    **Q.  Yes.**
9    A.  To find out the new connections, businesses,
10  you know, to see how we can doing business together
11  because I already mentioned yesterday that we decided
12  Findandtry, which we try to promote, so I try to find
13  out Webmasters who would promote Findandtry, but it was
14  not successful.  I try a lot.  I got a lot of
15  connections.
16    **Q.  When is the last time you went to a show?**
17    A.  I don't remember.  A few years ago.  So in 14,
18  for sure I was not there, 2015, too, but 2013, probably
19  there.
20    **Q.  Did you go to any of the panel discussions on**
21 **piracy?**
22    A.  I don't understand your question.  Can you
23  rephrase, please?
24    **Q.  Did you go to any of the panel workshops?**
25    A.  Workshops?

29

1    **Q.  So, at the shows, these trade shows, they have**
2  **panel discussions about certain topics, people talk?**
3    A.  Yes, we spoke with a lot of people who was --
4  okay.
5    **Q.  I don't mean talking to people, I mean go and**
6  **listen to a panel of people give a presentation.  Did**
7  **you attend any of those presentations?**
8    A.  No, I don't.
9    **Q.  Did you talk to people about Copyright**
10 **infringement while you were at the shows?**
11    A.  No.
12    **Q.  What steps has Sun Social done to make sure it**
13 **can make contact with its members with regard to**
14 **activities going on on the site?**
15    A.  Can you rephrase, please?
16       MR. FREEMAN:  Can we read it, please?
17       (WHEREUPON, the requested portion of the
18       record was read back at this time.)
19       THE WITNESS:  I don't want to repeat it.  I
20    don't understand the question, that is why I ask
21    you to rephrase, please.
22  BY MR. FREEMAN:
23   **Q.  So, what steps does Sun Social Media take to**
24 **ensure it can maintain contact with its members with**
25 **regard to any activities on its sites?**



Bolotin, Konstantin 01-19-2016

30

1    MR. COBB: Object to the form.
2    You can answer.
3    THE WITNESS: What steps we have with the
4    users? What connection we have with the users?
5 BY MR. FREEMAN:
6    **Q. What steps does Sun Social Media to make sure**
7 **it can maintain and obtain contact with its members with**
8 **regard to activities on its sites?**
9    A. Users has the ability to update their
10 information. We have some saved form for users and we
11 do have our support e-mails on the "contact us" page, so
12 the users have the ability to contact us at any time,
13 and also, we have some information in the InCorporate,
14 anyway, the user can contact us through the different
15 places.
16    **Q. What steps does Sun Social Media take to**
17 **ensure that Sun Social Media can maintain contact and**
18 **make contact with its members?**
19    A. I can't answer this question.
20    **Q. You can't answer or is the answer "no steps"?**
21    A. I can't answer it.
22    **Q. Why not?**
23    A. Because I still don't understand the question.
24    **Q. Mr. Bolotin, I'm struggling to believe that my**
25 **questions are that confusing. What steps does Sun**

31

1 **Social Media take to ensure that Sun Social Media can**
2 **make contact with its members?**
3    A. With the contact, you said, what steps we have
4 with the contact?
5    **Q. What steps do you take to ensure that you can**
6 **make contact with your members? You can answer. Don't**
7 **wait for me, I'm good.**
8    A. I can't answer this question.
9    **Q. Because you don't understand it?**
10    A. Because I don't understand it.
11    **Q. What don't you understand if you can point it**
12 **out to me?**
13    A. What steps Sun Social Media -- I mean, what
14 steps we do in order to communicate with our users?
15    **Q. In order to ensure you are able to contact**
16 **your users?**
17    A. We do have e-mail address from the user.
18    **Q. But you don't know whether or not they are**
19 **really real e-mail addresses, correct?**
20    A. Unfortunately, yes, maybe we will consider to
21 improve our system.
22    **Q. Is that something that is being worked on**
23 **right now?**
24    A. No, unfortunately.
25    **Q. Have you ever had any communications with your**

32

1 **programmers back in Russia, any communications with your**
2 **programmers back in Russia, the back-end programmers we**
3 **talked about yesterday, in regard to doing some sort of**
4 **e-mail verification?**
5    A. We spoke a lot of time with the programmers in
6 the system administration, we had the conversation about
7 this problem, and we always try to improve our system,
8 including the delivery system of the e-mails and also,
9 we wants to implement the features like notices, e-mail
10 notices, to the users, when they got strike or takedown
11 notice against their videos. I can tell you, that is my
12 answer, but I can also add, if you would like?
13    **Q. Go ahead.**
14    A. That for some time Google not send the e-mail
15 notification when he got the notice against our site,
16 but then for some period of time, I can't remember what
17 time it was, they start sending notification to the
18 Webmasters in order to notify them that they got the
19 notice, so...
20    **Q. Your conversations with regard to the e-mail**
21 **issues with your programmers, those occur over the**
22 **phone, e-mail, Skype?**
23    A. Skype.
24    **Q. Skype. You still have copies of those?**
25    A. What?

33

1    **Q. You still have copies of those communications?**
2    A. No.
3    **Q. What happened to those?**
4    A. Over the --
5    **Q. Oh, audio?**
6    A. Yes.
7    **Q. Any follow-up with e-mail or written**
8 **communications?**
9    A. I can't remember. I can't recall if we have,
10 but you know, this issue is very painful for us, for the
11 delivery of e-mails, and sometimes my system
12 administrator call me over Skype audio call, and tell
13 me, we have to do something with this.
14    **Q. Who is your system administrator?**
15    A. Alexy Tihonov. T-I-H-O-N-O-V.
16    **Q. Is that an alias for Anton Titov?**
17    A. No.
18    **Q. Any follow-up on these conversations with your**
19 **systems administrator over any e-mail?**
20    A. No. I can't remember 100 percent, but I can
21 definitely look it up.
22    **Q. Roman is a gentleman who works for you as an**
23 **independent contractor, correct?**
24    A. Which Roman, please?
25    **Q. Is there more than one Roman?**



34

1    A.  I know a lot of Romans, I just want to know
2  exactly who we are talking about.
3      Q.  You testified yesterday about a Roman that
4  reviews the videos, the moderator and you pay him $700 a
5  month to do so, his last name?
6      A.  Chichenkov, if we are talking about
7  Chichenkov, then we can continue.
8      Q.  Is there another Roman that works for you that
9  you don't want to talk about?
10     A.  No, we had maybe in the past some Romans.
11     Q.  What training in the past did Roman receive
12  from Sun Social Media in relation to reviewing videos?
13     A.  I instruct him on how to moderate the video,
14  how to use the UI interface on our admin panel in order
15  to proper moderate the videos and restrict to come up on
16  the site without reviewing.  It is a big issue, because
17  we got a lot of videos, and we still have in pending 30,
18  or 30 percent of whole videos we have.
19     Q.  Approximately how many videos do you have in
20  pending?
21     A.  40,000.
22     Q.  How many videos do you have displayed between
23  the four sites?
24     A.  Combined all sites, you mean?
25     Q.  Yes.

35

1    A.  I can't say exactly a number.
2      Q.  Is there a different pending folder depending
3  on what site the video is uploaded to?
4      A.  Yes, it is different.  I'm talking now
5  Playvid, because it is the biggest site we have.  That
6  is why it still has the huge line for the moderation
7  process.  We try to force and quickly process this.  We
8  are very overloaded in that particular quarter.
9      Q.  Do you notice a change in revenue for the
10  company, the more videos are processed from pending into
11  approved by the moderator?
12     A.  If there's some changes, once we moderate the
13  video, is that your question?
14     Q.  I'm wondering the more unique videos that get
15  put on the site, do you see a change in revenue for the
16  firm?
17     A.  No, not really, our revenue not so much change
18  month to month.
19     Q.  Why spend the $700 a month to add more videos
20  at all?
21     A.  Why spend to add more videos?
22     Q.  Yes.
23     A.  I don't understand this question.
24     Q.  Why do you spend the money, $700 a month, to
25  pay a moderator to review and put up videos, if the

36

1  addition of new videos don't alter your revenue stream?
2      A.  Because our biggest concern is about child
3  pornography.
4      Q.  How does the concern about child pornography -
5  - so, I see how you interpreted my question.
6          Why add the videos at all?
7      A.  Why add the videos at all?
8      Q.  Yes.
9          If the addition of new videos don't show an
10  increase in revenue for the company, why add videos at
11  all?
12     A.  We don't add any videos, we moderate the
13  videos, Sun Social, once we moderate the videos, the
14  videos come up on display on the site.  The reason why
15  is because the people want to see their videos on the
16  home page and search results, but we can't let them go
17  without any review.
18     Q.  You say "people want to see the videos they
19  post on the home page," how do you know that is what
20  they want, they send you e-mails or are you speculating?
21     A.  No, we got some e-mails, "why is my video not
22  converting?  Why is my video not viewing?", in the past
23  from the users.  We got a lot of support requests from
24  the users which --
25     Q.  Did you save those e-mails?

