**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

|  |  |
|---|---|
| HYDENTRA HLP INT. LIMITED,<br>a foreign corporation d/b/a METART<br><br>    Plaintiff,<br><br>v.<br><br>CONSTANTIN LUCHIAN, an individual,<br>KONSTANTIN BOLOTIN, an individual,<br>SUN SOCIAL MEDIA, INC., a corporation,<br>individually and d/b/a PLAYVID.COM,<br>FEEDVID.COM, PLAYVIDS.COM and<br>PEEKVIDS.COM; PLAYVID.COM;<br>FEEDVID.COM; PLAYVIDS.COM;<br>PEEKVIDS.COM; and<br>John Does 1-20,<br><br>    Defendants. | **Case No.**<br>**1:15-cv-22134-UU** |

**DECLARATION OF KONSTANTIN BOLOTIN**
**IN SUPPORT OF**
**OPPOSITION TO MOTION FOR SANCTIONS**

I, Konstantin Bolotin, do declare and state as follows:

1.    I am a Director of Defendant Sun Social Media, Inc. ("SSM") and a named defendant in the above captioned action.  Unless otherwise stated, this declaration is based on my personal knowledge, my consultation with other SSM personnel, and my review of SSM's business records.  All statements contained in this declaration are true and correct to the best of my knowledge.  If called as a witness, I could and would testify as to the facts set forth in this declaration.

2.    I am the sole shareholder, director and executive of SSM.

1

3.      I was the corporate representative of SSM at its 30(b)(6) deposition in the above captioned case.

4.      In total, **I estimate that spent about 35-38 hours preparing for the deposition**.

5.      For each of the topics in Exhibit A of the deposition notice, I did the following to prepare:

a.      Topic #1: I spent approximately 15 hours researching and learning with Vladimir Konovalov (SSM's head of development) the what, how and where of the information that SSM collects from uploaders when they upload videos.  I also analyzed the MySQL data tables and created a MySQL data scheme sheet which I took with me to the deposition.

b.      Topic #2: I spent approximately 1 hour going through all the steps that a user must go through in order to upload a video.

c.      Topic #3: I spent approximately 4 hours with Vladimir Konovalov (SSM's head of development) and Alex Tykhonov (SSM's system administrator) reviewing all software that SSM utilizes for the uploading process, including reviewing in-house built scripts and 3rd party software like the nginx servers, ffmpeg video converter and more.  I also reviewed the code for the custom built scripts for uploading and converting videos.

d.      Topic #4: I spent approximately 2 hours reviewing the moderation process with Roman Shevchenko (SSM's video screener) reviewing the exact steps that he takes when he moderates a video.

e.      Topic #5: I spent approximately 5 hours reviewing all frontend and backend scripts and software that SSM uses to track videos posted by users, learning the

2

functionality of the software.  I also had calls with Vladimir Konovalov (SSM's head of development) and Alex Tykhonov (SSM's system administrator) about this topic.  I also prepared a list of current contractors who work on development, improvement and maintenance of software for SSM.

f.      Topic #6: I spent approximately two-and-a-half hours reviewing the whole process of the repeat infringer system, including the management panel backend scripts which are utilized to block videos and implement the repeat infringement system.  I also prepared a list of current contractors who process DMCA notices. I also created a documents showing the MySQL data table which is used in the repeat infringer system.  During this reviewing process I discussed the matters with Vladimir Konovalov (SSM's head of development) and Roman Shevchenko (SSM's video screener).

g.      Topic #7: I spent approximately 1 hour creating a list of contractors who currently work for SSM.

h.      Topic #8: I spent approximately 20 minutes creating a list of programmers who currently work for SSM.

i.      Topic #9: I spent approximately 10 minutes creating a list of contractors who currently work on receiving and processing DMCA notices for SSM.

j.      Topic #10: I spent less than 5 minutes creating a list of the owners and shareholder of SSM.

k.      Topic #11: I spent approximately an hour reviewing SSM's current balance sheet with a representative of Incorporate Now, Inc., which had been doing SSM's bookkeeping.

l.      Topic #12: I spent approximately 30 minutes creating a list of current advertising brokers to whom SSM sells advertising spots on its websites.

m.      Topics ## 13 through 17:  I spent about 3 hours reviewing the pleadings in this matter, including Defendants' affirmative defenses, SSM's interrogatory responses and reviewing other documents produced during discovery in this matter.

6.      Furthermore, the day before the depositions began, I spent approximately two hours with Valentin Gurvits, SSM's outside general counsel, preparing for the deposition.

7.      When Attorney Spencer Freeman asked me during the deposition how I prepared for the deposition, I gave an answer as complete as I could given the back-and-forth of the deposition.  Moreover, I was nervous and didn't realize that I should explain to him everything in detail as I have done so above.  Finally, it took me approximately 30 minutes to recall all of the details I set forth above.  It was very difficult for me to concentrate in the deposition and to recall all of the above.

Signed under the pains and penalties of perjury this 19th day of February, 2016.

_____

Konstantin Bolotin,
Personally and on behalf of
Sun Social Media, Inc.