# EXHIBIT "A"

# MetArt Seeks Sanctions in Tube Site Copyright Case



Friday, February 12, 2016
By Rhett Pardon

MIAMI — The MetArt Network on Wednesday filed a motion in federal court seeking sanctions against Miami-based Sun Social Media Inc. for its resulting failing to appear at a court-ordered mediation hearing.

Last summer, MetArt, a network of erotic sites that offers nude and explicit sex through fine art videography, sued Sun Social Media for copyright infringement over a total of 44 separate movies that streamed on four of its tube sites — PlayVid.com, FeedVid.com, PlayVids.com and PeekVids.com.

In Wednesday's motion, MetArt said that while Sun Social already has an attorney of record — Brady Cobb — Boston lawyer Val Gurvitz has on at least two occasions started making legal overtures representing the company in the copyright dispute.

MetArt asked the court to slap Gurvitz slapped with sanctions for repeatedly trying to inject himself into the case between the two companies without first registering with the Florida federal court overseeing the suit.

Gurvitz, according to the motion, participated as an attorney of record in the mediation hearing.

"Because defendant's counsel at mediation was unlicensed in Florida and not admitted to practice before this court, in effect defendants had no legal representation at mediation and thus for all purposed failed to appear," MetArt counsel said in the sanctions motion.

As a result, MetArt wants Gurvits' prior and future rights to admission into Florida revoked. It also asked for him to be barred from participation in any form in the Sun Social Media case, attorneys' fees and costs, sanctions and default judgment.

MetArt also filed for sanctions against Sun Social over its deposition testimony. Sun Social allegedly produced a corporate representative who wasn't knowledgeable about the topics in the deposition order, according to the motion.

Upon comment, Gurvitz told XBIZ: "I am flattered that they find me such a worthy adversary that they are resorting to such frivolous stunts."

A MetArt spokesman declined comment over the company's motion.

[-] **close window**