# EXHIBIT "C"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART<br><br>Plaintiff,<br><br>v.<br><br>CONSTANTIN LUCHIAN, an individual, KONSTANTIN BOLOTIN, an individual, SUN SOCIAL MEDIA, INC., a corporation, individually and d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM; FEEDVID.COM; PLAYVIDS.COM; PEEKVIDS.COM; and John Does 1-20,<br><br>Defendants. | Case No.<br>1:15-cv-22134-UU |

## DEFENDANTS' UNOPPOSED MOTION TO SET ASIDE DEFAULT

Pursuant to Fed. R. Civ. P. 55(c), Defendants Konstantin Bolotin and Sun Social Media, Inc. (collectively, the "Defendants") respectfully move for the Court to set aside the default entered against them for good cause shown. In support of this Motion, the Defendants state that the Parties to this action all erroneously believed that, absent a request from the Plaintiff requesting a default, no default would enter *sua sponte*, and that, given the Plaintiff's voluntary agreement to extend the response deadline (and Defendants' agreement to accept service of process for Constantin Luchian who has not otherwise been served), the Defendants would be able to respond to the Complaint in a timely fashion in accordance with such an agreement.[1]

---

[1] The Defendants regret not having first sought leave of this Court for permission to extend the deadline to respond to the Complaint and apologize to the Court for the oversight. As noted below, Defendants have struggled to secure

1

Next, the Plaintiff's Complaint seeks, among other things, over $5.5 million in damages[3] and the forfeiture of the Defendants' internet domains. Clearly, such a result would constitute a "significant financial loss" for the Defendants.

Finally, the Defendants have acted promptly in moving to set aside the default despite: (a) Defendants' lack of financial resources, and (b) the fact that undersigned lead counsel Valentin Gurvits is on vacation, out of the country, with his family.

For all these reasons, the default as to the Defendants should be set aside for good cause.

## CONCLUSION

For the reasons stated hereinabove, Defendants Bolotin and Sun Social respectfully request that the Court set aside the default entered against them.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

I hereby certify that counsel for movant, Val Gurvits, has conferred with Plaintiff's counsel in a good faith effort to resolve the issues in this motion. Plaintiff's counsel indicated that they would not oppose the present motion.

/s/ Valentin Gurvits

**Respectfully submitted:**

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice application forthcoming*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com

Dated: August 27, 2015

/s/ Brady J. Cobb
Brady J. Cobb, Esquire
Florida Bar No. 031018
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile (954) 900-5507
bcobb@cobbeddy.com

---

[3] The Plaintiff claims 37 acts of infringement and statutory damages of $150,000 per alleged infringement for a total of more than $5.5 million in claimed damages.

8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART<br><br>Plaintiff,<br><br>v.<br><br>CONSTANTIN LUCHIAN, an individual, KONSTANTIN BOLOTIN, an individual, SUN SOCIAL MEDIA, INC., a corporation, individually and d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM; FEEDVID.COM; PLAYVIDS.COM; PEEKVIDS.COM; and John Does 1-20,<br><br>Defendants. | Case No.<br>1:15-cv-22134-UU |

## CONSTANTIN LUCHIAN, KONSTANTIN BOLOTIN AND SUN SOCIAL MEDIA INC.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES

Defendants Constantin Luchian, Konstantin Bolotin and Sun Social Media, Inc. (individually and doing business as Defendants Playvid.com, Feedvid.com, Playvids.com and Peekvids.com) ("Defendants"), for their Answer to the Complaint for Damages, Injunctive Relief and Demand For Jury Trial of Plaintiff Hydentra HLP Int. Limited ("Plaintiff") answer as follows:

### JURISDICTION AND VENUE

1.  Defendants are without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore deny the same.

22. Without admitting that the Complaint states a claim, any remedies are limited to the extent that there is sought an overlapping or duplicative recovery pursuant to the various claims against Defendants or for any alleged single wrong.

23. The Complaint is barred, in whole or in part, by such other and further affirmative defenses as set forth in Rule 8(c) of the Federal Rules of Civil Procedure as may be deemed applicable to this case by further discovery and disclosure.

Defendants have not knowingly or intentionally waived any applicable affirmative defenses and reserve the right to assert and rely on such other applicable affirmative defenses as may become available or apparent during discovery proceedings. Defendants further reserve the right to amend their answer and/or affirmative defenses accordingly and/or to delete affirmative defenses that they determine are not applicable during the course of subsequent discovery.

