**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART

    Plaintiff,

v.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM and
PEEKVIDS.COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS.COM;
PEEKVIDS.COM; and
John Does 1-20,

    Defendants.

**Case No.**
**1:15-cv-22134-UU**

## NOTICE OF FILING SUPPLEMENTAL AUTHORITY IN OPPOSITION TO PLAINTIFFS' MOTIONS FOR SANCTIONS D.E. 70 AND D.E. 71

Defendants Konstantin Bolotin and Sun Social Media, Inc. (hereinafter referred to as "Defendants"), by and through its undersigned counsel and hereby files the attached additional case law authority in opposition to Plaintiff's Motion for Sanctions for Failure to Comply with Rule 30(b)(6) (D.E. 70) and Plaintiffs Motion to Compel and for Sanctions Arising From Instructions Not to Answer Deposition Questions (D.E. 71).

**Respectfully submitted:**

/s/ Brady J. Cobb
Brady J. Cobb, Esquire
Florida Bar No. 031018
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile  (954) 900-5507
bcobb@cobbeddy.com
*Attorney for Defendant*
*Sun Social Media Inc.*

Dated: February 23, 2016

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below this 23rd day of February, 2016.

/s/ Brady J. Cobb
Brady J. Cobb

## **SERVICE LIST**

Aaron Behar, Esquire
Jaclyn Behar, Esquire
BEHARBEHAR
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
AB@BeharBehar.com
JB@BeharBehar.com

Spencer D. Freeman
Freeman Law Firm, Inc.
1107 1/2 Tacoma Avenue South
Tacoma, Washington 98402
Telephone: (206) 516-3800
Facsimile: (206) 516-3888
sfreeman@freemanlawfirm.org