UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

      Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
*and John Does 1-20,*

      Defendants.
_____/

### NOTICE OF FILING EXHIBITS UU – EEE OF DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (D.E. 86)

Plaintiff, by and through undersigned counsel, hereby gives notice of its filing of Exhibits UU - EEE of the Declaration of Jason Tucker in Support of Plaintiff's Motion for Summary Judgment (D.E. 86). Through inadvertence, Plaintiff accidentally omitted these exhibits when filing the Declaration of Mr. Tucker, given the complex and voluminous nature of the documents filed. The Exhibits are attached hereto.

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

1 of 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of February, 2016 we served the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brady J. Cobb, Esq.

Respectfully submitted,

By: /s/*Aaron Behar, Esq.*
Aaron Behar, Esq.
Florida Bar No.: 166286
E-mail: AB@BeharBehar.com
/s/*Jaclyn Behar, Esq.*
Jaclyn Behar, Esq.
Florida Bar No.: 63833
E-mail: JB@BeharBehar.com
BeharBehar
1840 North Commerce Parkway
Suite 1
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: ab@beharbehar.com
*Counsel for Plaintiff*

/s/*Spencer D. Freeman, Esq.*
Spencer D. Freeman, Esq.
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
E-mail: sfreeman@freemanlawfirm.org
*Counsel forPlaintiff (Pro Hac Vice)*

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

2 of 2