# <u>EXHIBIT UU</u>



# EXHIBIT UU-1

Saturday Night - META

Source of: https://www.peekvids.com/watch?u=8&m=nktmtng - Mozilla Firefox

File   Edit   View   Help

```html
<!DOCTYPE html>
<html lang="en">
<head>
<meta content="text/html; charset=utf-8" http-equiv="Content-Type">
<meta name="description" content="Watch online Lola Taylor Sexart com HD 720 all sex (18 min) Absolutely free - PeekVids.">
<meta name="keyword" content="lola taylor, taylor sexart, sexart com, com all, all sex, sex 720, 720 hd, lola taylor sexart, taylor
<title>Lola Taylor Sexart com HD 720 all sex - isabella - PeekVids</title>
<link rel="stylesheet" type="text/css" href="https://www.peekvids.com/css/all.css?v=09" />
<link rel="stylesheet" type="text/css" href="https://www.peekvids.com/css/form.css?form=92090" />
<link rel="stylesheet" type="text/css" href="https://www.peekvids.com/css/jquery-ui-1.9.0.custom.css?92090" />
<script type="text/javascript">
    window.is_version = 2090;
    window.device_type = 'desktop';
</script>
<script type="text/javascript" src="https://www.peekvids.com/js/all.js?2090"></script>
<script type="text/javascript" src="https://www.peekvids.com/js/jcarousellite_1.0.1.pack.js?2090"></script>
<script type="text/javascript">pq_jQuery_autocomplete();</script>
<script type="text/javascript" src="/js/jquery/jquery.scroll_1_5_2();</script>
<script type="text/javascript">pq_jQuery_cycleall();</script>
<script type="text/javascript">pq_TextClipboard_min();</script>
<script type="text/javascript">pq_jQuery_cookies_2_2_0_min();</script>
<script type="text/javascript">pq_main();</script>
    <script type="text/javascript">pq_video();</script>
    <script type="text/javascript">pq_video_share();</script>
    <!--[if lt IE 9]><script>document.createElement('article'); document.createElement('header'); document.createElement('footer'); document.createElement('article'); document.createElement('ne
</head>
<body>
<header>
<h1><a href="https://www.peekvids.com/">PeekVids</a></h1>
<section class="search-bar">
    <form name="search" action="https://www.peekvids.com/search" method="get">
        <input type="text" name="q" class="input-text" />
        <div class="btn-search gradient button"><input type="submit" value="search" /></div>
    </form>
</section>
<div class="info">
    <button style="line-height: 30px; cursor: pointer; color: #717171; font-size: 13px;" class="btn-browse gradient button" onClick="window.location.href='ht
    <a href="https://www.peekvids.com/categories" class="cat-link">Categories</a>
```

