UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

        Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
*and John Does 1-20,*

        Defendants.
_____/

## NOTICE OF FILING CORRECTED DECLARATION OF JASON TUCKER, CORRECTING [D.E. 90-2]

NOTICE is hereby given of Plaintiff's filing of the corrected Declaration of Jason Tucker. On February 12, 2016, Plaintiff filed its Statement of Undisputed Facts in Support of its Motion for Summary Judgment [D.E. 76], which included the Declaration of Jason Tucker. On February 16, 2016, the Clerk of the Court filed a Notice to Filer [D.E. 88], stating that corrective action was required by counsel for Plaintiff to file a Notice of Striking D.E. 77 – D.E. 85 (Exhibits), and to refile those Exhibits under a Notice of Filing. Upon re-filing the exhibits to the Statement of Undisputed Facts under a

BeharBehar ◆ 1840 North Commerce Parkway ◆ Suite One ◆ Weston, Florida 33326
T: 954-688-7642     F: 954-332-9260     W: BeharBehar.com

1 of 3

Notice of Filing [D.E. 90], the undersigned accidentally substituted the Declaration of Jon Krogman for that of Jason Tucker [D.E. 90-2]. The supporting Exhibits to the Declaration of Jason Tucker were properly filed.

Accordingly, attached hereto is the Declaration of Jason Tucker that was filed on February 12, 2016, but accidentally not *re-filed* on February 16, 2016.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of February, 2016 we served the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brady J. Cobb, Esq.

Respectfully submitted,

By:  */s/Aaron Behar, Esq.*
Aaron Behar, Esq.
Florida Bar No.: 166286
E-mail: AB@BeharBehar.com
*/s/Jaclyn Behar, Esq.*
Jaclyn Behar, Esq.
Florida Bar No.: 63833
E-mail: JB@BeharBehar.com
BeharBehar
1840 North Commerce Parkway
Suite 1
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: ab@beharbehar.com
***Counsel for Plaintiff***

BeharBehar • 1840 North Commerce Parkway • Suite One • Weston, Florida 33326
T: 954-688-7642   F: 954-332-9260   W: BeharBehar.com

2 of 3

*/s/Spencer D. Freeman, Esq.*
Spencer D. Freeman, Esq.
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone:  (253) 383-4500
Facsimile:  (253) 383-4501
E-mail: sfreeman@freemanlawfirm.org
**Counsel for Plaintiff (Pro Hac Vice)**

BeharBehar ♦ 1840 North Commerce Parkway ♦ Suite One ♦ Weston, Florida 33326
T: 954-688-7642    F: 954-332-9260    W: BeharBehar.com

3 of 3