*Hydentra HLP Int. Limited v. Constantin Luchian et al*

Case No.: 1:15-cv-22134-UU

# EXHIBIT "A"
## Certification of Valentin Gurvits

# Filed in Support of the Motion for Valentin Gurvits to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART

    Plaintiff,

v.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM and
PEEKVIDS.COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS.COM;
PEEKVIDS.COM; and
John Does 1-20,

    Defendants.

Case No.
1:15-cv-22134-UU

## CERTIFICATION OF VALENTIN GURVITS

Valentin Gurvits, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that:

(1)     I have studied the Local Rules of the United States District Court for the Southern District of Florida; and

(2)     I am a member in good standing of the State Bar of Massachusetts. I am also a member in good standing of all courts in Massachusetts and the United States District Court for the District of Massachusetts.

_____
VALENTIN GURVITS

Date: February 26, 2016

*Hydentra HLP Int. Limited v. Constantin Luchian et al*

Case No.: 1:15-cv-22134-UU

# EXHIBIT "B"
Certificate of Admission and Good Standing
of Valentin Gurvits

# Filed in Support of the
Motion for Valentin Gurvits
to Appear *Pro Hac Vice*, Consent to
Designation, and Request to Electronically
Receive Notices of Electronic Filing

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fourteenth** day of **December** A.D. **1999**, said Court being the highest Court of Record in said Commonwealth:

## Valentin David Gurvits

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-ninth** day of **December** in the year of our Lord **two thousand and fifteen.**

MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

*Hydentra HLP Int. Limited v. Constantin Luchian et al*

Case No.:  1:15-cv-22134-UU

# EXHIBIT "C"
(Proposed) Order for Valentin Gurvits

# Filed in Support of the Motion for Valentin Gurvits to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART<br><br>    Plaintiff,<br><br>v.<br><br>CONSTANTIN LUCHIAN, an individual, KONSTANTIN BOLOTIN, an individual, SUN SOCIAL MEDIA, INC., a corporation, individually and d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM; FEEDVID.COM; PLAYVIDS.COM; PEEKVIDS.COM; and John Does 1-20,<br><br>    Defendants. | Case No. 1:15-cv-22134-UU |

**(PROPOSED) ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO RECEIVE NOTICES OF ELECTRONIC FILINGS**

THIS MATTER is before the Court upon Valentin Gurvits's Motions to Appear *Pro Hac Vice* on behalf of Defendants Constantin Luchian, Konstantin Bolotin and Sun Social Media, Inc. The Court having considered the Motion and all other relevant factors, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED. Valentin Gurvits may appear and participate in this action on behalf of Defendants Constantin Luchian, Konstantin Bolotin and Sun Social Media, Inc. The Clerk shall provide electronic notification of all electronic filings to Mr. Gurvits at vgurvits@bostonlawgroup.com.

DONE AND ORDERED in Chambers at Miami, Florida this ____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE