| Exhibit Number | Description | Marked | Admitted | Objections |
|---|---|---|---|---|
| PX1 | Hydentra's registered trade mark for "MetArt." | | | Relevance |
| PX2 | Hydentra's registered trade mark for "SexArt." | | | Relevance |
| PX3 | Hydentra's copyright registration for the movie *Approaching*. | | | |
| PX4 | Hydentra's copyright registration for the movie *At The Movies*. | | | |
| PX5 | Hydentra's copyright registration for the movie *Be My Slave* and *Be My Slave II*. | | | |
| PX6 | Hydentra's copyright registration for the movie *Book of Love*. | | | |
| PX7 | Hydentra's copyright registration for the movie *Concierge*. | | | |
| PX8 | Hydentra's copyright registration for the movie *Cybersex*. | | | |
| PX9 | Hydentra's copyright registration for the movie *Desire*. | | | |
| PX10 | Hydentra's copyright registration for the movie *Draw Me*. | | | |
| PX11 | Hydentra's copyright registration for the movie *Finish Me*. | | | |
| PX12 | Hydentra's copyright registration for the movie *First*. | | | |
| PX13 | Hydentra's copyright registration for the movie *Gypsy Fortune*. | | | |
| PX14 | Hydentra's copyright registration for the movie *Heilo Caliente*. | | | |
| PX15 | Hydentra's copyright registration for the movie *Hollywood Royale*. | | | |
| PX16 | Hydentra's copyright registration for the movie *Il Lungo Addio*. | | | |
| PX17 | Hydentra's copyright registration for the movie *Kamasutra*. | | | |
| PX18 | Hydentra's copyright registration for the movie *Le Café*. | | | |
| PX19 | Hydentra's copyright registration for the movie *Like Snow*. | | | |
| PX20 | Hydentra's copyright registration for the movie *Love Beats*. | | | |

| | | | | |
|---|---|---|---|---|
| PX21 | Hydentra's copyright registration for the movie *Our Time.* | | | |
| PX22 | Hydentra's copyright registration for the movie *Right Now.* | | | |
| PX23 | Hydentra's copyright registration for the movie *Secret Love.* | | | |
| PX24 | Hydentra's copyright registration for the movie *Senora and Jorge.* | | | |
| PX25 | Hydentra's copyright registration for the movie *Siesta.* | | | |
| PX26 | Hydentra's copyright registration for the movie *Snow Fun XI.* | | | |
| PX27 | Hydentra's copyright registration for the movie *Spanglish.* | | | |
| PX28 | Hydentra's copyright registration for the movie *Tantra Imaginations.* | | | |
| PX29 | Hydentra's copyright registration for the movie *The Date.* | | | |
| PX30 | Hydentra's copyright registration for the movie *The Game VIII – Winner Takes All.* | | | |
| PX31 | Hydentra's copyright registration for the movie *The Writer.* | | | |
| PX32 | Hydentra's copyright registration for the movie *The Writer – Sex Therapy.* | | | |
| PX33 | Hydentra's copyright registration for the movie *Tone of Love.* | | | |
| PX34 | Hydentra's copyright registration for the movie *True Love.* | | | |
| PX35 | Hydentra's copyright registration for the movie *Under the Elle Tree.* | | | |
| PX36 | Hydentra's copyright registration for the movie *Upper West Side.* | | | |
| PX37 | Hydentra's copyright registration for the movie *Vintage Collection - Seduction.* | | | |
| PX38 | Hydentra's copyright registration for the movie *Yes.* | | | |
| PX39 | Hydentra's copyright registration for the movie *Saturday Night.* | | | |
| PX40 | Hydentra's copyright registration for the movie *Sweet Morning.* | | | |
| PX41 | Hydentra's copyright registration for the movie *La Dolce Vita.* | | | |
| PX42 | Hydentra's copyright registration for | | | |

| | | | | |
|---|---|---|---|---|
| | the movie *Waltz With Me - Spring.* | | | |
| PX43 | Hydentra's copyright registration for the movie *Cellist.* | | | |
| PX44 | Hydentra's copyright registration for the movie *Cybersex.* | | | |
| PX45 | Hydentra's copyright registration for the movie *Lazy Sunday.* | | | |
| PX46 | Hydentra's copyright registration for the movie *SexArt.* | | | |
| PX47 | Hydentra's copyright registration for the movie *Turning Point.* | | | |
| PX48 | Hydentra's copyright registration for the movie *White Room.* | | | |
| PX49 | Hydentra's copyright registration for the movie *Anna AJ in the Oriente.* | | | |
| PX50 | Spreadsheet Infringements on playvid.com | | | Best Evi.; Hearsay |
| PX51 | Video capture of display of *Anna AJ in the Oriente* on playvid.com. | | | Foundation |
| PX52 | Screen Shot from video capture of display of *Anna AJ in the Oriente* on playvid.com. | | | Foundation; Incomplete |
| PX53 | Screen shot of meta tags from display of *Anna AJ in the Oriente* on playvid.com. | | | Foundation |
| PX54 | DMCA takedown notice for *Anna AJ in the Oriente.* | | | |
| PX55 | Video capture of display of *Approaching* on playvid.com. | | | Foundation |
| PX56 | Screen Shot from video capture of display of *Approaching* on playvid.com. | | | Foundation; Incomplete |
| PX57 | Screen shot of meta tags from display of *Approaching* on playvid.com. | | | Foundation |
| PX58 | DMCA takedown notice for *Approaching.* | | | |
| PX59 | Video capture of display of *Approaching* on playvid.com. | | | Foundation |
| PX60 | Screen Shot from video capture of display of *Approaching* on playvid.com. | | | Foundation; Incomplete |
| PX61 | Screen shot of meta tags from display of *Approaching* on playvid.com. | | | Foundation |
| PX62 | DMCA takedown notice for *Approaching.* | | | |

