# Sun Social PHV Applications

**Matthew Shayefar** <matt@bostonlawgroup.com>  Tue, Sep 29, 2015 at 1:42 PM
To: Brady Cobb <bcobb@cobbeddy.com>
Cc: Val Gurvits <vgurvits@bostonlawgroup.com>, Evan Fray-Witzer <Evan@cfwlegal.com>

Hi Brady,

Attached are the PHV Application packets for me and Val.  Please get filed when you have a chance.

Thanks,

Matthew Shayefar

Boston Law Group, PC

825 Beacon Street, Suite 20 | Newton Centre, MA 02459
Direct: (617) 928-1806 | Tel: (617) 928-1800 | Fax: (617) 928-1802

matt@bostonlawgroup.com

---
The contents of this message and any attachments are confidential and intended only for the addressee(s).  This message may also be subject to attorney-client privilege.  If you received this message in error, please notify Boston Law Group, PC immediately and destroy the original message.  Boston Law Group, PC | Tel: (617) 928-1800 | E-mail:info@bostonlawgroup.com

In compliance with IRS regulations, we advise you that any discussion of Federal tax issues is not intended or written to be used, and may not be used, by you to avoid any penalties imposed under the Internal Revenue Code or to promote, market or recommend to another party any transaction or matter addressed.

---

**2 attachments**

  **Shayefar PHV Application Packet.pdf**
299K

  **Gurvits PHV Application Packet.pdf**
292K