UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART<br><br>Plaintiff,<br><br>v.<br><br>CONSTANTIN LUCHIAN, an individual, KONSTANTIN BOLOTIN, an individual, SUN SOCIAL MEDIA, INC., a corporation, individually and d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM; FEEDVID.COM; PLAYVIDS.COM; PEEKVIDS.COM; and John Does 1-20,<br><br>Defendants. | Case No.<br>1:15-cv-22134-UU |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS MATTER is before the Court upon Valentin Gurvits's Motions to Appear *Pro Hac Vice* on behalf of Defendants Constantin Luchian, Konstantin Bolotin and Sun Social Media, Inc. The Court having considered the Motion and all other relevant factors, it is hereby ORDERED AND ADJUDGED that the Motion is GRANTED. Valentin Gurvits may appear and participate in this action on behalf of Defendants Constantin Luchian, Konstantin Bolotin and Sun Social Media, Inc. The Clerk shall provide electronic notification of all electronic filings to Mr. Gurvits at vgurvits@bostonlawgroup.com.

DONE AND ORDERED in Chambers at Miami, Florida this 29 day of Feb., 2016.

_____
UNITED STATES DISTRICT JUDGE