UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

|  |  |
|---|---|
| HYDENTRA HLP INT. LIMITED,<br>a foreign corporation d/b/a METART,<br><br>    Plaintiff,<br><br>v.<br><br>CONSTANTIN LUCHIAN, an individual,<br>KONSTANTIN BOLOTIN, an individual,<br>SUN SOCIAL MEDIA, INC., a corporation,<br>individually and d/b/a PLAYVID.COM,<br>FEEDVID.COM, PLAYVIDS.COM and<br>PEEKVIDS.COM; PLAYVID.COM;<br>FEEDVID.COM; PLAYVIDS.COM;<br>PEEKVIDS.COM; and<br>John Does 1-20,<br><br>    Defendants. | Case No.<br>**1:15-cv-22134-UU** |

## DEFENDANTS' DENIALS TO PLAINTIFF'S STATEMENT OF PURPORTED UNDISPUTED MATERIAL FACTS

Defendants Konstantin Bolotin and Sun Social Media, Inc. ("SSM"), through their counsel, hereby submit their denials to Plaintiff's Statement of Undisputed Material Facts in Support of Plaintiff's Motion for Summary Judgment.

1.      Defendants deny the statements in this paragraph as irrelevant.

2.      Defendants deny the statements in this paragraph as being unsupported, and in fact controverted, by the evidence in the record – specifically evidence put forth by Plaintiff itself.  Specifically, Exhibits A and B to the Declaration of Jon Krogman (D.E. 76-1) ["*Krogman Decl.*"] purport to evidence Plaintiff's ownership of registered trademarks for METART and SEXART.  However, a cursory look at those records indicate that the trademarks are owned by

1

and registered to Hydentra, L.P. HLP General Partner, Inc., which is NOT the Plaintiff in this action.  Plaintiff has shown no trademark rights whatsoever.

3.      Defendants deny the statements in this paragraph.  The terms of use for each of the websites referenced in this paragraph suggests that they are owned and/or operated by a company called CF Technology, Inc.  Attached hereto as <u>Exhibit 1</u> are true and correct copies of the Terms and Conditions for each of the websites reference in this paragraph.

4.      Defendants deny that Plaintiff's full business model revolves around paid memberships.  Over the past year of filing at least 18 lawsuits, court records have made it clear that Plaintiff's business model is largely in the filing of litigations.  *See* Annex 2 to Motion and Memorandum of Law of Defendants Sun Social Media, Inc. and Konstantin Bolotin for Summary Judgment, Docket No. 73.

5.      Defendants deny that Hydentra filed trademark registrations for METART and SEXART.  Specifically, Exhibits A and B to *Krogman Decl.* purport to evidence Plaintiff's ownership of registered trademarks for METART and SEXART.  However, a cursory look at those records indicate that the trademarks are owned by and registered to Hydentra, L.P. HLP General Partner, Inc., which is NOT the Plaintiff in this action.  Plaintiff has shown no trademark rights whatsoever.

6.      Defendants object first as Plaintiff has no personal knowledge of what "numerous web sites" other than their own do.  Defendant's deny also the unsupported allegation that the existence of "tube sites" damages paid membership sites and, in any event, note that this generalized statement is wholly irrelevant to the Plaintiff's case here.  Defendants deny also the implication that service providers like Defendant SSM only "portray themselves as third party upload sites," suggesting that the Defendants uploaded material on their own.  Defendants did

not upload any of the videos on SSM's websites.  *See* Declaration of Constantin Luchian in Support of Motions for Summary Judgment, Docket No. 72-2 ["*Luchian Decl. I*"], ¶¶ 14-15; Declaration of Konstantin Bolotin in Support of Motions for Summary Judgment, Docket No. 73-2 ["*Bolotin Decl. I*"], ¶¶ 17-18.

       7.     Defendants deny the statement that there is a prevalence of tube sites and that they do damage to paid membership sites as being unsupported by the evidence in the record and outside the personal knowledge of the Plaintiff.  Defendants deny further the unsupported implication that Defendants ignored take down notices or are not entitled to DMCA safe harbor protections.

       8.     Defendants deny that Hydentra has any protectable trade name, as the evidence on the record clearly indicates that the purported trade names are owned by a third party not a part of this lawsuit.  *See* ¶¶ 2 & 5 *supra*.

       9.     For the purposes of this Opposition only, defendants do not deny the statements in this paragraph.

       10.     Defendants deny the statements in this paragraph as mischaracterizing the law and fact.  Playvid.com is not an "Internet Service Provider" – Playvid.com is an Internet Service. The *provider* of Playvid.com is SSM.  *See* Declaration of Konstantin Bolotin in Support of Opposition to Plaintiff's Motion for Summary Judgment ["*Bolotin Decl. II*"], filed herewith, ¶ 2. The designation form makes it clear, listing the "Full Legal Name of Service Provider" as "Sun Social Media, Inc."  *Bolotin Decl. I*, Exhibit 3.

       11.     Defendants deny that DMCA compliant take-down notices were received by Constantin Luchian.  It appears that they were accepted by the landlord for Mr. Luchian's

company Incorporate Now, Inc. and then lost by the landlord.  Mr. Luchian never received those notifications, nor did SSM.  *See Luchian Decl. I*, ¶¶ 18-23; *Bolotin Decl. I*, ¶ 35.

12.     Defendants deny based on Plaintiff's own records that Plaintiff owns the trademarks METART and SEXART.  *See* ¶¶ 2 & 5 *supra*.  Defendants further deny that the use of those marks in meta tags has any relevance to the rankings on search engine results.  *Bolotin Decl. II*, ¶ 3.  There is no way that Mr. Tucker knows how search engines utilize meta-tags in their notoriously secret and proprietary search engine calculations.  All evidence actually points towards meta-tags being completely ignored in search rankings.  *Bolotin Decl. II*, ¶ 3.

13.     SSM and Mr. Bolotin do not "control" the meta tags for SSM's websites.  The meta tags are based entirely and solely upon information input by users when they upload videos.  *Bolotin Decl. II*, ¶ 4.  While SSM does briefly review videos before allowing them to be made public, it can only practically screen out content which is on its face illegal or inappropriate – that is content that is pedophilic, zoophilic, not pornographic or spam.  *Bolotin Decl. II*, ¶ 5.

14.     Defendants deny that Plaintiff owns the trademarks METART and SEXART.  *See* ¶¶ 2 & 5 *supra*.  Defendants state also that, as a matter of law, DMCA takedown notices cannot raise issues concerning trademarks, as opposed to copyrights.

15.     Defendants deny that Plaintiff owns the trademarks METART and SEXART.  *See* ¶¶ 2 & 5 *supra*.  Defendants deny further the implication that Defendants had any control over the selection of the meta tags at issue.

16.     Defendants deny the statements in this paragraph as mischaracterizing the law and fact.  Feedvid.com is not an "Internet Service Provider" – Feedvid.com is an Internet Service.  The *provider* of Feedvid.com is SSM.  *See Bolotin Decl. II*, ¶ 2.  Defendants further reference the

Declaration of Jason Tucker, Docket No. 109-1 ["*Tucker Decl.*"], ¶ 52, which states that he was able to determine that SSM operates Feedvid.com.

17.     Defendants deny that Plaintiff has any protectable trade name, as the evidence on the record clearly indicates that the purported trade names are owned by a third party not a part of this lawsuit. *See* ¶¶ 2 & 5 *supra*. Defendants deny further the implication that Defendants had any control over the selection of the meta tags at issue.

18.     Defendants deny the statements in this paragraph as mischaracterizing the law and fact. Peekvids.com is not an "Internet Service Provider" – Peekvids.com is an Internet Service. The *provider* of Peekvids.com is SSM. *See Bolotin Decl. II*, ¶ 2. Defendants further reference *Tucker Decl.*, ¶ 52, which states that he was able to determine that SSM operates Peekvids.com.

19.     Defendants deny that Plaintiff has any protectable trade name, as the evidence on the record clearly indicates that the purported trade names are owned by a third party not a part of this lawsuit. *See* ¶¶ 2 & 5 *supra*. Defendants deny further the implication that Defendants had any control over the selection of the meta tags at issue.

20.     Defendants deny the statements in this paragraph as mischaracterizing the law and fact. Playvids.com is not an "Internet Service Provider" – Playvids.com is an Internet Service. The *provider* of Playvids.com is SSM. *See Bolotin Decl. II*, ¶ 2. Defendants further reference *Tucker Decl.*, ¶ 52, which states that he was able to determine that SSM operates Playvids.com.

21.     Defendants deny the statements in this paragraph to the extent that it misrepresents that Plaintiff even alleged that it sent take-down notices for material on any sites other than playvid.com.

22.     SSM has no net profits. Mr. Bolotin has not earned any net profits from SSM because SSM has no net profits. *Bolotin Decl. II*, ¶ 7. To the contrary, Mr. Bolotin has on

multiple occasions personally put his own money into SSM to cover monthly expenses.  *Bolotin Decl. II*, ¶ 8.

23.     SSM did not create any web sites in order to circumvent Google algorithms.  *Bolotin Decl. II*, ¶ 9.  SSM created the other websites in order to utilize changes in Google's algorithms and to provide different experiences (including different functionality and layouts) for different users.  *Bolotin Decl. II*, ¶ 9.

24.     SSM's utilization of meta data for each video is based solely and entirely off of information put by the user when uploading the video.  *Bolotin Decl. II*, ¶ 4.  SSM does not edit titles, descriptions or tags for videos except in cases of spam (which are deleted in their entirety) as SSM does not intend to be an editor or take responsibility for the tags, descriptions or tags input by users.  *Bolotin Decl. II*, ¶ 6.

25.     SSM denies the statements in this paragraph to the extent that it implies that the view count on a video is in any way related to SSM's relationship with brokers, how traffic is delivered to the advertisers, how the brokers pay SSM, or which advertisement is shown on that page.  Moreover, the "view count" does not count how many times a video was actually viewed – it only counts the number of times the page was loaded.  Therefore, the view count will also increase when a page is accessed by a search engine spider or other bot.  Some studies show that the *majority* of internet traffic is generated by bots.  *Bolotin Decl. II*, ¶¶ 10-11.

26.     Defendants deny that the email address provided at sign-up does not have to be "real."  All addresses are checked to confirm that they are in the proper format.  *Bolotin Decl. II*, ¶ 12.  Defendants deny the statement that 90% of email addresses were determined to be fake as not supported by the evidence.  Furthermore, Defendants state that SSM has approximately 411,100 users with emails in its database and that since SSM implemented a script to check for

bounce-backs in March of 2015, it has only received bounce-backs from approximately 1,100 email addresses – constituting less than 0.3% percent of its email addresses. *Bolotin Decl. II*, ¶ 13.

27.     Defendants deny the statements in this paragraph to the extent that it implies that email addresses are not verified for any nefarious purpose.  SSM states that some of the biggest websites in the world, including Wikipedia and Reddit, do not require a registering user to provide an email address, but only ask for it as an optional piece of information to provide.  Furthermore, none of Amazon, Instagram and Imgur have an email verification process. *Bolotin Decl. II*, ¶ 14.

28.     For the purposes of this Opposition, Defendants do not deny the statements in this paragraph.

29.     Defendants deny the entirety of this paragraph.  SSM does communicate with its members, both through email and through its websites.  SSM sends users emails in appropriate circumstances when the user gets a notification on the websites, for instance, if another user tried to contact that user on the website.  Also, SSM does notify users when their video has been removed for claims of copyright infringement on the website.  When a user logs into their account on the website, the user is shown that his videos have been removed on the basis of a copyright claim.  Furthermore, SSM does notify users when they have been terminated pursuant to the repeat infringer policy.  When a user tries to log into their account after termination, they are shown a notification popup that states that the user's account was terminated. *Bolotin Decl. II*, ¶ 15.

30.     Defendants deny the characterization that SSM retains a DMCA agent for "each of its sites."  SSM retains a DMCA agent for itself, which covers all of its sites. *Bolotin Decl. II*,

¶ 16.  When Incorporate Now, Inc. receives a take-down notice through the mail, Incorporate Now, Inc. sends the notices to SSM's email address (legal@sunsocialmedia.com), which is not Mr. Bolotin's personal email address, but is an email address accessed and processed by SSM's agents in addition to Mr. Bolotin.  *Bolotin Decl. II*, ¶ 17.  Furthermore, SSM does notify users that their videos have been removed for claims of copyright infringement.  ¶ 29, *supra*.

31.     SSM admits that it has implemented and communicated a reasonable repeat infringer policy.  SSM states further that it does inform members when their videos have been removed for claims of copyright infringement.  ¶ 29, *supra*.  SSM denies the last sentence of this paragraph on the basis that it is not supported by any evidence whatsoever and is a self-serving and baseless accusation.

32.     Undisputed.

33.     Undisputed.

34.     Undisputed.

35.     Undisputed.

36.     Defendants deny the allegations of this paragraph to the extent that it takes Mr. Bolotin's statements out of context.  Defendants further make reference to their Response in Opposition to Plaintiff's Motion for Sanctions, Docket No. 101 and to SSM's responses to Plaintiff's interrogatories.  Defendants state further that lay fact witnesses are not required to understand the legal bases for affirmative defenses.

37.     Same response to Paragraph 36, *supra*.

38.     Same response to Paragraph 36, *supra*.

39.     Same response to Paragraph 36, *supra*.

40.     Defendants object to the mischaracterization inherent in the statements of this paragraph and further reference their response to Paragraph 36, *supra*.

41.     Defendants object to the mischaracterization inherent in the statements of this paragraph.  Specifically, Defendants object to the mischaracterization and implication that SSM knew that the videos listed in Exhibit A to Plaintiff's complaint were infringing upon Plaintiff's rights.  Defendants had no such knowledge until after being served with the Complaint.  *Bolotin Decl. I, ¶ 33; Luchian Decl. I, ¶¶ 16-17.*


**Respectfully submitted:**

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb, Esquire
Florida Bar No. 031018
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile (954) 900-5507
bcobb@cobbeddy.com

*Attorney for Defendants*
*Constantin Luchian,*
*Konstantin Bolotin and*
*Sun Social Media Inc.*

Dated: February 29, 2016

# Exhibit 1

# ALS Scan - Terms

PLEASE CAREFULLY READ THESE TERMS AND CONDITIONS. YOU ARE BOUND BY THEM. By
visiting this website or by purchasing or using any products, services, or other aspect of this website
(which together are referred to as the "Services"), you are agreeing to be bound by all provisions stated
in these terms and conditions (these "Terms and Conditions") and all provisions stated in this website's
Privacy Policy. By purchasing or using the Services, you are entering into a binding agreement between
you and ICF Technology, Inc. ICF Technology, Inc is referred to in these Terms and Conditions as
"Company," "we," or "us." If you do not agree to these Terms and Conditions, then do not use this
website and please exit immediately.

We reserve the right, in our sole discretion, to modify or revise these Terms and Conditions. You agree
to be bound by any such modifications or revisions. You should periodically review the most up-to-date
version of these Terms and Conditions on our website. Any modified or revised terms will apply to any
purchase made after such modifications or revisions are posted on this website. Additional terms and
conditions may apply to the purchase of the Services, such as billing and refund policies. By using this
website, you agree to be bound by such terms and conditions.

BY USING THIS WEBSITE, YOU REPRESENT AND WARRANT THAT YOU ARE AT LEAST EIGHTEEN
YEARS OLD.

1. Copyright and Ownership. All of the content featured or displayed on this website, including without
limitation text, graphics, photographs, images, moving images, sound, and illustrations ("Content"), is
owned by Company, its licensors, vendors, agents and/or its Content providers. All elements of this
website, including without limitation the general design and the Content, are protected by trade dress,
copyright, moral rights, trademark and other laws relating to intellectual property rights. The Services
and this website may only be used for the intended purpose for which this website and the Services are
being made available. Except as may be otherwise indicated in specific documents within this website,
you are authorized to view, play, print and download Content for personal, informational, and
noncommercial purposes only. You may not modify any of the Content and you may not copy, distribute,
transmit, display, perform, reproduce, publish, license, create derivative works from, transfer or sell any
Content, information or work contained on this website. Except as authorized under the copyright laws,
you are responsible for obtaining permission before reusing any copyrighted material that is available on
this website. For purposes of these Terms and Conditions, the use of any such material on any other
website or networked computer environment is prohibited. You shall comply with all applicable domestic
and international laws, statutes, ordinances and regulations regarding your use of this website and the
Services. This website, its Content and all related rights shall remain the exclusive property of Company
or its licensors unless otherwise expressly agreed. You will not remove any copyright, trademark or other
proprietary notices from material found on this website. Company may change or remove Content from

time-to-time. Content that you have previously downloaded, tagged as a "favorite," or included in a "gallery" may be removed from this website at any time without notice to you, including upon termination of this Agreement or suspension of your account.

2. Trademarks. All trademarks, service marks and trade names of Company used herein (including but not limited to: the Company name, the Company corporate logo, this website name, this website design, and any logos) (collectively "Marks") are trademarks or registered trademarks of Company or its affiliates, partners, vendors or licensors. You may not use, copy, reproduce, republish, upload, post, transmit, distribute, or modify Company trademarks in any way, including in advertising or publicity pertaining to distribution of materials on this website, without Company's prior written consent. The use of Company trademarks on any other website or network computer environment is not allowed. Company prohibits the use of Company trademarks as a "hot" link on or to any other website unless establishment of such a link is approved in advance.

3. Unsolicited Submissions Policy. Except where we specifically request comments or submissions, we do not accept or consider creative ideas, suggestions, or materials other than those we have specifically requested. This policy is designed to avoid misunderstandings if projects developed by our professional staff seem to others to be similar to their own creative work. Accordingly, we request that you not submit any creative ideas, suggestions, or materials except where specifically requested or solicited. If you do send us an unsolicited submission, you agree not to assert any ownership right of any kind in the unsolicited submission against Company (including, but not limited to copyright, trademark, unfair competition, moral rights, or implied contract), you hereby grant Company a nonexclusive, perpetual, worldwide license and right (including any moral rights) to the unsolicited submission in every media and for every purpose now known or hereinafter discovered and you waive the right to receive any financial or other consideration in connection with such unsolicited submission including, but not limited to, credit. You release Company (and our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with your unsolicited submissions, including without limitation all claims for theft of ideas or copyright infringement.

4. Solicited Submission Policy. Where we have specifically invited or requested submissions, we encourage members and/or guests to submit user published content or user content (e.g. postings to chat rooms, webcam chats, forums, participation in communities, commenting on blogs, model submissions, photographer submissions, video rankings, reviews, etc.) to us that they have created for consideration in connection with this website and any related wireless and online broadcasts ("User Submissions"). User Submissions remain your intellectual property, and subject to Section 19(ii), you must have obtained all necessary consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the following license. By posting User Submissions on our website, you expressly grant Company a non-exclusive, perpetual,

irrevocable, royalty-free, fully paid-up worldwide, fully sub-licensable right (including any moral rights) to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, transmit, perform and display such content and your name, voice, and/or likeness as contained in your User Submission, in whole or in part, and in any form throughout the world in any media or technology, whether now known or hereafter discovered, including all promotion, advertising, marketing, merchandising, publicity and any other ancillary uses thereof, and including the unfettered right to sublicense such rights, in perpetuity throughout the universe. You forever release Company and its managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, other related entities and advertisers from any and all claims associated with using the User Submission and any associated identifying characteristics, including without limitation claims arising from rights of publicity, rights of privacy, any moral rights, infliction of emotional distress, trespass, trademark copyright, patent, trade secret, obscenity or defamation. All User Submissions are deemed non-confidential and Company shall be under no obligation to maintain the confidentiality of any information, in whatever form, contained in any User Submission.

5. Inappropriate User Submissions. We do not encourage, and do not seek, User Submissions that result from any activity that: (i) may create a risk of harm, loss, physical or mental injury, emotional distress, death, disability, disfigurement, or physical or mental illness to you, to any other person, or to any animal; (ii) may create a risk of any other loss or damage to any person or property; or (iii) may constitute a crime or tort. You agree that you have not and will not engage in any of the foregoing activities in connection with producing your submission. Without limiting the foregoing, you agree that in conjunction with your submission, you will not inflict emotional distress on other people, will not humiliate other people (publicly or otherwise), will not assault or threaten other people, will not enter onto private property without permission, and will not otherwise engage in any activity that may result in injury, death, property damage, and/or liability of any kind. Company will reject any submissions in which Company believes, in its sole discretion, that any such activities have occurred. If notified by a user of a submission that allegedly violates any provision of these Terms and Conditions, Company reserves the right to determine, in its sole discretion, if such a violation has occurred, and to remove any such submission from this website.

6. Advertising Rights. We reserve the right to sell, license and/or display any advertising, attribution, links, promotional and/or distribution rights in connection with this website or your User Submissions, and Company and its licensors or affiliates will be entitled to retain any and all revenue generated from any sales or licenses of such advertising, attribution, links, or promotional or distribution rights. Nothing in these additional terms obligates or may be deemed to obligate Company to sell, license or offer to sell or license any advertising, promotion or distribution rights.

7. Subscriptions and Orders. Details of the subscription levels and the Services available for purchase are set out on this website. All prices are displayed inclusive of all taxes. All features, content, specifications, subscription levels, the Services, and prices described or depicted on this website are

subject to change at any time without notice. The inclusion of any products or the Services on this website at a particular time does not imply or warrant that these products or the Services will be available at any time. By placing an order, you represent that the Services will be used only in a lawful manner. If you choose a recurring subscription option, you acknowledge that your subscription will renew automatically at the end of your subscription period until you request a cancellation and you authorize us (or our service provider) to charge your chosen payment method to pay the recurring fees for the subscription. Payment processing is managed by a third party vendor. When you purchase a subscription or any of the Services, you will leave this website and you may be subject to additional terms and conditions.

8. Refund Policy. You may request a one-time refund for the Services purchased for this website in the event that you are not satisfied or for any reason within 90 days. The Services, subscription and access to this website will be terminated upon such refund. You may not create multiple accounts and request multiple refunds. Certain jurisdictions may provide additional statutory rights. Nothing herein is meant to limit your return or cancellation rights under local law. To request a refund, please contact support@alsscan.com.

9. Accuracy of Information. We attempt to ensure that information on this website is complete, accurate and current. Despite our efforts, the information on this website may occasionally be inaccurate, incomplete or out of date. We make no representation as to the completeness, accuracy or currency of any information on this website. In addition, we may make changes in information about price and availability without notice. While it is our practice to confirm subscriptions by email, the receipt of an email confirmation does not constitute our acceptance of a subscription order or our confirmation of an offer to sell a subscription. We reserve the right, without prior notice, to limit the order quantity on any service or subscription level and/or to refuse the Services to any customer. We also may require verification of information prior to the acceptance of any order.

10. Linking to this Website. Creating or maintaining any link from another website to any page on this website except through our Affiliate Program MetArt Money is prohibited. Running or displaying this website or any information or material displayed on this website in frames or through similar means on another website without our prior written permission is prohibited. Any permitted links to this website must comply will all applicable laws, rule and regulations.

11. Third Party Links. From time to time, this website may contain links to websites that are not owned, operated or controlled by Company or its affiliates. For example, you will leave this website and enter a third party payment processor website when you make a payment for the Services. All such links are provided solely as a convenience to you. If you use these links, you will leave this website. Neither we nor any of our respective affiliates are responsible for any content, materials or other information located on or accessible from any other website. Neither we nor any of our respective affiliates endorse, guarantee, or make any representations or warranties regarding any other websites, or any content, materials or other information located or accessible from any other websites, or the results that you may

obtain from using any other websites. If you decide to access any other websites linked to or from this website, you do so entirely at your own risk.

12. Conduct and Inappropriate Material. You acknowledge that this website may contain material that may be inappropriate for minors. You are prohibited from: (i) contacting any model, performer, photographer or other users by means external to this website; (ii) using this website to advertise, solicit, or promote any service or product; and (iii) posting or sending any unlawful, offensive, harmful, abusive, threatening, defamatory, libelous, obscene, pornographic (including any representation of minors engaged in intimate physical contact or sexual situations) or profane material or any material that could constitute or encourage conduct that would be considered a criminal offense or give rise to civil liability, or otherwise violate any law. Such violations may subject you or your agents to civil and criminal penalties. You further understand and agree that sending unsolicited advertisements to any user of this website or this website or through voice computer systems is expressly prohibited by these Terms and Conditions. Any such unauthorized use of our computer systems is a violation of these Terms and Conditions and applicable "anti-spam" laws. In addition to any remedies that we may have at law or in equity, if we determine, in our sole discretion, that you have violated or are likely to violate the foregoing prohibitions, we may take any action we deem necessary to cure or prevent the violation, including without limitation, the immediate removal of the related materials from this website and/or suspension of your access to this website. We will fully cooperate with any law enforcement authorities or court order or subpoena requesting or directing us to disclose the identity of anyone posting such materials. If your account is terminated by Company for inappropriate behavior or breach of these Terms and Conditions, you may not create a new account without Company's prior written consent.

13. Account Registration and Security. You understand that you may need to create an account to have access to all of the parts of this website. In consideration of your use of this website, you will: (a) provide true, accurate, current and complete information about yourself as prompted by this website's registration form (such information being the "Registration Data") and (b) maintain and promptly update the Registration Data to keep it true, accurate, current and complete. If you provide any information that is untrue, inaccurate, not current or incomplete, or Company has reasonable grounds to suspect that such information is untrue, inaccurate, not current or incomplete, Company has the right to suspend or terminate your account and refuse any and all current or future use of this website (or any portion thereof). You are entirely responsible for the security and confidentiality of your password and account. Furthermore, you are entirely responsible for any and all activities that occur under your account. You agree to immediately notify us of any unauthorized use of your account or any other breach of security of which you become aware. You are responsible for taking precautions and providing security measures best suited for your situation and intended use of the Services and this website. We have the right to provide user billing, account, Content or use records, and related information under certain circumstances (such as in response to legal responsibility, lawful process, orders, subpoenas, or warrants, or to protect our rights, customers or business). Please note that anyone able to provide your personally identifiable information will be able to access your account so you should take reasonable

steps to protect this information.

14. User Published Content. User published Content does not represent the views of Company or any individual associated with Company, and we do not control this Content. In no event shall you represent or suggest, directly or indirectly, Company's endorsement of user published Content. Company does not vouch for the accuracy or credibility of any user published Content on our website, and does not take any responsibility or assume any liability for any actions you may take as a result of reading user published Content on our website. Through your use of this website and the Services, you may be exposed to Content that you may find offensive, objectionable, harmful, inaccurate or deceptive. There may also be risks of dealing with people acting under false pretense, international trade issues and foreign nationals. By using our website, you assume all associated risks.

15. Fees. For all charges for any of the Services sold on this website, Company (or our service provider) will bill your credit card or alternative payment method offered by Company. In the event legal action is necessary to collect on balances due, you agree to reimburse Company for all expenses incurred to recover sums due, including attorneys' fees and other legal expenses. You are responsible for purchase of, and payment of charges for, all Internet access services and telecommunications services needed for use of this website.

16. Access and Interference. We make no promise that this website and the Services are appropriate or available for use in locations outside the United States ("Territory"), and accessing this website from territories where its contents are illegal or unlawful is prohibited. If you choose to access this website from locations outside the Territory, you do so at your own risk. It is your responsibility to ascertain and obey all applicable local, state, federal and international laws (including minimum age requirements) in regard to the use of this website or any of the Services. You agree that you will not use any robot, spider, scraper or other automated means to access this website for any purpose without our express written permission. If you attempt to access this website excessively with multiple login credentials, we may flag your use as a security risk and suspend access to this website. Additionally, you agree that you will not: (i) take any action that imposes, or may impose in our sole discretion an unreasonable or disproportionately large load on our infrastructure; (ii) interfere or attempt to interfere with the proper working of this website or any activities conducted on this website; (iii) bypass any measures we may use to prevent or restrict access to this website; or (iv) disrupt the interaction of other users of this website or the Services.

17. Force Majeure. Neither Company nor you shall be responsible for damages or for delays or failures in performance resulting from acts or occurrences beyond their reasonable control, including, without limitation: fire, lightning, explosion, power surge or failure, water, acts of God, war, revolution, civil commotion or acts of civil or military authorities or public enemies: any law, order, regulation, ordinance, or requirement of any government or legal body or any representative of any such government or legal body; or labor unrest, including without limitation, strikes, slowdowns, picketing, or boycotts; inability to secure raw materials, transportation facilities, fuel or energy shortages, or acts or omissions of other

common carriers.

18. Representations and Warranties. You shall be solely responsible for your own User Submissions and the consequences of posting or publishing them. In connection with this Agreement, you affirm, represent and warrant the following: (i) you are at least 18 years old and have the right and authority to enter into this Agreement, and are fully able and competent to satisfy the terms, conditions and obligations herein; (ii) you have obtained all consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the licenses in Sections 3 and 4; (iii) if necessary you have the written consent of each and every identifiable natural person in a User Submission to use such persons name or likeness in the manner contemplated by this website and this Agreement, and each such person has released you from any liability that may arise in relation to such use; (iv) you have read, understood, agree with, and will abide by the terms of this Agreement; (v) you are not, and have not been an agent of Company and were not and are not acting on behalf of, or as a representative of, Company or any other party in connection with any User Submission; (vi) any User Submission and Company use thereof as contemplated by this Agreement and this website will not infringe any rights of any third party, including but not limited to any intellectual property rights, privacy rights and rights of publicity; (vii) you are not, nor is any other person who appears in any of your User Submissions, a current member of the Screen Actors Guild (SAG), the American Federation of Television and Radio Actors (AFTRA) or any other rights society; (viii) you have not and will not engage in any of the following in connection with the production of, your appearance in, or contribution(s) to your User Submission: infliction of injury to any person or animal, humiliation of any person (whether public or private), infliction of emotional distress on any person, assault or battery of any person, damage to any property without permission, entry on any property without permission, or any other act or omission that could give rise to civil and/or criminal liability; (ix) your User Submission does not contain: (a) material falsehoods or misrepresentations that could harm Company or any third party; (b) content that is unlawful, obscene, defamatory, libelous, threatening, harassing or encourages conduct that would be considered a criminal offense, give rise to civil liability or violate any law; (c) advertisements, promotions or solicitations of business; or (d) impersonations of third parties, other than those which are readily apparent.

19. DISCLAIMERS. Your use of this website is at your own risk. THE CONTENT, INFORMATION, MATERIALS AND THE SERVICES PROVIDED ON OR THROUGH THIS WEBSITE ARE PROVIDED "AS IS" WITHOUT ANY WARRANTIES OF ANY KIND INCLUDING WARRANTIES OF MERCHANTABILITY, TITLE, FITNESS FOR A PARTICULAR PURPOSE, SECURITY OR NON-INFRINGEMENT OF INTELLECTUAL PROPERTY. NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES WARRANT THE ACCURACY OR COMPLETENESS OF THE CONTENT, INFORMATION, MATERIALS OR SERVICES PROVIDED ON OR THROUGH THIS WEBSITE. THE CONTENT, INFORMATION, MATERIALS AND SERVICES PROVIDED ON OR THROUGH THIS WEBSITE MAY BE OUT OF DATE, AND NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES MAKES ANY COMMITMENT OR ASSUMES ANY DUTY TO UPDATE SUCH CONTENT, INFORMATION,

MATERIALS OR THE SERVICES. THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, WE HEREBY DISCLAIM ALL WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, ANY IMPLIED WARRANTIES WITH RESPECT TO THE CONTENT AND THE SERVICES. THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED FROM COMPANY OR THROUGH THIS WEBSITE AND THE SERVICES WILL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN.

20. LIMITATIONS OF LIABILITY. Company does not assume any responsibility, or will be liable, for any damages to, or any viruses that may infect your computer, device, telecommunication equipment, or other property caused by or arising from your access to, use of, or browsing this website, or your downloading of any Content, information or materials from this website. IN NO EVENT WILL COMPANY, OR ANY OF ITS OFFICERS, DIRECTORS, EMPLOYEES, SHAREHOLDERS, AFFILIATES, AGENTS, SUCCESSORS OR ASSIGNS, NOR ANY PARTY INVOLVED IN THE CREATION, PRODUCTION OR TRANSMISSION OF THIS WEBSITE, BE LIABLE TO YOU OR ANYONE ELSE FOR ANY INDIRECT, SPECIAL, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, THOSE RESULTING FROM LOST PROFITS, LOST DATA OR BUSINESS INTERRUPTION) ARISING OUT OF THE USE, INABILITY TO USE, OR THE RESULTS OF USE OF THIS WEBSITE, ANY websiteS LINKED TO THIS WEBSITE, OR THE CONTENT, MATERIALS, INFORMATION OR SERVICES CONTAINED ON ANY OR ALL SUCH websiteS, WHETHER BASED ON WARRANTY, CONTRACT, TORT OR ANY OTHER LEGAL THEORY AND WHETHER OR NOT ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. YOU SPECIFICALLY ACKNOWLEDGE THAT COMPANY SHALL NOT BE LIABLE FOR USER SUBMISSIONS OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY, AND THAT THE RISK OF HARM OR DAMAGE FROM THE FOREGOING RESTS ENTIRELY WITH YOU. THE FOREGOING LIMITATIONS OF LIABILITY DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

IN THE EVENT OF ANY PROBLEM WITH THIS WEBSITE OR ANY CONTENT OR THE SERVICES, YOU AGREE THAT YOUR SOLE REMEDY IS TO CEASE USING THIS WEBSITE. IN THE EVENT OF ANY PROBLEM WITH THE SERVICES THAT YOU HAVE PURCHASED ON OR THROUGH THIS WEBSITE, YOU AGREE THAT YOUR SOLE REMEDY, IF ANY, IS TO SEEK A REFUND FOR SUCH SERVICES IN ACCORDANCE WITH THE REFUND POLICIES POSTED ON THIS WEBSITE. IN NO EVENT SHALL COMPANY'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE), OR

OTHERWISE EXCEED THE GREATER OF (A) TWENTY FIVE DOLLARS (US $25.00) OR (B) THE VALUE OF YOUR PURCHASE ON THIS WEBSITE.

21. Indemnity. You agree to defend, indemnify and hold Company and our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities harmless from any and all liabilities, costs, and expenses, including reasonable attorneys' fees, related to or in connection with (i) the use of this website or the Internet or your placement or transmission of any message or information on this website by you or your authorized users; (ii) your violation of any term of this Agreement, including without limitation, your breach of any of the representations and warranties above; (iii) your violation of any third party right, including without limitation any right of privacy, publicity rights or intellectual property rights; (iv) your violation of any law, rule or regulation of the United States or any other country; (v) any claim or damages that arise as a result of any User Submission that you provide to Company; or (vi) any other party's access and use of this website with your unique username, password or other appropriate security code.

22. Release. In the event that you have a dispute with one or more other users of this website, you release Company (and all of our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with such disputes.

23. Termination. You or we may suspend or terminate your account or your use of this website at any time, for any reason or for no reason. You are personally liable for any orders placed or charges incurred through your account prior to termination. We may also block your access to this website in the event that (a) you breach these Terms and Conditions; (b) we are unable to verify or authenticate any information you provide to us; or (c) we believe that your actions may cause financial loss or legal liability for you, our users or us.

24. General. Any claim relating to, and the use of, this website and the Content and materials contained herein is governed by the laws of the state of California (other than conflicts of laws principals). You consent to the exclusive jurisdiction of the state and federal courts located in California. A printed version of these Terms and Conditions will be admissible in judicial and administrative proceedings based upon or relating to these Terms and Conditions to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form. We do not guarantee continuous, uninterrupted or secure access to our website or the Services, and operation of this website may be interfered with by numerous factors outside of our control. If any provision of these Terms and Conditions is held to be invalid or unenforceable, such provision shall be struck and the remaining provisions shall be enforced. You agree that these Terms and Conditions and all incorporated agreements may be automatically assigned by Company in our sole discretion. Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section. Our failure to act with respect to a breach by you or others does not waive our

right to act with respect to subsequent or similar breaches. These Terms and Conditions set forth the entire understanding and agreement between us with respect to the subject matter hereof. All terms and conditions stated in these Terms and Conditions which protect or act in favor of Company in any way shall survive any termination or expiration of this Agreement.

25. DIGITAL MILLENNIUM COPYRIGHT ACT ("DMCA") NOTICE. In operating this website, we may act as a "services provider" (as defined by DMCA) and offer services as online provider of materials and links to third party websites. As a result, third party materials that we do not own or control may be transmitted, stored, accessed or otherwise made available using this website. Company has in place certain legally mandated procedures regarding allegations of copyright infringement occurring on this website. Company has adopted a policy that provides for the immediate removal of any content or the suspension of any user that is found to have infringed on the rights of Company or of a third party, or that has otherwise violated any intellectual property laws or regulations, or any of the terms and conditions of this Agreement. If you believe any material available via this website infringes a copyright, you should notify us using the notice procedure for claimed infringement under the DMCA (17 U.S.C. Sect. 512(c)(2)). We will respond expeditiously to remove or disable access to the material claimed to be infringing and will follow the procedures specified in the DMCA to resolve the claim between the notifying party and the alleged infringer who provided the Content.

Please provide the following notice:

1. Identify the copyrighted work or other intellectual property that you claim has been infringed; 2. Identify the material on this website that you claim is infringing, with enough detail so that we may locate it on this website; 3. A statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; 4. A statement by you declaring under penalty of perjury that (a) the above information in your notice is accurate, and (b) that you are the owner of the copyright interest involved or that you are authorized to act on behalf of that owner; 5. Your address, telephone number, and email address; and 6. Your physical or electronic signature.

We may give notice to our users of any infringement notice by means of a general notice on any of our websites, electronic mail to a user's e-mail address in our records, or by written communication sent by first-class mail to a user's physical address in our records. If you receive such an infringement notice, you may provide counter-notification in writing to the designated agent that includes the information below. To be effective, the counter-notification must be a written communication that includes the following:

1. Your physical or electronic signature; 2. Identification of the material that has been removed or to which access has been disabled, and the location at which the material appeared before it was removed or access to it was disabled; 3. A statement from you under the penalty of perjury, that you have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled; and 4. Your name, physical address and telephone number, and a

statement that you consent to the jurisdiction of a Federal District Court for the judicial district in which your physical address is located, or if your physical address is outside of the United States, for any judicial district in which we may be found, and that you will accept service of process from the person who provided notification of allegedly infringing material or an agent of such person.

26. Entire Agreement. These Terms and Conditions are the entire agreement between you and Company and supersede any prior understandings or agreements (written or oral).

27. Additional Assistance. If you do not understand any of these Terms and Conditions or if you have any questions or comments, we invite you to contact our Customer Service Department by email at support@alsscan.com.

Copyright Notice. All Site design, graphics, text selections, arrangements, and all software are protected under copyright laws. ALL RIGHTS RESERVED.

Last Updated: September 1, 2015

Features

# BB Films - Terms

PLEASE CAREFULLY READ THESE TERMS AND CONDITIONS. YOU ARE BOUND BY THEM. By visiting this website or by purchasing or using any products, services, or other aspect of this website (which together are referred to as the "Services"), you are agreeing to be bound by all provisions stated in these terms and conditions (these "Terms and Conditions") and all provisions stated in this website's Privacy Policy. By purchasing or using the Services, you are entering into a binding agreement between you and ICF Technology, Inc. ICF Technology, Inc is referred to in these Terms and Conditions as "Company," "we," or "us." If you do not agree to these Terms and Conditions, then do not use this website and please exit immediately.

We reserve the right, in our sole discretion, to modify or revise these Terms and Conditions. You agree to be bound by any such modifications or revisions. You should periodically review the most up-to-date version of these Terms and Conditions on our website. Any modified or revised terms will apply to any purchase made after such modifications or revisions are posted on this website. Additional terms and conditions may apply to the purchase of the Services, such as billing and refund policies. By using this website, you agree to be bound by such terms and conditions.

BY USING THIS WEBSITE, YOU REPRESENT AND WARRANT THAT YOU ARE AT LEAST EIGHTEEN YEARS OLD.

1. Copyright and Ownership. All of the content featured or displayed on this website, including without limitation text, graphics, photographs, images, moving images, sound, and illustrations ("Content"), is owned by Company, its licensors, vendors, agents and/or its Content providers. All elements of this website, including without limitation the general design and the Content, are protected by trade dress, copyright, moral rights, trademark and other laws relating to intellectual property rights. The Services and this website may only be used for the intended purpose for which this website and the Services are being made available. Except as may be otherwise indicated in specific documents within this website, you are authorized to view, play, print and download Content for personal, informational, and noncommercial purposes only. You may not modify any of the Content and you may not copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer or sell any Content, information or work contained on this website. Except as authorized under the copyright laws, you are responsible for obtaining permission before reusing any copyrighted material that is available on this website. For purposes of these Terms and Conditions, the use of any such material on any other website or networked computer environment is prohibited. You shall comply with all applicable domestic and international laws, statutes, ordinances and regulations regarding your use of this website and the Services. This website, its Content and all related rights shall remain the exclusive property of Company or its licensors unless otherwise expressly agreed. You will not remove any copyright, trademark or other proprietary notices from material found on this website. Company may change or remove Content from

time-to-time. Content that you have previously downloaded, tagged as a "favorite," or included in a "gallery" may be removed from this website at any time without notice to you, including upon termination of this Agreement or suspension of your account.

2. Trademarks. All trademarks, service marks and trade names of Company used herein (including but not limited to: the Company name, the Company corporate logo, this website name, this website design, and any logos) (collectively "Marks") are trademarks or registered trademarks of Company or its affiliates, partners, vendors or licensors. You may not use, copy, reproduce, republish, upload, post, transmit, distribute, or modify Company trademarks in any way, including in advertising or publicity pertaining to distribution of materials on this website, without Company's prior written consent. The use of Company trademarks on any other website or network computer environment is not allowed. Company prohibits the use of Company trademarks as a "hot" link on or to any other website unless establishment of such a link is approved in advance.

3. Unsolicited Submissions Policy. Except where we specifically request comments or submissions, we do not accept or consider creative ideas, suggestions, or materials other than those we have specifically requested. This policy is designed to avoid misunderstandings if projects developed by our professional staff seem to others to be similar to their own creative work. Accordingly, we request that you not submit any creative ideas, suggestions, or materials except where specifically requested or solicited. If you do send us an unsolicited submission, you agree not to assert any ownership right of any kind in the unsolicited submission against Company (including, but not limited to copyright, trademark, unfair competition, moral rights, or implied contract), you hereby grant Company a nonexclusive, perpetual, worldwide license and right (including any moral rights) to the unsolicited submission in every media and for every purpose now known or hereinafter discovered and you waive the right to receive any financial or other consideration in connection with such unsolicited submission including, but not limited to, credit. You release Company (and our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with your unsolicited submissions, including without limitation all claims for theft of ideas or copyright infringement.

4. Solicited Submission Policy. Where we have specifically invited or requested submissions, we encourage members and/or guests to submit user published content or user content (e.g. postings to chat rooms, webcam chats, forums, participation in communities, commenting on blogs, model submissions, photographer submissions, video rankings, reviews, etc.) to us that they have created for consideration in connection with this website and any related wireless and online broadcasts ("User Submissions"). User Submissions remain your intellectual property, and subject to Section 19(ii), you must have obtained all necessary consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the following license. By posting User Submissions on our website, you expressly grant Company a non-exclusive, perpetual,

irrevocable, royalty-free, fully paid-up worldwide, fully sub-licensable right (including any moral rights) to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, transmit, perform and display such content and your name, voice, and/or likeness as contained in your User Submission, in whole or in part, and in any form throughout the world in any media or technology, whether now known or hereafter discovered, including all promotion, advertising, marketing, merchandising, publicity and any other ancillary uses thereof, and including the unfettered right to sublicense such rights, in perpetuity throughout the universe. You forever release Company and its managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, other related entities and advertisers from any and all claims associated with using the User Submission and any associated identifying characteristics, including without limitation claims arising from rights of publicity, rights of privacy, any moral rights, infliction of emotional distress, trespass, trademark copyright, patent, trade secret, obscenity or defamation. All User Submissions are deemed non-confidential and Company shall be under no obligation to maintain the confidentiality of any information, in whatever form, contained in any User Submission.

5. Inappropriate User Submissions. We do not encourage, and do not seek, User Submissions that result from any activity that: (i) may create a risk of harm, loss, physical or mental injury, emotional distress, death, disability, disfigurement, or physical or mental illness to you, to any other person, or to any animal; (ii) may create a risk of any other loss or damage to any person or property; or (iii) may constitute a crime or tort. You agree that you have not and will not engage in any of the foregoing activities in connection with producing your submission. Without limiting the foregoing, you agree that in conjunction with your submission, you will not inflict emotional distress on other people, will not humiliate other people (publicly or otherwise), will not assault or threaten other people, will not enter onto private property without permission, and will not otherwise engage in any activity that may result in injury, death, property damage, and/or liability of any kind. Company will reject any submissions in which Company believes, in its sole discretion, that any such activities have occurred. If notified by a user of a submission that allegedly violates any provision of these Terms and Conditions, Company reserves the right to determine, in its sole discretion, if such a violation has occurred, and to remove any such submission from this website.

6. Advertising Rights. We reserve the right to sell, license and/or display any advertising, attribution, links, promotional and/or distribution rights in connection with this website or your User Submissions, and Company and its licensors or affiliates will be entitled to retain any and all revenue generated from any sales or licenses of such advertising, attribution, links, or promotional or distribution rights. Nothing in these additional terms obligates or may be deemed to obligate Company to sell, license or offer to sell or license any advertising, promotion or distribution rights.

7. Subscriptions and Orders. Details of the subscription levels and the Services available for purchase are set out on this website. All prices are displayed inclusive of all taxes. All features, content, specifications, subscription levels, the Services, and prices described or depicted on this website are

subject to change at any time without notice. The inclusion of any products or the Services on this website at a particular time does not imply or warrant that these products or the Services will be available at any time. By placing an order, you represent that the Services will be used only in a lawful manner. If you choose a recurring subscription option, you acknowledge that your subscription will renew automatically at the end of your subscription period until you request a cancellation and you authorize us (or our service provider) to charge your chosen payment method to pay the recurring fees for the subscription. Payment processing is managed by a third party vendor. When you purchase a subscription or any of the Services, you will leave this website and you may be subject to additional terms and conditions.

8. Refund Policy. You may request a one-time refund for the Services purchased for this website in the event that you are not satisfied or for any reason within 90 days. The Services, subscription and access to this website will be terminated upon such refund. You may not create multiple accounts and request multiple refunds. Certain jurisdictions may provide additional statutory rights. Nothing herein is meant to limit your return or cancellation rights under local law. To request a refund, please contact support@bbfilms.com.

9. Accuracy of Information. We attempt to ensure that information on this website is complete, accurate and current. Despite our efforts, the information on this website may occasionally be inaccurate, incomplete or out of date. We make no representation as to the completeness, accuracy or currency of any information on this website. In addition, we may make changes in information about price and availability without notice. While it is our practice to confirm subscriptions by email, the receipt of an email confirmation does not constitute our acceptance of a subscription order or our confirmation of an offer to sell a subscription. We reserve the right, without prior notice, to limit the order quantity on any service or subscription level and/or to refuse the Services to any customer. We also may require verification of information prior to the acceptance of any order.

10. Linking to this Website. Creating or maintaining any link from another website to any page on this website except through our Affiliate Program MetArt Money is prohibited. Running or displaying this website or any information or material displayed on this website in frames or through similar means on another website without our prior written permission is prohibited. Any permitted links to this website must comply will all applicable laws, rule and regulations.

11. Third Party Links. From time to time, this website may contain links to websites that are not owned, operated or controlled by Company or its affiliates. For example, you will leave this website and enter a third party payment processor website when you make a payment for the Services. All such links are provided solely as a convenience to you. If you use these links, you will leave this website. Neither we nor any of our respective affiliates are responsible for any content, materials or other information located on or accessible from any other website. Neither we nor any of our respective affiliates endorse, guarantee, or make any representations or warranties regarding any other websites, or any content, materials or other information located or accessible from any other websites, or the results that you may

obtain from using any other websites. If you decide to access any other websites linked to or from this website, you do so entirely at your own risk.

12. Conduct and Inappropriate Material. You acknowledge that this website may contain material that may be inappropriate for minors. You are prohibited from: (i) contacting any model, performer, photographer or other users by means external to this website; (ii) using this website to advertise, solicit, or promote any service or product; and (iii) posting or sending any unlawful, offensive, harmful, abusive, threatening, defamatory, libelous, obscene, pornographic (including any representation of minors engaged in intimate physical contact or sexual situations) or profane material or any material that could constitute or encourage conduct that would be considered a criminal offense or give rise to civil liability, or otherwise violate any law. Such violations may subject you or your agents to civil and criminal penalties. You further understand and agree that sending unsolicited advertisements to any user of this website or this website or through voice computer systems is expressly prohibited by these Terms and Conditions. Any such unauthorized use of our computer systems is a violation of these Terms and Conditions and applicable "anti-spam" laws. In addition to any remedies that we may have at law or in equity, if we determine, in our sole discretion, that you have violated or are likely to violate the foregoing prohibitions, we may take any action we deem necessary to cure or prevent the violation, including without limitation, the immediate removal of the related materials from this website and/or suspension of your access to this website. We will fully cooperate with any law enforcement authorities or court order or subpoena requesting or directing us to disclose the identity of anyone posting such materials. If your account is terminated by Company for inappropriate behavior or breach of these Terms and Conditions, you may not create a new account without Company's prior written consent.

13. Account Registration and Security. You understand that you may need to create an account to have access to all of the parts of this website. In consideration of your use of this website, you will: (a) provide true, accurate, current and complete information about yourself as prompted by this website's registration form (such information being the "Registration Data") and (b) maintain and promptly update the Registration Data to keep it true, accurate, current and complete. If you provide any information that is untrue, inaccurate, not current or incomplete, or Company has reasonable grounds to suspect that such information is untrue, inaccurate, not current or incomplete, Company has the right to suspend or terminate your account and refuse any and all current or future use of this website (or any portion thereof). You are entirely responsible for the security and confidentiality of your password and account. Furthermore, you are entirely responsible for any and all activities that occur under your account. You agree to immediately notify us of any unauthorized use of your account or any other breach of security of which you become aware. You are responsible for taking precautions and providing security measures best suited for your situation and intended use of the Services and this website. We have the right to provide user billing, account, Content or use records, and related information under certain circumstances (such as in response to legal responsibility, lawful process, orders, subpoenas, or warrants, or to protect our rights, customers or business). Please note that anyone able to provide your personally identifiable information will be able to access your account so you should take reasonable

steps to protect this information.

14. User Published Content. User published Content does not represent the views of Company or any individual associated with Company, and we do not control this Content. In no event shall you represent or suggest, directly or indirectly, Company's endorsement of user published Content. Company does not vouch for the accuracy or credibility of any user published Content on our website, and does not take any responsibility or assume any liability for any actions you may take as a result of reading user published Content on our website. Through your use of this website and the Services, you may be exposed to Content that you may find offensive, objectionable, harmful, inaccurate or deceptive. There may also be risks of dealing with people acting under false pretense, international trade issues and foreign nationals. By using our website, you assume all associated risks.

15. Fees. For all charges for any of the Services sold on this website, Company (or our service provider) will bill your credit card or alternative payment method offered by Company. In the event legal action is necessary to collect on balances due, you agree to reimburse Company for all expenses incurred to recover sums due, including attorneys' fees and other legal expenses. You are responsible for purchase of, and payment of charges for, all Internet access services and telecommunications services needed for use of this website.

16. Access and Interference. We make no promise that this website and the Services are appropriate or available for use in locations outside the United States ("Territory"), and accessing this website from territories where its contents are illegal or unlawful is prohibited. If you choose to access this website from locations outside the Territory, you do so at your own risk. It is your responsibility to ascertain and obey all applicable local, state, federal and international laws (including minimum age requirements) in regard to the use of this website or any of the Services. You agree that you will not use any robot, spider, scraper or other automated means to access this website for any purpose without our express written permission. If you attempt to access this website excessively with multiple login credentials, we may flag your use as a security risk and suspend access to this website. Additionally, you agree that you will not: (i) take any action that imposes, or may impose in our sole discretion an unreasonable or disproportionately large load on our infrastructure; (ii) interfere or attempt to interfere with the proper working of this website or any activities conducted on this website; (iii) bypass any measures we may use to prevent or restrict access to this website; or (iv) disrupt the interaction of other users of this website or the Services.

17. Force Majeure. Neither Company nor you shall be responsible for damages or for delays or failures in performance resulting from acts or occurrences beyond their reasonable control, including, without limitation: fire, lightning, explosion, power surge or failure, water, acts of God, war, revolution, civil commotion or acts of civil or military authorities or public enemies: any law, order, regulation, ordinance, or requirement of any government or legal body or any representative of any such government or legal body; or labor unrest, including without limitation, strikes, slowdowns, picketing, or boycotts; inability to secure raw materials, transportation facilities, fuel or energy shortages, or acts or omissions of other

common carriers.

18. Representations and Warranties. You shall be solely responsible for your own User Submissions and the consequences of posting or publishing them. In connection with this Agreement, you affirm, represent and warrant the following: (i) you are at least 18 years old and have the right and authority to enter into this Agreement, and are fully able and competent to satisfy the terms, conditions and obligations herein; (ii) you have obtained all consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the licenses in Sections 3 and 4; (iii) if necessary you have the written consent of each and every identifiable natural person in a User Submission to use such persons name or likeness in the manner contemplated by this website and this Agreement, and each such person has released you from any liability that may arise in relation to such use; (iv) you have read, understood, agree with, and will abide by the terms of this Agreement; (v) you are not, and have not been an agent of Company and were not and are not acting on behalf of, or as a representative of, Company or any other party in connection with any User Submission; (vi) any User Submission and Company use thereof as contemplated by this Agreement and this website will not infringe any rights of any third party, including but not limited to any intellectual property rights, privacy rights and rights of publicity; (vii) you are not, nor is any other person who appears in any of your User Submissions, a current member of the Screen Actors Guild (SAG), the American Federation of Television and Radio Actors (AFTRA) or any other rights society; (viii) you have not and will not engage in any of the following in connection with the production of, your appearance in, or contribution(s) to your User Submission: infliction of injury to any person or animal, humiliation of any person (whether public or private), infliction of emotional distress on any person, assault or battery of any person, damage to any property without permission, entry on any property without permission, or any other act or omission that could give rise to civil and/or criminal liability; (ix) your User Submission does not contain: (a) material falsehoods or misrepresentations that could harm Company or any third party; (b) content that is unlawful, obscene, defamatory, libelous, threatening, harassing or encourages conduct that would be considered a criminal offense, give rise to civil liability or violate any law; (c) advertisements, promotions or solicitations of business; or (d) impersonations of third parties, other than those which are readily apparent.

19. DISCLAIMERS. Your use of this website is at your own risk. THE CONTENT, INFORMATION, MATERIALS AND THE SERVICES PROVIDED ON OR THROUGH THIS WEBSITE ARE PROVIDED "AS IS" WITHOUT ANY WARRANTIES OF ANY KIND INCLUDING WARRANTIES OF MERCHANTABILITY, TITLE, FITNESS FOR A PARTICULAR PURPOSE, SECURITY OR NON-INFRINGEMENT OF INTELLECTUAL PROPERTY. NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES WARRANT THE ACCURACY OR COMPLETENESS OF THE CONTENT, INFORMATION, MATERIALS OR SERVICES PROVIDED ON OR THROUGH THIS WEBSITE. THE CONTENT, INFORMATION, MATERIALS AND SERVICES PROVIDED ON OR THROUGH THIS WEBSITE MAY BE OUT OF DATE, AND NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES MAKES ANY COMMITMENT OR ASSUMES ANY DUTY TO UPDATE SUCH CONTENT, INFORMATION,

MATERIALS OR THE SERVICES. THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, WE HEREBY DISCLAIM ALL WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, ANY IMPLIED WARRANTIES WITH RESPECT TO THE CONTENT AND THE SERVICES. THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED FROM COMPANY OR THROUGH THIS WEBSITE AND THE SERVICES WILL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN.

20. LIMITATIONS OF LIABILITY. Company does not assume any responsibility, or will be liable, for any damages to, or any viruses that may infect your computer, device, telecommunication equipment, or other property caused by or arising from your access to, use of, or browsing this website, or your downloading of any Content, information or materials from this website. IN NO EVENT WILL COMPANY, OR ANY OF ITS OFFICERS, DIRECTORS, EMPLOYEES, SHAREHOLDERS, AFFILIATES, AGENTS, SUCCESSORS OR ASSIGNS, NOR ANY PARTY INVOLVED IN THE CREATION, PRODUCTION OR TRANSMISSION OF THIS WEBSITE, BE LIABLE TO YOU OR ANYONE ELSE FOR ANY INDIRECT, SPECIAL, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, THOSE RESULTING FROM LOST PROFITS, LOST DATA OR BUSINESS INTERRUPTION) ARISING OUT OF THE USE, INABILITY TO USE, OR THE RESULTS OF USE OF THIS WEBSITE, ANY websiteS LINKED TO THIS WEBSITE, OR THE CONTENT, MATERIALS, INFORMATION OR SERVICES CONTAINED ON ANY OR ALL SUCH websiteS, WHETHER BASED ON WARRANTY, CONTRACT, TORT OR ANY OTHER LEGAL THEORY AND WHETHER OR NOT ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. YOU SPECIFICALLY ACKNOWLEDGE THAT COMPANY SHALL NOT BE LIABLE FOR USER SUBMISSIONS OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY, AND THAT THE RISK OF HARM OR DAMAGE FROM THE FOREGOING RESTS ENTIRELY WITH YOU. THE FOREGOING LIMITATIONS OF LIABILITY DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.
IN THE EVENT OF ANY PROBLEM WITH THIS WEBSITE OR ANY CONTENT OR THE SERVICES, YOU AGREE THAT YOUR SOLE REMEDY IS TO CEASE USING THIS WEBSITE. IN THE EVENT OF ANY PROBLEM WITH THE SERVICES THAT YOU HAVE PURCHASED ON OR THROUGH THIS WEBSITE, YOU AGREE THAT YOUR SOLE REMEDY, IF ANY, IS TO SEEK A REFUND FOR SUCH SERVICES IN ACCORDANCE WITH THE REFUND POLICIES POSTED ON THIS WEBSITE. IN NO EVENT SHALL COMPANY'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE), OR

OTHERWISE EXCEED THE GREATER OF (A) TWENTY FIVE DOLLARS (US $25.00) OR (B) THE VALUE OF YOUR PURCHASE ON THIS WEBSITE.

21. Indemnity. You agree to defend, indemnify and hold Company and our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities harmless from any and all liabilities, costs, and expenses, including reasonable attorneys' fees, related to or in connection with (i) the use of this website or the Internet or your placement or transmission of any message or information on this website by you or your authorized users; (ii) your violation of any term of this Agreement, including without limitation, your breach of any of the representations and warranties above; (iii) your violation of any third party right, including without limitation any right of privacy, publicity rights or intellectual property rights; (iv) your violation of any law, rule or regulation of the United States or any other country; (v) any claim or damages that arise as a result of any User Submission that you provide to Company; or (vi) any other party's access and use of this website with your unique username, password or other appropriate security code.

22. Release. In the event that you have a dispute with one or more other users of this website, you release Company (and all of our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with such disputes.

23. Termination. You or we may suspend or terminate your account or your use of this website at any time, for any reason or for no reason. You are personally liable for any orders placed or charges incurred through your account prior to termination. We may also block your access to this website in the event that (a) you breach these Terms and Conditions; (b) we are unable to verify or authenticate any information you provide to us; or (c) we believe that your actions may cause financial loss or legal liability for you, our users or us.

24. General. Any claim relating to, and the use of, this website and the Content and materials contained herein is governed by the laws of the state of California (other than conflicts of laws principals). You consent to the exclusive jurisdiction of the state and federal courts located in California. A printed version of these Terms and Conditions will be admissible in judicial and administrative proceedings based upon or relating to these Terms and Conditions to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form. We do not guarantee continuous, uninterrupted or secure access to our website or the Services, and operation of this website may be interfered with by numerous factors outside of our control. If any provision of these Terms and Conditions is held to be invalid or unenforceable, such provision shall be struck and the remaining provisions shall be enforced. You agree that these Terms and Conditions and all incorporated agreements may be automatically assigned by Company in our sole discretion. Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section. Our failure to act with respect to a breach by you or others does not waive our

right to act with respect to subsequent or similar breaches. These Terms and Conditions set forth the entire understanding and agreement between us with respect to the subject matter hereof. All terms and conditions stated in these Terms and Conditions which protect or act in favor of Company in any way shall survive any termination or expiration of this Agreement.

25. DIGITAL MILLENNIUM COPYRIGHT ACT ("DMCA") NOTICE. In operating this website, we may act as a "services provider" (as defined by DMCA) and offer services as online provider of materials and links to third party websites. As a result, third party materials that we do not own or control may be transmitted, stored, accessed or otherwise made available using this website. Company has in place certain legally mandated procedures regarding allegations of copyright infringement occurring on this website. Company has adopted a policy that provides for the immediate removal of any content or the suspension of any user that is found to have infringed on the rights of Company or of a third party, or that has otherwise violated any intellectual property laws or regulations, or any of the terms and conditions of this Agreement. If you believe any material available via this website infringes a copyright, you should notify us using the notice procedure for claimed infringement under the DMCA (17 U.S.C. Sect. 512(c)(2)). We will respond expeditiously to remove or disable access to the material claimed to be infringing and will follow the procedures specified in the DMCA to resolve the claim between the notifying party and the alleged infringer who provided the Content.

Please provide the following notice:

1. Identify the copyrighted work or other intellectual property that you claim has been infringed; 2. Identify the material on this website that you claim is infringing, with enough detail so that we may locate it on this website; 3. A statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; 4. A statement by you declaring under penalty of perjury that (a) the above information in your notice is accurate, and (b) that you are the owner of the copyright interest involved or that you are authorized to act on behalf of that owner; 5. Your address, telephone number, and email address; and 6. Your physical or electronic signature.

We may give notice to our users of any infringement notice by means of a general notice on any of our websites, electronic mail to a user's e-mail address in our records, or by written communication sent by first-class mail to a user's physical address in our records. If you receive such an infringement notice, you may provide counter-notification in writing to the designated agent that includes the information below. To be effective, the counter-notification must be a written communication that includes the following:

1. Your physical or electronic signature; 2. Identification of the material that has been removed or to which access has been disabled, and the location at which the material appeared before it was removed or access to it was disabled; 3. A statement from you under the penalty of perjury, that you have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled; and 4. Your name, physical address and telephone number, and a

statement that you consent to the jurisdiction of a Federal District Court for the judicial district in which your physical address is located, or if your physical address is outside of the United States, for any judicial district in which we may be found, and that you will accept service of process from the person who provided notification of allegedly infringing material or an agent of such person.

26. Entire Agreement. These Terms and Conditions are the entire agreement between you and Company and supersede any prior understandings or agreements (written or oral).

27. Additional Assistance. If you do not understand any of these Terms and Conditions or if you have any questions or comments, we invite you to contact our Customer Service Department by email at support@bbfilms.com.

Copyright Notice. All Site design, graphics, text selections, arrangements, and all software are protected under copyright laws. ALL RIGHTS RESERVED.

Last Updated: September 1, 2015

# Domai - Terms

PLEASE CAREFULLY READ THESE TERMS AND CONDITIONS. YOU ARE BOUND BY THEM. By visiting this website or by purchasing or using any products, services, or other aspect of this website (which together are referred to as the "Services"), you are agreeing to be bound by all provisions stated in these terms and conditions (these "Terms and Conditions") and all provisions stated in this website's Privacy Policy. By purchasing or using the Services, you are entering into a binding agreement between you and ICF Technology, Inc. ICF Technology, Inc is referred to in these Terms and Conditions as "Company," "we," or "us." If you do not agree to these Terms and Conditions, then do not use this website and please exit immediately.

We reserve the right, in our sole discretion, to modify or revise these Terms and Conditions. You agree to be bound by any such modifications or revisions. You should periodically review the most up-to-date version of these Terms and Conditions on our website. Any modified or revised terms will apply to any purchase made after such modifications or revisions are posted on this website. Additional terms and conditions may apply to the purchase of the Services, such as billing and refund policies. By using this website, you agree to be bound by such terms and conditions.

BY USING THIS WEBSITE, YOU REPRESENT AND WARRANT THAT YOU ARE AT LEAST EIGHTEEN YEARS OLD.

1. Copyright and Ownership. All of the content featured or displayed on this website, including without limitation text, graphics, photographs, images, moving images, sound, and illustrations ("Content"), is owned by Company, its licensors, vendors, agents and/or its Content providers. All elements of this website, including without limitation the general design and the Content, are protected by trade dress, copyright, moral rights, trademark and other laws relating to intellectual property rights. The Services and this website may only be used for the intended purpose for which this website and the Services are being made available. Except as may be otherwise indicated in specific documents within this website, you are authorized to view, play, print and download Content for personal, informational, and noncommercial purposes only. You may not modify any of the Content and you may not copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer or sell any Content, information or work contained on this website. Except as authorized under the copyright laws, you are responsible for obtaining permission before reusing any copyrighted material that is available on this website. For purposes of these Terms and Conditions, the use of any such material on any other website or networked computer environment is prohibited. You shall comply with all applicable domestic and international laws, statutes, ordinances and regulations regarding your use of this website and the Services. This website, its Content and all related rights shall remain the exclusive property of Company or its licensors unless otherwise expressly agreed. You will not remove any copyright, trademark or other proprietary notices from material found on this website. Company may change or remove Content from

time-to-time. Content that you have previously downloaded, tagged as a "favorite," or included in a "gallery" may be removed from this website at any time without notice to you, including upon termination of this Agreement or suspension of your account.

2. Trademarks. All trademarks, service marks and trade names of Company used herein (including but not limited to: the Company name, the Company corporate logo, this website name, this website design, and any logos) (collectively "Marks") are trademarks or registered trademarks of Company or its affiliates, partners, vendors or licensors. You may not use, copy, reproduce, republish, upload, post, transmit, distribute, or modify Company trademarks in any way, including in advertising or publicity pertaining to distribution of materials on this website, without Company's prior written consent. The use of Company trademarks on any other website or network computer environment is not allowed. Company prohibits the use of Company trademarks as a "hot" link on or to any other website unless establishment of such a link is approved in advance.

3. Unsolicited Submissions Policy. Except where we specifically request comments or submissions, we do not accept or consider creative ideas, suggestions, or materials other than those we have specifically requested. This policy is designed to avoid misunderstandings if projects developed by our professional staff seem to others to be similar to their own creative work. Accordingly, we request that you not submit any creative ideas, suggestions, or materials except where specifically requested or solicited. If you do send us an unsolicited submission, you agree not to assert any ownership right of any kind in the unsolicited submission against Company (including, but not limited to copyright, trademark, unfair competition, moral rights, or implied contract), you hereby grant Company a nonexclusive, perpetual, worldwide license and right (including any moral rights) to the unsolicited submission in every media and for every purpose now known or hereinafter discovered and you waive the right to receive any financial or other consideration in connection with such unsolicited submission including, but not limited to, credit. You release Company (and our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with your unsolicited submissions, including without limitation all claims for theft of ideas or copyright infringement.

4. Solicited Submission Policy. Where we have specifically invited or requested submissions, we encourage members and/or guests to submit user published content or user content (e.g. postings to chat rooms, webcam chats, forums, participation in communities, commenting on blogs, model submissions, photographer submissions, video rankings, reviews, etc.) to us that they have created for consideration in connection with this website and any related wireless and online broadcasts ("User Submissions"). User Submissions remain your intellectual property, and subject to Section 19(ii), you must have obtained all necessary consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the following license. By posting User Submissions on our website, you expressly grant Company a non-exclusive, perpetual,

irrevocable, royalty-free, fully paid-up worldwide, fully sub-licensable right (including any moral rights) to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, transmit, perform and display such content and your name, voice, and/or likeness as contained in your User Submission, in whole or in part, and in any form throughout the world in any media or technology, whether now known or hereafter discovered, including all promotion, advertising, marketing, merchandising, publicity and any other ancillary uses thereof, and including the unfettered right to sublicense such rights, in perpetuity throughout the universe. You forever release Company and its managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, other related entities and advertisers from any and all claims associated with using the User Submission and any associated identifying characteristics, including without limitation claims arising from rights of publicity, rights of privacy, any moral rights, infliction of emotional distress, trespass, trademark copyright, patent, trade secret, obscenity or defamation. All User Submissions are deemed non-confidential and Company shall be under no obligation to maintain the confidentiality of any information, in whatever form, contained in any User Submission.

5. Inappropriate User Submissions. We do not encourage, and do not seek, User Submissions that result from any activity that: (i) may create a risk of harm, loss, physical or mental injury, emotional distress, death, disability, disfigurement, or physical or mental illness to you, to any other person, or to any animal; (ii) may create a risk of any other loss or damage to any person or property; or (iii) may constitute a crime or tort. You agree that you have not and will not engage in any of the foregoing activities in connection with producing your submission. Without limiting the foregoing, you agree that in conjunction with your submission, you will not inflict emotional distress on other people, will not humiliate other people (publicly or otherwise), will not assault or threaten other people, will not enter onto private property without permission, and will not otherwise engage in any activity that may result in injury, death, property damage, and/or liability of any kind. Company will reject any submissions in which Company believes, in its sole discretion, that any such activities have occurred. If notified by a user of a submission that allegedly violates any provision of these Terms and Conditions, Company reserves the right to determine, in its sole discretion, if such a violation has occurred, and to remove any such submission from this website.

6. Advertising Rights. We reserve the right to sell, license and/or display any advertising, attribution, links, promotional and/or distribution rights in connection with this website or your User Submissions, and Company and its licensors or affiliates will be entitled to retain any and all revenue generated from any sales or licenses of such advertising, attribution, links, or promotional or distribution rights. Nothing in these additional terms obligates or may be deemed to obligate Company to sell, license or offer to sell or license any advertising, promotion or distribution rights.

7. Subscriptions and Orders. Details of the subscription levels and the Services available for purchase are set out on this website. All prices are displayed inclusive of all taxes. All features, content, specifications, subscription levels, the Services, and prices described or depicted on this website are

subject to change at any time without notice. The inclusion of any products or the Services on this website at a particular time does not imply or warrant that these products or the Services will be available at any time. By placing an order, you represent that the Services will be used only in a lawful manner. If you choose a recurring subscription option, you acknowledge that your subscription will renew automatically at the end of your subscription period until you request a cancellation and you authorize us (or our service provider) to charge your chosen payment method to pay the recurring fees for the subscription. Payment processing is managed by a third party vendor. When you purchase a subscription or any of the Services, you will leave this website and you may be subject to additional terms and conditions.

8. Refund Policy. You may request a one-time refund for the Services purchased for this website in the event that you are not satisfied or for any reason within 90 days. The Services, subscription and access to this website will be terminated upon such refund. You may not create multiple accounts and request multiple refunds. Certain jurisdictions may provide additional statutory rights. Nothing herein is meant to limit your return or cancellation rights under local law. To request a refund, please contact support@domai.com.

9. Accuracy of Information. We attempt to ensure that information on this website is complete, accurate and current. Despite our efforts, the information on this website may occasionally be inaccurate, incomplete or out of date. We make no representation as to the completeness, accuracy or currency of any information on this website. In addition, we may make changes in information about price and availability without notice. While it is our practice to confirm subscriptions by email, the receipt of an email confirmation does not constitute our acceptance of a subscription order or our confirmation of an offer to sell a subscription. We reserve the right, without prior notice, to limit the order quantity on any service or subscription level and/or to refuse the Services to any customer. We also may require verification of information prior to the acceptance of any order.

10. Linking to this Website. Creating or maintaining any link from another website to any page on this website except through our Affiliate Program MetArt Money is prohibited. Running or displaying this website or any information or material displayed on this website in frames or through similar means on another website without our prior written permission is prohibited. Any permitted links to this website must comply will all applicable laws, rule and regulations.

11. Third Party Links. From time to time, this website may contain links to websites that are not owned, operated or controlled by Company or its affiliates. For example, you will leave this website and enter a third party payment processor website when you make a payment for the Services. All such links are provided solely as a convenience to you. If you use these links, you will leave this website. Neither we nor any of our respective affiliates are responsible for any content, materials or other information located on or accessible from any other website. Neither we nor any of our respective affiliates endorse, guarantee, or make any representations or warranties regarding any other websites, or any content, materials or other information located or accessible from any other websites, or the results that you may

obtain from using any other websites. If you decide to access any other websites linked to or from this website, you do so entirely at your own risk.

12. Conduct and Inappropriate Material. You acknowledge that this website may contain material that may be inappropriate for minors. You are prohibited from: (i) contacting any model, performer, photographer or other users by means external to this website; (ii) using this website to advertise, solicit, or promote any service or product; and (iii) posting or sending any unlawful, offensive, harmful, abusive, threatening, defamatory, libelous, obscene, pornographic (including any representation of minors engaged in intimate physical contact or sexual situations) or profane material or any material that could constitute or encourage conduct that would be considered a criminal offense or give rise to civil liability, or otherwise violate any law. Such violations may subject you or your agents to civil and criminal penalties. You further understand and agree that sending unsolicited advertisements to any user of this website or this website or through voice computer systems is expressly prohibited by these Terms and Conditions. Any such unauthorized use of our computer systems is a violation of these Terms and Conditions and applicable "anti-spam" laws. In addition to any remedies that we may have at law or in equity, if we determine, in our sole discretion, that you have violated or are likely to violate the foregoing prohibitions, we may take any action we deem necessary to cure or prevent the violation, including without limitation, the immediate removal of the related materials from this website and/or suspension of your access to this website. We will fully cooperate with any law enforcement authorities or court order or subpoena requesting or directing us to disclose the identity of anyone posting such materials. If your account is terminated by Company for inappropriate behavior or breach of these Terms and Conditions, you may not create a new account without Company's prior written consent.

13. Account Registration and Security. You understand that you may need to create an account to have access to all of the parts of this website. In consideration of your use of this website, you will: (a) provide true, accurate, current and complete information about yourself as prompted by this website's registration form (such information being the "Registration Data") and (b) maintain and promptly update the Registration Data to keep it true, accurate, current and complete. If you provide any information that is untrue, inaccurate, not current or incomplete, or Company has reasonable grounds to suspect that such information is untrue, inaccurate, not current or incomplete, Company has the right to suspend or terminate your account and refuse any and all current or future use of this website (or any portion thereof). You are entirely responsible for the security and confidentiality of your password and account. Furthermore, you are entirely responsible for any and all activities that occur under your account. You agree to immediately notify us of any unauthorized use of your account or any other breach of security of which you become aware. You are responsible for taking precautions and providing security measures best suited for your situation and intended use of the Services and this website. We have the right to provide user billing, account, Content or use records, and related information under certain circumstances (such as in response to legal responsibility, lawful process, orders, subpoenas, or warrants, or to protect our rights, customers or business). Please note that anyone able to provide your personally identifiable information will be able to access your account so you should take reasonable

steps to protect this information.

14. User Published Content. User published Content does not represent the views of Company or any individual associated with Company, and we do not control this Content. In no event shall you represent or suggest, directly or indirectly, Company's endorsement of user published Content. Company does not vouch for the accuracy or credibility of any user published Content on our website, and does not take any responsibility or assume any liability for any actions you may take as a result of reading user published Content on our website. Through your use of this website and the Services, you may be exposed to Content that you may find offensive, objectionable, harmful, inaccurate or deceptive. There may also be risks of dealing with people acting under false pretense, international trade issues and foreign nationals. By using our website, you assume all associated risks.

15. Fees. For all charges for any of the Services sold on this website, Company (or our service provider) will bill your credit card or alternative payment method offered by Company. In the event legal action is necessary to collect on balances due, you agree to reimburse Company for all expenses incurred to recover sums due, including attorneys' fees and other legal expenses. You are responsible for purchase of, and payment of charges for, all Internet access services and telecommunications services needed for use of this website.

16. Access and Interference. We make no promise that this website and the Services are appropriate or available for use in locations outside the United States ("Territory"), and accessing this website from territories where its contents are illegal or unlawful is prohibited. If you choose to access this website from locations outside the Territory, you do so at your own risk. It is your responsibility to ascertain and obey all applicable local, state, federal and international laws (including minimum age requirements) in regard to the use of this website or any of the Services. You agree that you will not use any robot, spider, scraper or other automated means to access this website for any purpose without our express written permission. If you attempt to access this website excessively with multiple login credentials, we may flag your use as a security risk and suspend access to this website. Additionally, you agree that you will not: (i) take any action that imposes, or may impose in our sole discretion an unreasonable or disproportionately large load on our infrastructure; (ii) interfere or attempt to interfere with the proper working of this website or any activities conducted on this website; (iii) bypass any measures we may use to prevent or restrict access to this website; or (iv) disrupt the interaction of other users of this website or the Services.

17. Force Majeure. Neither Company nor you shall be responsible for damages or for delays or failures in performance resulting from acts or occurrences beyond their reasonable control, including, without limitation: fire, lightning, explosion, power surge or failure, water, acts of God, war, revolution, civil commotion or acts of civil or military authorities or public enemies: any law, order, regulation, ordinance, or requirement of any government or legal body or any representative of any such government or legal body; or labor unrest, including without limitation, strikes, slowdowns, picketing, or boycotts; inability to secure raw materials, transportation facilities, fuel or energy shortages, or acts or omissions of other

common carriers.

18. Representations and Warranties. You shall be solely responsible for your own User Submissions and the consequences of posting or publishing them. In connection with this Agreement, you affirm, represent and warrant the following: (i) you are at least 18 years old and have the right and authority to enter into this Agreement, and are fully able and competent to satisfy the terms, conditions and obligations herein; (ii) you have obtained all consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the licenses in Sections 3 and 4; (iii) if necessary you have the written consent of each and every identifiable natural person in a User Submission to use such persons name or likeness in the manner contemplated by this website and this Agreement, and each such person has released you from any liability that may arise in relation to such use; (iv) you have read, understood, agree with, and will abide by the terms of this Agreement; (v) you are not, and have not been an agent of Company and were not and are not acting on behalf of, or as a representative of, Company or any other party in connection with any User Submission; (vi) any User Submission and Company use thereof as contemplated by this Agreement and this website will not infringe any rights of any third party, including but not limited to any intellectual property rights, privacy rights and rights of publicity; (vii) you are not, nor is any other person who appears in any of your User Submissions, a current member of the Screen Actors Guild (SAG), the American Federation of Television and Radio Actors (AFTRA) or any other rights society; (viii) you have not and will not engage in any of the following in connection with the production of, your appearance in, or contribution(s) to your User Submission: infliction of injury to any person or animal, humiliation of any person (whether public or private), infliction of emotional distress on any person, assault or battery of any person, damage to any property without permission, entry on any property without permission, or any other act or omission that could give rise to civil and/or criminal liability; (ix) your User Submission does not contain: (a) material falsehoods or misrepresentations that could harm Company or any third party; (b) content that is unlawful, obscene, defamatory, libelous, threatening, harassing or encourages conduct that would be considered a criminal offense, give rise to civil liability or violate any law; (c) advertisements, promotions or solicitations of business; or (d) impersonations of third parties, other than those which are readily apparent.

19. DISCLAIMERS. Your use of this website is at your own risk. THE CONTENT, INFORMATION, MATERIALS AND THE SERVICES PROVIDED ON OR THROUGH THIS WEBSITE ARE PROVIDED "AS IS" WITHOUT ANY WARRANTIES OF ANY KIND INCLUDING WARRANTIES OF MERCHANTABILITY, TITLE, FITNESS FOR A PARTICULAR PURPOSE, SECURITY OR NON-INFRINGEMENT OF INTELLECTUAL PROPERTY. NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES WARRANT THE ACCURACY OR COMPLETENESS OF THE CONTENT, INFORMATION, MATERIALS OR SERVICES PROVIDED ON OR THROUGH THIS WEBSITE. THE CONTENT, INFORMATION, MATERIALS AND SERVICES PROVIDED ON OR THROUGH THIS WEBSITE MAY BE OUT OF DATE, AND NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES MAKES ANY COMMITMENT OR ASSUMES ANY DUTY TO UPDATE SUCH CONTENT, INFORMATION,

MATERIALS OR THE SERVICES. THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, WE HEREBY DISCLAIM ALL WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, ANY IMPLIED WARRANTIES WITH RESPECT TO THE CONTENT AND THE SERVICES. THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED FROM COMPANY OR THROUGH THIS WEBSITE AND THE SERVICES WILL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN.

20. LIMITATIONS OF LIABILITY. Company does not assume any responsibility, or will be liable, for any damages to, or any viruses that may infect your computer, device, telecommunication equipment, or other property caused by or arising from your access to, use of, or browsing this website, or your downloading of any Content, information or materials from this website. IN NO EVENT WILL COMPANY, OR ANY OF ITS OFFICERS, DIRECTORS, EMPLOYEES, SHAREHOLDERS, AFFILIATES, AGENTS, SUCCESSORS OR ASSIGNS, NOR ANY PARTY INVOLVED IN THE CREATION, PRODUCTION OR TRANSMISSION OF THIS WEBSITE, BE LIABLE TO YOU OR ANYONE ELSE FOR ANY INDIRECT, SPECIAL, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, THOSE RESULTING FROM LOST PROFITS, LOST DATA OR BUSINESS INTERRUPTION) ARISING OUT OF THE USE, INABILITY TO USE, OR THE RESULTS OF USE OF THIS WEBSITE, ANY websiteS LINKED TO THIS WEBSITE, OR THE CONTENT, MATERIALS, INFORMATION OR SERVICES CONTAINED ON ANY OR ALL SUCH websiteS, WHETHER BASED ON WARRANTY, CONTRACT, TORT OR ANY OTHER LEGAL THEORY AND WHETHER OR NOT ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. YOU SPECIFICALLY ACKNOWLEDGE THAT COMPANY SHALL NOT BE LIABLE FOR USER SUBMISSIONS OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY, AND THAT THE RISK OF HARM OR DAMAGE FROM THE FOREGOING RESTS ENTIRELY WITH YOU. THE FOREGOING LIMITATIONS OF LIABILITY DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.
IN THE EVENT OF ANY PROBLEM WITH THIS WEBSITE OR ANY CONTENT OR THE SERVICES, YOU AGREE THAT YOUR SOLE REMEDY IS TO CEASE USING THIS WEBSITE. IN THE EVENT OF ANY PROBLEM WITH THE SERVICES THAT YOU HAVE PURCHASED ON OR THROUGH THIS WEBSITE, YOU AGREE THAT YOUR SOLE REMEDY, IF ANY, IS TO SEEK A REFUND FOR SUCH SERVICES IN ACCORDANCE WITH THE REFUND POLICIES POSTED ON THIS WEBSITE. IN NO EVENT SHALL COMPANY'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE), OR

OTHERWISE EXCEED THE GREATER OF (A) TWENTY FIVE DOLLARS (US $25.00) OR (B) THE
VALUE OF YOUR PURCHASE ON THIS WEBSITE.

21. Indemnity. You agree to defend, indemnify and hold Company and our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities harmless from any and all liabilities, costs, and expenses, including reasonable attorneys' fees, related to or in connection with (i) the use of this website or the Internet or your placement or transmission of any message or information on this website by you or your authorized users; (ii) your violation of any term of this Agreement, including without limitation, your breach of any of the representations and warranties above; (iii) your violation of any third party right, including without limitation any right of privacy, publicity rights or intellectual property rights; (iv) your violation of any law, rule or regulation of the United States or any other country; (v) any claim or damages that arise as a result of any User Submission that you provide to Company; or (vi) any other party's access and use of this website with your unique username, password or other appropriate security code.

22. Release. In the event that you have a dispute with one or more other users of this website, you release Company (and all of our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with such disputes.

23. Termination. You or we may suspend or terminate your account or your use of this website at any time, for any reason or for no reason. You are personally liable for any orders placed or charges incurred through your account prior to termination. We may also block your access to this website in the event that (a) you breach these Terms and Conditions; (b) we are unable to verify or authenticate any information you provide to us; or (c) we believe that your actions may cause financial loss or legal liability for you, our users or us.

24. General. Any claim relating to, and the use of, this website and the Content and materials contained herein is governed by the laws of the state of California (other than conflicts of laws principals). You consent to the exclusive jurisdiction of the state and federal courts located in California. A printed version of these Terms and Conditions will be admissible in judicial and administrative proceedings based upon or relating to these Terms and Conditions to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form.
We do not guarantee continuous, uninterrupted or secure access to our website or the Services, and operation of this website may be interfered with by numerous factors outside of our control. If any provision of these Terms and Conditions is held to be invalid or unenforceable, such provision shall be struck and the remaining provisions shall be enforced. You agree that these Terms and Conditions and all incorporated agreements may be automatically assigned by Company in our sole discretion. Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section. Our failure to act with respect to a breach by you or others does not waive our

right to act with respect to subsequent or similar breaches. These Terms and Conditions set forth the entire understanding and agreement between us with respect to the subject matter hereof. All terms and conditions stated in these Terms and Conditions which protect or act in favor of Company in any way shall survive any termination or expiration of this Agreement.

25. DIGITAL MILLENNIUM COPYRIGHT ACT ("DMCA") NOTICE. In operating this website, we may act as a "services provider" (as defined by DMCA) and offer services as online provider of materials and links to third party websites. As a result, third party materials that we do not own or control may be transmitted, stored, accessed or otherwise made available using this website. Company has in place certain legally mandated procedures regarding allegations of copyright infringement occurring on this website. Company has adopted a policy that provides for the immediate removal of any content or the suspension of any user that is found to have infringed on the rights of Company or of a third party, or that has otherwise violated any intellectual property laws or regulations, or any of the terms and conditions of this Agreement. If you believe any material available via this website infringes a copyright, you should notify us using the notice procedure for claimed infringement under the DMCA (17 U.S.C. Sect. 512(c)(2)). We will respond expeditiously to remove or disable access to the material claimed to be infringing and will follow the procedures specified in the DMCA to resolve the claim between the notifying party and the alleged infringer who provided the Content.

Please provide the following notice:

1. Identify the copyrighted work or other intellectual property that you claim has been infringed; 2. Identify the material on this website that you claim is infringing, with enough detail so that we may locate it on this website; 3. A statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; 4. A statement by you declaring under penalty of perjury that (a) the above information in your notice is accurate, and (b) that you are the owner of the copyright interest involved or that you are authorized to act on behalf of that owner; 5. Your address, telephone number, and email address; and 6. Your physical or electronic signature.

We may give notice to our users of any infringement notice by means of a general notice on any of our websites, electronic mail to a user's e-mail address in our records, or by written communication sent by first-class mail to a user's physical address in our records. If you receive such an infringement notice, you may provide counter-notification in writing to the designated agent that includes the information below. To be effective, the counter-notification must be a written communication that includes the following:

1. Your physical or electronic signature; 2. Identification of the material that has been removed or to which access has been disabled, and the location at which the material appeared before it was removed or access to it was disabled; 3. A statement from you under the penalty of perjury, that you have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled; and 4. Your name, physical address and telephone number, and a

statement that you consent to the jurisdiction of a Federal District Court for the judicial district in which your physical address is located, or if your physical address is outside of the United States, for any judicial district in which we may be found, and that you will accept service of process from the person who provided notification of allegedly infringing material or an agent of such person.

26. Entire Agreement. These Terms and Conditions are the entire agreement between you and Company and supersede any prior understandings or agreements (written or oral).

27. Additional Assistance. If you do not understand any of these Terms and Conditions or if you have any questions or comments, we invite you to contact our Customer Service Department by email at support@domai.com.

Copyright Notice. All Site design, graphics, text selections, arrangements, and all software are protected under copyright laws. ALL RIGHTS RESERVED.

Last Updated: September 1, 2015

- Newsletter**Sign up** for our newsletter and get **new deals** and **discounts** directly on your email *for free*
- Amazing Content

# Erotic Beauty - Terms

PLEASE CAREFULLY READ THESE TERMS AND CONDITIONS. YOU ARE BOUND BY THEM. By visiting this website or by purchasing or using any products, services, or other aspect of this website (which together are referred to as the "Services"), you are agreeing to be bound by all provisions stated in these terms and conditions (these "Terms and Conditions") and all provisions stated in this website's Privacy Policy. By purchasing or using the Services, you are entering into a binding agreement between you and ICF Technology, Inc. ICF Technology, Inc is referred to in these Terms and Conditions as "Company," "we," or "us." If you do not agree to these Terms and Conditions, then do not use this website and please exit immediately.

We reserve the right, in our sole discretion, to modify or revise these Terms and Conditions. You agree to be bound by any such modifications or revisions. You should periodically review the most up-to-date version of these Terms and Conditions on our website. Any modified or revised terms will apply to any purchase made after such modifications or revisions are posted on this website. Additional terms and conditions may apply to the purchase of the Services, such as billing and refund policies. By using this website, you agree to be bound by such terms and conditions.

BY USING THIS WEBSITE, YOU REPRESENT AND WARRANT THAT YOU ARE AT LEAST EIGHTEEN YEARS OLD.

1. Copyright and Ownership. All of the content featured or displayed on this website, including without limitation text, graphics, photographs, images, moving images, sound, and illustrations ("Content"), is owned by Company, its licensors, vendors, agents and/or its Content providers. All elements of this website, including without limitation the general design and the Content, are protected by trade dress, copyright, moral rights, trademark and other laws relating to intellectual property rights. The Services and this website may only be used for the intended purpose for which this website and the Services are being made available. Except as may be otherwise indicated in specific documents within this website, you are authorized to view, play, print and download Content for personal, informational, and noncommercial purposes only. You may not modify any of the Content and you may not copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer or sell any Content, information or work contained on this website. Except as authorized under the copyright laws, you are responsible for obtaining permission before reusing any copyrighted material that is available on this website. For purposes of these Terms and Conditions, the use of any such material on any other website or networked computer environment is prohibited. You shall comply with all applicable domestic and international laws, statutes, ordinances and regulations regarding your use of this website and the Services. This website, its Content and all related rights shall remain the exclusive property of Company or its licensors unless otherwise expressly agreed. You will not remove any copyright, trademark or other proprietary notices from material found on this website. Company may change or remove Content from

time-to-time. Content that you have previously downloaded, tagged as a "favorite," or included in a "gallery" may be removed from this website at any time without notice to you, including upon termination of this Agreement or suspension of your account.

2. Trademarks. All trademarks, service marks and trade names of Company used herein (including but not limited to: the Company name, the Company corporate logo, this website name, this website design, and any logos) (collectively "Marks") are trademarks or registered trademarks of Company or its affiliates, partners, vendors or licensors. You may not use, copy, reproduce, republish, upload, post, transmit, distribute, or modify Company trademarks in any way, including in advertising or publicity pertaining to distribution of materials on this website, without Company's prior written consent. The use of Company trademarks on any other website or network computer environment is not allowed. Company prohibits the use of Company trademarks as a "hot" link on or to any other website unless establishment of such a link is approved in advance.

3. Unsolicited Submissions Policy. Except where we specifically request comments or submissions, we do not accept or consider creative ideas, suggestions, or materials other than those we have specifically requested. This policy is designed to avoid misunderstandings if projects developed by our professional staff seem to others to be similar to their own creative work. Accordingly, we request that you not submit any creative ideas, suggestions, or materials except where specifically requested or solicited. If you do send us an unsolicited submission, you agree not to assert any ownership right of any kind in the unsolicited submission against Company (including, but not limited to copyright, trademark, unfair competition, moral rights, or implied contract), you hereby grant Company a nonexclusive, perpetual, worldwide license and right (including any moral rights) to the unsolicited submission in every media and for every purpose now known or hereinafter discovered and you waive the right to receive any financial or other consideration in connection with such unsolicited submission including, but not limited to, credit. You release Company (and our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with your unsolicited submissions, including without limitation all claims for theft of ideas or copyright infringement.

4. Solicited Submission Policy. Where we have specifically invited or requested submissions, we encourage members and/or guests to submit user published content or user content (e.g. postings to chat rooms, webcam chats, forums, participation in communities, commenting on blogs, model submissions, photographer submissions, video rankings, reviews, etc.) to us that they have created for consideration in connection with this website and any related wireless and online broadcasts ("User Submissions"). User Submissions remain your intellectual property, and subject to Section 19(ii), you must have obtained all necessary consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the following license. By posting User Submissions on our website, you expressly grant Company a non-exclusive, perpetual,

irrevocable, royalty-free, fully paid-up worldwide, fully sub-licensable right (including any moral rights) to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, transmit, perform and display such content and your name, voice, and/or likeness as contained in your User Submission, in whole or in part, and in any form throughout the world in any media or technology, whether now known or hereafter discovered, including all promotion, advertising, marketing, merchandising, publicity and any other ancillary uses thereof, and including the unfettered right to sublicense such rights, in perpetuity throughout the universe. You forever release Company and its managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, other related entities and advertisers from any and all claims associated with using the User Submission and any associated identifying characteristics, including without limitation claims arising from rights of publicity, rights of privacy, any moral rights, infliction of emotional distress, trespass, trademark copyright, patent, trade secret, obscenity or defamation. All User Submissions are deemed non-confidential and Company shall be under no obligation to maintain the confidentiality of any information, in whatever form, contained in any User Submission.

5. Inappropriate User Submissions. We do not encourage, and do not seek, User Submissions that result from any activity that: (i) may create a risk of harm, loss, physical or mental injury, emotional distress, death, disability, disfigurement, or physical or mental illness to you, to any other person, or to any animal; (ii) may create a risk of any other loss or damage to any person or property; or (iii) may constitute a crime or tort. You agree that you have not and will not engage in any of the foregoing activities in connection with producing your submission. Without limiting the foregoing, you agree that in conjunction with your submission, you will not inflict emotional distress on other people, will not humiliate other people (publicly or otherwise), will not assault or threaten other people, will not enter onto private property without permission, and will not otherwise engage in any activity that may result in injury, death, property damage, and/or liability of any kind. Company will reject any submissions in which Company believes, in its sole discretion, that any such activities have occurred. If notified by a user of a submission that allegedly violates any provision of these Terms and Conditions, Company reserves the right to determine, in its sole discretion, if such a violation has occurred, and to remove any such submission from this website.

6. Advertising Rights. We reserve the right to sell, license and/or display any advertising, attribution, links, promotional and/or distribution rights in connection with this website or your User Submissions, and Company and its licensors or affiliates will be entitled to retain any and all revenue generated from any sales or licenses of such advertising, attribution, links, or promotional or distribution rights. Nothing in these additional terms obligates or may be deemed to obligate Company to sell, license or offer to sell or license any advertising, promotion or distribution rights.

7. Subscriptions and Orders. Details of the subscription levels and the Services available for purchase are set out on this website. All prices are displayed inclusive of all taxes. All features, content, specifications, subscription levels, the Services, and prices described or depicted on this website are

subject to change at any time without notice. The inclusion of any products or the Services on this website at a particular time does not imply or warrant that these products or the Services will be available at any time. By placing an order, you represent that the Services will be used only in a lawful manner. If you choose a recurring subscription option, you acknowledge that your subscription will renew automatically at the end of your subscription period until you request a cancellation and you authorize us (or our service provider) to charge your chosen payment method to pay the recurring fees for the subscription. Payment processing is managed by a third party vendor. When you purchase a subscription or any of the Services, you will leave this website and you may be subject to additional terms and conditions.

8. Refund Policy. You may request a one-time refund for the Services purchased for this website in the event that you are not satisfied or for any reason within 90 days. The Services, subscription and access to this website will be terminated upon such refund. You may not create multiple accounts and request multiple refunds. Certain jurisdictions may provide additional statutory rights. Nothing herein is meant to limit your return or cancellation rights under local law. To request a refund, please contact support@eroticbeauty.com.

9. Accuracy of Information. We attempt to ensure that information on this website is complete, accurate and current. Despite our efforts, the information on this website may occasionally be inaccurate, incomplete or out of date. We make no representation as to the completeness, accuracy or currency of any information on this website. In addition, we may make changes in information about price and availability without notice. While it is our practice to confirm subscriptions by email, the receipt of an email confirmation does not constitute our acceptance of a subscription order or our confirmation of an offer to sell a subscription. We reserve the right, without prior notice, to limit the order quantity on any service or subscription level and/or to refuse the Services to any customer. We also may require verification of information prior to the acceptance of any order.

10. Linking to this Website. Creating or maintaining any link from another website to any page on this website except through our Affiliate Program MetArt Money is prohibited. Running or displaying this website or any information or material displayed on this website in frames or through similar means on another website without our prior written permission is prohibited. Any permitted links to this website must comply will all applicable laws, rule and regulations.

11. Third Party Links. From time to time, this website may contain links to websites that are not owned, operated or controlled by Company or its affiliates. For example, you will leave this website and enter a third party payment processor website when you make a payment for the Services. All such links are provided solely as a convenience to you. If you use these links, you will leave this website. Neither we nor any of our respective affiliates are responsible for any content, materials or other information located on or accessible from any other website. Neither we nor any of our respective affiliates endorse, guarantee, or make any representations or warranties regarding any other websites, or any content, materials or other information located or accessible from any other websites, or the results that you may

obtain from using any other websites. If you decide to access any other websites linked to or from this website, you do so entirely at your own risk.

12. Conduct and Inappropriate Material. You acknowledge that this website may contain material that may be inappropriate for minors. You are prohibited from: (i) contacting any model, performer, photographer or other users by means external to this website; (ii) using this website to advertise, solicit, or promote any service or product; and (iii) posting or sending any unlawful, offensive, harmful, abusive, threatening, defamatory, libelous, obscene, pornographic (including any representation of minors engaged in intimate physical contact or sexual situations) or profane material or any material that could constitute or encourage conduct that would be considered a criminal offense or give rise to civil liability, or otherwise violate any law. Such violations may subject you or your agents to civil and criminal penalties. You further understand and agree that sending unsolicited advertisements to any user of this website or this website or through voice computer systems is expressly prohibited by these Terms and Conditions. Any such unauthorized use of our computer systems is a violation of these Terms and Conditions and applicable "anti-spam" laws. In addition to any remedies that we may have at law or in equity, if we determine, in our sole discretion, that you have violated or are likely to violate the foregoing prohibitions, we may take any action we deem necessary to cure or prevent the violation, including without limitation, the immediate removal of the related materials from this website and/or suspension of your access to this website. We will fully cooperate with any law enforcement authorities or court order or subpoena requesting or directing us to disclose the identity of anyone posting such materials. If your account is terminated by Company for inappropriate behavior or breach of these Terms and Conditions, you may not create a new account without Company's prior written consent.

13. Account Registration and Security. You understand that you may need to create an account to have access to all of the parts of this website. In consideration of your use of this website, you will: (a) provide true, accurate, current and complete information about yourself as prompted by this website's registration form (such information being the "Registration Data") and (b) maintain and promptly update the Registration Data to keep it true, accurate, current and complete. If you provide any information that is untrue, inaccurate, not current or incomplete, or Company has reasonable grounds to suspect that such information is untrue, inaccurate, not current or incomplete, Company has the right to suspend or terminate your account and refuse any and all current or future use of this website (or any portion thereof). You are entirely responsible for the security and confidentiality of your password and account. Furthermore, you are entirely responsible for any and all activities that occur under your account. You agree to immediately notify us of any unauthorized use of your account or any other breach of security of which you become aware. You are responsible for taking precautions and providing security measures best suited for your situation and intended use of the Services and this website. We have the right to provide user billing, account, Content or use records, and related information under certain circumstances (such as in response to legal responsibility, lawful process, orders, subpoenas, or warrants, or to protect our rights, customers or business). Please note that anyone able to provide your personally identifiable information will be able to access your account so you should take reasonable

steps to protect this information.

14. User Published Content. User published Content does not represent the views of Company or any individual associated with Company, and we do not control this Content. In no event shall you represent or suggest, directly or indirectly, Company's endorsement of user published Content. Company does not vouch for the accuracy or credibility of any user published Content on our website, and does not take any responsibility or assume any liability for any actions you may take as a result of reading user published Content on our website. Through your use of this website and the Services, you may be exposed to Content that you may find offensive, objectionable, harmful, inaccurate or deceptive. There may also be risks of dealing with people acting under false pretense, international trade issues and foreign nationals. By using our website, you assume all associated risks.

15. Fees. For all charges for any of the Services sold on this website, Company (or our service provider) will bill your credit card or alternative payment method offered by Company. In the event legal action is necessary to collect on balances due, you agree to reimburse Company for all expenses incurred to recover sums due, including attorneys' fees and other legal expenses. You are responsible for purchase of, and payment of charges for, all Internet access services and telecommunications services needed for use of this website.

16. Access and Interference. We make no promise that this website and the Services are appropriate or available for use in locations outside the United States ("Territory"), and accessing this website from territories where its contents are illegal or unlawful is prohibited. If you choose to access this website from locations outside the Territory, you do so at your own risk. It is your responsibility to ascertain and obey all applicable local, state, federal and international laws (including minimum age requirements) in regard to the use of this website or any of the Services. You agree that you will not use any robot, spider, scraper or other automated means to access this website for any purpose without our express written permission. If you attempt to access this website excessively with multiple login credentials, we may flag your use as a security risk and suspend access to this website. Additionally, you agree that you will not: (i) take any action that imposes, or may impose in our sole discretion an unreasonable or disproportionately large load on our infrastructure; (ii) interfere or attempt to interfere with the proper working of this website or any activities conducted on this website; (iii) bypass any measures we may use to prevent or restrict access to this website; or (iv) disrupt the interaction of other users of this website or the Services.

17. Force Majeure. Neither Company nor you shall be responsible for damages or for delays or failures in performance resulting from acts or occurrences beyond their reasonable control, including, without limitation: fire, lightning, explosion, power surge or failure, water, acts of God, war, revolution, civil commotion or acts of civil or military authorities or public enemies: any law, order, regulation, ordinance, or requirement of any government or legal body or any representative of any such government or legal body; or labor unrest, including without limitation, strikes, slowdowns, picketing, or boycotts; inability to secure raw materials, transportation facilities, fuel or energy shortages, or acts or omissions of other

common carriers.

18. Representations and Warranties. You shall be solely responsible for your own User Submissions and the consequences of posting or publishing them. In connection with this Agreement, you affirm, represent and warrant the following: (i) you are at least 18 years old and have the right and authority to enter into this Agreement, and are fully able and competent to satisfy the terms, conditions and obligations herein; (ii) you have obtained all consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the licenses in Sections 3 and 4; (iii) if necessary you have the written consent of each and every identifiable natural person in a User Submission to use such persons name or likeness in the manner contemplated by this website and this Agreement, and each such person has released you from any liability that may arise in relation to such use; (iv) you have read, understood, agree with, and will abide by the terms of this Agreement; (v) you are not, and have not been an agent of Company and were not and are not acting on behalf of, or as a representative of, Company or any other party in connection with any User Submission; (vi) any User Submission and Company use thereof as contemplated by this Agreement and this website will not infringe any rights of any third party, including but not limited to any intellectual property rights, privacy rights and rights of publicity; (vii) you are not, nor is any other person who appears in any of your User Submissions, a current member of the Screen Actors Guild (SAG), the American Federation of Television and Radio Actors (AFTRA) or any other rights society; (viii) you have not and will not engage in any of the following in connection with the production of, your appearance in, or contribution(s) to your User Submission: infliction of injury to any person or animal, humiliation of any person (whether public or private), infliction of emotional distress on any person, assault or battery of any person, damage to any property without permission, entry on any property without permission, or any other act or omission that could give rise to civil and/or criminal liability; (ix) your User Submission does not contain: (a) material falsehoods or misrepresentations that could harm Company or any third party; (b) content that is unlawful, obscene, defamatory, libelous, threatening, harassing or encourages conduct that would be considered a criminal offense, give rise to civil liability or violate any law; (c) advertisements, promotions or solicitations of business; or (d) impersonations of third parties, other than those which are readily apparent.

19. DISCLAIMERS. Your use of this website is at your own risk. THE CONTENT, INFORMATION, MATERIALS AND THE SERVICES PROVIDED ON OR THROUGH THIS WEBSITE ARE PROVIDED "AS IS" WITHOUT ANY WARRANTIES OF ANY KIND INCLUDING WARRANTIES OF MERCHANTABILITY, TITLE, FITNESS FOR A PARTICULAR PURPOSE, SECURITY OR NON-INFRINGEMENT OF INTELLECTUAL PROPERTY. NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES WARRANT THE ACCURACY OR COMPLETENESS OF THE CONTENT, INFORMATION, MATERIALS OR SERVICES PROVIDED ON OR THROUGH THIS WEBSITE. THE CONTENT, INFORMATION, MATERIALS AND SERVICES PROVIDED ON OR THROUGH THIS WEBSITE MAY BE OUT OF DATE, AND NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES MAKES ANY COMMITMENT OR ASSUMES ANY DUTY TO UPDATE SUCH CONTENT, INFORMATION,

MATERIALS OR THE SERVICES. THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, WE HEREBY DISCLAIM ALL WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, ANY IMPLIED WARRANTIES WITH RESPECT TO THE CONTENT AND THE SERVICES. THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED FROM COMPANY OR THROUGH THIS WEBSITE AND THE SERVICES WILL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN.

20. LIMITATIONS OF LIABILITY. Company does not assume any responsibility, or will be liable, for any damages to, or any viruses that may infect your computer, device, telecommunication equipment, or other property caused by or arising from your access to, use of, or browsing this website, or your downloading of any Content, information or materials from this website. IN NO EVENT WILL COMPANY, OR ANY OF ITS OFFICERS, DIRECTORS, EMPLOYEES, SHAREHOLDERS, AFFILIATES, AGENTS, SUCCESSORS OR ASSIGNS, NOR ANY PARTY INVOLVED IN THE CREATION, PRODUCTION OR TRANSMISSION OF THIS WEBSITE, BE LIABLE TO YOU OR ANYONE ELSE FOR ANY INDIRECT, SPECIAL, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, THOSE RESULTING FROM LOST PROFITS, LOST DATA OR BUSINESS INTERRUPTION) ARISING OUT OF THE USE, INABILITY TO USE, OR THE RESULTS OF USE OF THIS WEBSITE, ANY websiteS LINKED TO THIS WEBSITE, OR THE CONTENT, MATERIALS, INFORMATION OR SERVICES CONTAINED ON ANY OR ALL SUCH websiteS, WHETHER BASED ON WARRANTY, CONTRACT, TORT OR ANY OTHER LEGAL THEORY AND WHETHER OR NOT ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. YOU SPECIFICALLY ACKNOWLEDGE THAT COMPANY SHALL NOT BE LIABLE FOR USER SUBMISSIONS OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY, AND THAT THE RISK OF HARM OR DAMAGE FROM THE FOREGOING RESTS ENTIRELY WITH YOU. THE FOREGOING LIMITATIONS OF LIABILITY DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.
IN THE EVENT OF ANY PROBLEM WITH THIS WEBSITE OR ANY CONTENT OR THE SERVICES, YOU AGREE THAT YOUR SOLE REMEDY IS TO CEASE USING THIS WEBSITE. IN THE EVENT OF ANY PROBLEM WITH THE SERVICES THAT YOU HAVE PURCHASED ON OR THROUGH THIS WEBSITE, YOU AGREE THAT YOUR SOLE REMEDY, IF ANY, IS TO SEEK A REFUND FOR SUCH SERVICES IN ACCORDANCE WITH THE REFUND POLICIES POSTED ON THIS WEBSITE. IN NO EVENT SHALL COMPANY'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE), OR

OTHERWISE EXCEED THE GREATER OF (A) TWENTY FIVE DOLLARS (US $25.00) OR (B) THE VALUE OF YOUR PURCHASE ON THIS WEBSITE.

21. Indemnity. You agree to defend, indemnify and hold Company and our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities harmless from any and all liabilities, costs, and expenses, including reasonable attorneys' fees, related to or in connection with (i) the use of this website or the Internet or your placement or transmission of any message or information on this website by you or your authorized users; (ii) your violation of any term of this Agreement, including without limitation, your breach of any of the representations and warranties above; (iii) your violation of any third party right, including without limitation any right of privacy, publicity rights or intellectual property rights; (iv) your violation of any law, rule or regulation of the United States or any other country; (v) any claim or damages that arise as a result of any User Submission that you provide to Company; or (vi) any other party's access and use of this website with your unique username, password or other appropriate security code.

22. Release. In the event that you have a dispute with one or more other users of this website, you release Company (and all of our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with such disputes.

23. Termination. You or we may suspend or terminate your account or your use of this website at any time, for any reason or for no reason. You are personally liable for any orders placed or charges incurred through your account prior to termination. We may also block your access to this website in the event that (a) you breach these Terms and Conditions; (b) we are unable to verify or authenticate any information you provide to us; or (c) we believe that your actions may cause financial loss or legal liability for you, our users or us.

24. General. Any claim relating to, and the use of, this website and the Content and materials contained herein is governed by the laws of the state of California (other than conflicts of laws principals). You consent to the exclusive jurisdiction of the state and federal courts located in California. A printed version of these Terms and Conditions will be admissible in judicial and administrative proceedings based upon or relating to these Terms and Conditions to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form. We do not guarantee continuous, uninterrupted or secure access to our website or the Services, and operation of this website may be interfered with by numerous factors outside of our control. If any provision of these Terms and Conditions is held to be invalid or unenforceable, such provision shall be struck and the remaining provisions shall be enforced. You agree that these Terms and Conditions and all incorporated agreements may be automatically assigned by Company in our sole discretion. Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section. Our failure to act with respect to a breach by you or others does not waive our

right to act with respect to subsequent or similar breaches. These Terms and Conditions set forth the entire understanding and agreement between us with respect to the subject matter hereof. All terms and conditions stated in these Terms and Conditions which protect or act in favor of Company in any way shall survive any termination or expiration of this Agreement.

25. DIGITAL MILLENNIUM COPYRIGHT ACT ("DMCA") NOTICE. In operating this website, we may act as a "services provider" (as defined by DMCA) and offer services as online provider of materials and links to third party websites. As a result, third party materials that we do not own or control may be transmitted, stored, accessed or otherwise made available using this website. Company has in place certain legally mandated procedures regarding allegations of copyright infringement occurring on this website. Company has adopted a policy that provides for the immediate removal of any content or the suspension of any user that is found to have infringed on the rights of Company or of a third party, or that has otherwise violated any intellectual property laws or regulations, or any of the terms and conditions of this Agreement. If you believe any material available via this website infringes a copyright, you should notify us using the notice procedure for claimed infringement under the DMCA (17 U.S.C. Sect. 512(c)(2)). We will respond expeditiously to remove or disable access to the material claimed to be infringing and will follow the procedures specified in the DMCA to resolve the claim between the notifying party and the alleged infringer who provided the Content.

Please provide the following notice:

1. Identify the copyrighted work or other intellectual property that you claim has been infringed; 2. Identify the material on this website that you claim is infringing, with enough detail so that we may locate it on this website; 3. A statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; 4. A statement by you declaring under penalty of perjury that (a) the above information in your notice is accurate, and (b) that you are the owner of the copyright interest involved or that you are authorized to act on behalf of that owner; 5. Your address, telephone number, and email address; and 6. Your physical or electronic signature.

We may give notice to our users of any infringement notice by means of a general notice on any of our websites, electronic mail to a user's e-mail address in our records, or by written communication sent by first-class mail to a user's physical address in our records. If you receive such an infringement notice, you may provide counter-notification in writing to the designated agent that includes the information below. To be effective, the counter-notification must be a written communication that includes the following:

1. Your physical or electronic signature; 2. Identification of the material that has been removed or to which access has been disabled, and the location at which the material appeared before it was removed or access to it was disabled; 3. A statement from you under the penalty of perjury, that you have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled; and 4. Your name, physical address and telephone number, and a

2/29/2016 EroticBeauty - Terms

statement that you consent to the jurisdiction of a Federal District Court for the judicial district in which your physical address is located, or if your physical address is outside of the United States, for any judicial district in which we may be found, and that you will accept service of process from the person who provided notification of allegedly infringing material or an agent of such person.

26. Entire Agreement. These Terms and Conditions are the entire agreement between you and Company and supersede any prior understandings or agreements (written or oral).

27. Additional Assistance. If you do not understand any of these Terms and Conditions or if you have any questions or comments, we invite you to contact our Customer Service Department by email at support@eroticbeauty.com.

Copyright Notice. All Site design, graphics, text selections, arrangements, and all software are protected under copyright laws. ALL RIGHTS RESERVED.

Last Updated: September 1, 2015

- Newsletter**Sign up** for our newsletter and get **new deals** and **discounts** directly on your email *for free*
- Amazing Content

# Errotica Archives - Terms

PLEASE CAREFULLY READ THESE TERMS AND CONDITIONS. YOU ARE BOUND BY THEM. By visiting this website or by purchasing or using any products, services, or other aspect of this website (which together are referred to as the "Services"), you are agreeing to be bound by all provisions stated in these terms and conditions (these "Terms and Conditions") and all provisions stated in this website's Privacy Policy. By purchasing or using the Services, you are entering into a binding agreement between you and ICF Technology, Inc. ICF Technology, Inc is referred to in these Terms and Conditions as "Company," "we," or "us." If you do not agree to these Terms and Conditions, then do not use this website and please exit immediately.

We reserve the right, in our sole discretion, to modify or revise these Terms and Conditions. You agree to be bound by any such modifications or revisions. You should periodically review the most up-to-date version of these Terms and Conditions on our website. Any modified or revised terms will apply to any purchase made after such modifications or revisions are posted on this website. Additional terms and conditions may apply to the purchase of the Services, such as billing and refund policies. By using this website, you agree to be bound by such terms and conditions.

BY USING THIS WEBSITE, YOU REPRESENT AND WARRANT THAT YOU ARE AT LEAST EIGHTEEN YEARS OLD.

1. Copyright and Ownership. All of the content featured or displayed on this website, including without limitation text, graphics, photographs, images, moving images, sound, and illustrations ("Content"), is owned by Company, its licensors, vendors, agents and/or its Content providers. All elements of this website, including without limitation the general design and the Content, are protected by trade dress, copyright, moral rights, trademark and other laws relating to intellectual property rights. The Services and this website may only be used for the intended purpose for which this website and the Services are being made available. Except as may be otherwise indicated in specific documents within this website, you are authorized to view, play, print and download Content for personal, informational, and noncommercial purposes only. You may not modify any of the Content and you may not copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer or sell any Content, information or work contained on this website. Except as authorized under the copyright laws, you are responsible for obtaining permission before reusing any copyrighted material that is available on this website. For purposes of these Terms and Conditions, the use of any such material on any other website or networked computer environment is prohibited. You shall comply with all applicable domestic and international laws, statutes, ordinances and regulations regarding your use of this website and the Services. This website, its Content and all related rights shall remain the exclusive property of Company or its licensors unless otherwise expressly agreed. You will not remove any copyright, trademark or other proprietary notices from material found on this website. Company may change or remove Content from

time-to-time. Content that you have previously downloaded, tagged as a "favorite," or included in a "gallery" may be removed from this website at any time without notice to you, including upon termination of this Agreement or suspension of your account.

2. Trademarks. All trademarks, service marks and trade names of Company used herein (including but not limited to: the Company name, the Company corporate logo, this website name, this website design, and any logos) (collectively "Marks") are trademarks or registered trademarks of Company or its affiliates, partners, vendors or licensors. You may not use, copy, reproduce, republish, upload, post, transmit, distribute, or modify Company trademarks in any way, including in advertising or publicity pertaining to distribution of materials on this website, without Company's prior written consent. The use of Company trademarks on any other website or network computer environment is not allowed. Company prohibits the use of Company trademarks as a "hot" link on or to any other website unless establishment of such a link is approved in advance.

3. Unsolicited Submissions Policy. Except where we specifically request comments or submissions, we do not accept or consider creative ideas, suggestions, or materials other than those we have specifically requested. This policy is designed to avoid misunderstandings if projects developed by our professional staff seem to others to be similar to their own creative work. Accordingly, we request that you not submit any creative ideas, suggestions, or materials except where specifically requested or solicited. If you do send us an unsolicited submission, you agree not to assert any ownership right of any kind in the unsolicited submission against Company (including, but not limited to copyright, trademark, unfair competition, moral rights, or implied contract), you hereby grant Company a nonexclusive, perpetual, worldwide license and right (including any moral rights) to the unsolicited submission in every media and for every purpose now known or hereinafter discovered and you waive the right to receive any financial or other consideration in connection with such unsolicited submission including, but not limited to, credit. You release Company (and our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with your unsolicited submissions, including without limitation all claims for theft of ideas or copyright infringement.

4. Solicited Submission Policy. Where we have specifically invited or requested submissions, we encourage members and/or guests to submit user published content or user content (e.g. postings to chat rooms, webcam chats, forums, participation in communities, commenting on blogs, model submissions, photographer submissions, video rankings, reviews, etc.) to us that they have created for consideration in connection with this website and any related wireless and online broadcasts ("User Submissions"). User Submissions remain your intellectual property, and subject to Section 19(ii), you must have obtained all necessary consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the following license. By posting User Submissions on our website, you expressly grant Company a non-exclusive, perpetual,

irrevocable, royalty-free, fully paid-up worldwide, fully sub-licensable right (including any moral rights) to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, transmit, perform and display such content and your name, voice, and/or likeness as contained in your User Submission, in whole or in part, and in any form throughout the world in any media or technology, whether now known or hereafter discovered, including all promotion, advertising, marketing, merchandising, publicity and any other ancillary uses thereof, and including the unfettered right to sublicense such rights, in perpetuity throughout the universe. You forever release Company and its managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, other related entities and advertisers from any and all claims associated with using the User Submission and any associated identifying characteristics, including without limitation claims arising from rights of publicity, rights of privacy, any moral rights, infliction of emotional distress, trespass, trademark copyright, patent, trade secret, obscenity or defamation. All User Submissions are deemed non-confidential and Company shall be under no obligation to maintain the confidentiality of any information, in whatever form, contained in any User Submission.

5. Inappropriate User Submissions. We do not encourage, and do not seek, User Submissions that result from any activity that: (i) may create a risk of harm, loss, physical or mental injury, emotional distress, death, disability, disfigurement, or physical or mental illness to you, to any other person, or to any animal; (ii) may create a risk of any other loss or damage to any person or property; or (iii) may constitute a crime or tort. You agree that you have not and will not engage in any of the foregoing activities in connection with producing your submission. Without limiting the foregoing, you agree that in conjunction with your submission, you will not inflict emotional distress on other people, will not humiliate other people (publicly or otherwise), will not assault or threaten other people, will not enter onto private property without permission, and will not otherwise engage in any activity that may result in injury, death, property damage, and/or liability of any kind. Company will reject any submissions in which Company believes, in its sole discretion, that any such activities have occurred. If notified by a user of a submission that allegedly violates any provision of these Terms and Conditions, Company reserves the right to determine, in its sole discretion, if such a violation has occurred, and to remove any such submission from this website.

6. Advertising Rights. We reserve the right to sell, license and/or display any advertising, attribution, links, promotional and/or distribution rights in connection with this website or your User Submissions, and Company and its licensors or affiliates will be entitled to retain any and all revenue generated from any sales or licenses of such advertising, attribution, links, or promotional or distribution rights. Nothing in these additional terms obligates or may be deemed to obligate Company to sell, license or offer to sell or license any advertising, promotion or distribution rights.

7. Subscriptions and Orders. Details of the subscription levels and the Services available for purchase are set out on this website. All prices are displayed inclusive of all taxes. All features, content, specifications, subscription levels, the Services, and prices described or depicted on this website are

subject to change at any time without notice. The inclusion of any products or the Services on this website at a particular time does not imply or warrant that these products or the Services will be available at any time. By placing an order, you represent that the Services will be used only in a lawful manner. If you choose a recurring subscription option, you acknowledge that your subscription will renew automatically at the end of your subscription period until you request a cancellation and you authorize us (or our service provider) to charge your chosen payment method to pay the recurring fees for the subscription. Payment processing is managed by a third party vendor. When you purchase a subscription or any of the Services, you will leave this website and you may be subject to additional terms and conditions.

8. Refund Policy. You may request a one-time refund for the Services purchased for this website in the event that you are not satisfied or for any reason within 90 days. The Services, subscription and access to this website will be terminated upon such refund. You may not create multiple accounts and request multiple refunds. Certain jurisdictions may provide additional statutory rights. Nothing herein is meant to limit your return or cancellation rights under local law. To request a refund, please contact support@errotica-archives.com.

9. Accuracy of Information. We attempt to ensure that information on this website is complete, accurate and current. Despite our efforts, the information on this website may occasionally be inaccurate, incomplete or out of date. We make no representation as to the completeness, accuracy or currency of any information on this website. In addition, we may make changes in information about price and availability without notice. While it is our practice to confirm subscriptions by email, the receipt of an email confirmation does not constitute our acceptance of a subscription order or our confirmation of an offer to sell a subscription. We reserve the right, without prior notice, to limit the order quantity on any service or subscription level and/or to refuse the Services to any customer. We also may require verification of information prior to the acceptance of any order.

10. Linking to this Website. Creating or maintaining any link from another website to any page on this website except through our Affiliate Program MetArt Money is prohibited. Running or displaying this website or any information or material displayed on this website in frames or through similar means on another website without our prior written permission is prohibited. Any permitted links to this website must comply will all applicable laws, rule and regulations.

11. Third Party Links. From time to time, this website may contain links to websites that are not owned, operated or controlled by Company or its affiliates. For example, you will leave this website and enter a third party payment processor website when you make a payment for the Services. All such links are provided solely as a convenience to you. If you use these links, you will leave this website. Neither we nor any of our respective affiliates are responsible for any content, materials or other information located on or accessible from any other website. Neither we nor any of our respective affiliates endorse, guarantee, or make any representations or warranties regarding any other websites, or any content, materials or other information located or accessible from any other websites, or the results that you may

obtain from using any other websites. If you decide to access any other websites linked to or from this website, you do so entirely at your own risk.

12. Conduct and Inappropriate Material. You acknowledge that this website may contain material that may be inappropriate for minors. You are prohibited from: (i) contacting any model, performer, photographer or other users by means external to this website; (ii) using this website to advertise, solicit, or promote any service or product; and (iii) posting or sending any unlawful, offensive, harmful, abusive, threatening, defamatory, libelous, obscene, pornographic (including any representation of minors engaged in intimate physical contact or sexual situations) or profane material or any material that could constitute or encourage conduct that would be considered a criminal offense or give rise to civil liability, or otherwise violate any law. Such violations may subject you or your agents to civil and criminal penalties. You further understand and agree that sending unsolicited advertisements to any user of this website or this website or through voice computer systems is expressly prohibited by these Terms and Conditions. Any such unauthorized use of our computer systems is a violation of these Terms and Conditions and applicable "anti-spam" laws. In addition to any remedies that we may have at law or in equity, if we determine, in our sole discretion, that you have violated or are likely to violate the foregoing prohibitions, we may take any action we deem necessary to cure or prevent the violation, including without limitation, the immediate removal of the related materials from this website and/or suspension of your access to this website. We will fully cooperate with any law enforcement authorities or court order or subpoena requesting or directing us to disclose the identity of anyone posting such materials. If your account is terminated by Company for inappropriate behavior or breach of these Terms and Conditions, you may not create a new account without Company's prior written consent.

13. Account Registration and Security. You understand that you may need to create an account to have access to all of the parts of this website. In consideration of your use of this website, you will: (a) provide true, accurate, current and complete information about yourself as prompted by this website's registration form (such information being the "Registration Data") and (b) maintain and promptly update the Registration Data to keep it true, accurate, current and complete. If you provide any information that is untrue, inaccurate, not current or incomplete, or Company has reasonable grounds to suspect that such information is untrue, inaccurate, not current or incomplete, Company has the right to suspend or terminate your account and refuse any and all current or future use of this website (or any portion thereof). You are entirely responsible for the security and confidentiality of your password and account. Furthermore, you are entirely responsible for any and all activities that occur under your account. You agree to immediately notify us of any unauthorized use of your account or any other breach of security of which you become aware. You are responsible for taking precautions and providing security measures best suited for your situation and intended use of the Services and this website. We have the right to provide user billing, account, Content or use records, and related information under certain circumstances (such as in response to legal responsibility, lawful process, orders, subpoenas, or warrants, or to protect our rights, customers or business). Please note that anyone able to provide your personally identifiable information will be able to access your account so you should take reasonable

steps to protect this information.

14. User Published Content. User published Content does not represent the views of Company or any individual associated with Company, and we do not control this Content. In no event shall you represent or suggest, directly or indirectly, Company's endorsement of user published Content. Company does not vouch for the accuracy or credibility of any user published Content on our website, and does not take any responsibility or assume any liability for any actions you may take as a result of reading user published Content on our website. Through your use of this website and the Services, you may be exposed to Content that you may find offensive, objectionable, harmful, inaccurate or deceptive. There may also be risks of dealing with people acting under false pretense, international trade issues and foreign nationals. By using our website, you assume all associated risks.

15. Fees. For all charges for any of the Services sold on this website, Company (or our service provider) will bill your credit card or alternative payment method offered by Company. In the event legal action is necessary to collect on balances due, you agree to reimburse Company for all expenses incurred to recover sums due, including attorneys' fees and other legal expenses. You are responsible for purchase of, and payment of charges for, all Internet access services and telecommunications services needed for use of this website.

16. Access and Interference. We make no promise that this website and the Services are appropriate or available for use in locations outside the United States ("Territory"), and accessing this website from territories where its contents are illegal or unlawful is prohibited. If you choose to access this website from locations outside the Territory, you do so at your own risk. It is your responsibility to ascertain and obey all applicable local, state, federal and international laws (including minimum age requirements) in regard to the use of this website or any of the Services. You agree that you will not use any robot, spider, scraper or other automated means to access this website for any purpose without our express written permission. If you attempt to access this website excessively with multiple login credentials, we may flag your use as a security risk and suspend access to this website. Additionally, you agree that you will not: (i) take any action that imposes, or may impose in our sole discretion an unreasonable or disproportionately large load on our infrastructure; (ii) interfere or attempt to interfere with the proper working of this website or any activities conducted on this website; (iii) bypass any measures we may use to prevent or restrict access to this website; or (iv) disrupt the interaction of other users of this website or the Services.

17. Force Majeure. Neither Company nor you shall be responsible for damages or for delays or failures in performance resulting from acts or occurrences beyond their reasonable control, including, without limitation: fire, lightning, explosion, power surge or failure, water, acts of God, war, revolution, civil commotion or acts of civil or military authorities or public enemies: any law, order, regulation, ordinance, or requirement of any government or legal body or any representative of any such government or legal body; or labor unrest, including without limitation, strikes, slowdowns, picketing, or boycotts; inability to secure raw materials, transportation facilities, fuel or energy shortages, or acts or omissions of other

common carriers.

18. Representations and Warranties. You shall be solely responsible for your own User Submissions and the consequences of posting or publishing them. In connection with this Agreement, you affirm, represent and warrant the following: (i) you are at least 18 years old and have the right and authority to enter into this Agreement, and are fully able and competent to satisfy the terms, conditions and obligations herein; (ii) you have obtained all consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the licenses in Sections 3 and 4; (iii) if necessary you have the written consent of each and every identifiable natural person in a User Submission to use such persons name or likeness in the manner contemplated by this website and this Agreement, and each such person has released you from any liability that may arise in relation to such use; (iv) you have read, understood, agree with, and will abide by the terms of this Agreement; (v) you are not, and have not been an agent of Company and were not and are not acting on behalf of, or as a representative of, Company or any other party in connection with any User Submission; (vi) any User Submission and Company use thereof as contemplated by this Agreement and this website will not infringe any rights of any third party, including but not limited to any intellectual property rights, privacy rights and rights of publicity; (vii) you are not, nor is any other person who appears in any of your User Submissions, a current member of the Screen Actors Guild (SAG), the American Federation of Television and Radio Actors (AFTRA) or any other rights society; (viii) you have not and will not engage in any of the following in connection with the production of, your appearance in, or contribution(s) to your User Submission: infliction of injury to any person or animal, humiliation of any person (whether public or private), infliction of emotional distress on any person, assault or battery of any person, damage to any property without permission, entry on any property without permission, or any other act or omission that could give rise to civil and/or criminal liability; (ix) your User Submission does not contain: (a) material falsehoods or misrepresentations that could harm Company or any third party; (b) content that is unlawful, obscene, defamatory, libelous, threatening, harassing or encourages conduct that would be considered a criminal offense, give rise to civil liability or violate any law; (c) advertisements, promotions or solicitations of business; or (d) impersonations of third parties, other than those which are readily apparent.

19. DISCLAIMERS. Your use of this website is at your own risk. THE CONTENT, INFORMATION, MATERIALS AND THE SERVICES PROVIDED ON OR THROUGH THIS WEBSITE ARE PROVIDED "AS IS" WITHOUT ANY WARRANTIES OF ANY KIND INCLUDING WARRANTIES OF MERCHANTABILITY, TITLE, FITNESS FOR A PARTICULAR PURPOSE, SECURITY OR NON-INFRINGEMENT OF INTELLECTUAL PROPERTY. NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES WARRANT THE ACCURACY OR COMPLETENESS OF THE CONTENT, INFORMATION, MATERIALS OR SERVICES PROVIDED ON OR THROUGH THIS WEBSITE. THE CONTENT, INFORMATION, MATERIALS AND SERVICES PROVIDED ON OR THROUGH THIS WEBSITE MAY BE OUT OF DATE, AND NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES MAKES ANY COMMITMENT OR ASSUMES ANY DUTY TO UPDATE SUCH CONTENT, INFORMATION,

MATERIALS OR THE SERVICES. THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, WE HEREBY DISCLAIM ALL WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, ANY IMPLIED WARRANTIES WITH RESPECT TO THE CONTENT AND THE SERVICES. THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED FROM COMPANY OR THROUGH THIS WEBSITE AND THE SERVICES WILL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN.

20. LIMITATIONS OF LIABILITY. Company does not assume any responsibility, or will be liable, for any damages to, or any viruses that may infect your computer, device, telecommunication equipment, or other property caused by or arising from your access to, use of, or browsing this website, or your downloading of any Content, information or materials from this website. IN NO EVENT WILL COMPANY, OR ANY OF ITS OFFICERS, DIRECTORS, EMPLOYEES, SHAREHOLDERS, AFFILIATES, AGENTS, SUCCESSORS OR ASSIGNS, NOR ANY PARTY INVOLVED IN THE CREATION, PRODUCTION OR TRANSMISSION OF THIS WEBSITE, BE LIABLE TO YOU OR ANYONE ELSE FOR ANY INDIRECT, SPECIAL, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, THOSE RESULTING FROM LOST PROFITS, LOST DATA OR BUSINESS INTERRUPTION) ARISING OUT OF THE USE, INABILITY TO USE, OR THE RESULTS OF USE OF THIS WEBSITE, ANY websiteS LINKED TO THIS WEBSITE, OR THE CONTENT, MATERIALS, INFORMATION OR SERVICES CONTAINED ON ANY OR ALL SUCH websiteS, WHETHER BASED ON WARRANTY, CONTRACT, TORT OR ANY OTHER LEGAL THEORY AND WHETHER OR NOT ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. YOU SPECIFICALLY ACKNOWLEDGE THAT COMPANY SHALL NOT BE LIABLE FOR USER SUBMISSIONS OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY, AND THAT THE RISK OF HARM OR DAMAGE FROM THE FOREGOING RESTS ENTIRELY WITH YOU. THE FOREGOING LIMITATIONS OF LIABILITY DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

IN THE EVENT OF ANY PROBLEM WITH THIS WEBSITE OR ANY CONTENT OR THE SERVICES, YOU AGREE THAT YOUR SOLE REMEDY IS TO CEASE USING THIS WEBSITE. IN THE EVENT OF ANY PROBLEM WITH THE SERVICES THAT YOU HAVE PURCHASED ON OR THROUGH THIS WEBSITE, YOU AGREE THAT YOUR SOLE REMEDY, IF ANY, IS TO SEEK A REFUND FOR SUCH SERVICES IN ACCORDANCE WITH THE REFUND POLICIES POSTED ON THIS WEBSITE. IN NO EVENT SHALL COMPANY'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE), OR

OTHERWISE EXCEED THE GREATER OF (A) TWENTY FIVE DOLLARS (US $25.00) OR (B) THE VALUE OF YOUR PURCHASE ON THIS WEBSITE.

21. Indemnity. You agree to defend, indemnify and hold Company and our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities harmless from any and all liabilities, costs, and expenses, including reasonable attorneys' fees, related to or in connection with (i) the use of this website or the Internet or your placement or transmission of any message or information on this website by you or your authorized users; (ii) your violation of any term of this Agreement, including without limitation, your breach of any of the representations and warranties above; (iii) your violation of any third party right, including without limitation any right of privacy, publicity rights or intellectual property rights; (iv) your violation of any law, rule or regulation of the United States or any other country; (v) any claim or damages that arise as a result of any User Submission that you provide to Company; or (vi) any other party's access and use of this website with your unique username, password or other appropriate security code.

22. Release. In the event that you have a dispute with one or more other users of this website, you release Company (and all of our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with such disputes.

23. Termination. You or we may suspend or terminate your account or your use of this website at any time, for any reason or for no reason. You are personally liable for any orders placed or charges incurred through your account prior to termination. We may also block your access to this website in the event that (a) you breach these Terms and Conditions; (b) we are unable to verify or authenticate any information you provide to us; or (c) we believe that your actions may cause financial loss or legal liability for you, our users or us.

24. General. Any claim relating to, and the use of, this website and the Content and materials contained herein is governed by the laws of the state of California (other than conflicts of laws principals). You consent to the exclusive jurisdiction of the state and federal courts located in California. A printed version of these Terms and Conditions will be admissible in judicial and administrative proceedings based upon or relating to these Terms and Conditions to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form.
We do not guarantee continuous, uninterrupted or secure access to our website or the Services, and operation of this website may be interfered with by numerous factors outside of our control. If any provision of these Terms and Conditions is held to be invalid or unenforceable, such provision shall be struck and the remaining provisions shall be enforced. You agree that these Terms and Conditions and all incorporated agreements may be automatically assigned by Company in our sole discretion. Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section. Our failure to act with respect to a breach by you or others does not waive our

right to act with respect to subsequent or similar breaches. These Terms and Conditions set forth the entire understanding and agreement between us with respect to the subject matter hereof. All terms and conditions stated in these Terms and Conditions which protect or act in favor of Company in any way shall survive any termination or expiration of this Agreement.

25. DIGITAL MILLENNIUM COPYRIGHT ACT ("DMCA") NOTICE. In operating this website, we may act as a "services provider" (as defined by DMCA) and offer services as online provider of materials and links to third party websites. As a result, third party materials that we do not own or control may be transmitted, stored, accessed or otherwise made available using this website. Company has in place certain legally mandated procedures regarding allegations of copyright infringement occurring on this website. Company has adopted a policy that provides for the immediate removal of any content or the suspension of any user that is found to have infringed on the rights of Company or of a third party, or that has otherwise violated any intellectual property laws or regulations, or any of the terms and conditions of this Agreement. If you believe any material available via this website infringes a copyright, you should notify us using the notice procedure for claimed infringement under the DMCA (17 U.S.C. Sect. 512(c)(2)). We will respond expeditiously to remove or disable access to the material claimed to be infringing and will follow the procedures specified in the DMCA to resolve the claim between the notifying party and the alleged infringer who provided the Content.

Please provide the following notice:

1. Identify the copyrighted work or other intellectual property that you claim has been infringed; 2. Identify the material on this website that you claim is infringing, with enough detail so that we may locate it on this website; 3. A statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; 4. A statement by you declaring under penalty of perjury that (a) the above information in your notice is accurate, and (b) that you are the owner of the copyright interest involved or that you are authorized to act on behalf of that owner; 5. Your address, telephone number, and email address; and 6. Your physical or electronic signature.

We may give notice to our users of any infringement notice by means of a general notice on any of our websites, electronic mail to a user's e-mail address in our records, or by written communication sent by first-class mail to a user's physical address in our records. If you receive such an infringement notice, you may provide counter-notification in writing to the designated agent that includes the information below. To be effective, the counter-notification must be a written communication that includes the following:

1. Your physical or electronic signature; 2. Identification of the material that has been removed or to which access has been disabled, and the location at which the material appeared before it was removed or access to it was disabled; 3. A statement from you under the penalty of perjury, that you have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled; and 4. Your name, physical address and telephone number, and a

Case 1:15-cv-22134-UU     Document 123-1    Entered on FLSD Docket 02/29/2016    Page 65 of 159

statement that you consent to the jurisdiction of a Federal District Court for the judicial district in which your physical address is located, or if your physical address is outside of the United States, for any judicial district in which we may be found, and that you will accept service of process from the person who provided notification of allegedly infringing material or an agent of such person.

26. Entire Agreement. These Terms and Conditions are the entire agreement between you and Company and supersede any prior understandings or agreements (written or oral).

27. Additional Assistance. If you do not understand any of these Terms and Conditions or if you have any questions or comments, we invite you to contact our Customer Service Department by email at support@errotica-archives.com.

Copyright Notice. All Site design, graphics, text selections, arrangements, and all software are protected under copyright laws. ALL RIGHTS RESERVED.

Last Updated: September 1, 2015

Newsletter
Get our newsletter and receive free content right to your inbox!

# Eternal Desire - Terms

PLEASE CAREFULLY READ THESE TERMS AND CONDITIONS. YOU ARE BOUND BY THEM. By visiting this website or by purchasing or using any products, services, or other aspect of this website (which together are referred to as the "Services"), you are agreeing to be bound by all provisions stated in these terms and conditions (these "Terms and Conditions") and all provisions stated in this website's Privacy Policy. By purchasing or using the Services, you are entering into a binding agreement between you and ICF Technology, Inc. ICF Technology, Inc is referred to in these Terms and Conditions as "Company," "we," or "us." If you do not agree to these Terms and Conditions, then do not use this website and please exit immediately.

We reserve the right, in our sole discretion, to modify or revise these Terms and Conditions. You agree to be bound by any such modifications or revisions. You should periodically review the most up-to-date version of these Terms and Conditions on our website. Any modified or revised terms will apply to any purchase made after such modifications or revisions are posted on this website. Additional terms and conditions may apply to the purchase of the Services, such as billing and refund policies. By using this website, you agree to be bound by such terms and conditions.

BY USING THIS WEBSITE, YOU REPRESENT AND WARRANT THAT YOU ARE AT LEAST EIGHTEEN YEARS OLD.

1. Copyright and Ownership. All of the content featured or displayed on this website, including without limitation text, graphics, photographs, images, moving images, sound, and illustrations ("Content"), is owned by Company, its licensors, vendors, agents and/or its Content providers. All elements of this website, including without limitation the general design and the Content, are protected by trade dress, copyright, moral rights, trademark and other laws relating to intellectual property rights. The Services and this website may only be used for the intended purpose for which this website and the Services are being made available. Except as may be otherwise indicated in specific documents within this website, you are authorized to view, play, print and download Content for personal, informational, and noncommercial purposes only. You may not modify any of the Content and you may not copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer or sell any Content, information or work contained on this website. Except as authorized under the copyright laws, you are responsible for obtaining permission before reusing any copyrighted material that is available on this website. For purposes of these Terms and Conditions, the use of any such material on any other website or networked computer environment is prohibited. You shall comply with all applicable domestic and international laws, statutes, ordinances and regulations regarding your use of this website and the Services. This website, its Content and all related rights shall remain the exclusive property of Company or its licensors unless otherwise expressly agreed. You will not remove any copyright, trademark or other proprietary notices from material found on this website. Company may change or remove Content from

time-to-time. Content that you have previously downloaded, tagged as a "favorite," or included in a "gallery" may be removed from this website at any time without notice to you, including upon termination of this Agreement or suspension of your account.

2. Trademarks. All trademarks, service marks and trade names of Company used herein (including but not limited to: the Company name, the Company corporate logo, this website name, this website design, and any logos) (collectively "Marks") are trademarks or registered trademarks of Company or its affiliates, partners, vendors or licensors. You may not use, copy, reproduce, republish, upload, post, transmit, distribute, or modify Company trademarks in any way, including in advertising or publicity pertaining to distribution of materials on this website, without Company's prior written consent. The use of Company trademarks on any other website or network computer environment is not allowed. Company prohibits the use of Company trademarks as a "hot" link on or to any other website unless establishment of such a link is approved in advance.

3. Unsolicited Submissions Policy. Except where we specifically request comments or submissions, we do not accept or consider creative ideas, suggestions, or materials other than those we have specifically requested. This policy is designed to avoid misunderstandings if projects developed by our professional staff seem to others to be similar to their own creative work. Accordingly, we request that you not submit any creative ideas, suggestions, or materials except where specifically requested or solicited. If you do send us an unsolicited submission, you agree not to assert any ownership right of any kind in the unsolicited submission against Company (including, but not limited to copyright, trademark, unfair competition, moral rights, or implied contract), you hereby grant Company a nonexclusive, perpetual, worldwide license and right (including any moral rights) to the unsolicited submission in every media and for every purpose now known or hereinafter discovered and you waive the right to receive any financial or other consideration in connection with such unsolicited submission including, but not limited to, credit. You release Company (and our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with your unsolicited submissions, including without limitation all claims for theft of ideas or copyright infringement.

4. Solicited Submission Policy. Where we have specifically invited or requested submissions, we encourage members and/or guests to submit user published content or user content (e.g. postings to chat rooms, webcam chats, forums, participation in communities, commenting on blogs, model submissions, photographer submissions, video rankings, reviews, etc.) to us that they have created for consideration in connection with this website and any related wireless and online broadcasts ("User Submissions"). User Submissions remain your intellectual property, and subject to Section 19(ii), you must have obtained all necessary consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the following license. By posting User Submissions on our website, you expressly grant Company a non-exclusive, perpetual,

irrevocable, royalty-free, fully paid-up worldwide, fully sub-licensable right (including any moral rights) to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, transmit, perform and display such content and your name, voice, and/or likeness as contained in your User Submission, in whole or in part, and in any form throughout the world in any media or technology, whether now known or hereafter discovered, including all promotion, advertising, marketing, merchandising, publicity and any other ancillary uses thereof, and including the unfettered right to sublicense such rights, in perpetuity throughout the universe. You forever release Company and its managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, other related entities and advertisers from any and all claims associated with using the User Submission and any associated identifying characteristics, including without limitation claims arising from rights of publicity, rights of privacy, any moral rights, infliction of emotional distress, trespass, trademark copyright, patent, trade secret, obscenity or defamation. All User Submissions are deemed non-confidential and Company shall be under no obligation to maintain the confidentiality of any information, in whatever form, contained in any User Submission.

5. Inappropriate User Submissions. We do not encourage, and do not seek, User Submissions that result from any activity that: (i) may create a risk of harm, loss, physical or mental injury, emotional distress, death, disability, disfigurement, or physical or mental illness to you, to any other person, or to any animal; (ii) may create a risk of any other loss or damage to any person or property; or (iii) may constitute a crime or tort. You agree that you have not and will not engage in any of the foregoing activities in connection with producing your submission. Without limiting the foregoing, you agree that in conjunction with your submission, you will not inflict emotional distress on other people, will not humiliate other people (publicly or otherwise), will not assault or threaten other people, will not enter onto private property without permission, and will not otherwise engage in any activity that may result in injury, death, property damage, and/or liability of any kind. Company will reject any submissions in which Company believes, in its sole discretion, that any such activities have occurred. If notified by a user of a submission that allegedly violates any provision of these Terms and Conditions, Company reserves the right to determine, in its sole discretion, if such a violation has occurred, and to remove any such submission from this website.

6. Advertising Rights. We reserve the right to sell, license and/or display any advertising, attribution, links, promotional and/or distribution rights in connection with this website or your User Submissions, and Company and its licensors or affiliates will be entitled to retain any and all revenue generated from any sales or licenses of such advertising, attribution, links, or promotional or distribution rights. Nothing in these additional terms obligates or may be deemed to obligate Company to sell, license or offer to sell or license any advertising, promotion or distribution rights.

7. Subscriptions and Orders. Details of the subscription levels and the Services available for purchase are set out on this website. All prices are displayed inclusive of all taxes. All features, content, specifications, subscription levels, the Services, and prices described or depicted on this website are

subject to change at any time without notice. The inclusion of any products or the Services on this website at a particular time does not imply or warrant that these products or the Services will be available at any time. By placing an order, you represent that the Services will be used only in a lawful manner. If you choose a recurring subscription option, you acknowledge that your subscription will renew automatically at the end of your subscription period until you request a cancellation and you authorize us (or our service provider) to charge your chosen payment method to pay the recurring fees for the subscription. Payment processing is managed by a third party vendor. When you purchase a subscription or any of the Services, you will leave this website and you may be subject to additional terms and conditions.

8. Refund Policy. You may request a one-time refund for the Services purchased for this website in the event that you are not satisfied or for any reason within 90 days. The Services, subscription and access to this website will be terminated upon such refund. You may not create multiple accounts and request multiple refunds. Certain jurisdictions may provide additional statutory rights. Nothing herein is meant to limit your return or cancellation rights under local law. To request a refund, please contact support@eternaldesire.com.

9. Accuracy of Information. We attempt to ensure that information on this website is complete, accurate and current. Despite our efforts, the information on this website may occasionally be inaccurate, incomplete or out of date. We make no representation as to the completeness, accuracy or currency of any information on this website. In addition, we may make changes in information about price and availability without notice. While it is our practice to confirm subscriptions by email, the receipt of an email confirmation does not constitute our acceptance of a subscription order or our confirmation of an offer to sell a subscription. We reserve the right, without prior notice, to limit the order quantity on any service or subscription level and/or to refuse the Services to any customer. We also may require verification of information prior to the acceptance of any order.

10. Linking to this Website. Creating or maintaining any link from another website to any page on this website except through our Affiliate Program MetArt Money is prohibited. Running or displaying this website or any information or material displayed on this website in frames or through similar means on another website without our prior written permission is prohibited. Any permitted links to this website must comply will all applicable laws, rule and regulations.

11. Third Party Links. From time to time, this website may contain links to websites that are not owned, operated or controlled by Company or its affiliates. For example, you will leave this website and enter a third party payment processor website when you make a payment for the Services. All such links are provided solely as a convenience to you. If you use these links, you will leave this website. Neither we nor any of our respective affiliates are responsible for any content, materials or other information located on or accessible from any other website. Neither we nor any of our respective affiliates endorse, guarantee, or make any representations or warranties regarding any other websites, or any content, materials or other information located or accessible from any other websites, or the results that you may

obtain from using any other websites. If you decide to access any other websites linked to or from this website, you do so entirely at your own risk.

12. Conduct and Inappropriate Material. You acknowledge that this website may contain material that may be inappropriate for minors. You are prohibited from: (i) contacting any model, performer, photographer or other users by means external to this website; (ii) using this website to advertise, solicit, or promote any service or product; and (iii) posting or sending any unlawful, offensive, harmful, abusive, threatening, defamatory, libelous, obscene, pornographic (including any representation of minors engaged in intimate physical contact or sexual situations) or profane material or any material that could constitute or encourage conduct that would be considered a criminal offense or give rise to civil liability, or otherwise violate any law. Such violations may subject you or your agents to civil and criminal penalties. You further understand and agree that sending unsolicited advertisements to any user of this website or this website or through voice computer systems is expressly prohibited by these Terms and Conditions. Any such unauthorized use of our computer systems is a violation of these Terms and Conditions and applicable "anti-spam" laws. In addition to any remedies that we may have at law or in equity, if we determine, in our sole discretion, that you have violated or are likely to violate the foregoing prohibitions, we may take any action we deem necessary to cure or prevent the violation, including without limitation, the immediate removal of the related materials from this website and/or suspension of your access to this website. We will fully cooperate with any law enforcement authorities or court order or subpoena requesting or directing us to disclose the identity of anyone posting such materials. If your account is terminated by Company for inappropriate behavior or breach of these Terms and Conditions, you may not create a new account without Company's prior written consent.

13. Account Registration and Security. You understand that you may need to create an account to have access to all of the parts of this website. In consideration of your use of this website, you will: (a) provide true, accurate, current and complete information about yourself as prompted by this website's registration form (such information being the "Registration Data") and (b) maintain and promptly update the Registration Data to keep it true, accurate, current and complete. If you provide any information that is untrue, inaccurate, not current or incomplete, or Company has reasonable grounds to suspect that such information is untrue, inaccurate, not current or incomplete, Company has the right to suspend or terminate your account and refuse any and all current or future use of this website (or any portion thereof). You are entirely responsible for the security and confidentiality of your password and account. Furthermore, you are entirely responsible for any and all activities that occur under your account. You agree to immediately notify us of any unauthorized use of your account or any other breach of security of which you become aware. You are responsible for taking precautions and providing security measures best suited for your situation and intended use of the Services and this website. We have the right to provide user billing, account, Content or use records, and related information under certain circumstances (such as in response to legal responsibility, lawful process, orders, subpoenas, or warrants, or to protect our rights, customers or business). Please note that anyone able to provide your personally identifiable information will be able to access your account so you should take reasonable

steps to protect this information.

14. User Published Content. User published Content does not represent the views of Company or any individual associated with Company, and we do not control this Content. In no event shall you represent or suggest, directly or indirectly, Company's endorsement of user published Content. Company does not vouch for the accuracy or credibility of any user published Content on our website, and does not take any responsibility or assume any liability for any actions you may take as a result of reading user published Content on our website. Through your use of this website and the Services, you may be exposed to Content that you may find offensive, objectionable, harmful, inaccurate or deceptive. There may also be risks of dealing with people acting under false pretense, international trade issues and foreign nationals. By using our website, you assume all associated risks.

15. Fees. For all charges for any of the Services sold on this website, Company (or our service provider) will bill your credit card or alternative payment method offered by Company. In the event legal action is necessary to collect on balances due, you agree to reimburse Company for all expenses incurred to recover sums due, including attorneys' fees and other legal expenses. You are responsible for purchase of, and payment of charges for, all Internet access services and telecommunications services needed for use of this website.

16. Access and Interference. We make no promise that this website and the Services are appropriate or available for use in locations outside the United States ("Territory"), and accessing this website from territories where its contents are illegal or unlawful is prohibited. If you choose to access this website from locations outside the Territory, you do so at your own risk. It is your responsibility to ascertain and obey all applicable local, state, federal and international laws (including minimum age requirements) in regard to the use of this website or any of the Services. You agree that you will not use any robot, spider, scraper or other automated means to access this website for any purpose without our express written permission. If you attempt to access this website excessively with multiple login credentials, we may flag your use as a security risk and suspend access to this website. Additionally, you agree that you will not: (i) take any action that imposes, or may impose in our sole discretion an unreasonable or disproportionately large load on our infrastructure; (ii) interfere or attempt to interfere with the proper working of this website or any activities conducted on this website; (iii) bypass any measures we may use to prevent or restrict access to this website; or (iv) disrupt the interaction of other users of this website or the Services.

17. Force Majeure. Neither Company nor you shall be responsible for damages or for delays or failures in performance resulting from acts or occurrences beyond their reasonable control, including, without limitation: fire, lightning, explosion, power surge or failure, water, acts of God, war, revolution, civil commotion or acts of civil or military authorities or public enemies: any law, order, regulation, ordinance, or requirement of any government or legal body or any representative of any such government or legal body; or labor unrest, including without limitation, strikes, slowdowns, picketing, or boycotts; inability to secure raw materials, transportation facilities, fuel or energy shortages, or acts or omissions of other

common carriers.

18. Representations and Warranties. You shall be solely responsible for your own User Submissions and the consequences of posting or publishing them. In connection with this Agreement, you affirm, represent and warrant the following: (i) you are at least 18 years old and have the right and authority to enter into this Agreement, and are fully able and competent to satisfy the terms, conditions and obligations herein; (ii) you have obtained all consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the licenses in Sections 3 and 4; (iii) if necessary you have the written consent of each and every identifiable natural person in a User Submission to use such persons name or likeness in the manner contemplated by this website and this Agreement, and each such person has released you from any liability that may arise in relation to such use; (iv) you have read, understood, agree with, and will abide by the terms of this Agreement; (v) you are not, and have not been an agent of Company and were not and are not acting on behalf of, or as a representative of, Company or any other party in connection with any User Submission; (vi) any User Submission and Company use thereof as contemplated by this Agreement and this website will not infringe any rights of any third party, including but not limited to any intellectual property rights, privacy rights and rights of publicity; (vii) you are not, nor is any other person who appears in any of your User Submissions, a current member of the Screen Actors Guild (SAG), the American Federation of Television and Radio Actors (AFTRA) or any other rights society; (viii) you have not and will not engage in any of the following in connection with the production of, your appearance in, or contribution(s) to your User Submission: infliction of injury to any person or animal, humiliation of any person (whether public or private), infliction of emotional distress on any person, assault or battery of any person, damage to any property without permission, entry on any property without permission, or any other act or omission that could give rise to civil and/or criminal liability; (ix) your User Submission does not contain: (a) material falsehoods or misrepresentations that could harm Company or any third party; (b) content that is unlawful, obscene, defamatory, libelous, threatening, harassing or encourages conduct that would be considered a criminal offense, give rise to civil liability or violate any law; (c) advertisements, promotions or solicitations of business; or (d) impersonations of third parties, other than those which are readily apparent.

19. DISCLAIMERS. Your use of this website is at your own risk. THE CONTENT, INFORMATION, MATERIALS AND THE SERVICES PROVIDED ON OR THROUGH THIS WEBSITE ARE PROVIDED "AS IS" WITHOUT ANY WARRANTIES OF ANY KIND INCLUDING WARRANTIES OF MERCHANTABILITY, TITLE, FITNESS FOR A PARTICULAR PURPOSE, SECURITY OR NON-INFRINGEMENT OF INTELLECTUAL PROPERTY. NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES WARRANT THE ACCURACY OR COMPLETENESS OF THE CONTENT, INFORMATION, MATERIALS OR SERVICES PROVIDED ON OR THROUGH THIS WEBSITE. THE CONTENT, INFORMATION, MATERIALS AND SERVICES PROVIDED ON OR THROUGH THIS WEBSITE MAY BE OUT OF DATE, AND NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES MAKES ANY COMMITMENT OR ASSUMES ANY DUTY TO UPDATE SUCH CONTENT, INFORMATION,

MATERIALS OR THE SERVICES. THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO
NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR
ANY SUCH PROHIBITIONS.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, WE HEREBY DISCLAIM ALL
WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, ANY IMPLIED
WARRANTIES WITH RESPECT TO THE CONTENT AND THE SERVICES. THE FOREGOING
EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW.
PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED FROM COMPANY OR
THROUGH THIS WEBSITE AND THE SERVICES WILL CREATE ANY WARRANTY NOT EXPRESSLY
MADE HEREIN.

20. LIMITATIONS OF LIABILITY. Company does not assume any responsibility, or will be liable, for any
damages to, or any viruses that may infect your computer, device, telecommunication equipment, or
other property caused by or arising from your access to, use of, or browsing this website, or your
downloading of any Content, information or materials from this website. IN NO EVENT WILL COMPANY,
OR ANY OF ITS OFFICERS, DIRECTORS, EMPLOYEES, SHAREHOLDERS, AFFILIATES, AGENTS,
SUCCESSORS OR ASSIGNS, NOR ANY PARTY INVOLVED IN THE CREATION, PRODUCTION OR
TRANSMISSION OF THIS WEBSITE, BE LIABLE TO YOU OR ANYONE ELSE FOR ANY INDIRECT,
SPECIAL, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT
LIMITATION, THOSE RESULTING FROM LOST PROFITS, LOST DATA OR BUSINESS
INTERRUPTION) ARISING OUT OF THE USE, INABILITY TO USE, OR THE RESULTS OF USE OF
THIS WEBSITE, ANY websiteS LINKED TO THIS WEBSITE, OR THE CONTENT, MATERIALS,
INFORMATION OR SERVICES CONTAINED ON ANY OR ALL SUCH websiteS, WHETHER BASED ON
WARRANTY, CONTRACT, TORT OR ANY OTHER LEGAL THEORY AND WHETHER OR NOT ADVISED
OF THE POSSIBILITY OF SUCH DAMAGES. YOU SPECIFICALLY ACKNOWLEDGE THAT COMPANY
SHALL NOT BE LIABLE FOR USER SUBMISSIONS OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL
CONDUCT OF ANY THIRD PARTY, AND THAT THE RISK OF HARM OR DAMAGE FROM THE
FOREGOING RESTS ENTIRELY WITH YOU. THE FOREGOING LIMITATIONS OF LIABILITY DO NOT
APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY
SUCH PROHIBITIONS.
IN THE EVENT OF ANY PROBLEM WITH THIS WEBSITE OR ANY CONTENT OR THE SERVICES, YOU
AGREE THAT YOUR SOLE REMEDY IS TO CEASE USING THIS WEBSITE. IN THE EVENT OF ANY
PROBLEM WITH THE SERVICES THAT YOU HAVE PURCHASED ON OR THROUGH THIS WEBSITE,
YOU AGREE THAT YOUR SOLE REMEDY, IF ANY, IS TO SEEK A REFUND FOR SUCH SERVICES IN
ACCORDANCE WITH THE REFUND POLICIES POSTED ON THIS WEBSITE. IN NO EVENT SHALL
COMPANY'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION
WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE), OR

OTHERWISE EXCEED THE GREATER OF (A) TWENTY FIVE DOLLARS (US $25.00) OR (B) THE VALUE OF YOUR PURCHASE ON THIS WEBSITE.

21. Indemnity. You agree to defend, indemnify and hold Company and our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities harmless from any and all liabilities, costs, and expenses, including reasonable attorneys' fees, related to or in connection with (i) the use of this website or the Internet or your placement or transmission of any message or information on this website by you or your authorized users; (ii) your violation of any term of this Agreement, including without limitation, your breach of any of the representations and warranties above; (iii) your violation of any third party right, including without limitation any right of privacy, publicity rights or intellectual property rights; (iv) your violation of any law, rule or regulation of the United States or any other country; (v) any claim or damages that arise as a result of any User Submission that you provide to Company; or (vi) any other party's access and use of this website with your unique username, password or other appropriate security code.

22. Release. In the event that you have a dispute with one or more other users of this website, you release Company (and all of our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with such disputes.

23. Termination. You or we may suspend or terminate your account or your use of this website at any time, for any reason or for no reason. You are personally liable for any orders placed or charges incurred through your account prior to termination. We may also block your access to this website in the event that (a) you breach these Terms and Conditions; (b) we are unable to verify or authenticate any information you provide to us; or (c) we believe that your actions may cause financial loss or legal liability for you, our users or us.

24. General. Any claim relating to, and the use of, this website and the Content and materials contained herein is governed by the laws of the state of California (other than conflicts of laws principals). You consent to the exclusive jurisdiction of the state and federal courts located in California. A printed version of these Terms and Conditions will be admissible in judicial and administrative proceedings based upon or relating to these Terms and Conditions to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form. We do not guarantee continuous, uninterrupted or secure access to our website or the Services, and operation of this website may be interfered with by numerous factors outside of our control. If any provision of these Terms and Conditions is held to be invalid or unenforceable, such provision shall be struck and the remaining provisions shall be enforced. You agree that these Terms and Conditions and all incorporated agreements may be automatically assigned by Company in our sole discretion. Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section. Our failure to act with respect to a breach by you or others does not waive our

right to act with respect to subsequent or similar breaches. These Terms and Conditions set forth the entire understanding and agreement between us with respect to the subject matter hereof. All terms and conditions stated in these Terms and Conditions which protect or act in favor of Company in any way shall survive any termination or expiration of this Agreement.

25. DIGITAL MILLENNIUM COPYRIGHT ACT ("DMCA") NOTICE. In operating this website, we may act as a "services provider" (as defined by DMCA) and offer services as online provider of materials and links to third party websites. As a result, third party materials that we do not own or control may be transmitted, stored, accessed or otherwise made available using this website. Company has in place certain legally mandated procedures regarding allegations of copyright infringement occurring on this website. Company has adopted a policy that provides for the immediate removal of any content or the suspension of any user that is found to have infringed on the rights of Company or of a third party, or that has otherwise violated any intellectual property laws or regulations, or any of the terms and conditions of this Agreement. If you believe any material available via this website infringes a copyright, you should notify us using the notice procedure for claimed infringement under the DMCA (17 U.S.C. Sect. 512(c)(2)). We will respond expeditiously to remove or disable access to the material claimed to be infringing and will follow the procedures specified in the DMCA to resolve the claim between the notifying party and the alleged infringer who provided the Content.

Please provide the following notice:

1. Identify the copyrighted work or other intellectual property that you claim has been infringed; 2. Identify the material on this website that you claim is infringing, with enough detail so that we may locate it on this website; 3. A statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; 4. A statement by you declaring under penalty of perjury that (a) the above information in your notice is accurate, and (b) that you are the owner of the copyright interest involved or that you are authorized to act on behalf of that owner; 5. Your address, telephone number, and email address; and 6. Your physical or electronic signature.

We may give notice to our users of any infringement notice by means of a general notice on any of our websites, electronic mail to a user's e-mail address in our records, or by written communication sent by first-class mail to a user's physical address in our records. If you receive such an infringement notice, you may provide counter-notification in writing to the designated agent that includes the information below. To be effective, the counter-notification must be a written communication that includes the following:

1. Your physical or electronic signature; 2. Identification of the material that has been removed or to which access has been disabled, and the location at which the material appeared before it was removed or access to it was disabled; 3. A statement from you under the penalty of perjury, that you have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled; and 4. Your name, physical address and telephone number, and a

2/29/2016    Eternal Desire - Terms

statement that you consent to the jurisdiction of a Federal District Court for the judicial district in which your physical address is located, or if your physical address is outside of the United States, for any judicial district in which we may be found, and that you will accept service of process from the person who provided notification of allegedly infringing material or an agent of such person.

26. Entire Agreement. These Terms and Conditions are the entire agreement between you and Company and supersede any prior understandings or agreements (written or oral).

27. Additional Assistance. If you do not understand any of these Terms and Conditions or if you have any questions or comments, we invite you to contact our Customer Service Department by email at support@eternaldesire.com.

Copyright Notice. All Site design, graphics, text selections, arrangements, and all software are protected under copyright laws. ALL RIGHTS RESERVED.

Last Updated: September 1, 2015

Newsletter
Get our newsletter and receive free content right to your inbox!

# Goddess Nudes - Terms

PLEASE CAREFULLY READ THESE TERMS AND CONDITIONS. YOU ARE BOUND BY THEM. By visiting this website or by purchasing or using any products, services, or other aspect of this website (which together are referred to as the "Services"), you are agreeing to be bound by all provisions stated in these terms and conditions (these "Terms and Conditions") and all provisions stated in this website's Privacy Policy. By purchasing or using the Services, you are entering into a binding agreement between you and ICF Technology, Inc. ICF Technology, Inc is referred to in these Terms and Conditions as "Company," "we," or "us." If you do not agree to these Terms and Conditions, then do not use this website and please exit immediately.

We reserve the right, in our sole discretion, to modify or revise these Terms and Conditions. You agree to be bound by any such modifications or revisions. You should periodically review the most up-to-date version of these Terms and Conditions on our website. Any modified or revised terms will apply to any purchase made after such modifications or revisions are posted on this website. Additional terms and conditions may apply to the purchase of the Services, such as billing and refund policies. By using this website, you agree to be bound by such terms and conditions.

BY USING THIS WEBSITE, YOU REPRESENT AND WARRANT THAT YOU ARE AT LEAST EIGHTEEN YEARS OLD.

1. Copyright and Ownership. All of the content featured or displayed on this website, including without limitation text, graphics, photographs, images, moving images, sound, and illustrations ("Content"), is owned by Company, its licensors, vendors, agents and/or its Content providers. All elements of this website, including without limitation the general design and the Content, are protected by trade dress, copyright, moral rights, trademark and other laws relating to intellectual property rights. The Services and this website may only be used for the intended purpose for which this website and the Services are being made available. Except as may be otherwise indicated in specific documents within this website, you are authorized to view, play, print and download Content for personal, informational, and noncommercial purposes only. You may not modify any of the Content and you may not copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer or sell any Content, information or work contained on this website. Except as authorized under the copyright laws, you are responsible for obtaining permission before reusing any copyrighted material that is available on this website. For purposes of these Terms and Conditions, the use of any such material on any other website or networked computer environment is prohibited. You shall comply with all applicable domestic and international laws, statutes, ordinances and regulations regarding your use of this website and the Services. This website, its Content and all related rights shall remain the exclusive property of Company or its licensors unless otherwise expressly agreed. You will not remove any copyright, trademark or other proprietary notices from material found on this website. Company may change or remove Content from

time-to-time. Content that you have previously downloaded, tagged as a "favorite," or included in a "gallery" may be removed from this website at any time without notice to you, including upon termination of this Agreement or suspension of your account.

2. Trademarks. All trademarks, service marks and trade names of Company used herein (including but not limited to: the Company name, the Company corporate logo, this website name, this website design, and any logos) (collectively "Marks") are trademarks or registered trademarks of Company or its affiliates, partners, vendors or licensors. You may not use, copy, reproduce, republish, upload, post, transmit, distribute, or modify Company trademarks in any way, including in advertising or publicity pertaining to distribution of materials on this website, without Company's prior written consent. The use of Company trademarks on any other website or network computer environment is not allowed. Company prohibits the use of Company trademarks as a "hot" link on or to any other website unless establishment of such a link is approved in advance.

3. Unsolicited Submissions Policy. Except where we specifically request comments or submissions, we do not accept or consider creative ideas, suggestions, or materials other than those we have specifically requested. This policy is designed to avoid misunderstandings if projects developed by our professional staff seem to others to be similar to their own creative work. Accordingly, we request that you not submit any creative ideas, suggestions, or materials except where specifically requested or solicited. If you do send us an unsolicited submission, you agree not to assert any ownership right of any kind in the unsolicited submission against Company (including, but not limited to copyright, trademark, unfair competition, moral rights, or implied contract), you hereby grant Company a nonexclusive, perpetual, worldwide license and right (including any moral rights) to the unsolicited submission in every media and for every purpose now known or hereinafter discovered and you waive the right to receive any financial or other consideration in connection with such unsolicited submission including, but not limited to, credit. You release Company (and our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with your unsolicited submissions, including without limitation all claims for theft of ideas or copyright infringement.

4. Solicited Submission Policy. Where we have specifically invited or requested submissions, we encourage members and/or guests to submit user published content or user content (e.g. postings to chat rooms, webcam chats, forums, participation in communities, commenting on blogs, model submissions, photographer submissions, video rankings, reviews, etc.) to us that they have created for consideration in connection with this website and any related wireless and online broadcasts ("User Submissions"). User Submissions remain your intellectual property, and subject to Section 19(ii), you must have obtained all necessary consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the following license. By posting User Submissions on our website, you expressly grant Company a non-exclusive, perpetual,

irrevocable, royalty-free, fully paid-up worldwide, fully sub-licensable right (including any moral rights) to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, transmit, perform and display such content and your name, voice, and/or likeness as contained in your User Submission, in whole or in part, and in any form throughout the world in any media or technology, whether now known or hereafter discovered, including all promotion, advertising, marketing, merchandising, publicity and any other ancillary uses thereof, and including the unfettered right to sublicense such rights, in perpetuity throughout the universe. You forever release Company and its managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, other related entities and advertisers from any and all claims associated with using the User Submission and any associated identifying characteristics, including without limitation claims arising from rights of publicity, rights of privacy, any moral rights, infliction of emotional distress, trespass, trademark copyright, patent, trade secret, obscenity or defamation. All User Submissions are deemed non-confidential and Company shall be under no obligation to maintain the confidentiality of any information, in whatever form, contained in any User Submission.

5. Inappropriate User Submissions. We do not encourage, and do not seek, User Submissions that result from any activity that: (i) may create a risk of harm, loss, physical or mental injury, emotional distress, death, disability, disfigurement, or physical or mental illness to you, to any other person, or to any animal; (ii) may create a risk of any other loss or damage to any person or property; or (iii) may constitute a crime or tort. You agree that you have not and will not engage in any of the foregoing activities in connection with producing your submission. Without limiting the foregoing, you agree that in conjunction with your submission, you will not inflict emotional distress on other people, will not humiliate other people (publicly or otherwise), will not assault or threaten other people, will not enter onto private property without permission, and will not otherwise engage in any activity that may result in injury, death, property damage, and/or liability of any kind. Company will reject any submissions in which Company believes, in its sole discretion, that any such activities have occurred. If notified by a user of a submission that allegedly violates any provision of these Terms and Conditions, Company reserves the right to determine, in its sole discretion, if such a violation has occurred, and to remove any such submission from this website.

6. Advertising Rights. We reserve the right to sell, license and/or display any advertising, attribution, links, promotional and/or distribution rights in connection with this website or your User Submissions, and Company and its licensors or affiliates will be entitled to retain any and all revenue generated from any sales or licenses of such advertising, attribution, links, or promotional or distribution rights. Nothing in these additional terms obligates or may be deemed to obligate Company to sell, license or offer to sell or license any advertising, promotion or distribution rights.

7. Subscriptions and Orders. Details of the subscription levels and the Services available for purchase are set out on this website. All prices are displayed inclusive of all taxes. All features, content, specifications, subscription levels, the Services, and prices described or depicted on this website are

subject to change at any time without notice. The inclusion of any products or the Services on this website at a particular time does not imply or warrant that these products or the Services will be available at any time. By placing an order, you represent that the Services will be used only in a lawful manner. If you choose a recurring subscription option, you acknowledge that your subscription will renew automatically at the end of your subscription period until you request a cancellation and you authorize us (or our service provider) to charge your chosen payment method to pay the recurring fees for the subscription. Payment processing is managed by a third party vendor. When you purchase a subscription or any of the Services, you will leave this website and you may be subject to additional terms and conditions.

8. Refund Policy. You may request a one-time refund for the Services purchased for this website in the event that you are not satisfied or for any reason within 90 days. The Services, subscription and access to this website will be terminated upon such refund. You may not create multiple accounts and request multiple refunds. Certain jurisdictions may provide additional statutory rights. Nothing herein is meant to limit your return or cancellation rights under local law. To request a refund, please contact support@goddessnudes.com.

9. Accuracy of Information. We attempt to ensure that information on this website is complete, accurate and current. Despite our efforts, the information on this website may occasionally be inaccurate, incomplete or out of date. We make no representation as to the completeness, accuracy or currency of any information on this website. In addition, we may make changes in information about price and availability without notice. While it is our practice to confirm subscriptions by email, the receipt of an email confirmation does not constitute our acceptance of a subscription order or our confirmation of an offer to sell a subscription. We reserve the right, without prior notice, to limit the order quantity on any service or subscription level and/or to refuse the Services to any customer. We also may require verification of information prior to the acceptance of any order.

10. Linking to this Website. Creating or maintaining any link from another website to any page on this website except through our Affiliate Program MetArt Money is prohibited. Running or displaying this website or any information or material displayed on this website in frames or through similar means on another website without our prior written permission is prohibited. Any permitted links to this website must comply will all applicable laws, rule and regulations.

11. Third Party Links. From time to time, this website may contain links to websites that are not owned, operated or controlled by Company or its affiliates. For example, you will leave this website and enter a third party payment processor website when you make a payment for the Services. All such links are provided solely as a convenience to you. If you use these links, you will leave this website. Neither we nor any of our respective affiliates are responsible for any content, materials or other information located on or accessible from any other website. Neither we nor any of our respective affiliates endorse, guarantee, or make any representations or warranties regarding any other websites, or any content, materials or other information located or accessible from any other websites, or the results that you may

obtain from using any other websites. If you decide to access any other websites linked to or from this website, you do so entirely at your own risk.

12. Conduct and Inappropriate Material. You acknowledge that this website may contain material that may be inappropriate for minors. You are prohibited from: (i) contacting any model, performer, photographer or other users by means external to this website; (ii) using this website to advertise, solicit, or promote any service or product; and (iii) posting or sending any unlawful, offensive, harmful, abusive, threatening, defamatory, libelous, obscene, pornographic (including any representation of minors engaged in intimate physical contact or sexual situations) or profane material or any material that could constitute or encourage conduct that would be considered a criminal offense or give rise to civil liability, or otherwise violate any law. Such violations may subject you or your agents to civil and criminal penalties. You further understand and agree that sending unsolicited advertisements to any user of this website or this website or through voice computer systems is expressly prohibited by these Terms and Conditions. Any such unauthorized use of our computer systems is a violation of these Terms and Conditions and applicable "anti-spam" laws. In addition to any remedies that we may have at law or in equity, if we determine, in our sole discretion, that you have violated or are likely to violate the foregoing prohibitions, we may take any action we deem necessary to cure or prevent the violation, including without limitation, the immediate removal of the related materials from this website and/or suspension of your access to this website. We will fully cooperate with any law enforcement authorities or court order or subpoena requesting or directing us to disclose the identity of anyone posting such materials. If your account is terminated by Company for inappropriate behavior or breach of these Terms and Conditions, you may not create a new account without Company's prior written consent.

13. Account Registration and Security. You understand that you may need to create an account to have access to all of the parts of this website. In consideration of your use of this website, you will: (a) provide true, accurate, current and complete information about yourself as prompted by this website's registration form (such information being the "Registration Data") and (b) maintain and promptly update the Registration Data to keep it true, accurate, current and complete. If you provide any information that is untrue, inaccurate, not current or incomplete, or Company has reasonable grounds to suspect that such information is untrue, inaccurate, not current or incomplete, Company has the right to suspend or terminate your account and refuse any and all current or future use of this website (or any portion thereof). You are entirely responsible for the security and confidentiality of your password and account. Furthermore, you are entirely responsible for any and all activities that occur under your account. You agree to immediately notify us of any unauthorized use of your account or any other breach of security of which you become aware. You are responsible for taking precautions and providing security measures best suited for your situation and intended use of the Services and this website. We have the right to provide user billing, account, Content or use records, and related information under certain circumstances (such as in response to legal responsibility, lawful process, orders, subpoenas, or warrants, or to protect our rights, customers or business). Please note that anyone able to provide your personally identifiable information will be able to access your account so you should take reasonable

steps to protect this information.

14. User Published Content. User published Content does not represent the views of Company or any individual associated with Company, and we do not control this Content. In no event shall you represent or suggest, directly or indirectly, Company's endorsement of user published Content. Company does not vouch for the accuracy or credibility of any user published Content on our website, and does not take any responsibility or assume any liability for any actions you may take as a result of reading user published Content on our website. Through your use of this website and the Services, you may be exposed to Content that you may find offensive, objectionable, harmful, inaccurate or deceptive. There may also be risks of dealing with people acting under false pretense, international trade issues and foreign nationals. By using our website, you assume all associated risks.

15. Fees. For all charges for any of the Services sold on this website, Company (or our service provider) will bill your credit card or alternative payment method offered by Company. In the event legal action is necessary to collect on balances due, you agree to reimburse Company for all expenses incurred to recover sums due, including attorneys' fees and other legal expenses. You are responsible for purchase of, and payment of charges for, all Internet access services and telecommunications services needed for use of this website.

16. Access and Interference. We make no promise that this website and the Services are appropriate or available for use in locations outside the United States ("Territory"), and accessing this website from territories where its contents are illegal or unlawful is prohibited. If you choose to access this website from locations outside the Territory, you do so at your own risk. It is your responsibility to ascertain and obey all applicable local, state, federal and international laws (including minimum age requirements) in regard to the use of this website or any of the Services. You agree that you will not use any robot, spider, scraper or other automated means to access this website for any purpose without our express written permission. If you attempt to access this website excessively with multiple login credentials, we may flag your use as a security risk and suspend access to this website. Additionally, you agree that you will not: (i) take any action that imposes, or may impose in our sole discretion an unreasonable or disproportionately large load on our infrastructure; (ii) interfere or attempt to interfere with the proper working of this website or any activities conducted on this website; (iii) bypass any measures we may use to prevent or restrict access to this website; or (iv) disrupt the interaction of other users of this website or the Services.

17. Force Majeure. Neither Company nor you shall be responsible for damages or for delays or failures in performance resulting from acts or occurrences beyond their reasonable control, including, without limitation: fire, lightning, explosion, power surge or failure, water, acts of God, war, revolution, civil commotion or acts of civil or military authorities or public enemies: any law, order, regulation, ordinance, or requirement of any government or legal body or any representative of any such government or legal body; or labor unrest, including without limitation, strikes, slowdowns, picketing, or boycotts; inability to secure raw materials, transportation facilities, fuel or energy shortages, or acts or omissions of other

common carriers.

18. Representations and Warranties. You shall be solely responsible for your own User Submissions and the consequences of posting or publishing them. In connection with this Agreement, you affirm, represent and warrant the following: (i) you are at least 18 years old and have the right and authority to enter into this Agreement, and are fully able and competent to satisfy the terms, conditions and obligations herein; (ii) you have obtained all consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the licenses in Sections 3 and 4; (iii) if necessary you have the written consent of each and every identifiable natural person in a User Submission to use such persons name or likeness in the manner contemplated by this website and this Agreement, and each such person has released you from any liability that may arise in relation to such use; (iv) you have read, understood, agree with, and will abide by the terms of this Agreement; (v) you are not, and have not been an agent of Company and were not and are not acting on behalf of, or as a representative of, Company or any other party in connection with any User Submission; (vi) any User Submission and Company use thereof as contemplated by this Agreement and this website will not infringe any rights of any third party, including but not limited to any intellectual property rights, privacy rights and rights of publicity; (vii) you are not, nor is any other person who appears in any of your User Submissions, a current member of the Screen Actors Guild (SAG), the American Federation of Television and Radio Actors (AFTRA) or any other rights society; (viii) you have not and will not engage in any of the following in connection with the production of, your appearance in, or contribution(s) to your User Submission: infliction of injury to any person or animal, humiliation of any person (whether public or private), infliction of emotional distress on any person, assault or battery of any person, damage to any property without permission, entry on any property without permission, or any other act or omission that could give rise to civil and/or criminal liability; (ix) your User Submission does not contain: (a) material falsehoods or misrepresentations that could harm Company or any third party; (b) content that is unlawful, obscene, defamatory, libelous, threatening, harassing or encourages conduct that would be considered a criminal offense, give rise to civil liability or violate any law; (c) advertisements, promotions or solicitations of business; or (d) impersonations of third parties, other than those which are readily apparent.

19. DISCLAIMERS. Your use of this website is at your own risk. THE CONTENT, INFORMATION, MATERIALS AND THE SERVICES PROVIDED ON OR THROUGH THIS WEBSITE ARE PROVIDED "AS IS" WITHOUT ANY WARRANTIES OF ANY KIND INCLUDING WARRANTIES OF MERCHANTABILITY, TITLE, FITNESS FOR A PARTICULAR PURPOSE, SECURITY OR NON-INFRINGEMENT OF INTELLECTUAL PROPERTY. NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES WARRANT THE ACCURACY OR COMPLETENESS OF THE CONTENT, INFORMATION, MATERIALS OR SERVICES PROVIDED ON OR THROUGH THIS WEBSITE. THE CONTENT, INFORMATION, MATERIALS AND SERVICES PROVIDED ON OR THROUGH THIS WEBSITE MAY BE OUT OF DATE, AND NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES MAKES ANY COMMITMENT OR ASSUMES ANY DUTY TO UPDATE SUCH CONTENT, INFORMATION,

MATERIALS OR THE SERVICES. THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO
NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR
ANY SUCH PROHIBITIONS.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, WE HEREBY DISCLAIM ALL
WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, ANY IMPLIED
WARRANTIES WITH RESPECT TO THE CONTENT AND THE SERVICES. THE FOREGOING
EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW.
PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED FROM COMPANY OR
THROUGH THIS WEBSITE AND THE SERVICES WILL CREATE ANY WARRANTY NOT EXPRESSLY
MADE HEREIN.

20. LIMITATIONS OF LIABILITY. Company does not assume any responsibility, or will be liable, for any
damages to, or any viruses that may infect your computer, device, telecommunication equipment, or
other property caused by or arising from your access to, use of, or browsing this website, or your
downloading of any Content, information or materials from this website. IN NO EVENT WILL COMPANY,
OR ANY OF ITS OFFICERS, DIRECTORS, EMPLOYEES, SHAREHOLDERS, AFFILIATES, AGENTS,
SUCCESSORS OR ASSIGNS, NOR ANY PARTY INVOLVED IN THE CREATION, PRODUCTION OR
TRANSMISSION OF THIS WEBSITE, BE LIABLE TO YOU OR ANYONE ELSE FOR ANY INDIRECT,
SPECIAL, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT
LIMITATION, THOSE RESULTING FROM LOST PROFITS, LOST DATA OR BUSINESS
INTERRUPTION) ARISING OUT OF THE USE, INABILITY TO USE, OR THE RESULTS OF USE OF
THIS WEBSITE, ANY websiteS LINKED TO THIS WEBSITE, OR THE CONTENT, MATERIALS,
INFORMATION OR SERVICES CONTAINED ON ANY OR ALL SUCH websiteS, WHETHER BASED ON
WARRANTY, CONTRACT, TORT OR ANY OTHER LEGAL THEORY AND WHETHER OR NOT ADVISED
OF THE POSSIBILITY OF SUCH DAMAGES. YOU SPECIFICALLY ACKNOWLEDGE THAT COMPANY
SHALL NOT BE LIABLE FOR USER SUBMISSIONS OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL
CONDUCT OF ANY THIRD PARTY, AND THAT THE RISK OF HARM OR DAMAGE FROM THE
FOREGOING RESTS ENTIRELY WITH YOU. THE FOREGOING LIMITATIONS OF LIABILITY DO NOT
APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY
SUCH PROHIBITIONS.
IN THE EVENT OF ANY PROBLEM WITH THIS WEBSITE OR ANY CONTENT OR THE SERVICES, YOU
AGREE THAT YOUR SOLE REMEDY IS TO CEASE USING THIS WEBSITE. IN THE EVENT OF ANY
PROBLEM WITH THE SERVICES THAT YOU HAVE PURCHASED ON OR THROUGH THIS WEBSITE,
YOU AGREE THAT YOUR SOLE REMEDY, IF ANY, IS TO SEEK A REFUND FOR SUCH SERVICES IN
ACCORDANCE WITH THE REFUND POLICIES POSTED ON THIS WEBSITE. IN NO EVENT SHALL
COMPANY'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION
WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE), OR

OTHERWISE EXCEED THE GREATER OF (A) TWENTY FIVE DOLLARS (US $25.00) OR (B) THE
VALUE OF YOUR PURCHASE ON THIS WEBSITE.

21. Indemnity. You agree to defend, indemnify and hold Company and our managers, officers, owners,
members, agents, subsidiaries, joint ventures, employees, and other related entities harmless from any
and all liabilities, costs, and expenses, including reasonable attorneys' fees, related to or in connection
with (i) the use of this website or the Internet or your placement or transmission of any message or
information on this website by you or your authorized users; (ii) your violation of any term of this
Agreement, including without limitation, your breach of any of the representations and warranties above;
(iii) your violation of any third party right, including without limitation any right of privacy, publicity rights or
intellectual property rights; (iv) your violation of any law, rule or regulation of the United States or any
other country; (v) any claim or damages that arise as a result of any User Submission that you provide
to Company; or (vi) any other party's access and use of this website with your unique username,
password or other appropriate security code.

22. Release. In the event that you have a dispute with one or more other users of this website, you
release Company (and all of our managers, officers, owners, members, agents, subsidiaries, joint
ventures, employees, and other related entities) from claims, demands and damages (actual and
consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed
and undisclosed, arising out of or in any way connected with such disputes.
23. Termination. You or we may suspend or terminate your account or your use of this website at any
time, for any reason or for no reason. You are personally liable for any orders placed or charges
incurred through your account prior to termination. We may also block your access to this website in the
event that (a) you breach these Terms and Conditions; (b) we are unable to verify or authenticate any
information you provide to us; or (c) we believe that your actions may cause financial loss or legal liability
for you, our users or us.

24. General. Any claim relating to, and the use of, this website and the Content and materials contained
herein is governed by the laws of the state of California (other than conflicts of laws principals). You
consent to the exclusive jurisdiction of the state and federal courts located in California. A printed version
of these Terms and Conditions will be admissible in judicial and administrative proceedings based upon
or relating to these Terms and Conditions to the same extent and subject to the same conditions as
other business documents and records originally generated and maintained in printed form.
We do not guarantee continuous, uninterrupted or secure access to our website or the Services, and
operation of this website may be interfered with by numerous factors outside of our control. If any
provision of these Terms and Conditions is held to be invalid or unenforceable, such provision shall be
struck and the remaining provisions shall be enforced. You agree that these Terms and Conditions and
all incorporated agreements may be automatically assigned by Company in our sole discretion.
Headings are for reference purposes only and in no way define, limit, construe or describe the scope or
extent of such section. Our failure to act with respect to a breach by you or others does not waive our

right to act with respect to subsequent or similar breaches. These Terms and Conditions set forth the entire understanding and agreement between us with respect to the subject matter hereof. All terms and conditions stated in these Terms and Conditions which protect or act in favor of Company in any way shall survive any termination or expiration of this Agreement.

25. DIGITAL MILLENNIUM COPYRIGHT ACT ("DMCA") NOTICE. In operating this website, we may act as a "services provider" (as defined by DMCA) and offer services as online provider of materials and links to third party websites. As a result, third party materials that we do not own or control may be transmitted, stored, accessed or otherwise made available using this website. Company has in place certain legally mandated procedures regarding allegations of copyright infringement occurring on this website. Company has adopted a policy that provides for the immediate removal of any content or the suspension of any user that is found to have infringed on the rights of Company or of a third party, or that has otherwise violated any intellectual property laws or regulations, or any of the terms and conditions of this Agreement. If you believe any material available via this website infringes a copyright, you should notify us using the notice procedure for claimed infringement under the DMCA (17 U.S.C. Sect. 512(c)(2)). We will respond expeditiously to remove or disable access to the material claimed to be infringing and will follow the procedures specified in the DMCA to resolve the claim between the notifying party and the alleged infringer who provided the Content.

Please provide the following notice:

1. Identify the copyrighted work or other intellectual property that you claim has been infringed; 2. Identify the material on this website that you claim is infringing, with enough detail so that we may locate it on this website; 3. A statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; 4. A statement by you declaring under penalty of perjury that (a) the above information in your notice is accurate, and (b) that you are the owner of the copyright interest involved or that you are authorized to act on behalf of that owner; 5. Your address, telephone number, and email address; and 6. Your physical or electronic signature.

We may give notice to our users of any infringement notice by means of a general notice on any of our websites, electronic mail to a user's e-mail address in our records, or by written communication sent by first-class mail to a user's physical address in our records. If you receive such an infringement notice, you may provide counter-notification in writing to the designated agent that includes the information below. To be effective, the counter-notification must be a written communication that includes the following:

1. Your physical or electronic signature; 2. Identification of the material that has been removed or to which access has been disabled, and the location at which the material appeared before it was removed or access to it was disabled; 3. A statement from you under the penalty of perjury, that you have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled; and 4. Your name, physical address and telephone number, and a

statement that you consent to the jurisdiction of a Federal District Court for the judicial district in which your physical address is located, or if your physical address is outside of the United States, for any judicial district in which we may be found, and that you will accept service of process from the person who provided notification of allegedly infringing material or an agent of such person.

26. Entire Agreement. These Terms and Conditions are the entire agreement between you and Company and supersede any prior understandings or agreements (written or oral).

27. Additional Assistance. If you do not understand any of these Terms and Conditions or if you have any questions or comments, we invite you to contact our Customer Service Department by email at support@goddessnudes.com.

Copyright Notice. All Site design, graphics, text selections, arrangements, and all software are protected under copyright laws. ALL RIGHTS RESERVED.

Last Updated: September 1, 2015

- Newsletter**Sign up** for our newsletter and get **new deals** and **discounts** directly on your email *for free*
- Amazing Content

Holly Randall - Terms online

# Holly Randall - Terms

PLEASE CAREFULLY READ THESE TERMS AND CONDITIONS. YOU ARE BOUND BY THEM. By visiting this website or by purchasing or using any products, services, or other aspect of this website (which together are referred to as the "Services"), you are agreeing to be bound by all provisions stated in these terms and conditions (these "Terms and Conditions") and all provisions stated in this website's Privacy Policy. By purchasing or using the Services, you are entering into a binding agreement between you and ICF Technology, Inc. ICF Technology, Inc is referred to in these Terms and Conditions as "Company," "we," or "us." If you do not agree to these Terms and Conditions, then do not use this website and please exit immediately.

We reserve the right, in our sole discretion, to modify or revise these Terms and Conditions. You agree to be bound by any such modifications or revisions. You should periodically review the most up-to-date version of these Terms and Conditions on our website. Any modified or revised terms will apply to any purchase made after such modifications or revisions are posted on this website. Additional terms and conditions may apply to the purchase of the Services, such as billing and refund policies. By using this website, you agree to be bound by such terms and conditions.

BY USING THIS WEBSITE, YOU REPRESENT AND WARRANT THAT YOU ARE AT LEAST EIGHTEEN YEARS OLD.

1. Copyright and Ownership. All of the content featured or displayed on this website, including without limitation text, graphics, photographs, images, moving images, sound, and illustrations ("Content"), is owned by Company, its licensors, vendors, agents and/or its Content providers. All elements of this website, including without limitation the general design and the Content, are protected by trade dress, copyright, moral rights, trademark and other laws relating to intellectual property rights. The Services and this website may only be used for the intended purpose for which this website and the Services are being made available. Except as may be otherwise indicated in specific documents within this website, you are authorized to view, play, print and download Content for personal, informational, and noncommercial purposes only. You may not modify any of the Content and you may not copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer or sell any Content, information or work contained on this website. Except as authorized under the copyright laws, you are responsible for obtaining permission before reusing any copyrighted material that is available on this website. For purposes of these Terms and Conditions, the use of any such material on any other website or networked computer environment is prohibited. You shall comply with all applicable domestic and international laws, statutes, ordinances and regulations regarding your use of this website and the Services. This website, its Content and all related rights shall remain the exclusive property of Company or its licensors unless otherwise expressly agreed. You will not remove any copyright, trademark or other proprietary notices from material found on this website. Company may change or remove Content from

time-to-time. Content that you have previously downloaded, tagged as a "favorite," or included in a "gallery" may be removed from this website at any time without notice to you, including upon termination of this Agreement or suspension of your account.

2. Trademarks. All trademarks, service marks and trade names of Company used herein (including but not limited to: the Company name, the Company corporate logo, this website name, this website design, and any logos) (collectively "Marks") are trademarks or registered trademarks of Company or its affiliates, partners, vendors or licensors. You may not use, copy, reproduce, republish, upload, post, transmit, distribute, or modify Company trademarks in any way, including in advertising or publicity pertaining to distribution of materials on this website, without Company's prior written consent. The use of Company trademarks on any other website or network computer environment is not allowed. Company prohibits the use of Company trademarks as a "hot" link on or to any other website unless establishment of such a link is approved in advance.

3. Unsolicited Submissions Policy. Except where we specifically request comments or submissions, we do not accept or consider creative ideas, suggestions, or materials other than those we have specifically requested. This policy is designed to avoid misunderstandings if projects developed by our professional staff seem to others to be similar to their own creative work. Accordingly, we request that you not submit any creative ideas, suggestions, or materials except where specifically requested or solicited. If you do send us an unsolicited submission, you agree not to assert any ownership right of any kind in the unsolicited submission against Company (including, but not limited to copyright, trademark, unfair competition, moral rights, or implied contract), you hereby grant Company a nonexclusive, perpetual, worldwide license and right (including any moral rights) to the unsolicited submission in every media and for every purpose now known or hereinafter discovered and you waive the right to receive any financial or other consideration in connection with such unsolicited submission including, but not limited to, credit. You release Company (and our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with your unsolicited submissions, including without limitation all claims for theft of ideas or copyright infringement.

4. Solicited Submission Policy. Where we have specifically invited or requested submissions, we encourage members and/or guests to submit user published content or user content (e.g. postings to chat rooms, webcam chats, forums, participation in communities, commenting on blogs, model submissions, photographer submissions, video rankings, reviews, etc.) to us that they have created for consideration in connection with this website and any related wireless and online broadcasts ("User Submissions"). User Submissions remain your intellectual property, and subject to Section 19(ii), you must have obtained all necessary consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the following license. By posting User Submissions on our website, you expressly grant Company a non-exclusive, perpetual,

irrevocable, royalty-free, fully paid-up worldwide, fully sub-licensable right (including any moral rights) to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, transmit, perform and display such content and your name, voice, and/or likeness as contained in your User Submission, in whole or in part, and in any form throughout the world in any media or technology, whether now known or hereafter discovered, including all promotion, advertising, marketing, merchandising, publicity and any other ancillary uses thereof, and including the unfettered right to sublicense such rights, in perpetuity throughout the universe. You forever release Company and its managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, other related entities and advertisers from any and all claims associated with using the User Submission and any associated identifying characteristics, including without limitation claims arising from rights of publicity, rights of privacy, any moral rights, infliction of emotional distress, trespass, trademark copyright, patent, trade secret, obscenity or defamation. All User Submissions are deemed non-confidential and Company shall be under no obligation to maintain the confidentiality of any information, in whatever form, contained in any User Submission.

5. Inappropriate User Submissions. We do not encourage, and do not seek, User Submissions that result from any activity that: (i) may create a risk of harm, loss, physical or mental injury, emotional distress, death, disability, disfigurement, or physical or mental illness to you, to any other person, or to any animal; (ii) may create a risk of any other loss or damage to any person or property; or (iii) may constitute a crime or tort. You agree that you have not and will not engage in any of the foregoing activities in connection with producing your submission. Without limiting the foregoing, you agree that in conjunction with your submission, you will not inflict emotional distress on other people, will not humiliate other people (publicly or otherwise), will not assault or threaten other people, will not enter onto private property without permission, and will not otherwise engage in any activity that may result in injury, death, property damage, and/or liability of any kind. Company will reject any submissions in which Company believes, in its sole discretion, that any such activities have occurred. If notified by a user of a submission that allegedly violates any provision of these Terms and Conditions, Company reserves the right to determine, in its sole discretion, if such a violation has occurred, and to remove any such submission from this website.

6. Advertising Rights. We reserve the right to sell, license and/or display any advertising, attribution, links, promotional and/or distribution rights in connection with this website or your User Submissions, and Company and its licensors or affiliates will be entitled to retain any and all revenue generated from any sales or licenses of such advertising, attribution, links, or promotional or distribution rights. Nothing in these additional terms obligates or may be deemed to obligate Company to sell, license or offer to sell or license any advertising, promotion or distribution rights.

7. Subscriptions and Orders. Details of the subscription levels and the Services available for purchase are set out on this website. All prices are displayed inclusive of all taxes. All features, content, specifications, subscription levels, the Services, and prices described or depicted on this website are

subject to change at any time without notice. The inclusion of any products or the Services on this website at a particular time does not imply or warrant that these products or the Services will be available at any time. By placing an order, you represent that the Services will be used only in a lawful manner. If you choose a recurring subscription option, you acknowledge that your subscription will renew automatically at the end of your subscription period until you request a cancellation and you authorize us (or our service provider) to charge your chosen payment method to pay the recurring fees for the subscription. Payment processing is managed by a third party vendor. When you purchase a subscription or any of the Services, you will leave this website and you may be subject to additional terms and conditions.

8. Refund Policy. You may request a one-time refund for the Services purchased for this website in the event that you are not satisfied or for any reason within 90 days. The Services, subscription and access to this website will be terminated upon such refund. You may not create multiple accounts and request multiple refunds. Certain jurisdictions may provide additional statutory rights. Nothing herein is meant to limit your return or cancellation rights under local law. To request a refund, please contact support@hollyrandall.com.

9. Accuracy of Information. We attempt to ensure that information on this website is complete, accurate and current. Despite our efforts, the information on this website may occasionally be inaccurate, incomplete or out of date. We make no representation as to the completeness, accuracy or currency of any information on this website. In addition, we may make changes in information about price and availability without notice. While it is our practice to confirm subscriptions by email, the receipt of an email confirmation does not constitute our acceptance of a subscription order or our confirmation of an offer to sell a subscription. We reserve the right, without prior notice, to limit the order quantity on any service or subscription level and/or to refuse the Services to any customer. We also may require verification of information prior to the acceptance of any order.

10. Linking to this Website. Creating or maintaining any link from another website to any page on this website except through our Affiliate Program MetArt Money is prohibited. Running or displaying this website or any information or material displayed on this website in frames or through similar means on another website without our prior written permission is prohibited. Any permitted links to this website must comply will all applicable laws, rule and regulations.

11. Third Party Links. From time to time, this website may contain links to websites that are not owned, operated or controlled by Company or its affiliates. For example, you will leave this website and enter a third party payment processor website when you make a payment for the Services. All such links are provided solely as a convenience to you. If you use these links, you will leave this website. Neither we nor any of our respective affiliates are responsible for any content, materials or other information located on or accessible from any other website. Neither we nor any of our respective affiliates endorse, guarantee, or make any representations or warranties regarding any other websites, or any content, materials or other information located or accessible from any other websites, or the results that you may

obtain from using any other websites. If you decide to access any other websites linked to or from this website, you do so entirely at your own risk.

12. Conduct and Inappropriate Material. You acknowledge that this website may contain material that may be inappropriate for minors. You are prohibited from: (i) contacting any model, performer, photographer or other users by means external to this website; (ii) using this website to advertise, solicit, or promote any service or product; and (iii) posting or sending any unlawful, offensive, harmful, abusive, threatening, defamatory, libelous, obscene, pornographic (including any representation of minors engaged in intimate physical contact or sexual situations) or profane material or any material that could constitute or encourage conduct that would be considered a criminal offense or give rise to civil liability, or otherwise violate any law. Such violations may subject you or your agents to civil and criminal penalties. You further understand and agree that sending unsolicited advertisements to any user of this website or this website or through voice computer systems is expressly prohibited by these Terms and Conditions. Any such unauthorized use of our computer systems is a violation of these Terms and Conditions and applicable "anti-spam" laws. In addition to any remedies that we may have at law or in equity, if we determine, in our sole discretion, that you have violated or are likely to violate the foregoing prohibitions, we may take any action we deem necessary to cure or prevent the violation, including without limitation, the immediate removal of the related materials from this website and/or suspension of your access to this website. We will fully cooperate with any law enforcement authorities or court order or subpoena requesting or directing us to disclose the identity of anyone posting such materials. If your account is terminated by Company for inappropriate behavior or breach of these Terms and Conditions, you may not create a new account without Company's prior written consent.

13. Account Registration and Security. You understand that you may need to create an account to have access to all of the parts of this website. In consideration of your use of this website, you will: (a) provide true, accurate, current and complete information about yourself as prompted by this website's registration form (such information being the "Registration Data") and (b) maintain and promptly update the Registration Data to keep it true, accurate, current and complete. If you provide any information that is untrue, inaccurate, not current or incomplete, or Company has reasonable grounds to suspect that such information is untrue, inaccurate, not current or incomplete, Company has the right to suspend or terminate your account and refuse any and all current or future use of this website (or any portion thereof). You are entirely responsible for the security and confidentiality of your password and account. Furthermore, you are entirely responsible for any and all activities that occur under your account. You agree to immediately notify us of any unauthorized use of your account or any other breach of security of which you become aware. You are responsible for taking precautions and providing security measures best suited for your situation and intended use of the Services and this website. We have the right to provide user billing, account, Content or use records, and related information under certain circumstances (such as in response to legal responsibility, lawful process, orders, subpoenas, or warrants, or to protect our rights, customers or business). Please note that anyone able to provide your personally identifiable information will be able to access your account so you should take reasonable

steps to protect this information.

14. User Published Content. User published Content does not represent the views of Company or any individual associated with Company, and we do not control this Content. In no event shall you represent or suggest, directly or indirectly, Company's endorsement of user published Content. Company does not vouch for the accuracy or credibility of any user published Content on our website, and does not take any responsibility or assume any liability for any actions you may take as a result of reading user published Content on our website. Through your use of this website and the Services, you may be exposed to Content that you may find offensive, objectionable, harmful, inaccurate or deceptive. There may also be risks of dealing with people acting under false pretense, international trade issues and foreign nationals. By using our website, you assume all associated risks.

15. Fees. For all charges for any of the Services sold on this website, Company (or our service provider) will bill your credit card or alternative payment method offered by Company. In the event legal action is necessary to collect on balances due, you agree to reimburse Company for all expenses incurred to recover sums due, including attorneys' fees and other legal expenses. You are responsible for purchase of, and payment of charges for, all Internet access services and telecommunications services needed for use of this website.

16. Access and Interference. We make no promise that this website and the Services are appropriate or available for use in locations outside the United States ("Territory"), and accessing this website from territories where its contents are illegal or unlawful is prohibited. If you choose to access this website from locations outside the Territory, you do so at your own risk. It is your responsibility to ascertain and obey all applicable local, state, federal and international laws (including minimum age requirements) in regard to the use of this website or any of the Services. You agree that you will not use any robot, spider, scraper or other automated means to access this website for any purpose without our express written permission. If you attempt to access this website excessively with multiple login credentials, we may flag your use as a security risk and suspend access to this website. Additionally, you agree that you will not: (i) take any action that imposes, or may impose in our sole discretion an unreasonable or disproportionately large load on our infrastructure; (ii) interfere or attempt to interfere with the proper working of this website or any activities conducted on this website; (iii) bypass any measures we may use to prevent or restrict access to this website; or (iv) disrupt the interaction of other users of this website or the Services.

17. Force Majeure. Neither Company nor you shall be responsible for damages or for delays or failures in performance resulting from acts or occurrences beyond their reasonable control, including, without limitation: fire, lightning, explosion, power surge or failure, water, acts of God, war, revolution, civil commotion or acts of civil or military authorities or public enemies: any law, order, regulation, ordinance, or requirement of any government or legal body or any representative of any such government or legal body; or labor unrest, including without limitation, strikes, slowdowns, picketing, or boycotts; inability to secure raw materials, transportation facilities, fuel or energy shortages, or acts or omissions of other

common carriers.

18. Representations and Warranties. You shall be solely responsible for your own User Submissions and the consequences of posting or publishing them. In connection with this Agreement, you affirm, represent and warrant the following: (i) you are at least 18 years old and have the right and authority to enter into this Agreement, and are fully able and competent to satisfy the terms, conditions and obligations herein; (ii) you have obtained all consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the licenses in Sections 3 and 4; (iii) if necessary you have the written consent of each and every identifiable natural person in a User Submission to use such persons name or likeness in the manner contemplated by this website and this Agreement, and each such person has released you from any liability that may arise in relation to such use; (iv) you have read, understood, agree with, and will abide by the terms of this Agreement; (v) you are not, and have not been an agent of Company and were not and are not acting on behalf of, or as a representative of, Company or any other party in connection with any User Submission; (vi) any User Submission and Company use thereof as contemplated by this Agreement and this website will not infringe any rights of any third party, including but not limited to any intellectual property rights, privacy rights and rights of publicity; (vii) you are not, nor is any other person who appears in any of your User Submissions, a current member of the Screen Actors Guild (SAG), the American Federation of Television and Radio Actors (AFTRA) or any other rights society; (viii) you have not and will not engage in any of the following in connection with the production of, your appearance in, or contribution(s) to your User Submission: infliction of injury to any person or animal, humiliation of any person (whether public or private), infliction of emotional distress on any person, assault or battery of any person, damage to any property without permission, entry on any property without permission, or any other act or omission that could give rise to civil and/or criminal liability; (ix) your User Submission does not contain: (a) material falsehoods or misrepresentations that could harm Company or any third party; (b) content that is unlawful, obscene, defamatory, libelous, threatening, harassing or encourages conduct that would be considered a criminal offense, give rise to civil liability or violate any law; (c) advertisements, promotions or solicitations of business; or (d) impersonations of third parties, other than those which are readily apparent.

19. DISCLAIMERS. Your use of this website is at your own risk. THE CONTENT, INFORMATION, MATERIALS AND THE SERVICES PROVIDED ON OR THROUGH THIS WEBSITE ARE PROVIDED "AS IS" WITHOUT ANY WARRANTIES OF ANY KIND INCLUDING WARRANTIES OF MERCHANTABILITY, TITLE, FITNESS FOR A PARTICULAR PURPOSE, SECURITY OR NON-INFRINGEMENT OF INTELLECTUAL PROPERTY. NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES WARRANT THE ACCURACY OR COMPLETENESS OF THE CONTENT, INFORMATION, MATERIALS OR SERVICES PROVIDED ON OR THROUGH THIS WEBSITE. THE CONTENT, INFORMATION, MATERIALS AND SERVICES PROVIDED ON OR THROUGH THIS WEBSITE MAY BE OUT OF DATE, AND NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES MAKES ANY COMMITMENT OR ASSUMES ANY DUTY TO UPDATE SUCH CONTENT, INFORMATION,

MATERIALS OR THE SERVICES. THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO
NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR
ANY SUCH PROHIBITIONS.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, WE HEREBY DISCLAIM ALL
WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, ANY IMPLIED
WARRANTIES WITH RESPECT TO THE CONTENT AND THE SERVICES. THE FOREGOING
EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW.
PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED FROM COMPANY OR
THROUGH THIS WEBSITE AND THE SERVICES WILL CREATE ANY WARRANTY NOT EXPRESSLY
MADE HEREIN.

20. LIMITATIONS OF LIABILITY. Company does not assume any responsibility, or will be liable, for any
damages to, or any viruses that may infect your computer, device, telecommunication equipment, or
other property caused by or arising from your access to, use of, or browsing this website, or your
downloading of any Content, information or materials from this website. IN NO EVENT WILL COMPANY,
OR ANY OF ITS OFFICERS, DIRECTORS, EMPLOYEES, SHAREHOLDERS, AFFILIATES, AGENTS,
SUCCESSORS OR ASSIGNS, NOR ANY PARTY INVOLVED IN THE CREATION, PRODUCTION OR
TRANSMISSION OF THIS WEBSITE, BE LIABLE TO YOU OR ANYONE ELSE FOR ANY INDIRECT,
SPECIAL, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT
LIMITATION, THOSE RESULTING FROM LOST PROFITS, LOST DATA OR BUSINESS
INTERRUPTION) ARISING OUT OF THE USE, INABILITY TO USE, OR THE RESULTS OF USE OF
THIS WEBSITE, ANY websiteS LINKED TO THIS WEBSITE, OR THE CONTENT, MATERIALS,
INFORMATION OR SERVICES CONTAINED ON ANY OR ALL SUCH websiteS, WHETHER BASED ON
WARRANTY, CONTRACT, TORT OR ANY OTHER LEGAL THEORY AND WHETHER OR NOT ADVISED
OF THE POSSIBILITY OF SUCH DAMAGES. YOU SPECIFICALLY ACKNOWLEDGE THAT COMPANY
SHALL NOT BE LIABLE FOR USER SUBMISSIONS OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL
CONDUCT OF ANY THIRD PARTY, AND THAT THE RISK OF HARM OR DAMAGE FROM THE
FOREGOING RESTS ENTIRELY WITH YOU. THE FOREGOING LIMITATIONS OF LIABILITY DO NOT
APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY
SUCH PROHIBITIONS.
IN THE EVENT OF ANY PROBLEM WITH THIS WEBSITE OR ANY CONTENT OR THE SERVICES, YOU
AGREE THAT YOUR SOLE REMEDY IS TO CEASE USING THIS WEBSITE. IN THE EVENT OF ANY
PROBLEM WITH THE SERVICES THAT YOU HAVE PURCHASED ON OR THROUGH THIS WEBSITE,
YOU AGREE THAT YOUR SOLE REMEDY, IF ANY, IS TO SEEK A REFUND FOR SUCH SERVICES IN
ACCORDANCE WITH THE REFUND POLICIES POSTED ON THIS WEBSITE. IN NO EVENT SHALL
COMPANY'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION
WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE), OR

OTHERWISE EXCEED THE GREATER OF (A) TWENTY FIVE DOLLARS (US $25.00) OR (B) THE
VALUE OF YOUR PURCHASE ON THIS WEBSITE.

21. Indemnity. You agree to defend, indemnify and hold Company and our managers, officers, owners,
members, agents, subsidiaries, joint ventures, employees, and other related entities harmless from any
and all liabilities, costs, and expenses, including reasonable attorneys' fees, related to or in connection
with (i) the use of this website or the Internet or your placement or transmission of any message or
information on this website by you or your authorized users; (ii) your violation of any term of this
Agreement, including without limitation, your breach of any of the representations and warranties above;
(iii) your violation of any third party right, including without limitation any right of privacy, publicity rights or
intellectual property rights; (iv) your violation of any law, rule or regulation of the United States or any
other country; (v) any claim or damages that arise as a result of any User Submission that you provide
to Company; or (vi) any other party's access and use of this website with your unique username,
password or other appropriate security code.

22. Release. In the event that you have a dispute with one or more other users of this website, you
release Company (and all of our managers, officers, owners, members, agents, subsidiaries, joint
ventures, employees, and other related entities) from claims, demands and damages (actual and
consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed
and undisclosed, arising out of or in any way connected with such disputes.

23. Termination. You or we may suspend or terminate your account or your use of this website at any
time, for any reason or for no reason. You are personally liable for any orders placed or charges
incurred through your account prior to termination. We may also block your access to this website in the
event that (a) you breach these Terms and Conditions; (b) we are unable to verify or authenticate any
information you provide to us; or (c) we believe that your actions may cause financial loss or legal liability
for you, our users or us.

24. General. Any claim relating to, and the use of, this website and the Content and materials contained
herein is governed by the laws of the state of California (other than conflicts of laws principals). You
consent to the exclusive jurisdiction of the state and federal courts located in California. A printed version
of these Terms and Conditions will be admissible in judicial and administrative proceedings based upon
or relating to these Terms and Conditions to the same extent and subject to the same conditions as
other business documents and records originally generated and maintained in printed form.
We do not guarantee continuous, uninterrupted or secure access to our website or the Services, and
operation of this website may be interfered with by numerous factors outside of our control. If any
provision of these Terms and Conditions is held to be invalid or unenforceable, such provision shall be
struck and the remaining provisions shall be enforced. You agree that these Terms and Conditions and
all incorporated agreements may be automatically assigned by Company in our sole discretion.
Headings are for reference purposes only and in no way define, limit, construe or describe the scope or
extent of such section. Our failure to act with respect to a breach by you or others does not waive our

right to act with respect to subsequent or similar breaches. These Terms and Conditions set forth the entire understanding and agreement between us with respect to the subject matter hereof. All terms and conditions stated in these Terms and Conditions which protect or act in favor of Company in any way shall survive any termination or expiration of this Agreement.

25. DIGITAL MILLENNIUM COPYRIGHT ACT ("DMCA") NOTICE. In operating this website, we may act as a "services provider" (as defined by DMCA) and offer services as online provider of materials and links to third party websites. As a result, third party materials that we do not own or control may be transmitted, stored, accessed or otherwise made available using this website. Company has in place certain legally mandated procedures regarding allegations of copyright infringement occurring on this website. Company has adopted a policy that provides for the immediate removal of any content or the suspension of any user that is found to have infringed on the rights of Company or of a third party, or that has otherwise violated any intellectual property laws or regulations, or any of the terms and conditions of this Agreement. If you believe any material available via this website infringes a copyright, you should notify us using the notice procedure for claimed infringement under the DMCA (17 U.S.C. Sect. 512(c)(2)). We will respond expeditiously to remove or disable access to the material claimed to be infringing and will follow the procedures specified in the DMCA to resolve the claim between the notifying party and the alleged infringer who provided the Content.

Please provide the following notice:

1. Identify the copyrighted work or other intellectual property that you claim has been infringed; 2. Identify the material on this website that you claim is infringing, with enough detail so that we may locate it on this website; 3. A statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; 4. A statement by you declaring under penalty of perjury that (a) the above information in your notice is accurate, and (b) that you are the owner of the copyright interest involved or that you are authorized to act on behalf of that owner; 5. Your address, telephone number, and email address; and 6. Your physical or electronic signature.

We may give notice to our users of any infringement notice by means of a general notice on any of our websites, electronic mail to a user's e-mail address in our records, or by written communication sent by first-class mail to a user's physical address in our records. If you receive such an infringement notice, you may provide counter-notification in writing to the designated agent that includes the information below. To be effective, the counter-notification must be a written communication that includes the following:

1. Your physical or electronic signature; 2. Identification of the material that has been removed or to which access has been disabled, and the location at which the material appeared before it was removed or access to it was disabled; 3. A statement from you under the penalty of perjury, that you have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled; and 4. Your name, physical address and telephone number, and a

statement that you consent to the jurisdiction of a Federal District Court for the judicial district in which your physical address is located, or if your physical address is outside of the United States, for any judicial district in which we may be found, and that you will accept service of process from the person who provided notification of allegedly infringing material or an agent of such person.

26. Entire Agreement. These Terms and Conditions are the entire agreement between you and Company and supersede any prior understandings or agreements (written or oral).

27. Additional Assistance. If you do not understand any of these Terms and Conditions or if you have any questions or comments, we invite you to contact our Customer Service Department by email at support@hollyrandall.com.

Copyright Notice. All Site design, graphics, text selections, arrangements, and all software are protected under copyright laws. ALL RIGHTS RESERVED.

Last Updated: September 1, 2015



- Navigation

# MetArt - Terms

PLEASE CAREFULLY READ THESE TERMS AND CONDITIONS. YOU ARE BOUND BY THEM. By visiting this website or by purchasing or using any products, services, or other aspect of this website (which together are referred to as the "Services"), you are agreeing to be bound by all provisions stated in these terms and conditions (these "Terms and Conditions") and all provisions stated in this website's Privacy Policy. By purchasing or using the Services, you are entering into a binding agreement between you and ICF Technology, Inc. ICF Technology, Inc is referred to in these Terms and Conditions as "Company," "we," or "us." If you do not agree to these Terms and Conditions, then do not use this website and please exit immediately.

We reserve the right, in our sole discretion, to modify or revise these Terms and Conditions. You agree to be bound by any such modifications or revisions. You should periodically review the most up-to-date version of these Terms and Conditions on our website. Any modified or revised terms will apply to any purchase made after such modifications or revisions are posted on this website. Additional terms and conditions may apply to the purchase of the Services, such as billing and refund policies. By using this website, you agree to be bound by such terms and conditions.

BY USING THIS WEBSITE, YOU REPRESENT AND WARRANT THAT YOU ARE AT LEAST EIGHTEEN YEARS OLD.

1. Copyright and Ownership. All of the content featured or displayed on this website, including without limitation text, graphics, photographs, images, moving images, sound, and illustrations ("Content"), is owned by Company, its licensors, vendors, agents and/or its Content providers. All elements of this website, including without limitation the general design and the Content, are protected by trade dress, copyright, moral rights, trademark and other laws relating to intellectual property rights. The Services and this website may only be used for the intended purpose for which this website and the Services are being made available. Except as may be otherwise indicated in specific documents within this website, you are authorized to view, play, print and download Content for personal, informational, and noncommercial purposes only. You may not modify any of the Content and you may not copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer or sell any Content, information or work contained on this website. Except as authorized under the copyright laws, you are responsible for obtaining permission before reusing any copyrighted material that is available on this website. For purposes of these Terms and Conditions, the use of any such material on any other website or networked computer environment is prohibited. You shall comply with all applicable domestic and international laws, statutes, ordinances and regulations regarding your use of this website and the Services. This website, its Content and all related rights shall remain the exclusive property of Company or its licensors unless otherwise expressly agreed. You will not remove any copyright, trademark or other proprietary notices from material found on this website. Company may change or remove Content from

time-to-time. Content that you have previously downloaded, tagged as a "favorite," or included in a "gallery" may be removed from this website at any time without notice to you, including upon termination of this Agreement or suspension of your account.

2. Trademarks. All trademarks, service marks and trade names of Company used herein (including but not limited to: the Company name, the Company corporate logo, this website name, this website design, and any logos) (collectively "Marks") are trademarks or registered trademarks of Company or its affiliates, partners, vendors or licensors. You may not use, copy, reproduce, republish, upload, post, transmit, distribute, or modify Company trademarks in any way, including in advertising or publicity pertaining to distribution of materials on this website, without Company's prior written consent. The use of Company trademarks on any other website or network computer environment is not allowed. Company prohibits the use of Company trademarks as a "hot" link on or to any other website unless establishment of such a link is approved in advance.

3. Unsolicited Submissions Policy. Except where we specifically request comments or submissions, we do not accept or consider creative ideas, suggestions, or materials other than those we have specifically requested. This policy is designed to avoid misunderstandings if projects developed by our professional staff seem to others to be similar to their own creative work. Accordingly, we request that you not submit any creative ideas, suggestions, or materials except where specifically requested or solicited. If you do send us an unsolicited submission, you agree not to assert any ownership right of any kind in the unsolicited submission against Company (including, but not limited to copyright, trademark, unfair competition, moral rights, or implied contract), you hereby grant Company a nonexclusive, perpetual, worldwide license and right (including any moral rights) to the unsolicited submission in every media and for every purpose now known or hereinafter discovered and you waive the right to receive any financial or other consideration in connection with such unsolicited submission including, but not limited to, credit. You release Company (and our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with your unsolicited submissions, including without limitation all claims for theft of ideas or copyright infringement.

4. Solicited Submission Policy. Where we have specifically invited or requested submissions, we encourage members and/or guests to submit user published content or user content (e.g. postings to chat rooms, webcam chats, forums, participation in communities, commenting on blogs, model submissions, photographer submissions, video rankings, reviews, etc.) to us that they have created for consideration in connection with this website and any related wireless and online broadcasts ("User Submissions"). User Submissions remain your intellectual property, and subject to Section 19(ii), you must have obtained all necessary consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the following license. By posting User Submissions on our website, you expressly grant Company a non-exclusive, perpetual,

irrevocable, royalty-free, fully paid-up worldwide, fully sub-licensable right (including any moral rights) to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, transmit, perform and display such content and your name, voice, and/or likeness as contained in your User Submission, in whole or in part, and in any form throughout the world in any media or technology, whether now known or hereafter discovered, including all promotion, advertising, marketing, merchandising, publicity and any other ancillary uses thereof, and including the unfettered right to sublicense such rights, in perpetuity throughout the universe. You forever release Company and its managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, other related entities and advertisers from any and all claims associated with using the User Submission and any associated identifying characteristics, including without limitation claims arising from rights of publicity, rights of privacy, any moral rights, infliction of emotional distress, trespass, trademark copyright, patent, trade secret, obscenity or defamation. All User Submissions are deemed non-confidential and Company shall be under no obligation to maintain the confidentiality of any information, in whatever form, contained in any User Submission.

5. Inappropriate User Submissions. We do not encourage, and do not seek, User Submissions that result from any activity that: (i) may create a risk of harm, loss, physical or mental injury, emotional distress, death, disability, disfigurement, or physical or mental illness to you, to any other person, or to any animal; (ii) may create a risk of any other loss or damage to any person or property; or (iii) may constitute a crime or tort. You agree that you have not and will not engage in any of the foregoing activities in connection with producing your submission. Without limiting the foregoing, you agree that in conjunction with your submission, you will not inflict emotional distress on other people, will not humiliate other people (publicly or otherwise), will not assault or threaten other people, will not enter onto private property without permission, and will not otherwise engage in any activity that may result in injury, death, property damage, and/or liability of any kind. Company will reject any submissions in which Company believes, in its sole discretion, that any such activities have occurred. If notified by a user of a submission that allegedly violates any provision of these Terms and Conditions, Company reserves the right to determine, in its sole discretion, if such a violation has occurred, and to remove any such submission from this website.

6. Advertising Rights. We reserve the right to sell, license and/or display any advertising, attribution, links, promotional and/or distribution rights in connection with this website or your User Submissions, and Company and its licensors or affiliates will be entitled to retain any and all revenue generated from any sales or licenses of such advertising, attribution, links, or promotional or distribution rights. Nothing in these additional terms obligates or may be deemed to obligate Company to sell, license or offer to sell or license any advertising, promotion or distribution rights.

7. Subscriptions and Orders. Details of the subscription levels and the Services available for purchase are set out on this website. All prices are displayed inclusive of all taxes. All features, content, specifications, subscription levels, the Services, and prices described or depicted on this website are

subject to change at any time without notice. The inclusion of any products or the Services on this website at a particular time does not imply or warrant that these products or the Services will be available at any time. By placing an order, you represent that the Services will be used only in a lawful manner. If you choose a recurring subscription option, you acknowledge that your subscription will renew automatically at the end of your subscription period until you request a cancellation and you authorize us (or our service provider) to charge your chosen payment method to pay the recurring fees for the subscription. Payment processing is managed by a third party vendor. When you purchase a subscription or any of the Services, you will leave this website and you may be subject to additional terms and conditions.

8. Refund Policy. You may request a one-time refund for the Services purchased for this website in the event that you are not satisfied or for any reason within 90 days. The Services, subscription and access to this website will be terminated upon such refund. You may not create multiple accounts and request multiple refunds. Certain jurisdictions may provide additional statutory rights. Nothing herein is meant to limit your return or cancellation rights under local law. To request a refund, please contact support@metart.com.

9. Accuracy of Information. We attempt to ensure that information on this website is complete, accurate and current. Despite our efforts, the information on this website may occasionally be inaccurate, incomplete or out of date. We make no representation as to the completeness, accuracy or currency of any information on this website. In addition, we may make changes in information about price and availability without notice. While it is our practice to confirm subscriptions by email, the receipt of an email confirmation does not constitute our acceptance of a subscription order or our confirmation of an offer to sell a subscription. We reserve the right, without prior notice, to limit the order quantity on any service or subscription level and/or to refuse the Services to any customer. We also may require verification of information prior to the acceptance of any order.

10. Linking to this Website. Creating or maintaining any link from another website to any page on this website except through our Affiliate Program MetArt Money is prohibited. Running or displaying this website or any information or material displayed on this website in frames or through similar means on another website without our prior written permission is prohibited. Any permitted links to this website must comply will all applicable laws, rule and regulations.

11. Third Party Links. From time to time, this website may contain links to websites that are not owned, operated or controlled by Company or its affiliates. For example, you will leave this website and enter a third party payment processor website when you make a payment for the Services. All such links are provided solely as a convenience to you. If you use these links, you will leave this website. Neither we nor any of our respective affiliates are responsible for any content, materials or other information located on or accessible from any other website. Neither we nor any of our respective affiliates endorse, guarantee, or make any representations or warranties regarding any other websites, or any content, materials or other information located or accessible from any other websites, or the results that you may

obtain from using any other websites. If you decide to access any other websites linked to or from this website, you do so entirely at your own risk.

12. Conduct and Inappropriate Material. You acknowledge that this website may contain material that may be inappropriate for minors. You are prohibited from: (i) contacting any model, performer, photographer or other users by means external to this website; (ii) using this website to advertise, solicit, or promote any service or product; and (iii) posting or sending any unlawful, offensive, harmful, abusive, threatening, defamatory, libelous, obscene, pornographic (including any representation of minors engaged in intimate physical contact or sexual situations) or profane material or any material that could constitute or encourage conduct that would be considered a criminal offense or give rise to civil liability, or otherwise violate any law. Such violations may subject you or your agents to civil and criminal penalties. You further understand and agree that sending unsolicited advertisements to any user of this website or this website or through voice computer systems is expressly prohibited by these Terms and Conditions. Any such unauthorized use of our computer systems is a violation of these Terms and Conditions and applicable "anti-spam" laws. In addition to any remedies that we may have at law or in equity, if we determine, in our sole discretion, that you have violated or are likely to violate the foregoing prohibitions, we may take any action we deem necessary to cure or prevent the violation, including without limitation, the immediate removal of the related materials from this website and/or suspension of your access to this website. We will fully cooperate with any law enforcement authorities or court order or subpoena requesting or directing us to disclose the identity of anyone posting such materials. If your account is terminated by Company for inappropriate behavior or breach of these Terms and Conditions, you may not create a new account without Company's prior written consent.

13. Account Registration and Security. You understand that you may need to create an account to have access to all of the parts of this website. In consideration of your use of this website, you will: (a) provide true, accurate, current and complete information about yourself as prompted by this website's registration form (such information being the "Registration Data") and (b) maintain and promptly update the Registration Data to keep it true, accurate, current and complete. If you provide any information that is untrue, inaccurate, not current or incomplete, or Company has reasonable grounds to suspect that such information is untrue, inaccurate, not current or incomplete, Company has the right to suspend or terminate your account and refuse any and all current or future use of this website (or any portion thereof). You are entirely responsible for the security and confidentiality of your password and account. Furthermore, you are entirely responsible for any and all activities that occur under your account. You agree to immediately notify us of any unauthorized use of your account or any other breach of security of which you become aware. You are responsible for taking precautions and providing security measures best suited for your situation and intended use of the Services and this website. We have the right to provide user billing, account, Content or use records, and related information under certain circumstances (such as in response to legal responsibility, lawful process, orders, subpoenas, or warrants, or to protect our rights, customers or business). Please note that anyone able to provide your personally identifiable information will be able to access your account so you should take reasonable

steps to protect this information.

14. User Published Content. User published Content does not represent the views of Company or any individual associated with Company, and we do not control this Content. In no event shall you represent or suggest, directly or indirectly, Company's endorsement of user published Content. Company does not vouch for the accuracy or credibility of any user published Content on our website, and does not take any responsibility or assume any liability for any actions you may take as a result of reading user published Content on our website. Through your use of this website and the Services, you may be exposed to Content that you may find offensive, objectionable, harmful, inaccurate or deceptive. There may also be risks of dealing with people acting under false pretense, international trade issues and foreign nationals. By using our website, you assume all associated risks.

15. Fees. For all charges for any of the Services sold on this website, Company (or our service provider) will bill your credit card or alternative payment method offered by Company. In the event legal action is necessary to collect on balances due, you agree to reimburse Company for all expenses incurred to recover sums due, including attorneys' fees and other legal expenses. You are responsible for purchase of, and payment of charges for, all Internet access services and telecommunications services needed for use of this website.

16. Access and Interference. We make no promise that this website and the Services are appropriate or available for use in locations outside the United States ("Territory"), and accessing this website from territories where its contents are illegal or unlawful is prohibited. If you choose to access this website from locations outside the Territory, you do so at your own risk. It is your responsibility to ascertain and obey all applicable local, state, federal and international laws (including minimum age requirements) in regard to the use of this website or any of the Services. You agree that you will not use any robot, spider, scraper or other automated means to access this website for any purpose without our express written permission. If you attempt to access this website excessively with multiple login credentials, we may flag your use as a security risk and suspend access to this website. Additionally, you agree that you will not: (i) take any action that imposes, or may impose in our sole discretion an unreasonable or disproportionately large load on our infrastructure; (ii) interfere or attempt to interfere with the proper working of this website or any activities conducted on this website; (iii) bypass any measures we may use to prevent or restrict access to this website; or (iv) disrupt the interaction of other users of this website or the Services.

17. Force Majeure. Neither Company nor you shall be responsible for damages or for delays or failures in performance resulting from acts or occurrences beyond their reasonable control, including, without limitation: fire, lightning, explosion, power surge or failure, water, acts of God, war, revolution, civil commotion or acts of civil or military authorities or public enemies: any law, order, regulation, ordinance, or requirement of any government or legal body or any representative of any such government or legal body; or labor unrest, including without limitation, strikes, slowdowns, picketing, or boycotts; inability to secure raw materials, transportation facilities, fuel or energy shortages, or acts or omissions of other

common carriers.

18. Representations and Warranties. You shall be solely responsible for your own User Submissions and the consequences of posting or publishing them. In connection with this Agreement, you affirm, represent and warrant the following: (i) you are at least 18 years old and have the right and authority to enter into this Agreement, and are fully able and competent to satisfy the terms, conditions and obligations herein; (ii) you have obtained all consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the licenses in Sections 3 and 4; (iii) if necessary you have the written consent of each and every identifiable natural person in a User Submission to use such persons name or likeness in the manner contemplated by this website and this Agreement, and each such person has released you from any liability that may arise in relation to such use; (iv) you have read, understood, agree with, and will abide by the terms of this Agreement; (v) you are not, and have not been an agent of Company and were not and are not acting on behalf of, or as a representative of, Company or any other party in connection with any User Submission; (vi) any User Submission and Company use thereof as contemplated by this Agreement and this website will not infringe any rights of any third party, including but not limited to any intellectual property rights, privacy rights and rights of publicity; (vii) you are not, nor is any other person who appears in any of your User Submissions, a current member of the Screen Actors Guild (SAG), the American Federation of Television and Radio Actors (AFTRA) or any other rights society; (viii) you have not and will not engage in any of the following in connection with the production of, your appearance in, or contribution(s) to your User Submission: infliction of injury to any person or animal, humiliation of any person (whether public or private), infliction of emotional distress on any person, assault or battery of any person, damage to any property without permission, entry on any property without permission, or any other act or omission that could give rise to civil and/or criminal liability; (ix) your User Submission does not contain: (a) material falsehoods or misrepresentations that could harm Company or any third party; (b) content that is unlawful, obscene, defamatory, libelous, threatening, harassing or encourages conduct that would be considered a criminal offense, give rise to civil liability or violate any law; (c) advertisements, promotions or solicitations of business; or (d) impersonations of third parties, other than those which are readily apparent.

19. DISCLAIMERS. Your use of this website is at your own risk. THE CONTENT, INFORMATION, MATERIALS AND THE SERVICES PROVIDED ON OR THROUGH THIS WEBSITE ARE PROVIDED "AS IS" WITHOUT ANY WARRANTIES OF ANY KIND INCLUDING WARRANTIES OF MERCHANTABILITY, TITLE, FITNESS FOR A PARTICULAR PURPOSE, SECURITY OR NON-INFRINGEMENT OF INTELLECTUAL PROPERTY. NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES WARRANT THE ACCURACY OR COMPLETENESS OF THE CONTENT, INFORMATION, MATERIALS OR SERVICES PROVIDED ON OR THROUGH THIS WEBSITE. THE CONTENT, INFORMATION, MATERIALS AND SERVICES PROVIDED ON OR THROUGH THIS WEBSITE MAY BE OUT OF DATE, AND NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES MAKES ANY COMMITMENT OR ASSUMES ANY DUTY TO UPDATE SUCH CONTENT, INFORMATION,

MATERIALS OR THE SERVICES. THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, WE HEREBY DISCLAIM ALL WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, ANY IMPLIED WARRANTIES WITH RESPECT TO THE CONTENT AND THE SERVICES. THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED FROM COMPANY OR THROUGH THIS WEBSITE AND THE SERVICES WILL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN.

20. LIMITATIONS OF LIABILITY. Company does not assume any responsibility, or will be liable, for any damages to, or any viruses that may infect your computer, device, telecommunication equipment, or other property caused by or arising from your access to, use of, or browsing this website, or your downloading of any Content, information or materials from this website. IN NO EVENT WILL COMPANY, OR ANY OF ITS OFFICERS, DIRECTORS, EMPLOYEES, SHAREHOLDERS, AFFILIATES, AGENTS, SUCCESSORS OR ASSIGNS, NOR ANY PARTY INVOLVED IN THE CREATION, PRODUCTION OR TRANSMISSION OF THIS WEBSITE, BE LIABLE TO YOU OR ANYONE ELSE FOR ANY INDIRECT, SPECIAL, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, THOSE RESULTING FROM LOST PROFITS, LOST DATA OR BUSINESS INTERRUPTION) ARISING OUT OF THE USE, INABILITY TO USE, OR THE RESULTS OF USE OF THIS WEBSITE, ANY websiteS LINKED TO THIS WEBSITE, OR THE CONTENT, MATERIALS, INFORMATION OR SERVICES CONTAINED ON ANY OR ALL SUCH websiteS, WHETHER BASED ON WARRANTY, CONTRACT, TORT OR ANY OTHER LEGAL THEORY AND WHETHER OR NOT ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. YOU SPECIFICALLY ACKNOWLEDGE THAT COMPANY SHALL NOT BE LIABLE FOR USER SUBMISSIONS OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY, AND THAT THE RISK OF HARM OR DAMAGE FROM THE FOREGOING RESTS ENTIRELY WITH YOU. THE FOREGOING LIMITATIONS OF LIABILITY DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

IN THE EVENT OF ANY PROBLEM WITH THIS WEBSITE OR ANY CONTENT OR THE SERVICES, YOU AGREE THAT YOUR SOLE REMEDY IS TO CEASE USING THIS WEBSITE. IN THE EVENT OF ANY PROBLEM WITH THE SERVICES THAT YOU HAVE PURCHASED ON OR THROUGH THIS WEBSITE, YOU AGREE THAT YOUR SOLE REMEDY, IF ANY, IS TO SEEK A REFUND FOR SUCH SERVICES IN ACCORDANCE WITH THE REFUND POLICIES POSTED ON THIS WEBSITE. IN NO EVENT SHALL COMPANY'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE), OR

OTHERWISE EXCEED THE GREATER OF (A) TWENTY FIVE DOLLARS (US $25.00) OR (B) THE VALUE OF YOUR PURCHASE ON THIS WEBSITE.

21. Indemnity. You agree to defend, indemnify and hold Company and our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities harmless from any and all liabilities, costs, and expenses, including reasonable attorneys' fees, related to or in connection with (i) the use of this website or the Internet or your placement or transmission of any message or information on this website by you or your authorized users; (ii) your violation of any term of this Agreement, including without limitation, your breach of any of the representations and warranties above; (iii) your violation of any third party right, including without limitation any right of privacy, publicity rights or intellectual property rights; (iv) your violation of any law, rule or regulation of the United States or any other country; (v) any claim or damages that arise as a result of any User Submission that you provide to Company; or (vi) any other party's access and use of this website with your unique username, password or other appropriate security code.

22. Release. In the event that you have a dispute with one or more other users of this website, you release Company (and all of our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with such disputes.

23. Termination. You or we may suspend or terminate your account or your use of this website at any time, for any reason or for no reason. You are personally liable for any orders placed or charges incurred through your account prior to termination. We may also block your access to this website in the event that (a) you breach these Terms and Conditions; (b) we are unable to verify or authenticate any information you provide to us; or (c) we believe that your actions may cause financial loss or legal liability for you, our users or us.

24. General. Any claim relating to, and the use of, this website and the Content and materials contained herein is governed by the laws of the state of California (other than conflicts of laws principals). You consent to the exclusive jurisdiction of the state and federal courts located in California. A printed version of these Terms and Conditions will be admissible in judicial and administrative proceedings based upon or relating to these Terms and Conditions to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form. We do not guarantee continuous, uninterrupted or secure access to our website or the Services, and operation of this website may be interfered with by numerous factors outside of our control. If any provision of these Terms and Conditions is held to be invalid or unenforceable, such provision shall be struck and the remaining provisions shall be enforced. You agree that these Terms and Conditions and all incorporated agreements may be automatically assigned by Company in our sole discretion. Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section. Our failure to act with respect to a breach by you or others does not waive our

right to act with respect to subsequent or similar breaches. These Terms and Conditions set forth the entire understanding and agreement between us with respect to the subject matter hereof. All terms and conditions stated in these Terms and Conditions which protect or act in favor of Company in any way shall survive any termination or expiration of this Agreement.

25. DIGITAL MILLENNIUM COPYRIGHT ACT ("DMCA") NOTICE. In operating this website, we may act as a "services provider" (as defined by DMCA) and offer services as online provider of materials and links to third party websites. As a result, third party materials that we do not own or control may be transmitted, stored, accessed or otherwise made available using this website. Company has in place certain legally mandated procedures regarding allegations of copyright infringement occurring on this website. Company has adopted a policy that provides for the immediate removal of any content or the suspension of any user that is found to have infringed on the rights of Company or of a third party, or that has otherwise violated any intellectual property laws or regulations, or any of the terms and conditions of this Agreement. If you believe any material available via this website infringes a copyright, you should notify us using the notice procedure for claimed infringement under the DMCA (17 U.S.C. Sect. 512(c)(2)). We will respond expeditiously to remove or disable access to the material claimed to be infringing and will follow the procedures specified in the DMCA to resolve the claim between the notifying party and the alleged infringer who provided the Content.

Please provide the following notice:

1. Identify the copyrighted work or other intellectual property that you claim has been infringed; 2. Identify the material on this website that you claim is infringing, with enough detail so that we may locate it on this website; 3. A statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; 4. A statement by you declaring under penalty of perjury that (a) the above information in your notice is accurate, and (b) that you are the owner of the copyright interest involved or that you are authorized to act on behalf of that owner; 5. Your address, telephone number, and email address; and 6. Your physical or electronic signature.

We may give notice to our users of any infringement notice by means of a general notice on any of our websites, electronic mail to a user's e-mail address in our records, or by written communication sent by first-class mail to a user's physical address in our records. If you receive such an infringement notice, you may provide counter-notification in writing to the designated agent that includes the information below. To be effective, the counter-notification must be a written communication that includes the following:

1. Your physical or electronic signature; 2. Identification of the material that has been removed or to which access has been disabled, and the location at which the material appeared before it was removed or access to it was disabled; 3. A statement from you under the penalty of perjury, that you have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled; and 4. Your name, physical address and telephone number, and a

statement that you consent to the jurisdiction of a Federal District Court for the judicial district in which your physical address is located, or if your physical address is outside of the United States, for any judicial district in which we may be found, and that you will accept service of process from the person who provided notification of allegedly infringing material or an agent of such person.

26. Entire Agreement. These Terms and Conditions are the entire agreement between you and Company and supersede any prior understandings or agreements (written or oral).

27. Additional Assistance. If you do not understand any of these Terms and Conditions or if you have any questions or comments, we invite you to contact our Customer Service Department by email at support@metart.com.

Copyright Notice. All Site design, graphics, text selections, arrangements, and all software are protected under copyright laws. ALL RIGHTS RESERVED.

Last Updated: September 1, 2015

Return to Classic

- Newsletter **Sign up** for our newsletter and get **new deals** and **discounts** directly on your email *for free*
- Amazing Content

# Rylsky Art - Terms

PLEASE CAREFULLY READ THESE TERMS AND CONDITIONS. YOU ARE BOUND BY THEM. By
visiting this website or by purchasing or using any products, services, or other aspect of this website
(which together are referred to as the "Services"), you are agreeing to be bound by all provisions stated
in these terms and conditions (these "Terms and Conditions") and all provisions stated in this website's
Privacy Policy. By purchasing or using the Services, you are entering into a binding agreement between
you and ICF Technology, Inc. ICF Technology, Inc is referred to in these Terms and Conditions as
"Company," "we," or "us." If you do not agree to these Terms and Conditions, then do not use this
website and please exit immediately.

We reserve the right, in our sole discretion, to modify or revise these Terms and Conditions. You agree
to be bound by any such modifications or revisions. You should periodically review the most up-to-date
version of these Terms and Conditions on our website. Any modified or revised terms will apply to any
purchase made after such modifications or revisions are posted on this website. Additional terms and
conditions may apply to the purchase of the Services, such as billing and refund policies. By using this
website, you agree to be bound by such terms and conditions.

BY USING THIS WEBSITE, YOU REPRESENT AND WARRANT THAT YOU ARE AT LEAST EIGHTEEN
YEARS OLD.

1. Copyright and Ownership. All of the content featured or displayed on this website, including without
limitation text, graphics, photographs, images, moving images, sound, and illustrations ("Content"), is
owned by Company, its licensors, vendors, agents and/or its Content providers. All elements of this
website, including without limitation the general design and the Content, are protected by trade dress,
copyright, moral rights, trademark and other laws relating to intellectual property rights. The Services
and this website may only be used for the intended purpose for which this website and the Services are
being made available. Except as may be otherwise indicated in specific documents within this website,
you are authorized to view, play, print and download Content for personal, informational, and
noncommercial purposes only. You may not modify any of the Content and you may not copy, distribute,
transmit, display, perform, reproduce, publish, license, create derivative works from, transfer or sell any
Content, information or work contained on this website. Except as authorized under the copyright laws,
you are responsible for obtaining permission before reusing any copyrighted material that is available on
this website. For purposes of these Terms and Conditions, the use of any such material on any other
website or networked computer environment is prohibited. You shall comply with all applicable domestic
and international laws, statutes, ordinances and regulations regarding your use of this website and the
Services. This website, its Content and all related rights shall remain the exclusive property of Company
or its licensors unless otherwise expressly agreed. You will not remove any copyright, trademark or other
proprietary notices from material found on this website. Company may change or remove Content from

time-to-time. Content that you have previously downloaded, tagged as a "favorite," or included in a "gallery" may be removed from this website at any time without notice to you, including upon termination of this Agreement or suspension of your account.

2. Trademarks. All trademarks, service marks and trade names of Company used herein (including but not limited to: the Company name, the Company corporate logo, this website name, this website design, and any logos) (collectively "Marks") are trademarks or registered trademarks of Company or its affiliates, partners, vendors or licensors. You may not use, copy, reproduce, republish, upload, post, transmit, distribute, or modify Company trademarks in any way, including in advertising or publicity pertaining to distribution of materials on this website, without Company's prior written consent. The use of Company trademarks on any other website or network computer environment is not allowed. Company prohibits the use of Company trademarks as a "hot" link on or to any other website unless establishment of such a link is approved in advance.

3. Unsolicited Submissions Policy. Except where we specifically request comments or submissions, we do not accept or consider creative ideas, suggestions, or materials other than those we have specifically requested. This policy is designed to avoid misunderstandings if projects developed by our professional staff seem to others to be similar to their own creative work. Accordingly, we request that you not submit any creative ideas, suggestions, or materials except where specifically requested or solicited. If you do send us an unsolicited submission, you agree not to assert any ownership right of any kind in the unsolicited submission against Company (including, but not limited to copyright, trademark, unfair competition, moral rights, or implied contract), you hereby grant Company a nonexclusive, perpetual, worldwide license and right (including any moral rights) to the unsolicited submission in every media and for every purpose now known or hereinafter discovered and you waive the right to receive any financial or other consideration in connection with such unsolicited submission including, but not limited to, credit. You release Company (and our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with your unsolicited submissions, including without limitation all claims for theft of ideas or copyright infringement.

4. Solicited Submission Policy. Where we have specifically invited or requested submissions, we encourage members and/or guests to submit user published content or user content (e.g. postings to chat rooms, webcam chats, forums, participation in communities, commenting on blogs, model submissions, photographer submissions, video rankings, reviews, etc.) to us that they have created for consideration in connection with this website and any related wireless and online broadcasts ("User Submissions"). User Submissions remain your intellectual property, and subject to Section 19(ii), you must have obtained all necessary consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the following license. By posting User Submissions on our website, you expressly grant Company a non-exclusive, perpetual,

irrevocable, royalty-free, fully paid-up worldwide, fully sub-licensable right (including any moral rights) to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, transmit, perform and display such content and your name, voice, and/or likeness as contained in your User Submission, in whole or in part, and in any form throughout the world in any media or technology, whether now known or hereafter discovered, including all promotion, advertising, marketing, merchandising, publicity and any other ancillary uses thereof, and including the unfettered right to sublicense such rights, in perpetuity throughout the universe. You forever release Company and its managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, other related entities and advertisers from any and all claims associated with using the User Submission and any associated identifying characteristics, including without limitation claims arising from rights of publicity, rights of privacy, any moral rights, infliction of emotional distress, trespass, trademark copyright, patent, trade secret, obscenity or defamation. All User Submissions are deemed non-confidential and Company shall be under no obligation to maintain the confidentiality of any information, in whatever form, contained in any User Submission.

5. Inappropriate User Submissions. We do not encourage, and do not seek, User Submissions that result from any activity that: (i) may create a risk of harm, loss, physical or mental injury, emotional distress, death, disability, disfigurement, or physical or mental illness to you, to any other person, or to any animal; (ii) may create a risk of any other loss or damage to any person or property; or (iii) may constitute a crime or tort. You agree that you have not and will not engage in any of the foregoing activities in connection with producing your submission. Without limiting the foregoing, you agree that in conjunction with your submission, you will not inflict emotional distress on other people, will not humiliate other people (publicly or otherwise), will not assault or threaten other people, will not enter onto private property without permission, and will not otherwise engage in any activity that may result in injury, death, property damage, and/or liability of any kind. Company will reject any submissions in which Company believes, in its sole discretion, that any such activities have occurred. If notified by a user of a submission that allegedly violates any provision of these Terms and Conditions, Company reserves the right to determine, in its sole discretion, if such a violation has occurred, and to remove any such submission from this website.

6. Advertising Rights. We reserve the right to sell, license and/or display any advertising, attribution, links, promotional and/or distribution rights in connection with this website or your User Submissions, and Company and its licensors or affiliates will be entitled to retain any and all revenue generated from any sales or licenses of such advertising, attribution, links, or promotional or distribution rights. Nothing in these additional terms obligates or may be deemed to obligate Company to sell, license or offer to sell or license any advertising, promotion or distribution rights.

7. Subscriptions and Orders. Details of the subscription levels and the Services available for purchase are set out on this website. All prices are displayed inclusive of all taxes. All features, content, specifications, subscription levels, the Services, and prices described or depicted on this website are

subject to change at any time without notice. The inclusion of any products or the Services on this website at a particular time does not imply or warrant that these products or the Services will be available at any time. By placing an order, you represent that the Services will be used only in a lawful manner. If you choose a recurring subscription option, you acknowledge that your subscription will renew automatically at the end of your subscription period until you request a cancellation and you authorize us (or our service provider) to charge your chosen payment method to pay the recurring fees for the subscription. Payment processing is managed by a third party vendor. When you purchase a subscription or any of the Services, you will leave this website and you may be subject to additional terms and conditions.

8. Refund Policy. You may request a one-time refund for the Services purchased for this website in the event that you are not satisfied or for any reason within 90 days. The Services, subscription and access to this website will be terminated upon such refund. You may not create multiple accounts and request multiple refunds. Certain jurisdictions may provide additional statutory rights. Nothing herein is meant to limit your return or cancellation rights under local law. To request a refund, please contact support@rylskyart.com.

9. Accuracy of Information. We attempt to ensure that information on this website is complete, accurate and current. Despite our efforts, the information on this website may occasionally be inaccurate, incomplete or out of date. We make no representation as to the completeness, accuracy or currency of any information on this website. In addition, we may make changes in information about price and availability without notice. While it is our practice to confirm subscriptions by email, the receipt of an email confirmation does not constitute our acceptance of a subscription order or our confirmation of an offer to sell a subscription. We reserve the right, without prior notice, to limit the order quantity on any service or subscription level and/or to refuse the Services to any customer. We also may require verification of information prior to the acceptance of any order.

10. Linking to this Website. Creating or maintaining any link from another website to any page on this website except through our Affiliate Program MetArt Money is prohibited. Running or displaying this website or any information or material displayed on this website in frames or through similar means on another website without our prior written permission is prohibited. Any permitted links to this website must comply will all applicable laws, rule and regulations.

11. Third Party Links. From time to time, this website may contain links to websites that are not owned, operated or controlled by Company or its affiliates. For example, you will leave this website and enter a third party payment processor website when you make a payment for the Services. All such links are provided solely as a convenience to you. If you use these links, you will leave this website. Neither we nor any of our respective affiliates are responsible for any content, materials or other information located on or accessible from any other website. Neither we nor any of our respective affiliates endorse, guarantee, or make any representations or warranties regarding any other websites, or any content, materials or other information located or accessible from any other websites, or the results that you may

obtain from using any other websites. If you decide to access any other websites linked to or from this website, you do so entirely at your own risk.

12. Conduct and Inappropriate Material. You acknowledge that this website may contain material that may be inappropriate for minors. You are prohibited from: (i) contacting any model, performer, photographer or other users by means external to this website; (ii) using this website to advertise, solicit, or promote any service or product; and (iii) posting or sending any unlawful, offensive, harmful, abusive, threatening, defamatory, libelous, obscene, pornographic (including any representation of minors engaged in intimate physical contact or sexual situations) or profane material or any material that could constitute or encourage conduct that would be considered a criminal offense or give rise to civil liability, or otherwise violate any law. Such violations may subject you or your agents to civil and criminal penalties. You further understand and agree that sending unsolicited advertisements to any user of this website or this website or through voice computer systems is expressly prohibited by these Terms and Conditions. Any such unauthorized use of our computer systems is a violation of these Terms and Conditions and applicable "anti-spam" laws. In addition to any remedies that we may have at law or in equity, if we determine, in our sole discretion, that you have violated or are likely to violate the foregoing prohibitions, we may take any action we deem necessary to cure or prevent the violation, including without limitation, the immediate removal of the related materials from this website and/or suspension of your access to this website. We will fully cooperate with any law enforcement authorities or court order or subpoena requesting or directing us to disclose the identity of anyone posting such materials. If your account is terminated by Company for inappropriate behavior or breach of these Terms and Conditions, you may not create a new account without Company's prior written consent.

13. Account Registration and Security. You understand that you may need to create an account to have access to all of the parts of this website. In consideration of your use of this website, you will: (a) provide true, accurate, current and complete information about yourself as prompted by this website's registration form (such information being the "Registration Data") and (b) maintain and promptly update the Registration Data to keep it true, accurate, current and complete. If you provide any information that is untrue, inaccurate, not current or incomplete, or Company has reasonable grounds to suspect that such information is untrue, inaccurate, not current or incomplete, Company has the right to suspend or terminate your account and refuse any and all current or future use of this website (or any portion thereof). You are entirely responsible for the security and confidentiality of your password and account. Furthermore, you are entirely responsible for any and all activities that occur under your account. You agree to immediately notify us of any unauthorized use of your account or any other breach of security of which you become aware. You are responsible for taking precautions and providing security measures best suited for your situation and intended use of the Services and this website. We have the right to provide user billing, account, Content or use records, and related information under certain circumstances (such as in response to legal responsibility, lawful process, orders, subpoenas, or warrants, or to protect our rights, customers or business). Please note that anyone able to provide your personally identifiable information will be able to access your account so you should take reasonable

2/29/2016 Case 1:15-cv-22134-UU   Document 123-1   Entered on FLSD Docket 02/29/2016   Page 115 of
rylskyart.com - Terms
159
steps to protect this information.

14. User Published Content. User published Content does not represent the views of Company or any individual associated with Company, and we do not control this Content. In no event shall you represent or suggest, directly or indirectly, Company's endorsement of user published Content. Company does not vouch for the accuracy or credibility of any user published Content on our website, and does not take any responsibility or assume any liability for any actions you may take as a result of reading user published Content on our website. Through your use of this website and the Services, you may be exposed to Content that you may find offensive, objectionable, harmful, inaccurate or deceptive. There may also be risks of dealing with people acting under false pretense, international trade issues and foreign nationals. By using our website, you assume all associated risks.

15. Fees. For all charges for any of the Services sold on this website, Company (or our service provider) will bill your credit card or alternative payment method offered by Company. In the event legal action is necessary to collect on balances due, you agree to reimburse Company for all expenses incurred to recover sums due, including attorneys' fees and other legal expenses. You are responsible for purchase of, and payment of charges for, all Internet access services and telecommunications services needed for use of this website.

16. Access and Interference. We make no promise that this website and the Services are appropriate or available for use in locations outside the United States ("Territory"), and accessing this website from territories where its contents are illegal or unlawful is prohibited. If you choose to access this website from locations outside the Territory, you do so at your own risk. It is your responsibility to ascertain and obey all applicable local, state, federal and international laws (including minimum age requirements) in regard to the use of this website or any of the Services. You agree that you will not use any robot, spider, scraper or other automated means to access this website for any purpose without our express written permission. If you attempt to access this website excessively with multiple login credentials, we may flag your use as a security risk and suspend access to this website. Additionally, you agree that you will not: (i) take any action that imposes, or may impose in our sole discretion an unreasonable or disproportionately large load on our infrastructure; (ii) interfere or attempt to interfere with the proper working of this website or any activities conducted on this website; (iii) bypass any measures we may use to prevent or restrict access to this website; or (iv) disrupt the interaction of other users of this website or the Services.

17. Force Majeure. Neither Company nor you shall be responsible for damages or for delays or failures in performance resulting from acts or occurrences beyond their reasonable control, including, without limitation: fire, lightning, explosion, power surge or failure, water, acts of God, war, revolution, civil commotion or acts of civil or military authorities or public enemies: any law, order, regulation, ordinance, or requirement of any government or legal body or any representative of any such government or legal body; or labor unrest, including without limitation, strikes, slowdowns, picketing, or boycotts; inability to secure raw materials, transportation facilities, fuel or energy shortages, or acts or omissions of other

common carriers.

18. Representations and Warranties. You shall be solely responsible for your own User Submissions and the consequences of posting or publishing them. In connection with this Agreement, you affirm, represent and warrant the following: (i) you are at least 18 years old and have the right and authority to enter into this Agreement, and are fully able and competent to satisfy the terms, conditions and obligations herein; (ii) you have obtained all consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the licenses in Sections 3 and 4; (iii) if necessary you have the written consent of each and every identifiable natural person in a User Submission to use such persons name or likeness in the manner contemplated by this website and this Agreement, and each such person has released you from any liability that may arise in relation to such use; (iv) you have read, understood, agree with, and will abide by the terms of this Agreement; (v) you are not, and have not been an agent of Company and were not and are not acting on behalf of, or as a representative of, Company or any other party in connection with any User Submission; (vi) any User Submission and Company use thereof as contemplated by this Agreement and this website will not infringe any rights of any third party, including but not limited to any intellectual property rights, privacy rights and rights of publicity; (vii) you are not, nor is any other person who appears in any of your User Submissions, a current member of the Screen Actors Guild (SAG), the American Federation of Television and Radio Actors (AFTRA) or any other rights society; (viii) you have not and will not engage in any of the following in connection with the production of, your appearance in, or contribution(s) to your User Submission: infliction of injury to any person or animal, humiliation of any person (whether public or private), infliction of emotional distress on any person, assault or battery of any person, damage to any property without permission, entry on any property without permission, or any other act or omission that could give rise to civil and/or criminal liability; (ix) your User Submission does not contain: (a) material falsehoods or misrepresentations that could harm Company or any third party; (b) content that is unlawful, obscene, defamatory, libelous, threatening, harassing or encourages conduct that would be considered a criminal offense, give rise to civil liability or violate any law; (c) advertisements, promotions or solicitations of business; or (d) impersonations of third parties, other than those which are readily apparent.

19. DISCLAIMERS. Your use of this website is at your own risk. THE CONTENT, INFORMATION, MATERIALS AND THE SERVICES PROVIDED ON OR THROUGH THIS WEBSITE ARE PROVIDED "AS IS" WITHOUT ANY WARRANTIES OF ANY KIND INCLUDING WARRANTIES OF MERCHANTABILITY, TITLE, FITNESS FOR A PARTICULAR PURPOSE, SECURITY OR NON-INFRINGEMENT OF INTELLECTUAL PROPERTY. NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES WARRANT THE ACCURACY OR COMPLETENESS OF THE CONTENT, INFORMATION, MATERIALS OR SERVICES PROVIDED ON OR THROUGH THIS WEBSITE. THE CONTENT, INFORMATION, MATERIALS AND SERVICES PROVIDED ON OR THROUGH THIS WEBSITE MAY BE OUT OF DATE, AND NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES MAKES ANY COMMITMENT OR ASSUMES ANY DUTY TO UPDATE SUCH CONTENT, INFORMATION,

MATERIALS OR THE SERVICES. THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, WE HEREBY DISCLAIM ALL WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, ANY IMPLIED WARRANTIES WITH RESPECT TO THE CONTENT AND THE SERVICES. THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED FROM COMPANY OR THROUGH THIS WEBSITE AND THE SERVICES WILL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN.

20. LIMITATIONS OF LIABILITY. Company does not assume any responsibility, or will be liable, for any damages to, or any viruses that may infect your computer, device, telecommunication equipment, or other property caused by or arising from your access to, use of, or browsing this website, or your downloading of any Content, information or materials from this website. IN NO EVENT WILL COMPANY, OR ANY OF ITS OFFICERS, DIRECTORS, EMPLOYEES, SHAREHOLDERS, AFFILIATES, AGENTS, SUCCESSORS OR ASSIGNS, NOR ANY PARTY INVOLVED IN THE CREATION, PRODUCTION OR TRANSMISSION OF THIS WEBSITE, BE LIABLE TO YOU OR ANYONE ELSE FOR ANY INDIRECT, SPECIAL, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, THOSE RESULTING FROM LOST PROFITS, LOST DATA OR BUSINESS INTERRUPTION) ARISING OUT OF THE USE, INABILITY TO USE, OR THE RESULTS OF USE OF THIS WEBSITE, ANY websiteS LINKED TO THIS WEBSITE, OR THE CONTENT, MATERIALS, INFORMATION OR SERVICES CONTAINED ON ANY OR ALL SUCH websiteS, WHETHER BASED ON WARRANTY, CONTRACT, TORT OR ANY OTHER LEGAL THEORY AND WHETHER OR NOT ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. YOU SPECIFICALLY ACKNOWLEDGE THAT COMPANY SHALL NOT BE LIABLE FOR USER SUBMISSIONS OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY, AND THAT THE RISK OF HARM OR DAMAGE FROM THE FOREGOING RESTS ENTIRELY WITH YOU. THE FOREGOING LIMITATIONS OF LIABILITY DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

IN THE EVENT OF ANY PROBLEM WITH THIS WEBSITE OR ANY CONTENT OR THE SERVICES, YOU AGREE THAT YOUR SOLE REMEDY IS TO CEASE USING THIS WEBSITE. IN THE EVENT OF ANY PROBLEM WITH THE SERVICES THAT YOU HAVE PURCHASED ON OR THROUGH THIS WEBSITE, YOU AGREE THAT YOUR SOLE REMEDY, IF ANY, IS TO SEEK A REFUND FOR SUCH SERVICES IN ACCORDANCE WITH THE REFUND POLICIES POSTED ON THIS WEBSITE. IN NO EVENT SHALL COMPANY'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE), OR

OTHERWISE EXCEED THE GREATER OF (A) TWENTY FIVE DOLLARS (US $25.00) OR (B) THE
VALUE OF YOUR PURCHASE ON THIS WEBSITE.

21. Indemnity. You agree to defend, indemnify and hold Company and our managers, officers, owners,
members, agents, subsidiaries, joint ventures, employees, and other related entities harmless from any
and all liabilities, costs, and expenses, including reasonable attorneys' fees, related to or in connection
with (i) the use of this website or the Internet or your placement or transmission of any message or
information on this website by you or your authorized users; (ii) your violation of any term of this
Agreement, including without limitation, your breach of any of the representations and warranties above;
(iii) your violation of any third party right, including without limitation any right of privacy, publicity rights or
intellectual property rights; (iv) your violation of any law, rule or regulation of the United States or any
other country; (v) any claim or damages that arise as a result of any User Submission that you provide
to Company; or (vi) any other party's access and use of this website with your unique username,
password or other appropriate security code.

22. Release. In the event that you have a dispute with one or more other users of this website, you
release Company (and all of our managers, officers, owners, members, agents, subsidiaries, joint
ventures, employees, and other related entities) from claims, demands and damages (actual and
consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed
and undisclosed, arising out of or in any way connected with such disputes.
23. Termination. You or we may suspend or terminate your account or your use of this website at any
time, for any reason or for no reason. You are personally liable for any orders placed or charges
incurred through your account prior to termination. We may also block your access to this website in the
event that (a) you breach these Terms and Conditions; (b) we are unable to verify or authenticate any
information you provide to us; or (c) we believe that your actions may cause financial loss or legal liability
for you, our users or us.

24. General. Any claim relating to, and the use of, this website and the Content and materials contained
herein is governed by the laws of the state of California (other than conflicts of laws principals). You
consent to the exclusive jurisdiction of the state and federal courts located in California. A printed version
of these Terms and Conditions will be admissible in judicial and administrative proceedings based upon
or relating to these Terms and Conditions to the same extent and subject to the same conditions as
other business documents and records originally generated and maintained in printed form.
We do not guarantee continuous, uninterrupted or secure access to our website or the Services, and
operation of this website may be interfered with by numerous factors outside of our control. If any
provision of these Terms and Conditions is held to be invalid or unenforceable, such provision shall be
struck and the remaining provisions shall be enforced. You agree that these Terms and Conditions and
all incorporated agreements may be automatically assigned by Company in our sole discretion.
Headings are for reference purposes only and in no way define, limit, construe or describe the scope or
extent of such section. Our failure to act with respect to a breach by you or others does not waive our

right to act with respect to subsequent or similar breaches. These Terms and Conditions set forth the entire understanding and agreement between us with respect to the subject matter hereof. All terms and conditions stated in these Terms and Conditions which protect or act in favor of Company in any way shall survive any termination or expiration of this Agreement.

25. DIGITAL MILLENNIUM COPYRIGHT ACT ("DMCA") NOTICE. In operating this website, we may act as a "services provider" (as defined by DMCA) and offer services as online provider of materials and links to third party websites. As a result, third party materials that we do not own or control may be transmitted, stored, accessed or otherwise made available using this website. Company has in place certain legally mandated procedures regarding allegations of copyright infringement occurring on this website. Company has adopted a policy that provides for the immediate removal of any content or the suspension of any user that is found to have infringed on the rights of Company or of a third party, or that has otherwise violated any intellectual property laws or regulations, or any of the terms and conditions of this Agreement. If you believe any material available via this website infringes a copyright, you should notify us using the notice procedure for claimed infringement under the DMCA (17 U.S.C. Sect. 512(c)(2)). We will respond expeditiously to remove or disable access to the material claimed to be infringing and will follow the procedures specified in the DMCA to resolve the claim between the notifying party and the alleged infringer who provided the Content.

Please provide the following notice:

1. Identify the copyrighted work or other intellectual property that you claim has been infringed; 2. Identify the material on this website that you claim is infringing, with enough detail so that we may locate it on this website; 3. A statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; 4. A statement by you declaring under penalty of perjury that (a) the above information in your notice is accurate, and (b) that you are the owner of the copyright interest involved or that you are authorized to act on behalf of that owner; 5. Your address, telephone number, and email address; and 6. Your physical or electronic signature.

We may give notice to our users of any infringement notice by means of a general notice on any of our websites, electronic mail to a user's e-mail address in our records, or by written communication sent by first-class mail to a user's physical address in our records. If you receive such an infringement notice, you may provide counter-notification in writing to the designated agent that includes the information below. To be effective, the counter-notification must be a written communication that includes the following:

1. Your physical or electronic signature; 2. Identification of the material that has been removed or to which access has been disabled, and the location at which the material appeared before it was removed or access to it was disabled; 3. A statement from you under the penalty of perjury, that you have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled; and 4. Your name, physical address and telephone number, and a

statement that you consent to the jurisdiction of a Federal District Court for the judicial district in which your physical address is located, or if your physical address is outside of the United States, for any judicial district in which we may be found, and that you will accept service of process from the person who provided notification of allegedly infringing material or an agent of such person.

26. Entire Agreement. These Terms and Conditions are the entire agreement between you and Company and supersede any prior understandings or agreements (written or oral).

27. Additional Assistance. If you do not understand any of these Terms and Conditions or if you have any questions or comments, we invite you to contact our Customer Service Department by email at support@rylskyart.com.

Copyright Notice. All Site design, graphics, text selections, arrangements, and all software are protected under copyright laws. ALL RIGHTS RESERVED.

Last Updated: September 1, 2015

Newsletter
Get our newsletter and receive free content right to your inbox!

# SEXART - Terms

PLEASE CAREFULLY READ THESE TERMS AND CONDITIONS. YOU ARE BOUND BY THEM. By visiting this website or by purchasing or using any products, services, or other aspect of this website (which together are referred to as the "Services"), you are agreeing to be bound by all provisions stated in these terms and conditions (these "Terms and Conditions") and all provisions stated in this website's Privacy Policy. By purchasing or using the Services, you are entering into a binding agreement between you and ICF Technology, Inc. ICF Technology, Inc is referred to in these Terms and Conditions as "Company," "we," or "us." If you do not agree to these Terms and Conditions, then do not use this website and please exit immediately.

We reserve the right, in our sole discretion, to modify or revise these Terms and Conditions. You agree to be bound by any such modifications or revisions. You should periodically review the most up-to-date version of these Terms and Conditions on our website. Any modified or revised terms will apply to any purchase made after such modifications or revisions are posted on this website. Additional terms and conditions may apply to the purchase of the Services, such as billing and refund policies. By using this website, you agree to be bound by such terms and conditions.

BY USING THIS WEBSITE, YOU REPRESENT AND WARRANT THAT YOU ARE AT LEAST EIGHTEEN YEARS OLD.

1. Copyright and Ownership. All of the content featured or displayed on this website, including without limitation text, graphics, photographs, images, moving images, sound, and illustrations ("Content"), is owned by Company, its licensors, vendors, agents and/or its Content providers. All elements of this website, including without limitation the general design and the Content, are protected by trade dress, copyright, moral rights, trademark and other laws relating to intellectual property rights. The Services and this website may only be used for the intended purpose for which this website and the Services are being made available. Except as may be otherwise indicated in specific documents within this website, you are authorized to view, play, print and download Content for personal, informational, and noncommercial purposes only. You may not modify any of the Content and you may not copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer or sell any Content, information or work contained on this website. Except as authorized under the copyright laws, you are responsible for obtaining permission before reusing any copyrighted material that is available on this website. For purposes of these Terms and Conditions, the use of any such material on any other website or networked computer environment is prohibited. You shall comply with all applicable domestic and international laws, statutes, ordinances and regulations regarding your use of this website and the Services. This website, its Content and all related rights shall remain the exclusive property of Company or its licensors unless otherwise expressly agreed. You will not remove any copyright, trademark or other proprietary notices from material found on this website. Company may change or remove Content from

time-to-time. Content that you have previously downloaded, tagged as a "favorite," or included in a "gallery" may be removed from this website at any time without notice to you, including upon termination of this Agreement or suspension of your account.

2. Trademarks. All trademarks, service marks and trade names of Company used herein (including but not limited to: the Company name, the Company corporate logo, this website name, this website design, and any logos) (collectively "Marks") are trademarks or registered trademarks of Company or its affiliates, partners, vendors or licensors. You may not use, copy, reproduce, republish, upload, post, transmit, distribute, or modify Company trademarks in any way, including in advertising or publicity pertaining to distribution of materials on this website, without Company's prior written consent. The use of Company trademarks on any other website or network computer environment is not allowed. Company prohibits the use of Company trademarks as a "hot" link on or to any other website unless establishment of such a link is approved in advance.

3. Unsolicited Submissions Policy. Except where we specifically request comments or submissions, we do not accept or consider creative ideas, suggestions, or materials other than those we have specifically requested. This policy is designed to avoid misunderstandings if projects developed by our professional staff seem to others to be similar to their own creative work. Accordingly, we request that you not submit any creative ideas, suggestions, or materials except where specifically requested or solicited. If you do send us an unsolicited submission, you agree not to assert any ownership right of any kind in the unsolicited submission against Company (including, but not limited to copyright, trademark, unfair competition, moral rights, or implied contract), you hereby grant Company a nonexclusive, perpetual, worldwide license and right (including any moral rights) to the unsolicited submission in every media and for every purpose now known or hereinafter discovered and you waive the right to receive any financial or other consideration in connection with such unsolicited submission including, but not limited to, credit. You release Company (and our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with your unsolicited submissions, including without limitation all claims for theft of ideas or copyright infringement.

4. Solicited Submission Policy. Where we have specifically invited or requested submissions, we encourage members and/or guests to submit user published content or user content (e.g. postings to chat rooms, webcam chats, forums, participation in communities, commenting on blogs, model submissions, photographer submissions, video rankings, reviews, etc.) to us that they have created for consideration in connection with this website and any related wireless and online broadcasts ("User Submissions"). User Submissions remain your intellectual property, and subject to Section 19(ii), you must have obtained all necessary consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the following license. By posting User Submissions on our website, you expressly grant Company a non-exclusive, perpetual,

irrevocable, royalty-free, fully paid-up worldwide, fully sub-licensable right (including any moral rights) to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, transmit, perform and display such content and your name, voice, and/or likeness as contained in your User Submission, in whole or in part, and in any form throughout the world in any media or technology, whether now known or hereafter discovered, including all promotion, advertising, marketing, merchandising, publicity and any other ancillary uses thereof, and including the unfettered right to sublicense such rights, in perpetuity throughout the universe. You forever release Company and its managers, officers, owners, members, agents subsidiaries, joint ventures, employees, other related entities and advertisers from any and all claims associated with using the User Submission and any associated identifying characteristics, including without limitation claims arising from rights of publicity, rights of privacy, any moral rights, infliction of emotional distress, trespass, trademark copyright, patent, trade secret, obscenity or defamation. All User Submissions are deemed non-confidential and Company shall be under no obligation to maintain the confidentiality of any information, in whatever form, contained in any User Submission.

5. Inappropriate User Submissions. We do not encourage, and do not seek, User Submissions that result from any activity that: (i) may create a risk of harm, loss, physical or mental injury, emotional distress, death, disability, disfigurement, or physical or mental illness to you, to any other person, or to any animal; (ii) may create a risk of any other loss or damage to any person or property; or (iii) may constitute a crime or tort. You agree that you have not and will not engage in any of the foregoing activities in connection with producing your submission. Without limiting the foregoing, you agree that in conjunction with your submission, you will not inflict emotional distress on other people, will not humiliate other people (publicly or otherwise), will not assault or threaten other people, will not enter onto private property without permission, and will not otherwise engage in any activity that may result in injury, death, property damage, and/or liability of any kind. Company will reject any submissions in which Company believes, in its sole discretion, that any such activities have occurred. If notified by a user of a submission that allegedly violates any provision of these Terms and Conditions, Company reserves the right to determine, in its sole discretion, if such a violation has occurred, and to remove any such submission from this website.

6. Advertising Rights. We reserve the right to sell, license and/or display any advertising, attribution, links, promotional and/or distribution rights in connection with this website or your User Submissions, and Company and its licensors or affiliates will be entitled to retain any and all revenue generated from any sales or licenses of such advertising, attribution, links, or promotional or distribution rights. Nothing in these additional terms obligates or may be deemed to obligate Company to sell, license or offer to sell or license any advertising, promotion or distribution rights.

7. Subscriptions and Orders. Details of the subscription levels and the Services available for purchase are set out on this website. All prices are displayed inclusive of all taxes. All features, content, specifications, subscription levels, the Services, and prices described or depicted on this website are

subject to change at any time without notice. The inclusion of any products or the Services on this website at a particular time does not imply or warrant that these products or the Services will be available at any time. By placing an order, you represent that the Services will be used only in a lawful manner. If you choose a recurring subscription option, you acknowledge that your subscription will renew automatically at the end of your subscription period until you request a cancellation and you authorize us (or our service provider) to charge your chosen payment method to pay the recurring fees for the subscription. Payment processing is managed by a third party vendor. When you purchase a subscription or any of the Services, you will leave this website and you may be subject to additional terms and conditions.

8. Refund Policy. You may request a one-time refund for the Services purchased for this website in the event that you are not satisfied or for any reason within 90 days. The Services, subscription and access to this website will be terminated upon such refund. You may not create multiple accounts and request multiple refunds. Certain jurisdictions may provide additional statutory rights. Nothing herein is meant to limit your return or cancellation rights under local law. To request a refund, please contact support@SexArt.com.

9. Accuracy of Information. We attempt to ensure that information on this website is complete, accurate and current. Despite our efforts, the information on this website may occasionally be inaccurate, incomplete or out of date. We make no representation as to the completeness, accuracy or currency of any information on this website. In addition, we may make changes in information about price and availability without notice. While it is our practice to confirm subscriptions by email, the receipt of an email confirmation does not constitute our acceptance of a subscription order or our confirmation of an offer to sell a subscription. We reserve the right, without prior notice, to limit the order quantity on any service or subscription level and/or to refuse the Services to any customer. We also may require verification of information prior to the acceptance of any order.

10. Linking to this Website. Creating or maintaining any link from another website to any page on this website except through our Affiliate Program MetArt Money is prohibited. Running or displaying this website or any information or material displayed on this website in frames or through similar means on another website without our prior written permission is prohibited. Any permitted links to this website must comply will all applicable laws, rule and regulations.

11. Third Party Links. From time to time, this website may contain links to websites that are not owned, operated or controlled by Company or its affiliates. For example, you will leave this website and enter a third party payment processor website when you make a payment for the Services. All such links are provided solely as a convenience to you. If you use these links, you will leave this website. Neither we nor any of our respective affiliates are responsible for any content, materials or other information located on or accessible from any other website. Neither we nor any of our respective affiliates endorse, guarantee, or make any representations or warranties regarding any other websites, or any content, materials or other information located or accessible from any other websites, or the results that you may

obtain from using any other websites. If you decide to access any other websites linked to or from this website, you do so entirely at your own risk.

12. Conduct and Inappropriate Material. You acknowledge that this website may contain material that may be inappropriate for minors. You are prohibited from: (i) contacting any model, performer, photographer or other users by means external to this website; (ii) using this website to advertise, solicit, or promote any service or product; and (iii) posting or sending any unlawful, offensive, harmful, abusive, threatening, defamatory, libelous, obscene, pornographic (including any representation of minors engaged in intimate physical contact or sexual situations) or profane material or any material that could constitute or encourage conduct that would be considered a criminal offense or give rise to civil liability, or otherwise violate any law. Such violations may subject you or your agents to civil and criminal penalties. You further understand and agree that sending unsolicited advertisements to any user of this website or this website or through voice computer systems is expressly prohibited by these Terms and Conditions. Any such unauthorized use of our computer systems is a violation of these Terms and Conditions and applicable "anti-spam" laws. In addition to any remedies that we may have at law or in equity, if we determine, in our sole discretion, that you have violated or are likely to violate the foregoing prohibitions, we may take any action we deem necessary to cure or prevent the violation, including without limitation, the immediate removal of the related materials from this website and/or suspension of your access to this website. We will fully cooperate with any law enforcement authorities or court order or subpoena requesting or directing us to disclose the identity of anyone posting such materials. If your account is terminated by Company for inappropriate behavior or breach of these Terms and Conditions, you may not create a new account without Company's prior written consent.

13. Account Registration and Security. You understand that you may need to create an account to have access to all of the parts of this website. In consideration of your use of this website, you will: (a) provide true, accurate, current and complete information about yourself as prompted by this website's registration form (such information being the "Registration Data") and (b) maintain and promptly update the Registration Data to keep it true, accurate, current and complete. If you provide any information that is untrue, inaccurate, not current or incomplete, or Company has reasonable grounds to suspect that such information is untrue, inaccurate, not current or incomplete, Company has the right to suspend or terminate your account and refuse any and all current or future use of this website (or any portion thereof). You are entirely responsible for the security and confidentiality of your password and account. Furthermore, you are entirely responsible for any and all activities that occur under your account. You agree to immediately notify us of any unauthorized use of your account or any other breach of security of which you become aware. You are responsible for taking precautions and providing security measures best suited for your situation and intended use of the Services and this website. We have the right to provide user billing, account, Content or use records, and related information under certain circumstances (such as in response to legal responsibility, lawful process, orders, subpoenas, or warrants, or to protect our rights, customers or business). Please note that anyone able to provide your personally identifiable information will be able to access your account so you should take reasonable

steps to protect this information.

14. User Published Content. User published Content does not represent the views of Company or any individual associated with Company, and we do not control this Content. In no event shall you represent or suggest, directly or indirectly, Company's endorsement of user published Content. Company does not vouch for the accuracy or credibility of any user published Content on our website, and does not take any responsibility or assume any liability for any actions you may take as a result of reading user published Content on our website. Through your use of this website and the Services, you may be exposed to Content that you may find offensive, objectionable, harmful, inaccurate or deceptive. There may also be risks of dealing with people acting under false pretense, international trade issues and foreign nationals. By using our website, you assume all associated risks.

15. Fees. For all charges for any of the Services sold on this website, Company (or our service provider) will bill your credit card or alternative payment method offered by Company. In the event legal action is necessary to collect on balances due, you agree to reimburse Company for all expenses incurred to recover sums due, including attorneys' fees and other legal expenses. You are responsible for purchase of, and payment of charges for, all Internet access services and telecommunications services needed for use of this website.

16. Access and Interference. We make no promise that this website and the Services are appropriate or available for use in locations outside the United States ("Territory"), and accessing this website from territories where its contents are illegal or unlawful is prohibited. If you choose to access this website from locations outside the Territory, you do so at your own risk. It is your responsibility to ascertain and obey all applicable local, state, federal and international laws (including minimum age requirements) in regard to the use of this website or any of the Services. You agree that you will not use any robot, spider, scraper or other automated means to access this website for any purpose without our express written permission. If you attempt to access this website excessively with multiple login credentials, we may flag your use as a security risk and suspend access to this website. Additionally, you agree that you will not: (i) take any action that imposes, or may impose in our sole discretion an unreasonable or disproportionately large load on our infrastructure; (ii) interfere or attempt to interfere with the proper working of this website or any activities conducted on this website; (iii) bypass any measures we may use to prevent or restrict access to this website; or (iv) disrupt the interaction of other users of this website or the Services.

17. Force Majeure. Neither Company nor you shall be responsible for damages or for delays or failures in performance resulting from acts or occurrences beyond their reasonable control, including, without limitation: fire, lightning, explosion, power surge or failure, water, acts of God, war, revolution, civil commotion or acts of civil or military authorities or public enemies: any law, order, regulation, ordinance, or requirement of any government or legal body or any representative of any such government or legal body; or labor unrest, including without limitation, strikes, slowdowns, picketing, or boycotts; inability to secure raw materials, transportation facilities, fuel or energy shortages, or acts or omissions of other

common carriers.

18. Representations and Warranties. You shall be solely responsible for your own User Submissions and the consequences of posting or publishing them. In connection with this Agreement, you affirm, represent and warrant the following: (i) you are at least 18 years old and have the right and authority to enter into this Agreement, and are fully able and competent to satisfy the terms, conditions and obligations herein; (ii) you have obtained all consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the licenses in Sections 3 and 4; (iii) if necessary you have the written consent of each and every identifiable natural person in a User Submission to use such persons name or likeness in the manner contemplated by this website and this Agreement, and each such person has released you from any liability that may arise in relation to such use; (iv) you have read, understood, agree with, and will abide by the terms of this Agreement; (v) you are not, and have not been an agent of Company and were not and are not acting on behalf of, or as a representative of, Company or any other party in connection with any User Submission; (vi) any User Submission and Company use thereof as contemplated by this Agreement and this website will not infringe any rights of any third party, including but not limited to any intellectual property rights, privacy rights and rights of publicity; (vii) you are not, nor is any other person who appears in any of your User Submissions, a current member of the Screen Actors Guild (SAG), the American Federation of Television and Radio Actors (AFTRA) or any other rights society; (viii) you have not and will not engage in any of the following in connection with the production of, your appearance in, or contribution(s) to your User Submission: infliction of injury to any person or animal, humiliation of any person (whether public or private), infliction of emotional distress on any person, assault or battery of any person, damage to any property without permission, entry on any property without permission, or any other act or omission that could give rise to civil and/or criminal liability; (ix) your User Submission does not contain: (a) material falsehoods or misrepresentations that could harm Company or any third party; (b) content that is unlawful, obscene, defamatory, libelous, threatening, harassing or encourages conduct that would be considered a criminal offense, give rise to civil liability or violate any law; (c) advertisements, promotions or solicitations of business; or (d) impersonations of third parties, other than those which are readily apparent.

19. DISCLAIMERS. Your use of this website is at your own risk. THE CONTENT, INFORMATION, MATERIALS AND THE SERVICES PROVIDED ON OR THROUGH THIS WEBSITE ARE PROVIDED "AS IS" WITHOUT ANY WARRANTIES OF ANY KIND INCLUDING WARRANTIES OF MERCHANTABILITY, TITLE, FITNESS FOR A PARTICULAR PURPOSE, SECURITY OR NON-INFRINGEMENT OF INTELLECTUAL PROPERTY. NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES WARRANT THE ACCURACY OR COMPLETENESS OF THE CONTENT, INFORMATION, MATERIALS OR SERVICES PROVIDED ON OR THROUGH THIS WEBSITE. THE CONTENT, INFORMATION, MATERIALS AND SERVICES PROVIDED ON OR THROUGH THIS WEBSITE MAY BE OUT OF DATE, AND NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES MAKES ANY COMMITMENT OR ASSUMES ANY DUTY TO UPDATE SUCH CONTENT, INFORMATION,

MATERIALS OR THE SERVICES. THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, WE HEREBY DISCLAIM ALL WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, ANY IMPLIED WARRANTIES WITH RESPECT TO THE CONTENT AND THE SERVICES. THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED FROM COMPANY OR THROUGH THIS WEBSITE AND THE SERVICES WILL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN.

20. LIMITATIONS OF LIABILITY. Company does not assume any responsibility, or will be liable, for any damages to, or any viruses that may infect your computer, device, telecommunication equipment, or other property caused by or arising from your access to, use of, or browsing this website, or your downloading of any Content, information or materials from this website. IN NO EVENT WILL COMPANY, OR ANY OF ITS OFFICERS, DIRECTORS, EMPLOYEES, SHAREHOLDERS, AFFILIATES, AGENTS, SUCCESSORS OR ASSIGNS, NOR ANY PARTY INVOLVED IN THE CREATION, PRODUCTION OR TRANSMISSION OF THIS WEBSITE, BE LIABLE TO YOU OR ANYONE ELSE FOR ANY INDIRECT, SPECIAL, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, THOSE RESULTING FROM LOST PROFITS, LOST DATA OR BUSINESS INTERRUPTION) ARISING OUT OF THE USE, INABILITY TO USE, OR THE RESULTS OF USE OF THIS WEBSITE, ANY websiteS LINKED TO THIS WEBSITE, OR THE CONTENT, MATERIALS, INFORMATION OR SERVICES CONTAINED ON ANY OR ALL SUCH websiteS, WHETHER BASED ON WARRANTY, CONTRACT, TORT OR ANY OTHER LEGAL THEORY AND WHETHER OR NOT ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. YOU SPECIFICALLY ACKNOWLEDGE THAT COMPANY SHALL NOT BE LIABLE FOR USER SUBMISSIONS OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY, AND THAT THE RISK OF HARM OR DAMAGE FROM THE FOREGOING RESTS ENTIRELY WITH YOU. THE FOREGOING LIMITATIONS OF LIABILITY DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

IN THE EVENT OF ANY PROBLEM WITH THIS WEBSITE OR ANY CONTENT OR THE SERVICES, YOU AGREE THAT YOUR SOLE REMEDY IS TO CEASE USING THIS WEBSITE. IN THE EVENT OF ANY PROBLEM WITH THE SERVICES THAT YOU HAVE PURCHASED ON OR THROUGH THIS WEBSITE, YOU AGREE THAT YOUR SOLE REMEDY, IF ANY, IS TO SEEK A REFUND FOR SUCH SERVICES IN ACCORDANCE WITH THE REFUND POLICIES POSTED ON THIS WEBSITE. IN NO EVENT SHALL COMPANY'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE), OR

OTHERWISE EXCEED THE GREATER OF (A) TWENTY FIVE DOLLARS (US $25.00) OR (B) THE VALUE OF YOUR PURCHASE ON THIS WEBSITE.

21. Indemnity. You agree to defend, indemnify and hold Company and our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities harmless from any and all liabilities, costs, and expenses, including reasonable attorneys' fees, related to or in connection with (i) the use of this website or the Internet or your placement or transmission of any message or information on this website by you or your authorized users; (ii) your violation of any term of this Agreement, including without limitation, your breach of any of the representations and warranties above; (iii) your violation of any third party right, including without limitation any right of privacy, publicity rights or intellectual property rights; (iv) your violation of any law, rule or regulation of the United States or any other country; (v) any claim or damages that arise as a result of any User Submission that you provide to Company; or (vi) any other party's access and use of this website with your unique username, password or other appropriate security code.

22. Release. In the event that you have a dispute with one or more other users of this website, you release Company (and all of our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with such disputes.

23. Termination. You or we may suspend or terminate your account or your use of this website at any time, for any reason or for no reason. You are personally liable for any orders placed or charges incurred through your account prior to termination. We may also block your access to this website in the event that (a) you breach these Terms and Conditions; (b) we are unable to verify or authenticate any information you provide to us; or (c) we believe that your actions may cause financial loss or legal liability for you, our users or us.

24. General. Any claim relating to, and the use of, this website and the Content and materials contained herein is governed by the laws of the state of California (other than conflicts of laws principals). You consent to the exclusive jurisdiction of the state and federal courts located in California. A printed version of these Terms and Conditions will be admissible in judicial and administrative proceedings based upon or relating to these Terms and Conditions to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form.
We do not guarantee continuous, uninterrupted or secure access to our website or the Services, and operation of this website may be interfered with by numerous factors outside of our control. If any provision of these Terms and Conditions is held to be invalid or unenforceable, such provision shall be struck and the remaining provisions shall be enforced. You agree that these Terms and Conditions and all incorporated agreements may be automatically assigned by Company in our sole discretion. Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section. Our failure to act with respect to a breach by you or others does not waive our

right to act with respect to subsequent or similar breaches. These Terms and Conditions set forth the entire understanding and agreement between us with respect to the subject matter hereof. All terms and conditions stated in these Terms and Conditions which protect or act in favor of Company in any way shall survive any termination or expiration of this Agreement.

25. DIGITAL MILLENNIUM COPYRIGHT ACT ("DMCA") NOTICE. In operating this website, we may act as a "services provider" (as defined by DMCA) and offer services as online provider of materials and links to third party websites. As a result, third party materials that we do not own or control may be transmitted, stored, accessed or otherwise made available using this website. Company has in place certain legally mandated procedures regarding allegations of copyright infringement occurring on this website. Company has adopted a policy that provides for the immediate removal of any content or the suspension of any user that is found to have infringed on the rights of Company or of a third party, or that has otherwise violated any intellectual property laws or regulations, or any of the terms and conditions of this Agreement. If you believe any material available via this website infringes a copyright, you should notify us using the notice procedure for claimed infringement under the DMCA (17 U.S.C. Sect. 512(c)(2)). We will respond expeditiously to remove or disable access to the material claimed to be infringing and will follow the procedures specified in the DMCA to resolve the claim between the notifying party and the alleged infringer who provided the Content.

Please provide the following notice:

1. Identify the copyrighted work or other intellectual property that you claim has been infringed; 2. Identify the material on this website that you claim is infringing, with enough detail so that we may locate it on this website; 3. A statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; 4. A statement by you declaring under penalty of perjury that (a) the above information in your notice is accurate, and (b) that you are the owner of the copyright interest involved or that you are authorized to act on behalf of that owner; 5. Your address, telephone number, and email address; and 6. Your physical or electronic signature.

We may give notice to our users of any infringement notice by means of a general notice on any of our websites, electronic mail to a user's e-mail address in our records, or by written communication sent by first-class mail to a user's physical address in our records. If you receive such an infringement notice, you may provide counter-notification in writing to the designated agent that includes the information below. To be effective, the counter-notification must be a written communication that includes the following:

1. Your physical or electronic signature; 2. Identification of the material that has been removed or to which access has been disabled, and the location at which the material appeared before it was removed or access to it was disabled; 3. A statement from you under the penalty of perjury, that you have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled; and 4. Your name, physical address and telephone number, and a

statement that you consent to the jurisdiction of a Federal District Court for the judicial district in which your physical address is located, or if your physical address is outside of the United States, for any judicial district in which we may be found, and that you will accept service of process from the person who provided notification of allegedly infringing material or an agent of such person.

26. Entire Agreement. These Terms and Conditions are the entire agreement between you and Company and supersede any prior understandings or agreements (written or oral).

27. Additional Assistance. If you do not understand any of these Terms and Conditions or if you have any questions or comments, we invite you to contact our Customer Service Department by email at support@SexArt.com.

Copyright Notice. All Site design, graphics, text selections, arrangements, and all software are protected under copyright laws. ALL RIGHTS RESERVED.

Last Updated: September 1, 2015

- Newsletter**Sign up** for our newsletter and get **new deals** and **discounts** directly on your email *for free*
- Amazing Content

2/29/2016                                                                              Stunning18 - Terms

▼ MetArt Network



Home   Member's Login   Advanced Search

Search Site

| UPDATES | TOP PHOTOS | MOVIES | MODELS | LIVE CAMS | GET ACCESS | | + Recents | Options | Network |

# TERMS

PLEASE CAREFULLY READ THESE TERMS AND CONDITIONS. YOU ARE BOUND BY THEM. By visiting this website or by purchasing or using any products, services, or other aspect of this website (which together are referred to as the "Services"), you are agreeing to be bound by all provisions stated in these terms and conditions (these "Terms and Conditions") and all provisions stated in this website's Privacy Policy. By purchasing or using the Services, you are entering into a binding agreement between you and ICF Technology, Inc. ICF Technology, Inc is referred to in these Terms and Conditions as "Company," "we," or "us." If you do not agree to these Terms and Conditions, then do not use this website and please exit immediately.

We reserve the right, in our sole discretion, to modify or revise these Terms and Conditions. You agree to be bound by any such modifications or revisions. You should periodically review the most up-to-date version of these Terms and Conditions on our website. Any modified or revised terms will apply to any purchase made after such modifications or revisions are posted on this website. Additional terms and conditions may apply to the purchase of the Services, such as billing and refund policies. By using this website, you agree to be bound by such terms and conditions.

BY USING THIS WEBSITE, YOU REPRESENT AND WARRANT THAT YOU ARE AT LEAST EIGHTEEN YEARS OLD.

1. Copyright and Ownership. All of the content featured or displayed on this website, including without limitation text, graphics, photographs, images, moving images, sound, and illustrations ("Content"), is owned by Company, its licensors, vendors, agents and/or its Content providers. All elements of this website, including without limitation the general design and the Content, are protected by trade dress, copyright, moral rights, trademark and other laws relating to intellectual property rights. The Services and this website may only be used for the intended purpose for which this website and the Services are being made available. Except as may be otherwise indicated in specific documents within this website, you are authorized to view, play, print and download Content for personal, informational, and noncommercial purposes only. You may not modify any of the Content and you may not copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer or sell any Content, information or work contained on this website. Except as authorized under the copyright laws, you are responsible for obtaining permission before reusing any copyrighted material that is available on this website. For purposes of these Terms and Conditions, the use of any such material on any other website or networked computer environment is prohibited. You shall comply with all applicable domestic and international laws, statutes, ordinances and regulations regarding your use of this website and the Services. This website, its Content and all related rights shall remain the exclusive property of Company or its licensors unless otherwise expressly agreed. You will not remove any copyright, trademark or other proprietary notices from material found on this website. Company may change or remove Content from time-to-time. Content that you have previously downloaded, tagged as a "favorite," or included in a "gallery" may be removed from this website at any time without notice to you, including upon termination of this Agreement or suspension of your account.

2. Trademarks. All trademarks, service marks and trade names of Company used herein (including but not limited to: the Company name, the Company corporate logo, this website name, this website design, and any logos) (collectively "Marks") are trademarks or registered trademarks of Company or its affiliates, partners, vendors or licensors. You may not use, copy, reproduce, republish, upload, post, transmit, distribute, or modify Company trademarks in any way, including in advertising or publicity pertaining to distribution of materials on this website, without Company's prior written consent. The use of Company trademarks on any other website or network computer environment is not allowed. Company prohibits the use of Company trademarks as a "hot" link on or to any other website unless establishment of such a link is approved in advance.

3. Unsolicited Submissions Policy. Except where we specifically request comments or submissions, we do not accept or consider creative ideas, suggestions, or materials other than those we have specifically requested. This policy is designed to avoid misunderstandings if projects developed by our professional staff seem to others to be similar to their own creative work. Accordingly, we request that you not submit any creative ideas, suggestions, or materials except where specifically requested or solicited. If you do send us an unsolicited submission, you agree not to assert any ownership right of any kind in the unsolicited submission against Company (including, but not limited to copyright, trademark, unfair competition, moral rights, or implied contract), you hereby grant Company a nonexclusive, perpetual, worldwide license and right (including any moral rights) to the unsolicited submission in every media and for every purpose now known or hereinafter discovered and you waive the right to receive any financial or other consideration in connection with such unsolicited submission including, but not limited to, credit. You release Company (and our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with your unsolicited submissions, including without limitation all claims for theft of ideas or copyright infringement.

4. Solicited Submission Policy. Where we have specifically invited or requested submissions, we encourage

members and/or guests to submit user published content or user content (e.g. postings to chat rooms, webcam chats, forums, participation in communities, commenting on blogs, model submissions, photographer submissions, video rankings, reviews, etc.) to us that they have created for consideration in connection with this website and any related wireless and online broadcasts ("User Submissions"). User Submissions remain your intellectual property, and subject to Section 19(ii), you must have obtained all necessary consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the following license. By posting User Submissions on our website, you expressly grant Company a non-exclusive, perpetual, irrevocable, royalty-free, fully paid-up worldwide, fully sub-licensable right (including any moral rights) to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, transmit, perform and display such content and your name, voice, and/or likeness as contained in your User Submission, in whole or in part, and in any form throughout the world in any media or technology, whether now known or hereafter discovered, including all promotion, advertising, marketing, merchandising, publicity and any other ancillary uses thereof, and including the unfettered right to sublicense such rights, in perpetuity throughout the universe. You forever release Company and its managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, other related entities and advertisers from any and all claims associated with using the User Submission and any associated identifying characteristics, without limitation claims arising from rights of publicity, rights of privacy, any moral rights, infliction of emotional distress, trespass, trademark copyright, patent, trade secret, obscenity or defamation. All User Submissions are deemed non-confidential and Company shall be under no obligation to maintain the confidentiality of any information, in whatever form, contained in any User Submission.

5. Inappropriate User Submissions. We do not encourage, and do not seek, User Submissions that result from any activity that: (i) may create a risk of harm, loss, physical or mental injury, emotional distress, death, disability, disfigurement, or physical or mental illness to you, to any other person, or to any animal; (ii) may create a risk of any other loss or damage to any person or property; or (iii) may constitute a crime or tort. You agree that you have not and will not engage in any of the foregoing activities in connection with producing your submission. Without limiting the foregoing, you agree that in conjunction with your submission, you will not inflict emotional distress on other people, will not humiliate other people (publicly or otherwise), will not assault or threaten other people, will not enter onto private property without permission, and will not otherwise engage in any activity that may result in injury, death, property damage, and/or liability of any kind. Company will reject any submissions in which Company believes, in its sole discretion, that any such activities have occurred. If notified by a user of a submission that allegedly violates any provision of these Terms and Conditions, Company reserves the right to determine, in its sole discretion, if such a violation has occurred, and to remove any such submission from this website.

6. Advertising Rights. We reserve the right to sell, license and/or display any advertising, attribution, links, promotional and/or distribution rights in connection with this website or your User Submissions, and Company and its licensors or affiliates will be entitled to retain any and all revenue generated from any sales or licenses of such advertising, attribution, links, or promotional or distribution rights. Nothing in these additional terms obligates or may be deemed to obligate Company to sell, license or offer to sell or license any advertising, promotion or distribution rights.

7. Subscriptions and Orders. Details of the subscription levels and the Services available for purchase are set out on this website. All prices are displayed inclusive of all taxes. All features, content, specifications, subscription levels, the Services, and prices described or depicted on this website are subject to change at any time without notice. The inclusion of any products or the Services on this website at a particular time does not imply or warrant that these products or the Services will be available at any time. By placing an order, you represent that the Services will be used only in a lawful manner. If you choose a recurring subscription option, you acknowledge that your subscription will renew automatically at the end of your subscription period until you request a cancellation and you authorize us (or our service provider) to charge your chosen payment method to pay the recurring fees for the subscription. Payment processing is managed by a third party vendor. When you purchase a subscription or any of the Services, you will leave this website and may be subject to additional terms and conditions.

8. Refund Policy. You may request a one-time refund for the Services purchased for this website in the event that you are not satisfied or for any reason within 90 days. The Services, subscription and access to this website will be terminated upon such refund. You may not create multiple accounts and request multiple refunds. Certain jurisdictions may provide additional statutory rights. Nothing herein is meant to limit your return or cancellation rights under local law. To request a refund, please contact support@stunning18.com.

9. Accuracy of Information. We attempt to ensure that information on this website is complete, accurate and current. Despite our efforts, the information on this website may occasionally be inaccurate, incomplete or out of date. We make no representation as to the completeness, accuracy or currency of any information on this website. In addition, we may make changes in information about price and availability without notice. While it is our practice to confirm subscriptions by email, the receipt of an email confirmation does not constitute our acceptance of a subscription order or our confirmation of an offer to sell a subscription. We reserve the right, without prior notice, to limit the order quantity on any service or subscription level and/or to refuse the Services to any customer. We also may require verification of information prior to the acceptance of any order.

10. Linking to this Website. Creating or maintaining any link from another website to any page on this website except through our Affiliate Program MetArt Money is prohibited. Running or displaying this website or any information or material displayed on this website in frames or through similar means on another website without our prior written permission is prohibited. Any permitted links to this website must comply will all applicable laws, rule and regulations.

11. Third Party Links. From time to time, this website may contain links to websites that are not owned, operated or controlled by Company or its affiliates. For example, you will leave this website and enter a third party payment processor website when you make a payment for the Services. All such links are provided solely as a convenience to you. If you use these links, you will leave this website. Neither we nor any of our respective affiliates are responsible

for any content, materials or other information located on or accessible from any other website. Neither we nor any of our respective affiliates endorse, guarantee, or make any representations or warranties regarding any other websites, or any content, materials or other information located or accessible from any other websites, or the results that you may obtain from using any other websites. If you decide to access any other websites linked to or from this website, you do so entirely at your own risk.

12. Conduct and Inappropriate Material. You acknowledge that this website may contain material that may be inappropriate for minors. You are prohibited from: (i) contacting any model, performer, photographer or other users by means external to this website; (ii) using this website to advertise, solicit, or promote any service or product; and (iii) posting or sending any unlawful, offensive, harmful, abusive, threatening, defamatory, libelous, obscene, pornographic (including any representation of minors engaged in intimate physical contact or sexual situations) or profane material or any material that could constitute or encourage conduct that would be considered a criminal offense or give rise to civil liability, or otherwise violate any law. Such violations may subject you or your agents to civil and criminal penalties. You further understand and agree that sending unsolicited advertisements to any user of this website or this website or through voice computer systems is expressly prohibited by these Terms and Conditions. Any such unauthorized use of our computer systems is a violation of these Terms and Conditions and applicable "anti-spam" laws. In addition to any remedies that we may have at law or in equity, if we determine, in our sole discretion, that you have violated or are likely to violate the foregoing prohibitions, we may take any action we deem necessary to cure or prevent the violation, including without limitation, the immediate removal of the related materials from this website and/or suspension of your access to this website. We will fully cooperate with any law enforcement authorities or court order or subpoena requesting or directing us to disclose the identity of anyone posting such materials. If your account is terminated by Company for inappropriate behavior or breach of these Terms and Conditions, you may not create a new account without Company's prior written consent.

13. Account Registration and Security. You understand that you may need to create an account to have access to all of the parts of this website. In consideration of your use of this website, you will: (a) provide true, accurate, current and complete information about yourself as prompted by this website's registration form (such information being the "Registration Data") and (b) maintain and promptly update the Registration Data to keep it true, accurate, current and complete. If you provide any information that is untrue, inaccurate, not current or incomplete, or Company has reasonable grounds to suspect that such information is untrue, inaccurate, not current or incomplete, Company has the right to suspend or terminate your account and refuse any and all current or future use of this website (or any portion thereof). You are entirely responsible for the security and confidentiality of your password and account. Furthermore, you are entirely responsible for any and all activities that occur under your account. You agree to immediately notify us of any unauthorized use of your account or any other breach of security of which you become aware. You are responsible for taking precautions and providing security measures best suited for your situation and intended use of the Services and this website. We have the right to provide user billing, account, Content or use records, and related information under certain circumstances (such as in response to legal responsibility, lawful process, orders, subpoenas, or warrants, or to protect our rights, customers or business). Please note that anyone able to provide your personally identifiable information will be able to access your account so you should take reasonable steps to protect this information.

14. User Published Content. User published Content does not represent the views of Company or any individual associated with Company, and we do not control this Content. In no event shall you represent or suggest, directly or indirectly, Company's endorsement of user published Content. Company does not vouch for the accuracy or credibility of any user published Content on our website, and does not take any responsibility or assume any liability for any actions you may take as a result of reading user published Content on our website. Through your use of this website and the Services, you may be exposed to Content that you may find offensive, objectionable, harmful, inaccurate or deceptive. There may also be risks of dealing with people acting under false pretense, international trade issues and foreign nationals. By using our website, you assume all associated risks.

15. Fees. For all charges for any of the Services sold on this website, Company (or our service provider) will bill your credit card or alternative payment method offered by Company. In the event legal action is necessary to collect on balances due, you agree to reimburse Company for all expenses incurred to recover sums due, including attorneys' fees and other legal expenses. You are responsible for purchase of, and payment of charges for, all Internet access services and telecommunications services needed for use of this website.

16. Access and Interference. We make no promise that this website and the Services are appropriate or available for use in locations outside the United States ("Territory"), and accessing this website from territories where its contents are illegal or unlawful is prohibited. If you choose to access this website from locations outside the Territory, you do so at your own risk. It is your responsibility to ascertain and obey all applicable local, state, federal and international laws (including minimum age requirements) in regard to the use of this website or any of the Services. You agree that you will not use any robot, spider, scraper or other automated means to access this website for any purpose without our express written permission. If you attempt to access this website excessively with multiple login credentials, we may flag your use as a security risk and suspend access to this website. Additionally, you agree that you will not: (i) take any action that imposes, or may impose in our sole discretion an unreasonable or disproportionately large load on our infrastructure; (ii) interfere or attempt to interfere with the proper working of this website or any activities conducted on this website; (iii) bypass any measures we may use to prevent or restrict access to this website; or (iv) disrupt the interaction of other users of this website or the Services.

17. Force Majeure. Neither Company nor you shall be responsible for damages or for delays or failures in performance resulting from acts or occurrences beyond their reasonable control, including, without limitation: fire, lightning, explosion, power surge or failure, water, acts of God, war, revolution, civil commotion or acts of civil or military authorities or public enemies: any law, order, regulation, ordinance, or requirement of any government or legal body or any representative of any such government or legal body; or labor unrest, including without limitation, strikes, slowdowns, picketing, or boycotts; inability to secure raw materials, transportation facilities, fuel

or energy shortages, or acts or omissions of other common carriers.

18. Representations and Warranties. You shall be solely responsible for your own User Submissions and the consequences of posting or publishing them. In connection with this Agreement, you affirm, represent and warrant the following: (i) you are at least 18 years old and have the right and authority to enter into this Agreement, and are fully able and competent to satisfy the terms, conditions and obligations herein; (ii) you have obtained all consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the licenses in Sections 3 and 4; (iii) if necessary you have the written consent of each and every identifiable natural person in a User Submission to use such persons name or likeness in the manner contemplated by this website and this Agreement, and each such person has released you from any liability that may arise in relation to such use; (iv) you have read, understood, agree with, and will abide by the terms of this Agreement; (v) you are not, and have not been an agent of Company and were not and are not acting on behalf of, or as a representative of, Company or any other party in connection with any User Submission; (vi) any User Submission and Company use thereof as contemplated by this Agreement and this website will not infringe any rights of any third party, including but not limited to any intellectual property rights, privacy rights and rights of publicity; (vii) you are not, nor is any other person who appears in any of your User Submissions, a current member of the Screen Actors Guild (SAG), the American Federation of Television and Radio Actors (AFTRA) or any other rights society; (viii) you have not and will not engage in any of the following in connection with the production of, your appearance in, or contribution(s) to your User Submission: infliction of injury to any person or animal, humiliation of any person (whether public or private), infliction of emotional distress on any person, assault or battery of any person, damage to any property without permission, entry on any property without permission, or any other act or omission that could give rise to civil and/or criminal liability; (ix) your User Submission does not contain: (a) material falsehoods or misrepresentations that could harm Company or any third party; (b) content that is unlawful, obscene, defamatory, libelous, threatening, harassing or encourages conduct that would be considered a criminal offense, give rise to civil liability or violate any law; (c) advertisements, promotions or solicitations of business; or (d) impersonations of third parties, other than those which are readily apparent.

19. DISCLAIMERS. Your use of this website is at your own risk. THE CONTENT, INFORMATION, MATERIALS AND THE SERVICES PROVIDED ON OR THROUGH THIS WEBSITE ARE PROVIDED "AS IS" WITHOUT ANY WARRANTIES OF ANY KIND INCLUDING WARRANTIES OF MERCHANTABILITY, TITLE, FITNESS FOR A PARTICULAR PURPOSE, SECURITY OR NON-INFRINGEMENT OF INTELLECTUAL PROPERTY. NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES WARRANT THE ACCURACY OR COMPLETENESS OF THE CONTENT, INFORMATION, MATERIALS OR SERVICES PROVIDED ON OR THROUGH THIS WEBSITE. THE CONTENT, INFORMATION, MATERIALS AND SERVICES PROVIDED ON OR THROUGH THIS WEBSITE MAY BE OUT OF DATE, AND NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES MAKES ANY COMMITMENT OR ASSUMES ANY DUTY TO UPDATE SUCH CONTENT, INFORMATION, MATERIALS OR THE SERVICES. THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, WE HEREBY DISCLAIM ALL WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, ANY IMPLIED WARRANTIES WITH RESPECT TO THE CONTENT AND THE SERVICES. THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED FROM COMPANY OR THROUGH THIS WEBSITE AND THE SERVICES WILL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN.

20. LIMITATIONS OF LIABILITY. Company does not assume any responsibility, or will be liable, for any damages to, or any viruses that may infect your computer, device, telecommunication equipment, or other property caused by or arising from your access to, use of, or browsing this website, or your downloading of any Content, information or materials from this website. IN NO EVENT WILL COMPANY, OR ANY OF ITS OFFICERS, DIRECTORS, EMPLOYEES, SHAREHOLDERS, AFFILIATES, AGENTS, SUCCESSORS OR ASSIGNS, NOR ANY PARTY INVOLVED IN THE CREATION, PRODUCTION OR TRANSMISSION OF THIS WEBSITE, BE LIABLE TO YOU OR ANYONE ELSE FOR ANY INDIRECT, SPECIAL, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, THOSE RESULTING FROM LOST PROFITS, LOST DATA OR BUSINESS INTERRUPTION) ARISING OUT OF THE USE, INABILITY TO USE, OR THE RESULTS OF USE OF THIS WEBSITE, ANY websiteS LINKED TO THIS WEBSITE, OR THE CONTENT, MATERIALS, INFORMATION OR SERVICES CONTAINED ON ANY OR ALL SUCH websiteS, WHETHER BASED ON WARRANTY, CONTRACT, TORT OR ANY OTHER LEGAL THEORY AND WHETHER OR NOT ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. YOU SPECIFICALLY ACKNOWLEDGE THAT COMPANY SHALL NOT BE LIABLE FOR USER SUBMISSIONS OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY, AND THAT THE RISK OF HARM OR DAMAGE FROM THE FOREGOING RESTS ENTIRELY WITH YOU. THE FOREGOING LIMITATIONS OF LIABILITY DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.
IN THE EVENT OF ANY PROBLEM WITH THIS WEBSITE OR ANY CONTENT OR THE SERVICES, YOU AGREE THAT YOUR SOLE REMEDY IS TO CEASE USING THIS WEBSITE. IN THE EVENT OF ANY PROBLEM WITH THE SERVICES THAT YOU HAVE PURCHASED ON OR THROUGH THIS WEBSITE, YOU AGREE THAT YOUR SOLE REMEDY, IF ANY, IS TO SEEK A REFUND FOR SUCH SERVICES IN ACCORDANCE WITH THE REFUND POLICIES POSTED ON THIS WEBSITE. IN NO EVENT SHALL COMPANY'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE), OR OTHERWISE EXCEED THE GREATER OF (A) TWENTY FIVE DOLLARS (US $25.00) OR (B) THE VALUE OF YOUR PURCHASE ON THIS WEBSITE.

21. Indemnity. You agree to defend, indemnify and hold Company and our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities harmless from any and all liabilities, costs, and expenses, including reasonable attorneys' fees, related to or in connection with (i) the use of this website or the Internet or your placement or transmission of any message or information on this website by you or your authorized users; (ii) your violation of any term of this Agreement, including without limitation, your breach of any of the representations and warranties above; (iii) your violation of any third party right, including without limitation

any right of privacy, publicity rights or intellectual property rights; (iv) your violation of any law, rule or regulation of the United States or any other country; (v) any claim or damages that arise as a result of any User Submission that you provide to Company; or (vi) any other party's access and use of this website with your unique username, password or other appropriate security code.

22. Release. In the event that you have a dispute with one or more other users of this website, you release Company (and all of our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with such disputes.

23. Termination. You or we may suspend or terminate your account or your use of this website at any time, for any reason or for no reason. You are personally liable for any orders placed or charges incurred through your account prior to termination. We may also block your access to this website in the event that (a) you breach these Terms and Conditions; (b) we are unable to verify or authenticate any information you provide to us; or (c) we believe that your actions may cause financial loss or legal liability for you, our users or us.

24. General. Any claim relating to, and the use of, this website and the Content and materials contained herein is governed by the laws of the state of California (other than conflicts of laws principals). You consent to the exclusive jurisdiction of the state and federal courts located in California. A printed version of these Terms and Conditions will be admissible in judicial and administrative proceedings based upon or relating to these Terms and Conditions to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form.

We do not guarantee continuous, uninterrupted or secure access to our website or the Services, and operation of this website may be interfered with by numerous factors outside of our control. If any provision of these Terms and Conditions is held to be invalid or unenforceable, such provision shall be struck and the remaining provisions shall be enforced. You agree that these Terms and Conditions and all incorporated agreements may be automatically assigned by Company in our sole discretion. Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section. Our failure to act with respect to a breach by you or others does not waive our right to act with respect to subsequent or similar breaches. These Terms and Conditions set forth the entire understanding and agreement between us with respect to the subject matter hereof. All terms and conditions stated in these Terms and Conditions which protect or act in favor of Company in any way shall survive any termination or expiration of this Agreement.

25. DIGITAL MILLENNIUM COPYRIGHT ACT ("DMCA") NOTICE. In operating this website, we may act as a "services provider" (as defined by DMCA) and offer services as online provider of materials and links to third party websites. As a result, third party materials that we do not own or control may be transmitted, stored, accessed or otherwise made available using this website. Company has in place certain legally mandated procedures regarding allegations of copyright infringement occurring on this website. Company has adopted a policy that provides for the immediate removal of any content or the suspension of any user that is found to have infringed on the rights of Company or of a third party, or that has otherwise violated any intellectual property laws or regulations, or any of the terms and conditions of this Agreement. If you believe any material available via this website infringes a copyright, you should notify us using the notice procedure for claimed infringement under the DMCA (17 U.S.C. Sect. 512(c)(2)). We will respond expeditiously to remove or disable access to the material claimed to be infringing and will follow the procedures specified in the DMCA to resolve the claim between the notifying party and the alleged infringer who provided the Content.

Please provide the following notice:

1. Identify the copyrighted work or other intellectual property that you claim has been infringed; 2. Identify the material on this website that you claim is infringing, with enough detail so that we may locate it on this website; 3. A statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; 4. A statement by you declaring under penalty of perjury that (a) the above information in your notice is accurate, and (b) that you are the owner of the copyright interest involved or that you are authorized to act on behalf of that owner; 5. Your address, telephone number, and email address; and 6. Your physical or electronic signature.

We may give notice to our users of any infringement notice by means of a general notice on any of our websites, electronic mail to a user's e-mail address in our records, or by written communication sent by first-class mail to a user's physical address in our records. If you receive such an infringement notice, you may provide counter-notification in writing to the designated agent that includes the information below. To be effective, the counter-notification must be a written communication that includes the following:

1. Your physical or electronic signature; 2. Identification of the material that has been removed or to which access has been disabled, and the location at which the material appeared before it was removed or access to it was disabled; 3. A statement from you under the penalty of perjury, that you have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled; and 4. Your name, physical address and telephone number, and a statement that you consent to the jurisdiction of a Federal District Court for the judicial district in which your physical address is located, or if your physical address is outside of the United States, for any judicial district in which we may be found, and that you will accept service of process from the person who provided notification of allegedly infringing material or an agent of such person.

26. Entire Agreement. These Terms and Conditions are the entire agreement between you and Company and supersede any prior understandings or agreements (written or oral).

27. Additional Assistance. If you do not understand any of these Terms and Conditions or if you have any questions or comments, we invite you to contact our Customer Service Department by email at support@stunning18.com.

Copyright Notice. All Site design, graphics, text selections, arrangements, and all software are protected under

copyright laws. ALL RIGHTS RESERVED.

Last Updated: September 1, 2015

# NEWSLETTER

Email Address                    SUBSCRIBE

Get our newsletter and receive free
content right to your inbox!

| | |
|---|---|
| Home | Member's Login |
| Updates | Password Reset |
| Live Cams | Customer Support |
| Top Movies | Report Abuse |
| Top Models | Webmasters |
| Top Galleries | Philosophy |
| Top Images | Privacy |
| Stunning Blog | Terms |

GET ACCESS

> Free Preview

Already a member?    Login

| MetArt | SexArt | The Life Erotic | Erotic Beauty | Errotica Archives |
|---|---|---|---|---|

**18 U.S.C. 2257 Record-Keeping Requirements Compliance Statement**

Warning - This site contains adult material of a sexual nature - you must be of legal age in your area to view this material.
All materials on stunning18.com, are copyright © 2016 stunning18.com.
All models were at least 18 years of age when photographed.

# The Life Erotic - Terms

PLEASE CAREFULLY READ THESE TERMS AND CONDITIONS. YOU ARE BOUND BY THEM. By visiting this website or by purchasing or using any products, services, or other aspect of this website (which together are referred to as the "Services"), you are agreeing to be bound by all provisions stated in these terms and conditions (these "Terms and Conditions") and all provisions stated in this website's Privacy Policy. By purchasing or using the Services, you are entering into a binding agreement between you and ICF Technology, Inc. ICF Technology, Inc is referred to in these Terms and Conditions as "Company," "we," or "us." If you do not agree to these Terms and Conditions, then do not use this website and please exit immediately.

We reserve the right, in our sole discretion, to modify or revise these Terms and Conditions. You agree to be bound by any such modifications or revisions. You should periodically review the most up-to-date version of these Terms and Conditions on our website. Any modified or revised terms will apply to any purchase made after such modifications or revisions are posted on this website. Additional terms and conditions may apply to the purchase of the Services, such as billing and refund policies. By using this website, you agree to be bound by such terms and conditions.

BY USING THIS WEBSITE, YOU REPRESENT AND WARRANT THAT YOU ARE AT LEAST EIGHTEEN YEARS OLD.

1. Copyright and Ownership. All of the content featured or displayed on this website, including without limitation text, graphics, photographs, images, moving images, sound, and illustrations ("Content"), is owned by Company, its licensors, vendors, agents and/or its Content providers. All elements of this website, including without limitation the general design and the Content, are protected by trade dress, copyright, moral rights, trademark and other laws relating to intellectual property rights. The Services and this website may only be used for the intended purpose for which this website and the Services are being made available. Except as may be otherwise indicated in specific documents within this website, you are authorized to view, play, print and download Content for personal, informational, and noncommercial purposes only. You may not modify any of the Content and you may not copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer or sell any Content, information or work contained on this website. Except as authorized under the copyright laws, you are responsible for obtaining permission before reusing any copyrighted material that is available on this website. For purposes of these Terms and Conditions, the use of any such material on any other website or networked computer environment is prohibited. You shall comply with all applicable domestic and international laws, statutes, ordinances and regulations regarding your use of this website and the Services. This website, its Content and all related rights shall remain the exclusive property of Company or its licensors unless otherwise expressly agreed. You will not remove any copyright, trademark or other proprietary notices from material found on this website. Company may change or remove Content from

time-to-time. Content that you have previously downloaded, tagged as a "favorite," or included in a "gallery" may be removed from this website at any time without notice to you, including upon termination of this Agreement or suspension of your account.

2. Trademarks. All trademarks, service marks and trade names of Company used herein (including but not limited to: the Company name, the Company corporate logo, this website name, this website design, and any logos) (collectively "Marks") are trademarks or registered trademarks of Company or its affiliates, partners, vendors or licensors. You may not use, copy, reproduce, republish, upload, post, transmit, distribute, or modify Company trademarks in any way, including in advertising or publicity pertaining to distribution of materials on this website, without Company's prior written consent. The use of Company trademarks on any other website or network computer environment is not allowed. Company prohibits the use of Company trademarks as a "hot" link on or to any other website unless establishment of such a link is approved in advance.

3. Unsolicited Submissions Policy. Except where we specifically request comments or submissions, we do not accept or consider creative ideas, suggestions, or materials other than those we have specifically requested. This policy is designed to avoid misunderstandings if projects developed by our professional staff seem to others to be similar to their own creative work. Accordingly, we request that you not submit any creative ideas, suggestions, or materials except where specifically requested or solicited. If you do send us an unsolicited submission, you agree not to assert any ownership right of any kind in the unsolicited submission against Company (including, but not limited to copyright, trademark, unfair competition, moral rights, or implied contract), you hereby grant Company a nonexclusive, perpetual, worldwide license and right (including any moral rights) to the unsolicited submission in every media and for every purpose now known or hereinafter discovered and you waive the right to receive any financial or other consideration in connection with such unsolicited submission including, but not limited to, credit. You release Company (and our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with your unsolicited submissions, including without limitation all claims for theft of ideas or copyright infringement.

4. Solicited Submission Policy. Where we have specifically invited or requested submissions, we encourage members and/or guests to submit user published content or user content (e.g. postings to chat rooms, webcam chats, forums, participation in communities, commenting on blogs, model submissions, photographer submissions, video rankings, reviews, etc.) to us that they have created for consideration in connection with this website and any related wireless and online broadcasts ("User Submissions"). User Submissions remain your intellectual property, and subject to Section 19(ii), you must have obtained all necessary consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the following license. By posting User Submissions on our website, you expressly grant Company a non-exclusive, perpetual,

irrevocable, royalty-free, fully paid-up worldwide, fully sub-licensable right (including any moral rights) to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, transmit, perform and display such content and your name, voice, and/or likeness as contained in your User Submission, in whole or in part, and in any form throughout the world in any media or technology, whether now known or hereafter discovered, including all promotion, advertising, marketing, merchandising, publicity and any other ancillary uses thereof, and including the unfettered right to sublicense such rights, in perpetuity throughout the universe. You forever release Company and its managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, other related entities and advertisers from any and all claims associated with using the User Submission and any associated identifying characteristics, including without limitation claims arising from rights of publicity, rights of privacy, any moral rights, infliction of emotional distress, trespass, trademark copyright, patent, trade secret, obscenity or defamation. All User Submissions are deemed non-confidential and Company shall be under no obligation to maintain the confidentiality of any information, in whatever form, contained in any User Submission.

5. Inappropriate User Submissions. We do not encourage, and do not seek, User Submissions that result from any activity that: (i) may create a risk of harm, loss, physical or mental injury, emotional distress, death, disability, disfigurement, or physical or mental illness to you, to any other person, or to any animal; (ii) may create a risk of any other loss or damage to any person or property; or (iii) may constitute a crime or tort. You agree that you have not and will not engage in any of the foregoing activities in connection with producing your submission. Without limiting the foregoing, you agree that in conjunction with your submission, you will not inflict emotional distress on other people, will not humiliate other people (publicly or otherwise), will not assault or threaten other people, will not enter onto private property without permission, and will not otherwise engage in any activity that may result in injury, death, property damage, and/or liability of any kind. Company will reject any submissions in which Company believes, in its sole discretion, that any such activities have occurred. If notified by a user of a submission that allegedly violates any provision of these Terms and Conditions, Company reserves the right to determine, in its sole discretion, if such a violation has occurred, and to remove any such submission from this website.

6. Advertising Rights. We reserve the right to sell, license and/or display any advertising, attribution, links, promotional and/or distribution rights in connection with this website or your User Submissions, and Company and its licensors or affiliates will be entitled to retain any and all revenue generated from any sales or licenses of such advertising, attribution, links, or promotional or distribution rights. Nothing in these additional terms obligates or may be deemed to obligate Company to sell, license or offer to sell or license any advertising, promotion or distribution rights.

7. Subscriptions and Orders. Details of the subscription levels and the Services available for purchase are set out on this website. All prices are displayed inclusive of all taxes. All features, content, specifications, subscription levels, the Services, and prices described or depicted on this website are

subject to change at any time without notice. The inclusion of any products or the Services on this website at a particular time does not imply or warrant that these products or the Services will be available at any time. By placing an order, you represent that the Services will be used only in a lawful manner. If you choose a recurring subscription option, you acknowledge that your subscription will renew automatically at the end of your subscription period until you request a cancellation and you authorize us (or our service provider) to charge your chosen payment method to pay the recurring fees for the subscription. Payment processing is managed by a third party vendor. When you purchase a subscription or any of the Services, you will leave this website and you may be subject to additional terms and conditions.

8. Refund Policy. You may request a one-time refund for the Services purchased for this website in the event that you are not satisfied or for any reason within 90 days. The Services, subscription and access to this website will be terminated upon such refund. You may not create multiple accounts and request multiple refunds. Certain jurisdictions may provide additional statutory rights. Nothing herein is meant to limit your return or cancellation rights under local law. To request a refund, please contact support@thelifeerotic.com.

9. Accuracy of Information. We attempt to ensure that information on this website is complete, accurate and current. Despite our efforts, the information on this website may occasionally be inaccurate, incomplete or out of date. We make no representation as to the completeness, accuracy or currency of any information on this website. In addition, we may make changes in information about price and availability without notice. While it is our practice to confirm subscriptions by email, the receipt of an email confirmation does not constitute our acceptance of a subscription order or our confirmation of an offer to sell a subscription. We reserve the right, without prior notice, to limit the order quantity on any service or subscription level and/or to refuse the Services to any customer. We also may require verification of information prior to the acceptance of any order.

10. Linking to this Website. Creating or maintaining any link from another website to any page on this website except through our Affiliate Program MetArt Money is prohibited. Running or displaying this website or any information or material displayed on this website in frames or through similar means on another website without our prior written permission is prohibited. Any permitted links to this website must comply will all applicable laws, rule and regulations.

11. Third Party Links. From time to time, this website may contain links to websites that are not owned, operated or controlled by Company or its affiliates. For example, you will leave this website and enter a third party payment processor website when you make a payment for the Services. All such links are provided solely as a convenience to you. If you use these links, you will leave this website. Neither we nor any of our respective affiliates are responsible for any content, materials or other information located on or accessible from any other website. Neither we nor any of our respective affiliates endorse, guarantee, or make any representations or warranties regarding any other websites, or any content, materials or other information located or accessible from any other websites, or the results that you may

obtain from using any other websites. If you decide to access any other websites linked to or from this website, you do so entirely at your own risk.

12. Conduct and Inappropriate Material. You acknowledge that this website may contain material that may be inappropriate for minors. You are prohibited from: (i) contacting any model, performer, photographer or other users by means external to this website; (ii) using this website to advertise, solicit, or promote any service or product; and (iii) posting or sending any unlawful, offensive, harmful, abusive, threatening, defamatory, libelous, obscene, pornographic (including any representation of minors engaged in intimate physical contact or sexual situations) or profane material or any material that could constitute or encourage conduct that would be considered a criminal offense or give rise to civil liability, or otherwise violate any law. Such violations may subject you or your agents to civil and criminal penalties. You further understand and agree that sending unsolicited advertisements to any user of this website or this website or through voice computer systems is expressly prohibited by these Terms and Conditions. Any such unauthorized use of our computer systems is a violation of these Terms and Conditions and applicable "anti-spam" laws. In addition to any remedies that we may have at law or in equity, if we determine, in our sole discretion, that you have violated or are likely to violate the foregoing prohibitions, we may take any action we deem necessary to cure or prevent the violation, including without limitation, the immediate removal of the related materials from this website and/or suspension of your access to this website. We will fully cooperate with any law enforcement authorities or court order or subpoena requesting or directing us to disclose the identity of anyone posting such materials. If your account is terminated by Company for inappropriate behavior or breach of these Terms and Conditions, you may not create a new account without Company's prior written consent.

13. Account Registration and Security. You understand that you may need to create an account to have access to all of the parts of this website. In consideration of your use of this website, you will: (a) provide true, accurate, current and complete information about yourself as prompted by this website's registration form (such information being the "Registration Data") and (b) maintain and promptly update the Registration Data to keep it true, accurate, current and complete. If you provide any information that is untrue, inaccurate, not current or incomplete, or Company has reasonable grounds to suspect that such information is untrue, inaccurate, not current or incomplete, Company has the right to suspend or terminate your account and refuse any and all current or future use of this website (or any portion thereof). You are entirely responsible for the security and confidentiality of your password and account. Furthermore, you are entirely responsible for any and all activities that occur under your account. You agree to immediately notify us of any unauthorized use of your account or any other breach of security of which you become aware. You are responsible for taking precautions and providing security measures best suited for your situation and intended use of the Services and this website. We have the right to provide user billing, account, Content or use records, and related information under certain circumstances (such as in response to legal responsibility, lawful process, orders, subpoenas, or warrants, or to protect our rights, customers or business). Please note that anyone able to provide your personally identifiable information will be able to access your account so you should take reasonable

steps to protect this information.

14. User Published Content. User published Content does not represent the views of Company or any individual associated with Company, and we do not control this Content. In no event shall you represent or suggest, directly or indirectly, Company's endorsement of user published Content. Company does not vouch for the accuracy or credibility of any user published Content on our website, and does not take any responsibility or assume any liability for any actions you may take as a result of reading user published Content on our website. Through your use of this website and the Services, you may be exposed to Content that you may find offensive, objectionable, harmful, inaccurate or deceptive. There may also be risks of dealing with people acting under false pretense, international trade issues and foreign nationals. By using our website, you assume all associated risks.

15. Fees. For all charges for any of the Services sold on this website, Company (or our service provider) will bill your credit card or alternative payment method offered by Company. In the event legal action is necessary to collect on balances due, you agree to reimburse Company for all expenses incurred to recover sums due, including attorneys' fees and other legal expenses. You are responsible for purchase of, and payment of charges for, all Internet access services and telecommunications services needed for use of this website.

16. Access and Interference. We make no promise that this website and the Services are appropriate or available for use in locations outside the United States ("Territory"), and accessing this website from territories where its contents are illegal or unlawful is prohibited. If you choose to access this website from locations outside the Territory, you do so at your own risk. It is your responsibility to ascertain and obey all applicable local, state, federal and international laws (including minimum age requirements) in regard to the use of this website or any of the Services. You agree that you will not use any robot, spider, scraper or other automated means to access this website for any purpose without our express written permission. If you attempt to access this website excessively with multiple login credentials, we may flag your use as a security risk and suspend access to this website. Additionally, you agree that you will not: (i) take any action that imposes, or may impose in our sole discretion an unreasonable or disproportionately large load on our infrastructure; (ii) interfere or attempt to interfere with the proper working of this website or any activities conducted on this website; (iii) bypass any measures we may use to prevent or restrict access to this website; or (iv) disrupt the interaction of other users of this website or the Services.

17. Force Majeure. Neither Company nor you shall be responsible for damages or for delays or failures in performance resulting from acts or occurrences beyond their reasonable control, including, without limitation: fire, lightning, explosion, power surge or failure, water, acts of God, war, revolution, civil commotion or acts of civil or military authorities or public enemies: any law, order, regulation, ordinance, or requirement of any government or legal body or any representative of any such government or legal body; or labor unrest, including without limitation, strikes, slowdowns, picketing, or boycotts; inability to secure raw materials, transportation facilities, fuel or energy shortages, or acts or omissions of other

common carriers.

18. Representations and Warranties. You shall be solely responsible for your own User Submissions and the consequences of posting or publishing them. In connection with this Agreement, you affirm, represent and warrant the following: (i) you are at least 18 years old and have the right and authority to enter into this Agreement, and are fully able and competent to satisfy the terms, conditions and obligations herein; (ii) you have obtained all consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the licenses in Sections 3 and 4; (iii) if necessary you have the written consent of each and every identifiable natural person in a User Submission to use such persons name or likeness in the manner contemplated by this website and this Agreement, and each such person has released you from any liability that may arise in relation to such use; (iv) you have read, understood, agree with, and will abide by the terms of this Agreement; (v) you are not, and have not been an agent of Company and were not and are not acting on behalf of, or as a representative of, Company or any other party in connection with any User Submission; (vi) any User Submission and Company use thereof as contemplated by this Agreement and this website will not infringe any rights of any third party, including but not limited to any intellectual property rights, privacy rights and rights of publicity; (vii) you are not, nor is any other person who appears in any of your User Submissions, a current member of the Screen Actors Guild (SAG), the American Federation of Television and Radio Actors (AFTRA) or any other rights society; (viii) you have not and will not engage in any of the following in connection with the production of, your appearance in, or contribution(s) to your User Submission: infliction of injury to any person or animal, humiliation of any person (whether public or private), infliction of emotional distress on any person, assault or battery of any person, damage to any property without permission, entry on any property without permission, or any other act or omission that could give rise to civil and/or criminal liability; (ix) your User Submission does not contain: (a) material falsehoods or misrepresentations that could harm Company or any third party; (b) content that is unlawful, obscene, defamatory, libelous, threatening, harassing or encourages conduct that would be considered a criminal offense, give rise to civil liability or violate any law; (c) advertisements, promotions or solicitations of business; or (d) impersonations of third parties, other than those which are readily apparent.

19. DISCLAIMERS. Your use of this website is at your own risk. THE CONTENT, INFORMATION, MATERIALS AND THE SERVICES PROVIDED ON OR THROUGH THIS WEBSITE ARE PROVIDED "AS IS" WITHOUT ANY WARRANTIES OF ANY KIND INCLUDING WARRANTIES OF MERCHANTABILITY, TITLE, FITNESS FOR A PARTICULAR PURPOSE, SECURITY OR NON-INFRINGEMENT OF INTELLECTUAL PROPERTY. NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES WARRANT THE ACCURACY OR COMPLETENESS OF THE CONTENT, INFORMATION, MATERIALS OR SERVICES PROVIDED ON OR THROUGH THIS WEBSITE. THE CONTENT, INFORMATION, MATERIALS AND SERVICES PROVIDED ON OR THROUGH THIS WEBSITE MAY BE OUT OF DATE, AND NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES MAKES ANY COMMITMENT OR ASSUMES ANY DUTY TO UPDATE SUCH CONTENT, INFORMATION,

MATERIALS OR THE SERVICES. THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO
NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR
ANY SUCH PROHIBITIONS.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, WE HEREBY DISCLAIM ALL
WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, ANY IMPLIED
WARRANTIES WITH RESPECT TO THE CONTENT AND THE SERVICES. THE FOREGOING
EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW.
PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED FROM COMPANY OR
THROUGH THIS WEBSITE AND THE SERVICES WILL CREATE ANY WARRANTY NOT EXPRESSLY
MADE HEREIN.

20. LIMITATIONS OF LIABILITY. Company does not assume any responsibility, or will be liable, for any
damages to, or any viruses that may infect your computer, device, telecommunication equipment, or
other property caused by or arising from your access to, use of, or browsing this website, or your
downloading of any Content, information or materials from this website. IN NO EVENT WILL COMPANY,
OR ANY OF ITS OFFICERS, DIRECTORS, EMPLOYEES, SHAREHOLDERS, AFFILIATES, AGENTS,
SUCCESSORS OR ASSIGNS, NOR ANY PARTY INVOLVED IN THE CREATION, PRODUCTION OR
TRANSMISSION OF THIS WEBSITE, BE LIABLE TO YOU OR ANYONE ELSE FOR ANY INDIRECT,
SPECIAL, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT
LIMITATION, THOSE RESULTING FROM LOST PROFITS, LOST DATA OR BUSINESS
INTERRUPTION) ARISING OUT OF THE USE, INABILITY TO USE, OR THE RESULTS OF USE OF
THIS WEBSITE, ANY websiteS LINKED TO THIS WEBSITE, OR THE CONTENT, MATERIALS,
INFORMATION OR SERVICES CONTAINED ON ANY OR ALL SUCH websiteS, WHETHER BASED ON
WARRANTY, CONTRACT, TORT OR ANY OTHER LEGAL THEORY AND WHETHER OR NOT ADVISED
OF THE POSSIBILITY OF SUCH DAMAGES. YOU SPECIFICALLY ACKNOWLEDGE THAT COMPANY
SHALL NOT BE LIABLE FOR USER SUBMISSIONS OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL
CONDUCT OF ANY THIRD PARTY, AND THAT THE RISK OF HARM OR DAMAGE FROM THE
FOREGOING RESTS ENTIRELY WITH YOU. THE FOREGOING LIMITATIONS OF LIABILITY DO NOT
APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY
SUCH PROHIBITIONS.
IN THE EVENT OF ANY PROBLEM WITH THIS WEBSITE OR ANY CONTENT OR THE SERVICES, YOU
AGREE THAT YOUR SOLE REMEDY IS TO CEASE USING THIS WEBSITE. IN THE EVENT OF ANY
PROBLEM WITH THE SERVICES THAT YOU HAVE PURCHASED ON OR THROUGH THIS WEBSITE,
YOU AGREE THAT YOUR SOLE REMEDY, IF ANY, IS TO SEEK A REFUND FOR SUCH SERVICES IN
ACCORDANCE WITH THE REFUND POLICIES POSTED ON THIS WEBSITE. IN NO EVENT SHALL
COMPANY'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION
WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE), OR

OTHERWISE EXCEED THE GREATER OF (A) TWENTY FIVE DOLLARS (US $25.00) OR (B) THE VALUE OF YOUR PURCHASE ON THIS WEBSITE.

21. Indemnity. You agree to defend, indemnify and hold Company and our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities harmless from any and all liabilities, costs, and expenses, including reasonable attorneys' fees, related to or in connection with (i) the use of this website or the Internet or your placement or transmission of any message or information on this website by you or your authorized users; (ii) your violation of any term of this Agreement, including without limitation, your breach of any of the representations and warranties above; (iii) your violation of any third party right, including without limitation any right of privacy, publicity rights or intellectual property rights; (iv) your violation of any law, rule or regulation of the United States or any other country; (v) any claim or damages that arise as a result of any User Submission that you provide to Company; or (vi) any other party's access and use of this website with your unique username, password or other appropriate security code.

22. Release. In the event that you have a dispute with one or more other users of this website, you release Company (and all of our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with such disputes.

23. Termination. You or we may suspend or terminate your account or your use of this website at any time, for any reason or for no reason. You are personally liable for any orders placed or charges incurred through your account prior to termination. We may also block your access to this website in the event that (a) you breach these Terms and Conditions; (b) we are unable to verify or authenticate any information you provide to us; or (c) we believe that your actions may cause financial loss or legal liability for you, our users or us.

24. General. Any claim relating to, and the use of, this website and the Content and materials contained herein is governed by the laws of the state of California (other than conflicts of laws principals). You consent to the exclusive jurisdiction of the state and federal courts located in California. A printed version of these Terms and Conditions will be admissible in judicial and administrative proceedings based upon or relating to these Terms and Conditions to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form. We do not guarantee continuous, uninterrupted or secure access to our website or the Services, and operation of this website may be interfered with by numerous factors outside of our control. If any provision of these Terms and Conditions is held to be invalid or unenforceable, such provision shall be struck and the remaining provisions shall be enforced. You agree that these Terms and Conditions and all incorporated agreements may be automatically assigned by Company in our sole discretion. Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section. Our failure to act with respect to a breach by you or others does not waive our

right to act with respect to subsequent or similar breaches. These Terms and Conditions set forth the entire understanding and agreement between us with respect to the subject matter hereof. All terms and conditions stated in these Terms and Conditions which protect or act in favor of Company in any way shall survive any termination or expiration of this Agreement.

25. DIGITAL MILLENNIUM COPYRIGHT ACT ("DMCA") NOTICE. In operating this website, we may act as a "services provider" (as defined by DMCA) and offer services as online provider of materials and links to third party websites. As a result, third party materials that we do not own or control may be transmitted, stored, accessed or otherwise made available using this website. Company has in place certain legally mandated procedures regarding allegations of copyright infringement occurring on this website. Company has adopted a policy that provides for the immediate removal of any content or the suspension of any user that is found to have infringed on the rights of Company or of a third party, or that has otherwise violated any intellectual property laws or regulations, or any of the terms and conditions of this Agreement. If you believe any material available via this website infringes a copyright, you should notify us using the notice procedure for claimed infringement under the DMCA (17 U.S.C. Sect. 512(c)(2)). We will respond expeditiously to remove or disable access to the material claimed to be infringing and will follow the procedures specified in the DMCA to resolve the claim between the notifying party and the alleged infringer who provided the Content.

Please provide the following notice:

1. Identify the copyrighted work or other intellectual property that you claim has been infringed; 2. Identify the material on this website that you claim is infringing, with enough detail so that we may locate it on this website; 3. A statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; 4. A statement by you declaring under penalty of perjury that (a) the above information in your notice is accurate, and (b) that you are the owner of the copyright interest involved or that you are authorized to act on behalf of that owner; 5. Your address, telephone number, and email address; and 6. Your physical or electronic signature.

We may give notice to our users of any infringement notice by means of a general notice on any of our websites, electronic mail to a user's e-mail address in our records, or by written communication sent by first-class mail to a user's physical address in our records. If you receive such an infringement notice, you may provide counter-notification in writing to the designated agent that includes the information below. To be effective, the counter-notification must be a written communication that includes the following:

1. Your physical or electronic signature; 2. Identification of the material that has been removed or to which access has been disabled, and the location at which the material appeared before it was removed or access to it was disabled; 3. A statement from you under the penalty of perjury, that you have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled; and 4. Your name, physical address and telephone number, and a

statement that you consent to the jurisdiction of a Federal District Court for the judicial district in which your physical address is located, or if your physical address is outside of the United States, for any judicial district in which we may be found, and that you will accept service of process from the person who provided notification of allegedly infringing material or an agent of such person.

26. Entire Agreement. These Terms and Conditions are the entire agreement between you and Company and supersede any prior understandings or agreements (written or oral).

27. Additional Assistance. If you do not understand any of these Terms and Conditions or if you have any questions or comments, we invite you to contact our Customer Service Department by email at support@thelifeerotic.com.

Copyright Notice. All Site design, graphics, text selections, arrangements, and all software are protected under copyright laws. ALL RIGHTS RESERVED.

Last Updated: September 1, 2015

- Newsletter**Sign up** for our newsletter and get **new deals** and **discounts** directly on your email *for free*
- Amazing Content

# Viv Thomas - Terms

PLEASE CAREFULLY READ THESE TERMS AND CONDITIONS. YOU ARE BOUND BY THEM. By visiting this website or by purchasing or using any products, services, or other aspect of this website (which together are referred to as the "Services"), you are agreeing to be bound by all provisions stated in these terms and conditions (these "Terms and Conditions") and all provisions stated in this website's Privacy Policy. By purchasing or using the Services, you are entering into a binding agreement between you and ICF Technology, Inc. ICF Technology, Inc is referred to in these Terms and Conditions as "Company," "we," or "us." If you do not agree to these Terms and Conditions, then do not use this website and please exit immediately.

We reserve the right, in our sole discretion, to modify or revise these Terms and Conditions. You agree to be bound by any such modifications or revisions. You should periodically review the most up-to-date version of these Terms and Conditions on our website. Any modified or revised terms will apply to any purchase made after such modifications or revisions are posted on this website. Additional terms and conditions may apply to the purchase of the Services, such as billing and refund policies. By using this website, you agree to be bound by such terms and conditions.

BY USING THIS WEBSITE, YOU REPRESENT AND WARRANT THAT YOU ARE AT LEAST EIGHTEEN YEARS OLD.

1. Copyright and Ownership. All of the content featured or displayed on this website, including without limitation text, graphics, photographs, images, moving images, sound, and illustrations ("Content"), is owned by Company, its licensors, vendors, agents and/or its Content providers. All elements of this website, including without limitation the general design and the Content, are protected by trade dress, copyright, moral rights, trademark and other laws relating to intellectual property rights. The Services and this website may only be used for the intended purpose for which this website and the Services are being made available. Except as may be otherwise indicated in specific documents within this website, you are authorized to view, play, print and download Content for personal, informational, and noncommercial purposes only. You may not modify any of the Content and you may not copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer or sell any Content, information or work contained on this website. Except as authorized under the copyright laws, you are responsible for obtaining permission before reusing any copyrighted material that is available on this website. For purposes of these Terms and Conditions, the use of any such material on any other website or networked computer environment is prohibited. You shall comply with all applicable domestic and international laws, statutes, ordinances and regulations regarding your use of this website and the Services. This website, its Content and all related rights shall remain the exclusive property of Company or its licensors unless otherwise expressly agreed. You will not remove any copyright, trademark or other proprietary notices from material found on this website. Company may change or remove Content from

time-to-time. Content that you have previously downloaded, tagged as a "favorite," or included in a "gallery" may be removed from this website at any time without notice to you, including upon termination of this Agreement or suspension of your account.

2. Trademarks. All trademarks, service marks and trade names of Company used herein (including but not limited to: the Company name, the Company corporate logo, this website name, this website design, and any logos) (collectively "Marks") are trademarks or registered trademarks of Company or its affiliates, partners, vendors or licensors. You may not use, copy, reproduce, republish, upload, post, transmit, distribute, or modify Company trademarks in any way, including in advertising or publicity pertaining to distribution of materials on this website, without Company's prior written consent. The use of Company trademarks on any other website or network computer environment is not allowed. Company prohibits the use of Company trademarks as a "hot" link on or to any other website unless establishment of such a link is approved in advance.

3. Unsolicited Submissions Policy. Except where we specifically request comments or submissions, we do not accept or consider creative ideas, suggestions, or materials other than those we have specifically requested. This policy is designed to avoid misunderstandings if projects developed by our professional staff seem to others to be similar to their own creative work. Accordingly, we request that you not submit any creative ideas, suggestions, or materials except where specifically requested or solicited. If you do send us an unsolicited submission, you agree not to assert any ownership right of any kind in the unsolicited submission against Company (including, but not limited to copyright, trademark, unfair competition, moral rights, or implied contract), you hereby grant Company a nonexclusive, perpetual, worldwide license and right (including any moral rights) to the unsolicited submission in every media and for every purpose now known or hereinafter discovered and you waive the right to receive any financial or other consideration in connection with such unsolicited submission including, but not limited to, credit. You release Company (and our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with your unsolicited submissions, including without limitation all claims for theft of ideas or copyright infringement.

4. Solicited Submission Policy. Where we have specifically invited or requested submissions, we encourage members and/or guests to submit user published content or user content (e.g. postings to chat rooms, webcam chats, forums, participation in communities, commenting on blogs, model submissions, photographer submissions, video rankings, reviews, etc.) to us that they have created for consideration in connection with this website and any related wireless and online broadcasts ("User Submissions"). User Submissions remain your intellectual property, and subject to Section 19(ii), you must have obtained all necessary consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the following license. By posting User Submissions on our website, you expressly grant Company a non-exclusive, perpetual,

irrevocable, royalty-free, fully paid-up worldwide, fully sub-licensable right (including any moral rights) to use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, transmit, perform and display such content and your name, voice, and/or likeness as contained in your User Submission, in whole or in part, and in any form throughout the world in any media or technology, whether now known or hereafter discovered, including all promotion, advertising, marketing, merchandising, publicity and any other ancillary uses thereof, and including the unfettered right to sublicense such rights, in perpetuity throughout the universe. You forever release Company and its managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, other related entities and advertisers from any and all claims associated with using the User Submission and any associated identifying characteristics, including without limitation claims arising from rights of publicity, rights of privacy, any moral rights, infliction of emotional distress, trespass, trademark copyright, patent, trade secret, obscenity or defamation. All User Submissions are deemed non-confidential and Company shall be under no obligation to maintain the confidentiality of any information, in whatever form, contained in any User Submission.

5. Inappropriate User Submissions. We do not encourage, and do not seek, User Submissions that result from any activity that: (i) may create a risk of harm, loss, physical or mental injury, emotional distress, death, disability, disfigurement, or physical or mental illness to you, to any other person, or to any animal; (ii) may create a risk of any other loss or damage to any person or property; or (iii) may constitute a crime or tort. You agree that you have not and will not engage in any of the foregoing activities in connection with producing your submission. Without limiting the foregoing, you agree that in conjunction with your submission, you will not inflict emotional distress on other people, will not humiliate other people (publicly or otherwise), will not assault or threaten other people, will not enter onto private property without permission, and will not otherwise engage in any activity that may result in injury, death, property damage, and/or liability of any kind. Company will reject any submissions in which Company believes, in its sole discretion, that any such activities have occurred. If notified by a user of a submission that allegedly violates any provision of these Terms and Conditions, Company reserves the right to determine, in its sole discretion, if such a violation has occurred, and to remove any such submission from this website.

6. Advertising Rights. We reserve the right to sell, license and/or display any advertising, attribution, links, promotional and/or distribution rights in connection with this website or your User Submissions, and Company and its licensors or affiliates will be entitled to retain any and all revenue generated from any sales or licenses of such advertising, attribution, links, or promotional or distribution rights. Nothing in these additional terms obligates or may be deemed to obligate Company to sell, license or offer to sell or license any advertising, promotion or distribution rights.

7. Subscriptions and Orders. Details of the subscription levels and the Services available for purchase are set out on this website. All prices are displayed inclusive of all taxes. All features, content, specifications, subscription levels, the Services, and prices described or depicted on this website are

subject to change at any time without notice. The inclusion of any products or the Services on this website at a particular time does not imply or warrant that these products or the Services will be available at any time. By placing an order, you represent that the Services will be used only in a lawful manner. If you choose a recurring subscription option, you acknowledge that your subscription will renew automatically at the end of your subscription period until you request a cancellation and you authorize us (or our service provider) to charge your chosen payment method to pay the recurring fees for the subscription. Payment processing is managed by a third party vendor. When you purchase a subscription or any of the Services, you will leave this website and you may be subject to additional terms and conditions.

8. Refund Policy. You may request a one-time refund for the Services purchased for this website in the event that you are not satisfied or for any reason within 90 days. The Services, subscription and access to this website will be terminated upon such refund. You may not create multiple accounts and request multiple refunds. Certain jurisdictions may provide additional statutory rights. Nothing herein is meant to limit your return or cancellation rights under local law. To request a refund, please contact support@vivthomas.com.

9. Accuracy of Information. We attempt to ensure that information on this website is complete, accurate and current. Despite our efforts, the information on this website may occasionally be inaccurate, incomplete or out of date. We make no representation as to the completeness, accuracy or currency of any information on this website. In addition, we may make changes in information about price and availability without notice. While it is our practice to confirm subscriptions by email, the receipt of an email confirmation does not constitute our acceptance of a subscription order or our confirmation of an offer to sell a subscription. We reserve the right, without prior notice, to limit the order quantity on any service or subscription level and/or to refuse the Services to any customer. We also may require verification of information prior to the acceptance of any order.

10. Linking to this Website. Creating or maintaining any link from another website to any page on this website except through our Affiliate Program MetArt Money is prohibited. Running or displaying this website or any information or material displayed on this website in frames or through similar means on another website without our prior written permission is prohibited. Any permitted links to this website must comply will all applicable laws, rule and regulations.

11. Third Party Links. From time to time, this website may contain links to websites that are not owned, operated or controlled by Company or its affiliates. For example, you will leave this website and enter a third party payment processor website when you make a payment for the Services. All such links are provided solely as a convenience to you. If you use these links, you will leave this website. Neither we nor any of our respective affiliates are responsible for any content, materials or other information located on or accessible from any other website. Neither we nor any of our respective affiliates endorse, guarantee, or make any representations or warranties regarding any other websites, or any content, materials or other information located or accessible from any other websites, or the results that you may

obtain from using any other websites. If you decide to access any other websites linked to or from this website, you do so entirely at your own risk.

12. Conduct and Inappropriate Material. You acknowledge that this website may contain material that may be inappropriate for minors. You are prohibited from: (i) contacting any model, performer, photographer or other users by means external to this website; (ii) using this website to advertise, solicit, or promote any service or product; and (iii) posting or sending any unlawful, offensive, harmful, abusive, threatening, defamatory, libelous, obscene, pornographic (including any representation of minors engaged in intimate physical contact or sexual situations) or profane material or any material that could constitute or encourage conduct that would be considered a criminal offense or give rise to civil liability, or otherwise violate any law. Such violations may subject you or your agents to civil and criminal penalties. You further understand and agree that sending unsolicited advertisements to any user of this website or this website or through voice computer systems is expressly prohibited by these Terms and Conditions. Any such unauthorized use of our computer systems is a violation of these Terms and Conditions and applicable "anti-spam" laws. In addition to any remedies that we may have at law or in equity, if we determine, in our sole discretion, that you have violated or are likely to violate the foregoing prohibitions, we may take any action we deem necessary to cure or prevent the violation, including without limitation, the immediate removal of the related materials from this website and/or suspension of your access to this website. We will fully cooperate with any law enforcement authorities or court order or subpoena requesting or directing us to disclose the identity of anyone posting such materials. If your account is terminated by Company for inappropriate behavior or breach of these Terms and Conditions, you may not create a new account without Company's prior written consent.

13. Account Registration and Security. You understand that you may need to create an account to have access to all of the parts of this website. In consideration of your use of this website, you will: (a) provide true, accurate, current and complete information about yourself as prompted by this website's registration form (such information being the "Registration Data") and (b) maintain and promptly update the Registration Data to keep it true, accurate, current and complete. If you provide any information that is untrue, inaccurate, not current or incomplete, or Company has reasonable grounds to suspect that such information is untrue, inaccurate, not current or incomplete, Company has the right to suspend or terminate your account and refuse any and all current or future use of this website (or any portion thereof). You are entirely responsible for the security and confidentiality of your password and account. Furthermore, you are entirely responsible for any and all activities that occur under your account. You agree to immediately notify us of any unauthorized use of your account or any other breach of security of which you become aware. You are responsible for taking precautions and providing security measures best suited for your situation and intended use of the Services and this website. We have the right to provide user billing, account, Content or use records, and related information under certain circumstances (such as in response to legal responsibility, lawful process, orders, subpoenas, or warrants, or to protect our rights, customers or business). Please note that anyone able to provide your personally identifiable information will be able to access your account so you should take reasonable

steps to protect this information.

14. User Published Content. User published Content does not represent the views of Company or any individual associated with Company, and we do not control this Content. In no event shall you represent or suggest, directly or indirectly, Company's endorsement of user published Content. Company does not vouch for the accuracy or credibility of any user published Content on our website, and does not take any responsibility or assume any liability for any actions you may take as a result of reading user published Content on our website. Through your use of this website and the Services, you may be exposed to Content that you may find offensive, objectionable, harmful, inaccurate or deceptive. There may also be risks of dealing with people acting under false pretense, international trade issues and foreign nationals. By using our website, you assume all associated risks.

15. Fees. For all charges for any of the Services sold on this website, Company (or our service provider) will bill your credit card or alternative payment method offered by Company. In the event legal action is necessary to collect on balances due, you agree to reimburse Company for all expenses incurred to recover sums due, including attorneys' fees and other legal expenses. You are responsible for purchase of, and payment of charges for, all Internet access services and telecommunications services needed for use of this website.

16. Access and Interference. We make no promise that this website and the Services are appropriate or available for use in locations outside the United States ("Territory"), and accessing this website from territories where its contents are illegal or unlawful is prohibited. If you choose to access this website from locations outside the Territory, you do so at your own risk. It is your responsibility to ascertain and obey all applicable local, state, federal and international laws (including minimum age requirements) in regard to the use of this website or any of the Services. You agree that you will not use any robot, spider, scraper or other automated means to access this website for any purpose without our express written permission. If you attempt to access this website excessively with multiple login credentials, we may flag your use as a security risk and suspend access to this website. Additionally, you agree that you will not: (i) take any action that imposes, or may impose in our sole discretion an unreasonable or disproportionately large load on our infrastructure; (ii) interfere or attempt to interfere with the proper working of this website or any activities conducted on this website; (iii) bypass any measures we may use to prevent or restrict access to this website; or (iv) disrupt the interaction of other users of this website or the Services.

17. Force Majeure. Neither Company nor you shall be responsible for damages or for delays or failures in performance resulting from acts or occurrences beyond their reasonable control, including, without limitation: fire, lightning, explosion, power surge or failure, water, acts of God, war, revolution, civil commotion or acts of civil or military authorities or public enemies: any law, order, regulation, ordinance, or requirement of any government or legal body or any representative of any such government or legal body; or labor unrest, including without limitation, strikes, slowdowns, picketing, or boycotts; inability to secure raw materials, transportation facilities, fuel or energy shortages, or acts or omissions of other

common carriers.

18. Representations and Warranties. You shall be solely responsible for your own User Submissions and the consequences of posting or publishing them. In connection with this Agreement, you affirm, represent and warrant the following: (i) you are at least 18 years old and have the right and authority to enter into this Agreement, and are fully able and competent to satisfy the terms, conditions and obligations herein; (ii) you have obtained all consents, and possess all copyright, patent, trademark, trade secret and any other proprietary rights, or the necessary licenses thereto, to grant the licenses in Sections 3 and 4; (iii) if necessary you have the written consent of each and every identifiable natural person in a User Submission to use such persons name or likeness in the manner contemplated by this website and this Agreement, and each such person has released you from any liability that may arise in relation to such use; (iv) you have read, understood, agree with, and will abide by the terms of this Agreement; (v) you are not, and have not been an agent of Company and were not and are not acting on behalf of, or as a representative of, Company or any other party in connection with any User Submission; (vi) any User Submission and Company use thereof as contemplated by this Agreement and this website will not infringe any rights of any third party, including but not limited to any intellectual property rights, privacy rights and rights of publicity; (vii) you are not, nor is any other person who appears in any of your User Submissions, a current member of the Screen Actors Guild (SAG), the American Federation of Television and Radio Actors (AFTRA) or any other rights society; (viii) you have not and will not engage in any of the following in connection with the production of, your appearance in, or contribution(s) to your User Submission: infliction of injury to any person or animal, humiliation of any person (whether public or private), infliction of emotional distress on any person, assault or battery of any person, damage to any property without permission, entry on any property without permission, or any other act or omission that could give rise to civil and/or criminal liability; (ix) your User Submission does not contain: (a) material falsehoods or misrepresentations that could harm Company or any third party; (b) content that is unlawful, obscene, defamatory, libelous, threatening, harassing or encourages conduct that would be considered a criminal offense, give rise to civil liability or violate any law; (c) advertisements, promotions or solicitations of business; or (d) impersonations of third parties, other than those which are readily apparent.

19. DISCLAIMERS. Your use of this website is at your own risk. THE CONTENT, INFORMATION, MATERIALS AND THE SERVICES PROVIDED ON OR THROUGH THIS WEBSITE ARE PROVIDED "AS IS" WITHOUT ANY WARRANTIES OF ANY KIND INCLUDING WARRANTIES OF MERCHANTABILITY, TITLE, FITNESS FOR A PARTICULAR PURPOSE, SECURITY OR NON-INFRINGEMENT OF INTELLECTUAL PROPERTY. NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES WARRANT THE ACCURACY OR COMPLETENESS OF THE CONTENT, INFORMATION, MATERIALS OR SERVICES PROVIDED ON OR THROUGH THIS WEBSITE. THE CONTENT, INFORMATION, MATERIALS AND SERVICES PROVIDED ON OR THROUGH THIS WEBSITE MAY BE OUT OF DATE, AND NEITHER COMPANY, NOR ANY OF ITS AFFILIATES OR RELATED ENTITIES MAKES ANY COMMITMENT OR ASSUMES ANY DUTY TO UPDATE SUCH CONTENT, INFORMATION,

MATERIALS OR THE SERVICES. THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, WE HEREBY DISCLAIM ALL WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, ANY IMPLIED WARRANTIES WITH RESPECT TO THE CONTENT AND THE SERVICES. THE FOREGOING EXCLUSIONS OF IMPLIED WARRANTIES DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED FROM COMPANY OR THROUGH THIS WEBSITE AND THE SERVICES WILL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN.

20. LIMITATIONS OF LIABILITY. Company does not assume any responsibility, or will be liable, for any damages to, or any viruses that may infect your computer, device, telecommunication equipment, or other property caused by or arising from your access to, use of, or browsing this website, or your downloading of any Content, information or materials from this website. IN NO EVENT WILL COMPANY, OR ANY OF ITS OFFICERS, DIRECTORS, EMPLOYEES, SHAREHOLDERS, AFFILIATES, AGENTS, SUCCESSORS OR ASSIGNS, NOR ANY PARTY INVOLVED IN THE CREATION, PRODUCTION OR TRANSMISSION OF THIS WEBSITE, BE LIABLE TO YOU OR ANYONE ELSE FOR ANY INDIRECT, SPECIAL, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, THOSE RESULTING FROM LOST PROFITS, LOST DATA OR BUSINESS INTERRUPTION) ARISING OUT OF THE USE, INABILITY TO USE, OR THE RESULTS OF USE OF THIS WEBSITE, ANY websiteS LINKED TO THIS WEBSITE, OR THE CONTENT, MATERIALS, INFORMATION OR SERVICES CONTAINED ON ANY OR ALL SUCH websiteS, WHETHER BASED ON WARRANTY, CONTRACT, TORT OR ANY OTHER LEGAL THEORY AND WHETHER OR NOT ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. YOU SPECIFICALLY ACKNOWLEDGE THAT COMPANY SHALL NOT BE LIABLE FOR USER SUBMISSIONS OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY, AND THAT THE RISK OF HARM OR DAMAGE FROM THE FOREGOING RESTS ENTIRELY WITH YOU. THE FOREGOING LIMITATIONS OF LIABILITY DO NOT APPLY TO THE EXTENT PROHIBITED BY LAW. PLEASE REFER TO YOUR LOCAL LAWS FOR ANY SUCH PROHIBITIONS.

IN THE EVENT OF ANY PROBLEM WITH THIS WEBSITE OR ANY CONTENT OR THE SERVICES, YOU AGREE THAT YOUR SOLE REMEDY IS TO CEASE USING THIS WEBSITE. IN THE EVENT OF ANY PROBLEM WITH THE SERVICES THAT YOU HAVE PURCHASED ON OR THROUGH THIS WEBSITE, YOU AGREE THAT YOUR SOLE REMEDY, IF ANY, IS TO SEEK A REFUND FOR SUCH SERVICES IN ACCORDANCE WITH THE REFUND POLICIES POSTED ON THIS WEBSITE. IN NO EVENT SHALL COMPANY'S TOTAL LIABILITY TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION WHETHER IN CONTRACT, TORT (INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE), OR

OTHERWISE EXCEED THE GREATER OF (A) TWENTY FIVE DOLLARS (US $25.00) OR (B) THE VALUE OF YOUR PURCHASE ON THIS WEBSITE.

21. Indemnity. You agree to defend, indemnify and hold Company and our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities harmless from any and all liabilities, costs, and expenses, including reasonable attorneys' fees, related to or in connection with (i) the use of this website or the Internet or your placement or transmission of any message or information on this website by you or your authorized users; (ii) your violation of any term of this Agreement, including without limitation, your breach of any of the representations and warranties above; (iii) your violation of any third party right, including without limitation any right of privacy, publicity rights or intellectual property rights; (iv) your violation of any law, rule or regulation of the United States or any other country; (v) any claim or damages that arise as a result of any User Submission that you provide to Company; or (vi) any other party's access and use of this website with your unique username, password or other appropriate security code.

22. Release. In the event that you have a dispute with one or more other users of this website, you release Company (and all of our managers, officers, owners, members, agents, subsidiaries, joint ventures, employees, and other related entities) from claims, demands and damages (actual and consequential) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with such disputes.

23. Termination. You or we may suspend or terminate your account or your use of this website at any time, for any reason or for no reason. You are personally liable for any orders placed or charges incurred through your account prior to termination. We may also block your access to this website in the event that (a) you breach these Terms and Conditions; (b) we are unable to verify or authenticate any information you provide to us; or (c) we believe that your actions may cause financial loss or legal liability for you, our users or us.

24. General. Any claim relating to, and the use of, this website and the Content and materials contained herein is governed by the laws of the state of California (other than conflicts of laws principals). You consent to the exclusive jurisdiction of the state and federal courts located in California. A printed version of these Terms and Conditions will be admissible in judicial and administrative proceedings based upon or relating to these Terms and Conditions to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form.
We do not guarantee continuous, uninterrupted or secure access to our website or the Services, and operation of this website may be interfered with by numerous factors outside of our control. If any provision of these Terms and Conditions is held to be invalid or unenforceable, such provision shall be struck and the remaining provisions shall be enforced. You agree that these Terms and Conditions and all incorporated agreements may be automatically assigned by Company in our sole discretion. Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section. Our failure to act with respect to a breach by you or others does not waive our

right to act with respect to subsequent or similar breaches. These Terms and Conditions set forth the entire understanding and agreement between us with respect to the subject matter hereof. All terms and conditions stated in these Terms and Conditions which protect or act in favor of Company in any way shall survive any termination or expiration of this Agreement.

25. DIGITAL MILLENNIUM COPYRIGHT ACT ("DMCA") NOTICE. In operating this website, we may act as a "services provider" (as defined by DMCA) and offer services as online provider of materials and links to third party websites. As a result, third party materials that we do not own or control may be transmitted, stored, accessed or otherwise made available using this website. Company has in place certain legally mandated procedures regarding allegations of copyright infringement occurring on this website. Company has adopted a policy that provides for the immediate removal of any content or the suspension of any user that is found to have infringed on the rights of Company or of a third party, or that has otherwise violated any intellectual property laws or regulations, or any of the terms and conditions of this Agreement. If you believe any material available via this website infringes a copyright, you should notify us using the notice procedure for claimed infringement under the DMCA (17 U.S.C. Sect. 512(c)(2)). We will respond expeditiously to remove or disable access to the material claimed to be infringing and will follow the procedures specified in the DMCA to resolve the claim between the notifying party and the alleged infringer who provided the Content.

Please provide the following notice:

1. Identify the copyrighted work or other intellectual property that you claim has been infringed; 2. Identify the material on this website that you claim is infringing, with enough detail so that we may locate it on this website; 3. A statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; 4. A statement by you declaring under penalty of perjury that (a) the above information in your notice is accurate, and (b) that you are the owner of the copyright interest involved or that you are authorized to act on behalf of that owner; 5. Your address, telephone number, and email address; and 6. Your physical or electronic signature.

We may give notice to our users of any infringement notice by means of a general notice on any of our websites, electronic mail to a user's e-mail address in our records, or by written communication sent by first-class mail to a user's physical address in our records. If you receive such an infringement notice, you may provide counter-notification in writing to the designated agent that includes the information below. To be effective, the counter-notification must be a written communication that includes the following:

1. Your physical or electronic signature; 2. Identification of the material that has been removed or to which access has been disabled, and the location at which the material appeared before it was removed or access to it was disabled; 3. A statement from you under the penalty of perjury, that you have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled; and 4. Your name, physical address and telephone number, and a

statement that you consent to the jurisdiction of a Federal District Court for the judicial district in which your physical address is located, or if your physical address is outside of the United States, for any judicial district in which we may be found, and that you will accept service of process from the person who provided notification of allegedly infringing material or an agent of such person.

26. Entire Agreement. These Terms and Conditions are the entire agreement between you and Company and supersede any prior understandings or agreements (written or oral).

27. Additional Assistance. If you do not understand any of these Terms and Conditions or if you have any questions or comments, we invite you to contact our Customer Service Department by email at support@vivthomas.com.

Copyright Notice. All Site design, graphics, text selections, arrangements, and all software are protected under copyright laws. ALL RIGHTS RESERVED.

Last Updated: September 1, 2015

- Newsletter**Sign up** for our newsletter and get **new deals** and **discounts** directly on your email *for free*
- Amazing Content