**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART<br><br>    Plaintiff,<br><br>v.<br><br>CONSTANTIN LUCHIAN, an individual, KONSTANTIN BOLOTIN, an individual, SUN SOCIAL MEDIA, INC., a corporation, individually and d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM; FEEDVID.COM; PLAYVIDS.COM; PEEKVIDS.COM; and John Does 1-20,<br><br>    Defendants. | Case No.<br>1:15-cv-22134-UU |

**DECLARATION OF KONSTANTIN BOLOTIN**
**IN SUPPORT OF OPPOSITION TO**
**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, Konstantin Bolotin, do declare and state as follows:

1.      I am a Director of Defendant Sun Social Media, Inc. ("SSM") and a named defendant in the above captioned action. Unless otherwise stated, this declaration is based on my personal knowledge, my consultation with other SSM personnel, and my review of SSM's business records. All statements contained in this declaration are true and correct to the best of my knowledge. If called as a witness, I could and would testify as to the facts set forth in this declaration.

1

2. SSM is an online service provider. It provides service through its websites PlayVid.com, FeedVid.com, PlayVids.com and PeekVids.com (the "Websites").

3. My understanding as a professional that engages in search engine optimization for SSM and its websites is that meta-tags play almost no role in determining the rank of a result in a search engine – it only presents information for the search engine to put into its search results. Google, in particular, has confirmed in no uncertain terms that it does not use the keywords meta tag in calculating rankings whatsoever. See Exhibit 1. Through my years of experience, I understand that Google, Bing and other search engines base their rankings on secret and regularly changing algorithms.

4. Neither I nor SSM select the meta tags for any of the video pages on the Websites. All meta tags for the videos are based entirely and solely upon information input by users when they upload videos. Specifically, meta tags are created through automated means based on the titles, descriptions and tags entered by users when they upload their videos.

5. While SSM does briefly review videos and their titles, descriptions and tags before allowing them to be made public, SSM can only practically screen out content which is on its face illegal or inappropriate – specifically, content that is pedophilic, zoophilic, nor pornographic or spam.

6. SSM does not edit titles or descriptions (including the meta tags that are created therefrom) because SSM does not seek to take editorial control over the content uploaded by users and does not seek to take responsibility for the same. The only action which SSM takes towards titles and descriptions is to completely remove them and/or the videos attached to them if they constitute or relate to pedophilia, zoophelia, non-pornographic material or spam.

7. SSM has no net profits, nor has it ever had a net profit.

8. I have on multiple occasions put in my own personal money into SSM to cover SSM's monthly expenses.

9. SSM did not create any of the Websites in order to circumvent Google's search algorithms. SSM created FeedVid.com, PlayVids.com and PeekVids.com in order to utilize changes in Google's algorithms and to provide difference experiences (including different functionality and layouts) for different users.

10. The view counter for videos on the Websites have no relationship to SSM's relationship with its advertising brokers, how traffic is delivered to advertisers, how the brokers pay SSM, or which advertisement is shown alongside that video.

11. The view count for videos on the Websites do not count how many times a video was actually viewed. It only counts the number of times the page with the video was loaded. Therefore, the view count will also increase when a page is accessed by a search engine spider or other bot. I have seen studies that show that the majority of internet traffic is generated by bots. *See* Exhibit 2.

12. When a user signs up for an account on one of the Websites, SSM checks to confirm that the email address is in the proper format.

13. SSM has approximately 411,100 users with emails addresses in its database. Since SSM implemented a script to check for bounce-backs in March of 2015, it has only received bounce-backs from approximately 1,100 email addresses.

14. By asking for an email address at sign-up, SSM does more than some of the biggest websites in the world, including Wikipedia and Reddit, which do not require a registering user to provide an email address, but only ask for it as an optional piece of information to

provide.  I have additionally checked Amazon, Instagram and Imgur, and none of them have an email verification process.

