UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

       Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
*and John Does 1-20,*

       Defendants.

_____/

## PLAINTIFF'S OBJECTIONS TO DEFENDANTS' TRIAL EXHIBIT LIST[1]

| Exhibit Number | Description | Marked | Admitted | Objections |
|---|---|---|---|---|
| DX1 | Terms of Service – PeekVids | | | A, R, H |
| DX2 | Terms of Use – Feedvid | | | A, R, H |
| DX3 | Terms of Use – Playvid | | | A, R, H |
| DX4 | Terms of Use – Playvids | | | A, R, H |
| DX5 | Copyright Notification Page –Peekvids | | | A, R, H |
| DX6 | Copyright Notification Page – Playvids | | | A, R, H |
| DX7 | Copyright Notification Page – Playvid | | | A, R, H |
| DX8 | Copyright Notification Page – Feedvid | | | A, R, H |

[1] The parties jointly filed their Pre-Trial Stipulation on February 26, 2016. At the time of filing, Defendants' counsel had not provided Plaintiff with a list of exhibits in a form on which Plaintiff could note its objections. As a result, the Pre-Trial Stipulation reflects that Plaintiff objected to each exhibit on all grounds pursuant to S.D. Fla. L.R. 16.1(e). In order to simplify the objections, and rather than pose a general objection to all documents, Plaintiff files these objections to Defendants' Exhibit List.

| DX9 | DMCA Designation – 8-31-2010 | | | |
|-----|------------------------------|---|---|---|
| DX10 | DMCA Designation – 1-1-13 | | | |
| DX11 | DMCA Designation – 1-19-14 | | | |
| DX12 | DMCA Designation – 7-30-15 | | | |
| DX13 | DMCA Designation – 10-8-15 | | | |
| DX14 | Blocking Tools System Screen Shots | | | A, R, UP |
| DX15 | Blocking Tools System Source-Code | | | A, R, UP |
| DX16 | Uploader Information – SSM10001-10010 | | | |
| DX17 | Additional Uploader Information – SSM20001-21677 | | | |
| DX18 | Termination Notification | | | A |
| DX19 | Terms of Use and Copyright Notifications | | | |
| DX20 | Paper Notifications from Jason Tucker on Behalf of AMA Multimedia – SSM40001-40058 | | | |
| DX21 | Paper Notifications from Jason Tucker on Behalf of AMA Multimedia – SSM40059-40128 | | | R, UP, H |
| DX22 | Paper Notifications from Jason Tucker on Behalf of AMA Multimedia – SSM40129-40222 | | | R, UP, H |
| DX23 | Notifications from Jason Tucker on Behalf of MetArt – SSM40223-40286 | | | |
| DX24 | Notifications from Jason Tucker on Behalf of MetArt – SSM40287-40339 | | | |
| DX25 | Paper Notifications from Jason Tucker on Behalf of AMA Multimedia – SSM40340-40388 | | | R, UP, H |
| DX26 | Paper Notifications from Jason Tucker on Behalf of AMA Multimedia – SSM40389-40448 | | | R, UP, H |
| DX27 | Paper Notifications from Jason Tucker on Behalf of AMA Multimedia – SSM40449-40507 | | | R, UP, H |
| DX28 | Paper Notifications from Jason Tucker on Behalf of AMA Multimedia – SSM40508-40572 | | | R, UP, H |
| DX29 | Paper Notifications from Jason Tucker on Behalf of AMA Multimedia – SSM40573-40647 | | | R, UP, H |
| DX30 | Paper Notifications from Jason Tucker on Behalf of AMA Multimedia – SSM40648-40712 | | | R, UP, H |

| DX31 | Paper Notifications from Jason Tucker on Behalf of AMA Multimedia – SSM40713-40776 | | | R, UP, H |
|---|---|---|---|---|
| DX32 | Paper Notifications from Jason Tucker on Behalf of AMA Multimedia – SSM40777-40834 | | | R, UP, H |
| DX33 | Paper Notifications from Jason Tucker on Behalf of AMA Multimedia – SSM40835-40917 | | | R, UP, H |
| DX34 | Paper Notifications from Jason Tucker on Behalf of AMA Multimedia – SSM40918-41002 | | | R, UP, H |
| DX35 | Paper Notifications from Jason Tucker on Behalf of AMA Multimedia – SSM41003-41080 | | | R, UP, H |
| DX36 | Paper Notifications from Jason Tucker on Behalf of AMA Multimedia – SSM41081-41138 | | | R, UP, H |
| DX37 | Nate Glass Notification 10-13-2013 | | | UP, Other (See D.E. #98, Plaintiff's MIL) |
| DX38 | Nate Glass Notification 3-10-2014 | | | UP, Other (See D.E. #98, Plaintiff's MIL) |
| DX39 | Nate Glass Notification 3-4-2015 | | | UP, Other (See D.E. #98, Plaintiff's MIL) |
| DX40 | Records of Repeat Infringer Terminations – SSM50628-51571 | | | |
| DX41 | Sun Social Media Inc. Profit and Loss through November 2, 2015 | | | |
| DX42 | Sun Social Media Inc. Franchise Tax Reports | | | |
| DX43 | Pictures at Regus | | | A, R, H |
| DX44 | Regus Agreement | | | |
| DX45 | Emails with Joseph VT | | | R, H, UP |
| DX46 | INI Email to SSM 7-31-2015 | | | |
| DX47 | INI Email to SSM 2-5-2016 | | | |
| DX48 | INI Email to SSM 2-5-2016 2 | | | |

| DX49 | INI Email to SSM 11-1-2015 | | | |
|------|----------------------------|---|---|---------|
| DX50 | INI Email to SSM 11-4-2015 | | | |
| DX51 | INI Email to SSM 1-7-2016 | | | |
| DX52 | Correspondence with fridaynightlights1995 | | | R, H, UP |
| DX53 | Emails with nick@momlesson.com | | | R, H, UP |
| DX54 | Bouncing script | | | A, R |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of March, 2016 we served the foregoing via e-mail / with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  Brady J. Cobb, Esq. and Valentin Gurvits, Esq.

Respectfully submitted,

By:  */s/Aaron Behar, Esq.*
Aaron Behar, Esq.
Florida Bar No.: 166286
E-mail: AB@BeharBehar.com
*/s/Jaclyn Behar, Esq.*
Jaclyn Behar, Esq.
Florida Bar No.: 63833
E-mail: JB@BeharBehar.com
BeharBehar
1840 North Commerce Parkway
Suite 1
Weston, Florida 33326
Telephone:  (954) 688-7642
Facsimile: (954) 332-9260
E-mail: ab@beharbehar.com
*Counsel for Plaintiff*

*/s/Spencer D. Freeman, Esq.*
Spencer D. Freeman, Esq.
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone:  (253) 383-4500
Facsimile:  (253) 383-4501
Email: sfreeman@freemanlawfirm.org
*Counsel for Plaintiff*
*(Admitted Pro Hac Vice)*