

# Google

site:metart.com porn

All   Videos   Apps   Images   News   More   Search tools

About 2,520 results (0.19 seconds)

### "porn star" nude girls and erotic photography ... - MetArt
https://www.metart.com/tags/**porn**+star/
**porn** star - 1,269 Galleries Found: 1 · 2 · 3 · 4 · 5 ... 43 · Next. Sort Results By: Relevance. Relevance · Latest Gallery · Most Viewed Gallery · Most Popular Gallery ...

### "porn actress" nude girls and erotic photography ... - MetArt
https://www.metart.com/tags/**porn**+actress/
**porn** actress - 31 Galleries Found: 1 · 2 · Next. Sort Results By: Relevance. Relevance · Latest Gallery · Most Viewed Gallery · Most Popular Gallery · Top Rated ...

### "porn stars day off shoot" nude girls and erotic ... - MetArt
https://www.metart.com/tags/**porn**+stars+day+off+shoot/
**porn** stars day off shoot - 232 Galleries Found: 1 · 2 · 3 · 4 · 5 ... 8 · Next. Sort Results By: Relevance. Relevance · Latest Gallery · Most Viewed Gallery · Most ...

### "porn stars" nude girls and erotic photography galleries ...
https://www.metart.com/tags/**porn**+stars/
**porn** stars - 5 Galleries Found: Sort Results By: Relevance. Relevance · Latest Gallery · Most Viewed Gallery · Most Popular Gallery · Top Rated Model · Top ...

### "porn star" nude girls and erotic photography ... - MetArt
https://www.metart.com/search/**porn**+star/latest-model~0~4~-~-~-~-~-~-/
**porn** star - 1,254 Galleries Found: 1 · 2 · 3 · 4 · 5 ... 42 · Next. Sort Results By: Newest Model. Relevance · Latest Gallery · Most Viewed Gallery · Most Popular ...

### "porn star" nude girls and erotic photography ... - MetArt
https://www.metart.com/search/**porn**.../latest-gallery~0~4~-~-~-~-~-~-/
**porn** star - 1,249 Galleries Found: 1 · 2 · 3 · 4 · 5 ... 42 · Next. Sort Results By: Latest Gallery. Relevance · Latest Gallery · Most Viewed Gallery · Most Popular ...

### "chinese porn stars" nude girls and erotic photography ...
https://www.metart.com/search/chinese+**porn**+stars/top...~-~-~-...~-/1/
chinese **porn** stars - 155 Galleries Found: 1 · 2 · 3 · 4 · 5 · 6 · Next. Sort Results By: Top Rated Photographer. Relevance · Latest Gallery · Most Viewed Gallery ...

### "porn star" nude girls and erotic photography ... - MetArt
https://www.metart.com/search/**porn**.../specific-model~0~4~-~-~-~-~-~-/
**porn** star - 83 Galleries Found: 1 · 2 · 3 · Next. Sort Results By: Specific Model. Relevance · Latest Gallery · Most Viewed Gallery · Most Popular Gallery · Top ...

### "porn stars day off shoot" nude girls and erotic ... - MetArt
https://www.metart.com/.../**porn**+stars.../specific-model~0~4~-~-~-~-~-~-...
**porn** stars day off shoot - 100 Galleries Found: 1 · 2 · 3 · 4 · Next. Sort Results By: Specific Model. Relevance · Latest Gallery · Most Viewed Gallery · Most Popular ...

### "porn actress" nude girls and erotic photography ... - MetArt
https://www.metart.com/search/**porn**.../specific-model~0~4~-~-~-~-~-~-/
**porn** actress - 11 Galleries Found: Sort Results By: Specific Model. Relevance · Latest Gallery · Most Viewed Gallery · Most Popular Gallery · Top Rated Model ...



1  2  3  4  5  6  7  8  9  10   Next

● Location unavailable - Learn more

Help   Send feedback   Privacy   Terms