

About 1,170 results (0.48 seconds)

### "porn star" nude girls and erotic photography ... - SexArt
https://www.sexart.com/search/porn+star/

porn star - 159 Galleries Found: 1 · 2 · 3 · 4 · 5 · 6 · Next. Sort Results By: Relevance. Relevance · Latest Gallery · Most Viewed Gallery · Most Popular Gallery ...

### SEXART Blog: Erotica versus Porn: Which do you support ...
https://www.sexart.com/.../Erotica_versus_Porn__Which_do_you_suppo... 

Erotica versus Porn: Which do you support? Part II. January 27th 2016 - by: BlackWing. About the author: SexArt member BlackWing has a Bachelor of Science ...

### Newest Model - SexArt.com
https://www.sexart.com/search/porn+star/latest-model~0~4~-~-~-~-~-~/

porn star - 159 Galleries Found: 1 · 2 · 3 · 4 · 5 · 6 · Next. Sort Results By: Newest Model. Relevance · Latest Gallery · Most Viewed Gallery · Most Popular Gallery ...

### Latest Gallery - SexArt.com
https://www.sexart.com/search/porn+star/latest-gallery~0~4~-~-~-~-~-~/

porn star - 159 Galleries Found: 1 · 2 · 3 · 4 · 5 · 6 · Next. Sort Results By: Latest Gallery. Relevance · Latest Gallery · Most Viewed Gallery · Most Popular Gallery ...

### SEXART Blog: Mainstreaming Porn -- By Bo Llanberris
https://www.sexart.com/.../Mainstreaming_Porn____By_Bo_Llanberris/

Mainstreaming Porn -- By Bo Llanberris. September 24th 2012 - by: Bo. On The SexArt Set With Elle Alexandra What do you think would happen if you went to ...

### 5 - SexArt.com
https://www.sexart.com/search/porn+star/relevance~0~4~-~-~-~...-/5/

porn star - 159 Galleries Found: Previous · 1 · 2 · 3 · 4 · 5 · 6 · Next. Sort Results By: Relevance. Relevance · Latest Gallery · Most Viewed Gallery · Most Popular ...

### Specific Model
https://www.sexart.com/search/porn.../specific-model~0~4~-~-~-~-~-~/

porn star - 17 Galleries Found: Sort Results By: Specific Model. Relevance · Latest Gallery · Most Viewed Gallery · Most Popular Gallery · Top Rated Model · Top ...

### porn star - SexArt.com
https://www.sexart.com/search/porn+star/top...~-~-~-~-~-/3/

porn star - 159 Galleries Found: Previous · 1 · 2 · 3 · 4 · 5 · 6 · Next. Sort Results By: Top Rated Photographer. Relevance · Latest Gallery · Most Viewed Gallery ...

### Top Rated Model - SexArt.com
https://www.sexart.com/search/porn+star/top-model~0~4~-~-~-~-~-~/

porn star - 159 Galleries Found: 1 · 2 · 3 · 4 · 5 · 6 · Next. Sort Results By: Top Rated Model. Relevance · Latest Gallery · Most Viewed Gallery · Most Popular ...

### 6 - SexArt.com
https://www.sexart.com/search/porn+star/top-gallery~0~4~-~-~-~...-/6/

porn star - 156 Galleries Found: Previous · 1 · 2 · 3 · 4 · 5 · 6. Sort Results By: Relevance. Relevance · Latest Gallery · Most Viewed Gallery · Most Popular Gallery · Top Rated ...



1  2  3  4  5  6  7  8  9  10   Next

● Location unavailable - Learn more

Help    Send feedback    Privacy    Terms