UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

        Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
and John Does 1-20,

        Defendants.
_____/

**PLAINTIFF'S REPLY IN SUPPORT OF ITS MOTION
FOR SUMMARY JUDGMENT (D.E. #86)**

    Plaintiff, HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART

(hereinafter, "Plaintiff"), by and through the undersigned counsel, files this Reply in Support of

its Motion for Summary Judgment, and states as follows:

## I.      Defendants' Factual Analysis is Incomplete

Defendants have not conducted any discovery and accordingly its record evidence is significantly limited. As a result, Defendants are left only with assumptions to oppose Plaintiff's Motion for Summary Judgment. Defendants raise baseless allegations born out of a desire to smear Plaintiff before this Court rather than collect actual facts.

## II.     Defendants are Liable for Direct Copyright Infringement

To the extent volitional conduct is required to establish direct copyright infringement[1], Defendants' conduct establishes this element of the claim – SSM reviews each video that is uploaded to its servers and then, only after such review, enables the video to be publicly displayed for free, and in return earns money from advertisers. The active role in displaying the video to the public is a direct violation of 17 U.S.C. §106(1). In *Arista Records LLC v. USENET.com*, 633 F. Supp. 2d 124, 148-49 (S.D. NY June 30, 2009), the court found that because defendant engaged in automated filtering and *human review to remove access to certain categories of content*, they engaged in direct infringement. The same is true here where SSM admits its contractor reviewed all content before posting it to the websites. [D.E. 76, Par. 28].[2]

Further, there is evidence that Hydentra's videos were, in fact, posted by Defendants themselves. Defendants own data, disclosed during discovery, establishes that 11 of Hydentra's videos were uploaded to Defendants' sites from an IP address starting in "0.00." Such IP

---

[1] For this proposition, Defendants cite two cases, *Am. Broad Companies, Inc. v. Aereo, Inc.*, 134 S. Ct 2498, 2512-12 (2014) and *Disney Enterprises. v. Hotfile Corp.*, 798 F. Supp. 2d 1303, 1307-8 (S.D. Fla. 2011). With respect to *Am. Broad Companies*, Defendants rely on Justice Scalia's dissent in a case against a business that sold services that allowed subscribers to watch television programs over the Internet at about the same time the programs were broadcast. The Supreme Court found that such services performed the works publicly when streaming the works to subscribers. In *Disney Enterprises*, the issue before the Court was a Fed.R.Civ.P. 12(b)(6) motion.

[2] It was (or should have been) obvious to SSM that most, if not all videos it posted on the sites belonged to SexArt or MetArt given that each frame of the videos included a watermark displaying the "SexArt" or "MetArt" symbols.

addresses do *not* exist, and instead shows someone with direct access to the web site servers uploaded the files, and not through the Internet. [D.E. 119, pg. 2].

### III.    Defendants are Liable for Contributory Copyright Infringement

Defendants first argue that their knowledge of another's infringing conduct is required, and because Defendants had no knowledge and/or there is a dispute as to such knowledge, then Plaintiff cannot succeed in its Motion. Defendants rely on *Cable/Home Comm. Corp v. Network Prod., Inc*., 902 F. 2d 829, 845-46 (11 Cir. 1990), but fail to provide the Court with the Eleventh Circuit's full standard – the standard is objective: "Know, or have reason to know" *Id.* (citing *Casella v. Morris*, 820 F.2d 362, 365 (11th Cir. 1987). Defendants had actual knowledge and reason to know of the infringement given Plaintiff delivered take-down notices to SSM's agent.

Defendants next argue that even in the face of undisputed knowledge, the claim for contributory liability must still fail because the products in question are capable of substantial non-infringing uses. Defendants' interpretation of the case law is wrong. In *Sony Corp. of Am. v. Universal City Studios, Inc*., 464 U.S. 417, 442 (U.S. 1984), the Court stated: "Accordingly, the **sale of copying equipment**, like the **sale of other articles of commerce**, does not constitute contributory infringement if the product is widely used for legitimate, unobjectionable purposes. Indeed, it need merely be capable of substantial noninfringing uses." The *Sony* case focused only on the sale of a *product* (video tape recorder), which is remarkably distinct from a website that is used as a *platform* for copying protected content. While *Sony* sold its recording devices, Defendants do not sell their website, rather they use the website to generate traffic which in turn generates money. Similarly, there is nothing about the infringing videos that has a non-infringing purpose, whereas there are qualities of the video tape recorder beyond its infringing capability. This action does not involve copying equipment, and Defendants' far-fetched attempt to draw a

correlation is unpersuasive. "Nothing in *Sony* requires courts to ignore evidence of intent if there is such evidence, and the case was never meant to foreclose rules of fault-based liability derived from the common law". *MGM Studios Inc. v. Grokster*, Ltd., 545 U.S. 913, 934-35 (U.S. 2005).

### IV.   Defendants are Liable for Vicarious Copyright Infringement

Defendants claim the case law requires direct financial benefit attributable to the infringement. Defendants' authority, however, involve cases decided under Section 512(c)(1)(B). Pursuant to 512(c)(1)(B), an ISP must "not receive a financial benefit directly attributable to the infringing activity" to qualify for §512(c) Safe Harbor protection. Plaintiff sued for common law vicarious liability, which does not require a financial benefit to be "directly attributable" to the infringing activity. Defendants impute their burden under the DMCA Safe-Harbor affirmative defense onto Plaintiff's claim for Vicarious Copyright Infringement. Particular importance must be allocated to *A&M Records v. Napster*, which states that:

> Financial benefit exists where the availability of infringing material "acts as a 'draw' for customers." Fonovisa, 76 F.3d at 263-64 (stating that financial benefit may be shown "where infringing performances enhance the attractiveness of a venue"). Ample evidence supports the district court's finding that Napster's future revenue is directly dependent upon "increases in user-base." More users register with the Napster system as the "quality and quantity of available music increases."

*A&M Records v. Napster, Inc.*, 239 F.3d 1004, 1023 (9th Cir. 2001). *See also Disney Enterprises v. Hotfile Corp*, 2013 U.S. Dist. LEXIS 172339, *127 (S.D. Fla. Sept. 20, 2013) (citing 53 Buff. L. Rev. 141, 230-31 (2005)) (any for profit enterprise could be found vicariously liable for copyright infringement however remote, unquantifiable, and unidentifiable the benefit it receives from copyright infringement may be).[3]

---

[3] Surprisingly, both Brady Cobb and Valentin Gurvits were counsel for Hotfile in *Disney Enterprises*, yet fail to alert the Court to this important decision and standard.

Defendants argue that to the extent they had the right and ability to control infringing use, they did not decline to exercise the right to stop or limit it. Despite their commentary, Defendants still fail to offer any reliable record evidence to explain their failure to remove infringing content following Plaintiff's delivery of DMCA take-down notices. Nathan Glass's testimony is paramount – "Defendant has been difficult or inconsistent with its response to and compliance with DMCA notices . . . [a]t times, it would take Defendants nearly a month to respond to take down notices . . . or more typical they would not respond at all." [D.E. 119, pg. 724].

### V.    Defendants are Not Entitled to DMCA Protection

***Defendants Fail To Present Evidence to Overcome The Rebuttable Presumption of Receipt:*** Defendants suggest the rebuttable presumption of mail receipt is overcome because Carmen Jusino signed for the delivery of the DMCA take-down notices rather than Mr. Luchian. Defendants additionally argue that the circumstances favor non-receipt, as it is "unreasonable" to say that the notices were received and ignored. These arguments have no merit.

First, the presumption of receipt is stronger with certified mail. *Lupyan v. Corinthian Colleges, Inc.*, 761 F. 3d 314, 319-20 (3d Cir. 2013). Second, SSM appointed a DMCA agent who relies on a "virtual office" to receive its mail; and therefore IncorporateNow is responsible for its own agent's (Regus) receipt of mail. Moreover, Plaintiff complied with its obligations under the DMCA – it delivered legally sufficient take-down notices. The DMCA does *not* obligate Plaintiff to follow the envelope from receptionist, to mail room, to mail cart, to ultimately someone's desk. Plaintiff delivered the notices to the address provided for SSM's DMCA agent, and nothing more is legally required.[4]

---

[4] Defendants earlier submitted Mr. Luchian's Declaration [D.E. 72-2] in support of their position on the issue of mailing. The Declaration, however, is premised upon multiple layers of hearsay and inadmissible "evidence." As an example only, in paragraph 1, Mr. Luchian testifies the declaration is based on his review of INI's business records. At no time does Mr. Luchian identify the business records or satisfy the business record exception to hearsay, thus

Second, Defendants argue that history proves that if they had received the take-down notices, they would have removed the videos. Again, inaccurate as Nathan Glass established in his declaration, where he testified, "any claim that the Defendants have always taken immediate or any necessary steps upon receiving DMCA notices from Takedown Piracy or me does not match my actual experience in sending takedown notices to Sun Social Media, Inc." [D.E. 119, Pgs. 724-725].

**Defendants Notification System is Flawed:** Defendants claim that SSM communicates with its members though email and website notifications. Defendants' own repeated admissions contradict this position – they do not validate email addresses.  In fact, they intentionally do not validate email addresses in fear of losing members. [D.E. 76, Par. 26]. Instead, Defendants permit users to provide a fake email, post infringing content, and *never* receive email notification from SSM. Upon any deactivation, a user can repeat the cycle again using a fake email address.

Defendants argue that the legislative history of the DMCA provides that the safe-harbor protection should not be stripped due to technical error. There is no reasonable inference that can be drawn to suggest Congress intended to protect websites who purposely refrain from validating email addresses in order to stimulate revenue, as SSM and Mr. Bolotin admit. [D.E. 76, Par. 27].

**SSM's Registration as an ISP was not Sufficient for peekvids.com, playvids.com and feedvid.com:** To be eligible for the "safe harbor" under §512(c), a service provider must designate an agent to receive DMCA notifications. The statute requires the ISP make "available through its service, including on its website in a location accessible to the public, and by providing to the Copyright Office, substantially the following information . . . the name, address,

---

the declaration is based on inadmissible evidence. Paragraphs 20, 21 and 22 (related to discussions between Mr. Luchian and Carmen Jusino) are likewise all premised on hearsay. Here, Mr. Luchian acknowledges that his testimony is based on his "discussions with staff at the Regus, particularly . . . Carmen Jusino." What is incredulous is Mr. Luchian's suggestion it is *possible* someone may have stolen Plaintiff's DMCA take-down notices. Without any further "evidence" the *strong presumption* of receipt is not overcome.

phone number, and electronic mail address of the agent." 17 U.S.C. § 512(c)(2). SSM (and its website "sunsocialmedia.com") do not meet this requirement as the website provides no DMCA information or disclose the list of websites it owns. Defendants instead force the Court, Plaintiff and the general public take unreasonable steps to track down the DMCA information.[5]

*BWP Media USA Inc. v. Hollywood Fan Sites LLC,* 115 F. Supp. 3d 397 (S.D.N.Y. June 30, 2015), is substantially similar to this case. See Exhibit "A". *HFS* intended to rely upon a DMCA agent designation filed earlier by its parent company, *Hollywood*, which HFS claimed was filed on behalf of its subsidiaries and affiliates, including HFS. The Southern District of New York ruled that the defendant internet service providers were not entitled to safe harbor under the DMCA because ***a DMCA agent designation by a parent corporation on behalf of "subsidiaries and affiliates" did not extend safe harbor to unnamed subsidiaries and affiliates***. The court reasoned that the *Hollywood* designation made no express reference to *HFS* and, moreover, that *HFS* was not specifically listed in the USCO directory at the time. The court concluded "the statute does not contemplate that a service provider entity can be shielded by the safe harbor where that entity has no presence at all in the USCO directory." *Hollywood Fan Sites*, 115 F. Supp. At 402. The Court found it unreasonable to expect "parties attempting to find a provider's DMCA agent designation . . . to have independent knowledge of the corporate structure of a particular service provider." *Id.* Likewise, it is unreasonable to expect Plaintiff (or anyone) to know of or determine the corporate structure of SSM and decide that because playvid.com is registered, the same DMCA procedure applies to feedvid, peekvid and playvids.

---

[5] Here is the problem: a visitor on peekvids.com, playvids.com or feedvid.com would not be able to locate any DMCA information on those sites; the visitor would then have to search a site like godaddy.com or whois.com to determine that SSM owns those three sites; upon visiting SSM, there is no published DMCA information; the visitor would then have to find and access *all of the other websites* that SSM may own and search each of them to eventually locate the *one website* that has DMCA information, Playvid.com. This is an unreasonable game of hide Waldo in the candy cane shop.

***SSM Does Not Have a Reasonable Repeat Infringer Policy:*** Here is the nail in the coffin – Defendants claim their repeat infringer policy terminates users upon three strikes. It does not, and *in fact terminated users have been permitted to continue posting infringing content*. Defendants' own discovery disclosures reflect that. Exhibit "B". Cases addressing the reasonable implementation of an infringement policy address two issues: (1) whether the ISP adopted a procedure for receiving complaints and conveying those complaints to users, and (2) if so, whether the ISP nonetheless tolerates flagrant or blatant copyright infringement by its users. *Corbis Corp. v. Amazon.com, Inc*., 351 F. Supp. 2d, 1090, 1100-01 (W.D. Wash. 2004).

In *Capitol Records LLC v. Escape Media Group, Inc*., 2015 U.S. Dist. LEXIS 38007 (S.D. NY March 25, 2015), the court determined that Grooveshark.com (owned by Escape) was liable for direct and secondary copyright infringement and was not eligible for a DMCA safe harbor because it *failed to terminate users accused repeatedly of uploading infringing works*. The court was particularly troubled by Escape's *failure to actually terminate infringing users*. *Id*. at *29. The court held that Escape's practice of disabling an infringing user's ability to upload files did not constitute "termination" within the meaning of the DMCA. *Id at *25-*29*. See also *Disney Enters. v. Hotfile Corp*, 2013 U.S. Dist. LEXIS 172339 at *64.

Contrary to Defendants assertions – Defendants do not actually terminate its users according to its repeat infringer policy.  The proof of such failure is simple:  after a user has been purportedly, as reported by Defendants, terminated – that same user has *subsequently* posted videos.  Defendant has misrepresented material facts, that it terminates users.

## VI.    *Defendants are Liable for Trademark Infringement*

***Plaintiff is the Owner of the Trademarks SexArt and MetArt:*** Rather than conducting *any* discovery on the issue of Plaintiff's trademarks, Defendants choose to ignorantly allege that

Plaintiff does not own the asserted trademarks. Simple discovery would have revealed the Plaintiff's corporate structure. On May 2, 2015, prior to the filing of this lawsuit, Hydentra L.P HLP General Partner, Inc. assigned the two trademarks to Plaintiff. Exhibit "C".

***Defendants' Other Trademark Arguments are Incorrect:*** First, Defendants argue (without authority) they cannot be liable for trademark infringement because their users and not Defendants select the meta tags. The meta tags, however, appear in the source code of the website – a specific choice by the Defendants. SSM's own agent admittedly reviews the user uploads and the associated meta tags before being posted and has the ability to decline inappropriate meta tags, yet apparently fails to do so. [D.E. 76, Par. 13].

Second, Defendants claim they lacked knowledge of the infringement and upon learning of it, removed the infringing content. As demonstrated above, SSM reviews the uploaded videos before posting them and is the last step in identifying infringing content. Moreover, Plaintiff served cease and desist notices in January 2015, yet Defendants admittedly failed to remove the infringing content until June 2015, after they were sued. [D.E. 76, Pars. 14, 41]. Despite their knowledge, Defendants failed to remove the videos with the infringing meta tags.

Third, Defendants argue that Plaintiff cannot show likelihood of confusion. Content posted with the "SexArt" and "MetArt" names created confusion, as the marks on Defendants' websites were *exactly the same as those used by Plaintiff, including the same font and size*. Additionally, the factors to determine likelihood of confusion weigh in Plaintiffs' favor.[6]

Fourth, Defendants argue nominative fair use, which is a defense to trademark law when the mark is used only "to describe the goods or services of [a] party, or their geographic origin."

---

[6] Plaintiff's marks are distinctive and have been in the marketplace for *at least* 10 years (MetArt) and 5 years (SexArt); the marks reflected on infringing content located in Defendants' website are identical to the marks that Plaintiff uses in its products; both SSM and Plaintiff display adult content on their websites; and SSM used the marks in bad faith given they never had license to use the marks, ignored cease and desist notices, and had every opportunity to prevent the infringing content from being posted, but failed to do so.

15 U.S.C. §1115(b)(4). The trademarks involved here do not constitute any descriptive term and Defendants cannot point to anything the trademarks are describing.

Fifth, Defendant argues that initial interest confusion is not actionable in the Eleventh Circuit. In *USA Nutraceuticals Group, Inc. v. BPI Sports, LLC*, 2016 LEXIS 21132 (S.D. Fla. Feb. 22, 2016), the Court held that initial interest confusion has yet to be welcomed in this Circuit and even placing this uncertainty aside, defendant's conduct did not create a likelihood of confusion. *Id*. at *27. This is not the case here, as the use of a mark to lure a user away to Defendant's websites would constitute initial interest confusion. *Promatek Indus., LTD v. Equitrac Corp.*, 300 F.3d 808, 812 (7th Cir. 2002).

### VII.    *Defendant Fails to Prove its Affirmative Defenses*

***Copyright Misuse and Unclean Hands:*** Defendants argue that copyright misuse prevents a copyright holder from attempting to extend limited rights to property not protected by copyright law. That is not the case here, as Plaintiff is suing to stop videos it solely owns from being made available for free over the Internet. This is the essence of copyright law. Second, Defendants argue that Plaintiff intentionally sent paper notices, "in hopes that SSM would somehow make a mistake in processing the paper notices". SSM relies on Mr. Bolotin's Declaration, although Mr. Bolotin cannot testify as to Plaintiff's intention since he failed to conduct any discovery on this or any issue. Also, both paper and email notices are permitted under the DMCA. 17 U.S.C. 512(C)(3)  ("notification of claimed infringement must be a written communication. . ."). Plaintiff's DMCA notices logically cannot constitute unclean hands.

***Fair Use:*** Plaintiff addresses this issue above. Additionally, Defendants claim that "prior to submitting a takedown notice, the copyright holder must consider not only whether the material actually belongs to it, but whether the use of the material lacks a lawful purpose like fair

use." Again, no discovery was ever conducted. Plaintiff incorporates its arguments raised in D.E. 86, pg. 18-19 to demonstrate such infringement is not fair use as Defendants' use is not for educational purposes, Plaintiff's work is highly creative, full videos were posted rather than short clips and site visitors were given free access to Plaintiff's videos.

**Lack of Scienter and Lack of Volition:** Defendants argue they have established a lack of volitional conduct. Plaintiff addressed this issue above.

**Damages not Proximately Caused:** Defendants argue they did not cause Plaintiff's damages. Not so: Defendants failed to act upon receipt of the DMCA take-down notices or the cease and desist notices, and failed to implement a reasonable repeat infringer policy. Also, even after being terminated, many users still posted Plaintiff's content on SSM's websites. Exhibit "B". The result: Plaintiff was directly harmed by Defendants' repeated inaction. Simply, users were permitted free viewing of Plaintiff's videos rather than paying Plaintiff for such viewing.

**Failure to Mitigate:** Defendants argue that Plaintiff knew of the copyright infringement, and failed to stop it. Yet again, Defendants conducted no discovery and thus offer no reliable record evidence. Instead, the record evidence demonstrates that Plaintiff acted upon such infringement by sending DMCA take-down notices and cease and desist notices to SSM, which went ignored. As a matter of law, Plaintiff has no obligation to hound Defendants to remove the infringing content after notices were sent, and was well within its rights to file suit.

## CONCLUSION

Plaintiff seeks entry of Summary Judgment against SSM and Mr. Bolotin. Plaintiff has conclusively established its burden of proof as to each of the claims raised in the Complaint and there are no issues of disputed material facts. Additionally, Defendants have failed to take any depositions or seek timely discovery of facts necessary to establish their Affirmative Defenses.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of March, 2016 we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brady J. Cobb, Esq. and Valentin Gurvits *(counsel for Defendants).*

Respectfully submitted,

BeharBehar
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: AB@BeharBehar.com

By:    */s/Aaron Behar, Esquire*
Aaron Behar, Esquire
Florida Bar No.: 166286
Jaclyn Behar, Esquire
Florida Bar No.: 63833
***Counsel for Plaintiff***

And:   Spencer D. Freeman
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone:  (253) 383-4500
Facsimile:  (253) 383-4501
E-mail: sfreeman@freemanlawfirm.org
***Counsel for Plaintiff***
***(Pro Hac Vice)***

# EXHIBIT "A"

Ⓐ  Neutral

As of: March 10, 2016 1:48 PM EST

# *BWP Media USA Inc. v. Hollywood Fan Sites LLC*

United States District Court for the Southern District of New York

June 30, 2015, Decided; June 30, 2015, Filed

### *14-CV-121* (JPO)

**Reporter**

115 F. Supp. 3d 397; 2015 U.S. Dist. LEXIS 84895; 115 U.S.P.Q.2D (BNA) 1467

BWP MEDIA USA INC., NATIONAL PHOTO GROUP, LLC, and FAMEFLYNET, INC., Plaintiffs, -v- HOLLYWOOD FAN SITES LLC, FAN SITES ORG, LLC, and HOLLYWOOD.COM, LLC, Defendants.

**Prior History:** *BWP Media USA, Inc. v. Hollywood Fan Sites, LLC, 69 F. Supp. 3d 342, 2014 U.S. Dist. LEXIS 160642 (S.D.N.Y., Nov. 14, 2014)*

## Core Terms

designation, infringement, service provider, safe harbor, requirements, websites, provider's, interim, Sites, partial summary judgment, regulations, notifications, com, affirmative defense, subsidiary, directory, notices, amended complaint, provisions, registered, entities, parties, images

**Counsel:** **[**1]** For BWP Media USA Inc., doing business as Pacific Coast News, National Photo Group, Plaintiffs: Craig B. Sanders, Sanders Law, PLLC, Garden City, NY; David Michael Barshay, Baker Sanders, LLC, Garden City, NY.

For Hollywood Fan Sites, L.L.C., Fan Sites Org, L.L.C., Hollywood.com, L.L.C., Defendants: Jonathan Bloom, LEAD ATTORNEY, Weil, Gotshal & Manges, LLP, New York, NY; Richard L. Levine, LEAD ATTORNEY, Weil, Gotshal & Manges LLP (NYC), New York, NY.

**Judges:** J. PAUL OETKEN, United States District Judge.

**Opinion by:** J. PAUL OETKEN

## Opinion

[**397]  [***1468]  OPINION AND ORDER

J. PAUL OETKEN, District Judge:

Plaintiffs BWP Media USA Inc. ("BWP"), National Photo Group, LLC [**398] ("NPG"), and Fameflynet, Inc. ("FFN"; collectively with BWP and NPG, "Plaintiffs") bring this action against Hollywood Fan Sites LLC ("HFS"), Fan Sites Org, LLC ("FSO"), and Hollywood.com, LLC ("Hollywood"; collectively with HFS and FSO, "Defendants"), asserting violations of federal copyright law. Now before the Court is BWP and NPG's motion for partial summary judgment, which seeks to strike the affirmative defense asserted by HFS and FSO under the safe harbor provisions of the Digital Millennium Copyright Act ("DMCA"). For the reasons that follow, the motion [**2] is granted in part and denied in part.

### I. Background

#### A. Plaintiffs' Allegations[1]

Plaintiffs allege that they are the owners of the rights to certain images of celebrities. (Dkt. No. 67 ("Am. Compl.") ¶¶ 2, 4, 6-7.) They possess valid copyright registrations from the U.S. Copyright Office ("USCO") for some photographs, and have registrations pending for others. (*Id.* ¶ 17.)

According to the complaint, Defendants own and operate more than 4,500 websites called the "Fan Sites Network," which are dedicated to celebrities. (*Id.* ¶ 21-22.) Plaintiffs allege that their photographs appear on websites operated by Defendants without a license and in violation of Plaintiffs' rights. (*Id.* ¶¶ 26-30.) The websites are run by individuals

---

[1]  The description of Plaintiffs' allegations is drawn from the amended complaint. These allegations are set out here only for background. They are not relevant to this motion for partial summary judgment, which focuses narrowly on whether Defendants can assert an affirmative defense under the DMCA.

115 F. Supp. 3d 397, *398; 2015 U.S. Dist. LEXIS 84895, **3; 115 U.S.P.Q.2D (BNA) 1467, ***1468

(termed "dummy webmasters" in the complaint) who maintain them and update their contents, subject to Defendants' "right of full control." (*Id.* ¶¶ 31-33.) Although "the most conspicuous [**3] use" of the websites "is the display of Plaintiffs' stolen [p]hotographs," and although Defendants "have knowledge or have reason to know of the dummy webmasters' theft" of the images, Defendants nonetheless do not prevent the infringing activity. (*Id.* ¶¶ 34-35, 41.)

**B. Procedural History**

This case was initially filed by BWP and NPG on January 8, 2014, against Defendants and several other entities and individuals. (Dkt. No. 1.) This Court granted in part and denied in part a motion to dismiss on November 14, 2014. *See BWP Media USA, Inc. v. Hollywood Fan Sites, LLC, No. 14 Civ. 121 (JPO), 69 F. Supp. 3d 342, 2014 U.S. Dist. LEXIS 160642, 2014 WL 6077247 (S.D.N.Y. Nov. 14, 2014).* That decision dismissed claims against the parties other than Defendants for lack of personal jurisdiction, *2014 U.S. Dist. LEXIS 160642, [WL] at *2-4*, and also dismissed claims under the Racketeer Influenced and Corrupt Organizations Act for failure to state a claim, *2014 U.S. Dist. LEXIS 160642, [WL] at *11-15*. The remaining claims of copyright infringement were permitted to proceed.

Defendants answered the complaint on December 12, 2014. (Dkt. No. 35.) In the answer, Defendants asserted as a third affirmative defense that "Plaintiffs' claims are barred by the safe-harbor provisions of the [DMCA] . . . ."[2](*Id.* at 9.) On January 7, 2015, BWP and NPG filed the present motion for partial summary judgment, seeking [**4] to strike the DMCA-based affirmative defense. (Dkt. No. 45.) Defendants opposed the motion (Dkt. No. 54), and BWP and NPG replied (Dkt. No. 62).

In the meantime, each of the three Plaintiffs filed an additional complaint against Defendants. *See National Photo Grp., LLC v. Hollywood Fan Sites LLC*, [*399] No. 15 Civ. 410 (S.D.N.Y. filed Jan. 20, 2015); *BWP Media USA Inc. v. Hollywood Fan Sites LLC*, No. 15 Civ. 411 (S.D.N.Y. filed Jan. 20, 2015); *Fameflynet, Inc. v. Hollywood Fan Sites LLC*, No. 15 Civ. 412 (S.D.N.Y. filed Jan. 20, 2015). The Court accepted those cases as related to this action, and the parties stipulated that the three new actions would be consolidated into this case. (Dkt. No. 66.) Plaintiffs also represented that they would file an amended complaint to "eliminat[e] any duplication among the four complaints" within twenty days of the entry of the order on April 17,

2015. (*Id.* [***1469] at 2.) Although Plaintiffs filed the amended complaint several days late, the parties agreed that it would be accepted for filing and would become the operative pleading in this action. (Dkt. Nos. 67, 69.) [**5]

On May 20, 2015, Plaintiffs filed a letter in which they stated that the amendment to the complaint has no effect on the present motion for partial summary judgment. (Dkt. No. 70.)

**II. Legal Standard**

Summary judgment is proper when "there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." *Fed. R. Civ. P. 56(a)*. A fact is material if it "might affect the outcome of the suit under the governing law," *Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248, 106 S. Ct. 2505, 91 L. Ed. 2d 202 (1986)*, and a dispute is genuine if, considering the record as a whole, a rational jury could find in favor of the non-moving party, *Ricci v. DeStefano, 557 U.S. 557, 586, 129 S. Ct. 2658, 174 L. Ed. 2d 490 (2009)* (citing *Matsushita Elec. Indus. Co. v. Zenith Radio Corp., 475 U.S. 574, 587, 106 S. Ct. 1348, 89 L. Ed. 2d 538 (1986))*.

On a motion for summary judgment, the party bearing the burden of proof at trial must come forward with evidence on each element of its claim or defense illustrating its entitlement to relief. *Celotex Corp. v. Catrett, 477 U.S. 317, 322-23, 106 S. Ct. 2548, 91 L. Ed. 2d 265 (1986)*. It cannot rely upon mere "conclusory statements, conjecture, or speculation" to meet its burden. *Kulak v. City of New York, 88 F.3d 63, 71 (2d Cir. 1996)*. If the party with the burden of proof makes the requisite initial showing, the burden shifts to the opposing party to identify specific facts demonstrating a genuine issue for trial, *i.e.*, that reasonable jurors could differ about the evidence. *Fed. R. Civ. P. 56(c)*; *Liberty Lobby, 477 U.S. at 250-51*. The court should view all evidence "in the light most favorable to the non-moving party [**6] and draw all reasonable inferences in its favor," and a motion for summary judgment may be granted only if "no reasonable trier of fact could find in favor of the nonmoving party." *Allen v. Coughlin, 64 F.3d 77, 79 (2d Cir. 1995)* (internal quotation marks omitted).

Where, as here, "a plaintiff uses a summary judgment motion . . . to challenge the legal sufficiency of an affirmative defense—on which the defendant bears the burden of proof at trial—a plaintiff may satisfy its *Rule 56* burden by showing that there is an absence of evidence to

---

2   Defendants have raised the same affirmative defense in their answer to the amended complaint. (*See* Dkt. No. 76, at 11.)

115 F. Supp. 3d 397, *399; 2015 U.S. Dist. LEXIS 84895, **6; 115 U.S.P.Q.2D (BNA) 1467, ***1469

support an essential element of the non-moving party's case." *FDIC v. Giammettei, 34 F.3d 51, 54 (2d Cir. 1994)* (internal quotation marks and brackets omitted).

### III. Discussion

BWP and NPG move for partial summary judgment to strike HFS's and FSO's assertion of an affirmative defense under the safe harbor provisions of the DMCA, *17 U.S.C. § 512*.

### A. DMCA Safe Harbor

"[T]he DMCA added four safe harbor provisions to the Copyright Act . . . , which [*400] shield service providers from liability for copyright infringement under certain circumstances." *Capitol Records, LLC v. Escape Media Grp., Inc., No. 12 Civ. 6646 (AJN), 2015 U.S. Dist. LEXIS 38007, 2015 WL 1402049, at *5 (S.D.N.Y. Mar. 25, 2015)* (citing *17 U.S.C. § 512(a)-(d)*). In order to receive protection under the DMCA safe harbors, a party "must meet a set of threshold criteria." *Viacom Int'l, Inc. v. YouTube, Inc., 676 F.3d 19, 27 (2d Cir. 2012)*. Among these criteria are requirements that the party qualify as a "service provider," as defined in the statute; adopt [**7] and reasonably implement a "'repeat infringer' policy"; and "accommodate 'standard technical measures' that are 'used by copyright owners to protect copyrighted works.'" *Id.* (quoting *17 U.S.C. § 512(k)(1)(B)*, *512(i)(1)(A)-(B)*, *(i)(2)*).

If these initial requirements are satisfied, then "a party may be eligible for one or more of the four 'safe harbor' provisions codified at *17 U.S.C. § 512(a) through § 512(d)*." *Wolk v. Kodak Imaging Network, Inc., 840 F. Supp. 2d 724, 745 (S.D.N.Y. 2012)*, aff'd sub nom. *Wolk v. Photobucket.com, Inc., 569 F. App'x 51 (2d Cir. 2014)* (summary order). The safe harbor that may apply in this case is *§ 512(c)*, which "covers infringement claims that arise 'by reason of the storage at the direction of a user of material that resides on a system or network controlled or operated by or for the service provider.'" *Viacom, 676 F.3d at 27* (quoting *17 U.S.C. § 512(c)(1)*).

At issue in this motion is *§ 512(c)*'s requirement that a service provider "designate[] an agent to receive notifications

of claimed infringement." *17 U.S.C. § 512(c)(2)*. To effectively make such a designation, "[t]he statute requires that the service provider make 'available through its service, including on its website in a location accessible to the public, and [***1470] by providing to the Copyright Office, substantially the following information[:] the name, address, phone number, and electronic mail address of the agent.'" *Wolk, 840 F. Supp. 2d at 748-49* (quoting *17 U.S.C. § 512(c)(2)*) (ellipsis omitted).[3]

A service provider cannot retroactively qualify for the safe harbor for infringements occurring before the proper designation of an agent under the statute. *See 17 U.S.C. § 512(c)(2)* ("The limitations on liability established in this subsection apply to a service provider only if the service provider has designated an agent to receive notifications of claimed infringement described in [the subsequent paragraph] . . . ."); *see also Oppenheimer v. Allvoices, Inc., No. C 14-00499 (LB), 2014 U.S. Dist. LEXIS 80320, 2014 WL 2604033, at *5 (N.D. Cal. June 10, 2014)* (citing cases and holding that the defendant "may not invoke the safe harbor found in *Section 512(c)(1)* with respect to infringing conduct that occurred prior to [the [**9] defendant's] designating a DMCA-related agent with the Copyright Office"); *Costar Grp. Inc. v. Loopnet, Inc., 164 F. Supp. 2d 688, 697 n.4 (D. Md. 2001)* ("It is undisputed that [the defendant] did not designate an agent until December 8, 1999. Therefore, the safe harbor is only available to [the defendant] with regard to its liability [*401] (if any) arising after that date." (citation omitted)), aff'd, *373 F.3d 544 (4th Cir. 2004)*.

### B. Application

BWP and NPG request that the Court bar HFS and FSO from seeking the *§ 512(c)* safe harbor based on their assertion that there was no agent designated for DMCA notifications by HFS and FSO at the time of the infringements alleged in the complaint.[4](Dkt. No. 47 ("Pl. Br.") at 5.) In support of this assertion, they offer records from USCO's directory of agent registrations, which show DMCA agent designations from HFS and FSO filed on April 29, 2014—after the filing of this lawsuit. In response,

---

3   While the statute requires only [**8] that a service provider provide "substantially" such information, the case law and legislative history suggest that the DMCA's substantial compliance rule forgives only "insubstantial departures" from the requirements, such as "misspelling a name, supplying an outdated area code if the phone number is accompanied by an accurate address, supplying an outdated name if accompanied by an e-mail address that remains valid for the successor of the prior designated agent or agent of a copyright owner." *Perfect 10, Inc. v. Amazon.com, Inc.*, No. CV-05-4753 (AHM) (SHX), 2009 U.S. Dist. LEXIS 42341, 2009 WL 1334364, at *8 (C.D. Cal. May 12, 2009) (quoting H.R. REP. NO. 105-551, at 56 (1998)) (internal quotation marks omitted).

4   There is no dispute that HFS and FSO are "service providers" for purposes of qualifying for the safe harbor. (*See* Dkt. No. 62, at 3.)

115 F. Supp. 3d 397, *401; 2015 U.S. Dist. LEXIS 84895, **9; 115 U.S.P.Q.2D (BNA) 1467, ***1470

Defendants assert that they "fully complied with the statutory requirements for DMCA safe-harbor protection." (Dkt. No. 54 ("Def. Br.") at 2.) The Court considers the question as to FSO and HFS in turn.

## 1. FSO

FSO is a subsidiary of Hollywood. [**10]  (Dkt. No. 57 ("Marder Decl.") ¶ 3.) Defendants present evidence that FSO first filed a DMCA agent designation[5] with the USCO on November 5, 2012. (Dkt. No. 56 ("Cox Decl.") Ex. A.) That designation was amended on December 5, 2013, and again on April 29, 2014. (*Id.* Exs. B, C.) This evidence is not contested by BWP and NPG. (*See* Dkt. No. 62 ("Pl. Reply") at 2-3.)

BWP and NPG assert that partial summary judgment is still appropriate to bar FSO from seeking the DMCA safe harbor for infringements shown to have preceded that date. (*Id.* at 6.) It does not appear that Defendants meaningfully contest this assertion, and the Court agrees. Accordingly, the motion for partial summary judgment as to FSO is granted in part. Defendants are barred from asserting the DMCA safe harbor for any infringement by FSO that is shown [**11]  to have occurred before November 5, 2012.[6]

 [***1471]  ## 2. HFS

The agent-designation question is more complex as relates to HFS. HFS, like FSO, is a subsidiary of Hollywood. (Marder Decl. ¶ 3.) Defendants present evidence that HFS filed a DMCA agent designation on December 5, 2013, and amended that designation on April 29, 2014. (Cox Decl. Exs. E, F.) Defendants also rely on a designation filed by Hollywood on November 3, 2008. [**12]  (Marder Decl. ¶ 5 & Ex. A.) Declarations supplied by Defendants claim that Hollywood filed that designation "on behalf of itself and its subsidiaries and affiliates, which necessarily included Hollywood Fan Sites, LLC" [*402]  (*id.* ¶ 5), and that HFS was "intended to be covered" by the Hollywood designation (Cox Decl. ¶ 7).

