UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART<br><br>     Plaintiff,<br><br>v.<br><br>CONSTANTIN LUCHIAN, an individual, KONSTANTIN BOLOTIN, an individual, SUN SOCIAL MEDIA, INC., a corporation, individually and d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM; FEEDVID.COM; PLAYVIDS.COM; PEEKVIDS.COM; and John Does 1-20,<br><br>     Defendants. | Case No.<br>1:15-cv-22134-UU |

DECLARATION OF CONSTANTIN LUCHIAN
IN SUPPORT OF REPLY IN SUPPORT OF
MOTIONS FOR SUMMARY JUDGMENT

I, Constantin Luchian, do declare and state as follows:

1.  I am an owner, employee and director of IncorporateNow, Inc. and a named defendant in the above captioned action. Unless otherwise stated, this declaration is based on my personal knowledge and my review of INI's business records. All statement contained in this declaration are true and correct to the best of my knowledge. If called as a witness, I could and would testify as to the facts set forth in this declaration

2.  I am the only shareholder of Incorporate Now, Inc. ("INI"). I am the only person that has control over INI.

1

3. Mr. Konstantin Bolotin has no ownership interest in INI. Mr. Bolotin has no control over INI.

4. To my knowledge, Mr. Bolotin is not a Director of Operations for Webzilla nor has he been since January of 2013.

5. I do not have any ownership interest in Sun Social Media, Inc. ("SSM"). I am not a holder of any debt to SSM.

6. I do not have any ownership interest in Webzilla.

7. My duties at Webzilla are very limited. They are generally limited to receiving, processing and paying vendor invoices, assisting Webzilla's CPAs and occasionally making small purchases of hardware.

8. I do not have access to Webzilla's data centers and cannot access them physically. I have no technical knowledge of how to access any of Webzilla's servers remotely or physically. I have no access to Webzilla's customer relationship management software or any other software that has information of Webzilla's hosting clients.

9. To my understanding, SSM is a small client of Webzilla, which has gross sales in the hundreds of millions of dollars.

10. There was no failure in communication between INI and SSM regarding the notices purportedly sent by Plaintiff in January of 2015. The only reason that SSM did not receive the notices is because neither I nor INI ever received the notices. As I explained previously, the notices appear to have been lost by INI's landlord, Regus.

11. The notices that Plaintiff purportedly sent in January of 2015 are the only notices to INI that I am aware of that have ever been claimed to be lost.

Signed under the pains and penalties of perjury this 10th day of March, 2016.

_____
Constantin Luchian