UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-22134-Cv-UNGARO

HYDENTRA HLP INT. LIMITED,

    Plaintiff,

vs.

CONSTANTIN LUCHIAN et al.,

    Defendant,

------------------------------/

### ORDER RE-SETTING PRE-TRIAL CONFERENCE, CALENDAR CALL AND TRIAL PERIOD

This cause is re-set for Pretrial Conference on **APRIL 29, 2016 11:30 A.M.**

Trial is re-set for the two-week period commencing **MAY 16, 2016 at 9:30 A.M.**

Calendar Call is re-set for **WEDNESDAY, MAY 11, 2016 at 1:00 P.M.** All other dates and deadlines established by the Court shall remain in full force and effect.

DONE AND ORDERED at Miami, Florida, this __18__ day of March, 2016.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record