UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART,<br><br>     Plaintiff,<br><br>v.<br><br>CONSTANTIN LUCHIAN, an individual, KONSTANTIN BOLOTIN, an individual, SUN SOCIAL MEDIA, INC., a corporation, individually and d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM; FEEDVID.COM; PLAYVIDS.COM; PEEKVIDS.COM; and John Does 1-20,<br><br>     Defendants. | Case No.<br>1:15-cv-22134-UU |

**CONSTANTIN LUCHIAN, KONSTANTIN BOLOTIN AND
SUN SOCIAL MEDIA INC.'S AMENDED WITNESS LIST**

COMES NOW Defendants Constantin Luchian, Konstantin Bolotin and Sun Social Media, Inc. (individually and as the owner and operator of putative Defendants Playvid.com, Feedvid.com, Playvids.com and Peekvids.com) ("Defendants") by and through undersigned counsel and files this, its Amended Witness List to be incorporated into the Joint Pre-Trial Stipulation (D.E. 113) that was filed by the parties on February 26, 2016.

1. Witnesses Defendants Expect to Call

    (a)   Konstantin Bolotin
          c/o Brady Cobb
          Cobb Eddy PLLC
          642 Northeast Third Avenue
          Fort Lauderdale, Florida 33304

1

    (b)  Constantin Luchian
       c/o Brady Cobb
       Cobb Eddy PLLC
       642 Northeast Third Avenue
       Fort Lauderdale, Florida 33304

2.  Witnesses it May Call if Need Be

    (a)  Any of Plaintiff's witnesses

    (b)  Any impeachment and rebuttal witnesses, as necessary and in the discretion of the Court

**Respectfully submitted this 5th day of April, 2016:**

/s/ Valentin Gurvits
Valentin D. Gurvits (*pro hac vice application forthcoming*)
Matthew Shayefar (*pro hac vice application forthcoming*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, MA 02459
Telephone: (617) 928-1804
Facsimile: (617) 928-1802
vgurvits@bostonlawgroup.com
matt@bostonlawgroup.com

/s/ Brady J. Cobb
Brady J. Cobb, Esquire
Florida Bar No. 031018
COBB EDDY, PLLC
642 Northeast Third Avenue
Fort Lauderdale, Florida 33304
Telephone (954) 527-4111
Facsimile  (954) 900-5507
bcobb@cobbeddy.com

*Attorneys for Defendants*
*Constantin Luchian,*
*Konstatin Bolotin and*
*Sun Social Media Inc.*

## **CERTIFICATE OF SERVICE**

      **I hereby certify** that a true and correct copy of the foregoing was served electronically via the CM/ECF electronic filing system on all counsel or parties of record on the service list below this 5th day of April, 2016.

                                        /s/ Brady J. Cobb
                                        Brady J. Cobb

## SERVICE LIST

Aaron Behar, Esquire
Jaclyn Behar, Esquire
BEHARBEHAR
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
AB@BeharBehar.com
JB@BeharBehar.com

Spencer D. Freeman
Freeman Law Firm, Inc.
1107 1/2 Tacoma Avenue South
Tacoma, Washington 98402
Telephone: (206) 516-3800
Facsimile: (206) 516-3888
sfreeman@freemanlawfirm.org