UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,

    Plaintiff,

v.

CONSTANTIN LUCHIAN, *et al.*,

    Defendants.
_____/

### ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion to Strike Carmen Jusino from Defendants' Witness List.  D.E. 130.

THE COURT has considered Motion, the pertinent portions of the record and is otherwise fully advised in the premises.  It is hereby

ORDERED and ADJUDGED that Plaintiff's Motion to Strike Carmen Jusino from Defendants' Witness List (D.E. 130) is DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _6th_ day of April, 2016.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf