UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 15-22134-CIV-UNGARO

HYDENTRA HLP INTERNATIONAL,

        Plaintiff,

v.

LUCHIAN et al.,

        Defendant.

-------------------------------------------/

## ORDER RE-SETTING PRETRIAL CONFERENCE, CALENDAR CALL AND TRIAL

**THIS CAUSE** is hereby re-set for an Pretrial Conference before the Honorable Ursula Ungaro, at the United States Courthouse, 400 North Miami Avenue, Room 12-4, Miami, Florida, on **Friday, JUNE 10, 2016 at 11:00 A.M.** Trial is re-set for the two-week period beginning **JUNE 27, 2016 at 9:30 A.M.** Calendar Call is re-set for **JUNE 22, 2016 at 1:00 P.M.** All of the previous entered scheduling dates remain in full force and effect.

**DONE AND ORDERED** this __25__ day of April, 2016 at Miami, Florida.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: all counsel of record