UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

      Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
*and John Does 1-20,*

      Defendants.
_____/

## NOTICE OF MEDIATION

NOTICE IS HEREBY GIVEN by the Parties that, pursuant to this Honorable Court's Order dated May 25, 2016 (D.E. 135), a second mediation has been scheduled with Mark A. Buckstein, on **Monday June 6, 2016 at 10:00am**, at Mr. Buckstein's office, 7777 Glades Road, Suite 313, Boca Raton, Florida 33434.

1

Respectfully submitted,

*/s/Aaron Behar, Esq.*
Aaron Behar, Esq.
Florida Bar No.: 166286
*/s/Jaclyn Ann Behar, Esq.*
Jaclyn Ann Behar, Esq.
Florida Bar No.: 063833
BeharBehar
1840 North Commerce Parkway
Suite 1
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 3323-9260
E-mail: ab@beharbehar.com
         jb@beharbehar.com
*Counsel for Plaintiff*

*/s/Spencer D. Freeman, Esq.*
Spencer D. Freeman, Esq.
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone:  (253) 383-4500
Facsimile:  (253) 383-4501
E-mail: sfreeman@freemanlawfirm.org
*Counsel for Plaintiff*
*(Admitted Pro Hac Vice)*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of May, 2016 we served the foregoing electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brady J. Cobb, Esq. and Valentin Gurvits, Esq. *(Pro Hac Vice)*

*/s/Aaron Behar, Esq.*
Aaron Behar, Esq.
*/s/Jaclyn Ann Behar, Esq.*
Jaclyn Ann Behar, Esq.
*/s/Spencer D. Freeman, Esq.*
Spencer D. Freeman, Esq.