UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,

    Plaintiff,

v.

CONSTANTIN LUCHIAN, *et al.*,

    Defendants.
_____/

### ORDER

THIS CAUSE is before the Court upon *sua sponte* examination of the record.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that the parties SHALL re-file a Joint Pre-Trial Stipulation that conforms to the Court's Omnibus Order on the parties' Cross-Motions for Summary Judgment on or before **Tuesday, June 7, 2016**.

DONE AND ORDERED in Chambers, Miami, Florida, this 2d day of June, 2016.

                                                  */s/ Ursula Ungaro*
                                                  UNITED STATES DISTRICT JUDGE

cc: counsel of record.