UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,

    Plaintiff,

v.

CONSTANTIN LUCHIAN, *et al.*,

    Defendants.
_____/

### ORDER

THIS CAUSE is before the Court upon Plaintiff's Motion to Dismiss without Prejudice Pursuant to FRCP 41(A)(2).  D.E. 140.

THE COURT has reviewed the Motion, the pertinent portions of the record and is otherwise fully advised in the premises.

ORDERED AND ADJUDGED that Plaintiff's Motion to Dismiss without Prejudice Pursuant to FRCP 41(A)(2) (D.E. 140) is GRANTED.  Counts VI through VIII are hereby DISMISSED WITHOUT PREJUDICE.  It is further

ORDERED AND ADJUDGED that this case is CLOSED for administrative purposes.

DONE AND ORDERED in Chambers, Miami, Florida, this 7th day of June, 2016.

*[signature]*

_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record.