IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HYDENTRA HLP INT. LIMITED
           Plaintiff

v.

CONSTANTIN LUCHIAN, et al.
           Defendants.
_____/

Case No. 1:15-CV-22134-uu

**MEDIATOR'S REPORT**

FILED by _____ D.C.
JUN 09 2016
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

To: Honorable Ursula Ungaro,

    The undersigned, Mark A. Buckstein, the mediator designated by the parties hereto to mediate this dispute, hereby sets forth his report of the mediation in this matter.

    1.    The mediation of this matter took place on June 6, 2016 between the hours of 10:00 a.m. and 12:00 noon at the offices of Mark A. Buckstein, 7777 Glades Road, Suite 313, Boca Raton, Florida 33434. In attendance at the mediation were the following persons:

        For Plaintiff:    John Krogman, President
                          Counsel for Plaintiff- Behar Behar by Aaron Behar and Jaclyn Ann Behar
           and Spencer D. Freeman

        For Defendants- Constantin Luchian and Konstyantin Bolotin
                        Counsel for Defendants- Brady J, Cobb and Valentin Gurvits

        Mediator:    Mark A. Buckstein

    2.    At 12:00 noon, the parties declared an impasse.

Dated:    June 6, 2016
            Boca Raton, Florida

                                        Mark A. Buckstein, Mediator
                                        7777 Glades Road- Suite 313
                                        Boca Raton, Florida 33434
                                        e-mail: mabresolve@aol.com
                                        Tel: 561-417-6602    Fax: 561-417-6604