UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

    Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
and John Does 1-20,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Hydentra HLP Int. Limited d/b/a MetArt (hereinafter referred to as "Plaintiff" or "Appellant"), hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the United States District Court for the Southern District of Florida's Omnibus Order, dated June 2, 2016, specifically granting Defendant's, Constantin Luchian, Motion for Summary Judgment; granting Defendants' Sun Social Media, Inc., and Konstantin Bolotin, Motion for Summary Judgment as to Counts I–V; and denying Plaintiff's Motion for Partial Summary Judgment. [D.E. 138]. A copy of the Order is attached hereto as Exhibit "A". The Omnibus Order became a final judgment on June 7, 2016, upon the District Court granting Plaintiff's Motion to

1

Dismiss the remaining claims. [D.E. 141]. A copy of the June 7, 2016, Order is attached hereto as Exhibit "B".

                Respectfully submitted,

                */s/Aaron Behar, Esq.*
                Aaron Behar, Esq.
                Florida Bar No.: 166286
                */s/Jaclyn Ann Behar, Esq.*
                Jaclyn Ann Behar, Esq.
                Florida Bar No.: 063833
                BeharBehar
                1840 North Commerce Parkway
                Suite 1
                Weston, Florida 33326
                Telephone: (954) 688-7642
                Facsimile: (954) 3323-9260
                E-mail: ab@beharbehar.com
                          jb@beharbehar.com
                          e-service@beharbehar.com
                ***Counsel for Plaintiff***

                */s/Spencer D. Freeman, Esq.*
                Spencer D. Freeman, Esq.
                Freeman Law Firm, Inc.
                1107 ½ Tacoma Avenue South
                Tacoma, WA 98402
                Telephone: (253) 383-4500
                Facsimile: (253) 383-4501
                E-mail: sfreeman@freemanlawfirm.org
                ***Counsel for Plaintiff***
                ***(Admitted Pro Hac Vice)***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of July, 2016 we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brady J. Cobb, Esq., (Counsel for Konstantin Bolotin and Sun Social Media, Inc.) and Valentin Gurvits, Esq. (Pro Hac Vice).

*/s/Jaclyn Ann Behar, Esq.*
Jaclyn Ann Behar, Esq.
