Spencer D. Freeman, WSBA #25069 (*pro hac vice*)
FREEMAN LAW FIRM, INC.
1107 ½ Tacoma Avenue South
Tacoma, Washington 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
Email: sfreeman@freemanlawfirm.org

*Attorney for Plaintiff Hydentra HLP Int. Limited*

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation, d/b/a METART, d/b/a METART FILMS<br><br>Plaintiff,<br><br>vs.<br><br>PORNVIDEOXO.COM; ALI A-ZEN, individually and d/b/a PORNVIDEOXO.COM; MEHMET USTAN, individually and d/b/a PORNVIDEOXO.COM; LYOSHA ANKUDINOV, individually and d/b/a PORNVIDEOXO.COM; and John Does 1-20,<br><br>Defendants. | **Case No.: 2:15-cv-0000240-DJH**<br><br>**DECLARATION OF SPENCER D. FREEMAN IN SUPPORT OF PLAINTIFF HYDENTRA HLP INT. LIMITED'S MOTION FOR OF DEFAULT JUDGMENT AGAINST DEFENDANTS ALI A-ZEN, MEHMET USTAN AND LYOSHA ANKUDINOV** |

I, Spencer D. Freeman, declare as follows:

1. I am an attorney at law licensed to practice before the Courts of the State of Washington and the United States District Courts for the Western District of Washington, Eastern District of Washington, District of Colorado and Southern District of Illinois, the Ninth Circuit Court of Appeals and United States Supreme Court. I am the principal attorney with the law firm of Freeman Law Firm, Inc., attorneys for Plaintiff Hydentra

1 HLP Int. Limited. Unless otherwise stated, I have personal knowledge of the facts
2 contained in this declaration and, if called and sworn as a witness, could and would
3 competently testify thereto.
4     2. I spent the following time on this litigation:

| | |
|---|---|
| Draft Complaint and Initial Pleadings: | 12 hours |
| Service Investigation | 3 hours |
| Draft Motion for Early Discovery: | 6 hours |
| Draft Motion Extension of Time to serve: | 3 hours |
| Draft Motion for Alternative Service: | 6 hours |
| Draft and Serve Subpoenas | 2 hours |
| Review Subpoena Responses | 2.1 hours |
| Investigate Identified Defendants | 2.0 hours |
| Draft First Amended Complaint | 1.5 hours |
| Service of Process | 0.5 hours |
| Motion for Order of Default | 1.5 hours |
| Motion Default Judgment | 3 hours |

17     3. My hourly rate is $450 per hour.
18     4. I have practiced law for 20 years, litigating cases at all levels in the State of
19 Washington, United States District Courts across the country, Ninth Circuit Court of
20 Appeals and United States Supreme Court. I have tried over 100 jury trials. The last 15
21 years of my practice has included intellectual property/piracy litigation. Given my level
22 of experience, a rate of $450 per hour is reasonable.
23     5. Altogether, I have spent 42.6 hours on this matter which, at $450 per hour,
24 is $19,170 in fees.
25     6. The filing fee for this case was $400.

1  I declare under the penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3
4  Executed this 13th day of May, 2016, at Tacoma, Washington.


1  I declare under the penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.

4  Executed this 13th day of May, 2016, at Tacoma, Washington.

6                              */s/ Spencer D. Freeman*
7                              Spencer D. Freeman

### Certificate of Service

I hereby certify that on this 13th day of May, 2016, I electronically transmitted the foregoing document as follows:

- to the Clerk's Office for filing, using the CM/ECF System; and

- to the Defendants Ali A-Zen, Mehmet Ustan and Lyosha Ankudinov for service, using their email addresses of aliozen2007@gmail.com, keops196@yahoo.com, and antonygeorge365@gmail.com, in accordance with the Court's Order granting alternate service by email dated October 19, 2015 (Dkt. No. 17).

                              */s/ Spencer D. Freeman*
                              Spencer D. Freeman