COBB EDDY, PLLC
642 N.E. 3rd Avenue
Fort Lauderdale, Florida 33304
(954) 527-4111 (office)
(954) 900-5507 (facsimile)
www.cobbeddy.com

Client: Konstantin Bolotin, Constantin Luchian and Sun Social Media, Inc.

Matter: Hydentra HLP Int. Limited v. Luchian, et al: Case No. 2015-cv-22134-UU

| Attorney | date | description | quantaty | rate |
|---|---|---|---|---|
| **Brady Cobb** | | | | |
| BC | 8/31/2015 | Review of Complaint, preparation and filing of Notice of Appearance and Motion to Set Aside default | 1.00 | $350.00 |
| BC | 8/31/2015 | Review of Order granting Motion to set Aside Default, and review of proposed answer and affirmative defenses | 1.00 | $350.00 |
| BC | 9/1/2015 | Review preparation and filing of Answer and Affirmative Defenses to Plaintiff's Complaint | 1.00 | $350.00 |
| BC | 9/1/2015 | Review revision and approval of Joint Scheduling Report | 1.00 | $350.00 |
| BC | 9/10/2015 | Review of proposed motion to strike affirmative defenses, and transmission of same to co-counsel | 0.80 | $350.00 |
| BC | 9/25/2015 | Review of proposed amended affirmative defenses, and preparation of revisions to the same | 1.00 | $350.00 |
| BC | 10/6/2015 | Review of initial discovery requests from Plaintiff | 0.80 | $350.00 |
| BC | 10/16/2015 | Review of order granting motion for leave to file amended answer and affirmative defenses | 0.20 | $350.00 |
| BC | 11/7/2015 | Research of case law to opposed plaintiffs motion to strike affirmative defenses | 1.40 | $350.00 |
| BC | 11/7/2015 | Preparation of response in opposition to Plaintiff's | 3.00 | $350.00 |
| BC | 11/10/2015 | Review and revision of response in opposition to | 1.30 | $350.00 |
| BC | 11/12/2015 | Finalization of response in opposition to Motion to Strike. | 1.20 | $350.00 |
| BC | 11/12/2015 | Review of client's responses to discovery requests | 0.80 | $350.00 |
| BC | 11/18/2015 | Review and response to emails regarding scheduling of mediation conference | 1.00 | $350.00 |
| BC | 11/18/2015 | review of order on mediation scheduling | 0.20 | $350.00 |
| BC | 12/1/2015 | Review of Plaintiff's Reply in Support of Motion to Strike | 0.80 | $350.00 |
| BC | 12/1/2015 | Review of proposed motion to compel by Plaintiff regarding discovery responses. | 0.60 | $350.00 |
| BC | 12/2/2015 | Review and response to alleged deficiencies in clients discovery responses | 1.10 | $350.00 |
| BC | 12/2/2015 | Review of Plaintiff's Second Set of Interrogatories and First Set of Interrogatories | 1.20 | $350.00 |
| BC | 12/4/2015 | Review of Order granting in part and denying in part Motion to Strike Affirmative Defenses | 1.10 | $350.00 |
| BC | 12/4/2015 | Review of Order setting motion to compel for hearing | 0.40 | $350.00 |

