UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| HYDENTRA HLP INT. LIMITED, a foreign corporation d/b/a METART,<br><br>Plaintiff,<br><br>v.<br><br>CONSTANTIN LUCHIAN, an individual, KONSTANTIN BOLOTIN, an individual, SUN SOCIAL MEDIA, INC., a corporation, individually and d/b/a PLAYVID.COM, FEEDVID.COM, PLAYVIDS.COM and PEEKVIDS.COM; PLAYVID.COM; FEEDVID.COM; PLAYVIDS.COM; PEEKVIDS.COM; and John Does 1-20,<br><br>Defendants. | Case No.<br>1:15-cv-22134-UU |

## DECLARATION OF MATTHEW SHAYEFAR

I, Matthew Shayefar, do hereby depose and swear as follows:

1. I am an attorney admitted to practice and in good standing in the Commonwealth of Massachusetts and the State of California.

2. I received my B.A. degree in Mathematics, my B.S. degree in Computer Science and my M.S. degree in Computer Science from the University of California, Santa Barbara in 2008. I received by my J.D. from the Boston University School of Law in 2012.

3. I have been a member of the Massachusetts Bar since 2012, a member of the Ninth Circuit Court of Appeals since 2012, a member of the California Bar since 2013, a member of the bar of the United States District Court of Massachusetts since 2013, a member of

1

the bar of the United States District Court of Central California since 2014, and a member of the Eleventh Circuit Court of Appeals since 2016.

4. I have been admitted *pro hac vice* in cases in the Federal District Court of Eastern Texas, the District Court of Nevada, the Southern District Court of New York, the Northern District Court of Illinois, the Southern District Court of Florida, the District Court of Arizona and the District Court of Oregon.

5. I have been counsel of record in at least fifteen cases in the Federal District Courts, the majority of which have been copyright cases.

6. From November of 2012 through December of 2015, I was an associate of Boston Law Group, PC. Since December of 2015, I have been of counsel to Boston Law Group, PC.

7. In my positions at Boston Law Group, PC, I have acted as outside general counsel for the Defendants in the above captioned action.

8. Attorney Val Gurvits of Boston Law Group, PC is counsel of record for the Defendants in the above captioned action.

9. My hourly rate in this matter has been $300 per hour. It is my understanding that this rate is considered under-market for an attorney with my technical background and specialization in intellectual property and internet related law.

10. The present case was a time intensive one, made more so by the aggressive litigation positions taken by the Plaintiff which included numerous (unnecessary and unsuccessful) motions brought by Plaintiffs throughout the case.

11. Despite all of this, I believe that the total amounts invoiced to the clients by the entire litigation defense team – in the neighborhood of $150,000 – were incredibly reasonable, particularly given the results obtained.

2

12. It is my practice to keep contemporaneous time and expense records. I track my time and expenses related to this matter through the billing software Amicus Attorney. The time and expenses I track in Amicus Attorney are automatically incorporated into Boston Law Group, PC's invoices.

13. Given the complexity of the issues raised, the Plaintiff's litigation strategies and tactics, and the results obtained for the clients, I believe the amounts billed to be more than reasonable.

Signed under the pains and penalties of perjury this 1st day of August, 2016.

_____
Matthew Shayefar