UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

    Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
and John Does 1-20,

    Defendants.

_____/

## DECLARATION OF EVAN FRAY-WITZER

I, Evan Fray-Witzer, do hereby depose and swear as follows:

1.     I am an attorney admitted to practice and in good standing in the Commonwealth of Massachusetts.

2.     I received my B.S. degree from Boston University in 1989 and my J.D. from Northeastern University School of Law in 1993.

3.     I have been a member of the Massachusetts Bar since 1993, a member of the New Hampshire Bar since 1994, a member of the bar of the United States District Court for the Districts of Massachusetts and New Hampshire since 1995, a member of the bar for of the First Circuit Court of Appeals since 1997, a member of the bar of the United States Supreme Court since 2011, a member of the

bar for of the Ninth Circuit Court of Appeals since 2012, and a member of the bar for the Eleventh Circuit Court of Appeals since 2016.

4. I have been admitted *pro hac vice* in cases in the Federal District Courts of Arizona, the Northern District of California, the Southern District of Florida, the Northern District of Iowa, the Northern District of Illinois, the District of Nevada, the Southern District of New York, and the District of Oregon.

5. I have been counsel of record in more than five dozen cases in the Federal District Courts, the majority of which have been copyright cases, and more than a dozen cases in the Federal Courts of Appeal.

6. I am a co-founder of Ciampa Fray-Witzer, LLP, which began operating in 2009. Prior to that, I ran a solo practice for a decade, from 1999 to 2009. Prior to that, I had spent four years at a small litigation boutique firm, Yurko & Perry, P.C., and before that I was a litigation associate with Hutchins, Wheeler & Dittmar, P.C., a large Boston law firm. Prior to joining Hutchins, Wheeler & Dittmar, I spent a year as a law clerk to the Justices of the Superior Court.

7. I am also of counsel to the Boston Law Group. Attorney Val Gurvits of the Boston Law Group is counsel of record for the Defendants in this action.

8. My hourly rate in this matter has been $450 per hour. It is my understanding that this rate is considered to be somewhat under-market for an attorney with more than 20 years of experience, particularly for attorneys practicing in the area of high-tech copyright litigation.

9. My firm does not typically charge for many of the overhead expenses routinely billed to clients by other firms. For example, although I performed many hours of online database (Lexis) research in this matter, we do not pass along the Lexis costs to the client. I have also not billed the client for any in-house copying, mailing, or delivery costs.

10. The present case was a time intensive one, made more so by the aggressive litigation positions taken by the Plaintiff which included numerous (unnecessary and unsuccessful) motions brought by the Plaintiffs throughout the case.

11. Despite all of this, I believe that the total amounts invoiced to the clients by the entire litigation defense team – totaling $162,165.00 – were incredibly reasonable, particularly given the results obtained.

12. It is my practice to keep contemporaneous time and expense records. I track my time and expenses through my billing software, RTG Billing. I provided my time and expense reports to the Boston Law Group, which, in turn, incorporated those amounts in its invoices.

13. Given the complexity of the issues raised, the Plaintiffs' litigation strategy, and the results obtained for the clients, I believe the amounts billed to be more than reasonable.

Signed under the pains and penalties of perjury this 2nd day of August, 2016.

_____
Evan Fray-Witzer