# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 18, 2016

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 16-14813-E
Case Style: Hydentra HLP Int. Limited v. Constantin Luchian, et al
District Court Docket No: 1:15-cv-22134-UU

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Gloria M. Powell, E
Phone #: (404) 335-6184

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 16-14813-E

HYDENTRA HLP INT. LIMITED,
d.b.a. Metart,
d.b.a. Sexart,

                                                    Plaintiff - Appellant,

versus

CONSTANTIN LUCHIAN,
an individual,
KONSTANTIN BOLOTIN,
an individual,
SUN SOCIAL MEDIA, INC.,
a corporation, individually,
d.b.a. Playvid.Com, Feedvid.Com, Playvids.Com,
and Peekvids.Com,
PAYVID.COM,
FEEDVID.COM, et al.,

                                                    Defendants - Appellees.

Appeal from the United States District Court
for the Southern District of Florida

Before: ROSENBAUM and JILL PRYOR, Circuit Judges.

BY THE COURT:

    Appellant's "Unopposed Motion to Dismiss Appeal with Prejudice" is GRANTED.