UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

      Plaintiff,

vs.

CONSTANTIN LUCHIAN, et al.,

      Defendants.
_____/

## PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION FOR AN ENLARGEMENT OF TIME FOR THE FILING AND/OR CONSIDERATION OF ITS MOTION FOR ATTORNEY'S FEES OR IN THE ALTERNATIVE MOTION FOR LEAVE TO FILE AN AMENDED MOTION FOR ATTORNEY'S

Hydentra HLP Int. Limited objects to the relief sought by Defendants regarding an enlargement of time for filing and/or consideration of its motion for attorney's fees or, in the alternative, their motion for leave to file an amended motion for attorney's fees.

Hydentra agrees that, while not having the actual invoices, the issue of attorney's fees was addressed through a court ordered mediation on June 6, 2016. As the actual communications in the mediation are required to be confidential, Hydentra cannot and will not further comment on the mediation, nor Defendants' characterization of the mediation. It is sufficient to state that the issue of attorney's fees was a focus and resolution could not be reached.

Given the relative position of the parties, Hydentra submits that the negotiations on June 6, 2016 should be considered to satisfy Local Rule 7.3(b). Accordingly, Defendants would not be in

violation of Local Rule 7.3(b) and their Motion for Attorney's Fees would be both timely and in compliance with the Local Rules.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of August, 2016 we served the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Brady J. Cobb, Esq.

Respectfully submitted,

BeharBehar
1840 North Commerce Parkway
Suite One
Weston, Florida 33326
Telephone: (954) 688-7642
Facsimile: (954) 332-9260
E-mail: AB@BeharBehar.com

By: */s/Aaron Behar, Esquire*
Aaron Behar, Esquire
Florida Bar No.: 166286
Jaclyn Behar, Esquire
Florida Bar No.: 63833
***Counsel for Plaintiff***

And:   Spencer D. Freeman
Freeman Law Firm, Inc.
1107 ½ Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 383-4500
Facsimile: (253) 383-4501
E-mail: sfreeman@freemanlawfirm.org
***Counsel for Plaintiff***

***(Pro Hac Vice)***