UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

        Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
and John Does 1-20,

        Defendants.
_____/

## DECLARATION OF JASON TUCKER IN OPPOSITION TO DEFENDANTS MOTION FOR ATTORNEYS FEES

I, Jason Tucker, declare:

1. I am a United States Citizen, over the age of 18 years old, make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2. I am a director of Battleship Stance LLC, a leading intellectual property management and anti-piracy enforcement company. Our clients include award winning adult entertainment studios.

3. I have been in the business of legal adult entertainment production (both on and off the Internet), marketing, and management at an executive level for over ten (10) years, serving for over six (6) years as President of a company that owns and licenses one of the world's largest libraries of erotic images.

4. I have served as a consultant to Fortune 100 companies including Microsoft Corporation for the rollout of several versions of Windows Media and in the development and roll out of their Digital Rights Management technology and Akamai Technologies among others.

5. As an experienced executive within the adult entertainment industry, I have been featured and quoted in publications including Newsweek, BusinessWeek, USA Today, Wired, and the Washington Post and frequently am requested to speak on panels and at seminars at industry events on various industry related topics and trends.

6. I have purchased, managed, and sold top-level adult domain names such as Erotica.com, SexSlaves.com, Sex.tv, and Wetdreams.com.

7. I have been involved in more than fifty (50) federal lawsuits brought against a range of defendants for copyright infringement, and have previously served as an expert witness in similar proceedings.

8. Hydentra retained Battleship Stance LLC to investigate copyright and trademark violations and assist in certain litigation to enforce its intellectual property rights.

9. I have made myself familiar with the corporate structure of Plaintiff and its sibling companies, and related entities.

10. I have made myself familiar with the company methods, procedures, production, and ownership of copyrighted materials.

11. I am personally aware of the methods utilized by Plaintiff and can attest to the facts that Plaintiff works require and/or have required great sums of money to create story lines, film in locations; construct detailed intricate sets; employ directors, actors, and editors; use the highest quality production equipment; and exceed the production value of typical adult erotic entertainment.

12. On behalf of Hydentra, I have sent 14,347 DMCA complaint take down notices to a total of 41 Internet Services Providers/web sites.

13. I investigated and documented Hydentra movies displayed on playvid.com, feedvid.com, peekvids.com, and playvids.com. My investigations revealed a significant number of Hydentra's copyrighted works displayed on these web sites without license or authority.

14. My investigations revealed that on at least four internet directories, Constantin Lucian was listed as a Director of Sun Social Media, Inc.

15. As a result of my investigations, on behalf of Hydentra, in January 2015, I sent paper copies of DMCA compliant take down notices to the Defendants DMCA Registered Agent. These notices were sent in paper form as prior email notices from another vendor were often ignored and there was no way to ensure that those notices were actually delivered.

16. Five months after I delivered the DMCA take down notices, Hydentra's videos were still displayed on Defendants' sites.

17. Prior to and during this litigation, I performed Internet search using search engines Google and BING for MetArt or SexArt videos. These search results included the Defendants sites high in the results, enabling consumers to easily find Hydentra's content for free on Defendants sites.

18. Since this litigation ended, I have performed the same Internet searches and Defendants sites do not come up in such searches.

19. Prior to and during this litigation, I conducted a search for MetArt or SexArt videos using the search tool on the Defendants sites. These searches resulted in the display of numerous Hydentra videos displayed on Defendants' sites in violation of Hydentra's copyrights.

20. Since this litigation, I conducted the same searches on Defendants sites. These searches produced none of Hydentra's videos.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Execute on the 19 day of August 2016 at Phoenix, Arizona.

_____
Jason Tucker