UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,
a foreign corporation d/b/a METART,

    Plaintiff,

vs.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS. COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS. COM;
PEEKVIDS.COM and;
and John Does 1-20,

    Defendants.
_____/

## DECLARATION OF NATHAN GLASS IN OPPOSITION TO DEFENDANTS MOTION FOR ATTORNEYS FEES

I, Nathan Glass, declare:

1.     I am over the age of 18, a resident of Las Vegas, Nevada, and a citizen of the United States. I make this declaration based upon personal knowledge and, if called to testify could and would testify competently to the facts set forth herein.

2.     I am the owner and principal of Takedown Piracy Inc., d/b/a Takedown Piracy, a Nevada company that identifies online copyright infringements and sends take-down notices pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(c)(3)(A). I have operated this business for over six (6) years.

3. I have sent millions of take-down notices pursuant to 17 U.S.C. § 512(c)(3)(A) (hereinafter "DMCA notices") to sites that host or provide access to copyright infringing files.

4. To date I have had over 60 Million infringing works removed from websites and am a leading notification service to Google. I am a member of Google's "Trusted Copyright Removal Program." This program streamlines our take-down requests to Google.

5. In 2015 alone, I had over 700,000 pirated videos removed from hosting sites. To understand the scope, that is over 14,000,000 minutes of pirated video content.

6. In 2016, I was nominated for the Progressive Leadership Award at the XBIZ Industry Executive Awards.

7. I am a regular feature in the area of Anti-Piracy on TV and publications; media attention surrounding Takedown Piracy and me includes being prominently featured on ABC's "Nightline," as well as expert commentary in articles from Men's Health, BBC News, USA Today, Wired.com, Annenberg TV News, Huffington Post, Salon, Washington Post, Creative Loafing, and more. Earlier this year, tech website DailyDot.com referred to me as a "polarizing figure on the Internet," and the "Luke Skywalker" of piracy, though Forbes.com previously dubbed me the "Darth Vader of porn piracy."

8. Hydentra retained the services of Takedown Piracy to send DMCA complaint take down notices to entities operating web sites that were displaying Hydentra's content without authority.

9. In total, I have sent 4,608 DMCA Notices on behalf of Hydentra to 614 websites/Internet Service Providers. These notices included a total of 666,366 URLs/links with Hydentra content being unlawfully displayed.

10. In addition to the DMCA notices I have sent to websites/Internet Service Providers, I have also reported 2,880,299 URLs/Links via DMCA notices on behalf of Hydentra to Google for removal from their search engines.

11. I am familiar with playvid.com, feedvid.com, peekvids, and playvids.com from my work in locating infringements on the Internet and sending takedown notices.

12. I have sent DMCA notices on behalf of Hydentra to Playvid.com and peekvid.com since July 2013, and playvids.com and feedvid.com later upon their inception. Since July 2013, I have sent 2,268 notices to report 28,245 links that contained infringing content on playvid.com, feedvid.com, peekvids, and playvids.com. These notices were sent via email.

13. Based on my experience, it appears to me that a significant amount of the video content displayed on Defendants sites – and revenue – is composed of pirated copyrighted materials.

14. The Defendant has been difficult or inconsistent with its response to and compliance with DMCA notices to playvid.com and peekvid.com. Monitoring the takedown process on Defendants websites has required double and tripled checking to determine if ANY content was taken down pursuant to a DMCA Notice.

15. I have had to resend DMCA notices to playvid.com, feedvid.com, peekvids, and playvids.com to attempt to have content removed that had previously been noticed but ignored.

16. At times, it would take Defendants weeks to respond to take down notices I sent to playvid.com, feedvid.com, peekvids, and playvids.com, or they would not respond at all.

17. In cases when web site operators consistently fail to respond to takedown notices, I have found that sending takedown notices to the hosting company can be effective in getting the infringing content removed. That is the case with Defendants websites that I sent notices to.

18. By April 2015, due to little or no action by Defendants in responding to take down notices, I had to resort to sending DMCA notices to Defendants hosting company, Webzilla, in an attempt to have infringing video content taken down. Responses by the hosting company has been inconsistent at best.

19. In my experience sending millions of DMCA notices, the Defendants response (or lack thereof) to DMCA notices does not comport with the industry practices of companies who are desirous of complying with the DMCA. Typically, websites remove content within 24-48 hours of receiving a DMCA Takedown Notice from me. Removing weeks or months later or not at all has me believing that the site operators do not want the content to be removed because it is desirous and useful to their business.

20. Any claim that the Defendants have always taken immediate or any reasonable action upon receiving DMCA notices from Takedown Piracy or me does not match my actual experience in sending takedown notices to Sun Social Media, Inc.

I declare under the penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct.

Execute on the 19th day of August 2016 at Las Vegas, Nevada.

_____
Nathan Glass