UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22134-CIV-UNGARO/OTAZO-REYES

HYDENTRA HLP INT. LIMITED
a foreign corporation
d/b/a Metart d/b/a Sexart,

    Plaintiff,

v.

CONSTANTIN LUCHIAN, an individual,
KONSTANTIN BOLOTIN, an individual,
SUN SOCIAL MEDIA, INC., a corporation,
individually and d/b/a PLAYVID.COM,
FEEDVID.COM, PLAYVIDS.COM, and
PEEKVIDS.COM; PLAYVID.COM;
FEEDVID.COM; PLAYVIDS.COM;
PEEKVIDS.COM; and
John Does 1-20,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Defendants Sun Social Media, Inc., Constantin Luchian, and Konstantin Bolotin's ("Defendants") Motion for an Enlargement of Time for the Filing and/or Consideration of its Motion for Attorney's Fees or in the Alternative Motion for Leave to File an Amended Motion for Attorney's Fees (hereafter, "Motion for an Enlargement of Time") [D.E. 147]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Ursula Ungaro, United States District Judge [D.E. 150]. Upon due consideration, it is

ORDERED AND ADJUDGED that Defendants' Motion for Enlargement of Time [D.E. 147] is GRANTED. Defendants' Motion for Attorney's Fees [D.E. 148] is deemed timely filed.

DONE AND ORDERED in Chambers at Miami, Florida, this 31st day of August, 2016.

*[signature]*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Ursula Ungaro
Counsel of Record