## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-22134-UU

HYDENTRA HLP INT. LIMITED,

     Plaintiff,

v.

CONSTANTIN LUCHIAN, *et al.*,

     Defendants.

_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Defendants Constantin Luchian ("Luchian"), Konstantin Bolotin ("Bolotin"), and Sun Social Media, Inc.'s ("SSM") (collectively, "Defendants") Motion for Attorney's Fees.  D.E. 148.  The Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge, issued a Report and Recommendation, (D.E. 157), on February 23, 2017, recommending that Defendants' Motion for Attorney's Fees be DENIED.  Defendants filed objections to Judge Otazo-Reyes's Report and Recommendation ("Objections").  D.E. 158.

THE COURT has made a *de novo* review of the entire file and record herein, and, is otherwise fully advised in the premises.

Upon *de novo* review, the Court agrees with Magistrate Judge Otazo-Reyes's recommendation and concurs in all of her findings.  Defendants' objections to the Report and Recommendation are without merit, were word-for-word regurgitations of the legal analysis provided in their Motion for Attorney's Fees, and were previously raised in Defendants' Motion for Attorney's Fees.  In addition, these arguments were thoroughly analyzed by Magistrate Judge Otazo-Reyes in her analysis.  Accordingly, it is

1

ORDERED AND ADJUDGED that the Report of the Magistrate Judge, D.E. 157, is RATIFIED, ADOPTED, and AFFIRMED.  It is further

ORDERED AND ADJUDGED that Defendants' Motion for Attorney's Fees (D.E. 148) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this _10th_ day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf

2