37

1    A.  Probably yes, but I can't tell you for sure,
2  but now we have our ticketing system, internal ticketing
3  system, which we will by ourselves inhouse, and we store
4  every single e-mail which convert into this the ticket.
5      Q.  So Roman reviews these videos for child
6  pornography, animal stuff, things that are inappropriate
7  and things that don't fit the website, and I'm wondering
8  what sort of training do you give him to be able to
9  accurately, some things are obvious?
10     A.  It is obvious.
11     Q.  Some are obvious?
12     A.  For example, animal.
13     Q.  Some child pornography may not be so obvious,
14  is that not possible?
15         MR. COBB:  I'm going to object as to
16  relevance.  I don't think we are talking about a
17  child pornography case today.
18         MR. FREEMAN:  We are not.
19         MR. COBB:  In that case, I'm bringing in
20  criminal counsel, that is over my head.
21         THE WITNESS:  I'm going to instruct Roman if
22  you see any reason to think that the video has
23  under 18, in the screenshots we have in the
24  moderation process, "take it down, take this off
25  immediately."



Bolotin,  Konstantin  01-19-2016

38

1  BY MR. FREEMAN:
2      **Q.  Have you ever had a takedown notice that you**
3  **acted on result in the user producing to you, proving**
4  **they had a right for the video?**
5      A.  The right notice, no, but users give us a
6  notice stating that we have rights to post the videos
7  and material from the studios, so to our websites, those
8  e-mails, for sure, we have.
9      **Q.  How often does that happen?**
10     A.  Because that was recently.  We just got
11  request from the user, which wants to follow up with us
12  on this question.
13     **Q.  Who is the content producer with the takedown**
14  **notice on that one?**
15     A.  This user -- I can't say 100 percent if he has
16  the rights, but he's stating that he has the rights and
17  wants to upload the videos to our site.
18     **Q.  Who is the content producer that gave you the**
19  **takedown notice?**
20     A.  Different studios, oh, you mean --
21     **Q.  On this particular instance who was the**
22  **content user?**
23     A.  If your question is what studios sent takedown
24  notices against his videos?
25     **Q.  Yes.**

39

1      A.  I can't confirm that fact.  I can only confirm
2  the fact that we got from the users e-mails which
3  stating that they had the rights.  I thought your
4  question was about if we have some sort of those kind of
5  e-mails?  Yes, we do have those.
6      **Q.  Anything to do with Hydentra content?**
7      A.  Maybe this user has the rights to upload the
8  videos, but I'm not sure, I didn't specify him, and ask
9  him what kind of content you have or anything like that,
10  because we are --
11         MR. FREEMAN:  Mr. Cobb, if it comes up with
12     any of these allegations or support for rights to
13     use videos has to do with Hydentra content, I think
14     it would supplement some of the discovery request.
15         MR. COBB:  No problem, with the condition that
16     you don't make me drive through 5 o'clock traffic
17     today.
18         MR. FREEMAN:  What time is that?
19         MR. COBB:  Kidding.
20  BY MR. FREEMAN:
21     **Q.  Other than what you are telling him to do what**
22  **is obvious, do you give him any other type of training**
23  **to review those videos?**
24     A.  Let me think a little bit.  Also, we got some
25  notices of users reporting that videos has the wrong

40

1  category, which the user peek on their videos.  Once we
2  got those kinds of requests, Roman opened the video and
3  the screenshots and he didn't check, he just remove by
4  request, the wrong category that the user mentioned in
5  their request, so that is another training I got to him.
6      **Q.  So he reviews what is tagged or description**
7  **provided by the user, as well?**
8      A.  He not reviewing very carefully, but he's
9  watching on spamming in the description.
10     **Q.  What would be considered spamming in the**
11  **description?**
12     A.  A lot of times the people put their URL's, in
13  order to get the links from us, so we can consider that
14  spam.
15     **Q.  So he's looking out for that?**
16     A.  He's looking, yes, for example, ten times one
17  site and the description, what is he doing, actually, he
18  just click on the description button and the description
19  disappears.
20     **Q.  He deletes part of it or the whole thing?**
21     A.  The video?
22     **Q.  Not the video, the description.**
23     A.  The description, the whole thing is deleted.
24  He not modify the description, he doesn't have that
25  option in our admin panel system.  He doesn't have the

41

1  option to modify the title.
2      **Q.  Could you program it so that he could have**
3  **that option?**
4      A.  We can program this, but like I mentioned
5  yesterday, this is not our property.  We can't do
6  anything with this.  This is user's property, so that is
7  because we didn't program this feature available. It is
8  possible to program, everything is possible.
9      **Q.  In your Affirmative Defenses, you allege that**
10  **Hydentra failed to mitigate its damages, what facts are**
11  **you aware of that support the allegation that Hydentra**
12  **failed to mitigate its damages?**
13         MR. COBB:  Briefly, before you go into that,
14     can you clarify if we are under the 30(b)(6) or
15     individual capacity for the last two hours?
16         MR. FREEMAN:  Individual capacity, because he
17     helps draft the responses to these interrogatories.
18         MR. COBB:  You pointed to him?
19         MR. FREEMAN:  No, you can't see my screen, I'm
20     pointing to the interrogatories.
21         MR. COBB:  I thought you were pointing at him.
22     Are we in the corporate or individual capacity?
23         MR. FREEMAN:  Individual.
24  BY MR. FREEMAN:
25     **Q.  Other than my take on yesterday, I'm pining to**



42

1  make it the whole corporate capacity, my take on
2  yesterday, we had one question left over from yesterday,
3  we took care of, to be on the straight up-and-up, the
4  rest is Mr. Bolotin.
5       MR. COBB:  Okay.
6       MR. FREEMAN:  Maybe it changes things later,
7  maybe it doesn't.
8       MR. COBB:  All of the programming questions
9  seems to be stuff we covered yesterday, as well.
10      MR. FREEMAN:  Yes.  Yes.  But not all.  There
11  was a little tiny.
12      THE WITNESS:  He was interested in the
13  programer stuff.
14      MR. COBB:  I wanted to clarify under what
15  notice we were proceeding.
16 BY MR. FREEMAN:
17      Q.  So back to the question on failure to
18  mitigate, what facts are you aware of that support the
19  assertion that Hydentra failed to mitigate its damages?
20      A.  Please, I can't answer, the same answer as
21  before, please refer to our response to the request in
22  discovery.  That is all I can add.
23      Q.  Is that because you don't know of any facts as
24  you sit here right now?
25      A.  I'm not going to answer on this particular

43

1  question.  I already answer it as much as I can.
2       Q.  Is that because you don't know sitting here
3  right now?
4       A.  I do know a lot of information, but I don't
5  want to, you know, say something about this.
6       MR. COBB:  For the purposes of everybody's
7  health, safety and welfare in today's deposition,
8  that is how he's going to answer that question with
9  respect to the affirmative defenses.  I'm assuming
10  we are going to see a very strongly worded portion
11  of the motion for summary judgment based on those
12  answers, to avoid a continued back and forth on
13  that, that is his answer as I heard it.
14      As it relates to all of the affirmative
15  defenses, he's going to refer to the Interrogatory
16  Answers and the documents produced.  We can either
17  continue to go round and round.  I can see your
18  face get really red.  I know you box with four-
19  ounce gloves, you can snap at any minute.
20      MR. FREEMAN:  If you are willing to stipulate
21  that that is his response to my questions with
22  regard to the affirmative defenses?
23      MR. COBB:  Yes.
24      MR. FREEMAN:  I'm willing to allow that to end
25  this part of it.

44

1       MR. COBB:  Yes.
2       MR. FREEMAN:  Fair enough.
3  BY MR. FREEMAN:
4       Q.  We had talked yesterday in your capacity as a
5  corporate rep with regard to advertisements that you
6  only deal with advertising brokers; is that right?
7       A.  Yes.
8       Q.  There's a page on your website, at least for
9  Playvid.com, that allows somebody to explore advertising
10  with you; is that right?
11      A.  In order to contact us, yes, we do have that
12  page, I confirm that.
13      Q.  Is that used very often or is it something
14  that is just there?
15      A.  It is used very often by the people, but we
16  usually respond on those requests that all advertisement
17  spots are sold out for the long-term agreements.
18      Q.  Are all of your advertising spots sold out for
19  the long term at this point?
20      A.  Um, they keeping, you know, our relationship
21  for the long time, that is why I'm responding that way,
22  to the users.
23      Q.  Do you ever direct anybody that may make an
24  inquiry about advertising to your brokers?
25      A.  One more time, please, rephrase.