## DEFENDANTS DEMAND A TRIAL BY JURY ON ALL CLAIMS SO TRIABLE

**Respectfully submitted:**

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice application forthcoming*)
Matthew Shayefar (*pro hac vice application forthcoming*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb, Esquire
Florida Bar No. 031018
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile  (954) 900-5507
bcobb@cobbeddy.com

*Attorneys for Defendants
Constantin Luchian,
Konstatin Bolotin and
Sun Social Media Inc.*

Dated: September 1, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART,<br><br>    Plaintiff,<br><br>v.<br><br>CONSTANTIN LUCHIAN, an individual, KONSTANTIN BOLOTIN, an individual, SUN SOCIAL MEDIA, INC., a corporation, individually and d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM; FEEDVID.COM; PLAYVIDS.COM; PEEKVIDS.COM; and John Does 1-20,<br><br>    Defendants. | Case No.<br>1:15-cv-22134-UU |

### DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER AND AFFIRMATIVE DEFENSES

Pursuant to Fed. R. Civ. P. 15(a)(2), Defendants Constantin Luchian, Konstantin Bolotin and Sun Social Media, Inc. (individually and as owner and operator of putative Defendants Playvid.com, Feedvid.com, Playvids.com and Peekvids.com) (collectively, "Defendants"), respectfully move to make slight corrections to their Answer and to amend their Affirmative Defenses in order to provide further factual allegations in relation thereto.  In support of this Motion, Defendants state as follows:

1.      On Thursday, August 27, 2015, Defendants Konstantin Bolotin ("Mr. Bolotin") and Sun Social Media Inc. ("SSM") moved for this Court to set aside a default entered against

1

**Respectfully submitted:**

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice application forthcoming*)
Matthew Shayefar (*pro hac vice application forthcoming*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

*Attorneys for Defendants
Constantin Luchian,
Konstatin Bolotin and
Sun Social Media Inc.*

Dated: October 15, 2015

/s/ Brady J. Cobb
Brady J. Cobb, Esquire
Florida Bar No. 031018
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile (954) 900-5507
bcobb@cobbeddy.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED,<br>a foreign corporation d/b/a METART,<br><br>Plaintiff,<br><br>v.<br><br>CONSTANTIN LUCHIAN, an individual,<br>KONSTANTIN BOLOTIN, an individual,<br>SUN SOCIAL MEDIA, INC., a corporation,<br>individually and d/b/a PLAYVID.COM,<br>FEEDVID.COM, PLAYVIDS.COM and<br>PEEKVIDS.COM; PLAYVID.COM;<br>FEEDVID.COM; PLAYVIDS.COM;<br>PEEKVIDS.COM; and<br>John Does 1-20,<br><br>Defendants. | **Case No.**<br>**1:15-cv-22134-UU** |

## CONSTANTIN LUCHIAN, KONSTANTIN BOLOTIN AND SUN SOCIAL MEDIA INC.'S FIRST AMENDED ANSWER TO COMPLAINT AND FIRST AMENDED AFFIRMATIVE DEFENSES

Defendants Constantin Luchian, Konstantin Bolotin and Sun Social Media, Inc. (individually and as the owner and operator of putative Defendants Playvid.com, Feedvid.com, Playvids.com and Peekvids.com) ("Defendants"), for their First Amended Answer to the Complaint for Damages, Injunctive Relief and Demand For Jury Trial of Plaintiff Hydentra HLP Int. Limited ("Plaintiff") answer as follows:

### JURISDICTION AND VENUE

1. Defendants are without sufficient information or knowledge to admit or deny the allegations of this paragraph and therefore deny the same.

**Respectfully submitted:**

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice application forthcoming*)
Matthew Shayefar (*pro hac vice application forthcoming*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb, Esquire
Florida Bar No. 031018
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile (954) 900-5507
bcobb@cobbeddy.com

*Attorneys for Defendants
Constantin Luchian,
Konstatin Bolotin and
Sun Social Media Inc.*

Dated: October 15, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART<br><br>Plaintiff,<br><br>v.<br><br>CONSTANTIN LUCHIAN, an individual, KONSTANTIN BOLOTIN, an individual, SUN SOCIAL MEDIA, INC., a corporation, individually and d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM; FEEDVID.COM; PLAYVIDS.COM; PEEKVIDS.COM; and John Does 1-20,<br><br>Defendants. | Case No.<br>1:15-cv-22134-UU |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO STRIKE AMENDED AFFIRMATIVE DEFENSES WITH SUPPORTING MEMORANDUM OF LAW

COMES NOW the Defendants Constantin Luchian, Konstantin Bolotin and Sun Social Media, Inc. (collectively, the "Defendants"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(f) and all other applicable authorities and hereby files their Response to Plaintiff's Motion to Strike (D.E. 41) Defendant's Amended Answer and Affirmative Defenses (D.E. 38-1), and in support thereof state the following:

### I.   INTRODUCTION

1.   Plaintiff filed its Complaint in the above captioned matter on June 4, 2015. On August 27, 2015, Defendants filed their Motion to Set Aside a Clerk's Default Judgment (D.E. 26).