4:59 PM  7/28/2015

3:09 PM  2/4/2016

1 / 1

00:30

2/4/2016 3:10:13 PM

# EXHIBIT VV



# <u>EXHIBIT VV-1</u>

Snow Fun XI a - META
Source of: https://www.peekvids.com/watch?v=pgwY3aGYzpX - Mozilla Firefox
File Edit View Help
<!DOCTYPE html>
<html lang="en">
<head>
<meta content="text/html; charset=utf-8" http-equiv="Content-Type">
<meta name="description" content="Watch online Grace C Pinky June Carla Cox Emylia Argan Gabi de Castello Terry Sullivan Snow Fun XI T
<meta name="keywords" content="grace pinky, pinky june, june carla, carla cox, cox emylia, emylia argan, argan gabi, gabi castelo
<meta property="og:image" content="https://img1.peekvids.com/thumbs/366/366505/388.jpg"/>
<title>Grace C Pinky June Carla Cox Emylia Argan Gabi de Castello Terry Sullivan Snow Fun XI The Last Night SexArt com, boomroom - PeekVids</t
<link rel="stylesheet" type="text/css" href="https://www.peekvids.com/css/all.css?2090" />
<link rel="stylesheet" type="text/css" href="https://www.peekvids.com/css/form.css?2090" />
<link rel="stylesheet" type="text/css" href="https://www.peekvids.com/css/jquery-ui-1.9.0.custom.css?2090" />
<script type="text/javascript">
window.js_version = 2090;
window.device_type = 'desktop'; </script>
<script type="text/javascript" src="https://www.peekvids.com/js/all.js?2090"></script>
<script type="text/javascript" src="https://www.peekvids.com/js/jcarousellite_1.0.1.pack.js?2090"></script>
<script type="text/javascript">gc__jquery_autocomplete();</script>
<script type="text/javascript">gc__jquery_galleryScroll_1_5_2();</script>
<script type="text/javascript">gc__vscrollarea();</script>
<script type="text/javascript">gc__ZeroClipboard_min();</script>
<script type="text/javascript">gc__jquery_cookies_2_2_0_min();</script>
<script type="text/javascript">gc__form();</script>
<script type="text/javascript">gc__main();</script>
<script type="text/javascript">gc__video();</script>
<script type="text/javascript">gc__video_share();</script>
<!--[if lt IE 9]><script>document.createElement("article"); document.createElement("footer"); document.createElement("header"); document.createElement("se
</head>
<body>
<header>
<h1><a href="https://www.peekvids.com/">PeekVids</a></h1>
<section class="search-bar">
<form name="search" action="https://www.peekvids.com/search" method="get">
<input type="text" name="q" class="input-text" />
<div class="btn-search gradient1 button"><input type="submit" value="search" /></div>
</form>
</section>
<div class="info">
<button style="line-height: 30px; cursor: pointer; color: #717171; font-size: 13px;" class="btn-browse gradient1 button" onClick="window.location.href='ht
<a href="https://www.peekvids.com/categories/" class="cat-link">Categories</a>
5:05 PM
2/26/2015
00:39
3:16 PM
2/4/2016
2/4/2016 3:16:28 PM

1 / 1

2/4/2016 3:17:10 PM

# EXHIBIT WW



# EXHIBIT XX




# EXHIBIT XX-1



# **<u>EXHIBIT YY</u>**

**SITE: PLAYVIDS.COM**

| Title of Work | Copyright Registration Number | Infringing Link |
|---|---|---|
| At The Movies | PA000192264 | https://www.playvids.com/v/zBRxc3zHsNJ |
| Be My Slave II | PA000192430 | https://www.playvids.com/v/g7ihsgUTVyX |
| Cellist | PA000193126 | https://www.playvids.com/v/R-AcQVxEChf |
| Concierge | PA000192664 | https://www.playvids.com/v/GK2TSkx6MDy |
| Cybersex | PA000191321 | https://www.playvids.com/v/I0xY8muJiwc |
| Desire | PA000192694 | https://www.playvids.com/v/Gt2gj-9EttM |
| Draw Me | PA000193131 | https://www.playvids.com/v/Wt7G50XHulS |
| Draw Me | PA000192131 | https://www.playvids.com/v/4EQRXdmENS |
| Draw Me | PA000193131 | https://www.playvids.com/v/4_9X1lytndS |
| Finish Me | PA000193130 | https://www.playvids.com/v/DaaFFs1bE3a |
| Gypsy Fortune | PA000193127 | https://www.playvids.com/v/6PPiCOqcoOa |
| Gypsy Fortune | PA000193127 | https://www.playvids.com/v/ywoFDVbxsWz |
| Hielo Caliente | PA000191310 | https://www.playvids.com/v/OidBcPl0l4r |
| Hollywood Royale | PA000192475 | https://www.playvids.com/v/px7nfElheZA |
| Il Lungo Addio | PA000191306 | https://www.playvids.com/v/RIuYxh_LdLC |
| Kamasutra | PA000192480 | https://www.playvids.com/v/Dckt8Umdvol |
| Kamasutra | PA000192480 | https://www.playvids.com/v/Dckt8Umdvol |
| Lazy Sunday | PA000191433 | https://www.playvids.com/v/azOWBYeCWTV |
| Our Time | PA000192133 | https://www.playvids.com/v/3NoHbyVZ0nc |
| Right Now | PA000192630 | https://www.playvids.com/v/yR-fRYjwO5F |
| Secret Love | PA000191311 | https://www.playvids.com/v/ys6v6JsUPwU |
| Secret Love | PA000191311 | https://www.playvids.com/v/IEj0THocIro |
| Senora and Jorge | PA000192631 | https://www.playvids.com/v/zyFowLKIn8o |
| SexArt | PA000193125 | https://www.playvids.com/v/4yoxQxw8izY |