| | | | | |
|---|---|---|---|---|
| PX63 | Video capture of display of *At The Movies* on playvid.com. | | | Foundation |
| PX64 | Screen Shot from video capture of display of *At The Movies* on playvid.com. | | | Foundation; Incomplete |
| PX65 | Screen shot of meta tags from display of *At The Movies* on playvid.com. | | | Foundation |
| PX66 | DMCA takedown notice for *At The Movies*. | | | |
| PX67 | Video capture of display of *At The Movies* on playvid.com. | | | Foundation |
| PX68 | Screen Shot from video capture of display of *At The Movies* on playvid.com. | | | Foundation; Incomplete |
| PX69 | Screen shot of meta tags from display of *At The Movies* on playvid.com. | | | Foundation |
| PX70 | DMCA takedown notice for *At The Movies*. | | | |
| PX71 | Video capture of display of *Be My Slave* on playvid.com. | | | Foundation |
| PX72 | Screen Shot from video capture of display of *Be My Slave* on playvid.com. | | | Foundation; Incomplete |
| PX73 | Screen shot of meta tags from display of *Be My Slave* on playvid.com. | | | Foundation |
| PX74 | DMCA takedown notice for *Be My Slave*. | | | |
| PX75 | Video capture of display of *Be My Slave* on playvid.com. | | | Foundation |
| PX76 | Screen Shot from video capture of display of *Be My Slave* on playvid.com. | | | Foundation; Incomplete |
| PX77 | Screen shot of meta tags from display of *Be My Slave* on playvid.com. | | | Foundation |
| PX78 | DMCA takedown notice for *Be My Slave*. | | | |
| PX79 | Video capture of display of *Be My Slave* on playvid.com. | | | Foundation |
| PX80 | Screen Shot from video capture of display of *Be My Slave* on playvid.com. | | | Foundation; Incomplete |
| PX81 | Screen shot of meta tags from display of *Be My Slave* on playvid.com. | | | Foundation |
| PX82 | DMCA takedown notice for *Be My Slave*. | | | |
| PX83 | Video capture of display of *Be My Slave* on playvid.com. | | | Foundation |
| PX84 | Screen Shot from video capture of | | | Foundation; |

| | | | | |
|---|---|---|---|---|
| | | display of *Be My Slave* on playvid.com. | | Incomplete |
| PX85 | Screen shot of meta tags from display of *Be My Slave* on playvid.com. | | | Foundation |
| PX86 | DMCA takedown notice for *Be My Slave*. | | | |
| PX87 | Video capture of display of *Book of Love* on playvid.com. | | | Foundation |
| PX88 | Screen Shot from video capture of display of *Book of Love* on playvid.com. | | | Foundation; Incomplete |
| PX89 | Screen shot of meta tags from display of *Book of Love* on playvid.com. | | | Foundation |
| PX90 | DMCA takedown notice for *Book of Love*. | | | |
| PX91 | Video capture of display of *Concierge* on playvid.com. | | | Foundation |
| PX92 | Screen Shot from video capture of display of *Concierge* on playvid.com. | | | Foundation; Incomplete |
| PX93 | Screen shot of meta tags from display of *Concierge* on playvid.com. | | | Foundation |
| PX94 | DMCA takedown notice for *Concierge*. | | | |
| PX95 | Video capture of display of *Concierge* on playvid.com. | | | Foundation |
| PX96 | Screen Shot from video capture of display of *Concierge* on playvid.com. | | | Foundation; Incomplete |
| PX97 | Screen shot of meta tags from display of *Concierge* on playvid.com. | | | Foundation |
| PX98 | DMCA takedown notice for *Concierge*. | | | |
| PX99 | Video capture of display of *Cybersex* on playvid.com. | | | Foundation |
| PX100 | Screen Shot from video capture of display of *Cybersex* on playvid.com. | | | Foundation; Incomplete |
| PX101 | Screen shot of meta tags from display of *Cybersex* on playvid.com. | | | Foundation |
| PX102 | DMCA takedown notice for *Cybersex*. | | | |
| PX103 | Video capture of display of *Desire* on playvid.com. | | | Foundation |
| PX104 | Screen Shot from video capture of display of *Desire* on playvid.com. | | | Foundation; Incomplete |
| PX105 | Screen shot of meta tags from display of *Desire* on playvid.com. | | | Foundation |
| PX106 | DMCA takedown notice for *Desire*. | | | |
| PX107 | Video capture of display of *Draw Me* on playvid.com. | | | Foundation |
| PX108 | Screen Shot from video capture of | | | Foundation; |

| | | | | |
|---|---|---|---|---|
| | display of *Draw Me* on playvid.com. | | | Incomplete |
| PX109 | Screen shot of meta tags from display of *Draw Me* on playvid.com. | | | Foundation |
| PX110 | DMCA takedown notice for *Draw Me*. | | | |
| PX111 | Video capture of display of *Draw Me* on playvid.com. | | | Foundation |
| PX112 | Screen Shot from video capture of display of *Draw Me* on playvid.com. | | | Foundation; Incomplete |
| PX113 | Screen shot of meta tags from display of *Draw Me* on playvid.com. | | | Foundation |
| PX114 | DMCA takedown notice for *Draw Me*. | | | |
| PX115 | Video capture of display of *Draw Me* on playvid.com. | | | Foundation |
| PX116 | Screen Shot from video capture of display of *Draw Me* on playvid.com. | | | Foundation; Incomplete |
| PX117 | Screen shot of meta tags from display of *Draw Me* on playvid.com. | | | Foundation |
| PX118 | DMCA takedown notice for *Draw Me*. | | | |
| PX119 | Video capture of display of *Finish Me* on playvid.com. | | | Foundation |
| PX120 | Screen Shot from video capture of display of *Finish Me* on playvid.com. | | | Foundation; Incomplete |
| PX121 | Screen shot of meta tags from display of *Finish Me* on playvid.com. | | | Foundation |
| PX122 | DMCA takedown notice for *Finish Me*. | | | |
| PX123 | Video capture of display of *Finish Me* on playvid.com. | | | Foundation |
| PX124 | Screen Shot from video capture of display of *Finish Me* on playvid.com. | | | Foundation; Incomplete |
| PX125 | Screen shot of meta tags from display of *Finish Me* on playvid.com. | | | Foundation |
| PX126 | DMCA takedown notice for *Finish Me*. | | | |
| PX127 | Video capture of display of *Finish Me* on playvid.com. | | | Foundation |
| PX128 | Screen Shot from video capture of display of *Finish Me* on playvid.com. | | | Foundation; Incomplete |
| PX129 | Screen shot of meta tags from display of *Finish Me* on playvid.com. | | | Foundation |
| PX130 | DMCA takedown notice for *Finish Me*. | | | |
| PX131 | Video capture of display of *First* on playvid.com. | | | Foundation |
| PX132 | Screen Shot from video capture of display of *First* on playvid.com. | | | Foundation; Incomplete |
| PX133 | Screen shot of meta tags from display of *First* on playvid.com. | | | Foundation |