15. SSM does communicate with its users, both through email and through the Websites.  SSM sends users emails in appropriate circumstances when the user gets a notification on the Websites, for instance, if another user tries to contact that user on the Website.  Also, SSM does notify users when their video has been removed for claims of copyright infringement.  When a user logs into his account on the Website, the user is shown that his videos has been removed on the basis of a copyright claims.  Attached hereto as <u>Exhibit 3</u> is an example of what this looks like.  Furthermore, SSM does notify users when they have been terminated pursuant to SSM's repeat infringer policy.  When a user tries to log into his account after termination, he is shown a notification popup that states that the user's account was terminated.  Attached hereto as <u>Exhibit 4</u> is an example of what that notification looks like.

16. SSM has retained Incorporate Now, Inc. to act as its DMCA agent for all of its services and the Websites.

17. When Incorporate Now, Inc. receives a take-down notice through the mail, it sends scans of the notices to SSM's email address at legal@sunsocialmedia.com.  That email address is not my personal email address, but is an email address accessed and processed by SSM's agents in addition to me.

Signed under the paints and penalties of perjury this 28th day of February, 2016.

_____
Konstantin Bolotin,
Personally and on behalf of
Sun Social Media, Inc.

# Exhibit 1

# Google Webmaster Central Blog

Official news on crawling and indexing sites for the Google index

# Google does not use the keywords meta tag in web ranking

Monday, September 21, 2009

Recently we received some questions about how Google uses (or more accurately, doesn't use) the "keywords" meta tag in ranking web search results. Suppose you have two website owners, Alice and Bob. Alice runs a company called AliceCo and Bob runs BobCo. One day while looking at Bob's site, Alice notices that Bob has copied some of the words that she uses in her "keywords" meta tag. Even more interesting, Bob has added the words "AliceCo" to his "keywords" meta tag. Should Alice be concerned?

At least for Google's web search results currently (September 2009), the answer is no. Google doesn't use the "keywords" meta tag in our web search ranking. This video explains more, or see the questions below.



**Q: Does Google ever use the "keywords" meta tag in its web search ranking?**

A: In a word, no. Google does sell a Google Search Appliance, and that product has the ability to match meta tags, which could include the keywords meta tag. But that's an enterprise search appliance that is completely separate from our main web search. Our web search (the well-known search at Google.com that hundreds of millions of people use each day) disregards keyword metatags completely. They simply don't have any effect in our search ranking at present.

**Q: Why doesn't Google use the keywords meta tag?**

A: About a decade ago, search engines judged pages only on the content of web pages, not any so-called "off-page" factors such as the links pointing to a web page. In those days, keyword meta tags quickly became an area where someone could stuff often-irrelevant keywords without typical visitors ever seeing those keywords. Because the keywords meta tag was so often abused, many years ago Google began disregarding the keywords meta tag.

**Q: Does this mean that Google ignores all meta tags?**

A: No, Google does support several other meta tags. This meta tags page documents more info on several meta tags that we do use. For example, we do sometimes use the "description" meta tag as the text for our search results

2/28/2016
Case 1:15-cv-22134-UU Document 123-2 Entered on FLSD Docket 02/29/2016 Page 9 of 20
Official Google Webmaster Central Blog: Google does not use the keywords meta tag in web ranking

snippets, as this screenshot shows:



Even though we sometimes use the description meta tag for the snippets we show, we still don't use the description meta tag in our ranking.

**Q: Does this mean that Google will always ignore the keywords meta tag?**
A: It's possible that Google could use this information in the future, but it's unlikely. Google has ignored the keywords meta tag for years and currently we see no need to change that policy.

Posted by Matt Cutts, Search Quality Team




**Homer Web Designs** via Google+   3 years ago (edited)   -   Shared publicly

Many people are still told that meta keywords are very important for SEO, especially by fly-by-night seo companies. However, that simply isn't true, not only do search engines pay almost no attention to them, Google ignores them altogether. Does this mean you shouldn't use them? Use them if you'd like, it can't hurt, just don't expect it to make any difference. Read this Google Webmaster Central blog post for more information.

+13   +1   ·   Reply


**Marek Ivellios**   8 months ago

One thing seems certain: we whouldn't focus only on one or few elements such as meta tags.