*Section 512(c)*, as noted above, states that a service provider may seek the safe harbor "only if the service provider has designated an agent to receive notifications of claimed infringement . . . by making available through its service, including on its website in a location accessible to the public, *and* by providing to the Copyright Office," the contact information of the agent. *17 U.S.C. § 512(c)(2)* (emphasis added). The section requires that each service provider "provid[e] to the [USCO]" the "the name, address, phone number, and electronic mail address of the agent," along with "other contact information which the Register of Copyrights may deem appropriate." *Id.* Furthermore, the statute provides, "The Register of Copyrights shall maintain a current directory of agents available to the public for inspection, including through the Internet . . . ." *Id.; see also* 4 *NIMMER ON COPYRIGHT § 12B.04[3]* (updated 2015) (stating that the reason for this [**13]  requirement is "[t]o facilitate easy access to the identity of all designated agents"). Thus, *§ 512(c)* makes clear that it contemplates two parallel sources—the provider's website and the USCO directory—where each service provider's DMCA agent information is readily available to the public. For a service provider to fulfill only one of these two requirements is insufficient.

Defendants argue that HFS qualifies for the *§ 512(c)* safe harbor prior to December 2013 because, they assert, the 2008 Hollywood designation covered HFS as well. The Court disagrees. There is nothing in the 2008 Hollywood designation that could be interpreted to make any reference to HFS. A section of the DMCA agent designation form for "Full Legal Name of Service Provider" contains only the name "Hollywood.com, LLC." (Marder Decl. Ex. A.) And in a prompt that calls for "Alternative Name(s) of Service Provider (including all names under which the service provider is doing business)," the 2008 Hollywood designation provides only "Hollywood.com" and "Media By Numbers" as alternate names for Hollywood.com, LLC. (*Id.*) In the entirety of the designation, there is no mention of HFS.

The Court concludes that the statute does not contemplate  [**14]  that a service provider entity can be shielded by the safe harbor where that entity has no presence at all in the

---

5   Because the designations relevant to this case are filed under *interim* USCO regulations—which will remain in effect until the promulgation of final regulations—these designations are titled "Interim Designation of Agent to Receive Notification of Claimed Infringement." (*See* Cox Decl. Ex. A; Dkt. No. 62, at 4-5.) For clarity, the Court omits the term "interim" in referring to the designations.

6   Plaintiffs assert that the earliest date on which they have alleged infringements is March 17, 2011, citing the exhibits to the complaint. (Dkt. No. 61 ("Pl. 56.1 Counterstatement") ¶ 4.) While those exhibits claim that certain photographs were *registered* with effective dates as early as March 17, 2011 (*see, e.g.*, Am. Compl. Ex. 1 at 1, reference numbers 1001 to 1005), they also assert that Plaintiffs' *observations* of acts of infringement took place, at the earliest, in 2013. (*See* Am. Compl. Ex. 1.) The present record does not contain evidence of acts of infringement that predate FSO's November 2012 DMCA registration. However, there is no need at this stage to determine whether Plaintiffs will ultimately be able to prove any infringement by FSO that predates November 5, 2012.

115 F. Supp. 3d 397, *402; 2015 U.S. Dist. LEXIS 84895, **14; 115 U.S.P.Q.2D (BNA) 1467, ***1471

USCO directory. *Cf. Perfect 10, Inc. v. Amazon.com, Inc., No. CV 05-4753 (AHM), 2009 U.S. Dist. LEXIS 42341, 2009 WL 1334364, at \*8 (C.D. Cal. May 12, 2009)* (stating that a DMCA agent designation filed with the USCO was valid where it "enabled anyone who saw it to contact A9's designated agent, through mail, fax, telephone, or the online complaint form"). It is implausible that parties attempting to find a provider's DMCA agent designation, using the USCO's database, are expected to have independent knowledge of the corporate structure of a particular service provider. *Cf. 2009 U.S. Dist. LEXIS 42341, [WL] at \*2* ("Because A9 was not among the listed entities [on parent company Amazon's designation], Amazon's copyright agent was not designated to receive notices on behalf of A9."). Accordingly, the Hollywood designation cannot serve as a basis for HFS's DMCA defense.

Furthermore, even had the 2008 Hollywood designation indicated that it was intended to cover HFS, it is far from clear that a single designation can cover multiple entities. The USCO, acting pursuant to a delegation set out in the statute, has promulgated interim regulations concerning the DMCA designation until such a time as final regulations take effect. *See 37 C.F.R. § 201.38(a)*. The preamble to the [**15] interim regulations contains a paragraph [*403] that explicitly rejects a joint designation by a parent and subsidiary:

> During the interim period before final regulations are promulgated, each Interim Declaration may be filed only on behalf of a [***1472] single service provider. For purposes of these interim regulations, related companies (e.g., parents and subsidiaries) are considered separate service providers who would file separate Interim Designations. When it considers final regulations, the Office will solicit comments as to whether related companies (e.g., parent and subsidiary companies) should be permitted to file a single Designation of Agent to Receive Notifications of Claimed Infringement.

*Designation of Agent to Receive Notification of Claimed Infringement, 63 Fed. Reg. 59233, 59234 (Nov. 3, 1998).* Thus, HFS's argument that it could be covered by Hollywood's designation is disallowed under the USCO's current scheme for the designation of DMCA agents.[7]

As a last argument, Defendants assert that they complied with the DMCA because information concerning a DMCA agent was purportedly available on HFS-hosted websites. (*See* Def. Br. at 4, 7-8.) Using this information, Defendants assert, NPG "submitted alleged infringement notices requesting the removal of photographs" on HFS-hosted sites on "at least three occasions," which each resulted in a reply from a Hollywood agent stating that the images had been removed. (*Id.* at 4-5.)

Even assuming the truth of Defendants' factual assertions, however, they are irrelevant. As stated above, the statutory scheme expressly requires two publicly available, parallel sources of a service provider's DMCA agent information (the service provider's website and the USCO directory) in order for that provider to be shielded by the *§ 512(c)* safe harbor. For this reason, Defendants' assertion that agent information was provided on HFS-controlled websites cannot save HFS from disqualification for the *§ 512(c)* safe harbor. *See Perfect 10, Inc. v. Yandex N.V., No. C 12-01521 (WHA), 2013 U.S. Dist. LEXIS 65802, 2013 WL 1899851, at \*8 (N.D. Cal. May 7, 2013)* ("The statute plainly specifies that a registered agent is a predicate, express condition—the safe harbor will apply 'only if' such agent has been designated and identified to the Copyright Office for inclusion [**17] in the directory of agents."). Moreover, the fact that HFS may have actually received notices of infringement, and consequently removed the images claimed to be infringing, is also insufficient. *See id.* ("[The defendant's] objection that it received and processed the DMCA notices without having an agent registered with the United States Copyright Office is irrelevant to whether it complied with *Section 512(c)(2)*. [The defendant's] objections that [the plaintiff] at times sent DMCA notices to the wrong email address, and that it substantially complied with the DMCA takedown requirements in response to the notices are likewise irrelevant.").

Accordingly, BWP and NPG's motion is granted in part as to HFS. Defendants cannot assert a DMCA safe harbor defense for any infringement by HFS that is shown to have occurred before December 5, 2013—the date on which HFS filed its own DMCA agent designation.

[*404] **IV. Conclusion**

For the foregoing reasons, it is hereby ordered that BWP and NPG's motion for partial summary judgment is GRANTED IN PART and DENIED IN PART. Specifically, Defendants are barred from asserting a defense under *17*

---

7   Because the Court concludes that there was insufficient information in the Hollywood designation to cover HFS in any event, the validity of a joint DMCA agent designation is not squarely presented here. Accordingly, there is no need to decide whether the USCO's present interpretation of the statute deserves deference or is otherwise the correct reading [**16] of *§ 512(c)(2)*.

115 F. Supp. 3d 397, *404; 2015 U.S. Dist. LEXIS 84895, **17; 115 U.S.P.Q.2D (BNA) 1467, ***1472

*U.S.C. § 512(c)* as to FSO for any infringement occurring before November 5, 2012, and as to HFS for any [**18] infringement occurring before December 5, 2013.

The Clerk of the Court is directed to close the motion at docket number 45.

SO ORDERED.

Dated: June 30, 2015

New York, New York

/s/ J. Paul Oetken

J. PAUL OETKEN

United States District Judge

# EXHIBIT "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT LIMITED,
a foreign corporation d/b/a METART,

        Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
and John Does 1-20,

        Defendants.

_____/

**DECLARATION OF JASON TUCKER IN SUPPORT OF PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT (D.E. #86)**

    1.     I am over the age of 18, a resident of Phoenix, Arizona and citizen of the

United States. I make this declaration based upon personal knowledge and, if called to

testify could and would testify competently to the facts set forth herein.

    2.     I have previously supplied this Court with Declarations wherein I set forth

my background and experience, and I hereby incorporate the same into this Declaration.

    3.     On or about November 11, 2015, Sun Social Media, Inc. ("SSM")

responded to Plaintiff's Request for Production #5. Request for Production 5 sought the

user name, email address, IP address, profile, list of videos uploaded, date of discipline,

discipline imposed and a copy of the notice of discipline sent to all persons and entities disciplined pursuant to SSM's repeat infringer policy.

4.      I examined SSM's response to Request for Production 5 starting from the bottom of SSM's list and worked my way up the list. I reviewed the bottom 108 users.

5.      Over approximately 47% of the users identified in SSM's production that I reviewed had uploaded videos *after they were presumably "terminated"*. Thus, statistically, a fair number of users uploaded content to SSM's websites after the date of termination that is reflected in SSM's response to Request for Production 5.

6.      During my review of SSM's list of disciplined users in response to Request for Production 5, I recalled a number of users as having had posted content owned by Plaintiff. As a result, I cross-referenced the list of disciplined users to the Plaintiff's content that was posted on SSM's websites.

7.      By way of example only, I found the following users had posted Plaintiff's content after the date they were supposedly "terminated":

> a.      The user "Tashka" was terminated on May 18, 2014 (Exhibit "1"), but posted Plaintiff's video "Approaching" on May 21, 2014 (Exhibit "2").

> b.      The user "kakadu" was terminated on July 20, 2013 (Exhibit "3"), but posted Plaintiff's video "Be My Slave" on September 18, 2013 (Exhibit "4").

> c.      The user "good_day" was terminated on July 25, 2014 (Exhibit "5"), but posted Plaintiff's video "Love Beats" on August 22, 2014 (Exhibit "6").

> d.      The user "aurelia" was terminated on April 10, 2014 (Exhibit "7"), but posted Plaintiff's video "Right Now" on May 26, 2014 (Exhibit "8").

8.    If the users were actually terminated, as SSM's own records reflect, the examples of continued infringement identified above would not have occurred.

**I declare under penalty of perjury that the foregoing is true and correct. Executed on March 10, 2016 in Los Angeles, California**

_____
Jason Tucker

03/10/16

_____
DATE

# EXHIBIT "1"

http://www.playvid.com/watch/D6pDfxG0I7E, http://www.playvid.com/watch/DcV6Sc3gCPz, http://www.playvid.com/watch/Cbqpn6AjKD7, http://www.playvid.com/watch/vbDiMAmZAyo,
http://www.playvid.com/watch/o5HEgDGbTRg, http://www.playvid.com/watch/lf1GKJq5ZVZ, http://www.playvid.com/watch/sg1blXdnOA9, http://www.playvid.com/watch/VPYJU16Zx8o,
http://www.playvid.com/watch/4XRw9ywYDha, http://www.playvid.com/watch/ya7QLIwIgVC, http://www.playvid.com/watch/4OWSeKuYqCG, http://www.playvid.com/watch/4dGw3b6n657,
http://www.playvid.com/watch/BoDE4qg9IAi, http://www.playvid.com/watch/Krzf1X~ckwE, http://www.playvid.com/watch/o0xzUqUr4Jt, http://www.playvid.com/watch/isWTpe8Po~z,
http://www.playvid.com/watch/P7DoSqTxl99, http://www.playvid.com/watch/hqe6vq2990C, http://www.playvid.com/watch/AQMWZBUEQWH, http://www.playvid.com/watch/jF6zcMTtCGG,
http://www.playvid.com/watch/r2GUDSRKFGT, http://www.playvid.com/watch/Wnp3DepJKub, http://www.playvid.com/watch/qYWi6z~nadn, http://www.playvid.com/watch/WaRXJjMANXu,
http://www.playvid.com/watch/YVWKaDwycGW, http://www.playvid.com/watch/NB3UokO65Ys, http://www.playvid.com/watch/vvRnnfasDWc, http://www.playvid.com/watch/yurtoDo9uLv,
http://www.playvid.com/watch/nTL2DEeG4Si, http://www.playvid.com/watch/Guiu2DoU3Gi, http://www.playvid.com/watch/Bl1PRMj48uh, http://www.playvid.com/watch/hDEKERmU0MI,
http://www.playvid.com/watch/JjkrbY3AZyP, http://www.playvid.com/watch/Y~sKfn~hPRi, http://www.playvid.com/watch/BQiT~98H3tD, http://www.playvid.com/watch/2TShStBa1m4,
http://www.playvid.com/watch/~NLQqRnT5ff, http://www.playvid.com/watch/GQ3zB8WVHo7, http://www.playvid.com/watch/TDL7flJVjnl, http://www.playvid.com/watch/oWrwI8W9l9i,
http://www.playvid.com/watch/GKYMZ9xE68G, http://www.playvid.com/watch/ABvBaoAoYEp, http://www.playvid.com/watch/SyppAx4JeQq, http://www.playvid.com/watch/V~JT2DU4h20,
http://www.playvid.com/watch/BPkUpRuhkkN, http://www.playvid.com/watch/mSjkDEnXIc8
5.f. Date of discipline: 2014-02-04
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: tashka
5.b. Uploader's email address: ashanmamed@yahoo.com
5.c. Uploader's profile: http://www.playvid.com/member/tashka
5.e. List of videos posted by uploader: http://www.playvid.com/watch/K78a90_PeCL, http://www.playvid.com/watch/jsQOP3yW4j9, http://www.playvid.com/watch/F~fOeo5kL5I,
http://www.playvid.com/watch/EgXEJDKM97u, http://www.playvid.com/watch/a12xpofTx8O, http://www.playvid.com/watch/brEmVzo8jJ, http://www.playvid.com/watch/nJSBnWDDwdu,
http://www.playvid.com/watch/TAniZAj1r6h, http://www.playvid.com/watch/zWrAnScjoiJ, http://www.playvid.com/watch/ukTQMMiV~ad, http://www.playvid.com/watch/tcZ5TNHIGVm,
http://www.playvid.com/watch/RIq_RPr7quA, http://www.playvid.com/watch/Rr1kZT6rYfl, http://www.playvid.com/watch/usn1L7gmpAj, http://www.playvid.com/watch/dBdZtmZVG1D,
http://www.playvid.com/watch/MKKzGoR42e3, http://www.playvid.com/watch/hWYBbBXJpNf, http://www.playvid.com/watch/eclxtDZxNJw, http://www.playvid.com/watch/EooJ6D8cLhl,
http://www.playvid.com/watch/wG8O5v0VnHE, http://www.playvid.com/watch/BRGBIT772EM, http://www.playvid.com/watch/wV1MX5exzYN, http://www.playvid.com/watch/LQLwcXePLAc,
http://www.playvid.com/watch/4AyY8v32CZB, http://www.playvid.com/watch/h6ZRWwJ9Dzt, http://www.playvid.com/watch/9vdUEfq6tyt, http://www.playvid.com/watch/VAykSCyloOa,
http://www.playvid.com/watch/Dmd8iulidAb, http://www.playvid.com/watch/8NePOpFqFij, http://www.playvid.com/watch/pQNnKT3t0Si, http://www.playvid.com/watch/CLsruYgZZQm,
http://www.playvid.com/watch/oP78Fajui8hS, http://www.playvid.com/watch/iMxx3js8hq5, http://www.playvid.com/watch/cH7F3taVW5i, http://www.playvid.com/watch/Dp4q3WCtMp5,
http://www.playvid.com/watch/nRFinmfxS5S, http://www.playvid.com/watch/HYRtpiPtEZf, http://www.playvid.com/watch/qfPrL2_dL6w, http://www.playvid.com/watch/5vBqP4X3hhQ,
http://www.playvid.com/watch/wMJjhvIamGB, http://www.playvid.com/watch/ialqje_Y56x, http://www.playvid.com/watch/qBDTw89R77R, http://www.playvid.com/watch/NIFsmk0ji8k,
http://www.playvid.com/watch/SOp~ef5bGLM, http://www.playvid.com/watch/5Xi8Aibadcn, http://www.playvid.com/watch/cLnP2TB0Rg0, http://www.playvid.com/watch/5T1BZt05ccm4,
http://www.playvid.com/watch/rf_BtrWNoWb, http://www.playvid.com/watch/b~53UmXVMNp, http://www.playvid.com/watch/GY0uwoJkdiD, http://www.playvid.com/watch/qV8YBEiP7Zu,
http://www.playvid.com/watch/Z~pH59NQY0p, http://www.playvid.com/watch/y16hWg9d1PI, http://www.playvid.com/watch/0_R2M_NJsrE, http://www.playvid.com/watch/cqCjOINk1BR,
http://www.playvid.com/watch/Wud1~KATVfR, http://www.playvid.com/watch/qnLTce7UJfe, http://www.playvid.com/watch/FGF42eSV5Jh, http://www.playvid.com/watch/ZMGRW4mCjC9,
http://www.playvid.com/watch/hIk~DN227N7, http://www.playvid.com/watch/V8M55Ms20N0, http://www.playvid.com/watch/wG39JCOnfYe, http://www.playvid.com/watch/UZa6hycUfZO,
http://www.playvid.com/watch/SII6~hf7Hug, http://www.playvid.com/watch/tRfv_~ZluCE, http://www.playvid.com/watch/iZWsDMCDnbL, http://www.playvid.com/watch/JAbsTVFn6E2,
http://www.playvid.com/watch/KZ33zT82UaS, http://www.playvid.com/watch/hRmmAmn5e6b, http://www.playvid.com/watch/XEsJRg_3njf, http://www.playvid.com/watch/2zjjyAGBcDy,
http://www.playvid.com/watch/I68t59et76h, http://www.playvid.com/watch/zQJw73XtViy, http://www.playvid.com/watch/ugwDkXEyqaS, http://www.playvid.com/watch/3Yj9SDop8Vn,
http://www.playvid.com/watch/WpVi7atq26V, http://www.playvid.com/watch/6hzp3JL6NC3, http://www.playvid.com/watch/2MXOizv7oHP, http://www.playvid.com/watch/iR3K~jvMygM,
http://www.playvid.com/watch/uju~woV2Q3k, http://www.playvid.com/watch/zjzA5ylq4vS, http://www.playvid.com/watch/ij3Kqs_PQGV, http://www.playvid.com/watch/JpVzN_fQ21P,
http://www.playvid.com/watch/QivLq9qS4Gp, http://www.playvid.com/watch/ldD~8o~InB8, http://www.playvid.com/watch/71Rg_Oqgvai, http://www.playvid.com/watch/92Q5MKDUYHV,
http://www.playvid.com/watch/yvext3WE4AZ, http://www.playvid.com/watch/pTM~whDloqE, http://www.playvid.com/watch/7yci1MKscVr, http://www.playvid.com/watch/xxWHHAskr6t,
http://www.playvid.com/watch/DsAvc2PPgKa, http://www.playvid.com/watch/yfb8Gi2svE0, http://www.playvid.com/watch/0eIfe5e44Ks, http://www.playvid.com/watch/pXiCxoZPGGo,
http://www.playvid.com/watch/zhm1APY3ha3, http://www.playvid.com/watch/R1bp~WEN3nN, http://www.playvid.com/watch/elngts7CJM3, http://www.playvid.com/watch/LfXwkFd0Vvi,
http://www.playvid.com/watch/TyqkSVjUZkY, http://www.playvid.com/watch/ZERB8YUqJKT, http://www.playvid.com/watch/Y69NDsdwlRL, http://www.playvid.com/watch/r0lWG291M1Q,
http://www.playvid.com/watch/ZD9nHZnWxx1, http://www.playvid.com/watch/6XZ8DV6iNO4, http://www.playvid.com/watch/ZCEsuWuQMsU, http://www.playvid.com/watch/hPFBV7vHCef,
http://www.playvid.com/watch/Jd7tZtrXte8, http://www.playvid.com/watch/3kX5wsw0YFG, http://www.playvid.com/watch/hVqJWPyyHU4, http://www.playvid.com/watch/NpFHGRiHFYi,
http://www.playvid.com/watch/buY21kFWF_R, http://www.playvid.com/watch/XpEAFEAmUUr, http://www.playvid.com/watch/3_tNGkUWa9x, http://www.playvid.com/watch/nUUK_inGRWU,
http://www.playvid.com/watch/VBiqZ0iOEL9, http://www.playvid.com/watch/J7Yx1yUxVYT, http://www.playvid.com/watch/v98hEiNhBHV, http://www.playvid.com/watch/H6j4ROysWjw,
http://www.playvid.com/watch/EKNeY11PRzX, http://www.playvid.com/watch/riz3eCWwAM, http://www.playvid.com/watch/gy_NwqQYIof, http://www.playvid.com/watch/Hdj0_1f1wTs,
http://www.playvid.com/watch/Ix6ZNXz6qKl, http://www.playvid.com/watch/hSYPVNEY_tM, http://www.playvid.com/watch/BQXBLg2wBup, http://www.playvid.com/watch/lzt4JShYnUc,
http://www.playvid.com/watch/TUswrXcefRg, http://www.playvid.com/watch/N4JFIThSDka, http://www.playvid.com/watch/lEQe7eAeDNg, http://www.playvid.com/watch/GCZFoHWGfip,
http://www.playvid.com/watch/KW13AffEG30, http://www.playvid.com/watch/bnhKxkktd16, http://www.playvid.com/watch/PTanyGAlMyJ, http://www.playvid.com/watch/NkHVkbVpc_a,
http://www.playvid.com/watch/BQoqk09KE~e, http://www.playvid.com/watch/Uesqy1Cy6sy, http://www.playvid.com/watch/Yn8uVno0Vv2, http://www.playvid.com/watch/6R3gm9IC3g3,
http://www.playvid.com/watch/yRM8BAGnBKL, http://www.playvid.com/watch/bHzXuAuRj80a, http://www.playvid.com/watch/eku1U_9APq, http://www.playvid.com/watch/0JZFh3Au9rTE,
http://www.playvid.com/watch/U5Hx54FwTTB, http://www.playvid.com/watch/f_I83UUoROM, http://www.playvid.com/watch/LDLsWuqW5oH, http://www.playvid.com/watch/24jO0pPdOZq,
http://www.playvid.com/watch/JvxjMPhpuOb, http://www.playvid.com/watch/COlEHSRVhtR, http://www.playvid.com/watch/Y3AkWk_NwIN, http://www.playvid.com/watch/vWhL837Kub0,
http://www.playvid.com/watch/zgtCNEfNE9j, http://www.playvid.com/watch/yyG3BTaeCnq, http://www.playvid.com/watch/BUow8PZfJGl, http://www.playvid.com/watch/07huLojtQPb,
http://www.playvid.com/watch/uEmnRiHDi2U, http://www.playvid.com/watch/U8nf5w1kXWY, http://www.playvid.com/watch/YZRc2dvNUVX, http://www.playvid.com/watch/tx9Un5QDPFx,
http://www.playvid.com/watch/z5Ho_5z40wJ, http://www.playvid.com/watch/fU3Nk8Tnt_N, http://www.playvid.com/watch/BqZIQERCxSW, http://www.playvid.com/watch/7fAeqxXbZba,
http://www.playvid.com/watch/KuveUIZD8qi, http://www.playvid.com/watch/WV_atjTTNQA, http://www.playvid.com/watch/D5eR2LmuAVs, http://www.playvid.com/watch/pxbH6Lqet6e,
http://www.playvid.com/watch/TpQD9o8fC7V, http://www.playvid.com/watch/eldzCmU0Lar, http://www.playvid.com/watch/ELPpZ9KO_9E, http://www.playvid.com/watch/oi4gruq951v,
http://www.playvid.com/watch/fqnOZPPCqlQ, http://www.playvid.com/watch/ElKh8rqE7z2, http://www.playvid.com/watch/Aig~Frg7DTK, http://www.playvid.com/watch/eJNUp4B7SqR,
http://www.playvid.com/watch/pL5wmltwPQY, http://www.playvid.com/watch/ihKYM8MYdT1, http://www.playvid.com/watch/eT44_YvRZW7, http://www.playvid.com/watch/yBohRDYtfdj,
http://www.playvid.com/watch/C0zmznWl8D, http://www.playvid.com/watch/I83oXsCjSBl, http://www.playvid.com/watch/xp7w7MPh6x5, http://www.playvid.com/watch/LkN~jvlTh73,
http://www.playvid.com/watch/01v7I73J1HI, http://www.playvid.com/watch/tmyzwv59HB0, http://www.playvid.com/watch/J8uTsbAnz6G, http://www.playvid.com/watch/aUZWHh5DIO8,
http://www.playvid.com/watch/d6YMiR8V5zr, http://www.playvid.com/watch/4457_QalXDz, http://www.playvid.com/watch/0eg6o0QTb4W, http://www.playvid.com/watch/4kjbGu2jH3T,
http://www.playvid.com/watch/SAtbt1sAMUL, http://www.playvid.com/watch/Ie8LZuf14FJ, http://www.playvid.com/watch/Iu5crP~szBA, http://www.playvid.com/watch/5mff_du~Jiw,
http://www.playvid.com/watch/loDwps21C78, http://www.playvid.com/watch/M4nbgDhhpfe, http://www.playvid.com/watch/fut8oy3D8yB, http://www.playvid.com/watch/IXo8lHBURNw,
http://www.playvid.com/watch/J79Temu7Qkr, http://www.playvid.com/watch/kJz9FUcBJ6c, http://www.playvid.com/watch/eWy3KsvgGVg, http://www.playvid.com/watch/Xq0cOe9GgRN,
http://www.playvid.com/watch/e4p2WI7jHdu, http://www.playvid.com/watch/dj~YIaw1chm, http://www.playvid.com/watch/ed93Kni8~xt, http://www.playvid.com/watch/Jb8_ZtwhZe5,
http://www.playvid.com/watch/qIbbLEWxunZ, http://www.playvid.com/watch/BQaCBBW1G82, http://www.playvid.com/watch/3MA36cOA5qS, http://www.playvid.com/watch/n291Ftbxp9W,
http://www.playvid.com/watch/3r2jix_ti4W, http://www.playvid.com/watch/dv8fVht04LT, http://www.playvid.com/watch/OKFLHzDMVVc, http://www.playvid.com/watch/RfyM83py9Vn,
http://www.playvid.com/watch/Idk2XWIv3E, http://www.playvid.com/watch/2mZu3LDEDJ7, http://www.playvid.com/watch/hFr5~KL669G, http://www.playvid.com/watch/n6M8_ij7mMD,
http://www.playvid.com/watch/hfsJ_MYUfbs, http://www.playvid.com/watch/7LZsGbcVV5S, http://www.playvid.com/watch/EctXOrqvR58, http://www.playvid.com/watch/CLus4MgNtfd,
http://www.playvid.com/watch/JXyGGmMl4Ll, http://www.playvid.com/watch/DIGVaJxfH41, http://www.playvid.com/watch/T3esR7sBqYK, http://www.playvid.com/watch/K11wwc_LizM,
http://www.playvid.com/watch/HdsaJPt6iJL, http://www.playvid.com/watch/GVmUITSYI5F, http://www.playvid.com/watch/x4pLHgjttd, http://www.playvid.com/watch/L5~p7i8T~ZV,
http://www.playvid.com/watch/t83uh3nrEEP, http://www.playvid.com/watch/JArot8rPuhr, http://www.playvid.com/watch/aB_7gU~YOn9, http://www.playvid.com/watch/9fz4L_5E5cR,
http://www.playvid.com/watch/FsPt1jPFFtc, http://www.playvid.com/watch/MNH4ICz27FE, http://www.playvid.com/watch/CZwbpZZrJNT, http://www.playvid.com/watch/LGuLoqpMtNO,
http://www.playvid.com/watch/5Jwh8ORh1E9, http://www.playvid.com/watch/ZgouYAwHWod, http://www.playvid.com/watch/61CTOguFpzQ, http://www.playvid.com/watch/g7_LPRRIVZF,
http://www.playvid.com/watch/dtyhcYXbOaz, http://www.playvid.com/watch/2mZu3LDEDJ7, http://www.playvid.com/watch/hFr5~KL669G, http://www.playvid.com/watch/6yUhUIoCrB,
http://www.playvid.com/watch/5Rpul2FEe2F, http://www.playvid.com/watch/oso7ru0iW8u, http://www.playvid.com/watch/28mRWtpYpL6, http://www.playvid.com/watch/o02xr8fZ995,
http://www.playvid.com/watch/fN7zV0mEwXY, http://www.playvid.com/watch/ijijQDaZ_41, http://www.playvid.com/watch/9cInYd58b_C, http://www.playvid.com/watch/B_UT06Guqn4,
http://www.playvid.com/watch/LWJuA1Kz1Wa, http://www.playvid.com/watch/0pA7X1Leb1j, http://www.playvid.com/watch/suV6FcSPMwG, http://www.playvid.com/watch/Q843425PQOd,
http://www.playvid.com/watch/a1QkGHfdBxi, http://www.playvid.com/watch/Y5W8DAnMoAh, http://www.playvid.com/watch/SOR1MEE9Mrb, http://www.playvid.com/watch/JbKM9g_ZzOi,
http://www.playvid.com/watch/ZtTI2aaWkfq, http://www.playvid.com/watch/OvEpI~61D1H, http://www.playvid.com/watch/o4gQnwVj08X, http://www.playvid.com/watch/Pr3TNHWxBNj,
http://www.playvid.com/watch/hRe7vbrhPwZ, http://www.playvid.com/watch/Y6oe~BmYRsg, http://www.playvid.com/watch/5isE44PA57j, http://www.playvid.com/watch/7ox_78l11f3,
http://www.playvid.com/watch/E9_xcscnh1G, http://www.playvid.com/watch/0rXTCiRHv3n, http://www.playvid.com/watch/kg8JfwfQ95P, http://www.playvid.com/watch/6xK2Emkeo0G,
http://www.playvid.com/watch/Xm6Pdz988Y~W, http://www.playvid.com/watch/kGSBhIjQbEZ, http://www.playvid.com/watch/fYRU8kVWCSlS, http://www.playvid.com/watch/FCGGx~8362G,
http://www.playvid.com/watch/Cd1cms8q8KI, http://www.playvid.com/watch/Z_7xHwzjrx8, http://www.playvid.com/watch/sfp8v2w0o66, http://www.playvid.com/watch/r8Cs36Qi17V,
http://www.playvid.com/watch/Bmi070g480Y, http://www.playvid.com/watch/CXaHNrd1jgm, http://www.playvid.com/watch/rJHpeg7I8po, http://www.playvid.com/watch/Knwn5msv81u,
http://www.playvid.com/watch/VpGU9sSnnwx, http://www.playvid.com/watch/Kb7J1P4Bvno, http://www.playvid.com/watch/GU9zFrjJ4hR, http://www.playvid.com/watch/Sn4QBPdpvjM,
http://www.playvid.com/watch/IfI~C~KqeOh, http://www.playvid.com/watch/H_rIK8jYZvc, http://www.playvid.com/watch/qB1vXb_Tw09, http://www.playvid.com/watch/yj51dGF1C6s,
http://www.playvid.com/watch/Ox4LcRgznwB, http://www.playvid.com/watch/d0RS_36KeLb2, http://www.playvid.com/watch/oKY7A712JhJ, http://www.playvid.com/watch/R7LcJfVcxye,
http://www.playvid.com/watch/ZkEZPfp6uWl, http://www.playvid.com/watch/Tv5DTyxWpOf, http://www.playvid.com/watch/hVXOXWgizHm, http://www.playvid.com/watch/yEHWwRnPg~n,
http://www.playvid.com/watch/mKIDWM22KgD, http://www.playvid.com/watch/04STEXR1sE5, http://www.playvid.com/watch/2COiqmqfRgM, http://www.playvid.com/watch/fOgmBBFAZ2x,
http://www.playvid.com/watch/ch~yj382sQ7, http://www.playvid.com/watch/907y7d5Yny9, http://www.playvid.com/watch/GHf~G93DGdB, http://www.playvid.com/watch/V4fryUshHYW,
http://www.playvid.com/watch/KkFIgC5aXFU, http://www.playvid.com/watch/R1B~akdapYX, http://www.playvid.com/watch/rdzXTwfKKVJ, http://www.playvid.com/watch/7xQmeiTchmc,
http://www.playvid.com/watch/4Gai9UkRrtf, http://www.playvid.com/watch/sbrc5EmNKnY, http://www.playvid.com/watch/yf5Xoty9NKs, http://www.playvid.com/watch/hmp8w5pdxOW,
http://www.playvid.com/watch/PpReMfUoj9n, http://www.playvid.com/watch/ve5H8Q1kATJ, http://www.playvid.com/watch/ KcBgDfMqWhR, http://www.playvid.com/watch/HOmPMA4jNjg,
http://www.playvid.com/watch/fmrHSR7IcAO, http://www.playvid.com/watch/a4Wn12uqEM8, http://www.playvid.com/watch/cXEKAroLEVR, http://www.playvid.com/watch/s4vm0O7u2n,
http://www.playvid.com/watch/eBZljfHM7sA, http://www.playvid.com/watch/BrDwPxHD56c, http://www.playvid.com/watch/BD8FEIL~NFa, http://www.playvid.com/watch/pDWaxah7Ttz,
http://www.playvid.com/watch/MOsh4m3Kc1M, http://www.playvid.com/watch/oFFsaXqtN8y, http://www.playvid.com/watch/N2_UMbf~qq~, http://www.playvid.com/watch/yLms7RC1g0t,
http://www.playvid.com/watch/yGI25fGhNw9, http://www.playvid.com/watch/vJR_1V0~1ae, http://www.playvid.com/watch/hs9VCpCQgwv, http://www.playvid.com/watch/Qd0bs1Z7jMV,
http://www.playvid.com/watch/9k2dY4YacVn, http://www.playvid.com/watch/piK8cuZ4sAK, http://www.playvid.com/watch/0~Z2rEwHGJ7, http://www.playvid.com/watch/3PoRPbUpq2q,
http://www.playvid.com/watch/yXh6ycn0zR6, http://www.playvid.com/watch/78WuSLgVL_y, http://www.playvid.com/watch/vfnG5ub88kx, http://www.playvid.com/watch/f6_1W_LV_8P,
http://www.playvid.com/watch/RiUP5mTpij3, http://www.playvid.com/watch/83HbwpgbrSx, http://www.playvid.com/watch/a9rqK7LXcOW, http://www.playvid.com/watch/gJYqZ_9fXZx,
http://www.playvid.com/watch/sZDdNO4OTar, http://www.playvid.com/watch/Xk_7Fy_jgRn, http://www.playvid.com/watch/rdzXAd4zSit, http://www.playvid.com/watch/7pqWiVkcd9S,
http://www.playvid.com/watch/bZVFOx2laJI, http://www.playvid.com/watch/u6IPFp1MX87, http://www.playvid.com/watch/0Q5cz4_fqpL, http://www.playvid.com/watch/t_MmcGo2NGy,
http://www.playvid.com/watch/d6izuGN5S8d, http://www.playvid.com/watch/Q6oboQCXO4a, http://www.playvid.com/watch/DkSXQ4gdqXI, http://www.playvid.com/watch/nL8ODluzxpz,
http://www.playvid.com/watch/Jx4XxNhtwd, http://www.playvid.com/watch/AWOWYuS8Sej, http://www.playvid.com/watch/MBb4t24brpm, http://www.playvid.com/watch/HJNK7fkLb1R,
http://www.playvid.com/watch/Syqh6cXkU~g, http://www.playvid.com/watch/3gkfWJ12Dyx, http://www.playvid.com/watch/wrUr0RvuBuA, http://www.playvid.com/watch/jkyrVjYfL3HV,
http://www.playvid.com/watch/QPzCZHxn1y3, http://www.playvid.com/watch/E877YW10i4J, http://www.playvid.com/watch/GB87hS6mPzr, http://www.playvid.com/watch/z4KS7mmiwoR,
http://www.playvid.com/watch/30x8gujdj~L, http://www.playvid.com/watch/iMx1x1s4jpg, http://www.playvid.com/watch/fNhwRQ_FxKdS, http://www.playvid.com/watch/jfgZKU~58y4,
http://www.playvid.com/watch/B69cdD9AJNd, http://www.playvid.com/watch/n0yuAkhuuio, http://www.playvid.com/watch/m3epkQ5A6hXZ, http://www.playvid.com/watch/GUffCdClZJd,
http://www.playvid.com/watch/wokq_GOYndy, http://www.playvid.com/watch/CUhH1aClQru, http://www.playvid.com/watch/6D7qdzxfoeT, http://www.playvid.com/watch/BZ5e9P_ee6t,
http://www.playvid.com/watch/NHpeRf8RcaXi, http://www.playvid.com/watch/yJ38F3Xzmfm, http://www.playvid.com/watch/tj1mM8wn0F, http://www.playvid.com/watch/pYFcdimnlov,
http://www.playvid.com/watch/20nPzMz46u, http://www.playvid.com/watch/CneEGbbyUq0, http://www.playvid.com/watch/8xvt0q3at5A, http://www.playvid.com/watch/5ubsT6D8LqL,
http://www.playvid.com/watch/urtzCG0Wm0g, http://www.playvid.com/watch/Mq8jJXFA7Rn, http://www.playvid.com/watch/YhKR~VKWdAg, http://www.playvid.com/watch/crFadGKdUhK,
http://www.playvid.com/watch/D3To3EgYGBi, http://www.playvid.com/watch/mvsBCWwD5U6t, http://www.playvid.com/watch/53jJ4YfTOh, http://www.playvid.com/watch/qc9Fu8u3HpG,
http://www.playvid.com/watch/jj1jk_Z8zxHJ, http://www.playvid.com/watch/W0hz2b_~3ox, http://www.playvid.com/watch/iVHqHy6kN_d, http://www.playvid.com/watch/2B_XqipKAoL,
http://www.playvid.com/watch/5yqh6cXkU~g, http://www.playvid.com/watch/K8UHeaR8sqTB, http://www.playvid.com/watch/4ehuDySQFUp, http://www.playvid.com/watch/hiRKzxRmdzc,
http://www.playvid.com/watch/YQvu0O18Qyc, http://www.playvid.com/watch/l15~pmB7sNF, http://www.playvid.com/watch/QALh6ve6rQ0, http://www.playvid.com/watch/ LwBJ6OFkBzG,
http://www.playvid.com/watch/Mfc17~rj_ZL, http://www.playvid.com/watch/uMbZDtPPL2nd, http://www.playvid.com/watch/bHMBKHxEmna, http://www.playvid.com/watch/sj9710DvBHA,
http://www.playvid.com/watch/fpARMj1jypM, http://www.playvid.com/watch/hqKygyT9mh7, http://www.playvid.com/watch/EAM6ex0d_ku, http://www.playvid.com/watch/k7lOy8WXwWt,