| | | | | |
|---|---|---|---|---|
| BC | 12/10/2015 | Review of non-objection of to subpoena's | 0.50 | $350.00 |
| BC | 12/10/2015 | Review of request for production responses, and review of revised rules of civil procedure to prepare response to plaintiff's motion to compel | 0.60 | $350.00 |
| BC | 12/10/2015 | Review and revision to joint status report | 0.60 | $350.00 |
| BC | 12/10/2015 | Review and revision to draft response to motion to compel | 0.80 | $350.00 |
| BC | 12/14/2015 | Review and revision to draft response to Plaintiff's Motion to Compel | 1.10 | $350.00 |
| BC | 12/16/2015 | Review of Motion to Compel and case law to prepare for hearing | 1.10 | $350.00 |
| BC | 12/16/2015 | Attendance at hearing on Plaintiff's Motion to Compel | 1.10 | $350.00 |
| BC | 12/20/2015 | Review and response to emails with counsel for Plaintiff regarding document production | 0.70 | $350.00 |
| BC | 12/20/2015 | Review of additional documents to be produced | 1.10 | $350.00 |
| BC | 12/31/2015 | Review and filing of Motion to Bifuricate Trial and Discovery | 0.90 | $350.00 |
| BC | 1/4/2016 | Review of draft interrogatory answers | 1.10 | $350.00 |
| BC | 1/4/2016 | Review of draft responses to second request for production | 0.80 | $350.00 |
| BC | 1/4/2016 | Review of proposed RFP to Plaintiff | 0.40 | $350.00 |
| BC | 1/5/2016 | Review of draft discovery requests, and review of order denying motion to bifuricate | 0.90 | $350.00 |
| BC | 1/6/2016 | Review and revision to proposed discovery responses | 1.00 | $350.00 |
| BC | 1/18/2016 | Attendance at deposition of corporate representative of Sun Social Media, Inc./Konstantin Bolotin | 7.30 | $350.00 |
| BC | 2/18/2016 | Review and revision to declaration and motion in opposition to Gurvits motion for sanctions | 1.10 | $350.00 |
| BC | 2/19/2016 | Review approval and filing of response in opposition to motion for sanctions | 0.90 | $350.00 |
| BC | 2/20/2016 | Review revision and filing of Motion to Consolidate Hearings, Response to Motion for Sanctions and/or to Compel Deposition testimony | 0.90 | $350.00 |
| BC | 2/20/2016 | Review of Plaintiff's Motion in Limine | 1.10 | $350.00 |
| BC | 2/20/2016 | Review and response to emails with Plaintiff's counsel regarding pre trial stipulation and jury instructions | 0.40 | $350.00 |
| BC | 2/22/2016 | Review and filing of opposition to 30b6 motion | 0.60 | $350.00 |
| BC | 2/23/2016 | Preparation, revision and filing of response to Plaintiff's motion for protective order | 1.40 | $350.00 |
| BC | 2/23/2016 | Review Plaintiff's Motions for Sanctions and Motion for Protective Order to prepare for telephonic hearing on the same | 1.60 | $350.00 |
| BC | 2/26/2016 | Review of proposed jury instructions, exhibit list, pretrial stipulation and objections to Plaintiff's exhibits, and filing of the same | 2.50 | $350.00 |