45

1       Q.  Do you ever direct somebody who makes an
2  inquiry with you directly, do you ever point them to
3  your brokers for them to potentially get advertising
4  space?
5       A.  I can't remember right now, maybe I was
6  directed to the brokers, but I can't remember, I can't
7  state that for sure.  I was asking by our brokers to
8  forward all inquiries to our brokers, but I can't
9  remember if I forwarded some to our brokers, but we
10  usually respond.
11      Q.  How do you expand -- increase your revenue and
12  hopefully increase your net profit for the business?
13      A.  Rephrase, please.
14      Q.  Do you have plans, do you want to expand your
15  revenue for the business?
16      A.  Yes, we could.
17      Q.  How would you do that?
18      A.  We would like to using more and more video
19  content producers.  Like we start recently a
20  relationship with the Browsers and the whole group
21  pretty much.
22      Q.  The whole group pretty much, meaning?
23      A.  Mindgeek.
24      Q.  Mindgeek?
25      A.  Mindgeek, as you probably know, Mindgeek has



Bolotin, Konstantin 01-19-2016

46

1 the different studios. So, and we start working with
2 them. We start with the Browsers first and we keep
3 moving.
4 **Q. So I want to make sure I understand how you**
5 **intend you think you are going to increase your**
6 **revenues.**
7 **Let me ask it this way: Your revenue is based**
8 **off of monies that the ad brokers pay you, and that is**
9 **based off of the number of unique visitors on a monthly**
10 **basis sent to whoever the advertisers are that have**
11 **essentially secured the space through the ad brokers,**
12 **right?**
13 A. Yes.
14 **Q. So your is to utilize your relationship with**
15 **Mindgeek or Browsers to increase the traffic to your**
16 **site, which should then increase traffic to the**
17 **different advertisers or now you are looking at a**
18 **different revenue stream?**
19 A. Different revenue stream.
20 **Q. Tell me that stream.**
21 A. First of all, the different stream, and the
22 second the Browsers is very popular. We expect more
23 traffic to our site when we add, when we have the
24 Browsers video officially.
25 **Q. But the more traffic to your site would**

47

1 **translate in more traffic to the advertiser's site,**
2 **which is more money they send to you for the traffic you**
3 **send to them?**
4 A. No. When the users will see -- the whole idea
5 is content provider, open official channel, upload
6 videos, then users start following these channels, start
7 sharing those videos, start sharing with their friends,
8 and we start getting more traffic, and that is how we
9 expect to increase traffic.
10 **Q. How does increased traffic to you equate to**
11 **increased revenue?**
12 A. Increasing the revenue, the second stream we
13 want to open, is that we will put the banner right next
14 to the official videos instead of the broker's
15 advertisement, we put the Browsers' advertisement, which
16 will direct users to -- drive users to the Browser site
17 and the users will purchase the membership with the
18 Browsers.
19 **Q. You will become an affiliate for Browsers?**
20 A. Yes.
21 **Q. Will you move away from at that point the**
22 **advertising-based model you have now or you do both at**
23 **the same time?**
24 A. We do both at the same time, so we will -- it
25 is very fair with content providers to do this, because

48

1 if the content providers offer us videos, so we should
2 give them some legitimate response from us, from our
3 site, so in that way, we will put their posts, they got
4 more traffic, and they got more new customers, as well.
5 And we also will be getting the money, revenue share
6 from the studios, as well.
7 **Q. Yes.**
8 A. That is the new stream that we want to use.
9 **Q. Yes.**
10 **Would you also anticipate some of the increase**
11 **traffic to your site may increase the value you get out**
12 **of the ad brokers, or you just anticipate that to remain**
13 **the same or maybe even dwindle away?**
14 A. We are not thinking about it, but we will
15 consider it, we will see.
16 **Q. You think the content producer channel has**
17 **more of a chance to be a revenue stream than what you**
18 **have been experiencing?**
19 A. I think yes.
20 **Q. And safer?**
21 A. Not --
22 **Q. As far as DMCA is concerned?**
23 A. This is not the concern. I'm concerned more -
24 - I mean, the brokers itself, who broker advertise with
25 us, the same studios, so it means logically, that it is

49

1 very profitable to pay the broker show up the advertise
2 and getting paid back from the money that which invest
3 to the broker, so I assumed that if we start working
4 with the studios, it will be more profitable to do
5 directly without the broker.
6 **Q. Right, right, right.**
7 A. You understand?
8 **Q. I do.**
9 **Let's take a little break. Let me run through**
10 **my notes, see what, if anything, I have more.**
11 MR. COBB: Perfect.
12 (Recess taken.)
13 BY MR. FREEMAN:
14 **Q. I just have what is intended to be one more**
15 **question, it might expand into some follow-ups.**
16 **Is it possible for your programmers on the**
17 **back-end programmers to program into the Sun Social**
18 **Media sites what would essentially be a block of names**
19 **from being used in meta tags, for instance, the user**
20 **puts in the name "Sex Art," can you program a block so**
21 **that the term "Sex Art" doesn't get used in the meta**
22 **tags in your site?**
23 A. It is possible to build that, and I think we
24 already have that. Also, we have some feature that
25 restricts you from the suggestions in the search bar,

50

1  some specific words, but it is very hard to maintain,
2  because as of today, we have user searchers in our
3  database more than 1.3 million key words in our database
4  that the users try to search.  We can't block particular
5  key words.
6      **Q.  You cannot?**
7      A.  We can.  If you have particular, but the
8  phrases for example, Met Art, in your case, if the user
9  searching Met Art, it can be Met-Art, MetArt altogether.
10     **Q.  There's different variations?**
11     A.  Different variations.  That is why we have 1.3
12  million phrases, we can't identify the whole thing, but
13  we have some sort of sorting of the phrases.
14     **Q.  Does your system record every time a user**
15  **searches on a specific key word?**
16     A.  We do not record for each specific user, but
17  we do record the point when the user is searching.  We
18  are not linking the user searches.
19     **Q.  When you do link the search, you record that?**
20     A.  We record what the people searching, but we
21  are not linking the users to the searches.
22     **Q.  Do you understand the concerns with regard to**
23  **the use of the trademarks MetArt and SexArt in the Sun**
24  **Social sites metadata meta tags?**
25     A.  What do you mean?

51

1      **Q.  Do you understand why that concerns my client?**
2      A.  Yes, I understand, yes.
3      **Q.  So you understand that the concern is somebody**
4  **who is just running a general organic search on the**
5  **Internet may want to see my client's stuff, for example,**
6  **type in SexArt and then the Internet search engine finds**
7  **your site, because SexArt is in the meta tags in your**
8  **site, rather than finding my client's site, do you**
9  **understand that concern?**
10     A.  Yes, I understand.
11     **Q.  Do you understand that is why my client**
12  **doesn't want its trademarks in your metadata, they don't**
13  **want that confusion?**
14     A.  We can block particular meta tags texts in
15  order to, for the future use, and we can also terminate,
16  I mean delete meta tags from all videos that we have by
17  your request, but you have to specify exact term, exact
18  phrase.
19     **Q.  Whether it is meta tags together, MetArt?**
20     A.  Definitely, we can do this, it probably
21  already exists.
22     **Q.  Okay.**
23     A.  Because I remember we got some complaint from
24  the content provider that says "please block tag this
25  one," what we respond to him, that we blocked this tag,

52

1  and we removed from all videos, so once the next time
2  user try to put this tag into the video, our system says
3  something restrict, so it is our system not allowed to
4  add this tag for video, so we have that system already
5  exist for some sites.  I have to, you know, I have to
6  check which site has that, because in the past for
7  particular site, I don't remember which one.
8      **Q.  Okay.  Okay.  I don't have anything further.**
9         MR. FREEMAN:  We are going off the record.
10  Determination for signing or waiving?
11         MR. COBB:  Um, because it was kind of mixed,
12  read all of it.
13         (CONCLUDED:  4:02 P.M.)
14
15
16
17
18
19
20
21
22
23
24
25

53

1  DATE:   JANUARY 26, 2016
2  TO:    KONSTANTIN BOLOTIN
   c/o    BRADY COBB, ESQUIRE
3
   IN RE:  HYDENTRA V. LUCHIAN
4
   CASE NO: 1:15-cv-22134-UU
5
6  Dear Mr. Bolotin,
     Please take notice that on January 19, 2016, you
7  gave your deposition in the above-referenced matter.  At
   that time, you did not waive signature.  It is now
8  necessary that you sign your deposition.  You may do so
   by contacting your own attorney or the attorney who took
9  your deposition and make an appointment to do so at
   their office.  You may also contact our office at the
10  below number, Monday - Friday, 9:00 AM - 5:00 PM, for
   further information and assistance.
11     If you do not read and sign your deposition within
   thirty (30) days, the original, which has already been
12  forwarded to the ordering attorney, may be filed with
   the Clerk of Court.
13     If you wish to waive your signature, sign your name
   in the blank at the bottom of this letter and promptly
14  return it to us.
15
   Very truly yours,
16
17  _____
   Melissa Kallas
18  Universal Court Reporting
   (954) 712-2600
19
20
   I do hereby waive my signature.
21
22
23  _____
   Konstantin Bolotin
24  cc: via transcript:        Brady Cobb, Esquire
25