1

10. <u>Fifteenth Affirmative Defense</u>

**"Without admitting that the Complaint states a claim, any remedies are limited to prevent an overlapping or duplicative recovery pursuant to the various claims against Defendants or for any alleged single wrong."**

See response to Affirmative Defense number 5 found in section II(C)(1) herein.

11. <u>Sixteenth Affirmative Defense</u>

Defendants' Sixteenth affirmative defense is merely a reservation of rights to assert additional affirmative defenses (within the time frame to amend pleadings pursuant to this Court's Scheduling Order). Thus, Plaintiff's attempt to strike the Sixteenth affirmative defense must be disregarded.

**Respectfully submitted:**

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice*)
Matthew Shayefar (*pro hac vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

*Attorneys for Defendants
Constantin Luchian,
Konstatin Bolotin and
Sun Social Media Inc.*

Dated: November 16, 2015

/s/ Brady J. Cobb
Brady J. Cobb, Esquire
Florida Bar No. 031018
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile (954) 900-5507
bcobb@cobbeddy.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART<br><br>Plaintiff,<br><br>v.<br><br>CONSTANTIN LUCHIAN, an individual, KONSTANTIN BOLOTIN, an individual, SUN SOCIAL MEDIA, INC., a corporation, individually and d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM; FEEDVID.COM; PLAYVIDS.COM; PEEKVIDS.COM; and John Does 1-20,<br><br>Defendants. | Case No.<br>1:15-cv-22134-UU |

**DEFENDANT SUN SOCIAL MEDIA, INC.'S OPPOSITION TO PLAINTIFF'S
MOTION TO COMPEL ANSWERS TO PLAINTIFF'S REQUEST FOR PRODUCTION**

Defendant Sun Social Media, Inc. ("Defendant"), by and through its undersigned counsel, hereby opposes Plaintiff Hydentral HLP Int. Limited's ("Plaintiff") Motion to Compel Defendant's Answers to Plaintiff's Request for Production (the "Motion"). Plaintiff's Motion is based on an incomplete review of the literally tens of thousands of pages of documents produced by Defendant, a mistaken belief that Defendant has withheld documents that it didn't object to, and a belief that Plaintiff can go on a fishing expedition for documents not reasonably calculated to lead to the discovery of admissible evidence.

Defendant hereby responds to the Motion on a Request by Request basis:

1

## CONCLUSION

On the basis of the foregoing, Defendant requests that this honorable Court deny Plaintiff's Motion to Compel for the reasons set forth above, including because Defendant has produced all relevant and requested documents in its possession, custody and control and that the other requested documents are outside of scope of discovery permitted by Federal Rule of Civil Procedure 26(b).

**Respectfully submitted:**

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice*)
Matthew Shayefar (*pro hac vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb, Esquire
Florida Bar No. 031018
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile  (954) 900-5507
bcobb@cobbeddy.com

*Attorneys for Defendants
Constantin Luchian,
Konstatin Bolotin and
Sun Social Media Inc.*

Dated: December 15, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART<br><br>    Plaintiff,<br><br>v.<br><br>CONSTANTIN LUCHIAN, an individual, KONSTANTIN BOLOTIN, an individual, SUN SOCIAL MEDIA, INC., a corporation, individually and d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM; FEEDVID.COM; PLAYVIDS.COM; PEEKVIDS.COM; and John Does 1-20,<br><br>    Defendants. | Case No.<br>1:15-cv-22134-UU |

**DEFENDANTS' MOTION TO BIFURCATE DISCOVERY AND TRIAL OR IN THE ALTERNATIVE TO ISSUE PROTECTIVE ORDER TEMPORARILY LIMITING DISCOVERY TO THRESHOLD DISPOSITIVE ISSUE**

Plaintiff is a copyright troll whose present business model revolves around the filing of baseless and frivolous lawsuits in the hopes of forcing defendants to settle in the face of incurring high defense costs. Plaintiff's litigation strategy is plainly demonstrated by its numerous filings of unnecessary motions that were rejected by this Court, culminating with its latest failed Motion to Compel (D.E. 51). Plaintiff intentionally ignores the threshold matter that Defendants are entitled to the safe-harbors under the Digital Millennium Copyright Act ("DMCA") and instead attempts to bully Defendants into submission and settlement through blunt, unnecessary and costly litigation tactics. Given that Defendants are in fact protected by

1

**Respectfully submitted:**

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice* application forthcoming)
Matthew Shayefar (*pro hac vice* application forthcoming)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb, Esquire
Florida Bar No. 031018
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile (954) 900-5507
bcobb@cobbeddy.com

*Attorneys for Defendants
Constantin Luchian,
Konstatin Bolotin and
Sun Social Media Inc.*

Dated: December 30, 2015