| | | | | |
|---|---|---|---|---|
| Siesta | PA0001922635 | https://www.playvids.com/v/pRLacuiTsx7y | | |
| Snow Fun XI | PA0001922633 | https://www.playvids.com/v/Xy_lqczYn5y | | |
| Snow Fun XI | PA0001922633 | https://www.playvids.com/v/BxXwHXvUysa | | |
| Spanglish | PA0001922536 | https://www.playvids.com/v/nJJnBd2EJ5U | | |
| Tantra Imaginations | PA0001922543 | https://www.playvids.com/v/Olxgg0Z0S0I | | |
| Tantra Imaginations | PA0001922543 | https://www.playvids.com/v/sHSmjyas3bn | | |
| Tone of Love | PA0001922431 | https://www.playvids.com/v/K9mZKZdHwCs | | |
| Tone of Love | PA0001922431 | https://www.playvids.com/v/akd9tIiWbua | | |
| Turning Point | PA0001931440 | https://www.playvids.com/v/8dfH9e2OBND | | |
| Upper West Side | PA0001922429 | https://www.playvids.com/v/TiEiNLyG-4O | | |
| Vintage Collection - Seduction | PA0001917318 | https://www.playvids.com/v/HVJCWWwVJDl | | |
| White Room | PA0001931431 | https://www.playvids.com/v/hQC9o0nsghr | | |

# EXHIBIT ZZ



# <u>EXHIBIT ZZ-1</u>



# **EXHIBIT AAA**



# EXHIBIT AAA-1

# **EXHIBIT BBB**



# EXHIBIT BBB-1



```
<!DOCTYPE html>
<html lang="en">
<head>
    <meta charset="utf-8">
    <meta http-equiv="Content-Type" content="text/html; charset=utf-8"/>
    <title>Sexart Cellist Rilee Marks nopho, lakachu</title>
    <meta name="description" content="Watch Sexart Cellist Rilee Marks nopho, uploaded by kakachu"/>
    <meta name="keywords" content="sexart cellist, cellist rilee, rilee marks, sexart cellist rilee, cellist rilee marks"/>
    <meta property="og:image" content="https://img1.playvids.com/thumbs/130/130543/43.jpg"/>

    <link rel="alternate" media="only screen and (max-width: 640px)" href="https://m.playvids.com/v/R-AcQVdCN"/>

    <!--[if lt IE 9]>
    <script type="text/javascript" src="https://ajax.googleapis.com/ajax/libs/jquery/1.9.1/jquery.min.js"></script>
    <![endif]--> <!--<live us IE 9)-->
    <!--[if gte IE 9]><!-->
    <script src="https://ajax.googleapis.com/ajax/libs/jquery/2.1.0/jquery.min.js"></script>
    <![endif]-->
    <script type="text/javascript" src="//www.playvids.com/js/lang/en.1974799"></script>
    <script type="text/javascript" src="//www.playvids.com/js/all.js?v878"></script>

    <link rel="stylesheet" type="text/css" href="/css/all.css?v819" media="all">
    <link href="https://fonts.googleapis.com/css?family=Open+Sans:400,300,700&amp;subset=latin,cyrillic-ext" rel="stylesheet" type="text/css">
    <link rel="stylesheet" type="text/css" href="/css/all.css" media="all">

    <link rel="icon" href="/favicon.ico">
    <link rel="shortcut icon" href="/favicon.ico">
</head>
<body class="thumb-page">
    <div class="header">
        <span class="btn-menu"></span>
        <a class="logo star" href="/" title="PlayVids">PlayVids</a></h1>
        <span class="dynamic_title"></span>
    <div class="search">
        <form action="/s" method="GET" data-form-type="ajax" data-lock-name="search" class="search-form" data-suggests="/s/suggests">
        <input type="button" value="Search" class="submit">
        <div class="text-holder">
        <input type="text" name="q" placeholder="Search for videos, people and things" class="text autocomplete_search">
        </div>
    </form>
```

# **<u>EXHIBIT CCC</u>**



# **<u>EXHIBIT CCC-1</u>**



# **EXHIBIT DDD**



# EXHIBIT DDD-1



# EXHIBIT EEE



# EXHIBIT EEE-1