| | | | | |
|---|---|---|---|---|
| PX134 | DMCA takedown notice for *First*. | | | |
| PX135 | Video capture of display of *Gypsy Fortune* on playvid.com. | | | Foundation |
| PX136 | Screen Shot from video capture of display of *Gypsy Fortune* on playvid.com. | | | Foundation; Incomplete |
| PX137 | Screen shot of meta tags from display of *Gypsy Fortune* on playvid.com. | | | Foundation |
| PX138 | DMCA takedown notice for *Gypsy Fortune*. | | | |
| PX139 | Video capture of display of *Heilo Caliente* on playvid.com. | | | Foundation |
| PX140 | Screen Shot from video capture of display of *Heilo Caliente* on playvid.com. | | | Foundation; Incomplete |
| PX141 | Screen shot of meta tags from display of *Heilo Caliente* on playvid.com. | | | Foundation |
| PX142 | DMCA takedown notice for *Heilo Caliente*. | | | |
| PX143 | Video capture of display of *Heilo Caliente* on playvid.com. | | | Foundation |
| PX144 | Screen Shot from video capture of display of *Heilo Caliente* on playvid.com. | | | Foundation; Incomplete |
| PX145 | Screen shot of meta tags from display of *Heilo Caliente* on playvid.com. | | | Foundation |
| PX146 | DMCA takedown notice for *Heilo Caliente*. | | | |
| PX147 | Video capture of display of *Hollywood Royale* on playvid.com. | | | Foundation |
| PX148 | Screen Shot from video capture of display of *Hollywood Royale* on playvid.com. | | | Foundation; Incomplete |
| PX149 | Screen shot of meta tags from display of *Hollywood Royale* on playvid.com. | | | Foundation |
| PX150 | DMCA takedown notice for *Hollywood Royale*. | | | |
| PX151 | Video capture of display of *Hollywood Royale* on playvid.com. | | | Foundation |
| PX152 | Screen Shot from video capture of display of *Hollywood Royale* on playvid.com. | | | Foundation; Incomplete |
| PX153 | Screen shot of meta tags from display of *Hollywood Royale* on playvid.com. | | | Foundation |
| PX154 | DMCA takedown notice for *Hollywood* | | | |

| | | | | |
|---|---|---|---|---|
| | *Royale.* | | | |
| PX155 | Video capture of display of *Hollywood Royale* on playvid.com. | | | Foundation |
| PX156 | Screen Shot from video capture of display of *Hollywood Royale* on playvid.com. | | | Foundation; Incomplete |
| PX157 | Screen shot of meta tags from display of *Hollywood Royale* on playvid.com. | | | Foundation |
| PX158 | DMCA takedown notice for *Hollywood Royale.* | | | |
| PX159 | Video capture of display of *Il Lungo Addio* on playvid.com. | | | Foundation |
| PX160 | Screen Shot from video capture of display of *Il Lungo Addio* on playvid.com. | | | Foundation; Incomplete |
| PX161 | Screen shot of meta tags from display of *Il Lungo Addio* on playvid.com. | | | Foundation |
| PX162 | DMCA takedown notice for *Il Lungo Addio.* | | | |
| PX163 | Video capture of display of *Kamasutra* on playvid.com. | | | Foundation |
| PX164 | Screen Shot from video capture of display of *Kamasutra* on playvid.com. | | | Foundation; Incomplete |
| PX165 | Screen shot of meta tags from display of *Kamasutra* on playvid.com. | | | Foundation |
| PX166 | DMCA takedown notice for *Kamasutra.* | | | |
| PX167 | Video capture of display of *Kamasutra* on playvid.com. | | | Foundation |
| PX168 | Screen Shot from video capture of display of *Kamasutra* on playvid.com. | | | Foundation; Incomplete |
| PX169 | Screen shot of meta tags from display of *Kamasutra* on playvid.com. | | | Foundation |
| PX170 | DMCA takedown notice for *Kamasutra.* | | | |
| PX171 | Video capture of display of *Kamasutra* on playvid.com. | | | Foundation |
| PX172 | Screen Shot from video capture of display of *Kamasutra* on playvid.com. | | | Foundation; Incomplete |
| PX173 | Screen shot of meta tags from display of *Kamasutra* on playvid.com. | | | Foundation |
| PX174 | DMCA takedown notice for *Kamasutra.* | | | |
| PX175 | Video capture of display of *Le Cafe* on playvid.com. | | | Foundation |