**Abdul Rauf Khan**   1 month ago

you are absolutely right :)


**Pensa Media** via Google+   3 years ago   -   Shared publicly

Its official now: Don't sweat it out over the Metas

+8   +1


**Davinia Siles** via Google+   1 year ago   -   Shared publicly

#google   #seo   #keywords   #metatags

+4   +1   ·   Reply


**Cesar Anton** via Google+   2 years ago   -   Shared publicly

For all those lovers of placing lots of keywords on they're sites...

http://googlewebmastercentral.blogspot.mx/2009/09/google-does-not-use-keywords-meta-tag.html

+3   +1   ·   Reply


**Kasir Judi Bola Resmi**   1 year ago (edited)   +3

thats was so nice !! about keywords

    http://kasirjudi.com


**Rahmat Hidayat**   2 months ago   -   Shared publicly

I have some bloggs :
http://www.matakonstruksi.com
http://www.warungmimi.com
http://www.matakonstruksi.blogspot.com

Official Google Webmaster Central Blog: Google does not use the keywords meta tag in web ranking

Read more

+1  +1  ·  Reply

View all 5 replies



**sathi raj**  2 weeks ago
Any issues when using the relevant keywords in meta tag keywords .



**Ben Opsahl**  2 weeks ago
Sorry, I was under the impression you were looking for an answer related to Google's interpretation of your site. Yes, it's possible that Yahoo! uses meta keywords as a very minor signal, but they're about the only engine that still does.

Read more



**Ady Miles**  1 year ago  ·  Shared publicly

As these metatags form part of the html, so they will almost certainly be included in any page analysis and indexing. I think it's a big mistake to omit them.

+1  ·  Reply



**Creative Copy Writers SEO Copywriting Copywriter**  1 year ago  ·  Shared publicly

Good explanation on how Google uses, (or not) meta tag keywords in ranking your site http://buff.ly/1fSlrHO

+2  +1  ·  Reply



**The ICT Shak**  1 year ago  ·  Shared publicly

Official Google Webmaster Central Blog: Google does not use the keywords meta tag in web ranking - Mozilla Firefox http://ow.ly/AoWUb

+1  +1  ·  Reply



**Maxence Levaillant** shared this via Google+   3 months ago  ·  Shared publicly

+3  +1  ·  Reply



**Wenchen Hung** shared this via Google+   8 months ago  ·  Shared publicly

+1  ·  Reply



**Jack MacVine** shared this   3 years ago  ·  Shared publicly

+1  ·  Reply

2/28/2016
Case 1:15-cv-22134-UU Document 123-2 Entered on FLSD Docket 02/29/2016 Page 12 of 20
Official Google Webmaster Central Blog: Google does not use the keywords meta tag in web ranking



**Ajinkya Pawar**  1 year ago  ·  Shared publicly

thanks
www.pawartravels.com
how to Leverage browser caching my site
email me :- pawartravelspune@gmail.com

+1  ·  Reply



**Arbër Rexhepi**  11 months ago  ·  Shared publicly

Question....are the metadata keywords being indexed..?

+1



**Matthew Laurin** via Google+  3 years ago  ·  Shared publicly

Google ignores keywords in the keyword meta tag

+1  +1  ·  Reply



**Yaen Sofer**  1 year ago  +1

see http://www.ronis-design.co.il



**Per Jansson**  1 year ago  ·  Shared publicly

Our current SEO experts say Keywords ARE important. The above info was issued in 2009 - five years ago. Is it still valid or are keywords "teh l33t againz"?