SSM50565

http://www.playvid.com/watch/9NCIz89uNlJ, http://www.playvid.com/watch/HOKqVaUUFP9, http://www.playvid.com/watch/J5Yboni1N-L, http://www.playvid.com/watch/rXSDWJz_77H,
http://www.playvid.com/watch/XbjUc78FQLY, http://www.playvid.com/watch/CxNODvwnNCQ, http://www.playvid.com/watch/y0zPCGSS8NF, http://www.playvid.com/watch/9WspMcv3dp2,
http://www.playvid.com/watch/VyaRQwkWpAp, http://www.playvid.com/watch/gD-AdQjO3xf, http://www.playvid.com/watch/DH7_pl_VE63, http://www.playvid.com/watch/NNgzeCvM4Nu,
http://www.playvid.com/watch/VwfCSiaqa9r, http://www.playvid.com/watch/8QVbbAPF3Ub, http://www.playvid.com/watch/PjUI-T1x8o4, http://www.playvid.com/watch/nT8I7jk-Fge,
http://www.playvid.com/watch/Vvs_txx44KB, http://www.playvid.com/watch/VdLtBxep75n, http://www.playvid.com/watch/i4HyCbIRioF, http://www.playvid.com/watch/Bu6CH_PWo7F,
http://www.playvid.com/watch/7eMPrQ6uIbt, http://www.playvid.com/watch/LOSuvQ72qkr, http://www.playvid.com/watch/vbp8Xohjfc2, http://www.playvid.com/watch/CO7vPD5iRLL,
http://www.playvid.com/watch/YpALFACbO7Z, http://www.playvid.com/watch/W23CNjHmbgk, http://www.playvid.com/watch/BBLiGnKVafe, http://www.playvid.com/watch/2X4ceP8DZB5,
http://www.playvid.com/watch/T72Djj8a4K, http://www.playvid.com/watch/FphXPxHA9ao, http://www.playvid.com/watch/qNn0nVkittK, http://www.playvid.com/watch/u3MLwS4SjVT,
http://www.playvid.com/watch/o680lLhT36c, http://www.playvid.com/watch/0rjr9kAQA8r, http://www.playvid.com/watch/5z_CrnT79TE, http://www.playvid.com/watch/AsrzXVrBRdd,
http://www.playvid.com/watch/X3G8RZeydHr, http://www.playvid.com/watch/oxm5DgF982w, http://www.playvid.com/watch/UGbz9mthbKI, http://www.playvid.com/watch/BQx0DpTFFDA,
http://www.playvid.com/watch/hJTRMdzyVlq, http://www.playvid.com/watch/OiKrDqAvbKw, http://www.playvid.com/watch/edT-DEuxVrP, http://www.playvid.com/watch/4dbtWvVhHUR,
http://www.playvid.com/watch/u2J7CR-tPaf, http://www.playvid.com/watch/YVD6K16nEeJ, http://www.playvid.com/watch/gn1Z4UMJ3nl, http://www.playvid.com/watch/vz8FPIKtClp,
http://www.playvid.com/watch/aYPA2MLGE-J, http://www.playvid.com/watch/jW3TAwvvZn8, http://www.playvid.com/watch/BDEzezoOoUb, http://www.playvid.com/watch/n3A_YZmx48M,
http://www.playvid.com/watch/AKTeNRp9hXn, http://www.playvid.com/watch/5fxE2lTdRfj, http://www.playvid.com/watch/jTorTYzXvld, http://www.playvid.com/watch/ejdwywTZZkT,
http://www.playvid.com/watch/O6CoBg8KlYs, http://www.playvid.com/watch/Kw2DDoA85Mq, http://www.playvid.com/watch/hUmXu3JEojB, http://www.playvid.com/watch/n-yj5hZo7yP,
http://www.playvid.com/watch/YNHSBHT8Hbo, http://www.playvid.com/watch/CGftAWfZVE7, http://www.playvid.com/watch/68D0wiclzgi, http://www.playvid.com/watch/WsjqDbgceh1,
http://www.playvid.com/watch/z5zp851dWFu, http://www.playvid.com/watch/no4MLmX9t6b, http://www.playvid.com/watch/GKp1GppKoQA, http://www.playvid.com/watch/DNRNLXAvpOh,
http://www.playvid.com/watch/H9OHPc9cA8Z, http://www.playvid.com/watch/FS2Wu_i-tCy, http://www.playvid.com/watch/K27DWHArV5r, http://www.playvid.com/watch/BdENSQA43cQ,
http://www.playvid.com/watch/aRDGe11MOCO, http://www.playvid.com/watch/EyvDFrk1wck, http://www.playvid.com/watch/Pg8_2tbwO0X, http://www.playvid.com/watch/ZDx7raX_IBL,
http://www.playvid.com/watch/q31pgK3vCPV, http://www.playvid.com/watch/Zw7h5M1dHTk, http://www.playvid.com/watch/02iZU7YummJ, http://www.playvid.com/watch/LEebWI18whc,
http://www.playvid.com/watch/fDZhLdQ-Tnn, http://www.playvid.com/watch/iemfj5D3qFw, http://www.playvid.com/watch/tun2iKV27IM, http://www.playvid.com/watch/xnQr5BL4cSU,
http://www.playvid.com/watch/zLsjbxcMjwi, http://www.playvid.com/watch/X4Jv3FAEvuJ, http://www.playvid.com/watch/Dm5kx2b0CbH, http://www.playvid.com/watch/7GtBdIr7GNf,
http://www.playvid.com/watch/H4Spozo22kk, http://www.playvid.com/watch/K8CMd9Jkixz, http://www.playvid.com/watch/ww9Kyn2uZAUU, http://www.playvid.com/watch/T3rORCO6EV8,
http://www.playvid.com/watch/WM2Ck69dgyr, http://www.playvid.com/watch/Z91AnikMiV7, http://www.playvid.com/watch/fMCJ8Z1afZE, http://www.playvid.com/watch/vxdjpmtoNH8,
http://www.playvid.com/watch/6tUKF7DaqFW, http://www.playvid.com/watch/FZvCu_5t6Wc, http://www.playvid.com/watch/-mGGxqbMqx, http://www.playvid.com/watch/T-duKqbHva,
http://www.playvid.com/watch/J43oRrpAYED, http://www.playvid.com/watch/EV2OuLFqihI, http://www.playvid.com/watch/WDiFiI5-LMp, http://www.playvid.com/watch/RW7T_ZWgivV,
http://www.playvid.com/watch/7WZlyvk6gv5, http://www.playvid.com/watch/rlSBMVNI4mn, http://www.playvid.com/watch/eN8DSHrqLpM, http://www.playvid.com/watch/5SaEmv1EBRS,
http://www.playvid.com/watch/us8Wt2dak86, http://www.playvid.com/watch/3yXkPwzr6ea, http://www.playvid.com/watch/95RGUvlLipK, http://www.playvid.com/watch/GVd8T1XWwi2,
http://www.playvid.com/watch/szMd6U7cc2y, http://www.playvid.com/watch/LaP1_QwHPFD, http://www.playvid.com/watch/xi_LaBFQvd2, http://www.playvid.com/watch/VBztP5uku24,
http://www.playvid.com/watch/tLfSNZEwfHML, http://www.playvid.com/watch/JKV5gP5Sq9c, http://www.playvid.com/watch/52ip8QFKYdV, http://www.playvid.com/watch/x4eYkSrICJN,
http://www.playvid.com/watch/c4pD3EzSk5K, http://www.playvid.com/watch/dvcqD3u4LrL, http://www.playvid.com/watch/uwyQAh4xT4J, http://www.playvid.com/watch/wo8y9kvf1ms,
http://www.playvid.com/watch/Pees9jLI6tE, http://www.playvid.com/watch/Vq5NeQuf3Eh, http://www.playvid.com/watch/ENZ1J79TFqe, http://www.playvid.com/watch/j9IITKn1UGW,
http://www.playvid.com/watch/GeM4mS2tlu5, http://www.playvid.com/watch/MoYpElaXujK, http://www.playvid.com/watch/YB4Ew3ya1s2, http://www.playvid.com/watch/afaUKIXqqhP,
http://www.playvid.com/watch/tjJofD_Gthq, http://www.playvid.com/watch/DfgQ1bdqZNL, http://www.playvid.com/watch/R2xHedxmtzd, http://www.playvid.com/watch/vGMDGY5tU-0,
http://www.playvid.com/watch/7gjQ-Beo6Rx, http://www.playvid.com/watch/ZokMe8Yj30Q, http://www.playvid.com/watch/fg3r2SvLPu6, http://www.playvid.com/watch/DsqgjZ1zEto,
http://www.playvid.com/watch/Gcl1tTMoeDf, http://www.playvid.com/watch/oNMsWILv3VC, http://www.playvid.com/watch/mdBP0iDPlv6, http://www.playvid.com/watch/GVyfzH2daxx,
http://www.playvid.com/watch/yT0ZxMRxv-q, http://www.playvid.com/watch/Dwvk9NFfiP8, http://www.playvid.com/watch/6hvv-LPV4Qc, http://www.playvid.com/watch/3NzW7ZRP2Vq,
http://www.playvid.com/watch/4n9hdPHezmD, http://www.playvid.com/watch/avHn4I5DPK2, http://www.playvid.com/watch/x3QOmt_XJBy, http://www.playvid.com/watch/8WaabY6jVdv,
http://www.playvid.com/watch/4M6I5WAO90m, http://www.playvid.com/watch/Sji skzF2gi0b, http://www.playvid.com/watch/ARjXg1Z4dWh, http://www.playvid.com/watch/h3xxLV5fN7R,
http://www.playvid.com/watch/Yy4UtI0vHbd, http://www.playvid.com/watch/caFIcUzUgxE, http://www.playvid.com/watch/LuTPzY68DsS, http://www.playvid.com/watch/8EMJ51nDtPG,
http://www.playvid.com/watch/regWyRwQeH0, http://www.playvid.com/watch/4gZiJSUpS5l, http://www.playvid.com/watch/OCPW7vSLhmf, http://www.playvid.com/watch/uAIwRi5w6Cx,
http://www.playvid.com/watch/MyUKaqAWQyv, http://www.playvid.com/watch/e_AQFPQ1-By, http://www.playvid.com/watch/Clet-zP4dGD, http://www.playvid.com/watch/nMNay65VVZB,
http://www.playvid.com/watch/QNn77-bF1v4, http://www.playvid.com/watch/XFf28tvrA-X, http://www.playvid.com/watch/B02ndYhhH4p, http://www.playvid.com/watch/8TbT-ueWZPi,
http://www.playvid.com/watch/WD-fIZkURXc, http://www.playvid.com/watch/r01AE_A5Fb6, http://www.playvid.com/watch/PHzYGHOWxZW, http://www.playvid.com/watch/MCog3Bs6zKj,
http://www.playvid.com/watch/0Ad100TvRzo, http://www.playvid.com/watch/o9JpDCDUVO7, http://www.playvid.com/watch/GArLTiosqIg, http://www.playvid.com/watch/MDAiPXvU4fZ,
http://www.playvid.com/watch/UGSdgAduvyJ, http://www.playvid.com/watch/JoIQNUjgIvP, http://www.playvid.com/watch/P5SMSfHJ5wT, http://www.playvid.com/watch/pdhkn05mdW9,
http://www.playvid.com/watch/nP3u6hyPp3e, http://www.playvid.com/watch/fFrlgn50maT, http://www.playvid.com/watch/lzaZvTWZiiL, http://www.playvid.com/watch/bDIT0ZEdJjZ,
http://www.playvid.com/watch/i8nhX9iwgYF, http://www.playvid.com/watch/bsWYzy3ZoQg, http://www.playvid.com/watch/jrT4pknKz0x, http://www.playvid.com/watch/bQGD9B3ILyL,
http://www.playvid.com/watch/fTXOuQ0MphN, http://www.playvid.com/watch/pUI5lhbkqcm, http://www.playvid.com/watch/wKmbietX3E7, http://www.playvid.com/watch/4FekTQC8ozV,
http://www.playvid.com/watch/Be0mE816Grf, http://www.playvid.com/watch/6ja3RDXsOWL, http://www.playvid.com/watch/YsFjOWJOKOF, http://www.playvid.com/watch/8jFvZPMD0oP,
http://www.playvid.com/watch/6i58W79TRCf, http://www.playvid.com/watch/fVfcfM82zeM, http://www.playvid.com/watch/mxcwit8e-93, http://www.playvid.com/watch/rcv1lAUUh9g6,
http://www.playvid.com/watch/lIQq1fc88qy, http://www.playvid.com/watch/yqesEUAVp_W, http://www.playvid.com/watch/JPPvEa9U5B3, http://www.playvid.com/watch/kGdC7LTdU74,
http://www.playvid.com/watch/BlIY6D-14we, http://www.playvid.com/watch/Gh0rLt4Y5FB, http://www.playvid.com/watch/6frSdPzl4UT, http://www.playvid.com/watch/ymzkpKJz-Yn,
http://www.playvid.com/watch/BB0GpHj-0wz, http://www.playvid.com/watch/6INMBKwvKWA, http://www.playvid.com/watch/QN1ECcMhtdg, http://www.playvid.com/watch/YAwXHsgTvEz,
http://www.playvid.com/watch/RZIyos8xvdu, http://www.playvid.com/watch/F-P5NckP9VX, http://www.playvid.com/watch/h25maN5lwB8, http://www.playvid.com/watch/X9a4Utsn-3w,
http://www.playvid.com/watch/6oiUJ3NPUgY, http://www.playvid.com/watch/7sGc_iCSK-f, http://www.playvid.com/watch/mN3VIdBbnkd, http://www.playvid.com/watch/5Sq_qx+F2pE,
http://www.playvid.com/watch/CLoHHM45JOl, http://www.playvid.com/watch/5Azo6Rstz2IT, http://www.playvid.com/watch/ITMhN6DbLCY, http://www.playvid.com/watch/owtAYqvM_sx,
http://www.playvid.com/watch/TlwHDO6j_xH, http://www.playvid.com/watch/xUE1lmP5Xhx, http://www.playvid.com/watch/ZUMZCrqI3fe, http://www.playvid.com/watch/yyGnDpQgvwu,
http://www.playvid.com/watch/yCfbtaNOxbc, http://www.playvid.com/watch/nI_FIxvmiP8, http://www.playvid.com/watch/uBuAylJpmvM, http://www.playvid.com/watch/AXKxx4AcZup,
http://www.playvid.com/watch/QbXKOBsUrZC, http://www.playvid.com/watch/98wEi-a7_aJ, http://www.playvid.com/watch/IZNn2wqvff5, http://www.playvid.com/watch/z-EZKRGjQdv,
http://www.playvid.com/watch/nnWLWd63agw, http://www.playvid.com/watch/gz5dTyCWIQT, http://www.playvid.com/watch/7SeCb7S5c8s, http://www.playvid.com/watch/tMdD5LYy5mH,
http://www.playvid.com/watch/TW4Ua2VWlsk, http://www.playvid.com/watch/pRLacuTsx7y, http://www.playvid.com/watch/rwWAbhAmpbK, http://www.playvid.com/watch/4fKDAB3lErz,
http://www.playvid.com/watch/Pd2xPT-ud0L, http://www.playvid.com/watch/4yVLEt7ZBvh, http://www.playvid.com/watch/3UDthOD1lYV, http://www.playvid.com/watch/QHIj5fLtjXN,
http://www.playvid.com/watch/Q57ruxKd0yG, http://www.playvid.com/watch/llzJms_ogsD, http://www.playvid.com/watch/iDtA6oDFAVv, http://www.playvid.com/watch/p3WUapp3GqD,
http://www.playvid.com/watch/WE1B-HVg2I9, http://www.playvid.com/watch/TAQeBVBznfn, http://www.playvid.com/watch/Yqj WgjE2XL9, http://www.playvid.com/watch/kOkHovjYEaz,
http://www.playvid.com/watch/2bRRVgx5zsL, http://www.playvid.com/watch/ZzjUPJnE9Ot, http://www.playvid.com/watch/a-qqRNTFUhm, http://www.playvid.com/watch/7UA93WTahA6,
http://www.playvid.com/watch/nNAkAlFIDBG, http://www.playvid.com/watch/ZWT2Osh6GZq, http://www.playvid.com/watch/Rbw_e0g6513, http://www.playvid.com/watch/uHgmd2_exBM,
http://www.playvid.com/watch/8soduOIGpC7, http://www.playvid.com/watch/6rp8Z-cPIcO, http://www.playvid.com/watch/zXLco1_n7wf, http://www.playvid.com/watch/ha9oz-1UzC4,
http://www.playvid.com/watch/yiscLDV8_BV, http://www.playvid.com/watch/M56kIt1Mg7C, http://www.playvid.com/watch/IDYg75NAvRo, http://www.playvid.com/watch/BHrev30HgMx,
http://www.playvid.com/watch/L-3ZXFr-vTZ, http://www.playvid.com/watch/hqxUJ4gLrWQ, http://www.playvid.com/watch/zsit1MMP_9sR, http://www.playvid.com/watch/laywuqdu0ev,
http://www.playvid.com/watch/Yvh-3tgjuya, http://www.playvid.com/watch/Cek0umgxFUw, http://www.playvid.com/watch/32-427sHIq8, http://www.playvid.com/watch/4cqhL_Vq7at,
http://www.playvid.com/watch/HL904DUO_vk, http://www.playvid.com/watch/6edplWKPlOH, http://www.playvid.com/watch/Mvznqj_sm-z, http://www.playvid.com/watch/7PKzj-58ANY,
http://www.playvid.com/watch/9-eeW0kKo_K, http://www.playvid.com/watch/K1H-spQvNe5, http://www.playvid.com/watch/zpBR0w4y43h, http://www.playvid.com/watch/IlW9vfhfwC0,
http://www.playvid.com/watch/9Ui5J7FWdGE, http://www.playvid.com/watch/3mZ_mVQgmA4, http://www.playvid.com/watch/Fse72eD0bqJ, http://www.playvid.com/watch/TvWWyRgzThu,
http://www.playvid.com/watch/xLEAjTf5fE5, http://www.playvid.com/watch/gD01r4wX4Cz, http://www.playvid.com/watch/3iIgh5x1DsN, http://www.playvid.com/watch/xwPmi3j5_1k,
http://www.playvid.com/watch/qEN_KzXIMii, http://www.playvid.com/watch/y6iK2jgsPAw, http://www.playvid.com/watch/RDIjj-u88Y4, http://www.playvid.com/watch/QVcUTInqDWB,
http://www.playvid.com/watch/vW0WmOQf18G, http://www.playvid.com/watch/UUXp407ZDip, http://www.playvid.com/watch/6INhbhYP6XP, http://www.playvid.com/watch/LkH5HOBORrs,
http://www.playvid.com/watch/W-9WCGKkI3o, http://www.playvid.com/watch/exq8qoq7FdN5, http://www.playvid.com/watch/r0hTh7Xc7ij, http://www.playvid.com/watch/9hum1uvBBfT,
http://www.playvid.com/watch/8L3LQMMwApl, http://www.playvid.com/watch/jwvOjfx3hPo, http://www.playvid.com/watch/yzUrEBdWs3b, http://www.playvid.com/watch/s0xBK58TW7z,
http://www.playvid.com/watch/6Gm84Q5EeP3, http://www.playvid.com/watch/hxYd8gP9W0u, http://www.playvid.com/watch/eItaoqPNIQ3, http://www.playvid.com/watch/SNhxtyRTu9T,
http://www.playvid.com/watch/UIZUr8I1JoI, http://www.playvid.com/watch/dfnqtqfJJhM, http://www.playvid.com/watch/sLbOBmSmRk2

5.f. Date of discipline: 2014-05-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: taylorkingi
5.b. Uploader's email address: taytaolor@yahoo.com
5.c. Uploader's profile: http://www.playvid.com/member/taylorkingi
5.e. List of videos posted by uploader: http://www.playvid.com/watch/dZtgpCtR0fU, http://www.playvid.com/watch/3KWX7qIwuCG,
http://www.playvid.com/watch/T2KHozamVwk, http://www.playvid.com/watch/2C80c147hr4, http://www.playvid.com/watch/aHD6nXZFDfG, http://www.playvid.com/watch/5ZsxxzLQ5LP,
http://www.playvid.com/watch/vlgbQClfVWe, http://www.playvid.com/watch/ZTW5Kx5YEvm, http://www.playvid.com/watch/VjWufnwXNs3, http://www.playvid.com/watch/vnqX6rzGKdf,
http://www.playvid.com/watch/FSAfF5CIR-w, http://www.playvid.com/watch/RHQLV2xO7Ap, http://www.playvid.com/watch/OPBVTD2BYsb, http://www.playvid.com/watch/vfdpM2B79il,
http://www.playvid.com/watch/zI3wuYqNY03, http://www.playvid.com/watch/lfsNr1hFQcf, http://www.playvid.com/watch/IrBH19zoe6d, http://www.playvid.com/watch/GfOPpuaMavn,
http://www.playvid.com/watch/tQm8R8FaU0M, http://www.playvid.com/watch/kqOLLa7ItRn, http://www.playvid.com/watch/PZN7UGDMz8u, http://www.playvid.com/watch/h58XEKmbIDK,
http://www.playvid.com/watch/hRnvVSUBbr3, http://www.playvid.com/watch/kynQpFIlLck, http://www.playvid.com/watch/sCIJmLUHmM6, http://www.playvid.com/watch/0qfAB8Y-2UQ,
http://www.playvid.com/watch/yXIyMbRXDvZ, http://www.playvid.com/watch/bITh8nSLs8S, http://www.playvid.com/watch/91csECOmpB8, http://www.playvid.com/watch/QdhhTSpImBq,
http://www.playvid.com/watch/7NmABN79Deb, http://www.playvid.com/watch/0cbDEXOtHoU, http://www.playvid.com/watch/3qayrIIkg5B, http://www.playvid.com/watch/MpUGnGsGwcI,
http://www.playvid.com/watch/yvQc81cR8FI, http://www.playvid.com/watch/Ds-vkW55-Xi, http://www.playvid.com/watch/l3hUUQ4hohb, http://www.playvid.com/watch/FMLtfCuaZRX,
http://www.playvid.com/watch/eW8WSN602iX, http://www.playvid.com/watch/yz9pod7uuVy, http://www.playvid.com/watch/upCdNqF8dap, http://www.playvid.com/watch/HsVpFO9xww3,
http://www.playvid.com/watch/-4oM14uRZZi, http://www.playvid.com/watch/TBWkiceFagW, http://www.playvid.com/watch/H-9JkBBKFhq, http://www.playvid.com/watch/l-fZt9wPPTA,
http://www.playvid.com/watch/kegP8NhUchO, http://www.playvid.com/watch/61yR0A5gaL4, http://www.playvid.com/watch/nDWxzyCTfuq, http://www.playvid.com/watch/GABqmvoTp9t,
http://www.playvid.com/watch/cF8PwPnh2hd, http://www.playvid.com/watch/3xcHJ34expn, http://www.playvid.com/watch/WP5mJp2uXXl, http://www.playvid.com/watch/fpZpb5kUmXX,
http://www.playvid.com/watch/5BzOTppr tX, http://www.playvid.com/watch/YIcyA6g9axk, http://www.playvid.com/watch/npFd7OvBuKk, http://www.playvid.com/watch/WnEQcVDPRGC,
http://www.playvid.com/watch/tEGeat12dzq, http://www.playvid.com/watch/xU8YIj-vJHM, http://www.playvid.com/watch/-0-H5KXcixs, http://www.playvid.com/watch/SivBNfo-reo,
http://www.playvid.com/watch/D8mOpVUHexf, http://www.playvid.com/watch/uRkFUBvz9wx, http://www.playvid.com/watch/0xkeL21AX53, http://www.playvid.com/watch/CmcnbRyfH1b,
http://www.playvid.com/watch/d0avad2zrA0, http://www.playvid.com/watch/uzO8DF9niOJ, http://www.playvid.com/watch/-KDfRGCcMrb, http://www.playvid.com/watch/jDQsMctLlNK,
http://www.playvid.com/watch/nvoRU4m6l-o, http://www.playvid.com/watch/-I0COEcAR20, http://www.playvid.com/watch/IA6syNF-fdM, http://www.playvid.com/watch/qswYNFG13Tg,
http://www.playvid.com/watch/rjiLcZGjbOo, http://www.playvid.com/watch/5xGOAqEqs3E, http://www.playvid.com/watch/uM3D-W2MvFl, http://www.playvid.com/watch/0v8xyZGvBBa,
http://www.playvid.com/watch/ko5pkbObjdA, http://www.playvid.com/watch/Ax5racPZVvm, http://www.playvid.com/watch/liMkK4-04JU, http://www.playvid.com/watch/pfCVXhVM0VI,
http://www.playvid.com/watch/vMJhDON-N7h, http://www.playvid.com/watch/R4F-umw55k8, http://www.playvid.com/watch/0LQY2IyQhFA, http://www.playvid.com/watch/KamfXQQoqOQ,
http://www.playvid.com/watch/NdcmOcD9aV8, http://www.playvid.com/watch/ZH9BwyNii6E, http://www.playvid.com/watch/CxdWR-AtgLo, http://www.playvid.com/watch/ntUHjK4sJwx,
http://www.playvid.com/watch/Na478SHN7UI, http://www.playvid.com/watch/oyvnv0k5Iz9, http://www.playvid.com/watch/FuBzcMxqKUQ, http://www.playvid.com/watch/mKZSGAyfaqx,
http://www.playvid.com/watch/gm-ADg8i0Wf, http://www.playvid.com/watch/MRRuq32Vluu, http://www.playvid.com/watch/bDfdho2vMA6G, http://www.playvid.com/watch/BLxXZgz23ht,
http://www.playvid.com/watch/dI9N3X9Eobi, http://www.playvid.com/watch/PmAs2f9nQt0, http://www.playvid.com/watch/lh3q-z-PAL6, http://www.playvid.com/watch/qlwXvLr6404,
http://www.playvid.com/watch/gpn1o81ftpa, http://www.playvid.com/watch/zvPd2V44nwd, http://www.playvid.com/watch/sQmUK8CfY9r, http://www.playvid.com/watch/Dqdz1f00UGJ,
http://www.playvid.com/watch/-WBwEAjijj8, http://www.playvid.com/watch/3pWGVvzobsd, http://www.playvid.com/watch/UWjgcjQCTwk, http://www.playvid.com/watch/EcsIPqWNKtf,
http://www.playvid.com/watch/HpoLO4LX5UW, http://www.playvid.com/watch/TaW74GxA3wS, http://www.playvid.com/watch/-MZRgmoXJDj, http://www.playvid.com/watch/VGc9E3at9Hi

5.f. Date of discipline: 2015-05-26
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: tedbernsted
5.b. Uploader's email address: tedbernsted1981@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/tedbernsted
5.e. List of videos posted by uploader: http://www.playvid.com/watch/jwjbMmWAmgZ, http://www.playvid.com/watch/PCm3bPkowyj, http://www.playvid.com/watch/92qcfUaWPgj,
http://www.playvid.com/watch/kqcC9oyPz4X, http://www.playvid.com/watch/cAn456gEjr9, http://www.playvid.com/watch/z6r2gap6z67, http://www.playvid.com/watch/2vyMvycMcx4,

SSM50566

# EXHIBIT "2"



# EXHIBIT "3"

http://www.playvid.com/watch/dwnPPtq-NTb, http://www.playvid.com/watch/i068SZjES90, http://www.playvid.com/watch/oeoaRoz7Bcp, http://www.playvid.com/watch/SmdveIdGCxG,
http://www.playvid.com/watch/TTD1nJPrD-y, http://www.playvid.com/watch/gbIkyzY56tS, http://www.playvid.com/watch/mZrvJuRO1GQ, http://www.playvid.com/watch/8ZQbiK8MLKw,
http://www.playvid.com/watch/D5a63WkcIf9, http://www.playvid.com/watch/y_ulSqdH5U9, http://www.playvid.com/watch/jWapuus691k, http://www.playvid.com/watch/8izF75ZVtxd,
http://www.playvid.com/watch/zfIgk3t3faf, http://www.playvid.com/watch/cR040YF7R3, http://www.playvid.com/watch/Jyo8IPHf84M, http://www.playvid.com/watch/HXpIEnkkXNG,
http://www.playvid.com/watch/ZdzTmyYHVIu, http://www.playvid.com/watch/hrBj6mUxG1w, http://www.playvid.com/watch/oqBCxu1IhqQ, http://www.playvid.com/watch/aIvwyPRV1wg,
http://www.playvid.com/watch/z8_JAc9EOmj, http://www.playvid.com/watch/BntsNfQIx6L, http://www.playvid.com/watch/e1dqwk2Cenp, http://www.playvid.com/watch/mUi6EhmDyQ7,
http://www.playvid.com/watch/8QUgbQi499C, http://www.playvid.com/watch/ep-UUKNYfvL, http://www.playvid.com/watch/k4IXpes1sj9, http://www.playvid.com/watch/JsZQCJbbsZK,
http://www.playvid.com/watch/IIX184Qs8aU, http://www.playvid.com/watch/Hd0ExTAQiod, http://www.playvid.com/watch/FHbRWpi8Ipy, http://www.playvid.com/watch/GK99pWRHfQz,
http://www.playvid.com/watch/jHRXZ3oJUq7, http://www.playvid.com/watch/jL4rIMm5-tN, http://www.playvid.com/watch/irvEX-Od8Gm, http://www.playvid.com/watch/vvYq_atdzHr,
http://www.playvid.com/watch/vz6ZBK6jq_T, http://www.playvid.com/watch/qX56bltEqpB, http://www.playvid.com/watch/PjgcjTShfCF, http://www.playvid.com/watch/cDEc2ZhwUox,
http://www.playvid.com/watch/8uTidd1BYBA, http://www.playvid.com/watch/6yJEYds9bqa, http://www.playvid.com/watch/AefyBWFfLmD, http://www.playvid.com/watch/pfXMJQNpBG,
http://www.playvid.com/watch/vYwCqDH6TOL, http://www.playvid.com/watch/dKRiPNwAZ, http://www.playvid.com/watch/iCMjJhvII25, http://www.playvid.com/watch/hbmdGYP0jvf,
http://www.playvid.com/watch/cA_2oPRHWZt, http://www.playvid.com/watch/XtMajQPnTO5, http://www.playvid.com/watch/RuY_Ts9WJ64, http://www.playvid.com/watch/AdypA-m_RZs,
http://www.playvid.com/watch/ZrIrtg2V0G8, http://www.playvid.com/watch/cdIIxi_aofe, http://www.playvid.com/watch/AduGymrPO8z, http://www.playvid.com/watch/yIeAbiM-XIN,
http://www.playvid.com/watch/nUD_gjxuCI3, http://www.playvid.com/watch/GWuTa6pJL8p, http://www.playvid.com/watch/KT4CCelhRyv, http://www.playvid.com/watch/yDhJszEnIyT,
http://www.playvid.com/watch/5vU5gR8DTxx, http://www.playvid.com/watch/sn1HxY1qYFU, http://www.playvid.com/watch/L3UiHQm3ww, http://www.playvid.com/watch/mWdIPqW7yPn,
http://www.playvid.com/watch/C0z1wmXwDDC, http://www.playvid.com/watch/lesqGb1zEkQ, http://www.playvid.com/watch/J4cWf9y_ZZ2, http://www.playvid.com/watch/lkxQ0oyS1XV,
http://www.playvid.com/watch/0lk1TZEY8Fa, http://www.playvid.com/watch/AT7ym4MnyLT, http://www.playvid.com/watch/CS9QRvz9sng, http://www.playvid.com/watch/he3IAQ8ihG4,
http://www.playvid.com/watch/XVS_XRYlrn0, http://www.playvid.com/watch/zdaCQniCvxh, http://www.playvid.com/watch/hiJ78uPGwk3, http://www.playvid.com/watch/NMENAMekikD