| | | | | |
|---|---|---|---|---|
| BC | 2/29/2016 | Review, revision and filing of proposed jury instructions and exhibit list | 0.80 | $350.00 |
| BC | 2/29/2016 | revision and filing of reply in support of pro hac vice admission | 1.10 | $350.00 |
| BC | 3/1/2016 | Review of Plaintiff's Oppositions to defendants MSJ | 1.10 | $350.00 |
| BC | 3/2/2016 | Review of Plaintiff's objections to Defendants trial exhibits | 1.40 | $350.00 |
| BC | 3/15/2016 | Review of Plaintiff's Reply brief in support of their motion in limine | 0.40 | $350.00 |
| BC | 3/16/2016 | Review and response to emails from counsel for Plaintiff regarding objections to their Motion to Strike Witnesses | 0.50 | $350.00 |
| BC | 3/16/2016 | Review of Plaintiff's Motion to Strike Witnesses | 0.60 | $350.00 |
| BC | 1/19/2016 | Attendance at deposition of Constantin Luchian | 3.40 | $350.00 |
| BC | 1/19/2016 | Attendance at deposition of Konstantin Bolotin, in his individual capacity | 3.20 | $350.00 |
| BC | 1/22/2016 | Review and service of discovery and expert discovery onto Plaintiff | 0.80 | $350.00 |
| BC | 1/28/2016 | Review of client's deposition transcripts | 1.10 | $350.00 |
| BC | 1/29/2016 | Review and revision to mediation summary | 0.70 | $350.00 |
| BC | 2/4/2016 | Review of email from counsel for Plaintiff regarding mediation and extension of time to produce documents, and preparation of responsive email | 0.40 | $350.00 |
| BC | 2/5/2016 | Review and response to emails regarding discovery responses and motions for protective order | 1.00 | $350.00 |
| BC | 2/5/2016 | Review of proposed motion to amend scheduling order and proposed counterclaim, and revisions to same | 0.80 | $350.00 |
| BC | 2/5/2016 | Review, revision and filing of motion to amend scheduling order | 1.10 | $350.00 |
| BC | 2/9/2016 | Review and response to emails from counsel for Plaintiff regarding outstanding discovery requests, production of documents and mediation issues | 0.90 | $350.00 |
| BC | 2/9/2016 | Review of Motion for Protective Order filed by Plaintiffs | 1.00 | $350.00 |
| BC | 2/9/2016 | Review of notices of withdrawal of discovery requests by Plaintiff | 1.10 | $350.00 |
| BC | 2/10/2016 | Review of motion for sanctions against Val Gurvits, and Defendants for failure to appear at mediation and for not complying with Rule 30(b)(6) | 2.00 | $350.00 |
| BC | 2/12/2016 | Review of Plaintiff's Motion to Compel Deposition Questions, and preparation of responsive email to Plaintiff's regarding objection to relief sought in the motion. | 1.40 | $350.00 |
| BC | 2/12/2016 | Review, revision and filing of clients' Motions for Summary Judgment | 1.80 | $350.00 |
| BC | 2/12/2016 | Review of draft declarations for clients in support of MSJ's | 1.30 | $350.00 |

| | | | | |
|---|---|---|---|---|
| BC | 2/13/2016 | Review of Plaintiffs Motions for Summary Judgment and all attachments thereto | 2.10 | $350.00 |
| BC | 2/16/2016 | Review of Court orders on telephonic hearings on motions to compel | 0.80 | $350.00 |
| BC | 2/16/2016 | Preparation of response to Plaintiffs Motion for Protective Order | 1.10 | $350.00 |
| BC | 1/19/2016 | Attendance at deposition of Constantin Luchian | 3.40 | $350.00 |
| BC | 1/19/2016 | Attendance at deposition of Konstantin Bolotin, in his individual capacity | 3.20 | $350.00 |
| BC | 1/22/2016 | Review and service of discovery and expert discovery onto Plaintiff | 0.80 | $350.00 |
| BC | 1/28/2016 | Review of client's deposition transcripts | 1.10 | $350.00 |
| BC | 1/29/2016 | Review and revision to mediation summary | 0.70 | $350.00 |
| BC | 2/4/2016 | Review of email from counsel for Plaintiff regarding mediation and extension of time to produce documents, and preparation of responsive email | 0.40 | $350.00 |
| BC | 2/5/2016 | Review and response to emails regarding discovery responses and motions for protective order | 1.00 | $350.00 |
| BC | 2/5/2016 | Review of proposed motion to amend scheduling order and proposed counterclaim, and revisions to same | 0.80 | $350.00 |
| BC | 2/5/2016 | Review, revision and filing of motion to amend scheduling order | 1.10 | $350.00 |
| BC | 2/9/2016 | Review and response to emails from counsel for Plaintiff regarding outstanding discovery requests, production of documents and mediation issues | 0.90 | $350.00 |
| BC | 2/9/2016 | Review of Motion for Protective Order filed by Plaintiffs | 1.00 | $350.00 |
| BC | 2/9/2016 | Review of notices of withdrawal of discovery requests by Plaintiff | 1.10 | $350.00 |
| BC | 2/10/2016 | Review of motion for sanctions against Val Gurvits, and Defendants for failure to appear at mediation and for not complying with Rule 30(b)(6) | 2.00 | $350.00 |
| BC | 2/12/2016 | Review of Plaintiff's Motion to Compel Deposition Questions, and preparation of responsive email to Plaintiff's regarding objection to relief sought in the motion. | 1.40 | $350.00 |
| BC | 2/12/2016 | Review, revision and filing of clients' Motions for Summary Judgment | 1.80 | $350.00 |
| BC | 2/12/2016 | Review of draft declarations for clients in support of MSJ's | 1.30 | $350.00 |
| BC | 2/13/2016 | Review of Plaintiffs Motions for Summary Judgment and all attachments thereto | 2.10 | $350.00 |
| BC | 2/16/2016 | Review of Court orders on telephonic hearings on motions to compel | 0.80 | $350.00 |
| BC | 2/16/2016 | Preparation of response to Plaintiffs Motion for Protective Order | 1.10 | $350.00 |