877.291.3376
www.UCRinc.com

54

```
1              CERTIFICATE OF OATH
2   STATE OF FLORIDA
3   COUNTY OF MIAMI-DADE
4
5      I, MELISSA KALLAS, the undersigned authority,
6   certify that KONSTANTIN BOLOTIN, personally appeared
7   before me and  was duly sworn.
8      Witness my hand and official seal this 19th day of
9   January, 2016.
10
11
12
13
14
   _____
15  MELISSA KALLAS
    NOTARY PUBLIC, STATE OF FLORIDA
16  Commission No.:  EE 206253
    Commission Exp:  6/10/2017
17
18
19
20
21
22
23
24
25
```

56

```
1                ERRATA SHEET
2   I wish to make the following changes, for the following
    reasons:
3
    PAGE NO.  LINE NO.
4   _____  _____  CHANGE_____
5            REASON_____
6   _____  _____  CHANGE_____
7            REASON_____
8   _____  _____  CHANGE_____
9            REASON_____
10  _____  _____  CHANGE_____
11           REASON_____
12  _____  _____  CHANGE_____
13           REASON_____
14  _____  _____  CHANGE_____
15           REASON_____
16  _____  _____  CHANGE_____
17           REASON_____
18  _____  _____  CHANGE_____
19           REASON_____
20  _____  _____  CHANGE_____
21           REASON_____
22  _____  _____  CHANGE_____
23           REASON_____
24  _____       _____
25   SIGNATURE            DATE
```

55

```
1            CERTIFICATE OF REPORTER
2   STATE OF FLORIDA
3   COUNTY OF BROWARD
4
5      I, MELISSA KALLAS, Court Reporter and Notary Public
6   for the State of Florida, do hereby certify that I was
7   authorized to and did stenographically report the
8   deposition of KONSTANTIN BOLOTIN;  the foregoing
9   testimony was taken before me; that a review of the
10  transcript was requested; and that the transcript is a
11  true and correct record of my stenographic notes.
12     I further certify that I am not a relative,
13  employee, attorney or counsel of any of the parties, nor
14  am I a relative or employee of any of the parties'
15  attorney or counsel connected with the action, nor am I
16  financially interested in the action.
17     Dated this 26th day of January, 2016.
18
19
20
21
22
   _____
23  MELISSA KALLAS, COURT REPORTER
    NOTARY PUBLIC, STATE OF FLORIDA
24
25
```



877.291.3376
www.UCRinc.com

Bolotin,   Konstantin   01-19-2016      Page 1 of 12

| | | | |
|---|---|---|---|
| **$** | **20th** 11:3 | **954.527.4111** 2:13 | **admin** 34:14 40:25 |
| **$700** 34:4 35:19,24 | **253** 2:9 | **98402** 2:8 | **administration** 32:6 |
| | **26** 53:1 | | |
| **1** | **2680** 1:21 | **A** | **administrator** 33:12,14,19 |
| **1** 22:11 | **26th** 55:17 | **A.M** 1:19 | **adopted** 14:19 |
| **1.3** 50:3,11 | | **AARON** 2:3 | **adult** 27:11 |
| **1/2** 2:8 | **3** | **AB@BEHARBEHAR.COM** 2:6 | **advertise** 48:24 49:1 |
| **1:15-ev-22134-UU** 53:4 | **30** 34:17,18 53:12 | **ability** 30:9,12 | **advertisement** 44:16 47:15 |
| **10:14** 1:19 | **30(b)(6** 41:14 | **able** 31:15 37:8 | **advertisements** 44:5 |
| **100** 8:21 14:21 23:24 33:20 38:15 | **33131** 1:22 | **above-referenced** 53:7 | **advertisers** 46:10,17 |
| **1107** 2:8 | **33304** 2:13 | **accept** 18:14,17,20,21,24 19:6,9 | **advertiser's** 47:1 |
| **1-20** 1:12 | **33326** 2:5 | **acceptable** 22:22 | **advertising** 44:6,9,18,24 45:3 |
| **14** 28:17 | **383-4500** 2:9 | **according** 10:22,23 11:1,2,5,9 | **advertising-based** 47:22 |
| **14th** 10:23 | **3RD** 2:12 | **account** 15:12 | **affidavit** 11:20 |
| **15** 15:11 22:14 | | **accurately** 37:9 | **affiliate** 47:19 |
| **15-cv-22134-UU** 1:3 | **4** | **acquiesce** 18:22 | **affirmative** 21:23 22:11 41:9 43:9,14,22 |
| **18** 37:23 | **4:02** 52:13 | **acted** 38:3 | |
| **1840** 2:4 | **40,000** 34:21 | **action** 19:25 55:15,16 | **against** 16:13,21,25 32:11,15 38:24 |
| **19** 1:18 53:7 | | **activities** 29:14,25 30:8 | **agent** 8:24 9:7 10:4,5,19 18:15,19,25 19:7,15,22 |
| **19th** 54:8 | **5** | **actually** 40:17 | |
| | **5** 3:3 6:8,11,24 10:19 14:2 17:11,18 21:23 22:11 25:12 39:16 | **ad** 46:8,11 48:12 | **agents** 21:25 |
| **2** | **5:00** 53:10 | **add** 13:18 32:12 35:19,21 36:6,7,10,12 42:22 46:23 52:4 | **ago** 28:17 |
| **2** 1:21 21:24 | | | **agreements** 44:17 |
| **2:11** 1:19 | **6** | **addition** 36:1,9 | **ahead** 32:13 |
| **2:52** 24:25 | **6/10/2017** 54:16 | **address** 9:15 10:21,25 11:7,10,11 23:22 31:17 | **Alexy** 33:15 |
| **20** 9:15 | **642** 2:12 | | **alias** 33:16 |
| **2013** 11:17 28:4,18 | **688-7642** 2:5 | **addresses** 31:19 | **allegation** 20:15 |
| **2014** 28:4 | | | |
| **2015** 8:24 9:8,16 12:5,18 13:2 18:19 28:18 | **7** | | |
| | **7** 10:23 | | |
| **2016** 1:18 53:1,7 54:9 55:17 | **712-2600** 53:18 | | |
| **206253** 54:16 | **9** | | |
| | **9:00** 53:10 | | |
| | **954** 2:5 53:18 | | |