| | | | | |
|---|---|---|---|---|
| PX176 | Screen Shot from video capture of display of *Le Cafe* on playvid.com. | | | Foundation; Incomplete |
| PX177 | Screen shot of meta tags from display of *Le Cafe* on playvid.com. | | | Foundation |
| PX178 | DMCA takedown notice for *Le Cafe*. | | | |
| PX179 | Video capture of display of *Like Snow* on playvid.com. | | | Foundation |
| PX180 | Screen Shot from video capture of display of *Like Snow* on playvid.com. | | | Foundation; Incomplete |
| PX181 | Screen shot of meta tags from display of *Like Snow* on playvid.com. | | | Foundation |
| PX182 | DMCA takedown notice for *Like Snow*. | | | |
| PX183 | Video capture of display of *Like Snow* on playvid.com. | | | Foundation |
| PX184 | Screen Shot from video capture of display of *Like Snow* on playvid.com. | | | Foundation; Incomplete |
| PX185 | Screen shot of meta tags from display of *Like Snow* on playvid.com. | | | Foundation |
| PX186 | DMCA takedown notice for *Like Snow*. | | | |
| PX187 | Video capture of display of *Love Beats* on playvid.com. | | | Foundation |
| PX188 | Screen Shot from video capture of display of *Love Beats* on playvid.com. | | | Foundation; Incomplete |
| PX189 | Screen shot of meta tags from display of *Love Beats* on playvid.com. | | | Foundation |
| PX190 | DMCA takedown notice for *Love Beats*. | | | |
| PX191 | Video capture of display of *Love Beats* on playvid.com. | | | Foundation |
| PX192 | Screen Shot from video capture of display of *Love Beats* on playvid.com. | | | Foundation; Incomplete |
| PX193 | Screen shot of meta tags from display of *Love Beats* on playvid.com. | | | Foundation |
| PX194 | DMCA takedown notice for *Love Beats*. | | | |
| PX195 | Video capture of display of *Our Time* on playvid.com. | | | Foundation |
| PX196 | Screen Shot from video capture of display of *Our Time* on playvid.com. | | | Foundation; Incomplete |
| PX197 | Screen shot of meta tags from display of *Our Time* on playvid.com. | | | Foundation |
| PX198 | DMCA takedown notice for *Our Time*. | | | |
| PX199 | Video capture of display of *Our Time* on playvid.com. | | | Foundation |
| PX200 | Screen Shot from video capture of | | | Foundation; |

| | | | | |
|---|---|---|---|---|
| | display of *Our Time* on playvid.com. | | | Incomplete |
| PX201 | Screen shot of meta tags from display of *Our Time* on playvid.com. | | | Foundation |
| PX202 | DMCA takedown notice for *Our Time*. | | | |
| PX203 | Video capture of display of *Right Now* on playvid.com. | | | Foundation |
| PX204 | Screen Shot from video capture of display of *Right Now* on playvid.com. | | | Foundation; Incomplete |
| PX205 | Screen shot of meta tags from display of *Right Now* on playvid.com. | | | Foundation |
| PX206 | DMCA takedown notice for *Right Now*. | | | |
| PX207 | Video capture of display of *Secret Love* on playvid.com. | | | Foundation |
| PX208 | Screen Shot from video capture of display of *Secret Love* on playvid.com. | | | Foundation; Incomplete |
| PX209 | Screen shot of meta tags from display of *Secret Love* on playvid.com. | | | Foundation |
| PX210 | DMCA takedown notice for *Secret Love*. | | | |
| PX211 | Video capture of display of *Secret Love* on playvid.com. | | | Foundation |
| PX212 | Screen Shot from video capture of display of *Secret Love* on playvid.com. | | | Foundation; Incomplete |
| PX213 | Screen shot of meta tags from display of *Secret Love* on playvid.com. | | | Foundation |
| PX214 | DMCA takedown notice for *Secret Love*. | | | |
| PX215 | Video capture of display of *Secret Love* on playvid.com. | | | Foundation |
| PX216 | Screen Shot from video capture of display of *Secret Love* on playvid.com. | | | Foundation; Incomplete |
| PX217 | Screen shot of meta tags from display of *Secret Love* on playvid.com. | | | Foundation |
| PX218 | DMCA takedown notice for *Secret Love*. | | | |
| PX219 | Video capture of display of *Secret Love* on playvid.com. | | | Foundation |
| PX220 | Screen Shot from video capture of display of *Secret Love* on playvid.com. | | | Foundation; Incomplete |
| PX221 | Screen shot of meta tags from display of *Secret Love* on playvid.com. | | | Foundation |
| PX222 | DMCA takedown notice for *Secret Love*. | | | |
| PX223 | Video capture of display of *Senora and* | | | Foundation |

| | | | | |
|---|---|---|---|---|
| | *Jorge* on playvid.com. | | | |
| PX224 | Screen Shot from video capture of display of *Senora and Jorge* on playvid.com. | | | Foundation; Incomplete |
| PX225 | Screen shot of meta tags from display of *Senora and Jorge* on playvid.com. | | | Foundation |
| PX226 | DMCA takedown notice for *Senora and Jorge*. | | | |
| PX227 | Video capture of display of *Siesta* on playvid.com. | | | Foundation |
| PX228 | Screen Shot from video capture of display of *Siesta* on playvid.com. | | | Foundation; Incomplete |
| PX229 | Screen shot of meta tags from display of *Siesta* on playvid.com. | | | Foundation |
| PX230 | DMCA takedown notice for *Siesta*. | | | |
| PX231 | Video capture of display of *Siesta* on playvid.com. | | | Foundation |
| PX232 | Screen Shot from video capture of display of *Siesta* on playvid.com. | | | Foundation; Incomplete |
| PX233 | Screen shot of meta tags from display of *Siesta* on playvid.com. | | | Foundation |
| PX234 | DMCA takedown notice for *Siesta*. | | | |
| PX235 | Video capture of display of *Siesta* on playvid.com. | | | Foundation |
| PX236 | Screen Shot from video capture of display of *Siesta* on playvid.com. | | | Foundation; Incomplete |
| PX237 | Screen shot of meta tags from display of *Siesta* on playvid.com. | | | Foundation |
| PX238 | DMCA takedown notice for *Siesta*. | | | |
| PX239 | Video capture of display of *Snow Fun XI* on playvid.com. | | | Foundation |
| PX240 | Screen Shot from video capture of display of *Snow Fun XI* on playvid.com. | | | Foundation; Incomplete |
| PX241 | Screen shot of meta tags from display of *Snow Fun XI* on playvid.com. | | | Foundation |
| PX242 | DMCA takedown notice for *Snow Fun XI*. | | | |
| PX243 | Video capture of display of *Snow Fun XI* on playvid.com. | | | Foundation |
| PX244 | Screen Shot from video capture of display of *Snow Fun XI* on playvid.com. | | | Foundation; Incomplete |
| PX245 | Screen shot of meta tags from display of *Snow Fun XI* on playvid.com. | | | Foundation |