+1  ·  Reply



**megashahmad**  1 year ago  +1

Google doesn't use it but it can play a factor with Yahoo and Bing search engines. The way I've been told is its not the most important thing to worry about when starting your SEO strategies, but it wont hurt. Developing quality content that is helpful to the user is

Read more



**Martand Kulkarni** shared this via Google+  1 year ago  ·  Shared publicly

+1  ·  Reply



**Tyson Boswell** shared this via Google+  11 months ago  ·  Shared publicly

+1  ·  Reply



**Bruno Leonardo Michels** shared this via Google+  3 years ago  ·  Shared publicly



+1 · Reply



**Nike Nisa** 3 months ago · Shared publicly

thnks www.greenlookme.blogspot.com

+1 +1 · Reply

**Perspective Promotions** 11 months ago · Shared publicly

This is a great blog article about Google's use of the Keywords Meta Tag in web rankings, check it out! http://ht.ly/KEPQy

+2 +1 · Reply

Show more

  

Google · Privacy · Terms

# Exhibit 2

TECH • SECURITY

# How Bad Bots Are Destroying The Internet

John Patrick Pullen   @jppullen   |   May 28, 2015

**The web is at war, and the good guys are losing**

The Internet has been described in many different ways over the years. We don't use the term "information superhighway" much anymore, but a recent report may make you reconsider where and how you cruise around on it, regardless. That's because a quarter of the cars on this road with you, dear reader, are being driven by mindless bandits looking to steal anything


Elizabeth Renstrom for TIME

they can. Now, imagine traveling a road like that in the real world. No thanks, I'd rather walk.

Last year was the first time in history that bots outnumbered people on the web. According to research from Distil Networks, almost 60% of 2014's web traffic consisted of automated bits of code, 23% of which exist to do dirty work for fraudsters and hackers. "It's getting worse," says Rami Essaid, Distil's CEO. "Over the past ten years, they went from just kind of being out there and easy to detect to being really, really sophisticated."

Computer programs that have been coded to either automate a task or pretend to be a person, bots have probably been on the Internet longer than you have. They can be either good or bad. For instance, Facebook uses bots to grab the headline, first paragraph, and image from a story when you share it on your news feed. Meanwhile, Google uses bots to crawl and catalog the web so when you run a search, the site can deliver appropriate results.

But hackers also use bots for all sorts of nefarious reasons, from lifting credit card numbers from an online store to scraping the text off an article and posting it on some random blog. (The nerve!) In fact, digital publishers get hit hardest by bad bots, with almost one-third of the traffic crawling on sites like this being malicious programs. (Sorry about that.) Travel sites, online stores, and real estate pages also abound with compu-critters.

Surprisingly, smaller websites are more vulnerable to bots than larger ones. Hackers target them more often in order to get usernames, passwords, and other credentials because these sites are less secure."They don't really care about actually stealing the money from small businesses," says Essaid. "They care about stealing the information, because at the end of the day, people use the same usernames and passwords all over the place."

While websites large and small should do more to battle bad bots, Distil's report tosses blame at some surprising sources — like Amazon, China, and T-Mobile. Bad bots make up 78% of the traffic put out by Amazon, whose simple-to-setup cloud services power much

of the web. "They've also made it real easy for bad guys to spin up servers, create bots, and do all sorts of bad things — and they don't police it," says Essaid.

Meanwhile, T-Mobile, China Mobile, China Telecom, and China Unicom are being overrun by bad bots on the mobile web. This is a huge problem because there isn't yet a lot of virus protection for mobile Internet devices, and last year there were more mobile than desktop web users for the first time in history. As a result, hackers are racing to exploit smartphones and tablets. In 2013, less than a percentage point of mobile traffic was bad bots. In 2014, that figure skyrocketed to between 6-8%. That's a scary number because there are many more mobile devices than there are computers, so a vast majority of handhelds haven't encountered a bot — yet.

"It's like an unharvested field of potential bots and the bad guys are now moving towards harvesting," says Essaid.

So until the Internet cleans up its own act, bot-dodging users like you and I will need to take an "every man for himself" approach. For mobile users, that means not jailbreaking devices, making sure to research apps before you install them and closing programs that you're not running. On the desktop, it means never using the same username and password combination twice, only entering your credit card information on secure sites, keeping your software (including browser plugins) up to date, and actually installing virus software. "You might be a zombie bot that's ending up hurting somebody else," says Essaid.

Zombies? Bots? Things were a lot better back when the Internet was overflowing with cats.

©2015 Time Inc. All rights reserved.

© 2016 Time Inc. All rights reserved.
Powered by WordPress.com VIP

# Exhibit 3



# Exhibit 4



SSM30001