5.f. Date of discipline: 2014-11-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kakadu
5.b. Uploader's email address: haroldfolov@mail.com
5.c. Uploader's profile: http://www.playvid.com/member/kakadu
5.e. List of videos posted by uploader: http://www.playvid.com/watch/mIWUGPbWaow, http://www.playvid.com/watch/JNZqCk329UD, http://www.playvid.com/watch/yb5WZGFUw0g,
http://www.playvid.com/watch/f04KBnTjXNp, http://www.playvid.com/watch/3fooUYt9Bvi, http://www.playvid.com/watch/ixN-EeWpeSq, http://www.playvid.com/watch/-agjcoXotQH,
http://www.playvid.com/watch/OpxTRSgmHCP, http://www.playvid.com/watch/L675TuwKNsc, http://www.playvid.com/watch/ihM8cVg8NVT, http://www.playvid.com/watch/RhoSRZGtsZC,
http://www.playvid.com/watch/mUnloxcuscx, http://www.playvid.com/watch/otsypfTvo8n, http://www.playvid.com/watch/0PzfFxHy252, http://www.playvid.com/watch/eU0YMUrTr21,
http://www.playvid.com/watch/4hNGA605Z3t, http://www.playvid.com/watch/mUyk6QDb9gn, http://www.playvid.com/watch/n5Zhv3CpmMV, http://www.playvid.com/watch/n7WRUa1E5CK,
http://www.playvid.com/watch/8JVeDfcTTw8, http://www.playvid.com/watch/s5G6kAvUOli, http://www.playvid.com/watch/3IYjP5nWVrQ, http://www.playvid.com/watch/zdANDBtC9wP,
http://www.playvid.com/watch/5tAS78lw030, http://www.playvid.com/watch/zP9twUGNDhb, http://www.playvid.com/watch/aodwnpdmRmC, http://www.playvid.com/watch/XFIYxO03woJ,
http://www.playvid.com/watch/XfHY4SaS7DX, http://www.playvid.com/watch/tCbDDdV32BbK, http://www.playvid.com/watch/TY5-oglPLHY, http://www.playvid.com/watch/w5mIMsEWTX9,
http://www.playvid.com/watch/hIxSuBcy0jU, http://www.playvid.com/watch/strtTVcOLYm, http://www.playvid.com/watch/YYS2k-fsu29, http://www.playvid.com/watch/My8hv5m6-sA,
http://www.playvid.com/watch/fvVHaBNiujE, http://www.playvid.com/watch/0A8GAu6ERKp, http://www.playvid.com/watch/kVuBzSsIIEj, http://www.playvid.com/watch/kk74irYYjCt,
http://www.playvid.com/watch/IX0jIlm3HHy, http://www.playvid.com/watch/KekTBW8WtAM, http://www.playvid.com/watch/9G0Jck7LhvP, http://www.playvid.com/watch/YhBC7g8s29q,
http://www.playvid.com/watch/HnRWp0kK6hr, http://www.playvid.com/watch/GeoaNyQV1tr, http://www.playvid.com/watch/D8XM3Z3q2kP, http://www.playvid.com/watch/8MrUelvWjxj,
http://www.playvid.com/watch/OTWzkQx37uH, http://www.playvid.com/watch/BtJMQmoJDsk, http://www.playvid.com/watch/fvSS-q9KMYn, http://www.playvid.com/watch/wy5a98153jp,
http://www.playvid.com/watch/kyMMJwT-jGQ, http://www.playvid.com/watch/E7ySEMhIaP2, http://www.playvid.com/watch/Qw8muVvtXIy, http://www.playvid.com/watch/H2pbANPagFy,
http://www.playvid.com/watch/rJEAxKGr7yy, http://www.playvid.com/watch/4mjQDaQW8o6, http://www.playvid.com/watch/Cf6JiFD6jFH, http://www.playvid.com/watch/mKpCBAigE8J,
http://www.playvid.com/watch/vIrogeGI30W, http://www.playvid.com/watch/FxsLFPSGG9y, http://www.playvid.com/watch/wXnPniE-jOG, http://www.playvid.com/watch/XMg9zc-zHF2,
http://www.playvid.com/watch/v0LQvv0DId7, http://www.playvid.com/watch/wnTsw30JIkQ, http://www.playvid.com/watch/TRkrgEcsUGn, http://www.playvid.com/watch/4nWDMTCCJqp,
http://www.playvid.com/watch/DUtn2yaCsop, http://www.playvid.com/watch/H3uIkjyRtdi, http://www.playvid.com/watch/LTQRL6SDRzf, http://www.playvid.com/watch/Qs8aWKYeP3b,
http://www.playvid.com/watch/Jt8zr6f5yAL, http://www.playvid.com/watch/RCiXSvq8mDc, http://www.playvid.com/watch/cnHqPWQuBYJ, http://www.playvid.com/watch/9M-cbqReyun,
http://www.playvid.com/watch/ZRjpwnF4BL9, http://www.playvid.com/watch/dDU6bCfRwoa, http://www.playvid.com/watch/WXinj9c86tY, http://www.playvid.com/watch/T53PV9OJDnE,
http://www.playvid.com/watch/q0nfblTxa53, http://www.playvid.com/watch/Rr3P7GFBr58, http://www.playvid.com/watch/WYVpGbnoPDL, http://www.playvid.com/watch/axZFLe8HfWX,
http://www.playvid.com/watch/V4NmWWWXxhJ, http://www.playvid.com/watch/nWaWriBTi42, http://www.playvid.com/watch/-HsebtfAD6c, http://www.playvid.com/watch/r9o4zRhw6o7,
http://www.playvid.com/watch/0b30hQBDPFV, http://www.playvid.com/watch/pIySV0hsTVe, http://www.playvid.com/watch/I8GaLoD448Z, http://www.playvid.com/watch/elQd-3k-njY,
http://www.playvid.com/watch/pDRj-33rWGA, http://www.playvid.com/watch/hNww8pTaLZI, http://www.playvid.com/watch/OTnqSFrB8Ri, http://www.playvid.com/watch/cEOArNeHN77,
http://www.playvid.com/watch/bMII3wX9GjA, http://www.playvid.com/watch/MoKRZigaex3, http://www.playvid.com/watch/CQmyr88rZCG, http://www.playvid.com/watch/JEAUbd8-PwA,
http://www.playvid.com/watch/WlY3WXvz3nI, http://www.playvid.com/watch/AZnme33gjHh, http://www.playvid.com/watch/3gjILt6jECe, http://www.playvid.com/watch/Qd36IXX4Ekx,
http://www.playvid.com/watch/YIEKsvrTJyd, http://www.playvid.com/watch/ex5BTMs09No, http://www.playvid.com/watch/Nt8SEWB3wC, http://www.playvid.com/watch/EvbGGSdUFdr,
http://www.playvid.com/watch/GIxlSVCjckJ, http://www.playvid.com/watch/8XUBPjNSVwD, http://www.playvid.com/watch/UX1M9gva07I, http://www.playvid.com/watch/Pz3M9OGgXD-,
http://www.playvid.com/watch/dCCNbFh5lNY, http://www.playvid.com/watch/RRoVJLJwWd2, http://www.playvid.com/watch/zQLI5wRZ9Yw, http://www.playvid.com/watch/cr3RtY0mNO8,
http://www.playvid.com/watch/QRPCyRXbyT8, http://www.playvid.com/watch/Be7PP4maP4E, http://www.playvid.com/watch/HZ4ZrpUr-ll, http://www.playvid.com/watch/7vucdZuEqbM,
http://www.playvid.com/watch/SQ2OSZ32D54, http://www.playvid.com/watch/MiKKP6CfyXM, http://www.playvid.com/watch/1267vw0CmnE, http://www.playvid.com/watch/bhonh4NLNpW,
http://www.playvid.com/watch/afm1BAkAvX2, http://www.playvid.com/watch/Ppf-yB3NcTC, http://www.playvid.com/watch/X9IOg8Gi97V, http://www.playvid.com/watch/BkRRH0Q1RKx,
http://www.playvid.com/watch/bjHL7FBo12N, http://www.playvid.com/watch/7xwe02JCcsd, http://www.playvid.com/watch/6THVvPg8bEv, http://www.playvid.com/watch/RvEvAARkpWU,
http://www.playvid.com/watch/G7zKOW02vPN, http://www.playvid.com/watch/f69aavzEF9J, http://www.playvid.com/watch/bO2FSLkGJvL, http://www.playvid.com/watch/Llagyuch4Ji,
http://www.playvid.com/watch/rTONZY4MtwL, http://www.playvid.com/watch/Ae5lRCc58N2, http://www.playvid.com/watch/Bz0c-z6WHiu, http://www.playvid.com/watch/HILtd84e97u,
http://www.playvid.com/watch/Z6LhvvieYYY, http://www.playvid.com/watch/d-hR0SyCcED, http://www.playvid.com/watch/JyuPSNNdAVz, http://www.playvid.com/watch/VglRxRTjATX,
http://www.playvid.com/watch/mluoDFJkO3i, http://www.playvid.com/watch/N0PcxOUf4Xg, http://www.playvid.com/watch/4LXSTa2GQoS, http://www.playvid.com/watch/ZwZZvONjPgu,
http://www.playvid.com/watch/k3CVSDjHLns, http://www.playvid.com/watch/4QLMfrkTad8, http://www.playvid.com/watch/hVMtjf4uZaN8, http://www.playvid.com/watch/d0kOxzwi2AV,
http://www.playvid.com/watch/h46X0l7fniR, http://www.playvid.com/watch/9A56Wl3zr6E, http://www.playvid.com/watch/ipwD0uEhHco, http://www.playvid.com/watch/-aoTjt5fnxS,
http://www.playvid.com/watch/n1xtkYs5tqm, http://www.playvid.com/watch/2Uwqbe4UgJV, http://www.playvid.com/watch/zhvM1QLt8fN, http://www.playvid.com/watch/1Jygq0PI4r0,
http://www.playvid.com/watch/riCKKQ-0Enq, http://www.playvid.com/watch/Q3ao0r92J-3, http://www.playvid.com/watch/azzAhDBwxQw, http://www.playvid.com/watch/8MnBuv43Na6,
http://www.playvid.com/watch/mHBaRjdvKGV, http://www.playvid.com/watch/KbFuBt7nJA-, http://www.playvid.com/watch/r4xKG8kmnQM, http://www.playvid.com/watch/A8Rrde0Nru8,
http://www.playvid.com/watch/WoAyzkOZs-O, http://www.playvid.com/watch/lTCwwo6bV5K, http://www.playvid.com/watch/TSMSfgKYrsp, http://www.playvid.com/watch/UHMHSPWs67,
http://www.playvid.com/watch/F9QCRUGF6Pr, http://www.playvid.com/watch/6rT3QM8p7qA, http://www.playvid.com/watch/K8TxuNcPtnU, http://www.playvid.com/watch/kPPRU-MiqDK,
http://www.playvid.com/watch/X5YecZqv5-S, http://www.playvid.com/watch/5SwunfsNb18, http://www.playvid.com/watch/c9FkeeCjwVu, http://www.playvid.com/watch/istPUCru6Qf,
http://www.playvid.com/watch/4OOZtRK64ME, http://www.playvid.com/watch/0fQx8sh3mKT, http://www.playvid.com/watch/Iiog2zAhfoj, http://www.playvid.com/watch/4IM7L91S7rL,
http://www.playvid.com/watch/2EcnOqytMbb, http://www.playvid.com/watch/Gaedfz71BSF, http://www.playvid.com/watch/YDHfAbWhj65, http://www.playvid.com/watch/ZIRzD8IMX7J,
http://www.playvid.com/watch/T7zNehv-Y9-, http://www.playvid.com/watch/S34vPaui-fm, http://www.playvid.com/watch/4W9zYuL-EQN, http://www.playvid.com/watch/n8VWaR68FTf,
http://www.playvid.com/watch/nbLNzswUHH9, http://www.playvid.com/watch/Lkt5lKQyed4, http://www.playvid.com/watch/s9IXwBxGyWY, http://www.playvid.com/watch/gFt8j2fP0Gw,
http://www.playvid.com/watch/RvnLxoTee3I, http://www.playvid.com/watch/aiv6K9r8roi, http://www.playvid.com/watch/tUxv3T2U-pG, http://www.playvid.com/watch/sVoEDW6sxrj,
http://www.playvid.com/watch/E51mpilpz9o, http://www.playvid.com/watch/tOOAS0hZCQ, http://www.playvid.com/watch/ggAI3MgTfm4, http://www.playvid.com/watch/8JpPDQFuT88,
http://www.playvid.com/watch/Rnx2SgRoZD2, http://www.playvid.com/watch/W0dsv6PWPft, http://www.playvid.com/watch/64XbFs8SZ5O, http://www.playvid.com/watch/mJD6UqdsaxY,
http://www.playvid.com/watch/roqR2H4jNK8, http://www.playvid.com/watch/cPwXuaIESNS, http://www.playvid.com/watch/Ycqs8Dq8B0Y, http://www.playvid.com/watch/kwsmqmIWp0,
http://www.playvid.com/watch/b0DCfzbs-nW, http://www.playvid.com/watch/AeRn6mDknIA, http://www.playvid.com/watch/v3SI3izPodX, http://www.playvid.com/watch/RkkMuIHsXKt,
http://www.playvid.com/watch/m624PGKnIQG, http://www.playvid.com/watch/w8uRho30zrU, http://www.playvid.com/watch/EbXU9nefqKL, http://www.playvid.com/watch/TckL6LW719M,
http://www.playvid.com/watch/Zkzxjh2bzCU, http://www.playvid.com/watch/ft3VKdrljdi, http://www.playvid.com/watch/uw2PtNICKez, http://www.playvid.com/watch/d7rwk87mrX,
http://www.playvid.com/watch/9niRvnBizob, http://www.playvid.com/watch/kwqbxjkvnPw, http://www.playvid.com/watch/B8wWyop8tyl, http://www.playvid.com/watch/lpXfoqXVeKl,
http://www.playvid.com/watch/O82V7jBX59C, http://www.playvid.com/watch/jL45RZ5bDUB, http://www.playvid.com/watch/6z46I-0m5iu, http://www.playvid.com/watch/BnYMMS5xffw,
http://www.playvid.com/watch/OYocsJcTmRn, http://www.playvid.com/watch/mNvkgwq3ATN, http://www.playvid.com/watch/MTNconTXLwU, http://www.playvid.com/watch/5mWl4KVgzi2,
http://www.playvid.com/watch/iyDSa4jTu4N, http://www.playvid.com/watch/S2efTT8hjNM, http://www.playvid.com/watch/JNX1SvCHEbM, http://www.playvid.com/watch/35w2aqHfG-v,
http://www.playvid.com/watch/jKyoJbg1mry, http://www.playvid.com/watch/IKOKYUQylL7, http://www.playvid.com/watch/yQFORPVvh4D, http://www.playvid.com/watch/ImUhSMDojRp,
http://www.playvid.com/watch/WQhbK8nvNIO, http://www.playvid.com/watch/cknaffJeR9M, http://www.playvid.com/watch/SxacONQLmNr, http://www.playvid.com/watch/Qft4Myq54vA,
http://www.playvid.com/watch/EEybqt1Fpba, http://www.playvid.com/watch/KMTfAXavfEi, http://www.playvid.com/watch/PHZaVHowLbD, http://www.playvid.com/watch/rK1JsO8mILB,
http://www.playvid.com/watch/Y38XjSkw7SE, http://www.playvid.com/watch/SYe-q58fOLp, http://www.playvid.com/watch/pvP2NT7yhYV, http://www.playvid.com/watch/5-j1P92hXEh,
http://www.playvid.com/watch/Kng15yVr5ka, http://www.playvid.com/watch/OC4pVRqoVv3, http://www.playvid.com/watch/tvBk48nss4G, http://www.playvid.com/watch/VVFZ5J8N9Hf,
http://www.playvid.com/watch/5tRtpdXJovj, http://www.playvid.com/watch/tzNYvDqAkka, http://www.playvid.com/watch/Dazr8KyR-EE, http://www.playvid.com/watch/Nzsulgajgi9,
http://www.playvid.com/watch/hv8i4q2NksG, http://www.playvid.com/watch/sC6kJX0GH6n, http://www.playvid.com/watch/GQP4ipu4rfh, http://www.playvid.com/watch/5RmJTDOMmyX,
http://www.playvid.com/watch/n8vsb0RziTM, http://www.playvid.com/watch/ioDcyxHvfO9, http://www.playvid.com/watch/uKCF-NEz3RE, http://www.playvid.com/watch/CWMQ8oMGy,
http://www.playvid.com/watch/283kMmyB6FS, http://www.playvid.com/watch/ZiJ3R5iRwWb, http://www.playvid.com/watch/JPdSkUDXn8V, http://www.playvid.com/watch/3bdwn0RY8Yk,
http://www.playvid.com/watch/NFSgEDKkdXA, http://www.playvid.com/watch/AdbdN00Un3, http://www.playvid.com/watch/emPTECfwP-t, http://www.playvid.com/watch/A5qvSER9Zy0,
http://www.playvid.com/watch/YsTqTshtf-K, http://www.playvid.com/watch/G8-S4u8tzdr, http://www.playvid.com/watch/Z-wydpMvsvL, http://www.playvid.com/watch/3ThiEKMcfrH,
http://www.playvid.com/watch/eaY0vM2EM2A, http://www.playvid.com/watch/vK8Rh6FCoDg, http://www.playvid.com/watch/M3pSHm4Gw3m, http://www.playvid.com/watch/GMrZbrAbn3E,
http://www.playvid.com/watch/OyA-ZsXoNNq, http://www.playvid.com/watch/WQLvmRU-nWk, http://www.playvid.com/watch/pqdZZaBkiUC, http://www.playvid.com/watch/yb37mJOtMCL,
http://www.playvid.com/watch/H-WFygozM-S, http://www.playvid.com/watch/RrcCBSV0Dy2, http://www.playvid.com/watch/nn3o8yNoXKM, http://www.playvid.com/watch/LnEaabd24hT,
http://www.playvid.com/watch/UTtet0RKWB8, http://www.playvid.com/watch/eK8Rh6FCoDg, http://www.playvid.com/watch/bskgZos56y4, http://www.playvid.com/watch/XuNy6sfPTWd,
http://www.playvid.com/watch/NFYdkv7x2mi, http://www.playvid.com/watch/PpGjTbxcpQL, http://www.playvid.com/watch/Q3AbEpLp-xu, http://www.playvid.com/watch/JTSaFSKjFUr,
http://www.playvid.com/watch/YauvMKmj54X, http://www.playvid.com/watch/yD7XP1-516h, http://www.playvid.com/watch/-tdDhPXhFOJ, http://www.playvid.com/watch/Qp8fdpUYLSE,
http://www.playvid.com/watch/U8tFoy5tVrO, http://www.playvid.com/watch/OoGUX7Yq1Wv, http://www.playvid.com/watch/nODFmOuiW-w, http://www.playvid.com/watch/kbOjRt5Dg5y,
http://www.playvid.com/watch/P-UI5KtBfAx, http://www.playvid.com/watch/T6DMkJGg5Kw, http://www.playvid.com/watch/lTjb6T6ebMN, http://www.playvid.com/watch/mD-bOY4kH3T,
http://www.playvid.com/watch/v3NXTHYQC8Y, http://www.playvid.com/watch/gWFPcorSbVW, http://www.playvid.com/watch/6T-Nqj1kvmO, http://www.playvid.com/watch/HYfqWVj4zff,
http://www.playvid.com/watch/n34we5kf5SG, http://www.playvid.com/watch/sLA4GW-4Ihp, http://www.playvid.com/watch/9kfPI3SBYrn, http://www.playvid.com/watch/r4SD7vssGJa,
http://www.playvid.com/watch/5skKaZSt2WJ, http://www.playvid.com/watch/68GlxftO5A7, http://www.playvid.com/watch/wWbfJoE1GnZ, http://www.playvid.com/watch/vzaUcBMtssf,
http://www.playvid.com/watch/e8J19Y585R5, http://www.playvid.com/watch/x-honAhIkUa, http://www.playvid.com/watch/jUkIpdHteGW, http://www.playvid.com/watch/jfEyouhqz4Y,
http://www.playvid.com/watch/Hs6rrT-BHtA, http://www.playvid.com/watch/blvpyMMBSRp, http://www.playvid.com/watch/KXRBLIUtSwI, http://www.playvid.com/watch/wmbKIXnzmW,
http://www.playvid.com/watch/WsIV4jSqqyl, http://www.playvid.com/watch/vTSa4uLbfHX, http://www.playvid.com/watch/djL9wmrHayD, http://www.playvid.com/watch/9Cn3aI-SAWm,
http://www.playvid.com/watch/2qac82swXJ9, http://www.playvid.com/watch/pWhqWFxZHtr, http://www.playvid.com/watch/mZGWxPN9vuZ, http://www.playvid.com/watch/MkbfuYdWw9r,
http://www.playvid.com/watch/9fT4HwJIIIPM, http://www.playvid.com/watch/tHaQm1PuGGt, http://www.playvid.com/watch/hNEC677-shT, http://www.playvid.com/watch/nrSh83-kFx3,
http://www.playvid.com/watch/9Lxhz2Xakog, http://www.playvid.com/watch/6w42D4h6HXG, http://www.playvid.com/watch/Z0SUdCZmhxh, http://www.playvid.com/watch/XKjwfuxSNA3,
http://www.playvid.com/watch/rGXAu4TSmk2, http://www.playvid.com/watch/32fEDFuT7Qf, http://www.playvid.com/watch/Vpg1lJdv6Et, http://www.playvid.com/watch/Qw3tau1cJDu,
http://www.playvid.com/watch/OVu6twhxo6z, http://www.playvid.com/watch/LPsrbqGMSRM, http://www.playvid.com/watch/RLUBJyGsHKx, http://www.playvid.com/watch/GX2T5ks0MDy,
http://www.playvid.com/watch/g9vuSPunyiE, http://www.playvid.com/watch/nQYyY7Z8HUO, http://www.playvid.com/watch/mRVwzyak-dL, http://www.playvid.com/watch/Q0P8yDG3rBU,
http://www.playvid.com/watch/R-AcQVxEChf, http://www.playvid.com/watch/sgd77makEgf, http://www.playvid.com/watch/x8yB9MMgFrW, http://www.playvid.com/watch/geV2nEI9uP7,
http://www.playvid.com/watch/azOWBYeCWTV, http://www.playvid.com/watch/Ge0wIrximSM, http://www.playvid.com/watch/KTdF46N4OW7, http://www.playvid.com/watch/dCB3YBR2SLJ,
http://www.playvid.com/watch/tcYOQw6FeXP, http://www.playvid.com/watch/mZZULZrxw7, http://www.playvid.com/watch/R7EQNUQ5SNs, http://www.playvid.com/watch/gzq1BySDWM0,
http://www.playvid.com/watch/SJ3dOmUXVZu, http://www.playvid.com/watch/JWVZ0ZSfshh, http://www.playvid.com/watch/6s5MhlLGZ2w, http://www.playvid.com/watch/dCO83HXrK5S,
http://www.playvid.com/watch/TBAzLwtCftl, http://www.playvid.com/watch/rWw4Gu4ZOuK, http://www.playvid.com/watch/iuFEdEA0H25, http://www.playvid.com/watch/UwRdTUiT2Lj,
http://www.playvid.com/watch/YffBnjSN0dc, http://www.playvid.com/watch/NnxGxXta2i4, http://www.playvid.com/watch/Ji2GKLyHagp, http://www.playvid.com/watch/4YfE3XXkWZy,
http://www.playvid.com/watch/UiOnTxGoiW4, http://www.playvid.com/watch/ei-S2wKHVJ2, http://www.playvid.com/watch/G6cOw4DfBLc, http://www.playvid.com/watch/KMArCIRBPCS,
http://www.playvid.com/watch/PJz3Oy0eAEg, http://www.playvid.com/watch/4NC2QY3-DlB, http://www.playvid.com/watch/g15Hxx90eYIo, http://www.playvid.com/watch/9thTCi4068Z,

SSM50380

http://www.playvid.com/watch/SQ0RD3bRMaK, http://www.playvid.com/watch/0-57p6iOHyr, http://www.playvid.com/watch/eY6WxiBf4MR, http://www.playvid.com/watch/FwHfwbI83Wq,
http://www.playvid.com/watch/hE0jvGuWnRc, http://www.playvid.com/watch/SrT479iaJez, http://www.playvid.com/watch/XAMukxUx-9G, http://www.playvid.com/watch/Tq4sUu7b7Dy,
http://www.playvid.com/watch/CvGcOZ7C5c8, http://www.playvid.com/watch/dkAwXiXR3f7, http://www.playvid.com/watch/Mz7a9Cz5yrE, http://www.playvid.com/watch/bk8d0D5ng7l,
http://www.playvid.com/watch/zmiXkvdQGHI, http://www.playvid.com/watch/r39j584DILW, http://www.playvid.com/watch/fl1MYPTqyG-, http://www.playvid.com/watch/8R1J39qPL76,
http://www.playvid.com/watch/ApOYcbXOToG, http://www.playvid.com/watch/tFPjVyvL5Rf, http://www.playvid.com/watch/OUJcgrnkH2C, http://www.playvid.com/watch/kh-lgH5VC59,
http://www.playvid.com/watch/DJHYxc4IhWH, http://www.playvid.com/watch/gjCEtsunbC2, http://www.playvid.com/watch/bAojWGix-MX, http://www.playvid.com/watch/jaCk6mvrGm9,
http://www.playvid.com/watch/uE-hyVn6GDQ, http://www.playvid.com/watch/XVPUU-2j8DD, http://www.playvid.com/watch/KODU5r7fxHR, http://www.playvid.com/watch/cEKUadeItvx,
http://www.playvid.com/watch/2Mlh1mDyZjk, http://www.playvid.com/watch/xRJ0Wxhr5-y, http://www.playvid.com/watch/69GKkcI9Qtj, http://www.playvid.com/watch/FkmivSvkZhH,
http://www.playvid.com/watch/znuF2anRSTY, http://www.playvid.com/watch/Eo4y4ffR9t3, http://www.playvid.com/watch/xggbsR4EErk, http://www.playvid.com/watch/htZPJTXTo4x,
http://www.playvid.com/watch/-h9re5mZ722, http://www.playvid.com/watch/9vdjdvzFO8O, http://www.playvid.com/watch/u-CDetFoQHT, http://www.playvid.com/watch/e7EQaaoBo-D,
http://www.playvid.com/watch/7fUYb7DVqGW, http://www.playvid.com/watch/JC5lyyte58v, http://www.playvid.com/watch/Mhg4xxAG5z9, http://www.playvid.com/watch/7xs46X4WyXV,
http://www.playvid.com/watch/fP5PC8DVFNG, http://www.playvid.com/watch/XXRUAHUPimy, http://www.playvid.com/watch/VoMlGOZ3pkh, http://www.playvid.com/watch/cNYnhrq-sKM,
http://www.playvid.com/watch/cDCWyGQApVs, http://www.playvid.com/watch/vprBzpF7x7L, http://www.playvid.com/watch/MMbi8LnF-Wf, http://www.playvid.com/watch/fzkVovgre9B,
http://www.playvid.com/watch/vICpDhP7Ujg, http://www.playvid.com/watch/ZcC3XwCXyV7, http://www.playvid.com/watch/6y2zQAd7M1P, http://www.playvid.com/watch/-Cqz2dmYMOV,
http://www.playvid.com/watch/qR-tHD3KUpo, http://www.playvid.com/watch/p-6paoFuPYs, http://www.playvid.com/watch/Ixu4vAO5Whk, http://www.playvid.com/watch/GFbr-zI2fVs,
http://www.playvid.com/watch/I7d8T8TNMhJ, http://www.playvid.com/watch/2iE3aBaOKln, http://www.playvid.com/watch/JT1sT7SL2Rv, http://www.playvid.com/watch/TMCxvJkPdvI,
http://www.playvid.com/watch/J-J1RVqsyjcW, http://www.playvid.com/watch/oMLqQYpfXVG, http://www.playvid.com/watch/AkDfV2M5CBk, http://www.playvid.com/watch/e7rMnCgdYAY,
http://www.playvid.com/watch/lVd-nTyMHba, http://www.playvid.com/watch/mWOJT8TzjBQ, http://www.playvid.com/watch/ut34SND4iLkp, http://www.playvid.com/watch/YRppfMouNAy,
http://www.playvid.com/watch/W5gGtjoNanO, http://www.playvid.com/watch/OHxpSE8fVJX, http://www.playvid.com/watch/0qN6gg5fmdn, http://www.playvid.com/watch/zGg0TaOMK5t,
http://www.playvid.com/watch/GsGIMhU-uZn, http://www.playvid.com/watch/ZVp1ZS0NbVu, http://www.playvid.com/watch/uAUyb16k4t-, http://www.playvid.com/watch/Zb5AJ0YC2O7,
http://www.playvid.com/watch/JQGCIIY326g, http://www.playvid.com/watch/-9TmNPnhzf8, http://www.playvid.com/watch/mRds1yVnHft, http://www.playvid.com/watch/XElvzuU9CTq,
http://www.playvid.com/watch/7GFSNoAYJRw, http://www.playvid.com/watch/qJXPqS8Axkc, http://www.playvid.com/watch/LmBuZ3zef9u, http://www.playvid.com/watch/igFbSUdnq4M,
http://www.playvid.com/watch/uOjqWL-QyyP, http://www.playvid.com/watch/nZw7YE8WC8M, http://www.playvid.com/watch/9MeuwMlYiVJ, http://www.playvid.com/watch/be0gx38FY4T,
http://www.playvid.com/watch/o2apAJGjfVe, http://www.playvid.com/watch/i3xHX9mK1PW, http://www.playvid.com/watch/5LN4FCCL5Ij, http://www.playvid.com/watch/5kQsC4PGuSk,
http://www.playvid.com/watch/4-5jS3RlkOn, http://www.playvid.com/watch/jR2wXXU8LeV, http://www.playvid.com/watch/uB2QEvob1C9, http://www.playvid.com/watch/uL1ETL8YJSY,
http://www.playvid.com/watch/7uIsV2a9nCI, http://www.playvid.com/watch/jMNVr-6adNB, http://www.playvid.com/watch/pFnoZGwz5wD, http://www.playvid.com/watch/GWHUOKggLVH,
http://www.playvid.com/watch/TzMgxXkuK49, http://www.playvid.com/watch/DVPmuAeiH6Q, http://www.playvid.com/watch/-AgXc2vqxET, http://www.playvid.com/watch/AzPlCXar6aY,
http://www.playvid.com/watch/7Q-oKEyzbcV, http://www.playvid.com/watch/bKTpJiU9Z0x, http://www.playvid.com/watch/rhEM2xdR4xz, http://www.playvid.com/watch/QdzrOpNv22C,
http://www.playvid.com/watch/8qYIK8wS5I6, http://www.playvid.com/watch/2lvO9LqeGln, http://www.playvid.com/watch/f1BTxAPNUAJ, http://www.playvid.com/watch/rBpFWpeSARM,
http://www.playvid.com/watch/d5cQb0enM46, http://www.playvid.com/watch/vadUL2LrSBN, http://www.playvid.com/watch/FHKghfNObyx, http://www.playvid.com/watch/JpnXY3Re0rI,
http://www.playvid.com/watch/ZAS3NTQOT2z, http://www.playvid.com/watch/Lf888dTkxq7, http://www.playvid.com/watch/l4YtTZkF8OV, http://www.playvid.com/watch/jmdxxpuJcIi,
http://www.playvid.com/watch/ksirfM2b3Xk, http://www.playvid.com/watch/OwSFqeQLSXI, http://www.playvid.com/watch/vk8GHpOnmp, http://www.playvid.com/watch/EqpfzpFmROR,
http://www.playvid.com/watch/ZVqcoPK7ies, http://www.playvid.com/watch/Fn26MW8ulTQ, http://www.playvid.com/watch/oy9myTB64pS, http://www.playvid.com/watch/c8PGHISY57D,
http://www.playvid.com/watch/2FPrqFcDhhl, http://www.playvid.com/watch/4Aj3RqZjEqX, http://www.playvid.com/watch/JXmKFMvyHjU, http://www.playvid.com/watch/hvBFD3LKacA,
http://www.playvid.com/watch/ENEqi0V5bJl, http://www.playvid.com/watch/bXG1k6UTNGu, http://www.playvid.com/watch/JoJ5pxMbynK, http://www.playvid.com/watch/xfcJeWd8wsX,
http://www.playvid.com/watch/awJQ5IJQY0O, http://www.playvid.com/watch/qh3f7gRAdrW, http://www.playvid.com/watch/OPbZlP66oBz, http://www.playvid.com/watch/5oNjlIbxDLX,
http://www.playvid.com/watch/BFvxgN4jfxL, http://www.playvid.com/watch/EN7ydmg8Ncw, http://www.playvid.com/watch/bZ957VilIzy, http://www.playvid.com/watch/eByt0Z2NhCp,
http://www.playvid.com/watch/ygTsHYUVIpf, http://www.playvid.com/watch/zckXqu9Yxar, http://www.playvid.com/watch/pUewMNzugr7, http://www.playvid.com/watch/jtf86t2qrZ9,
http://www.playvid.com/watch/EU98OOF8zX3, http://www.playvid.com/watch/cx6ZnXqAZIb, http://www.playvid.com/watch/pFHnGmZEMnq, http://www.playvid.com/watch/GUEonPKMymm,
http://www.playvid.com/watch/yT7Dchrw076, http://www.playvid.com/watch/Oj7obo3fMqb, http://www.playvid.com/watch/zzd8FfsIBR3, http://www.playvid.com/watch/VtcySwzzJEM,
http://www.playvid.com/watch/msSMNZpz6Yh, http://www.playvid.com/watch/Pgtv7WWETuv, http://www.playvid.com/watch/y-cL406ZAS6, http://www.playvid.com/watch/NapYaSWxypA,
http://www.playvid.com/watch/8s-x8me5FjA, http://www.playvid.com/watch/6B5ID4F-pUY, http://www.playvid.com/watch/KVpEcXhYaiZ, http://www.playvid.com/watch/MCQV3YnYaKs,
http://www.playvid.com/watch/h2G7UTRPjRb, http://www.playvid.com/watch/ZkU058iyS7Q, http://www.playvid.com/watch/IWN8OKzVKqs, http://www.playvid.com/watch/g7JhsgUTVyX,
http://www.playvid.com/watch/Lin222Yo0RD, http://www.playvid.com/watch/eqgIhE9YEQB, http://www.playvid.com/watch/c4DIaMEG3DY, http://www.playvid.com/watch/8iLjoaeHH0w,
http://www.playvid.com/watch/X9LeH3Af38E, http://www.playvid.com/watch/UhEkNu9wyMM, http://www.playvid.com/watch/qqecZVmcw4s, http://www.playvid.com/watch/AJn7aoAPVoM,
http://www.playvid.com/watch/Vus4ftUipHo, http://www.playvid.com/watch/2v-2uyY1Nqk, http://www.playvid.com/watch/8Q7ix38mjPX, http://www.playvid.com/watch/-Jr2XEAP2iC,
http://www.playvid.com/watch/K3vQIxPMe8S, http://www.playvid.com/watch/vaXkbzkfVlj, http://www.playvid.com/watch/aqbYQwGyEcg, http://www.playvid.com/watch/Rdotwh5WrsU,
http://www.playvid.com/watch/I3usZNuwjTK, http://www.playvid.com/watch/QqyGvZU3Vn6, http://www.playvid.com/watch/D8oq5vGehaP, http://www.playvid.com/watch/-fVNyjSlYc-,
http://www.playvid.com/watch/kG77sCcgIfT, http://www.playvid.com/watch/uZ0WRm5JKY, http://www.playvid.com/watch/n-LapZM9Bg7, http://www.playvid.com/watch/oT9ju8g7RGx,
http://www.playvid.com/watch/1RNIDJ-anba, http://www.playvid.com/watch/zKYOabMvc2q, http://www.playvid.com/watch/4toGCmEWbuK, http://www.playvid.com/watch/MoXPkKO-8Rs,
http://www.playvid.com/watch/cJVhsfjTa6n, http://www.playvid.com/watch/kDibyRlfeRY, http://www.playvid.com/watch/9rG8Xq74RuE, http://www.playvid.com/watch/zZZbZ0zsj36,
http://www.playvid.com/watch/Iejahp2hgY7, http://www.playvid.com/watch/kxK4AVREJab, http://www.playvid.com/watch/K02KKPXLCDi, http://www.playvid.com/watch/aB6S4eZ0PO6,
http://www.playvid.com/watch/VN8i0NPPa9P, http://www.playvid.com/watch/NdWQdEGeGnH, http://www.playvid.com/watch/id03SIVyocs, http://www.playvid.com/watch/RK-lJLHIfq5,
http://www.playvid.com/watch/-lyqUPluCbx, http://www.playvid.com/watch/f58MLNBLghT, http://www.playvid.com/watch/q02M9huCXZb, http://www.playvid.com/watch/GdeyhAP9t8K,
http://www.playvid.com/watch/ZHkXjkAlcTf, http://www.playvid.com/watch/2-JnBYnXInQ, http://www.playvid.com/watch/8Bwq9AtNaEG, http://www.playvid.com/watch/rIYC-xhFpFD,
http://www.playvid.com/watch/bfq-9NR9vhh, http://www.playvid.com/watch/kyaFhujzh3D, http://www.playvid.com/watch/g6EkHMMkKtu, http://www.playvid.com/watch/PDyzeYIy614,
http://www.playvid.com/watch/5fXKgeg-qP4, http://www.playvid.com/watch/VU3R-8EL4Ln, http://www.playvid.com/watch/UyVxdBi-d5U, http://www.playvid.com/watch/H4ZtbEz9Py,
http://www.playvid.com/watch/5mzjM4-wqtE, http://www.playvid.com/watch/mR-wJk3h4ze, http://www.playvid.com/watch/FYkWpOt56eW, http://www.playvid.com/watch/nxorwevekIS,
http://www.playvid.com/watch/mIz4pAJsLnR, http://www.playvid.com/watch/eQSddFQMwsH, http://www.playvid.com/watch/vbAUit7pzCB, http://www.playvid.com/watch/GyeVpfEKyNy,
http://www.playvid.com/watch/iOHlHTuQ9ni

5.f. Date of discipline: 2013-07-20
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kakadu90
5.b. Uploader's email address: ernivaano@gmail.com
5.c. Uploader's profile: http://www.playvid.com/member/kakadu90
5.e. List of videos posted by uploader: http://www.playvid.com/watch/A8etZm5B5yZ, http://www.playvid.com/watch/Vs3tFyq12wN, http://www.playvid.com/watch/Aa3bTblc2vm,
http://www.playvid.com/watch/p6axUAUg7jv, http://www.playvid.com/watch/88WYOrN_Dws, http://www.playvid.com/watch/yYNbi0Ojj_mG, http://www.playvid.com/watch/89jJ_0CvFku,
http://www.playvid.com/watch/AwvzZlI2b5n, http://www.playvid.com/watch/aiOLvUM1RjY, http://www.playvid.com/watch/terYMC5z2n0, http://www.playvid.com/watch/VS2glhW8RXI,
http://www.playvid.com/watch/jScpnPMyy2v, http://www.playvid.com/watch/hoBaPri-tKX, http://www.playvid.com/watch/YfMsLug89df, http://www.playvid.com/watch/tS1x3bfH2Fg,
http://www.playvid.com/watch/JfRwS_n-BHY, http://www.playvid.com/watch/l4CMFK2n5ef, http://www.playvid.com/watch/kA5KFau6jgZ, http://www.playvid.com/watch/HEt_8FlnpcT,
http://www.playvid.com/watch/t3mLr0868Zs, http://www.playvid.com/watch/Pyv4wwTTTdh, http://www.playvid.com/watch/2iI8BPO2EEu, http://www.playvid.com/watch/e5cFedCUDdy,
http://www.playvid.com/watch/JTfOLBREfpN, http://www.playvid.com/watch/6RjqrSfEzFB, http://www.playvid.com/watch/rXYKZJlr7Fj, http://www.playvid.com/watch/ChlCIof6JUE,
http://www.playvid.com/watch/4Uwa2zNctWY, http://www.playvid.com/watch/uFC5dzjhtVC, http://www.playvid.com/watch/og-dnfJuD0g, http://www.playvid.com/watch/TzBEJejgFCl,
http://www.playvid.com/watch/n5s1bZHm_6l, http://www.playvid.com/watch/6G-LIDg_YdF, http://www.playvid.com/watch/IMCHMTXBXrS, http://www.playvid.com/watch/ZBYkh_eIObG,
http://www.playvid.com/watch/9Ri7-Lg81_Q, http://www.playvid.com/watch/Rp68wWk71PS, http://www.playvid.com/watch/7Za2aifltGJ, http://www.playvid.com/watch/IfHFfjR_zFo,
http://www.playvid.com/watch/K8k24O9hj1L, http://www.playvid.com/watch/FdLgM_n4WH3, http://www.playvid.com/watch/Bet6x1U13uB, http://www.playvid.com/watch/d8cD7phr46r,
http://www.playvid.com/watch/2qq9TD0vi0e, http://www.playvid.com/watch/mpuZ-YrJbFc, http://www.playvid.com/watch/4qt9QDe9nJa, http://www.playvid.com/watch/Lta09Zk4zDW,
http://www.playvid.com/watch/9tOaaGMnftx, http://www.playvid.com/watch/tknsB1PimeL, http://www.playvid.com/watch/c5z51Qeyw09, http://www.playvid.com/watch/d6L6G6uyPMC,
http://www.playvid.com/watch/U-YsJvmz1ED, http://www.playvid.com/watch/yCPxaXC5U7F, http://www.playvid.com/watch/OFuVDX2bHIn, http://www.playvid.com/watch/bXl-0tmxnF2,
http://www.playvid.com/watch/ywuhLIPEpRs, http://www.playvid.com/watch/ch34vKfbMh8, http://www.playvid.com/watch/a5v2mhaMEIc, http://www.playvid.com/watch/Nb_C4tK1SIz,
http://www.playvid.com/watch/3l0K3zwtT2T, http://www.playvid.com/watch/ZW51yjyIKu8, http://www.playvid.com/watch/ySORVn-_1PW, http://www.playvid.com/watch/tyhWGDXrXne,
http://www.playvid.com/watch/PLAe6Rqv6YO, http://www.playvid.com/watch/M1H_B95if4r, http://www.playvid.com/watch/65RQqhCi4xX, http://www.playvid.com/watch/HaWaAh5J2Q,
http://www.playvid.com/watch/s3P0VqlULVV, http://www.playvid.com/watch/PDfVu9qv2AJ, http://www.playvid.com/watch/aXogQbVTLZD, http://www.playvid.com/watch/AXej6EljrKj,
http://www.playvid.com/watch/Vz-3x8_VvaP, http://www.playvid.com/watch/zD5YJAxUuvx, http://www.playvid.com/watch/sQXVyMe4SvX, http://www.playvid.com/watch/A47EJfL0gq5,
http://www.playvid.com/watch/j34yhl0bTj2, http://www.playvid.com/watch/tjwsM-h8Vu9, http://www.playvid.com/watch/5Jb7GKvSvBY, http://www.playvid.com/watch/tT-618TLC2z,
http://www.playvid.com/watch/NrAlBXWd6-K, http://www.playvid.com/watch/egpVsBzP0Ol, http://www.playvid.com/watch/ksfkZQ9q9La, http://www.playvid.com/watch/8pOGAWV2Jh3,
http://www.playvid.com/watch/ypqzRTIqwZy, http://www.playvid.com/watch/OKQdIv-pnQV, http://www.playvid.com/watch/wAOgRSn5tzI, http://www.playvid.com/watch/OG-Gch-JVJT,
http://www.playvid.com/watch/mSR-i6XmxcR, http://www.playvid.com/watch/ysKeEM4yt5H, http://www.playvid.com/watch/ck69_8n14ko, http://www.playvid.com/watch/EoOwTP0kiKd,
http://www.playvid.com/watch/JWiRnfnDf-r, http://www.playvid.com/watch/4L46C-cvv2T, http://www.playvid.com/watch/aSZO8wocgBN, http://www.playvid.com/watch/mRwP1Wk5HAn,
http://www.playvid.com/watch/AH2WiLPMISK, http://www.playvid.com/watch/2u6QVS6cSnf, http://www.playvid.com/watch/fegguapxp2K, http://www.playvid.com/watch/uMigIoFOiAJ,
http://www.playvid.com/watch/fKWKWzu7ZYc, http://www.playvid.com/watch/pbGAe1qTCD6, http://www.playvid.com/watch/Oaj_VqQLK8M, http://www.playvid.com/watch/Xx75fkfIn1j,
http://www.playvid.com/watch/V8xI8UTsvoY, http://www.playvid.com/watch/8yo6VSLxjOG, http://www.playvid.com/watch/nh8mG07hgLi, http://www.playvid.com/watch/A0tjKcc5Shd,
http://www.playvid.com/watch/ixnGlpksmqw, http://www.playvid.com/watch/KljRBTdNEw6, http://www.playvid.com/watch/4zBUyMiuoik, http://www.playvid.com/watch/3R5EnLnkxHw,
http://www.playvid.com/watch/yemZg7UYEnm, http://www.playvid.com/watch/o2varv3GQOB, http://www.playvid.com/watch/PsAdtPRS4rZ