| | | | | |
|---|---|---|---|---|
| BC | 5/25/2016 | Review of Court's Order denying motion for sanctions and ordering mediation, and review and response to emails regarding scheduling of mediation | 1.10 | $350.00 |
| BC | 5/31/2016 | Review and response to emails from client and opposing counsel regarding mediation scheduling | 0.50 | $350.00 |
| BC | 5/31/2016 | Review of order on Plaintiff's Motion in limine | 0.80 | $350.00 |
| BC | 6/2/2016 | Review of Court's Order granting in part Defendants Motion for Summary Judgment, and denying Plaintiff's Motion for Summary Judgment | 1.10 | $350.00 |
| BC | 6/6/2016 | Attendance at mediation conference with Mark Buckstein | 3.00 | $350.00 |
| BC | 6/6/2016 | review of revised joint pretrial stipulation, revisions to same | 1.30 | $350.00 |
| BC | 6/6/2016 | Review of Plaintiff's Motion for Dismissal under 41(a), and review of case law regarding same | 1.30 | $350.00 |
| BC | 6/7/2016 | Review of Plaintiffs Rule 41 Motion for Dismissal of Trademark Claims | 0.60 | $350.00 |
| BC | 6/7/2016 | Review of order dismissing Counts VI-VIII | 0.40 | $350.00 |
| | | **Total BC:** | **119.40** | |

### Valentin Gurvits

| | | | | |
|---|---|---|---|---|
| VG | 8/26/2015 | Review Complaint; tel conf/w clients; tel conf w/Spencer Freeman, tel conf w/Evan and Matt;!attenton to Motion to Remove Default. | 3.00 | $450.00 |
| VG | 9/1/2015 | Attention to Answer and counterclaims | 3.00 | $450.00 |
| VG | 11/9/2015 | Attention to discovery requests. | 2.75 | $450.00 |
| VG | 2/5/2016 | Attention to discovery requests. | 3.50 | $450.00 |
| VG | 2/12/2016 | Attention to Motions for Summary Judgment; layout strategy; preliminary research; review undisputed facts; discuss with team; discuss with client. | 6.50 | $450.00 |
| VG | 2/18/2016 | Attention to motion for sanctions; research and opposition | 3.75 | $450.00 |
| VG | 3/10/2016 | Attention to MSJ; attention to reply. | 3.50 | $450.00 |
| VG | 6/2/2016 | Review the Order on MSJ. | 1.00 | $450.00 |
| VG | 6/5/2016 | Travel to Miami for court-ordered mediation. | 7.00 | $450.00 |
| VG | 6/6/2016 | Meeting with clients re mediation. Attend mediation. Travel to Boca Raton for mediation. | 5.00 | $450.00 |
| VG | 6/7/2016 | Travel from court-orders mediation in Miami to Boston. | 7.00 | $450.00 |
| | | **Total VG:** | **46.00** | |