877.291.3376
www.UCRinc.com

21:2,7 41:11

**allegations** 16:1,8,13,21,25 39:12

**allege** 21:1 41:9

**alleging** 20:22

**allow** 43:24

**allowed** 52:3

**allows** 44:9

**already** 13:23 18:4 22:23 28:11 43:1 49:24 51:21 52:4 53:12

**alter** 36:1

**altogether** 50:9

**am** 7:19 53:10 55:12,14,15

**Andrews** 10:20,25 11:6

**animal** 37:6,12

**answer** 5:22 8:8 18:5 22:22 25:14 26:14 27:13 30:2,19,20,21 31:6,8 32:12 42:20,25 43:1,8,13

**answered** 14:8 22:23

**answering** 17:19

**answers** 7:17 21:13,15 43:12,16

**anticipate** 48:10,12

**Anton** 33:16

**anybody** 44:23

**anything** 13:1 25:23 26:9 27:8 39:6,9 41:6 49:10 52:8

**anyway** 30:14

**APPEARANCES** 2:1

**appeared** 54:6

**appointment** 53:9

**approved** 35:11

**Approximately** 34:19

**argue** 10:2

**Art** 49:20,21 50:8,9

**assertion** 42:19

**assistance** 53:11

**ASSOCIATES** 1:20

**assumed** 49:3

**assuming** 43:9

**assuredly** 26:1

**attempt** 26:25

**attempts** 17:13

**attend** 29:7

**attorney** 53:9,12 55:13,15

**audio** 33:5,12

**authority** 54:5

**authorized** 55:7

**available** 12:3 41:7

**AVENUE** 2:8,12

**AVN** 27:25 28:1,3

**avoid** 43:12

**aware** 6:4 41:11 42:18

**away** 47:21 48:13

---
**B**
---

**back-end** 32:2 49:17

**bad** 17:13

**banner** 47:13

**bar** 49:25

**based** 7:23,24 14:12 43:11 46:7,9

**basis** 6:4 16:4,12 17:14,16 46:10

**BCOBB@COBBE DDY.COM** 2:14

**beat** 12:25

**become** 47:19

**behalf** 1:18 2:2,10 24:13

**BEHAR** 2:3

**belief** 8:23 9:6 17:15,22 18:9 22:4 23:3,7 25:9,17,25 26:10

**believe** 6:5 7:1,6,8,11,23,24 8:10 9:22,23 12:2,15 21:7 22:6,17,19,25 23:9 24:12,14,17,19 26:20 27:6 30:24

**believed** 6:11 18:15,18 22:24

**believing** 26:24

**biggest** 35:5 36:2

**BISCAYNE** 1:20,21

**bit** 39:24

**blank** 53:14

**block** 49:18,20 50:4 51:14,24

**blocked** 51:25

**bludgeoned** 19:18

**BLVD** 1:21

**Bolotin** 1:8,17 3:2

5:1,7 22:14,21 30:24 42:4 53:2,6,23 54:6 55:8

**bottom** 53:14

**box** 43:18

**Brady** 2:11 53:2,24

**break** 25:4 49:9

**Briefly** 41:13

**bringing** 37:19

**broker** 48:24 49:1,3,5

**brokers** 44:6,24 45:3,6,7,8,9 46:8,11 48:12,24

**broker's** 47:14

**BROWARD** 55:3

**Browser** 47:16

**Browsers** 45:20 46:2,15,22,24 47:15,18,19

**BRYN** 1:20

**build** 49:23

**built** 8:14

**bunch** 13:17,24

**business** 27:23 28:10 45:12,15

**businesses** 27:22 28:9

**button** 40:18

---
**C**
---

**c/o** 53:2

**capacity** 5:2 41:15,16,22 42:1 44:4

**care** 42:3

**carefully** 40:8



case 1:3 7:5,21,25
  16:17 17:4 18:7
  27:5 37:17,19
  50:8 53:4

cases
  15:10,17,19,23

category 40:1,4

cc 53:24

certain 29:2

CERTIFICATE
  54:1 55:1

certify 54:6 55:6,12

chance 48:17

change 35:9,15,17
  56:4,6,8,10,12,14,
  16,18,20,22

changes 35:12 42:6
  56:2

channel 47:5 48:16

channels 47:6

check 12:24 13:4
  40:3 52:6

checked 7:16

Chichenkov 34:6,7

child 36:2,4
  37:5,13,17

circles 21:10

claims 7:15

clarify 20:17 41:14
  42:14

classification 25:15

clear 6:8,11,25 8:9

Clerk 53:13

click 40:18

client 14:9 51:1,11

client's 51:5,8

Cobb 2:11,12 5:22
  7:21 12:21

13:8,11,16 17:5
  19:17 26:13 27:12
  30:1 37:15,19
  39:11,15,19
  41:13,18,21
  42:5,8,14 43:6,23
  44:1 49:11 52:11
  53:2,24

COM 1:11,12

Combined 34:24

comes 39:11

COMMERCE 2:4

Commission 54:16

commonly 14:8

communicate 31:14

communications
  31:25 32:1 33:1,8

companies 7:13

company 8:3 35:10
  36:10

company's 8:6

complaint 13:20
  15:18,20,21 16:11
  22:5 24:6,15
  25:10,19 26:11,21
  51:23

complaints 13:16
  15:19,23
  16:1,9,24

comply 8:10

complying 8:21

concern 36:2,4
  48:23 51:3,9

concerned 48:22,23

concerns 50:22
  51:1

CONCLUDED
  52:13

condition 39:15

confirm 9:9,24 10:8
  11:13,14
  12:7,13,17 19:16
  39:1 44:12

confirmed 13:3

confusing 30:25

confusion 51:13

connected 55:15

connection
  27:14,17 30:4

connections 27:10
  28:9,15

consider 31:20
  40:13 48:15

considered 40:10

Constantin 1:7
  10:20

contact 18:10
  19:22,24 29:13,24
  30:7,11,12,14,17,
  18 31:2,3,4,6,15
  44:11 53:10

contacting 53:9

contain 25:17

contained 13:19

containing 24:7

content 8:6
  20:3,6,7,8,11,12
  22:1,5,19 23:17
  24:5 27:11
  38:13,18,22
  39:6,9,13 45:19
  47:5,25 48:1,16
  51:24

continue 34:7 43:17

continued 43:12

contractor 33:23

conversation 5:18
  18:22 23:8 32:6

conversations

32:20 33:18

convert 37:4

converting 36:22

copies 32:24 33:1

Copyright 6:20,23
  7:2,10,11 11:7
  21:19 22:13,15
  29:9

Copyrighting 20:11

Copyrights
  17:14,15,23,25
  20:16,23 21:3,8

corporate 5:9
  22:11,12,13 27:1
  41:22 42:1 44:5

corporation 1:4,8

correct 5:14 8:24
  9:11 10:21,25
  11:4 20:23 31:19
  33:23 55:11

CORRECTED
  1:16

counsel 2:1 37:20
  55:13,15

COUNTY 1:2 54:3
  55:3

couple 13:12

course 5:20,21
  15:24

court 1:1 5:3 24:24
  53:13,18 55:5,23

covered 42:9

criminal 37:20

customers 48:4

——————
        D
——————

d/b/a 1:4,9

damages 41:10,12
  42:19



database 50:3

date 23:22 53:1
56:25

Dated 55:17

day 54:8 55:17

days 53:12

dead 12:25

deal 44:6

Dear 53:6

decided 28:11

Defendants 1:13
2:10

defense 8:20 21:24
22:11

defenses 41:9
43:9,15,22

definitely 13:22
33:21 51:20

delete 51:16

deleted 40:23

deletes 40:20

delivered 9:7,15
10:4,7 11:6,10
14:10 18:24 19:7

delivery 9:19 32:8
33:11

depending 35:2

deposition 1:17 5:8
9:11 43:7
53:7,8,9,11 55:8

description 4:2
40:6,9,11,17,18,2
2,23,24

Determination
52:10

difference 14:13,22

different 11:23
12:3,15,24 14:23
30:14 35:2,4

38:20
46:1,17,18,19,21
50:10,11

direct 3:3 5:5 44:23
45:1 47:16

directed 45:6

directly 45:2 49:5

disappears 40:19

discovery 8:17,19
13:8,24 17:17
21:5 23:14,18
25:8,13,16 39:14
42:22

discussions 28:20
29:2

display 36:14

displayed 8:6 34:22

DISTRICT 1:1

DMCA 8:11,21,24
9:6,7,19 10:4,5,19
18:15,18,25
19:7,15,22 26:22
48:22

document 9:19
10:22 11:1,5,9,14
14:17

documentation
23:21

documents 10:24
17:22 24:7
25:16,25 43:16

done 5:17 29:12

draft 14:9 41:17

drafted 14:15

drive 39:16 47:16

duly 5:3 54:7

during 9:10 25:16

dwindle 48:13

E

EDDY 2:12

editor 12:10

educated 14:25

EE 54:16

either 43:16

else 7:25 14:12

e-mail 2:9 31:17,19
32:4,9,14,20,22
33:7,19 37:4

e-mails 13:5,9
30:11 32:8 33:11
36:20,21,25 38:8
39:2,5

employee 55:13,14

engine 51:6

ensure 29:24 30:17
31:1,5,15

entire 18:23

equate 47:10

ERRATA 56:1

especially 6:8

ESQ 2:7

Esquire 2:3,11 3:3
53:2,24

essentially 46:11
49:18

Everybody 10:12

everybody's 43:6

everything 8:22
26:3 41:8

evidence
23:2,4,5,6,10
25:17

exact 11:3 27:22
51:17

exactly 6:22 11:13
16:17 24:1 25:11

27:20 28:5 34:2
35:1

EXAMINATION
3:1,3 5:5

example 37:12
40:16 50:8 51:5

excellent 8:13,16

Exhibit 10:19,23
13:21 22:5,20
24:6,14 25:10,18
26:11

exhibited 24:6

exhibiting 17:13

EXHIBITS 4:1,2,3

exist 20:20 52:5

exists 51:21

Exp 54:16

expand 45:11,14
49:15

expect 46:22 47:9

experience 20:2,5

experiencing 48:18

explain 18:1

explore 44:9

F

face 43:18

fact 9:21 10:8
12:13,17 21:18
24:17 39:1,2

facts 5:16 6:3
10:9,17 12:6
17:21,22 20:14,20
21:1,9,14 22:3,18
41:10 42:18,23

factual 17:14,16

failed 41:10,12
42:19

failure 42:17



fair 19:24 24:3 44:2
47:25

faith 17:13

feature 41:7 49:24

features 32:9

February 11:16

FEEDVID.COM
1:9,11

file 8:3 22:2

filed 15:3 24:18
26:21 53:12

final 14:17

financially 55:16

Findandtry
28:12,13

finding 51:8

finds 51:6

fine 7:10 10:2 15:2
21:21

firm 2:7 9:21 35:16

first 6:7 46:2,21

fit 37:7

Florida 1:1,2,22,25
2:5,13 54:2,15
55:2,6,23

folder 35:2

folks 27:24

follow-up 33:7,18

follow-ups 49:15

force 35:7

foregoing 55:8

foreign 1:4

forgotten 13:14

form 26:13 27:12
30:1,10

Fort 11:3

forth 43:12

forward 45:8

forwarded 45:9
53:12

fraudulently 22:2

FREEMAN 2:7 3:3
5:6,23,25 7:22
12:22 13:13 17:7
19:19,20 24:21
25:3,6 26:18
27:16 29:16,22
30:5 37:18 38:1
39:11,18,20
41:16,19,23,24
42:6,10,16
43:20,24 44:2,3
49:13 52:9