| | | | | |
|---|---|---|---|---|
| PX246 | DMCA takedown notice for *Snow Fun XI*. | | | |
| PX247 | Video capture of display of *Snow Fun XI* on playvid.com. | | | Foundation |
| PX248 | Screen Shot from video capture of display of *Snow Fun XI* on playvid.com. | | | Foundation; Incomplete |
| PX249 | Screen shot of meta tags from display of *Snow Fun XI* on playvid.com. | | | Foundation |
| PX250 | DMCA takedown notice for *Snow Fun XI*. | | | |
| PX251 | Video capture of display of *Spanglish* on playvid.com. | | | Foundation |
| PX252 | Screen Shot from video capture of display of *Spanglish* on playvid.com. | | | Foundation; Incomplete |
| PX253 | Screen shot of meta tags from display of *Spanglish* on playvid.com. | | | Foundation |
| PX254 | DMCA takedown notice for *Spanglish*. | | | |
| PX255 | Video capture of display of *Tantra Imaginations* on playvid.com. | | | Foundation |
| PX256 | Screen Shot from video capture of display of *Tantra Imaginations* on playvid.com. | | | Foundation; Incomplete |
| PX257 | Screen shot of meta tags from display of *Tantra Imaginations* on playvid.com. | | | Foundation |
| PX258 | DMCA takedown notice for *Tantra Imaginations*. | | | |
| PX259 | Video capture of display of *The Date* on playvid.com. | | | Foundation |
| PX260 | Screen Shot from video capture of display of *The Date* on playvid.com. | | | Foundation; Incomplete |
| PX261 | Screen shot of meta tags from display of *The Date* on playvid.com. | | | Foundation |
| PX262 | DMCA takedown notice for *The Date*. | | | |
| PX263 | Video capture of display of *The Game VIII* on playvid.com. | | | Foundation |
| PX264 | Screen Shot from video capture of display of *The Game VIII* on playvid.com. | | | Foundation; Incomplete |
| PX265 | Screen shot of meta tags from display of *The Game VIII* on playvid.com. | | | Foundation |
| PX266 | DMCA takedown notice for *The Game VIII*. | | | |
| PX267 | Video capture of display of *The Game* | | | Foundation |

| | | | | |
|---|---|---|---|---|
| | *VIII* on playvid.com. | | | |
| PX268 | Screen Shot from video capture of display of *The Game VIII* on playvid.com. | | | Foundation; Incomplete |
| PX269 | Screen shot of meta tags from display of *The Game VIII* on playvid.com. | | | Foundation |
| PX270 | DMCA takedown notice for *The Game VIII*. | | | |
| PX271 | Video capture of display of *The Writer* on playvid.com. | | | Foundation |
| PX272 | Screen shot from video capture of display of *The Writer* on playvid.com. | | | Foundation; Incomplete |
| PX273 | Screen shot of meta tags from display of *The Writer* on playvid.com. | | | Foundation |
| PX274 | DMCA takedown notice for *The Writer*. | | | |
| PX275 | Video capture of display of *The Writer* on playvid.com. | | | Foundation |
| PX276 | Screen Shot from video capture of display of *The Writer* on playvid.com. | | | Foundation; Incomplete |
| PX277 | Screen shot of meta tags from display of *The Writer* on playvid.com. | | | Foundation |
| PX278 | DMCA takedown notice for *The Writer*. | | | |
| PX279 | Video capture of display of *The Writer* on playvid.com. | | | Foundation |
| PX280 | Screen Shot from video capture of display of *The Writer* on playvid.com. | | | Foundation; Incomplete |
| PX281 | Screen shot of meta tags from display of *The Writer* on playvid.com. | | | Foundation |
| PX282 | DMCA takedown notice for *The Writer*. | | | |
| PX283 | Video capture of display of *The Writer – Sex Therapy* on playvid.com. | | | Foundation |
| PX284 | Screen Shot from video capture of display of *The Writer – Sex Therapy* on playvid.com. | | | Foundation; Incomplete |
| PX285 | Screen shot of meta tags from display of *The Writer – Sex Therapy* on playvid.com. | | | Foundation |
| PX286 | DMCA takedown notice for *The Writer – Sex Therapy*. | | | |
| PX287 | Video capture of display of *The Writer – Sex Therapy* on playvid.com. | | | Foundation |
| PX288 | Screen Shot from video capture of | | | Foundation; |

| | | | | |
|---|---|---|---|---|
| | display of *The Writer – Sex Therapy* on playvid.com. | | | Incomplete |
| PX289 | Screen shot of meta tags from display of *The Writer – Sex Therapy* on playvid.com. | | | Foundation |
| PX290 | DMCA takedown notice for *The Writer – Sex Therapy*. | | | |
| PX291 | Video capture of display of *Tone of Love* on playvid.com. | | | Foundation |
| PX292 | Screen Shot from video capture of display of *Tone of Love* on playvid.com. | | | Foundation; Incomplete |
| PX293 | Screen shot of meta tags from display of *Tone of Love* on playvid.com. | | | Foundation |
| PX294 | DMCA takedown notice for *Tone of Love*. | | | |
| PX295 | Video capture of display of *Tone of Love* on playvid.com. | | | Foundation |
| PX296 | Screen Shot from video capture of display of *Tone of Love* on playvid.com. | | | Foundation; Incomplete |
| PX297 | Screen shot of meta tags from display of *Tone of Love* on playvid.com. | | | Foundation |
| PX298 | DMCA takedown notice for *Tone of Love*. | | | |
| PX299 | Video capture of display of *True Love* on playvid.com. | | | Foundation |
| PX300 | Screen Shot from video capture of display of *True Love* on playvid.com. | | | Foundation; Incomplete |
| PX301 | Screen shot of meta tags from display of *True Love* on playvid.com. | | | Foundation |
| PX302 | DMCA takedown notice for *Tone of Love*. | | | |
| PX303 | Video capture of display of *Under the Elle Tree* on playvid.com. | | | Foundation |
| PX304 | Screen Shot from video capture of display of *Under the Elle Tree* on playvid.com. | | | Foundation; Incomplete |
| PX305 | Screen shot of meta tags from display of *Under the Elle Tree* on playvid.com. | | | Foundation |
| PX306 | DMCA takedown notice for *Under the Elle Tree*. | | | |
| PX307 | Video capture of display of *Upper West Side* on playvid.com. | | | Foundation |
| PX308 | Screen Shot from video capture of | | | Foundation; |