5.f. Date of discipline: 2014-08-07
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: kalama
5.b. Uploader's email address: vitaleostone@gmail.com
5.c. Uploader's profile: http://www.playvid.com/member/kalama
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ajDUovgFMx9, http://www.playvid.com/watch/KHMVEds7YIh, http://www.playvid.com/watch/uquvVA0rrX5,
http://www.playvid.com/watch/qC3vYDaJDPb, http://www.playvid.com/watch/S1gGzrH4ENl, http://www.playvid.com/watch/i134oKECyBl, http://www.playvid.com/watch/GGeCZh6zPMX,
http://www.playvid.com/watch/Hya0SiGojtK, http://www.playvid.com/watch/fO8MxOChUFa, http://www.playvid.com/watch/TIZ2cij-pLg, http://www.playvid.com/watch/b4kJsxRyS3Ef,
http://www.playvid.com/watch/yTWxHqYiF2C, http://www.playvid.com/watch/VJh4YwDtdTL, http://www.playvid.com/watch/Y5hcje_tWoy, http://www.playvid.com/watch/DIMpwRSjVqk,
http://www.playvid.com/watch/Coxnc83fXkh, http://www.playvid.com/watch/5VSW9WSunfu, http://www.playvid.com/watch/VU_hpoLVx8H, http://www.playvid.com/watch/nBIt0O2b17A,
http://www.playvid.com/watch/rsrxxxfckB2, http://www.playvid.com/watch/vPU48D4C4C2, http://www.playvid.com/watch/VttB0qTdAv8, http://www.playvid.com/watch/iA-tOu1ukIr,
http://www.playvid.com/watch/Evw7RqOptUN, http://www.playvid.com/watch/oH5xzMA1xbK, http://www.playvid.com/watch/naU0MNVthwu, http://www.playvid.com/watch/hkH4tjT2u3u,
http://www.playvid.com/watch/A2MAO2zqC6d, http://www.playvid.com/watch/2kRWM_a0L7D, http://www.playvid.com/watch/P2xj9nU3Dsi, http://www.playvid.com/watch/TnRp_I1Pt-Q,
http://www.playvid.com/watch/kpa9q4---q5S, http://www.playvid.com/watch/E3tNHZ51r2I, http://www.playvid.com/watch/fYjFYv6iDBI, http://www.playvid.com/watch/IkuDZCaapuY,
http://www.playvid.com/watch/ZDY0bYqAk1r, http://www.playvid.com/watch/ePf0zjKtGyf, http://www.playvid.com/watch/vFgKx0w5otC, http://www.playvid.com/watch/4HYYRL-45X6,
http://www.playvid.com/watch/LWtKadK-kD5, http://www.playvid.com/watch/EmEqtutjCus, http://www.playvid.com/watch/OnzRFjqS8V, http://www.playvid.com/watch/7yJjv0v_rjH,
http://www.playvid.com/watch/3boZiig05kt, http://www.playvid.com/watch/64LqvATs9Bc, http://www.playvid.com/watch/bdDVKE-o-sl, http://www.playvid.com/watch/ykJYeCHM9Iq,
http://www.playvid.com/watch/rEUMmyhyPFL, http://www.playvid.com/watch/Ep_sso4WFJx, http://www.playvid.com/watch/xnkaRp8LbpS, http://www.playvid.com/watch/x-d5wBnuKsW,
http://www.playvid.com/watch/FdUH0SxFwKk, http://www.playvid.com/watch/VpAih5S7oNP, http://www.playvid.com/watch/QN8P3ToXO_s, http://www.playvid.com/watch/o7QfDpZK9by,
http://www.playvid.com/watch/2BNjd8WmyNW, http://www.playvid.com/watch/Nl4qZoPs_iX, http://www.playvid.com/watch/M4gAaxYw4jq, http://www.playvid.com/watch/vxETIe4G0IC,
http://www.playvid.com/watch/CFeGkjmOWe7, http://www.playvid.com/watch/zK5q1xzpKC7, http://www.playvid.com/watch/heeMlj3v5xp, http://www.playvid.com/watch/RG3bE92RbWV,
http://www.playvid.com/watch/X7EEL7m15It, http://www.playvid.com/watch/m4NVxdE-8oM, http://www.playvid.com/watch/a-CT7QuR-6k, http://www.playvid.com/watch/rOJr8771e2Q,
http://www.playvid.com/watch/t6EiNk6ANfH, http://www.playvid.com/watch/pwO8SKW_hgU, http://www.playvid.com/watch/A6XWmKET-h8, http://www.playvid.com/watch/A6XWmKET-h8,
http://www.playvid.com/watch/QNukd64C0te, http://www.playvid.com/watch/yFyWw9Kc3cy, http://www.playvid.com/watch/fI3SHW9Sdvs, http://www.playvid.com/watch/vhXMF9Ijn886,
http://www.playvid.com/watch/fuh8oiBgKGY, http://www.playvid.com/watch/qJMyzenUiiv, http://www.playvid.com/watch/DdD2q78kxnU, http://www.playvid.com/watch/peqgkW8KFhg,
http://www.playvid.com/watch/HIIgIEGjBv9, http://www.playvid.com/watch/7JlVVQKvn2f, http://www.playvid.com/watch/vJsOMTvAR33, http://www.playvid.com/watch/GJd6ih_rK48,
http://www.playvid.com/watch/eeJO7z6fYBI, http://www.playvid.com/watch/vIZScuu9S5r7, http://www.playvid.com/watch/IEyxPPy8Zvo, http://www.playvid.com/watch/WUERxsBllhE,
http://www.playvid.com/watch/GI9YR_WrD33, http://www.playvid.com/watch/SuNZhUq_QeJ

EXHIBIT "4"



2/26/2016 10:34:40 AM

EXHIBIT "5"

http://www.playvid.com/watch/2aRlmOKYcgW, http://www.playvid.com/watch/CtTdfDkesLB, http://www.playvid.com/watch/FVhNOjPTMBR, http://www.playvid.com/watch/KyAqEhT9tQR,
http://www.playvid.com/watch/cHrhkuxam9k, http://www.playvid.com/watch/tHR6Wx23lNe, http://www.playvid.com/watch/zi-6b9CYNNZ, http://www.playvid.com/watch/C9cE9fkP9zl,
http://www.playvid.com/watch/2GHnpRnFHcD, http://www.playvid.com/watch/M0LggHGmqVs, http://www.playvid.com/watch/xcjg5N0F7s7, http://www.playvid.com/watch/BKzObLWbJd9,
http://www.playvid.com/watch/cWm2M5l29vV, http://www.playvid.com/watch/9GVKo6Hkt29, http://www.playvid.com/watch/xYhqHpJCKnN, http://www.playvid.com/watch/qM5AKGpY7sE,
http://www.playvid.com/watch/CjvsnEYD7nh, http://www.playvid.com/watch/oX4yrfUuNYA, http://www.playvid.com/watch/ZZJQlufLokb, http://www.playvid.com/watch/2R3bdKkRUFY,
http://www.playvid.com/watch/Y6SjrnLz03S, http://www.playvid.com/watch/YdloA7rtODl, http://www.playvid.com/watch/4b9H0uamB3P, http://www.playvid.com/watch/BtuVt62WjSJ,
http://www.playvid.com/watch/GfUiW4aPU4B, http://www.playvid.com/watch/pF-PLOCgCzY, http://www.playvid.com/watch/UNFyJ6SS2mC, http://www.playvid.com/watch/sPWRE7306ul,
http://www.playvid.com/watch/4xYUOZkjl4O, http://www.playvid.com/watch/RdoQN9ri542, http://www.playvid.com/watch/zO7BdptGSiM, http://www.playvid.com/watch/Jnx74S2trVR,
http://www.playvid.com/watch/pejt9THcuPk, http://www.playvid.com/watch/G9JZFlmKuwe, http://www.playvid.com/watch/yTkw6t2kDJk, http://www.playvid.com/watch/Tq0Xpvy0HjE,
http://www.playvid.com/watch/2FraejHklN6, http://www.playvid.com/watch/Xh2VDxido8O, http://www.playvid.com/watch/ILtsNcsWZiY, http://www.playvid.com/watch/paQREgMBTap,
http://www.playvid.com/watch/gNB0ypYeOXH, http://www.playvid.com/watch/U-e2NP9bCPc, http://www.playvid.com/watch/DBXhFPeqbTY, http://www.playvid.com/watch/frAUPhOLwTy,
http://www.playvid.com/watch/2-thVDH3ugB, http://www.playvid.com/watch/YkzoaYncdd6, http://www.playvid.com/watch/fUPDhJRd2IW, http://www.playvid.com/watch/tmrGEj3zarx,
http://www.playvid.com/watch/03INoqOlSB4, http://www.playvid.com/watch/nqKsG7AQxYQ, http://www.playvid.com/watch/5AfZ09mFM7h, http://www.playvid.com/watch/5vbAKOcJ-yI,
http://www.playvid.com/watch/GqN43QFPUbd, http://www.playvid.com/watch/FemrEuGSCcZ, http://www.playvid.com/watch/4UPStND2NH6, http://www.playvid.com/watch/76G6XzIM4TL,
http://www.playvid.com/watch/2BfZ2e7vNG9, http://www.playvid.com/watch/Ncsqc7MQBxU, http://www.playvid.com/watch/MHrcg4XC4xF, http://www.playvid.com/watch/8LkL-LzYQ8Z,
http://www.playvid.com/watch/iSxqibkmTwp, http://www.playvid.com/watch/GDNSzAsx2Og, http://www.playvid.com/watch/JV7azQMALlu, http://www.playvid.com/watch/jfi0whsaLIe,
http://www.playvid.com/watch/BdEtLQGaaIN, http://www.playvid.com/watch/FfVUtCJDOlR, http://www.playvid.com/watch/-LrLeymN2r-, http://www.playvid.com/watch/lgdSo8ptWGj,
http://www.playvid.com/watch/bY0FGBGzeLE, http://www.playvid.com/watch/qlu98DOCMQi, http://www.playvid.com/watch/FUPwNYa7VVk, http://www.playvid.com/watch/4Qe8gUC45Jk,
http://www.playvid.com/watch/AnH59e36myg, http://www.playvid.com/watch/q0Vi3SWLkhr, http://www.playvid.com/watch/mlgzcknlWC3, http://www.playvid.com/watch/zqgWvwvrD9n,
http://www.playvid.com/watch/pIlQU8kGN-3, http://www.playvid.com/watch/FaWDBKfV-Ld, http://www.playvid.com/watch/9sjczozBqXb, http://www.playvid.com/watch/JMcWpFzgNpQ,
http://www.playvid.com/watch/vHlcTMrs2IR, http://www.playvid.com/watch/l2BerY9Ghbb, http://www.playvid.com/watch/mRtL5CcXME3, http://www.playvid.com/watch/QtZrP84Yaw7,
http://www.playvid.com/watch/rY9dCachvC2, http://www.playvid.com/watch/3ZZcy7oIX5F, http://www.playvid.com/watch/dmThkVlc-zi, http://www.playvid.com/watch/uOaF5Cr7xoz,
http://www.playvid.com/watch/I05tv0ywHM4, http://www.playvid.com/watch/Abqhpmwg5AV, http://www.playvid.com/watch/od--ErGi5ta, http://www.playvid.com/watch/Kxh8mSWTXtD,
http://www.playvid.com/watch/5wGI9AKHYPw, http://www.playvid.com/watch/z6ItcdNORw7, http://www.playvid.com/watch/Ny275dyScdA, http://www.playvid.com/watch/GJOWX2zzhxr,
http://www.playvid.com/watch/XmNxdByrRpB, http://www.playvid.com/watch/kqd5EiuwTOG, http://www.playvid.com/watch/HfZaKkCaiit, http://www.playvid.com/watch/PKhaMI5DiKF,
http://www.playvid.com/watch/AYLuU3rInMv, http://www.playvid.com/watch/47F3vuD-yGi, http://www.playvid.com/watch/fiDRyMzdxU9, http://www.playvid.com/watch/JAdrsqg5ymr,
http://www.playvid.com/watch/rI-O5COSuDg, http://www.playvid.com/watch/p-jskkDnHXL, http://www.playvid.com/watch/Xmvv3mPxbGi, http://www.playvid.com/watch/rsOqIPpXEpT,
http://www.playvid.com/watch/6BdqZoeIcfu, http://www.playvid.com/watch/QNQEDOIufdK, http://www.playvid.com/watch/JuyFj0vprOE, http://www.playvid.com/watch/k5jGkjuDohx,
http://www.playvid.com/watch/VZkazbp2F8-, http://www.playvid.com/watch/nCSxeqEcciu, http://www.playvid.com/watch/anp59rxpMyO, http://www.playvid.com/watch/lztIeO3waWr,
http://www.playvid.com/watch/Wi0OgKei4cI, http://www.playvid.com/watch/tMgumgyihVP, http://www.playvid.com/watch/bla8CUaP50m, http://www.playvid.com/watch/SSa3jdYmOcc,
http://www.playvid.com/watch/AUTtXkjhZmV, http://www.playvid.com/watch/HZBWn9punkj, http://www.playvid.com/watch/d9yKRyEiCM4, http://www.playvid.com/watch/FoR3FC8Ku4Y,
http://www.playvid.com/watch/RfpRhmdcml5, http://www.playvid.com/watch/q5xv4Repjiu, http://www.playvid.com/watch/fjV3W9x5-P3, http://www.playvid.com/watch/IjEM03XGiHc,
http://www.playvid.com/watch/qHLqUiMwGgT, http://www.playvid.com/watch/2NwcpB947Vg, http://www.playvid.com/watch/jtURpJZ9mBP, http://www.playvid.com/watch/VKOwJLt64Wc,
http://www.playvid.com/watch/iiWV5UiXr0v, http://www.playvid.com/watch/Ql-SolcEoRS, http://www.playvid.com/watch/PNEtUkuYct7, http://www.playvid.com/watch/oGWPXjafSyN,
http://www.playvid.com/watch/EY9W3ZrHq8w, http://www.playvid.com/watch/QelaYh43tCB, http://www.playvid.com/watch/rv7wPUk66KZ, http://www.playvid.com/watch/ZxTo3Kd6lCs,
http://www.playvid.com/watch/8XMJEf7OLKx, http://www.playvid.com/watch/XQmowLrkY8C, http://www.playvid.com/watch/sAdPzoGN2Pb, http://www.playvid.com/watch/CzwIKFvOGiI,
http://www.playvid.com/watch/OSogcJnBV8J, http://www.playvid.com/watch/OK7ckh-5QV2, http://www.playvid.com/watch/K2QKOkPorMf, http://www.playvid.com/watch/CDtbwwzaOnk,
http://www.playvid.com/watch/-EcAbJk0CUL, http://www.playvid.com/watch/vOxlKTm8A3T, http://www.playvid.com/watch/PkmVsLK6rjk, http://www.playvid.com/watch/3LIlsSebMci,
http://www.playvid.com/watch/SxvA8fPUIyS, http://www.playvid.com/watch/5SKxURX84Yn, http://www.playvid.com/watch/YxcdUiziawz, http://www.playvid.com/watch/9sVk-olwfI0,
http://www.playvid.com/watch/syCmVsIILMb, http://www.playvid.com/watch/VVmSfGonVfJ, http://www.playvid.com/watch/huUUhh0Mawe, http://www.playvid.com/watch/fZ7UfP95kPx,
http://www.playvid.com/watch/h5FTV0G5SGn, http://www.playvid.com/watch/JNEliQULTwS, http://www.playvid.com/watch/KzFnrjH32uk, http://www.playvid.com/watch/rWnkm4WX6-F,
http://www.playvid.com/watch/--VwOXSQJE5, http://www.playvid.com/watch/W2Pm2foNZYY, http://www.playvid.com/watch/bdY9YDtwpJP, http://www.playvid.com/watch/ZpbKfksQE57,
http://www.playvid.com/watch/u6L9TNT3YcZ, http://www.playvid.com/watch/ztPy4RNv2TR, http://www.playvid.com/watch/zLQBWbwRW6-, http://www.playvid.com/watch/htsfALe4nMk,
http://www.playvid.com/watch/LZX5OIKwqdm, http://www.playvid.com/watch/xTwgDolYAVR, http://www.playvid.com/watch/tMWZp60nFWf, http://www.playvid.com/watch/pnpzdYXqUzK,
http://www.playvid.com/watch/VR6hgGtUVHL, http://www.playvid.com/watch/q4zhfwQ-hFQ, http://www.playvid.com/watch/c863d2-xqQv, http://www.playvid.com/watch/2B9RhzYXXkG,
http://www.playvid.com/watch/LBE5Q3F7wpa, http://www.playvid.com/watch/V5vZSlGEaJq, http://www.playvid.com/watch/RRfHDb9iRAi, http://www.playvid.com/watch/7qkPgmjDNPk,
http://www.playvid.com/watch/F3CLEIrAueC, http://www.playvid.com/watch/0UhqXcSlPkS, http://www.playvid.com/watch/F-XMZQY7IZL, http://www.playvid.com/watch/kGirC5Y0JoC,
http://www.playvid.com/watch/D2pS9UPJPkT, http://www.playvid.com/watch/VT0WpuTTrsv, http://www.playvid.com/watch/RyfmPoJhft3, http://www.playvid.com/watch/pmlltIB28G2,
http://www.playvid.com/watch/QwRIXLlzN0L, http://www.playvid.com/watch/wwW5VW8Vmve, http://www.playvid.com/watch/4DZhaRwh3vb, http://www.playvid.com/watch/qLkzmkb88GS,
http://www.playvid.com/watch/XjmP-ydaBq6, http://www.playvid.com/watch/u0Aj8kOZgC4, http://www.playvid.com/watch/KwNliN-gY20, http://www.playvid.com/watch/A639PRXIZbF,
http://www.playvid.com/watch/AmyXu-zCHRt, http://www.playvid.com/watch/Diq6TLZwqPB, http://www.playvid.com/watch/mZYwSEQxSdy, http://www.playvid.com/watch/YSOSCTBQuTu,
http://www.playvid.com/watch/Jqp7w8mWFD7, http://www.playvid.com/watch/ycQ3ka23IPy, http://www.playvid.com/watch/SjqSpmw0hv8, http://www.playvid.com/watch/6kR65bFLd3X,
http://www.playvid.com/watch/EPmTblz5TbI, http://www.playvid.com/watch/2uvhwYVAEce, http://www.playvid.com/watch/6RyzySMMkiE, http://www.playvid.com/watch/KHcqA6xbjO4,
http://www.playvid.com/watch/dzEgtPWVUOE, http://www.playvid.com/watch/Pjd0w4DSueu, http://www.playvid.com/watch/FnOP89GD9HZ, http://www.playvid.com/watch/Avslv68uGCt,
http://www.playvid.com/watch/EjWQNyOv83G, http://www.playvid.com/watch/Lz7x5oXON7q, http://www.playvid.com/watch/UVqKkpsICty, http://www.playvid.com/watch/dJNZiumzR7V,
http://www.playvid.com/watch/JhSbIRHwyo0, http://www.playvid.com/watch/-sZCUYq8463, http://www.playvid.com/watch/QH9cGOb0LJa, http://www.playvid.com/watch/OxD5Uoi4K2U,
http://www.playvid.com/watch/-VQy-xQgnra, http://www.playvid.com/watch/e-WqjKkDVOh, http://www.playvid.com/watch/EcApnoFnIr9, http://www.playvid.com/watch/u9MBcZtspSu,
http://www.playvid.com/watch/KijuwXYCxRI, http://www.playvid.com/watch/q8t54DWW4af, http://www.playvid.com/watch/DIaSpCTV4Xq, http://www.playvid.com/watch/2t-6kwLoP3A,
http://www.playvid.com/watch/TVXPVEpJlju, http://www.playvid.com/watch/FAFGdoxbqOG, http://www.playvid.com/watch/4rJiwHUoBtZ, http://www.playvid.com/watch/m4DolNBDWbo,
http://www.playvid.com/watch/YrxQ4jXoJTU, http://www.playvid.com/watch/aIG-OrrV0Jf, http://www.playvid.com/watch/UuZTKmTwdXL, http://www.playvid.com/watch/TLU0czu2Ig-,
http://www.playvid.com/watch/tlOTVw4ofBe, http://www.playvid.com/watch/4Qpq6fBRUsS, http://www.playvid.com/watch/lHXPBBm2wDO, http://www.playvid.com/watch/qxbthnvJKaB,
http://www.playvid.com/watch/-r6PJkFd9j9, http://www.playvid.com/watch/CDhRm0p4P0N, http://www.playvid.com/watch/kopIG9Yknso, http://www.playvid.com/watch/nRGD75EUb3M,
http://www.playvid.com/watch/kGRSKQCTOsz, http://www.playvid.com/watch/28WIlhChR8k, http://www.playvid.com/watch/fLSk-OwG6gq, http://www.playvid.com/watch/iMz5HKTKNAU,
http://www.playvid.com/watch/kEvzx7UMsz7, http://www.playvid.com/watch/P2Hr5ByFlOO, http://www.playvid.com/watch/Eu0Se94-J3V
5.f. Date of discipline: 2013-10-18
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: goodieboo
5.b. Uploader's email address: goodieboogoodieboo@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/goodieboo
5.e. List of videos posted by uploader: http://www.playvid.com/watch/fsqreqX3dl4, http://www.playvid.com/watch/mAtnah4Vw8m, http://www.playvid.com/watch/dh9jlukp4QU,
http://www.playvid.com/watch/lSAlDRg5keU, http://www.playvid.com/watch/d3fWVYYfif9, http://www.playvid.com/watch/DyCi10z2UmP, http://www.playvid.com/watch/J9bixd7RIxS,
http://www.playvid.com/watch/p2YOf5DYJFX, http://www.playvid.com/watch/ElHxoKtrkRk, http://www.playvid.com/watch/WnvsGAMN1DI, http://www.playvid.com/watch/NsDhc1X-VtN,
http://www.playvid.com/watch/XEgXmNm3ET6, http://www.playvid.com/watch/yPEpyHfE_ol, http://www.playvid.com/watch/ET36nkar2AD
5.f. Date of discipline: 2014-07-31
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: good_day
5.b. Uploader's email address: thomasmaul@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/good_day
5.e. List of videos posted by uploader: http://www.playvid.com/watch/O225ogNfRDH, http://www.playvid.com/watch/f2ZSI0DKgOE, http://www.playvid.com/watch/R95cTRhkyWb,
http://www.playvid.com/watch/SNFjV4QEn2L, http://www.playvid.com/watch/mpB9KkRVP9j, http://www.playvid.com/watch/hLGI8WvMv1v, http://www.playvid.com/watch/qq5P2DU2Xxr,
http://www.playvid.com/watch/htdvqj0UqyJ, http://www.playvid.com/watch/OHm9orgfOXf, http://www.playvid.com/watch/dRtSEz_J1sD, http://www.playvid.com/watch/P-64Ffx3mbt,
http://www.playvid.com/watch/q-ig3_V8MAZ, http://www.playvid.com/watch/5fDnJuZORor, http://www.playvid.com/watch/uWxjxRU_CJK, http://www.playvid.com/watch/Oz4J-sTXRk8,
http://www.playvid.com/watch/Mj2O3cMiza3, http://www.playvid.com/watch/x-AT-vz2ICu, http://www.playvid.com/watch/JFmizTZWyII, http://www.playvid.com/watch/ePpOnlthEK2,
http://www.playvid.com/watch/HzzH6v45TIj, http://www.playvid.com/watch/5fvnOeI2oah, http://www.playvid.com/watch/jP9wq6hQb9T, http://www.playvid.com/watch/HUDu0ImAKZt,
http://www.playvid.com/watch/L9sVDAcZwCd, http://www.playvid.com/watch/E7MJW5jNJ5G, http://www.playvid.com/watch/FKIeRBmSHIb, http://www.playvid.com/watch/uDU759KhoNO,
http://www.playvid.com/watch/Ow9q9ucDWII, http://www.playvid.com/watch/0HuuS2a8fF4, http://www.playvid.com/watch/WoGeNmS1i8Z, http://www.playvid.com/watch/nYJgvbyVYCX,
http://www.playvid.com/watch/MdjXfWs8bgA, http://www.playvid.com/watch/5U_fBaEe8qc, http://www.playvid.com/watch/T1--X9_mFzg, http://www.playvid.com/watch/U7o7UPUacEK,
http://www.playvid.com/watch/F0gxBWpAXLw, http://www.playvid.com/watch/bybNmijA0VW, http://www.playvid.com/watch/4zyhOxORFgz, http://www.playvid.com/watch/vIwoNvN_DQf,
http://www.playvid.com/watch/CzHvss6oKHS, http://www.playvid.com/watch/dSA9C1mWabP, http://www.playvid.com/watch/fdcvlTubsD8, http://www.playvid.com/watch/PmIvXLhcNvb,
http://www.playvid.com/watch/NjKh1BjE_25, http://www.playvid.com/watch/DlBg1oQulSa, http://www.playvid.com/watch/e_Cy13tFKDl, http://www.playvid.com/watch/QuLX8-N5V1f,
http://www.playvid.com/watch/OgDzC7QXScC, http://www.playvid.com/watch/XqWXn0S31Ay, http://www.playvid.com/watch/AjhfIfX9zfG, http://www.playvid.com/watch/u1TNjmERMGG,
http://www.playvid.com/watch/bVye3cn1aPO, http://www.playvid.com/watch/JQ67JZ0eHnA, http://www.playvid.com/watch/TYhx3C9I05G, http://www.playvid.com/watch/9_gBxXtPcpc,
http://www.playvid.com/watch/PUZkcMZHjNr, http://www.playvid.com/watch/amaPs36M-lT, http://www.playvid.com/watch/lGf3ZY7VRbj, http://www.playvid.com/watch/MK3mHVSrl_k,
http://www.playvid.com/watch/MNdS53pJbWq, http://www.playvid.com/watch/5pJq34hojdL, http://www.playvid.com/watch/IvukdCt7oli, http://www.playvid.com/watch/tph1vaul6u4,
http://www.playvid.com/watch/9BnpV5sfYJ9, http://www.playvid.com/watch/kQqgOP7AriH, http://www.playvid.com/watch/tEbMkg_NJMx, http://www.playvid.com/watch/y8nqVMDdMyB,
http://www.playvid.com/watch/AYB-2h1u7U9, http://www.playvid.com/watch/ooSTKXCfGWt, http://www.playvid.com/watch/czYEvCpbFTl, http://www.playvid.com/watch/mPvL3cUxTAH,
http://www.playvid.com/watch/qMUzU1mmCZS, http://www.playvid.com/watch/nOmrFVVj_6L, http://www.playvid.com/watch/3FnBug9ytw3, http://www.playvid.com/watch/CyVBb9Hl0AT,
http://www.playvid.com/watch/MLB-DU-lnX4, http://www.playvid.com/watch/G7hY6S0_X8o, http://www.playvid.com/watch/w4uPHe4jm-u, http://www.playvid.com/watch/h1pjT3sLBT8,
http://www.playvid.com/watch/jqanH5h-1fD, http://www.playvid.com/watch/odeYe0dwp42, http://www.playvid.com/watch/Q8EwDq-lJT9, http://www.playvid.com/watch/n7enJaiw_qu,
http://www.playvid.com/watch/mXireSBMPZ5, http://www.playvid.com/watch/v_CXNiqWHkg, http://www.playvid.com/watch/Mu9jNDMIf0v, http://www.playvid.com/watch/AeIwAVjGZyU,
http://www.playvid.com/watch/Nhp5Uuz7dHS, http://www.playvid.com/watch/IbfJK7Ur0-B, http://www.playvid.com/watch/HO8a9Cjzlx9, http://www.playvid.com/watch/VoJ-QmXeb4I,
http://www.playvid.com/watch/efY1APSA-B2, http://www.playvid.com/watch/rKnfC1ziIvV, http://www.playvid.com/watch/yeXtgGFSZIY, http://www.playvid.com/watch/Iuc4Q4ATbAs,
http://www.playvid.com/watch/HF3UnS0QkgS, http://www.playvid.com/watch/6jOgczaIQqU, http://www.playvid.com/watch/pKRmITYOItV, http://www.playvid.com/watch/sJiDnNWExat,
http://www.playvid.com/watch/r3azfkCSNZg, http://www.playvid.com/watch/mcomWN_mgTO, http://www.playvid.com/watch/3AjyGf8NtMH, http://www.playvid.com/watch/nXRoo1YjHPv,
http://www.playvid.com/watch/rlLe1JibZXN, http://www.playvid.com/watch/TAWAo3CeBRr, http://www.playvid.com/watch/geIOfTRxkBH, http://www.playvid.com/watch/5mY6Li9toYs,
http://www.playvid.com/watch/6fvop7ySKFB, http://www.playvid.com/watch/pHtmbuO6HkY, http://www.playvid.com/watch/RWq3__nsf2M, http://www.playvid.com/watch/nx9P6Eeassy,
http://www.playvid.com/watch/epzhGsHJjnB, http://www.playvid.com/watch/czpkZ24dLbD, http://www.playvid.com/watch/8sEWg2kvgyQ, http://www.playvid.com/watch/9fD6wW5FXzz,
http://www.playvid.com/watch/yGp7LnH1MEf, http://www.playvid.com/watch/UaUxYWqziVW, http://www.playvid.com/watch/n16fWQqA7pf, http://www.playvid.com/watch/nXK7C7el683,
http://www.playvid.com/watch/HlXhU2r5HCN, http://www.playvid.com/watch/ozgteT7sP13, http://www.playvid.com/watch/m_0wBbPViVG, http://www.playvid.com/watch/wj-cqjJeM3b,
http://www.playvid.com/watch/HP_pvtT0pJw, http://www.playvid.com/watch/JI9PP5D6pqX, http://www.playvid.com/watch/amSx02tkIFg, http://www.playvid.com/watch/jCEnFRH5E5g,
http://www.playvid.com/watch/vRLOQI69g-z, http://www.playvid.com/watch/uT00nO4NzS4, http://www.playvid.com/watch/T-P6sJ1f1xw, http://www.playvid.com/watch/g-ctIubT-SU,
http://www.playvid.com/watch/Xux5RqKNGUg, http://www.playvid.com/watch/B5apagB_gmp, http://www.playvid.com/watch/dNYqcIw2aSb, http://www.playvid.com/watch/O1NjMrmE_XJ,
http://www.playvid.com/watch/LhAjKEbEZCt, http://www.playvid.com/watch/wzTM6xur2el, http://www.playvid.com/watch/uJqzVj1V_Op, http://www.playvid.com/watch/2TFOCJEK47k,
http://www.playvid.com/watch/ThvxNX8xonp, http://www.playvid.com/watch/h4XIveT2LoP, http://www.playvid.com/watch/EJrQt1m5_8S, http://www.playvid.com/watch/FAnQpVHm5Of,
http://www.playvid.com/watch/2rAO-LaDyv6, http://www.playvid.com/watch/vo6a7asGE84, http://www.playvid.com/watch/fXooEs-pxsC, http://www.playvid.com/watch/C_fLhyZhMRH,
http://www.playvid.com/watch/3hBn5KuVbHj, http://www.playvid.com/watch/uqjQSoaJRcy, http://www.playvid.com/watch/R4HsDoPmkX3, http://www.playvid.com/watch/NKCpHE0lCMg,
http://www.playvid.com/watch/uf4d7lrIaPo, http://www.playvid.com/watch/DYO10fPAQFj, http://www.playvid.com/watch/pufBOa4_zhf, http://www.playvid.com/watch/sGdCVVFaucd,
http://www.playvid.com/watch/oU3jZGFlZfl, http://www.playvid.com/watch/4YrY4dTFAw9, http://www.playvid.com/watch/fMdYpBvgNJX, http://www.playvid.com/watch/hfZWzLeOfYD,
http://www.playvid.com/watch/ObEM4VJLXWD, http://www.playvid.com/watch/mSZfhxGfaIy, http://www.playvid.com/watch/CEmAFqVuSE4, http://www.playvid.com/watch/bKBUlU2_kha,
http://www.playvid.com/watch/QZsavt8QPaa, http://www.playvid.com/watch/jB3zd69TXSO, http://www.playvid.com/watch/pd9LEbxg7GJ, http://www.playvid.com/watch/vLysRCTVN99,
http://www.playvid.com/watch/dSpGKgfQZpJ, http://www.playvid.com/watch/HqVTw-zx87F, http://www.playvid.com/watch/9L-VtRVnKVI, http://www.playvid.com/watch/FE6e-m7d0lf,
http://www.playvid.com/watch/qfPBM2IGgQc, http://www.playvid.com/watch/DHp5kGED89o, http://www.playvid.com/watch/SvLFrJKj1Bs, http://www.playvid.com/watch/LEmXDoG7g4k,