### Evan Fray-Witzer

| | | | | |
|---|---|---|---|---|
| EFW | 8/5/2015 | Copyright misuse legal research | 2.25 | $450 |

| | | | | |
|---|---|---|---|---|
| EFW | 8/15/2015 | Emails and calls with Val and Matt re: potential default in Sun Social | 1.00 | $450 |
| EFW | 8/17/2015 | Reviewing court order re: default; emails to and from Val; call with Val | 1.00 | $450 |
| EFW | 8/25/2015 | Legal research re: motion to set aside default - Florida standards; research re: good cause standards; research for meritorious defenses; drafting motion to set aside default | 7.00 | $450 |
| EFW | 8/27/2015 | Reviewing sun social complaint, reviewing and editing timeline; continued drafting of motion to set aside default; reviewing MetArt's response to court's show cause order; reviewing proposed order; emails to and from Matt and Brady | 8.00 | $450 |
| EFW | 8/31/2015 | Reviewing answer to complaint | 2.25 | $450 |
| EFW | 9/1/2015 | Drafting counterclaim and research for same; editing answer and affirmative defenses; multiple emails and calls with Val and Matt | 8.75 | $450 |
| EFW | 9/10/2015 | Reviewing motion to strike affirmative defenses; reviewing cases cited in motion, emails to Brady, Val, and Matt | 1.25 | $450 |
| EFW | 9/24/2015 | Editing and redlining affirmative defenses | 1.75 | $450 |
| EFW | 9/25/2015 | Reviewing and editing revised affirmative defenses | 1.75 | $450 |
| EFW | 9/25/2015 | Emails with Matt and Brady; reviewing amended complaint | 1.00 | $450 |
| EFW | 1/22/2016 | Reviewing and redlining expert discovery requests | 2.00 | $450 |
| EFW | 1/26/2016 | Emails to and from Val, Brady, and Matt | 1.00 | $450 |
| EFW | 1/29/2016 | Reviewing and redlining mediation statement | 2.00 | $450 |
| EFW | 2/5/2016 | Office conference re strategies and mediation; attn to suplemental documents production; Drafting motion to amend scheduling order; Calls and emails w client; Drafting Amended Complaint w Counterclaims | 3.25 | $450 |
| EFW | 2/5/2016 | Reviewing request for supplemental document production, reviewing and redlining motion to amend scheduling order to allow for counterclaims, legal research for counterclaims, multiple emails with Matt and Val | 7.25 | $450 |
| EFW | 2/8/2016 | Multiple emails with Val, Matt, and Brady | 0.50 | $450 |
| EFW | 2/9/2016 | Reviewing supplemental documents, reviewing plaintiff's draft motion for sanctions | 1.50 | $450 |
| EFW | 2/11/2016 | Multiple emails with Matt and Val, calls with Matt, Val, and Brady, reviewing and redlining SJ drafts for SSM, legal research re: trademark claims, legal research for Luchien SJ motion | 8.75 | $450 |

| | | | | |
|---|---|---|---|---|
| EFW | 2/12/2016 | Drafting Luchien SJ motion, reviewing and redlining declarations, reviewing and redlining multiple SJ motion drafts, reviewing Plaintiff's motion for SJ | 9.25 | $450 |
| EFW | 2/18/2016 | Reviewing and redlining opposition to motion for sanctions against V. Gurvits, reviewing and revising opposition to motion for sanctions re Bolotin, redlining and revising opposition to motion for sanctions re: deposition questions, redlining and revising declarations | 11.50 | $450 |
| EFW | 2/19/2016 | Drafting insert for 30(b)(6) sanctions opposition and legal research for same, legal research for all sanctions motions, reviewing and revising draft oppositions, reviewing data and documents from clients, reviewing deposition transcripts for use in oppositions | 6.50 | $450 |
| EFW | 2/22/2016 | Revising and redlining opposition to motion for protective order | 1.75 | $450 |
| EFW | 2/25/2016 | Reviewing errata sheets, reviewing proposed trial exhibits, reviewing plaintiff's trial exhibits and objections thereto | 5.25 | $450 |
| EFW | 2/26/2016 | Reviewing plaintiff's proposed jury instructions and verdict form, copyright office research re: registrations, reviewing proposed trial stipulations, redlining stipulations, redlining proposed verdict form, reviewing defendants' proposed jury instructions | 6.50 | $450 |
| EFW | 2/27/2016 | Drafting reply to Plaintiff's Opposition to admit Val Gurvits pro hac vice | 1.50 | $450 |
| EFW | 2/29/2016 | Redlining opposition to motion for summary judgment, reviewing and redlining declarations, redlining opposition to statement of material facts | 5.75 | $450 |
| EFW | 3/4/2016 | Redlining opposition to motions in limine | 2.25 | $450 |
| EFW | 3/9/2016 | Reviewing declarations and first draft of reply to opposition to motions for summary judgment | 2.25 | $450 |
| EFW | 3/10/2016 | Drafting Luchien's SJ reply brief | 3.5 | $450 |
| EFW | 6/6/2016 | Drafting sections of amended joint pre-trial stipulations, reviewing plaintiff's motion to dismiss, calls with Val, legal research re: opposition to motion to dismiss without prejudice | 5.25 | $450 |
| | | **Total EFW:** | **123.50** | |