Friday 53:10

friends 47:7

FT 2:13

future 51:15

_____
G
_____

general 8:7 51:4

generally 7:9 8:1
17:20 25:13

gentleman 33:22

getting 47:8 48:5
49:2

gloves 43:19

gone 20:10

Google 32:14

ground 5:11

group 45:20,22

guys 6:22 22:24

_____
H
_____

hand 54:8

Handing 10:19 11:2

Hands 21:24

happen 18:11 38:9

happened 10:9 33:3

Harbor 8:11,19

hard 50:1

haven't 7:16

head 26:2 37:20

health 43:7

heard 43:13

helps 41:17

hereby 53:20 55:6

he's 38:16
40:8,15,16
43:8,15

HLP 1:4

home 36:16,19

honestly 10:14

hopefully 45:12

horse 12:25 19:17

hosting 27:11

hours 41:15

huge 35:6

human 10:8

hundreds 24:7

Hydentra 1:4 5:17
6:5,12 8:23 15:3
16:17
17:12,15,23,25
18:6,14,17 19:21
20:15,22 21:2,25
22:4,19
24:12,16,18
25:9,17 26:10,20
39:6,13 41:10,11
42:19 53:3

Hydentra's 24:5,13

_____
I
_____

idea 7:14 47:4

identify 50:12

ignored 8:5

I'm 5:14 6:3 7:1,20
10:1 11:20
12:2,6,11 13:13
14:7,13,25 16:19
17:20 18:22 19:17
20:17,20
21:1,6,12,13 26:3
27:6 30:24 31:7
35:4,14
37:7,15,19,21
39:8 41:19,25
42:25 43:9,24
44:21 48:23

image 12:10

immediately 37:25

implement 32:9

improve 31:21 32:7

inappropriate 37:6

INC 1:8 2:7

including 32:8

InCorporate 8:13
13:1,6,10 18:9
20:24 30:13

increase 36:10
45:11,12
46:5,15,16 47:9
48:10,11

increased 47:10,11

Increasing 47:12

independent 33:23

INDEX 3:1 4:1

indicating 11:15
12:1,8 14:7 17:5

individual 1:7,8 5:2
41:15,16,22,23

individually 1:9

industry 27:11

information 9:9



11:23 12:3,16
13:4,25
14:9,12,16
23:13,17,23 24:7
30:10,13 43:4
53:11
**infringement**
8:12,15 11:8 27:2
29:10
**inhouse** 37:3
**input** 14:15
**inquiries** 45:8
**inquiry** 44:24 45:2
**instance** 38:21
49:19
**instead** 47:14
**instruct** 34:13
37:21
**INT** 1:4
**intend** 46:5
**intended** 49:14
**intentional** 10:10
**interested** 42:12
55:16
**interface** 34:14
**internal** 37:2
**Internet** 51:5,6
**interpreted** 36:5
**interrogatories**
14:8 41:17,20
**interrogatory**
6:8,10,24 14:2,5
17:11,18 21:23
22:10 25:12,14
43:15
**invest** 49:2
**investigate** 12:18
**involved**
23:12,16,25 24:8

**IP** 23:22
**isn't** 8:24
**issue** 12:25 33:10
34:16
**issues** 32:21
**items** 13:12

———— J ————
**January** 1:18 8:24
9:7,15 10:23
12:5,20,21 13:1
18:19 53:1,7 54:9
55:17
**job** 8:14,16 24:15
**John** 1:12
**joke** 17:10
**judgment** 26:16
43:11
**June** 12:18,19

———— K ————
**Kallas** 1:24 53:17
54:5,15 55:5,23
**key** 50:3,5,15
**Kidding** 39:19
**kinds** 15:1 40:2
**knowledge** 6:20
7:18 15:25
16:4,5,7,12,14,16,
20,23 17:4 22:3,6
23:6
**Konstantin** 1:8,17
3:2 5:1 53:2,23
54:6 55:8

———— L ————
**language** 14:25
**last** 15:11 22:14
28:16 34:5 41:15
**later** 42:6

**Lauderdale** 2:13
11:4
**laughing** 5:23
**LAUGHTER** 17:9
**law** 2:7 8:5
**lawsuit** 5:18 6:6 7:7
8:4 15:14
18:13,23,24 22:8
24:18 26:25
**lawsuits** 7:12,15
15:3
**lawyer** 14:16 20:18
**lawyer's** 14:25
**lead** 22:4,18
**least** 5:23 44:8
**legal** 19:21,23
**legitimate** 48:2
**let's** 10:18 12:25
25:4 49:9
**letter** 53:14
**liar** 12:12
**LIMITED** 1:4
**line** 35:6 56:3
**link** 50:19
**linking** 50:18,21
**links** 40:13
**listed** 10:20 22:5,20
25:10,18 26:11
**listen** 8:1 9:1 14:6
17:19 29:6
**little** 39:24 42:11
49:9
**logically** 48:25
**long** 15:12 44:19,21
**long-term** 44:17
**lot** 7:13 8:14 10:16
13:24 14:4,16
26:1 27:21 28:14

**Lauderdale** 29:3 32:5 34:1,17
36:23 40:12 43:4
**Luchian** 1:7 9:20
10:20,24 53:3
**Luchian's** 9:10,15

———— M ————
**mail** 10:16,24 11:9
18:11
**mailbox** 10:15
**maintain** 29:24
30:7,17 50:1
**mandated** 11:7
**manufacture** 22:2
**MARKED** 4:3
**material** 38:7
**materials** 27:2,9
**matter** 53:7
**may** 5:16 13:14
14:19 25:16 37:13
44:23 48:11 51:5
53:8,10,12
**maybe** 14:12,21
15:11 27:19 31:20
34:10 39:7 42:6,7
45:5 48:13
**mean** 6:10 9:23
15:20 17:25 26:17
29:5 31:13 34:24
38:20 48:24 50:25
51:16
**meaning** 45:22
**means** 18:1,2 20:17
48:25
**meant** 10:11
**Media** 1:8 9:24 10:3
19:14 27:8 29:23
30:6,16,17
31:1,13 34:12
49:18



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

Media's 22:1

meet 27:24

Melissa 1:24 53:17
54:5,15 55:5,23

members 29:13,24
30:7,18 31:2,6

membership 47:17

mention 16:18

mentioned 28:11
40:4 41:4

mess 10:11

messed 10:6 19:15

Met 50:8,9

meta 49:19,21
50:24
51:7,14,16,19

metadata 50:24
51:12

MetArt 50:9,23
51:19

Met-Art 50:9

METART 1:4

MIAMI 1:22

MIAMI-DADE 1:2
54:3

million 50:3,12

Mindgeek
45:23,24,25 46:15

minute 25:4 43:19

minutes 22:14

mistake
10:6,10,13,15

mistakes 10:12

misuse 17:13
22:13,15,16

misused 20:16
21:2,8

misuses 17:15,23,25

20:23

misusing 21:18

mitigate 41:10,12
42:18,19

mixed 52:11

model 47:22

moderate 34:13,15
35:12 36:12,13

moderation 35:6
37:24

moderator 34:4
35:11,25

modify 40:24 41:1

moments 13:14

Monday 53:10

money 35:24 47:2
48:5 49:2

monies 46:8

month 34:5
35:18,19,24

monthly 46:9

months 15:11
27:1,3,4

motion 43:11

move 47:21

moving 46:3

_____ N _____

necessarily
14:18,19

necessary 53:8

neighbors 10:16

net 45:12

nice 26:24

nor 55:13,15

North 2:4 10:20,25
11:6

NORTHEAST

2:12

Notary 1:25 54:15
55:5,23

notes 49:10 55:11

notice 9:25 18:25
26:25 32:11,15,19
35:9
38:2,5,6,14,19
42:15 53:7

noticed 8:12

notices 8:4,5,16,23
9:6,20 10:3
13:19,21,22 14:1
18:12,15,18 19:25
21:17 26:22
32:9,10 38:24
39:25