| | | | | |
|---|---|---|---|---|
| | display of *Upper West Side* on playvid.com. | | | Incomplete |
| PX309 | Screen shot of meta tags from display of *Upper West Side* on playvid.com. | | | Foundation |
| PX310 | DMCA takedown notice for *Upper West Side*. | | | |
| PX311 | Video capture of display of *Vintage Collection – Seduction* on playvid.com. | | | Foundation |
| PX312 | Screen Shot from video capture of display of *Vintage Collection - Seduction* on playvid.com. | | | Foundation; Incomplete |
| PX313 | Screen shot of meta tags from display of *Vintage Collection - Seduction* on playvid.com. | | | Foundation |
| PX314 | DMCA takedown notice for *Vintage Collection - Seduction*. | | | |
| PX315 | Video capture of display of *Vintage Collection – Seduction* on playvid.com. | | | Foundation |
| PX316 | Screen Shot from video capture of display of *Vintage Collection - Seduction* on playvid.com. | | | Foundation; Incomplete |
| PX317 | Screen shot of meta tags from display of *Vintage Collection - Seduction* on playvid.com. | | | Foundation |
| PX318 | DMCA takedown notice for *Vintage Collection - Seduction*. | | | |
| PX319 | Video capture of display of *Yes* on playvid.com. | | | Foundation |
| PX320 | Screen Shot from video capture of display of *Yes* on playvid.com. | | | Foundation; Incomplete |
| PX321 | Screen shot of meta tags from display of *Yes* on playvid.com. | | | Foundation |
| PX322 | DMCA takedown notice for *Yes*. | | | |
| PX323 | Spreadsheet Infringements on feedvid.com. | | | Best Evi.; Hearsay |
| PX324 | Video capture of display of *Saturday Night* on feedvid.com. | | | Foundation |
| PX325 | Screen Shot from video capture of display of *Saturday Night* on feedvid.com. | | | Foundation; Incomplete |
| PX326 | Screen shot of meta tags from display of *Saturday Night* on feedvid.com. | | | Foundation |
| PX327 | Video capture of display of *Sweet Morning* on feedvid.com. | | | Foundation |
| PX328 | Screen Shot from video capture of | | | Foundation; |

| | | | | |
|---|---|---|---|---|
| | display of *Sweet Morning* on feedvid.com. | | | Incomplete |
| PX329 | Screen shot of meta tags from display of *Sweet Morning* on feedvid.com. | | | Foundation |
| PX330 | Spreadsheet Infringements on peekvids.com | | | Best Evi.; Hearsay |
| PX331 | Video capture of display of *La Dolce Vita* on peekvids.com. | | | Foundation |
| PX332 | Screen Shot from video capture of display of *La Dolce Vita* on peekvids.com. | | | Foundation; Incomplete |
| PX333 | Screen shot of meta tags from display of *La Dolce Vita* on peekvids.com. | | | Foundation |
| PX334 | Video capture of display of *Saturday Night* on peekvids.com. | | | Foundation |
| PX335 | Screen Shot from video capture of display of *Saturday Night* on peekvids.com. | | | Foundation; Incomplete |
| PX336 | Screen shot of meta tags from display of *Saturday Night* on peekvids.com. | | | Foundation |
| PX337 | Video capture of display of *Snow Fun XI* on peekvids.com. | | | Foundation |
| PX338 | Screen Shot from video capture of display of *Snow Fun XI* on peekvids.com. | | | Foundation; Incomplete |
| PX339 | Screen shot of meta tags from display of *Snow Fun XI* on peekvids.com. | | | Foundation |
| PX340 | Video capture of display of *Snow Fun XI* on peekvids.com. | | | Foundation |
| PX341 | Screen Shot from video capture of display of *Snow Fun XI* on peekvids.com. | | | Foundation; Incomplete |
| PX342 | Screen shot of meta tags from display of *Snow Fun XI* on peekvids.com. | | | Foundation |
| PX343 | Video capture of display of *Tantra Imaginations* on peekvids.com. | | | Foundation |
| PX344 | Screen Shot from video capture of display of *Tantra Imaginations* on peekvids.com. | | | Foundation; Incomplete |
| PX345 | Screen shot of meta tags from display of *Tantra Imaginations* on peekvids.com. | | | Foundation |
| PX346 | Video capture of display of *Waltz With Me - Spring* on peekvids.com. | | | Foundation |
| PX347 | Screen Shot from video capture of | | | Foundation; |

| | | | | |
|---|---|---|---|---|
| | display of *Waltz With Me - Spring* on peekvids.com. | | | Incomplete |
| PX348 | Screen shot of meta tags from display of *Waltz With Me - Spring* on peekvids.com. | | | Foundation |
| PX349 | Spreadsheet Infringements on playvids.com | | | Best Evi.; Hearsay |
| PX350 | Video capture of display of *At The Movies* on playvids.com. | | | Foundation |
| PX351 | Screen Shot from video capture of display of *At The Movies* on playvids.com. | | | Foundation; Incomplete |
| PX352 | Screen shot of meta tags from display of *At The Movies* on playvids.com. | | | Foundation |
| PX353 | Video capture of display of *Be My Slave II* on playvids.com. | | | Foundation |
| PX354 | Screen Shot from video capture of display of *Be My Slave II* on playvids.com. | | | Foundation; Incomplete |
| PX355 | Screen shot of meta tags from display of *Be My Slave II* on playvids.com. | | | Foundation |
| PX356 | Video capture of display of *Cellist* on playvids.com. | | | Foundation |
| PX357 | Screen Shot from video capture of display of *Cellist* on playvids.com. | | | Foundation; Incomplete |
| PX358 | Screen shot of meta tags from display of *Cellist* on playvids.com. | | | Foundation |
| PX359 | Video capture of display of *Conceirge* on playvids.com. | | | Foundation |
| PX360 | Screen Shot from video capture of display of *Conceirge* on playvids.com. | | | Foundation; Incomplete |
| PX361 | Screen shot of meta tags from display of *Conceirge* on playvids.com. | | | Foundation |
| PX362 | Video capture of display of *Desire* on playvids.com. | | | Foundation |
| PX363 | Screen Shot from video capture of display of *Desire* on playvids.com. | | | Foundation; Incomplete |
| PX364 | Screen shot of meta tags from display of *Desire* on playvids.com. | | | Foundation |
| PX365 | Video capture of display of *Draw Me* on playvids.com. | | | Foundation |
| PX366 | Screen Shot from video capture of display of *Draw Me* on playvids.com. | | | Foundation; Incomplete |
| PX367 | Screen shot of meta tags from display of *Draw Me* on playvids.com. | | | Foundation |