http://www.playvid.com/watch/CsG2a5y57KT, http://www.playvid.com/watch/5HoLiQzbMdf, http://www.playvid.com/watch/6eVtwuZhnkA, http://www.playvid.com/watch/YxXeZHFO_rC,
http://www.playvid.com/watch/X1qFMgwKMHe, http://www.playvid.com/watch/fOIl-2B3x5B, http://www.playvid.com/watch/A6PgqRAIO7e, http://www.playvid.com/watch/0EZeRlcEQnC,
http://www.playvid.com/watch/B-GSGfZLVMZ, http://www.playvid.com/watch/Rt4XrDqt1xo, http://www.playvid.com/watch/himPAfgmNOw, http://www.playvid.com/watch/mDpteJTfpgH,
http://www.playvid.com/watch/nL_I5sKP-FK, http://www.playvid.com/watch/w9sWieNwnqI, http://www.playvid.com/watch/nsVrbKCaehr, http://www.playvid.com/watch/wtDW5-p60pg,
http://www.playvid.com/watch/UqmsiEktK9n, http://www.playvid.com/watch/7aDZCVvzyoL, http://www.playvid.com/watch/XGdRfMFE2Du, http://www.playvid.com/watch/8KRLlmGL-bg,
http://www.playvid.com/watch/UrfkSyXMtUz, http://www.playvid.com/watch/vWe3LEJ89Ks, http://www.playvid.com/watch/nagMHzQmyNe, http://www.playvid.com/watch/QaoqNnZ0nHa,
http://www.playvid.com/watch/wuiCb9eSaWW, http://www.playvid.com/watch/S5l_JqQ8UIL, http://www.playvid.com/watch/2uSzZWOyZ7O, http://www.playvid.com/watch/pwPx4GGBRY3,
http://www.playvid.com/watch/5DDTf3qt6F2, http://www.playvid.com/watch/KCnfGNEphlR, http://www.playvid.com/watch/pdHuMoz2v83, http://www.playvid.com/watch/AlNspRqtdLe,
http://www.playvid.com/watch/yr7Spva24lz, http://www.playvid.com/watch/qXkbKdUjHyF, http://www.playvid.com/watch/99o6Kv5Cvbn, http://www.playvid.com/watch/YEOORjedTmu,
http://www.playvid.com/watch/3q0vcbyovHP, http://www.playvid.com/watch/WTSgvCcZIX6, http://www.playvid.com/watch/HD5wEpmS2t2, http://www.playvid.com/watch/cIQTHsUuDVC,
http://www.playvid.com/watch/lL5aYUQqovy, http://www.playvid.com/watch/dP0r_NFsqPL, http://www.playvid.com/watch/8A2PYQjb4Fx, http://www.playvid.com/watch/BH5aMnUAyJ0,
http://www.playvid.com/watch/xSnJoCzNa5d, http://www.playvid.com/watch/AabH4kiq8qj, http://www.playvid.com/watch/xaIHMfGcvnF, http://www.playvid.com/watch/Nk06F7F4BAm,
http://www.playvid.com/watch/RYyGkYu_x7s, http://www.playvid.com/watch/OoxP8dLok6B, http://www.playvid.com/watch/ouLv2oib7kP, http://www.playvid.com/watch/O_gZo0jV_TC,
http://www.playvid.com/watch/uniz8r7vZy4, http://www.playvid.com/watch/kCDPH6JnQEz, http://www.playvid.com/watch/mJyQfCGib_i, http://www.playvid.com/watch/s1CFIsYBXkf,
http://www.playvid.com/watch/V0ewp21BtU4, http://www.playvid.com/watch/RYCHUMhLyEN, http://www.playvid.com/watch/ySFMnF47xq6, http://www.playvid.com/watch/CkLEdOkUtZJ,
http://www.playvid.com/watch/E8K6YsFRNzQ, http://www.playvid.com/watch/xlsmIvxgd_U, http://www.playvid.com/watch/ok2ZD1Muv43, http://www.playvid.com/watch/mUd9fmupzZS,
http://www.playvid.com/watch/paR58C-SLla, http://www.playvid.com/watch/t68nEvMHDgj, http://www.playvid.com/watch/8xtZNAfKxRU, http://www.playvid.com/watch/uUWf-OlUE75,
http://www.playvid.com/watch/XiIN5BhA4zz, http://www.playvid.com/watch/P2m7IlzOLev, http://www.playvid.com/watch/zySr2cE4uJx, http://www.playvid.com/watch/auhlEo1TotR,
http://www.playvid.com/watch/IbbqdTbV0b0, http://www.playvid.com/watch/i9LFdTKosQB, http://www.playvid.com/watch/BOsC8fChvrq, http://www.playvid.com/watch/aPc6-Wssny5,
http://www.playvid.com/watch/MQeqtsEHDj2, http://www.playvid.com/watch/8HQXux5aZWi, http://www.playvid.com/watch/sacQjrKyXwV, http://www.playvid.com/watch/D-4yaPZl7WD,
http://www.playvid.com/watch/RTC4Fg-2lQb, http://www.playvid.com/watch/tzLpvdwF7DR, http://www.playvid.com/watch/plmD9rIz8o8, http://www.playvid.com/watch/MoNtyougIfn,
http://www.playvid.com/watch/Y0BQjT09DVt, http://www.playvid.com/watch/UkG8RZMt3tu, http://www.playvid.com/watch/7YU8-cKdifR, http://www.playvid.com/watch/c7KROvJrjx8,
http://www.playvid.com/watch/hPEqZ-zoNcr, http://www.playvid.com/watch/cNheNf7VbUN, http://www.playvid.com/watch/4haOGcvF6p7, http://www.playvid.com/watch/21GP1QohhZ0,
http://www.playvid.com/watch/gth_JEvTpsJ, http://www.playvid.com/watch/PNh66v2iyCP, http://www.playvid.com/watch/lXi-HM_js1o, http://www.playvid.com/watch/mxfnL5b5WXR,
http://www.playvid.com/watch/58i8JkfRKyh, http://www.playvid.com/watch/bCcZl3HwEX4, http://www.playvid.com/watch/cnXZ9YfWGu0, http://www.playvid.com/watch/HACeJNoJMpp,
http://www.playvid.com/watch/wWz2r2-ka4j, http://www.playvid.com/watch/roTSNiJ0_Md, http://www.playvid.com/watch/NVxz3NVz9fp, http://www.playvid.com/watch/haQyLdj71H7,
http://www.playvid.com/watch/fBC61UuxJDw, http://www.playvid.com/watch/9NdmsHSwntv, http://www.playvid.com/watch/L_FlKjWEx3u, http://www.playvid.com/watch/uH4JkEVYpIq,
http://www.playvid.com/watch/4r8pByQ5DPC, http://www.playvid.com/watch/wgQ3GChHoh6, http://www.playvid.com/watch/IxgqhgM-ZJT, http://www.playvid.com/watch/gH1ISix085T,
http://www.playvid.com/watch/YGFcCKULvix, http://www.playvid.com/watch/iuiB_MRj8-x, http://www.playvid.com/watch/8iUgpH_t34f, http://www.playvid.com/watch/3a2A-nCMjGW,
http://www.playvid.com/watch/LCT9cCskNFp, http://www.playvid.com/watch/8Is2mF61zaK, http://www.playvid.com/watch/N-duJBC3Uoz, http://www.playvid.com/watch/fteLe5lyY69,
http://www.playvid.com/watch/RTNKRCr8mkw, http://www.playvid.com/watch/anlmb_fNkT7, http://www.playvid.com/watch/EJfvviruwcK, http://www.playvid.com/watch/bnatqF1kUYS,
http://www.playvid.com/watch/ZBMULN7lvAB, http://www.playvid.com/watch/S6hMI3aF8qN, http://www.playvid.com/watch/pDFt3PZOC5D, http://www.playvid.com/watch/UaQsSbFayLr,
http://www.playvid.com/watch/HzllaqEXdGE, http://www.playvid.com/watch/tkziCpNs3VX, http://www.playvid.com/watch/QtlqZk1YiiO, http://www.playvid.com/watch/EMpsBmHFXVV,
http://www.playvid.com/watch/xhuxk52Vrdz, http://www.playvid.com/watch/ydcxId_VuH5, http://www.playvid.com/watch/ZZsl7Mc4geL, http://www.playvid.com/watch/69iFV6bvGrN,
http://www.playvid.com/watch/RyTMI3RTfDP, http://www.playvid.com/watch/vOy66eSYvMO, http://www.playvid.com/watch/L_xIRTFlzuM, http://www.playvid.com/watch/NCgB1F3cBhN,
http://www.playvid.com/watch/kzSrEu2LwLe, http://www.playvid.com/watch/77o0TKZ_TKt, http://www.playvid.com/watch/oRHyGp9uzMC, http://www.playvid.com/watch/96P764eNYOM,
http://www.playvid.com/watch/UKf3VT2YpET, http://www.playvid.com/watch/qYSuWLoxjxw, http://www.playvid.com/watch/mJTPNLA170s, http://www.playvid.com/watch/TqSCt52QSJf,
http://www.playvid.com/watch/IFyIPtqKjyv, http://www.playvid.com/watch/e8PFAun7vBN, http://www.playvid.com/watch/j4X2ErpjJAN, http://www.playvid.com/watch/J0wTysgbBMY,
http://www.playvid.com/watch/k4Gd1Tftpgz, http://www.playvid.com/watch/Iw9hH-s1EQG, http://www.playvid.com/watch/sc-zn7pwRT7, http://www.playvid.com/watch/BG_bMsE9gNE,
http://www.playvid.com/watch/X8Z2e3Voi0K, http://www.playvid.com/watch/IgbuEulE4f4, http://www.playvid.com/watch/hstowckCm4T, http://www.playvid.com/watch/SpSPQX_L6pZ,
http://www.playvid.com/watch/BA6tcd1rsCB, http://www.playvid.com/watch/2RMO-Dx2qMj, http://www.playvid.com/watch/XyBFOhhDtIs, http://www.playvid.com/watch/HMz3TSfKm_Y,
http://www.playvid.com/watch/Y7y4BH0qtqB, http://www.playvid.com/watch/8f5gWSF7MOz, http://www.playvid.com/watch/kj1KjtZeOhm, http://www.playvid.com/watch/6YPuDgZMwd5,
http://www.playvid.com/watch/5dINxSkLfAb, http://www.playvid.com/watch/uYx8Uq_xNYO, http://www.playvid.com/watch/AM23lAWST9Q, http://www.playvid.com/watch/XhstkZhVW6N,
http://www.playvid.com/watch/9fNEhI-yICv, http://www.playvid.com/watch/LhX_8bIo5Mn, http://www.playvid.com/watch/zVgVfDwz6JV, http://www.playvid.com/watch/bPdrimGtbqb,
http://www.playvid.com/watch/qd0jzOkgPvK, http://www.playvid.com/watch/xYU66CrBTYF, http://www.playvid.com/watch/pJ5rsMD0D8Q, http://www.playvid.com/watch/Rc8zi9JPGLM,
http://www.playvid.com/watch/cIVDdoBhFfX, http://www.playvid.com/watch/i8M7GPSVQEu, http://www.playvid.com/watch/T5h4xk5heJ9, http://www.playvid.com/watch/88oerm2tMjL,
http://www.playvid.com/watch/SPpKf5Ky--y, http://www.playvid.com/watch/Cp432yOHwfG, http://www.playvid.com/watch/ikaNZBnXnHZ, http://www.playvid.com/watch/6EJZKLbtMYQ,
http://www.playvid.com/watch/7DuavcCwhhB, http://www.playvid.com/watch/NOY9Cfv-m-M, http://www.playvid.com/watch/nRlE-MGKOcy, http://www.playvid.com/watch/UMEDIQR8Am7,
http://www.playvid.com/watch/exGPeP4IL6k, http://www.playvid.com/watch/rCENats0yzA, http://www.playvid.com/watch/gtto1rOpvUA, http://www.playvid.com/watch/B_fPWygKM7K,
http://www.playvid.com/watch/RpCc45iihDK, http://www.playvid.com/watch/kTNqJ7aNnfb, http://www.playvid.com/watch/YG4jhYihJvI, http://www.playvid.com/watch/UKuvjx6gFD0,
http://www.playvid.com/watch/WacHQ_3y-Rz, http://www.playvid.com/watch/frl7Ib0BhRx, http://www.playvid.com/watch/xwVj59ZX_VD, http://www.playvid.com/watch/o_-qCxp10QB,
http://www.playvid.com/watch/YbJseqMAy5a, http://www.playvid.com/watch/zVHpEmQn_2r, http://www.playvid.com/watch/99p6x2WYN-f, http://www.playvid.com/watch/aGB3TEjeGdc,
http://www.playvid.com/watch/r8Ey54VDEW2, http://www.playvid.com/watch/Vr0hyD7HkiI, http://www.playvid.com/watch/ZNhD8YXkZwl, http://www.playvid.com/watch/Q58qwPjGvj5,
http://www.playvid.com/watch/GGhHJcKh88U, http://www.playvid.com/watch/xO1PV-bKyS8, http://www.playvid.com/watch/YjeYddm7EGP, http://www.playvid.com/watch/Byj91m9OzLc,
http://www.playvid.com/watch/Mq3K9oeUtUD, http://www.playvid.com/watch/joN6_CGrQts, http://www.playvid.com/watch/0s52pNxP2Sl, http://www.playvid.com/watch/cQQrZmSRZrA,
http://www.playvid.com/watch/mEPcA2OZZBH, http://www.playvid.com/watch/D-5sueeUDC5, http://www.playvid.com/watch/inGxzY0pvCx, http://www.playvid.com/watch/b9Qh8KYhPTK,
http://www.playvid.com/watch/9Zkyjo5A3Zi, http://www.playvid.com/watch/6ZxJCkixHu7, http://www.playvid.com/watch/jjMFk52HYhs, http://www.playvid.com/watch/kQ4AbuCPREo,
http://www.playvid.com/watch/inYCGYacfsm, http://www.playvid.com/watch/VRlLHdM46y4, http://www.playvid.com/watch/zjDxmHJJ2Us, http://www.playvid.com/watch/zZCC8owTRte,
http://www.playvid.com/watch/BiD3booOX62, http://www.playvid.com/watch/xwNfH5ckjK8, http://www.playvid.com/watch/XfijUTNRfGF, http://www.playvid.com/watch/R-vyZM0w3dy,
http://www.playvid.com/watch/ClxLtwsfWOT, http://www.playvid.com/watch/QToLuZCuJfz, http://www.playvid.com/watch/gtrNVML092s, http://www.playvid.com/watch/n1uvDXYJ3RH,
http://www.playvid.com/watch/a1-jCqE7usp, http://www.playvid.com/watch/yxaJNLVqAwN, http://www.playvid.com/watch/OUd0iVF0LTi, http://www.playvid.com/watch/fi0U9fjAIlM,
http://www.playvid.com/watch/3Yr5YUQsesg, http://www.playvid.com/watch/PUPgzw9P1bJ, http://www.playvid.com/watch/o1dvgZJsGTc, http://www.playvid.com/watch/4c0GEZLtb2G,
http://www.playvid.com/watch/iK7S5V8606m, http://www.playvid.com/watch/LL8GqteRxqg, http://www.playvid.com/watch/JTmLcU9qteh, http://www.playvid.com/watch/QOOrtm_DsFw,
http://www.playvid.com/watch/HWo_cnnt3Nq, http://www.playvid.com/watch/vS_nQ7lr_vE, http://www.playvid.com/watch/bcRpWw9E9BS, http://www.playvid.com/watch/zqBQtq_Vmi4,
http://www.playvid.com/watch/fvYyvv-2tAK, http://www.playvid.com/watch/DVuFYzX-8bA, http://www.playvid.com/watch/os02vV5tSeO, http://www.playvid.com/watch/JDN9yhmT_Fq,
http://www.playvid.com/watch/RxNCKJ4-jS5, http://www.playvid.com/watch/uw1xjW-NtsU, http://www.playvid.com/watch/d3B4wMZ1fZi, http://www.playvid.com/watch/27llp5rHj9u,
http://www.playvid.com/watch/eOHu60AujdL, http://www.playvid.com/watch/SRz6GJcsvpr, http://www.playvid.com/watch/rWhPanHf7Mw, http://www.playvid.com/watch/O8FdO5Kx3Sx,
http://www.playvid.com/watch/4LAKVwgoQco, http://www.playvid.com/watch/edXL5qkJ00U, http://www.playvid.com/watch/NCO8UbT0nJU, http://www.playvid.com/watch/03_9LSaICUa,
http://www.playvid.com/watch/W0uHmuwzA6B, http://www.playvid.com/watch/57wAjr4sdHi, http://www.playvid.com/watch/qKSDjhVFIEP, http://www.playvid.com/watch/Q1zyiE6LOnU,
http://www.playvid.com/watch/fan_UcNGG3H, http://www.playvid.com/watch/pCNg5VP49Zr, http://www.playvid.com/watch/4NDgvmyQ5jo, http://www.playvid.com/watch/6IhqNASLA3K,
http://www.playvid.com/watch/7GTEwjYwkoc, http://www.playvid.com/watch/ecOAbJvuToe, http://www.playvid.com/watch/ZpBi1JXp0VL, http://www.playvid.com/watch/mcil5AD10RI,
http://www.playvid.com/watch/U0WdLGuzYFb, http://www.playvid.com/watch/2X1-8xZ6Cz8, http://www.playvid.com/watch/ALtE00OgpCr, http://www.playvid.com/watch/2aoSWSi4LXh,
http://www.playvid.com/watch/6mM61Xd1geT, http://www.playvid.com/watch/RRIGtB0w-oK, http://www.playvid.com/watch/3vr2jd04Hih, http://www.playvid.com/watch/SoZI0GRtYDO,
http://www.playvid.com/watch/DCbBl1WAUhA, http://www.playvid.com/watch/NOcTt2B1zQY, http://www.playvid.com/watch/naCS5HpCqQh, http://www.playvid.com/watch/UgXSeVcy_Or,
http://www.playvid.com/watch/O781k6Ip92E, http://www.playvid.com/watch/xRj71kKXKpA, http://www.playvid.com/watch/RJ1Dnc1DSPG, http://www.playvid.com/watch/nceChv0Ozr5,
http://www.playvid.com/watch/ucY1jU7aByM, http://www.playvid.com/watch/xN4T3lnXBnn, http://www.playvid.com/watch/ZnXNTaqigK3, http://www.playvid.com/watch/tj8P66igPEH,
http://www.playvid.com/watch/FNFEDZIVBES, http://www.playvid.com/watch/WZeKw7q6H2T, http://www.playvid.com/watch/RP_JWwCSxXL, http://www.playvid.com/watch/Li99kOZjXpg,
http://www.playvid.com/watch/vam1RP5YhUy, http://www.playvid.com/watch/hAQBn7aloM8, http://www.playvid.com/watch/l-8_BJZPGey, http://www.playvid.com/watch/higLZ3HaiVx,
http://www.playvid.com/watch/eWsZ3V2IXOx, http://www.playvid.com/watch/JxsSJ-Qdq0q, http://www.playvid.com/watch/DbnjESpQnDu, http://www.playvid.com/watch/QLN_kwofjUm,
http://www.playvid.com/watch/z7aK_2zlcFL, http://www.playvid.com/watch/3H9PS5On7Cs, http://www.playvid.com/watch/c5F2OZv3CPS, http://www.playvid.com/watch/nWNvLI7D8Hs,
http://www.playvid.com/watch/HxICha734ey, http://www.playvid.com/watch/Mo1FF-gX4my, http://www.playvid.com/watch/n3PQIZPTpkb, http://www.playvid.com/watch/QFvHfrRgErz,
http://www.playvid.com/watch/DeTLiCSxcxC, http://www.playvid.com/watch/F5G4QQh6dLV, http://www.playvid.com/watch/KDYUm23sFd0, http://www.playvid.com/watch/U8UtixAIVzR,
http://www.playvid.com/watch/OwzbCDMYU89, http://www.playvid.com/watch/6K6Q8tiSuzf, http://www.playvid.com/watch/tjlC8pcYccV, http://www.playvid.com/watch/yjDmuVQYwh4,
http://www.playvid.com/watch/tVsNvw1O9t8, http://www.playvid.com/watch/p9KypnNjCOM, http://www.playvid.com/watch/NkngWgrQ4_T, http://www.playvid.com/watch/vQuTn0rcbX3,
http://www.playvid.com/watch/rr9OPkLmQa7, http://www.playvid.com/watch/lZe7iKTHvSD, http://www.playvid.com/watch/a2HnYIybixk, http://www.playvid.com/watch/wPWQ5Z7V-vu,
http://www.playvid.com/watch/xdw09hEOoFm, http://www.playvid.com/watch/SuZJMqoVF_f, http://www.playvid.com/watch/GQ0qefyjx_2, http://www.playvid.com/watch/3zeROGobqXL,
http://www.playvid.com/watch/kPcYNni2ssI, http://www.playvid.com/watch/pBlRZ0EzrC0, http://www.playvid.com/watch/HJMnWeJpPPY, http://www.playvid.com/watch/sdemNCeu1mE,
http://www.playvid.com/watch/npU0MXTY-mT, http://www.playvid.com/watch/3VS0PQQJZW4, http://www.playvid.com/watch/lBIXLfS9ADH, http://www.playvid.com/watch/2wPW0En8Qzp,
http://www.playvid.com/watch/oK5rFdqBCz2, http://www.playvid.com/watch/Ml0_4tva2wC, http://www.playvid.com/watch/SWVMP0aS9NV, http://www.playvid.com/watch/6Fl9vaZnCs0,
http://www.playvid.com/watch/ms2LqVWwBDo, http://www.playvid.com/watch/e_VACLvR0Ld, http://www.playvid.com/watch/Muro73E6COZ, http://www.playvid.com/watch/oPporJGc5ro,
http://www.playvid.com/watch/rfPCm_h1Ymp, http://www.playvid.com/watch/jIAQ7EkO-j8, http://www.playvid.com/watch/fFy1czsJTDL, http://www.playvid.com/watch/0pfMiG9OY1p,
http://www.playvid.com/watch/Qp18L2-LQIk, http://www.playvid.com/watch/cBoboHw_w8n, http://www.playvid.com/watch/oE-l3lNPFOJ, http://www.playvid.com/watch/hEKP7tPshYI,
http://www.playvid.com/watch/YkpUQVczxmT, http://www.playvid.com/watch/frUvz05t6SN, http://www.playvid.com/watch/SY4NCYeP_nm, http://www.playvid.com/watch/5WU6AhpgV66,
http://www.playvid.com/watch/6cID6JZ6GlO, http://www.playvid.com/watch/DbJeSrO4CfF, http://www.playvid.com/watch/eyxSxD26Yuq, http://www.playvid.com/watch/pgRR_csY3yK,
http://www.playvid.com/watch/8WAq4zM6KrM, http://www.playvid.com/watch/RYzrvq-PPHT, http://www.playvid.com/watch/dQWie1NhrMh, http://www.playvid.com/watch/5RtMXY4m_o7,
http://www.playvid.com/watch/09NroK5wKhe, http://www.playvid.com/watch/zQ-S_qM3D_x, http://www.playvid.com/watch/ZAcXlqm25zN, http://www.playvid.com/watch/cMR_B2JnAZN,
http://www.playvid.com/watch/Xdf2v4TTEUk, http://www.playvid.com/watch/7vq07p-PX3C, http://www.playvid.com/watch/YeucqSpuCqS, http://www.playvid.com/watch/eGwKCQMSefg,
http://www.playvid.com/watch/rlRdAck2-Dy, http://www.playvid.com/watch/pIxYvAB0lkB, http://www.playvid.com/watch/Ep0h4tWD03x, http://www.playvid.com/watch/cZJxKpjtaxy,
http://www.playvid.com/watch/vK5YnUFF2O6, http://www.playvid.com/watch/WsjYVLaIIs4, http://www.playvid.com/watch/uWFou4XsBgH, http://www.playvid.com/watch/kc6Fq1XNIF3,
http://www.playvid.com/watch/QVf_3GUrPf7, http://www.playvid.com/watch/AmxnVZ0ZI_a, http://www.playvid.com/watch/b9Z4xl8DTOq, http://www.playvid.com/watch/7hfQkKldPiN,
http://www.playvid.com/watch/hHExgX7Z4JN, http://www.playvid.com/watch/NogPTwMQ69D, http://www.playvid.com/watch/zAr_bYlO17f, http://www.playvid.com/watch/7q4ktPq-Ow2,
http://www.playvid.com/watch/zVNbhcVr19a, http://www.playvid.com/watch/EOcvao2n9KE, http://www.playvid.com/watch/I764JHd62ok, http://www.playvid.com/watch/Jw2m2FAkxxD,
http://www.playvid.com/watch/LqEi6tgXwKM, http://www.playvid.com/watch/sLvYD2sToQ9, http://www.playvid.com/watch/i4I5FfyznVY, http://www.playvid.com/watch/sPqCjne8cup,
http://www.playvid.com/watch/4RxO3vCWkKM, http://www.playvid.com/watch/NsXRPsnwMre, http://www.playvid.com/watch/KD0mk5sr9h6, http://www.playvid.com/watch/Pc0150ttvAW,
http://www.playvid.com/watch/4LGDp3DefVO, http://www.playvid.com/watch/o1Q1GKY_jWB, http://www.playvid.com/watch/ghmfob3BsAU, http://www.playvid.com/watch/VoX07mHvUpL,
http://www.playvid.com/watch/EdIFYV5zl1i, http://www.playvid.com/watch/NJQATk2kQqX, http://www.playvid.com/watch/EKUIdveg3Jx, http://www.playvid.com/watch/Bncr7MYK5N2,
http://www.playvid.com/watch/mSI7bBZN3Kg, http://www.playvid.com/watch/xH-mQTCe-Vh, http://www.playvid.com/watch/eufV3p9S6iQ, http://www.playvid.com/watch/ukBwcWJ6gbe,
http://www.playvid.com/watch/FtLPLD8O-gT, http://www.playvid.com/watch/LRG-YHnYpf8, http://www.playvid.com/watch/ltByA9WB0OI, http://www.playvid.com/watch/s15HGWc67XB,
http://www.playvid.com/watch/hZPANxO5WOy, http://www.playvid.com/watch/XZN47c71f3v, http://www.playvid.com/watch/8D81pUa4-rz, http://www.playvid.com/watch/E4su0H_u40R,
http://www.playvid.com/watch/w6_MVYhuCub, http://www.playvid.com/watch/u1Dsybw1W9P, http://www.playvid.com/watch/LEKNLuxU4qO, http://www.playvid.com/watch/iY3DWLM-s_4,
http://www.playvid.com/watch/5SW-qlQw2Iy, http://www.playvid.com/watch/OZrpMImYPem, http://www.playvid.com/watch/RqnMzFf5w_W, http://www.playvid.com/watch/KLtqsNjMrXG,
http://www.playvid.com/watch/FwhsZyZd4JG, http://www.playvid.com/watch/a9Kn96gBiud, http://www.playvid.com/watch/j_8zeSuba8i, http://www.playvid.com/watch/VtdgAxQwZ96,
http://www.playvid.com/watch/9D8K9zRfYck, http://www.playvid.com/watch/p2So2HNK68b, http://www.playvid.com/watch/EltQ0bDJwlf, http://www.playvid.com/watch/Wy55QlIVH_6,
http://www.playvid.com/watch/IyDEib5pJqA, http://www.playvid.com/watch/SMtlAgvhuAV, http://www.playvid.com/watch/Th-3rHsgfUw, http://www.playvid.com/watch/bcpqS5ghiIK,
http://www.playvid.com/watch/mFfOeHpPDFt, http://www.playvid.com/watch/Dnh5yuZfIat, http://www.playvid.com/watch/TwBwwTuq40b, http://www.playvid.com/watch/HDK_M1-B1FQ,
http://www.playvid.com/watch/fmhH63Ct2PA, http://www.playvid.com/watch/LZAa0e3HJTK, http://www.playvid.com/watch/7-pvl-Fr045, http://www.playvid.com/watch/JxiopwL3rJt,
http://www.playvid.com/watch/JoLTlQYB-eJ, http://www.playvid.com/watch/dhS8HJ_xh0j, http://www.playvid.com/watch/oe2tqb_Il8C, http://www.playvid.com/watch/LYmVVOz0CEb,
http://www.playvid.com/watch/67EN2z5EhSB, http://www.playvid.com/watch/WJ-KkY9eMOJ, http://www.playvid.com/watch/fojUfOb1-Tu, http://www.playvid.com/watch/wDNKWfgChmz,
http://www.playvid.com/watch/8haoCDKSD2q, http://www.playvid.com/watch/7oteKmYQD6u, http://www.playvid.com/watch/3wnCfbxAEoE, http://www.playvid.com/watch/TscZQb0WtSd,
http://www.playvid.com/watch/zAtF8_jhSn5, http://www.playvid.com/watch/fFzZ0W2wGA9, http://www.playvid.com/watch/7lSE2N5yIkJ, http://www.playvid.com/watch/v2d7IGXZj3M,
http://www.playvid.com/watch/YhrGfZ2MNPm, http://www.playvid.com/watch/ENwQykjYfnN, http://www.playvid.com/watch/fJWgA_G7Ujj, http://www.playvid.com/watch/fifMTUn8-e4,
http://www.playvid.com/watch/CCv8R1qsxjR, http://www.playvid.com/watch/g_GGUDZDk67, http://www.playvid.com/watch/qW0V8xQmT_h, http://www.playvid.com/watch/yY9wXhDDvyK,
http://www.playvid.com/watch/RxkUU_5u2wH, http://www.playvid.com/watch/C3TJGu47SmJ, http://www.playvid.com/watch/bBN0roC7AZI, http://www.playvid.com/watch/0OTLT4dni_d,
http://www.playvid.com/watch/l7mAbLH30MQ, http://www.playvid.com/watch/9gQNpaLjY_a, http://www.playvid.com/watch/PREMn-yaipM, http://www.playvid.com/watch/7L8bji0ZMVj,

http://www.playvid.com/watch/UooJRzEOQPi, http://www.playvid.com/watch/vSedXm4TpE2, http://www.playvid.com/watch/DRMBnt1X1AX, http://www.playvid.com/watch/hExxXR71ltf,
http://www.playvid.com/watch/WtjqfHIOAOl, http://www.playvid.com/watch/Fds-Tk21pCL, http://www.playvid.com/watch/UwFErEjfOBQ, http://www.playvid.com/watch/UBO-Ans_v3q,
http://www.playvid.com/watch/4zskYgVrg3d, http://www.playvid.com/watch/LPrdwrqvbu2, http://www.playvid.com/watch/o1bOWWIv1BW, http://www.playvid.com/watch/f_92fO2H11I,
http://www.playvid.com/watch/tW9zAoktRVL, http://www.playvid.com/watch/5b9iDO8cl43, http://www.playvid.com/watch/ng7h09LSLcB, http://www.playvid.com/watch/i25gGahPcO0,
http://www.playvid.com/watch/B3mT4ncWrcV, http://www.playvid.com/watch/RH_v_sJJEZw, http://www.playvid.com/watch/BzxN9JO5Bq0, http://www.playvid.com/watch/SKJC3c9NqM6,
http://www.playvid.com/watch/t7h3SDxNpST, http://www.playvid.com/watch/6AqhI6w_OQ9, http://www.playvid.com/watch/W2u3HswbQ4O, http://www.playvid.com/watch/R6RymRk4gkD,
http://www.playvid.com/watch/PIaem4aKZpe, http://www.playvid.com/watch/BW4jmj94jNd, http://www.playvid.com/watch/wq1tfwM15yv, http://www.playvid.com/watch/J4YDAeZCVRj,
http://www.playvid.com/watch/a1tWolRWs9m, http://www.playvid.com/watch/MIDSqzf06AX, http://www.playvid.com/watch/RbQFDaQ-GSf, http://www.playvid.com/watch/0SHyqkZ3w5y,
http://www.playvid.com/watch/RLz1OIh4aEy, http://www.playvid.com/watch/3fvUUmwM8bw, http://www.playvid.com/watch/NsrkBhkThzk, http://www.playvid.com/watch/C_NfcZyYnjt,
http://www.playvid.com/watch/NKq4CSS8o4h, http://www.playvid.com/watch/TSsJ8wtCeWM, http://www.playvid.com/watch/vJ22oxIQk5O, http://www.playvid.com/watch/HPGI-8kgUMw,
http://www.playvid.com/watch/tz4t6LzLAZM, http://www.playvid.com/watch/99DKNWzPZoa, http://www.playvid.com/watch/l-cKzu-GABJ, http://www.playvid.com/watch/l57iM1Dttyk,
http://www.playvid.com/watch/DYZwakSRvMu, http://www.playvid.com/watch/Ax6eMOCA4_H, http://www.playvid.com/watch/p1YM14IvUoy, http://www.playvid.com/watch/S2EdP41v7L9