**Matthew Shayefar**

| | | | | |
|---|---|---|---|---|
| MS | 7/30/2015 | Attn to DMCA form; emails w opp counsel re service of process and response deadlines | 0.25 | $300 |

| | | | | |
|---|---|---|---|---|
| MS | 8/7/2015 | Calls w Spencer and cocounsel re order to show cause | 0.25 | $300 |
| MS | 8/17/2015 | attn to service and default issues; emails re same | 0.50 | $300 |
| MS | 8/26/2015 | Attn to motion to vacate default | 3.50 | $300 |
| MS | 8/27/2015 | Attn to filing of motion to set aside default | 0.50 | $300 |
| MS | 8/31/2015 | Drafting answer to complaint; multiple emails and conference calls; attn to SJR | 3.50 | $300 |
| MS | 9/1/2015 | Attn to joint scheduling motion; drafting and filing answer | 4.25 | $300 |
| MS | 10/6/2015 | Attn to discovery requests and email to client re same | 0.25 | $300 |
| MS | 10/14/2015 | Drafting motion to amend answer | 1.00 | $300 |
| MS | 10/15/2015 | Drafting and filing motion to amend answer | 0.25 | $300 |
| MS | 11/9/2015 | Conference re outstanding discover | 0.25 | $300 |
| MS | 11/11/2015 | Preparing and serving document responses | 3.50 | $300 |
| MS | 11/12/2015 | Review documents for production; drafting opposition to motion to strike | 1.75 | $300 |
| MS | 11/13/2015 | attn document production | 0.50 | $300 |
| MS | 11/16/2015 | Review and redraft opposition to motion to strike; Skype and chat w client re document production | 0.75 | $300 |
| MS | 11/17/2015 | Emails and skype w client re document production; preparation and serving of supplemental documents | 1.25 | $300 |
| MS | 12/2/2015 | Review and attn to motion to compel; Calls w client re discovery requests | 0.75 | $300 |
| MS | 12/7/2015 | Review mediation documents; review subpoenas; review client emails and discovery issues | 0.25 | $300 |
| MS | 12/10/2015 | Drafting opposition to motion to compel | 3.00 | $300 |
| MS | 12/16/2015 | Preparation for hearing on motion to compel | 0.25 | $300 |
| MS | 12/18/2015 | Attn to documents from florida and delaware; emails w clients and cocounsel re same | 0.50 | $300 |
| MS | 12/28/2015 | Attn to deposition notices; attn to outstanding discovery; research for motion to bifurcate; drafting motion to bifurcate | 5.25 | $300 |
| MS | 12/29/2015 | research and drafting of motion to bifurcate | 1.50 | $300 |
| MS | 12/31/2015 | emails and skype w client re outstanding discovery requests | 0.25 | $300 |
| MS | 1/4/2016 | Drafting responses to 2nd set of RFPs; Drafting RFPs to Hydentra; many calls and emails w client re discovery responses | 2.75 | $300 |
| MS | 1/5/2016 | drafting interrogatory responses; many emails skype and calls w client and cocounsel re same | 5.75 | $300 |
| MS | 1/6/2016 | drafting interrogatory responses; preparing document responses; preparing discovery requests; many calls emails and skype w client re same | 4.00 | $300 |
| MS | 1/7/2016 | Attn to updated depo notice; emails w cocounsel re same | 0.25 | $300 |
| MS | 1/8/2016 | Emails and skype with client re user email | 0.25 | $300 |