notification
32:15,17

notify 32:18

_____ O _____

OATH 54:1

object 26:13 27:12
30:1 37:15

obtain 30:7

obvious
37:9,10,11,13
39:22

occur 32:21

o'clock 39:16

offer 48:1

office 53:10

official 47:5,14 54:8

officially 46:24

oh 33:5 38:20

okay 8:2 9:2 11:20
17:2 19:6 24:8
29:4 42:5 51:22
52:8

older 13:13

ongoing 28:4

onto 22:1,20

open 7:5,12 18:12
26:24 27:5
47:5,13

opened 15:11 22:8
40:2

Opening 7:7

opportunity 6:1
23:10

opposed 5:8 10:10

option 40:25 41:1,3

order 31:14,15
32:18 34:14 40:13
44:11 51:15

ordering 53:12

organic 6:18 51:4

original 53:12

ounce 43:19

ourselves 37:3

outlined 6:11

overloaded 35:8

_____ P _____

P.A 1:20

p.m 1:19 24:25
52:13

PACER 15:12

pacer.gov 15:10

package 9:14 11:3

page 3:2 4:2 11:13
12:16 25:11 30:11
36:16,19 44:8,12
56:3

pages 8:17 13:25
17:17,21,22
21:5,7,16 24:7



877.291.3376
www.UCRinc.com

25:8,15 26:5,9

**paid** 49:2

**painful** 33:10

**panel** 28:20,24 29:2,6 34:14 40:25

**paper** 11:24 12:1,4

**PARKWAY** 2:4

**particular** 16:16 23:8 35:8 38:21 42:25 50:4,7 51:14 52:7

**parties** 55:13,14

**passed** 26:4

**past** 8:13 13:23 28:2 34:10,11 36:22 52:6

**pay** 34:4 35:25 46:8 49:1

**peek** 40:1

**PEEKVIDS** 1:11

**PEEKVIDS.COM** 1:12

**pending** 34:17,20 35:2,10

**people** 27:17,21 29:2,3,5,6,9 36:15,18 40:12 44:15 50:20

**percent** 8:21 14:21 23:24 33:20 34:18 38:15

**Perfect** 49:11

**period** 32:16

**personal** 7:18 10:15 15:25 16:4,5,7,12,14,20, 23 22:3,6 24:15

**personally** 7:14

19:4 27:7 54:6

**persons** 27:20

**pertaining** 24:8

**PETA** 19:17

**phone** 32:22

**phrase** 51:18

**phrases** 50:8,12,13

**piece** 12:4

**pining** 41:25

**piracy** 28:21

**placed** 10:24

**places** 30:15

**Plaintiff** 1:5,18

**plaintiff's** 13:20 16:8 24:14

**PLAINTIFFS** 2:2

**plans** 45:14

**Playvid** 9:14 10:25 35:5

**Playvid.com** 1:9,11 44:9

**PLAYVIDS** 1:12

**PLAYVIDS.COM** 1:9

**please** 6:7,24 18:16 24:22 26:6 28:23 29:15,16,21 33:24 42:20,21 44:25 45:13 51:24 53:7

**PLLC** 2:12

**PM** 53:10

**point** 16:17,19 19:18 21:8,14 25:7,24 31:11 44:19 45:2 47:21 50:17

**pointed** 41:18

**pointing** 41:20,21

**popular** 46:22

**Porno** 16:13,14,20

**pornography** 36:3,4 37:6,13,17

**portion** 24:23 26:4 29:17 43:10

**position** 9:5,18

**possible** 10:13 21:25 37:14 41:8 49:16,23

**post** 36:19 38:6

**Postal** 10:14

**posts** 48:3

**potentially** 45:3

**predicated** 8:22 9:6

**premise** 18:14,17,24 19:6

**prepare** 14:5,16 23:24

**prepared** 14:4

**preparing** 24:9

**present** 23:10

**presentation** 29:6

**presentations** 29:7

**pretty** 8:18,20 27:6 45:21,22

**prevent** 8:14

**printed** 11:16,19

**printout** 11:13 12:9

**probably** 28:18 37:1 45:25 51:20

**problem** 32:7 39:15

**proceeding** 42:15

**process** 20:10 23:12,16,25 35:7 37:24

**processed** 13:22,23

14:1 35:10

**produce** 23:21

**produced** 13:24 25:8,16 26:5,9 43:16

**producer** 20:6,8 38:13,18 48:16

**producers** 20:7 45:19

**producing** 20:2,11 23:12 38:3

**production** 23:20

**profit** 45:12

**profitable** 49:1,4

**program** 41:2,4,7,8, 49:17,20

**programer** 42:13

**programmers** 32:1,2,5,21 49:16,17

**programming** 42:8

**promote** 28:12,13

**promptly** 53:14

**proof** 8:19,20

**proper** 34:15

**properly** 17:6,8

**property** 41:5,6

**protect** 20:12 27:1

**prove** 17:17

**proved** 13:23

**provide** 17:17 21:4,12

**provided** 8:16 40:7

**provider** 47:5 51:24

**providers** 47:25 48:1

**providing** 23:16



proving 38:3

provision 8:19

Public 1:25 54:15
55:5,23

purchase 47:17

purposes 18:21,23
43:6

pursuant 11:7

puts 49:20

_____
Q
question 8:8
14:6,13 20:19
22:18,23 24:21
25:2 28:22 29:20
30:19,23 31:8
35:8,13,23 36:5
38:12,23 39:4
42:2,17 43:1,8
49:15

questions 7:17 9:13
14:23 21:13 30:25
42:8 43:21

quickly 35:7

_____
R
rather 6:18 51:8

RE 53:3

real 31:19

really 15:15 31:19
35:17 43:18

reason 7:5,7 11:22
12:2,15 22:9
26:19 36:14 37:22
56:5,7,9,11,13,15,
17,19,21,23

reasons 56:2

recall 9:13,16,17
13:3 23:23 24:11
25:23 27:19,20
33:9

receive 8:25 10:3
13:1,19,21
19:1,12,13,14
21:17 26:21 34:11

received 13:5 24:6

recently 38:10
45:19

Recess 25:5 49:12

record 24:24 29:18
50:14,16,17,19,20
52:9 55:11

recorded 17:6,8

red 43:18

refer 6:7,24
22:10,16 26:6
42:21 43:15

reference 17:21

referenced 17:12

referencing 9:14
10:25

referring 25:13

reflect 9:19

regard 9:14 13:9
16:7 17:12 20:15
21:18 23:13
29:13,25 30:8
32:3,20 43:22
44:5 50:22

regarding 23:21

related 5:16,17
24:16

relates 6:5 43:14

relating 21:23
23:17 24:4

relation 34:12

relationship 44:20
45:20 46:14

relative 55:12,14

relevance 37:16

relying 6:15,17

remain 48:12

remember 5:18
15:13,15,16 24:1
26:3 27:22
28:5,17 32:16
33:9,20 45:5,6,9
51:23 52:7

remove 40:3

removed 52:1

rep 44:5

repeat 8:15 29:19

rephrase 16:6
23:15 24:19 28:23
29:15,21 44:25
45:13

report 55:7

REPORTED 1:24

reporter 24:24
55:1,5,23

reporting 39:25
53:18

representative 5:9

represented
12:4,16

request 8:18 13:8
23:18 24:2,4 26:7
38:11 39:14
40:4,5 42:21
51:17

requested 24:23
29:17 55:10

requests 23:14,20
36:23 40:2 44:16

required 8:4

research 15:2,4,5

respect 43:9

respond 8:18 44:16
45:10 51:25

responding 44:21

response 6:10,17
8:17 14:2,9,10
17:11,16,18
23:14,18 24:4
25:12,13 26:6,12
42:21 43:21 48:2

responses 41:17

responsibility
19:22

rest 42:4

restrict 34:15 52:3

restricts 49:25

result 38:3

results 36:16

return 53:14

revenue 35:9,15,17
36:1,10 45:11,15
46:7,18,19
47:11,12 48:5,17

revenues 46:6

review 35:25 36:17
39:23 55:9

reviewed 26:8

reviewing 34:12,16
40:8

reviews 34:4 37:5
40:6

rights 38:6,16
39:3,7,12

Roman 33:22,24,25
34:3,8,11 37:5,21
40:2

Romans 34:1,10

round 22:15 43:17

rules 5:11

run 27:17 49:9

running 51:4



UNIVERSAL
COURT REPORTING

877.291.3376
www.UCRinc.com

**Russia** 32:1,2

_____

S

**Safe** 8:11,19
**safer** 48:20
**safety** 43:7
**save** 36:25
**saved** 13:6 30:10
**screen** 41:19
**screenshots** 37:23
40:3
**seal** 54:8
**search** 36:16 49:25
50:4,19 51:4,6
**searchers** 50:2
**searches**
50:15,18,21
**searching**
50:9,17,20
**second** 26:25 46:22
47:12
**secured** 46:11
**seems** 42:9
**send** 18:12 32:14
36:20 47:2,3
**sending** 32:17
**senior** 13:14
**sent** 9:14 20:1 21:4
27:4 38:23 46:10
**serve** 8:23 14:17
**served** 8:4 15:21
18:15,18
**Service** 10:14
**several** 18:10 28:4
**Sex** 49:20,21
**SexArt** 50:23 51:6,7
**SFREEMAN@FR
EEMANLAWFI**