| | | | | |
|---|---|---|---|---|
| PX368 | Screen Shot from video capture of display of *Draw Me* on playvids.com. | | | Foundation; Incomplete |
| PX369 | Screen shot of meta tags from display of *Draw Me* on playvids.com. | | | Foundation |
| PX370 | Screen Shot from video capture of display of *Draw Me* on playvids.com. | | | Foundation; Incomplete |
| PX371 | Screen shot of meta tags from display of *Draw Me* on playvids.com. | | | Foundation |
| PX372 | Video capture of display of *Finish Me* on playvids.com. | | | Foundation |
| PX373 | Screen Shot from video capture of display of *Finish Me* on playvids.com. | | | Foundation; Incomplete |
| PX374 | Screen shot of meta tags from display of *Finish Me* on playvids.com. | | | Foundation |
| PX375 | Video capture of display of *Gypsy Fortune* on playvids.com. | | | Foundation |
| PX376 | Screen Shot from video capture of display of *Gypsy Fortune* on playvids.com. | | | Foundation; Incomplete |
| PX377 | Screen shot of meta tags from display of *Gypsy Fortune* on playvids.com. | | | Foundation |
| PX378 | Screen Shot from video capture of display of *Gypsy Fortune* on playvids.com. | | | Foundation; Incomplete |
| PX379 | Screen shot of meta tags from display of *Gypsy Fortune* on playvids.com. | | | Foundation |
| PX380 | Video capture of display of *Heilo Caliente* on playvids.com. | | | Foundation |
| PX381 | Screen Shot from video capture of display of *Heilo Caliente* on playvids.com. | | | Foundation; Incomplete |
| PX382 | Screen shot of meta tags from display of *Heilo Caliente* on playvids.com. | | | Foundation |
| PX383 | Video capture of display of *Hollywood Royale* on playvids.com. | | | Foundation |
| PX384 | Screen Shot from video capture of display of *Hollywood Royale* on playvids.com. | | | Foundation; Incomplete |
| PX385 | Screen shot of meta tags from display of *Hollywood Royale* on playvids.com. | | | Foundation |
| PX386 | Video capture of display of *Il Lungo Addio* on playvids.com. | | | Foundation |
| PX387 | Screen Shot from video capture of display of *Il Lungo Addio* on playvids.com. | | | Foundation; Incomplete |

| | | | | |
|---|---|---|---|---|
| PX388 | Screen shot of meta tags from display of *Il Lungo Addio* on playvids.com. | | | Foundation |
| PX389 | Video capture of display of *Kamasutra* on playvids.com. | | | Foundation |
| PX390 | Screen Shot from video capture of display of *Kamasutra* on playvids.com. | | | Foundation; Incomplete |
| PX391 | Screen shot of meta tags from display of *Kamasutra* on playvids.com. | | | Foundation |
| PX392 | Screen Shot from video capture of display of *Kamasutra* on playvids.com. | | | Foundation; Incomplete |
| PX393 | Screen shot of meta tags from display of *Kamasutra* on playvids.com. | | | Foundation |
| PX394 | Video capture of display of *Lazy Sunday* on playvids.com. | | | Foundation |
| PX395 | Screen Shot from video capture of display of *Lazy Sunday* on playvids.com. | | | Foundation; Incomplete |
| PX396 | Screen shot of meta tags from display of *Lazy Sunday* on playvids.com. | | | Foundation |
| PX397 | Video capture of display of *Our Time* on playvids.com. | | | Foundation |
| PX398 | Screen Shot from video capture of display of *Our Time* on playvids.com. | | | Foundation; Incomplete |
| PX399 | Screen shot of meta tags from display of *Our Time* on playvids.com. | | | Foundation |
| PX400 | Video capture of display of *Right Now* on playvids.com. | | | Foundation |
| PX401 | Screen Shot from video capture of display of *Right Now* on playvids.com. | | | Foundation; Incomplete |
| PX402 | Screen shot of meta tags from display of *Right Now* on playvids.com. | | | Foundation |
| PX403 | Video capture of display of *Secret Love* on playvids.com. | | | Foundation |
| PX404 | Screen Shot from video capture of display of *Secret Love* on playvids.com. | | | Foundation; Incomplete |
| PX405 | Screen shot of meta tags from display of *Secret Love* on playvids.com. | | | Foundation |
| PX406 | Screen Shot from video capture of display of *Secret Love* on playvids.com. | | | Foundation; Incomplete |
| PX407 | Screen shot of meta tags from display of *Secret Love* on playvids.com. | | | Foundation |
| PX408 | Video capture of display of *Senora and Jorge* on playvids.com. | | | Foundation |