**5.f. Date of discipline: 2014-07-25**
**5.g. Discipline imposed: Terminated**

5.a. Uploader's user name: gorgpampidu
5.b. Uploader's email address: mikkinakki@yahoo.com
5.c. Uploader's profile: http://www.playvid.com/member/gorgpampidu
5.e. List of videos posted by uploader: http://www.playvid.com/watch/2aTHzqaJ-k1, http://www.playvid.com/watch/PlcPgmMf8Eh, http://www.playvid.com/watch/XRdu42FBgyb,
http://www.playvid.com/watch/VP3HBlNKBbv, http://www.playvid.com/watch/UPJ8mU0-8HM, http://www.playvid.com/watch/0puf8f7S5Vw, http://www.playvid.com/watch/Zujs3uf3QzV,
http://www.playvid.com/watch/vU-bOCD8tGu, http://www.playvid.com/watch/05s0He1NvGu, http://www.playvid.com/watch/DGzWT6dw0vk, http://www.playvid.com/watch/45f5zjzMsOD,
http://www.playvid.com/watch/4dvvXeG0Rc5, http://www.playvid.com/watch/xT6dnQ6sIXs, http://www.playvid.com/watch/EnZ8aLX9XEb, http://www.playvid.com/watch/Ul1K7ABaBHA,
http://www.playvid.com/watch/PUD34kBGQPx, http://www.playvid.com/watch/LmK34Mor2mi, http://www.playvid.com/watch/0yphfZ6qQgk, http://www.playvid.com/watch/bu8hyTHfkP-,
http://www.playvid.com/watch/kQNrBB4giR0, http://www.playvid.com/watch/XIDcRSOQ09E, http://www.playvid.com/watch/MVEBuCOZA9o, http://www.playvid.com/watch/q5Xf0xGWieU,
http://www.playvid.com/watch/Nt-LZ9mY8vX, http://www.playvid.com/watch/cFwY7KjYIFj, http://www.playvid.com/watch/ibRYYNDHWZl, http://www.playvid.com/watch/SUDysmjDJaP,
http://www.playvid.com/watch/bmkyBFqOa9D, http://www.playvid.com/watch/myEzISUIZ-O, http://www.playvid.com/watch/rqjSq08SdtT, http://www.playvid.com/watch/ETWrVQ00y6C,
http://www.playvid.com/watch/fsAYm1HWkvn, http://www.playvid.com/watch/3hrIW3u6UMv, http://www.playvid.com/watch/wQHw9cnY7xQ, http://www.playvid.com/watch/hjhxV4bRCC1,
http://www.playvid.com/watch/OhDZOp11vQg, http://www.playvid.com/watch/djnUZreXL93, http://www.playvid.com/watch/wG4YvAZ0aKy, http://www.playvid.com/watch/cHdIKbui8Nn,
http://www.playvid.com/watch/AtRJmZ7tWUh, http://www.playvid.com/watch/UzkX6A7zLov, http://www.playvid.com/watch/AgWI6ikR-jh, http://www.playvid.com/watch/wCh1laBBWtw,
http://www.playvid.com/watch/fBp7YuwtUwE, http://www.playvid.com/watch/LBb6LDGZEev, http://www.playvid.com/watch/5YQeaD8E0aV, http://www.playvid.com/watch/fA9zSPn0uIW,
http://www.playvid.com/watch/PIYLIPh9b3q, http://www.playvid.com/watch/QGdmtrMtC8y, http://www.playvid.com/watch/um2EfNp83Yi, http://www.playvid.com/watch/S2nftPUJd6x,
http://www.playvid.com/watch/iTxA1e0VIju, http://www.playvid.com/watch/wrsAr2iR654, http://www.playvid.com/watch/AJGPEZ9d0Y6, http://www.playvid.com/watch/ysIoFvRLqUm,
http://www.playvid.com/watch/EQrZT-7y5oD, http://www.playvid.com/watch/noCiaNvIK-i, http://www.playvid.com/watch/e6sB18nFedi, http://www.playvid.com/watch/r4CrMQWdP-V,
http://www.playvid.com/watch/N2atdNWZPb5, http://www.playvid.com/watch/TLHqws6PNE5, http://www.playvid.com/watch/2LcbJU8ZvBL, http://www.playvid.com/watch/roiauea2Uud,
http://www.playvid.com/watch/ci0yNK-0o6d, http://www.playvid.com/watch/Bbo69QE8IeV, http://www.playvid.com/watch/J85If7NpfpU, http://www.playvid.com/watch/uuM78vck5Ja,
http://www.playvid.com/watch/84eOOKhYCeB, http://www.playvid.com/watch/Ms5bR0BV8Ze, http://www.playvid.com/watch/dqkkfxgKBoi, http://www.playvid.com/watch/sPH0RL1XedQ,
http://www.playvid.com/watch/fqWKTZ3CxR7, http://www.playvid.com/watch/Gn83qn8q-6-, http://www.playvid.com/watch/BCpC346vKZZ, http://www.playvid.com/watch/EmamwxPsW3K,
http://www.playvid.com/watch/Q84h1bxTj2b, http://www.playvid.com/watch/h0y4pKcOIwA, http://www.playvid.com/watch/VDPQeKuHzEb, http://www.playvid.com/watch/GLIzBSwQ7so,
http://www.playvid.com/watch/f5SK1znn5fE, http://www.playvid.com/watch/GBcbeUAAE5D, http://www.playvid.com/watch/G63936KBX8k, http://www.playvid.com/watch/dNKkyd0iJ7XD,
http://www.playvid.com/watch/XrSmIgbeaxK, http://www.playvid.com/watch/efmDHNfrCvr, http://www.playvid.com/watch/3wHAXYriTeL, http://www.playvid.com/watch/CarF5Ts3N3V,
http://www.playvid.com/watch/HnOvPjdPfN0, http://www.playvid.com/watch/dxQ2JAK16xp, http://www.playvid.com/watch/9TLOPhXufnP, http://www.playvid.com/watch/sjPkGER777k,
http://www.playvid.com/watch/G-C-VATjmOo, http://www.playvid.com/watch/uh0A2PMAtcz, http://www.playvid.com/watch/bRBHBAaT190, http://www.playvid.com/watch/knO77Ah3aNh,
http://www.playvid.com/watch/DaGKpw4wFQw, http://www.playvid.com/watch/GKZ9QOVcqkm, http://www.playvid.com/watch/l-6nntDOvjd, http://www.playvid.com/watch/wizwaw3o3AH,
http://www.playvid.com/watch/9teGWYhhRZB, http://www.playvid.com/watch/d5UMUBJuKCJ, http://www.playvid.com/watch/BBCqOaICZBn, http://www.playvid.com/watch/93PjqbOto90,
http://www.playvid.com/watch/jjGI7IG0AMC, http://www.playvid.com/watch/5WcFMyZXTXK, http://www.playvid.com/watch/CncTrSZADMs, http://www.playvid.com/watch/kfuV2gPDy3j,
http://www.playvid.com/watch/YW6Fm2YaAnj, http://www.playvid.com/watch/4FL6TkkOTuD, http://www.playvid.com/watch/Ui1rhc5b21j7, http://www.playvid.com/watch/s4ERaVLarPT,
http://www.playvid.com/watch/hMywkTJZyUK, http://www.playvid.com/watch/rJMp4vEqHqD, http://www.playvid.com/watch/kiw9UnR3EDX, http://www.playvid.com/watch/vcf5t1fMCk5,
http://www.playvid.com/watch/cGRlemUjjVq, http://www.playvid.com/watch/8t1wN2fP8tE, http://www.playvid.com/watch/7JD-ryZJomH, http://www.playvid.com/watch/3Lub377KHyd,
http://www.playvid.com/watch/6r2V6GaqSyy, http://www.playvid.com/watch/okXxFKU4vZz, http://www.playvid.com/watch/qZDIErnws8Z, http://www.playvid.com/watch/VMO4n8rXwEv,
http://www.playvid.com/watch/YNhv4qv3i4T, http://www.playvid.com/watch/xy8c1LAGaML, http://www.playvid.com/watch/DRz6jbereKa, http://www.playvid.com/watch/wqaPFz2iO1c,
http://www.playvid.com/watch/GWJTQ1Z-k2t, http://www.playvid.com/watch/fqfb41Xotrh, http://www.playvid.com/watch/UWkkfpdowWp, http://www.playvid.com/watch/Z74xUqt31wQ,
http://www.playvid.com/watch/v2tx5RnagX-, http://www.playvid.com/watch/CHeOGUEypAN, http://www.playvid.com/watch/ako4rVL6N47, http://www.playvid.com/watch/qeozX6rueIT,
http://www.playvid.com/watch/ZUUWW3Bjem, http://www.playvid.com/watch/LRLhyWk8-jy, http://www.playvid.com/watch/YBXpAB1Jy05, http://www.playvid.com/watch/ZsPhI3YLD38,
http://www.playvid.com/watch/S-h8XsK3LwR, http://www.playvid.com/watch/xhvxpiP9ZUt, http://www.playvid.com/watch/5d0qwA723fG, http://www.playvid.com/watch/nVUmbm2pYyR,
http://www.playvid.com/watch/Tn9C54v7QMD, http://www.playvid.com/watch/0adKkR9756V, http://www.playvid.com/watch/0aO8Q3PS3Jz, http://www.playvid.com/watch/lXgN6O3t3qB,
http://www.playvid.com/watch/ZLE8ko8y4RR, http://www.playvid.com/watch/0JuAs4gYxKe, http://www.playvid.com/watch/0DYhMozYzkG, http://www.playvid.com/watch/KGTOURWrrBZ,
http://www.playvid.com/watch/N66eqQ4eI5-, http://www.playvid.com/watch/yiHxCOUjzt, http://www.playvid.com/watch/x-jOVYaRSVf, http://www.playvid.com/watch/d9K85haRZVm,
http://www.playvid.com/watch/MCenmw64YWB, http://www.playvid.com/watch/xisZVuVPVR9, http://www.playvid.com/watch/YgRpFzbrvWN, http://www.playvid.com/watch/jzcjHEl2suI,
http://www.playvid.com/watch/2PnHSH2AS1O, http://www.playvid.com/watch/Rdj638VPjHL, http://www.playvid.com/watch/68OAdYMNfEq, http://www.playvid.com/watch/qNwt-H-vrbu,
http://www.playvid.com/watch/kcqyfZvOYOC, http://www.playvid.com/watch/ryLjouU2teF, http://www.playvid.com/watch/z8A9sJLnWmO, http://www.playvid.com/watch/nzA6uOqyPpE,
http://www.playvid.com/watch/BOKZvQDKmTS, http://www.playvid.com/watch/IXRHpyGMnkh, http://www.playvid.com/watch/yRf0nqIfy-A, http://www.playvid.com/watch/YFfE62dPdfU,
http://www.playvid.com/watch/uZpIN-cfkou, http://www.playvid.com/watch/PGbtToRSJfb, http://www.playvid.com/watch/koaksilJg8L, http://www.playvid.com/watch/Bz-2m-9SueM,
http://www.playvid.com/watch/QWSpPH0p48a, http://www.playvid.com/watch/bK63ta418mB, http://www.playvid.com/watch/nVkTMSRhApP, http://www.playvid.com/watch/xZWw836A7Ko,
http://www.playvid.com/watch/mSa+hn5Sua1, http://www.playvid.com/watch/n7cB8s1byc3, http://www.playvid.com/watch/wWeYskD33jW, http://www.playvid.com/watch/wMyYvSALaB,
http://www.playvid.com/watch/ncr7J0M1nfu, http://www.playvid.com/watch/CGsG27JIjYK, http://www.playvid.com/watch/jAMRZuvcubL, http://www.playvid.com/watch/4JXf377eZDW,
http://www.playvid.com/watch/P1M0fuLcNgc, http://www.playvid.com/watch/fBW7r1nGj3w, http://www.playvid.com/watch/5Dpj2a7vSRR, http://www.playvid.com/watch/RsOZIsko5P8,
http://www.playvid.com/watch/csGYNnXaxHb, http://www.playvid.com/watch/yhKodhen0OH, http://www.playvid.com/watch/Hx9tS2CzINU, http://www.playvid.com/watch/cLHhsLgLqOb,
http://www.playvid.com/watch/c0R1fv0Jn8M, http://www.playvid.com/watch/IbGtYDjCxPO, http://www.playvid.com/watch/AUnyokmuKuC, http://www.playvid.com/watch/qDn1uHwF3hE,
http://www.playvid.com/watch/2YgAVbXGApD, http://www.playvid.com/watch/F5a6JFX8vGQ, http://www.playvid.com/watch/MZLW3EKTy2I, http://www.playvid.com/watch/ZBmXzmzZUya,
http://www.playvid.com/watch/iSXgfnRvuYS, http://www.playvid.com/watch/f-0UjhB0fxG, http://www.playvid.com/watch/pOtR40aHSgo, http://www.playvid.com/watch/GSwGFKYbk0c,
http://www.playvid.com/watch/7CrtbyQw35c, http://www.playvid.com/watch/sKL6UNH0R5i, http://www.playvid.com/watch/RdtAiRqWNF6, http://www.playvid.com/watch/Bqsktmk1t5h,
http://www.playvid.com/watch/SIzmUYFp2V9, http://www.playvid.com/watch/Dm-B2QK85Xc, http://www.playvid.com/watch/orYYuNiA4UY, http://www.playvid.com/watch/rMCfURQVzIe,
http://www.playvid.com/watch/Vqory0-9zT1, http://www.playvid.com/watch/A8VkvGuSHhW, http://www.playvid.com/watch/sW3E3BBJGKS, http://www.playvid.com/watch/Y7LANpHW5sK,
http://www.playvid.com/watch/SeGMHHeyhXG, http://www.playvid.com/watch/Kiv2jRUebgl, http://www.playvid.com/watch/UDG3JAajs0D, http://www.playvid.com/watch/zyfuS9CJNBL,
http://www.playvid.com/watch/de5gJyW2TLw, http://www.playvid.com/watch/6PGCLRu0RqP, http://www.playvid.com/watch/xRgnOyf8NVi, http://www.playvid.com/watch/RzUJaRQd2IN,
http://www.playvid.com/watch/Ps0YZz8yeq5, http://www.playvid.com/watch/A2A9C5ToV2e, http://www.playvid.com/watch/TCwLF8tK73N, http://www.playvid.com/watch/dYk8BccXsMs,
http://www.playvid.com/watch/0QJ-rtYtxSq, http://www.playvid.com/watch/9BaLy0RmgyC, http://www.playvid.com/watch/X5EVpw92h7A, http://www.playvid.com/watch/jTCKb7WXQC,
http://www.playvid.com/watch/Ow6UHLndUdo, http://www.playvid.com/watch/4csX82UKGOH, http://www.playvid.com/watch/94PhE9xw7tQ, http://www.playvid.com/watch/DPyZsnGdz8E,
http://www.playvid.com/watch/Z6tYCgGzE8O, http://www.playvid.com/watch/ifwUqJDbsmS, http://www.playvid.com/watch/uf40bLuVTvh, http://www.playvid.com/watch/RRnw6hyM3I2,
http://www.playvid.com/watch/fzVPFNB4che, http://www.playvid.com/watch/0HTDHIAGHy4, http://www.playvid.com/watch/yf9a6A0DMg, http://www.playvid.com/watch/cAh8T6sOesy,
http://www.playvid.com/watch/La8l5qcSGZp, http://www.playvid.com/watch/0iy77a4MxVd, http://www.playvid.com/watch/uGwImGuiILK, http://www.playvid.com/watch/jv40yHO4JXu,
http://www.playvid.com/watch/e8jptln1qim, http://www.playvid.com/watch/UAwYkoe9F9d, http://www.playvid.com/watch/5dbwK67s-w-, http://www.playvid.com/watch/YVPaK9uIIvz,
http://www.playvid.com/watch/5t1qDtQtzUg, http://www.playvid.com/watch/0xd8WyLKOMj, http://www.playvid.com/watch/e0T8inyqh7i, http://www.playvid.com/watch/7X4xb5JzmkR,
http://www.playvid.com/watch/6HpQSAuv2xl, http://www.playvid.com/watch/gAhWquTtOVL, http://www.playvid.com/watch/WbLUaVh-73l, http://www.playvid.com/watch/FdRMIBLPi4F,
http://www.playvid.com/watch/B6qOS8kY6as, http://www.playvid.com/watch/RWrjS27gz9l, http://www.playvid.com/watch/GYzK5qW0WIG, http://www.playvid.com/watch/u3MzmMN21YU,
http://www.playvid.com/watch/ZgLHFDr5nDv, http://www.playvid.com/watch/aZVhcmDNo-v, http://www.playvid.com/watch/5oGDAma4O6m, http://www.playvid.com/watch/nDWFVK-1LPu,
http://www.playvid.com/watch/gyVMpexp-Mp, http://www.playvid.com/watch/CiMeffFcuK, http://www.playvid.com/watch/C82BEfvWRLW, http://www.playvid.com/watch/Thy0BjbOZDI,
http://www.playvid.com/watch/6ezUgy46Bg-, http://www.playvid.com/watch/uyArTLqPINL, http://www.playvid.com/watch/1j-ki-08vZK, http://www.playvid.com/watch/6mwIg2QK4X2,
http://www.playvid.com/watch/6ToA2TCu9EG, http://www.playvid.com/watch/yJnJtxYhVdY, http://www.playvid.com/watch/7y7abxDGvEU, http://www.playvid.com/watch/3hSqFie089V,
http://www.playvid.com/watch/L-Ktkm8Kjsp, http://www.playvid.com/watch/6Sbwo13fPEN, http://www.playvid.com/watch/1p5w0bFBEiY, http://www.playvid.com/watch/8TVLe8HBKPh,
http://www.playvid.com/watch/mURbEFLTJn8, http://www.playvid.com/watch/fHrOh6Ez1Ox, http://www.playvid.com/watch/cOeBqFj-NIN, http://www.playvid.com/watch/TOJutsduMad,
http://www.playvid.com/watch/LptYvc5h8AZ, http://www.playvid.com/watch/XyFEImsCDn2, http://www.playvid.com/watch/WI7-YGOfvSF, http://www.playvid.com/watch/3L-fU-5oGwy,
http://www.playvid.com/watch/LFBfcAUPEMh, http://www.playvid.com/watch/0q3ZDSXonHm, http://www.playvid.com/watch/hTOT78oK88Y, http://www.playvid.com/watch/x3W6d16yx0K,
http://www.playvid.com/watch/s0OYoisvbBc, http://www.playvid.com/watch/GRaySyF2nuW, http://www.playvid.com/watch/AWOeAIe40Xn, http://www.playvid.com/watch/AWOeAIe40Xn,
http://www.playvid.com/watch/eJztwONuf4B, http://www.playvid.com/watch/0A64nzxxd3R, http://www.playvid.com/watch/-6zgUpUOWBA, http://www.playvid.com/watch/-eDBzP3dhRw,
http://www.playvid.com/watch/O3R4FEP163K, http://www.playvid.com/watch/siXNZ-83AjN, http://www.playvid.com/watch/m0jtOm5hns3, http://www.playvid.com/watch/HxUMfNKR8kd,
http://www.playvid.com/watch/ZvpmD7gYINh, http://www.playvid.com/watch/5sYgptPVY73, http://www.playvid.com/watch/ut1mb9vaOL0, http://www.playvid.com/watch/Aboc0TSwYGZ,
http://www.playvid.com/watch/NFsJpBLjJ64, http://www.playvid.com/watch/UEO4SF2XPM7, http://www.playvid.com/watch/2MPoJP60bM6, http://www.playvid.com/watch/2xMG27BXJJ5,
http://www.playvid.com/watch/URBsyot2wXY, http://www.playvid.com/watch/vEwQSAkLoY4, http://www.playvid.com/watch/L7Gkzjjz6m6, http://www.playvid.com/watch/S3a1aotQ0R8,
http://www.playvid.com/watch/qOftgjHfSn5, http://www.playvid.com/watch/InnJTTDrWku, http://www.playvid.com/watch/suqpLxjXAbUF, http://www.playvid.com/watch/yv8fjs18ZOk,
http://www.playvid.com/watch/D0IVDxbrnRP, http://www.playvid.com/watch/hP6oEC-fMaU, http://www.playvid.com/watch/68zPSRweoKf, http://www.playvid.com/watch/6US10Indtq3,
http://www.playvid.com/watch/9voVYJdaUw-, http://www.playvid.com/watch/IxgwynTO2O3, http://www.playvid.com/watch/xXxNdXbaAB84, http://www.playvid.com/watch/9GQK7iyO0,
http://www.playvid.com/watch/wqezCKJWJPG, http://www.playvid.com/watch/PObq89xVvXP, http://www.playvid.com/watch/j0HdqZYDG4e, http://www.playvid.com/watch/JnPQ6oh1lNg,
http://www.playvid.com/watch/Z5WxySaPM3J, http://www.playvid.com/watch/qmrPwNfsa64, http://www.playvid.com/watch/9POTTHfadM6, http://www.playvid.com/watch/WCk-Kfk1ig,
http://www.playvid.com/watch/MQ0RWvEBBHjB, http://www.playvid.com/watch/qTIu8vMytfK, http://www.playvid.com/watch/7MrnmG7QLp6, http://www.playvid.com/watch/opfeJmEPxkv,
http://www.playvid.com/watch/aED7EQFbRBN, http://www.playvid.com/watch/3WwLe4ccvnl, http://www.playvid.com/watch/MapKa8vH3i8, http://www.playvid.com/watch/52frvfzQ7GUl,
http://www.playvid.com/watch/TKZudwUrDqh, http://www.playvid.com/watch/e8ZHjcOeIQB, http://www.playvid.com/watch/QOfdJ1Xjmw, http://www.playvid.com/watch/gd9nHbroSbO,
http://www.playvid.com/watch/uKCNiqvtby7, http://www.playvid.com/watch/RmreQT7qPMS, http://www.playvid.com/watch/KzAdkHtSu94, http://www.playvid.com/watch/VfDCZEQRUXP,
http://www.playvid.com/watch/5RzrFo-v6cgT, http://www.playvid.com/watch/xHTsBRZr9-N, http://www.playvid.com/watch/eQbjdcTxb7T, http://www.playvid.com/watch/PMmV9Q5orK,
http://www.playvid.com/watch/gJnwYAaKi2G

**5.f. Date of discipline: 2013-09-21**
**5.g. Discipline imposed: Terminated**

5.a. Uploader's user name: greatban700
5.b. Uploader's email address: abramamlameza@outlook.com
5.d. Uploader's profile: http://www.playvid.com/member/greatban700
5.e. List of videos posted by uploader: http://www.playvid.com/watch/R7tWKhw6P9G, http://www.playvid.com/watch/bw0jMoR2Zbo, http://www.playvid.com/watch/J9q335RU65I,
http://www.playvid.com/watch/9TC9xvtHczn, http://www.playvid.com/watch/6vLGiuNtoMe, http://www.playvid.com/watch/eok8hqdtTJH, http://www.playvid.com/watch/6SPmCrZKYXH,
http://www.playvid.com/watch/PUF-XotBPPn, http://www.playvid.com/watch/2s-sFo_rqu7, http://www.playvid.com/watch/RuVZ1nhUp0, http://www.playvid.com/watch/Tnvgg2LX7Hk,
http://www.playvid.com/watch/Z-wskhpLaVU, http://www.playvid.com/watch/U20vyjZTKsE, http://www.playvid.com/watch/OR07olmaPu, http://www.playvid.com/watch/MttOAXapeOx6,
http://www.playvid.com/watch/RsPc9lO5f3w, http://www.playvid.com/watch/aMgfFKxt9EZ, http://www.playvid.com/watch/sG43eo7ggF2, http://www.playvid.com/watch/ewd7KKP0oRc,
http://www.playvid.com/watch/iG-X3eRLkyE, http://www.playvid.com/watch/fmINxM7zxVd, http://www.playvid.com/watch/dDcPWy5VFlv, http://www.playvid.com/watch/W2UC5CBkJxy,
http://www.playvid.com/watch/EwBZDbtoQDE, http://www.playvid.com/watch/qDiVzaVmetg, http://www.playvid.com/watch/Eap7D6fbqLx, http://www.playvid.com/watch/dhZ9u4i-0yj,
http://www.playvid.com/watch/PWgH7N0PXHN, http://www.playvid.com/watch/2aX5iaDF4Jz, http://www.playvid.com/watch/HyLXf1PeLu9, http://www.playvid.com/watch/x9ee90YIwyU,

SSM50328

EXHIBIT "6"



EXHIBIT "7"

http://www.playvid.com/watch/S0E5vkjvaIq, http://www.playvid.com/watch/mGbkrorz0JE, http://www.playvid.com/watch/QQVBPYoNSqL, http://www.playvid.com/watch/y4LtMA6Qu7Y,
http://www.playvid.com/watch/jIPegb-umkI, http://www.playvid.com/watch/GqDXN5g1zpQ, http://www.playvid.com/watch/dXcbxYFnd05, http://www.playvid.com/watch/6ihq2RLLRYf,
http://www.playvid.com/watch/MhNgCUVB8bx, http://www.playvid.com/watch/n6ZxER2XVB8, http://www.playvid.com/watch/lC7pxiXrsV9, http://www.playvid.com/watch/sHasX8X6t7J,
http://www.playvid.com/watch/dzSt6HZ6Hcx, http://www.playvid.com/watch/fs5IQ6mxeyx, http://www.playvid.com/watch/ZR5fKY90s3T, http://www.playvid.com/watch/drC-5yj8dnE,
http://www.playvid.com/watch/ZVDXsLq2gnM, http://www.playvid.com/watch/hpxPpbZfJNq, http://www.playvid.com/watch/2qxZYlZKde3, http://www.playvid.com/watch/YZ2M5s5WW5o,
http://www.playvid.com/watch/jF0ENTbGWK, http://www.playvid.com/watch/U4P9YSb8JPh, http://www.playvid.com/watch/RqLmz4ubxNe, http://www.playvid.com/watch/zLKueXYrz7j,
http://www.playvid.com/watch/6XapJDWiyVk, http://www.playvid.com/watch/Wbn2XparhSY, http://www.playvid.com/watch/x2yBZg9Swpf, http://www.playvid.com/watch/i4rDAgcPQOk,
http://www.playvid.com/watch/CaGp62E37vI, http://www.playvid.com/watch/V2qcBUt3FJT, http://www.playvid.com/watch/9L8mkVNLseL, http://www.playvid.com/watch/pOk9RYK70cZ,
http://www.playvid.com/watch/VmSUR3DDNnX, http://www.playvid.com/watch/wv8NaNyvKKK, http://www.playvid.com/watch/yZzixCkaoUQ, http://www.playvid.com/watch/Z2zvV8w4Vnb,
http://www.playvid.com/watch/k-6RyDtoxuE, http://www.playvid.com/watch/o2ioxrtZgzt, http://www.playvid.com/watch/so4f0fOYIIz, http://www.playvid.com/watch/Aozw3SrtkZQ,
http://www.playvid.com/watch/bzLKVCx-jgi, http://www.playvid.com/watch/F8aMDax7vcn, http://www.playvid.com/watch/C3TO6aj0n75, http://www.playvid.com/watch/e0dIvsRdkSs,
http://www.playvid.com/watch/l-W3M6W02Jb, http://www.playvid.com/watch/7yLTh5D0kh0, http://www.playvid.com/watch/kHgsERO-Y9t, http://www.playvid.com/watch/pdBcIO0iOJn,
http://www.playvid.com/watch/NVYSBA-iJ7A, http://www.playvid.com/watch/YM0s9Kf2GrK, http://www.playvid.com/watch/op-aBo9Y3px, http://www.playvid.com/watch/RRhinxfaPRQ,
http://www.playvid.com/watch/Bv4O7H7S4An, http://www.playvid.com/watch/02psmq2fWA9, http://www.playvid.com/watch/pyyATlT3zXI, http://www.playvid.com/watch/VGv3E04KoEn,
http://www.playvid.com/watch/ZD3j2wixfxf, http://www.playvid.com/watch/HqojwRpK6iE, http://www.playvid.com/watch/A2RWoBA0M6x, http://www.playvid.com/watch/jipDlwHFaVZ,
http://www.playvid.com/watch/rj5z5Api5zn, http://www.playvid.com/watch/szYQNXM-YzG, http://www.playvid.com/watch/rnDye7KCAsC, http://www.playvid.com/watch/kodhBribauy,
http://www.playvid.com/watch/H0EHVJ9MaSA, http://www.playvid.com/watch/R0xfcNq0dan, http://www.playvid.com/watch/m-BDdaaCgkf, http://www.playvid.com/watch/4LdCX3GEJDU,
http://www.playvid.com/watch/B27xykdi7nT, http://www.playvid.com/watch/NMnhu2HInke, http://www.playvid.com/watch/ocmYPilfODD, http://www.playvid.com/watch/zgLDEraF6Xh,
http://www.playvid.com/watch/Bfj41mIQWLI, http://www.playvid.com/watch/D4ax0WchWBN, http://www.playvid.com/watch/H7sK-NK16g-, http://www.playvid.com/watch/rQTOC2L3iL0,
http://www.playvid.com/watch/5uUWLmXM3Mj, http://www.playvid.com/watch/dQBfdIrqhPR, http://www.playvid.com/watch/Mn7ED5v0XcP, http://www.playvid.com/watch/lcuMPaf84Th,
http://www.playvid.com/watch/LHf-6BA-XyG, http://www.playvid.com/watch/n9quocwYxSk, http://www.playvid.com/watch/5xW4TOyTEvi, http://www.playvid.com/watch/nOVxy3OTvx3,
http://www.playvid.com/watch/Sl3YXHvePTf, http://www.playvid.com/watch/D8YiCpYDkTG, http://www.playvid.com/watch/pHcPbnzvHfn, http://www.playvid.com/watch/dFhboFmsqoN,
http://www.playvid.com/watch/gqgXLzj-lyL, http://www.playvid.com/watch/QDDYtPmTiEB4, http://www.playvid.com/watch/eXjWbDuMDU5, http://www.playvid.com/watch/JLXBwRhnTTA,
http://www.playvid.com/watch/r8FBgeV4aDC, http://www.playvid.com/watch/yDH7tBuDCvc, http://www.playvid.com/watch/hcWCejsHezb, http://www.playvid.com/watch/dcYTtnmaJkt,
http://www.playvid.com/watch/mCuwdPGAkVK, http://www.playvid.com/watch/2oqC9rrHbH-, http://www.playvid.com/watch/z8ioAVrbvBa, http://www.playvid.com/watch/jTGFjeeTLPD,
http://www.playvid.com/watch/U4WgQMfKJdh, http://www.playvid.com/watch/itr-3aduxDH, http://www.playvid.com/watch/HFy9w3jN8Vt, http://www.playvid.com/watch/v91BIHI83oQ,
http://www.playvid.com/watch/VixADNNq7Oo, http://www.playvid.com/watch/JxzC6SKGBc6, http://www.playvid.com/watch/CcBKFQ5-7or, http://www.playvid.com/watch/Sdtw0A66AP3,
http://www.playvid.com/watch/OAJ1c2xakpB, http://www.playvid.com/watch/sHKWOO1eDJK, http://www.playvid.com/watch/-RRTifrgP7h, http://www.playvid.com/watch/AA89vJDOk18,
http://www.playvid.com/watch/5v4py6ulYzH, http://www.playvid.com/watch/0GuFsFi4Uck, http://www.playvid.com/watch/isLXiI1mdgZ, http://www.playvid.com/watch/Ms53ENKH8LE,
http://www.playvid.com/watch/GVQDdNeIWER, http://www.playvid.com/watch/MlX0lwiPu95, http://www.playvid.com/watch/wrzyqIOcDO9, http://www.playvid.com/watch/FyHCI0TkD8B,
http://www.playvid.com/watch/oyjx4XXNStP, http://www.playvid.com/watch/rO731bBp9wx, http://www.playvid.com/watch/ZnGPZWGpQMT, http://www.playvid.com/watch/ds-zz7MySh4,
http://www.playvid.com/watch/f0x9ubf7XPB, http://www.playvid.com/watch/eYCcWPsNCf8, http://www.playvid.com/watch/grauewG0Fid, http://www.playvid.com/watch/or90Laa2V8Ei,
http://www.playvid.com/watch/pBdl8aGf0oL, http://www.playvid.com/watch/PcdHRjVqkbS, http://www.playvid.com/watch/G8SeUkIJWC5, http://www.playvid.com/watch/rdhFyqvgyrY,
http://www.playvid.com/watch/myPHPHR5iDy, http://www.playvid.com/watch/X7JmmutiRyC, http://www.playvid.com/watch/Xs8BtDlhAYj, http://www.playvid.com/watch/qde-6v15SNP,
http://www.playvid.com/watch/E8danBEiOKi, http://www.playvid.com/watch/DC-d8cbSLzj, http://www.playvid.com/watch/Fq9qdfErjw5, http://www.playvid.com/watch/wdMwVQH6ceB,
http://www.playvid.com/watch/Q0F7AYTOgEB, http://www.playvid.com/watch/YIEITwQDrnj, http://www.playvid.com/watch/b0X5w7BCzLl, http://www.playvid.com/watch/c807Ju3Bh4c,
http://www.playvid.com/watch/dc2rSZm9d7-, http://www.playvid.com/watch/Efo3Y0ruoj8, http://www.playvid.com/watch/bJ5DHbuY5ar, http://www.playvid.com/watch/o8swHeEMWkA,
http://www.playvid.com/watch/mSKLfkWmgOX, http://www.playvid.com/watch/cvy5HZIj190, http://www.playvid.com/watch/e1mDjEC1B7q, http://www.playvid.com/watch/qYRCSPAnHJH,
http://www.playvid.com/watch/1ct45-Ov2-E, http://www.playvid.com/watch/Ht1PSVGYhWv, http://www.playvid.com/watch/G89KPtTnHos, http://www.playvid.com/watch/-7zz7dyZQwo,
http://www.playvid.com/watch/MOY0vtxQ0Pn, http://www.playvid.com/watch/nJvXZIgTUWf, http://www.playvid.com/watch/ZnUZajGWMQM, http://www.playvid.com/watch/DAqyiNoe593,
http://www.playvid.com/watch/SB8qKf4KiG9, http://www.playvid.com/watch/fHJZzKy3tUP, http://www.playvid.com/watch/MIRe33PSeY6, http://www.playvid.com/watch/eMNl0OdL9ic,
http://www.playvid.com/watch/TCEs2eTI5hc, http://www.playvid.com/watch/aimI705SU-X, http://www.playvid.com/watch/lHRe1hPWiC-, http://www.playvid.com/watch/LXRt7N7AkyD,
http://www.playvid.com/watch/jRT3n3EGxMc, http://www.playvid.com/watch/OTCAgYZnovh, http://www.playvid.com/watch/s7dD--LTcpB, http://www.playvid.com/watch/DMNC1yANwqi,
http://www.playvid.com/watch/QjIHMNhn84G, http://www.playvid.com/watch/Cjf0-invFET, http://www.playvid.com/watch/orGG5Nt8nZL, http://www.playvid.com/watch/W3B8Y8Oqwvx,
http://www.playvid.com/watch/nTz8AtnDvZZ, http://www.playvid.com/watch/X8Iap0T5MZu, http://www.playvid.com/watch/udF8UC0-0gA, http://www.playvid.com/watch/8qf2cIcwcNA,
http://www.playvid.com/watch/QuY4DUtaiHf, http://www.playvid.com/watch/B2eAKea9ji, http://www.playvid.com/watch/SWDVo70TOf2, http://www.playvid.com/watch/LmzGhf5Z9n2,
http://www.playvid.com/watch/2OzwgtEQWYl, http://www.playvid.com/watch/mAjRuS8q6vI, http://www.playvid.com/watch/HyjfOINV0yw, http://www.playvid.com/watch/PEkZmQyCBox,
http://www.playvid.com/watch/PfVUe8q5HzS, http://www.playvid.com/watch/-fbJ2yCg7HC, http://www.playvid.com/watch/yQSKof9KR13, http://www.playvid.com/watch/cv5ckLGPSKQ,
http://www.playvid.com/watch/a056nD6bEKm, http://www.playvid.com/watch/v5iv3Daoa8M, http://www.playvid.com/watch/5EDHavL8Fd-, http://www.playvid.com/watch/WxbbpYuOjK4,
http://www.playvid.com/watch/Iv2HJogbwWc, http://www.playvid.com/watch/O7gsy4rffOs, http://www.playvid.com/watch/LEQDa1XCRRr, http://www.playvid.com/watch/MaEV7zOnD74,
http://www.playvid.com/watch/BW7z7ZdWKxe, http://www.playvid.com/watch/3KSvWfMSABr, http://www.playvid.com/watch/6YKnRDAp0W0, http://www.playvid.com/watch/tGmpxKU5EX6,
http://www.playvid.com/watch/bHJ6i93wp0I, http://www.playvid.com/watch/aXiwakWwW-H, http://www.playvid.com/watch/yLf7-ZZBPx65, http://www.playvid.com/watch/3-XuCKKAn9S,
http://www.playvid.com/watch/sDG4aMEwyIB, http://www.playvid.com/watch/MPeaJHIistr, http://www.playvid.com/watch/z7ivunzPH0n, http://www.playvid.com/watch/nEBfsLfzpub,
http://www.playvid.com/watch/NioPoPFgTIJ, http://www.playvid.com/watch/EbV3fYMI77B, http://www.playvid.com/watch/4q9KAqeKZte, http://www.playvid.com/watch/w3rT1D8kYcR,
http://www.playvid.com/watch/wKgY3msMYM-, http://www.playvid.com/watch/VCSXyg2LDKE, http://www.playvid.com/watch/XGBsavLMY0N, http://www.playvid.com/watch/yM4PLc3PbQB,
http://www.playvid.com/watch/6KLNQ88woUZ, http://www.playvid.com/watch/qNhNOeBaxTo, http://www.playvid.com/watch/KZBiXR4Z6Hw, http://www.playvid.com/watch/Mvc4NCyY4tg,
http://www.playvid.com/watch/xc8YoBgt58n, http://www.playvid.com/watch/LCKKbiGmHLz, http://www.playvid.com/watch/Ea9COGNU1SU, http://www.playvid.com/watch/GZDj4chYN0x,
http://www.playvid.com/watch/g7Jv9oKkR8k, http://www.playvid.com/watch/embDLz-aC2m, http://www.playvid.com/watch/pjRpifmLmJ-, http://www.playvid.com/watch/QtBb-izcZKG,
http://www.playvid.com/watch/iS0RUie6J4S, http://www.playvid.com/watch/inBNh0wVSN9, http://www.playvid.com/watch/YvhWkOUz0dG, http://www.playvid.com/watch/3OrBBYEjaE8,
http://www.playvid.com/watch/lCF9nxON5kS, http://www.playvid.com/watch/4KMpv2UiWnA, http://www.playvid.com/watch/OJ8R9cOyc4Q, http://www.playvid.com/watch/VXxy10NjtjK,
http://www.playvid.com/watch/uvcV90IC7Mw, http://www.playvid.com/watch/9u8vI30gkPy, http://www.playvid.com/watch/BJTsi2I-FI5, http://www.playvid.com/watch/vX3rdTvdCky,
http://www.playvid.com/watch/xxnUZ4MW-J5, http://www.playvid.com/watch/zyduBF7Wxx1, http://www.playvid.com/watch/tGTE3I585S5, http://www.playvid.com/watch/GNe3zH9zEO0,
http://www.playvid.com/watch/z2euz8uWqWY, http://www.playvid.com/watch/jL2uakRm5mV, http://www.playvid.com/watch/sNCt240bKb2, http://www.playvid.com/watch/Vr4WKFjpost,
http://www.playvid.com/watch/qfcYtiSyj7w, http://www.playvid.com/watch/-ng9EcRe6m3, http://www.playvid.com/watch/KZc4VBXi3eK, http://www.playvid.com/watch/LC-nv8htAgw,
http://www.playvid.com/watch/o9gbyBaBrD7