| | | | | |
|---|---|---|---|---|
| MS | 1/12/2016 | Email to clients w deposition notices; email to clients re preparation for depositions | 0.25 | $300 |
| MS | 1/25/2016 | Attn to premediation deadlines and requirements | 0.25 | $300 |
| MS | 1/26/2016 | Drafting Jusino affidavit | 0.50 | $300 |
| MS | 1/29/2016 | Attn to number of allegedly infringed works; drafting case summary for mediation | 2.00 | $300 |
| MS | 2/5/2016 | Office conference re strategies and mediation; attn to suplemental documents production; Drafting motion to amend scheduling order; Calls and emails w client; Drafting Amended Complaint w Counterclaims | 3.25 | $300 |
| MS | 2/8/2016 | Emails w cocounsel and opp counsel; document review re supplemtnal production; communicate with client re same | 0.75 | $300 |
| MS | 2/9/2016 | Review document production by Hydentra; Preparing and serve supplemental document responses; preparation for motions for summary judgment; review discovery responses from hydentra | 1.75 | $300 |
| MS | 2/10/2016 | Attn to motions filed by plaintiff; Preparation for motions for summary judgment; research and document review re same | 3.25 | $300 |
| MS | 2/11/2016 | drafting and researching and preparing motions for summary judgment and related documents | 12.50 | $300 |
| MS | 2/12/2016 | Drafting and researching and preparing motions for summary judgment and related documents | 6.50 | $300 |
| MS | 2/16/2016 | Attn to multiple emails w cocounsel and clients re scheduling and upcoming deadlines and strategy Office conference regarding responses to plaintiff's motions | 0.75 | $300 |
| MS | 2/18/2016 | Drafting opposition to motion for sanctions re Gurvits; Drafting opposition to for sanctions re deposition testimony | 6.75 | $300 |
| MS | 2/19/2016 | Drafting and filing multiple responses to plaintiff's motions | 4.00 | $300 |
| MS | 2/21/2016 | Attn to preparing for filing responses to plaintiff's motions | 0.50 | $300 |
| MS | 2/22/2016 | Call w client re deposition transcripts; review filings by plaintiff and emails re same w cocounsel | 0.50 | $300 |
| MS | 2/24/2016 | Drafting errata sheet for bolotin deposition transcripts | 1.00 | $300 |
| MS | 2/25/2016 | Preparing errata sheet for luchian deposition transcript; drafting pre-trial stipulations and other pretrial documents due today | 4.00 | $300 |
| MS | 2/26/2016 | drafting pre-trial stipulations; jury instructions; trial exhibits and other pretrial documents due today; reviewing plaintiff's same | 7.75 | $300 |