**RM.ORG** 2:9
**share** 48:5
**sharing** 47:7
**SHEET** 56:1
**shows** 28:6 29:1,10
**shut** 27:3
**sign** 53:8,11,13
**signature**
53:8,13,20 56:25
**signed** 11:3,5
**signing** 52:10
**single** 16:17,19 37:4
**sit** 10:1 21:9 24:11
25:7 26:19 42:24
**site** 8:6 11:14
12:7,13,15 27:9
29:14 32:15 34:16
35:3,5,15 36:14
38:17 40:17
46:16,23,25
47:1,16 48:3,11
49:22 51:7,8
52:6,7
**sites** 27:11,15,17
29:25 30:8
34:23,24 49:18
50:24 52:5
**sitting** 43:2
**six** 27:1,3,4
**Skype** 32:22,23,24
33:12
**snap** 43:19
**Social** 1:8 9:24 10:3
19:5,14 22:1
23:21 27:7
29:12,23
30:6,16,17
31:1,13 34:12
36:13 49:17 50:24
**Social's** 22:20

**sold** 44:17,18
**somebody** 7:24
14:11 44:9 45:1
51:3
**somehow** 24:16
**someone** 11:2,5
27:7
**somewhere** 21:15
**sorry** 18:6 23:15
24:19
**sort** 27:10 32:3 37:8
39:4 50:13
**sorting** 50:13
**SOUTH** 1:21 2:8
**SOUTHERN** 1:1
**space** 45:4 46:11
**spam** 40:14
**spamming** 40:9,10
**speaking** 7:9 8:1
**specific** 17:20 25:8
50:1,15,16
**specify** 39:8 51:17
**speculate** 7:19
**speculating** 36:20
**SPENCER** 2:7 3:3
**spend** 35:19,21,24
**spent** 22:14
**spoke** 29:3 32:5
**spots** 44:17,18
**STAMP** 1:16
**start** 32:17 45:19
46:1,2 47:6,7,8
49:3
**state** 1:25 20:15
45:7 54:2,15
55:2,6,23
**stated** 21:24

**statement** 17:12
**STATES** 1:1
**stating** 38:6,16 39:3
**stenographer** 5:3
**stenographic** 55:11
**stenographically**
55:7
**steps** 29:12,23
30:3,6,16,20,25
31:3,5,13,14
**stipulate** 43:20
**store** 37:3
**straight** 42:3
**strategy** 26:23
**stream** 36:1
46:18,19,20,21
47:12 48:8,17
**strike** 12:6 17:24
20:25 32:10
**strongly** 43:10
**struggling** 30:24
**studios** 38:7,20,23
46:1 48:6,25 49:4
**stuff** 7:19 13:17
14:4 37:6 42:9,13
51:5
**successful** 28:14
**suggestions** 49:25
**suit** 22:2
**SUITE** 2:4
**summary** 26:15
43:11
**Sun** 1:8 9:24 10:2
19:5,14 22:1,20
23:21 27:7
29:12,23
30:6,16,17,25
31:1,13 34:12
36:13 49:17 50:23



877.291.3376
www.UCRinc.com

**supplement** 39:14

**supplemented** 13:9

**support** 17:22 21:2 23:2 25:14,25 30:11 36:23 39:12 41:11 42:18

**supporting** 25:12,17

**supports** 21:7 23:7 25:9 26:10

**sure** 27:2,7 28:18 29:12 30:6 37:1 38:8 39:8 45:7 46:4

**sworn** 5:3 54:7

**system** 31:21 32:6,7,8 33:11,14 37:2,3 40:25 50:14 52:2,3,4

**systems** 8:14 33:19

—————————

T

**TACOMA** 2:8

**tag** 51:24,25 52:2,4

**tagged** 40:6

**tags** 49:19,22 50:24 51:7,14,16,19

**takedown** 8:4,5,16,23 9:6,19 13:19 18:12,15,18 32:10 38:2,13,19,23

**talk** 29:2,9 34:9

**talked** 32:3 44:4

**talking** 7:25 29:5 34:2,6 35:4 37:16

**tearing** 5:24

**TELEPHONE** 2:5,9

**ten** 40:16

**term** 44:19 49:21 51:17

**terminate** 51:15

**testified** 5:4 34:3

**testimony** 9:13 55:9

**texts** 51:14

**themselves** 26:20

**there's** 7:15 13:16 35:12 44:8 50:10

**thirty** 53:12

**thousands** 8:17 13:25 17:17,21 21:5,6,15 26:5

**ticket** 37:4

**ticketing** 37:2

**Tihonov** 33:15

**T-I-H-O-N-O-V** 33:15

**tiny** 42:11

**title** 41:1

**Titov** 33:16

**today** 25:7 26:19 37:17 39:17 50:2

**today's** 43:7

**topics** 29:2

**TOWER** 1:20

**trade** 29:1

**trademarks** 50:23 51:12

**traffic** 39:16 46:15,16,23,25 47:1,2,8,9,10 48:4,11

**training** 34:11 37:8 39:22 40:5

**transcript** 1:16 53:24 55:10

**translate** 14:24

47:1

**trolling** 6:21,23 7:2,10,11

**true** 18:8 55:11

**truly** 53:15

**try** 7:12 12:6 18:10 19:24 28:12,14 32:7 35:7 50:4 52:2

**trying** 20:12

**type** 10:18 23:23 25:24 39:22 51:6

—————————

U

**UI** 34:14

**Um** 7:16 8:8 14:4 15:15 22:23 23:8,24 44:20 52:11

**Um-huh** 9:4

**Unclean** 21:24

**undersigned** 54:5

**understand** 7:11 9:3 12:14 17:3 19:3 25:1 28:22 29:20 30:23 31:9,10,11 35:23 46:4 49:7 50:22 51:1,2,3,9,10,11

**understood** 5:9

**unfortunately** 31:20,24

**unique** 35:14 46:9

**UNITED** 1:1

**Universal** 53:18

**up-and-up** 42:3

**update** 30:9

**upload** 23:22 26:24 27:8 38:17 39:7

47:5

**uploaded** 21:25 22:4,19 24:5,12 25:9,18 26:10,20 35:3

**uploaders** 23:13,17

**uploader's** 23:22

**uploading** 22:24

**URL** 12:9,10

**URL's** 13:20 40:12

**user** 23:22 30:14 31:17 38:3,11,15,22 39:7 40:1,4,7 49:19 50:2,8,14,16,17,18 52:2

**users** 8:15 24:5 30:4,10,12 31:14,16 32:10 36:23,24 38:5 39:2,25 44:22 47:4,6,16,17 50:4,21

**user's** 41:6

**Users** 30:9

**usually** 27:25 44:16 45:10

**utilize** 46:14

—————————

V

**valid** 7:15

**validity** 16:1,8

**value** 48:11

**variations** 50:10,11

**verification** 32:4

**via** 53:24

**video** 24:8 27:11 34:13 35:3,13 36:21,22 37:22





38:4 40:2,21,22
45:18 46:24
52:2,4

**videos** 8:12 22:24
24:12,14 25:10,18
26:11 27:4,8
32:11
34:4,12,15,17,18,
19,22
35:10,14,19,21,25
36:1,6,7,9,10,12,1
3,14,15,18 37:5
38:6,17,24
39:8,13,23,25
40:1 47:6,7,14
48:1 51:16 52:1

**VIDEOTAPED**
1:17

**viewing** 36:22

**vision** 18:9 19:23

**visitors** 46:9

**vs** 1:6

———————
W
———————

**wait** 31:7

**waiting** 11:20

**waive** 53:8,13,20

**waiving** 52:10

**WASHINGTON**
2:8

**watching** 40:9

**Webmasters** 28:13
32:18

**website** 11:12,16,23
12:4 37:7 44:8

**websites** 16:24
22:1,20 38:7

**welfare** 43:7

**WESTON** 2:5

**Whereupon** 24:23

29:17

**whether** 7:14 9:5
12:14 14:11,14
31:18 51:19

**whoever** 46:10

**whole** 7:5 16:10
25:14 34:18
40:20,23 42:1
45:20,22 47:4
50:12

**willing** 43:20,24

**wish** 53:13 56:2

**Witness** 3:2 5:2
13:18 17:6 25:1
26:15 27:14 29:19
30:3 37:21 42:12
54:8

**wondering** 35:14
37:7

**worded** 43:10

**work** 20:7

**worked** 31:22

**working** 46:1 49:3

**works** 33:22 34:8

**workshops**
28:24,25

**write** 14:3,7,19 15:1

**writing** 14:14

**written** 33:7

**wrong** 5:14,17
6:5,9,12 8:3,7
18:2,6 39:25 40:4

**wrote** 14:11,12

———————
Y
———————

**yesterday** 5:12,14
13:12,15 26:3,4
28:11 32:3 34:3
41:5,25 42:2,9
44:4

**yours** 53:15

**yourself** 20:8



**UNIVERSAL**
**COURT REPORTING**

877.291.3376
www.UCRinc.com