| | | | | |
|---|---|---|---|---|
| PX409 | Screen Shot from video capture of display of *Senora and Jorge* on playvids.com. | | | Foundation; Incomplete |
| PX410 | Screen shot of meta tags from display of *Senora and Jorge* on playvids.com. | | | Foundation |
| PX411 | Video capture of display of *SexArt* on playvids.com. | | | Foundation |
| PX412 | Screen Shot from video capture of display of *SexArt* on playvids.com. | | | Foundation; Incomplete |
| PX413 | Screen shot of meta tags from display of *SexArt* on playvids.com. | | | Foundation |
| PX414 | Video capture of display of *Siesta* on playvids.com. | | | Foundation |
| PX415 | Screen Shot from video capture of display of *Siesta* on playvids.com. | | | Foundation; Incomplete |
| PX416 | Screen shot of meta tags from display of *Siesta* on playvids.com. | | | Foundation |
| PX417 | Video capture of display of *Snow Fun XI* on playvids.com. | | | Foundation |
| PX418 | Screen Shot from video capture of display of *Snow Fun XI* on playvids.com. | | | Foundation; Incomplete |
| PX419 | Screen shot of meta tags from display of *Snow Fun XI* on playvids.com. | | | Foundation |
| PX420 | Screen Shot from video capture of display of *Snow Fun XI* on playvids.com. | | | Foundation; Incomplete |
| PX421 | Screen shot of meta tags from display of *Snow Fun XI* on playvids.com. | | | Foundation |
| PX422 | Video capture of display of *Spanglish* on playvids.com. | | | Foundation |
| PX423 | Screen Shot from video capture of display of *Spanglish* on playvids.com. | | | Foundation; Incomplete |
| PX424 | Screen shot of meta tags from display of *Spanglish* on playvids.com. | | | Foundation |
| PX425 | Video capture of display of *Tantra Imaginations* on playvids.com. | | | Foundation |
| PX426 | Screen Shot from video capture of display of *Tantra Imaginations* on playvids.com. | | | Foundation; Incomplete |
| PX427 | Screen shot of meta tags from display of *Tantra Imaginations* on playvids.com. | | | Foundation |
| PX428 | Screen Shot from video capture of display of *Tantra Imaginations* on | | | Foundation; Incomplete |

| | | | | |
|---|---|---|---|---|
| | playvids.com. | | | |
| PX429 | Screen shot of meta tags from display of *Tantra Imaginations* on playvids.com. | | | Foundation |
| PX430 | Video capture of display of *Tone of Love* on playvids.com. | | | Foundation |
| PX431 | Screen Shot from video capture of display of *Tone of Love* on playvids.com. | | | Foundation; Incomplete |
| PX432 | Screen shot of meta tags from display of *Tone of Love* on playvids.com. | | | Foundation |
| PX433 | Screen Shot from video capture of display of *Tone of Love* on playvids.com. | | | Foundation; Incomplete |
| PX434 | Screen shot of meta tags from display of *Tone of Love* on playvids.com. | | | Foundation |
| PX435 | Video capture of display of *Turning Point* on playvids.com. | | | Foundation |
| PX436 | Screen Shot from video capture of display of *Turning Point* on playvids.com. | | | Foundation; Incomplete |
| PX437 | Screen shot of meta tags from display of *Turning Point* on playvids.com. | | | Foundation |
| PX438 | Video capture of display of *Upper West Side* on playvids.com. | | | Foundation |
| PX439 | Screen Shot from video capture of display of *Upper West Side* on playvids.com. | | | Foundation; Incomplete |
| PX440 | Screen shot of meta tags from display of *Upper West Side* on playvids.com. | | | Foundation |
| PX441 | Video capture of display of *Vintage Collection - Seduction* on playvids.com. | | | Foundation |
| PX442 | Screen Shot from video capture of display of *Vintage Collection - Seduction* on playvids.com. | | | Foundation; Incomplete |
| PX443 | Screen shot of meta tags from display of *Vintage Collection - Seduction* on playvids.com. | | | Foundation |
| PX444 | Video capture of display of *White Room* on playvids.com. | | | Foundation |
| PX445 | Screen Shot from video capture of display of *White Room* on playvids.com. | | | Foundation; Incomplete |
| PX446 | Screen shot of meta tags from display | | | Foundation |

| | | | | |
|---|---|---|---|---|
| | of *White Room* on playvids.com. | | | |
| PX447 | United States Copyright Office Designation of Agent to Receive Notification, dated January 23, 2014. | | | |
| PX448 | Playvid.com Copyright Notification web page. | | | |
| PX449 | United States Postal Service payment confirmation, dated January 14, 2015. | | | Foundation |
| PX450 | United States Postal Service Label Record, dated January 14, 2015. | | | Foundation |
| PX451 | United States Postal Service Tracking Record. | | | Foundation |
| PX452 | Playvid.com Privacy Policy. | | | |
| PX453 | Playvid.com 18 U.S.C. 2257 Statement | | | |
| PX454 | Playvid.com web page – Advertisement | | | Relevance |
| PX455 | Google Search: Site Playvid.com SexArt | | | Relevance; Foundation |
| PX456 | Google Search: Site Playvid.com SexArt | | | Relevance; Foundation |
| PX457 | Google Search: Site Playvid.com SexArt | | | Relevance; Foundation |
| PX458 | Google Search: Site Playvid.com SexArt | | | Relevance; Foundation |
| PX459 | Google Search: Site Playvid.com SexArt | | | Relevance; Foundation |
| PX460 | Google Search: SexArt White Room | | | Relevance; Foundation |
| PX461 | Google Search: SexArt The Cove | | | Relevance; Foundation |
| PX462 | Google Search: SexArt Lazy Sunday | | | Relevance; Foundation |
| PX463 | Google Search: SexArt Desire | | | Relevance; Foundation |
| PX464 | Google Search: SexArt Dare | | | Relevance; Foundation |
| PX465 | Google Search: SexArt Book of Love | | | Relevance; Foundation |
| PX466 | Google Search: SexArt | | | Relevance; Foundation |
| PX467 | Google Search: Play Videos SexArt | | | Relevance; Foundation |
| PX468 | Google Search: Play SexArt Videos | | | Relevance; Foundation |
| PX469 | Google Search: Play SexArt Video | | | Relevance; Foundation |

| PX470 | Peekvids – Term of Use | | | |
|---|---|---|---|---|
| PX471 | Peekvids – Privacy Policy | | | |
| PX472 | Feedvid – Advertise | | | Relevance |
| PX473 | Feedvid – Term of Use | | | |
| PX474 | Sun Social Media, Inc. data regarding Plaintiff videos posted on Sun Social Media web sites. | | | |
| PX475 | Sun Social Media, Inc. data regarding members terminated from Sun Social Media web sites. | | | |
| PX476 | Video capture of SexArt Channel on playvid.com. | | | Foundation |
| PX477 | Screen shot from video of SexArt Channel on playvid.com. | | | Foundation; Incomplete |
| PX478 | Video capture of MetArt Channel on playvid.com. | | | Foundation |
| PX479 | Screen shot from video of SexArt Channel on playvid.com. | | | Foundation; Incomplete |