5.f. Date of discipline: 2013-09-25
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: aurelia
5.b. Uploader's email address: nicknikolsen124@yahoo.com
5.d. Uploader's profile: http://www.playvid.com/member/aurelia
5.e. List of videos posted by uploader: http://www.playvid.com/watch/QbT9nQc7bgm, http://www.playvid.com/watch/UUUDbegCH4Y, http://www.playvid.com/watch/x3SBFP_ngPM,
http://www.playvid.com/watch/uBEUrRe3xcE, http://www.playvid.com/watch/ZBK674C3W9Q, http://www.playvid.com/watch/3QMMVV17Vaf, http://www.playvid.com/watch/5W9acaqi5ze,
http://www.playvid.com/watch/umCn7gNocHr, http://www.playvid.com/watch/CnUSViVw2BN, http://www.playvid.com/watch/ZrCgzma3IaQ, http://www.playvid.com/watch/9G0ygz-vWLS,
http://www.playvid.com/watch/GAzePey6qP3, http://www.playvid.com/watch/Xy_IqczYn5y, http://www.playvid.com/watch/57BxmJpR5cz, http://www.playvid.com/watch/H51djWYGtrK,
http://www.playvid.com/watch/rqE1gpqJ2Rr, http://www.playvid.com/watch/Wq8G4RKWMxmk, http://www.playvid.com/watch/4keOtKmwaDi, http://www.playvid.com/watch/olLP-y9e04L,
http://www.playvid.com/watch/98KTCX-I484, http://www.playvid.com/watch/auj1I24NVP9, http://www.playvid.com/watch/wA4VPE1nnIF, http://www.playvid.com/watch/WIl-uApjY5x,
http://www.playvid.com/watch/A3yOjVbl1lc, http://www.playvid.com/watch/3pFOiu5AZWf, http://www.playvid.com/watch/kH0OtR9avuu, http://www.playvid.com/watch/5wJjktolXsQ,
http://www.playvid.com/watch/BTP0CoAflRq, http://www.playvid.com/watch/ttyz0X0MsmV, http://www.playvid.com/watch/Ajrvz2AXZbb, http://www.playvid.com/watch/l44Vn3JWrMs,
http://www.playvid.com/watch/LC5nVJTrqT3, http://www.playvid.com/watch/Ar1NkBeqMuI, http://www.playvid.com/watch/GxUZB7rqK3f, http://www.playvid.com/watch/NlVcEss1k4G,
http://www.playvid.com/watch/yr5_at7Fqzf, http://www.playvid.com/watch/eNeqZr36dcx, http://www.playvid.com/watch/HGrcepAIPaQ, http://www.playvid.com/watch/tTa34WLn9An,
http://www.playvid.com/watch/jAjkUH_LU05, http://www.playvid.com/watch/qya1JZA-2QR, http://www.playvid.com/watch/IkITX15PHWv, http://www.playvid.com/watch/NnfSNEUFEWo,
http://www.playvid.com/watch/X4v8Ho01DLW, http://www.playvid.com/watch/vBCs9JIcRrv, http://www.playvid.com/watch/0cCokoAGeWh, http://www.playvid.com/watch/GuXFVhKk10b,
http://www.playvid.com/watch/57OWIjOL98c, http://www.playvid.com/watch/OGIti07vaTA, http://www.playvid.com/watch/ZrPClisOgx5, http://www.playvid.com/watch/bTqR4IiLf7U,
http://www.playvid.com/watch/VVZDHipm3pL, http://www.playvid.com/watch/XBACNiyPgVh, http://www.playvid.com/watch/G61qOoYKUD9, http://www.playvid.com/watch/3Q88jFVr5GU,
http://www.playvid.com/watch/YE5FrTtGJUX, http://www.playvid.com/watch/DAQsIYPsvlu, http://www.playvid.com/watch/XQ3yL1QYNEl, http://www.playvid.com/watch/mogQWn6iDoY,
http://www.playvid.com/watch/0K2En5mcoZp, http://www.playvid.com/watch/8hjqHjg-ru2, http://www.playvid.com/watch/ZrE5jy3cgPZ, http://www.playvid.com/watch/ZOgn4GtAcXZ,
http://www.playvid.com/watch/lQcxZDAYnvC, http://www.playvid.com/watch/PAL0Qq8x64E, http://www.playvid.com/watch/s87AzgWsXIH, http://www.playvid.com/watch/5ZkPOCeGFiV,
http://www.playvid.com/watch/dMKfmYK8Mg0, http://www.playvid.com/watch/8b8yCZrHuyx, http://www.playvid.com/watch/hJ-Mzq9Shqb, http://www.playvid.com/watch/VWBcaxKEk8V,
http://www.playvid.com/watch/RDuuB8P3Iib, http://www.playvid.com/watch/3Yo1mkSHVG2, http://www.playvid.com/watch/jMr0-W9FT4u, http://www.playvid.com/watch/lXmqxaxttvd,
http://www.playvid.com/watch/Y4RTEh0H4Ql, http://www.playvid.com/watch/0C_KEZsAPqz, http://www.playvid.com/watch/gARpTH7yS80, http://www.playvid.com/watch/b8jOzDMM19S,
http://www.playvid.com/watch/pV7kBsIM2ZK, http://www.playvid.com/watch/f53R7yVe3Y3, http://www.playvid.com/watch/XCr1Alpjmtt, http://www.playvid.com/watch/AEuWA8RLuh,
http://www.playvid.com/watch/kJU4QDVIFCD, http://www.playvid.com/watch/YQ_SG3Uct0A, http://www.playvid.com/watch/ORyhWhBr0cO, http://www.playvid.com/watch/QHehAin4YQ2,
http://www.playvid.com/watch/60ug49Hm8Mu, http://www.playvid.com/watch/6joBu0PqdIx, http://www.playvid.com/watch/qSxqBVKc5a3, http://www.playvid.com/watch/Pm_b_25qh5f,
http://www.playvid.com/watch/iLCPhVvbxY7, http://www.playvid.com/watch/MM9SCvvr0GK, http://www.playvid.com/watch/0Wudv-ywmiC, http://www.playvid.com/watch/tZ3wi-tpGo,
http://www.playvid.com/watch/5t8xEkhpYpJ, http://www.playvid.com/watch/QUqco1zd55d, http://www.playvid.com/watch/t54M_7Zg-9G, http://www.playvid.com/watch/dtkzPyHWyTP,
http://www.playvid.com/watch/TL18s0c_iZR, http://www.playvid.com/watch/FXOS0vq2xEd, http://www.playvid.com/watch/PGvZXPnxJ-8, http://www.playvid.com/watch/7LYPxfEy1Hz,
http://www.playvid.com/watch/ViR-AffDPfs, http://www.playvid.com/watch/pNKBaoFo4i7, http://www.playvid.com/watch/LmINKc8IUhp, http://www.playvid.com/watch/O4KmCA-sTwy,
http://www.playvid.com/watch/CEqSVnThXTX, http://www.playvid.com/watch/uQMtdoF6qth, http://www.playvid.com/watch/GZAtkYk8O1H, http://www.playvid.com/watch/l636twOZTqn,
http://www.playvid.com/watch/NXd5nMkR7D9, http://www.playvid.com/watch/989_mM7Eg1N, http://www.playvid.com/watch/y9JZ7u0K7dZ, http://www.playvid.com/watch/fLRiMp0F8uI,
http://www.playvid.com/watch/3z8puc0R3j, http://www.playvid.com/watch/6se1KfqKQsA, http://www.playvid.com/watch/vDFRJwj8fEx, http://www.playvid.com/watch/cakb51qui58,
http://www.playvid.com/watch/CAGdoMzmEhT, http://www.playvid.com/watch/bzFammpo2MN, http://www.playvid.com/watch/yjB3Z0s67sS, http://www.playvid.com/watch/PrYJI3_-7Cf,
http://www.playvid.com/watch/jqc6ty213qk, http://www.playvid.com/watch/2Ou3VATGylV, http://www.playvid.com/watch/lu8eI8FHhw, http://www.playvid.com/watch/5CfF1u-Jv2d,
http://www.playvid.com/watch/X83Nz1F9X-f, http://www.playvid.com/watch/lt_kuNbC5BI, http://www.playvid.com/watch/mpp11G2kRrt, http://www.playvid.com/watch/XkwK1sU35gB,
http://www.playvid.com/watch/j5VtqLDMAgy, http://www.playvid.com/watch/9FAar0pcbCM, http://www.playvid.com/watch/q9IV1B5-J5N, http://www.playvid.com/watch/syX5gIV4H0G,
http://www.playvid.com/watch/LpjudH4DM5O, http://www.playvid.com/watch/ZA-61Ao_Cwp, http://www.playvid.com/watch/ETl3hyb-4sT, http://www.playvid.com/watch/Tv9t_gyqsh6,
http://www.playvid.com/watch/9CpRbm6PDL9, http://www.playvid.com/watch/y2jgEbKDuFM, http://www.playvid.com/watch/zI-0xLcTgvI, http://www.playvid.com/watch/wUExujq1FfJ,
http://www.playvid.com/watch/rYpmAa2z8ED, http://www.playvid.com/watch/xJ3BW4oxfQl, http://www.playvid.com/watch/t23BW4oxvft, http://www.playvid.com/watch/4UvePFmLVH1,
http://www.playvid.com/watch/4B2-SdVGHsT, http://www.playvid.com/watch/wZeEQgh8iBd, http://www.playvid.com/watch/M0B1d6JJa3d, http://www.playvid.com/watch/C51Vxq0i3z,
http://www.playvid.com/watch/Fv-d3diny02, http://www.playvid.com/watch/8W6483e59kf, http://www.playvid.com/watch/ZPEikSsoau0, http://www.playvid.com/watch/kANL4uRjOJL,
http://www.playvid.com/watch/cg8VZIM6_PB, http://www.playvid.com/watch/OsjVrbkoWKA, http://www.playvid.com/watch/Pju8fa85YQwn, http://www.playvid.com/watch/HiWxEsexEFU,
http://www.playvid.com/watch/wwIioSom0Fw, http://www.playvid.com/watch/Ohn3dYpR_vj, http://www.playvid.com/watch/EWE2XNW18CE, http://www.playvid.com/watch/z1GkV7M2y1Q,
http://www.playvid.com/watch/2OK_SYdyoZfl, http://www.playvid.com/watch/SYZ4khN0kkW, http://www.playvid.com/watch/jd5aIB8Hmw, http://www.playvid.com/watch/2hbTJsW4mhe,
http://www.playvid.com/watch/02dMQh19Tlu, http://www.playvid.com/watch/Wf1iJZrmEj0Y, http://www.playvid.com/watch/VU7BWdOwzZw, http://www.playvid.com/watch/hbmicuV7oz9,
http://www.playvid.com/watch/KB9JNGoMfFA, http://www.playvid.com/watch/c4Lx8fvbRfD, http://www.playvid.com/watch/YU7BWdOwzZw, http://www.playvid.com/watch/wkzVkTeLwza,
http://www.playvid.com/watch/P6vtr4a4kJu, http://www.playvid.com/watch/0banPmEt2u7, http://www.playvid.com/watch/NcsP4Pl6U4jm, http://www.playvid.com/watch/Xh0RwEtmMs3,
http://www.playvid.com/watch/CwH9eB7tB4, http://www.playvid.com/watch/FFq9u1Ukhqm, http://www.playvid.com/watch/NztesmgccpB, http://www.playvid.com/watch/uzfTc_Rzwza,
http://www.playvid.com/watch/NNfB-a8g3D, http://www.playvid.com/watch/Puaq0hiekZx, http://www.playvid.com/watch/OPF-MobY0Gj, http://www.playvid.com/watch/TiP-fffFjw5,
http://www.playvid.com/watch/pciPrMPYBR3, http://www.playvid.com/watch/Bkk1GFRWaq, http://www.playvid.com/watch/SD87JALlAgk, http://www.playvid.com/watch/tm6B0Mbb08,
http://www.playvid.com/watch/DSE9Xc1qH_Y, http://www.playvid.com/watch/S11WIO6lIt, http://www.playvid.com/watch/9g8wW3ZGv1b, http://www.playvid.com/watch/Jfy64GboMPRL,
http://www.playvid.com/watch/GJEGb2DD5fP, http://www.playvid.com/watch/hvQoLF5VDao, http://www.playvid.com/watch/IsCxIpgKfvn, http://www.playvid.com/watch/RS7sjHiX9qxl,
http://www.playvid.com/watch/JnCAtaF8sEQ, http://www.playvid.com/watch/PWexGeOWJq2, http://www.playvid.com/watch/67GopwEym5k, http://www.playvid.com/watch/dWpvi11Ln65,
http://www.playvid.com/watch/UdOM5i7HSVa, http://www.playvid.com/watch/WtTc5vRZd-5, http://www.playvid.com/watch/Q7hvfQHIPyV, http://www.playvid.com/watch/pAe10dcKvW,
http://www.playvid.com/watch/HtCBUkjgR, http://www.playvid.com/watch/1A_jwPIORO2, http://www.playvid.com/watch/b8C_o7RBkoP, http://www.playvid.com/watch/ZnWAdw9ifOT,

http://www.playvid.com/watch/q3C3Ric5nx0, http://www.playvid.com/watch/esmSnizGq0W, http://www.playvid.com/watch/PkJzmCU4qY2, http://www.playvid.com/watch/LkY8RoPNvas,
http://www.playvid.com/watch/sFQyl1OO4DP, http://www.playvid.com/watch/dl2j4QbG5QQ, http://www.playvid.com/watch/MVJCWWwV3Dl, http://www.playvid.com/watch/NH1YuV_nQkl,
http://www.playvid.com/watch/GNqQ3Xnu29b, http://www.playvid.com/watch/hF72khQhqXl, http://www.playvid.com/watch/AnJ3~u_dJnR, http://www.playvid.com/watch/fwD_4Fw2D26,
http://www.playvid.com/watch/gpC0k3njHDk, http://www.playvid.com/watch/zJc0Ylt25_Hc, http://www.playvid.com/watch/N_TJumrBE~b, http://www.playvid.com/watch/lA2OiDv6ilZ,
http://www.playvid.com/watch/j4MDBGUaPkH, http://www.playvid.com/watch/3_R7RA8IDO2, http://www.playvid.com/watch/AHaCxQGpsui, http://www.playvid.com/watch/zm1fevyB6D2,
http://www.playvid.com/watch/JHzv7KeoNoB, http://www.playvid.com/watch/DAHeWQ2rAdt, http://www.playvid.com/watch/ln76yQ5hVk9, http://www.playvid.com/watch/6poSL_y5XqQ,
http://www.playvid.com/watch/rDU3Aw~ecCN, http://www.playvid.com/watch/A83mENG9vND, http://www.playvid.com/watch/5hS7smKQpzl, http://www.playvid.com/watch/FFhkieYpusN,
http://www.playvid.com/watch/BOiiH1DTTB0, http://www.playvid.com/watch/eazR0UQrkdo, http://www.playvid.com/watch/qpYTdT6jgef, http://www.playvid.com/watch/s4QHbfcpEqh,
http://www.playvid.com/watch/dITlbXFuoMr, http://www.playvid.com/watch/E7TVTZ8_s09, http://www.playvid.com/watch/KTOQipEz0Hx, http://www.playvid.com/watch/THisuHZnUI3,
http://www.playvid.com/watch/s5R_unPQaed, http://www.playvid.com/watch/pzSWx5I6HfD, http://www.playvid.com/watch/XAggntmLAPE, http://www.playvid.com/watch/q7pyKXaVF7x,
http://www.playvid.com/watch/vXbhMAvrFZO, http://www.playvid.com/watch/eN5QiWbXtSo, http://www.playvid.com/watch/mc7Bqz1wzdL, http://www.playvid.com/watch/ds4TaWD3gy,
http://www.playvid.com/watch/E4ae9ccTvWs, http://www.playvid.com/watch/joMYe7m2mSE, http://www.playvid.com/watch/QUXCrPD4sJr, http://www.playvid.com/watch/QbB1bsUB1_U,
http://www.playvid.com/watch/YbdU3YowlN9, http://www.playvid.com/watch/S6fU6T3F3eY, http://www.playvid.com/watch/B0AmSaiEmF3, http://www.playvid.com/watch/XKwzcI6r~Sa,
http://www.playvid.com/watch/NKC8RwhahqS, http://www.playvid.com/watch/nhWCHSOk1rY, http://www.playvid.com/watch/4k0rziXeo2D, http://www.playvid.com/watch/Q0z6MEHTRCd,
http://www.playvid.com/watch/cHFAshf3PNQ, http://www.playvid.com/watch/MMmASzp1VS6, http://www.playvid.com/watch/RryrEoD~qeO, http://www.playvid.com/watch/C8OhF5vJa0r,
http://www.playvid.com/watch/vvS8scfrXqvt, http://www.playvid.com/watch/5~M1ivUmVpV, http://www.playvid.com/watch/a7HGmfNYlpk, http://www.playvid.com/watch/kX~7Is1mjXa,
http://www.playvid.com/watch/u2EtC~k~w5t, http://www.playvid.com/watch/r7p0uqG5MHU, http://www.playvid.com/watch/41X1a8YZ9Sr, http://www.playvid.com/watch/pLgGaaRjDIc,
http://www.playvid.com/watch/b4~fTMnL5UO, http://www.playvid.com/watch/3E2UFMbigb2, http://www.playvid.com/watch/jdQw7ouir10, http://www.playvid.com/watch/jUnzL~pNlti,
http://www.playvid.com/watch/QNqJbRNgzWg, http://www.playvid.com/watch/KCPGRDyjy_Z, http://www.playvid.com/watch/qJ12fV5tqs2, http://www.playvid.com/watch/o9BMG0p~kXh,
http://www.playvid.com/watch/vAoMJoZ6Cw5, http://www.playvid.com/watch/VoS5Avu2dRM, http://www.playvid.com/watch/fbLLih3J64P, http://www.playvid.com/watch/0te4BE1KYL4,
http://www.playvid.com/watch/OsygDFHi1KX, http://www.playvid.com/watch/xs0a62mWCMQ, http://www.playvid.com/watch/Moe8Jywj2za, http://www.playvid.com/watch/5l1MfUuNhOt,
http://www.playvid.com/watch/ArWBU8xh8Rq, http://www.playvid.com/watch/CogkcVeL_63, http://www.playvid.com/watch/kYKnnCdCcEi, http://www.playvid.com/watch/5a9NYw~JnsW,
http://www.playvid.com/watch/GzAFGpfwHJn, http://www.playvid.com/watch/wqYKcIg5K5s, http://www.playvid.com/watch/6uLheJ5Kv6a, http://www.playvid.com/watch/9sb2zLpMMS,
http://www.playvid.com/watch/nASX3Nx3LNF, http://www.playvid.com/watch/QM6mChhpDce, http://www.playvid.com/watch/s0xsCnHy58n, http://www.playvid.com/watch/WVC5KZeYqiC,
http://www.playvid.com/watch/KoxorhgPrug, http://www.playvid.com/watch/WdDHnUWIH8m, http://www.playvid.com/watch/paJqkW5hv7p, http://www.playvid.com/watch/v7C1pKIjU9E,
http://www.playvid.com/watch/Lrmd3WHx13w, http://www.playvid.com/watch/2~yrJOPSza4, http://www.playvid.com/watch/eqc~LWL5EFN, http://www.playvid.com/watch/XNCf1p75mby,
http://www.playvid.com/watch/3YhLt1kExWk, http://www.playvid.com/watch/BHwZcvp3EvT, http://www.playvid.com/watch/tagkK96Dy7g, http://www.playvid.com/watch/w8c1DF8AHnR,
http://www.playvid.com/watch/9E5IkvVFf~B, http://www.playvid.com/watch/mMufuKiLHdG, http://www.playvid.com/watch/IUIMRcnXgjL, http://www.playvid.com/watch/TQcWZyJnDsH,
http://www.playvid.com/watch/atSgZTU9X1I, http://www.playvid.com/watch/z5rshyEkuNE, http://www.playvid.com/watch/97YWXmUQ2TB, http://www.playvid.com/watch/HKOGynKpOnK,
http://www.playvid.com/watch/EQepMtkqSXk, http://www.playvid.com/watch/WCUod3ToMxF, http://www.playvid.com/watch/rb8P3KLDdYd, http://www.playvid.com/watch/3BIk1WZswYg,
http://www.playvid.com/watch/qjZqH_v0Dov, http://www.playvid.com/watch/mkgVYyhXcHJ, http://www.playvid.com/watch/fTaNVh2CY~s, http://www.playvid.com/watch/ZYvQrou6fDw,
http://www.playvid.com/watch/BO7ao5zN5AN, http://www.playvid.com/watch/jK685a2vthK, http://www.playvid.com/watch/Xf~2q81LmPu, http://www.playvid.com/watch/dwvFUvaHM~b,
http://www.playvid.com/watch/zdjoPFX1VcY, http://www.playvid.com/watch/rM6B~7dZxtk, http://www.playvid.com/watch/CgIBiHyJvSz, http://www.playvid.com/watch/rKzEhEBL~ix,
http://www.playvid.com/watch/GDjIHNI5HWK, http://www.playvid.com/watch/qJUehp4UZSo, http://www.playvid.com/watch/NlhPsuFMUMB, http://www.playvid.com/watch/it1r7kFIuTy,
http://www.playvid.com/watch/6sjXFrM83cR, http://www.playvid.com/watch/BaV~J_hMuOa, http://www.playvid.com/watch/ir4hRx0DKaY, http://www.playvid.com/watch/CLqMBnL3GGn,
http://www.playvid.com/watch/Ax8GHBxnm5Q, http://www.playvid.com/watch/IxPVPcgtAtI

<mark>5.f. Date of discipline: 2014-04-10</mark>
<mark>5.g. Discipline imposed: Terminated</mark>

5.a. Uploader's user name: aussie66
5.b. Uploader's email address: bagga66@tiscali.it
5.d. Uploader's profile: http://www.playvid.com/member/aussie66
5.e. List of videos posted by uploader: http://www.playvid.com/watch/Zc949SnuLss, http://www.playvid.com/watch/MiXs7WrvsWP, http://www.playvid.com/watch/JiGmUPyN9GW,
http://www.playvid.com/watch/4DmAM~f8mob, http://www.playvid.com/watch/s65n7KLHmXB, http://www.playvid.com/watch/vwjGEZYQ~gx, http://www.playvid.com/watch/22Cqc3QLq4q,
http://www.playvid.com/watch/mxSH44pYwLf, http://www.playvid.com/watch/9PRrnURBpFw, http://www.playvid.com/watch/g8f4M1DNyDA, http://www.playvid.com/watch/0f39o8dYods,
http://www.playvid.com/watch/8MDOk6z5eFf, http://www.playvid.com/watch/fXuhsjybEqK, http://www.playvid.com/watch/pva2jDFIiQa, http://www.playvid.com/watch/8Me3DWqA2XR,
http://www.playvid.com/watch/k6MSgxhJ28j, http://www.playvid.com/watch/46fm2JjrcQJ, http://www.playvid.com/watch/VaeetsZB7~, http://www.playvid.com/watch/ObJMnNWEzLh,
http://www.playvid.com/watch/sDgLuYuzYYT, http://www.playvid.com/watch/rhhz3AnPaq4, http://www.playvid.com/watch/vaUUQNBbbe5, http://www.playvid.com/watch/AyXKzBxojp3,
http://www.playvid.com/watch/Ujt0xyd1e61, http://www.playvid.com/watch/~YRxZDQZIuR, http://www.playvid.com/watch/ibF4wyOW0Ai, http://www.playvid.com/watch/tEvM5adOXOk,
http://www.playvid.com/watch/SCJ6kmRr9Tz, http://www.playvid.com/watch/MS7QeSqJSb4, http://www.playvid.com/watch/qIUM8tLV6t3, http://www.playvid.com/watch/Ayae1o89PnC,
http://www.playvid.com/watch/lrEjM879hhh, http://www.playvid.com/watch/cAH3J8jH7Sl, http://www.playvid.com/watch/4zsuj0cf5iY, http://www.playvid.com/watch/hhzJMfpdyfI,
http://www.playvid.com/watch/PjDqicQ7~7w, http://www.playvid.com/watch/A2DTK~E4n0P, http://www.playvid.com/watch/v8zc~4jjjuD, http://www.playvid.com/watch/ZrxQfVMAA8B,
http://www.playvid.com/watch/Yz6QTnCefWU, http://www.playvid.com/watch/ewCwlbWJFNn, http://www.playvid.com/watch/wnAiFnrD9lR, http://www.playvid.com/watch/sjHWT4BZfJ3
5.f. Date of discipline: 2013-12-29
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: Ava Rose
5.b. Uploader's email address: ava86rose@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/Ava+Rose+
5.e. List of videos posted by uploader: http://www.playvid.com/watch/meSQJ4PMlps, http://www.playvid.com/watch/jnxDQD7gho9, http://www.playvid.com/watch/NImUbNsuuZF,
http://www.playvid.com/watch/VZ9Bssg0Pkx, http://www.playvid.com/watch/I~p1wHGHWaX, http://www.playvid.com/watch/PMHd4TyDbGLP, http://www.playvid.com/watch/ZeHeLSP8ORi,
http://www.playvid.com/watch/7DQH7cF8ZU7, http://www.playvid.com/watch/VZxBv90p8Jt, http://www.playvid.com/watch/uZyvE6TZ3MY, http://www.playvid.com/watch/5Mpjsk05z6c,
http://www.playvid.com/watch/O8F48P~~KcH, http://www.playvid.com/watch/PF8H~eEEdVr, http://www.playvid.com/watch/BPLtMOLydwv, http://www.playvid.com/watch/VG4eKxIPExU,
http://www.playvid.com/watch/qk~QDCrJvPZ, http://www.playvid.com/watch/8Ezd6tvldNE, http://www.playvid.com/watch/4CdFpxQL4u4, http://www.playvid.com/watch/~dzGVX3aub~,
http://www.playvid.com/watch/Zjc4QDqFBvr, http://www.playvid.com/watch/eoC1Qv0gPTh, http://www.playvid.com/watch/xVnCtiNV50A, http://www.playvid.com/watch/YriRHTherr5,
http://www.playvid.com/watch/XB8mGxYQZ5d, http://www.playvid.com/watch/uJNpUvc5MpE, http://www.playvid.com/watch/Bu2iSTuZkZz, http://www.playvid.com/watch/SGI90jDbS1N,
http://www.playvid.com/watch/~VHPj23eeqB, http://www.playvid.com/watch/NS2fjiC38bx, http://www.playvid.com/watch/ATc74XwfNTh, http://www.playvid.com/watch/Zgzje8E0jnT,
http://www.playvid.com/watch/Zn6aN6oYp4W, http://www.playvid.com/watch/D94KaQp9qGq, http://www.playvid.com/watch/KrnvIk0zj~a, http://www.playvid.com/watch/t6RLJXnMT6L,
http://www.playvid.com/watch/8Byc1Um96bk, http://www.playvid.com/watch/cv0u2Q4u9d9, http://www.playvid.com/watch/7VLeRPs76at, http://www.playvid.com/watch/t0sfnLIULTT,
http://www.playvid.com/watch/2MOnNBrKynb, http://www.playvid.com/watch/x8s3QS4Ye5q, http://www.playvid.com/watch/OrMNiQMXqG6, http://www.playvid.com/watch/shKmPJ15was,
http://www.playvid.com/watch/zv0f2RoDZCn, http://www.playvid.com/watch/89MYZ4Q0liD, http://www.playvid.com/watch/J8B3hOWCThn, http://www.playvid.com/watch/u7JsKM30aI2,
http://www.playvid.com/watch/GF2UI8bx3rK, http://www.playvid.com/watch/Yvc7rFeUYK3, http://www.playvid.com/watch/bpx8ZcRu3xd, http://www.playvid.com/watch/5AQ08zFyZgt,
http://www.playvid.com/watch/~eC3P55iw0P, http://www.playvid.com/watch/8mAfcHj7bEP, http://www.playvid.com/watch/YM7LfBzTWYq, http://www.playvid.com/watch/yHeBPexmG1W,
http://www.playvid.com/watch/58aST0JYtNe, http://www.playvid.com/watch/9Dn2mwJK1Us, http://www.playvid.com/watch/5jZgWo52wt, http://www.playvid.com/watch/Fmu2w2dFhtm
5.f. Date of discipline: 2013-10-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: awanakinkon
5.b. Uploader's email address: gregmotolinia@hotmail.com
5.d. Uploader's profile: http://www.playvid.com/member/awanakinkon
5.e. List of videos posted by uploader: http://www.playvid.com/watch/ui6CA1~UPUS, http://www.playvid.com/watch/UN~2POuAqva, http://www.playvid.com/watch/DqPplwijPZj,
http://www.playvid.com/watch/MsWV2R1ISgD, http://www.playvid.com/watch/IrCxVoMIpmt, http://www.playvid.com/watch/R1uMgE5Etpn, http://www.playvid.com/watch/jwsEdJ1Xrj5,
http://www.playvid.com/watch/38Q0IbJMiAA, http://www.playvid.com/watch/OEsd~dpX4If, http://www.playvid.com/watch/6HIe765IyhN, http://www.playvid.com/watch/OTshUeWdEtx,
http://www.playvid.com/watch/2atLsyr9oHN, http://www.playvid.com/watch/15da9nE1NcD, http://www.playvid.com/watch/iEDhMq8yxBW, http://www.playvid.com/watch/igTc~hFe0Qs,
http://www.playvid.com/watch/iAYUgrOG6XA, http://www.playvid.com/watch/NJAAd3LUXF5, http://www.playvid.com/watch/BUCM4YY1BJP, http://www.playvid.com/watch/QV9h4Xe~KVn,
http://www.playvid.com/watch/vtZPnnYPXhU, http://www.playvid.com/watch/Gh5iY21by2A, http://www.playvid.com/watch/4CdFpxOL4u4, http://www.playvid.com/watch/~dzGVX3aub~,
http://www.playvid.com/watch/Zjc4QDqFBvr, http://www.playvid.com/watch/eoC1Qv0gPTh, http://www.playvid.com/watch/xVnCtiNV50A, http://www.playvid.com/watch/YriRHTherr5,
http://www.playvid.com/watch/XB8mGxYQZ5d, http://www.playvid.com/watch/iJNUvc5MpE, http://www.playvid.com/watch/Bu2iSTuZkZz, http://www.playvid.com/watch/SGI90jDbS1N,
http://www.playvid.com/watch/~VHPj23eeqB, http://www.playvid.com/watch/D94KaQp9qGq, http://www.playvid.com/watch/K6RLJXnMT6L, http://www.playvid.com/watch/C6RLJXnMT6L,
http://www.playvid.com/watch/7VLeRPs76at, http://www.playvid.com/watch/t0sfnLIULTT, http://www.playvid.com/watch/BXx1YcJYBZd, http://www.playvid.com/watch/wBuzVSP0EYn,
http://www.playvid.com/watch/~IpTSaUG5nB, http://www.playvid.com/watch/DwoWP~nq0Pd, http://www.playvid.com/watch/nkpixeM6s~H, http://www.playvid.com/watch/EwxHyDcxWlk,
http://www.playvid.com/watch/I1OLA5S4zqV, http://www.playvid.com/watch/GRYu8l8lr03, http://www.playvid.com/watch/8f4CmDum~4x, http://www.playvid.com/watch/UpEZDy2piS5,
http://www.playvid.com/watch/aAXriS5UaYO, http://www.playvid.com/watch/LWnDAt~VJq2, http://www.playvid.com/watch/3jzkZjyE0YF, http://www.playvid.com/watch/VLeepJNQxsP,
http://www.playvid.com/watch/80zFoqDx0IT, http://www.playvid.com/watch/v5p7kjq6wJO, http://www.playvid.com/watch/o1Dt2aXyz36, http://www.playvid.com/watch/TlQRYC36G4R,
http://www.playvid.com/watch/vedRxE7pz8B, http://www.playvid.com/watch/c1WOseTQnX3, http://www.playvid.com/watch/vPul~1uXy8n, http://www.playvid.com/watch/GjHbUsVeOy,
http://www.playvid.com/watch/4mVAbGeKieL, http://www.playvid.com/watch/s1we770Ckzm, http://www.playvid.com/watch/5fY9apZ9w73, http://www.playvid.com/watch/zNe3oWJh6Wm,
http://www.playvid.com/watch/udeHNnme0Tv, http://www.playvid.com/watch/vvb1bY6HHmL, http://www.playvid.com/watch/M8wyhE90QQ5, http://www.playvid.com/watch/293BFLZ5JJM,
http://www.playvid.com/watch/K03E~mQaCEt, http://www.playvid.com/watch/VqHqJy5OK8z, http://www.playvid.com/watch/B64O2C0CMSn, http://www.playvid.com/watch/Ui4Yr3YCh2U,
http://www.playvid.com/watch/pt956AkOtcT, http://www.playvid.com/watch/HRE22edDNvK, http://www.playvid.com/watch/hfMrbAR3p1A, http://www.playvid.com/watch/pxk8RAVkEn,
http://www.playvid.com/watch/iC9HOwkXhGk, http://www.playvid.com/watch/69lgr67Qq9N, http://www.playvid.com/watch/JErgN7kthtY, http://www.playvid.com/watch/xbgn6ehzSBR,
http://www.playvid.com/watch/0HzMSDd2Gya, http://www.playvid.com/watch/ReEt4V8v8x2, http://www.playvid.com/watch/tQfnqD7aTjP, http://www.playvid.com/watch/qKDUYilcgUg,
http://www.playvid.com/watch/7EA7YRIVdqb, http://www.playvid.com/watch/rROWjfOqZxt, http://www.playvid.com/watch/zi3bK9rV3hV, http://www.playvid.com/watch/saBYgpjuohz,
http://www.playvid.com/watch/SRTrDsv75yE, http://www.playvid.com/watch/73vfs3gsYXp, http://www.playvid.com/watch/u22X1zhbYTt, http://www.playvid.com/watch/OXAFNmiJScaa,
http://www.playvid.com/watch/nhp39xPMStW, http://www.playvid.com/watch/YAwPKWceyel, http://www.playvid.com/watch/~8cSPdGnJsm, http://www.playvid.com/watch/73lPN6A3Pwq,
http://www.playvid.com/watch/enr1bEUVER3, http://www.playvid.com/watch/pJcapa0AHO4, http://www.playvid.com/watch/iZjoj4rz2e60, http://www.playvid.com/watch/6fCW~JNdd6L,
http://www.playvid.com/watch/n38IMgGsi5O, http://www.playvid.com/watch/bYt6VRchpHG, http://www.playvid.com/watch/1Zv8O8BZIxz, http://www.playvid.com/watch/AACk2vq2y4~,
http://www.playvid.com/watch/ZiABwcmhGRr, http://www.playvid.com/watch/HyqO2c5OrGH, http://www.playvid.com/watch/7VBEAufIYdK, http://www.playvid.com/watch/YwP3d2O0N~K,
5.f. Date of discipline: 2013-10-15
5.g. Discipline imposed: Terminated

5.a. Uploader's user name: babesvids_net
5.b. Uploader's email address: muzzy63@gmail.com
5.d. Uploader's profile: http://www.playvid.com/member/babesvids_net
5.e. List of videos posted by uploader: http://www.playvid.com/watch/AfnLkr8NAUH, http://www.playvid.com/watch/8AcyyyoFnnt, http://www.playvid.com/watch/aH2EZjehACi,
http://www.playvid.com/watch/BBBUk7MMvPg, http://www.playvid.com/watch/t8hgHsGMjpb, http://www.playvid.com/watch/OqXn2hYehMK, http://www.playvid.com/watch/84jfxoqkOoT,
http://www.playvid.com/watch/BEgAsd2TbL4, http://www.playvid.com/watch/QsGwaWeOm0Q, http://www.playvid.com/watch/n9kznbL2ILs, http://www.playvid.com/watch/eRvDLYCw2RU,
http://www.playvid.com/watch/vNZTSbU2USL, http://www.playvid.com/watch/VEWj04G4KDv, http://www.playvid.com/watch/qAzz0iffpqf, http://www.playvid.com/watch/G9G9P4rc9Wk,
http://www.playvid.com/watch/QA3HGD7tYO7, http://www.playvid.com/watch/JmLXgZ9iNVm, http://www.playvid.com/watch/tJDxSKBL~TnU, http://www.playvid.com/watch/BHh~I5HGvRo,
http://www.playvid.com/watch/2lmaNbAgLpi, http://www.playvid.com/watch/vFlimC9ztfq, http://www.playvid.com/watch/0TX1RQrGdGW, http://www.playvid.com/watch/C5RdNUNUjZ,
http://www.playvid.com/watch/Qyhi59hNv5V, http://www.playvid.com/watch/me0ziJmeP5i, http://www.playvid.com/watch/9v2RWXAhSEz, http://www.playvid.com/watch/jUV29hnwFLz,
http://www.playvid.com/watch/yaRHTtTIadur, http://www.playvid.com/watch/jjhoIxLD4chy, http://www.playvid.com/watch/hdjcGHHAYnm, http://www.playvid.com/watch/6k2IYiFaFZZ2,
http://www.playvid.com/watch/a7W5FyXQd15, http://www.playvid.com/watch/honlmMFMQyj, http://www.playvid.com/watch/x8veOwjnfbv, http://www.playvid.com/watch/xAtZ0iV69RP,
http://www.playvid.com/watch/OjobLkdHKDM, http://www.playvid.com/watch/j3RiutMNGCV, http://www.playvid.com/watch/EY833SQA1yr, http://www.playvid.com/watch/7Y~VpfeirS~,
http://www.playvid.com/watch/S88NTwrkeSe, http://www.playvid.com/watch/K0HIO9efPSt, http://www.playvid.com/watch/FBgdT~Zm85p, http://www.playvid.com/watch/~RrfcZOMysp,
http://www.playvid.com/watch/UbDyqXq97Kr, http://www.playvid.com/watch/mv4AdWleDnZ, http://www.playvid.com/watch/xnDO8wLOVkK, http://www.playvid.com/watch/EZaZbvQ9K8Z,
http://www.playvid.com/watch/46kT4oXKM6, http://www.playvid.com/watch/HpXG55Q5Y4a, http://www.playvid.com/watch/6Xx1YcJYBZd, http://www.playvid.com/watch/wBuzVSP0EYn,
http://www.playvid.com/watch/I1OLA5S4zqV, http://www.playvid.com/watch/GRYu8l8lr03, http://www.playvid.com/watch/8f4CmDum~4x, http://www.playvid.com/watch/UpEZDy2piS5,
http://www.playvid.com/watch/aAXriS5UaYO, http://www.playvid.com/watch/LWnDAt~VJq2

SSM50186

# EXHIBIT "8"



# EXHIBIT "C"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT LIMITED,
a foreign corporation d/b/a METART,

        Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
and John Does 1-20,

        Defendants.

_____/

**DECLARATION OF JON KROGMAN IN SUPPORT OF PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT (D.E. #86)**

    1.     I am over the age of 18, a resident of Los Angeles, California, and citizen of the United States. I make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

    2.     I am the President of Hydentra HLP Int. Limited and its subsidiaries and am involved in the day to day operation of the company, including the production of movies, operation of paid membership sites, and the protection of the company's intellectual property.

    3.     On May 2, 2015, HYDENTRA, L.P. HLP GENERAL PARTNER INC.

assigned the trademarks "METART" and "SEXART" to HYDENTRA HLP INT LIMITED, the Plaintiff in the current lawsuit. The fully executed assignment is attached as "Exhibit 1" to this Declaration.

4.      As such, as of the time of filing the lawsuit, Plaintiff was the rightful owner of the trademarks "METART" and "SEXART".

5.      Plaintiff currently is the owner of the trademarks "METART" and "SEXART".

**I declare under penalty of perjury that the foregoing is true and correct. Executed on March 10, 2016 in Los Angeles, California**

Jon Krogman

 03-10-2016
DATE

# EXHIBIT "1"

Assignment of Trademark and Common Law Trademark Rights

Whereas, HYDENTRA, L.P. HLP GENERAL PARTNER, INC. (Assignor), a corporation organized under the laws of the State of Texas, located and doing business 1717 Fourth Street, 3rd Floor Santa Monica CALIFORNIA 90401, is the owner of the U.S. Trademarks listed below and are registered in the United States (collectively the "Trademarks") and visual image marks as listed below (collectively the "Works");

Whereas, HYDENTRA HLP INT. LIMITED (Assignee), a Limited Liability Partnership organized under the laws of Cyprus, doing business at Evagoras Complex, 31 Evagorou Street, Nicosia, Cyprus and 18034 Ventura Blvd, Suite 181, Encino, CA 91316 and;

Whereas Assignor desires to transfer and Assignee desires to acquire all of Assignor's rights in and to the Trademarks, common law rights, the Works and the goodwill symbolized thereby;

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby sells, assigns, transfers and conveys to Assignee all of its right, title, and interest in and to the Trademarks and Works, together with the goodwill of the business associated with the Trademarks and Works, the same to be held and enjoyed by Assignee, its successors, assigns, and other legal representatives.

Assignor further assigns to Assignee all right to sue for and receive all damages accruing from past, present and future infringements of Trademarks and Works herein assigned.

Assignor represents it is the legal owner of all right, title and interest in and to the Trademarks, Service Marks and Works and has the right to assign the Trademarks and Works and that there are no pending legal proceedings impairing the transferability of the Trademarks and Works.

These Assignments shall be binding upon the parties, their successors and/or assigns, and all others acting by, through, with, or under their direction, and all those in privity therewith.

The parties agree to take any further action and execute any documents required to effect the purposes of this Assignment.

HYDENTRA, L.P. HLP GENERAL PARTNER, INC.          HYDENTRA HLP INT. LIMITED

BY:                                               BY: _Lousine Kastikian_

Title:                                            Title: _Director_

Dated: 05/02/2015                                 Dated: 05/02/2015

**WORKS**

1. Word Mark **METART**
   Mark Drawing Code (1) TYPED DRAWING
   Serial Number 78312615
   Registration Number 3152759

2. Word Mark **SEXART**
   Mark Drawing Code (4) STANDARD CHARACTER MARK
   Serial Number 85339871
   Registration Number 4191754