| | | | | |
|---|---|---|---|---|
| MS | 2/28/2016 | Drafting Opposition to Motion for Summary Judgment | 6.00 | $300 |
| MS | 2/29/2016 | Drafting and preparing for filing opposition to motion for summary judgment | 8.25 | $300 |
| MS | 3/3/2016 | Preparing for opposition to motions in limine | 0.25 | $300 |
| MS | 3/4/2016 | Drafting opposition to motions in limine | 5.25 | $300 |
| MS | 3/9/2016 | Drafting and researching for reply to MSJs | 8.25 | $300 |
| MS | 3/10/2016 | Drafting reply in support of MSJs and all documents related thereto; review of plaintiff's msj reply | 8.75 | $300 |
| MS | 4/5/2016 | Office conferece; review pretrial documents | 0.25 | $300 |
| MS | 6/6/2016 | | 3.50 | $300 |
| | | Review order on motions for summary judgment; conference calls re same; drafting pretrial stipulations; drafting motion for separate and final judgment | | |
| MS | 6/7/2016 | Attn to motion to dismiss TM claims; various emails and calls w cocounsel re case | 0.25 | $300 |
| MS | 9/16/2016 | Attn to scheduling order; calendaring deadlines | 0.25 | $300 |
| MS | 9/17/2016 | Drafting amended affirmative defenses | 1.25 | $300 |
| MS | 9/21/2016 | Attn to PHV Applications | 0.25 | $300 |
| MS | 9/25/2016 | Attn to amended answerand amended affirmative defenses | 0.75 | $300 |
| MS | 9/29/2016 | Completing PHV applications | 0.50 | $300 |
| | | **Total MS:** | **147.00** | |
| | | **TOTALS:** | **435.90** | |

| total |
|---|
| $350.00 |
| $350.00 |
| $350.00 |
| $350.00 |
| $280.00 |
| $350.00 |
| $280.00 |
| $70.00 |
| $490.00 |
| $1,050.00 |
| $455.00 |
| $420.00 |
| $280.00 |
| $350.00 |
| $70.00 |
| $280.00 |
| $210.00 |
| $385.00 |
| $420.00 |
| $385.00 |
| $140.00 |

$175.00
$210.00


$210.00
$280.00

$385.00

$385.00

$385.00
$245.00


$385.00
$315.00

$385.00
$280.00

$140.00
$315.00


$350.00
$2,555.00

$385.00

$315.00

$315.00


$385.00
$140.00

$210.00
$490.00

$560.00


$875.00

$280.00

$385.00

$385.00
$490.00

$140.00

$175.00


$210.00
$1,190.00
$1,120.00

$280.00

$385.00
$245.00
$140.00


$350.00

$280.00

$385.00

$315.00


$350.00
$385.00

$700.00


$490.00


$630.00

$455.00

$735.00

$280.00

$385.00

$1,190.00
$1,120.00

$280.00

$385.00
$245.00
$140.00

$350.00

$280.00

$385.00

$315.00

$350.00
$385.00

$700.00

$490.00

$630.00

$455.00

$735.00

$280.00

$385.00

$385.00

$175.00

$280.00

$385.00

$1,050.00

$455.00

$455.00

$210.00

$140.00

**$41,790.00**

$1,350.00

$1,350.00
$1,237.50
$1,575.00
$2,925.00

$1,687.50

$1,575.00
$450.00
$3,150.00
$2,250.00

$3,150.00

**$20,700.00**

$1,012.50

$450.00

$450.00

$3,150.00

$3,600.00

$1,012.50
$3,937.50

$562.50

$787.50
$787.50

$450.00

$900.00

$450.00
$900.00
$1,462.50

$3,262.50

$225.00
$675.00

$3,937.50

$4,162.50

$5,175.00

$2,925.00

$787.50

$2,362.50

$2,925.00

$675.00

$2,587.50

$1,012.50
$1,012.50

$1,575.00
$2,362.50

**$55,575.00**

$75

$75

$150
$1,050
$150
$1,050

$1,275

$75

$300
$75
$75
$1,050
$525

$150
$225

$375

$225

$75

$900
$75
$150

$1,575

$450
$75

$825

$1,725

$1,200

$75

$75

$75

$75
$150
$600

$975

$225

$525

$975

$3,750

$1,950

$225

$2,025

$1,200

$150

$150

$300

$1,200

$2,325

$1,800

$2,475

$75
$1,575
$2,475
$2,625

$75
$1,050

$75

$75
$375
$75
$225

$150

**$44,025**

**$162,090.00**